**Hearing Date: May 30, 2006**
**Hearing Time: 11:00 a.m. (Prevailing Eastern Time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                          :
    In re                                 :    Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :    Case No. 05-44481 (RDD)
                                          :
                    Debtors.              :    (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

PROPOSED SEVENTH OMNIBUS HEARING AGENDA

Location Of Hearing:    United States Bankruptcy Court for the Southern District of New
                        York, Alexander Hamilton Custom House, Room 601, 6th Floor,
                        One Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

A. Introduction

B. Continued Or Adjourned Matters (6 Matters)

C. Uncontested, Agreed, Or Settled Matters (9 Matters)

D. Contested Matters (1 Matter)

**B.    Continued Or Adjourned Matters**

1. **"Deutsche Dagan Order To Show Cause"** – Order to Show Cause (Docket No. 1815)

    *Response Filed:*    None.

    *Reply Filed:*    None.

    *Related Filing:*    *Proposed Order To Show Cause (Docket No. 1823); Order To Show Cause (Docket No. 1856).*

    *Status:*    *This matter is being adjourned to the June 16, 2006 omnibus hearing.*

2. **"H. E. Services Company Lift Stay Motion"** – Motion Of H.E. Services Company, And Robert Backie, Majority Shareholder For Relief From The Automatic Stay Under Section 362 Of The Bankruptcy Code (Docket No. 2705)

    *Response Filed:*    None.

    *Reply Filed:*    None.

    *Related Filing:*    *Objection To Proposed Sixth Omnibus Hearing Agenda As It Pertains To Docket No. 2705 (Docket No. 3143); Supplement To H.E. Services Company, And Robert Backie, Majority Shareholder Motion For Relief From The Automatic Stay Under Section 362 Of The Bankruptcy Code (Docket No. 3263).*

    *Status:*    *This matter is being adjourned to the June 16, 2006 omnibus hearing.*

2

3. **"Cindy Palmer Lift Stay Motion"** – Motion Of Cindy Palmer Personal Representative Of The Estate Of Michael Palmer, Deceased For Relief From The Automatic Stay Under Section 362 Of The Bankruptcy Code (Docket No. 2708)

   *Response Filed:*   None.

   *Reply Filed:*   None.

   *Related Filing:*   *Objection To Proposed Sixth Omnibus Hearing Agenda As It Pertains To Docket No. 2708 (Docket No. 3144); Supplement To Cindy Palmer Personal Representative Of The Estate Of Michael Palmer Motion For Relief From The Automatic Stay Under Section 362 Of The Bankruptcy Code (Docket No. 3267).*

   *Status:*   *This matter is being adjourned to the June 16, 2006 omnibus hearing.*

4. **"The Offshore Group's Lift Stay Motion"** – The Offshore Group's Motion Pursuant To Bankruptcy Code §§ 362(d)(1) And 553 For Order Lifting The Automatic Stay To Permit The Offshore Group To Exercise Right Of Setoff (Docket No. 2811)

   *Response Filed:*   *Debtors' Objection To Motion By Offshore International, Inc. And Maquilas Teta Kawi, S.A. DE C.V. For Relief From Automatic Stay To Permit Setoff Claims (Docket No. 3025).*

   *Reply Filed:*   None.

   *Related Filing:*   None.

   *Status:*   *This matter is being adjourned to the June 16, 2006 omnibus hearing.*

5. **"BorgWarner Turbo Systems Inc. Lift Stay Motion"** – Motion Of BorgWarner Turbo Systems Inc. For Relief From Automatic Stay To Liquidate Setoff And Recoupment Claims Against The Debtors (Docket No. 3218)

   *Response Filed:*   None.

   *Reply Filed:*   None.

   *Related Filing:*   None.

*Status:*      *This matter is being adjourned to the June 16, 2006 omnibus hearing.*

6. **"Dane Systems LLC Adequate Protection Motion"** – Motion For Adequate Protection (Docket No. 3301)

    *Response Filed:*      None.

    *Reply Filed:*      None.

    *Related Filing:*      None.

    *Status:*      *This matter is being adjourned to the June 16, 2006 omnibus hearing.*

**C.      Uncontested, Agreed, Or Settled Matters**

7. **"Buck Consultants, LLC Retention Application"** – Application Of The Official Committee Of Unsecured Creditors For Order Authorizing And Approving The Retention Of Buck Consultants, LLC As Pension And Benefits Actuary, Nunc Pro Tunc To January 23, 2006 (Docket No. 3294)

    *Response Filed:*      None.

    *Reply Filed:*      None.

    *Related Filing:*      *Supplemental Affidavit Of Mary P. Mitchell, Of Buck Consultants, LLC, Pursuant To Sections 329, 504 And 1103 Of The Bankruptcy Code And Rules 20014 And 2016 Of The Federal Rules Of Bankruptcy Procedure (Docket No. 3816).*

    *Status:*      *The hearing with respect to this matter will be proceeding.*

8. **"Booz Allen Hamilton, Inc. Motion"** – Motion For Order Under 11 U.S.C. § 363(b) And Fed. R. Bankr. P. 6004 Authorizing Debtors' Entry Into Agreements With Booz Allen Hamilton Inc. (Docket No. 3319)

    *Response Filed:*      None.

    *Reply Filed:*      None.

    *Related Filing:*      None.

    *Status:*      *A revised order will be submitted for consideration by the Court.*

9. **"Inovise Medical Inc. License Rejection Motion"** – Motion For Order Under 11 U.S.C. § 365 And Fed. R. Bankr. P. 6006 Authorizing Rejection Of OEM License And Supply Agreement With Inovise Medical, Inc. (Docket No. 3321)

   *Response Filed:*    None.

   *Reply Filed:*    None.

   *Related Filing:*    None.

   *Status:*    *The hearing with respect to this matter will be proceeding.*

10. **"XM Settlement Motion"** – Motion For Order Under Fed. R. Bankr. P. 9019 Authorizing And Approving Settlement Agreement With XM Satellite Radio Inc. (Docket No. 3337)

    *Response Filed:*    None.

    *Reply Filed:*    None.

    *Related Filing:*    None.

    *Status:*    *A revised order will be submitted for consideration by the Court.*

11. **"Furukawa Electric North America APD, Inc. Motion"** – Motion To Approve Settlement Agreement With Furukawa Electric North America APD, Inc. (Docket No. 3347)

    *Response Filed:*    None.

    *Reply Filed:*    None.

    *Related Filing:*    None.

    *Status:*    *A proposed stipulation and order has been submitted for consideration by the Court.*

12. **"Flextronics Stipulation Motion"** – Motion To Approve Stipulation And Agreed Order Between Delphi Corporation, Et Al. And Flextronics International Asia-Pacific Ltd., Et Al. Regarding Adequate Protection Of Prepetition Setoff Rights (Docket No. 3348)

    *Response Filed:*    None.

    *Reply Filed:*    None.

5

|   |   |   |
|---|---|---|
|   | *Related Filing:* | None. |
|   | *Status:* | The hearing with respect to this matter will be proceeding. |

13. **"Electrical Carbon Settlement Motion"** – Motion For Order Under Fed. R. Bankr. P. 9019 Authorizing And Approving Stipulations And Settlement Agreements With Certain Defendants In In Re Electrical Carbon Products Antitrust Litigation, MDL 1514 (Docket No. 3357)

|   |   |   |
|---|---|---|
|   | *Response Filed:* | None. |
|   | *Reply Filed:* | None. |
|   | *Related Filing:* | None. |
|   | *Status:* | The hearing with respect to this matter will be proceeding. |

14. **"Denso Settlement Motion"** – Motion For Order Under Fed. R. Bankr. P. 9019 Authorizing And Approving License Agreement With Denso Corporation In Settlement Of Patent Infringement Litigation (Docket No. 3358)

|   |   |   |
|---|---|---|
|   | *Response Filed:* | None. |
|   | *Reply Filed:* | None. |
|   | *Related Filing:* | *Ex Parte Motion Under Bankruptcy Code Section 107(b) And Fed. R. Bankr. P. 9018(1) For Order Authorizing Debtors To File Under Seal Portions Of Motion For Order Under Fed. R. Bankr. P. 9019 Authorizing And Approving License Agreement With Denso Corporation In Settlement Of Patent Infringement Litigation (Docket No. 3355); Order Under Bankruptcy Code Section 107(b) And Fed. R. Bankr. P. 9018(1) For Order Authorizing Debtors To File Under Seal Portions Of Motion For Order Under Fed. R. Bankr. P. 9019 Authorizing And Approving License Agreement With Denso Corporation In Settlement Of Patent Infringement Litigation (Docket No. 3377).* |
|   | *Status:* | The hearing with respect to this matter will be proceeding. |

15. **"Emergency Motion For Appointment To Equity Committee"** – Emergency Motion Of The Shareholders For Entry Of An Order Pursuant To 11 U.S.C. Sections 105(a) And 1102(a)(2) Enlarging The Equity Committee Appointed By The U.S. Trustee (Docket Nos. 3580/3581)

    *Response Filed:* None.

    *Reply Filed:* None.

    *Related Filing:* *Declaration Of Frank L. Eaton Pursuant To Local Bankruptcy Rule 9077-1(A) In Support Of Emergency Motion Of The Shareholders For Entry Of An Order Pursuant To 11 U.S.C. §§ 105(a) And 1102(a)(2) Enlarging The Equity Committee Appointed By The U.S. Trustee (Docket No. 3592).*

    *Status:* *Counsel to the movant intends to formally withdraw this motion at the hearing.*

**D. Contested Matters**

16. **"O'Neil Lift Stay Motion"** – Motion For Relief From Automatic Stay Filed By Petitioners, Mary P. O'Neil And Liam P. O'Neil (Docket No. 2748)

    *Response Filed:* *Debtor's Omnibus Objection To Motions Seeking Relief From Automatic Stay (Docket No. 3051).*

    *Reply Filed:* *Reply In Support Of Motion For Relief From Automatic Stay Filed By Petitioners, Mary P. O'Neill and Liam P. O'Neill (Docket No. 3132).*

    *Related Filing:* None.

    *Status:* *The hearing with respect to this matter will be proceeding.*

Dated: New York, New York
       May 25, 2006

                SKADDEN, ARPS, SLATE, MEAGHER
                   & FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr. (JB 4711)
    John K. Lyons (JL 4951)
    Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700

       - and -

By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession