

**CT**
a Wolters Kluwer business

CT
208 S. LaSalle Street
Chicago, IL 60604

312 288 3570 tel
312 345 4343 fax
www.ctlegalsolutions.com

May 02, 2006

Delphi Bar Date
Kurtzman Carson Consultants
PO Box 4005,
Venice, CA 90291

Re: In Re: Delphi Corporation, et al., Debtors // To: New Jersey Zinc Company
Case No. 05-44481 (RDD)

Dear Sir/Madam:

We are returning the Notice(s), Proof of Claim, Instructions which we received regarding the above captioned matter.

C T Corporation System has filed a resignation of agent with the State of IL on 01/17/2005. Service can no longer be taken for this entity.

Very truly yours,


Felicia Randle
Fulfillment Specialist

Log# 511157134

cc: New York, NY - Southern District - United States Bankruptcy Court
    Hamilton U.S. Custom House,
    1 Bowling Green,
    6th Floor,
    New York, NY 10004-1408



RECEIVED MAY 19 2006