**LAUREL B. HOUSER**
**2138 NORTON ROAD**
**CHARLOTTE, NC 28207**
**704-332-8919; FAX 704-338-9594**

May 10, 2006

United States Bankruptcy Court
Southern District of New York
Delphi Corporation Claims
Bowling Green Station
P.O. Box 5058
New York, NY 10274-5058

RE: CHANGE OF ADDRESS

To Whom It May Concern:

I am a Delphi Corporation stockholder.

Please change my address:

FROM:   Laurel Brown Houser
        2200 Pembroke Avenue
        Charlotte, NC 28207

TO:     Laurel Brown Houser
        2138 Norton Road
        Charlotte, NC 28207

Thank you,

*Laurel Brown Houser*
Laurel Brown Houser

enclosure


RECEIVED 16 2006 CLAIMS PROCESSING CENTER USBC, SDNY

## Account Change Confirmation Form

NEW
LAUREL BROWN HOUSER
2138 NORTON RD
CHARLOTTE NC  28207-2138

THE BANK OF NEW YORK
STOCK TRANSFER DEPARTMENT
PO BOX 11258 CHURCH ST STATION
NEW YORK NY 10286

8278        1-800-524-4458

ACCOUNT NO. 0002906113

DELPHI CORPORATION

OLD
LAUREL BROWN HOUSER
2200 PEMBROKE AVE
CHARLOTTE NC 28207-2112

CHANGED ADDRESS

X  LEGAL ADDRESS CHANGED
   DISBURSEMENT ADDRESS CHANGED
   SEASONAL ADDRESS CHANGED

IN ACCORDANCE WITH INSTRUCTIONS RECEIVED, THE ABOVE CHANGE HAS BEEN ENTERED UPON OUR RECORDS AS AGENT.
IF YOU DID NOT AUTHORIZE THIS CHANGE, PLEASE CONTACT US IMMEDIATELY AT THE ADDRESS ON THE REVERSE SIDE OF THIS FORM.