UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
       In re                                      :    Chapter 11
                                                           :
DELPHI CORPORATION, et al.,                                :    Case No. 05-44481 (RDD)
                                                           :
                                   Debtors.        :    (Jointly Administered)
                                                           :
-----------------------------------------------------------x

### AFFIDAVIT OF NON-LEGAL ORDINARY COURSE PROFESSIONAL

STATE OF    Illinois                 )
                                                    ) ss:
COUNTY OF  DuPage               )

      Erica O'Malley, being duly sworn, deposes and says:

1. I am a partner of Grant Thornton LLP ("Grant Thornton") which firm maintains offices at 1901 South Meyers Road, Oakbrook Terrace, Illinois.

2. Neither I, Grant Thornton, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in Exhibit A attached to and incorporated in this affidavit.

3. Grant Thornton has previously loaned staff to the Debtors and performed services for the Debtors with respect to State and Local Taxes.

4. The Debtors have requested, and Grant Thornton has agreed, to continue to represent and advise the Debtors pursuant to section 327(a) of title 11 of the United States Code, 11 U.S.C. §§101-1330, as amended (the "Bankruptcy Code"), with respect to such matters. Additionally, the Debtors have requested, and Grant Thornton proposes to render, audit and tax services to the Debtors' employee benefit plans listed in Exhibit B.

5. Grant Thornton's current fees arrangement, which is broken out between what will be billed to the Debtors and what will be billed to the Debtors' employee benefit plans, is outlined in Exhibit B.

6. Except as set forth herein, no promises have been received by Grant Thornton or any partner, auditor or other member thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

7. Grant Thornton has no agreement with any entity to share with such entity any compensation received by Grant Thornton.

8. Grant Thornton and its partners, auditors, and other members may have in the past represented, currently represent, any may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending Chapter 11 cases. Grant Thornton does not and will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

9. Neither I, Grant Thornton, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which Grant Thornton is to be engaged. Grant Thornton received $13,725 in the ninety day period prior to the bankruptcy filing.

10. In viewing of the foregoing, Grant Thornton is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code.

11. The foregoing constitutes that state of Grant Thornton pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 an 2016(b).

FURTHER AFFIANT SAYETH NOT

*/s/ Erica O'Malley*
Erica O'Malley

Subscribed and sworn before me
this 25th day of May, 2006

*/s/* 
Notary Public

"OFFICIAL SEAL"
JOY KLIMEK
Notary Public, State of Illinois
My Commission Expires 09/02/09

**Exhibit A**

| | |
|---|---|
| Ableco Finance LLC | Former client |
| Amaranth Partners LLC | Former client |
| American Express Certificate Company | Former client |
| ASI Consulting Group LLC | Client |
| Asset Management Resources | Possible client |
| Asset Mfg. Resources | Former client |
| Austin Group, Ltd. | Possible client |
| Banc One Capital Markets, Inc. | Client |
| Bank of America, N.A. | Client |
| Bank of New York | Former client |
| Bank One Trust Company N.A. | Firm relationship |
| Barclays Bank PLC | Potential client |
| Bear Stearns Investment Products | Client |
| BMC Holding Corporation d/b/a BMC West | Former client |
| BSI Americas | Client |
| Butzel, Long | Former client |
| Cadwalader, Wickersham & Taft, LLP | Potential client |
| Cantor Colburn, LLP | Former client |
| Capital Group International, Inc. | Potential client |
| Capital Research & Management Company | Potential client |
| Cargill Financial Services Intl. Inc. | Client |
| CEI Co., Ltd. (Tennessee) | Client |
| Chanin Capital Partners LLC | Client |
| Citibank N.A. | Client |
| Citicorp Securities, Inc. | Firm relationship |
| City of Saginaw, Michigan | Client |
| Cleary, Gottlieb, Steen & Hamilton | Former client |
| Connie Fournier | Former client |
| Covington & Burling LLP | Client |
| Crowell & Moring LLP | Potential client |
| Davis Polk & Wardwell | Former client |
| Davis, Robert E., II | Client |
| DCX | Possible client |
| Delaware Corp Bond Fund | Potential client |
| Desjardins Financial Security Life | GTI Client |
| Deutsche Bank Trust Company America | Former client |
| DeWitt Ross & Stevens | Client - litigation counsel |
| Dickinson Wright PLLC | Client |
| Dickson Allen | Client |
| DMS NA | Client |
| Eftec North America, LLC | Former client |
| Ernst & Young | Client |
| ESS, Inc. | Possible client |
| Fiber Systems International, Inc. | Former client |
| Fidelity Institutional Retirement Services Company | Firm relationship |
| Fifth Third Bank, Eastern Michigan | Firm relationship |
| Foley & Lardner LLP | Former client |

| | |
|---|---|
| Fortis Bank SA NV Cayman Island Branch | Client |
| Frost Brown Todd LLC | Client - litigation counsel |
| Gleneagles CLO Ltd. | Former client |
| Goldman Sachs Credit Partners L.P. | Client |
| Goodwin Procter LLP | Client |
| Hendrick Motorsports | Client |
| Hillman, Robert | Client |
| Holloway, Dobson, Bachman | Former client |
| Honeywell ACS Sensing & Control | Former client |
| Howard, Mark | Possible client |
| Hunton & Williams LLP | Client |
| Hutchinson Seal Corp. | Potential client |
| ICG | Former client |
| IDS Life Insurance Company | Former client |
| International Brotherhood of Electrical Workers, A | Potential client |
| Invensys | Former client |
| J.P. Morgan Trust Company, N.A. | Firm relationship |
| Jasper CLO Ltd. | Possible client |
| Jones Lang Lasalle Americas, Inc. | US and GTI Client |
| JPMorgan Bank, N.A. | Firm relationship |
| KPMG LLC | Client |
| Lathrop & Gage | Client - litigation counsel |
| Lehman Commercial Paper, Inc. | Client |
| Lemon Bay Partners | Possible client |
| Lincoln National Life Insurance Co. | Former client |
| Little, Robert W. | Client |
| Lockheed Martin Corp. | Former client |
| Lord Corporation | Former client |
| Mary Smith | Former client |
| MCI Telecommunications Corporation | Client |
| Mesirow Financial Consulting, LLC | Client |
| Metropolitan West | Firm relationship |
| Michigan Strategic Fund | Client |
| MIT | Potential client |
| Modine Manufacturing Company | Former client |
| Morgan Stanley Senior Fundings, Inc. | Client |
| Morrison, Thomas | Former client |
| Motorola Quadrasteer | GTI Client |
| Mubea, Inc. | Client |
| National City Bank | Firm relationship |
| Nesco | Client |
| O'Brien, Michael L. | Client employee |
| Ohio State University | Potential client |
| Ohio Water Development Authority | Client |
| O'Melveny & Meyers, LLP | Client - litigation counsel |
| Pioneer Floating Rate Trust | Former client |
| PNC Bank, N.A. | Client |
| Praxair Surface Technologies | Possible client |
| Principal Life Insurance Company | Potential client |
| Quinn Emanuel Urquhart Oliver & Hedges | Potential client |

| | |
|---|---|
| Rader Fishman & Grauer LLP | Potential client |
| Red Fox Funding LLC | Client |
| Redwood Master Fund, Ltd. | Client |
| Regions Bank | Potential client |
| Richard Brown | Possible client |
| Robert Morgan | Client |
| Rothschild Inc. | Former client |
| Russell, Thomas | Potential client |
| Salomon Brothers Variable Rate | Former client |
| Salomon Smith Barney | Firm relationship |
| SAP Consulting | Former client |
| Sapient | Former client |
| Seneca Capital, L.P. | Client |
| Shainin LLC | Client |
| Shearman & Sterling LLP | Former client |
| Siemens VDO Automotive AG (SVDO) | US and GTI client |
| Smith, Louis | Client |
| Southport CLO, Limited | Possible client |
| SRI Fund LP | Client |
| Stanfield | Client |
| State of New York | Client |
| State Street Bank and Trust Company | Firm relationship |
| Strattec Security Corporation | Client |
| Sumitomo Mitsui Banking Corporation | Parent of client |
| Tatum Partners | Client |
| Tenneco Automotive Inc. | Former client |
| The Hartford Floating Rate Fund | Client |
| Thompson Hine & Flory, LLP | Potential client |
| Trilogy Portfolio Company, LLC | Client |
| UBS AG, Stamford Branch | Former client |
| Venture CDO | Possible client |
| Vulcan Ventures, Inc. | Potential client |
| Wachovia Bank, National Association | Client |
| Watson Wyatt & Company | Potential client |
| William P. Edwards | Former client |
| Wilmer, Cutler, Pickering, Hale & Dorr LLP | Client - litigation counsel |

Exhibit B

Grant Thornton to bill for (i) fees at rates specified in agreement between parties plus (ii) disbursements. Fees are described on p.2 of Exhibit B.

05-44481-rdd    Doc 3925    Filed 05/26/06    Entered 05/26/06 14:37:01    Main Document
Pg 6 of 7

Exhibit B
Scope of Services and Fees
Year Ended December 31, 2005, unless otherwise indicated

| | Audit (includes 4% admin fee) | Tax | Bill to Plan Sponsor | Bill to Plan | Scope of Audit | Filing Date |
|---|---|---|---|---|---|---|
| **Plans Requiring Full-Scope Audit & Forms 5500** | | | | | | |
| *Health and Welfare (3)* | | | | | | |
| Delphi Supplemental Unemployment Benefit Plan (UAW) | 22,880 | 1,248 | 24,128 | | Full | 10/16/2006 |
| Delphi Supplemental Unemployment Benefit Plan (IUE-CWA) | 22,880 | 1,248 | 24,128 | | Full | 10/16/2006 |
| IUE-CWA Legal Services Plan for IUE-CWA Represented Employees of Delphi in the United States | 17,160 | 1,248 | 18,408 | | Full | 10/16/2006 |
| **Plans Requiring Limited-Scope Audit & Forms 5500 (15)** | | | | | | |
| *Savings Plans* | | | | | | |
| Delphi Personal Savings Plan for Hourly Employees | 31,200 | 1,872 | | 33,072 | Limited | 10/16/2006 |
| Delphi Savings-Stock Purchase Program for Salaried Employees in the U.S. | 31,200 | 1,872 | | 33,072 | Limited | 10/16/2006 |
| ASEC Manufacturing Savings Plan (located in Tulsa, OK) | 15,080 | 1,768 | | 16,848 | Limited | 10/16/2006 |
| Delphi Mechatronic Systems Savings-Stock Purchase Program | 15,080 | 1,768 | | 16,848 | Limited | 10/16/2006 |
| Delphi Income Security Plan for Hourly-Rate Employees | 13,520 | 1,768 | | 15,288 | Limited | 10/16/2006 |
| Packard-Hughes Interconnect Retirement Savings Plan (located in Irvine, CA) | 12,480 | 1,768 | | 14,248 | Limited | 10/16/2006 |
| Delphi Diesel Systems Retirement Savings Portfolio Plan (located in Troy, MI) | 12,480 | 1,768 | | 14,248 | Limited | 10/16/2006 |
| Delphi Medical Systems 401(k) Plan (located in Boulder, CO) | 12,480 | 1,768 | | 14,248 | Limited | 10/16/2006 |
| *Pension* | | | | | | |
| Delphi Hourly-Rate Employees Pension Plan (plan year ended 9/30/2005) | 39,000 | 1,872 | 40,872 | | Limited | 7/17/2005 |
| Delphi Retirement Program for Salaried Employees (plan year ended 9/30/2005) | 39,000 | 1,872 | 40,872 | | Limited | 7/17/2005 |
| ASEC Manufacturing Retirement Program (located in Tulsa, OK) | 11,440 | 1,768 | 13,208 | | Limited | 10/16/2006 |
| Delphi Mechatronic Systems Retirement Program (located in Downers Grove, IL) | 11,440 | 1,768 | 13,208 | | Limited | 10/16/2006 |
| Packard-Hughes Interconnect Non-Bargaining Retirement Plan (located in Irvine, CA) | 11,440 | 1,768 | 13,208 | | Limited | 10/16/2006 |
| Packard-Hughes Interconnect Bargaining Retirement Plan (located in Irvine, CA) | 11,440 | 1,768 | 13,208 | | Limited | 10/16/2006 |
| Packard-Hughes Interconnect Foley, Alabama Retirement Plan (located in Irvine, CA) | 11,440 | 1,768 | 13,208 | | Limited | 10/16/2006 |
| **CBA Plans Form 990s and Form 5500 DFEs (2)** | | | | | | |
| Delphi IUE Welfare Benefit Trust | | 1,248 | 1,248 | | NA | 10/16/2006 |
| Delphi UAW Layoff Benefit Trust | | 1,248 | 1,248 | | NA | 10/16/2006 |
| | 341,640 | 33,176 | | | | |
| **Forms 5500 for unaudited plans (14 total):** | | | | | | |
| Delphi Life & Disability Benefit for Salaried Employees | | 1,248 | | 1,248 | NA | 10/16/2006 |
| Delphi Life & Disability Benefit for Hourly Rate Employees | | 1,248 | | 1,248 | NA | 10/16/2006 |
| Delphi Guaranteed Income Stream Benefit Program (UAW) | | 1,248 | | 1,248 | NA | 10/16/2006 |
| Delphi Guaranteed Income Stream Benefit Program (USW) | | 1,248 | | 1,248 | NA | 10/16/2006 |
| Delphi Guaranteed Income Stream Benefit Program (IUE-CWA) | | 728 | | 728 | NA | 10/16/2006 |
| Delphi Guaranteed Income Stream Benefit Program (ISP) | | 728 | | 728 | NA | 10/16/2006 |
| Delphi Health Care Reimbursement Plan for Salaried Employees | | 728 | | 728 | NA | 10/16/2006 |
| Delphi Separation Allowance Plan for Salaried Employees | | 3,432 | | 3,432 | NA | 10/16/2006 |
| Delphi Health Care Program for Salaried Employees | | 3,432 | | 3,432 | NA | 10/16/2006 |
| Delphi Health Care Program for Hourly Rate Employees | | 1,248 | | 1,248 | NA | 10/16/2006 |
| Delphi Group Long-Term Care Program (Salaried) | | 1,248 | | 1,248 | NA | 10/16/2006 |
| Delphi Mechatronic Systems Welfare Benefit Plan (Actives) (located in Downers Grove, IL) | | 1,248 | | 1,248 | NA | 10/16/2006 |
| Delphi Medical Systems Welfare Benefit Plan (located in Boulder, CO) | | 1,248 | | 1,248 | NA | 10/16/2006 |
| PHI Health and Welfare Plan (located in Irvine, CA) | | 1,248 | | 1,248 | NA | 10/16/2006 |
| Delphi Diesel Welfare Plan | | 1,248 | | — | NA | 10/16/2006 |
| | | 19,760 | | | | |
| **Total Fees for 2005 Plan Years** | 341,640 | 52,936 | 216,944 | 177,632 | | |
| | | | 394,576 | | 394,576 | |
| *Pension* | | | | | | |
| Delphi Hourly-Rate Employees Pension Plan (plan year ended 9/30/2006) | 40,560 | 1,872 | 42,432 | | Full | 7/15/2007 |
| Delphi Retirement Program for Salaried Employees (plan year ended 9/30/2006) | 40,560 | 1,872 | 42,432 | | Full | 7/15/2007 |
| **Total Fees for September 30, 2006 Plan Years** | 81,120 | 3,744 | 84,864 | — | | |
| **Total Fees per Proposal** | 422,760 | 56,680 | 301,808 | 177,632 | | |
| | | | 479,440 | | 479,440 | |