WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200
Glenn M. Kurtz (GK-6272)
Gerard Uzzi (GU-2297)
Douglas P. Baumstein (DB-1948)

Wachovia Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Thomas E Lauria (Admitted *Pro Hac Vice*)
Frank L. Eaton (FE-1522)
Ileana A. Cruz

ATTORNEYS FOR APPALOOSA
MANAGEMENT L.P., WEXFORD CAPITAL LLC,
AND LAMPE CONWAY & CO., LLC

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| Delphi Corporation, et al. | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Debtors. | |

**NOTICE OF WITHDRAWAL OF EMERGENCY MOTION OF SHAREHOLDERS FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 1102(a)(2) ENLARGING THE EQUITY COMMITTEE APPOINTED BY THE U.S. TRUSTEE**

TO:   THE HONORABLE ROBERT D. DRAIN,
        UNITED STATES BANKRUPTCY JUDGE:

**PLEASE TAKE NOTICE** that Appaloosa Management L.P., with and through certain of its affiliates, Wexford Capital LLC, with and through certain of its affiliates, and Lampe Conway & Co., LLC, with and through certain of its affiliates, by and through their undersigned counsel, hereby withdraw their Emergency Motion of the Shareholders for Entry of an Order

Pursuant to 11 U.S.C. §§ 105(a) and 1102(a)(2) Enlarging the Equity Committee Appointed by the U.S. Trustee ("Emergency Motion"), dated May 3, 2006 [ Docket No. 3580].

**PLEASE TAKE FURTHER NOTICE** that the Emergency Motion is being withdrawn as a result of United States Trustee's subsequent appointment of Pardus Capital Management L.P., with and through certain of its affiliates, one of the moving parties under the Emergency Motion, to the Official Committee of Equity Security Holders as evidenced by the Amended Notice of Appointment dated on or about May 11, 2006 [Docket No. 3726].

Dated: May 30, 2006
       Miami, Florida

>WHITE & CASE LLP
>Glenn M. Kurtz (GK-6272)
>Gerard Uzzi (GU-2297)
>Douglas P. Baumstein (DB-1948)
>1155 Avenue of the Americas
>New York, New York 10036-2787
>(212) 819-8200
>
>Thomas E Lauria (Admitted *Pro Hac Vice)*
>Frank L. Eaton (FE-1522)
>Ileana A. Cruz
>Wachovia Financial Center
>200 South Biscayne Boulevard
>Miami, Florida 33131
>(305) 371-2700
>
>By:   /s/ Frank L. Eaton
>         Frank L. Eaton
>
>Counsel to Appaloosa Management L.P.,
>Wexford Capital LLC, and
>Lampe Conway & Co., LLC