Bonnie Steingart (BS-8004)
FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP
One New York Plaza
New York, New York  10004
(212) 859-8000 (Telephone)
(212) 859-4000 (Facsimile)

*Proposed Counsel for the Official Committee of Equity Security Holders*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **Delphi Corporation, et al.,** | **Case No.  05-44481 (RDD)** |
| | **(Jointly Administered)** |
| **Debtors.** | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

AFFIDAVIT OF SERVICE

State of New York    )
                    )    ss.:
County of New York  )

Laura Guido, being duly sworn, deposes and says:

1.    I am over 18 years of age and am not a party to the above-captioned proceedings.  I am employed by Fried, Frank, Harris, Shriver & Jacobson LLP, having offices at One New York Plaza, New York, New York 10004.

2. On May 30, 2006, deponent caused to be served a true and correct copy of the following document(s) upon the parties listed in the service list attached hereto by hand delivery or overnight courier, as indicated:

> ➢ Preliminary Objection of the Official Committee of Equity Security Holders to Motion for Order Under 11 U.S.C. § 365 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Certain Executory Contracts with General Motors Corporation

/s/ Laura Guido
Laura Guido

Sworn to before me on this
30th day of May 2006

/s/ John Patrick McGuinness
Notary Public

JOHN PATRICK MCGUINNESS
Notary Public, State of New York
No. 02MC6100526
Qualified in New York County
Commission Expires 10/20/2007

## SERVICE LIST

**By Hand Delivery**

United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY  10004
Attn:   Chambers of Hon. Robert D. Drain


**By Overnight Courier**

The Debtors
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn:   General Counsel

Counsel to the Debtors
Skadden, Arps, Slate, Meagher
& Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Attn:   John Wm. Butler, Jr.
        David E. Springer

Counsel for the Agent Under the Debtors'
Prepetition Credit Facility
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017
Att'n:  Kenneth S. Ziman

Counsel for the Agent Under
the Postpetition Credit Facility
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Att'n:  Marlane Melican

Counsel for the Official Committee
of Unsecured Creditors
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Att'n:  Robert J. Rosenberg
        Mark A. Broude

United States Trustee
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
Att'n:  Alicia M. Leonhard