United States Bankruptcy Court
For the Southern District of New York

| | |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS LLC | } Chapter 11 </br> } </br> } </br> } </br> } Case No. </br> } 05-44640 </br> } |
| Debtor | } Amount $5,430.00 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
To: Transferor:

**LASER ELECTRICAL SUPPLIES INC**
**2120 E PAISANO DR PMB 205**
**EL PASO, TX 79905**

The transfer of your claim as shown above in the amount of $5,430.00 has been transferred to:

    Liquidity Solutions, Inc.
    Dba Revenue Management
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

    By:/s/ Mike Richards
    Liquidity Solutions, Inc.
    dba Revenue Management
    (201) 968-0001

793670

Mike Richards
Liquidity Solutions, Inc.
201-968-0001

---------------------------------------------------- (CUT HERE) ----------------------------------------------------
**TRANSFER NOTICE**

LASER ELECTRICAL SUPPLIES INC ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: DELPHI AUTOMOTIVE SYSTEMS LLC (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the LASER ELECTRICAL SUPPLIES INC Claims of Assignor in the aggregate amount of $5,430.00 representing all claims against the Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 05-44640, subject to the terms of the Assignment Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the _____ day of _____, 2006

LASER ELECTRICAL SUPPLIES INC

(Signature)

David A. Ramirez / President
(Print Name and Title)

REVENUE MANAGEMENT

(Signature)

MIKE RICHARDS
(Print Name of Witness)

DELPHI AUTOMOTIVE SYSTEMS LLC
LASER ELECTRICAL SUPPLIES INC

793670