United States Bankruptcy Court
For the Southern District of New York

| | |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS LLC | } Chapter 11 </br> } </br> } </br> } </br> } </br> } Case No. </br> } 05-44640 </br> } |
| Debtor | } Amount $13,966.00 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**APPLIED HANDLING INC**
**PO BOX 217**
**DEARBORN, MI 48121**

The transfer of your claim as shown above in the amount of $13,966.00 has been transferred to:

> Liquidity Solutions, Inc.
> Dba Revenue Management
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By:/s/ Mike Richards
Liquidity Solutions, Inc.
dba Revenue Management
(201) 968-0001

775637

From:    To: Craig Sturgis                                Date: 5/8/2006  Time: 10:40:14 AM                                Page 5 of 5

## TRANSFER NOTICE

Applied Hankdling Inc ("Assignor"), transfers and assigns unto Revenue Management with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: Delphi Automotive Systems, LLC (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the Applied Hankdling Inc Claims of Assignor in the aggregate amount of $13,966.00 representing all claims against Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 05-44640.

IN WITNESS WHEREOF, Assignor has signed below as of the __12__ day of __May__, 2006.

WITNESS:
Applied Hankdling Inc                                                                                                Revenue Management

_____                                            By: _____
(Signature)                                                                                                                  (Signature)

Craig A. Sturgis                                                                                                MIKE RICHARDS
(Print Name of Witness)                                                                                (Print Name and Title)

775637