United States Bankruptcy Court
For the Southern District Of New York

| DELPHI CORPORATION | } Chapter 11 |
|---|---|
| | } |
| | } Case No. |
| | } 05-44640 |
| Debtor | } Amount $15,930.00 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**CAPITAL FIRE PROTECTION CO**
**PO BOX 44035**
**COLUMBUS, OH 43204**

The transfer of your claim as shown above in the amount of $15,930.00 has been transferred to:

    Liquidity Solutions, Inc.
    Dba Revenue Management
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

    By:/s/ Mike Richards
    Liquidity Solutions, Inc.
    dba Revenue Management
    (201) 968-0001

496586

From: May. 19. 2006 11:42AM                                                                              No. 0329   P. 4/4

## TRANSFER NOTICE

Capital Fire Protection ("Assignor"), transfers and assigns unto Revenue Management with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: Delphi Automotive Systems, LLC (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the Capital Fire Protection Claims of Assignor in the aggregate amount of $15,930.00 representing all claims against Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 05-44640.

IN WITNESS WHEREOF, Assignor has signed below as of the 19th day of May, 2006.

WITNESS:
Capital Fire Protection Co.                                              Revenue Management

_____                              By: _____
(Signature)                                                                            (Signature)

John C. Falk, Sr.                                                          MIKE RICHARDS
(Print Name of Witness)                                                (Print Name and Title)