UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                           : Chapter 11
                                                                : 
Delphi Corporation, *et al.*,                                   : Case No. 05-44481 (RDD)
                                                                : 
                     Debtors.                                   : (Jointly Administered)
                                                                : 
---------------------------------------------------------------x

Affidavit of Service

STATE OF NEW YORK        )
                          :ss.:
COUNTY OF NEW YORK       )

SARAH B. ROBERTS, being duly sworn, deposes and says:

1. I am employed by the law firm of Ropes & Gray LLP. I am over 18 years of age and I reside in New York, New York. I am not a party to this action.

2. On Friday, May 26, 2006, I caused a true and correct copy of the Affidavit of Non-legal Ordinary Course Professional by Erica O'Malley to be served by First Class Mail upon the persons listed on the annexed Exhibit A at the addresses set forth in such exhibit.

*/s/ Sarah B. Roberts*
Sarah B. Roberts

Sworn to before me this 30th day of May, 2006

_____
Notary Public

DAWNNE JONES
Notary Public, State of New York
No. 01JO6071352
Qualified in Westchester County
Commission Expires March 18, 2010

3223309_1

## Service List

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel

Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Attn: John Wm. Butler, Jr., Esq.

U.S. Trustee
33 Whitehall Street
Suite 2100
NY, NY 10044
Attn: Alicia M. Leonhard, Esq.

Latham & Watkins
885 Third Avenue
NY, NY 10022
Attn: Mark A. Broude, Esq.

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
NY, NY 10017
Attn: Marissa Wesley, Esq.

Davis Polk & Wardell
450 Lexington Avenue
NY, NY 10017
Attn: Marlane Melican, Esq.

3223309_1