Filardi Law Offices LLC
65 Trumbull Street, Second Floor
New Haven, CT  06510
(203) 562-8588
(866) 890- 3061 Facsimile
Charles J. Filardi, Jr. (CF-3262)
Attorneys for Federal Express Corporation

Attorney for Federal Express Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | |
|   DELPHI CORPORATION, INC., et al., | : | Chapter 11 |
| | : | |
| | : | Case No. 05-44481 (RDD) |
| | : | |
|     Debtors. | : | (Jointly Administered) |

**AMENDED NOTICE OF APPEARANCE, REQUEST FOR NOTICES AND DEMAND FOR SERVICE OF PAPERS**

PLEASE BE ADVISED that effective April 12, 2006, counsel for Federal Express Corporation changed both its law firm and its address.  Pursuant to 11 U.S.C. 1109(b) and Rules 2002, 9007, 9010(b) and 9013 of the Federal Rules of Bankruptcy Procedure that a true, complete and accurate copy of each and every notice required to be given in this case, as well as all copies of pleadings and other papers filed in the above matter, be directed to **counsel for FEDERAL EXPRESS CORPORATION at its new address:**

> Charles J. Filardi, Jr.
> Filardi Law Offices LLC
> 65 Trumbull Street, Second Floor
> New Haven, CT 06510
> (203) 562-8588
> (866) 890-3061 Facsimile
> E-mail: charles@filardi-law.com

**NOTICE IS NO LONGER REQUESTED TO PEPE & HAZARD.**

/32542/16/53252v1
10/16/03-SPT/

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which may affect or seek to affect in any way, the rights or interests of Federal Express Corporation with respect to the above-captioned debtor, the bankruptcy estate, or any related entity, or property or proceeds in which the debtor or its trustee may claim an interest.

Dated:  May 30, 2006                    FEDERAL EXPRESS CORPORATION

                                        By:    /s/
                                        Charles J. Filardi, Jr. (CF-3262)
                                        Filardi Law Offices LLC
                                        65 Trumbull Street, Second Floor
                                        New Haven, CT  06510
                                        (203) 562-8588
                                        (866) 890-3061 Facsimile
                                        E-mail: charles@filardi-law.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 30th day of May, 2006 a copy of the foregoing Amended Notice of Appearance, Request for Notices and Demand for Service of Papers has been served electronically to the parties accepting notices electronically and via first class mail, postage pre-paid to the following parties:

Office of the United States Trustee:

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004

                                                                         /s/
                                              Charles J. Filardi, Jr.