**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, *et al.,* | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, TAMIKA A. BRYANT, a member in good standing of the bar in the State of Michigan, request admission ***pro hac vice***, before the Honorable Robert D. Drain, to represent the law firm of Howard & Howard Attorneys, P.C., which firm has been retained as Special Counsel pursuant to 11 U.S.C. § 327(e) in the above-referenced case. My address is as follows:

> Tamika A. Bryant
> Howard & Howard Attorneys, P.C.
> 39400 Woodward Avenue, Suite 101
> Bloomfield Hills, Michigan 48304-5151
> Telephone: (248) 645-1483
> Facsimile: (248) 645-1568
> tabryant@howardandhoward.com

I have submitted the $25.00 fee along with this Motion For Admission to Practice *pro hac vice.*

> Respectfully submitted,
>
> HOWARD & HOWARD ATTORNEYS, P.C.
>
> /s/    Tamika A. Bryant
> Tamika A. Bryant (P62641)
> 39400 Woodward Avenue, Suite 101
> Bloomfield Hills, Michigan  48304-5151
> Phone: (248) 645-1483
> Fax: (248) 645-1568

Dated: May 30, 2006
         Bloomfield Hills, MI

## ORDER

**ORDERED**, that Tamika A. Bryant, Esq. is admitted to practice *pro hac vice* in the referenced case in the United States Bankruptcy Court, Southern District of New York. The filing fee in this matter has been paid.

---

UNITED STATES BANKRUPTCY JUDGE

Dated: _____, 2006
      New York, New York

g:\d\delphi bankruptcy\motion for admission 052406.doc