UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                              Chapter 11
                                                                             Case No. 05-44481 (RDD)

DELPHI CORPORATION, *et al.*,                   (Jointly Administered)
DELPHI AUTOMOTIVE SYSTEMS LLC

Debtors.
-----------------------------------------------------------X

**NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**

To: (Transferee)  Debt Acquisition Company of America V, LLC
                            1565 Hotel Circle South, Suite 310
                            San Diego, CA  92108

A transfer in the amount of $245.00 from:

BORDER PRESS INC (Transferor)
620 E PRICE RD
BROWNSVILLE TX 78521

 is acknowledged.

*By filing pursuant to Rule 3001(e)(1), you affirm that you have searched the official claims register and that the Transferor has not previously filed a Proof of Claim.*

A Proof of Claim form in enclosed for your use.
The last date to file a claim is _____.  Send your Proof of Claim form to:
        Special Deputy Clerk
        United States Bankruptcy Court
        Southern District of New York
        One Bowling Green
        New York, New York 10004-1408

Refer to INTERNAL CONTROL NUMBER _____ in your Proof of Claim.
Kathleen Farrell, Clerk

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
Copy (check):  Debtor's Attorney _____  Claims Agent _____  Deputy Clerk_____
Bc:  ackotree
ACKNOWLEDGEMENT-NO CLAIM ON FILE-NOT FOR SECURITY-BEFORE BAR DATE

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 05-44481 (RDD) |
| | ) |
| DELPHI CORPORATION, et al., | ) Jointly Administered |
| DELPHI AUTOMOTIVE SYSTEMS LLC | ) |
| | ) NOTICE OF TRANSFER OF CLAIM |
| Debtors. | ) OTHER THAN FOR SECURITY AND |
| | ) WAIVER OF NOTICE |
| | ) Bankruptcy Rule 3001(e)(1) |

PLEASE TAKE NOTICE that the scheduled claim of BORDER PRESS INC ("Transferor") against the Debtor in the amount of $245.00, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $245.00 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

**TRANSFEROR:**
BORDER PRESS INC
620 E PRICE RD BROWNSVILLE TX 78521

Print Name: John Champion      Title: V. President
Signature: [signed]             Date: 5/25/06
Updated Address (if needed): _____
Phone (956) 831-2293   Fax (956) 831-4565   E-Mail: JGCHAMPION@AOL.com

**TRANSFEREE:**
DEBT ACQUISITION COMPANY OF AMERICA V, LLC
1565 Hotel Circle South, Suite 310, San Diego, CA 92108

Signature: J. Fette
Traci Fette

Mail Ref# 6-98
2388468

1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                           Chapter 11
                                                                                       Case No. 05-44481 (RDD)
DELPHI CORPORATION, *et al.,*                                 (Jointly Administered)
DELPHI CONNECTIONS SYSTEMS


Debtors.
-----------------------------------------------------------X

**NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**

To: (Transferee)  Debt Acquisition Company of America V, LLC
                          1565 Hotel Circle South, Suite 310
                          San Diego, CA  92108

A transfer in the amount of $943.88 from:

COMMERCIAL LANDSCAPE SERV (Transferor)
1821 REYNOLDS AVE
IRVINE CA 92614

 is acknowledged.

*By filing pursuant to Rule 3001(e)(1), you affirm that you have searched the official claims register and that the Transferor has not previously filed a Proof of Claim.*

A Proof of Claim form in enclosed for your use.
The last date to file a claim is _____.  Send your Proof of Claim form to:
          Special Deputy Clerk
          United States Bankruptcy Court
          Southern District of New York
          One Bowling Green
          New York, New York 10004-1408

Refer to INTERNAL CONTROL NUMBER _____ in your Proof of Claim.
Kathleen Farrell, Clerk

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
Copy (check):  Debtor's Attorney _____ Claims Agent _____ Deputy Clerk_____
Bc:  ackotree
ACKNOWLEDGEMENT-NO CLAIM ON FILE-NOT FOR SECURITY-
BEFORE BAR DATE

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 05-44481 (RDD) |
| | ) |
| DELPHI CORPORATION, et al., | ) Jointly Administered |
| DELPHI CONNECTIONS SYSTEMS | ) |
| | ) NOTICE OF TRANSFER OF CLAIM |
| Debtors. | ) OTHER THAN FOR SECURITY AND |
| | ) WAIVER OF NOTICE |
| | ) Bankruptcy Rule 3001(e)(1) |

PLEASE TAKE NOTICE that the scheduled claim of COMMERCIAL LANDSCAPE SERV ("Transferor") against the Debtor in the amount of $943.88, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $943.88 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

**TRANSFEROR:**
**COMMERCIAL LANDSCAPE SERV**
**1821 REYNOLDS AVE IRVINE CA 92614**
Print Name: Irene Snengbouvanne   Title: Acct
Signature: [signed]   Date: 5/22/06
Updated Address (if needed): _____
Phone: 949-660-8655   Fax: 949-474-8996   E-Mail: Irene@clscatalog.com

**TRANSFEREE:**
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**
Signature: J. Fette
Traci Fette

Mail Ref# 6-378
2585419

FROM : Commercial Landscape    FAX NO. : 9494748996    May. 22 2006 10:53AM  P1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                 Chapter 11
                                                                           Case No. 05-44481 (RDD)
DELPHI CORPORATION, *et al.,*                         (Jointly Administered)
DELPHI AUTOMOTIVE SYSTEMS LLC

Debtors.
------------------------------------------------------------X

## NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)

To: (Transferee)  Debt Acquisition Company of America V, LLC
                            1565 Hotel Circle South, Suite 310
                            San Diego, CA  92108

A transfer in the amount of $933.94 from:

COMPONENT SUPPLY (Transferor)
DIV NOVA SALES CORP
6319 DEAN PARKWAY
ONTARIO NY 14519


 is acknowledged.

*By filing pursuant to Rule 3001(e)(1), you affirm that you have searched the official claims register and that the Transferor has not previously filed a Proof of Claim.*

A Proof of Claim form in enclosed for your use.
The last date to file a claim is _____.  Send your Proof of Claim form to:
          Special Deputy Clerk
          United States Bankruptcy Court
          Southern District of New York
          One Bowling Green
          New York, New York 10004-1408

Refer to INTERNAL CONTROL NUMBER _____ in your Proof of Claim.
Kathleen Farrell, Clerk

_____

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
Copy (check):  Debtor's Attorney _____ Claims Agent _____ Deputy Clerk_____
Bc:  ackotree
ACKNOWLEDGEMENT-NO CLAIM ON FILE-NOT FOR SECURITY-
BEFORE BAR DATE

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                               ) Chapter 11
                                                     ) Case No. 05-44481 (RDD)
                                                     )
DELPHI CORPORATION, et al.,                          ) Jointly Administered
DELPHI AUTOMOTIVE SYSTEMS LLC                        )
                                                     ) **NOTICE OF TRANSFER OF CLAIM**
        Debtors.                                     ) **OTHER THAN FOR SECURITY AND**
                                                     ) **WAIVER OF NOTICE**
                                                     ) Bankruptcy Rule 3001(e)(1)

    PLEASE TAKE NOTICE that the scheduled claim of COMPONENT SUPPLY ("Transferor") against the Debtor in the amount of $933.94, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

    I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $933.94 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

**TRANSFEROR:**
**COMPONENT SUPPLY**
**DIV NOVA SALES CORP 6319 DEAN PARKWAY ONTARIO NY 14519**

Print Name GAIL A. GRUBE         Title GEN'L MGR /CORPORATE SEC'Y
Signature Gail A. Grube           Date 5/23/06
Updated Address (if needed) _____
Phone 585-265-4330   Fax 585-265-2608   E-Mail grubeg@componentsupply.com


**TRANSFEREE:**
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**

Signature:        J. Fette
                  Traci Fette

Mail Ref# 6-374
2588844

1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                    Chapter 11
                                          Case No. 05-44481 (RDD)
DELPHI CORPORATION, *et al.,*             (Jointly Administered)
DELPHI AUTOMOTIVE SYSTEMS LLC

Debtors.
-----------------------------------------------------------X

**NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**

To: (Transferee)  Debt Acquisition Company of America V, LLC
                  1565 Hotel Circle South, Suite 310
                  San Diego, CA  92108

A transfer in the amount of $194.87 from:

FLUID SYSTEMS PARTNERS US (Transferor)
PO BOX 28
BOWLING GREEN OH 43402-0028

 is acknowledged.

*By filing pursuant to Rule 3001(e)(1), you affirm that you have searched the official claims register and that the Transferor has not previously filed a Proof of Claim.*

A Proof of Claim form in enclosed for your use.
The last date to file a claim is _____.  Send your Proof of Claim form to:
        Special Deputy Clerk
        United States Bankruptcy Court
        Southern District of New York
        One Bowling Green
        New York, New York 10004-1408

Refer to INTERNAL CONTROL NUMBER _____ in your Proof of Claim.
Kathleen Farrell, Clerk

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
Copy (check):  Debtor's Attorney _____ Claims Agent _____ Deputy Clerk_____
Bc:  ackotree
ACKNOWLEDGEMENT-NO CLAIM ON FILE-NOT FOR SECURITY-BEFORE BAR DATE

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                    ) Chapter 11
                                          ) Case No. 05-44481 (RDD)
                                          )
DELPHI CORPORATION, et al.,               ) Jointly Administered
DELPHI AUTOMOTIVE SYSTEMS LLC             )
                                          ) NOTICE OF TRANSFER OF CLAIM
      Debtors.                            ) OTHER THAN FOR SECURITY AND
                                          ) WAIVER OF NOTICE
                                          ) Bankruptcy Rule 3001(e)(1)

   PLEASE TAKE NOTICE that the scheduled claim of FLUID SYSTEMS PARTNERS US ("Transferor") against the Debtor in the amount of $194.87, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

   I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $194.87 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

**TRANSFEROR:**
FLUID SYSTEMS PARTNERS US
PO BOX 28 BOWLING GREEN OH 43402-0028

Print Name  Karen Westrick        Title  Acctg./HR Mgr.

Signature   Karen Westrick        Date   5.24.06

Updated Address (if needed) _____

Phone  419-353-6070   Fax  419-354-3496   E-Mail  k.westrick@argo-hytos.com

**TRANSFEREE:**
DEBT ACQUISITION COMPANY OF AMERICA V, LLC
1565 Hotel Circle South, Suite 310, San Diego, CA 92108

Signature:       J. Fette
                 Traci Fetto

Mail Ref# 6-78
2589767

1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                Chapter 11
                                                                           Case No. 05-44481 (RDD)
DELPHI CORPORATION, *et al.,*                          (Jointly Administered)
DELPHI AUTOMATIC SYSTEMS LLC

Debtors.
-----------------------------------------------------------X

### NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)

To: (Transferee)  Debt Acquisition Company of America V, LLC
                           1565 Hotel Circle South, Suite 310
                           San Diego, CA  92108

A transfer in the amount of $1,338.00 from:

PAC EQUIPMENT CO INC (Transferor)
6675 WILDFLOWER CT
ERIE PA 16509-5173

 is acknowledged.

*By filing pursuant to Rule 3001(e)(1), you affirm that you have searched the official claims register and that the Transferor has not previously filed a Proof of Claim.*

A Proof of Claim form in enclosed for your use.
The last date to file a claim is _____.  Send your Proof of Claim form to:
        Special Deputy Clerk
        United States Bankruptcy Court
        Southern District of New York
        One Bowling Green
        New York, New York 10004-1408

Refer to INTERNAL CONTROL NUMBER _____ in your Proof of Claim.
Kathleen Farrell, Clerk

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
Copy (check):  Debtor's Attorney _____  Claims Agent _____  Deputy Clerk_____
Bc:  ackotree
ACKNOWLEDGEMENT-NO CLAIM ON FILE-NOT FOR SECURITY-
BEFORE BAR DATE

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                    ) Chapter 11
                                                          ) Case No. 05-44481 (RDD)
                                                          )
DELPHI CORPORATION, et al.,                               ) Jointly Administered
DELPHI AUTOMATIC SYSTEMS LLC                              )
                                                          ) NOTICE OF TRANSFER OF CLAIM
         Debtors.                                         ) OTHER THAN FOR SECURITY AND
                                                          ) WAIVER OF NOTICE
                                                          ) Bankruptcy Rule 3001(e)(1)

PLEASE TAKE NOTICE that the scheduled claim of PAC EQUIPMENT CO INC ("Transferor") against the Debtor in the amount of $1,338.00, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $1,338.00 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
PAC EQUIPMENT CO INC
6675 WILDFLOWER CT  ERIE PA 16509-5173

Print Name _Eugene W. Abbew_  Title _President_
Signature _Eugene W. Abbew_    Date _May 25, 2006_
Updated Address (if needed) _____
Phone _216-287-1958_  Fax _814-866-2470_  E-Mail _EWJ10Bill@Verizon.Net_

TRANSFEREE:
DEBT ACQUISITION COMPANY OF AMERICA V, LLC
1565 Hotel Circle South, Suite 310, San Diego, CA 92108

Signature: _J. Forte_
Traci Fotte

Mail Ref# 6-535
2591863

1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                              Chapter 11
                                                    Case No. 05-44481 (RDD)
DELPHI CORPORATION, *et al.,*                       (Jointly Administered)
DELPHI AUTOMATIC SYSTEMS LLC

Debtors.
-----------------------------------------------------------X

**NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**

To: (Transferee)  Debt Acquisition Company of America V, LLC
                  1565 Hotel Circle South, Suite 310
                  San Diego, CA  92108

A transfer in the amount of $682.50 from:

TOUCHSTONE INC (Transferor)
8745 PACKARD RD
NIAGARA FALLS NY

 is acknowledged.

*By filing pursuant to Rule 3001(e)(1), you affirm that you have searched the official claims register and that the Transferor has not previously filed a Proof of Claim.*

A Proof of Claim form in enclosed for your use.
The last date to file a claim is _____.  Send your Proof of Claim form to:

    Special Deputy Clerk
    United States Bankruptcy Court
    Southern District of New York
    One Bowling Green
    New York, New York 10004-1408

Refer to INTERNAL CONTROL NUMBER _____ in your Proof of Claim.
Kathleen Farrell, Clerk

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
Copy (check):  Debtor's Attorney _____ Claims Agent _____ Deputy Clerk_____
Bc:  ackotree
ACKNOWLEDGEMENT-NO CLAIM ON FILE-NOT FOR SECURITY-
BEFORE BAR DATE

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

DELPHI CORPORATION, et al.,
DELPHI AUTOMATIC SYSTEMS LLC

Debtors.

) Chapter 11
) Case No. 05-44481 (RDD)
)
) Jointly Administered
)
) NOTICE OF TRANSFER OF CLAIM
) OTHER THAN FOR SECURITY AND
) WAIVER OF NOTICE
) Bankruptcy Rule 3001(e)(1)

PLEASE TAKE NOTICE that the scheduled claim of TOUCHSTONE INC ("Transferor") against the Debtor in the amount of $682.50, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $682.50 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

**TRANSFEROR:**
TOUCHSTONE INC
8745 PACKARD RD NIAGARA FALLS NY

Print Name KEVIN S. SCHUL   Title PRESIDENT
Signature [signed]   Date 5.25.06

Updated Address (if needed) _____

Phone 716.297.9135   Fax 716.297.0270   E-Mail KS.Touchstone@Verizon.Net

**TRANSFEREE:**
DEBT ACQUISITION COMPANY OF AMERICA V, LLC
1565 Hotel Circle South, Suite 310, San Diego, CA 92108

Signature: [signed]
Traci Fette

Mail Ref# 6-273
2592371

2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                        Chapter 11
                                              Case No. 05-44481 (RDD)
DELPHI CORPORATION, *et al.,*                 (Jointly Administered)
DELPHI MEDICAL SYSTEMS COLORADO CORP

Debtors.
-----------------------------------------------------------X

**NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**

To: (Transferee)  Debt Acquisition Company of America V, LLC
                  1565 Hotel Circle South, Suite 310
                  San Diego, CA  92108

A transfer in the amount of $226.69 from:

WATLOW ELECTRIC MFG. CO. (Transferor)
12001 LACKLAND RD.
ST. LOUIS MO 63146

 is acknowledged.

*By filing pursuant to Rule 3001(e)(1), you affirm that you have searched the official claims register and that the Transferor has not previously filed a Proof of Claim.*

A Proof of Claim form in enclosed for your use.
The last date to file a claim is _____.  Send your Proof of Claim form to:

    Special Deputy Clerk
    United States Bankruptcy Court
    Southern District of New York
    One Bowling Green
    New York, New York 10004-1408

Refer to INTERNAL CONTROL NUMBER _____ in your Proof of Claim.
Kathleen Farrell, Clerk

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
Copy (check):  Debtor's Attorney _____  Claims Agent _____  Deputy Clerk_____
Bc:  ackotree
ACKNOWLEDGEMENT-NO CLAIM ON FILE-NOT FOR SECURITY-BEFORE BAR DATE

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 05-44481 (RDD) |
| ) | |
| DELPHI CORPORATION, et al., ) | Jointly Administered |
| DELPHI MEDICAL SYSTEMS COLORADO CORP ) | |
| ) | NOTICE OF TRANSFER OF CLAIM |
| Debtors. ) | OTHER THAN FOR SECURITY AND |
| ) | WAIVER OF NOTICE |
| ) | Bankruptcy Rule 3001(e)(1) |

PLEASE TAKE NOTICE that the scheduled claim of WATLOW ELECTRIC MFG. CO. ("Transferor") against the Debtor in the amount of $226.69, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $226.69 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

**TRANSFEROR:**
WATLOW ELECTRIC MFG. CO.
12001 LACKLAND RD. ST. LOUIS MO 63146

Print Name: Cheryl Pinson       Title: Credit Manager
Signature: Cheryl Pinson         Date: 5/24/06
Updated Address (if needed): _____
Phone 314-628-4352   Fax 314-878-7414   E-Mail cpinson@watlow.com

**TRANSFEREE:**
DEBT ACQUISITION COMPANY OF AMERICA V, LLC
1565 Hotel Circle South, Suite 310, San Diego, CA 92108

Signature: J. Fette
Traci Fette

Mail Ref# 6-91
2589799

1