# FURUKAWA--LISTING OF INVOICES TO OFFSET

| Process # | DUNS # | Plant Code | Document # | Document Date | Total Amount | Currency Code | Bill Of Lading | Purchase Order | Furukawa Invoice Date |
|---|---|---|---|---|---|---|---|---|---|
| 9000031638341 | RD 966877987 | K9 | 269050IPF4734309 | 9/8/2005 | $144,232.32 | USD | 26905 | SAG9014073 | 9/1/2005 |
| 9000031663992 | RD 966877987 | K9 | 269340IPF4751110 | 9/9/2005 | $137,251.92 | USD | 26934 | SAG9014073 | |
| 9000031783986 | RD 966877987 | K9 | 271430IPF4893521 | 9/20/2005 | $134,514.72 | USD | 27143 | S3S32084 | 9/12/2005 |
| | | J9 | 504984440001 | 9/27/2005 | $1,200.00 | USD | 27315 | | |
| 9000031865318 | RD 966877987 | K9 | I436360709 | | $39,836.16 | USD | 26644 | 9014940 | 9/13/2005 |
| APPROVED | | K9 | I436393024 | | $34,145.28 | USD | 26940 | 9014941 | |
| APPROVED | | K9 | I436393124 | | $39,836.16 | USD | 26941 | 9014942 | 9/21/2005 |
| APPROVED | | K9 | I436403728 | | $34,145.28 | USD | 27045 | 9014943 | |

Misc Adjustment            $139.36

**TOTAL OFFSET AMOUNT        $555,301.20**

Ok per Dana Fidler 4/21/06