UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                             )
In Re:                                                       )    Case No. 05-44481 (RDD)
                                                             )
DELPH CORPORATION, *et al.*,                                 )    Chapter 11
                                                             )
                    Debtors.                                 )    (Jointly Administered)
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

    I, Wendy G. Marcari, hereby certify that on May 30, 2006, a true and correct copy of the *Notice of Appearance And Request For Copies Of All Orders, Notices And Pleadings*, in the above captioned proceeding was caused to be served on the parties listed on the annexed Service List via First Class mail.

                                          TRAUB, BONACQUIST & FOX LLP

                                          By: /s/ Wendy M. Marcari
                                          Maura I. Russell (MR 1178)
                                          Wendy G. Marcari (WM 8494)
                                          655 Third Avenue, 21st Floor
                                          New York, NY 10017
                                          Tel. (212) 476-4770
                                          Fax  (212) 476-4787

# SERVICE LIST

Douglas P. Bartner, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

Jessica Kastin, Esq.
O'Melveny & Meyers
7 Times Square
New York, NY 10036

John Wm. Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606-1285

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

Mateo Fowler, Esq.
Quinn Emanuel Urquhardt Oliver & Hedges
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017

Mark A. Broude, Esq.
Robert J. Rosenberg, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 10022-4802

Michael D. Warner, Esq.
Warner Stevens, L.L.P.
301 Commerce Street
Suite 1700
Fort Worth, TX 76102

Alicia M. Leonhard, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York NY 10004