**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **DELPHI CORPORATION, <u>et al.</u>,** | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

**ORDER APPROVING FIRST INTERIM APPLICATION OF JEFFERIES & COMPANY, INC., AS INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR INTERIM ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED**
<u>**FOR THE PERIOD OCTOBER 18, 2005 TO JANUARY 31, 2006**</u>

Upon consideration of the First Interim Application of Jefferies & Company, Inc. ("Jefferies'), as Investment Banker to the Official Committee of Unsecured Creditors (the "Committee") for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred for the Period October 18, 2005 to January 31, 2006 (the "Application"); a hearing having been held before this Court to consider the Application on _____, 2006; adequate and sufficient notice having been given to the (i) Debtors; (ii) Counsel to the Debtors; (iii) Counsel to the Official Committee of Unsecured Creditors; (iv) the United States Trustee for the Southern District of New York; and (v) all other parties entitled to notice; this Court having given due consideration to any responses to the Application, and sufficient cause having been shown therefore, it is hereby;

ORDERED that as set forth in the attached Schedule "A," the Application is granted in its entirety and in all respects; and it is further

NY\856465.1

ORDERED that the Debtors are directed to pay to Jefferies $626,709.83, within ten (10) days of the date hereof, representing the amounts requested by Jefferies in the Application and approved by this Order, less those amounts already paid to Jefferies by the Debtors.

Dated: _____, 2006
    New York, New York

                                _____
                                THE HONORABLE ROBERT D. DRAIN
                                UNITED STATES BANKRUPTCY JUDGE

NY\856465.1

Case Number: 05-44481 (RDD)
Case Name: DELPHI CORPORATION, et al.

| ALL FEES PERIODS (INCLUDING THIS PERIOD) | | | | | |
|---|---|---|---|---|---|
| Applicant | Total Fees Requested | Fees Awarded (Pending Approval of this Court) | Total Fees Held Back | Total Expenses Requested | Expenses Awarded |
| Jefferies & Company, Inc | $604,032.26 | $604,032.26 | $0.00 | $22,677.57 | $22,677.57 |

SCHEDULE A            DATE_____            INITIALS:_____       USBJ

PAGE 1 OF 1

NY\856465.1