KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
Edward M. Fox, Esq. (EF1619)
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

Attorneys for Wilmington Trust Company,
as Indenture Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
In re:                                                    :    Chapter 11
                                                          :
DELPHI CORPORATION, et al.,                               :    Case No. 05-44481 (RDD)
                                                          :
                            Debtors.                      :    (Jointly Administered)
                                                          :
                                                          :    **AFFIDAVIT OF SERVICE**
----------------------------------------------------------x


STATE OF NEW YORK       )
                        )ss.:
COUNTY OF NEW YORK      )


    Elaine Fera, being duly sworn, deposes and says:

    1.    I am an employee of the firm of Kirkpatrick & Lockhart Nicholson Graham LLP, am over 18 years of age and am not a party to this action.

    2.    On May 30, 2006, I served true copies of the Designation Of Items To Be Included In The Record On Appeal And Statement of Issues To Be Presented On Appeal By Wilmington Trust Company, As Indenture Trustee by United States First Class mail upon the parties on the attached service list by placing same in properly addressed, postage prepaid

NY-#392554-v1

envelopes and depositing said envelopes in a receptacle maintained by the United States Post Office for such purpose located in on the northeast corner of East 53rd Street and Lexington Avenue, New York, New York.

                                                              */s/ Elaine Fera*
                                                              Elaine Fera

Sworn to before me this
31st day of May, 2006

      *Joyce M. Smith*
        Notary Public
Notary Public, State of New York
     No. 01SM6091035
   Qualified in Suffolk County
Commission Expires April 21, 2007

**DELPHI SERVICE LIST**

John Wm. Butler, Jr., Esq.
Skadden, Arps, Slate,
Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL  60606-1285

Kayalyn A. Marafioti, Esq.
Skadden, Arps, Slate,
Meagher & Flom LLP
Four Times Square
New York, NY  10036

Babette, A. Ceccotti, Esq.
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, NY  10036

Niraj R. Ganatra, Esq.
International Union, UAW
8000 East Jefferson Avenue
Detroit, MI  48214

Martin J. Bienenstock, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

Robert B. Weiss, Esq.
Honigman Miller
Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226-3506

Glenn M. Kurtz, Esq.
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036-2787

Thomas E. Lauria, Esq.
White & Case LLP
Wachovia Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, FL  33131

Robert J. Rosenberg, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY  10022-4802

Robert Stark, Esq.
Brown Rudnick Berlack Israels LLP
Seven Times Square
New York, NY  10036

Peter J. Antoszyk, Esq.
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA  02111

Lowell Peterson, Esq.
Meyer, Suozzi, English & Klein, P.C.
1350 Broadway, Suite 501
New York, NY  10018