HEARING DATE: July 19, 2006 at 10:00 a.m.
RESPONSE DEADLINE: July 12, 2006 at 4:00 p.m.

LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022-4802
Telephone: (212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (MS-4321)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
        mitchell.seider@lw.com
        mark.broude@lw.com

Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| DELPHI CORPORATION, et al., ) | Case No. 05-44481 (RDD) |
| ) | |
| Debtors. ) | |
| ) | Jointly Administered |
| ) | |

**NOTICE OF FIRST FEE AND EXPENSE APPLICATION OF
LATHAM & WATKINS LLP, AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS**

PLEASE TAKE NOTICE that on May 31, 2006, Latham & Watkins LLP filed its First

Fee and Expense Application of Latham & Watkins LLP, as Counsel to the Official Committee

of Unsecured Creditors (the "Application"), pursuant to Sections 330 and 331 of Title 11 of the

United States Bankruptcy Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of

Bankruptcy Procedures (the "Bankruptcy Rules"), and the Administrative Order establishing

Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated

November 4, 2005 (as amended from time to time, the "Administrative Order"), seeking an

NY\1152321.2

Order awarding interim compensation for professionals services provided to the Official Committee of Unsecured Creditors in the amount of $3,258,050.25, together with reimbursement for actual and necessary expenses incurred in the amount of $157,230.86, during the period from October 17, 2005 through January 31, 2006, inclusive (the "First Interim Fee Period").

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held on July 19, 2006, at 10:00 a.m. (Prevailing Eastern Time) (the "Hearing") before the Honorable Robert D. Drain, in the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Customs House, One Bowling Green, New York, 10004-1408 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that responses or objections to the Application, if any, must comply with the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, must be set forth in writing describing the basis therefore, and must be filed with the Bankruptcy Court electronically in accordance with General Order M-242, as amended by General Order M-269, by registered users of the Court's electronic case filing system (the Users' Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties in interest, on a 3-1/2 inch computer diskette, preferably in Portable Document Format (PDF), or in any other Windows-based word processing format (with a hard copy delivered directly to Chambers). Any such responses or objections must be served in accordance with the Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007 and 9014 Establishing (I) Omnibus Hearing Dates, (II) Certain Notice, Case Management, and Administrative Procedures, and (III) Scheduling an Initial Case Conference in Accordance with Local Bankr. R. 1007-2(e), entered by the Court in these cases on October 14, 2005 (as amended from time to time), upon each of the

following: (i) counsel to the Committee, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022, Attn.: Robert J. Rosenberg; (ii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn.: Alicia M. Leonard; (iii) counsel to the Debtors, Skadden, Arps, Slate & Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606, Attn.: John Wm. Butler Jr., (iv) special counsel to the Debtors, Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022, Attn.: Douglas Bartner, (v) counsel to the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, NY 10017, Attn.: Marissa Wesley, (vi) counsel to the agent under the Debtors' proposed postpetition credit facility, Davis Polk & Wardell, 450 Lexington Avenue, New York, NY 10017, Attn.: Marlane Melican, and (vii) counsel to the Equity Committee, Fried Frank, Harris, Shriver & Jacobson, One New York Plaza, New York, New York, 10004, Attn: Brad Eric Scheler, in each case so as to be received no later than 4:00 p.m. (prevailing Eastern Time) on July 12, 2006 (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that only those objections made in writing and timely filed and received by the Objection Deadline will be considered by the Bankruptcy Court during the Hearing. If no objections to the Application are timely filed and served in accordance with the procedures set forth herein, the Bankruptcy Court may enter a final order granting the Application without further notice.

Dated: May 31, 2006
New York, New York

                           **LATHAM & WATKINS LLP**

                           By: /s/ Robert J. Rosenberg
                           Robert J. Rosenberg (RR-9585)
                           Mitchell A. Seider (MS-4321)
                           Mark A. Broude (MB-1902)
                           885 Third Avenue, Suite 1000
                           New York, New York 10022
                           Telephone: (212) 906-1200

                           Attorneys for the Official Committee of Unsecured Creditors

NY\1152321.2