# EXHIBIT A

# DELPHI CORPORATION

## SUMMARY OF PROFESSIONAL
## TIME CHARGES AND FEES
## FOR THE PERIOD
## OCTOBER 19, 200 THROUGH JANUARY 31, 2006

## EXHIBIT A

Listed below are the Mesirow Financial Consulting, LLC professionals who performed services during the referenced period, their respective hourly rates, hours incurred, and associated fees.

| Name | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Lattig, Larry H. | Senior Managing Director | $ 590 | 341.0 | $ 201,190 |
| Slezinger, Leon | Senior Managing Director | 590 | 434.9 | 256,591 |
| Pickering, Ben | Managing Director | 590 | 521.4 | 307,626 |
| Parks, Amanda | Senior Vice President | 540 | 671.2 | 362,448 |
| Torakis, Michael B. | Senior Vice President | 540 | 77.8 | 42,012 |
| Sartori, Elisa | Senior Vice President | 510 | 6.1 | 3,111 |
| Smith, Susan M. | Senior Vice President | 510 | 77.3 | 39,423 |
| Cashel, Joe [1] | Vice President | 420 | 116.3 | 48,846 |
| Grishow, Scott D. | Vice President | 390 | 262.4 | 102,336 |
| Agarwal, Sonal | Vice President | 390 | 14.5 | 5,655 |
| Thatcher, Michael | Senior Associate | 360 | 208.1 | 74,916 |
| Matlawski, Krysten | Senior Associate | 360 | 416.4 | 149,904 |
| Cohen, Michael | Senior Associate | 300 | 45.7 | 13,710 |
| Chemtob, Victor | Associate | 190 | 198.4 | 37,696 |
| Mantro, Matthew | Associate | 190 | 43.5 | 8,265 |
| Neziroski, David | Paraprofessional | 140 | 133.0 | 18,620 |
| **Total** | | | 3,568.0 | $ 1,672,349 |
| **Less Travel time at 1/2 Billing Rates** | | | | (17,672) |
| **TOTALS:** | | | 3,568.0 | $ 1,654,678 |

Total Fees    $ 1,654,678

Total Expenses    $ 66,761

Total Due    $ 1,721,439

[1] MFC's January 2006 monthly fee statements erroneously stated the hourly billing rate of Joe Cashel at $450. The corrected rate of $420 has been utilized in this Interim Fee Application resulting in a reduction of MFC's fees, as compared to the monthly statements, of $3,489 during this First Interim period.