# EXHIBIT B

# DELPHI CORPORATION

## SUMMARY OF PROFESSIONAL
### TIME CHARGES AND FEES BY TIME DETAIL CATEGORY
### FOR THE PERIOD
### OCTOBER 19, 2005 THROUGH JANUARY 31, 2006

## EXHIBIT B

Listed below are the hours incurred and associated time charges for each time detail category.

| Time Detail Category | October 19, 2005 through January 31, 2006 Hours | October 19, 2005 through January 31, 2006 Fees | Cumulative Hours | Cumulative Fees |
|---|---|---|---|---|
| Avoidance Actions | - | $ - | - | $ - |
| Case Administration | 72.3 | 39,459 | 72.3 | 39,459 |
| Cash Collateral/Debtor in Possession Financing | 47.0 | 22,986 | 47.0 | 22,986 |
| Cash Flow Monitoring | 40.4 | 17,386 | 40.4 | 17,386 |
| Claims Administration and Resolution | - | - | - | - |
| Court Hearings and Committee Meetings | 273.2 | 157,985 | 273.2 | 157,985 |
| Creditor Issues and Information Requests | 76.0 | 36,014 | 76.0 | 36,014 |
| Disclosure Statement/Plan of Reorganization | - | - | - | - |
| Employment Application | 15.0 | 8,077 | 15.0 | 8,077 |
| Employee Retention/Severance Plan | 197.6 | 91,072 | 197.6 | 91,072 |
| Fee Applications and Fee Statements | 165.9 | 36,056 | 165.9 | 36,056 |
| Financial and Company Analysis | 2,552.9 | 1,196,683 | 2,552.9 | 1,196,683 |
| Merger/Acquisition/Divestiture Analysis | - | - | - | - |
| Bankruptcy Motion | 62.0 | 31,288 | 62.0 | 31,288 |
| Travel[2] | 65.7 | 17,672 | 65.7 | 17,672 |
| **TOTALS:** | **3,568.0** | **$ 1,654,678** | **3,568.0** | **$ 1,654,678** |

| | | |
|---|---|---|
| **Total Fees** | $ | 1,654,678 |
| **Total Expenses** | $ | 66,761 |
| **Total Due** | $ | 1,721,439 |

[2] This reflects non-working travel time voluntarily limited to a maximum of 2.0 hours per trip and billed at half rate.