# EXHIBIT C

# EXHIBIT C

## DELPHI CORPORATION
### Summary of Expenses
### October 19, 2005 Through January 31, 2006

Listed below are the expenses incurred for each expense category:

| Expense Category | | Amount |
|---|---|---:|
| Airfare | $ | 25,853 |
| Ground Transportation | $ | 7,708 |
| Lodging | $ | 29,926 |
| Meals | $ | 3,012 |
| Miscellaneous | $ | 262 |

**Total Expenses Requested**     **$     66,761**

# EXHIBIT C-1

### DELPHI CORPORATION
### Summary of Expenses
### October 19, 2005 Through January 31, 2006

| Name | Date | Description | Amount |
|---|---|---|---|
| *Air* | | | |
| Matlawski, Krysten | 28-Oct-05 | Airfare - coach roundtrip - Chicago, IL to New York, NY. | $ 247 |
| Grischow, Scott D. | 30-Oct-05 | Airfare - coach roundtrip - Dallas, TX to New York, NY. | 1,464 |
| Lattig, Larry H. | 30-Oct-05 | Airfare - coach roundtrip - Dallas, TX to New York, NY. | 1,464 |
| Matlawski, Krysten | 04-Nov-05 | Airfare - coach roundtrip - Chicago, IL to New York, NY. | 421 |
| Lattig, Larry H. | 06-Nov-05 | Airfare - coach roundtrip - Dallas, TX to New York, NY. | 1,177 |
| Matlawski, Krysten | 10-Nov-05 | Airfare - coach roundtrip - Chicago, IL to New York, NY. | 257 |
| Lattig, Larry H. | 15-Nov-05 | Airfare - coach roundtrip - Dallas, TX to Detroit, MI. | 1,464 |
| Szlezinger, Leon | 15-Nov-05 | Airfare - coach roundtrip - New York, NY to Detroit, MI. | 258 |
| Matlawski, Krysten | 18-Nov-05 | Airfare - coach roundtrip - Chicago, IL to New York, NY. | 357 |
| Lattig, Larry H. | 27-Nov-05 | Airfare - coach roundtrip - Dallas, TX to New York, NY. | 836 |
| Lattig, Larry H. | 30-Nov-05 | Airfare - coach roundtrip - New York, NY to Detroit, MI to Dallas, TX. | 774 |
| Parks, Amanda Kay | 30-Nov-05 | Airfare - coach roundtrip - New York, NY to Detroit, MI. | 678 |
| Pickering, Ben R. | 30-Nov-05 | Airfare - coach roundtrip - New York, NY to Detroit, MI. | 1,041 |
| Szlezinger, Leon | 30-Nov-05 | Airfare - coach roundtrip - New York, NY to Detroit, MI. | 730 |
| Pickering, Ben R. | 05-Dec-05 | Airfare - coach roundtrip - New York, NY to Detroit, MI. | 987 |
| Szlezinger, Leon | 08-Dec-05 | Airfare - coach roundtrip - Pittsburgh, PA to Detroit, MI to New York, NY. | 682 |
| Lattig, Larry H. | 09-Dec-05 | Airfare - coach roundtrip - New York, NY to Detroit, MI to Dallas, TX. | 891 |
| Lattig, Larry H. | 11-Dec-05 | Airfare - coach roundtrip - Dallas, TX to New York, NY. | 1,177 |
| Pickering, Ben R. | 19-Dec-05 | Airfare - coach roundtrip - New York, NY to Detroit, MI. | 437 |
| Parks, Amanda K. | 09-Dec-05 | Airfare - coach roundtrip - New York, NY to Detroit, MI. | 247 |
| Lattig, Larry H. | 02-Jan-06 | Airfare - coach roundtrip - Dallas, TX to Detroit, MI. | 1,177 |
| Pickering, Ben | 03-Jan-06 | Airfare - coach roundtrip - Newark, NJ to Detroit, MI. | 1,052 |
| Lattig, Larry H. | 08-Jan-06 | Airfare - coach roundtrip - Dallas, TX to New York, NY. | 1,177 |
| Smith~Susan Marie | 13-Jan-06 | Airfare - coach roundtrip - Miami, FL to New York, NY. | 707 |
| Pickering, Ben | 17-Jan-06 | Airfare - coach roundtrip - Newark, NJ to Detroit, MI. | 1,057 |
| Pickering, Ben | 19-Jan-06 | Airfare - coach roundtrip - Newark, NJ to Detroit, MI. | 1,052 |
| Szlezinger~Leon | 19-Jan-06 | Airfare - coach roundtrip - New York, NY to Detroit, MI. | 711 |
| Matlawski, Krysten | 20-Jan-06 | Airfare - coach one way - Chicago, IL to New York, NY. | 291 |
| Smith, Susan M. | 20-Jan-06 | Airfare - coach roundtrip - Miami, FL to New York, NY. | 555 |
| Lattig, Larry H. | 24-Jan-06 | Airfare - coach roundtrip - Dallas, TX to New York, NY. | 1,177 |
| Matlawski, Krysten | 27-Jan-06 | Airfare - coach roundtrip - Chicago, IL to New York, NY. | 330 |
| Smith, Susan M. | 27-Jan-06 | Airfare - coach roundtrip - Miami, FL to New York, NY. | 277 |
| Lattig, Larry H. | 29-Jan-06 | Airfare - coach roundtrip - New York, NY to Detroit, MI. | 702 |
| *Subtotal - Air* | | | **$ 25,853** |
| *Ground Transportation* | | | |
| Lattig, Larry H. | 19-Oct-05 | Ground transportation - New York airport to hotel. | $ 35 |
| Lattig, Larry H. | 23-Oct-05 | Ground transportation - New York airport to hotel. | 35 |
| Lattig, Larry H. | 24-Oct-05 | Ground transportation - hotel to office. | 6 |
| Lattig, Larry H. | 24-Oct-05 | Ground transportation - office to hotel. | 6 |
| Matlawski, Krysten | 24-Oct-05 | Ground transportation - New York airport to office. | 30 |
| Matlawski, Krysten | 24-Oct-05 | Ground transportation - residence to Chicago airport. | 37 |
| Szlezinger, Leon | 24-Oct-05 | Ground transportation - office to Latham & Watkins. | 5 |
| Lattig, Larry H. | 25-Oct-05 | Ground transportation - hotel to office. | 6 |
| Lattig, Larry H. | 25-Oct-05 | Ground transportation - hotel to Skadden office. | 15 |
| Matlawski, Krysten | 28-Oct-05 | Ground transportation - office to New York airport. | 64 |
| Lattig, Larry H. | 29-Oct-05 | Ground transportation - Dallas airport to residence. | 66 |
| Lattig, Larry H. | 29-Oct-05 | Ground transportation - residence to Dallas airport. | 66 |
| Grischow, Scott D. | 30-Oct-05 | Ground transportation - New York airport to hotel. | 47 |
| Grischow, Scott D. | 30-Oct-05 | Ground transportation - residence to Dallas airport. | 58 |
| Lattig, Larry H. | 30-Oct-05 | Ground transportation - New York airport to hotel. | 35 |
| Matlawski, Krysten | 31-Oct-05 | Ground transportation - New York airport to office. | 37 |

## EXHIBIT C-1

### DELPHI CORPORATION
**Summary of Expenses**
October 19, 2005 Through January 31, 2006

| Name | Date | Description | Amount |
|---|---|---|---|
| Matlawski, Krysten | 31-Oct-05 | Ground transportation - residence to Chicago airport. | 38 |
| Szlezinger, Leon | 31-Oct-05 | Ground transportation - office to Latham & Watkins. | 5 |
| Lattig, Larry H. | 01-Nov-05 | Ground transportation - office to New York airport. | 121 |
| Szlezinger, Leon | 01-Nov-05 | Ground transportation - office to residence. | 80 |
| Pickering, Ben R. | 02-Nov-05 | Ground transportation - office to ferry. | 8 |
| Szlezinger, Leon | 03-Nov-05 | Parking - New York - 1 Day. | 11 |
| Grischow, Scott D. | 04-Nov-05 | Ground transportation - office to restaurant. | 16 |
| Grischow, Scott D. | 04-Nov-05 | Ground transportation - restaurant to hotel. | 15 |
| Matlawski, Krysten | 04-Nov-05 | Ground transportation - office to New York airport. | 35 |
| Matlawski, Krysten | 04-Nov-05 | Ground transportation - train to residence. | 16 |
| Grischow, Scott D. | 05-Nov-05 | Ground transportation - hotel to restaurant. | 18 |
| Grischow, Scott D. | 05-Nov-05 | Ground transportation - restaurant to hotel. | 19 |
| Grischow, Scott D. | 06-Nov-05 | Ground transportation - hotel to restaurant. | 15 |
| Lattig, Larry H. | 07-Nov-05 | Ground transportation - New York airport to hotel. | 35 |
| Lattig, Larry H. | 08-Nov-05 | Ground transportation - hotel to office. | 6 |
| Grischow, Scott D. | 10-Nov-05 | Ground transportation - office to restaurant. | 10 |
| Grischow, Scott D. | 10-Nov-05 | Ground transportation - restaurant to hotel. | 11 |
| Lattig, Larry H. | 10-Nov-05 | Ground transportation - office to New York airport. | 35 |
| Grischow, Scott D. | 11-Nov-05 | Ground transportation - Dallas airport to office. | 65 |
| Grischow, Scott D. | 11-Nov-05 | Ground transportation - hotel to New York airport. | 48 |
| Lattig, Larry H. | 14-Nov-05 | Ground transportation - Dallas airport to residence. | 66 |
| Lattig, Larry H. | 15-Nov-05 | Ground transportation - Delphi office to hotel. | 91 |
| Lattig, Larry H. | 15-Nov-05 | Ground transportation - Detroit airport to hotel. | 35 |
| Szlezinger, Leon | 15-Nov-05 | Ground transportation - Detroit airport to Delphi office. | 96 |
| Lattig, Larry H. | 16-Nov-05 | Ground transportation - office to hotel. | 6 |
| Matlawski, Krysten | 16-Nov-05 | Ground transportation - office to hotel. | 18 |
| Thatcher, Michael B. | 16-Nov-05 | Ground transportation - office to restaurant. | 20 |
| Lattig, Larry H. | 17-Nov-05 | Ground transportation - hotel to meeting. | 10 |
| Lattig, Larry H. | 17-Nov-05 | Ground transportation - office to New York airport. | 50 |
| Pickering, Ben R. | 17-Nov-05 | Ground transportation - office to ferry. | 7 |
| Lattig, Larry H. | 19-Nov-05 | Ground transportation - Dallas airport to residence. | 66 |
| Lattig, Larry H. | 19-Nov-05 | Ground transportation - residence to Dallas airport. | 66 |
| Lattig, Larry H. | 22-Nov-05 | Ground transportation - Dallas airport to residence. | 76 |
| Lattig, Larry H. | 22-Nov-05 | Ground transportation - residence to Dallas airport. | 66 |
| Szlezinger, Leon | 22-Nov-05 | Ground transportation - office to Latham & Watkins. | 5 |
| Pickering, Ben R. | 23-Nov-05 | Ground transportation - office to ferry. | 12 |
| Pickering, Ben R. | 25-Nov-05 | Parking - New York - 1 Day. | 24 |
| Szlezinger, Leon | 25-Nov-05 | Ground transportation - office to Latham & Watkins. | 4 |
| Szlezinger, Leon | 25-Nov-05 | Parking - New York - 1 Day. | 23 |
| Lattig, Larry H. | 27-Nov-05 | Ground transportation - New York airport to hotel. | 40 |
| Lattig, Larry H. | 27-Nov-05 | Ground transportation - residence to Dallas airport. | 35 |
| Pickering, Ben R. | 27-Nov-05 | Parking - New York - 1 Day. | 15 |
| Pickering, Ben R. | 28-Nov-05 | Ground transportation - office to ferry. | 9 |
| Lattig, Larry H. | 29-Nov-05 | Ground transportation - hotel to court house. | 20 |
| Lattig, Larry H. | 29-Nov-05 | Ground transportation - office to hotel. | 6 |
| Szlezinger, Leon | 29-Nov-05 | Ground transportation - residence to office. | 123 |
| Lattig, Larry H. | 30-Nov-05 | Ground transportation - hotel to New York airport. | 35 |
| Parks, Amanda Kay | 30-Nov-05 | Ground transportation - Detroit airport to Delphi office. | 128 |
| Parks, Amanda Kay | 30-Nov-05 | Ground transportation - residence to New York airport. | 35 |
| Szlezinger, Leon | 30-Nov-05 | Ground transportation - residence to New York airport. | 109 |
| Parks, Amanda Kay | 01-Dec-05 | Ground transportation - New York airport to residence. | 31 |
| Pickering, Ben R. | 02-Dec-05 | Ground transportation - Newark airport to residence. | 54 |
| Pickering, Ben R. | 05-Dec-05 | Ground transportation - Detroit airport to Delphi office. | 92 |
| Pickering, Ben R. | 05-Dec-05 | Ground transportation - residence to Newark airport. | 90 |
| Lattig, Larry H. | 08-Dec-05 | Ground transportation - Delphi office to Detroit airport. | 95 |

## EXHIBIT C-1

### DELPHI CORPORATION
Summary of Expenses
October 19, 2005 Through January 31, 2006

| Name | Date | Description | Amount |
|---|---|---|---:|
| Lattig, Larry H. | 08-Dec-05 | Ground transportation - hotel to New York airport. | 35 |
| Parks, Amanda Kay | 08-Dec-05 | Ground transportation - Delphi office to Detroit airport. | 128 |
| Parks, Amanda Kay | 08-Dec-05 | Ground transportation - residence to New York airport. | 32 |
| Szlezinger, Leon | 08-Dec-05 | Ground transportation - Detroit airport to Delphi office. | 86 |
| Szlezinger, Leon | 08-Dec-05 | Mileage - home to office round trip. | 68 |
| Lattig, Larry H. | 09-Dec-05 | Ground transportation - Dallas airport to residence. | 35 |
| Parks, Amanda Kay | 09-Dec-05 | Ground transportation - Delphi office to Detroit airport. | 95 |
| Parks, Amanda Kay | 09-Dec-05 | Ground transportation - New York airport to residence. | 33 |
| Lattig, Larry H. | 11-Dec-05 | Ground transportation - residence Dallas airport. | 35 |
| Pickering, Ben R. | 11-Dec-05 | Ground transportation - Newark airport to residence. | 100 |
| Pickering, Ben R. | 11-Dec-05 | Ground transportation - residence in Toronto, Canada to Toronto airport. | 53 |
| Lattig, Larry H. | 12-Dec-05 | Ground transportation - New York airport to hotel. | 35 |
| Szlezinger, Leon | 12-Dec-05 | Ground transportation - office to Latham & Watkins. | 4 |
| Lattig, Larry H. | 13-Dec-05 | Ground transportation - hotel to New York airport. | 35 |
| Lattig, Larry H. | 14-Dec-05 | Ground transportation - Dallas airport to residence. | 35 |
| Pickering, Ben R. | 30-Dec-05 | Ground transportation - Delphi office to Detroit airport. | 92 |
| Pickering, Ben R. | 30-Dec-05 | Ground transportation - office to ferry. | 6 |
| Pickering, Ben | 30-Nov-05 | Ground transportation - residence to Newark airport. | 164 |
| Pickering, Ben | 02-Dec-05 | Ground transportation - Delphi office to Detroit airport. | 104 |
| Szlezinger, Leon | 02-Dec-05 | Ground transportation - New York airport to residence. | 112 |
| Pickering, Ben | 05-Dec-05 | Ground transportation - Detroit airport to Delphi office. | 92 |
| Szlezinger, Leon | 08-Dec-05 | Ground transportation - residence to New York airport. | 123 |
| Szlezinger, Leon | 09-Dec-05 | Ground transportation - New York airport to residence. | 112 |
| Pickering, Ben | 14-Dec-05 | Ground transportation - office to New York airport. | 53 |
| Pickering, Ben | 16-Dec-05 | Ground transportation - office to ferry service. | 9 |
| Pickering, Ben | 19-Dec-05 | Ground transportation - Detroit airport to Delphi office. | 153 |
| Pickering, Ben | 19-Dec-05 | Ground transportation - residence to Newark airport. | 103 |
| Pickering, Ben | 21-Dec-05 | Ground transportation - Delphi office to Detroit airport. | 149 |
| Pickering, Ben | 22-Dec-05 | Ground transportation - Newark airport to residence. | 108 |
| Pickering, Ben | 22-Dec-05 | Ground transportation - Delphi office to Detroit airport. | 167 |
| Pickering, Ben | 22-Dec-05 | Ground transportation - hotel shuttle to Delphi office. | 18 |
| Pickering, Ben | 28-Dec-05 | Ground transportation - office to ferry service. | 12 |
| Lattig, Larry H. | 03-Jan-06 | Ground transportation - New York airport to office. | 35 |
| Pickering, Ben | 03-Jan-06 | Ground transportation - residence to Newark airport. | 104 |
| Pickering, Ben | 03-Jan-06 | Ground transportation - Detroit airport to Delphi office. | 92 |
| Szlezinger, Leon | 03-Jan-06 | Ground transportation - office to client meeting. | 5 |
| Lattig, Larry H. | 05-Jan-06 | Ground transportation - hotel to court house. | 20 |
| Lattig, Larry H. | 05-Jan-06 | Ground transportation - court house to hotel. | 20 |
| Pickering, Ben | 05-Jan-06 | Ground transportation - Delphi office to Detroit airport. | 91 |
| Pickering, Ben | 05-Jan-06 | Ground transportation - Newark airport to residence. | 95 |
| Pickering, Ben | 05-Jan-06 | Ground transportation - hotel shuttle to Delphi office. | 12 |
| Lattig, Larry H. | 06-Jan-06 | Ground transportation - residence to Dallas airport. | 35 |
| Lattig, Larry H. | 08-Jan-06 | Ground transportation - New York airport to office. | 35 |
| Lattig, Larry H. | 08-Jan-06 | Ground transportation - office to New York airport. | 35 |
| Pickering, Ben | 09-Jan-06 | Ground transportation - office to ferry service. | 9 |
| Neziroski~David | 10-Jan-06 | Ground transportation - office to residence. | 54 |
| Pickering, Ben | 10-Jan-06 | Ground transportation - office to ferry service. | 8 |
| Smith, Susan M. | 10-Jan-06 | Ground transportation - New York airport to office. | 25 |
| Lattig, Larry H. | 12-Jan-06 | Ground transportation - hotel to court house. | 20 |
| Lattig, Larry H. | 12-Jan-06 | Ground transportation - court house to New York airport. | 50 |
| Smith, Susan M. | 13-Jan-06 | Ground transportation - office to New York airport. | 30 |
| Matlawski, Krysten | 17-Jan-06 | Ground transportation - residence to Chicago airport. | 36 |
| Matlawski, Krysten | 17-Jan-06 | Ground transportation - New York airport to office. | 36 |
| Pickering, Ben | 17-Jan-06 | Ground transportation - office to ferry service. | 4 |
| Smith, Susan M. | 17-Jan-06 | Ground transportation - New York airport to office. | 29 |

# EXHIBIT C-1

## DELPHI CORPORATION
### Summary of Expenses
### October 19, 2005 Through January 31, 2006

| Name | Date | Description | Amount |
|---|---|---|---|
| Pickering, Ben | 18-Jan-06 | Ground transportation - office to ferry service. | 5 |
| Neziroski~David | 19-Jan-06 | Ground transportation - office to residence. | 33 |
| Pickering, Ben | 19-Jan-06 | Ground transportation - Delphi office to Detroit airport. | 138 |
| Pickering, Ben | 19-Jan-06 | Ground transportation - residence to Newark airport. | 139 |
| Pickering, Ben | 19-Jan-06 | Ground transportation - Detroit airport to Delphi office. | 93 |
| Szlezinger, Leon | 19-Jan-06 | Ground transportation - residence to New York airport. | 98 |
| Szlezinger, Leon | 19-Jan-06 | Ground transportation - New York airport to residence. | 112 |
| Matlawski, Krysten | 20-Jan-06 | Ground transportation - Chicago airport to residence. | 20 |
| Matlawski, Krysten | 20-Jan-06 | Ground transportation - office to New York airport. | 36 |
| Pickering, Ben | 20-Jan-06 | Ground transportation - office to ferry service. | 12 |
| Smith, Susan M. | 21-Jan-06 | Ground transportation - office to New York airport. | 30 |
| Lattig, Larry H. | 23-Jan-06 | Ground transportation - office to hotel. | 6 |
| Matlawski, Krysten | 23-Jan-06 | Ground transportation - New York airport to office. | 31 |
| Matlawski, Krysten | 23-Jan-06 | Ground transportation - residence to Chicago airport. | 38 |
| Lattig, Larry H. | 24-Jan-06 | Ground transportation - hotel to New York airport. | 35 |
| Lattig, Larry H. | 24-Jan-06 | Ground transportation - office to hotel. | 6 |
| Pickering, Ben | 24-Jan-06 | Ground transportation - office to ferry service. | 9 |
| Szlezinger, Leon | 24-Jan-06 | Ground transportation - meeting to office. | 5 |
| Szlezinger, Leon | 24-Jan-06 | Ground transportation - office to meeting. | 7 |
| Smith, Susan M. | 26-Jan-06 | Ground transportation - New York airport to office. | 30 |
| Matlawski, Krysten | 27-Jan-06 | Ground transportation - Chicago airport to residence. | 40 |
| Matlawski, Krysten | 27-Jan-06 | Ground transportation - office to New York airport. | 35 |
| Neziroski, David | 27-Jan-06 | Ground transportation - office to residence. | 30 |
| Smith, Susan M. | 27-Jan-06 | Ground transportation - office to New York airport. | 35 |
| Smith, Susan M. | 27-Jan-06 | Ground transportation - Miami airport to residence. | 24 |
| Lattig, Larry H. | 29-Jan-06 | Ground transportation - residence to Dallas airport. | 35 |
| Lattig, Larry H. | 29-Jan-06 | Ground transportation - New York airport to office. | 35 |
| Pickering, Ben | 29-Jan-06 | Ground transportation - Newark airport to residence. | 105 |
| Lattig, Larry H. | 30-Jan-06 | Ground transportation - office to hotel. | 6 |
| Lattig, Larry H. | 30-Jan-06 | Ground transportation - hotel to office. | 6 |
| Matlawski, Krysten | 30-Jan-06 | Ground transportation - New York airport to office. | 35 |
| Matlawski, Krysten | 30-Jan-06 | Ground transportation - residence to Chicago airport. | 40 |
| Neziroski, David | 30-Jan-06 | Ground transportation - office to residence. | 58 |
| Smith, Susan M. | 30-Jan-06 | Ground transportation - New York airport to office. | 25 |
| Szlezinger, Leon | 30-Jan-06 | Ground transportation - office to residence. | 103 |
| Neziroski, David | 31-Jan-06 | Ground transportation - office to residence. | 30 |
| Szlezinger, Leon | 30-Nov-06 | Ground transportation - residence to New York airport. | 109 |

*Subtotal - Ground Transportation*                $ **7,708**

*Lodging*

| Name | Date | Description | Amount |
|---|---|---|---|
| Lattig, Larry H. | 23-Oct-05 | Lodging - 2 nights in New York, NY. | $ 1,066 |
| Matlawski, Krysten | 28-Oct-05 | Lodging - 4 nights in New York, NY. | 2,050 |
| Lattig, Larry H. | 30-Oct-05 | Lodging - 2 nights in New York, NY. | 823 |
| Matlawski, Krysten | 04-Nov-05 | Lodging - 4 nights in New York, NY. | 2,368 |
| Lattig, Larry H. | 06-Nov-05 | Lodging - 3 nights in New York, NY. | 1,572 |
| Grischow, Scott D. | 11-Nov-05 | Lodging - 12 nights in New York, NY. | 5,494 |
| Lattig, Larry H. | 15-Nov-05 | Lodging - 2 nights in New York, NY. | 1,161 |
| Lattig, Larry H. | 27-Nov-05 | Lodging - 3 nights in New York, NY. | 846 |
| Lattig, Larry H. | 30-Nov-05 | Lodging - 2 nights in Detroit, MI. | 540 |
| Parks, Amanda Kay | 30-Nov-05 | Lodging - 1 night in Detroit, MI. | 247 |
| Pickering, Ben R. | 02-Dec-05 | Lodging - 2 nights in Detroit, MI. | 495 |
| Szlezinger, Leon | 02-Dec-05 | Lodging - 2 nights in Detroit, MI. | 540 |
| Pickering, Ben R. | 05-Dec-05 | Lodging - 4 nights in Detroit, MI. | 1,080 |
| Lattig, Larry H. | 08-Dec-05 | Lodging - 1 night in Detroit, MI. | 247 |

## EXHIBIT C-1

### DELPHI CORPORATION
Summary of Expenses
October 19, 2005 Through January 31, 2006

| Name | Date | Description | Amount |
|---|---|---|---:|
| Parks, Amanda Kay | 08-Dec-05 | Lodging - 1 night in Detroit, MI. | 576 |
| Szlezinger, Leon | 09-Dec-05 | Lodging - 1 night in Detroit, MI. | 247 |
| Lattig, Larry H. | 11-Dec-05 | Lodging - 2 nights in New York, NY. | 1,324 |
| Lattig, Larry H. | 02-Jan-06 | Lodging - 1 night in New York, NY. | 286 |
| Lattig, Larry H. | 03-Jan-06 | Lodging - 1 night in New York, NY. | 286 |
| Pickering, Ben | 03-Jan-06 | Lodging - 4 nights in Detroit, MI. | 810 |
| Pickering, Ben | 03-Jan-06 | Lodging - 2 nights in Detroit, MI. | 541 |
| Lattig, Larry H. | 04-Jan-06 | Lodging - 1 night in New York, NY. | 286 |
| Lattig, Larry H. | 08-Jan-06 | Lodging - 1 night in New York, NY. | 322 |
| Smith, Susan M. | 13-Jan-06 | Lodging - 3 nights in New York, NY. | 946 |
| Matlawski, Krysten | 20-Jan-06 | Lodging - 3 nights in New York, NY. | 959 |
| Smith, Susan M. | 20-Jan-06 | Lodging - 3 nights in New York, NY. | 1,300 |
| Lattig, Larry H. | 22-Jan-06 | Lodging - 1 night in New York, NY. | 318 |
| Lattig, Larry H. | 23-Jan-06 | Lodging - 1 night in New York, NY. | 318 |
| Matlawski, Krysten | 27-Jan-06 | Lodging - 4 nights in New York, NY. | 1,189 |
| Smith, Susan M. | 27-Jan-06 | Lodging - 1 night in New York, NY. | 320 |
| Lattig, Larry H. | 29-Jan-06 | Lodging - 1 night in New York, NY. | 456 |
| Lattig, Larry H. | 30-Jan-06 | Lodging - 1 night in New York, NY. | 456 |
| Lattig, Larry H. | 31-Jan-06 | Lodging - 1 night in New York, NY. | 456 |

*Subtotal - Lodging*  $ 29,926

*Meals*

| Name | Date | Description | Amount |
|---|---|---|---:|
| Matlawski, Krysten | 24-Oct-05 | Meals - breakfast (1 attendee). | $ 9 |
| Matlawski, Krysten | 24-Oct-05 | Meals - dinner (1 attendee). | 34 |
| Matlawski, Krysten | 25-Oct-05 | Meals - breakfast (1 attendee). | 9 |
| Matlawski, Krysten | 25-Oct-05 | Meals - breakfast (1 attendee). | 7 |
| Matlawski, Krysten | 26-Oct-05 | Meals - breakfast (1 attendee). | 7 |
| Matlawski, Krysten | 27-Oct-05 | Meals - breakfast (1 attendee). | 8 |
| Matlawski, Krysten | 27-Oct-05 | Meals - dinner (1 attendee). | 19 |
| Matlawski, Krysten | 28-Oct-05 | Meals - breakfast (1 attendee). | 6 |
| Grischow, Scott D. | 30-Oct-05 | Meals - dinner (1 attendee). | 50 |
| Grischow, Scott D. | 31-Oct-05 | Meals - breakfast (1 attendee). | 15 |
| Grischow, Scott D. | 31-Oct-05 | Meals - dinner (1 attendee). | 25 |
| Matlawski, Krysten | 31-Oct-05 | Meals - breakfast (1 attendee). | 9 |
| Matlawski, Krysten | 31-Oct-05 | Meals - dinner (1 attendee). | 15 |
| Grischow, Scott D. | 01-Nov-05 | Meals - breakfast (1 attendee). | 17 |
| Grischow, Scott D. | 01-Nov-05 | Meals - dinner (1 attendee). | 27 |
| Matlawski, Krysten | 01-Nov-05 | Meals - breakfast (1 attendee). | 9 |
| Szlezinger, Leon | 01-Nov-05 | Meals - dinner (1 attendee). | 13 |
| Grischow, Scott D. | 02-Nov-05 | Meals - breakfast (1 attendee). | 14 |
| Matlawski, Krysten | 02-Nov-05 | Meals - breakfast (1 attendee). | 5 |
| Matlawski, Krysten | 02-Nov-05 | Meals - dinner (1 attendee). | 49 |
| Grischow, Scott D. | 03-Nov-05 | Meals - breakfast (1 attendee). | 17 |
| Grischow, Scott D. | 03-Nov-05 | Meals - dinner (1 attendee). | 30 |
| Matlawski, Krysten | 03-Nov-05 | Meals - breakfast (1 attendee). | 9 |
| Grischow, Scott D. | 04-Nov-05 | Meals - breakfast (1 attendee). | 18 |
| Grischow, Scott D. | 04-Nov-05 | Meals - dinner (1 attendee). | 50 |
| Matlawski, Krysten | 04-Nov-05 | Meals - breakfast (1 attendee). | 8 |
| Grischow, Scott D. | 05-Nov-05 | Meals - breakfast (1 attendee). | 17 |
| Grischow, Scott D. | 05-Nov-05 | Meals - dinner (1 attendee). | 23 |
| Grischow, Scott D. | 06-Nov-05 | Meals - breakfast (1 attendee). | 16 |
| Grischow, Scott D. | 06-Nov-05 | Meals - dinner (1 attendee). | 50 |
| Grischow, Scott D. | 07-Nov-05 | Meals - breakfast (1 attendee). | 15 |
| Grischow, Scott D. | 07-Nov-05 | Meals - dinner (1 attendee). | 23 |

## EXHIBIT C-1

**DELPHI CORPORATION**
Summary of Expenses
October 19, 2005 Through January 31, 2006

| Name | Date | Description | Amount |
|---|---|---|---|
| Grischow, Scott D. | 08-Nov-05 | Meals - breakfast (1 attendee). | 15 |
| Grischow, Scott D. | 08-Nov-05 | Meals - dinner (1 attendee). | 24 |
| Grischow, Scott D. | 09-Nov-05 | Meals - dinner (1 attendee). | 17 |
| Grischow, Scott D. | 09-Nov-05 | Meals - dinner (1 attendee). | 17 |
| Grischow, Scott D. | 10-Nov-05 | Meals - breakfast (1 attendee). | 16 |
| Grischow, Scott D. | 10-Nov-05 | Meals - dinner (1 attendee). | 50 |
| Grischow, Scott D. | 11-Nov-05 | Meals - breakfast (1 attendee). | 17 |
| Grischow, Scott D. | 11-Nov-05 | Meals - dinner (1 attendee). | 50 |
| Szlezinger, Leon | 14-Nov-05 | Meals - dinner (1 attendee). | 14 |
| Lattig, Larry H. | 15-Nov-05 | Meals - dinner (1 attendee). | 8 |
| Szlezinger, Leon | 15-Nov-05 | Meals - breakfast (1 attendee). | 3 |
| Szlezinger, Leon | 15-Nov-05 | Meals - breakfast (1 attendee). | 6 |
| Szlezinger, Leon | 15-Nov-05 | Meals - breakfast (1 attendee). | 2 |
| Szlezinger, Leon | 17-Nov-05 | Meals - dinner (1 attendee). | 8 |
| Szlezinger, Leon | 21-Nov-05 | Meals - dinner (1 attendee). | 12 |
| Lattig, Larry H. | 27-Nov-05 | Meals - dinner (1 attendee). | 42 |
| Lattig, Larry H. | 29-Nov-05 | Meals - dinner (1 attendee). | 50 |
| Lattig, Larry H. | 30-Nov-05 | Meals - dinner (5 attendees). | 223 |
| Parks, Amanda Kay | 30-Nov-05 | Meals - breakfast (5 attendee). | 38 |
| Parks, Amanda Kay | 30-Nov-05 | Meals - dinner (1 attendee). | 17 |
| Szlezinger, Leon | 30-Nov-05 | Meals - breakfast (1 attendee). | 5 |
| Szlezinger, Leon | 30-Nov-05 | Meals - dinner (1 attendee). | 26 |
| Szlezinger, Leon | 01-Dec-05 | Meals - dinner (5 attendees). | 250 |
| Pickering, Ben R. | 02-Dec-05 | Meals - dinner (1 attendee). | 50 |
| Pickering, Ben R. | 05-Dec-05 | Meals - breakfast (1 attendee). | 4 |
| Szlezinger, Leon | 05-Dec-05 | Meals - breakfast (1 attendee). | 6 |
| Pickering, Ben R. | 07-Dec-05 | Meals - breakfast (1 attendee). | 2 |
| Pickering, Ben R. | 07-Dec-05 | Meals - dinner (2 attendees). | 100 |
| Parks, Amanda Kay | 08-Dec-05 | Meals - breakfast (1 attendee). | 13 |
| Pickering, Ben R. | 08-Dec-05 | Meals - breakfast (1 attendee). | 4 |
| Szlezinger, Leon | 08-Dec-05 | Meals - dinner (5 attendees). | 166 |
| Lattig, Larry H. | 11-Dec-05 | Meals - dinner (1 attendee). | 13 |
| Lattig, Larry H. | 12-Dec-05 | Meals - dinner (1 attendee). | 42 |
| Pickering, Ben | 03-Jan-06 | Meals - dinner (1 attendee). | 31 |
| Pickering, Ben | 03-Jan-06 | Meals - dinner (2 attendees). | 100 |
| Lattig, Larry H. | 04-Jan-06 | Meals - breakfast (1 attendee). | 11 |
| Lattig, Larry H. | 04-Jan-06 | Meals - dinner (2 attendees). | 100 |
| Pickering, Ben | 04-Jan-06 | Meals - dinner (1 attendee). | 20 |
| Neziroski~David | 10-Jan-06 | Meals - dinner (1 attendee). | 39 |
| Pickering, Ben | 10-Jan-06 | Meals - dinner (3 attendees). | 106 |
| Smith, Susan M. | 11-Jan-06 | Meals - dinner (2 attendees). | 100 |
| Smith, Susan M. | 11-Jan-06 | Meals - breakfast (1 attendee). | 7 |
| Smith, Susan M. | 12-Jan-06 | Meals - dinner (1 attendee). | 14 |
| Smith, Susan M. | 12-Jan-06 | Meals - breakfast (1 attendee). | 7 |
| Smith, Susan M. | 13-Jan-06 | Meals - breakfast (1 attendee). | 7 |
| Smith, Susan M. | 13-Jan-06 | Meals - dinner (1 attendee). | 7 |
| Matlawski, Krysten | 17-Jan-06 | Meals - dinner (1 attendee). | 26 |
| Pickering, Ben | 17-Jan-06 | Meals - breakfast (1 attendee). | 1 |
| Pickering, Ben | 17-Jan-06 | Meals - breakfast (1 attendee). | 2 |
| Pickering, Ben | 17-Jan-06 | Meals - breakfast (1 attendee). | 2 |
| Pickering, Ben | 17-Jan-06 | Meals - breakfast (1 attendee). | 4 |
| Smith, Susan M. | 17-Jan-06 | Meals - dinner (1 attendee). | 50 |
| Matlawski, Krysten | 18-Jan-06 | Meals - dinner (1 attendee). | 20 |
| Matlawski, Krysten | 18-Jan-06 | Meals - breakfast (1 attendee). | 6 |
| Matlawski, Krysten | 19-Jan-06 | Meals - dinner (1 attendee). | 26 |

## EXHIBIT C-1

### DELPHI CORPORATION
Summary of Expenses
October 19, 2005 Through January 31, 2006

| Name | Date | Description | Amount |
|---|---|---|---:|
| Matlawski, Krysten | 19-Jan-06 | Meals - breakfast (1 attendee). | 6 |
| Neziroski~David | 19-Jan-06 | Meals - dinner (1 attendee). | 40 |
| Szlezinger, Leon | 19-Jan-06 | Meals - breakfast (1 attendee). | 3 |
| Matlawski, Krysten | 20-Jan-06 | Meals - breakfast (1 attendee). | 3 |
| Matlawski, Krysten | 23-Jan-06 | Meals - dinner (1 attendee). | 14 |
| Matlawski, Krysten | 23-Jan-06 | Meals - breakfast (1 attendee). | 5 |
| Szlezinger, Leon | 23-Jan-06 | Meals - dinner (1 attendee). | 10 |
| Matlawski, Krysten | 24-Jan-06 | Meals - breakfast (1 attendee). | 5 |
| Matlawski, Krysten | 24-Jan-06 | Meals - dinner (1 attendee). | 28 |
| Matlawski, Krysten | 25-Jan-06 | Meals - breakfast (1 attendee). | 5 |
| Matlawski, Krysten | 25-Jan-06 | Meals - dinner (1 attendee). | 11 |
| Szlezinger, Leon | 25-Jan-06 | Meals - dinner (1 attendee). | 17 |
| Matlawski, Krysten | 26-Jan-06 | Meals - breakfast (1 attendee). | 5 |
| Matlawski, Krysten | 26-Jan-06 | Meals - dinner (1 attendee). | 50 |
| Neziroski~David | 26-Jan-06 | Meals - dinner (1 attendee). | 31 |
| Smith, Susan M. | 26-Jan-06 | Meals - dinner (1 attendee). | 50 |
| Matlawski, Krysten | 27-Jan-06 | Meals - breakfast (1 attendee). | 6 |
| Matlawski, Krysten | 30-Jan-06 | Meals - dinner (1 attendee). | 8 |
| Smith, Susan M. | 30-Jan-06 | Meals - dinner (1 attendee). | 48 |
| Matlawski, Krysten | 31-Jan-06 | Meals - dinner (1 attendee). | 23 |
| Matlawski, Krysten | 31-Jan-06 | Meals - breakfast (1 attendee). | 5 |
| Neziroski~David | 31-Jan-06 | Meals - dinner (1 attendee). | 12 |
| Smith, Susan M. | 27-Jan-07 | Meals - dinner (1 attendee). | 7 |

*Subtotal - Meals* [3]  $ 3,012

*Miscellaneous*

| Name | Date | Description | Amount |
|---|---|---|---:|
|  | 26-Oct-05 | Miscellaneous - Fed Ex. | $ 40 |
| Grischow, Scott D. | 11-Nov-05 | Miscellaneous - hotel internet. | 50 |
|  | 22-Nov-05 | Miscellaneous - courier service. | 127 |
| Lattig, Larry H. | 27-Nov-05 | Miscellaneous - hotel telephone. | 5 |
| Lattig, Larry H. | 28-Nov-05 | Miscellaneous - hotel telephone. | 1 |
| Lattig, Larry H. | 30-Nov-05 | Miscellaneous - hotel internet. | 11 |
| Lattig, Larry H. | 01-Dec-05 | Miscellaneous - hotel internet. | 11 |
| Lattig, Larry H. | 22-Jan-06 | Miscellaneous - hotel internet. | 15 |
| Lattig, Larry H. | 22-Jan-06 | Miscellaneous - hotel telephone. | 2 |
| Lattig, Larry H. | 22-Jan-06 | Miscellaneous - hotel telephone. | 2 |

*Subtotal - Miscellaneous*  $ 262

**Grand Total**  $ 66,761

[3] MFC has voluntarily limited dinner meals to a maximum of $50 per person, per meal.