LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022-4802
Telephone: (212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (MS-4321)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
　　　　mitchell.seider@lw.com
　　　　mark.broude@lw.com

Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| DELPHI CORPORATION, et al., ) | Case No. 05-44481 (RDD) |
| ) | |
| Debtors. ) | |
| ) | Jointly Administered |

**AMENDED FIRST FEE AND EXPENSE APPLICATION COVER
SHEET OF LATHAM & WATKINS LLP AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

| | |
|---|---|
| **Name of Applicant:** | Latham & Watkins LLP |
| **Role in Case:** | Counsel to the Official Committee of Unsecured Creditors |
| **Date of Retention:** | January 6, 2006 (*nunc pro tunc* to October 17, 2005) |
| **Period Covered:** | October 17, 2005 through January 31, 2006 |
| **Current Application** | |
| **Fees Requested:** | $3,258,050.25[1] |
| **Expenses Requested:** | $157,230.86 |
| **Total Fees and Expenses Requested:** | $3,415,281.11 |
| **Blended Hourly Rate: (excluding paraprofessionals)** | $492.26 |
| **Blended Hourly Rate:** | $452.78 |

---

[1] This amount reflects a credit of $6,028.75 for non-working travel time originally billed at 100% during the Compensation Period. This credit reflects a discount of 50% for such non-working travel time.

NY\1152696.1

**(including paraprofessionals)**

**This is a(n):**   _x_  interim _ final application.[2]

## SECTION I:  FEE SUMMARY

|  | To Date | Current Period |
|---|---|---|
| Total Fees Requested: | $ 3,258,050.25[3] | $ 3,258,050.25[4] |
| Total Disbursements Requested: | $ 157,230.86 | $ 157,230.86 |
| Total Fees Previously Allowed: | $ 0.00 | $ 0.00 |
| Total Disbursements Previously Allowed: | $ 0.00 | $ 0.00 |
| Total Previously Received by Applicant: | $ 2,768,494.06 | $ 2,768,494.06 |

## SECTION II:  ATTORNEY/OTHER PROFESSIONAL SUMMARY

| Name of Attorney/ Other Professional | Yr. Admitted to Practice | Hourly Rates for 2005/2006[5] | Hours Billed | Totals |
|---|---|---|---|---|
| **PARTNERS/OF COUNSEL** | | | | |
| R J ROSENBERG | 1970 | $ 795.00/$850.00 | 447.10 | $ 362,517.50 |
| D BRODSKY | 1970 | $ 825.00 | 6.40 | $ 5,280.00 |
| J W BRICKNER | 1980 | $ 725.00/$775.00 | 38.60 | $ 28,680.00 |
| J D SHYER | 1981 | $ 710.00/$750.00 | 27.40 | $ 19,690.00 |
| J E BRANDT | 1982 | $ 710.00/$775.00 | 100.80 | $ 72,868.00 |
| L I SAFRAN | 1985 | $ 685.00 | 1.60 | $ 1,096.00 |
| B WILLIAMSON | 1995 | $ 595.00 | 5.60 | $ 3,332.00 |
| M A SEIDER | 1987 | $ 710.00/$775.00 | 544.10 | $ 392,798.00 |
| D S RAAB | 1988 | $ 750.00 | 2.10 | $ 1,575.00 |
| MA BROUDE | 1989 | $ 685.00/$750.00 | 544.10 | $ 379,860.50[6] |
| S BLOCK-LIEB | 1982 | $ 595.00/$650.00 | 16.90 | $ 10,660.50 |
| **TOTAL** | | | **1,734.70** | **$ 1,278,357.50** |

---

[2] See footnote 2 to the attached Application.

[3] This amount reflects a credit of $6,028.75 for non-working travel time originally billed at 100% during the Compensation Period.  This credit reflects a discount of 50% for such non-working travel time.

[4] This amount reflects a credit of $6,028.75 for non-working travel time originally billed at 100% during the Compensation Period.  This credit reflects a discount of 50% for such non-working travel time.

[5] If more than one hourly rate is reflected for a given professional, the higher of such rates reflect that professional's standard hourly rate effective as of January 1, 2006.  It is customary for Latham to update its rate structure annually.

[6] This amount reflects a credit of $1,233.00 for non-working travel time originally billed at 100% during the Compensation Period.  This credit reflects a discount of 50% for such non-working travel time.

NY\1152696.1

ASSOCIATES

| Name | Year | Rate | Hours | Amount |
|---|---|---|---|---|
| A K WHEATLEY | 1997 | $ 520.00/$570.00 | 40.70 | $ 21,999.00 |
| H P BAER, JR | 1997 | $ 520.00/$570.00 | 612.10 | $ 322,632.00[7] |
| S H KANE | 1999 | $ 475.00/$545.00 | 103.50 | $ 54,265.50 |
| MH AHRENS | 1996 | $ 520.00 | 0.30 | $ 156.00 |
| R J MALIONEK | 1998 | $ 520.00 | 91.60 | $ 47,632.00 |
| J M LEE | 2001 | $ 450.00/$520.00 | 16.30 | $ 7,594.00 |
| L MATHEWS | 2000 | $ 515.00 | 43.50 | $ 22,402.50 |
| J W WEISS | 2000 | $ 450.00/$515.00 | 499.80 | $ 231,429.50 |
| M RIELA | 2001 | $ 425.00/$490.00 | 548.90 | $ 238,157.50 |
| E RUIZ | 2002 | $ 395.00/$460.00 | 500.00 | $ 203,402.00 |
| DS KEMP | 2000 | $ 450.00 | 24.40 | $ 10,980.00 |
| CA RECKLER | 2001 | $ 425.00 | 4.50 | $ 1,912.50 |
| JP BAUMSTARK | | $ 425.00 | 0.70 | $ 297.50 |
| A L LEAVITT | 2002 | $ 395.00 | 143.60 | $ 53,226.25[8] |
| R HEMANI | 2004 | $ 310.00/$390.00 | 29.50 | $ 10,793.00 |
| A SIRI | 2004 | $ 310.00/$390.00 | 116.30 | $ 43,107.00 |
| E K FINN | 2004 | $ 310.00/$390.00 | 213.90 | $ 69,349.00 |
| G SMYTH | 2004 | $ 310.00/$390.00 | 138.00 | $ 43,412.00 |
| J M MANICKI | 2003 | $ 385.00 | 24.90 | $ 9,586.50 |
| M L SHELDON | 2004 | $ 310.00 | 18.60 | $ 5,766.00 |
| S A CERESNIE | 2004 | $ 310.00 | 3.90 | $ 1,209.00 |
| S M LIGHTDALE | 2005 | $ 290.00/$345.00 | 68.60 | $ 23,117.00 |
| Y ZHANG | 2005 | $ 290.00/$345.00 | 59.80 | $ 17,589.50 |
| J M GORMAN | 2005 | $ 290.00/$345.00 | 105.90 | $ 34,995.50 |
| T CURATOLO | 2005 | $ 290.00 | 20.80 | $ 6,032.00 |
| N B YALE | Bar Pending | $ 290.00/$345.00 | 234.50 | $ 72,058.50 |
| P S MAITLAND | Bar Pending | $ 290.00/$345.00 | 82.90 | $ 26,675.50 |
| J A KOLBE | Bar Pending | $ 290.00/$345.00 | 436.50 | $ 130,165.50 |
| J H SPERLING | Bar Pending | $ 290.00/$345.00 | 152.30 | $ 47,302.00 |
| K Y TU | Bar Pending | $ 290.00/$345.00 | 19.10 | $ 5,561.00 |
| S C BARROWES | Bar Pending | $ 290.00 | 19.90 | $ 5,771.00 |
| T E FELSBERG | Bar Pending | $ 290.00 | 194.00 | $ 56,260.00 |
| **TOTAL** | | | **4,569.30** | **$ 1,824,836.25** |

---

[7] This amount reflects a credit of $1,300 for non-working travel time originally billed at 100% during the Compensation Period. This credit reflects a discount of 50% for such non-working travel time.

[8] This amount reflects a credit of $3,495.75 for non-working travel time originally billed at 100% during the Compensation Period. This credit reflects a discount of 50% for such non-working travel time.

3

NY\1152696.1

| Name of Attorney/<br>Other Professional | | Hourly<br>Rate | Hours<br>Billed | Totals |
|---|---|---|---|---|
| **NONLAWYER PROFESSIONALS** | | | | |
| E C ARNOLD | PARALEGAL | $ 210.00/$245.00 | 41.40 | $ 21,999.00 |
| G J LOFASO | PARALEGAL | $ 240.00 | 3.30 | $ 323,932.00 |
| A E CHAMBERS | PARALEGAL | $ 235.00 | 11.50 | $ 54,265.50 |
| R RODBURG | PARALEGAL | $ 230.00 | 1.00 | $ 156.00 |
| RA MONTGOMERY | PARALEGAL | $ 195.00 | 3.70 | $ 47,632.00 |
| L A SALCEDO | PARALEGAL | $ 170.00/$190.00 | 548.60 | $ 7,594.00 |
| C M GREENWOOD | PARALEGAL | $ 185.00 | 6.20 | $ 22,402.50 |
| D VAZQUEZ | PARALEGAL | $ 180.00 | 7.40 | $ 231,429.50 |
| B ROMAN | PARALEGAL | $ 175.00 | 16.70 | $ 238,157.50 |
| I A URSINO | PARALEGAL | $ 175.00 | 2.50 | $ 203,402.00 |
| R L AHMADI | PARALEGAL | $ 160.00/$175.00 | 92.10 | $ 10,980.00 |
| B HICKEY | PROF STAFF | $ 165.00 | 1.30 | $ 1,912.50 |
| C B CARLSON | PROF STAFF | $ 155.00 | 0.60 | $ 297.50 |
| C W MAR | PARALEGAL | $ 150.00 | 10.90 | $ 56,722.00 |
| H H NGUYEN | PARALEGAL | $ 150.00 | 5.30 | $ 10,793.00 |
| N CHERNY | PARALEGAL | $ 150.00 | 14.00 | $ 43,107.00 |
| R H KLINGER | PARALEGAL | $ 150.00 | 11.00 | $ 69,349.00 |
| R S GOLDSTEIN | PARALEGAL | $ 150.00 | 1.00 | $ 43,412.00 |
| S KOSHY | PARALEGAL | $ 150.00 | 51.00 | $ 9,586.50 |
| SA TAYLOR | PARALEGAL | $ 150.00 | 44.80 | $ 5,766.00 |
| C. BARBERENA | PROJECT ASST | $ 115.00 | 1.80 | $ 1,209.00 |
| B A MICGIEL | PROF STAFF | $ 225.00 | 1.40 | $ 72,058.50 |
| K L TROTTER | PROF STAFF | $ 175.00/$215.00 | 4.10 | $ 26,675.50 |
| E S SANTOS | PROF STAFF | $ 200.00 | 0.80 | $ 23,117.00 |
| E GORODETSKY | PROF STAFF | $ 200.00 | 8.00 | $ 17,589.50 |
| E BUDEA | PROF STAFF | $ 195.00 | 0.80 | $ 130,165.50 |
| J D BIRD | PROF STAFF | $ 175.00 | 0.40 | $ 47,302.00 |
| **TOTAL** | | | **891.60** | **$ 154,856.50** |
| | | | | |
| **TOTAL HOURS AND FEES** | | | **7,195.60** | **$ 3,258,050.00** |

NY\1152696.1

### SECTION III: COMPENSATION BY PROJECT CATEGORY

|  | Hours Billed | Blended Hourly Rate | Final Totals |
|---|---|---|---|
| Case Administration | 1166.60 | $ 435.34 | $ 501,842.75[9] |
| Committee Communications/Meetings | 624.90 | $ 600.39 | $ 375,182.00 |
| Retention Issues | 717.60 | $ 388.69 | $ 278,924.00 |
| DIP Financing/Cash Collateral | 294.80 | $ 467.39 | $ 137,787.00 |
| Executory Contracts | 674.90 | $ 496.50 | $ 335,089.00 |
| Asset Dispositions | 4.30 | $ 768.60 | $ 3,305.00 |
| Executive Compensation/Bonuses | 787.80 | $ 431.70 | $ 340,092.50 |
| 1113 and 1114 Issues | 633.80 | $ 472.55 | $ 299,504.00 |
| Claims | 573.90 | $ 445.03 | $ 255,401.00 |
| Fee Applications | 180.30 | $ 324.40 | $ 58,490.00 |
| Lien Review | 34.20 | $ 320.06 | $ 10,946.00 |
| Preference & Fraudulent Conveyance | 162.20 | $ 395.02 | $ 64,072.00 |
| Disclosure Statement and Plan |  |  |  |
| Foreign Affiliates | 17.20 | $ 427.01 | $ 7,344.50 |
| Exit Financing |  |  |  |
| Analysis and Response to Other Motions | 1042.50 | $ 431.58 | $ 449,921.50 |
| Other Chapter 5 | 249.50 | $ 477.31 | $ 119,088.50 |
| SEC and Class Action Issues | 31.10 | $ 677.19 | $ 21,060.50 |
| **TOTAL HOURS AND FEES** | **7,195.60** |  | **$ 3,258,050.25** |

### SECTION IV: EXPENSE SUMMARY

| Expenses | | Amount |
|---|---|---|
| a. | Airfare & trainfare | $ 4,894.10 |
| b. | Color copying/printing | $ 150.00 |

---

[9] This amount reflects a credit of $6,028.75 for non-working travel time originally billed at 100% during the Compensation Period. This credit reflects a discount of 50% for such non-working travel time.

NY\1152696.1

| | | |
|---|---|---:|
| c. | Document copies | $ 2,669.04 |
| d. | Federal Express | $ 3,328.07 |
| e. | Filing fees | $ 25.00 |
| f. | Ground transportation | $ 13,748.96 |
| g. | Lexis | $ 19,470.64 |
| h. | Meals | $ 14,591.00 |
| i. | Messenger/courier | $ 905.85 |
| j. | MIS services | $ 75.00 |
| k. | Outside services (non-attorney) | $ 11,797.91 |
| l. | Parking | $ 207.00 |
| m. | Photocopying | $ 35,666.43 |
| n. | Postage | $ 106.27 |
| o. | Telecopying | $ 1,345.00 |
| p. | Telephone | $ 3,789.12 |
| q. | Trip expense | $ 3,001.25 |
| r. | Video deposition | $ 3,462.00 |
| s. | Westlaw | $ 37,998.22 |
| | **TOTAL** | $ 157,230.86 |

NY\1152696.1