Richard P. Norton (RN-2231)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Telephone No.: (212) 521-5400
Facsimile No.: (212) 521-5450

-and-

One Riverfront Plaza
Newark, New Jersey 07102
Telephone No.: (973) 621-3200
Facsimile No.: (973) 621-3199
E-mail: rnorton@reedsmith.com

*Attorneys for Jason Incorporated, Sackner Products Division*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION,<br><br>        Debtor. | Chapter 11<br><br>Case No. 05-44481 (RDD) |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Jason Incorporated, Sackner Products Division ("Jason Incorporated") which is a party in interest in this bankruptcy case, and pursuant to, inter alia, Sections 342 and 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 3017, 9007 and 9010, requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the following:

Richard P. Norton, Esq. (RN-2231)                          Beth Klimczak
REED SMITH LLP                          and                General Counsel
One Riverfront Plaza, 1st Floor                            Jason, Inc.
Newark, NJ 07102                                           411 E. Wisconsin Ave., Suite 2120
Telephone:  (973) 621-3200                                 Milwaukee, WI 53202
Facsimile:  (973) 621-3199
E-mail:  rnorton@reedsmith.com

**PLEASE TAKE FURTHER NOTICE** that this request is a request not only for the notices and papers referred to in the Bankruptcy Rules specified above, but includes, without limitation, all orders and all notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that Jason Incorporated does not intend this Notice of Appearance and Demand for Service of Papers, nor any subsequent appearance, pleading, claim, or suit to waive any rights to which Jason Incorporated is entitled including, but not limited to, (i) Jason Incorporated's right to have final orders in noncore matters entered only after de novo review by a District Judge, (ii) Jason Incorporated's right to trial by jury in any proceeding related to this case, (iii) Jason Incorporated's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any rights, claims, actions, defenses, setoffs, or recoupments to which Jason Incorporated is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Jason Incorporated expressly reserves.

Dated:  May 31, 2006                          **REED SMITH LLP**


By:      /s/    *Richard P. Norton*
         Richard P. Norton (RN-2231)
         REED SMITH LLP
         599 Lexington Avenue
         New York, New York 10022
         Telephone No.: (212) 521-5400
         Facsimile No.: (212) 521-5450

         -and-

         One Riverfront Plaza
         Newark, New Jersey 07102
         Telephone No.: (973) 621-3200
         Facsimile No.: (973) 621-3199
         E-mail: rnorton@reedsmith.com

         *Attorneys for Jason Incorporated,*
         *Sackner Products Division*