Richard P. Norton (RN-2231)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Telephone No.: (212) 521-5400
Facsimile No.: (212) 521-5450

-and-

One Riverfront Plaza
Newark, New Jersey 07102
Telephone No.: (973) 621-3200
Facsimile No.: (973) 621-3199
E-mail: rnorton@reedsmith.com

*Attorneys for Jason Incorporated, Sackner Products Division*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> DELPHI CORPORATION, <br><br> Debtor. | Chapter 11 <br><br> Case No. 05-44481 (RDD) |

### CERTIFICATION OF SERVICE

I, CATHY BASSO, of full age, hereby certifies as follows:

1. I am a legal secretary employed by the firm of Reed Smith LLP, One Riverfront Plaza, Newark, New Jersey 07102.

2. On May 31, 2006, Richard Norton electronically filed with the U.S. Bankruptcy Court, Southern District of New York, a Notice of Appearance and Demand for Service of Papers on behalf of Jason Incorporated.

3. On May 31, 2006, I caused a copy of same to be served upon the following parties via First Class Mail:

- 2 -

| | |
|---|---|
| John Wm. Butler Jr., Esq.<br>John K. Lyons, Esq.<br>Ron E. Meisler, Esq.<br>Skadden, Arps, Slate Meagher & Flom LLP<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, IL 60606 | Kayalyn A. Marafioti, Esq.<br>Thomas J. Matz, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 |
| Robert J. Rosenberg, Esq.<br>Latham & Watkins LLP<br>885 Third Avenue, Suite 1000<br>New York, NY 10022-4834 | Diana G. Adams<br>U.S. Dept. of Justice<br>Office of the United States Trustee<br>33 Whitehall St., 21st. Fl.<br>New York, NY 10004-2111 |

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: May 31, 2006                             /s/  *Cathy Basso*
                                                                Cathy Basso