Manda L Anagnost
1024 N Michigan Avenue
PO Box 3197
Saginaw, MI 48605-3197

Mark I Bane
Ropes & Gray LLP
45 Rockefeller Plaza
New York, NY 10111

Thomas M Beeman
Attorney at Law
33 West 10th Street Suite 200
Anderson, IN 46016

Howard S Beltzer
White & Case, LLP
1155 Avenue of the Americas
New York, NY 10036

Glenn P Berger
Jaffe & Asher LLP
600 Third Avenue
New York, NY 10016

James S Carr
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Babette A Ceccotti
Cohen, Weiss and Simon
330 West 42nd Street, 25th Floor
New York, NY 10036

Central Transport International, Inc
c/o Mark H Shapiro
24901 Northwestern Hwy, Suite 611
Southfield, MI 48075

Michael L Cook
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

Maureen A Cronin
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY 10022

Gary H Cunningham
Kramer Mellen, PC
3000 Town Center, Ste 1700
Southfield, MI 48075-1277

John K Cunningham
White & Case, LLP
200 South Biscayne Blvd, Suite 4900
Miami, FL 33131

Raniero D'Aversa
Mayer, Brown, Rowe & Maw
1675 Broadway
New York, NY 10019-5820

Craig Alan Damast
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174

Tracy Hope Davis
United States Trustee Office
33 Whitehall Street 21st Floor
New York, NY 10004

J Michael Debbeler
Graydon, Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202

Duane Morris LLP
30 S 17th Street
Philadelphia, PA 19103

Frank L Eaton
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787

Douglas Ellmann
Ellmann & Ellmann, PC
308 West Huron
Ann Arbor, MI 48103-4204

Michael S Etkin
Lowenstein Sandler PC
1251 Avenue of the Americas
18th Floor
New York, NY 10019

Gary Ettelman
Ettelman & Hochheiser, PC
100 Quentin Roosevelt Blvd # 401
Garden City, NY 11530

Fair Harbor Capital, LLC
875 Avenue of the Americas
Suite 2305
New York, NY 10001

Michael D Fishman
39533 Woodward Avenue, Suite 140
Bloomfield Hills, MI 48304

Elizabeth K Flaagan
HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203

Mark T Flewelling
Anglin, Flewelling, Rasmussen,
Campbell & Trytten LLP
199 South Los Robles Ave, Suite 600
Pasadena, CA 91101

Glenn D Forbis
39533 Woodward Avenue, Suite140
Bloomfield Hills, MI 48304

Michael Friedman
Richards Spears Kibbe & Orbe
One Chase Manhattan Plaza 57th Fl
New York, NY 10005

David Garland
Moore, Clarke, et al
2829 Old Dawson Road
Albany, GA 31707

Ira P Goldberg
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068-5738

Ira P Goldberg
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068-5738

Andrew D Gottfried
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

David M Grogan
Shumaker Loop & Kendrick
128 South Tryon Street, Ste 1800
Charlotte, NC 28202

Holly G Gydus
Regen Capital
2109 Broadway
New York, NY 10023

Larry D Harvey
Larry D Harvey PC
5290 DTC Parkway Suite 150
Englewood, CO 80111

Dion W Hayes
McGuireWoods LLP
901 East Cary Street
Richmond, VA 23219-4030

Marc E Hirschfield
Ropes & Gray LLP
45 Rockefeller Plaza
New York, NY 10111-0087

David A Hodges
212 Center Street Fifth Floor
Little Rock, AR 72201

Kurt Jacobs
Sidley Austin LLP
1501 K Street NW
Washington, DC 20005

Thomas H Keyse
1700 Lincoln Street Suite 4000
Denver, CO 80203

Steve Kieselstein
Kieselstein Law Firm, PLLC
43 British American Boulevard
Latham, NY 12110

Joseph B Koczko
Thompson Hine LLP
One Chase Manhattan Plaza
58th Floor
New York, NY 10005

Laurie Krepto
123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109

Anna C Lee
Mandel, Katz, Manna & Brosnan, LLP
210 Route 303
Valley Cottage, NY 10989

David S Leinwand
Amroc Investments, LLC
535 Madison Avenue 15th Floor
New York, NY 10017

Alicia M Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Ira M Levee
Lowenstein Sandler PC
1251 Avenue of the Americas
18th Floor
New York, NY 10019

Daniel A Lowenthal
Thelen Reid & Priest LLP
875 Third Avenue
New York, NY 10022

Larry Magarik
Kennedy, Jennik & Murray, PC
113 University Place, 7th Floor
New York, NY 10003

Jil Mazer-Marino
Rosen Slome Marder LLP
333 Earle Ovington Blvd, Suite 901
Uniondale, NY 11553

Timothy S McFadden
Lord, Bissell & Brook
115 S LaSalle Street
Chicago, IL 60603

Daniel A McLaughlin
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Patrick E Mears
Barnes & Thornburg LLP
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, MI 49503

Richard G Menaker
Menaker & Herrmann, LLP
10 E 40th Street
New York, NY 10016

Larren M Nashelsky
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Thomas C Pavlik
Novak, Robenalt, Pavlik
Skylight Office Tower, Suite 270
1660 West Second Street
Cleveland, OH 44113

A Robert Pietrzak
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Alan B Posner
Kelman Loria, PLLC
660 Woodward Ave, Suite 1420
Detroit, MI 48226

Ira A Reid
Baker & McKenzie
805 Third Avenue
New York, NY 10022

Sandra A Reimer
666 Fifth Avenue
New York, NY 10103

Donald P Renaldo
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Brian Resnick
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Kenneth A Reynolds
Pryor & Madelup, LLP
675 Old Country Road
Westbury, NY 11590

Michael P Richman
Mayer, Brown, Rowe & Maw
1675 Broadway
New York, NY 10019

Harold Ritvo
Harold Ritvo, PC
One University Plaza
Hackensack, NJ 07601

Robert J Rosenberg
Latham & Watkins
885 Third Avenue
New York, NY 10022

Paul Rubin
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016

Leon R Russell
3102 Oak Lawn Suite 600, LB 164
Dallas, TX 75219

Lawrence M Schwab, Esq
BIALSON, BERGEN & SCHWAB
2600 El Camino Real, Suite 300
Palo Alto, CA 94306

Peter Gregory Schwed
Loeb & Loeb, LLP
345 Park Avenue
New York, NY 10154

Michael J Sobieray
Stewart & Stewart, Attorneys at Law
931 S Rangeline Road
Carmel, IN 46032

Mark R Somerstein
Ropes & Gray LLP
45 Rockefeller Plaza
New York, NY 10111

Andrew Stern
Sidley Austin LLP
787 Seventh
New York, NY 10019

Leigh C Taggart
39533 Woodward Avenue Suite 140
Bloomfield Hills, MI 48304

Universal Am-Can, Ltd
c/o Mark H Shapiro
24901 Northwestern Hwy Suite 611
Southfield, MI 48075

Timothy W Walsh
DLA Piper Rudnick Gray
Cary US LLP
1251 Avenue of the Americas
New York, NY 10020-1104

Eric R Wilson
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178