WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200
Glenn M. Kurtz (GK-6272)
Gerard Uzzi (GU-2297)
Douglas P. Baumstein (DB-1948)

Wachovia Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Thomas E Lauria (Admitted *Pro Hac Vice*)
Frank L. Eaton (FE-1522)
Ileana A. Cruz

ATTORNEYS FOR APPALOOSA
MANAGEMENT L.P., WEXFORD CAPITAL LLC, AND
LAMPE CONWAY & CO., LLC

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| Delphi Corporation, et al. | ) | Case No. 05-44481 |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Appaloosa Management L.P., with and through certain of its affiliates (collectively, "Appaloosa"), Wexford Capital LLC, with and through certain of its affiliates (collectively, "Wexford"), and Lampe Conway & Co., LLC, with and through certain of its affiliates (collectively "Lampe," and together with Appaloosa and Wexford, each a "Shareholder" and collectively, the "Shareholders"), by and through their undersigned counsel, hereby appeal to the United States District Court for the Southern District of New York under 28 U.S.C. § 158(a) from the Order Under 11 U.S.C. § 363(b) and Fed. R. Bankr. P. 6004

MIAMI 657971 (2K)

Authorizing Debtors to Enter into the UAW Special Attrition Program Agreement entered on May 8, 2006 (Docket No. 3648), as amended by the Amended Order Under 11 U.S.C. § 363(b) and Fed. R. Bankr. P. 6004 Authorizing Debtors to Enter Into the UAW Special Attrition Program Agreement (Docket No. 3754) (the "Amended Order") entered by United States Bankruptcy Judge Robert D. Drain on May 12, 2006. A copy of the Amended Order appealed from is attached hereto as Exhibit A.

The names of all parties to the orders appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **Appellant:** | **Appellant s Attorneys:** |
|---|---|
| Appaloosa Management, L.P. | Glenn M. Kurtz, Esq. |
| | WHITE & CASE LLP |
| | 1155 Avenue of the Americas |
| | New York, New York 10036-2787 |
| | (212) 819-8200 |
| | Glenn M. Kurtz, Esq. |
| | |
| | Thomas E. Lauria, Esq. |
| | WHITE & CASE LLP |
| | Wachovia Financial Center |
| | 200 South Biscayne Blvd., Suite 4900 |
| | Miami, Florida 33131 |
| | (305) 371-2700 |

| Appellees: | Appellees Attorneys: |
|---|---|
| Delphi Corporation | John Wm. Butler, Jr., Esq. |
| ASEC Manufacturing General Partnership | SKADDEN, ARPS, SLATE, |
| ASEC Sales General Partnership | MEAGHER & FLOM LLP |
| Aspire, Inc. | 333 West Wacker Drive, Suite 2100 |
| Delco Electronics Overseas Corporation | Chicago, IL 60606-1285 |
| Delphi Automotive Systems (Holding), Inc. | (312) 407-0700 |
| Delphi Automotive Systems Global (Holding), Inc. | |
| Delphi Automotive Systems Human Resources LLC | Kayalyn A. Marafioti, Esq. |
| Delphi Automotive Systems International, Inc. | SKADDEN, ARPS, SLATE, |
| Delphi Automotive Systems Korea, Inc. | MEAGHER & FLOM LLP |
| Delphi Automotive Systems LLC | Four Times Square |
| Delphi Automotive Systems Overseas Corporation | New York, NY 10036 |
| Delphi Automotive Systems Risk Management Corp. | (212) 735-3000 |
| Delphi Automotive Systems Services LLC | |
| Delphi Automotive Systems Tennessee, Inc. | |
| Delphi Automotive Systems Thailand, Inc. | |
| Delphi China LLC | |
| Delphi Connection Systems | |
| Delphi Diesel Systems Corp. | |
| Delphi Electronics (Holding) LLC | |
| Delphi Foreign Sales Corporation | |
| Delphi Integrated Service Solutions, Inc. | |
| Delphi International Holdings Corp. | |
| Delphi International Services, Inc. | |
| Delphi Liquidation Holding Company | |
| Delphi LLC | |
| Delphi Mechatronic Systems, Inc. | |
| Delphi Medical Systems Colorado Corporation | |
| Delphi Medical Systems Corporation | |
| Delphi Medical Systems Texas Corporation | |
| Delphi NY Holding Corporation | |
| Delphi Services Holding Corporation | |
| Delphi Technologies, Inc. | |
| DREAL, Inc. | |
| Environmental Catalysts, LLC | |
| Exhaust Systems Corporation | |
| Packard Hughes Interconnect Company | |
| Specialty Electronics International Ltd. | |
| Specialty Electronics, Inc. | |
| Delphi Furukawa Wiring Systems LLC | |
| Delphi Receivables LLC | |
| MobileAria, Inc. | |

| **Other Parties to the Order:** | **Other Parties Attorneys:** |
|---|---|
| International Union, United Automobile, Aerospace & Agricultural Implement Workers of America | Babette A. Ceccotti, Esq.<br>COHEN, WEISS AND SIMON LLP<br>330 West 42nd Street<br>New York, NY 10036<br>(212) 563-4100<br><br>Niraj R. Ganatra, Esq.<br>International Union, UAW<br>8000 East Jefferson Avenue<br>Detroit, MI 48214<br>(313) 926-5216 |
| General Motors Corporation | Martin J. Bienenstock, Esq.<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>(212) 310-8000<br><br>Robert B. Weiss, Esq.<br>HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3506<br>(313) 465-7000 |
| Wilmington Trust Company,<br>as Indenture Trustee | Edward M. Fox, Esq.<br>KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>(212) 536-3900 |
| The Official Committee of Unsecured Creditors | Robert J. Rosenberg, Esq.<br>LATHAM & WATKINS LLP<br>885 Third Avenue<br>New York, New York 10022-4802<br>(212) 906-1200 |

| | |
|---|---|
| Law Debenture Trust Company of New York, as Indenture Trustee | Robert Stark, Esq.<br>BROWN RUDNICK<br>BERLACK ISRAELS LLP<br>Seven Times Square<br>New York, New York 10036<br>(212) 209-4800<br><br>Peter J. Antoszyk, Esq.<br>BROWN RUDNICK<br>BERLACK ISRAELS LLP<br>One Financial Center<br>Boston, Massachusetts 02111<br>(617) 856-8200 |
| United Steelworkers | Lowell Peterson, Esq.<br>MEYER, SUOZZI,<br>ENGLISH & KLEIN, P.C.<br>1350 Broadway, Suite 501<br>New York, New York 10018<br>(212) 239-4999 |

Dated:  May 31, 2006
       Miami, Florida

>WHITE & CASE LLP
>Glenn M. Kurtz (GK-6272)
>Gerard Uzzi (GU-2297)
>Douglas P. Baumstein (DB-1948)
>1155 Avenue of the Americas
>New York, New York 10036-2787
>(212) 819-8200
>
>Thomas E Lauria (Admitted *Pro Hac Vice*)
>Frank L. Eaton (FE-1522)
>Ileana A. Cruz
>Wachovia Financial Center
>200 South Biscayne Boulevard
>Miami, Florida 33131
>(305) 371-2700
>
>By:  \s\ Douglas P. Baumstein
>     Douglas P. Baumstein
>
>Counsel to Appaloosa Management L.P.,
>   Wexford Capital LLC, and Lampe Conway
>   & Co., LLC