EXHIBIT C

| Matter # | Matter Name |
|----------|-------------|
| 0001 | General Corporate Advice |
| 0002 | Asset Analysis and Recovery |
| 0003 | Asset Dispositions (General) |
| 0005 | Asset Dispositions (Real Property) |
| 0006 | Automatic Stay (Relief Actions) |
| 0007 | Business Operations / Strategic Planning |
| 0008 | Case Administration |
| 0009 | Claims Admin. (General) |
| 0010 | Claims Admin. (Reclamation/Trust Funds) |
| 0013 | Creditor Meetings / Statutory Committees |
| 0014 | Disclosure Statement / Voting Issues |
| 0015 | Employee Matters (General) |
| 0016 | Employee Matters (Labor Unions) |
| 0017 | Environmental Matters |
| 0018 | Executory Contracts (Personalty) |
| 0019 | Financing (DIP and Emergence) |
| 0020 | Government Affairs |
| 0021 | Insurance |
| 0022 | Intellectual Property |
| 0024 | Leases (Real Property) |
| 0025 | Litigation (General) |
| 0026 | Litigation (Insurance Recovery) |
| 0027 | Liquidation / Feasibility |
| 0028 | Nonworking Travel Time |
| 0029 | Real Estate (Owned) |
| 0030 | Regulatory and SEC Matters |
| 0031 | Reorganization Plan / Plan Sponsors |
| 0032 | Reports and Schedules |

| Matter # | Matter Name |
|---|---|
| 0033 | Retention / Fee Matters (SASM&F) |
| 0034 | Retention / Fee Matters / Objections (Others) |
| 0035 | Secured Claims |
| 0036 | Tax Matters |
| 0037 | U.S. Trustee Matters |
| 0038 | Utilities |
| 0039 | Supplier Matters |
| 0040 | Customer Matters (General) |
| 0041 | Customer Matters (GM) |
| 0042 | Employee Matters (Pension) |
| 0043 | Employee Matters (Retirees/OPEB) |
| 0044 | Financing (Global Subsidiaries) |
| 0045 | Global Subsidiaries (Non-U.S.) |

**SKADDEN BUSINESS STATISTICS**
**AND SUMMARY OF ATTORNEY TIME**
**FOR THE APPLICATION PERIOD**
**October 8, 2005 through January 31, 2006**

| | |
|---|---|
| Total Fees Recorded: | $9,942,264 |
| | |
| Actual Fees Requested: | $9,200,920 |

Total Hours Recorded

| | |
|---|---|
| Partners: | 4,450.3   (22%) |
| Counsel: | 1,554.5   (8%) |
| Associates: | 10,847.6 (53%) |
| Legal Assistants: | <u>3,623.7</u>   (18%) |
| Total Hours: | 20,476.0 |

Total Hours Requested

| | |
|---|---|
| Partners: | 4,394.4   (35%) |
| Counsel: | 1,503.9   (9%) |
| Associates: | 10,258.2 (51%) |
| Legal Assistants: | <u>2,851.7</u>   (5%) |
| Total Hours: | 19,008.2 |

| | |
|---|---|
| Blended Hourly Rate: | $449 |
| | |
| Total Charges and Disbursements Recorded: | $694,237 |
| | |
| Actual Charges and Disbursements Billed: | $622,420 |