**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| ZSOLDOS AF | 01/05/06 | 9.10 | FINAL PREPARATION FOR HEARING, INCLUDING FINALIZATION AND DISTRIBUTION OF BINDERS (1.2); ATTENDANCE AND ASSISTANCE AT HEARING (6.5); ORGANIZE FILES AFTER HEARING (1.4). |
| ZSOLDOS AF | 01/06/06 | 2.10 | PREPARE TOWER AUTO DOCKET UPDATE (0.2); PREPARE COLLINS & AIKMAN DOCKET UPDATE (0.2); PREPARE DELPHI DOCKET UPDATE (0.2); DOCUMENTS FROM DOCKET (0.7); PRINT ALL NEWLY FILED DOCUMENTS FROM DOCKET FOR RECORDS (0.8). |
| ZSOLDOS AF | 01/09/06 | 6.20 | PREPARE COLLINS & AIKMAN DOCKET UPDATE FOR ATTORNEY REVIEW (0.2); PREPARE TOWER AUTO DOCKET UPDATE FOR ATTORNEY REVIEW (0.2); PREPARE DELPHI DOCKET UPDATE FOR ATTORNEY REVIEW (0.2); UPDATE MOTION SUMMARY CHART (1.5); CHECK FOR ORDERS ENTERED AND RESOLVE THOSE STILL OUTSTANDING (0.6); PARTICIPATE IN WEEKLY TELECONFERENCE (1.0); UPDATE CASE ADMINISTRATION BINDERS FOR THE GROUP (2.1). |
| ZSOLDOS AF | 01/10/06 | 1.40 | PREPARE TOWER AUTO DOCKET UPDATE FOR ATTORNEY REVIEW (0.2); PREPARE COLLINS & AIKMAN DOCKET UPDATE FOR ATTORNEY REVIEW (0.2); PREPARE DELPHI DOCKET UPDATE FOR ATTORNEY REVIEW (0.2); UPDATE CASE ADMINISTRATION BINDERS AND DISTRIBUTE TO TEAM (0.6); CHECK FOR ORDERS ENTERED ON DELPHI DOCKET VS. AGENDA (0.2). |
| ZSOLDOS AF | 01/11/06 | 2.30 | PREPARE TOWER AUTO DOCKET UPDATE FOR ATTORNEY REVIEW (0.2); PREPARE COLLINS & AIKMAN DOCKET UPDATE FOR ATTORNEY REVIEW (0.2); PREPARE DELPHI DOCKET UPDATE FOR ATTORNEY REVIEW (0.2); CREATE CHART OF CASE NO., NAMES, TAX ID NUMBERS, AND ADDRESSES OF ALL DELPHI CHAPTER 11 DEBTORS (1.3); COORDINATE PREPARATION FOR HEARING WITH ATTORNEYS (0.4). |
| ZSOLDOS AF | 01/12/06 | 7.00 | PREPARE TOWER AUTO DOCKET UPDATE FOR ATTORNEY REVIEW (0.2); PREPARE COLLINS & AIKMAN DOCKET UPDATE FOR ATTORNEY REVIEW (0.2); PREPARE DELPHI DOCKET UPDATE FOR ATTORNEY REVIEW (0.2); UPDATE CHART OF DELPHI ENTITIES FILING FOR BANKRUPTCY (1.3); PRECEDENT RESEARCH RE ORDER TO SHOW CAUSE AND UNDERLYING MATERIALS (0.7); VARIOUS MATTERS IN PREPARATION FOR HEARING, INCLUDING: UPDATING BINDERS, CORRESPONDENCE WITH ATTORNEYS, AND DOCKET PULLS (4.4). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| ZSOLDOS AF | 01/13/06 | 9.50 | FINAL PREPARATION FOR HEARING (0.9); ATTEND HEARING AND ASSIST ATTORNEYS THROUGHOUT (8.6). |
| ZSOLDOS AF | 01/15/06 | 0.60 | UPDATE MOTION SUMMARY CHART (0.6). |
| ZSOLDOS AF | 01/16/06 | 2.60 | PREPARE TOWER AUTO DOCKET UPDATE FOR ATTORNEY REVIEW (0.2); PREPARE COLLINS & AIKMAN DOCKET UPDATE FOR ATTORNEY REVIEW (0.2); PREPARE DELPHI DOCKET UPDATE FOR ATTORNEY REVIEW (0.2); UPDATE MOTION SUMMARY CHART (0.4); DOCKET PULLS (0.3); TELECONFERENCE WITH PROFESSIONALS FOR EMAIL ADDRESSES FOR PROPER SERVICE RE 2002 LIST (1.3). |
| ZSOLDOS AF | 01/17/06 | 4.10 | PREPARE TOWER AUTO DOCKET UPDATE FOR ATTORNEY REVIEW (0.2); PREPARE COLLINS & AIKMAN DOCKET UPDATE FOR ATTORNEY REVIEW (0.2); PREPARE DELPHI DOCKET UPDATE FOR ATTORNEY REVIEW (0.2); UPDATE CASE ADMINISTRATION BINDERS (1.4); UPDATE MOTION SUMMARY CHART (0.3); TELECONFERENCE WITH COUNSELS RE ELECTRONIC SERVICE ON 2002 LIST (0.8); PREPARE FOR AND PARTICIPATE IN WEEKLY TELECONFERENCE (1.0). |
| ZSOLDOS AF | 01/18/06 | 2.60 | PREPARE TOWER AUTO DOCKET UPDATE FOR ATTORNEY REVIEW (0.2); PREPARE COLLINS & AIKMAN DOCKET UPDATE FOR ATTORNEY REVIEW (0.2); PREPARE DELPHI DOCKET UPDATE FOR ATTORNEY REVIEW (0.2); COORDINATE WITH MANAGING LAW CLERKS RE ORDERING ORDERS FROM COURT, INCLUDING CORRESPONDENCE AND TIME SPENT VERIFYING CASE INFORMATION (0.7); DOCKET PULLS (0.7); TELECONFERENCE WITH COUNSELS RE 2002 SERVICE LIST ELECTRONIC NOTIFICATION (0.6) |
| ZSOLDOS AF | 01/19/06 | 2.00 | PREPARE TOWER AUTO DOCKET UPDATE FOR ATTORNEY REVIEW (0.2); PREPARE COLLINS & AIKMAN DOCKET UPDATE FOR ATTORNEY REVIEW (0.2); PREPARE DELPHI DOCKET UPDATE FOR ATTORNEY REVIEW (0.2); DOCKET PULLS (0.2); UPDATE MASTER LIST (0.4); REVIEW NEW PLEADINGS FOR INCLUSION IN MOTION SUMMARY CHART (0.8). |
| ZSOLDOS AF | 01/20/06 | 1.10 | PREPARE COLLINS & AIKMAN DOCKET UPDATE FOR ATTORNEY REVIEW (0.2); PREPARE TOWER AUTO DOCKET UPDATE FOR ATTORNEY REVIEW (0.2); PREPARE DELPHI DOCKET UPDATE FOR ATTORNEY REVIEW (0.2); UPDATE MOTION SUMMARY CHART (0.5). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| ZSOLDOS AF | 01/23/06 | 7.70 | PREPARE TOWER AUTO DOCKET UPDATE FOR ATTORNEY REVIEW (0.2); PREPARE COLLINS & AIKMAN DOCKET UPDATE FOR ATTORNEY REVIEW (0.2); PREPARE DELPHI DOCKET UPDATE FOR ATTORNEY REVIEW (0.3); UPDATE MOTION SUMMARY CHART FOR INCLUSION IN CASE ADMINISTRATION BINDER (2.4); DOCKET PULLS (0.6); TELECONFERENCE WITH PROFESSIONALS RE 2002 EMAIL SERVICE LIST (0.7); UPDATE NEW ENTITIES ON MASTER LIST (0.4); UPDATE CASE ADMINISTRATION BINDERS (1.9); DELPHI WEEKLY CASE TELECONFERENCE (1.0). |
| ZSOLDOS AF | 01/24/06 | 5.80 | PREPARE TOWER AUTO DOCKET UPDATE FOR ATTORNEY REVIEW (0.2); PREPARE COLLINS & AIKMAN DOCKET UPDATE FOR ATTORNEY REVIEW (0.2); PREPARE DELPHI DOCKET UPDATE FOR ATTORNEY REVIEW (0.3); UPDATE CASE ADMINISTRATION BINDERS (0.3); DOCKET PULLS (0.2); CHECK MASTER SERVICE LIST AND 2002 LIST (4.6). |
| ZSOLDOS AF | 01/25/06 | 1.20 | PREPARE TOWER AUTO DOCKET UPDATE FOR ATTORNEY REVIEW (0.2); PREPARE COLLINS & AIKMAN DOCKET UPDATE FOR ATTORNEY REVIEW (0.2); PREPARE DELPHI DOCKET UPDATE FOR ATTORNEY REVIEW (0.2); CHECK UTILITIES ORDERS IN MAJOR SDNY CASES FOR DOCUMENTS SERVED ON PO BOX ADDRESSES (0.6). |
| ZSOLDOS AF | 01/26/06 | 1.00 | PREPARE TOWER AUTO DOCKET UPDATE FOR ATTORNEY REVIEW (0.2); PREPARE COLLINS & AIKMAN DOCKET UPDATE FOR ATTORNEY REVIEW (0.2); PREPARE DELPHI DOCKET UPDATE FOR ATTORNEY REVIEW (0.2); DOCKET PULLS (0.4). |
| ZSOLDOS AF | 01/27/06 | 0.80 | PREPARE TOWER AUTO DOCKET UPDATE FOR ATTORNEY REVIEW (0.2); PREPARE COLLINS & AIKMAN DOCKET UPDATE FOR ATTORNEY REVIEW (0.2); PREPARE DELPHI DOCKET UPDATE FOR ATTORNEY REVIEW (0.4). |
| ZSOLDOS AF | 01/30/06 | 3.50 | PREPARE TOWER AUTO DOCKET UPDATE FOR ATTORNEY REVIEW (0.2); PREPARE COLLINS & AIKMAN DOCKET UPDATE FOR ATTORNEY REVIEW (0.2); PREPARE DELPHI DOCKET UPDATE FOR ATTORNEY REVIEW (0.3); UPDATE MOTION SUMMARY CHART (1.2); PARTICIPATE IN WEEKLY STATUS TELECONFERENCE (0.8); TELECONFERENCE WITH PROFESSIONALS RE: 2002 SERVICE LIST (0.8). |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| ZSOLDOS AF | 01/31/06 | 3.50 | PREPARE DELPHI DOCKET UPDATE FOR ATTORNEY REVIEW (0.2); PREPARE TOWER AUTO DOCKET UPDATE FOR ATTORNEY REVIEW (0.2); PREPARE COLLINS & AIKMAN DOCKET UPDATE FOR ATTORNEY REVIEW (0.2); UPDATE 2002 SERVICE LIST (0.7); UPDATE CASE ADMINISTRATION BINDERS (1.6); DOCKET PULLS (0.6). |
| | | 101.10 | |
| **Total Legal Assistant** | | **289.00** | |
| NEGRON AM | 01/04/06 | 3.30 | UPDATE PLEADINGS INDEX (0.9); UPDATE SERVICE LIST (0.9); REVIEW AND UPDATE PLEADINGS AND PREPARE SUCH DOCUMENTS FOR OUR ON-SITE PLEADINGS FILES (0.7) AND UPDATE CASE ADMINISTRATION BINDERS (0.8). |
| NEGRON AM | 01/05/06 | 0.80 | UPDATE PLEADINGS INDEX (0.8). |
| NEGRON AM | 01/06/06 | 1.70 | UPDATE PLEADINGS INDEX (0.9); UPDATE SERVICE LIST (0.8). |
| NEGRON AM | 01/16/06 | 2.30 | UPDATE PLEADINGS INDEX (1.1); REVIEW AND INDEX PLEADINGS AND PREPARE SUCH DOCUMENTS (0.7) AND UPDATE 2002 SERVICE LIST (0.5). |
| NEGRON AM | 01/17/06 | 3.20 | UPDATE PLEADINGS INDEX (1.4); UPDATE SERVICE LIST (0.9) AND REVIEW AND INDEX PLEADINGS AND PREPARE SUCH DOCUMENTS (0.9). |
| NEGRON AM | 01/20/06 | 4.80 | UPDATE PLEADINGS INDEX (0.7); UPDATE ORDER BINDER INDEX (0.7); DOWNLOAD ORDERS (1.9); UPDATE 2002 SERVICE LIST (0.9) AND UPDATE ORDERS BINDER (0.6). |
| NEGRON AM | 01/24/06 | 2.80 | UPDATE PLEADINGS INDEX (0.6); UPDATE 2002 SERVICE LIST (0.6) AND UPDATE ORDERS BINDER (1.6). |
| NEGRON AM | 01/25/06 | 2.40 | UPDATE PLEADINGS INDEX (0.9); UPDATE 2002 SERVICE LIST (0.6); REVIEW AND INDEX PLEADINGS (0.9). |
| NEGRON AM | 01/26/06 | 2.50 | UPDATE PLEADINGS INDEX (0.9); UPDATE 2002 SERVICE LIST (0.6); DOWNLOAD PLEADINGS (0.4) REVIEW AND INDEX PLEADINGS AND PREPARE SUCH DOCUMENTS (0.6). |
| NEGRON AM | 01/27/06 | 2.20 | UPDATE PLEADINGS INDEX (0.6); UPDATE 2002 SERVICE LIST (0.8) AND REVIEW AND INDEX PLEADINGS AND PREPARE SUCH DOCUMENTS (0.8). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| NEGRON AM | 01/31/06 | 1.90 | UPDATE PLEADINGS INDEX (0.9); UPDATE 2002 SERVICE LIST (0.4); REVIEW AND INDEX PLEADINGS AND PREPARE SUCH DOCUMENTS (0.6). |
| | | 27.90 | |
| WORSCHECK TM | 01/03/06 | 3.40 | DOWNLOAD PLEADINGS (0.8); REVIEW AND INDEX PLEADINGS FOR PLEADINGS BINDERS (2.6). |
| WORSCHECK TM | 01/04/06 | 4.20 | DOWNLOAD PLEADINGS (0.9); REVIEW AND INDEX PLEADINGS FOR PLEADINGS BINDERS (3.3). |
| WORSCHECK TM | 01/05/06 | 1.60 | DOWNLOAD PLEADINGS (0.4); REVIEW AND INDEX PLEADINGS FOR PLEADINGS BINDERS (1.2). |
| WORSCHECK TM | 01/06/06 | 3.60 | DOWNLOAD PLEADINGS (1.2); REVIEW AND INDEX PLEADINGS FOR PLEADINGS BINDERS (2.4). |
| WORSCHECK TM | 01/09/06 | 0.90 | DOWNLOAD PLEADINGS (0.3); REVIEW AND INDEX PLEADINGS FOR PLEADINGS BINDERS (0.6). |
| WORSCHECK TM | 01/10/06 | 5.90 | PREPARE MATERIALS FOR ATTORNEY REVIEW (2.1); DOWNLOAD PLEADINGS (1.2); REVIEW AND INDEX PLEADINGS FOR PLEADINGS BINDERS (2.6). |
| WORSCHECK TM | 01/11/06 | 3.40 | DOWNLOAD PLEADINGS (0.8); REVIEW AND INDEX PLEADINGS FOR PLEADINGS BINDERS (2.6). |
| WORSCHECK TM | 01/12/06 | 1.10 | DOWNLOAD PLEADINGS (0.8); REVIEW AND INDEX PLEADINGS FOR PLEADINGS BINDERS (0.3). |
| WORSCHECK TM | 01/13/06 | 2.10 | DOWNLOAD PLEADINGS (0.7); REVIEW AND INDEX PLEADINGS FOR PLEADINGS BINDERS (1.4). |
| WORSCHECK TM | 01/17/06 | 1.80 | DOWNLOAD PLEADINGS (0.4); REVIEW AND INDEX PLEADINGS FOR PLEADINGS BINDERS (1.4). |
| WORSCHECK TM | 01/18/06 | 1.40 | DOWNLOAD PLEADINGS (0.3); REVIEW AND INDEX PLEADINGS FOR PLEADINGS BINDERS (1.1). |
| WORSCHECK TM | 01/19/06 | 1.60 | DOWNLOAD PLEADINGS (0.4); REVIEW AND INDEX PLEADINGS FOR PLEADINGS BINDERS (1.2). |
| WORSCHECK TM | 01/20/06 | 1.80 | DOWNLOAD PLEADINGS (0.4); REVIEW AND INDEX PLEADINGS FOR PLEADINGS BINDERS (1.4). |
| WORSCHECK TM | 01/23/06 | 1.80 | DOWNLOAD PLEADINGS (0.4); REVIEW AND INDEX PLEADINGS FOR PLEADINGS BINDERS (1.4). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| WORSCHECK TM | 01/24/06 | 1.90 | DOWNLOAD PLEADINGS (0.3); REVIEW AND INDEX PLEADINGS FOR PLEADINGS BINDERS (1.6). |
| WORSCHECK TM | 01/25/06 | 1.10 | DOWNLOAD PLEADINGS (0.3); REVIEW AND INDEX PLEADINGS FOR PLEADINGS BINDERS (0.8). |
| WORSCHECK TM | 01/27/06 | 0.80 | DOWNLOAD PLEADINGS (0.2); REVIEW AND INDEX PLEADINGS FOR PLEADINGS BINDERS (0.6). |
| WORSCHECK TM | 01/30/06 | 1.80 | DOWNLOAD PLEADINGS (0.4); REVIEW AND INDEX PLEADINGS FOR PLEADINGS BINDERS (1.4). |
| WORSCHECK TM | 01/31/06 | 1.60 | DOWNLOAD PLEADINGS (0.3); REVIEW AND INDEX PLEADINGS FOR PLEADINGS BINDERS (1.3). |
| | | **41.80** | |
| **Total Legal Assistant Support** | | **69.70** | |
| **TOTAL TIME** | | **681.90** | |

\* Law clerks are law school graduates who are not presently admitted to practice.

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)  
Case Administration

Bill Date: 02/28/06  
Bill Number: 1108418

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 12/09/05 | Herriott AV | -115.19 |
| Air/Rail Travel - vendor feed | 12/09/05 | Meisler RE | -120.19 |
| Air/Rail Travel - vendor feed | 12/15/05 | Lyons JK | -370.99 |
| Air/Rail Travel - vendor feed | 01/02/06 | Meisler RE | 802.24 |
| Air/Rail Travel - vendor feed | 01/02/06 | Reese RG | -75.29 |
| Air/Rail Travel - vendor feed | 01/02/06 | Reese RG | 491.39 |
| Air/Rail Travel - vendor feed | 01/03/06 | Herriott AV | 901.74 |
| Air/Rail Travel - vendor feed | 01/05/06 | Herriott AV | 405.76 |
| Air/Rail Travel - vendor feed | 01/05/06 | Meisler RE | 405.76 |
| Air/Rail Travel - vendor feed | 01/05/06 | Meisler RE | 377.97 |
| Air/Rail Travel - vendor feed | 01/05/06 | Meisler RE | -377.97 |
| Air/Rail Travel - vendor feed | 01/05/06 | Herriott AV | -405.76 |
| Air/Rail Travel - vendor feed | 01/06/06 | Herriott AV | 422.97 |
| Air/Rail Travel - vendor feed | 01/06/06 | Meisler RE | 377.97 |
| Air/Rail Travel - vendor feed | 01/06/06 | Meisler RE | -377.97 |
| Air/Rail Travel - vendor feed | 01/06/06 | Reese RG | 120.29 |
| Air/Rail Travel - vendor feed | 01/06/06 | Reese RG | -120.29 |
| Air/Rail Travel - vendor feed | 01/06/06 | Herriott AV | -377.97 |
| Air/Rail Travel - vendor feed | 01/09/06 | Lyons JK | 805.79 |
| Air/Rail Travel - vendor feed | 01/12/06 | Lyons JK | 513.25 |
| Air/Rail Travel - vendor feed | 01/16/06 | Springer DE | 205.68 |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 01/19/06 | Micheli MJ | 284.08 |
| Air/Rail Travel - vendor feed | 01/19/06 | Micheli MJ | 120.29 |
| Air/Rail Travel - vendor feed | 01/19/06 | Micheli MJ | 284.07 |
| Air/Rail Travel - vendor feed | 01/19/06 | Micheli MJ | -120.29 |
| Air/Rail Travel - vendor feed | 01/23/06 | Lyons JK | 668.17 |
| Air/Rail Travel - vendor feed | 01/23/06 | Lyons JK | -668.17 |
| Air/Rail Travel - vendor feed | 01/23/06 | Lyons JK | 120.29 |
| Air/Rail Travel - vendor feed | 01/25/06 | Lyons JK | 252.08 |
| Air/Rail Travel - vendor feed | 01/30/06 | Lyons JK | 456.16 |
| Air/Rail Travel - vendor feed | 01/30/06 | Lyons JK | -456.16 |
| Air/Rail Travel - vendor feed | 01/30/06 | Lyons JK | 120.29 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$4,550.00** |
| In-house Reproduction | 01/03/06 | Copy Center, D | 582.31 |
| In-house Reproduction | 01/03/06 | Copy Center, D | 3,308.26 |
| In-house Reproduction | 01/06/06 | Copy Center, D | 2,704.45 |
| In-house Reproduction | 01/06/06 | Copy Center, D | 1,804.13 |
| In-house Reproduction | 01/10/06 | Copy Center, D | 202.30 |
| In-house Reproduction | 01/10/06 | Copy Center, D | 574.91 |
| In-house Reproduction | 01/13/06 | Copy Center, D | 792.41 |
| In-house Reproduction | 01/13/06 | Copy Center, D | 1,684.93 |
| In-house Reproduction | 01/20/06 | Copy Center, D | 187.80 |
| In-house Reproduction | 01/20/06 | Copy Center, D | 981.32 |
| In-house Reproduction | 01/22/06 | Copy Center, D | 38.60 |
| In-house Reproduction | 01/22/06 | Copy Center, D | 616.51 |
| In-house Reproduction | 01/24/06 | Copy Center, D | 85.50 |
| In-house Reproduction | 01/24/06 | Copy Center, D | 500.21 |
| In-house Reproduction | 01/27/06 | Copy Center, D | 343.51 |

B432

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 01/27/06 | Copy Center, D | 1,748.13 |
| In-house Reproduction | 01/31/06 | Copy Center, D | 105.62 |
| In-house Reproduction | 01/31/06 | Copy Center, D | 242.10 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$16,503.00** |
| Telephone Expense | 01/27/06 | Telecommunications, D | 14.29 |
| Telephone Expense | 01/27/06 | Telecommunications, D | 16.76 |
| Telephone Expense | 01/27/06 | Telecommunications, D | 0.78 |
| Telephone Expense | 01/27/06 | Telecommunications, D | 0.12 |
| Telephone Expense | 01/27/06 | Telecommunications, D | 0.01 |
| Telephone Expense | 01/27/06 | Telecommunications, D | 0.04 |
| | | **TOTAL TELEPHONE EXPENSE** | **$32.00** |
| Lexis/Nexis | 01/01/06 | Demma J | 6.99 |
| Lexis/Nexis | 01/02/06 | Demma J | 6.99 |
| Lexis/Nexis | 01/03/06 | Demma J | 48.95 |
| Lexis/Nexis | 01/03/06 | Hallan CF | 299.60 |
| Lexis/Nexis | 01/04/06 | Nowicki JA | 20.02 |
| Lexis/Nexis | 01/12/06 | Saindon SR | 17.48 |
| Lexis/Nexis | 01/13/06 | Saindon SR | 23.32 |
| Lexis/Nexis | 01/16/06 | Saindon SR | 11.65 |
| | | **TOTAL LEXIS/NEXIS** | **$435.00** |
| Westlaw | 01/03/06 | Nowicki JA | 220.63 |
| Westlaw | 01/03/06 | Hallan CF | 236.48 |
| Westlaw | 01/03/06 | Hallan CF | 997.61 |
| Westlaw | 01/04/06 | Nowicki JA | 690.65 |
| Westlaw | 01/04/06 | Reese RG | 12.90 |
| Westlaw | 01/04/06 | Hallan CF | 360.05 |
| Westlaw | 01/04/06 | Hallan CF | 124.70 |
| Westlaw | 01/09/06 | Toussi S | 306.57 |
| Westlaw | 01/09/06 | Ziegler VE | 64.04 |
| Westlaw | 01/17/06 | Demma J | 38.35 |
| Westlaw | 01/19/06 | Mirkovic M | 506.02 |
| | | **TOTAL WESTLAW** | **$3,558.00** |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Reproduction - color | 01/03/06 | Copy Center, D | 24.00 |
| Reproduction - color | 01/10/06 | Copy Center, D | 416.59 |
| Reproduction - color | 01/13/06 | Copy Center, D | 109.02 |
| Reproduction - color | 01/13/06 | Copy Center, D | 1,138.24 |
| Reproduction - color | 01/20/06 | Copy Center, D | 279.56 |
| Reproduction - color | 01/22/06 | Copy Center, D | 135.03 |
| Reproduction - color | 01/30/06 | Copy Center, D | 18.00 |
| Reproduction - color | 01/30/06 | Copy Center, D | 14.00 |
| Reproduction - color | 01/30/06 | Copy Center, D | 1.00 |
| Reproduction - color | 01/30/06 | Copy Center, D | 1.50 |
| Reproduction - color | 01/30/06 | Copy Center, D | 5.50 |
| Reproduction - color | 01/30/06 | Copy Center, D | 8.50 |
| Reproduction - color | 01/30/06 | Copy Center, D | 36.01 |
| Reproduction - color | 01/30/06 | Copy Center, D | 74.52 |
| Reproduction - color | 01/30/06 | Copy Center, D | 6.00 |
| Reproduction - color | 01/30/06 | Copy Center, D | 18.00 |
| Reproduction - color | 01/30/06 | Copy Center, D | 74.52 |
| Reproduction - color | 01/30/06 | Copy Center, D | 36.01 |
| Reproduction - color | 01/30/06 | Copy Center, D | 5.50 |
| Reproduction - color | 01/30/06 | Copy Center, D | 1.50 |
| Reproduction - color | 01/30/06 | Copy Center, D | 14.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$2,417.00** |
| Vendor Hosted Teleconferencing | 11/30/05 | Teleconferencing Services, LLC | 5.94 |
| Vendor Hosted Teleconferencing | 11/30/05 | Teleconferencing Services, LLC | 94.54 |
| Vendor Hosted Teleconferencing | 12/31/05 | Teleconferencing Services, LLC | 6.20 |
| Vendor Hosted Teleconferencing | 12/31/05 | Teleconferencing Services, LLC | 13.49 |
| Vendor Hosted Teleconferencing | 12/31/05 | Teleconferencing Services, LLC | 45.68 |
| Vendor Hosted Teleconferencing | 01/31/06 | Teleconferencing Services, LLC | 31.13 |
| Vendor Hosted Teleconferencing | 01/31/06 | Teleconferencing Services, LLC | 0.79 |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 01/31/06 | Teleconferencing Services, LLC | 53.21 |
| Vendor Hosted Teleconferencing | 01/31/06 | Teleconferencing Services, LLC | 63.31 |
| Vendor Hosted Teleconferencing | 01/31/06 | Teleconferencing Services, LLC | 15.96 |
| Vendor Hosted Teleconferencing | 01/31/06 | Teleconferencing Services, LLC | 14.66 |
| Vendor Hosted Teleconferencing | 01/31/06 | Teleconferencing Services, LLC | 29.01 |
| Vendor Hosted Teleconferencing | 01/31/06 | Teleconferencing Services, LLC | 14.36 |
| Vendor Hosted Teleconferencing | 01/31/06 | Teleconferencing Services, LLC | 0.72 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$389.00** |
| Air/Rail Travel (external) | 01/03/06 | Butler, Jr. J | 86.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$86.00** |
| Out-of-Town Travel | 12/18/05 | Herriott AV | 40.00 |
| Out-of-Town Travel | 01/03/06 | Butler, Jr. J | 12.66 |
| Out-of-Town Travel | 01/03/06 | Micheli MJ | 6.00 |
| Out-of-Town Travel | 01/03/06 | Micheli MJ | 41.00 |
| Out-of-Town Travel | 01/03/06 | Butler, Jr. J | 42.66 |
| Out-of-Town Travel | 01/03/06 | Butler, Jr. J | 297.76 |
| Out-of-Town Travel | 01/03/06 | Butler, Jr. J | 16.00 |
| Out-of-Town Travel | 01/03/06 | Herriott AV | 5.00 |
| Out-of-Town Travel | 01/03/06 | Herriott AV | 40.00 |
| Out-of-Town Travel | 01/05/06 | Meisler RE | 40.00 |
| Out-of-Town Travel | 01/05/06 | Meisler RE | 685.00 |
| Out-of-Town Travel | 01/05/06 | Lyons JK | 309.75 |
| Out-of-Town Travel | 01/05/06 | Micheli MJ | 604.31 |
| Out-of-Town Travel | 01/05/06 | Micheli MJ | 40.00 |
| Out-of-Town Travel | 01/05/06 | Herriott AV | 35.00 |
| Out-of-Town Travel | 01/05/06 | Herriott AV | 594.29 |
| Out-of-Town Travel | 01/12/06 | Lyons JK | 1,039.39 |
| Out-of-Town Travel | 01/12/06 | Lyons JK | 192.12 |

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Travel | 01/12/06 | Lyons JK | 52.00 |
| Out-of-Town Travel | 01/12/06 | Lyons JK | 104.00 |
| Out-of-Town Travel | 01/12/06 | Lyons JK | 352.69 |
| Out-of-Town Travel | 01/19/06 | Lyons JK | 156.00 |
| Out-of-Town Travel | 01/25/06 | Lyons JK | 528.84 |
| Out-of-Town Travel | 01/25/06 | Lyons JK | 74.00 |
| Out-of-Town Travel | 01/25/06 | Lyons JK | 286.53 |
| Out-of-Town Travel | 01/30/06 | Meisler RE | 85.00 |
| Out-of-Town Travel | 01/30/06 | Meisler RE | 85.00 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$5,765.00** |
| Messengers/ Courier | 01/03/06 | Dist Serv/Mail/Page, D | 11.75 |
| Messengers/ Courier | 01/04/06 | Dist Serv/Mail/Page, D | 11.75 |
| Messengers/ Courier | 01/04/06 | Dist Serv/Mail/Page, D | 11.75 |
| Messengers/ Courier | 01/04/06 | Dist Serv/Mail/Page, D | 11.75 |
| Messengers/ Courier | 01/06/06 | Dist Serv/Mail/Page, D | 18.64 |
| Messengers/ Courier | 01/06/06 | Quick Int'l - Ny | 247.56 |
| Messengers/ Courier | 01/06/06 | Quick Int'l - Ny | 206.44 |
| Messengers/ Courier | 01/06/06 | Quick Int'l - Ny | 206.44 |
| Messengers/ Courier | 01/06/06 | Quick Int'l - Ny | 59.50 |
| Messengers/ Courier | 01/06/06 | Quick Int'l - Ny | 59.50 |
| Messengers/ Courier | 01/06/06 | Quick Int'l - Ny | 59.50 |
| Messengers/ Courier | 01/06/06 | Quick Int'l - Ny | 59.50 |
| Messengers/ Courier | 01/06/06 | Quick Int'l - Ny | 59.50 |
| Messengers/ Courier | 01/06/06 | Quick Int'l - Ny | 59.50 |
| Messengers/ Courier | 01/06/06 | Quick Int'l - Ny | 59.50 |
| Messengers/ Courier | 01/06/06 | Quick Int'l - Ny | 301.32 |
| Messengers/ Courier | 01/06/06 | Quick Int'l - Ny | 59.50 |
| Messengers/ Courier | 01/06/06 | Quick Int'l - Ny | 59.50 |
| Messengers/ Courier | 01/06/06 | Quick Int'l - Ny | 59.50 |
| Messengers/ Courier | 01/06/06 | Quick Int'l - Ny | 59.50 |
| Messengers/ Courier | 01/06/06 | Quick Int'l - Ny | 59.50 |
| Messengers/ Courier | 01/06/06 | Quick Int'l - Ny | 59.50 |
| Messengers/ Courier | 01/06/06 | Quick Int'l - Ny | 59.50 |
| Messengers/ Courier | 01/06/06 | Quick Int'l - Ny | 59.50 |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 01/06/06 | Quick Int'l - Ny | 206.44 |
| Messengers/ Courier | 01/12/06 | Dist Serv/Mail/Page, D | 21.47 |
| Messengers/ Courier | 01/13/06 | Straightline Courier | 64.94 |
| Messengers/ Courier | 01/17/06 | Dist Serv/Mail/Page, D | 11.75 |
| Messengers/ Courier | 01/20/06 | Straightline Courier | 31.80 |
| Messengers/ Courier | 01/23/06 | Dist Serv/Mail/Page, D | 18.70 |
| Messengers/ Courier | 01/23/06 | Dist Serv/Mail/Page, D | 18.70 |
| Messengers/ Courier | 01/23/06 | Dist Serv/Mail/Page, D | 18.70 |
| Messengers/ Courier | 01/24/06 | Dist Serv/Mail/Page, D | 16.14 |
| Messengers/ Courier | 01/24/06 | Dist Serv/Mail/Page, D | 8.24 |
| Messengers/ Courier | 01/29/06 | Comet Messenger Service | 28.05 |
| Messengers/ Courier | 01/29/06 | Comet Messenger Service | 22.00 |
| Messengers/ Courier | 01/29/06 | Arrow Messenger Svc | 25.20 |
| Messengers/ Courier | 01/31/06 | Dist Serv/Mail/Page, D | 11.75 |
| Messengers/ Courier | 01/31/06 | Dist Serv/Mail/Page, D | 11.72 |
| Messengers/ Courier | 01/31/06 | Dist Serv/Mail/Page, D | 11.75 |
| Messengers/ Courier | 01/31/06 | Dist Serv/Mail/Page, D | 11.75 |
| | | **TOTAL MESSENGERS/ COURIER** | **$2,459.00** |
| Out-of-Town Meals | 01/03/06 | Meisler RE | 6.26 |
| Out-of-Town Meals | 01/03/06 | Meisler RE | 5.58 |
| Out-of-Town Meals | 01/03/06 | Meisler RE | 135.06 |
| Out-of-Town Meals | 01/03/06 | Butler, Jr. J | 9.66 |
| Out-of-Town Meals | 01/03/06 | Herriott AV | 7.04 |
| Out-of-Town Meals | 01/04/06 | Micheli MJ | 16.80 |
| Out-of-Town Meals | 01/04/06 | Micheli MJ | 6.20 |
| Out-of-Town Meals | 01/04/06 | Herriott AV | 34.22 |
| Out-of-Town Meals | 01/04/06 | Herriott AV | 36.07 |
| Out-of-Town Meals | 01/04/06 | Meisler RE | 32.48 |
| Out-of-Town Meals | 01/05/06 | Meisler RE | 32.48 |
| Out-of-Town Meals | 01/05/06 | Micheli MJ | 6.40 |
| Out-of-Town Meals | 01/05/06 | Herriott AV | 35.49 |
| Out-of-Town Meals | 01/05/06 | Lyons JK | 2.52 |
| Out-of-Town Meals | 01/09/06 | Lyons JK | 18.01 |
| Out-of-Town Meals | 01/09/06 | Lyons JK | 90.04 |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Meals | 01/09/06 | Lyons JK | 2.63 |
| Out-of-Town Meals | 01/10/06 | Lyons JK | 135.06 |
| Out-of-Town Meals | 01/10/06 | Lyons JK | 42.02 |
| Out-of-Town Meals | 01/12/06 | Lyons JK | 31.34 |
| Out-of-Town Meals | 01/23/06 | Lyons JK | 90.04 |
| Out-of-Town Meals | 01/24/06 | Lyons JK | 213.69 |
| Out-of-Town Meals | 01/25/06 | Lyons JK | 23.00 |
| Out-of-Town Meals | 01/25/06 | Lyons JK | 13.05 |
| Out-of-Town Meals | 01/30/06 | Meisler RE | 19.94 |
| Out-of-Town Meals | 01/30/06 | Meisler RE | 3.65 |
| Out-of-Town Meals | 01/30/06 | Meisler RE | 8.46 |
| Out-of-Town Meals | 01/30/06 | Lyons JK | 4.81 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$1,062.00** |
| Court Reporting | 01/09/06 | TypeWrite Word Processing Service | 1,100.15 |
| Court Reporting | 01/09/06 | Veritext New York Reporting Company L.L. | 245.65 |
| Court Reporting | 01/19/06 | Veritext New York Reporting Company L.L. | 1,446.20 |
| | | **TOTAL COURT REPORTING** | **$2,792.00** |
| Outside Research/Internet Services | 12/31/05 | Pacer Service Center | 4.80 |
| Outside Research/Internet Services | 01/06/06 | Pacer Service Center | 7.69 |
| Outside Research/Internet Services | 01/06/06 | Pacer Service Center | 12.80 |
| Outside Research/Internet Services | 01/06/06 | Pacer Service Center | 3,563.13 |
| Outside Research/Internet Services | 01/06/06 | Pacer Service Center | 4.08 |
| Outside Research/Internet Services | 01/06/06 | Pacer Service Center | 9.84 |
| Outside Research/Internet Services | 01/06/06 | Pacer Service Center | 2,501.74 |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Outside Research/Internet Services | 01/25/06 | Lyons JK | 6.95 |
| Outside Research/Internet Services | 01/27/06 | Global Securities | 309.76 |
| Outside Research/Internet Services | 01/31/06 | Global Securities | 159.21 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$6,580.00** |
| Contracted Catering-NY | 01/04/06 | Butler, Jr. J | 874.36 |
| Contracted Catering-NY | 01/05/06 | Butler, Jr. J | 939.64 |
| Contracted Catering-NY | 01/05/06 | Butler, Jr. J | 243.36 |
| Contracted Catering-NY | 01/06/06 | Butler, Jr. J | 178.82 |
| Contracted Catering-NY | 01/06/06 | Butler, Jr. J | 805.81 |
| Contracted Catering-NY | 01/12/06 | Butler, Jr. J | 503.28 |
| Contracted Catering-NY | 01/13/06 | Butler, Jr. J | 248.71 |
| Contracted Catering-NY | 01/31/06 | Butler, Jr. J | 494.02 |
| | | **TOTAL CONTRACTED CATERING-NY** | **$4,288.00** |
| Wireless - Mobile/Cellular/Pager | 12/09/05 | Meisler RE | 196.94 |
| Wireless - Mobile/Cellular/Pager | 12/21/05 | Marafioti KA | 7.20 |
| Wireless - Mobile/Cellular/Pager | 01/09/06 | Meisler RE | 9.59 |
| Wireless - Mobile/Cellular/Pager | 01/09/06 | Meisler RE | 88.27 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$302.00** |
| | | **TOTAL MATTER** | **$51,218.00** |

B43E