**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GROSS C | 01/13/06 | 0.30 | WORK ON J. WHITSON CAP INQUIRY (0.3). |
| | | **40.40** | |
| MARAFIOTI KA | 01/03/06 | 1.90 | WORK IN PREPARATION FOR HEARING ON NOL MOTION (1.9). |
| MARAFIOTI KA | 01/04/06 | 6.40 | CORRESPONDENCE RE NOL ISSUES (0.5); WORK ON HEARING PREPARATION (1.8); REVIEWED WILMINGTON TRUST OBJECTION TO NOL ORDER (0.4); WORK ON REVISIONS TO FINAL NOL ORDER (1.2); CONSIDER WILMINGTON TRUST OBJECTION RESOLUTION (0.3); CONFERRED WITH J. WHITSON RE NOL ISSUES (0.3); CONFIRMED PREPARATION FOR HEARING (1.9). |
| MARAFIOTI KA | 01/09/06 | 1.10 | TELECONFERENCES WITH KURTZMAN, CARSON RE SERVICE OF NOL FINAL ORDER AND NOTICE OF ENTRY (0.3); CORRESPONDENCE RE SAME (0.4); REVIEW ORDER (0.4). |
| MARAFIOTI KA | 01/10/06 | 0.40 | CONTINUED WORK ON ISSUES RE SERVICE OF NOL (0.4). |
| MARAFIOTI KA | 01/27/06 | 0.50 | ANALYZE TAX OWNERSHIP CHANGE ISSUE (0.5). |
| | | **10.30** | |
| SPRINGER DE | 01/01/06 | 0.70 | REVIEW WTC OBJECTION TO CLAIMS' TRADING ORDER AND RELATED CORRESPONDENCE RE ORDER (0.7). |
| SPRINGER DE | 01/02/06 | 0.70 | REVIEW SCRIPTS AND PROFFERS RE CLAIMS TRADING ORDER (0.7). |
| SPRINGER DE | 01/03/06 | 5.20 | REVIEW AND REVISE TUCKER PROFFER AND EXAM ONLINE (0.5); REVIEW AND REVISE SHEEHAN PROFFER AND EXAM OUTLINE (0.5); REVIEW AND REVISE SCRIPT RE CLAIMS TRADING MOTION (0.7); TELECONFERENCES WITH WORKING GROUP RE CLAIMS TRADING ORDER AND RELATED HEARING (1.0); PREPARATION FOR HEARING ON CLAIMS TRADING MOTION, INCLUDING DRAFT SCRIPT RE PRESENTATION OF MOTION (1.3); TELECONFERENCE WITH E. FOX RE WTC OBJECTION TO CLAIMS TRADING MOTION (0.5); ANALYZE WTC OBJECTION AND PREPARE RESPONSE (0.7). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| SPRINGER DE | 01/04/06 | 8.60 | REVIEW AND REVISE SCRIPTS AND PROFFERS RE CLAIMS TRADING ORDER AND RELATED PROFFERS (1.1); REVIEW WTC PROPOSED PROTECTIVE ORDER AND PREPARATION FOR AND ATTENDANCE AT MEET AND CONFER (1.0); CONFERENCE WITH SENIOR WORKING GROUP RE RESOLUTIONS OF OBJECTION TO CLAIMS TRADING ORDER (1.5); TELECONFERENCES WITH E. FOX RE RESOLUTION OF OBJECTIONS TO CLAIMS TRADING ORDER (0.5); DRAFT REVISIONS TO CLAIMS TRADING ORDER (0.5); DRAFT REVISIONS TO SCRIPT RE PRESENTATION OF CLAIMS TRADING ORDER (1.5); CONFERENCES WITH SENIOR WORKING GROUP RE PREPARATION FOR OMNIBUS HEARING OF JANUARY 5 (1.5); REVIEW AND REVISE FINAL CLAIMS TRADING ORDER (1.0). |
| SPRINGER DE | 01/05/06 | 7.00 | PREPARATION FOR HEARING RE CLAIMS TRADING MOTION (0.5); ATTENDANCE AT HEARING BEFORE BANKRUPTCY COURT (5.5); CONFERENCE WITH MESSRS. SHERBIN, BUTLER, ET AL., RE RESULTS OF HEARING (1.0). |
| SPRINGER DE | 01/06/06 | 1.10 | REVIEW TRANSCRIPT OF JANUARY OMNIBUS HEARING (0.6); REVIEW AND REVISE WTC PROTECTIVE ORDER (0.5). |
| | | 23.30 | |
| **Total Partner** | | **76.40** | |
| MATZ TJ | 01/01/06 | 0.80 | FOLLOW UP WORK AND CORRESPONDENCE RE WILMINGTON TRUST OBJECTION TO CLAIMS TRADING ORDER (0.8). |
| MATZ TJ | 01/02/06 | 1.10 | ADDITIONAL WORK ON WILMINGTON TRUST OBJECTION TO CLAIMS TRADING ORDER (0.4); PRESENTATION TO COURT AT JAN 5 HEARING (0.3); WORK ON NOTICING OF FINAL CLAIMS TRADING ORDER (0.4). |
| MATZ TJ | 01/03/06 | 2.40 | WORKING ON CLAIMS TRADING PRESENTATION FOR JAN. 5 HEARING AND RESPONSES AND OBJECTIONS (0.9); TELECONFERENCE WITH GROUP RE SAME (0.4); FOLLOW UP TELECONFERENCE RE RESOLUTION OF CLAIMS TRADING ORDER OBJECTIONS (0.6); ADDITIONAL PREPARATION FOR JAN.5 HEARING RE FINAL CLAIMS TRADING ORDER (0.2); CORRESPONDENCE RE SAME (0.3). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MATZ TJ | 01/04/06 | 6.10 | WORKING ON POSSIBLE RESOLUTIONS OF WILMINGTON TRUST OBJECTIONS TO CLAIMS TRADING ORDER (1.8); CONTINUING WORK ON FINALIZING CLAIMS TRADING ORDER, RESOLUTION OF WILMINGTON TRUST OBJECTION AND CONFIRMING AGREEMENT IN PRINCIPLE (2.3); FINALIZING SUMMARY OF ORDER FOR NOTICE PURPOSES (0.8); FINALIZING SCRIPT/PROFFER IN CLAIMS TRADING ORDER (1.2). |
| MATZ TJ | 01/05/06 | 0.60 | REVIEW AND COMMENT ON NOTICE OF CLAIMS TRADING ORDER, 8-K AND PUBLICATION IN RESPECT THEREOF (0.6). |
| MATZ TJ | 01/06/06 | 0.50 | FOLLOW UP WORK RE CLAIMS TRADING ORDER AND SERVICE MATTERS (0.5). |
| MATZ TJ | 01/09/06 | 1.20 | FOLLOW UP WORK RE NOTICING AND PUBLISHING OF FINAL CLAIMS TRADING ORDER, PUBLICATION NOTICE, REISSUANCE OF SIDE LETTER (1.2). |
| MATZ TJ | 01/10/06 | 0.90 | WORKING ON SERVICE PUBLICATION NOTICES AND SIDE LETTERS (0.9). |
| MATZ TJ | 01/20/06 | 0.60 | FOLLOW UP WORK UP RE NOLS, NOTICES FROM EQUITY AND DEBT HOLDERS, AND PUBLICATION NOTICE (0.6). |
| MATZ TJ | 01/27/06 | 1.50 | TELECONFERENCE RE NOL MATTERS (0.6) FOLLOW UP WORK RE SAME (0.9). |
| MATZ TJ | 01/30/06 | 0.20 | FOLLOW UP WORK RE JPMORGAN CHASE CONSENT TO CLAIMS TRADING ORDER (0.2). |
| | | **15.90** | |
| SENSENBRENNER EB | 01/03/06 | 10.20 | WORK ON RESOLUTION OF OBJECTION, COMMENTS RE FINAL TRADING ORDER (3.7); PREPARE FOR HEARING RE FINAL ORDER (6.5). |
| SENSENBRENNER EB | 01/04/06 | 11.70 | PREPARE FOR HEARING RE CLAIMS TRADING ORDER (4.6); REVIEW MATERIALS RE HEARING (2.3); MEET WITH J. WHITSON RE TAX ATTRIBUTES, CLAIMS TRADING ORDER; PREPARATION FOR HEARING (2.7); WORK ON RESOLUTION OF OBJECTIONS, COMMENTS OF CREDITORS COMMITTEE, APPALOOSA, CAP RE (2.1). |
| SENSENBRENNER EB | 01/05/06 | 7.20 | REVIEW FINAL TRADING ORDER MATERIALS IN PREPARATION FOR HEARING (2.7); ATTEND HEARING (4.5). |
| SENSENBRENNER EB | 01/06/06 | 4.30 | WORK ON RESOLUTION OF ISSUES WITH APPALOOSA, CAP RE RE TRADING ORDER (1.4); TAX ANALYSIS RE APPLICATION OF FINAL TRADING ORDER TO DEBT AND EQUITY TRANSACTIONS (2.5); REVIEW TRANSCRIPT FROM HEARING (0.4). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| SENSENBRENNER EB | 01/09/06 | 5.80 | WORK TO RESOLVE OBJECTIONS TO NOL TRADING ORDER (APPALOOSA) (0.4); REVIEW 8-K, FINAL TRADING ORDER (1.6); TAX ANALYSIS RE 382 (2.4); WORK WITH J. WHITSON RE BANKRUPTCY (1.4). |
| SENSENBRENNER EB | 01/10/06 | 6.70 | SPOKE WITH J. BURKE RE ERRONEOUS NEWS WIRE PIECE RE FINAL TRADING ORDER (0.3); RESPOND TO INQUIRY OF D. KUNEY OF SIDLEY AUSTIN RE APPLICATION OF FINAL ORDER (0.4); TAX ANALYSIS RE APPLICATION OF FINAL TRADING ORDER SECTION 382 (4.1); CORRESPOND WITH WHITE & CASE RE APPALOOSA OBJECTION (0.8); REVIEW 8-K, PROVISION OF INTERIM ORDER, FINAL TRADING ORDER (1.1). |
| SENSENBRENNER EB | 01/11/06 | 6.10 | CORRESPOND WITH D. KUNEY OF SIDLEY, AUSTIN RE FINAL TRADING ORDER (1.2); TAX ANALYSIS RE HOWARD COUNTY, INDIANA TAX ISSUE (4.2); CORRESPOND WITH WHITE & CASE RE APPALOOSA OBJECTION (0.7). |
| SENSENBRENNER EB | 01/12/06 | 6.30 | WORK ON WAIVER FOR VARIOUS CLIENTS (UNDERWRITERS) OF SIDLEY, AUSTIN (4.5); TAX ANALYSIS RE CAP ISSUE (1.8). |
| SENSENBRENNER EB | 01/17/06 | 0.50 | REVIEW NOTICES OF CONSENT RECEIVED UNDER FINAL NOL ORDER (0.5). |
| SENSENBRENNER EB | 01/18/06 | 1.50 | TAX WORK RE APPLICATION OF FINAL TRADING ORDER (1.5). |
| SENSENBRENNER EB | 01/19/06 | 1.30 | TAX ANALYSIS RE APPLICATION OF SECTION 382 TO TRADING IN DEBT AND EQUITY SECURITIES (1.3). |
| SENSENBRENNER EB | 01/20/06 | 1.00 | TAX ANALYSIS RE G.M. VOUCHER ISSUE (1.0). |
| SENSENBRENNER EB | 01/31/06 | 1.80 | TELECONFERENCE WITH J. WHITSON AND OTHERS RE CAP PROGRAM (0.3); TAX ANALYSIS RE TAX ISSUES RE 382 AND CAP PROGRAM (0.5); REVIEW MATERIALS RE OWNERSHIP CHANGE, SECTION 382 (1.0). |
| | | **64.40** | |
| **Total Counsel** | | **80.30** | |
| FEINBERG AS | 01/03/06 | 1.50 | REVIEW OF BANKRUPTCY FILINGS (0.1); RESEARCH RE ATTRIBUTE REDUCTION DUE TO DISCHARGE OF INDEBTEDNESS INCOME (1.4). |
| FEINBERG AS | 01/04/06 | 1.60 | RESEARCH RE ATTRIBUTE REDUCTION DUE TO DISCHARGE OF INDEBTEDNESS INCOME (1.6). |

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| FEINBERG AS | 01/05/06 | 0.10 | REVIEW OF BANKRUPTCY FILINGS RELATING TO CLAIMS TRADING ORDERS (0.1). |
| FEINBERG AS | 01/06/06 | 0.10 | ANALYSIS RE BANKRUPTCY FILINGS (0.1). |
| FEINBERG AS | 01/09/06 | 0.50 | ANALYSIS RE FINAL ORDER (0.3); WORK RE RESTRUCTURING DOCUMENTATION (0.2). |
| FEINBERG AS | 01/10/06 | 0.40 | REVIEW AND ANALYSIS OF NOTICE FILINGS AND CLAIMS TRADING DOCUMENTATION (0.4). |
| FEINBERG AS | 01/11/06 | 3.40 | ANALYSIS RE LIABILITY FOR TAXES IN BANKRUPTCY (3.4). |
| FEINBERG AS | 01/12/06 | 4.00 | ANALYSIS RE TAX LIABILITY DURING BANKRUPTCY (4.0). |
| FEINBERG AS | 01/16/06 | 2.50 | ANALYSIS RE LIABILITY FOR PRE-PETITION TAXES (2.5). |
| FEINBERG AS | 01/18/06 | 0.20 | ANALYSIS RE LIABILITY FOR PRE-PETITION TAXES (0.2). |
| FEINBERG AS | 01/19/06 | 1.00 | ANALYSIS RE TAX LIABILITY DURING BANKRUPTCY (1.0). |
| FEINBERG AS | 01/20/06 | 0.40 | ANALYSIS RE PREPETITION TAX LIABILITY (0.4). |
| FEINBERG AS | 01/31/06 | 0.40 | ANALYSIS RE CLAIMS TRADING FILINGS (0.4). |
| | | **16.10** | |
| PHILLIPS DP | 01/03/06 | 13.20 | TAX WORK RE TRADING ORDER (3.9); PREPARATION FOR HEARING RE TRADING ORDER (9.1); TELECONFERENCES WITH OBJECTORS (0.2). |
| PHILLIPS DP | 01/04/06 | 12.90 | TRAVEL TO NEW YORK FOR HEARING (3.0); PREPARE FOR HEARING RE TRADING ORDER (6.1); REVISE TRADING ORDER AND EXHIBITS (2.7); MEET WITH J. WHITSON RE TRADING ORDER (0.4); COORDINATE NOTICING OF TRADING ORDER (0.7). |
| PHILLIPS DP | 01/05/06 | 8.80 | PREPARE FOR COURT PROCEEDINGS RE TRADING ORDER (2.1); ATTEND HEARING (6.7). |
| PHILLIPS DP | 01/06/06 | 7.20 | WORK ON NOTICE OF ENTRY OF TRADING ORDER (3.2); TELECONFERENCE WITH J. WHITSON AND S. GALE RE TRADING ORDER AND FUTURE TAX PLANNING (1.6); ANALYSIS OF TRADING TO COMPLY WITH 382(L)(5) (2.4). |
| PHILLIPS DP | 01/09/06 | 8.90 | COORDINATE PROPER NOTICE OF FINAL TRADING ORDER (7.1); WORK ON STATE TAX CLAIMS (1.8). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| PHILLIPS DP | 01/10/06 | 5.30 | COORDINATE PROPER SERVICE OF AND NOTIFICATION RE FINAL TRADING ORDER (2.7); WORK ON SECTION 382 ISSUES (1.0); WORK ON CORRESPONDENCE WITH OBJECTORS (1.1); ORGANIZE TRADING ORDER FILES (0.5). |
| PHILLIPS DP | 01/11/06 | 3.30 | WORK ON LOCAL TAX ISSUE AND OVERLAP WITH BANKRUPTCY LAW (1.4); WORK ON REQUESTS FOR CLARIFICATION OF TRADING ORDER FROM CREDITORS (1.1); RESEARCH SECTION 382 ISSUES (0.8). |
| PHILLIPS DP | 01/12/06 | 1.90 | WORK ON SECTION 382 ISSUES AND OWNERSHIP CHANGE (1.5); RESPOND TO INTERESTED PARTIES RE TRADING ORDER (0.4). |
| PHILLIPS DP | 01/13/06 | 0.60 | WORK ON RESPONSE TO OBJECTORS AND NOTICE FILERS (0.6). |
| PHILLIPS DP | 01/17/06 | 1.40 | PREPARE SUMMARY OF TRADING ORDER FOR EASIER EXPLANATION (1.4). |
| PHILLIPS DP | 01/18/06 | 0.60 | PREPARE SUMMARY OF TRADING ORDER FOR PRESENTATION (0.6). |
| PHILLIPS DP | 01/19/06 | 3.90 | WORK ON TAX GROSS-UP ISSUE (3.9). |
| PHILLIPS DP | 01/20/06 | 5.90 | WORK ON TAX ISSUES RELATED TO DELPHI RETIREES (4.9); TELECONFERENCES WITH S. GALE AND K. COBB RE SAME (1.0). |
| PHILLIPS DP | 01/21/06 | 1.00 | FOLLOW UP WITH PARTIES REQUESTING TO BE ADDED TO SCHEDULE A OF THE INTERIM ORDER (0.6); WORK ON WITHHOLDING ISSUES FOR DELPHI RETIREES (0.4). |
| PHILLIPS DP | 01/23/06 | 1.00 | COORDINATE WITH INTERESTED PARTIES RE INTERIM ORDER SCHEDULE A ADDITIONS (0.4); TAX WORK ON RETIREE WITHHOLDING ISSUE (0.6). |
| PHILLIPS DP | 01/25/06 | 1.40 | TELECONFERENCE WITH J. WHITSON AND S. GALE RE SECTION 382 ISSUES AND RESEARCH RE SAME (1.4). |
| PHILLIPS DP | 01/27/06 | 0.60 | TRACKING INTERESTED PARTY DOCUMENTATION WITH RESPECT TO TRADING ORDER (0.6). |
| PHILLIPS DP | 01/30/06 | 0.50 | COORDINATING RESPONSES TO FILERS OF NOTICES UNDER THE TRADING ORDER (0.5). |
| PHILLIPS DP | 01/31/06 | 0.30 | WORK WITH FILERS OF NOTICES UNDER THE TRADING ORDER (0.3). |
| | | **78.70** | |
| **Total Associate** | | **94.80** | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| SALAZAR AG | 01/09/06 | 2.90 | COORDINATE ADEQUATE SERVICE OF THE CLAIMS TRADING ORDER (2.2); REVIEW AND REVISE NEWSPAPER PRODUCTION PROOF FOR CLAIMS TRADING ORDER (0.7). |
| SALAZAR AG | 01/11/06 | 0.50 | REVIEW AFFIDAVIT OF SERVICE FOR CLAIMS TRADING TO CONFIRM (0.5). |
| | | 3.40 | |
| **Total Legal Assistant** | | 3.40 | |
| **TOTAL TIME** | | **254.90** | |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**  
**Tax Matters**

Bill Date: 02/28/06  
Bill Number: 1108418

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 01/04/06 | Gross C | 302.07 |
| Air/Rail Travel - vendor feed | 01/04/06 | Sensenbrenner EB | 302.07 |
| Air/Rail Travel - vendor feed | 01/04/06 | Sensenbrenner EB | -257.07 |
| Air/Rail Travel - vendor feed | 01/04/06 | Phillips DP | 302.07 |
| Air/Rail Travel - vendor feed | 01/04/06 | Gross C | 261.96 |
| Air/Rail Travel - vendor feed | 01/04/06 | Sensenbrenner EB | 261.96 |
| Air/Rail Travel - vendor feed | 01/04/06 | Phillips DP | 261.96 |
| Air/Rail Travel - vendor feed | 01/04/06 | Gross C | -117.88 |
| Air/Rail Travel - vendor feed | 01/04/06 | Sensenbrenner EB | -117.90 |
| Air/Rail Travel - vendor feed | 01/04/06 | Phillips DP | -117.88 |
| Air/Rail Travel - vendor feed | 01/04/06 | Gross C | -257.07 |
| Air/Rail Travel - vendor feed | 01/04/06 | Phillips DP | -257.07 |
| Air/Rail Travel - vendor feed | 01/05/06 | Sensenbrenner EB | 127.78 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$695.00** |
| In-house Reproduction | 01/03/06 | Copy Center, D | 107.36 |
| In-house Reproduction | 01/06/06 | Copy Center, D | 67.73 |
| In-house Reproduction | 01/06/06 | Copy Center, D | 32.71 |
| In-house Reproduction | 01/10/06 | Copy Center, D | 4.70 |
| In-house Reproduction | 01/13/06 | Copy Center, D | 78.33 |
| In-house Reproduction | 01/20/06 | Copy Center, D | 14.11 |
| In-house Reproduction | 01/24/06 | Copy Center, D | 126.55 |
| In-house Reproduction | 01/24/06 | Copy Center, D | 2.20 |
| In-house Reproduction | 01/27/06 | Copy Center, D | 6.70 |
| In-house Reproduction | 01/27/06 | Copy Center, D | 27.61 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$468.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 01/27/06 | Telecommunications, D | 9.35 |
| Telephone Expense | 01/27/06 | Telecommunications, D | 11.17 |
| Telephone Expense | 01/27/06 | Telecommunications, D | 0.48 |
| | | **TOTAL TELEPHONE EXPENSE** | **$21.00** |
| Westlaw | 01/03/06 | Feinberg AS | 70.40 |
| Westlaw | 01/11/06 | Feinberg AS | 189.52 |
| Westlaw | 01/19/06 | Feinberg AS | 97.08 |
| | | **TOTAL WESTLAW** | **$357.00** |
| Vendor Hosted Teleconferencing | 01/31/06 | Teleconferencing Services, LLC | 2.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$2.00** |
| Air/Rail Travel (external) | 01/05/06 | Phillips DP | 104.00 |
| Air/Rail Travel (external) | 01/05/06 | Gross C | 104.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$208.00** |
| Out-of-Town Travel | 01/04/06 | Sensenbrenner EB | 297.00 |
| Out-of-Town Travel | 01/05/06 | Gross C | 9.00 |
| Out-of-Town Travel | 01/05/06 | Gross C | 297.00 |
| Out-of-Town Travel | 01/05/06 | Phillips DP | 297.00 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$900.00** |
| Out-of-Town Meals | 01/05/06 | Sensenbrenner EB | 10.81 |
| Out-of-Town Meals | 01/05/06 | Gross C | 9.19 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$20.00** |
| Outside Research/Internet Services | 12/31/05 | Global Securities | 112.10 |
| Outside Research/Internet Services | 01/01/06 | Dow Jones Reuters Business Interactive, | 17.50 |
| Outside Research/Internet Services | 01/06/06 | Pacer Service Center | 280.23 |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Outside Research/Internet Services | 01/31/06 | Global Securities | 3.17 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$413.00** |
| Wireless - Mobile/Cellular/Pager | 01/10/06 | Sensenbrenner EB | 14.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$14.00** |
| | | **TOTAL MATTER** | **$3,098.00** |

B43E