## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BUTLER, JR. J | 01/18/06 | 0.60 | FINALIZE PAP SAFE HARBOR PROVISIONS FOR R. ROSENBERG REVIEW (0.6). |
| BUTLER, JR. J | 01/19/06 | 1.30 | CONTINUE TO REVIEW PAP SAFE HARBOR PROVISIONS WITH R. ROSENBERG (0.4); EMAILS TO STAKEHOLDERS RE ADJOURNMENT OF KECP HEARING TO FEBRUARY 10TH (0.3); REVIEW AND COMMENT ON PERFORMANCE MEASURES TERMSHEET FROM N. BUBNOVICH (0.6). |
| BUTLER, JR. J | 01/22/06 | 1.10 | CONTINUE TO PREPARE FOR FEBRUARY 10TH KECP HEARING INCLUDING REVIEW OF APPALOOSA MOTION TO COMPEL (0.7); REVIEW AND COMMENT ON AIP PROPOSAL TO UCC (0.4). |
| BUTLER, JR. J | 01/23/06 | 0.60 | CONTINUE TO PREPARE FOR FEBRUARY 10TH KECP HEARING INCLUDING REVIEW OF AIP PROPOSAL TO UCC WITH SENIOR MANAGEMENT AT COMPANY IN TROY (0.6). |
| BUTLER, JR. J | 01/28/06 | 0.20 | EMAILS TO/FROM R. ROSENBERG RE FEBRUARY 10TH KECP HEARING (0.2). |
| BUTLER, JR. J | 01/31/06 | 0.90 | CONTINUE TO PREPARE FOR FEBRUARY 10TH KECP HEARING INCLUDING REVIEW OF REVISED AIP LISTS AND DUE DILIGENCE MATERIALS (0.9). |
| | | **22.30** | |
| MARAFIOTI KA | 01/11/06 | 0.40 | ANALYZE ISSUES RE SERVICE OF MOTION TO QUASH IN CONNECTION KECP (0.4). |
| MARAFIOTI KA | 01/12/06 | 1.20 | DEVELOP STRATEGY FOR KECP HEARING (0.6); REVIEWED KECP REPLY PAPERS (0.4); REVIEW KECP CORRESPONDENCE (0.2). |
| MARAFIOTI KA | 01/20/06 | 0.60 | CONSIDER ISSUE RE INTERPRETATION OF EMPLOYEE ORDER AND MOTION (0.4) AND CORRESPONDENCE RE SAME (0.2). |
| MARAFIOTI KA | 01/27/06 | 0.40 | TELECONFERENCE WITH S. CORCORAN RE KECP (0.1); ANALYZE KECP DISCOVERY ISSUES (0.3). |
| MARAFIOTI KA | 01/31/06 | 0.10 | REVIEWED CORRESPONDENCE RE KECP (0.1). |
| | | **2.70** | |
| SPRINGER DE | 01/03/06 | 1.10 | DRAFT MESSAGE TO KECP OBJECTORS RE SHAPE OF HEARING AND MOTION (0.3); TELECONFERENCES WITH WORKING GROUP RE KECP DISCOVERY AND SUPPORTING DECLARATIONS (0.8). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| SPRINGER DE | 01/04/06 | 2.20 | REVIEW PBGC PROPOSED LETTER RESTRICTION ON PROTECTIVE ORDER RE KECP MOTION (0.5); PREPARATION FOR AND PARTICIPATE IN PBGC MEET AND CONFER (0.5); ANALYZE POTENTIAL ARGUMENTS RE SCALP KECP DISCOVERY ISSUES (1.2). |
| SPRINGER DE | 01/06/06 | 4.30 | CONFERENCES WITH N. MACDONALD AND N. CAMPANARIO RE KECP DISCOVERY (0.6); REVISE MESSAGE TO OBJECTORS RE DISCOVERY (0.4); DRAFT REVISED DISCOVERY PROGRAM (0.8); ANALYZE POTENTIAL POSITIONS RE SCALP DISCOVERY ISSUES (0.2); OUTLINE DRAFT LETTER TO SCALP RE DISCOVERY REQUESTS (1.2); REVIEW AND REVISE KECP SUPPORTING DECLARATIONS (1.1). |
| SPRINGER DE | 01/07/06 | 3.20 | REVIEW AND REVISE WTC PROTECTIVE ORDER (0.6); CONFERENCE WITH J. BUTLER RE KECP DISCOVERY (0.6); REVIEW AND REVISE SUPPORTING KECP DECLARATION (1.3); DRAFT CORRESPONDENCE TO SCALP RE DISCOVERY ISSUES (0.7). |
| SPRINGER DE | 01/09/06 | 5.30 | REVIEW AND REVISE PBGC PROTECTIVE ORDER (0.3); REVIEW AND REVISE WTC PROTECTIVE ORDER, AND DRAFT MESSAGE TO MR. FOX RE SAME (0.7); REVIEW DOCUMENTATION RE SCALP DISCOVERY REQUEST (0.3); REVIEW INFORMATION RE PEARL MEYER INFORMATION REQUEST RE KECP (0.5); TELECONFERENCE WITH N. CAMPANARIO RE RESPONSE TO MEYER'S INFORMATION REQUESTS (0.5); TELECONFERENCES WITH N. BUBNOVICH RE CONFERENCE WITH PEARL MEYER AND HER REQUESTS FOR INFORMATION (1.0); DRAFT CORRESPONDENCE TO LEAD PLAINTIFFS RE REQUESTS AND MEET AND CONFER (1.4); REVIEW CORRESPONDENCE FROM SCALP RE MEET AND CONFER (0.6). |
| SPRINGER DE | 01/10/06 | 3.40 | DRAFT CORRESPONDENCE TO SCALP RE KECP DISCOVERY MEET AND CONFER (1.1); REVIEW AND REVISE PROPOSALS OF WTC RE PROTECTIVE ORDER (0.6); CONFERENCES WITH J. BUTLER RE REVISIONS TO SCALP DISCOVERY LETTER (1.1); FINALIZE AND SERVE SCALP DISCOVERY LETTER (0.6). |
| SPRINGER DE | 01/11/06 | 2.70 | DRAFT CORRESPONDENCE TO KECP OBJECTORS RE DISCOVERY PLAN AND HEARING (1.6); TELECONFERENCES WITH N. CAMPANARIO AND N. MACDONALD RE KECP DISCOVERY (0.5);  FINALIZE WTC PROTECTIVE ORDER (0.6). |
| SPRINGER DE | 01/12/06 | 1.50 | PREPARATION FOR AND CONDUCT MEET AND CONFER WITH KECP OBJECTORS (1.5). |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| SPRINGER DE | 01/14/06 | 2.70 | TELECONFERENCE WITH J. PAPELIAN RE K. BUTLER DECLARATION (0.7); CONFERENCE WITH N. CAMPANARIO AND N. MACDONALD RE REVISIONS TO KECP SUPPORTING DECLARATIONS AND BRIEF (0.8); REVIEW AND REVISE KECP AIP PARTICIPANTS LIST (0.6); RESEARCH AND DRAFT LANGUAGE FOR CLAWBACK AND ESCROW PROVISIONS (0.6). |
| SPRINGER DE | 01/15/06 | 0.90 | REVIEW AND REVISE KECP AIP PARTICIPANTS LIST (0.3); REVIEW ARTICLE BY G. MORGENSON RE DELPHI AND UAL KECP PLANS (0.6). |
| SPRINGER DE | 01/16/06 | 7.70 | REVIEW COMMENTS FROM J. PAPELIAN RE K. BUTLER DECLARATION (0.4); TELECONFERENCE WITH N. CAMPANARIO RE REVISED K. BUTLER DECLARATION (0.6); REVISE BUBNOVICH DECLARATION (1.1); REVIEW AND REVISE K. BUTLER DECLARATION (0.5); REVIEW AND REVISE M. WEBER DECLARATION (0.9); REVIEW AND REVISE J. OPIE DECLARATION (0.9); CONFERENCE WITH WORKING GROUP RE KECP MOTION (0.8); REVIEW AND REVISE OMNIBUS REPLY TO OBJECTIONS TO KECP MOTION (1.1); PREPARATION FOR KECP MEETING (0.7); DRAFT PROPOSED HOLDBACK AND ESCROW LANGUAGE (0.7). |
| SPRINGER DE | 01/17/06 | 3.40 | PREPARATION FOR KECP MEETING (0.6); REVIEW CORRESPONDENCE RE KECP DISCOVERY (0.5); CONFERENCE WITH KECP GROUP, K. BUTLER, M. WEBER, N. BUBNOVICH, B. SAX, AND J. BUTLER (1.6); REVISE KECP HOLDBACK AND ESCROW LANGUAGE (0.7). |
| SPRINGER DE | 01/19/06 | 2.80 | CONFERENCE WITH LITIGATION STAFF RE KECP MOTION DEVELOPMENTS (1.1); REVIEW REVISED TERM SHEET AND ASSOCIATED CORRESPONDENCE RE REVISED KECP (0.9); DRAFT APPALOOSA PROTECTIVE ORDER (0.5); DRAFT CORRESPONDENCE TO KECP OBJECTORS RE CHANGE OF HEARING (0.3). |
| SPRINGER DE | 01/20/06 | 1.00 | SENIOR STRATEGY TELECONFERENCE (1.0); REVISE PROTECTIVE ORDER RE DISCOVERY ON APPALOOSA MOTION FOR APPOINTMENT OF AN EQUITY COMMITTEE (0.8); REVIEW CASE AUTHORITY OF MOTION FOR APPOINTMENT OF EQUITY COMMITTEE (1.7); DRAFT DISCOVERY TO APPALOOSA (2.5); TELECONFERENCE WITH M. WEBER RE OPIE DECLARATION (0.5); DRAFT REVISIONS TO OPIE DECLARATION (0.5); CONFERENCE WITH D. SHIVAKUMAR RE LOSS CONTRACTS (0.5); ANALYZE LOSS CONTRACT AUTHORITIES (0.5). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| SPRINGER DE | 01/21/06 | 1.60 | REVIEW LETTER FROM LEAD PLAINTIFF RE KECP DISCOVERY ISSUES (0.3); DRAFT REPLY TO SCALP LETTER (1.3). |
| SPRINGER DE | 01/23/06 | 0.90 | REVIEW AND REVISE LETTER TO COFFEY DISCOVERY MATTER (0.3); REVIEW TRANSCRIPT RE MOTION TO COMPEL ORDER (0.6). |
| SPRINGER DE | 01/24/06 | 1.40 | DRAFT LETTER TO COFFEY RE RESPONSE TO JANUARY 20 LETTER (0.6); REVISE ORDER ON LEAD PLAINTIFF'S MOTION TO COMPEL (0.3); REVISION OF LETTER TO COFFEY (0.2); REVISION OF ORDER (0.3). |
| SPRINGER DE | 01/25/06 | 1.60 | FINALIZE LETTER TO LEAD PLAINTIFFS RE RESPONSE TO COFFEY'S LETTER OF JAN. 20 (0.5); FINALIZE REVISED ORDER RE LEAD PLAINTIFF'S MOTION TO COMPEL (0.5); TELECONFERENCE WITH N. CAMPANARIO AND B. FERN RE KECP DISCOVERY AND MOTION (0.6). |
| SPRINGER DE | 01/26/06 | 6.20 | TELECONFERENCE WITH D. ALEXANDER RE KECP PROGRAM (0.5); TELECONFERENCE WITH M. BROUDE RE KECP PROGRAM (0.4); DRAFT AND SEND REPORT RE DISCUSSIONS WITH BROUDE RE KECP PROGRAM (0.6); CONFERENCE WITH N. MACDONALD RE PROGRESS ON KECP/LABOR TRANSFORMATION ANALYSIS (0.5); REVIEW AUTHORITIES RE LABOR TRANSFORMATION AND KECP ISSUES (0.7); REVISE KECP DISCOVERY PROGRAM AND DRAFT MESSAGES TO OBJECTORS RE SAME (1.1); CONFERENCE WITH WORKING GROUP RE KECP DISCOVERY PLAN AND DEVELOPMENTS (0.6); ANALYZE LEGAL AUTHORITY RE LABOR TRANSFORMATION/KECP ISSUES (0.5); REVIEW AND REVISE SUPPORTING DECLARATIONS ON KECP (1.3). |
| SPRINGER DE | 01/27/06 | 5.50 | TELECONFERENCE WITH M. WEBER RE KECP MOTION AND RELATED MATTERS (0.4); TELECONFERENCE WITH J. OPIE RE KECP MOTION, DECLARATION, AND RELATED MATTERS (0.6); TELECONFERENCE WITH K. BUTLER AND B. SAX RE MESSAGE TO OBJECTORS AND OTHER KECP-RELATED ISSUES (0.7); TELECONFERENCES WITH S. CORCORAN RE KECP DEPOSITIONS (0.5); DRAFT ANALYSIS OF NEED FOR DECLARATIONS AND DEPOSITIONS RE KECP MOTION (1.2); CONFERENCE WITH WORKING GROUP RE KECP MOTION (0.8); LEGAL RESEARCH RE KECP/LABOR TRANSFORMATION ISSUES (1.3). |
| SPRINGER DE | 01/28/06 | 2.10 | EDIT, RESEARCH, AND REVISE KECP/LABOR TRANSFORMATION MEMO (2.1). |
| SPRINGER DE | 01/29/06 | 1.10 | FINALIZE AND DISTRIBUTE KECP/LABOR TRANSFORMATION MEMO (1.1). |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| SPRINGER DE | 01/30/06 | 6.20 | REVIEW AND REVISE DECLARATIONS OF M. WEBER, K. BUTLER, AND N. BUBNOVICH (4.7); TELECONFERENCES WITH DECLARANTS (1.1); REVIEW AND REVISE MEMORANDUM RE KECP/LABOR TRANSFORMATION (0.4). |
| SPRINGER DE | 01/31/06 | 3.80 | DECLARATIONS OF M. WEBER (1.1); REVIEW DECLARATION OF K. BUTLER (0.8); REVISE DECLARATION OF J. OPIE (0.6); REVISE DECLARATION OF N. BUBNOVICH (1.3). |
| | | 72.60 | |
| **Total Partner** | | **97.60** | |
| MATZ TJ | 01/06/06 | 1.10 | REVIEWING MATERIALS RE ADVISORS COMPENSATION (0.4); FOLLOW UP WORK RE SAME (0.7). |
| MATZ TJ | 01/10/06 | 1.00 | CONTINUING WORK ON KECP DISCOVERY STIPULATION AND COURT APPROVAL PROCESS (0.8); CORRESPONDENCE RE SAME (0.2). |
| MATZ TJ | 01/11/06 | 2.70 | WORK ON MOTION TO QUASH SUBPOENAS AND MATZ AFFIDAVIT IN SUPPORT THEREOF (1.2); FINALIZING AND SWEARING MATZ AFFIDAVIT (0.3); FOLLOW UP RE SAME (0.2); TELECONFERENCE WITH CHAMBERS RE MOTION TO QUASH (0.2); WORK ON STIPULATION AND ORDER RE KECP DISCOVER (0.6); CORRESPONDENCE RE SAME (0.2). |
| MATZ TJ | 01/12/06 | 1.30 | REVIEWING AND COMMENTING ON SCRIPT/PROFFER RE KECP FOR JAN. 13 HEARING (0.5); GENERAL PREPARATION RE SAME (0.8). |
| MATZ TJ | 01/18/06 | 0.50 | REVIEW FINAL KECP DISCOVERY STIPULATION AND PROTECTIVE ORDER (0.3); TELECONFERENCE WITH CHAMBERS RE SUBMISSION OF SAME (0.2). |
| MATZ TJ | 01/20/06 | 0.50 | WORKING ON STIPULATIONS/PROTECTIVE ORDERS RE KECP (0.3); TELECONFERENCE WITH CHAMBERS RE SAME (0.2). |
| MATZ TJ | 01/23/06 | 0.40 | TELECONFERENCE WITH CHAMBERS RE PROTECTIVE ORDERS (0.2); FOLLOW UP CORRESPONDENCE RE SAME (0.2). |
| MATZ TJ | 01/24/06 | 1.70 | WORKING ON KECP ANNUAL INCENTIVE PLAN MOTION AND BUTLER DECLARATION (1.4); FOLLOW UP WORK RE DISCOVERY PROTECTIVE ORDERS (0.3). |
| MATZ TJ | 01/25/06 | 0.70 | WORK ON KECP DISCOVERY (0.3); REVIEW AND COMMENT ON DRAFT OF K. BUTLER DECLARATION (0.4). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MATZ TJ | 01/26/06 | 0.50 | REVIEW FOR FILING KECP DISCOVERY ORDER (0.2); FOLLOW UP RE SAME AND REVISED KECP SCHEDULE (0.3). |
| MATZ TJ | 01/27/06 | 0.40 | CORRESPONDENCE RE KECP DISCOVERY ORDER (0.2); FOLLOW UP WORK RE SAME (0.2). |
| MATZ TJ | 01/30/06 | 0.50 | TELECONFERENCE FROM CHAMBERS RE REVISIONS TO THE KECP STIPULATIONS AND PROTECTIVE ORDERS (0.2); FOLLOW UP WORK RE SAME (0.3). |
| | | 11.30 | |
| **Total Counsel** | | **11.30** | |
| CAMPANARIO ND | 01/02/06 | 0.30 | TELECONFERENCE WITH WORKING GROUP RE KEY EMPLOYEE COMPENSATION PROGRAM (0.3). |
| CAMPANARIO ND | 01/03/06 | 1.60 | REVISE DECLARATION IN SUPPORT OF KEY EMPLOYEE COMPENSATION PROGRAM (1.2); TELECONFERENCES WITH D. ALEXANDER AND D. PETTYES RE DISCOVERY (0.2); TELECONFERENCE WITH R. TRUST, COUNSEL FOR JPMORGAN, RE OBJECTIONS TO KEY EMPLOYEE COMPENSATION PROGRAM (0.2). |
| CAMPANARIO ND | 01/04/06 | 3.60 | DRAFT PROPOSED ORDER DENYING LEAD PLAINTIFFS' MOTION TO COMPEL (0.2); TELECONFERENCE WITH D. SPRINGER AND PENSION BENEFIT GUARANTY CORPORATION RE PROTECTIVE ORDER (0.2); MEET AND CONFER WITH E. FOX, COUNSEL FOR WILMINGTON TRUST COMPANY, RE PROTECTIVE ORDER (0.7); REVIEW AND EDIT SCRIPT AND PROFFER FOR JAN. 5, 2006, OMNIBUS HEARING (2.5). |
| CAMPANARIO ND | 01/05/06 | 1.40 | REVIEW DOCUMENTS RELATED TO KEY EMPLOYEE COMPENSATION PROGRAM (1.0); TELECONFERENCE WITH WORKING GROUP RE OMNIBUS HEARING (0.4). |
| CAMPANARIO ND | 01/06/06 | 6.50 | REVIEW DOCUMENTS RE KEY EMPLOYEE COMPENSATION PROGRAM (2.6); TELECONFERENCE WITH D. ALEXANDER RE DISCOVERY (0.3); TELECONFERENCES WITH D. SPRINGER RE SAME (0.4); ANALYZE PROTECTIVE ORDER PROPOSED BY PENSION BENEFIT GUARANTY CORPORATION (0.7); TELECONFERENCE WITH R. TRUST, COUNSEL FOR JPMORGAN, RE OBJECTIONS TO KEY EMPLOYEE COMPENSATION PROGRAM (0.2); REVIEW TRANSCRIPT OF JANUARY 5, 2006, OMNIBUS HEARING (2.3). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| CAMPANARIO ND | 01/09/06 | 7.20 | ANALYZE PROTECTIVE ORDER PROPOSED BY WILMINGTON TRUST COMPANY (0.5); REVIEW PUBLIC FILINGS RE INTERNAL INVESTIGATION (1.5); TELECONFERENCE WITH D. SPRINGER AND B. SAX RE DISCOVERY (0.3); LEGAL RESEARCH RE MOTION TO QUASH LEAD PLAINTIFFS' SUBPOENAS (3.1); DRAFT SAME (1.8). |
| CAMPANARIO ND | 01/10/06 | 5.30 | REVISE MOTION FOR ENTRY OF PROTECTIVE ORDERS (1.0); ANALYZE OHIO STATE COURT SUBPOENA (0.7); TELECONFERENCE WITH E. FOX OF WILMINGTON TRUST COMPANY RE PROPOSED PROTECTIVE ORDER (0.3); REVIEW SAME (0.5); COMPLETE DRAFT OF MOTION TO QUASH LEAD PLAINTIFFS' SUBPOENAS (2.8). |
| CAMPANARIO ND | 01/11/06 | 5.90 | REVIEW CORRESPONDENCE RELATED TO MEET AND CONFER WITH LEAD PLAINTIFFS (0.5); MEET AND CONFER WITH LEAD PLAINTIFFS RE DISCOVERY AND CONFERENCE WITH N. MACDONALD AND B. FERN (0.9); REVIEW DOCUMENTS FOR PRODUCTION TO P. MEYER (1.5); REVISE MOTION TO QUASH LEAD PLAINTIFFS' SUBPOENAS (3.0). |
| CAMPANARIO ND | 01/12/06 | 5.90 | TELECONFERENCE WITH R. LANDY OF THE PENSION BENEFIT GUARANTY CORPORATION RE DISCOVERY SCHEDULE (0.1); TELECONFERENCE WITH E. FOX OF WILMINGTON TRUST COMPANY RE PROTECTIVE ORDER (0.1); REVISE SCRIPT FOR LEAD PLAINTIFFS' MOTION TO COMPEL AND DRAFT SCRIPT FOR DEBTORS' MOTION TO QUASH (3.8); PREPARE FOR MEET AND CONFER WITH KECP OBJECTORS (0.1); MEET AND CONFER WITH KECP OBJECTORS AND CONFERENCE WITH N. MACDONALD RE SAME (1.2); DRAFT PROPOSED ORDER RE MOTION TO QUASH (0.2); REVIEW SUPPLEMENTAL DECLARATIONS RE LEAD PLAINTIFFS' MOTION TO COMPEL (0.4). |
| CAMPANARIO ND | 01/13/06 | 1.20 | TELECONFERENCE WITH D. ALEXANDER RE DISCOVERY RELATED TO KEY EMPLOYEE COMPENSATION PROGRAM (0.3); REVIEW CORRESPONDENCE FROM LEAD PLAINTIFFS RE SAME (0.9). |
| CAMPANARIO ND | 01/15/06 | 3.10 | DRAFT DECLARATION IN SUPPORT OF KEY EMPLOYEE COMPENSATION PROGRAM (3.1). |
| CAMPANARIO ND | 01/16/06 | 2.50 | REVISE DECLARATION IN SUPPORT OF KEY EMPLOYEE COMPENSATION PROGRAM (0.5); REVIEW WILMINGTON TRUST COMPANY'S SUPPLEMENTAL DISCOVERY REQUESTS AND DRAFT RESPONSE (0.7); CONFERENCE WITH WORKING GROUP RE KEY EMPLOYEE COMPENSATION PROGRAM (0.6); REVIEW DOCUMENTS RE SAME TO PREPARE FOR DEPOSITIONS (0.7). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| CAMPANARIO ND | 01/17/06 | 3.50 | TELECONFERENCE WITH L. MATHEWS, COUNSEL FOR UNSECURED CREDITORS' COMMITTEE, RE DISCOVERY RELATED TO KEY EMPLOYEE COMPENSATION PROGRAM (0.1); REVISE DECLARATION IN SUPPORT OF KEY EMPLOYEE COMPENSATION PROGRAM (1.0); REVIEW TRANSCRIPT OF JAN. 13, 2006, HEARING (2.4). |
| CAMPANARIO ND | 01/18/06 | 10.90 | REVIEW DOCUMENTS RELATED TO KEY EMPLOYEE COMPENSATION PROGRAM TO PREPARE FOR DEPOSITIONS (10.7); TELECONFERENCE WITH D. PETTYES RE EMPLOYEE HEADCOUNT (0.2). |
| CAMPANARIO ND | 01/19/06 | 4.80 | REVIEW DOCUMENTS RELATED TO KEY EMPLOYEE COMPENSATION PROGRAM TO PREPARE FOR DEPOSITIONS (3.8); TELECONFERENCES WITH L. PETERSON, COUNSEL FOR STEELWORKERS UNION, RE DISCOVERY (0.3); CONFERENCE WITH WORKING GROUP RE KEY EMPLOYEE COMPENSATION PROGRAM (0.7). |
| CAMPANARIO ND | 01/20/06 | 0.40 | TELECONFERENCE WITH R. LANDY OF PENSION BENEFIT GUARANTY CORPORATION RE DEPOSITIONS (0.1); TELECONFERENCE WITH D. ALEXANDER RE DISCOVERY RELATED TO KEY EMPLOYEE COMPENSATION PROGRAM (0.3). |
| CAMPANARIO ND | 01/24/06 | 4.70 | TELECONFERENCE WITH WORKING GROUP RE DEPOSITIONS (0.5); REVISE LETTER TO LEAD PLAINTIFFS RE DISCOVERY AND PROPOSED ORDER RE LEAD PLAINTIFFS' MOTION TO COMPEL DISCOVERY (1.8); PREPARE STATEMENT RE PROTECTIVE ORDERS RELATED TO KEY EMPLOYEE COMPENSATION PROGRAM (0.5); REVISE DECLARATION IN SUPPORT OF KEY EMPLOYEE COMPENSATION PROGRAM (1.9). |
| CAMPANARIO ND | 01/25/06 | 0.60 | TELECONFERENCE WITH WORKING GROUP RE KEY EMPLOYEE COMPENSATION PROGRAM (0.3); TELECONFERENCE WITH D. ALEXANDER RE DISCOVERY RELATED TO SAME (0.2); TELECONFERENCE WITH L. PETERSON, COUNSEL FOR USW, RE SAME (0.1). |
| CAMPANARIO ND | 01/26/06 | 5.60 | REVISE DECLARATION IN SUPPORT OF KEY EMPLOYEE COMPENSATION PROGRAM IN LIGHT OF RECENT EVENTS (4.0); PREPARE EXHIBITS TO DECLARATION (1.2); TELECONFERENCE WITH D. ALEXANDER RE DISCOVERY (0.4). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| CAMPANARIO ND | 01/27/06 | 4.10 | REVIEW DOCUMENTS RELATED TO KEY EMPLOYEE COMPENSATION PROGRAM FOR PRODUCTION TO THE CREDITORS' COMMITTEE AND OBJECTORS (1.5); FORMULATE STRATEGY RE KEY EMPLOYEE COMPENSATION PROGRAM (2.4); TELECONFERENCE WITH R. LANDY OF PENSION BENEFIT GUARANTY CORPORATION RE DISCOVERY (0.2). |
| CAMPANARIO ND | 01/30/06 | 6.40 | REVIEW DOCUMENTS IN PREPARATION FOR M. WEBER'S DEPOSITION (1.9); REVISE PROTECTIVE ORDERS PER COURT'S INSTRUCTIONS (1.0); FORMULATE STRATEGY RE KEY EMPLOYEE COMPENSATION PROGRAM (0.5); REVISE DECLARATION IN SUPPORT OF KEY EMPLOYEE COMPENSATION PROGRAM IN LIGHT OF RECENT DEVELOPMENTS (3.0). |
| CAMPANARIO ND | 01/31/06 | 6.50 | PREPARE FOR DEPOSITIONS RE KEY EMPLOYEE COMPENSATION PROGRAM (6.3); TELECONFERENCE OF L. PETERSON, COUNSEL FOR USW, RE DISCOVERY (0.2). |
| | | 92.00 | |
| DE ELIZALDE D | 01/05/06 | 1.80 | PREPARATION FOR OMNIBUS HEARING (1.8). |
| DE ELIZALDE D | 01/09/06 | 1.20 | OVERSEEING SERVICE OF KECP STIPULATION (1.2). |
| DE ELIZALDE D | 01/11/06 | 0.80 | REVIEWED AND REVISED MOTION TO QUASH SUBPOENAS RE KECP (0.8). |
| DE ELIZALDE D | 01/20/06 | 0.50 | REVIEWED KECP STIPULATIONS AND SENT THESE TO CHAMBERS, FOR THE COURT'S SIGNATURE (0.5). |
| | | 4.30 | |
| FERN BM | 01/02/06 | 0.60 | FORMULATE STRATEGY RE KECP DISCOVERY PROCESS (0.4); REVIEWED CORRESPONDENCE TO OBJECTORS RE KECP (0.2). |
| FERN BM | 01/03/06 | 7.30 | DRAFTED PROFFERED TESTIMONY AND Q&A RE MOTION TO COMPEL KECP DISCOVERY (2.8); FORMULATE STRATEGY RE KECP AT 1/27 HEARING (0.6); DRAFTED REVISED BUBNOVICH DECLARATION TO REFLECT CHANGES TO KECP (1.1); REVISED SCRIPT TO KECP MOTION (0.3); REVISED SCRIPT TO MOTION TO COMPEL KECP DISCOVERY (2.1); ADDITIONAL REVISIONS TO SCRIPT FOR KECP MOTION (0.4). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| FERN BM | 01/04/06 | 4.70 | REVISED SCRIPT RE MOTION TO COMPEL KECP DISCOVERY (0.7); REVIEWED DOCUMENTS RE SALARIED EMPLOYEES COMPENSATION (0.9); REVIEWED AND COMMENTED ON DRAFT OF OPIE DECLARATION (1.5); FORMULATE STRATEGY RE KECP DECLARATIONS (1.2); ANALYSIS OF EMPLOYEES COVERED UNDER KECP (0.4). |
| FERN BM | 01/05/06 | 7.70 | REVIEWED WEBER DECLARATION (1.2); TELECONFERENCE WITH N. BUBNOVICH RE ANNUAL INCENTIVE PLAN (0.2); ANALYSIS OF ISSUES RE ANNUAL INCENTIVE PLAN (1.3); REVISED BUBNOVICH DECLARATION (3.2); FORMULATE STRATEGY RE KECP DISCOVERY (1.4); SUMMARY OF ISSUES RE SCOPE OF THE KECP (0.4). |
| FERN BM | 01/06/06 | 7.60 | REVIEWED AND REVISED BUBNOVICH DECLARATION (1.6); REVIEWED AND COMMENTED ON WEBER DECLARATION (1.2); REVIEWED AND COMMENTED ON OPIE DECLARATION (1.7); REVIEWED 1/5 TRANSCRIPT RE KECP DISCOVERY (0.4); FORMULATE STRATEGY AND ANALYSIS OF KECP NEGOTIATIONS AND PLEADINGS (1.9); ADDITIONAL REVISIONS TO BUBNOVICH DECLARATION (0.8). |
| FERN BM | 01/08/06 | 1.30 | ANALYSIS OF ISSUES RE KECP DISCOVERY PROGRAM (1.3). |
| FERN BM | 01/09/06 | 6.30 | REVISED BUBNOVICH DECLARATION (2.6); REVIEWED TRANSCRIPT RE LEAD PLAINTIFFS' MOTION TO COMPEL KECP DISCOVERY (0.3); ANALYSIS OF KECP OBJECTIONS RE ANNUAL INCENTIVE PLAN (0.3); REVIEWED KECP-RELATED DOCUMENTS IN PREPARATION FOR 1/27 HEARING (3.1). |
| FERN BM | 01/10/06 | 6.10 | REVIEWED AND COMMENTED ON PROPOSED CHANGES TO KECP DISCOVERY SCHEDULE (0.3); ATTENTION TO ISSUES RE 1/13 HEARING ON KECP DISCOVERY (0.7); REVIEWED DOCUMENTS RE INTERNAL ACCOUNTING INVESTIGATION (4.1); REVIEWED AND ANALYZED CORRESPONDENCE FROM J. COFFEY RE KECP DISCOVERY (0.4); ADDITIONAL ATTENTION TO ISSUES IN PREPARATION FOR THE 1/13 KECP DISCOVERY HEARING (0.6). |

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| FERN BM | 01/11/06 | 8.10 | REVIEWED AND ANALYZED LEAD PLAINTIFFS' KECP DISCOVERY RESPONSES (0.6); REVIEWED CORRESPONDENCE TO LEAD PLAINTIFF RE MEET AND CONFER (0.3); ATTENTION TO DOCUMENTS IN PREPARATION FOR MEET AND CONFER WITH LEAD PLAINTIFF (0.7); ATTENDED MEET AND CONFER RE KECP DISCOVERY (0.6); FORMULATE STRATEGY RE 1/13 HEARING (0.8); DRAFTED SCRIPT FOR KECP DISCOVERY HEARING (3.7); COMPLETED DRAFT OF KECP SCRIPT FOR 1/13 HEARING (1.4). |
| FERN BM | 01/13/06 | 7.60 | REVIEWED MOTION TO QUASH LEAD PLAINTIFFS' KECP SUBPOENAS (0.3); REVIEWED COFFEY'S SUPPLEMENTAL DECLARATION (0.4); REVIEWED DEBTORS' REPORT ON MEET AND CONFER (0.2); FORMULATE STRATEGY RE 1/27 HEARING (1.7); REVIEWED AND ORGANIZED DOCUMENTS RE LEAD PLAINTIFFS' POSITION ON KECP (0.8); REVIEWED DELPHI'S PUBLIC FILINGS RE INTERNAL INVESTIGATION (0.7); REVIEWED KECP DOCUMENTS IN PREPARATION FOR 1/27 HEARING (3.5). |
| FERN BM | 01/16/06 | 6.60 | REVIEWED DATA RE BENCHMARKING EXECUTIVE COMPENSATION (0.7); REVISED BUBNOVICH DECLARATION (2.7); TELECONFERENCE WITH N. BUBNOVICH RE STATUS OF KECP NEGOTIATIONS AND ATTENTION TO FILE RE SAME (0.4); FORMULATE STRATEGY RE KECP HEARING (0.9); REVIEWED AND COMMENTED ON OPIE DECLARATION (1.2); BEGAN REVIEW OF DRAFT RESPONSE TO KECP OBJECTIONS (0.7). |
| FERN BM | 01/17/06 | 8.80 | CONTINUED REVIEWING DRAFT OF KECP REPLY (0.8); REVIEWED AND ANALYZED TRANSCRIPT OF BRUST DEPOSITION (2.1); REVIEWED 1/13 TRANSCRIPT ON THE KECP DISCOVERY MOTION AND DOCUMENTED FILE (1.1); REVIEWED AND CATALOGUED DOCUMENTS IN PREPARATION FOR BUBNOVICH DEPOSITION (1.4); DRAFTED PRESENTATION SLIDES RE KECP (1.3); ATTENTION TO ISSUES IN PREPARATION FOR KECP DEPOSITIONS (0.8); FORMULATE STRATEGY RE 1/27 KECP HEARING (0.7); COMPLETED DRAFT OF KECP SLIDES (0.6). |
| FERN BM | 01/18/06 | 6.40 | REVISED KECP PRESENTATION SLIDES (0.7); REVIEWED DRAFT OF RULE 11 LETTER TO LEAD PLAINTIFFS (0.3); REVISED BUBNOVICH DECLARATION (1.2); REVIEWED DOCUMENTS FOR RELEVANCE IN PREPARATION FOR KECP DEPOSITION (3.7); ANALYSIS OF TARGET EBITDAR ISSUES (0.5). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| FERN BM | 01/19/06 | 9.30 | ADDITIONAL REVIEW OF KECP DOCUMENTS IN PREPARATION FOR KECP DEPOSITIONS (4.7); FORMULATE STRATEGY RE KECP HEARING (1.1); REVIEWED 1/13 TRANSCRIPT RE EVIDENCE (0.5); DRAFTED INDEX OF RELEVANT KECP DOCUMENTS (1.8); REVISED BUBNOVICH DECLARATION (0.6); ADDITIONAL REVIEW OF 1/13 TRANSCRIPT RE KECP DISCOVERY (0.6). |
| FERN BM | 01/20/06 | 7.40 | COMPLETED TABLE OF RELEVANT KECP DOCUMENTS (3.6); DRAFTED SUMMARY INDEX OF BUBNOVICH EMAILS (3.8). |
| FERN BM | 01/22/06 | 2.20 | ATTENTION TO ISSUES RE OUTSTANDING KECP DISCOVERY (0.7); REVIEWED PROPOSED DISCOVERY SCHEDULE (0.3); REVIEWED RESEARCH RE EXECUTIVE COMPENSATION (1.2). |
| FERN BM | 01/23/06 | 10.60 | REVIEWED LEAD PLAINTIFFS' NOTICE OF APPEAL AND STATEMENT OF APPEAL (0.4); FORMULATE STRATEGY RE KECP DECLARATIONS (1.3); REVIEWED DOCUMENTS RE DEVELOPMENT OF KECP (3.1); REVISED BUBNOVICH DECLARATION (2.8); ADDITIONAL REVISIONS TO BUBNOVICH DECLARATION (0.7); REVIEWED AND COMMENTED ON OMNIBUS RESPONSE TO KECP OBJECTION (0.6); REVIEWED KECP DOCUMENTS FOR RELEVANCE (1.7). |
| FERN BM | 01/24/06 | 8.70 | REVIEWED STIPULATION AND PROTECTIVE ORDER BETWEEN PBGC AND DEBTORS (0.2); TELECONFERENCE WITH A. LAURIE RE PROTECTIVE ORDER (0.2); REVISED OMNIBUS RESPONSE TO KECP OBJECTION (4.4); REVIEWED AND REVISED SUMMARY STATEMENT RE KECP PROTECTIVE ORDER (0.8); ADDITIONAL COMMENTS TO OMNIBUS KECP REPLY (2.5); CORRESPONDENCE WITH A. LAURIE RE KECP PROTECTIVE ORDER (0.2); REVIEWED AND COMMENTED ON K. BUTLER DECLARATION (0.4). |
| FERN BM | 01/25/06 | 7.30 | REVIEWED CORRESPONDENCE TO J. COFFEY RE KECP DISCOVERY (0.3); RESEARCH RE PERFORMANCE BONUS (1.9); ATTENTION TO ISSUES RE KECP REPLY (0.8); CORRESPONDENCE FROM L. PETERSON RE KECP DISCOVERY (0.2); FORMULATE STRATEGY RE KECP HEARING (1.5); REVISED PRESENTATION SLIDES RE KECP (0.7); REVIEWED PROPOSED ORDER RE KECP DISCOVERY (0.3); REVIEWED DOCUMENTS RE COMPETITIVE BENCHMARKS (0.6); ANALYSIS OF ISSUES RE SAME (0.5); REVIEWED AND COMMENTED ON SUMMARY MEMO RE EQUALITY OF SACRIFICE (0.5). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| FERN BM | 01/26/06 | 8.40 | REVIEWED AND ORGANIZED DOCUMENTS RELIED ON IN BUBNOVICH DECLARATION (3.5); DRAFTED SUMMARY OF DOCUMENTS RELEVANT FOR DECLARATIONS (0.8); FORMULATE STRATEGY RE KECP HEARING (1.6); TELECONFERENCE WITH D. ALEXANDER RE ANNUAL INCENTIVE PLAN (0.2); ANALYSIS OF ISSUES RE PREPETITION PERFORMANCE AND AIP (0.9); ADDITIONAL TELECONFERENCE WITH D. ALEXANDER RE KECP STRATEGY (0.6); REVIEWED OMNIBUS RESPONSE TO KECP OBJECTION FOR OVERALL STRATEGY (0.8). |
| FERN BM | 01/27/06 | 7.40 | REVIEWED WEBER DECLARATION (0.5); REVIEWED DOCUMENTS IN PREPARATION FOR BUBNOVICH DEPOSITION (2.1); FORMULATE STRATEGY RE KECP HEARING (1.4); ATTENTION TO DOCUMENTS IN PREPARATION FOR KECP DEPOSITIONS (3.1); OUTLINED ISSUES RE DISCOVERY SCHEDULE (0.3). |
| FERN BM | 01/31/06 | 0.90 | REVIEW DOCUMENTS AND CORRESPONDENCE RE STATUS OF KECP HEARING (0.3); REVIEW DOCUMENTS IN PREPARATION FOR KECP DEPOSITIONS (0.6). |
| | | 141.30 | |
| GUZZARDO J | 01/03/06 | 0.40 | REVIEW OF LEGAL RESEARCH AND MATERIALS RE PROPOSED MOTION TO COMPEL (0.4). |
| GUZZARDO J | 01/04/06 | 0.50 | REVIEW OF OBJECTION TO MOTION TO COMPEL (0.5). |
| GUZZARDO J | 01/05/06 | 1.50 | LEGAL RESEARCH RE KECP DISCOVERY OPTIONS. (1.5). |
| GUZZARDO J | 01/06/06 | 1.50 | LEGAL RESEARCH RE KECP MOTION. (1.5). |
| GUZZARDO J | 01/10/06 | 5.20 | RESEARCHED PROCEDURE FOR ENTERING STIPULATED AGREED ORDERS ON AN EXPEDITED BASIS (3.9); RESEARCHED PROCEDURE FOR ENTERING MOTION TO QUASH SUBPOENA ON AN EXPEDITED BASIS (1.3). |
| GUZZARDO J | 01/11/06 | 9.40 | PREPARATION FOR MEET AND CONFER TELECONFERENCE WITH LEAD PLAINTIFFS AND FOLLOW UP (2.0); KECP DOCUMENT REVIEW (7.4). |
| GUZZARDO J | 01/12/06 | 7.80 | LEAD PLAINTIFF DOCUMENT REVIEW AND REVIEW OF MOTION TO QUASH (3.2); PREPARATION FOR, ATTENDANCE OF, AND FOLLOW UP FOR KECP DISCOVERY MEET AND CONFER (1.2); RESEARCH AND DRAFTING OF PROPOSED RULE 11 LETTER (3.4). |
| GUZZARDO J | 01/13/06 | 3.60 | RESEARCH AND DRAFTING OF PROPOSED RULE 11 LETTER (3.6). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GUZZARDO J | 01/14/06 | 2.60 | CONFER AND STRATEGIZE RE ORDINARY COURSE OF BUSINESS STANDARD OF REVIEW. (0.5); RESEARCH AND DRAFTING OF PROPOSED RULE 11 LETTER (2.1). |
| GUZZARDO J | 01/15/06 | 1.50 | LEGAL RESEARCH RE STANDARD OF REVIEW FOR ORDINARY COURSE OF BUSINESS TRANSACTION (1.5). |
| GUZZARDO J | 01/16/06 | 6.40 | LEGAL RESEARCH OF ORDINARY COURSE OF BUSINESS STANDARD IN RELATION TO KECP LITIGATION (4.7); ADMINISTRATION OF KECP DISCOVERY DOCUMENTS (0.7); RESEARCH AND REVIEW OF DECLARATIONS FOR KECP MOTION (1.0). |
| GUZZARDO J | 01/17/06 | 3.00 | RESEARCH AND REVIEW OF KECP DOCUMENTS AND MATERIALS AND DISCOVERY DOCUMENT ADMINISTRATION (3.0). |
| GUZZARDO J | 01/18/06 | 6.10 | LEGAL RESEARCH RE KECP OBJECTIONS AND CONTRACT REJECTION RESEARCH (6.1). |
| GUZZARDO J | 01/19/06 | 3.20 | KECP HEARING DOCUMENT AND DECLARATION REVIEW (3.2). |
| GUZZARDO J | 01/20/06 | 1.30 | KECP DISCOVERY DOCUMENT REVIEW AND ADMINISTRATION IN PREPARATION FOR DEPOSITIONS AND DECLARATIONS (1.3). |
| GUZZARDO J | 01/23/06 | 0.50 | KECP DISCOVERY DOCUMENT REVIEW AND ADMINISTRATION (0.5). |
| GUZZARDO J | 01/24/06 | 1.00 | KECP DECLARATIONS AND DISCOVERY/DOCUMENT REVIEW (1.0). |
| GUZZARDO J | 01/25/06 | 0.20 | KECP DISCOVERY ADMINISTRATION (0.2). |
| GUZZARDO J | 01/27/06 | 5.60 | DOCUMENT REVIEW AND DISCOVERY ADMINISTRATION FOR KECP LITIGATION AND EQUITY COMMITTEE MOTION (5.6). |
| GUZZARDO J | 01/31/06 | 2.20 | CONTINUED KECP DOCUMENT REVIEW AND DISCOVERY ADMINISTRATION IN PREPARATION FOR DEPOSITIONS (2.2). |
| | | 63.50 | |
| HERRIOTT AV | 01/04/06 | 1.10 | REVIEW FIRST DAY AUTHORITY RE INDEMNIFICATION AND RESPONSE TO RELATED QUESTION BY J. PAPELIAN (0.6); ADDRESS QUESTION OF P. CHANDA RE INDEMNIFICATION CAP (0.5). |
| HERRIOTT AV | 01/06/06 | 0.50 | CONFER WITH P. CHANDA RE INDEMNIFICATION (0.2); REVIEW KECP ISSUES (0.3). |
| HERRIOTT AV | 01/10/06 | 1.60 | REVIEW AND COMMENT ON PROTECTIVE ORDER FOR KECP PURPOSES (1.6). |
| HERRIOTT AV | 01/11/06 | 0.40 | RESPOND TO EMPLOYEE-RELATED QUESTIONS FROM THIRD PARTIES (0.4). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| HERRIOTT AV | 01/12/06 | 2.40 | CONDUCT HEARING PREPARATION FOR HEARING RE DISCOVERY OF MATERIALS RELATED TO KECP (2.1); ADDRESS 401(K) PLAN QUESTION (0.3). |
| HERRIOTT AV | 01/13/06 | 0.40 | RESPOND TO QUESTION RE INDEMNIFICATION (0.1); FOLLOW UP ON MATTERS RELATED TO KECP (0.3). |
| HERRIOTT AV | 01/19/06 | 1.20 | CONTINUE REVIEW OF GM VOUCHER ISSUE (1.2). |
| HERRIOTT AV | 01/23/06 | 0.40 | REVIEW TRANSCRIPT OF KECP DISCOVERY HEARING (0.4). |
| HERRIOTT AV | 01/24/06 | 0.60 | CONFERENCE WITH B. TELGEN AND K. SCHAEFER RE EMPLOYEE RELOCATION ISSUE (0.3); RESEARCH RE SAME (0.3). |
| HERRIOTT AV | 01/25/06 | 1.10 | CONFERENCE WITH D. PARSHAL RE EMPLOYEE RELOCATION ISSUE (0.2); FOLLOW UP RESEARCH RE SAME (0.6); CONFERENCE WITH C. BRANSON RE MOBILEARIA EMPLOYEE PAYMENTS (0.3). |
| HERRIOTT AV | 01/26/06 | 1.40 | REVIEW AND RESEARCH EMPLOYEE ISSUE RE MOBILEARIA (1.2); RESPOND TO QUESTIONS RE UK PENSION PLANS (0.2). |
| HERRIOTT AV | 01/27/06 | 0.10 | FOLLOW UP RE MOBILEARIA EMPLOYEE QUESTION (0.1). |
| | | **11.20** | |
| MACDONALD N | 01/02/06 | 6.30 | CONTINUE DRAFT OF OPIE DECLARATION (4.7); TELECONFERENCES WITH CO-COUNSEL RELATED TO CASE STATUS AND MATTERS RELATED TO DEBTORS' DECLARATIONS IN SUPPORT OF KECP (0.6); REVIEW DOCUMENTS AND PLEADINGS RELATED TO SAME (1.0). |
| MACDONALD N | 01/03/06 | 10.40 | CONTINUE REVISIONS OF OF OPIE DECLARATION CONCERNING PREPETITION EVENTS AND DEBTOR'S PREPETITION COMPENSATION PROGRAM (3.9); REVIEW DOCUMENTS RELATED TO SAME (1.4); REVIEW DEBTORS' KECP MOTION AND RELATED COURT FILINGS AND EXHIBITS IN CONNECTION WITH REVISION OF OPIE DECLARATION (3.4); LEGAL RESEARCH AND DOCUMENT REVIEW RELATED TO SAME (1.7). |
| MACDONALD N | 01/05/06 | 4.00 | REVIEW DRAFTS OF PROPOSED DECLARATIONS IN SUPPORT OF KECP (1.2); TELECONFERENCE WITH CLIENT RE ASPECTS OF PRE AND POST PETITION EXECUTIVE COMPENSATION PLANS (2.1); TELECONFERENCE WITH CO-COUNSEL TO DISCUSS MATTERS RELATED TO CASE STATUS AND PENDING FILINGS (0.7). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| MACDONALD N | 01/06/06 | 10.60 | CONTINUE REVIEW OF NEWLY-PRODUCED DOCUMENTS, TRANSCRIPTS AND RESPONSES TO REQUESTS FOR DISCOVERY (4.3); CONTINUE REVISION OF OPIE DECLARATION DRAFT IN SUPPORT OF KECP (6.3). |
| --- | --- | --- | --- |
| MACDONALD N | 01/07/06 | 2.50 | CONTINUE REVIEW OF NEWLY-PRODUCED DOCUMENTS, TRANSCRIPTS AND RESPONSES TO REQUESTS FOR DISCOVERY (1.4); CONTINUE REVISION OF OPIE DECLARATION DRAFT CONCERNING EQUITABLE REMEDIES IN SUPPORT OF KECP (1.1). |
| MACDONALD N | 01/09/06 | 5.10 | REVIEW OBJECTIONS PERTAINING TO AIP AND DRAFT SUMMARY OF SPECIFIC OBJECTIONS AND ISSUES FOR CONSIDERATION BY COMPENSATION CONSULTANTS (3.9); CONTINUE REVIEW OF OBJECTORS' NEWLY-PRODUCED DISCOVERY DOCUMENTS IN PREPARATION FOR KECP HEARING (1.2). |
| MACDONALD N | 01/11/06 | 7.50 | REVIEW DOCUMENTS PRODUCED BY OBJECTORS TO KECP (6.6); PARTICIPATE IN MEET AND CONFER WITH OBJECTORS' COUNSEL RE MATTERS RELATED TO PENDING KECP HEARING AND PARTICIPATE IN POST-TELECONFERENCE DISCUSSION ABOUT DOCUMENT PRODUCTION, DRAFT MOTIONS, AND MATTERS RELATED THERETO (0.9). |
| MACDONALD N | 01/12/06 | 10.60 | CONTINUE REVIEW OF DOCUMENTS PRODUCED BY OBJECTORS TO KECP IN PREPARATION FOR KECP DISCOVERY HEARING, AND PREPARE DISCOVERY AND KECP HEARING MATERIALS BASED ON SAME (9.4); MEET AND CONFER TELECONFERENCE WITH KECP OBJECTORS (1.2). |
| MACDONALD N | 01/13/06 | 6.60 | CONTINUE REVIEW OF DOCUMENTS PRODUCED BY OBJECTORS TO KECP IN PREPARATION FOR KECP HEARING, AND CONTINUE PREPARATION OF KECP HEARING AND DEPOSITION MATERIALS BASED ON SAME (6.6). |
| MACDONALD N | 01/14/06 | 1.80 | MEET AND CONFER WITH CO-COUNSEL RE KECP DISCOVERY HEARING, CASE STRATEGY AND PRE-HEARING PRODUCTION AND DEPOSITION MATTERS (0.7); BEGIN DRAFT OF BUTLER DECLARATION (0.4); BEGIN REVISION OF DRAFT OF SCALP DISCOVERY LETTER (0.7). |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MACDONALD N | 01/16/06 | 9.20 | COMPLETE REVISION OF OPIE DRAFT (1.7); COMPLETE REVIEW OF BUBNOVICH AND BUTLER DECLARATIONS (1.4); CONTINUE REVISION OF DRAFT SCALP DISCOVERY LETTER AND CONDUCT LEGAL RESEARCH AND DOCUMENT REVIEW RELATED TO SAME (5.4); MEET AND CONFER WITH CO-COUNSEL TO DISCUSS MATTERS RELATED TO FORTHCOMING DEPOSITIONS, DECLARATIONS AND PREPARATION FOR SAME (0.7). |
| MACDONALD N | 01/17/06 | 3.70 | CONTINUE DRAFT OF PROPOSED RULE 11 LETTER (1.3); REVIEW D&T RETENTION AND KECP DISCOVERY HEARINGS TRANSCRIPT AND REVIEW DOCUMENTS RELATED TO SAME (2.4). |
| MACDONALD N | 01/18/06 | 2.80 | CONTINUE REVIEW OF 1/13 KECP DISCOVERY HEARING MATERIALS; REVIEW DOCUMENTS RELATED TO SAME (2.8). |
| MACDONALD N | 01/19/06 | 8.50 | CONTINUE REVIEW OF 1/13 KECP DISCOVERY HEARING MATERIALS, REVIEW DOCUMENTS RELATED TO SAME (0.4); REVISE AND HARMONIZE OPIE DECLARATION IN LIGHT OF CLIENT AND EXPERT WITNESS INPUT, LEGAL RESEARCH AND REVIEW DOCUMENTS RELATED TO SAME (7.5); MEET AND CONFER WITH CO-COUNSEL RE STATUS OF DISCOVERY MATTERS AND HEARING-RELATED MATTERS (0.6). |
| MACDONALD N | 01/20/06 | 1.30 | CONTINUE TO REVIEW AND HARMONIZE OPIE DECLARATION IN LIGHT OF CLIENT AND WITNESS INPUT (1.1); LEGAL RESEARCH AND REVIEW OF DOCUMENTS RELATED TO SAME (0.2). |
| MACDONALD N | 01/23/06 | 9.70 | REVIEW AND REVISE DRAFT OF RESPONSES TO KECP OBJECTIONS, DOCUMENT AND DECLARATION REVIEW RELATED TO SAME (9.7). |
| MACDONALD N | 01/24/06 | 10.70 | CONTINUE REVIEW AND REVISION OF DRAFT RESPONSE TO KECP OBJECTIONS AND DECLARATIONS IN SUPPORT THEREOF, DOCUMENT AND DECLARATION REVIEW RELATED TO SAME (9.9); LEGAL RESEARCH RELATED TO KEY EMPLOYEE COMPENSATION PROGRAMS IN UNION CASES (0.8). |
| MACDONALD N | 01/26/06 | 0.70 | MEET AND CONFER ABOUT STATUS OF KECP NEGOTIATIONS BETWEEN UCC AND DEBTOR (0.7). |
| MACDONALD N | 01/30/06 | 6.70 | MEET AND CONFER ABOUT MATTERS RELATED TO PENDING KECP HEARING AND STATUS OF DISCUSSIONS BETWEEN DEBTORS AND THE UCC (0.5); CONTINUE REVISION OF DECLARATIONS AND RESPONSE TO KECP OBJECTIONS (6.2). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MACDONALD N | 01/31/06 | 7.40 | CONTINUE REVISION OF DECLARATIONS AND RESPONSE TO KECP OBJECTIONS, TELECONFERENCES WITH DECLARANT IN CONNECTION THEREWITH, REVIEW DOCUMENTS RELATED TO SAME (7.4). |
| | | **126.10** | |
| MEISLER RE | 01/04/06 | 0.40 | TELECONFERENCE WITH R. MARINO RE BOOZ ALLEN (0.4). |
| MEISLER RE | 01/06/06 | 0.90 | TELECONFERENCE WITH J. SHEEHAN RE BOOZ ALLEN (0.2); TELECONFERENCE WITH R. MARINO RE SAME (0.1); ATTENTION TO KECP MATTERS IN PREPARATION FOR JANUARY 27 HEARING RE SHARING OF INFORMATION (0.6). |
| MEISLER RE | 01/19/06 | 4.10 | TELECONFERENCE WITH J. SHEEHAN, S. CORCORAN, B. JACKSON, J. MCGRAFF, J. MICHIKOWSKI, S. BIANCO RE BOOZ ALLEN (0.7); TELECONFERENCE WITH D. ALEXANDER RE KECP (0.3); CONTINUED TO REVIEW KECP MATTERS (0.3); REVIEW EMAIL CORRESPONDENCE RE GM VOUCHERS FOR RETIREES (0.2); REVIEWED RELEVANT PLEADINGS AND ANALYZED SAME (2.3); TELECONFERENCE WITH K. COBB AND S. GALE RE SAME (0.2); TELECONFERENCE WITH B. SAX RE SAME (0.1). |
| MEISLER RE | 01/20/06 | 1.00 | CONTINUED ANALYSIS OF GM VOUCHERS (0.7); CONFERENCE WITH C. GROSS AND D. PHILLIPS RE SAME (0.3). |
| MEISLER RE | 01/25/06 | 0.80 | CONFERENCE WITH J. SHEEHAN RE BOOZ ALLEN (0.2); CONFERENCE WITH B. SAX RE HUMAN CAPITAL (0.3); FOLLOW-UP ON SAME (0.3). |
| | | **7.20** | |
| MICHELI MJ | 01/04/06 | 2.10 | BEGAN REVIEW OF LEAD PLAINTIFF RELATED PLEADINGS IN CONNECTION WITH KECP RE HEARING PREPARATION (1.3); BEGAN REVIEW OF LEAD PLAINTIFF RELATED PLEADINGS IN CONNECTION WITH DELOITTE AND TOUCHE RETENTION RE HEARING PREPARATION (0.8). |
| MICHELI MJ | 01/05/06 | 1.20 | CONTINUED REVIEW OF LEAD PLAINTIFFS PLEADINGS ON THE KECP IN PREPARATION FOR HEARING ON THE MATTER (1.2). |
| MICHELI MJ | 01/10/06 | 0.70 | BEGAN REVIEW OF PROTECTIVE ORDER FOR KECP DISCOVERY (0.2); TELECONFERENCE WITH D. PARSHALL RE SHELBY R&D LITIGATION (0.2); BEGAN REVIEW OF CASES STATUS RE SAME (0.3). |

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MICHELI MJ | 01/12/06 | 1.70 | BEGAN REVIEW OF MOTION TO QUASH LEAD PLAINTIFFS DISCOVERY REQUESTS (0.4); ANALYSIS OF SCRIPT RE SAME (0.3); REVIEW ALL PLEADINGS FILED IN CONNECTION WITH SAME RE HEARING PREPARATION FOR THE JAN 13TH HEARING (0.5); ANALYZE LEAD PLAINTIFFS SUPPLEMENTAL AFFIDAVIT RE SAME (0.5). |
| MICHELI MJ | 01/16/06 | 0.20 | CORRESPONDENCE WITH J. FRIZZLEY RE BRUST DEPOSITION (0.2). |
| MICHELI MJ | 01/17/06 | 0.70 | CORRESPONDENCE WITH J. FRIZZLEY RE SAME (0.3); REVIEW BRUST DEPOSITION TRANSCRIPT (0.4). |
| | | **6.60** | |
| WILSON LD | 01/26/06 | 1.20 | CONFER ON KECP ISSUES (0.5); REVIEW PRECEDENT IN FILES ON SAME (0.4); CONFER POLISENO ON RESEARCH FOR KECP ISSUE (0.3). |
| WILSON LD | 01/27/06 | 1.70 | REVIEW CASES ON KECP ISSUE (0.5); PARTICIPATE ON CALL TO DISCUSS STATUS OF LABOR PIECES (0.8); REVIEW DRAFT MEMO ON KECP ISSUE (0.4). |
| | | **2.90** | |
| **Total Associate** | | **455.10** | |
| DEMMA J | 01/03/06 | 7.20 | PREPARE CASE LAW MATERIALS RE OBJECTIONS TO DEBTORS' KEY EMPLOYEE COMPENSATION PROGRAM FOR JANUARY 5, 2005 OMNIBUS HEARING (7.2). |
| DEMMA J | 01/04/06 | 7.10 | PREPARE/ASSEMBLE CASE LAW MATERIALS RE VARIOUS OBJECTIONS TO DEBTORS' KEY EMPLOYEE COMPENSATION PROGRAM FOR JANUARY 5, 2005 OMNIBUS HEARING (7.1). |
| DEMMA J | 01/17/06 | 1.30 | PREPARE DISCOVERY REQUEST MATERIALS FOR ATTORNEY REVIEW (1.3). |
| DEMMA J | 01/20/06 | 1.70 | PREPARE DISCOVERY REQUEST DOCUMENTS FOR ATTORNEY REVIEW RE KEY EMPLOYEE COMPENSATION PROGRAM (1.7). |
| | | **17.30** | |
| JACOBSON SJ | 01/03/06 | 2.30 | ASSIST WITH ASSEMBLY OF DOCUMENT PRODUCTION (2.3). |
| JACOBSON SJ | 01/09/06 | 8.20 | ASSIST WITH ASSEMBLY OF DOCUMENT PRODUCTION (8.2). |
| JACOBSON SJ | 01/11/06 | 5.10 | ASSIST WITH ASSEMBLY OF DOCUMENT PRODUCTION (5.1). |
| JACOBSON SJ | 01/12/06 | 4.80 | ASSIST WITH ASSEMBLY OF DOCUMENT PRODUCTION (4.8). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| JACOBSON SJ | 01/13/06 | 3.50 | ASSIST WITH ASSEMBLY OF DOCUMENT PRODUCTION (3.5). |
| JACOBSON SJ | 01/16/06 | 3.20 | ASSIST WITH ASSEMBLY OF DOCUMENT PRODUCTION (3.2). |
| JACOBSON SJ | 01/17/06 | 4.10 | ASSIST WITH ASSEMBLY OF DOCUMENT PRODUCTION (4.1). |
| JACOBSON SJ | 01/19/06 | 2.40 | ASSEMBLE FOR ATTORNEY REVIEW THE DOCUMENTS FOR AFFIDAVIT (2.4). |
| JACOBSON SJ | 01/23/06 | 1.90 | ASSIST WITH ASSEMBLY OF DOCUMENT PRODUCTION (1.9). |
| JACOBSON SJ | 01/25/06 | 1.50 | ASSIST WITH ASSEMBLY OF DOCUMENT PRODUCTION (1.5). |
| | | 37.00 | |
| **Total Legal Assistant** | | 54.30 | |
| **TOTAL TIME** | | **618.30** | |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                   Bill Date: 02/28/06
Employee Matters (General)                                 Bill Number: 1108418

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 01/03/06 | Springer DE | 1,067.37 |
| Air/Rail Travel - vendor feed | 01/05/06 | Springer DE | 703.75 |
| Air/Rail Travel - vendor feed | 01/05/06 | Springer DE | -658.75 |
| Air/Rail Travel - vendor feed | 01/06/06 | Springer DE | 752.69 |
| Air/Rail Travel - vendor feed | 01/06/06 | Springer DE | -174.65 |
| Air/Rail Travel - vendor feed | 01/06/06 | Springer DE | -533.04 |
| Air/Rail Travel - vendor feed | 01/10/06 | Springer DE | 664.84 |
| Air/Rail Travel - vendor feed | 01/13/06 | Springer DE | 372.34 |
| Air/Rail Travel - vendor feed | 01/22/06 | Fern BM | 482.09 |
| Air/Rail Travel - vendor feed | 01/22/06 | Campanario ND | 473.73 |
| Air/Rail Travel - vendor feed | 01/23/06 | Springer DE | 1,067.57 |
| Air/Rail Travel - vendor feed | 01/23/06 | Shivakumar D | 593.24 |
| Air/Rail Travel - vendor feed | 01/23/06 | Springer DE | -1,067.57 |
| Air/Rail Travel - vendor feed | 01/25/06 | Springer DE | 533.04 |
| Air/Rail Travel - vendor feed | 01/31/06 | MacDonald N | 819.83 |
| Air/Rail Travel - vendor feed | 01/31/06 | MacDonald N | -386.66 |
| Air/Rail Travel - vendor feed | 01/31/06 | Springer DE | 705.35 |
| Air/Rail Travel - vendor feed | 01/31/06 | Campanario ND | 819.83 |
| **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | | | **$6,235.00** |
| In-house Reproduction | 01/10/06 | Copy Center, D | 2.40 |
| In-house Reproduction | 01/13/06 | Copy Center, D | 3.50 |

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 01/13/06 | Copy Center, D | 219.60 |
| In-house Reproduction | 01/20/06 | Copy Center, D | 20.60 |
| In-house Reproduction | 01/22/06 | Copy Center, D | 16.00 |
| In-house Reproduction | 01/24/06 | Copy Center, D | 0.30 |
| In-house Reproduction | 01/24/06 | Copy Center, D | 2.50 |
| In-house Reproduction | 01/27/06 | Copy Center, D | 5.00 |
| In-house Reproduction | 01/27/06 | Copy Center, D | 34.50 |
| In-house Reproduction | 01/31/06 | Copy Center, D | 128.60 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$433.00** |
| Telephone Expense | 01/27/06 | Telecommunications, D | 2.99 |
| Telephone Expense | 01/27/06 | Telecommunications, D | 3.64 |
| Telephone Expense | 01/27/06 | Telecommunications, D | 0.11 |
| Telephone Expense | 01/27/06 | Telecommunications, D | 27.09 |
| Telephone Expense | 01/27/06 | Telecommunications, D | 30.28 |
| Telephone Expense | 01/27/06 | Telecommunications, D | 1.89 |
| | | **TOTAL TELEPHONE EXPENSE** | **$66.00** |
| Non-standard/Outside Reproduction | 12/27/05 | MacDonald N | 35.98 |
| Non-standard/Outside Reproduction | 12/27/05 | MacDonald N | 1.89 |
| Non-standard/Outside Reproduction | 01/17/06 | 24 Seven Discovere, L.L.C. | 2,789.81 |
| Non-standard/Outside Reproduction | 01/18/06 | 24 Seven Discovere, L.L.C. | 1,797.81 |
| Non-standard/Outside Reproduction | 01/30/06 | 24 Seven Discovere, L.L.C. | 2,320.51 |
| | | **TOTAL NON-STANDARD/OUTSIDE REPRODUCTION** | **$6,946.00** |
| Westlaw | 01/06/06 | Guzzardo J | 247.33 |
| Westlaw | 01/06/06 | Fern BM | 49.36 |
| Westlaw | 01/13/06 | Kohut RD | 153.79 |
| Westlaw | 01/30/06 | Kohut RD | 173.52 |
| | | **TOTAL WESTLAW** | **$624.00** |
| Vendor Hosted Teleconferencing | 01/31/06 | Genesys Conferencing | 32.18 |

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 01/31/06 | Teleconferencing Services, LLC | 6.05 |
| Vendor Hosted Teleconferencing | 01/31/06 | Teleconferencing Services, LLC | 4.26 |
| Vendor Hosted Teleconferencing | 01/31/06 | Teleconferencing Services, LLC | 20.76 |
| Vendor Hosted Teleconferencing | 01/31/06 | Teleconferencing Services, LLC | 42.75 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$106.00** |
| Out-of-Town Travel | 01/06/06 | Springer DE | 624.23 |
| Out-of-Town Travel | 01/12/06 | Springer DE | 607.98 |
| Out-of-Town Travel | 01/13/06 | Springer DE | 376.53 |
| Out-of-Town Travel | 01/16/06 | Springer DE | 90.01 |
| Out-of-Town Travel | 01/17/06 | Springer DE | 211.66 |
| Out-of-Town Travel | 01/25/06 | Springer DE | 835.01 |
| Out-of-Town Travel | 01/31/06 | MacDonald N | 50.00 |
| Out-of-Town Travel | 01/31/06 | MacDonald N | 35.00 |
| Out-of-Town Travel | 01/31/06 | Campanario ND | 303.58 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$3,134.00** |
| Messengers/ Courier | 01/19/06 | Dist Serv/Mail/Page, D | 16.54 |
| Messengers/ Courier | 01/19/06 | Dist Serv/Mail/Page, D | 10.38 |
| Messengers/ Courier | 01/27/06 | Dist Serv/Mail/Page, D | 50.70 |
| Messengers/ Courier | 01/27/06 | Dist Serv/Mail/Page, D | 28.30 |
| Messengers/ Courier | 01/27/06 | Dist Serv/Mail/Page, D | 33.38 |
| Messengers/ Courier | 01/31/06 | Dist Serv/Mail/Page, D | 103.66 |
| Messengers/ Courier | 01/31/06 | Dist Serv/Mail/Page, D | 90.70 |
| Messengers/ Courier | 01/31/06 | Dist Serv/Mail/Page, D | 42.12 |
| Messengers/ Courier | 01/31/06 | Dist Serv/Mail/Page, D | 64.79 |
| Messengers/ Courier | 01/31/06 | Dist Serv/Mail/Page, D | 113.39 |
| Messengers/ Courier | 01/31/06 | Dist Serv/Mail/Page, D | 87.46 |
| Messengers/ Courier | 01/31/06 | Dist Serv/Mail/Page, D | 103.66 |
| Messengers/ Courier | 01/31/06 | Dist Serv/Mail/Page, D | 71.27 |
| Messengers/ Courier | 01/31/06 | Dist Serv/Mail/Page, D | 77.74 |
| Messengers/ Courier | 01/31/06 | Dist Serv/Mail/Page, D | 123.11 |
| Messengers/ Courier | 01/31/06 | Dist Serv/Mail/Page, D | 90.70 |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 01/31/06 | Dist Serv/Mail/Page, D | 100.42 |
| Messengers/ Courier | 01/31/06 | Dist Serv/Mail/Page, D | 100.42 |
| Messengers/ Courier | 01/31/06 | Dist Serv/Mail/Page, D | 64.79 |
| Messengers/ Courier | 01/31/06 | Dist Serv/Mail/Page, D | 113.47 |
| | | **TOTAL MESSENGERS/ COURIER** | **$1,487.00** |
| Out-of-Town Meals | 11/30/05 | Springer DE | 35.24 |
| Out-of-Town Meals | 01/03/06 | Springer DE | 44.96 |
| Out-of-Town Meals | 01/03/06 | Springer DE | 3.79 |
| Out-of-Town Meals | 01/04/06 | Springer DE | 44.96 |
| Out-of-Town Meals | 01/04/06 | Springer DE | 23.82 |
| Out-of-Town Meals | 01/11/06 | Springer DE | 67.13 |
| Out-of-Town Meals | 01/11/06 | Springer DE | 89.93 |
| Out-of-Town Meals | 01/13/06 | Springer DE | 44.97 |
| Out-of-Town Meals | 01/16/06 | Springer DE | 19.52 |
| Out-of-Town Meals | 01/23/06 | Springer DE | 13.53 |
| Out-of-Town Meals | 01/23/06 | Springer DE | 44.96 |
| Out-of-Town Meals | 01/24/06 | Springer DE | 41.65 |
| Out-of-Town Meals | 01/24/06 | Springer DE | 44.96 |
| Out-of-Town Meals | 01/24/06 | Springer DE | 21.11 |
| Out-of-Town Meals | 01/25/06 | Springer DE | 35.24 |
| Out-of-Town Meals | 01/31/06 | MacDonald N | 7.48 |
| Out-of-Town Meals | 01/31/06 | MacDonald N | 2.75 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$586.00** |
| Outside Research/Internet Services | 12/31/05 | Pacer Service Center | 35.49 |
| Outside Research/Internet Services | 01/01/06 | LexisNexis Courtlink Inc. | 155.95 |
| Outside Research/Internet Services | 01/06/06 | Pacer Service Center | 2.56 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$194.00** |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| CLR/Disclosure | 12/31/05 | Global Securities | 54.00 |
| | | **TOTAL CLR/DISCLOSURE** | **$54.00** |
| Wireless - Mobile/Cellular/Pager | 12/09/05 | Meisler RE | 8.68 |
| Wireless - Mobile/Cellular/Pager | 01/09/06 | Meisler RE | 1.32 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$10.00** |
| | | **TOTAL MATTER** | **$19,875.00** |

B43E