SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
        In re                           :    Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :    Case No. 05–44481 (RDD)
                                        :
                    Debtors.            :    (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


EXHIBIT D-12
UTILITIES
577.2 HOURS

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                Bill Date: 12/30/05
Utilities                                               Bill Number: 1091378

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| MARAFIOTI KA | 10/18/05 | 0.10 | REVIEW CORRESPONDENCE FROM UTILITIES (0.1). |
| MARAFIOTI KA | 10/25/05 | 0.60 | WORK ON RESOLUTION OF UTILITIES OBJECTIONS (0.6). |
| MARAFIOTI KA | 11/11/05 | 0.30 | DEVELOP STRATEGY RE RESPONSE TO OBJECTIONS (0.3). |
| MARAFIOTI KA | 11/15/05 | 0.10 | REPORT ON UTILITY NEGOTIATIONS (0.1). |
| MARAFIOTI KA | 11/21/05 | 1.50 | CORRESPONDENCE RE UTILITIES (0.2); REVIEW BACKGROUND OF NYPA SUPPLY AGREEMENT AND RELATED APPLICATION (0.5); UPDATE RE STATUS OF UTILITY NEGOTIATIONS (0.8). |
| MARAFIOTI KA | 11/28/05 | 0.10 | TELECONFERENCE FROM M. HALL RE MONROE COUNTY WATER AUTHORITY INQUIRY (0.1). |
|  |  | 2.70 |  |
| **Total Partner** |  | **2.70** |  |
| MATZ TJ | 10/18/05 | 0.50 | TELECONFERENCES WITH COUNSEL TO CONOCO PHILLIPS RE UTILITIES ORDER AND REMOVAL OF CONOCO PHILLIPS (0.5). |
| MATZ TJ | 10/19/05 | 0.20 | FOLLOW UP RE CONOCO PHILLIPS ENTITIES ISSUES (0.2). |
| MATZ TJ | 10/20/05 | 0.30 | WORKING ON UTILITIES ADEQUATE PROTECTION MATTERS (0.3). |
| MATZ TJ | 10/24/05 | 2.20 | REVIEWING AND WORKING ON RESOLUTIONS OF ALL OBJECTIONS TO UTILITIES ORDER AND FOLLOW UP WORK RE SAME (2.2). |
| MATZ TJ | 10/25/05 | 1.30 | CONTINUED REVIEWING AND REVISING OF UTILITIES OBJECTIONS AND RESOLUTIONS THEREOF (1.3). |
| MATZ TJ | 11/02/05 | 0.50 | CONTINUING WORK ON UTILITY MATTERS AND REQUEST FOR ADEQUATE ASSURANCE (0.5). |
| MATZ TJ | 11/10/05 | 3.80 | CONTINUING REVIEW OF ALL UTILITY REQUEST FOR ADEQUATE ASSURANCE, COMPANY'S RESPONSES AND STATUS OF DISPUTES; WORKING ON SAME, POSSIBLE RESOLUTIONS (3.8). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MATZ TJ | 11/11/05 | 4.90 | CONTINUED REVIEW AND REVISE VARIOUS OUTSTANDING OBJECTIONS AND REQUEST FOR ADEQUATE ASSURANCE (1.6); TELECONFERENCES WITH COMPANY RE SBC AND AT&T RE UTILITY CLAIMS AND RECONCILIATIONS (0.6); CORRESPONDENCE RE SAME (1.2); TELECONFERENCES WITH VARIOUS COUNSELORS RE ADEQUATE ASSURANCE NEGOTIATIONS (1.5). |
| MATZ TJ | 11/14/05 | 4.00 | CONTINUING WORK ON VARIOUS UTILITY OBJECTIONS AND ADDRESSING POTENTIAL RESOLUTIONS OF REQUEST FOR ADEQUATE ASSURANCE (2.5); FOLLOW UP CORRESPONDENCE WITH ENTERGY RE AGREEMENT (0.4); PREPARING FORM OF LETTER AGREEMENT AND CORRESPONDENCE WITH SBC COUNSEL RE ADEQUATE PROTECTION OBJECTION/DISCUSSION (0.2); CORRESPONDENCE WITH DELPHI RE RECONCILIATION SBC ACCOUNTS (0.3); REVIEWING AND RESPONDING TO ALAGASCO REQUEST FOR ADEQUATE ASSURANCE (0.6). |
| MATZ TJ | 11/15/05 | 4.40 | TELECONFERENCES AND CORRESPONDENCE WITH SBC AND COMPANY RE OBJECTIONS, REQUEST FOR ADEQUATE ASSURANCE (0.9); TELECONFERENCES WITH V. DAGOSTINO AND COMPANY RE AT&T REQUEST FOR ADEQUATE ASSURANCE (0.8); CORRESPONDENCE ENTERGY REQUEST FOR ADEQUATE ASSURANCE AND SET OFF (0.7); FOLLOW UP WORK RE WITHDRAWAL OF ALL UTILITY OBJECTIONS AND AGREEMENTS RESOLVING SAME (2.0). |
| MATZ TJ | 11/16/05 | 4.90 | CONTINUING WORK ON POSSIBLE RESOLUTION OF VARIOUS R. JOHNSON CLIENTS, AT&T, AND ENTERGY CLAIMS (1.9); FOLLOW-UP CALLS AND CORRESPONDENCE RE SAME (0.9); TELECONFERENCE WITH D. LADDIN RE SBC AS EXPIRING SUPPLY CONTRACT (0.5); CONFERENCE CALL WITH REPRESENTATIVES OF SBC AND DELPHI RE SAME (0.8); FOLLOW UP WORK WITH DELPHI RE SAME (0.8). |
| MATZ TJ | 11/17/05 | 1.60 | CONTINUING WORK ON RESOLUTIONS OF UTILITIES OBJECTIONS (1.0); TELECONFERENCES WITH SBC COMMUNICATIONS RE SAME (0.2); TELECONFERENCES WITH AT&T RE SAME (0.2); FOLLOW UP CORRESPONDENCE R. ENTERGY RESOLUTIONS (0.2). |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MATZ TJ | 11/18/05 | 1.40 | FOLLOW UP CALLS WITH D. LADDIN OF SBC COMMUNICATIONS RE UTILITY CONSENT (0.2); AND FOLLOW UP CALL WITH V. D'AGOSTINO OF AT&T RE UTILITY CONSENT (0.3); CORRESPONDENCE WITH V. D'AGOSTINO RE FORM OF LETTER AGREEMENT (0.2); TELECONFERENCE WITH COMPANY RE OUTSTANDING UTILITY MATTERS, RESOLUTION OF ENTERGY OBJECTION (0.7). |
| MATZ TJ | 11/21/05 | 3.40 | WORKING ON AND CORRESPONDENCE RE EXPANSION POWER CONTRACT MODIFICATION AND IMPLEMENTATION OF SAME (1.6); FINALIZING LETTER AGREEMENT WITH AT&T AND WITHDRAWAL OF OBJECTION (0.4); TELECONFERENCE AND FOLLOW UP CORRESPONDENCE WITH D. LADDIN OF SBC (0.7); REVIEWING AND REVISING ENTERGY MARK UP OF LETTER AGREEMENT RE ADEQUATE ASSURANCE (0.5); REVIEWING NEW REQUEST FOR ADEQUATE ASSURANCE FROM TROUTMAN SANDERS (0.2). |
| MATZ TJ | 11/22/05 | 2.50 | CONTINUING WORK ON RESOLVING AND DOCUMENTING RESOLUTION OF UTILITIES' OBJECTIONS (AT&T, SBC AND ENTERGY) (1.3); WORK ON ADDITIONAL REQUEST FOR ADEQUATE ASSURANCE FROM COLUMBIA GAS OF OHIO (0.2); WORK ON REQUEST FOR ADEQUATE ASSURANCE FROM KOKOMS GAS AND FUEL (0.2); WORK ON REQUEST FOR ADEQUATE ASSURANCE FROM LGF TRADING CO. (0.2); TELECONFERENCE WITH D. POOLE RE AT&T RESOLUTION (0.3); FOLLOW UP RE SAME (0.3). |
| MATZ TJ | 11/23/05 | 0.80 | WORKING ON FINALIZING ENTERGY'S REQUEST FOR ADEQUATE ASSURANCE (0.5); FOLLOW UP TELECONFERENCE RE AT&T RESOLUTION (0.3). |
| MATZ TJ | 11/26/05 | 0.90 | CORRESPONDENCE RE RESOLUTION OF UTILITIES DEPOSIT CLAIMS (0.3); FOLLOW UP WORK RE PAYMENT OF DEPOSITS (0.3); TELECONFERENCE WITH D. LADDIN RE SBC EXPIRING CONTRACTS (0.3). |
| MATZ TJ | 11/30/05 | 1.40 | CORRESPONDENCE AND CALLS WITH D. LADDIN RE SBC CONTRACT RENEWAL (0.6); CORRESPONDENCE AND CALLS R. REYES RE SBC CONTRACT RENEWAL (0.5); WORK ON ADDITIONAL REQUEST FOR ADEQUATE ASSURANCE (0.3). |
| | | 39.00 | |
| **Total Counsel** | | **39.00** | |
| DE ELIZALDE D | 10/18/05 | 1.50 | REVIEWED NIAGARA LETTER AGREEMENT; DRAFTED STIPULATION (1.5). |

B43F

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| DE ELIZALDE D | 10/19/05 | 4.40 | ANALYSIS RE NIAGARA MOHAWK CLAIM, LETTER AGREEMENT AND ASSUMPTION OF SUCH CONTRACT (1.5); DRAFTED STIPULATION BETWEEN DELPHI AND NIAGARA MOHAWK (2.9). |
| DE ELIZALDE D | 10/24/05 | 0.70 | REVIEWED AND REVISED TERM SHEET RE NIAGARA MOHAWK'S REQUEST FOR ADEQUATE ASSURANCE (0.7). |
| DE ELIZALDE D | 10/25/05 | 3.70 | RESEARCH RE UTILITIES' RIGHT FOR ADEQUATE ASSURANCE (3.7). |
| DE ELIZALDE D | 11/09/05 | 0.40 | SUPERVISED FILING AND SERVICE OF MOTION TO ASSUME RE NIMO (0.4). |
| | | **10.70** | |
| MEISLER RE | 10/19/05 | 0.30 | TELECONFERENCE WITH B. KAPLAN RE UTILITIES (0.3). |
| MEISLER RE | 10/21/05 | 0.90 | ATTENTION TO UTILITY MATTERS (0.6); ATTENTION TO CONOCO PHILLIPS DISPUTE (0.3). |
| MEISLER RE | 10/25/05 | 2.40 | CONFERENCES WITH G. NOVOD RE EDS AND REMOVAL OF SAME FROM UTILITIES MOTION (0.7); TELECONFERENCES WITH D. LADDIN RE SBC (0.9); TELECONFERENCES WITH CONSORTIUM OF UTILITIES RE OBJECTIONS TO UTILITY MOTION (0.5); REVIEW AND REVISE ORDER RE SAME (0.3). |
| MEISLER RE | 10/26/05 | 0.40 | REVIEW OF ISSUES RE UTILITIES (0.2); TELECONFERENCE WITH D. LADDIN RE SAME (0.2). |
| MEISLER RE | 10/31/05 | 0.50 | REVIEW CE CONTRACT CORRESPONDENCE (0.2); ATTENTION TO OBJECTING UTILITIES (0.3). |
| MEISLER RE | 11/01/05 | 1.70 | TELECONFERENCE WITH D. POOLE, M. HESTER, B. KAPLAN RE UTILITIES ISSUES (1.4); ATTENTION TO SAME (0.3). |
| MEISLER RE | 11/07/05 | 0.50 | ATTENTION TO OBJECTING UTILITIES (0.5). |
| MEISLER RE | 11/11/05 | 0.20 | TELECONFERENCE WITH K. CRAFT RE VERIZON (0.2). |
| MEISLER RE | 11/21/05 | 0.70 | TELECONFERENCES WITH V. ZIEGLER RE RESOLUTION OF UTILITIES OBJECTION (0.2); WORK ON SAME (0.5). |
| | | **7.60** | |
| TOUSSI S | 10/17/05 | 0.80 | FOLLOW-UP ISSUES RE VARIOUS UTILITY REQUESTS FOR ADEQUATE ASSURANCE (0.5); FOLLOW UP WITH NIAGRA MOHAWK RE ASSIGNMENT OF ULTRA TOOL'S UTILITY CONTRACT (0.3). |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| TOUSSI S | 10/18/05 | 0.70 | ADDRESS ISSUES RE NIAGRA MOHAWK AND OTHER UTILITY ISSUES (0.7). |
| TOUSSI S | 10/19/05 | 0.60 | EDIT AND REVISE NIAGRA STIPULATION (0.6). |
| TOUSSI S | 10/20/05 | 0.70 | FOLLOW-UP ISSUES WITH NIAGRA POWER, EDIT AND REVISE STIPULATION (0.7). |
| TOUSSI S | 10/21/05 | 0.70 | ADDRESS VARIOUS UTILITY ISSUES (0.3); EDIT AND REVISE PROPOSED TERM SHEET/STIPULATION (0.4). |
| TOUSSI S | 10/25/05 | 3.00 | REVIEW UTILITY ORDER AND OBJECTIONS (1.0); REVIEW CASE LAW RE ADEQUATE PROTECTION FOR UTILITIES IN THE SDNY (0.5); NEGOTIATE UTILITY OBJECTIONS WITH VARIOUS UTILITY COMPANIES (SBC, ETENERGY, AND AT&T) (1.5). |
| TOUSSI S | 11/10/05 | 0.70 | FOLLOW-UP ISSUES RE RECENTLY FILED CEC MOTION TO ASSUME UTILITY CONTRACTS (0.7). |
| | | 7.20 | |
| ZIEGLER VE | 10/18/05 | 3.10 | WORK ON UTILITY ISSUES AND NIAGRA MOHAWK SETTLEMENT (3.1). |
| ZIEGLER VE | 10/20/05 | 8.40 | REVIEW STIPULATION WITH NIAGARA MOHAWK POWER CORPORATION (1.0); TELECONFERENCES WITH RESPECT TO ADEQUATE ASSURANCE REQUESTS (6.3); VARIOUS TELECONFERENCES AND EMAIL CORRESPONDENCE WITH DELPHI RE PEPCO AND OTHER UTILITY PROVIDERS (1.1). |
| ZIEGLER VE | 10/21/05 | 7.30 | REVIEW AND REVISE TERM SHEET (1.9); WORK ON CONOCO PHILLIPS ORAL OBJECTION AS A UTILITY (1.1); EMAIL CORRESPONDENCE WITH D. POOLE RE SAME AND GEORGIA POWER (0.5); EMAIL CORRESPONDENCE WITH P. PRUITT RE SAME (0.8); WORK ON REQUEST FOR ADEQUATE ASSURANCE OF GEORGIA PACIFIC (2.1); TELECONFERENCE WITH C. TURNER RE SAME (0.9). |
| ZIEGLER VE | 10/24/05 | 17.50 | WORK ON REQUESTS FOR ADEQUATE ASSURANCE BY VARIOUS INFORMALLY OBJECTING PARTIES (4.3); EMAIL CORRESPONDENCE AND TELECONFERENCES WITH G. NOVODN (EDS), M. POKRASSA (FTI), C. HOSHALL (PEPCO), P. PREWITT (CONOCO), D. POOLE, RE UTILITY DISPUTES (5.6); REVIEW FORMAL OBJECTIONS TO UTILITY MOTION (3.4); PREPARE SUMMARY CHART RE SAME (2.1); RESEARCH RE FORWARD CONTRACT MERCHANT AND UTILITY (2.1). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| ZIEGLER VE | 10/25/05 | 16.80 | VARIOUS TELECONFERENCES WITH DELPHI RE UTILITY PROVIDERS INFORMATION (3.4); REVIEW EXHIBITS AND INFORMATION PROVIDED FROM COMPANY (2.4); VARIOUS TELECONFERENCES WITH UTILITY COMPANIES OBJECTING TO THE UTILITY MOTION (4.5); WORK ON RESEARCH RE FORWARD CONTRACT AND UTILITY PROVIDERS (2.2); WORK ON REPLY TO OBJECTION (2.2); REVIEW OBJECTIONS (2.1). |
| ZIEGLER VE | 10/26/05 | 8.80 | WORK ON RESOLUTIONS OF UTILITY OBJECTIONS AND VARIOUS CALLS WITH UTILITY PROVIDERS (4.3); DRAFT RESPONSE TO UTILITY OBJECTIONS (4.5). |
| ZIEGLER VE | 10/27/05 | 3.10 | REVISE UTILITY EXHIBIT AND ORDER AND DISTRIBUTE TO COURT (3.1). |
| ZIEGLER VE | 10/28/05 | 3.90 | FOLLOW UP CALLS WITH UTILITY PROVIDERS (1.6); UPDATE UTILITY EXHIBIT (1.1); REVISE OBJECTION CHART (1.2). |
| ZIEGLER VE | 10/31/05 | 7.30 | WORK ON VARIOUS UTILITY REQUESTS FOR ADEQUATE ASSURANCE (3.2); VARIOUS TELECONFERENCES WITH UTILITY PROVIDERS (1.2); REVISE CHART AND EXHIBITS PROVIDED BY DELPHI (2.9). |
| ZIEGLER VE | 11/01/05 | 11.90 | TELECONFERENCE WITH D. POOLE AND M. HESTER RE UTILITY PROVIDERS REQUESTS FOR ADEQUATE ASSURANCE (1.5) REVIEW VARIOUS REQUESTS FOR ADEQUATE ASSURANCE (2.2); WORK RE SAME (4.3); PREPARE CHART SUMMARIES RE OBJECTIONS TO UTILITY MOTION AND DATA COLLECTED FROM CLIENT (2.4); EMAIL CORRESPONDENCE WITH R. REYES AND A. MACRINO RE AT&T'S AND SBC'S REQUESTS FOR ADEQUATE ASSURANCE (1.5). |
| ZIEGLER VE | 11/02/05 | 8.80 | TELECONFERENCES WITH UTILITIES (1.7); VARIOUS TELECONFERENCES WITH D. POOL RE UTILITY REQUESTS (1.8); VARIOUS TELECONFERENCES AND EMAIL CORRESPONDENCE WITH UTILITY COMPANIES RE LETTER AGREEMENTS AND SETTLEMENTS (2.3); WORK ON SAME (3.0). |
| ZIEGLER VE | 11/03/05 | 6.20 | WORK ON RESOLVING OBJECTING UTILITIES REQUESTS (3.7); TELECONFERENCES WITH VARIOUS UTILITY COMPANIES (1.9); EMAIL CORRESPONDENCE WITH ENTERGY MISSISSIPPI RE ADEQUATE ASSURANCE (0.6). |
| ZIEGLER VE | 11/04/05 | 6.20 | VARIOUS CALLS AND EMAIL CORRESPONDENCE WITH UTILITY COMPANIES RE LETTER AGREEMENTS AND SETTLEMENTS (4.1); WORK ON SAME (2.1). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| ZIEGLER VE | 11/07/05 | 2.60 | TELECONFERENCES WITH VARIOUS UTILITY COMPANIES (1.9); EMAIL CORRESPONDENCE WITH ENTERGY MISSISSIPPI RE ADEQUATE ASSURANCE (0.7). |
| ZIEGLER VE | 11/08/05 | 5.50 | WORK ON RESOLVING OBJECTING UTILITIES REQUESTS (3.7); EMAIL CORRESPONDENCE WITH CLIENT RE CHARTS AND AGREEMENTS WITH NIAGARA MOHAWK (1.8). |
| ZIEGLER VE | 11/09/05 | 7.00 | VARIOUS TELECONFERENCES WITH D. POOL RE UTILITY REQUESTS (1.5); VARIOUS TELECONFERENCES AND EMAIL CORRESPONDENCE WITH UTILITY COMPANIES RE LETTER AGREEMENTS AND SETTLEMENTS (2.1); WORK ON SAME (3.4). |
| ZIEGLER VE | 11/10/05 | 5.50 | VARIOUS TELECONFERENCES AND EMAIL CORRESPONDENCE WITH UTILITY COMPANIES RE LETTER AGREEMENTS AND SETTLEMENTS (2.1); WORK ON SAME (3.4). |
| ZIEGLER VE | 11/11/05 | 6.20 | VARIOUS TELECONFERENCES AND EMAIL CORRESPONDENCE WITH UTILITY COMPANIES RE LETTER AGREEMENTS AND SETTLEMENTS (4.1); WORK ON SAME (2.1). |
| ZIEGLER VE | 11/14/05 | 10.80 | WORK ON SUPPLEMENTAL EXHIBIT TO UTILITY ORDER (1.5); WORK ON REQUESTS FOR ADEQUATE ASSURANCE (3.1); TELECONFERENCES AND EMAIL CORRESPONDENCE WITH UTILITY COMPANIES RE LETTER AGREEMENTS AND SETTLEMENTS (4.1); WORK ON SAME (2.1). |
| ZIEGLER VE | 11/15/05 | 7.40 | WORK ON LETTER AGREEMENTS WITH UTILITY COMPANIES (3.6) EMAIL CORRESPONDENCE AND VARIOUS CALLS RE SAME (1.6); REVIEW AND FOLLOW UP ON REQUESTS FOR ADEQUATE ASSURANCE (1.1); RESEARCH RE ORDINARY COURSE OF BUSINESS TRANSACTION AND MODIFICATION OF A CONTRACT (1.1). |
| ZIEGLER VE | 11/16/05 | 9.30 | WORK ON REQUESTS FOR ADEQUATE ASSURANCE (3.1); VARIOUS TELECONFERENCES AND EMAIL CORRESPONDENCE WITH UTILITY COMPANIES RE LETTER AGREEMENTS AND SETTLEMENTS (4.1); WORK ON SAME (2.1). |
| ZIEGLER VE | 11/17/05 | 10.30 | VARIOUS TELECONFERENCES WITH D. LADIN RE SBC 'S REQUESTS FRO ADEQUATE ASSURANCE AND ASSUMPTION OF CONTRACTS (2.1); VARIOUS TELECONFERENCES AND EMAIL CORRESPONDENCE WITH OTHER OBJECTING UTILITIES AND DELPHI RE SETTLEMENT AND LETTER AGREEMENTS (4.1); DRAFTED LETTER AGREEMENTS AND RESPONSES (4.1). |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| ZIEGLER VE | 11/18/05 | 4.40 | WORK ON VARIOUS LETTER AGREEMENTS WITH UTILITY COMPANIES (3.1); VARIOUS TELECONFERENCES WITH DELPHI AND UTILITIES RE SAME (1.3). |
| ZIEGLER VE | 11/21/05 | 7.40 | WORK ON LETTER AGREEMENTS WITH UTILITY COMPANIES (3.6) EMAIL CORRESPONDENCE AND VARIOUS TELECONFERENCES RE SAME (1.6); REVIEW AND FOLLOW UP ON REQUESTS FOR ADEQUATE ASSURANCE (1.1); RESEARCH RE ORDINARY COURSE OF BUSINESS TRANSACTION AND MODIFICATION OF A CONTRACT (1.1). |
| ZIEGLER VE | 11/22/05 | 7.30 | VARIOUS CALLS WITH E. SCHNABEL AND V. D'AGOSTINO RE ENTERGY'S AND AT&T'S REQUESTS FOR ADEQUATE ASSURANCE; REVISE LETTER AGREEMENT RE SAME; EMAIL CORRESPONDENCE AND TELECONFERENCES WITH D. POOL AND M. HALL RE VARIOUS REQUESTS FOR ADEQUATE ASSURANCE (7.3). |
| ZIEGLER VE | 11/23/05 | 6.90 | REVISE LETTER AGREEMENTS WITH UTILITY COMPANIES (3.8); VARIOUS TELECONFERENCES RE SAME (3.1). |
| ZIEGLER VE | 11/28/05 | 8.20 | WORK ON UTILITIES REQUESTS FOR ADEQUATE ASSURANCE (2.7); REVISE LETTER AGREEMENTS (2.7); TELECONFERENCE WITH M. HALL RE CLEAR WATER ENTERPRISE (0.3); EMAIL CORRESPONDENCE RE SAME (0.3); TELECONFERENCE AND EMAIL CORRESPONDENCE WITH M. HALL RE MONROE WATER COMPANY (0.6); REVISE SUPPLEMENTAL EXHIBIT (1.1); EMAIL CORRESPONDENCE RE SAME (0.5). |
| ZIEGLER VE | 11/29/05 | 4.30 | REVIEW AND DRAFT RESPONSE TO CENTERPOINT ENERGY'S REQUEST FOR ADEQUATE ASSURANCE (2.5); WORK ON UTILITY SUPPLEMENT EXHIBIT (0.7); RESPOND TO REQUEST FOR ADEQUATE ASSURANCE BY CLEAR WATER ENTERPRISE (1.1). |
| ZIEGLER VE | 11/30/05 | 7.00 | RESEARCH AND DRAFT EMAIL RE CENTERPOINT ENERGY'S REQUEST FOR ADEQUATE ASSURANCE (3.1); WORK ON SUPPLEMENTAL EXHIBIT TO UTILITY ORDER (1.1); VARIOUS TELECONFERENCES WITH M. HALL RE SIGNATURE PAGES (1.0); REVISE LETTER AGREEMENTS (1.8). |
| | | 219.40 | |
| **Total Associate** | | 244.90 | |
| **TOTAL TIME** | | **286.60** | |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Utilities**

**Bill Date: 12/30/05**
**Bill Number: 1091378**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 11/11/05 | Copy Center, D | 0.17 |
| In-house Reproduction | 11/15/05 | Copy Center, D | 0.67 |
| In-house Reproduction | 11/29/05 | Copy Center, D | 0.16 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1.00** |
| Telephone Expense | 10/28/05 | Telecommunications, D | 0.85 |
| Telephone Expense | 10/28/05 | Telecommunications, D | 1.40 |
| Telephone Expense | 10/28/05 | Telecommunications, D | 0.23 |
| Telephone Expense | 11/23/05 | Telecommunications, D | 4.31 |
| Telephone Expense | 11/23/05 | Telecommunications, D | 7.13 |
| Telephone Expense | 11/23/05 | Telecommunications, D | 1.03 |
| Telephone Expense | 11/23/05 | Telecommunications, D | 0.05 |
| | | **TOTAL TELEPHONE EXPENSE** | **$15.00** |
| Lexis/Nexis | 10/25/05 | De Elizalde D | 10.00 |
| | | **TOTAL LEXIS/NEXIS** | **$10.00** |
| Westlaw | 10/21/05 | Ziegler VE | 18.09 |
| Westlaw | 10/24/05 | Ziegler VE | 581.90 |
| Westlaw | 11/03/05 | Ziegler VE | 334.28 |
| Westlaw | 11/10/05 | Ziegler VE | 475.73 |
| | | **TOTAL WESTLAW** | **$1,410.00** |
| | | **TOTAL MATTER** | **$1,436.00** |

B43B

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 01/31/06
Utilities                                                   Bill Number: 1092991

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| MATZ TJ | 12/01/05 | 1.20 | WORKING AND FINALIZING SUPPLEMENT TO UTILITIES ORDER (0.4); TELECONFERENCES AND CORRESPONDENCE WITH FTI CONSULTING RE SAME (0.4); FOLLOW-UP RE AT&T WITHDRAWAL OF OBJECTION (0.2); REVIEWING AND DISTRIBUTE TO CHAMBERS BLACKLINE OF CONSUMERS ENERGY ORDER (0.2). |
| MATZ TJ | 12/04/05 | 0.40 | REVIEWING AND UPDATING UTILITIES CHART, DEPOSIT REQUIREMENTS STATUS (0.4). |
| MATZ TJ | 12/05/05 | 1.30 | TELECONFERENCES AND CORRESPONDENCE WITH D. POOLE RE ENTERGY AGREEMENT AND DEPOSIT REQUIREMENTS (0.4); FOLLOW-UP WORK TO CONFIRM ALL DEPOSIT ARRANGEMENTS, MECHANICS FOR D. POOLE (0.6); TELECONFERENCE AND CORRESPONDENCE WITH R. REYES ON SBC COMMUNICATIONS RESOLUTIONS (0.3). |
| MATZ TJ | 12/06/05 | 1.60 | TELECONFERENCES WITH D. POOLE RE SETTLEMENT OF UTILITY DEPOSITS (0.4); TELECONFERENCES WITH R. REYES RE SETTLEMENT OF UTILITY DEPOSITS (0.2); CORRESPONDENCE RE SAME (0.4); TELECONFERENCE WITH A. MACRINS, R. REYES RE SBC COMMUNICATIONS CONTRACT MATTERS (0.6). |
| MATZ TJ | 12/07/05 | 0.50 | TELECONFERENCES WITH D. POOLE AND M. HESTER RE ADEQUATE ASSURANCE REQUEST (0.5). |
| MATZ TJ | 12/08/05 | 1.60 | TELECONFERENCE WITH D. LADDIN, SBC AND A. MACRINO RE SBC ADEQUATE ASSURANCE REQUEST AND EXTENSION OF CONTRACTS THROUGH 2006 (0.6); TELECONFERENCES WITH D. LADDIN RE SAME (0.8); FOLLOW UP CALL WITH A. MACRINO RE SAME (0.2). |
| MATZ TJ | 12/12/05 | 0.30 | FOLLOW UP CALL WITH R. REYES RE SBC OBJECTION RESOLUTION (0.3). |
| MATZ TJ | 12/13/05 | 1.40 | CORRESPONDENCE AND CALLS WITH A. MARCINO, R. REYES RE SBC LETTER AGREEMENT, DEPOSIT (0.5); REVIEW AND REVISE SBC LETTER AGREEMENT (0.4); TELECONFERENCES WITH VARIOUS UTILITIES RE ADEQUATE ASSURANCE REQUEST (0.5). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MATZ TJ | 12/14/05 | 1.30 | CONTINUING WORK ON FINALIZING LETTER AGREEMENT WITH SBC COMMUNICATIONS (0.4); WORK ON ADDITIONAL REQUEST FOR ADEQUATE ASSURANCE AND TELECONFERENCES WITH COMPANY RE SAME (0.9). |
| MATZ TJ | 12/16/05 | 1.00 | TELECONFERENCES D. POOLE RE VARIOUS SECURITY DEPOSITS (0.4); FOLLOW UP CORRESPONDENCE WITH J. SHEEHAN & M. HESTER RE SAME (0.4); FOLLOW UP WITH A. MACRINO RE SBC SETTLEMENT (0.2). |
| MATZ TJ | 12/19/05 | 0.90 | CORRESPONDENCE AND WORK ON ADDITIONAL REQUEST FOR ADEQUATE ASSURANCE (0.6); FOLLOW UP RE STATUS OF SBC CLAIM AND ALL DEPOSITS (0.3). |
| MATZ TJ | 12/20/05 | 0.60 | CORRESPONDENCE WITH SBC COUNSEL RE ADEQUATE ASSURANCE SETTLEMENT (0.3); FOLLOW UP WORK RE ADDITIONAL UTILITIES REQUEST (0.3). |
| MATZ TJ | 12/21/05 | 0.40 | REVIEW AND REVISE FINAL LETTER AGREEMENT WITH SBC (0.2); FOLLOW UP RE SAME (0.2). |
| | | **12:50** | |
| **Total Counsel** | | **12.50** | |
| DE ELIZALDE D | 12/06/05 | 1.50 | ANALYSIS RE EDISON'S CLAIM (1.5). |
| DE ELIZALDE D | 12/08/05 | 1.20 | ANALYSIS OF CNE CLAIM FOR ADEQUATE ASSURANCE (1.2). |
| DE ELIZALDE D | 12/13/05 | 2.90 | ANALYSIS OF KOKOMO AND DUKE ENERGY'S REQUEST FOR ADEQUATE ASSURANCE (2.9). |
| DE ELIZALDE D | 12/14/05 | 1.50 | ANALYSIS OF REQUEST OF ADEQUATE ASSURANCE BY KOKOMO AND DUKE ENERGY (1.5). |
| | | **7.10** | |
| TOUSSI S | 12/12/05 | 1.40 | ADDRESS ISSUES RE VARIOUS OUTSTANDING UTILITY ISSUES (0.5); ADDRESS SETOFF REQUEST BY ENTERGY (0.4), RESEARCH ISSUES RE SAME (0.5). |
| TOUSSI S | 12/14/05 | 1.30 | REVIEW SETTLEMENT AGREEMENT (0.3), FURTHER RESEARCH ON UTILITY SETOFF RIGHTS OF UTILITY (0.5); PREPARE CORRESPONDENCE AND SETTLEMENT PROPOSAL RE ENTERGY (0.5). |
| TOUSSI S | 12/15/05 | 1.80 | ADDRESS OUTSTANDING UTILITY ISSUES (0.7); RESEARCH ISSUES RE APPLICATION OF DEPOSITS (0.5); TELECONFERENCE WITH ENTERGY TO DISCUSS SETTLEMENT (0.6). |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| TOUSSI S | 12/16/05 | 1.10 | ADDRESS UTILITY SETOFF ISSUES RE ENTERGY (0.4); RESEARCH 553(A)(3) SETOFF DEFENSES RE 8/15 DEPOSIT (0.5); FOLLOW UP WITH D. POOLE RE POTENTIAL DEFENSE TO ENTERGY'S SETOFF REQUEST (0.2). |
| TOUSSI S | 12/21/05 | 0.90 | ADDRESS UTILITY ISSUES RE CONSTELLATION AND ENTERGY (0.5); FOLLOW UP WITH CLIENT AND REVIEW POTENTIAL DEFENSES (0.4). |
| | | **6.50** | |
| ZALTZMAN H* | 12/09/05 | 2.10 | COMPLETE SETTLEMENT LETTER TO SBC BASED ON TERMS REACHED WITH AT&T (2.1). |
| ZALTZMAN H* | 12/13/05 | 0.40 | DRAFTING/EDITING ON SBC SETTLEMENT LETTER (0.4). |
| | | **2.50** | |
| ZIEGLER VE | 12/01/05 | 7.80 | DRAFT LETTER RESPONSES TO REQUESTS FOR ADEQUATE ASSURANCE (3.1); PREPARE STATUS CHARTS OF LETTER AGREEMENTS AND INFORMAL OBJECTIONS FILED BY UTILITY COMPANIES (3.3); VARIOUS TELECONFERENCES WITH D. POOLE RE OUTSTANDING UTILITY ISSUES (1.4). |
| ZIEGLER VE | 12/02/05 | 7.20 | RESEARCH AND DRAFT EMAIL RE CENTERPOINT ENERGY'S REQUEST FOR ADEQUATE ASSURANCE (2.5); WORK ON SUPPLEMENTAL EXHIBIT TO UTILITY ORDER (1.3); VARIOUS TELECONFERENCES WITH M. HALL RE SIGNATURE PAGES (1.3); REVISE LETTER AGREEMENTS (2.1). |
| ZIEGLER VE | 12/19/05 | 4.60 | WORK ON ENTERGY'S OBJECTION (2.1); VARIOUS TELECONFERENCES WITH N. BERGER RE SAME (0.4); REVIEW AND REVISE UTILITY PAYMENT AND ADEQUATE ASSURANCE REQUESTS CHARTS (1.1); FOLLOW UP ON DEPOSIT PAYMENTS (0.5); TELECONFERENCE WITH D. POOLE RE OUTSTANDING MATTERS (0.5). |
| ZIEGLER VE | 12/20/05 | 8.50 | WORK ON CONSTELLATION ENERGY'S SET OFF REQUEST (1.4); VARIOUS TELECONFERENCES WITH D. POOLE RE SAME (1.2); WORK ON SBC LETTER AGREEMENT (1.1); VARIOUS TELECONFERENCES WITH D. LADDIN RE SAME (0.8); VARIOUS TELECONFERENCES WITH A. MARCHINO RE SAME (0.8); REVIEW AND RESEARCH DUKE ENTERGY'S REQUEST FOR ADEQUATE ASSURANCE (2.1); FOLLOW UP WITH M. HALL AND D. POOLE RE SAME (1.1). |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| ZIEGLER VE | 12/21/05 | 9.10 | WORK ON NYPA'S REQUEST TO CURE DEFAULTS UNDER POWER CONTRACTS WITH NIAGARA MOHAWK (2.3); VARIOUS TELECONFERENCES WITH M. ZARNOSKY RE SAME (1.4); WORK ON SBC LETTER AGREEMENT (1.3); VARIOUS TELECONFERENCES WITH D. LADDIN RE SAME (0.8); VARIOUS TELECONFERENCES WITH D. VANSICKLE RE SAME (0.9); REVIEW AND RESEARCH DUKE ENTERGY'S REQUEST FOR ADEQUATE ASSURANCE (2.4). |
| --- | --- | --- | --- |
| ZIEGLER VE | 12/22/05 | 4.40 | EMAIL CORRESPONDENCE AND CALLS WITH E. RAY AND M. FISK RE ADEQUATE ASSURANCE REQUESTS (2.1); FOLLOW UP WITH M. HALL ON VARIOUS UTILITY MATTERS (1.2); TELECONFERENCES WITH TALLY WIENER RE PEPCO'S REQUEST FOR SETOFF (1.1). |
| ZIEGLER VE | 12/27/05 | 3.50 | WORK ON ENTERGY'S OBJECTION (2.0) VARIOUS TELECONFERENCES WITH N. BERGER RE SAME (0.4); REVIEW AND REVISE UTILITY PAYMENT AND ADEQUATE ASSURANCE REQUESTS CHARTS (1.1). |
| ZIEGLER VE | 12/28/05 | 6.50 | WORK ON NYPA'S REQUEST TO CURE DEFAULTS UNDER POWER CONTRACTS WITH NIAGARA MOHAWK (4.1); VARIOUS TELECONFERENCES WITH M. ZARNOSKY RE SAME (1.2); EMAIL CORRESPONDENCE WITH P. ZISSER RE SAME (1.2). |
| ZIEGLER VE | 12/29/05 | 1.10 | REVIEW SOUTHERN CALIFORNIA EDISON'S REQUEST FOR ADEQUATE ASSURANCE (1.1). |
| ZIEGLER VE | 12/30/05 | 5.60 | WORK ON PROFFERS AND SCRIPTS RE NIAGARA MOHAWK; LEASE PROCEDURES AND LEASE REJECTION MOTIONS (4.5); REVIEW SOUTHERN CALIFORNIA EDISON'S REQUEST FOR ADEQUATE ASSURANCE (1.1). |
| | | 58.30 | |

Total Associate/Law Clerk        74.40

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| SALAZAR AG | 12/01/05 | 0.70 | PREPARE AND ELECTRONICALLY FILE SUPPLEMENTAL EXHIBIT TO UTILITIES ORDER AND COORDINATE SERVICE (0.7). |
| SALAZAR AG | 12/02/05 | 0.50 | CIRCULATE NOTICE OF WAIVER FOR UTILITY OBJECTIONS AND SEND TO CLIENT AND DISTRIBUTE INTERNALLY WITH INSTRUCTIONS FOR PAYMENT (0.5). |
| SALAZAR AG | 12/06/05 | 0.50 | GATHER SIGNATURE PAGES RE UTILITIES SETTLEMENTS TO SEND TO CLIENT (0.5). |
| SALAZAR AG | 12/07/05 | 0.10 | REVISE CHART ON UTILITY SETTLEMENTS (0.1). |
| SALAZAR AG | 12/19/05 | 0.30 | REVIEW STATUS OF UTILITY PAYMENTS (0.3). |
| | | 2.10 | |
| **Total Legal Assistant** | | 2.10 | |
| **TOTAL TIME** | | **89.00** | |

\* Law clerks are law school graduates who are not presently admitted to practice.

B43E

### SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                          Bill Date: 01/31/06
Utilities                                         Bill Number: 1092991

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 12/02/05 | Copy Center, D | 1.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1.00** |
| Telephone Expense | 12/29/05 | Telecommunications, D | 1.21 |
| Telephone Expense | 12/29/05 | Telecommunications, D | 0.14 |
| Telephone Expense | 12/29/05 | Telecommunications, D | 0.65 |
| | | **TOTAL TELEPHONE EXPENSE** | **$2.00** |
| Messengers/ Courier | 12/19/05 | Dist Serv/Mail/Page, D | 6.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$6.00** |
| | | **TOTAL MATTER** | **$9.00** |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                          Bill Date: 02/28/06
Utilities                                                        Bill Number: 1108418

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| MARAFIOTI KA | 01/25/06 | 1.00 | CORRESPONDENCE RE UTILITIES (0.3); DEVELOP STRATEGY RE OBJECTIONS RAISED BY UTILITIES AND REQUESTS FOR ADEQUATE ASSURANCE (0.7). |
| MARAFIOTI KA | 01/26/06 | 0.60 | CORRESPONDENCE RE SOUTHERN CALIFORNIA EDISON (0.6). |
| MARAFIOTI KA | 01/31/06 | 0.50 | REVIEWED AND REVISED NOTICE OF DECISION TO ENTER INTO POWER SERVICE CONTRACT WITH CONSUMERS ENERGY AND RELATED CORRESPONDENCE (0.2); STUDY ISSUES RE LOCKPORT/NYSEG TRANSACTION (0.3). |
|  |  | **2.10** |  |
| **Total Partner** |  | **2.10** |  |
| MATZ TJ | 01/06/06 | 1.60 | REVIEWING RESPONSES TO 2 ADEQUATE ASSURANCE REQUEST (0.4); REVIEW AND WORK ON FACTS AND RESPONSE RE SOUTHERN CALIFORNIA EDISON AND UNITED POWERS REQUEST FOR ADEQUATE ASSURANCE (1.2). |
| MATZ TJ | 01/09/06 | 0.60 | CONTINUING WORK ON SOUTHERN CALIFORNIA EDISON AND UNITED POWER REQUEST FOR ADEQUATE ASSURANCE (0.6). |
| MATZ TJ | 01/11/06 | 0.80 | FOLLOW UP WORK RE ADDITIONAL REQUEST FOR ADEQUATE ASSURANCE (0.6); CORRESPONDENCE RE SAME (0.2). |
| MATZ TJ | 01/12/06 | 0.60 | WORK ON ADEQUATE ASSURANCE REQUEST (0.4); FOLLOW UP CORRESPONDENCE RE SAME (0.2). |
| MATZ TJ | 01/16/06 | 0.50 | WORK ON RESOLUTION OF LOCKOUT REQUEST (0.3); RESOLUTION OF ADDITIONAL REQUEST FOR ADEQUATE ASSURANCE (0.2). |
| MATZ TJ | 01/17/06 | 0.80 | CONTINUING WORK ON LOCKPORT FACILITY AMENDMENTS TO POWER SUPPLY AGREEMENTS WITH TWO SUPPLIERS (0.6); FOLLOW UP CORRESPONDENCE RE SAME (0.2). |
| MATZ TJ | 01/18/06 | 1.00 | FOLLOW UP WORK RE NIAGARA MOHAWK (0.4); CORRESPONDENCE RE LOCKPORT ELECTRICITY CONTRACT (0.2); FOLLOW UP WORK RE SAME AND GEORGIA POWER (0.4). |
| MATZ TJ | 01/19/06 | 0.60 | CONTINUING WORK RE ADEQUATE ASSURANCE MATTERS IN GEORGIA POWER AND RESOLUTION THEREOF (0.4) AND POSSIBLE COURT APPLICATION RE DISPUTE (0.2). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MATZ TJ | 01/23/06 | 1.20 | CONTINUING WORK ON REQUESTS FOR ADEQUATE ASSURANCE, INCLUDING OBJECTION TO SOUTHERN CALIFORNIA EDISON MOTION TO VACATE (0.8); STATUS OF VARIOUS CLAIMS (0.4). |
| MATZ TJ | 01/24/06 | 1.20 | WORK ON MATTERS RE OBJECTION TO SOUTHERN CALIFORNIA EDISON MOTION TO VACATE (1.2). |
| MATZ TJ | 01/25/06 | 0.80 | CONTINUING WORK ON SOUTHERN CALIFORNIA EDISON MOTION TO VACATE AND RESPONSE (0.8). |
| MATZ TJ | 01/26/06 | 1.00 | CONTINUING WORK ON SOUTHERN CALIFORNIA EDISON MOTION TO VACATE/ADEQUATE ASSURANCE REQUEST (0.8); CORRESPONDENCE RE SAME (0.2). |
| MATZ TJ | 01/27/06 | 0.70 | FURTHER CORRESPONDENCE AND WORK RE RESOLUTION OF SOUTHERN CALIFORNIA EDISON MOTION TO VACATE AND REQUEST FOR ADEQUATE ASSURANCE (0.5); CORRESPONDENCE RE CONSUMERS ENERGY CONTRACT ASSUMPTION (0.2). |
| MATZ TJ | 01/30/06 | 0.50 | CONTINUING WORK ON SOUTHERN CALIFORNIA EDISON'S REQUEST FOR ADEQUATE ASSURANCE (0.2); CONTINUING WORK ON GEORGIA POWER'S REQUEST FOR ADEQUATE ASSURANCE (0.1); CONTINUING WORK ON ALABAMA POWER'S REQUEST FOR ADEQUATE ASSURANCE (0.1); CONTINUING WORK ON KOKOMO AND KGF'S REQUEST FOR ADEQUATE ASSURANCE (0.1). |
| MATZ TJ | 01/31/06 | 0.80 | FOLLOW UP WORK RE LOCKPORT CONTRACT MATTER AND POSSIBLE MOTION RE SAME (0.8). |
| | | 12.70 | |
| **Total Counsel** | | **12.70** | |
| DE ELIZALDE D | 01/24/06 | 0.50 | REVIEWED INTERIM AND FINAL UTILITIES ORDERS AND CERTIFICATES OF SERVICE THEREOF (0.5). |
| DE ELIZALDE D | 01/25/06 | 3.20 | ANALYSIS OF SCE MOTION TO VACATE UTILITY ORDER (0.8); RESEARCH RE APPLICABILITY OF BANKRUPTCY RULES 9017 AND 7004 TO THE UTILITY PLEADINGS (1.5); DRAFTED OBJECTION TO SCE'S MOTION TO VACATE UTILITY ORDER (0.9). |
| | | 3.70 | |
| ZALTZMAN H* | 01/05/06 | 3.10 | RESEARCH DELAYED REQUESTS FOR ADEQUATE ASSURANCE UNDER THE UTILITIES MOTION (3.1). |
| ZALTZMAN H* | 01/06/06 | 0.80 | COMPLETE RESEARCH RE UTILITIES MOTION AND DELAYED REQUESTS ISSUES (0.8). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| ZALTZMAN H* | 01/23/06 | 5.40 | RESEARCH PROPER SERVICE PROCEDURES RE MOTION TO VACATE UTILITY ORDER, FOCUSING ON OVERNIGHT MAIL (2.4); RESEARCH FURTHER CASELAW SUPPORTING "ADEQUATE ASSURANCE" STANDARD USED IN UTILITY MOTION (1.8); RESEARCH RE UTILITY OBJECTION RE WHETHER CAPITAL EXPENDITURES OF SEPARATE K ARE PRE OR POST PETITION (1.2). |
| | | **9.30** | |
| ZIEGLER VE | 01/03/06 | 4.40 | EMAIL CORRESPONDENCE WITH M. HESTER AND D. POOLE RE UNTIMELY REQUESTS FOR ADEQUATE ASSURANCE (1.2); FOLLOW UP ON SBC'S DEPOSIT PAYMENT (0.5); TELECONFERENCE WITH M. FISK RE KOKOMO AND KGF'S REQUEST FOR ADEQUATE ASSURANCE (0.7); EMAIL CORRESPONDENCE WITH M. HALL AND D. POOL RE MONTHLY AVERAGE PAYMENTS FOR UTILITY COMPANIES AND ACCOUNT VERIFICATION (1.5); TELECONFERENCES WITH C. TURNER RE GEORGIA POWER'S REQUEST FOR ADEQUATE ASSURANCE (0.5). |
| ZIEGLER VE | 01/04/06 | 9.60 | DRAFT SCRIPT RE NIAGARA MOHAWK MOTION (2.1); WORK ON NYPA'S REQUEST TO CURE DEFAULTS UNDER POWER CONTRACTS WITH NIAGARA MOHAWK (3.1); VARIOUS TELECONFERENCES WITH M. ZARNOSKY RE SAME (1.2); REVIEW AND RESEARCH DUKE ENTERGY'S REQUEST FOR ADEQUATE ASSURANCE (3.2). |
| ZIEGLER VE | 01/05/06 | 8.40 | MEETING WITH M. ZARNOSKY RE PREPARATION FOR NIAGARA MOHAWK MOTION HEARING (1.3); EMAIL CORRESPONDENCE WITH R. JOHNSON RE ADEQUATE ASSURANCE REQUEST (0.8); TELECONFERENCE AND EMAIL CORRESPONDENCE WITH E. RAY RE ALABAMA POWER'S REQUEST FOR ADEQUATE ASSURANCE (1.2); TELECONFERENCE AND EMAIL CORRESPONDENCE WITH M. FISK RE KOKOMO, KGF AND COLUMBIA GAS OF OHIO REQUESTS FOR ADEQUATE ASSURANCE (1.4); TELECONFERENCE WITH J. CARLINE FROM NYPA RE OUTSTANDING PREPETITION AMOUNTS OWED BY DELPHI TO NYPA UNDER THE NIMO AGREEMENT (0.9); EMAIL CORRESPONDENCE WITH M. HESTER RE SAME (0.3); DRAFT SETTLEMENT AGREEMENT RE SAME (2.5). |
| ZIEGLER VE | 01/06/06 | 5.80 | DRAFT A LETTER RESPONSE TO SOUTHERN CALIFORNIA EDISON RE UNTIMELY REQUEST FOR ADEQUATE ASSURANCE (4.2); EMAIL CORRESPONDENCE WITH M. HALL RE SOUTHERN CALIFORNIA EDISON (0.5); EMAIL CORRESPONDENCE WITH D. POOLE AND M. HESTER RE UNTIMELY REQUESTS FOR ADEQUATE ASSURANCE (1.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| ZIEGLER VE | 01/09/06 | 1.90 | TELECONFERENCES WITH CHRISTIAN TURNER RE GEORGIA POWER'S REQUEST FOR ADEQUATE ASSURANCE (0.4); EMAIL CORRESPONDENCE WITH M. HESTER AND D. POOLE RE UNTIMELY REQUESTS FOR ADEQUATE ASSURANCE (1.2); FOLLOW UP ON SBC'S DEPOSIT PAYMENT (0.3). |
|---|---|---|---|
| ZIEGLER VE | 01/10/06 | 3.80 | TELECONFERENCE WITH M. FISK RE KOKOMO AND KGF'S REQUEST FOR ADEQUATE ASSURANCE (0.4); EMAIL CORRESPONDENCE WITH M. HALL AND D. POOL RE MONTHLY AVERAGE PAYMENTS FOR UTILITY COMPANIES AND ACCOUNT VERIFICATION (1.4); TELECONFERENCES WITH C. TURNER RE GEORGIA POWER'S REQUEST FOR ADEQUATE ASSURANCE (0.4); EMAIL CORRESPONDENCE WITH M. HESTER AND D. POOLE RE UNTIMELY REQUESTS FOR ADEQUATE ASSURANCE (1.2); FOLLOW UP ON SBC'S DEPOSIT PAYMENT (0.4). |
| ZIEGLER VE | 01/13/06 | 10.80 | EMAIL CORRESPONDENCE WITH M. HALL RE ALABAMA POWER, KOKOMO AND GEORGIA POWER'S REQUEST FOR ADEQUATE ASSURANCE (1.3) NEGOTIATE WITH UTILITY COMPANIES RE REQUESTS FOR ADEQUATE ASSURANCE (3.1); REVIEW SECOND CIRCUIT RECENT BANKRUPTCY CASES RE SAME (1.2); TELECONFERENCE AND EMAIL CORRESPONDENCE WITH C. TURNER RE GEORGIA POWER'S REQUEST FOR ADEQUATE ASSURANCE (0.6); EMAIL CORRESPONDENCE AND VARIOUS TELECONFERENCES WITH M. HESTER AND D. POOLE RE TIMELY REQUESTS FOR ADEQUATE ASSURANCE (1.6); ANALYZE SAME (2.5); TELECONFERENCES WITH M. HESTER RE SAME (0.5). |
| ZIEGLER VE | 01/17/06 | 11.40 | WORK ON ANALYSIS OF WHETHER A MODIFICATION OF A POWER CONTRACT BETWEEN LOCKPORT, NYPA, NYGEG AND DELPHI IS IN THE ORDINARY COURSE OF BUSINESS (4.9); DRAFT MEMO RE SAME (4.7); EMAIL CORRESPONDENCE WITH M. HESTER AND D. POOLE RE REQUEST FOR ADEQUATE ASSURANCE (1.3); TELECONFERENCE WITH M. FIKS RE REQUESTS FOR ADEQUATE ASSURANCE BY KOKOMO AND KFG (0.5). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| ZIEGLER VE | 01/18/06 | 9.50 | TELECONFERENCE WITH M. ZARNOSKY AND M. HESTER RE OUTSTANDING PREPETITION AMOUNTS OWED BY DELPHI TO NYPA UNDER THE NIMO AGREEMENT (0.9); TELECONFERENCE WITH J. CARLINE FROM NYPA RE SAME (0.8). EMAIL CORRESPONDENCE AND ANALYSIS RE SAME (3.8); EMAIL CORRESPONDENCE WITH M. HALL RE DUKE ENERGY AND GEORGIA POWER'S REQUEST FOR ADEQUATE ASSURANCE (1.3); TELECONFERENCE AND EMAIL CORRESPONDENCE WITH C. TURNER RE GEORGIA POWER'S REQUEST FOR ADEQUATE ASSURANCE (0.8); DRAFT LETTER AGREEMENT RE SETTLEMENT WITH GEORGIA POWER (1.3); EMAIL CORRESPONDENCE WITH J. SHEEHAN RE TIMELY REQUESTS FOR ADEQUATE ASSURANCE (0.6). |
| ZIEGLER VE | 01/19/06 | 8.60 | TELECONFERENCE AND EMAIL CORRESPONDENCE WITH E. RAY RE ALABAMA POWER'S REQUEST FOR ADEQUATE ASSURANCE (1.2); TELECONFERENCE AND EMAIL CORRESPONDENCE WITH M. FISK RE KOKOMO, KGF AND COLUMBIA GAS OF OHIO REQUESTS FOR ADEQUATE ASSURANCE (1.4); TELECONFERENCE WITH M. ZARNOSKY RE OUTSTANDING PREPETITION AMOUNTS OWED BY DELPHI TO NYPA UNDER THE NIMO AGREEMENT (0.9); TELECONFERENCE WITH J. CARLINE FROM NYPA RE SAME (0.9); EMAIL CORRESPONDENCE WITH M. HESTER RE SAME (0.4); DRAFT SETTLEMENT AGREEMENT RE SAME (3.8). |
| ZIEGLER VE | 01/20/06 | 9.40 | NEGOTIATE WITH UTILITY COMPANIES RE REQUESTS FOR ADEQUATE ASSURANCE (2.6); EMAIL CORRESPONDENCE WITH M. HALL RE DUKE ENERGY AND GEORGIA POWER'S REQUEST FOR ADEQUATE ASSURANCE (1.1) REVIEW INVOICES RE ACCOUNT NUMBERS AND AVERAGE MONTHLY PAYMENTS RE VARIOUS UTILITY COMPANIES (2.6); REVIEW SECOND CIRCUIT RECENT BANKRUPTCY CASES RE SAME (1.0); TELECONFERENCE AND EMAIL CORRESPONDENCE WITH C. TURNER RE GEORGIA POWER'S REQUEST FOR ADEQUATE ASSURANCE (0.6); DRAFT LETTER AGREEMENT RE SETTLEMENT WITH ALABAMA POWER (1.1); EMAIL CORRESPONDENCE WITH J. SHEEHAN RE TIMELY REQUESTS FOR ADEQUATE ASSURANCE (0.4). |
| ZIEGLER VE | 01/22/06 | 9.00 | DRAFT OBJECTION TO MOTION TO VACATE UTILITY ORDER FILED BY SOUTHERN CALIFORNIA EDISON (5.7); RESEARCH CASE LAW AND RECENT SECOND CIRCUIT CASES RE MOTIONS TO VACATE; LATE REQUESTS AND SECURITY DEPOSIT (3.3). |

B4JE

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| ZIEGLER VE | 01/23/06 | 12.90 | RESEARCH CASE LAW AND RECENT SECOND CIRCUIT CASES RE MOTIONS TO VACATE, LATE REQUESTS AND SECURITY DEPOSIT IN CONNECTION WITH A MOTION TO VACATE UTILITY ORDER (4.3); START DRAFTING OBJECTION RE SAME (4.4); TELECONFERENCE WITH M. HESTER RE PREPETITION VS. POSTPETITION CLAIM ISSUE WITH RESPECT TO UTILITY TERMINATION PROVISIONS (1.1); RESEARCH RE SAME (3.1). |
| ZIEGLER VE | 01/24/06 | 15.40 | DRAFT OBJECTION TO MOTION TO VACATE UTILITY ORDER FILED BY SOUTHERN CALIFORNIA EDISON (9.7); TELECONFERENCES WITH KCC RE SERVICE OF UTILITY PLEADING (1.1); REVIEW AFFIDAVIT OF SERVICE (0.4); INVESTIGATE SERVICE TO SCE (1.1); RESEARCH RE RULE 7004 AND 9014 AND SERVICE OF FIRST DAY PLEADINGS (3.1). |
| ZIEGLER VE | 01/25/06 | 12.00 | RESEARCH RE RULE 7004 AND 9014 AND SERVICE OF FIRST DAY PLEADINGS (3.1); DRAFT OBJECTION TO MOTION TO VACATE UTILITY ORDER FILED BY SOUTHERN CALIFORNIA EDISON (7.7); TELECONFERENCES WITH KCC RE SERVICE OF UTILITY PLEADING (0.5); TELECONFERENCE WITH K. MARAFIOTI RE SOUTHERN CALIPORNIA EDISON AND OTHER UTILITY MATTERS (0.5); VOICE MAIL TO M. HESTER RE SAME (0.2). |
| ZIEGLER VE | 01/26/06 | 8.00 | EMAIL CORRESPONDENCE WITH M. HESTER AND J. SHEEHAN RE ANALYSIS OF SOUTHERN CALIFORNIA'S MOTION TO VACATE UTILITY ORDER (1.4); WORK AND ANALYSIS RE SAME (2.4); REVIEW AGREEMENTS FOR DISTRIBUTION OF GAS FROM COLUMBIA GAS OF OHIO (1.9); TELECONFERENCES WITH D. POOLE AND M. HALL FROM DELPHI AND J. SHOE FROM GM RE COLUMBIA GAS OF OHIO MONTHLY BILLING STATEMENTS (1.9); EMAIL CORRESPONDENCE WITH UTILITY COMPANIES RE ADEQUATE ASSURANCE LETTER AGREEMENTS (0.4). |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| ZIEGLER VE | 01/27/06 | 11.00 | REVIEW AGREEMENTS BETWEEN GM AND DELPHI RE UTILITY SERVICES (1.8); REVIEW AGREEMENTS FOR DISTRIBUTION OF GAS FROM COLUMBIA GAS OF OHIO (1.9); TELECONFERENCES WITH D. POOLE AND M. HALL FROM DELPHI AND J. SHOE FROM GM RE COLUMBIA GAS OF OHIO MONTHLY BILLING STATEMENTS (1.9); REVIEW BILLS FOR THE LAST 12 MONTHS FOR COLUMBIA GAS OF OHIO (1.1); TELECONFERENCES WITH M. FISK RE SAME (1.4); TELECONFERENCE WITH M. FISK RE KOKOMO AND KGF'S REQUEST FOR ADEQUATE ASSURANCE (0.6); EMAIL CORRESPONDENCE WITH M. HALL AND D. POOL RE MONTHLY AVERAGE PAYMENTS FOR UTILITY COMPANIES AND ACCOUNT VERIFICATION (1.4); EMAIL CORRESPONDENCE WITH M. HESTER RE SOUTHERN CALIFORNIA EDISON (0.3); TELECONFERENCE WITH M. HALL RE NIAGARA MOHAWK (0.6). |
| ZIEGLER VE | 01/30/06 | 12.30 | DRAFT LETTER AGREEMENT WITH SOUTHERN CALIFORNIA EDISON (1.2); EMAIL CORRESPONDENCE, CALLS AND NEGOTIATIONS WITH R. JOHNSON RE SETTLEMENT OF MOTION TO VACATE UTILITY ORDER (4.4) REVISE AGREEMENT WITH SOUTHERN CALIFORNIA EDISON (2.1); DRAFT LETTER AGREEMENTS WITH KOKOMO, KGF AND ALABAMA POWER RE ADEQUATE ASSURANCE (3.0); EMAIL CORRESPONDENCE WITH COUNSELS RE ADEQUATE ASSURANCE NEGOTIATIONS (1.2); TELECONFERENCE WITH D. POOLE RE COLUMBIA GAS OF OHIO'S REQUESTS FOR ADEQUATE ASSURANCE AND STORAGE OF GAS (0.4). |
| ZIEGLER VE | 01/31/06 | 11.70 | RESEARCH ISSUES RE LATE FEES AND UTILITY CHARGES (3.1); WORK ON LETTER TO WATER UTILITY COMPANIES (2.1); TELECONFERENCES WITH M. HESTER, NYSEG, AND LEBOEUF (NYSEG'S COUNSEL) RE MODIFICATION OF AGREEMENT WITH LOCKPORT (2.2); RESEARCH ISSUES RE SAME (3.1); WORK ON LETTER AGREEMENT WITH SOUTHERN CALIFORNIA EDISON (1.2). |

|  |  |
|---|---|
| | 175.90 |
| **Total Associate/Law Clerk** | 188.90 |
| **TOTAL TIME** | <u>203.70</u> |

* Law clerks are law school graduates
  who are not presently admitted to practice.

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                     Bill Date: 02/28/06
Utilities                                                    Bill Number: 1108418

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 01/10/06 | Copy Center, D | 0.24 |
| In-house Reproduction | 01/27/06 | Copy Center, D | 1.76 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$2.00** |
| Lexis/Nexis | 01/05/06 | Zaltzman H | 408.77 |
| Lexis/Nexis | 01/06/06 | Zaltzman H | 259.23 |
| Lexis/Nexis | 01/23/06 | Zaltzman H | 463.42 |
| Lexis/Nexis | 01/25/06 | Ziegler VE | 147.90 |
| Lexis/Nexis | 01/25/06 | De Elizalde D | 326.68 |
| | | **TOTAL LEXIS/NEXIS** | **$1,606.00** |
| Westlaw | 01/09/06 | Ziegler VE | 592.62 |
| Westlaw | 01/24/06 | Ziegler VE | 2,370.31 |
| Westlaw | 01/31/06 | Ziegler VE | 950.07 |
| | | **TOTAL WESTLAW** | **$3,913.00** |
| Messengers/ Courier | 01/06/06 | Dist Serv/Mail/Page, D | 10.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$10.00** |
| Outside Research/Internet Services | 01/06/06 | Pacer Service Center | 27.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$27.00** |
| | | **TOTAL MATTER** | **$5,558.00** |

B43E