SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
         In re                              :    Chapter 11
                                            :
DELPHI CORPORATION, et al.,                 :    Case No. 05-44481 (RDD)
                                            :
                              Debtors.      :    (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-13
NONWORKING TRAVEL TIME
984.4 HOURS

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  
Nonworking Travel Time

Bill Date: 12/30/05  
Bill Number: 1091378

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BERLIN K | 10/17/05 | 3.30 | TO AND FROM TROY, MI AND WASHINGTON, D.C. (3.3). |
| | | 3.30 | |
| BUTLER, JR. J | 10/08/05 | 3.30 | TO CHICAGO FROM NEW YORK (3.3). |
| BUTLER, JR. J | 10/09/05 | 2.70 | TO NEW YORK FROM CHICAGO (2.7). |
| BUTLER, JR. J | 10/11/05 | 3.20 | TO DETROIT FROM NEW YORK (3.2). |
| BUTLER, JR. J | 10/12/05 | 3.80 | TO CHICAGO FROM DETROIT (3.8). |
| BUTLER, JR. J | 10/16/05 | 3.90 | TO NEW YORK FROM CHICAGO (3.9). |
| BUTLER, JR. J | 10/17/05 | 2.90 | TO SAVANNAH FROM NEW YORK (2.9). |
| BUTLER, JR. J | 10/18/05 | 2.80 | TO DETROIT FROM SAVANNAH (2.8). |
| BUTLER, JR. J | 10/19/05 | 3.80 | TO CHICAGO FROM DETROIT (3.8). |
| BUTLER, JR. J | 10/23/05 | 4.40 | TO DETROIT FROM CHICAGO (4.4). |
| BUTLER, JR. J | 10/24/05 | 3.80 | TO NEW YORK FROM DETROIT (3.8). |
| BUTLER, JR. J | 10/28/05 | 3.80 | TO CHICAGO FROM NEW YORK (3.8). |
| BUTLER, JR. J | 10/30/05 | 3.60 | TO DETROIT FROM CHICAGO (3.6). |
| BUTLER, JR. J | 11/01/05 | 3.40 | TO CHICAGO FROM DETROIT (3.4). |
| BUTLER, JR. J | 11/02/05 | 3.20 | TO NEW YORK FROM CHICAGO (3.2). |
| BUTLER, JR. J | 11/04/05 | 4.80 | TO FT. LAUDERDALE FROM NEW YORK (4.8). |
| BUTLER, JR. J | 11/13/05 | 4.20 | TO DETROIT FROM CHICAGO (4.2). |
| BUTLER, JR. J | 11/14/05 | 1.90 | TO NEW YORK FROM DETROIT (1.9). |
| BUTLER, JR. J | 11/17/05 | 2.90 | TO CHICAGO FROM NEW YORK (2.9). |
| BUTLER, JR. J | 11/22/05 | 7.10 | TO DETROIT FROM SAVANNAH (VIA ATLANTA) (3.3); TO CHICAGO FROM DETROIT (3.8). |
| BUTLER, JR. J | 11/27/05 | 3.80 | TO NEW YORK FROM CHICAGO (3.8). |
| BUTLER, JR. J | 11/29/05 | 2.90 | TO DETROIT FROM NEW YORK (2.9). |
| BUTLER, JR. J | 11/30/05 | 4.80 | TO CHICAGO FROM DETROIT (4.8). |
| | | 81.00 | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| FURFARO JP | 11/14/05 | 5.80 | TO AND FROM TROY, MICHIGAN/NEW YORK CITY (5.8). |
| FURFARO JP | 11/29/05 | 2.00 | TO DETROIT FROM NEW YORK CITY (2.0). |
| FURFARO JP | 11/30/05 | 2.80 | TO NEW YORK CITY FROM DETROIT (2.8). |
| | | **10.60** | |
| HIESTAND NL | 10/12/05 | 3.90 | TO PARIS FROM LONDON (3.9). |
| | | **3.90** | |
| LYONS JK | 10/14/05 | 3.50 | TO CHICAGO FROM TROY (3.5). |
| LYONS JK | 10/19/05 | 4.10 | TO TROY FROM CHICAGO (4.1). |
| LYONS JK | 10/21/05 | 3.80 | TO CHICAGO FROM TROY (3.8). |
| LYONS JK | 10/25/05 | 3.40 | TO TROY FROM CHICAGO (3.4). |
| LYONS JK | 10/28/05 | 3.70 | TO CHICAGO FROM TROY (3.7). |
| LYONS JK | 11/02/05 | 3.80 | TO NEW YORK FROM CHICAGO (3.8). |
| LYONS JK | 11/03/05 | 4.00 | TO TROY FROM NEW YORK (4.0). |
| LYONS JK | 11/04/05 | 5.20 | TO CHICAGO FROM TROY (5.2). |
| LYONS JK | 11/09/05 | 3.00 | TO TROY FROM CHICAGO (3.0). |
| LYONS JK | 11/11/05 | 5.10 | TO CHICAGO FROM TROY (5.1). |
| LYONS JK | 11/14/05 | 3.50 | TO TROY FROM CHICAGO (3.5). |
| LYONS JK | 11/18/05 | 3.20 | TO CHICAGO FROM TROY (3.2). |
| LYONS JK | 11/27/05 | 3.70 | TO NEW YORK FROM TROY (3.7). |
| LYONS JK | 11/30/05 | 4.10 | TO TROY FROM NEW YORK (4.1). |
| | | **54.10** | |
| SPRINGER DE | 11/27/05 | 1.50 | TO NEW YORK FROM CHICAGO (1.5). |
| SPRINGER DE | 11/30/05 | 3.00 | TO CHICAGO FROM NEW YORK (3.0). |
| | | **4.50** | |
| WEXLER MP | 10/26/05 | 6.30 | TO AND FROM TROY AND CHICAGO (6.3). |
| WEXLER MP | 11/15/05 | 6.70 | TO AND FROM TROY AND CHICAGO (6.7). |
| | | **13.00** | |
| **Total Partner** | | **170.40** | |
| CAMPANARIO ND | 11/17/05 | 4.70 | TO TROY FROM CHICAGO (4.7). |
| CAMPANARIO ND | 11/18/05 | 3.60 | TO CHICAGO FROM TROY (3.6). |
| | | **8.30** | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| DANZ CE | 10/26/05 | 5.80 | TO AND FROM TROY AND CHICAGO (5.8). |
| DANZ CE | 11/15/05 | 6.70 | TO AND FROM TROY AND CHICAGO (6.7). |
| | | **12.50** | |
| DE ELIZALDE D | 11/15/05 | 7.20 | TO AND FROM TROY AND NEW YORK (7.2). |
| | | **7.20** | |
| FERN BM | 11/30/05 | 4.90 | TO AND FROM TROY AND CHICAGO (4.9). |
| | | **4.90** | |
| HERRIOTT AV | 10/08/05 | 2.90 | TO CHICAGO FROM NEW YORK (2.9). |
| HERRIOTT AV | 10/09/05 | 5.10 | TO NEW YORK FROM CHICAGO (5.1). |
| HERRIOTT AV | 10/12/05 | 4.80 | TO CHICAGO FROM NEW YORK (4.8). |
| HERRIOTT AV | 10/16/05 | 4.30 | TO DETROIT FROM CHICAGO (4.3). |
| HERRIOTT AV | 10/20/05 | 4.20 | TO CHICAGO FROM DETROIT (4.2). |
| HERRIOTT AV | 10/23/05 | 4.10 | TO DETROIT FROM CHICAGO (4.1). |
| HERRIOTT AV | 10/25/05 | 4.30 | TO NEW YORK FROM DETROIT (4.3). |
| HERRIOTT AV | 10/27/05 | 5.10 | TO CHICAGO FROM NEW YORK (5.1). |
| HERRIOTT AV | 11/02/05 | 4.70 | TO NEW YORK FROM CHICAGO (4.7). |
| HERRIOTT AV | 11/04/05 | 4.90 | TO CHICAGO FROM NEW YORK (4.9). |
| HERRIOTT AV | 11/16/05 | 4.90 | TO NEW YORK FROM CHICAGO (4.9). |
| HERRIOTT AV | 11/17/05 | 5.90 | TO DETROIT FROM NEW YORK (5.9). |
| HERRIOTT AV | 11/18/05 | 4.00 | TO CHICAGO FROM DETROIT (4.0). |
| HERRIOTT AV | 11/27/05 | 4.80 | TO NEW YORK FROM CHICAGO (4.8). |
| HERRIOTT AV | 11/29/05 | 3.90 | TO CHICAGO FROM NEW YORK (3.9). |
| | | **67.90** | |
| MEISLER RE | 10/12/05 | 6.50 | TO CHICAGO FROM NEW YORK (6.5). |
| MEISLER RE | 10/19/05 | 4.50 | TO CHICAGO FROM TROY (4.5). |
| MEISLER RE | 10/24/05 | 8.30 | TO TROY FROM CHICAGO (4.1); TO NEW YORK FROM TROY (4.2). |
| MEISLER RE | 10/28/05 | 5.30 | TO CHICAGO FROM NEW YORK (5.3). |
| MEISLER RE | 11/01/05 | 3.60 | TO TROY FROM CHICAGO (3.6). |
| MEISLER RE | 11/02/05 | 4.00 | TO NEW YORK FROM TROY (4.0). |
| MEISLER RE | 11/04/05 | 5.20 | TO CHICAGO FROM NEW YORK (5.2). |
| MEISLER RE | 11/09/05 | 4.00 | TO TROY FROM CHICAGO (4.0). |
| MEISLER RE | 11/10/05 | 3.80 | TO CHICAGO FROM TROY (3.8). |
| MEISLER RE | 11/16/05 | 4.80 | TO NEW YORK FROM CHICAGO (4.8). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MEISLER RE | 11/17/05 | 5.00 | TO TROY FROM NEW YORK (5.0). |
| MEISLER RE | 11/18/05 | 2.80 | TO CHICAGO FROM TROY (2.8). |
| MEISLER RE | 11/27/05 | 4.70 | TO NEW YORK FROM TROY (4.7). |
| MEISLER RE | 11/29/05 | 4.40 | TO DETROIT FROM NEW YORK (4.4). |
| MEISLER RE | 11/30/05 | 3.80 | TO CHICAGO FROM TROY (3.8). |
| | | **70.70** | |
| MICHELI MJ | 11/27/05 | 4.80 | TO NEW YORK FROM CHICAGO (4.8). |
| MICHELI MJ | 11/29/05 | 4.10 | TO CHICAGO FROM NEW YORK (4.1). |
| | | **8.90** | |
| NASH, JR. PJ | 10/24/05 | 5.20 | TO NEW YORK FROM CHICAGO (5.2). |
| NASH, JR. PJ | 10/28/05 | 5.30 | TO CHICAGO FROM NEW YORK (5.3). |
| | | **10.50** | |
| REESE RG | 10/14/05 | 4.80 | TO CHICAGO FROM TROY (4.8). |
| REESE RG | 10/15/05 | 3.30 | TO CHICAGO FROM DEARBORN (3.3). |
| REESE RG | 10/16/05 | 4.40 | TO TROY FROM CHICAGO (4.4). |
| REESE RG | 10/20/05 | 5.30 | TO CHICAGO FROM TROY (5.3). |
| REESE RG | 10/23/05 | 4.90 | TO TROY FROM CHICAGO (4.9). |
| REESE RG | 10/27/05 | 5.20 | TO CHICAGO FROM TROY (5.2). |
| REESE RG | 10/31/05 | 4.60 | TO TROY FROM CHICAGO (4.6). |
| REESE RG | 11/04/05 | 5.30 | TO CHICAGO FROM TROY (5.3). |
| REESE RG | 11/06/05 | 4.40 | TO TROY FROM CHICAGO (4.4). |
| REESE RG | 11/07/05 | 4.80 | TO CHICAGO FROM TROY (4.8). |
| REESE RG | 11/08/05 | 4.90 | TO TROY FROM CHICAGO (4.9). |
| REESE RG | 11/11/05 | 5.10 | TO CHICAGO FROM TROY (5.1). |
| REESE RG | 11/14/05 | 4.90 | TO TROY FROM CHICAGO (4.9). |
| REESE RG | 11/19/05 | 3.50 | TO CHICAGO FROM TROY (3.5). |
| REESE RG | 11/20/05 | 4.30 | TO TROY FROM CHICAGO (4.3). |
| REESE RG | 11/22/05 | 4.90 | TO CHICAGO FROM TROY (4.9). |
| REESE RG | 11/26/05 | 2.80 | TO NEW YORK FROM CHICAGO (2.8). |
| REESE RG | 11/29/05 | 5.40 | TO CHICAGO FROM NEW YORK (5.4). |
| REESE RG | 11/30/05 | 4.70 | TO TROY FROM CHICAGO (4.7). |
| | | **87.50** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| TOUSSI S | 11/30/05 | 7.50 | TO AND FROM TROY AND NEW YORK (7.5). |
| | | 7.50 | |
| **Total Associate** | | **285.90** | |
| CHOW PP | 10/17/05 | 4.90 | TO CHICAGO FROM NEW YORK (4.9). |
| CHOW PP | 10/25/05 | 4.60 | TO/FROM NEW YORK FROM/TO CHICAGO (4.6). |
| CHOW PP | 10/27/05 | 6.90 | TO/FROM CHICAGO FROM/TO NEW YORK (6.9). |
| | | 16.40 | |
| DEMMA J | 10/25/05 | 5.80 | TO NEW YORK FROM CHICAGO (5.8). |
| DEMMA J | 10/27/05 | 4.10 | TO CHICAGO FROM NEW YORK (4.1). |
| DEMMA J | 11/27/05 | 8.80 | TO NEW YORK FROM CHICAGO (8.8). |
| DEMMA J | 11/29/05 | 6.60 | TO CHICAGO FROM NEW YORK (7.6). |
| | | 25.30 | |
| **Total Legal Assistant** | | **41.70** | |
| **TOTAL TIME** | | **498.00** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  Bill Date: 01/31/06
Nonworking Travel Time  Bill Number: 1092991

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 12/01/05 | 1.90 | TO NEW YORK FROM CHICAGO (1.9). |
| BUTLER, JR. J | 12/03/05 | 2.10 | TO CHICAGO FROM NEW YORK (2.1). |
| BUTLER, JR. J | 12/04/05 | 3.90 | TO DETROIT FROM CHICAGO (3.9). |
| BUTLER, JR. J | 12/09/05 | 3.80 | TO CHICAGO FROM DETROIT (3.8). |
| BUTLER, JR. J | 12/14/05 | 4.20 | TO DETROIT FROM CHICAGO (4.2). |
| BUTLER, JR. J | 12/16/05 | 4.70 | TO CHICAGO FROM DETROIT (4.7). |
| BUTLER, JR. J | 12/20/05 | 3.90 | TO DETROIT FROM LOS ANGELES (3.9). |
| | | **24.50** | |
| COCHRAN EL | 12/06/05 | 5.30 | TO DETROIT FROM NEW YORK (5.3). |
| COCHRAN EL | 12/07/05 | 4.70 | TO NEW YORK FROM DETROIT (4.7). |
| | | **10.00** | |
| FURFARO JP | 12/06/05 | 3.90 | TO DETROIT FROM NEW YORK (4.0). |
| FURFARO JP | 12/15/05 | 2.00 | TO DETROIT FROM NEW YORK (2.0). |
| FURFARO JP | 12/16/05 | 2.80 | TO NEW YORK FROM DETROIT (2.8). |
| | | **8.70** | |
| LYONS JK | 12/01/05 | 3.50 | TO CHICAGO FROM DETROIT (3.5). |
| LYONS JK | 12/04/05 | 3.80 | TO TROY FROM CHICAGO (3.8). |
| LYONS JK | 12/08/05 | 4.80 | TO CHICAGO FROM TROY (4.8). |
| LYONS JK | 12/12/05 | 3.50 | TO TROY FROM CHICAGO (3.5). |
| LYONS JK | 12/15/05 | 3.60 | TO CHICAGO FROM TROY. (3.6). |
| LYONS JK | 12/19/05 | 3.50 | TO DETROIT FROM CHICAGO (3.5). |
| LYONS JK | 12/22/05 | 4.80 | TO CHICAGO FROM DETROIT (4.8). |
| | | **27.50** | |
| MARAFIOTI KA | 12/08/05 | 5.80 | TO TROY FROM NEW YORK (5.8). |
| MARAFIOTI KA | 12/09/05 | 5.20 | TO NEW YORK FROM TROY (5.2). |
| | | **11.00** | |
| **Total Partner** | | **81.70** | |
| MATZ TJ | 12/08/05 | 5.60 | TO TROY FROM NEW YORK (5.6). |
| MATZ TJ | 12/09/05 | 4.80 | TO NEW YORK FROM TROY (4.8). |
| | | **10.40** | |
| **Total Counsel** | | **10.40** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| HERRIOTT AV | 12/06/05 | 3.90 | TO DETROIT FROM CHICAGO (3.9). |
| HERRIOTT AV | 12/09/05 | 4.50 | TO CHICAGO FROM DETROIT (4.5). |
| HERRIOTT AV | 12/18/05 | 4.80 | TO DETROIT FROM CHICAGO (4.8). |
| HERRIOTT AV | 12/21/05 | 4.90 | TO CHICAGO FROM DETROIT (4.9). |
| | | **18.10** | |
| MEISLER RE | 12/07/05 | 4.10 | TO TROY FROM CHICAGO (4.1). |
| MEISLER RE | 12/09/05 | 6.00 | TO CHICAGO FROM TROY (6.0). |
| MEISLER RE | 12/14/05 | 3.80 | TO TROY FROM CHICAGO (3.8). |
| MEISLER RE | 12/16/05 | 4.00 | TO CHICAGO FROM TROY (4.0). |
| MEISLER RE | 12/19/05 | 3.80 | TO TROY FROM CHICAGO (3.8). |
| MEISLER RE | 12/20/05 | 3.60 | TO CHICAGO FROM TROY (3.6). |
| | | **25.30** | |
| MICHELI MJ | 12/19/05 | 6.30 | TO DETROIT FROM CHICAGO (2.8); TO CHICAGO FROM DETROIT (3.5). |
| | | **6.30** | |
| REESE RG | 12/02/05 | 5.10 | TO CHICAGO FROM TROY (5.1). |
| REESE RG | 12/05/05 | 4.70 | TO TROY FROM CHICAGO (4.7). |
| REESE RG | 12/09/05 | 5.40 | TO CHICAGO FROM TROY (5.4). |
| REESE RG | 12/12/05 | 4.80 | TO TROY FROM CHICAGO (4.8). |
| REESE RG | 12/16/05 | 4.90 | TO CHICAGO FROM TROY (5.9). |
| REESE RG | 12/18/05 | 4.70 | TO TROY FROM CHICAGO (4.7). |
| REESE RG | 12/22/05 | 5.20 | TO CHICAGO FROM TROY (5.2). |
| | | **34.80** | |
| **Total Associate** | | 84.50 | |
| **TOTAL TIME** | | **176.60** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  
Nonworking Travel Time  

Bill Date: 02/28/06  
Bill Number: 1108418

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BERLIN K | 01/04/06 | 4.00 | TO DETROIT FROM WASHINGTON D.C. (4.0). |
| BERLIN K | 01/05/06 | 5.20 | TO WASHINGTON FROM TROY, MI (5.2). |
|  |  | **9.20** |  |
| BUTLER, JR. J | 01/02/06 | 3.80 | TO DETROIT FROM CHICAGO (3.8). |
| BUTLER, JR. J | 01/03/06 | 4.20 | TO NEW YORK FROM DETROIT (4.2). |
| BUTLER, JR. J | 01/06/06 | 4.20 | TO CHICAGO FROM NEW YORK CITY (4.2). |
| BUTLER, JR. J | 01/10/06 | 3.80 | TO DETROIT FROM CHICAGO (3.8). |
| BUTLER, JR. J | 01/12/06 | 2.00 | TO NEW YORK CITY FROM DETROIT (2.0). |
| BUTLER, JR. J | 01/13/06 | 4.70 | TO CHICAGO FROM NEW YORK CITY (4.7). |
| BUTLER, JR. J | 01/16/06 | 2.80 | TO DETROIT FROM NEW YORK CITY (2.8). |
| BUTLER, JR. J | 01/18/06 | 4.20 | TO CHICAGO FROM DETROIT (4.2). |
| BUTLER, JR. J | 01/19/06 | 4.30 | TO DETROIT FROM CHICAGO (4.3). |
| BUTLER, JR. J | 01/20/06 | 4.60 | TO CHICAGO FROM DETROIT (4.6). |
| BUTLER, JR. J | 01/22/06 | 3.90 | TO DETROIT FROM CHICAGO (3.9). |
| BUTLER, JR. J | 01/23/06 | 4.60 | TO CHICAGO FROM DETROIT (4.6). |
| BUTLER, JR. J | 01/24/06 | 4.20 | TO NEW YORK FROM CHICAGO (4.2). |
| BUTLER, JR. J | 01/25/06 | 4.70 | TO CHICAGO FROM NEW YORK (4.7). |
| BUTLER, JR. J | 01/29/06 | 4.40 | TO DETROIT FROM CHICAGO (4.4). |
|  |  | **60.40** |  |
| COCHRAN EL | 01/18/06 | 9.80 | TO TROY FROM NEW YORK (4.2); TO NEW YORK FROM TROY (5.6). |
|  |  | **9.80** |  |
| FURFARO JP | 01/06/06 | 2.70 | TO/FROM BOSTON/NEW YORK (2.7). |
| FURFARO JP | 01/12/06 | 4.00 | TO TROY FROM NEW YORK (4.0). |
| FURFARO JP | 01/17/06 | 3.90 | TO NEW YORK FROM TROY FOR MEETING (3.9). |
| FURFARO JP | 01/23/06 | 3.50 | TO/FROM TROY (3.5). |
|  |  | **14.10** |  |
| LYONS JK | 01/03/06 | 4.20 | TO TROY FROM CHICAGO (4.2). |
| LYONS JK | 01/05/06 | 3.80 | TO CHICAGO FROM TROY (3.8). |
| LYONS JK | 01/09/06 | 4.00 | TO TROY FROM CHICAGO (4.0). |

B438

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LYONS JK | 01/12/06 | 3.70 | TO CHICAGO FROM TROY (3.7). |
| LYONS JK | 01/23/06 | 4.80 | TO TROY FROM CHICAGO (4.8). |
| LYONS JK | 01/25/06 | 4.20 | TO CHICAGO FROM TROY (4.2). |
| LYONS JK | 01/30/06 | 4.50 | TO TROY FROM CHICAGO (4.5). |
| | | **29.20** | |
| MARAFIOTI KA | 01/18/06 | 10.00 | TO TROY FROM NYC (4.8); TO NYC FROM TROY (5.2). |
| | | **10.00** | |
| SPRINGER DE | 01/03/06 | 2.00 | TO NEW YORK FROM CHICAGO (2.0). |
| SPRINGER DE | 01/05/06 | 2.30 | TO CHICAGO FROM NEW YORK (2.3). |
| SPRINGER DE | 01/10/06 | 2.50 | TO TROY FROM CHICAGO (2.5). |
| SPRINGER DE | 01/12/06 | 1.00 | TO NEW YORK FROM DETROIT (1.0). |
| SPRINGER DE | 01/13/06 | 3.80 | TO CHICAGO FROM NEW YORK (3.8). |
| SPRINGER DE | 01/16/06 | 2.30 | TO TROY FROM CHICAGO (2.3). |
| SPRINGER DE | 01/23/06 | 4.20 | TO NEW YORK FROM CHICAGO (4.2). |
| SPRINGER DE | 01/25/06 | 3.70 | TO CHICAGO FROM NEW YORK (3.7). |
| SPRINGER DE | 01/31/06 | 3.50 | TO NEW YORK FROM CHICAGO (3.5). |
| | | **25.30** | |
| WEXLER MP | 01/05/06 | 8.90 | TO TROY FROM CHICAGO (4.2); TO CHICAGO FROM TROY (4.7). |
| | | **8.90** | |
| **Total Partner** | | **166.90** | |
| SENSENBRENNER EB | 01/04/06 | 2.80 | TO NEW YORK FROM WASHINGTON (2.8). |
| SENSENBRENNER EB | 01/05/06 | 3.20 | TO WASHINGTON FROM NEW YORK (3.2). |
| | | **6.00** | |
| SHIVAKUMAR D | 01/23/06 | 3.70 | TO TROY FROM CHICAGO (3.7). |
| SHIVAKUMAR D | 01/24/06 | 3.80 | TO CHICAGO FROM TROY (3.8). |
| | | **7.50** | |
| **Total Counsel** | | **13.50** | |
| CAMPANARIO ND | 01/31/06 | 4.80 | TO NEW YORK FROM CHICAGO (4.8). |
| | | **4.80** | |
| HERRIOTT AV | 01/03/06 | 4.80 | TO NEW YORK FROM CHICAGO (4.8). |
| HERRIOTT AV | 01/05/06 | 4.40 | TO CHICAGO FROM NEW YORK (4.4). |
| HERRIOTT AV | 01/18/06 | 4.10 | TO TROY FROM CHICAGO (4.1). |

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HERRIOTT AV | 01/20/06 | 4.70 | TO CHICAGO FROM TROY (4.7). |
| | | **18.00** | |
| KAHN MT | 01/30/06 | 5.50 | TO TROY FROM LOS ANGLES (5.5). |
| | | **5.50** | |
| MACDONALD N | 01/31/06 | 4.70 | TO NEW YORK FROM CHICAGO (4.7). |
| | | **4.70** | |
| MEISLER RE | 01/03/06 | 4.90 | TO NEW YORK FROM CHICAGO (4.9). |
| MEISLER RE | 01/05/06 | 4.20 | TO CHICAGO FROM NEW YORK (4.2). |
| MEISLER RE | 01/25/06 | 3.80 | TO TROY FROM CHICAGO (3.8). |
| MEISLER RE | 01/27/06 | 4.30 | TO CHICAGO FROM TROY (4.3). |
| MEISLER RE | 01/30/06 | 6.30 | TO TROY FROM CHICAGO (3.1); TO CHICAGO FROM TROY (3.2). |
| | | **23.50** | |
| MICHELI MJ | 01/03/06 | 4.70 | TO NEW YORK FROM CHICAGO (4.7). |
| MICHELI MJ | 01/05/06 | 3.30 | TO CHICAGO FROM NEW YORK (3.3). |
| MICHELI MJ | 01/19/06 | 7.10 | TO TROY FROM CHICAGO (3.2); TO CHICAGO FROM TROY (3.9). |
| MICHELI MJ | 01/25/06 | 7.00 | TO TROY FROM CHICAGO (3.7); TO CHICAGO FROM TROY (3.3). |
| | | **22.10** | |
| OLASKY P | 01/30/06 | 4.50 | TO TROY FROM NEW YORK (4.5). |
| | | **4.50** | |
| REESE RG | 01/02/06 | 4.70 | TO DETROIT FROM CHICAGO (4.7). |
| REESE RG | 01/06/06 | 4.80 | TRAVEL FROM TROY TO CHICAGO (4.8). |
| REESE RG | 01/08/06 | 4.70 | TO TROY FROM CHICAGO (4.7). |
| REESE RG | 01/13/06 | 5.10 | TO CHICAGO FROM TROY (5.1). |
| REESE RG | 01/16/06 | 4.40 | TO TROY FROM CHICAGO (4.8). |
| REESE RG | 01/21/06 | 3.30 | TO CHICAGO FROM DETROIT (3.3). |
| REESE RG | 01/22/06 | 4.30 | TO TROY FROM CHICAGO (4.3). |
| REESE RG | 01/26/06 | 5.10 | TO CHICAGO FROM TROY (5.1). |
| REESE RG | 01/29/06 | 4.10 | TO TROY FROM CHICAGO (4.1). |
| | | **40.50** | |
| STUART NL | 01/25/06 | 3.20 | TO TROY FROM CHICAGO (3.2). |
| STUART NL | 01/27/06 | 3.50 | TO CHICAGO FROM DETROIT (3.5). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| STUART NL | 01/30/06 | 3.60 | TO DETROIT FROM CHICAGO (3.6). |
| | | 10.30 | |
| ZALTZMAN H* | 01/31/06 | 4.50 | TO TROY FROM NEW YORK CITY (4.5). |
| | | 4.50 | |
| **Total Associate/Law Clerk** | | 138.40 | |
| **TOTAL TIME** | | **318.80** | |

\* Law clerks are law school graduates who are not presently admitted to practice.