SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-14
BUSINESS OPERATIONS / STRATEGIC PLANNING
386.4 HOURS

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 12/30/05
Business Operations/Strategic Planning                      Bill Number: 1091378

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 10/09/05 | 3.40 | PREPARE FOR (0.8) AND ATTEND (2.0) WEEKLY VIDEO PLANNING CONFERENCE WITH DELPHI, FTI, ROTHSCHILD, SHEARMAN AND SKADDEN REPRESENTATIVES; PREPARE FOR (0.2) AND PARTICIPATE IN (0.4) DSB TELECONFERENCE MEETING. |
| BUTLER, JR. J | 10/10/05 | 2.90 | PREPARE FOR AND ATTEND PREP SESSION WITH SENIOR EXECUTIVE TEAM IN NEW YORK CITY (2.9). |
| BUTLER, JR. J | 10/12/05 | 2.70 | PREPARE FOR (0.4) AND PARTICIPATE IN (2.3) STRATEGY MEETINGS WITH DELHI EXECUTIVE TEAM AT COMPANY IN TROY. |
| BUTLER, JR. J | 10/13/05 | 1.60 | PREPARE FOR (0.2) AND PARTICIPATE IN (1.4) DAILY STRATEGY TELECONFERENCE WITH DELPHI, FTI, ROTHCHILD, SHEARMAN AND SKADDEN WORKING GROUP. |
| BUTLER, JR. J | 10/18/05 | 1.20 | PREPARE FOR OCTOBER 19TH DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY (1.2). |
| BUTLER, JR. J | 10/19/05 | 4.90 | PREPARE FOR (0.7) AND ATTEND (3.9) DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY: TELECONFERENCE WITH R. O'NEIL RE BUSINESS OPERATIONS (0.3). |
| BUTLER, JR. J | 10/21/05 | 0.40 | EMAILS FROM/TO AND TELECONFERENCE WITH S. MILLER RE BUSINESS OPERATIONS AND STRATEGIC MATTERS (0.4). |
| BUTLER, JR. J | 10/23/05 | 0.80 | PREPARE FOR OCTOBER 24TH DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY (0.8). |
| BUTLER, JR. J | 10/24/05 | 3.40 | PREPARE FOR (0.3) AND ATTEND (3.1) DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY. |
| BUTLER, JR. J | 10/25/05 | 0.80 | CONTINUE TO PREPARE FOR OCTOBER 27TH OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE CASH MANAGEMENT ORDER (0.8). |
| BUTLER, JR. J | 10/26/05 | 0.80 | CONTINUE TO PREPARE FOR OCTOBER 27TH OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE CASH MANAGEMENT ORDER (0.8). |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BUTLER, JR. J | 10/27/05 | 2.70 | PREPARE FOR (0.8) AND ATTEND (0.6) OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE FINAL HEARING ON CASH MANAGEMENT ORDER; WORK ON SETTLEMENT OF CASH MANAGEMENT ORDER INCLUDING EMAILS FROM/TO AND CONFERENCES WITH R. ROSENBERG (0.6) AND REVIEW AND REVISE DRAFT ORDER (0.7). |
| BUTLER, JR. J | 10/28/05 | 0.40 | CONTINUE TO WORK ON SETTLEMENT OF CASH MANAGEMENT ORDER INCLUDING EMAILS TO/FROM R. ROSENBERG (0.4). |
| BUTLER, JR. J | 10/29/05 | 0.40 | EMAILS TO/FROM R. ROSENBERG RE CASH MANAGEMENT ORDER AND CONTINUE TO WORK ON ORDER SETTLEMENT MATTERS (0.4). |
| BUTLER, JR. J | 10/30/05 | 1.30 | PREPARE FOR OCTOBER 31ST DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY (0.8); EMAILS FROM/TO K. HEALY RE SCENARIO PLANNING (0.2); REVIEW MATERIALS RE SAME (0.3). |
| BUTLER, JR. J | 10/31/05 | 3.90 | PREPARE FOR (0.4) AND ATTEND (2.9) DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY; PREPARE FOR (0.2) AND PARTICIPATE IN (0.4). BUSINESS PLAN STRATEGY SESSION WITH J. SHEEHAN AND WORKING GROUP IN TROY. |
| BUTLER, JR. J | 11/02/05 | 0.90 | CONTINUE TO PREPARE FOR NOVEMBER 4TH ADJOURNED MATTERS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE SETTLEMENT HEARING ON ENTRY OF CASH MANAGEMENT ORDER (0.3); REVIEW TRANSCRIPT OF OCTOBER 27TH HEARING ON FINAL CASH MANAGEMENT ORDER (0.3); TELECONFERENCES WITH R. ROSENBERG RE SAME (0.1, 0.2). |
| BUTLER, JR. J | 11/03/05 | 0.40 | CONTINUE TO PREPARE NOVEMBER 4TH ADJOURNED MATTERS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE SETTLEMENT HEARING ON ENTRY OF CASH MANAGEMENT ORDER (0.2); TELECONFERENCES AND EMAILS WITH R. ROSENBERG RE SAME (0.2). |
| BUTLER, JR. J | 11/04/05 | 0.30 | PREPARE FOR (0.2) AND ATTEND (0.1) ADJOURNED MATTERS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE SETTLEMENT HEARING ON ENTRY OF CASH MANAGEMENT ORDER. |
| BUTLER, JR. J | 11/07/05 | 0.90 | REVIEW NOVEMBER 7TH DELPHI TRANSFORMATION COMMITTEE MEETING MATERIALS (0.9). |
| BUTLER, JR. J | 11/08/05 | 0.30 | EMAILS FROM/TO S. MILLER AND J. SHEEHAN RE BOOZ ALLEN MATTERS (0.3). |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BUTLER, JR. J | 11/10/05 | 0.30 | EMAILS FROM/TO J. SHEEHAN AND S. SARTIN RE INFORMATION SHARING PROTOCOL (0.3). |
| BUTLER, JR. J | 11/11/05 | 1.70 | PREPARE FOR (0.3) AND PARTICIPATE (1.4) SENIOR ADVISOR STRATEGY TELECONFERENCE WITH COMPANY. |
| BUTLER, JR. J | 11/13/05 | 1.60 | CONTINUE TO PREPARE FOR DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY (1.3); TELECONFERENCE WITH S. MILLER RE STRATEGIC MATTERS (0.3). |
| BUTLER, JR. J | 11/14/05 | 7.20 | PREPARE FOR (0.4) AND ATTEND (6.8) DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY. |
| BUTLER, JR. J | 11/20/05 | 0.20 | REVIEW AGENDA FOR NOVEMBER 21ST DTM MEETING (0.2). |
| BUTLER, JR. J | 11/21/05 | 1.10 | PREPARE FOR (0.2) AND PARTICIPATE IN (0.4) TELECONFERENCE WITH D. SHERBIN, S. CORCORAN AND B. SAX RE DTM AND RELATED MATTERS INCLUDING PROPOSED NOVEMBER 22ND STRATEGIC PLANNING MEETINGS WITH DELPHI SENIOR MANAGEMENT AT COMPANY; REVIEW NOVEMBER 21ST DTM MEETING MATERIALS (0.5). |
| BUTLER, JR. J | 11/22/05 | 2.10 | PREPARE FOR (0.2) AND ATTEND (1.3) STRATEGIC PLANNING MEETING WITH DELPHI SENIOR MANAGEMENT AT COMPANY IN TROY INCLUDING MEETING WITH S. MILLER AND R. O'NEAL; TELECONFERENCE WITH D. RESNICK RE STRATEGIC MATTERS (0.6). |
| BUTLER, JR. J | 11/28/05 | 0.30 | EMAILS FROM W. SHAW AND CONFERENCE WITH DELPHI MANAGEMENT RE DECEMBER 1-2 BUSINESS OVERVIEW MEETINGS AT COMPANY IN TROY FOR UCC AND LABOR FINANCIAL ADVISORS (0.3). |
| BUTLER, JR. J | 11/29/05 | 0.40 | PREPARE FOR NOVEMBER 30TH DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY (0.4). |
| BUTLER, JR. J | 11/30/05 | 3.10 | PREPARE FOR (0.3) AND ATTEND (2.8) DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY. |
| | | **52.40** | |
| COCHRAN EL | 10/09/05 | 3.10 | REVIEW MATERIAL IN ADVANCE OF PLANNING MEETING (1.1); PARTICIPATED IN PLANNING MEETING (2.0). |
| COCHRAN EL | 10/10/05 | 3.70 | PARTICIPATED IN PLANNING SESSION WITH SENIOR MANAGEMENT (E.G., S. MILLER, R. O'NEAL) (3.7). |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| COCHRAN EL | 10/13/05 | 1.00 | PARTICIPATED IN ORGANIZATIONAL TELECONFERENCE (1.0). |
| COCHRAN EL | 11/03/05 | 4.10 | MEETING WITH DELPHI STRATEGY GROUP (4.1). |
| COCHRAN EL | 11/11/05 | 1.80 | MEETING WITH DELPHI STRATEGY GROUP (1.8). |
| COCHRAN EL | 11/18/05 | 2.50 | MEETING WITH DELPHI STRATEGY GROUP (2.5). |
| COCHRAN EL | 11/20/05 | 2.60 | REVIEW DTM MATERIALS (2.6). |
| COCHRAN EL | 11/21/05 | 4.50 | PARTICIPATED IN DTM (4.5). |
| COCHRAN EL | 11/30/05 | 3.50 | PARTICIPATED IN DTM (3.5). |
| | | **26.80** | |
| LYONS JK | 10/10/05 | 3.20 | PARTICIPATED IN AND PREPARATION FOR QUESTION AND ANSWERS SESSIONS WITH DELPHI HQ EMPLOYEES (1.2) AND E&S DIVISION (2.0). |
| | | **3.20** | |
| MARAFIOTI KA | 10/10/05 | 0.30 | DAILY CALL WITH COMPANY & ADVISORS RE STRATEGY (0.3). |
| MARAFIOTI KA | 10/27/05 | 0.50 | REVISE CASH MANAGEMENT ORDER (0.5). |
| MARAFIOTI KA | 10/28/05 | 0.30 | REVIEWED AND REVISED SHEEHAN SCRIPT AND CALL SITRICK RE SAME (0.3). |
| MARAFIOTI KA | 11/02/05 | 0.10 | ANALYZED SECTION 549 ISSUE (0.1). |
| MARAFIOTI KA | 11/03/05 | 0.40 | REVIEW QS & AS RE SHAREHOLDER INFORMATION & CONF. S. CORCORAN RE SAME (0.4). |
| MARAFIOTI KA | 11/10/05 | 0.20 | CORRESPONDENCE RE OPENING OF NEW ACCOUNTS (0.2). |
| MARAFIOTI KA | 11/11/05 | 1.10 | SENIOR DELPHI STRATEGY MEETING RE PENDING MATTERS (1.1). |
| MARAFIOTI KA | 11/18/05 | 2.10 | SENIOR DELPHI STRATEGY MEETING (2.1). |
| MARAFIOTI KA | 11/30/05 | 0.30 | REPORT RE DTM MEETING (0.3). |
| | | **5.30** | |
| **Total Partner** | | **87.70** | |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MATZ TJ | 10/13/05 | 0.80 | TELECONFERENCES WITH CHAMBERS AND OTHER RE CASH MANAGEMENT ORDER (INTERIM) AND NOTICING REQUIREMENT (0.8). |
|---|---|---|---|
| MATZ TJ | 10/19/05 | 0.20 | FOLLOW UP WITH FTI RE ADDITIONAL BANK ACCOUNTS AND PROCEDURES (0.2). |
| MATZ TJ | 10/27/05 | 1.30 | PREPARING AND DISTRIBUTING REPORTING RIDER TO CASH MANAGEMENT ORDER AND REVIEWING COMMENTS IN RESPECT THEREOF AND REVISING SAME (1.3). |
| MATZ TJ | 10/28/05 | 2.10 | REVIEWING AND REVISING CASH MANAGEMENT ORDER (1.2); DISCUSSIONS AND CORRESPONDENCE WITH M. SOMERSTEIN, MR. BRONDE AND R. ROSENBERG (CREDITORS' COMMITTEE) RE SAME (0.9). |
| MATZ TJ | 10/31/05 | 0.80 | FOLLOW UP WORK RE OUTSTANDING ISSUES ON CASH MANAGEMENT ORDER (0.8). |
| MATZ TJ | 11/02/05 | 0.60 | PREPARING AGENDA FOR SENIOR STRATEGY MEETING (0.6). |
| MATZ TJ | 11/03/05 | 3.20 | ATTENDING STRATEGY MEETING RE COMPANY BUSINESS PLAN, LABOR ISSUES AND VARIOUS MATTERS FOR HEARING ON NOVEMBER 4 (2.5); FINAL REVIEW AND REVISIONS TO CASH MANAGEMENT ORDER AND FOLLOW UP WORK IN RESPECT THEREOF (0.7). |
| MATZ TJ | 11/10/05 | 1.50 | DRAFT CORRESPONDENCE FOR U.S.T. RE NEW/CLOSED BANK ACCOUNTS (0.3); PREPARING AGENDA FOR SENIOR STRATEGY MEETING (0.8); CORRESPONDENCE RE SAME (0.4). |
| MATZ TJ | 11/11/05 | 1.40 | PARTICIPATING IN SENIOR STRATEGY MEETING (1.4). |
| MATZ TJ | 11/16/05 | 0.30 | PREPARING AGENDA FOR 11/18 SENIOR STRATEGY MEETING (0.3). |
| MATZ TJ | 11/17/05 | 0.30 | FINALIZE AGENDA FOR 11/18 STRATEGY MEETING (0.3). |
| MATZ TJ | 11/18/05 | 2.20 | PREPARING REVISED AGENDA FOR SENIOR STRATEGY MEETING (0.2); PARTICIPATING IN SAME (2.0). |
| | | 14.70 | |
| **Total Counsel** | | 14.70 | |

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| DE ELIZALDE D | 10/17/05 | 1.10 | REVIEWED AND REVISED MOTION, ORDER AND NOTICE RE HSBC CARD (0.5); REVIEWED AND REVISED MOTION, ORDER AND NOTICE RE DURASWITCH (0.6). |
| | | **1.10** | |
| GIBSON ML | 10/09/05 | 1.70 | ALL ADVISORS/CLIENT VIDEO CONFERENCE CALL RE: FILING MATTERS AND NEXT STEP (1.7). |
| | | **1.70** | |
| HERRIOTT AV | 10/09/05 | 2.90 | PREPARE FOR AND ATTEND STRATEGY MEETING RE FIRST DAY HEARING (2.9). |
| HERRIOTT AV | 10/27/05 | 0.30 | ASSIST IN DRAFTING EDITS TO CASH MANAGEMENT ORDER PURSUANT TO COURT'S COMMENTS (0.3). |
| HERRIOTT AV | 10/31/05 | 0.30 | BEGIN ASSEMBLING MATERIALS FOR DTM PRESENTATION (0.3). |
| HERRIOTT AV | 11/01/05 | 1.90 | WORK TO RESOLVE CERTAIN ISSUES WITH VARIOUS STATES RE REISSUANCE OF CORPORATE CHECKS TO ENTITIES GOING FORWARD (1.9). |
| HERRIOTT AV | 11/16/05 | 0.50 | ANSWER CLIENT QUESTIONS ON SEVERAL MATTERS (0.5). |
| HERRIOTT AV | 11/20/05 | 1.10 | BEGIN DRAFT OF EXECUTORY CONTRACT PRESENTATION (1.1). |
| HERRIOTT AV | 11/21/05 | 4.00 | CONDUCT RESEARCH RE LLC AGREEMENTS AS EXECUTORY CONTRACTS (2.4); BEGIN DRAFT OF PRESENTATION RE EXECUTORY CONTRACTS FOR PRESENTATION TO DELPHI (1.6). |
| HERRIOTT AV | 11/22/05 | 6.70 | COMPLETE RESEARCH AND MEMO RE LLC AGREEMENTS AS EXECUTORY CONTRACTS (4.8); EDIT EXECUTORY CONTRACT PRESENTATION (1.9). |
| HERRIOTT AV | 11/30/05 | 0.40 | FINALIZE EXECUTORY CONTRACTS PRESENTATION (0.4). |
| | | **18.10** | |
| MEISLER RE | 10/09/05 | 3.00 | PREPARED FOR VIDEOCONFERENCE INCLUDING DRAFTED AND PREPARED SUPPLEMENTAL DOCUMENTS RE SAME (1.6); PARTICIPATED IN VIDEOCONFERENCE RE FIRST DAY PLANNING (1.4). |
| MEISLER RE | 10/14/05 | 0.40 | TELECONFERENCE WITH J. HARRINGTON RE CREDITOR INQUIRY (0.4). |
| MEISLER RE | 10/19/05 | 1.00 | ATTENTION TO INTERCOMPANY SHARE TRANSFER INQUIRIES AND INTERPRETATION OF DE MINIMIS ASSET SALE MOTION (1.0). |

B438

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MEISLER RE | 10/21/05 | 1.30 | REVIEWED AND RESPONDED TO COMPANY INQUIRIES (1.3). |
| MEISLER RE | 10/25/05 | 0.20 | TELECONFERENCE WITH K. CRAFT RE UPDATE (0.2). |
| MEISLER RE | 10/27/05 | 1.50 | ASSISTED WITH THE REVISION OF LANGUAGE TO THE CASH MANAGEMENT ORDER PER COURT'S COMMENTS (1.5). |
| MEISLER RE | 10/30/05 | 1.20 | CONFERENCE WITH M. MICHELI RE AUTOMATIC STAY PRESENTATION (0.2); REVIEWED DELPHI PRESENTATION PROVIDING OVERVIEW OF CHAPTER 11 (0.9); TELECONFERENCE WITH K. CRAFT RE SAME (0.1). |
| MEISLER RE | 10/31/05 | 4.70 | PREPARED FOR AUTOMATIC STAY PRESENTATION (4.7). |
| MEISLER RE | 11/01/05 | 5.20 | REVIEWED AND REVISED PRESENTATION (1.8); REVIEWED CASE LAW IN PREPARATION FOR MEETING WITH IN-HOUSE STAFF (1.5); PRESENTED PRESENTATION AND PARTICIPATED IN Q & A (1.9). |
| MEISLER RE | 11/03/05 | 3.30 | PARTICIPATED IN DELPHI STRATEGY SESSION (3.3). |
| MEISLER RE | 11/05/05 | 0.30 | TELECONFERENCE WITH S. CORCORAN RE GENERAL INQUIRIES (0.3). |
| MEISLER RE | 11/06/05 | 1.00 | TELECONFERENCE WITH K. CRAFT RE GENERAL INQUIRIES (1.0). |
| MEISLER RE | 11/11/05 | 1.50 | PARTICIPATED IN DELPHI STRATEGY MEETING (1.5). |
| MEISLER RE | 11/12/05 | 0.20 | TELECONFERENCES WITH K. CRAFT RE COMMERCIAL MATTERS (0.2). |
| MEISLER RE | 11/13/05 | 0.80 | ANALYSIS OF ACTION ITEMS FOR WEEK AHEAD AND DRAFTED INTERNAL CORRESPONDENCE RE SAME (0.8). |
| MEISLER RE | 11/14/05 | 3.00 | CONFERENCE WITH T. MATZ RE PLANNING (0.2); PREPARED FOR ALL ASSOCIATES CALL AND REVIEWED AND AMENDED ACTION ITEM LIST (1.8); PARTICIPATED ON INTERNAL ASSOCIATES CALL (1.0). |
| MEISLER RE | 11/17/05 | 0.20 | REVIEWED DOCUMENTS RE FOREIGN TRANSACTION (0.2). |
| MEISLER RE | 11/18/05 | 1.70 | PARTICIPATE ON DELPHI STRATEGY CALL (1.7). |
| MEISLER RE | 11/21/05 | 0.10 | TELECONFERENCE WITH R. MARINO RE STATUS OF BOOZ ALLEN CONTRACT (0.1). |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MEISLER RE | 11/22/05 | 2.40 | REVIEWED MATERIALS IN ADVANCE OF EXECUTORY CONTRACT REVIEW CONFERENCE CALL (0.5); PARTICIPATE ON CONFERENCE CALL WITH COMPANY RE EXECUTORY CONTRACT REVIEW (1.3); DRAFTED NOTES TO FILE RE SAME (0.4); CONFERENCE WITH A. HERRIOTT RE TRAINING SESSION ON EXECUTORY CONTRACTS (0.2). |
| MEISLER RE | 11/30/05 | 3.80 | PREPARED FOR Q&A SESSION WITH LITIGATION GROUP (0.6); PREPARED FOR EXECUTORY CONTRACT TRAINING SESSION WITH COMMERCIAL AND TRANSACTIONAL GROUP (0.7); LEAD Q&A SESSION WITH LITIGATION GROUP (1.0); LEAD EXECUTORY CONTRACT TRAINING SESSION WITH COMMERCIAL AND TRANSACTIONAL GROUP (1.5). |

**36.80**

| | | | |
|---|---|---|---|
| MICHELI MJ | 10/30/05 | 5.10 | CONTINUED DRAFTING PRESENTATION TO THE DELPHI LITIGATION GROUP RE: PENDING LITIGATION AND THE AUTOMATIC STAY (5.1). |
| MICHELI MJ | 10/31/05 | 7.30 | ANALYSIS AND PROVIDED RESPONSES TO QUESTIONS PRESENTED BY THE DELPHI LITIGATION GROUP (1.7); CONTINUED DRAFTING PRESENTATION TO THE DELPHI LITIGATION GROUP RE: PENDING LITIGATION AND THE AUTOMATIC STAY (2.8); REVISE PRESENTATION RE COMMENTS RECEIVED (2.8). |
| MICHELI MJ | 11/01/05 | 6.10 | CONTINUED DRAFTING PRESENTATION TO THE LITIGATION GROUP RE GENERAL PROVISIONS OF THE AUTOMATIC STAY (3.8); CONTINUED RESEARCH IN CONNECTION OF THE PRESENTATION TO THE LITIGATION GROUP (0.4); CORRESPONDENCE WITH J. JANKOWSKI RE SAME (0.2); BEGAN PREPARATION OF COMPILATION OF QUESTIONS FOR THE PRESENTATION TO THE LITIGATION GROUP (0.3); TELECONFERENCE WITH THE LITIGATION GROUP RE PRESENTATION AND GENERAL AUTOMATICE STAY ISSUES (1.4). |
| MICHELI MJ | 11/30/05 | 1.90 | PREPARED ANSWERS TO QUESTIONS IN PREPARATION FOR LITIGATION GROUP MEETING (0.9); TELECONFERENCE WITH LITIGATION GROUP RE BANKRUPTCY ISSUES (1.0). |

**20.40**

| | | | |
|---|---|---|---|
| REESE RG | 10/09/05 | 3.20 | PARTICIPATE IN STRATEGIC PLANNING MEETING (3.2). |
| REESE RG | 10/19/05 | 0.40 | ATTENTION TO CASH MANAGEMENT AND TREASURY RELATED ISSUES RE AMHERST SITE (0.4). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| REESE RG | 10/31/05 | 2.60 | DRAFT PRESENTATION MATERIALS FOR DTM MEETING RE SUPPLIER ISSUES (1.3); PREPARATIONS FOR 10/31 DTM MEETING (1.3). |
| REESE RG | 11/01/05 | 1.10 | MEETING RE PRESENTATION TO DTM RE SUPPLIER ISSUES (0.6); REVISE PRESENTATION MATERIALS RE SAME (0.5). |
| | | 7.30 | |
| TOUSSI S | 10/09/05 | 4.20 | VIDEO CONFERENCE RE FIRST DAY FILINGS (3.0); FOLLOW UP ISSUES RE SAME (1.2). |
| TOUSSI S | 10/14/05 | 0.80 | VARIOUS TELECONFERENCES WITH CHAMBERS AND OTHER RE CASH MANAGEMENT ORDER (INTERIM) AND NOTICING REQUIREMENT (0.8). |
| TOUSSI S | 10/24/05 | 0.70 | ADDRESS ISSUES RE BUSINESS JUDGMENT RULE AS INTERPRETED BY JUDGE DRAIN (0.7). |
| | | 5.70 | |
| ZIEGLER VE | 10/09/05 | 2.50 | PREPARE AND ATTEND MEETING WITH TEAM RE CONTINGENCY PLANING (2.5). |
| ZIEGLER VE | 10/22/05 | 4.20 | WORK ON SALE OF ASSETS PRESENTATION (4.2). |
| ZIEGLER VE | 10/26/05 | 3.10 | REVISE CASH MANAGEMENT ORDER TO ADDRESS OBJECTIONS AND CONCERNS OF CREDITORS' COMMITTEE AND PBGC (3.1). |
| | | 9.80 | |
| **Total Associate** | | **100.90** | |
| **TOTAL TIME** | | **203.30** | |

31

843E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                              Bill Date: 12/30/05
Business Operations/Strategic Planning                Bill Number: 1091378

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 10/12/05 | Meisler RE | 110.00 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$110.00** |
| Telephone Expense | 10/10/05 | Telecommunications, D | 3.60 |
| Telephone Expense | 10/28/05 | Telecommunications, D | 1.34 |
| Telephone Expense | 10/28/05 | Telecommunications, D | 2.22 |
| Telephone Expense | 10/28/05 | Telecommunications, D | 0.38 |
| Telephone Expense | 11/23/05 | Telecommunications, D | 0.32 |
| Telephone Expense | 11/23/05 | Telecommunications, D | 0.10 |
| Telephone Expense | 11/23/05 | Telecommunications, D | 0.04 |
| | | **TOTAL TELEPHONE EXPENSE** | **$8.00** |
| Vendor Hosted Teleconferencing | 10/31/05 | Teleconferencing Services, LLC | 7.83 |
| Vendor Hosted Teleconferencing | 11/30/05 | Teleconferencing Services, LLC | 9.64 |
| Vendor Hosted Teleconferencing | 11/30/05 | Teleconferencing Services, LLC | 9.56 |
| Vendor Hosted Teleconferencing | 11/30/05 | Teleconferencing Services, LLC | 0.97 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$28.00** |
| Air/Rail Travel (external) | 10/11/05 | Butler, Jr. J | 110.20 |
| Air/Rail Travel (external) | 10/18/05 | Butler, Jr. J | 456.04 |
| Air/Rail Travel (external) | 10/23/05 | Butler, Jr. J | 372.54 |
| Air/Rail Travel (external) | 10/30/05 | Butler, Jr. J | 230.39 |
| Air/Rail Travel (external) | 11/13/05 | Butler, Jr. J | 530.05 |
| Air/Rail Travel (external) | 11/22/05 | Butler, Jr. J | 804.59 |
| Air/Rail Travel (external) | 11/29/05 | Butler, Jr. J | 459.19 |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$2,963.00** |
| Out-of-Town Travel | 10/11/05 | Butler, Jr. J | 80.00 |
| Out-of-Town Travel | 10/11/05 | Butler, Jr. J | 246.71 |
| Out-of-Town Travel | 10/11/05 | Butler, Jr. J | 31.00 |
| Out-of-Town Travel | 10/18/05 | Butler, Jr. J | 272.01 |
| Out-of-Town Travel | 10/18/05 | Butler, Jr. J | 16.98 |
| Out-of-Town Travel | 10/18/05 | Butler, Jr. J | 107.50 |
| Out-of-Town Travel | 10/23/05 | Butler, Jr. J | 103.52 |
| Out-of-Town Travel | 10/23/05 | Butler, Jr. J | 247.46 |
| Out-of-Town Travel | 10/23/05 | Butler, Jr. J | 16.00 |
| Out-of-Town Travel | 10/30/05 | Butler, Jr. J | 21.00 |
| Out-of-Town Travel | 10/30/05 | Butler, Jr. J | 177.21 |
| Out-of-Town Travel | 10/30/05 | Butler, Jr. J | 544.02 |
| Out-of-Town Travel | 11/13/05 | Butler, Jr. J | 272.01 |
| Out-of-Town Travel | 11/13/05 | Butler, Jr. J | 102.31 |
| Out-of-Town Travel | 11/13/05 | Butler, Jr. J | 19.00 |
| Out-of-Town Travel | 11/22/05 | Butler, Jr. J | 108.00 |
| Out-of-Town Travel | 11/22/05 | Butler, Jr. J | 96.00 |
| Out-of-Town Travel | 11/22/05 | Butler, Jr. J | 12.00 |
| Out-of-Town Travel | 11/29/05 | Butler, Jr. J | 73.90 |
| Out-of-Town Travel | 11/29/05 | Butler, Jr. J | 272.01 |
| Out-of-Town Travel | 11/29/05 | Butler, Jr. J | 14.00 |
| Out-of-Town Travel | 11/30/05 | Meisler RE | 1,109.72 |
| Out-of-Town Travel | 11/30/05 | Meisler RE | 137.64 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$4,080.00** |
| Messengers/ Courier | 10/11/05 | Dist Serv/Mail/Page, D | 22.12 |
| Messengers/ Courier | 10/28/05 | Dist Serv/Mail/Page, D | 11.88 |
| | | **TOTAL MESSENGERS/ COURIER** | **$34.00** |

B4JE

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Meals | 10/11/05 | Butler, Jr. J | 46.76 |
| Out-of-Town Meals | 10/11/05 | Butler, Jr. J | 21.01 |
| Out-of-Town Meals | 10/18/05 | Butler, Jr. J | 20.01 |
| Out-of-Town Meals | 10/18/05 | Butler, Jr. J | 49.30 |
| Out-of-Town Meals | 10/23/05 | Butler, Jr. J | 17.00 |
| Out-of-Town Meals | 10/30/05 | Butler, Jr. J | 46.44 |
| Out-of-Town Meals | 10/30/05 | Butler, Jr. J | 20.01 |
| Out-of-Town Meals | 11/13/05 | Butler, Jr. J | 23.01 |
| Out-of-Town Meals | 11/22/05 | Butler, Jr. J | 28.01 |
| Out-of-Town Meals | 11/29/05 | Butler, Jr. J | 17.00 |
| Out-of-Town Meals | 11/30/05 | Meisler RE | 6.30 |
| Out-of-Town Meals | 11/30/05 | Meisler RE | 5.14 |
| Out-of-Town Meals | 11/30/05 | Meisler RE | 13.01 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$313.00** |
| Contracted Catering-NY | 10/26/05 | Butler, Jr. J | 501.22 |
| Contracted Catering-NY | 10/27/05 | Butler, Jr. J | 384.74 |
| Contracted Catering-NY | 11/15/05 | Butler, Jr. J | 22.29 |
| Contracted Catering-NY | 11/16/05 | Butler, Jr. J | 40.74 |
| Contracted Catering-NY | 11/16/05 | Butler, Jr. J | 24.44 |
| Contracted Catering-NY | 11/16/05 | Butler, Jr. J | 66.57 |
| | | **TOTAL CONTRACTED CATERING-NY** | **$1,040.00** |
| Air Phone Charges | 11/09/05 | Butler, Jr. J | 229.60 |
| Air Phone Charges | 11/09/05 | Butler, Jr. J | 146.40 |
| | | **TOTAL AIR PHONE CHARGES** | **$376.00** |
| Wireless - Mobile/Cellular/Pager | 11/09/05 | Meisler RE | 4.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$4.00** |
| | | **TOTAL MATTER** | **$8,956.00** |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                   Bill Date: 01/31/06
Business Operations/Strategic Planning                     Bill Number: 1092991

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 12/02/05 | 2.50 | EMAILS FROM/TO S. MILLER RE STRATEGIC MATTERS AND REVIEW/ANALYZE SAME (0.3); PREPARE FOR (0.3) AND PARTICIPATE IN (1.9) WEEKLY CASE MANAGEMENT STRATEGY MEETING WITH DELPHI (K. CRAFT), TOGUT (N. BERGER) REPRESENTATIVES AND SENIOR SKADDEN WORKING GROUP. |
| BUTLER, JR. J | 12/03/05 | 0.90 | CONTINUE TO PREPARE FOR DECEMBER 5TH DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY INCLUDING REVIEW AND COMMENT ON DRAFT PRELIMINARY 2006-10 BUSINESS PLAN (0.6); TELECONFERENCE WITH S. MILLER RE STRATEGIC MATTERS (0.3). |
| BUTLER, JR. J | 12/04/05 | 1.60 | CONTINUE TO PREPARE FOR DECEMBER 5TH DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY INCLUDING REVIEW AND COMMENT ON DRAFT PRELIMINARY 2006-10 BUSINESS PLAN (1.3); EMAILS FROM/TO S. MILLER AND J. SHEEHAN RE SAME (0.3). |
| BUTLER, JR. J | 12/05/05 | 3.90 | PREPARE FOR (0.2) AND ATTEND (3.3) DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY; ATTEND FOLLOW-UP MEETING WITH D. WOHLEEN AND D. SHERBIN (0.4). |
| BUTLER, JR. J | 12/06/05 | 1.40 | PREPARE FOR (0.2) AND MEET (1.2) WITH S. MILLER AT COMPANY IN TROY RE STRATEGIC MATTERS. |
| BUTLER, JR. J | 12/08/05 | 1.30 | PREPARE FOR (0.2) AND ATTEND (1.1) DELPHI STRATEGY BOARD (DOM) MEETING AT COMPANY IN TROY. |
| BUTLER, JR. J | 12/10/05 | 0.40 | TELECONFERENCE WITH S. MILLER RE DTM AND STRATEGIC MATTERS, NEXT STEPS (0.4). |
| BUTLER, JR. J | 12/12/05 | 0.20 | REVIEW BOOZ-ALLEN ENGAGEMENT MATTERS (0.2). |
| BUTLER, JR. J | 12/14/05 | 1.20 | PREPARE FOR DECEMBER 21ST DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY INCLUDING REVIEW OF 2006 TRANSFORMATION PLAN ASSUMPTIONS AND RELATED MATTERS (1.2). |
| BUTLER, JR. J | 12/15/05 | 5.10 | PREPARE FOR (0.4) AND ATTEND (3.8) DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY; PREPARE FOR (0.2) AND ATTEND (0.7) MEETING WITH J. SHEEHAN, R. EISENBERG, ETC. RE MANAGEMENT OF CASE INFORMATION REQUESTS AND RELATED MATTERS. |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BUTLER, JR. J | 12/16/05 | 0.60 | TELECONFERENCE WITH S. MILLER RE DTM, STRATEGIC MATTERS AND NEXT STEPS (0.6). |
| BUTLER, JR. J | 12/17/05 | 0.50 | CONTINUE TO REVIEW STATUS OF BOOZ-ALLEN ENGAGEMENT MATTERS AND NEXT STEPS (0.3); EMAILS FROM/TO S. MILLER RE DEBTHOLDER MEETING (0.2). |
| BUTLER, JR. J | 12/19/05 | 1.10 | TELECONFERENCES WITH J. SHEEHAN, D. SHERBIN AND S. CORCORAN RE MANAGEMENT OF BUSINESS PLAN INFORMATION REQUESTS AND FORWARD NEGOTIATIONS (0.4, 0.2, 0.2); TELECONFERENCE WITH AND EMAILS FROM/TO S. MILLER RE PREP SESSION FOR CREDITOR/INVESTOR MEETING (0.3). |
| BUTLER, JR. J | 12/20/05 | 1.10 | PREPARE FOR DECEMBER 21 DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY INCLUDING REVIEW OF DRAFT AGENDAS AND PRESENTATION MATERIALS (0.8); EMAILS FROM/TO R. EISENBERG AND D. RESNICK RE DISSEMINATION OF INFORMATION PROTOCOLS (0.3). |
| BUTLER, JR. J | 12/21/05 | 3.40 | PREPARE FOR (0.3) AND ATTEND (1.4) DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY; PREPARE FOR (0.3) AND ATTEND (0.8) MEETING WITH S. MILLER AT COMPANY IN TROY; PREPARE FOR (0.2) AND ATTEND (0.4) MEETING R. EISENBERG, D. RESNICK ETC. RE MANAGEMENT OF BUSINESS PLAN INFORMATION REQUESTS AND FORWARD NEGOTIATIONS. |
| BUTLER, JR. J | 12/29/05 | 0.30 | BEGIN TO PREPARE FOR JANUARY 3RD DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY INCLUDING EMAILS TO J. SHEEHAN RE PROPOSED AGENDA ITEMS (0.3). |
| BUTLER, JR. J | 12/30/05 | 1.30 | PREPARE FOR (0.2) AND PARTICIPATE IN (1.1) WEEKLY WORKING GROUP STRATEGY CONFERENCE WITH A. TOGUT AND N. BERGER. |
| | | **26.80** | |
| COCHRAN EL | 12/02/05 | 3.50 | MEETING OF STRATEGY GROUP AND REVIEW ISSUES (3.5). |
| COCHRAN EL | 12/05/05 | 4.10 | PARTICIPATED IN DTM MEETING; REVIEW ISSUES (4.1). |
| COCHRAN EL | 12/15/05 | 4.80 | PARTICIPATED IN DTM CALL (4.8). |
| COCHRAN EL | 12/16/05 | 2.40 | MEETING OF STRATEGY GROUP AND REVIEW ISSUES (2.4). |
| COCHRAN EL | 12/21/05 | 4.20 | PARTICIPATED IN DTM STRATEGY CALL (4.2). |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| COCHRAN EL | 12/30/05 | 1.60 | MEETING OF STRATEGY GROUP; REVIEW ISSUES (1.6). |
| | | **20.60** | |
| LYONS JK | 12/02/05 | 1.90 | CASE STRATEGY CALL (1.9). |
| LYONS JK | 12/09/05 | 1.50 | SENIOR STRATEGY CALL (1.5). |
| LYONS JK | 12/16/05 | 2.10 | SENIOR STRATEGY CALL (2.1). |
| LYONS JK | 12/23/05 | 1.90 | PARTICIPATION IN CASE STRATEGY CALL (1.9). |
| LYONS JK | 12/30/05 | 1.30 | PARTICIPATED IN CASE STRATEGY MEETING (1.3). |
| | | **8.70** | |
| MARAFIOTI KA | 12/02/05 | 1.90 | ATTEND SENIOR STRATEGY MEETING (1.9). |
| MARAFIOTI KA | 12/16/05 | 1.10 | SENIOR WORKING GROUP STRATEGY CALL (1.1). |
| MARAFIOTI KA | 12/30/05 | 1.10 | SENIOR WORKING GROUP STRATEGY CALL (1.1). |
| | | **4.10** | |
| WEXLER MP | 12/21/05 | 1.50 | PARTICIPATE IN SENIOR STRATEGY TELECONFERENCE RE REAL ESTATE AND OTHER MATTERS AND ISSUES TO BE RESOLVED IN CONNECTION WITH THE JANUARY 5 OMNIBUS (1.5). |
| | | **1.50** | |
| **Total Partner** | | **61.70** | |
| MATZ TJ | 12/01/05 | 0.80 | PREPARING AND DISTRIBUTING AGENDA FOR 12/2 SENIOR STRATEGY CALL (0.8). |
| MATZ TJ | 12/15/05 | 1.20 | PREPARING AGENDA FOR SENIOR STRATEGY CONFERENCE CALL (0.6); TELECONFERENCES WITH FTI RE MONTHLY REPORTS TO CREDITORS COMMITTEE UNDER THE CASH MANAGEMENT ORDER (0.6). |
| MATZ TJ | 12/16/05 | 1.10 | PARTICIPATING IN SENIOR STRATEGY CONFERENCE CALL (1.1). |
| MATZ TJ | 12/29/05 | 0.50 | PREPARING AGENDA FOR SENIOR STRATEGY CONFERENCE CALL (0.5). |
| MATZ TJ | 12/30/05 | 1.10 | PARTICIPATING IN SENIOR STRATEGY CONFERENCE CALL (1.1). |
| | | **4.70** | |
| **Total Counsel** | | **4.70** | |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MEISLER RE | 12/01/05 | 0.30 | REVIEWED AND COMMENTED ON AGENDA FOR INTERNAL SENIOR STRATEGY MEETING (0.3). |
| MEISLER RE | 12/02/05 | 1.90 | PARTICIPATED ON INTERNAL STRATEGY CALL (1.9). |
| MEISLER RE | 12/09/05 | 0.30 | TELECONFERENCE WITH R. MARINO RE BOOZ ALLEN CONSULTING CONTRACTS (0.3). |
| MEISLER RE | 12/11/05 | 0.50 | DRAFTED LETTER TO JCI RE TRANSITIONING OF GMSPO BUSINESS (0.5). |
| MEISLER RE | 12/12/05 | 0.30 | TELECONFERENCE WITH R. MARINO RE BOOZ ALLEN (0.3). |
| MEISLER RE | 12/15/05 | 2.00 | CONFERENCE WITH WORKING GROUP RE PLANNING (1.3); REVIEWED CASH MANAGEMENT AND DIP ORDER AND ANALYZED EQUITY INJECTION INQUIRY (0.7). |
| MEISLER RE | 12/16/05 | 1.10 | PARTICIPATE ON SENIOR STRATEGY CALL (1.1). |
| MEISLER RE | 12/18/05 | 0.90 | DRAFTED LETTER RE BOOZ ALLEN (0.9). |
| MEISLER RE | 12/19/05 | 0.10 | RESPONDED TO K. CRAFT INQUIRY RE INTERCOMPANY CLAIMS (0.1). |
| MEISLER RE | 12/20/05 | 0.80 | CONTINUED ANALYSIS OF EQUITY INVESTMENT IN JOINT VENTURES (0.8). |
| MEISLER RE | 12/21/05 | 1.70 | CONFERENCE WITH WORKING GROUP RE PLANNING (1.3); TELECONFERENCE WITH H. BAER RE IRVING PLANT CLOSURE (0.1); ATTENTION TO SAME (0.2); TELECONFERENCE WITH E. HOFFIUS RE EQUITY INJECTION INQUIRY (0.1). |
| MEISLER RE | 12/22/05 | 1.70 | REVIEWED AND COMMENTED ON LETTER AGREEMENT FROM PBR RE REQUEST TO MODIFY LLC AGREEMENT AND REVIEWED LLC AGREEMENT RE SAME (1.0); TELECONFERENCES WITH K. CRAFT RE SAME (0.2); TELECONFERENCE WITH J. O'NEILL RE SAME (0.1); TELECONFERENCES WITH D. DRAGICH RE SAME (0.4). |
| MEISLER RE | 12/23/05 | 0.50 | TELECONFERENCE WITH R. EISENBERG RE IRVING PLANT CLOSURE (0.3); REVIEW SAME (0.2). |
| MEISLER RE | 12/29/05 | 0.20 | REVIEW AGENDA FOR SENIOR CALL AND COMMENT (0.2). |
| | | **12.30** | |
| MICHELI MJ | 12/09/05 | 2.10 | TELECONFERENCE WITH J. BATTEN RE SAVE IT UNIVERSITY SUPPLIER MATTERS (0.4); ANALYSIS OF LEGAL REMEDIES FOR SAVE IT UNIVERSITIES PROGRAM (1.7). |
| | | **2.10** | |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| REESE RG | 12/20/05 | 1.90 | REVIEW ISSUES RE INTERCOMPANY INVESTMENTS (1.9). |
| | | **1.90** | |
| STUART NL | 12/12/05 | 2.30 | REVIEW AND SUMMARIZE BOOZ ALLEN CONSULTING AGREEMENT (2.3). |
| STUART NL | 12/13/05 | 2.80 | ANALYZE BOOZ ALLEN CONSULTING AGREEMENT AND DRAFT SUMMARY OF SAME (2.8). |
| | | **5.10** | |
| TOUSSI S | 12/05/05 | 3.70 | ADDRESS ISSUES RE TOPRS AND TRUSTEE'S ISSUES RE LIQUIDATION (0.7); PREPARE MEMO DESCRIBING STRUCTURE OF TOPRS AND STEPS NECESSARY FOR LIQUIDATION OF PREFERRED SHARES (1.5); MEETING TO DISCUSS TOPRS AND TELECONFERENCE WITH TRUSTEE COUNSEL (1.0); FOLLOW-UP ISSUES RE SAME (0.5). |
| | | **3.70** | |
| ZALTZMAN H* | 12/13/05 | 4.20 | RESEARCH RE CONSTRUCTIVE TRUST RE FEDERAL MONEY GOING TO UNIVERSITIES' R&D PROGRAMS (4.2). |
| ZALTZMAN H* | 12/15/05 | 1.80 | FINISH CONSTRUCTIVE TRUST RESEARCH RE FUNDS TRANSFERRED BY DEPT OF EDUCATION FOR R&D AT UNIVERSITIES (1.8). |
| | | **6.00** | |
| **Total Associate/Law Clerk** | | **31.10** | |
| DEMMA J | 12/06/05 | 3.20 | PREPARE DTM PRESENTATION MATERIALS FOR ATTORNEY REVIEW (3.2). |
| | | **3.20** | |
| **Total Legal Assistant** | | **3.20** | |
| **TOTAL TIME** | | **100.70** | |

     * Law clerks are law school graduates
       who are not presently admitted to practice.

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 01/31/06
Business Operations/Strategic Planning                      Bill Number: 1092991

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 12/29/05 | Telecommunications, D | 2.34 |
| Telephone Expense | 12/29/05 | Telecommunications, D | 0.33 |
| Telephone Expense | 12/29/05 | Telecommunications, D | 1.33 |
| | | **TOTAL TELEPHONE EXPENSE** | **$4.00** |
| Car Service (manual entries) | 12/08/05 | Boston Coach Corp. | 153.00 |
| | | **TOTAL CAR SERVICE (MANUAL ENTRIES)** | **$153.00** |
| Air/Rail Travel (external) | 12/04/05 | Butler, Jr. J | 204.53 |
| Air/Rail Travel (external) | 12/14/05 | Butler, Jr. J | 159.46 |
| Air/Rail Travel (external) | 12/20/05 | Butler, Jr. J | 578.01 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$942.00** |
| Out-of-Town Travel | 12/04/05 | Butler, Jr. J | 453.47 |
| Out-of-Town Travel | 12/04/05 | Butler, Jr. J | 9.02 |
| Out-of-Town Travel | 12/04/05 | Butler, Jr. J | 134.11 |
| Out-of-Town Travel | 12/04/05 | Butler, Jr. J | 53.34 |
| Out-of-Town Travel | 12/14/05 | Butler, Jr. J | 17.00 |
| Out-of-Town Travel | 12/14/05 | Butler, Jr. J | 200.49 |
| Out-of-Town Travel | 12/14/05 | Butler, Jr. J | 498.96 |
| Out-of-Town Travel | 12/20/05 | Butler, Jr. J | 144.68 |
| Out-of-Town Travel | 12/20/05 | Butler, Jr. J | 224.92 |
| Out-of-Town Travel | 12/20/05 | Butler, Jr. J | 21.00 |
| Out-of-Town Travel | 12/20/05 | Butler, Jr. J | 58.01 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$1,815.00** |

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Meals | 12/04/05 | Butler, Jr. J | 12.12 |
| Out-of-Town Meals | 12/04/05 | Butler, Jr. J | 13.37 |
| Out-of-Town Meals | 12/14/05 | Butler, Jr. J | 49.38 |
| Out-of-Town Meals | 12/14/05 | Butler, Jr. J | 27.08 |
| Out-of-Town Meals | 12/20/05 | Butler, Jr. J | 19.05 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$121.00** |
| Wireless – Mobile/Cellular/Pager | 12/27/05 | Butler, Jr. J | 35.00 |
| | | **TOTAL WIRELESS – MOBILE/CELLULAR/PAGER** | **$35.00** |
| | | **TOTAL MATTER** | **$3,070.00** |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                      Bill Date: 02/28/06
Business Operations/Strategic Planning                        Bill Number: 1108418

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 01/02/06 | 1.10 | CONTINUE TO PREPARE FOR JANUARY 3RD DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY INCLUDING REVIEW OF DRAFT AGENDAS AND PRESENTATION MATERIALS (1.1). |
| BUTLER, JR. J | 01/03/06 | 4.60 | PREPARE FOR (0.8) AND ATTEND (3.8) DELPHI TRANSFORMATION COMMITTEE MEETING AND RELATED SENIOR MANAGEMENT MEETINGS AT COMPANY IN TROY. |
| BUTLER, JR. J | 01/06/06 | 3.70 | PREPARE FOR (0.3) AND PARTICIPATE (1.7) IN STRATEGY DISCUSSIONS IN NEW YORK CITY WITH J. SHEEHAN, D. SHERBIN, S. CORCORAN, R. EISENBERG AND B. SHAW; PREPARE FOR (0.2) AND PARTICIPATE IN (0.9) WEEKLY SENIOR ADVICE STRATEGY TELECONFERENCE WITH COMPANY; OUTLINE ISSUES AND BEGIN TO PREPARE FOR NEXT WEEK'S DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY (0.6). |
| BUTLER, JR. J | 01/09/06 | 1.90 | EMAIL FROM J. SHEEHAN AND REVIEW STEADY STATE BUSINESS PLANNING SCENARIO (1.9). |
| BUTLER, JR. J | 01/11/06 | 2.90 | PREPARE FOR (0.3) AND PARTICIPATE IN STRATEGY DISCUSSIONS AT COMPANY IN TROY WITH S. MILLER (0.6) AND S. MILLER, J. SHEEHAN AND D. SHERBIN (0.6); PREPARE FOR (0.2) AND PARTICIPATE IN (0.9) COMMUNICATIONS MEETING WITH K. HEALY AND COMMUNICATIONS TEAM AT COMPANY IN TROY; PREPARE FOR JUNE 12TH DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY (0.3). |
| BUTLER, JR. J | 01/12/06 | 5.60 | PREPARE FOR (0.3) AND ATTEND (2.9) DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY; PREPARE FOR (0.3) AND PARTICIPATE IN STRATEGY DISCUSSIONS AT COMPANY IN TROY WITH S. MILLER (0.5, 0.3), S. MILLER, R. O'NEAL AND S. CORCORAN (1.3). |
| BUTLER, JR. J | 01/14/06 | 1.40 | EMAIL FROM J. SHEEHAN AND REVIEW COMPARISON ANALYSIS RE DIP CASE AND STEADY STATE SCENARIO (0.8); FOLLOW-UP ON JANUARY 12TH DELPHI TRANSFORMATION COMMITTEE MEETING MATTERS (0.6). |
| BUTLER, JR. J | 01/15/06 | 0.60 | REVIEW AND CONSIDER STRATEGIC THINK PIECE FROM S. MILLER AND NEXT STEPS (0.6) . |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BUTLER, JR. J | 01/16/06 | 1.60 | PREPARE FOR (0.3) AND PARTICIPATE IN (1.3) STRATEGY MEETING WITH S. MILLER AND SENIOR MANAGEMENT AT DELPHI (VIA TELECONFERENCE). |
| BUTLER, JR. J | 01/17/06 | 2.60 | PREPARE FOR (0.4) AND ATTEND (2.2) DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY. |
| BUTLER, JR. J | 01/22/06 | 0.80 | PREPARE FOR JANUARY 23RD DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY (0.8). |
| BUTLER, JR. J | 01/23/06 | 3.70 | PREPARE FOR (0.3) AND ATTEND (3.4) DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY. |
| BUTLER, JR. J | 01/29/06 | 0.60 | PREPARE FOR JANUARY 30TH DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY (0.6). |
| BUTLER, JR. J | 01/30/06 | 3.70 | PREPARE FOR (0.4) AND ATTEND (3.3) DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY. |
| | | **34.80** | |
| COCHRAN EL | 01/03/06 | 2.00 | PARTICIPATED IN DTM TELECONFERENCE (2.0). |
| COCHRAN EL | 01/06/06 | 2.10 | PARTICIPATED IN SENIOR STRATEGY TELECONFERENCE (2.1). |
| COCHRAN EL | 01/12/06 | 3.00 | PARTICIPATED IN DTM MEETING (3.0). |
| COCHRAN EL | 01/13/06 | 0.40 | PARTICIPATED IN SENIOR STRATEGY TELECONFERENCE (0.4). |
| COCHRAN EL | 01/17/06 | 2.10 | PARTICIPATED IN DTM TELECONFERENCE (2.1). |
| COCHRAN EL | 01/20/06 | 0.50 | PARTICIPATED IN SENIOR STRATEGY TELECONFERENCE (0.5). |
| COCHRAN EL | 01/23/06 | 3.60 | PARTICIPATED IN DTM TELECONFERENCE (3.6). |
| COCHRAN EL | 01/27/06 | 1.60 | PARTICIPATED IN SENIOR STRATEGY TELECONFERENCE (1.6). |
| COCHRAN EL | 01/30/06 | 3.50 | PARTICIPATED IN DTM (3.5). |
| | | **18.80** | |
| LYONS JK | 01/06/06 | 1.20 | PARTICIPATION IN SENIOR STRATEGY TELECONFERENCE (1.2). |
| | | **1.20** | |
| MARAFIOTI KA | 01/06/06 | 1.50 | SKADDEN SENIOR STRATEGY TELECONFERENCE AND FOLLOWUP (1.5). |
| MARAFIOTI KA | 01/11/06 | 0.30 | REVIEWED PROPOSAL RE POSSIBLE STRATEGIC ACQUISITION (0.3). |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MARAFIOTI KA | 01/12/06 | 3.30 | ATTEND DTM MEETING (3.3). |
| MARAFIOTI KA | 01/17/06 | 1.80 | REVIEWED REVISED DTM PRESENTATION (0.3); ATTEND DTM MEETING (1.5). |
| MARAFIOTI KA | 01/20/06 | 0.80 | SENIOR STRATEGY TELECONFERENCE (0.8). |
| MARAFIOTI KA | 01/23/06 | 2.70 | TELECONFERENCE WITH J. GUGLIELMO RE CASH MANAGEMENT ORDER AND CONSIDER SAME (0.4); ATTEND DTM MEETING (1.9); TELECONFERENCES AND CORRESPONDENCE RE PRESS INQUIRY (0.4). |
| MARAFIOTI KA | 01/27/06 | 0.90 | SENIOR STRATEGY MEETING (0.9). |
| | | **11.30** | |
| SPRINGER DE | 01/06/06 | 1.30 | PREPARATION FOR AND CONDUCT SENIOR LEADERSHIP TELECONFERENCE (1.3). |
| SPRINGER DE | 01/20/06 | 1.00 | SENIOR STRATEGY TELECONFERENCE (1.0). |
| | | **2.30** | |
| **Total Partner** | | **68.40** | |
| MATZ TJ | 01/06/06 | 1.50 | PARTICIPATE IN WEEKLY SENIOR STRATEGY TELECONFERENCE RE ALL ON GOING MATTERS (1.2); FOLLOW UP DISCUSSIONS RE SAME (0.3). |
| MATZ TJ | 01/19/06 | 1.50 | WORKING ON MATTER RE BANK ACCOUNTS (0.4); CORRESPONDENCE RE SAME (0.3); PREPARING AGENDA FOR SENIOR STRATEGY TELECONFERENCE (0.6); FOLLOW UP CORRESPONDENCE RE SAME (0.2). |
| MATZ TJ | 01/23/06 | 0.60 | FOLLOW UP WORK RE CASH MANAGEMENT MATTERS, BANK ACCOUNTS (0.4); TELECONFERENCE WITH FTI RE SAME (0.2). |
| MATZ TJ | 01/24/06 | 0.30 | WORK ON CASH MANAGEMENT MATTERS (0.2); CORRESPONDENCE RE SAME (0.1). |
| MATZ TJ | 01/26/06 | 0.40 | PREPARING AGENDA FOR WEEKLY SENIOR STRATEGY TELECONFERENCE (0.4). |
| MATZ TJ | 01/27/06 | 1.70 | PARTICIPATE IN SENIOR STRATEGY TELECONFERENCE (0.9); FOLLOW UP WORK RE STRATEGY SESSION (0.8). |
| | | **6.00** | |
| **Total Counsel** | | **6.00** | |
| HERRIOTT AV | 01/17/06 | 0.60 | BEGIN DRAFTING OF PRESENTATION TO DELPHI STRATEGY BOARD RE RESTRUCTURING MATTERS (0.6). |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HERRIOTT AV | 01/18/06 | 3.20 | CONTINUE DRAFTING, REVIEWING AND REVISING OF DELPHI STRATEGY BOARD PRESENTATION ON RESTRUCTURING MATTERS (3.2). |
| | | **3.80** | |
| MEISLER RE | 01/06/06 | 1.60 | PREPARED FOR SENIOR STRATEGY TELECONFERENCE (0.2); PARTICIPATED ON SAME (1.4). |
| MEISLER RE | 01/17/06 | 2.60 | WORKED ON PRESENTATION FOR D. SHERBIN PROVIDING UPDATES SINCE DECEMBER 8TH FOR UPCOMING DOM (2.6). |
| MEISLER RE | 01/18/06 | 0.70 | CONTINUED TO REVIEW AND REVISE PRESENTATION FOR D. SHERBIN (0.7). |
| MEISLER RE | 01/20/06 | 0.90 | PARTICIPATED ON SENIOR STRATEGY TELECONFERENCE (0.9). |
| MEISLER RE | 01/27/06 | 1.00 | PARTICIPATED ON WEEKLY STRATEGY TELECONFERENCE (1.0). |
| MEISLER RE | 01/30/06 | 0.10 | CONFERENCE WITH D. ALEXANDER RE IRVINE CLOSURE (0.1). |
| | | **6.90** | |
| REESE RG | 01/16/06 | 0.80 | REVISE DTM MATERIALS (0.8). |
| REESE RG | 01/17/06 | 2.10 | PREPARE MATERIALS FOR DTM MEETING (2.1). |
| REESE RG | 01/24/06 | 0.40 | REVIEW BANK ACCOUNT ISSUES (0.4). |
| | | **3.30** | |
| **Total Associate** | | **14.00** | |
| **TOTAL TIME** | | **88.40** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                           Bill Date: 02/28/06
Business Operations/Strategic Planning             Bill Number: 1108418

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 01/03/06 | Copy Center, D | 8.17 |
| In-house Reproduction | 01/10/06 | Copy Center, D | 0.60 |
| In-house Reproduction | 01/20/06 | Copy Center, D | 16.34 |
| In-house Reproduction | 01/22/06 | Copy Center, D | 2.89 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$28.00** |
| Telephone Expense | 01/27/06 | Telecommunications, D | 5.87 |
| Telephone Expense | 01/27/06 | Telecommunications, D | 6.77 |
| Telephone Expense | 01/27/06 | Telecommunications, D | 0.36 |
| | | **TOTAL TELEPHONE EXPENSE** | **$13.00** |
| Vendor Hosted Teleconferencing | 01/31/06 | Teleconferencing Services, LLC | 3.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$3.00** |
| Air/Rail Travel (external) | 01/02/06 | Butler, Jr. J | 258.56 |
| Air/Rail Travel (external) | 01/10/06 | Butler, Jr. J | 164.03 |
| Air/Rail Travel (external) | 01/16/06 | Butler, Jr. J | 138.08 |
| Air/Rail Travel (external) | 01/22/06 | Butler, Jr. J | 178.57 |
| Air/Rail Travel (external) | 01/29/06 | Butler, Jr. J | 85.76 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$825.00** |
| Out-of-Town Travel | 01/02/06 | Butler, Jr. J | 21.00 |
| Out-of-Town Travel | 01/02/06 | Butler, Jr. J | 105.13 |
| Out-of-Town Travel | 01/02/06 | Butler, Jr. J | 294.66 |
| Out-of-Town Travel | 01/10/06 | Butler, Jr. J | 26.00 |
| Out-of-Town Travel | 01/10/06 | Butler, Jr. J | 241.10 |
| Out-of-Town Travel | 01/10/06 | Butler, Jr. J | 657.13 |
| Out-of-Town Travel | 01/16/06 | Butler, Jr. J | 89.46 |
| Out-of-Town Travel | 01/16/06 | Butler, Jr. J | 48.01 |
| Out-of-Town Travel | 01/16/06 | Butler, Jr. J | 294.66 |

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Travel | 01/16/06 | Butler, Jr. J | 14.00 |
| Out-of-Town Travel | 01/22/06 | Butler, Jr. J | 105.04 |
| Out-of-Town Travel | 01/22/06 | Butler, Jr. J | 32.00 |
| Out-of-Town Travel | 01/22/06 | Butler, Jr. J | 160.17 |
| Out-of-Town Travel | 01/22/06 | Butler, Jr. J | 16.00 |
| Out-of-Town Travel | 01/29/06 | Butler, Jr. J | 240.25 |
| Out-of-Town Travel | 01/29/06 | Butler, Jr. J | 130.89 |
| Out-of-Town Travel | 01/29/06 | Butler, Jr. J | 18.50 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$2,494.00** |
| Out-of-Town Meals | 01/02/06 | Butler, Jr. J | 17.96 |
| Out-of-Town Meals | 01/10/06 | Butler, Jr. J | 36.93 |
| Out-of-Town Meals | 01/16/06 | Butler, Jr. J | 16.97 |
| Out-of-Town Meals | 01/22/06 | Butler, Jr. J | 27.94 |
| Out-of-Town Meals | 01/29/06 | Butler, Jr. J | 63.24 |
| Out-of-Town Meals | 01/29/06 | Butler, Jr. J | 21.96 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$185.00** |
| Wireless - Mobile/Cellular/Pager | 12/09/05 | Meisler RE | 43.68 |
| Wireless - Mobile/Cellular/Pager | 01/09/06 | Meisler RE | 0.32 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$44.00** |
| | | **TOTAL MATTER** | **$3,592.00** |