SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
                                   :
         In re                     :   Chapter 11
                                   :
DELPHI CORPORATION, et al.,        :   Case No. 05-44481 (RDD)
                                   :
                         Debtors.  :   (Jointly Administered)
                                   :
---------------------------------- x

EXHIBIT D-21
ASSET DISPOSITIONS (GENERAL)
210.6 HOURS

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)  
Asset Dispositions (General)

Bill Date: 12/30/05  
Bill Number: 1091378

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BERLIN K | 11/17/05 | 1.40 | REVIEW OF DE MINIMUS ORDER (0.3) AND DRAFT BROKER'S AFFIDAVIT (0.8) AND TELECONFERENCE WITH M. HESTER RE THE SAME (0.3). |
|  |  | **1.40** |  |
| COCHRAN EL | 10/24/05 | 1.50 | REVIEW 363 ASSET SALE PRESENTATION (1.5). |
| COCHRAN EL | 10/25/05 | 1.10 | REVIEW 363 PRESENTATION (1.1). |
| COCHRAN EL | 11/25/05 | 2.70 | TELECONFERENCE WITH L. DIAZ, M. FUKUDA, P. ROTH, J. LYONS RE GENERAL DIVESTURE PROGRAM (0.6); REVIEW ISSUES (2.1). |
|  |  | **5.30** |  |
| LYONS JK | 10/21/05 | 1.00 | REVIEW OF 363 PRESENTATIONS AND REVISIONS (1.0). |
| LYONS JK | 10/26/05 | 2.80 | PREPARATION FOR AND PRESENTATION OF 363 PRESENTATION TO M&A GROUP AND FIELDED QUESTIONS (2.8). |
| LYONS JK | 10/27/05 | 1.30 | MEETING WITH M&A GROUP RE PEGASUS TRANSACTION AND STRUCTURE OF DEAL IN LIGHT OF CHAPTER 11 (1.3). |
| LYONS JK | 11/25/05 | 1.40 | PREPARATION AND PARTICIPATION IN CALL WITH L. DIAZ, M. FAKUDA, AND E. COCHRAN RE SALE ISSUES (1.4). |
|  |  | **6.50** |  |
| MARAFIOTI KA | 10/17/05 | 0.40 | WORK ON MOTION TO PERMIT DE MINIMIS ASSET SALES (0.4). |
| MARAFIOTI KA | 11/01/05 | 0.50 | CONFERENCES RE PEGASUS SALE (0.2); WORK ON ISSUES RE CSFB RETENTION BY NON-DEBTORS (0.3). |
| MARAFIOTI KA | 11/21/05 | 0.30 | WORK ON ISSUES RE SALE OF FOLEY, ALABAMA PROPERTY (0.3). |
| MARAFIOTI KA | 11/29/05 | 0.30 | REVIEW AND REVISE NOTICE OF PROPOSED SALE OF PROPERTY BY PACKARD HUGHES TO L. WIREMAN AND SUPPORTING AFFIDAVIT (0.3). |
|  |  | **1.50** |  |
| **Total Partner** |  | **14.70** |  |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| DE ELIZALDE D | 10/17/05 | 2.60 | REVIEWED AND REVISED MOTION, ORDER AND NOTICE FOR DE MINIMIS ASSET SALE (1.2); RESEARCH RE 1146(C) AND ITS APPLICABILITY TO THE DE MINIMIS MOTION (1.4). |
| DE ELIZALDE D | 11/14/05 | 1.20 | DRAFTING NOTICE OF SALE OF DE MINIMIS ASSET (1.2). |
| DE ELIZALDE D | 11/22/05 | 0.50 | REVIEWED NOTICE OF SALE AND AFFIDAVIT RE DE MINIMIS SALE OF FOLEY PROPERTY (0.5). |
| DE ELIZALDE D | 11/29/05 | 0.90 | REVIEWED NOTICE OF DE MINIMIS FOLEY SALE (0.9). |
| | | 5.20 | |
| MEISLER RE | 10/16/05 | 1.30 | REVIEW AND REVISE DE MINIMIS ASSET SALE MOTION (1.3). |
| MEISLER RE | 10/17/05 | 2.40 | REVIEW AND REVISE DE MIMINIS ASSET SALE MOTION (2.4). |
| MEISLER RE | 10/21/05 | 0.90 | ATTENTION TO DE MINIMIS ASSETS PROCEDURES (0.4); TELECONFERENCE WITH L. MARION RE SAME (0.2); COMMENTED ON INTERNAL NOTICE RE SAME (0.3). |
| MEISLER RE | 11/02/05 | 1.50 | PARTICIPATED IN MEETING WITH J. SHEEHAN RE ASSET SALES AND ORDINARY COURSE PROTOCOL (1.5). |
| MEISLER RE | 11/09/05 | 1.90 | PREPARED FOR PBR KNOXVILLE MEETING (0.2); ATTENDED PBR KNOXVILLE MEETING (1.7). |
| MEISLER RE | 11/11/05 | 0.70 | TELECONFERENCE WITH G. OGUNSAYA RE PBR KNOXVILLE RESEARCH (0.2); ATTENTION TO SAME (0.5). |
| MEISLER RE | 11/14/05 | 0.80 | REVIEWED PRIOR PRECEDENT AND RESPONDED TO S. CORCORAN AND M. LOEB INQUIRY RE CONDITION PRECEDENT AND COVENANT LANGUAGE TO BE INCLUDED IN A PURCHASE AGREEMENT TO ADDRESS THE DE MINIMIS ASSET ORDER (0.8). |
| MEISLER RE | 11/17/05 | 0.60 | REVIEWED AND REVISED ASSET SALE PROTOCOL (0.6). |
| MEISLER RE | 11/19/05 | 0.30 | TELECONFERENCE WITH G. OGUNSAYA RE PBR KNOXVILLE (0.1); ANALYSIS OF PRESENTATION PROVIDED BY PBR TENNESSEE RE SAME (0.2). |
| MEISLER RE | 11/20/05 | 0.90 | TELECONFERENCE WITH G. OGUNSAYA AND M. MICHELI RE PBR KNOXVILLE AND EFFECTS OF DELAWARE LIMITED LIABILITY COMPANY ACT ON JOINT VENTURE (0.7); DRAFTED NOTES TO FILE RE SAME (0.2). |
| MEISLER RE | 11/25/05 | 0.30 | CONTINUE TO EVALUATE PBR MATTER (0.3). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Name | Date | Hours | Description |
|---|---|---|---|
| | | **11.60** | |
| MICHELI MJ | 11/14/05 | 2.50 | BEGAN REVIEW OF DE MINIMIS ASSET SALE NOTICE RE SALE OF ASSETS (0.2); BEGAN REVIEW OF CERTAIN DE MINIMIS ASSET SALE (0.6); BEGAN DRAFTING MEMO RE SAME (1.5); ANALYSIS OF ASSETS PURCHASE AGREEMENT RE SAME (0.2). |
| MICHELI MJ | 11/15/05 | 0.20 | REVIEW DE MINIMIS ASSET PROCEDURES RE CERTAIN SALE OF ASSETS (0.2). |
| | | **2.70** | |
| OGUNSANYA GO | 11/20/05 | 3.90 | FURTHER RESEARCH RE DE CORPORATE LAW AND PBR KNOXVILLE CORPORATE ISSUES (3.9). |
| OGUNSANYA GO | 11/21/05 | 2.10 | DRAFTING/RESEARCH OF PBR KNOXVILLE CONFIDENTIALITY AGREEMENT (2.1). |
| OGUNSANYA GO | 11/22/05 | 1.50 | RESEARCH RE TAX ID FOR ENVIRONMENTAL CATALYST (0.3); DRAFTING OF CONFIDENTIALITY AGREEMENT (0.5); TELECONFERENCE WITH R. MEISLER RE PBR KNOXVILLE OPERATING AGREEMENT (0.7). |
| | | **7.50** | |
| TOUSSI S | 10/16/05 | 0.30 | REVIEW DE MINIMIS ASSET SALE MOTION (0.3). |
| TOUSSI S | 10/22/05 | 2.40 | DRAFT AND REVISE PRESENTATION ON 363 ASSET SALES (1.4); RESEARCH ISSUES RE FIDUCIARY ISSUES AND BUSINESS JUDGMENT RULE (1.0). |
| TOUSSI S | 10/23/05 | 5.20 | FINALIZE PRESENTATION (1.8); EDIT AND REVISE 363 ASSET SALE PRESENTATION (3.4). |
| TOUSSI S | 10/24/05 | 2.40 | EDIT AND REVISE 363 ASSET SALE PRESENTATION (2.4). |
| TOUSSI S | 10/25/05 | 1.00 | EDIT AND REVISE MEMO RE 363 ASSET SALE TRANSACTIONS PRESENTATION (1.0). |
| TOUSSI S | 10/27/05 | 0.80 | FOLLOW-UP ISSUES RE ASSET PURCHASE AGREEMENT PRESENTATIONS (0.8). |
| TOUSSI S | 10/28/05 | 1.20 | EDIT AND REVISE 363 ASSET SALE PRESENTATION (1.2). |
| | | **13.30** | |

15

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| ZALTZMAN H* | 11/30/05 | 2.30 | BEGIN RESEARCH RE JCI BATTERY PAYMENT (2.3). |
| | | 2.30 | |
| ZIEGLER VE | 10/17/05 | 6.70 | WORK ON DE MINIMIS ASSETS MOTION AND ORDER (3.1); RESEARCH RE APPLICABILITY OF 1146(C) ON DE MINIMIS ASSETS MOTION (3.6). |
| ZIEGLER VE | 10/18/05 | 2.90 | WORK ON DE MINIMIS ASSETS MOTION AND ORDER (2.9). |
| | | 9.60 | |
| **Total Associate/Law Clerk** | | **52.20** | |
| DEMMA J | 11/30/05 | 1.10 | PREPARE/FILE AFFIDAVIT OF SERVICE RE PROPOSED SALE OF ASSETS (1.1). |
| | | 1.10 | |
| **Total Legal Assistant** | | **1.10** | |
| **TOTAL TIME** | | **68.00** | |

\* Law clerks are law school graduates
  who are not presently admitted to practice.

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  Bill Date: 12/30/05
Asset Dispositions (General)  Bill Number: 1091378

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 11/18/05 | Copy Center, D | 11.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$11.00** |
| Lexis/Nexis | 11/30/05 | Zaltzman H | 125.00 |
| | | **TOTAL LEXIS/NEXIS** | **$125.00** |
| Messengers/ Courier | 11/11/05 | Dist Serv/Mail/Page, D | 10.34 |
| Messengers/ Courier | 11/15/05 | Dist Serv/Mail/Page, D | 10.33 |
| Messengers/ Courier | 11/15/05 | Dist Serv/Mail/Page, D | 10.33 |
| | | **TOTAL MESSENGERS/ COURIER** | **$31.00** |
| | | **TOTAL MATTER** | **$167.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  
Asset Dispositions (General)

Bill Date: 01/31/06  
Bill Number: 1092991

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| COCHRAN EL | 12/05/05 | 2.90 | REVIEW CATALYST CONTRACT (2.9). |
| COCHRAN EL | 12/06/05 | 3.80 | REVIEW MATERIALS AND DRAFT CONTRACT FOR CATALYST SALE (3.8). |
| COCHRAN EL | 12/07/05 | 1.40 | REVIEW CATALYST ISSUES (1.4). |
| COCHRAN EL | 12/08/05 | 3.60 | REVIEW CATALYST ISSUES RE SALE CONTRACT (3.6). |
| COCHRAN EL | 12/09/05 | 2.10 | REVIEW REVISED CATALYST AGREEMENT (2.1). |
| COCHRAN EL | 12/13/05 | 3.50 | TELECONFERENCE WITH L. DIAZ, S. CORCORAN ON CATALYST SALE; REVIEW ISSUES (3.5). |
| COCHRAN EL | 12/14/05 | 1.10 | ISSUES RELATING TO CATALYST SALE CONTRACT (1.1). |
| COCHRAN EL | 12/15/05 | 1.40 | REVIEW ISSUES RELATING TO DRAFT CATALYST CONTRACT (1.4). |
| COCHRAN EL | 12/19/05 | 1.60 | REVIEW REVISED PURCHASE AGREEMENT (1.6). |
| | | **21.40** | |
| LYONS JK | 12/05/05 | 3.00 | DISCUSSION OF AND STRATEGY RE PEGASUS TRANSACTION, COMMENTS TO AGREEMENT (3.0). |
| LYONS JK | 12/07/05 | 2.20 | REVIEW OF PEGASUS AGREEMENT, CONFERENCE WITH S. CORCORAN RE OPEN MATTERS, COMMENTS AND REVISIONS THERETO (2.2). |
| LYONS JK | 12/13/05 | 1.00 | REVIEW OF PEGASUS AGREEMENT MARK UP (1.0). |
| | | **6.20** | |
| **Total Partner** | | **27.60** | |
| GIBSON ML | 12/05/05 | 0.30 | DISCUSSIONS WITH INTERNAL TEAM RE CATALYST AGREEMENT (0.3). |
| GIBSON ML | 12/06/05 | 7.60 | REVIEWED CATALYST PURCHASE AGREEMENT (4.8); TELECONFERENCES WITH INTERNAL TEAM AND CLIENT RE SAME (0.4); PREPARED ISSUES LIST (2.4). |
| GIBSON ML | 12/07/05 | 10.60 | FINALIZED AND DISTRIBUTED ISSUES LIST FOR CATALYST SALE (1.0), CONFERENCE CALL WITH CLIENT RE ISSUES LIST (3.2); BEGAN REVISING AGREEMENT (6.4). |
| GIBSON ML | 12/08/05 | 7.70 | REVIEWED AND REVISED PURCHASE AGREEMENT (7.7). |

5

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GIBSON ML | 12/09/05 | 2.60 | TELECONFERENCES WITH PARTNER AND CLIENT RE PURCHASE AGREEMENT (0.6); REVISED PURCHASE AGREEMENT TO REFLECT DISCUSSIONS AND DISTRIBUTED (1.7); REVIEWED AND REVIEWED AND COMMENTED ON PRESS RELEASE (0.2); CORRESPONDENCE RE DILIGENCE ON PRESS RELEASE TOPICS (0.1). |
| GIBSON ML | 12/12/05 | 1.10 | TELECONFERENCES WITH L. DIAZ (0.3), CALLS/CORRESPONDENCE WITH INTERNAL TEAM (0.3), REVISED ANNOTATED ISSUES LIST (0.3); GATHERED PRECEDENT FOR PROVISION (0.2). |
| GIBSON ML | 12/13/05 | 3.70 | MULTIPLE CALLS/CORRESPONDENCE WITH CLIENT AND INTERNAL TEAM RE CATALYST ISSUES (0.8); BEGAN REVIEWING NEW DRAFT OF CONTRACT (2.9). |
| GIBSON ML | 12/14/05 | 3.80 | REVIEWED NEW DRAFTS OF PURCHASE AGREEMENT AND PREPARED COMMENTS (3.5); TELECONFERENCES AND CORRESPONDENCE WITH PARTNERS AND CLIENT RE SAME (0.3). |
| GIBSON ML | 12/15/05 | 2.90 | REVIEWED LATEST DRAFT OF M.S.A. AND CONSOLIDATED COMMENTS (1.3); DRAFTED RIDERS (1.6). |
| GIBSON ML | 12/19/05 | 1.20 | REVIEWED AND COMMENTED ON LATEST DRAFT OF PURCHASE AGREEMENT (1.1), TELECONFERENCES WITH INTERNAL TEAM RE SAME (0.1). |
| | | 41.50 | |
| MEISLER RE | 12/05/05 | 0.30 | TELECONFERENCE WITH K. CRAFT RE JCI REQUEST TO TRANSITION BATTERY PRODUCTION PER PURCHASE AGREEMENT (0.1); EVALUATE AGREEMENT (0.2). |
| MEISLER RE | 12/07/05 | 3.60 | TELECONFERENCES WITH S. SPODEK RE JCI TRANSACTION (0.9); TELECONFERENCE WITH S. BOBO RE SAME (0.2); REVIEWED DOCUMENTS RE SAME (2.5). |
| MEISLER RE | 12/08/05 | 3.60 | REVIEWED MALAYSIAN SHARE TRANSFER (0.5); TELECONFERENCES WITH L. HIESTAND RE SAME (0.3); CONTINUED EVALUATION OF JCI MATTER (0.9); CONFERENCE WITH S. SPODEK AND A. VANDENBURG RE JCI (1.0); CONFERENCE WITH S. SPODEK, A. VANDENBURG AND K. CRAFT RE JCI (0.4); DRAFTED NOTES TO FILE RE SAME (0.5). |
| MEISLER RE | 12/09/05 | 1.20 | CONTINUE TO REVIEW JCI MATTER (0.8); TELECONFERENCE WITH J. ERTLE AND K. CRAFT RE SAME (0.1); TELECONFERENCE WITH S. BOBO RE SAME (0.3). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MEISLER RE | 12/14/05 | 1.10 | ATTENTION TO ISSUE OF TRANSITIONING BUSINESS RELATED SALE OF BATTERY BUSINESS TO JCI AND DRAFTED LETTER RE SAME (1.1). |
| MEISLER RE | 12/15/05 | 1.30 | TELECONFERENCE WITH COUNSEL TO TADITEL IN RESPONSE TO CORRESPONDENCE AND DISCUSSED POTENTIAL SALE OF DORMANT EQUIPMENT (0.5); DRAFTED NOTES TO FILE RE SAME (0.2); CONTINUED ANALYSIS OF JCI TRANSACTION (0.6). |
| | | **11.10** | |
| STUART NL | 12/13/05 | 3.20 | ELECTRONIC RESEARCH RE TERMS OF "HYBRID" SALES OF ASSETS (3.2). |
| STUART NL | 12/20/05 | 3.10 | REVIEW DOCUMENTS RELATED TO JOHNSON CONTROLS AGREEMENT (3.1). |
| | | **6.30** | |
| ZALTZMAN H* | 12/01/05 | 6.50 | RESEARCH CORPORATE APPROVAL OR BOARD APPROVAL APPLICATION OF VERTICAL TEST OF WHETHER PROPOSED DELPHI SATELLITE TRANSACTION/ACTION WOULD BE DEEMED ORDINARY COURSE OF ACTION UNDER SECTION 363 OF THE BR CODE (3.3); RESEARCH RE JCI PAYMENTS AND RELATED ISSUES (3.2). |
| ZALTZMAN H* | 12/02/05 | 2.80 | CONTINUE RESEARCH RE JCI BATTERY ISSUES (2.8). |
| ZALTZMAN H* | 12/03/05 | 4.40 | CONTINUE TO RESEARCH JCI PAYMENT ISSUES (2.7); DRAFT MEMOS RE SAME (1.7). |
| | | **13.70** | |
| **Total Associate/Law Clerk** | | **72.60** | |
| **TOTAL TIME** | | **100.20** | |

\* Law clerks are law school graduates who are not presently admitted to practice.

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  
Asset Dispositions (General)

Bill Date: 01/31/06  
Bill Number: 1092991

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 12/09/05 | Copy Center, D | 7.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$7.00** |
| Telephone Expense | 12/29/05 | Telecommunications, D | 3.86 |
| Telephone Expense | 12/29/05 | Telecommunications, D | 6.27 |
| Telephone Expense | 12/29/05 | Telecommunications, D | 0.87 |
| | | **TOTAL TELEPHONE EXPENSE** | **$11.00** |
| Lexis/Nexis | 12/01/05 | Zaltzman H | 633.34 |
| Lexis/Nexis | 12/02/05 | Zaltzman H | 10.86 |
| Lexis/Nexis | 12/03/05 | Zaltzman H | 433.92 |
| Lexis/Nexis | 12/05/05 | Zaltzman H | 131.39 |
| Lexis/Nexis | 12/06/05 | Zaltzman H | 797.72 |
| Lexis/Nexis | 12/14/05 | Zaltzman H | 400.54 |
| Lexis/Nexis | 12/23/05 | Zaltzman H | 196.92 |
| Lexis/Nexis | 12/27/05 | Zaltzman H | 99.31 |
| | | **TOTAL LEXIS/NEXIS** | **$2,704.00** |
| Westlaw | 12/13/05 | Stuart NL | 90.00 |
| | | **TOTAL WESTLAW** | **$90.00** |
| Messengers/ Courier | 12/16/05 | Dist Serv/Mail/Page, D | 25.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$25.00** |
| Out-of-Town Meals | 12/08/05 | Meisler RE | 3.35 |
| Out-of-Town Meals | 12/08/05 | Meisler RE | 2.16 |
| Out-of-Town Meals | 12/08/05 | Meisler RE | 12.49 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$18.00** |
| | | **TOTAL MATTER** | **$2,855.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Delphi Corporation (DIP) | | | Bill Date: 02/28/06 |
|---|---|---|---|
| Asset Dispositions (General) | | | Bill Number: 1108418 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BERLIN K | 01/09/06 | 1.10 | REVIEW OF ENVIRONMENTAL CONTRACT LANGUAGE ISSUES IN SALES AGREEMENTS (1.1). |
| | | 1.10 | |
| COCHRAN EL | 01/06/06 | 0.90 | REVIEW SLIDES FOR M&A PRESENTATION (0.9). |
| COCHRAN EL | 01/09/06 | 1.90 | REVIEW MATERIAL RE BRAKE DISPOSITION (0.5); PARTICIPATED IN TELECONFERENCE WITH S. OLSEN RE BRAKE DISPOSITION (1.4). |
| COCHRAN EL | 01/11/06 | 1.30 | REVIEW TIMETABLE FOR PEGASUS TRANSACTION (1.3). |
| COCHRAN EL | 01/30/06 | 1.30 | REVIEW AND COMMENT ON BID LETTER RELATING TO CATALYST SALE (1.3). |
| | | 5.40 | |
| LYONS JK | 01/10/06 | 2.00 | REVIEW OF DISPOSITION ISSUES RE SUBSIDIARY AND FUNDING ISSUES (2.0). |
| LYONS JK | 01/24/06 | 1.10 | MEETING WITH CLIENT RE PEGASUS TRANSACTION AND NEW BRUNSWICK PUT MATTERS (1.1). |
| LYONS JK | 01/29/06 | 1.10 | REVIEW AND REVISIONS TO PEGASUS BID PROCESS LETTER (1.1). |
| | | 4.20 | |
| **Total Partner** | | **10.70** | |
| MATZ TJ | 01/17/06 | 2.10 | REVIEW AND COMMENT ON SALE AGREEMENT RE SHANGHAI DELCO ELECTRONICS AND NOTICE OF DE MINIMIS SALE (1.2); FOLLOW UP CORRESPONDENCE AND ADDITIONAL WORK RE SAME AND NOTICING REQUIREMENTS (0.9). |
| MATZ TJ | 01/18/06 | 0.50 | FURTHER CORRESPONDENCE RE PROPOSED SHANGHAI DELCO (0.3); FOLLOW UP RE SAME (0.2). |
| MATZ TJ | 01/19/06 | 0.60 | CONTINUING WORK ON AGREEMENT TO SELL SHANGHAI DELCO ELECTRONICS (0.4) AND CORRESPONDENCE IN RESPECT THEREOF (0.2). |
| MATZ TJ | 01/20/06 | 0.30 | CONTINUING WORK ON SALE OF SHANGHAI DELCO ELECTRONICS AND NOTICE THEREOF (0.3). |
| MATZ TJ | 01/23/06 | 1.10 | CONTINUING WORK ON SHANGHAI DELCO EQUITY TRANSFER AND NOTICING (0.8); AND FOLLOW UP WORK RE ISSUES IN RESPECT THEREOF (0.3). |

8

B43B

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MATZ TJ | 01/24/06 | 0.40 | CONTINUING WORK ON POSSIBLE SALE OF SHANGHAI DELCO (0.4). |
| MATZ TJ | 01/25/06 | 0.40 | CORRESPONDENCE AND FOLLOW UP RE SHANGHAI DELCO DISPOSITION AND STRUCTURE OF TRANSACTION (0.4). |
| MATZ TJ | 01/27/06 | 0.40 | CORRESPONDENCE AND FOLLOW UP WORK RE POSSIBLE SHANGHAI DELCO SALE (0.4). |
| MATZ TJ | 01/30/06 | 0.60 | CORRESPONDENCE FROM LATHAM RE IRVINE PLANT DISPOSITION (0.2); CONTINUING WORK ON SHANGHAI DELCO TRANSACTION (0.4). |
| MATZ TJ | 01/31/06 | 0.50 | FOLLOW UP WORK RE SHANGHAI DELCO MOTION (0.3); REVIEW CORRESPONDENCE RE SAME (0.2). |
| | | 6.90 | |
| **Total Counsel** | | **6.90** | |
| MEISLER RE | 01/18/06 | 0.40 | REVIEWED SALE NOTICE OF DE MINIMIS ASSETS (0.4). |
| MEISLER RE | 01/19/06 | 0.50 | REVIEWED DOCUMENTATION RE SALE OF PROJECT DISH (0.5). |
| MEISLER RE | 01/20/06 | 0.40 | REVIEWED INQUIRY RE POTENTIAL SALE OF ASSET (0.2); DRAFTED RESPONSE RE APPLICABILITY OF DE MIMINIS ASSET SALE PROCEDURES (0.2). |
| MEISLER RE | 01/23/06 | 0.70 | ANALYSIS OF PROJECT DISH AND DE MINIMIS SALE ORDER (0.3); CONFERENCES WITH T. MATZ RE SAME (0.1, 0.1); TELECONFERENCE WITH C. PILKINGTON RE SAME (0.2). |
| MEISLER RE | 01/24/06 | 0.30 | CONFERENCE WITH J. LYONS RE SALE OF NEW JERSEY FACILITY (0.1); CONFERENCE WITH N. STUART RE PROJECT DISH (0.2). |
| MEISLER RE | 01/25/06 | 0.50 | CONTINUED ANALYSIS OF PROJECT DISH (0.5). |
| MEISLER RE | 01/27/06 | 0.50 | TELECONFERENCES WITH M FUKUDA RE TRANSACTIONAL INQUIRES (0.3, 0.1, 0.1). |
| MEISLER RE | 01/31/06 | 2.10 | WORKED ON PROJECT DISH (0.5); TELECONFERENCE WITH L. HIESTAND RE SAME (0.3); WORKED ON AND RESEARCHED ISSUE RE POTENTIAL SALE OR ASSIGNMENT OF INTELLECTUAL PROPERTY RE DELPHI DUETSCHLAND (0.8); TELECONFERENCE WITH K. BERLIN RE NEW BRUNSWICK PUT (0.3) AND DRAFTED INTERNAL NOTES RE SAME (0.2). |
| | | **5.40** | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| STUART NL | 01/16/06 | 0.70 | FOLLOW-UP ON INVESTMENT PROCEDURES (0.7). |
| STUART NL | 01/17/06 | 0.40 | ATTENTION TO PROJECT DISH (0.4). |
| STUART NL | 01/19/06 | 5.20 | COMMENT ON EQUITY TRANSFER AGREEMENT AND DE MINIMIS SALE NOTICE FOR PROJECT DISH (2.3); VARIOUS TELECONFERENCES RE SAME (0.7); RESEARCH RE CERTAIN TRANSFER ISSUES (2.2). |
| STUART NL | 01/20/06 | 2.50 | WORK ON FURUKAWA DE MINIMIS INVESTMENT MOTION (0.7); WORK ON BORG & BECK DE MINIMIS SALE NOTICE AND REVIEW CORRESPONDING DOCUMENTS (1.8). |
| STUART NL | 01/21/06 | 0.90 | REVISE PROJECT DISH SALE AGREEMENT (0.6); REVISE DE MINIMIS ASSET SALE NOTICE (0.3). |
| STUART NL | 01/23/06 | 5.00 | REVISE BORG & BECK DE MINIMIS ASSET SALE NOTICE (0.9); COORDINATE SERVICE OF SAME (0.2); RESEARCH DISPOSITION OF EQUITY OF JOINT VENTURE IN CONNECTION WITH PROJECT DISH (3.9). |
| STUART NL | 01/24/06 | 3.60 | MULTIPLE TELECONFERENCES ON PROJECT DISH (1.3); CONTINUE RESEARCH RE TRANSFER OF EQUITY IN CONNECTION WITH PROJECTION DISH (2.3). |
| STUART NL | 01/31/06 | 2.20 | TELECONFERENCE WITH CLIENT RE JV EQUITY DISPOSITION (0.3); RESEARCH CLAIMS RE SAME (1.9). |
| | | 20.50 | |
| **Total Associate** | | 25.90 | |
| SALAZAR AG | 01/11/06 | 1.50 | SEARCH FOR AND SEND COPY OF NOTICE OF SALE AS REQUESTED (0.5); REVIEW NOTICE PARTIES FOR STIPULATION AND AMEND (1.0). |
| | | 1.50 | |
| **Total Legal Assistant** | | 1.50 | |
| **TOTAL TIME** | | **45.00** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  Bill Date: 02/28/06
Asset Dispositions (General)  Bill Number: 1108418

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 01/27/06 | Telecommunications, D | 2.65 |
| Telephone Expense | 01/27/06 | Telecommunications, D | 3.24 |
| Telephone Expense | 01/27/06 | Telecommunications, D | 0.11 |
| | | **TOTAL TELEPHONE EXPENSE** | **$6.00** |
| Westlaw | 01/21/06 | Stuart NL | 80.90 |
| Westlaw | 01/23/06 | Stuart NL | 196.62 |
| Westlaw | 01/30/06 | Stuart NL | 193.57 |
| Westlaw | 01/31/06 | Stuart NL | 113.91 |
| | | **TOTAL WESTLAW** | **$585.00** |
| Vendor Hosted Teleconferencing | 01/31/06 | Teleconferencing Services, LLC | 3.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$3.00** |
| Messengers/ Courier | 01/08/06 | United Parcel Service | 67.69 |
| Messengers/ Courier | 01/15/06 | United Parcel Service | 29.16 |
| Messengers/ Courier | 01/28/06 | United Parcel Service | 29.15 |
| | | **TOTAL MESSENGERS/ COURIER** | **$126.00** |
| Outside Research/Internet Services | 01/06/06 | Pacer Service Center | 24.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$24.00** |
| Wireless - Mobile/Cellular/Pager | 12/09/05 | Meisler RE | 25.77 |
| Wireless - Mobile/Cellular/Pager | 01/09/06 | Meisler RE | 23.23 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$49.00** |
| | | **TOTAL MATTER** | **$793.00** |

B43E