SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

EXHIBIT D-22
LITIGATION (INSURANCE RECOVERY)
175.5 HOURS

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  
Litigation (Insurance Recovery)

Bill Date: 12/30/05  
Bill Number: 1091378

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 10/17/05 | 1.10 | PREPARE FOR (0.3) AND ATTEND (0.8) WORKING GROUP MEETING WITH DELPHI MANAGEMENT RE NEXT STEPS WITH D&Q RELATED STATE AND FEDERAL COURT LITIGATION. |
| | | 1.10 | |
| **Total Partner** | | **1.10** | |
| MICHELI MJ | 11/16/05 | 0.50 | CONTINUED REVIEW AND ANALYSIS OF LEAD PLAINTIFF'S MOTION FOR MODIFICATION OF THE AUTOMATIC STAY (0.3); TELECONFERENCE WITH I. LEVEE RE SAME (0.2). |
| MICHELI MJ | 11/17/05 | 1.90 | CONTINUED REVIEW AND ANALYSIS OF LEAD PLAINTIFF'S MOTION FOR MODIFICATION OF THE AUTOMATIC STAY (0.7); TELECONFERENCE WITH I. LEVEE RE SAME (0.3); TELECONFERENCE WITH B. POLOVOY RE SAME (0.3); DRAFTED CORRESPONDENCE TO DELPHI GROUP RE SAME (0.4); DRAFTED CORRESPONDENCE WITH I. LEVEE RE SAME (0.2). |
| MICHELI MJ | 11/18/05 | 1.40 | DRAFTED CORRESPONDENCE RE LEAD PLAINTIFF'S MOTION FOR MODIFICATION TO AUTOMATIC STAY (0.6); TELECONFERENCE WITH J. PAPELIAN RE SAME (0.3); TELECONFERENCE WITH I. LEVEE RE SAME (0.2); DRAFTED CORRESPONDENCE TO I LEVEE RE SAME (0.3). |
| MICHELI MJ | 11/20/05 | 1.80 | BEGAN ANALYSIS OF AUTOMATIC STAY ISSUES IN CONNECTION WITH ERISA RELATED LAWSUIT (1.1); DRAFTED MEMO RE SAME (0.7). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MICHELI MJ | 11/21/05 | 2.40 | CONTINUED DRAFTING MEMO RE ERISA RELATED LAWSUIT (0.3); BEGAN REVIEW OF DELCO LAWSUIT AND REQUEST FOR DISCOVERY MATERIALS (0.3); BEGAN DRAFTING LETTER RE SAME (0.4); CONTINUED DRAFTING CORRESPONDENCE WITH J. PAPELIAN RE LEAD PLAINTIFFS' MOTION FOR MODIFICATION TO LIFT THE STAY (0.3); CONTINUED ANALYSIS OF CASE LAW RE SAME (0.4); ANALYSIS OF CONTINUED LIFT STAY ACTIONS (0.3); REVIEW FAX FROM ELMORE RE RE-NOTICING MOTION (0.2); TELECONFERENCE WITH B. POLOVOY RE ERISA RELATED LAWSUIT (0.2). |
| MICHELI MJ | 11/23/05 | 0.20 | DRAFTED SCRIPT FOR LEAD PLAINTIFFS' MOTION FOR MODIFICATION OF AUTOMATIC STAY (0.2). |
| | | 8.20 | |
| Total Associate | | 8.20 | |
| **TOTAL TIME** | | **9.30** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  Bill Date: 12/30/05
Litigation (Insurance Recovery)  Bill Number: 1091378

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 10/24/05 | Micheli MJ | 209.09 |
| Westlaw | 10/27/05 | Micheli MJ | 126.22 |
| Westlaw | 10/31/05 | Micheli MJ | 83.75 |
| Westlaw | 11/20/05 | Micheli MJ | 42.94 |
| | | **TOTAL WESTLAW** | **$462.00** |
| | | **TOTAL MATTER** | **$462.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                       Bill Date: 01/31/06
Litigation (Insurance Recovery)                                Bill Number: 1092991

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 12/27/05 | 0.20 | EMAILS FROM/TO D. SHERBIN AND J. PAPELIAN RE BACKGROUND BRIEFING AND JANUARY 3RD MEETING AT COMPANY IN TROY (0.2). |
| BUTLER, JR. J | 12/29/05 | 0.40 | REVIEW AND FINALIZE OBJECTION TO LEAD PLAINTIFF'S MOTION TO MODIFY AUTOMATIC STAY RE DOCUMENT DISCOVERY (0.4). |
| BUTLER, JR. J | 12/30/05 | 0.80 | REVIEW AND FINALIZE OBJECTION TO LEAD PLAINTIFFS' MOTION TO COMPEL SECURITIES DISCOVERY IN KECP MOTION CONTESTED HEARING (0.8). |
|  |  | **1.40** |  |
| MARAFIOTI KA | 12/29/05 | 1.40 | WORK ON OBJECTION TO LEAD PLAINTIFFS' STAY RELIEF REQUEST (1.4). |
|  |  | **1.40** |  |
| SPRINGER DE | 12/13/05 | 1.10 | REVIEW AND REVISE LETTER TO SCALP RE LIFT STAY MOTION (0.4); STAFF CONFERENCE RE LIFT-STAY MOTION BY SCALP (0.7). |
| SPRINGER DE | 12/14/05 | 0.30 | REVIEW AND REVISE LETTER TO SCALP RE LIFT-STAY MOTION (0.3). |
| SPRINGER DE | 12/20/05 | 1.30 | LEGAL RESEARCH RE OBJECTION TO SCALP MOTION TO LIFT STAY (1.3). |
| SPRINGER DE | 12/21/05 | 5.50 | LEGAL RESEARCH AND DRAFTING OBJECTION TO SCALP MOTION TO LIFT STAY (5.5). |
| SPRINGER DE | 12/22/05 | 3.60 | RESEARCH AND REVISE OBJECTION TO SCALP MOTION TO LIFT STAY (3.6). |
| SPRINGER DE | 12/23/05 | 3.80 | RESEARCH AND REVISE OBJECTION TO SCALP MOTION TO LIFT STAY (3.8). |
| SPRINGER DE | 12/24/05 | 2.50 | RESEARCH AND DRAFT OBJECTION TO SCALP'S MOTION TO LIFT STAY (2.3). |
| SPRINGER DE | 12/25/05 | 2.00 | REVIEW AND CIRCULATE DRAFT OBJECTION TO SCALP MOTION TO LIFT STAY (1.8). |
| SPRINGER DE | 12/26/05 | 0.60 | TELECONFERENCES WITH R. MEISLER RE SCALP LIFT STAY MOTION AND DISCOVERY MOTION (0.6). |
|  |  | **20.70** |  |
| **Total Partner** |  | **23.50** |  |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| FERN BM | 12/14/05 | 1.10 | BEGAN DRAFTING MOTION TO APPROVE JOINT REVIEW AGREEMENTS (1.1). |
| FERN BM | 12/28/05 | 5.30 | DRAFTED OMNIBUS OBJECTION TO LIFT STAY MOTIONS (2.9); RESEARCH RE PSLRA STAY (0.6); REVIEWED AND REVISED OBJECTION TO LEAD PLAINTIFFS' LIFT STAY MOTION (1.8). |
| FERN BM | 12/29/05 | 5.00 | REVIEWED AND REVISED OBJECTION TO LEAD PLAINTIFFS' LIFT STAY MOTION (2.3); ADDITIONAL REVISIONS TO OBJECTION TO LEAD PLAINTIFFS' LIFT STAY MOTION (1.8); FINAL REVISIONS AND ATTENTION TO OBJECTION TO LEAD PLAINTIFFS' LIFT STAY MOTION (0.9). |
| | | **11.40** | |
| MEISLER RE | 12/12/05 | 2.30 | PARTICIPATED ON CONFERENCE CALL RE LEAD PLAINTIFFS (0.8); CONTINUED WORKING ON SAME (1.5). |
| MEISLER RE | 12/13/05 | 3.90 | CONTINUED ATTENTION AND ANALYSIS OF LEAD PLAINTIFFS' MOTION TO LIFT STAY (3.9). |
| MEISLER RE | 12/15/05 | 1.70 | PARTICIPATED ON PRE-CALL RE LEAD PLAINTIFFS (0.3); PARTICIPATED ON CALL WITH LEAD PLAINTIFFS (0.7); CONTINUED ATTENTION TO SAME (0.7). |
| MEISLER RE | 12/20/05 | 1.20 | REVIEWED AND COMMENTED ON OBJECTION TO MOTION OF LEAD PLAINTIFFS TO LIFT THE STAY (1.2). |
| MEISLER RE | 12/27/05 | 1.20 | REVIEW AND COMMENT ON OBJECTION TO LEAD PLAINTIFFS MOTION TO LIFT STAY (1.2). |
| MEISLER RE | 12/28/05 | 2.90 | CONTINUED TO REVIEW AND COMMENT ON OBJECTION TO LEAD PLAINTIFFS' MOTION TO LIFT STAY AND BEGAN INCORPORATING SHEARMAN COMMENTS (2.9). |
| MEISLER RE | 12/29/05 | 3.10 | TELECONFERENCES WITH J. PAPELIAN RE LEAD PLAINTIFFS (0.4); CONTINUED TO WORK ON SAME (2.5); TELECONFERENCE WITH J. PAPELIAN AND D. PARSHALL RE SAME (0.2). |
| | | **16.30** | |
| MICHELI MJ | 12/01/05 | 0.70 | DRAFTED CORRESPONDENCE RE LEAD PLAINTIFFS MOTION TO LIFT THE AUTOMATIC STAY (0.7). |
| MICHELI MJ | 12/02/05 | 0.50 | REVIEW LEAD PLAINTIFFS OBJECTION TO DELOITTE AND TOUCHE RETENTION APPLICATION (0.5). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MICHELI MJ | 12/06/05 | 1.80 | BEGAN RESEARCH RE STAY MODIFICATION IN SECURITIES RELATED LITIGATION IN CONNECTION WITH THE LEAD PLAINTIFFS MOTION TO LIFT THE AUTOMATIC STAY (1.8). |
| MICHELI MJ | 12/07/05 | 1.70 | DRAFTED CORRESPONDENCE TO LEAD PLAINTIFFS IN CONNECTION WITH MEET AND CONFER DATES (0.6); CONTINUED RESEARCH RE STAY MODIFICATION IN SECURITIES RELATED LITIGATION IN CONNECTION WITH THE LEAD PLAINTIFFS MOTION TO LIFT THE AUTOMATIC STAY (1.1). |
| MICHELI MJ | 12/08/05 | 4.40 | CONTINUED RESEARCH RE STAY MODIFICATION IN SECURITIES RELATED LITIGATION IN CONNECTION WITH THE LEAD PLAINTIFFS MOTION TO LIFT THE AUTOMATIC STAY (4.4). |
| MICHELI MJ | 12/10/05 | 6.30 | CONTINUED RESEARCH RE STAY MODIFICATION IN SECURITIES RELATED LITIGATION IN CONNECTION WITH THE LEAD PLAINTIFFS MOTION TO LIFT THE AUTOMATIC STAY (6.3). |
| MICHELI MJ | 12/11/05 | 0.20 | DRAFTED CORRESPONDENCE TO LITIGATION GROUP RE LEAD PLAINTIFFS MOTION (0.2). |
| MICHELI MJ | 12/12/05 | 8.50 | TELECONFERENCE WITH J. PAPELIAN AND M. ASHLEY RE LEAD PLAINTIFFS MEET AND CONFER (0.9); MEET AND CONFER WITH LEAD PLAINTIFFS (0.5); CONTINUED RESEARCH RE STAY MODIFICATION IN SECURITIES RELATED LITIGATION IN CONNECTION WITH THE LEAD PLAINTIFFS MOTION TO LIFT THE AUTOMATIC STAY (3.9); BEGAN DRAFTING LETTER TO LEAD PLAINTIFFS (3.2). |
| MICHELI MJ | 12/13/05 | 1.50 | BEGAN REVISIONS TO LEAD PLAINTIFFS LETTER RE COMMENTS RECEIVED (1.5). |
| MICHELI MJ | 12/14/05 | 3.50 | CONTINUED RESEARCH RE STAY MODIFICATION IN SECURITIES RELATED LITIGATION IN CONNECTION WITH THE LEAD PLAINTIFFS MOTION TO LIFT THE AUTOMATIC STAY (2.3); REVISED LEAD PLAINTIFFS LETTER RE COMMENTS RECEIVED (1.2). |
| MICHELI MJ | 12/15/05 | 2.50 | TELECONFERENCE WITH J. PAPELIAN RE LEAD PLAINTIFFS (0.3); MEET AND CONFER WITH LEAD PLAINTIFFS RE MOTION TO LIFT STAY (0.9); BEGAN DRAFTING OBJECTION TO THE LEAD PLAINTIFFS MOTION TO LIFT THE AUTOMATIC STAY (1.3). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| MICHELI MJ | 12/16/05 | 1.60 | CONTINUED RESEARCH RE STAY MODIFICATION IN SECURITIES RELATED LITIGATION FOR OBJECTION TO MOTION IN CONNECTION WITH THE LEAD PLAINTIFFS MOTION TO LIFT THE AUTOMATIC STAY (1.6). |
|---|---|---|---|
| MICHELI MJ | 12/17/05 | 2.20 | CONTINUED DRAFTING OBJECTION TO THE LEAD PLAINTIFFS MOTION TO LIFT THE AUTOMATIC STAY (2.2). |
| MICHELI MJ | 12/18/05 | 6.70 | CONTINUED DRAFTING OBJECTION TO THE LEAD PLAINTIFFS MOTION TO LIFT THE AUTOMATIC STAY (5.4); CONTINUED RESEARCH RE STAY MODIFICATION IN SECURITIES RELATED LITIGATION FOR OBJECTION TO MOTION IN CONNECTION WITH THE LEAD PLAINTIFFS MOTION TO LIFT THE AUTOMATIC STAY (1.3). |
| MICHELI MJ | 12/19/05 | 4.50 | CONTINUED DRAFTING OBJECTION TO THE LEAD PLAINTIFFS MOTION TO LIFT THE AUTOMATIC STAY (1.4); BEGAN REVISIONS TO OBJECTION TO THE LEAD PLAINTIFFS MOTION TO LIFT THE AUTOMATIC STAY (2.0); CONTINUED RESEARCH RE STAY MODIFICATION IN SECURITIES RELATED LITIGATION FOR OBJECTION TO MOTION IN CONNECTION WITH THE LEAD PLAINTIFFS MOTION TO LIFT THE AUTOMATIC STAY (1.1). |
| MICHELI MJ | 12/20/05 | 2.60 | CONTINUED REVISIONS TO OBJECTION TO LEAD PLAINTIFFS MOTION FOR RELIEF FROM STAY (2.6). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MICHELI MJ | 12/26/05 | 2.10 | REVISE OBJECTION TO LEAD PLAINTIFFS MOTION FOR MODIFICATION OF THE STAY (2.1). |
| MICHELI MJ | 12/28/05 | 3.40 | REVIEW OF EXHIBITS FOR OBJECTION TO LEAD PLAINTIFFS MOTION OF RELIEF FROM STAY (0.4); PREPARE LIST OF SPECIAL NOTICE PARTIES AND ADDRESSES (1.2); FINAL REVIEW OF OBJECTION TO LEAD PLAINTIFFS MOTION OF RELIEF FROM STAY (1.8). |
| MICHELI MJ | 12/30/05 | 2.60 | DRAFTED HEARING SCRIPT FOR OBJECTION TO LEAD PLAINTIFFS MOTION OF RELIEF FROM STAY (2.6). |
| | | 57.30 | |
| **Total Associate** | | 85.00 | |
| ZSOLDOS AF | 12/29/05 | 1.10 | ELECTRONICALLY FILE DEBTORS' MOTION TO QUASH AND DEBTORS' MOTION FOR PROTECTION (1.1). |
| | | 1.10 | |
| **Total Legal Assistant** | | 1.10 | |
| **TOTAL TIME** | | **109.60** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                         Bill Date: 02/28/06
Litigation (Insurance Recovery)                                  Bill Number: 1108418

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 01/08/06 | 1.90 | CONTINUE TO PREPARE FOR JANUARY 13TH ADJOURNED MATTER HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE LEAD PLAINTIFF'S OBJECTION TO DELOITTE RETENTION AND MOTION FOR KECP DISCOVERY (1.9). |
| BUTLER, JR. J | 01/09/06 | 2.20 | REVIEW LEAD PLAINTIFFS' MEET AND CONFER PROPOSALS (0.4); CONTINUE TO PREPARE FOR JANUARY 13TH ADJOURNED MATTER HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE LEAD PLAINTIFF'S OBJECTION TO DELOITTE RETENTION AND MOTION FOR KECP DISCOVERY (2.2). |
| BUTLER, JR. J | 01/10/06 | 3.10 | PREPARE FOR (0.3) AND ATTEND (2.4) BRIEFING AND STRATEGY SESSION AT COMPANY WITH J. PAPELIAN AND M. LOEB RE CLASS ACTION AND RELATED LITIGATION MATTERS AND INVESTIGATION MATTERS; REVIEW CORRESPONDENCE AND RELATED MATTERS RE LEAD PLAINTIFF MEET AND CONFER MEETING (0.4).. |
| BUTLER, JR. J | 01/11/06 | 1.50 | PREPARE FOR (0.3) AND ATTEND (0.6) MEET AND CONFER TELECONFERENCE WITH LEAD PLAINTIFFS' COUNSEL AND UCC COUNSEL RE JANUARY 13TH ADJOURNED MATTER HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE LEAD PLAINTIFFS' MOTION FOR KECP DISCOVERY (AT COMPANY WITH D. SHERBIN AND J. PAPELIAN); POST-CONFERENCE TELECONFERENCE WITH R. ROSENBERG (0.2); POST-CONFERENCE MEETING WITH D. SHERBIN AND J. PAPELIAN (0.4). |
| BUTLER, JR. J | 01/12/06 | 1.40 | PREPARE FOR JANUARY 13TH ADJOURNED MATTER HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE LEAD PLAINTIFFS' OBJECTION TO DELOITTE RETENTION AND MOTION FOR KECP DISCOVERY (INCLUDING DEBTORS' MOTION TO QUASH TRIAL SUBPOENAS) (1.4). |
| BUTLER, JR. J | 01/13/06 | 6.30 | PREPARE FOR (1.8) AND ATTEND (4.5) (INCLUDING RECESSES) ADJOURNED MATTER HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE LEAD PLAINTIFFS' OBJECTION TO DELOITTE RETENTION AND MOTION FOR KECP DISCOVERY (INCLUDING DEBTORS' MOTION TO QUASH TRIAL SUBPOENAS). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BUTLER, JR. J | 01/25/06 | 5.30 | PREPARE FOR (0.6) AND ATTEND (4.7) COORDINATION AND STRATEGY MEETING WITH D. SHERBIN, M. LOEB, J. PAPELIAN AND COUNSEL FOR REGULATORY AND PRIVATE LITIGATION IN NEW YORK CITY. |
| | | 21.70 | |
| SPRINGER DE | 01/01/06 | 1.00 | REVIEW FINAL OBJECTION TO SCALP MOTION TO LIFT STAY (0.5); REVIEW FINAL OBJECTION TO SCALP MOTION TO COMPEL (0.5). |
| SPRINGER DE | 01/03/06 | 1.20 | PREPARATION FOR HEARING RE SCALP LIFT STAY MOTION AND SCALP MOTION TO COMPEL DISCOVERY (1.2). |
| SPRINGER DE | 01/04/06 | 1.20 | REVIEW FILINGS BY SCALP AND DEBTOR RE DELOITTE RETENTION APPLICATION (1.2). |
| SPRINGER DE | 01/05/06 | 0.80 | PREPARATION FOR HEARING RE SCALP LIFT STAY AND DISCOVERY MOTIONS (0.8). |
| SPRINGER DE | 01/09/06 | 0.30 | DRAFT MEMO RE SIDLEY REQUEST FOR CLAIMS TRADING EXEMPTION (0.3). |
| SPRINGER DE | 01/11/06 | 4.20 | CONFERENCE WITH D. SHERBIN RE SCALP ISSUES (0.5); PREPARATION FOR SCALP MEET AND CONFER (0.6); CONDUCT MEET AND CONFER WITH SCALP (1.1); CONFERENCE WITH J. BUTLER, D. SHERBIN, J. PAPELIAN RE SCALP ISSUES (0.4); OUTLINE LETTER TO THE COURT RE SCALP MEET AND CONFER (0.5); PREPARATION FOR ARGUMENT ON SCALP MOTION TO COMPEL (0.7); REVIEW AND REVISE SCRIPTS FOR COURT HEARING (0.4). |
| SPRINGER DE | 01/12/06 | 3.70 | RESEARCH AND DRAFT LETTER TO THE COURT RE RESULTS OF MEET AND CONFER WITH SCALP RE THEIR MOTION TO COMPEL (1.1); DRAFT AND FILE PLEADING, REPORT TO THE COURT ON MEET AND CONFER, RE SCALP MOTION TO COMPEL (2.1); TELECONFERENCES WITH K. MARAFIOTI AND T. MATZ RE FILING RE SCALP MEET AND CONFER (0.5). |
| SPRINGER DE | 01/13/06 | 7.30 | CONFERENCE WITH SENIOR WORKING GROUP RE PRESENTATIONS AT COURT HEARING (2.0); ATTENDANCE AT COURT HEARING (4.3); ATTENDANCE AT CONFERENCE WITH SENIOR GROUP AND UCC COUNSEL RE INFORMATION SHARING (1.0). |
| SPRINGER DE | 01/14/06 | 0.40 | DRAFT REVISED ORDER REFLECTING THE COURT'S RULING ON SCALP'S MOTION TO COMPEL (0.4). |
| SPRINGER DE | 01/21/06 | 0.80 | REVIEW AND REVISE RULE 11 LETTER TO LEAD PLAINTIFFS (0.8). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| SPRINGER DE | 01/22/06 | 0.50 | FINALIZE LETTER TO SCALP (0.3); FINALIZE RULE 11 LETTER TO SCALP (0.2). |
| | | 21.40 | |
| **Total Partner** | | **43.10** | |
| MATZ TJ | 01/13/06 | 4.40 | ATTENDING COURT RE: LEAD PLAINTIFF LITIGATION ON DELOITTE RETENTION HEARING AND KECP DISCOVERY HEARING (4.4). |
| MATZ TJ | 01/25/06 | 0.50 | REVIEW AND COMMENT ON ORDER RE LEAD PLAINTIFFS LIFT STAY MOTION (0.5). |
| | | 4.90 | |
| **Total Counsel** | | **4.90** | |
| DE ELIZALDE D | 01/11/06 | 1.10 | OVERVIEWING FILING AND SERVICE OF MOTION TO QUASH SUBPOENAS (1.1). |
| | | 1.10 | |
| MEISLER RE | 01/03/06 | 1.90 | CONTINUED REVIEWING PLEADINGS RELATED TO LEAD PLAINTIFFS REQUEST TO LIFT THE STAY (0.4) AND PREPARED FOR HEARING RE SAME (1.5). |
| MEISLER RE | 01/24/06 | 0.70 | TELECONFERENCE WITH F. KUPLICKI RE AUTOMATIC STAY (0.5); REVIEWED ORDER SUBMITTED BY LEAD PLAINTIFFS RE LIFT STAY (0.2). |
| | | 2.60 | |
| MICHELI MJ | 01/03/06 | 1.90 | BEGAN REVISIONS TO PROFFER FOR OBJECTION TO LEAD PLAINTIFFS MOTION OF RELIEF FROM AUTOMATIC STAY (0.8); FINALIZED SCRIPT RE SAME (0.7); BEGAN DRAFTING ORDER DENYING LEAD PLAINTIFFS MOTION FOR RELIEF FROM AUTOMATIC STAY (0.4). |
| MICHELI MJ | 01/04/06 | 1.10 | CONTINUED REVISIONS TO THE SCRIPT AND PROFFER FOR LEAD PLAINTIFF'S MOTION TO MODIFY THE AUTOMATIC STAY RE UPDATE DELPHI OFFICER TO TESTIFY (0.7); DRAFTED THE SCRIPT AND PROFFER FOR LEAD PLAINTIFF'S MOTION TO COMPEL DISCOVERY (0.1); DRAFTED MOTION TO DENY LEAD PLAINTIFF'S MOTION TO MODIFY THE AUTOMATIC STAY (0.3). |
| MICHELI MJ | 01/05/06 | 0.60 | BEGAN DRAFTING REVISIONS TO ORDER DENYING LEAD PLAINTIFF'S MOTION FOR MODIFICATION OF THE AUTOMATIC STAY IN CONNECTION WITH COURTS' COMMENTS (0.6). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MICHELI MJ | 01/06/06 | 1.30 | CONTINUED DRAFTING REVISIONS TO THE ORDER DENYING LEAD PLAINTIFFS MOTION FOR MODIFICATION OF AUTOMATIC STAY (1.3). |
| MICHELI MJ | 01/09/06 | 0.70 | DRAFTED REVISIONS TO THE LEAD PLAINTIFFS ORDER DENYING LIFT STAY MOTION (0.7). |
| MICHELI MJ | 01/11/06 | 0.30 | BEGAN REVIEW OF DRAFT SCRIPT FOR LEAD PLAINTIFFS KECP MATTERS FOR JAN 13TH HEARING (0.3). |
| MICHELI MJ | 01/18/06 | 0.20 | REVIEW STATUS OF THE ORDER DENYING LEAD PLAINTIFFS LIFT STAY MOTION (0.2). |
| MICHELI MJ | 01/24/06 | 1.00 | TELECONFERENCE WITH C. GIAMPAPA RE LEAD PLAINTIFFS LIFT STAY MOTION (0.2); DRAFTED CORRESPONDENCE TO C. GIAMPAPA RE SAME (0.3); REVIEW ORDER ENTERED ON LEAD PLAINTIFFS LIFT STAY MOTION (0.5). |
| | | 7.10 | |
| **Total Associate** | | **10.80** | |
| SALAZAR AG | 01/11/06 | 3.60 | PREPARE, DRAFT NOTICE, AND ELECTRONICALLY FILE MOTION TO QUASH (1.8); REVIEW MOTION AND NOTARIZE AFFIDAVIT (0.3); BEGIN TO PREPARE FOR HEARING AND PRODUCE MATERIALS (1.5). |
| | | 3.60 | |
| ZSOLDOS AF | 01/03/06 | 1.10 | ELECTRONICALLY FILE SHEARMAN RESPONSE RE LEAD PLAINTIFFS OBJECTION (1.1). |
| ZSOLDOS AF | 01/06/06 | 0.20 | CHECK BRIEF RE DEBTOR'S RESPONSE TO LEAD PLAINTIFFS MOTION FOR DISCOVERY (0.2). |
| | | 1.30 | |
| **Total Legal Assistant** | | **4.90** | |
| **TOTAL TIME** | | **63.70** | |

117

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**  Bill Date: 02/28/06
**Litigation (Insurance Recovery)**  Bill Number: 1108418

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel (external) | 01/03/06 | Butler, Jr. J | 86.22 |
| Air/Rail Travel (external) | 01/12/06 | Butler, Jr. J | 384.41 |
| Air/Rail Travel (external) | 01/24/06 | Butler, Jr. J | 245.37 |
|  |  | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$716.00** |
| Out-of-Town Travel | 01/03/06 | Butler, Jr. J | 42.68 |
| Out-of-Town Travel | 01/03/06 | Butler, Jr. J | 297.85 |
| Out-of-Town Travel | 01/03/06 | Butler, Jr. J | 16.01 |
| Out-of-Town Travel | 01/03/06 | Butler, Jr. J | 12.67 |
| Out-of-Town Travel | 01/12/06 | Butler, Jr. J | 64.02 |
| Out-of-Town Travel | 01/12/06 | Butler, Jr. J | 7.00 |
| Out-of-Town Travel | 01/12/06 | Butler, Jr. J | 10.50 |
| Out-of-Town Travel | 01/12/06 | Butler, Jr. J | 178.05 |
| Out-of-Town Travel | 01/24/06 | Butler, Jr. J | 10.50 |
| Out-of-Town Travel | 01/24/06 | Butler, Jr. J | 457.71 |
| Out-of-Town Travel | 01/24/06 | Butler, Jr. J | 32.01 |
| Out-of-Town Travel | 01/24/06 | Butler, Jr. J | 9.00 |
|  |  | **TOTAL OUT-OF-TOWN TRAVEL** | **$1,138.00** |
| Out-of-Town Meals | 01/03/06 | Butler, Jr. J | 9.74 |
| Out-of-Town Meals | 01/12/06 | Butler, Jr. J | 12.60 |
| Out-of-Town Meals | 01/12/06 | Butler, Jr. J | 33.09 |
| Out-of-Town Meals | 01/24/06 | Butler, Jr. J | 8.57 |
|  |  | **TOTAL OUT-OF-TOWN MEALS** | **$64.00** |
|  |  | **TOTAL MATTER** | **$1,918.00** |