SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

      - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698 .

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|                              | :  |                          |
|------------------------------|----|--------------------------|
| In re                        | :  | Chapter 11               |
|                              | :  |                          |
| DELPHI CORPORATION, et al.,  | :  | Case No. 05–44481 (RDD)  |
|                              | :  |                          |
|              Debtors.        | :  | (Jointly Administered)   |
|                              | :  |                          |
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


EXHIBIT D-25
AUTOMATIC STAY (RELIEF ACTIONS)
143.9 HOURS

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 12/30/05
Automatic Stay (Relief Actions)                            Bill Number: 1091378

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HERRIOTT AV | 10/13/05 | 0.40 | DRAFT NOTICE OF BANKRUPTCY (0.4). |
| HERRIOTT AV | 10/18/05 | 0.20 | FOLLOW UP RE NOTICE OF PENDENCY (0.2). |
| HERRIOTT AV | 10/24/05 | 1.90 | RESEARCH RE SECTION 525 OF THE CODE AND ITS RELATIONSHIP TO RENEWAL OF LICENSES AND PERMITS (1.9). |
| HERRIOTT AV | 10/28/05 | 2.10 | DRAFT FORM LETTER RE SECTIONS 362 AND 525 FOR USE WITH GOVERNMENTAL ENTITIES (2.1). |
| | | **4.60** | |
| MEISLER RE | 10/18/05 | 0.60 | REVIEW MOTION FILED BY SPECMO RE LIFT STAY/SET OFF REQUEST (0.3); CONFERENCE WITH S. TOUSSI RE SAME (0.3). |
| MEISLER RE | 10/19/05 | 0.50 | CONFERENCE WITH J. PAPELIAN RE STAY OF LITIGATION (0.5). |
| MEISLER RE | 11/06/05 | 0.50 | TELECONFERENCE WITH C. BROWN RE AUTOMATIC STAY INQUIRIES (0.5). |
| | | **1.60** | |
| MICHELI MJ | 10/24/05 | 6.10 | ANALYSIS OF AUTOMATIC STAY ISSUES RE SUPPLIERS (0.3); CONTINUED RESEARCH RE SCOPE OF THE AUTOMATIC STAY AND ITS APPLICATION TO THE DEBTORS AND NON-DEBTOR DEFENDANTS (5.8). |
| MICHELI MJ | 10/27/05 | 6.30 | CONTINUED RESEARCH RE SCOPE OF THE AUTOMATIC STAY AND ITS APPLICATION TO DELPHI'S PENDING LITIGATION (6.3). |
| MICHELI MJ | 10/28/05 | 3.10 | CONTINUED RESEARCH RE SCOPE OF THE AUTOMATIC STAY AND ITS APPLICATION TO THE DEBTORS AND NON-DEBTOR DEFENDANTS (1.1); BEGAN DRAFTING NOTES RE AUTOMATIC STAY RESEARCH (2.0). |
| MICHELI MJ | 10/30/05 | 1.80 | CONTINUED RESEARCH RE SCOPE OF THE AUTOMATIC STAY AND ITS APPLICATION TO DELPHI LITIGATION (1.8). |
| MICHELI MJ | 10/31/05 | 1.60 | CONTINUED RESEARCH RE SCOPE OF THE AUTOMATIC STAY AND ITS APPLICATION TO DELPHI LITIGATION (0.5); UPDATED CASE LAW RESEARCH RE SAME (1.1). |
| MICHELI MJ | 11/06/05 | 0.70 | TELECONFERENCE WITH C. BROWN RE AUTOMATIC STAY (0.4); REVIEW MATERIALS IN CONNECTION WITH THE AUTOMATIC STAY (0.3). |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MICHELI MJ | 11/07/05 | 0.10 | CORRESPONDENCE RE A LITIGATION CLAIMANT AND ITS POTENTIAL VIOLATION OF THE AUTOMATIC STAY (0.1). |
| MICHELI MJ | 11/08/05 | 0.20 | ANALYSIS OF ELMORE LIFT STAY MOTION (0.2). |
| MICHELI MJ | 11/09/05 | 0.90 | REVIEW REQUEST FOR RELIEF FROM AUTOMATIC STAY BY ELMORE (0.3); REVIEW PLEADING RE COMPLIANCE WITH CASE MANAGEMENT ORDER (0.3); DRAFT CORRESPONDENCE RE SAME (0.3). |
| MICHELI MJ | 11/10/05 | 0.40 | TELECONFERENCE WITH G. MOORE RE ELMORE LIFT STAY (0.2); DRAFTED CORRESPONDENCE RE SAME (0.2). |
| MICHELI MJ | 11/11/05 | 0.20 | CORRESPONDENCE WITH G. MOORE RE ELMORE LIFT STAY (0.2). |
| MICHELI MJ | 11/14/05 | 1.30 | TELECONFERENCE WITH S. SPIRES RE ELMORE LIFT STAY (0.3); BEGAN REVIEW AND ANALYSIS OF A SUPPLIER AND RELATED AUTOMATIC STAY MATTERS (0.2); BEGAN DRAFTING A RESPONSE RE SAME (0.8). |
| MICHELI MJ | 11/15/05 | 0.90 | CONTINUED DRAFTING ANALYSIS OF SUPPLIER REALTED AUTOMATIC STAY ISSUES (0.9). |
| MICHELI MJ | 11/16/05 | 0.70 | ANALYSIS OF OPEN LIFT STAY MATTERS (0.4); REVIEW OF DOCKET RE ELMORE LIFT STAY (0.1); DRAFT CORRESPONDENCE RE SAME (0.2). |
| MICHELI MJ | 11/23/05 | 0.10 | TELECONFERENCE WITH R. MCGONGIGLE RE BUTTITTA LIFT STAY MOTION (0.1). |
| MICHELI MJ | 11/30/05 | 0.20 | CORRESPONDENCE WITH G. MOORE RE ELMORE LIFT STAY (0.2). |
| | | 24.60 | |
| TOUSSI S | 11/07/05 | 1.00 | ADDRESS OTHER FILINGS IN CASE WITH RESPECT TO 362 AND LIFT STAYS (1.0). |
| | | 1.00 | |
| Total Associate | | 31.80 | |
| TOTAL TIME | | <u>31.80</u> | |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Automatic Stay (Relief Actions)**

**Bill Date: 12/30/05**
**Bill Number: 1091378**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 11/01/05 | Copy Center, D | 10.53 |
| In-house Reproduction | 11/11/05 | Copy Center, D | 14.47 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$25.00** |
| Telephone Expense | 10/28/05 | Telecommunications, D | 0.04 |
| Telephone Expense | 10/28/05 | Telecommunications, D | 0.02 |
| Telephone Expense | 11/23/05 | Telecommunications, D | 1.26 |
| Telephone Expense | 11/23/05 | Telecommunications, D | 2.33 |
| Telephone Expense | 11/23/05 | Telecommunications, D | 0.34 |
| Telephone Expense | 11/23/05 | Telecommunications, D | 0.01 |
| | | **TOTAL TELEPHONE EXPENSE** | **$4.00** |
| | | **TOTAL MATTER** | **$29.00** |

B4JE

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 01/31/06
Automatic Stay (Relief Actions)                            Bill Number: 1092991

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| MARAFIOTI KA | 12/29/05 | 1.30 | WORK ON OBJECTION TO COX AND CLARKE 362 MOTIONS (1.3). |
| | | 1.30 | |
| Total Partner | | 1.30 | |
| MEISLER RE | 12/12/05 | 0.10 | ATTENTION TO MOTION TO LIFT STAY FILED BY BUTITTA (0.1). |
| MEISLER RE | 12/23/05 | 1.00 | REVIEW AND COMMENT ON OBJECTION TO COX MOTION TO LIFT STAY (1.0). |
| MEISLER RE | 12/28/05 | 0.40 | REVIEW AND COMMENT ON OMNIBUS OBJECTION TO COX AND CLARK LIFT STAY (0.4). |
| MEISLER RE | 12/29/05 | 2.10 | REVIEW AND COMMENT ON OMNIBUS OBJECTION TO COX AND CLARK LIFT STAY (2.1). |
| MEISLER RE | 12/30/05 | 0.80 | REVIEW AND COMMENT ON COX AND CLARK SCRIPT (0.6);  AND BUTTITTA SCRIPT (0.2). |
| | | 4.40 | |
| MICHELI MJ | 12/01/05 | 2.00 | BEGAN RESEARCH RE CASE LAW IN THE SECOND CIRCUIT ON ORDINARY COURSE OF BUSINESS (0.3); CORRESPONDENCE WITH F. FRIEDSTEDT RE BUTTITTA LIFT STAY MOTION (0.2); ANALYSIS OF BUTTITTA LIFT STAY MOTION (0.9); TELECONFERENCE WITH F. FRIEDSTEDT RE SAME (0.4); TELECONFERENCE WITH J. PAPELIAN RE SAME (0.2). |
| MICHELI MJ | 12/02/05 | 0.40 | CORRESPONDENCE WITH F. FRIEDSTEDT RE BUTTITTA LIFT STAY MOTION (0.4). |
| MICHELI MJ | 12/03/05 | 0.20 | CORRESPONDENCE WITH J. PAPELIAN RE BUTTITTA LIFT STAY MOTION (0.2). |
| MICHELI MJ | 12/05/05 | 0.10 | TELECONFERENCE WITH F. FRIEDSTEDT RE BUTTITTA LIFT STAY MOTION (0.1). |
| MICHELI MJ | 12/06/05 | 1.00 | REVIEW OF SMOLICK LIFT STAY LETTER (0.3); ANALYSIS OF INSURANCE ISSUES RE SAME (0.2); REVIEW OF PEPCO MOTION TO MODIFY THE AUTOMATIC STAY TO SETOFF OR TERMINATE CONTRACT (0.5). |
| MICHELI MJ | 12/07/05 | 0.20 | REVIEW OF POTENTIAL VIOLATION OF THE AUTOMATIC STAY (0.2). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MICHELI MJ | 12/09/05 | 1.30 | CORRESPONDENCE WITH R. CHAPMAN RE SMOLICK LIFT STAY LETTER (0.1); CONTINUED REVIEW OF PEPCO MATTERS RE MOTION TO MODIFY STAY AND SET OFF (0.4); BEGAN RESEARCH RE POTENTIAL VIOLATION OF THE AUTOMATIC STAY (0.8). |
| MICHELI MJ | 12/10/05 | 0.90 | CONTINUED RESEARCH RE POSSIBLE VIOLATION OF THE AUTOMATIC STAY (0.9). |
| MICHELI MJ | 12/12/05 | 0.90 | TELECONFERENCE WITH F. FRIESTEDT AND J. PAPELIAN RE BUTTITTA MOTION TO MODIFY THE STAY (0.4); CONTINUED REVIEW OF PEPCO LIFT STAY MOTION AND REQUEST FOR SET OFF (0.5). |
| MICHELI MJ | 12/13/05 | 1.70 | TELECONFERENCE WITH N. BERGER RE PEPCO MOTION FOR RELIEF FROM STAY FOR SET OFF (0.1); TELECONFERENCE WITH M. KAMISCHKE RE SAME (0.1); REVIEW RESULTS OF DISCLOSURE RESEARCH RE PEPCO (0.3); DRAFTED CORRESPONDENCE TO LITIGATION GROUP AT DELPHI RE BUTTITTA (0.5); TELECONFERENCE WITH R. CHAPMAN RE SMOLICK (0.1); BEGAN REVIEW OF BUTTITTA MOTION AND COX MOTION FOR RELIEF FROM AUTOMATIC STAY IN PREPARATION FOR DRAFTING RESPONSE (0.6). |
| MICHELI MJ | 12/14/05 | 1.80 | REVIEW OPEN LIFT STAY ISSUES TO BE COMPLETED (0.5); TELECONFERENCE WITH J. PAPELIAN AND D. PARSHALL RE LIFT STAY MATTERS (0.2); TELECONFERENCE WITH D. PARSHALL AND G. DAVIS RE SAME (0.8); TELECONFERENCE WITH S. BARNETT RE BUTTITTA LIFT STAY MATTER (0.3). |
| MICHELI MJ | 12/15/05 | 1.20 | TELECONFERENCE WITH L. RUSSEL RE COX LIFT STAY MOTION (0.2); ANALYSIS OF INSURANCE ISSUES IN CONNECTION WITH LIFTING THE AUTOMATIC STAY (0.2); ANALYSIS OF COX LIFT STAY MOTION AND PROCEDURAL SUFFICIENCY (0.8). |
| MICHELI MJ | 12/19/05 | 0.50 | TELECONFERENCE WITH J. PAPELIAN RE LIFT STAY OBJECTIONS (0.2); TELECONFERENCE WITH D. PARSHALL RE SAME (0.1); REVIEW BUTTITTA MATERIALS RE OBJECTION TO BE FILED (0.2). |
| MICHELI MJ | 12/20/05 | 0.60 | CORRESPONDENCE WITH D. PARSHALL RE COX LIFT STAY (0.1); CONTINUED ANALYSIS OF BUTTITTA OBJECTION AND RESPONSE (0.5). |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MICHELI MJ | 12/21/05 | 1.00 | TELECONFERENCE WITH R. CHAPMAN RE SMOLICK LIFT STAY (0.1); TELECONFERENCE WITH D. PARSHALL AND G. DAVIS RE AUTOMATIC STAY MATTERS (0.3); TELECONFERENCE WITH S. BARNETT RE BUTTITTA AUTOMATIC STAY MOTION; ANALYSIS OF STRATEGY RE MODIFICATION OF THE AUTOMATIC STAY (0.3); REVIEW COX LIFT STAY MOTION (0.1); CORRESPONDENCE WITH J. PAPELIAN RE SAME (0.2). |
| MICHELI MJ | 12/22/05 | 0.50 | CORRESPONDENCE WITH LITIGATION GROUP RE LIFT STAY STATUS (0.3); TELECONFERENCE WITH R. CHAPMAN RE SMOLICK LIFT STAY LETTER (0.2). |
| MICHELI MJ | 12/28/05 | 0.70 | CORRESPONDENCE WITH D. PARSHALL AND G. DAVIS RE AUTOMATIC STAY MATTERS (0.3); TELECONFERENCE WITH C. BRADFORD RE SAME (0.4). |
| | | **15.00** | |
| STUART NL | 12/13/05 | 2.40 | BEGIN RESEARCH RE LIFT STAY PRECEDENT (2.4). |
| STUART NL | 12/14/05 | 8.30 | REVIEW PULLMAN BANK MOTION TO LIFT STAY (1.1); REVIEW BUTTITTA MOTION TO LIFT STAY (0.8); REVIEW COX MOTION TO LIFT STAY (0.6); BEGIN RESEARCH OF CASE LAW IN RESPONSE TO ABOVE LISTED MOTIONS TO LIFT STAY (3.2); BEGIN DRAFTING BASIC LIFT STAY OBJECTION (2.2); STRATEGIZE RE RESPONSE/OBJECTION STRATEGY (0.4). |
| STUART NL | 12/15/05 | 6.80 | CONTINUE TO REVIEW CASELAW FOR LIFT STAY MOTIONS (2.1); REVISE DRAFT OBJECTION TO LIFT STAY MOTION (3.4); CORRESPONDENCE WITH COMPANY RE PULLMAN/PACIFIC RIM (0.6); STRATEGIZE RE APPROACH FOR COX AND BUTTITTA (0.7). |
| STUART NL | 12/16/05 | 4.10 | CONTINUE TO RESEARCH LIFT STAY CASE LAW IN CONNECTION WITH INSURANCE LITIGATION (3.2); REVIEW MEMORANDUM ON SAME (0.9). |
| STUART NL | 12/19/05 | 3.50 | DRAFT OBJECTION TO BUTTITTA LIFT STAY MOTION (3.2); SOLICIT COMMENTS ON SAME (0.3). |
| STUART NL | 12/20/05 | 6.70 | BEGIN DRAFTING OMNIBUS OBJECTION TO BUTTITTA AND COX LIFT STAY MOTIONS (3.2); REVISE CASE LAW CITED IN OMNIBUS OBJECTION (1.2); CORRESPONDENCE WITH CLIENT RE PACIFIC RIM SCHEDULES AND EQUIPMENT (0.7); REVIEW PACIFIC RIM SCHEDULES 3, 4, 5, AND 6 (1.6). |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| STUART NL | 12/21/05 | 7.00 | BEGIN DRAFTING OBJECTION TO PACIFIC RIM MOTION FOR RELIEF FROM STAY (1.1); FOLLOW UP WITH CLIENT (J. BALES) RE PACIFIC RIM PAYMENT SCHEDULE (0.2); AND ANALYZE FILE OF SAME (1.6); DRAFT SCRIPT, PROFFER AND Q&A'S FOR COX OBJECTION (2.4); BEGIN DRAFTING SCRIPT FOR BUTTITTA (0.5); MULTIPLE TELECONFERENCES RE COX AND BUTTITTA LIFT STAY MOTIONS (1.2). |
| STUART NL | 12/22/05 | 5.50 | DRAFT OBJECTION TO COX LIFT STAY MOTION (2.4); CONTINUE TO DRAFT AND REVISE OBJECTION TO PACIFIC RIM LIFT STAY MOTION (1.3); BEGIN DRAFTING SCRIPT FOR PACIFIC RIM (0.7); REVISE SCRIPT, PROFFER AND Q&A'S FOR COX (0.6); FOLLOW UP WITH COUNSEL RE PACIFIC RIM (0.2); FOLLOW-UP ON BUTTITTA ISSUES (0.3). |
| STUART NL | 12/23/05 | 4.50 | DISCUSSION WITH CLIENT RE RECONCILIATION OF PACIFIC RIM/PULLMAN BANK ACCOUNTS (0.7); REVIEW REPORT GENERATED IN CONNECTION WITH SAME (1.2); CORRESPONDENCE WITH COUNSEL TO PACIFIC RIM RE JANUARY 5 OMNIBUS HEARING (0.4); REVISE OBJECTION TO COX LIFT STAY MOTION (0.7); STRATEGIZE ON PROCEDURE FOR COX LIFT STAY MOTION (0.4); REVISE COX SCRIPT AND PROFFER (1.1). |
| STUART NL | 12/28/05 | 1.60 | REVISE COX OBJECTION (0.6); REVIEW CLARK MOTION FOR RELIEF FROM STAY (0.3); BEGIN DRAFTING OBJECTION TO SAME (0.7). |
| STUART NL | 12/29/05 | 4.90 | REVISE OMNIBUS OBJECTION TO COX AND CLARK MOTIONS FOR RELIEF FROM STAY (2.7); PREPARE SAME FOR FILING (1.2); DRAFT SCRIPT FOR COX OBJECTION (0.7); DRAFT SCRIPT FOR CLARK OBJECTION (0.3). |
| STUART NL | 12/30/05 | 2.40 | REVISE COX SCRIPT (0.9); REVISE CLARK SCRIPT (0.8); DRAFT SCRIPT FOR BUTTITTA MOTION (0.4); REVISE SCRIPT FOR PACIFIC RIM (0.3). |
| | | 57.70 | |
| Total Associate | | 77.10 | |
| TOTAL TIME | | **78.40** | |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 01/31/06
Automatic Stay (Relief Actions)                            Bill Number: 1092991

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 12/13/05 | Copy Center, D | 56.72 |
| In-house Reproduction | 12/19/05 | Copy Center, D | 22.28 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$79.00** |
| Telephone Expense | 12/29/05 | Telecommunications, D | 3.13 |
| Telephone Expense | 12/29/05 | Telecommunications, D | 5.16 |
| Telephone Expense | 12/29/05 | Telecommunications, D | 0.71 |
| | | **TOTAL TELEPHONE EXPENSE** | **$9.00** |
| Lexis/Nexis | 12/14/05 | Stuart NL | 165.44 |
| Lexis/Nexis | 12/15/05 | Stuart NL | 139.66 |
| Lexis/Nexis | 12/28/05 | Fern BM | 45.07 |
| Lexis/Nexis | 12/29/05 | Stuart NL | 90.91 |
| Lexis/Nexis | 12/30/05 | Stuart NL | 28.92 |
| | | **TOTAL LEXIS/NEXIS** | **$470.00** |
| Westlaw | 12/03/05 | Micheli MJ | 247.73 |
| Westlaw | 12/08/05 | Micheli MJ | 52.38 |
| Westlaw | 12/09/05 | Micheli MJ | 15.65 |
| Westlaw | 12/10/05 | Micheli MJ | 283.48 |
| Westlaw | 12/14/05 | Micheli MJ | 44.74 |
| Westlaw | 12/14/05 | Stuart NL | 101.98 |
| Westlaw | 12/15/05 | Stuart NL | 280.05 |
| Westlaw | 12/19/05 | Stuart NL | 29.66 |
| Westlaw | 12/20/05 | Micheli MJ | 67.30 |
| Westlaw | 12/20/05 | Stuart NL | 47.41 |
| Westlaw | 12/21/05 | Micheli MJ | 12.78 |
| Westlaw | 12/23/05 | Micheli MJ | 135.20 |
| Westlaw | 12/28/05 | Fern BM | 56.64 |
| | | **TOTAL WESTLAW** | **$1,375.00** |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 12/31/05 | Teleconferencing Services, LLC | 14.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$14.00** |
| | | **TOTAL MATTER** | **$1,947.00** |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 02/28/06
Automatic Stay (Relief Actions)                            Bill Number: 1108418

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| MICHELI MJ | 01/02/06 | 0.80 | TELECONFERENCE WITH S. BARNETT RE BUTTITTA LIFT STAY MOTION (0.3); DRAFTED CORRESPONDENCE TO S. BARNETT RE AGREEMENT TO CONTINUE BUTTITTA MATTER (0.2); REVIEW MATERIALS IN CONNECTION WITH HENEY AUTOMATIC STAY VIOLATION (0.3). |
| MICHELI MJ | 01/03/06 | 1.60 | BEGAN REVISIONS TO SCRIPT AND PROFFER FOR THE OBJECTION TO COX AND CLARK MOTIONS FOR RELIEF FROM STAY (0.9); BEGAN DRAFTING MOTION TO DENY COX LIFT STAY MOTION (0.1); BEGAN REVISIONS TO PROFFER OF J. SHEEHAN RE: LIFT STAY MATTERS (0.6). |
| MICHELI MJ | 01/04/06 | 0.50 | REVIEW STATUS OF COX AND CLARK MOTIONS TO MODIFY THE AUTOMATIC STAY (0.1);  DRAFTED MOTION TO DENY COX'S MOTION TO MODIFY THE AUTOMATIC STAY (0.2); DRAFTED MOTION TO DENY CLARK'S MOTION TO MODIFY THE AUTOMATIC STAY (0.2). |
| MICHELI MJ | 01/06/06 | 0.60 | TELECONFERENCE WITH R. MCGONIGLE RE BUTTITTA DISCOVERY REQUESTS (0.2); BEGAN REVIEW AND ANALYSIS OF BUTTITTA'S DISCOVERY REQUESTS RE MOTION TO LIFT STAY (0.4). |
| MICHELI MJ | 01/07/06 | 1.60 | CONTINUED REVIEW OF BUTTITTA DISCOVERY REQUESTS RE LIFT STAY MOTION (0.2); BEGAN RESEARCH AND ANALYSIS RE DISCOVERY REQUESTS (0.2); CORRESPONDENCE WITH J. PAPELIAN RE SAME (0.1); TELECONFERENCE WITH J. PAPELIAN RE SAME (0.1); DRAFTED SUMMARY OF BUTTITTA MATTER RE GENESIS OF LAWSUIT AND DISCOVERY SOUGHT (1.0). |
| MICHELI MJ | 01/09/06 | 0.40 | CONTINUED REVIEW AND ANALYSIS OF BUTTITTA'S DISCOVERY REQUESTS IN CONNECTION WITH BUTTITTA LIFT STAY MOTION (0.4). |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MICHELI MJ | 01/10/06 | 2.50 | IN CONNECTION AUTOMATIC STAY MATTERS AND APPEALS IN PREPETITION CASES, RESEARCH RE SUGGESTIONS OF BANKRUPTCY (0.7); BEGAN REVIEW OF CORRESPONDENCE WITH R. CHAPMAN RE SMOLICK LIFT STAY (0.2); BEGAN REVIEW OF PROPOSED SETTLEMENT OF SMOLICK LIFT STAY MATTER (0.3); BEGAN REVIEW OF INSURANCE RELATED MATTERS IN CONNECTION WITH LIFT STAY PROCEDURES (0.2); DRAFTED CORRESPONDENCE WITH J. PAPELIAN RE STATUS OF LIFT STAY CASES (0.2); BEGAN DRAFTING FORM LETTER RE VIOLATION OF AUTOMATIC STAY (0.7); BEGAN REVIEW OF SHAW LIFT STAY MATTER (0.2). |
| MICHELI MJ | 01/17/06 | 0.90 | CORRESPONDENCE WITH M. MACDONALD RE BUTTITTA (0.2); DRAFT SUMMARY OF LIFT STAY MATTER AND DISCOVERY REQUESTS (0.4); BEGAN RESEARCH OF FEDERAL RULES OF CIVIL PROCEDURE RE SAME (0.3). |
| MICHELI MJ | 01/18/06 | 0.40 | TELECONFERENCE WITH F. FRIESTEDT RE BUTTITTA (0.4). |
| MICHELI MJ | 01/19/06 | 0.20 | CORRESPONDENCE WITH C. BRADFORD RE AUTOMATIC STAY VIOLATIONS (0.2). |
| MICHELI MJ | 01/20/06 | 0.60 | BEGAN RESEARCH IN CONNECTION WITH BUTTITTA DISCOVERY REQUESTS AND MOTION TO QUASH (0.6). |
| MICHELI MJ | 01/23/06 | 0.40 | TELECONFERENCE WITH R. CHAPMAN RE SHAW LIFT STAY MOTION AND FILING DEFICIENCIES (0.2); DRAFT CORRESPONDENCE TO R. CHAPMAN RE SAME (0.2). |
| MICHELI MJ | 01/24/06 | 1.10 | TELECONFERENCE WITH C. GIAMPAPA RE LEAD PLAINTIFFS LIFT STAY MOTION (0.2); DRAFTED CORRESPONDENCE TO C. GIAMPAPA RE SAME (0.3); REVIEW ORDER ENTERED ON LEAD PLAINTIFFS LIFT STAY MOTION (0.5). |
| MICHELI MJ | 01/25/06 | 0.90 | REVIEW LEAD PLAINTIFFS ORDER DISALLOWING MOTION TO LIFT STAY (0.3); REVIEW TRANSCRIPT RE SAME (0.4); DRAFTED CORRESPONDENCE RE SAME (0.2). |
| MICHELI MJ | 01/26/06 | 0.30 | REVIEW ARAM. MOTION TO LIFT THE STAY (0.3). |
| MICHELI MJ | 01/27/06 | 0.30 | CORRESPONDENCE WITH SHAW RE LIFT STAY MOTION AND CONTINUANCE (0.3). |
| MICHELI MJ | 01/29/06 | 3.30 | IN CONNECTION WITH BUTTITTA MOTION TO LIFT THE AUTOMATIC STAY, BEGAN RESEARCH QUASHING DISCOVERY REQUESTS (3.3). |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MICHELI MJ | 01/30/06 | 6.30 | TELECONFERENCE WITH F. FREISTEDT RE BUTTITTA DISCOVERY REQUESTS (0.2); BEGAN DRAFTING MOTION TO QUASH BUTTITTA DISCOVERY REQUESTS (3.2); ANALYSIS OF BUTTITTA STATE COURT COMPLAINT A PREVIOUS DISCOVERY TAKEN (0.4); CONTINUED RESEARCH IN CONNECTION WITH BUTTITTA DISCOVERY (2.0); TELECONFERENCE WITH M. JACOB RE SHAW LIFT STAY (0.2); DRAFTED CORRESPONDENCE TO M. JACOB RE SAME (0.3). |
| MICHELI MJ | 01/31/06 | 4.70 | CONTINUED DRAFTING MOTION TO QUASH BUTTITTA DISCOVERY REQUESTS (1.3); ANALYSIS OF BUTTITTA STATE COURT COMPLAINT A PREVIOUS DISCOVERY TAKEN (0.5); CONTINUED RESEARCH IN CONNECTION WITH BUTTITTA DISCOVERY (1.9); TELECONFERENCE WITH C. BRADFORD RE SETTLED LITIGATION CASES AND THE AUTOMATIC STAY (0.3); DRAFTED CORRESPONDENCE TO M. JACOB RE SAME (0.3); BEGAN REVIEWING ORDER OF DISMISSAL RE SAME (0.2); CONFERENCE WITH R. MEISLER RE OPEN LITIGATION MATTERS (0.2). |
| | | 27.40 | |
| STUART NL | 01/03/06 | 0.50 | MULTIPLE TELECONFERENCE WITH COUNSEL FOR CLARK AND FOLLOW UP ON TELEPHONIC HEARING (0.4); CORRESPONDENCE RE DELPHI'S DUTY TO DEFEND PURSUANT IN CONNECTION WITH PI ACTIONS (0.1). |
| STUART NL | 01/04/06 | 2.90 | TELECONFERENCE WITH COUNSEL RE CLARK LIFT STAY MATTER (0.1); DRAFT FOLLOW-UP CORRESPONDENCE RE SAME (0.6); REVISE COX SCRIPT (0.2); ADDITIONAL FOLLOW UP WITH COUNSEL TO CLARK RE MOTION AND UPCOMING HEARING (0.4); CORRESPONDENCE RE WITHDRAWAL OF COX LIFT STAY MOTION (0.2); CORRESPONDENCE RE WITHDRAWAL OF CLARK LIFT STAY MOTION (0.2); UPDATE SCRIPTS FOR COX (0.3); UPDATE SCRIPTS FOR CLARK (0.2); DRAFT NOTICE OF WITHDRAWAL FOR COX (0.2); DRAFT NOTICE OF WITHDRAWAL FOR CLARK (0.2); FOLLOW UP WITH CLIENT AND COUNSEL RE PULLMAN BANK AND BANK OF LINCOLNWOOD EQUIPMENT PICKUP (0.3). |
| STUART NL | 01/05/06 | 1.10 | REVISE AND DISTRIBUTE COX AND CLARK NOTICES OF WITHDRAWAL (0.6); SUPERVISE FILING OF SAME (0.2); CONTACT CLIENT RE PACIFIC RIM/PULLMAN BANK RECONCILIATION ISSUE IN CONNECTION WITH LIFT STAY MOTION (0.3). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| STUART NL | 01/06/06 | 0.30 | FOLLOW UP WITH CLIENT RE RECONCILIATION STATUS FOR PACIFIC RIM CONTRACTS (0.3). |
| STUART NL | 01/09/06 | 0.50 | REVIEW ORDER RE LEAD PLAINTIFFS' MOTION (0.4); REVIEW PACIFIC RIM/PULLMAN BANK PAYMENTS (0.1). |
| STUART NL | 01/16/06 | 0.70 | FOLLOW-UP ON PULLMAN BANK/PACIFIC RIM ISSUES (0.7). |
| STUART NL | 01/18/06 | 1.30 | RESOLVE PULLMAN BANK MOTION FOR RELIEF (0.9); REVIEW CASES ADDRESSING SECTION 362 REQUIREMENTS (0.4). |
| | | 7.30 | |

**Total Associate**                      34.70

**TOTAL TIME**                           <u>**34.70**</u>

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                     Bill Date: 02/28/06
Automatic Stay (Relief Actions)                             Bill Number: 1108418

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Lexis/Nexis | 01/10/06 | Stuart NL | 204.45 |
| Lexis/Nexis | 01/24/06 | Zaltzman H | 75.55 |
| | | **TOTAL LEXIS/NEXIS** | **$280.00** |
| Westlaw | 01/06/06 | Stuart NL | 123.00 |
| Westlaw | 01/09/06 | Stone M | 53.88 |
| Westlaw | 01/10/06 | Micheli MJ | 25.20 |
| Westlaw | 01/29/06 | Micheli MJ | 87.66 |
| Westlaw | 01/30/06 | Micheli MJ | 163.26 |
| | | **TOTAL WESTLAW** | **$453.00** |
| Messengers/ Courier | 01/04/06 | Dist Serv/Mail/Page, D | 110.87 |
| Messengers/ Courier | 01/13/06 | Dist Serv/Mail/Page, D | 29.13 |
| | | **TOTAL MESSENGERS/ COURIER** | **$140.00** |
| Outside Research/Internet Services | 01/06/06 | Pacer Service Center | 3.87 |
| Outside Research/Internet Services | 01/06/06 | Pacer Service Center | 8.13 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$12.00** |
| Wireless - Mobile/Cellular/Pager | 01/09/06 | Meisler RE | 15.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$15.00** |
| | | **TOTAL MATTER** | **$900.00** |