SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-27
RETENTION / FEE MATTERS (SASM&F)
203.8 HOURS

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                  Bill Date: 12/30/05
Retention /Fee Matters (SASM&F)                          Bill Number: 1091378

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 10/31/05 | 0.40 | TELECONFERENCE WITH R. ROSENBERG RE CREDITORS COMMITTEE DUE DILIGENCE INQUIRIES CONCERNING DELPHI RETENTION MATTERS AND NOVEMBER 4TH HEARING MATTERS (0.4). |
| BUTLER, JR. J | 11/02/05 | 1.30 | DRAFT LETTER TO R. ROSENBERG RE RESPONSE TO CREDITORS COMMITTEE DUE DILIGENCE INQUIRIES RE DELPHI RETENTION MATTERS (1.3). |
| BUTLER, JR. J | 11/04/05 | 0.30 | PREPARE FOR (0.2) AND ATTEND (0.1) ADJOURNED MATTERS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE FINAL SKADDEN RETENTION HEARING. |
| BUTLER, JR. J | 11/25/05 | 1.20 | BEGIN TO WORK ON MONTHLY COMPENSATION PACKAGE FOR OCTOBER, 2005 (1.2). |
| BUTLER, JR. J | 11/26/05 | 0.70 | CONTINUE TO WORK ON MONTHLY COMPENSATION PACKAGE FOR OCTOBER, 2005 (0.7). |
| | | 3.90 | |
| **Total Partner** | | **3.90** | |
| DE ELIZALDE D | 10/20/05 | 1.50 | ANALYSIS OF DISCLOSURE MATERIALS (1.5). |
| DE ELIZALDE D | 10/22/05 | 0.80 | REVIEWED AND REVISED FINAL ORDERS RE APPLICATION (0.8). |
| DE ELIZALDE D | 11/10/05 | 0.50 | SUPERVISED SENDING OUT OF RETENTION QUESTIONNAIRE TO ALL ATTORNEYS AT SKADDEN (0.5). |
| DE ELIZALDE D | 11/17/05 | 2.30 | ANALYSIS OF POTENTIAL DISCLOSURE MATERIALS (2.3). |
| DE ELIZALDE D | 11/19/05 | 0.50 | ANALYSIS OF OBJECTORS FOR DISCLOSURE RESEARCH PURPOSES (0.5). |
| | | 5.60 | |
| ZIEGLER VE | 11/16/05 | 2.40 | WORK ON SKADDEN DISCLOSURE MATTERS (2.4). |
| ZIEGLER VE | 11/28/05 | 1.00 | WORK ON AND EMAIL CORRESPONDENCE RE PRO HAC VICE MOTION (1.0). |
| | | 3.40 | |
| **Total Associate** | | **9.00** | |
| LORENZ G | 10/25/05 | 1.70 | ASSEMBLE COMPLETE ENTITY LIST FOR DELPHI RETENTION SCREENING QUESTIONNAIRE (1.7). |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| LORENZ G | 10/26/05 | 2.80 | ASSEMBLE COMPLETE ENTITY LIST FOR DELPHI RETENTION SCREENING QUESTIONNAIRE (2.8). |
| LORENZ G | 10/28/05 | 3.20 | CONTINUE WORK ON CONSOLIDATING DISCLOSURE RESULTS LISTS (3.2). |
| LORENZ G | 10/31/05 | 2.60 | CONTINUE WORK CONSOLIDATING DISCLOSURE RESULTS INTO MASTER LIST (2.6). |
| | | 10.30 | |
| SALAZAR AG | 10/20/05 | 0.50 | INITIATE BANKRUPTCY RETENTION SCREENING QUESTIONNAIRE PROCESS (0.5). |
| SALAZAR AG | 10/24/05 | 2.80 | PREPARE FORMS FOR BANKRUPTCY RETENTION SCREENING QUESTIONNAIRE (2.8). |
| SALAZAR AG | 11/10/05 | 0.90 | COORDINATE PRODUCTION OF BRSQ FORMS (0.9). |
| SALAZAR AG | 11/15/05 | 1.80 | REVIEW BANKRUPTCY RETENTION SCREENING QUESTIONNAIRES AND LOG RESPONSES (1.8). |
| SALAZAR AG | 11/16/05 | 0.50 | RECORD RESPONSES TO BRSQ FORMS (0.5). |
| SALAZAR AG | 11/17/05 | 7.50 | RECORD RESPONSES OF RETENTION QUESTIONNAIRE RECEIVED (7.5). |
| SALAZAR AG | 11/21/05 | 5.10 | RECORD RESPONSES FROM BANKRUPTCY RETENTION SCREENING QUESTIONNAIRES RECEIVED (5.1). |
| | | 19.10 | |
| SHAHANI A | 11/16/05 | 2.00 | ASSEMBLE FOR ATTORNEY REVIEW THE ANSWERS TO MEMORANDUM RE BANKRUPTCY RETENTION SCREENING QUESTIONNAIRE (2.0). |
| SHAHANI A | 11/17/05 | 5.90 | ASSEMBLE FOR ATTORNEY REVIEW THE BANKRUPTCY RETENTION SCREENING QUESTIONNAIRE (5.9). |
| SHAHANI A | 11/18/05 | 3.90 | ASSEMBLE FOR ATTORNEY REVIEW THE BANKRUPTCY QUESTION SCREENING QUESTIONNAIRE (3.9). |
| | | 11.80 | |
| ZSOLDOS AF | 10/12/05 | 0.50 | ORGANIZE MOST RECENT DISCLOSURE RESULTS (0.5). |
| ZSOLDOS AF | 10/28/05 | 5.60 | ORGANIZE DISCLOSURE RESULTS AND CHARTS (5.6). |
| ZSOLDOS AF | 10/31/05 | 2.40 | CONTINUE REVISIONS TO DISCLOSURE CHARTS (2.4). |
| ZSOLDOS AF | 11/01/05 | 2.20 | CONTINUE ASSIGNMENT OF COMBINING AND EDITING DISCLOSURE CHARTS (2.2). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| ZSOLDOS AF | 11/21/05 | 2.60 | ORGANIZE DISCLOSURE RESULTS (1.8); CHECK OBJECTION PARTIES VS THOSE ALREADY SUBMITTED FOR DISCLOSURE (0.8). |
| ZSOLDOS AF | 11/22/05 | 1.00 | SUBMIT OBJECTING PARTIES FOR DISCLOSURE AND UPDATE MASTER INDEX (1.0). |
| ZSOLDOS AF | 11/27/05 | 1.60 | COMPARE NEWLY OBJECTION PARTIES AGAINST LIST OF THOSE ALREADY RUN FOR DISCLOSURE (0.7); UPDATE MATER DISCLOSURE INDEX (0.4); RUN DISCLOSURE ON NEWLY OBJECTING PARTIES (0.5);. |
| | | 15.90 | |
| **Total Legal Assistant** | | 57.10 | |
| ROMAN JJ | 11/17/05 | 1.70 | ASSIST WITH REVIEW OF RETENTION QUESTIONNAIRE ATTORNEY RESPONSES (1.7). |
| ROMAN JJ | 11/25/05 | 1.10 | CONTINUED REVIEW OF RETENTION QUESTIONNAIRES' ATTORNEY RESPONSES (1.1). |
| ROMAN JJ | 11/30/05 | 0.70 | WORK ON REVIEW AND LOGGING OF ATTORNEY RESPONSES TO SCREENING RETENTION QUESTIONNAIRES (0.7). |
| | | 3.50 | |
| **Total Legal Assistant Support** | | 3.50 | |
| **TOTAL TIME** | | **73.50** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                    Bill Date: 12/30/05
Retention /Fee Matters (SASM&F)                            Bill Number: 1091378

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 11/23/05 | Telecommunications, D | 0.96 |
| Telephone Expense | 11/23/05 | Telecommunications, D | 1.75 |
| Telephone Expense | 11/23/05 | Telecommunications, D | 0.28 |
| Telephone Expense | 11/23/05 | Telecommunications, D | 0.01 |
| | | **TOTAL TELEPHONE EXPENSE** | **$3.00** |
| Reproduction - color | 11/29/05 | Copy Center, D | 1.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$1.00** |
| | | **TOTAL MATTER** | **$4.00** |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 01/31/06
Retention /Fee Matters (SASM&F)                            Bill Number: 1092991

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 12/17/05 | 1.30 | CONTINUE TO REVIEW AND REVISE MONTHLY COMPENSATION PACKAGE (1.3). |
| BUTLER, JR. J | 12/30/05 | 1.40 | CONTINUE TO REVIEW AND REVISE MONTHLY COMPENSATION PACKAGE THROUGH NOVEMBER 30, 2005 (1.4). |
| | | 2.70 | |
| Total Partner | | 2.70 | |
| SALAZAR AG | 12/02/05 | 4.00 | RECORD ALL BRSQ RESPONSES RECEIVED (4.0). |
| SALAZAR AG | 12/05/05 | 0.40 | UPDATE RESPONSES RECEIVED FROM BANKRUPTCY RETENTION SCREENING QUESTIONNAIRE (0.4). |
| SALAZAR AG | 12/06/05 | 1.60 | UPDATE CHART WITH RETENTION RESPONSES RECEIVED AND PREPARE TO SEND SECOND REQUEST (1.6). |
| SALAZAR AG | 12/08/05 | 1.20 | SEND OUT SECOND REQUEST AND LOG RESPONSES RECEIVED (1.2). |
| SALAZAR AG | 12/09/05 | 2.00 | UPDATE CHART WITH RESPONSES TO RETENTION QUESTIONNAIRE RECEIVED (2.0). |
| SALAZAR AG | 12/13/05 | 1.90 | UPDATE CHART WITH RETENTION QUESTIONNAIRE RESPONSES RECEIVED (1.9). |
| SALAZAR AG | 12/14/05 | 0.50 | UPDATE CHART WITH RETENTION QUESTIONNAIRE RESPONSES RECEIVED (0.5). |
| SALAZAR AG | 12/16/05 | 1.40 | UPDATE CHART ON RETENTION QUESTIONNAIRE RESPONSES RECEIVED (1.4). |
| SALAZAR AG | 12/20/05 | 0.80 | REVIEW AND UPDATE CHART OF SCREENING QUESTIONNAIRE RESPONSES RECEIVED (0.8). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| SALAZAR AG | 12/21/05 | 1.00 | REVIEW AND UPDATE CHART OF SCREENING QUESTIONNAIRES RECEIVED (1.0). |
| SALAZAR AG | 12/30/05 | 1.00 | REVIEW RESPONSES TO SCREENING QUESTIONNAIRE RECEIVED AND UPDATE CHART (1.0). |
| | | 15.80 | |
| ZSOLDOS AF | 12/15/05 | 1.10 | CHECK NEWLY OBJECTING PARTIES FOR DISCLOSURE (0.8); SUBMIT PARTIES FOR DISCLOSURE RESEARCH (0.3). |
| ZSOLDOS AF | 12/21/05 | 4.20 | CHECK ENTIRE DELPHI DOCKET FOR ALL PARTIES FILING OBJECTIONS OR MOTIONS ADVERSE TO DELPHI FOR DISCLOSURE RESEARCH (4.2). |
| | | 5.30 | |
| **Total Legal Assistant** | | 21.10 | |
| **TOTAL TIME** | | **23.80** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                              Bill Date: 02/28/06
Retention /Fee Matters (SASM&F)                      Bill Number: 1108418

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 01/05/06 | 0.80 | BEGIN TO REVIEW YEAR-END 2006 MONTHLY COMPENSATION PACKAGES (0.8). |
| BUTLER, JR. J | 01/07/06 | 1.30 | CONTINUE TO WORK ON MONTHLY COMPENSATION PACKAGE THROUGH NOVEMBER 2005 (1.3). |
| BUTLER, JR. J | 01/08/06 | 2.80 | CONTINUE TO WORK ON MONTHLY COMPENSATION PACKAGE THROUGH DECEMBER 2005 (2.8). |
| BUTLER, JR. J | 01/09/06 | 2.70 | CONTINUE TO WORK ON MONTHLY COMPENSATION PACKAGE THROUGH NOVEMBER 2005 (2.7). |
| BUTLER, JR. J | 01/11/06 | 1.90 | CONTINUE TO WORK ON MONTHLY COMPENSATION PACKAGES THROUGH DECEMBER 2005 (1.9). |
| BUTLER, JR. J | 01/17/06 | 0.70 | REVIEW AND FINALIZE OCTOBER AND NOVEMBER COMPENSATION PACKAGE (0.4); DRAFT TRANSMITTAL LETTER (0.3). |
| BUTLER, JR. J | 01/25/06 | 1.30 | CONTINUE TO REVIEW AND REVISE DECEMBER COMPENSATION PACKAGE (1.3). |
| BUTLER, JR. J | 01/26/06 | 0.90 | CONTINUE TO REVIEW AND REVISE DECEMBER COMPENSATION PACKAGE (0.9). |
| BUTLER, JR. J | 01/29/06 | 1.20 | CONTINUE TO REVIEW AND REVISE DECEMBER COMPENSATION PACKAGE (1.2). |
| | | 13.60 | |
| **Total Partner** | | **13.60** | |
| MATZ TJ | 01/24/06 | 0.40 | WORK ON REVIEW FOR POTENTIAL DISCLOSURE (0.4). |
| MATZ TJ | 01/26/06 | 0.80 | CONTINUING WORK ON SUPPLEMENTAL DISCLOSURE CHECK (0.8). |
| | | 1.20 | |
| **Total Counsel** | | **1.20** | |
| DE ELIZALDE D | 01/10/06 | 1.90 | ANALYSIS OF DISCLOSURE REVIEW (1.9). |
| DE ELIZALDE D | 01/12/06 | 1.50 | ANALYSIS OF DISCLOSURE REVIEW (1.5). |
| DE ELIZALDE D | 01/17/06 | 1.90 | REVIEWED AND REVISED SUPPLEMENTAL AFFIDAVIT (1.9). |
| DE ELIZALDE D | 01/19/06 | 3.90 | REVIEW UPDATED LIST OF PARTIES-IN-INTERESTS FOR  DISCLOSURE REVIEW ((0.8); REVIEW PRECEDENTS RE SUPPLEMENTAL AFFIDAVIT (1.2); REVIEWED AND REVISED FIRST DRAFT OF SUPPLEMENTAL AFFIDAVIT (1.9). |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| DE ELIZALDE D | 01/26/06 | 2.80 | SUPERVISED  DISCLOSURE REVIEW (2.8). |
| DE ELIZALDE D | 01/27/06 | 1.20 | ANALYSIS RE  DISCLOSURE REVIEW(1.2). |
| DE ELIZALDE D | 01/31/06 | 2.30 | REVIEWED LIST OF ENTITIES FOR DISCLOSURE REVIEW (0.9); ANALYSIS OF DISCLOSURE REVIEW(1.4). |
| | | **15.50** | |
| ZALTZMAN H* | 01/04/06 | 2.00 | REVIEW DISCLOSURE CHECKS THROUGHOUT DAY FOR SUPPLEMENTAL AFFIDAVIT (2.0). |
| ZALTZMAN H* | 01/05/06 | 5.70 | DISCLOSURE REVIEW THROUGHOUT DAY IN PREPARATION FOR SUPPLEMENTAL AFFIDAVIT (5.7). |
| ZALTZMAN H* | 01/06/06 | 3.80 | DISCLOSURE CHECK RE SECOND SUPPLEMENTAL AFFIDAVIT (3.8). |
| ZALTZMAN H* | 01/08/06 | 4.20 | FINALIZE DISCLOSURE CLEARANCE LISTS FOR SUPP. AFFIDAVIT (4.2). |
| ZALTZMAN H* | 01/09/06 | 1.20 | CONTINUE CHECKING DISCLOSURE MATERIALS AND UPDATING CONFLICT LIST FOR SUPPLEMENTAL AFFIDAVIT (1.2). |
| ZALTZMAN H* | 01/11/06 | 0.40 | CONTINUE DISCLOSURE CHECK FOR SUPP. AFFIDAVIT (0.4). |
| ZALTZMAN H* | 01/13/06 | 3.20 | CONTINUE DISCLOSURE CHECK FOR PREPARATION OF SUPP. AFFIDAVIT (3.2). |
| ZALTZMAN H* | 01/16/06 | 1.40 | PREPARE UPDATED BACKGROUND SECTION FOR REVIEW (0.1); LOOK UP SKADDEN RETENTION ENGAGEMENT LETTER INFORMATION (0.1); DRAFT SUPPLEMENTAL AFFIDAVIT (1.2). |
| ZALTZMAN H* | 01/18/06 | 0.50 | UPDATE DISCLOSURE LIST DOCUMENT FOR SUPPLEMENTAL AFFIDAVIT (0.5). |
| ZALTZMAN H* | 01/19/06 | 0.10 | UPDATE DISCLOSURE RIDER DOCUMENT BASED ON DISCLOSURE CHECK RE LIST #3 (0.1). |
| ZALTZMAN H* | 01/20/06 | 0.10 | CONTINUE DRAFTING /EDITING OF SUPPLEMENTAL AFFIDAVIT (0.1). |
| ZALTZMAN H* | 01/23/06 | 0.90 | CONTINUE DRAFTING/EDITING OF SUPPLEMENTAL AFFIDAVIT (0.1); SEARCH FOR PRECEDENT RE DISCLOSURE USED FOR 2002 NOTICE LIST (0.8). |
| ZALTZMAN H* | 01/25/06 | 1.00 | CONTINUE REVIEW OF NEW DISCLOSURE RESEARCH (1.0). |
| ZALTZMAN H* | 01/26/06 | 1.60 | CONTINUE DISCLOSURE REVIEW FOR SUPP. AFFIDAVIT (0.4); REVIEW DISCLOSURE RESEARCH WITH COLLEAGUES (1.2). |
| | | **26.10** | |
| **Total Associate/Law Clerk** | | **41.60** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| DEMMA J | 01/04/06 | 1.30 | PREPARE MATERIALS RE SUPPLEMENTAL AFFIDAVITS FOR ATTORNEY USE (1.3). |
| | | **1.30** | |
| NOWICKI JA | 01/17/06 | 8.80 | ASSISTED WITH FINALIZING MONTHLY COMPENSATION PACKAGES (8.8). |
| | | **8.80** | |
| SALAZAR AG | 01/03/06 | 2.20 | UPDATE RESPONSES RECEIVED FROM SCREENING QUESTIONNAIRE (0.2); PREPARE AND CREATE THIRD REQUEST OF QUESTIONNAIRE (2.0). |
| SALAZAR AG | 01/04/06 | 1.10 | COORDINATE PRODUCTION OF BRSQ DOCUMENTS (0.6); COORDINATE DISTRIBUTION OF BRSQ MATERIALS (0.5). |
| SALAZAR AG | 01/05/06 | 0.50 | COLLECT, REVIEW AND UPDATE CHART OF NEWLY RECEIVED SCREENING QUESTIONNAIRES (0.5). |
| SALAZAR AG | 01/09/06 | 0.50 | REVIEW RESPONSES RECEIVED AND UPDATE CHART FOR RETENTION (0.5). |
| SALAZAR AG | 01/10/06 | 1.20 | REVIEW AND UPDATE CHART WITH RETENTION QUESTIONNAIRES RECEIVED (1.2). |
| SALAZAR AG | 01/18/06 | 0.80 | REVIEW AND UPDATE CHARTS ON SCREENING QUESTIONNAIRE RESPONSES RECEIVED (0.8). |
| SALAZAR AG | 01/19/06 | 2.90 | COORDINATE AND PREPARE FOURTH REQUEST FOR THE BANKRUPTCY SCREENING QUESTIONNAIRE (2.9). |
| SALAZAR AG | 01/24/06 | 1.80 | REVIEW SCREENING QUESTIONNAIRE AND UPDATE CHART WITH RESPONSES RECEIVED (1.1); SEARCH DOCKETS FOR PRECEDENT FEE APPLICATIONS (0.7). |
| SALAZAR AG | 01/31/06 | 0.70 | REVIEW BRSQ RESPONSES RECEIVED AND UPDATE ANALYSIS CHART (0.7). |
| | | **11.70** | |
| ZSOLDOS AF | 01/09/06 | 0.70 | DISCLOSURE RESEARCH - SEND LISTS TO H. ZALTZMAN, SEARCH FOR NEW PARTIES (0.7). |
| ZSOLDOS AF | 01/10/06 | 4.00 | SUBMIT NEW ENTITIES FOR DISCLOSURE RESEARCH AFTER CHECKING AGAINST THE DOCKET AND THOSE RUN (4.0). |
| ZSOLDOS AF | 01/15/06 | 1.50 | UPDATE MASTER DISCLOSURE LIST (0.2); CHECK OBJECTING PARTIES ON DOCKET VERSUS MASTER LIST (1.3). |
| ZSOLDOS AF | 01/17/06 | 2.80 | CHECKING DISCLOSURE SUMMARIES FOR LISTS NOT INCLUDED AND CONSISTENCY (2.1); ORGANIZE NEW RESULTS (0.7). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| ZSOLDOS AF | 01/24/06 | 1.40 | CHECK NEW DISCLOSURE RESEARCH  VS. THOSE ALREADY SUBMITTED FOR DUPLICATES (1.4). |
| ZSOLDOS AF | 01/25/06 | 6.90 | ATTAIN COMPLETE BUSINESS NAMES OF ENTITIES AND PREPARE FOR SUBMISSION OF SUPPLEMENTAL LISTS FOR DISCLOSURE RESEARCH (6.9). |
| ZSOLDOS AF | 01/26/06 | 7.30 | PREPARE SUPPLEMENTAL SUBMISSION (1.9); PRINT NEWEST DISCLOSURE RESULTS AND ORGANIZE (0.4); DISCLOSURE ANALYSIS ENTRY ONTO MAIN CHARTS (5.0). |
| ZSOLDOS AF | 01/27/06 | 6.80 | DISCLOSURE RESEARCH  ANALYSIS ENTRY INTO CHARTS (6.8). |
| ZSOLDOS AF | 01/30/06 | 2.90 | DISCLOSURE RESEARCH ANALYSIS ENTRY INTO CHART (2.9). |
| | | 34.30 | |

Total Legal Assistant    56.10

TOTAL TIME    <u>112.50</u>

\* Law clerks are law school graduates
who are not presently admitted to practice.

B438

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 02/28/06
Retention /Fee Matters (SASM&F)                             Bill Number: 1108418

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 01/20/06 | Copy Center, D | 0.20 |
| In-house Reproduction | 01/20/06 | Copy Center, D | 1,075.53 |
| In-house Reproduction | 01/24/06 | Copy Center, D | 122.27 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1,198.00** |
| Telephone Expense | 01/27/06 | Telecommunications, D | 0.88 |
| Telephone Expense | 01/27/06 | Telecommunications, D | 1.09 |
| Telephone Expense | 01/27/06 | Telecommunications, D | 0.03 |
| | | **TOTAL TELEPHONE EXPENSE** | **$2.00** |
| Messengers/ Courier | 01/04/06 | Dist Serv/Mail/Page, D | 6.13 |
| Messengers/ Courier | 01/04/06 | Dist Serv/Mail/Page, D | 6.13 |
| Messengers/ Courier | 01/18/06 | Dist Serv/Mail/Page, D | 11.74 |
| Messengers/ Courier | 01/18/06 | Dist Serv/Mail/Page, D | 11.74 |
| Messengers/ Courier | 01/18/06 | Dist Serv/Mail/Page, D | 11.74 |
| Messengers/ Courier | 01/21/06 | AirNet Systems, Inc. | 116.60 |
| Messengers/ Courier | 01/22/06 | Comet Messenger Service | 18.68 |
| Messengers/ Courier | 01/22/06 | Arrow Messenger Svc | 35.12 |
| Messengers/ Courier | 01/22/06 | Arrow Messenger Svc | 35.12 |
| | | **TOTAL MESSENGERS/ COURIER** | **$253.00** |
| Outside Research/Internet Services | 01/06/06 | Pacer Service Center | 14.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$14.00** |
| | | **TOTAL MATTER** | **$1,467.00** |

B43E