SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
In re                          :    Chapter 11
                               :
DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
                               :
                     Debtors.  :    (Jointly Administered)
                               :
------------------------------ x

EXHIBIT D-29
CLAIMS ADMIN. (GENERAL)
83.5 HOURS

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                     Bill Date: 12/30/05
Claims Admin. (General)                                      Bill Number: 1091378

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MATZ TJ | 11/02/05 | 0.60 | TELECONFERENCES FROM VARIOUS CREDITORS RE NOTICES AND POTENTIAL CLAIMS (0.6). |
| MATZ TJ | 11/14/05 | 0.50 | TELECONFERENCES AND CORRESPONDENCE RE PROOFS OF CLAIM AND FILING OF SAME (0.5). |
| MATZ TJ | 11/21/05 | 2.90 | WORKING ON 11/29 AGENDA (0.4); TELECONFERENCES WITH CHAMBERS RE SAME AND 12/16 DATE OR ADDITIONAL MOTIONS (0.4); PARTICIPATING IN TEAM CONFERENCE CALL RE OUTSTANDING MATTERS AND PREPARATION FOR 11/29 OMNIBUS HEARING (0.9); WORKING ON PROFFERS AND SCRIPTS FOR 11/29 HEARING (1.2). |
| MATZ TJ | 11/22/05 | 0.40 | TELECONFERENCE WITH MESSIROW FINANCIAL RE SETOFF REVIEW, RECONCILIATION OF CLAIMS AND PROCESS (0.4). |
| | | 4.40 | |
| **Total Counsel** | | **4.40** | |
| DE ELIZALDE D | 10/14/05 | 2.80 | TELECONFERENCES AND/OR EMAILS WITH SEVERAL CREDITORS/SHAREHOLDERS RE MESSAGES LEFT IN THE HOTLINE (2.8). |
| DE ELIZALDE D | 11/30/05 | 0.50 | DEALT WITH CREDITOR REQUESTING PAPER NOTICE OF ALL FILINGS (0.5). |
| | | 3.30 | |
| MEISLER RE | 10/19/05 | 1.00 | REVIEWED AND RESEARCHED ESCHEAT LAWS AND DRAFTED CORRESPONDENCE TO K. CRAFT RE SAME (1.0). |
| | | 1.00 | |
| **Total Associate** | | **4.30** | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| DEMMA J | 11/07/05 | 0.80 | PREPARE CORRESPONDENCE RE PROOF OF CLAIM (0.8). |
| DEMMA J | 11/08/05 | 1.70 | PREPARE CORRESPONDENCE TO VARIOUS SHAREHOLDERS (0.6); PREPARE MATERIALS RELATING TO CLAIMS AND EQUITY FOR ATTORNEY REVIEW (1.1). |
| DEMMA J | 11/10/05 | 0.60 | TELECONFERENCE WITH VARIOUS PARTIES RE CLAIMS FORMS (0.6). |
| DEMMA J | 11/11/05 | 4.10 | TELECONFERENCE WITH VARIOUS PARTIES RE SHAREHOLDER ISSUES (4.1). |
| DEMMA J | 11/14/05 | 0.60 | TELECONFERENCE WITH VARIOUS CREDITORS RE CLAIMS TRADING NOTICE (0.6). |
| DEMMA J | 11/16/05 | 1.60 | TELECONFERENCE WITH VARIOUS CREDITORS RE CLAIMS (1.6). |
| | | 9.40 | |
| SALAZAR AG | 11/15/05 | 1.10 | REVIEW PROOF OF CLAIM FORMS (1.1). |
| | | 1.10 | |
| **Total Legal Assistant** | | 10.50 | |
| **TOTAL TIME** | | **19.20** | |

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)  
Claims Admin. (General)

Bill Date: 12/30/05  
Bill Number: 1091378

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 10/18/05 | Copy Center, D | 1.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1.00** |
| Telephone Expense | 10/28/05 | Telecommunications, D | 0.11 |
| Telephone Expense | 10/28/05 | Telecommunications, D | 0.23 |
| Telephone Expense | 10/28/05 | Telecommunications, D | 0.05 |
| Telephone Expense | 11/23/05 | Telecommunications, D | 0.41 |
| Telephone Expense | 11/23/05 | Telecommunications, D | 0.15 |
| Telephone Expense | 11/23/05 | Telecommunications, D | 0.05 |
| | | **TOTAL TELEPHONE EXPENSE** | **$1.00** |
| Reproduction - color | 10/28/05 | Copy Center, D | 13.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$13.00** |
| | | **TOTAL MATTER** | **$15.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)　　　　　　　　　　　　　　　　　　　　Bill Date: 01/31/06
Claims Admin. (General)　　　　　　　　　　　　　　　　　　　　Bill Number: 1092991

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| DE ELIZALDE D | 12/05/05 | 0.90 | CONFERENCE CALLS WITH SEVERAL CREDITORS RE THEIR CLAIMS (EXPLANATION OF HOW BANKRUPTCY WORKS, PROOFS OF CLAIMS, ETC.) (0.9). |
| DE ELIZALDE D | 12/06/05 | 1.20 | CONFERENCE CALLS WITH SEVERAL CREDITORS RE THEIR CLAIMS (EXPLANATION OF HOW BANKRUPTCY WORKS, PROOFS OF CLAIMS, ETC.) (1.2). |
|  |  | **2.10** |  |
| MEISLER RE | 12/19/05 | 0.40 | REVIEWED MOTION FILED BY L. WASHINGTON (0.4). |
| MEISLER RE | 12/22/05 | 0.20 | TELECONFERENCE WITH L. WASHINGTON RE CLAIM AND MOTION FILED (0.2). |
| MEISLER RE | 12/27/05 | 0.50 | REVIEW CORRESPONDENCE FROM L. WASHINGTON (0.3); TELECONFERENCE WITH L. WASHINGTON RE SAME (0.2). |
|  |  | **1.10** |  |
| STUART NL | 12/19/05 | 2.80 | ANALYSIS OF MOTION AND PROOF OF CLAIM FILED BY L. WASHINGTON (2.1); BEGIN DRAFTING OBJECTION/RESPONSE TO SAME (0.7). |
|  |  | **2.80** |  |
| **Total Associate** |  | **6.00** |  |
| DEMMA J | 12/15/05 | 1.60 | PREPARE LETTER TO STOCKHOLDER RE PROTOCOL FOR FILING A PROOF OF CLAIM (1.6). |
|  |  | **1.60** |  |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| SALAZAR AG | 12/14/05 | 0.70 | REVIEW PROOFS OF CLAIM (0.5); CREATE DATABASE AND PREPARE AND SUBMIT CLAIMS FOR UPLOAD (0.2). |
| SALAZAR AG | 12/19/05 | 0.20 | REVIEW PROOF OF CLAIM AND FORWARD TO CLAIMS AGENT (0.2). |
| SALAZAR AG | 12/30/05 | 0.70 | REVIEW PROOFS OF CLAIMS RECEIVED AND PREPARE AND SUBMIT FOR DATABASE UPLOAD (0.7). |
| | | 1.60 | |
| **Total Legal Assistant** | | **3.20** | |
| RIVERA M | 12/15/05 | 0.80 | PREPARE PROOF OF CLAIMS FOR DISTRIBUTION (0.8). |
| RIVERA M | 12/20/05 | 0.20 | PREPARE PROOF OF CLAIMS FOR DISTRIBUTION (0.2). |
| | | 1.00 | |
| **Total Legal Assistant Support** | | **1.00** | |
| **TOTAL TIME** | | **10.20** | |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)  Bill Date: 01/31/06
Claims Admin. (General)  Bill Number: 1092991

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 12/20/05 | Copy Center, D | 1.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1.00** |
| Telephone Expense | 12/29/05 | Telecommunications, D | 2.07 |
| Telephone Expense | 12/29/05 | Telecommunications, D | 3.42 |
| Telephone Expense | 12/29/05 | Telecommunications, D | 0.51 |
| | | **TOTAL TELEPHONE EXPENSE** | **$6.00** |
| | | **TOTAL MATTER** | **$7.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  
Claims Admin. (General)

Bill Date: 02/28/06  
Bill Number: 1108418

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MATZ TJ | 01/12/06 | 2.40 | REVIEW AND REVISE BAR DATE PLEADINGS INCLUDING PUBLICATION NOTICE IN RESPECT THEREOF (2.4). |
| MATZ TJ | 01/15/06 | 0.80 | CONTINUING WORK ON BOARD DATE MOTION (0.8). |
| MATZ TJ | 01/17/06 | 1.70 | REVIEW AND REVISE BAR DATE PLEADING AND NOTICE THEREOF (1.7). |
| | | 4.90 | |
| **Total Counsel** | | **4.90** | |
| MEISLER RE | 01/03/06 | 0.30 | REVIEWED L. WASHINGTON CORRESPONDENCE (0.3). |
| MEISLER RE | 01/04/06 | 0.30 | REVIEWED AND COMMENTED ON LETTER TO L. WASHINGTON (0.3). |
| MEISLER RE | 01/06/06 | 0.50 | TELECONFERENCE WITH J. LE OF KCC RE REGISTERING CLAIMS (0.1); CONTINUED TO REVIEW AND COMMENT ON LETTER TO L. WASHINGTON (0.4). |
| MEISLER RE | 01/26/06 | 0.30 | TELECONFERENCE WITH D. PARSHALL RE SHELBY SETTLEMENT (0.3). |
| MEISLER RE | 01/27/06 | 0.20 | CONFERENCE WITH H. BAER RE SHELBY SETTLEMENT (0.2). |
| MEISLER RE | 01/30/06 | 0.30 | TELECONFERENCE WITH H. BAER RE SETTLEMENT OF DE MINIMIS CLAIM (0.2); FOLLOWED UP WITH COMPANY RE SAME (0.1). |
| | | 1.90 | |
| MICHELI MJ | 01/07/06 | 0.60 | BEGAN REVIEW OF PRECEDENT RE BAR DATE PLEADINGS (0.6). |
| MICHELI MJ | 01/10/06 | 1.90 | BEGAN REVIEW AND REVISIONS TO BAR DATE MOTION (1.9). |
| MICHELI MJ | 01/11/06 | 4.50 | TELECONFERENCE WITH J. LE RE: BAR DATE MOTION (0.4); REVISIONS TO BAR DATE ORDER (1.9); IN CONNECTION WITH THE BAR DATE PLEADINGS BEGAN RESEARCH RE SDNY PRECEDENT (1.0); BEGAN DRAFTING BAR DATE NOTICE (1.2). |
| MICHELI MJ | 01/12/06 | 3.60 | CONTINUED REVISIONS TO BAR DATE MOTION (0.6); REVISIONS TO BAR DATE ORDER (0.9); REVIEW GUIDELINES FOR SDNY RE BAR DATE PLEADINGS (0.9); BEGAN REVISIONS TO BAR DATE NOTICE (0.9); BEGAN REVIEW OF COMMENTS RECEIVED RE BAR DATE PLEADINGS (0.3). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MICHELI MJ | 01/13/06 | 1.10 | CONTINUED REVISIONS TO BAR DATE MOTION (0.3); ORDER (0.4); AND NOTICE (0.4). |
| MICHELI MJ | 01/17/06 | 3.10 | IN CONNECTION WITH CLAIMS SETTLEMENTS, BEGAN RESEARCH RE RELEASES IN BANKRUPTCY (3.1). |
| MICHELI MJ | 01/18/06 | 0.20 | TELECONFERENCE WITH M. BACH RE FILING PROOFS OF CLAIM ON BEHALF OF GE SUPPLY (0.2). |
| MICHELI MJ | 01/19/06 | 0.20 | CORRESPONDENCE WITH J. LE RE BAR DATE MOTION AND ORDER (0.2). |
| | | **15.20** | |
| REESE RG | 01/03/06 | 0.50 | EVALUATE DOCUMENTS RELATED TO ALLEGED CLAIMS (0.5). |
| REESE RG | 01/04/06 | 3.50 | RESEARCH RE ALLEGED CLAIMS (1.4); DRAFT RESPONSE (0.8); REVIEW ISSUES RE CLAIMS ADMINISTRATION MATTERS (1.3). |
| REESE RG | 01/05/06 | 0.60 | EVALUATE RESPONSE TO ASSERTED CLAIMS (0.6). |
| REESE RG | 01/07/06 | 2.30 | REVIEW MATERIALS RELATED TO CLAIMS ISSUES (2.3). |
| REESE RG | 01/11/06 | 1.20 | EVALUATE CLAIMS RECONCILIATION ISSUES (1.2). |
| REESE RG | 01/12/06 | 0.90 | REVIEW DRAFT PLEADINGS RE CLAIMS ISSUES (0.9). |
| REESE RG | 01/30/06 | 0.50 | ATTENTION TO CLAIM RELATED ISSUES (0.5). |
| | | **9.50** | |
| ZALTZMAN H* | 01/08/06 | 0.50 | REVIEW BAR DATE PRECEDENT IN PREPARATION FOR DRAFTING BAR DATE MOTION (0.5). |
| ZALTZMAN H* | 01/09/06 | 3.00 | REVIEW PRECEDENT FOR BAR DATE MOTION, NOTICE, AND ORDER (0.8); DRAFT BAR DATE MOTION (2.2). |
| ZALTZMAN H* | 01/11/06 | 6.00 | DRAFT BAR DATE NOTICE OF PROCEDURES (2.2); DISCUSS WITH S. BETANCE FROM KCC RE BAR DATE PLEADINGS (0.4); DRAFT BAR DATE ORDER AND REVIEW ORDER (1.5); REVIEW ENRON PRECEDENT RE GOVERNMENT BAR DATE FOR BAR DATE PLEADINGS (0.5); CHECK BAR DATE PRECEDENT FROM SDNY FOR TIME PARAMETERS OF BAR DATE ORDERS ISSUED IN RECENT CASES (0.4); BEGIN REVIEW OF FOOTNOTES IN BAR DATE PLEADINGS (1.0). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| ZALTZMAN H* | 01/12/06 | 8.90 | REVIEW SDNY RULES/GUIDELINES FOR NOTICE PROVISIONS RE BAR DATE MOTION AND NOTICE (1.0); COMPARE BAR DATE NOTICE OF PROCEDURE TO SDNY COURT PRECEDENT AND REVIEW (0.4); PREPARE NEW VERSION OF NOTICE OF PROCEDURES RE BAR DATE MOTION AND REVIEW DRAFT (1.5); REVIEW NOTICE OF MOTION RE BAR DATE MOTION (0.5); REVIEW PRECEDENT RE REFERENCE FOR CLAIM'S AGENT FOR BAR DATE MOTION (0.2); REVIEWED BAR DATE ORDER AND MAKE APPROPRIATE CHANGES (0.5); MAKE FORMATTING CHANGE TO BAR DATE NOTICE OF PROCEDURE (0.4); DISCUSS BAR DATE PROOF OF CLAIM DELIVERY WITH KCC (0.5); REVISED BAR DATE PLEADINGS (1.0); REVIEW BAR DATE PLEADINGS AND CONTINUE MAKING CHANGES/EDITS (1.8); CONTINUE MARKUP/REVIEW OF BAR DATE MOTION (0.2); CONTINUE MARKUP OF BAR DATE ORDER (0.4); CONTINUE MARKUP OF BAR DATE NOTICE OF PROCEDURE (0.5). |
| ZALTZMAN H* | 01/13/06 | 1.40 | TELECONFERENCE WITH U.S. SOUTHERN DISTRICT CLERK (M. DIAMOND) AND DEXTER GILLIES TO VERIFY ADDRESS FOR BAR DATE MOTION (0.4); CONTINUE REVIEW OF BAR DATE PLEADINGS CONFORMING (0.5); REVIEW DELPHI 10-Q FOR PROPER LANGUAGE FOR INCLUSION IN BAR DATE MOTION (0.5). |
| ZALTZMAN H* | 01/16/06 | 0.40 | PREPARE PLEADINGS FOR REVIEW (0.4). |
| | | 20.20 | |
| **Total Associate/Law Clerk** | | **46.80** | |
| DEMMA J | 01/09/06 | 2.30 | PREPARE PRECEDENT RE BAR DATE FOR ATTORNEY REVIEW (2.3). |
| DEMMA J | 01/10/06 | 1.70 | PREPARE PRECEDENT RE BAR DATE FOR ATTORNEY REVIEW (1.7). |
| DEMMA J | 01/13/06 | 2.10 | RESEARCH MATERIALS RE BAR DATE (2.1). |
| | | **6.10** | |
| SALAZAR AG | 01/06/06 | 0.20 | SEND COPIES OF PROOFS OF CLAIM TO KCC (0.2). |
| SALAZAR AG | 01/10/06 | 0.20 | SEEK INFORMATION RE CLAIMS DOCKETING CENTER FOR CASE (0.2). |
| SALAZAR AG | 01/19/06 | 0.90 | REVIEW PROOFS OF CLAIM, PREPARE, AND SUBMIT FOR ENTRY IN DATABASE (0.9). |
| SALAZAR AG | 01/26/06 | 0.30 | SEND PROOF OF CLAIM FORMS TO KCC FOR PROCESSING (0.3). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| SALAZAR AG | 01/31/06 | 0.20 | SEND PROOFS OF CLAIM FOR PROCESSING (0.2). |
| | | 1.80 | |
| ZSOLDOS AF | 01/31/06 | 1.80 | CORRESPONDENCE WITH ATTORNEYS RE: STATUS, RESEARCH INTO CLAIM STATUS (1.8). |
| | | 1.80 | |
| **Total Legal Assistant** | | 9.70 | |
| **TOTAL TIME** | | <u>61.40</u> | |

\* Law clerks are law school graduates
who are not presently admitted to practice.

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                      Bill Date: 02/28/06
Claims Admin. (General)                                       Bill Number: 1108418

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 01/26/06 | Reese RG | 120.00 |
|  |  | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$120.00** |
| Telephone Expense | 01/27/06 | Telecommunications, D | 0.45 |
| Telephone Expense | 01/27/06 | Telecommunications, D | 0.54 |
| Telephone Expense | 01/27/06 | Telecommunications, D | 0.01 |
|  |  | **TOTAL TELEPHONE EXPENSE** | **$1.00** |
| Westlaw | 01/03/06 | Stuart NL | 85.00 |
|  |  | **TOTAL WESTLAW** | **$85.00** |
| Wireless - Mobile/Cellular/Pager | 01/09/06 | Meisler RE | 25.00 |
|  |  | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$25.00** |
|  |  | **TOTAL MATTER** | **$231.00** |

B43E