SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

EXHIBIT D-34
REGULATORY AND SEC MATTERS
15.9 HOURS

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  
Regulatory and SEC Matters

Bill Date: 02/28/06  
Bill Number: 1108418

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 01/04/06 | 2.20 | CONTINUE TO PREPARE FOR JANUARY 5TH OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE VARIOUS LEAD SECURITIES PLAINTIFF MOTIONS ON DISCOVERY AND RELATED MATTERS INCLUDING SENIOR MANAGEMENT MEETINGS AND WITNESS PREP IN NEW YORK CITY (2.2). |
| BUTLER, JR. J | 01/05/06 | 1.80 | PREPARE FOR (0.6) AND ATTEND (1.2) OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE VARIOUS LEAD SECURITIES PLAINTIFF MOTIONS ON DISCOVERY AND RELATED MATTERS. |
| | | 4.00 | |
| MARAFIOTI KA | 01/24/06 | 2.50 | MEETING WITH B. ROSENBERG, M. BROUDE, M. SEIDER, D. BRODSKY, J. PAPELIAN, D. WILSON, D. SHERBIN RE SEC ISSUES (2.0); FOLLOWUP CONFERENCES WITH CLIENT (0.5). |
| | | 2.50 | |
| SPRINGER DE | 01/10/06 | 4.40 | PREPARATION FOR AND ATTEND CONFERENCE WITH J. PAPELIAN, J. BUTLER, D. WILSON RE SEC INVESTIGATION (3.2); CONFERENCE WITH J. PAPELIAN AND K. BUTLER RE SEC INVESTIGATION MATTERS (1.2). |
| SPRINGER DE | 01/25/06 | 5.00 | CONFERENCE WITH SENIOR GROUP AT SHEARMAN RE SEC AND DOJ INVESTIGATION AND CIVIL SECURITIES LAWSUIT (5.0). |
| | | 9.40 | |
| Total Partner | | 15.90 | |
| **TOTAL TIME** | | **15.90** | |

B43E