## CERTIFICATE OF FILING

**I HEREBY CERTIFY** that on the 1st day of June, 2006, a copy of the foregoing Assignment of Claim Agreement was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Helen A. Zamboni
Helen A. Zamboni, Esq.
Underberg & Kessler LLP
300 Bausch & Lomb Place
Rochester, NY 14604
(585) 258-2800