UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re:                                          :
                                                :   Chapter 11
DELPHI CORPORATION, *et al.*,                   :
                                                :   Case No. 05-44481 (RDD)
                              Debtors.          :
                                                :   (Jointly Administered)
                                                :
-----------------------------------------------------------x

**ORDER GRANTING AUTOMOTIVE TECHNOLOGIES
INTERNATIONAL, INC.'S MOTION FOR RELIEF FROM AUTOMATIC STAY
TO PROCEED WITH APPEAL OF PATENT LITIGATION**

Upon consideration of Automotive Technologies International, Inc.'s ("ATI") Motion for Relief from Automatic Stay dated June 1, 2006 (the "Motion"); and upon the record of the hearing held on the Motion; and sufficient cause appearing therefor; it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, pursuant to 11 U.S.C. § 362(d)(1), that relief from automatic stay be granted to ATI for cause to prosecute to decision the appeal captioned *Automotive Technologies International, Inc., Plaintiff/Counterclaim Defendant-Appellant, v. BMW of North America, Inc., Defendant/Counterclaimant-Appellee, et al.*, case no. 06-1013,-1037, in the United States Court of Appeals for the Federal Circuit (the "ATI/BMW Appeal"). ATI shall not be permitted to enforce any decision rendered in the ATI/BMW Appeal; and it is further

ORDERED, that notwithstanding the requirements under Bankruptcy Rule 4001(a)(3), good cause exists to have this Order become effective immediately upon entry.

Dated: June ___, 2006

_____
UNITED STATES BANKRUPTCY JUDGE

{00017019.1 / 0514-001}