UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Delphi Corporation<br><br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 05-44481<br><br>Claim # Unknown |

### NOTICE:   OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:          Ofs Fitel Llc
                        2000 N.E Expressway Room C240
                        Norcross, GA 30071
_____

The transfer of your claim as shown above, in the amount of $ 647.35 has been transferred *(unless previously expunged by court order)* to:

                        Trade-Debt.Net
                        P.O. Box 1487
                        West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.   However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

          FILE A WRITTEN OBJECTION TO THE TRANSFER  with:

                        United States Bankruptcy Clerk
                        Southern District of New York
                        Alexander Hamilton Custom House
                        One Bowling Green
                        New York, NY 10004-1408

          SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.

Refer to INTERNAL CONTROL NO. _____ in your objection.   If you file an objection, a hearing will be scheduled.

**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

------------------------------------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .

INTERNAL CONTROL NO. _____

Copy: (check)  Claims Agent _____    Transferee _____  Debtor's Attorney ____

                                                    _____
                                                    Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re. | ) | |
| | ) | Case No.05-44481 |
| Delphi Corporation. | ) | Jointly Administered |
| | ) | |
| | ) | Chapter 11 |
| | ) | |
| | ) | **NOTICE OF TRANSFER OF CLAIM** |
| Debtors. | ) | **OTHER THAN FOR SECURITY AND** |
| | ) | **WAIVER OF NOTICE.** |
| | ) | **RULE 3001 (e)(1)** |

Please take notice that your unsecured claim of OFS FITEL, LLC Inc in the amount of $ 647.35 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of OFS FITEL, LLC is not less than $ 647.35 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court , or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

**Transferor:**
OFS FITEL, LLC
2000 N.E. EXPRESSWAY ROOM C240 NORCROSS GA 30071

Please print your name ASHISH GANDHI   Signature

Title CONTROLLER   Date 2/7/06

Address: 2000 NE Expressway   Norcross GA
(city,state,zip)
Telephone: 770 798 9849   Fax 770 798 3156   Email

Federal Taxpayer ID / Social Security Number 62 186 4 622

ASHISH GANDHI
@ OFS OPTICS.com

**Transferee:**
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By:
Timothy McGuire

Delphi connsys2