UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK                        X

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 |
| | (Jointly Administered) |
| Debtors. | |

_____X

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(e)(1)

Transferor:    Industrial Container Services
               6191 Jones Avenue
               Zellwood, FL  32798
               Attn: Leigh Thomas

               Industrial Container Services LLC
               PO Box 278
               Zellwood, FL  32798

Transferee:    Contrarian Funds, LLC
               411 West Putnam Avenue, S-225
               Greenwich, CT 06830
               Attn:  Alpa Jimenez

A transfer of all right, title and interest in and to the schedule amount held by Industrial Container Services (the "Transferor") in the amount of **$29,583.40** against **Delphi Automotive Systems LLC** and its affiliates.  This transfer is evidenced by the Transfer of Claim attached as Exhibit "A".

No action is required if you do not object to the transfer of your claim.   However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

   United States Bankruptcy Court
   Alexander Hamilton Custom House
   Attn: Bankruptcy Clerk
   One Bowling Green
   New York, NY 10004-1408

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
   Refer to INTERNAL CONTROL No. _____ in your objection.
   If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
_____

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO. _____
Copy:   (check) Claims Agent_____   Transferee_____   Debtor's Attorney _____

                                            _____
                                            Deputy Clerk

# EVIDENCE OF TRANSFER OF CLAIM

May 19, 2006

**INDUSTRIAL CONTAINER SERVICES**, a Florida corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated January __, 2006, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against the Debtor listed on Schedule A attached here, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. listed on Schedule A attached hereto or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 19 day of May, 2006.


(Assignor)                                    (Assignee)
INDUSTRIAL CONTAINER SSERVICES                CONTRARIAN FUNDS, LLC
                                              By: Contrarian Capital Management, LLC,
                                              as manager

By: _Leigh Thomas_                            By: _[signature]_
Name: _[signature]_                           Name: _Gil Tenzer_
Title: _Regional Controller_                  Title: _Member_


(Assignor)
WITNESS:

By: _Belinda Rodriguez_
Name: _Belinda Rodriguez_
Title: _HR_


KL2:2394444.1

# Schedule A

| Creditor | Debtor | Case Number | Scheduled Amount | Proof of Claim Amt | Claim No. |
|---|---|---|---|---|---|
| Industrial Container Services | Delphi Automotive Systems LLC | 05-46640 | 29,583.40 | - | |
| Total | | | 29,583.40 | | |

Initials:
Seller
Buyer 

05/18/2006 22:02  4078147077  DRUM SERVICE PALEX  PAGE 17
04/13/2006 13:31 FAX 203 629 1977  CONTRARIAN CAPITAL  @008/010