UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK X

In re:
DELPHI CORPORATION, et al.,

Debtors.

X

Chapter 11
Case No. 05-44481
(Jointly Administered)

NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(e)(1)

Transferor: Omron Automotive Electronics, Inc.
Omron Dualtec Automotive Electronics, Inc.
29185 Cabot Drive
Novi, MI 48377
Attn: Bill Abbott

Omron Dualtec Automotive Elec
2270 Bristol Circle
Oakville, ON L6H5S3
Canada

Transferee: Contrarian Funds, LLC
411 West Putnam Avenue, S-225
Greenwich, CT 06830
Attn: Alpa Jimenez

A transfer of all right, title and interest in and to the schedule amount held by Omron Dualtec Automotive Elec (the "Transferor") in the amount of **$48,471.13** against **Delphi Mechatronic Systems, Inc.** and its affiliates. This transfer is evidenced by the Transfer of Claim attached as Exhibit "A".

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

  United States Bankruptcy Court
  Alexander Hamilton Custom House
  Attn: Bankruptcy Clerk
  One Bowling Green
  New York, NY 10004-1408

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
  Refer to INTERNAL CONTROL No. _________ in your objection.
  If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

---

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first party, by first class mail, postage prepaid on _________, 2006.
INTERNAL CONTROL NO. _________________
Copy: (check) Claims Agent_____ Transferee________ Debtor's Attorney ______

_________________________
Deputy Clerk

**EVIDENCE OF TRANSFER OF CLAIM**

Omron Automotive Electronics, Inc. ~~and Omron Dualtec Automotive Electronics, Inc.~~, a DELAWARE corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated ~~April~~ MAY 8TH 2006, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against Delphi Automotive Systems, LLC (the "Debtor"), in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. 05-44481 (RDD) (jointly administered) or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 8TH day of ~~April~~ MAY 2006.

**(Assignor)**
OMRON AUTOMOTIVE ELECTRONICS, INC.

By: [signature]

Name: WARD NIEDS

Title: DIRECTOR - FINANCE & ADMINISTRATION

**(Assignor)**
WITNESS

By: [signature]

Name: CHRIS ARREDONDO

Title: STAFF ACCOUNTANT

**(Assignor)**
OMRON DUALTEC AUTOMOTIVE ELECTRONICS, INC.

By: ______________________

Name: ______________________

Title: ______________________

**(Assignor)**
WITNESS

By: ______________________

Name: ______________________

Title: ______________________

**(Assignee)**
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, LLC as manager

By: [signature]
Name: Janice Stanton
Title: Member
Telephone: ______________________

**EVIDENCE OF TRANSFER OF CLAIM**

Omron Automotive Electronics, Inc. and Omron Dualtec Automotive Electronics, Inc., a ____________ corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated ~~April~~ May 5, 2006, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against Delphi Automotive Systems, LLC (the "Debtor"), in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. 05-44481 (RDD) (jointly administered) or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this ____ day of April 2006.

**(Assignor)**
OMRON AUTOMOTIVE ELECTRONICS, INC.

By: ______________________

Name: ______________________

Title: ______________________

**(Assignor)**
WITNESS

By: ______________________

Name: ______________________

Title: ______________________

**(Assignor)**
OMRON DUALTEC AUTOMOTIVE ELECTRONICS, INC.

X By: [signature]

Name: Mike van Gendt

Title: President

**(Assignor)**
WITNESS

By: [signature]

Name: Sara Morrison

Title: Director of Finance

**(Assignee)**
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, LLC as manager

By: ______________________
Name: ______________________
Title: ______________________
Telephone: ______________________

DETR_117553.3

# Schedule A

| Debtor | Creditor | Case Number | Scheduled Amount |
|---|---|---|---|
| Delphi Automotive Systems LLC | Omron Automotive Electronics Inc. | 05-46640 | 93,850.01 |
| Delphi Automotive Systems LLC | Omron Dualtec Auto Electronics Inc. | 05-44640 | 1,030,099.23 |
| Delphi Mechatronic Systems, Inc. | Omron Dualtec Automotive Electronics | 05-44567 | 48,471.13 |
| **Total** | | | **1,172,420.37** |

**Initials:**

Seller [signature]

Buyer [signature]