LaToniza Hall Washington
7010 Cranwood Drive
Flint, MI 48505
Tel: 810.787.3150
Cell: 810.922.0308

May 22, 2006

TO: Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, N.Y. 10004

- and -

United States Bankruptcy Court
Southern District of New York
Stuart Bernstein, Chief Judge
One Bowling Green
New York, N.Y. 10004

- and -

United States Department of Justice
Alberto Gonzalez, U.S. Attorney General
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

- and -

U.S. Department of Justice
Executive Office for United States Trustees
Office of the General Counsel
Roberta DeAngelis
Acting General Counsel
20 Massachusetts Avenue, N.W., Suite 8100
Washington, D.C. 20530

- and -

U.S. Department of Justice
United States Attorney Office
Southern District of New York
Michael J. Garcia, U.S. Attorney
86 Chambers Street, 3rd Floor
New York, N.Y. 10007

- and -

GARY, WILLIAMS, PARENTI, FINNEY, LEWIS,
   McMANUS, WATSON & SPERANDO, P.L.
Marwan E. Porter, Attorney
Waterside Professional Building
221 E. Osceloa Street
Stuart, Fl 34994


RECEIVED MAY 30 2006

- and -

The New York Times
Jill Abramson, Managing Editor
News Department
229 W. 43rd Street
New York, N.Y. 10036

Re:   In re Delphi Corp., et al, Debtors
      Case No. 05-44481 (RDD) etc.

Greetings Clerk and "ALL" Others:

Enclosed for filing you will find an Original and hardcopy of:

1. AFFIDAVIT In Support Of Ex Parte "CONSOLIDATION" Application By Creditor Lafonza Earl Washington Seeking Preliminary, Mandatory, and Permanent Injunction(s) Without Notice - Delphi's 'In re' Form Of Filing Signifies There Is No 'Opponent' Or 'Adverse Party' To Be Noticed - Delay In Issuing, Entering, Executing, Enforcing Or Finalizing The Injunction(s) Will Cause Irreparable Human Rights, Violations, Losses, Irremediable Injuries Repeatedly and Continually For "7" Years (and Upon Pleadings, Proof Of Claims, and Other Papers Without Hearing Or Oral Argument)

2. Ex Parte "CONSOLIDATION" Application By Creditor Lafonza Earl Washington Seeking Preliminary, Mandatory, and Permanent Injunction(s) Without Notice - Upon Pleadings, Proof Of Claim(s), and Other Papers Without Hearing Or Oral Argument - Delphi's 'In Re' Form Of Filing Signifies There Is No 'Opponent' Or 'Adverse' Party To Be Noticed; Delay In Issuing, Entering, Executing, Enforcing Or Finalizing The Injunction(s) Is Causing Irreparable Human Rights, Violations, Losses, Irremediable Injuries Repeatedly and Continually For "7" Years.

3. Proof of Service.

Please record and file according to the Federal Rules of Bankruptcy Procedure, Rule 5005 (a). Thank you.

In Truth, Justice & Peace,

*Earl Washington*

Earl Washington

RECEIVED MAY 30 2006