UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK                    X

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 |
| | (Jointly Administered) |
| Debtors. | |

_____X

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(e)(1)

Transferor:   Omron Automotive Electronics, Inc.
              Omron Dualtec Automotive Electronics, Inc.
              29185 Cabot Drive
              Novi, MI  48377
              Attn: Bill Abbott

              Omron Automotive Electronics, Inc.
              PO Box 70893
              Chicago, IL  60673-0893

Transferee:   Contrarian Funds, LLC
              411 West Putnam Avenue, S-225
              Greenwich, CT 06830
              Attn:  Alpa Jimenez

A transfer of all right, title and interest in and to the schedule amount held by Omron Automotive Electronics, Inc. (the "Transferor") in the amount of **$93,850.01** against **Delphi Automotive Systems LLC** and its affiliates.  This transfer is evidenced by the Transfer of Claim attached as Exhibit "A".

No action is required if you do not object to the transfer of your claim.   However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

    United States Bankruptcy Court
    Alexander Hamilton Custom House
    Attn: Bankruptcy Clerk
    One Bowling Green
    New York, NY 10004-1408

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
    Refer to INTERNAL CONTROL No. _____ in your objection.
    If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
_____

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO. _____
Copy:   (check) Claims Agent_____   Transferee_____   Debtor's Attorney _____

                                            _____
                                            Deputy Clerk

## EVIDENCE OF TRANSFER OF CLAIM

Omron Automotive Electronics, Inc. ~~and Omron Dualtec Automotive Electronics, Inc.~~, a _DELAWARE_ corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated ~~April~~ _MAY 8TH_ 2006, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against Delphi Automotive Systems, LLC (the "Debtor"), in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. 05-44481 (RDD) (jointly administered) or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this _8TH_ day of ~~April~~ _MAY_ 2006.

**(Assignor)**
OMRON AUTOMOTIVE ELECTRONICS, INC.

By: _Ward Nieds_

Name: _WARD NIEDS_

Title: _DIRECTOR - FINANCE & ADMINISTRATION_

**(Assignor)**
WITNESS

By: _Chris Arredondo_

Name: _CHRIS ARREDONDO_

Title: _STAFF ACCOUNTANT_

**(Assignor)**
OMRON DUALTEC AUTOMOTIVE
ELECTRONICS, INC.

By: _____

Name: _____

Title: _____

**(Assignor)**
WITNESS

By: _____

Name: _____

Title: _____

**(Assignee)**
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, LLC as manager

By: _____
Name: _Janice Stanton_
Title: _Member_
Telephone: _____

DETR_117553.3

## EVIDENCE OF TRANSFER OF CLAIM

Omron Automotive Electronics, Inc. and Omron Dualtec Automotive Electronics, Inc., a _____ corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated April 5 , 2006, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against Delphi Automotive Systems, LLC (the "Debtor"), in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. 05-44481 (RDD) (jointly administered) or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this ___ day of April 2006.

**(Assignor)**
OMRON AUTOMOTIVE ELECTRONICS, INC.

By: _____

Name: _____

Title: _____

**(Assignor)**
WITNESS

By: _____

Name: _____

Title: _____

**(Assignor)**
OMRON DUALTEC AUTOMOTIVE
ELECTRONICS, INC.

By: [signature]

Name: Mike van Gendt

Title: President

**(Assignor)**
WITNESS

By: [signature]

Name: Ian Morrison

Title: Director of Finance

**(Assignee)**
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, LLC as manager

By: _____
Name: _____
Title: _____
Telephone: _____

DETR_117553.3

## Schedule A

| Debtor | Creditor | Case Number | Scheduled Amount |
|---|---|---|---|
| Delphi Automotive Systems LLC | Omron Automotive Electronics Inc. | 05-46640 | 93,850.01 |
| Delphi Automotive Systems LLC | Omron Dualtec Auto Electronics Inc. | 05-44640 | 1,030,099.23 |
| Delphi Mechatronic Systems, Inc. | Omron Dualtec Automotive Electronics | 05-44567 | 48,471.13 |
| Total | | | 1,172,420.37 |

Initials:
Seller *[signature]*
Buyer *[signature]*