Lafonza Earl Washington
& Family
7010 Cranwood Drive
Flint, MI  48505
Tel:  810.787.3150
Cell: 810.922.0308


May 24, 2006


TO:  Clerk of the Court
     U.S. Bankruptcy Court
     Southern District of New York
     One Bowling Green
     New York, N.Y.  10004

     - and -

     National Labor Relations Board
     Steve Glasser, Regional Director
     477 Michigan Avenue  #300
     Detroit, MI  48226

     - and -

     National Labor Relations Board
     Ronald Meisburg, General Counsel
     1099 14th Street, N.W.
     Washington, D.C.  20570-0001

"CLAIMS"
-N-
"NOTICE"
OF EMERGENCY AND LEGAL DEMAND SERVED UPON
STEVE GLASSER THE REGIONAL DIRECTOR OF THE
NATIONAL LABOR RELATIONS BOARD AND KATHLEEN
FARRELL-WILLOUGHBY THE CLERK OF THE UNITED
STATES BANKRUPTCY COURT FOR THE SOUTHERN
DISTRICT OF NEW YORK TO EXERCISE IMMEDIATE
STATUTORY "REMEDY" DUTIES DISBURSING
ALLOWED, VALID AND PAYABLE CLAIM(S)
"CONSOLIDATED" AGAINST THE DELPHI CORPORA-
TION, GENERAL MOTORS CORPORATION, INTERNA-
TIONAL UNITED AUTO WORKERS, THE STATE
AGENCY OF THE WORKER'S DISABILITY COMPENSA-
TION BUREAU ET AL, IN RE DELPHI CORPORATION
ET AL DEBTORS, DEBTORS-IN-POSSESSION CASE
NO. 05-44481 (RDD) ETC.


RECEIVED
MAY 30 2006

I.

   PLEASE TAKE NOTICE that Lafonza Earl Washington, the Judg/
ment/Order Creditor and "33" year employee of GM/Delphi, have no
alternative but to bring a civil action, for injunctive relief,
Writ of Execution, etc., in the Federal Court under Title 42 USC

§ 1983, etc., for a deprivations of rights under color of law, severally and separately, against you, Kathleen Farrell-Willoughby, Steve Glasser et al, including the filing of Title 18 of the United States Code crimes and criminal Complaints and Information with the U.S. Attorney Michael J. Garcia's office, as well as with Alberto Gonzalez the United States Attorney General's office to prosecute each offender for his or her offenses in the "BIGGEST" bankruptcy fraud and bank fraud conspiracies in the history of the United States involving the In re Delphi Corp., et al, debtors, debtors-in-possession cases numbered above.

II.

According to 11 U.S.C. § 502 (a), the Federal Rules of Bankruptcy Procedure Rule 3001 (f), the eligibility to "Supersede" scheduling rule 3003 (c) (4), the applicable Federal Rules of Civil Procedure, Rules 54, 58, 65, 77 (a), (b) and (c), 79, etc., the Clerk of the U.S. Bankruptcy Court for the Southern District of New York, Mrs. Willoughby, have the statutory non-discretionary duty to enforce, execute, disburse and finalize the 'HUMAN CAPITAL OBLIGATIONS" and 'CASH MANAGEMENT' Orders entered by the Court on October 8, 2005, almost "9" months ago! Yet, repeatedly and continuously the Applications for executing the money judgment/orders have deliberately been neglected to be performed which, assertedly are both civil and criminal offenses against laws of the United States that are 100% prohibited, convictable, sentence-able, penal and fines should be imposed for!

III.

According to the body Congress enactment of the National Labor Relations Act, 29 USC §§ 141-188 (1947) as amended, the Congress created a "CENTRALIZED ADMINISTRATION" to administer federal labor law and that applying and developing such laws was/is the obligations of the National Labor Relation Board to perform.

1. However, on March 22, 2006, the Special Attrition Plan (SAP) approved by New York's U.S. Bankruptcy Judge Robert A. Drain and supported by International UAW President Ron Gettelfinger together with Vice-President Richard Shoemaker, including collusions by Diana D. Tremblay a GM Vice-President of Labor Relations, violated the pension and retirement rights etc., of this "33" year employee, similarly but "NOT" the "SAME" as hundreds of thousands of other employees, by frauding the dis-criminating terms upon this "individual", which the collective bargaining agreement is "NOT" vested to represent!

2. The collusions, conspiracies, obstructions of justice etc., herein have also engaged in activities that are 100% out-lawed by bankruptcy frauds and bank frauds prohibitions in the Delphi Corp., proceedings brought with special interest and 100% illegally in the New York court! Yet, "BOUND" to have been filed in the United States Bankruptcy Court for the Eastern District of Michigan, by law.

3. In MOTOR COACH EMPLOYEES -V- LOCKRIDGE, 403 U.S. 274 (1970), Justice Harlan stated (concerning the creation of a centralized administration) that, "When it set down a federal labor policy Congress plainly...sought...to restructure fundamentally the processes for effectuating that policy, deliberately placing the responsibility for applying and developing this comprehensive legal system in the hands of an 'expert administrative body' rather than the 'FEDERALIZED JUDICIAL SYSTEM'". Id. at 288.

4. The prohibited engagings of fraudent bankruptcy hearings to determine this individual's pension or retirement compensations, separations from GM/Delphi, the UAW after "33" years using 100% discriminating SAP frauds are "OUTLAWED" from being decided by Judge Drain et al, abuse of the Federal judicial system firstly! Then, by the New York U.S. Bankruptcy Court that does "NO%" have statutory, territorial jurisdiction nor venue over the Oakland County, Michigan, principally located Delphi Corporation as the Petition filed by the Delphi Corp.'s Vice-President and Chief Restructuring officer John D. Sheehan clearly evidences on Pag 2 of the fraudulent Voluntary Petition!

5. "The U.S. Supreme Court recognized Congress' intent when it stated, 'Congress evidently considered that CENTRALIZED ADMINISTRATION of specially designed procedures was necessary to obtain uniform application of its SUBSTANTIVE RULES and to avoid those DIVERSITIES and CONFLICTS'", of:

(i) The Employee Retirement Income Security Act of 1974 vested, non-forfeitable requirements of 100% entitlements after "6" years of employment with the age and service mandates to be lawfully "55" as opposed to "85" by the non-collective bargained authorized GM Pension for hourly employees. See Title 29 USC §§ 1001, 1053, 1056, etc.

(ii) SAP's terms are interfering with and obstructing this Judgment/Order Creditor's statutory ERISA compensations that have been demanded and owed since September 6, 1999, but "NOT" one dime having ever been paid, illegally which the NLRB has the administrative duty to remedy which demanded remedy and release is requested to have disbursed without delay the allowed, valid and payable Claim that has been owed and due since October 8, 2005.

(iii) SAP's terms are violating the Congress' enactments under 29 USC § 651 (a) and (b) et seq., Labor, Occupational Safety and Health findings and declaration of purpose and policy statutes that the Michigan Worker's Disability Compensation Bureau is "BOUND" to comply with, but is "NOT" and is fraudulently re-making nonvested "Substantive Rules" against the Federal Act by depriving this citizen & family of 100% of compensations legally owed since September 6, 1999, and is continuing its deprivations 100%, including illegal deprivations of the statutory Redemption Agreement, as well as redresses for intentional torts, involuntary servitude, etc.!

(iv) Any statute of limitations period conflicts with

the, "...responsibility for applying and developing this 'COMPRE-HENSIVE' legal system...", interpreted by Mr. Justice Harlan in MOTOR COACH EMPLOYEES supra., where every legal definition investigated defined "COMPRESHENSIVE" as of large scope, covering much, inclusive, providing broad protection against the cited losses such as to insure against such losses...

WHEREFORE, it is humbly requested that the NLRB exercise its vested centralized administration to redress these bankruptcy Proof of Claims and non-collective bargained entitlements that GM, Delphi, the UAW, etc., have forever abused as properly authorized under the collective bargained agreement but is "NOT" by law. Thank you on an "EMERGENCY" disbursement basis.

In Truth, Justice & Peace,

*Earl 3Washington*
Earl Washington

7010 Cranwood Drive
Flint, MI 48505
Tel: 810.787.3150
Cell: 810.922.0308


May 22, 2006


TO:  The National Labor Relations Board
     Ronald Meisburg, General Counsel
     1099 14th Street, N.W.
     Washington, D.C. 20570-0001
     Tel: 202.273.3700

                    "CLAIMS"

     Re: In Re Delphi Corporation et al, Debtors
         Case No. 05-44481 (RDD) etc., and
         General Motor's Corporation collusions
         violating substantial Labor Law with
         the Special Attrition Program (SAP) being
         bankruptcy and bank frauded thru the
         U.S. Bankruptcy Court/Southern District
         of New York illegally! EMERGENCY
         administration demands to redress "7"
         years plus of deliberate 'HUMAN RIGHTS'
         etc., violations!


Greetings Mr. Meisburg:

   In follow-up to our brief conversation on Monday, May 22, 2006, this communication is an effort to bring to the NLRB's attention multi-billions of dollars being illegally bankruptcy frauded, bank frauded, racketeered, extorted etc., in the above-styled case causing long-termed or "7" years plus of prohibited wrongs, injuries, damages, violations of "HUMAN RIGHTS"...against this "33" year employee and family including tens of thousands of other hourly employees, severally and separately.

   1. Since the July 2, 1999, Buick City GM plant's permanent closing "ALL" rights, titles, interests, ownership of "ALL" real and personal properties have been violated by collusions, monopolies and combinations of monopolies by GM, Delphi, the UAW in 100% violations of this citizen and family's 'HUMAN RIGHTS' to pay the mortgage, pay for the motor vehicle, pay for health care, pay for auto insurance, to pay for any/all of the sustenance of life from day to day, week to week, month to month, year to year for "7" years and continuing.

   2. Demanded to be "CENTRALIZED ADMINISTRATED" by the NLRB exercise of vested powers under the National Labor Relations Act is 100% seizures, deprivations and losses of:

RECEIVED MAY 30 2006

    (i) Plant closing distributions owed since July 2, 1999.

    (ii) Nonforfeitable retirement or pension compensations enacted to be 100% vested "AFTER" six years pursuant to Title 29 U.S.C.A. §§ 1001 et seq., 1053 et seq.

    (iii) Statutory, automatic worker's disability compensation, including prescribed and demanded intentional tort damages as well as Redemption Agreement deprivations.

    (iv) Sickness and Accident compensations.

    (v) Relief and redresses against the collusions, the conspiracies, the 13th Amendment protections guaranteed by the U.S. Constitution Bill of Rights involuntary servitude inflicted by prohibited corporate acts that are entirely without authority and for which there is no adequate remedy at law. The laws authorizing 'INJUNCTIVE RELIEF' clearly evidences that "EQUITY" or fairness and justice demanded by this citizen and family "ALWAYS" enjoins such acts.

    (vi) Notwithstanding that Lafonza Earl Washington has contributed to producing 3,000,000 plus motor vehicles for GM et al, "NOT" once in his "33" years of the employer/employee relationship has GM's monopoly and combinations of monopolies have approved just one (1) new motor vehicle financing in Mr. Washington's "OWN" name!

    (vii) This family's "EXEMPT" homestead has been seized thru illegal evictions regardless of the "PURCHASE PRICE" having been paid for 300% or 3 times under guaranteed FhA mortgages. The last unlawful eviction happened on August 11, 2005, without a valid court's order and falsely pretending that the "15" year mortgage (of a "30" year FHA guarantee) was a rental or tenant situation.

    (viii) The U.S. Bankruptcy Court for the Eastern District of Michigan was mandated by law to be the jurisdiction of any bankruptcy petition filed by the Oakland County, Michigan headquartered Delphi Corporation that is neglecting to pay Lafonza Earl Washington's Proof of Claim "8" months after the Court entered the 'HUMAN CAPITAL OBLIGATIONS' and 'CASH MANAGEMENT' Orders on October 8, 2005, that the NLRB is requested to have promptly administered to put an end to the Washington family's financial and economic suffering and to prevent further manifest wrongs and injustices. Thank you for your "EMERGENCY" basis assistance.

In Truth, Justice & Peace,

*Earl B Washington*
Earl Washington

ADDENDUM:
These "CLAIMS" are demanded to be "JOINED", broadly as "COMPREHENSIVELY" required to be and statutes of limitations are prohibited on the conveyable personal monetary property and is immediately enforceable against Delphi, GM, et al.