UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK                              X

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 |
| | (Jointly Administered) |
| Debtors. | |

_____X

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(e)(1)

Transferor:    Houston Energy Services Co. LLC
              500 N. Shoreline Blvd., Suite 608
              Corpus Christi, TX 78471

              Houston Energy Services Co. LLC
              PO Box 3989
              McAllen, TX  78502-3989

Transferee:   Contrarian Funds, LLC
              411 West Putnam Avenue, S-225
              Greenwich, CT 06830
              Attn:  Alpa Jimenez

A transfer of all right, title and interest in and to the schedule amount held by Houston Energy Services Co. LLC (the "Transferor") in the amount of **$63,933.25** against **Delphi Automotive Systems LLC** and its affiliates.  This transfer is evidenced by the Transfer of Claim attached as Exhibit "A".

No action is required if you do not object to the transfer of your claim.   However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

    United States Bankruptcy Court
    Alexander Hamilton Custom House
    Attn: Bankruptcy Clerk
    One Bowling Green
    New York, NY 10004-1408

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
    Refer to INTERNAL CONTROL No. _____ in your objection.
    If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
_____

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO. _____
Copy:   (check) Claims Agent_____ Transferee_____ Debtor's Attorney _____

                                                    _____
                                                    Deputy Clerk

## Evidence of Transfer of Claim

Houston Energy Services Co. LLC, a Texas Limited Liability Company its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated May 11, 2006, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim ( the "Claim"), in the principal amount listed on schedule A attached hereto, against the Debtor listed on schedule A attached here, (the "Debtor") in the bankruptcy proceedings (the "proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. listed on Schedule A attached hereto or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 11th day of May 2006.

(Assignor)
Houston Energy Services Co. LLC

By: _____
Name: __STEVE LOY__
Title: __CFO__

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital
Management, LLC as manger

By: _____
Name: __Jance Stanton__
Title: __Member__

(Assignor)
Witness:
By: _____
Name: __William Speck__
Title: __Controller__

## Schedule A
## Houston Energy Services Co. LLC

| Debtor | Case Number | Scheduled Amount | Proof of Claim Amt | Claim No. |
|---|---|---|---|---|
| Delphi Automotive Systems LLC | 05-46640 | 63,933.25 | 63,933.25 | |
| Total | | 63,933.25 | 63,933.25 | |

Initials:
Seller ____
Buyer ____