7010 Cranwood Drive
Flint, MI  48505
Tel:  810.787.3150
Cell: 810.922.0308


May 22, 2006


TO: The National Labor Relations Board
    Ronald Meisburg, General Counsel
    1099 14th Street, N.W.
    Washington, D.C.  20570-0001
    Tel:  202.273.3700

"*CLAIMS*"

Re: In Re Delphi Corporation et al, Debtors
    Case No. 05-44481 (RDD) etc., and
    General Motor's Corporation collusions
    violating substantial Labor Law with
    the Special Attrition Program (SAP) being
    bankruptcy and bank frauded thru the
    U.S. Bankruptcy Court/Southern District
    of New York illegally!  EMERGENCY
    administration demands to redress "7"
    years plus of deliberate 'HUMAN RIGHTS'
    etc., violations!


Greetings Mr. Meisburg:

In follow-up to our brief conversation on Monday, May 22, 2006, this communication is an effort to bring to the NLRB's attention multi-billions of dollars being illegally bankruptcy frauded, bank frauded, racketeered, extorted etc., in the above-styled case causing long-termed or "7" years plus of prohibited wrongs, injuries, damages, violations of "HUMAN RIGHTS"...against this "33" year employee and family including tens of thousands of other hourly employees, severally and separately.

   1.  Since the July 2, 1999, Buick City GM plant's permanent closing "ALL" rights, titles, interests, ownership of "ALL" real and personal properties have been violated by collusions, monopolies and combinations of monopolies by GM, Delphi, the UAW in 100% violations of this citizen and family's 'HUMAN RIGHTS' to pay the mortgage, pay for the motor vehicle, pay for health care, pay for auto insurance, to pay for any/all of the sustenance of life from day to day, week to week, month to month, year to year for "7" years and continuing.

   2.  Demanded to be "CENTRALIZED ADMINISTRATED" by the NLRB exercise of vested powers under the National Labor Relations Act is 100% seizures, deprivations and losses of:

RECEIVED MAY 30 2006

    (i) Plant closing distributions owed since July 2, 1999.

    (ii) Nonforfeitable retirement or pension compensations enacted to be 100% vested "AFTER" six years pursuant to Title 29 U.S.C.A. §§ 1001 et seq., 1053 et seq.

    (iii) Statutory, automatic worker's disability compensation, including prescribed and demanded intentional tort damages as well as Redemption Agreement deprivations.

    (iv) Sickness and Accident compensations.

    (v) Relief and redresses against the collusions, the conspiracies, the 13th Amendment protections guaranteed by the U.S. Constitution Bill of Rights involuntary servitude inflicted by prohibited corporate acts that are entirely without authority and for which there is no adequate remedy at law. The laws authorizing 'INJUNCTIVE RELIEF' clearly evidences that "EQUITY" or fairness and justice demanded by this citizen and family "ALWAYS" enjoins such acts.

    (vi) Notwithstanding that Lafonza Earl Washington has contributed to producing 3,000,000 plus motor vehicles for GM et al, "NOT" once in his "33" years of the employer/employee relationship has GM's monopoly and combinations of monopolies have approved just one (1) new motor vehicle financing in Mr. Washington's "OWN" name!

    (vii) This family's "EXEMPT" homestead has been seized thru illegal evictions regardless of the "PURCHASE PRICE" having been paid for 300% or 3 times under guaranteed FhA mortgages. The last unlawful eviction happened on August 11, 2005, without a valid court's order and falsely pretending that the "15" year mortgage (of a "30" year FHA guarantee) was a rental or tenant situation.

    (viii) The U.S. Bankruptcy Court for the Eastern District of Michigan was mandated by law to be the jurisdiction of any bankruptcy petition filed by the Oakland County, Michigan headquartered Delphi Corporation that is neglecting to pay Lafonza Earl Washington's Proof of Claim "8" months after the Court entered the 'HUMAN CAPITAL OBLIGATIONS' and 'CASH MANAGEMENT' Orders on October 8, 2005, that the NLRB is requested to have promptly administered to put an end to the Washington family's financial and economic suffering and to prevent further manifest wrongs and injustices. Thank you for your "EMERGENCY" basis assistance.

In Truth, Justice & Peace,

*Earl Washington*
Earl Washington

ADDENDUM:
These "CLAIMS" are demanded to be "JOINED", broadly as "COMPREHENSIVELY" required to be and statutes of limitations are prohibited on the conveyable personal monetary property and is immediately enforceable against Delphi, GM, et al.