UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
IN RE                               : CHAPTER 11
:
DELPHI CORPORATION et al.,          : CASE NO. 05-44481 (RDD)
:
            Debtors.                : (JOINTLY ADMINISTERED)
:
------------------------------------x

RECEIVED MAY 30 2006

AFFIDAVIT IN SUPPORT OF
EX PARTE "CONSOLIDATION" APPLICATION
BY CREDITOR LAFONZA EARL WASHINGTON SEEKING PRELIMI-
NARY, MANDATORY, AND PERMANENT INJUNCTION(S) WITHOUT
NOTICE - DELPHI'S 'IN RE' FORM OF FILING SIGNIFIES
THERE IS NO 'OPPONENT' OR 'ADVERSE PARTY' TO BE
NOTICED - DELAY IN ISSUING, ENTERING, EXECUTING,
ENFORCING OR FINALIZING THE INJUNCTION(S) WILL CAUSE
IRREPARABLE HUMAN RIGHTS, VIOLATIONS, LOSSES, IRRE-
MEDIABLE INJURIES REPEATEDLY AND CONTINUALLY FOR
"7" YEARS

STATE OF MICHIGAN)
                 )
COUNTY OF GENESEE)

Lafonza Earl Washington, being duly sworn, deposes and says:

I

He is the Applicant/Creditor in the above-entitled "CONSOLI-DATION" suit for injunction.

II

As required, primary facts sufficient to make a prima facie showing that there has been an invasion of this Applicant/Creditor's rights are stated as follows:

1. The collusions, conspiracies, bankruptcy frauds, etc., between the Delphi Corporation, the General Motors Corporation,

the UAW, Judge Robert D. Drain, and Clerk of the U.S. Bankruptcy Court for the Southern District of New York Kathleen Farrell-Willoughby, JPMorgan Chase Bank, N.A. et al, activities of fraudulently filing, recording, co-conspiring to or transfering a corporation's (Delphi) "<u>outside</u>" of its statutory and Constitutional Article III jurisdiction and Title 28 of the United States Code territorial venue from the U.S. Bankruptcy Court of the Eastern District of Michigan into New York, was deliberately done to create a non-convenient location to deprive this Applicant/Claimant of a forum to be heard personally in and is repeatedly, and continuously causing the compounding of prohibited racial discriminations by the ruling class white citizens named and "<u>NOT</u>" named herein, but who are violators causing slave or involuntary servitude conditions outlawed under U.S.C.A. Constitutional Amendment 13.

2. Title 28 U.S.C.A. § 1654 prohibits an officer of the Delphi Corporation from legally representing the corporation in a Federal Court, yet before the Petition was filed or before any Orders had been entered or granted, John D. Sheehan, a Vice President and Chief Restructuring Officer, unlawfully signed the fraudulent Voluntary Petition (electronically) on October 8, 2005, with the Clerk's office of the New York Bankruptcy Court in 100% violations of Title 28 U.S.C.A. § 1654 prohibitions.

3. Notwithstanding that '<u>HUMAN CAPITAL OBLIGATIONS</u>' and '<u>CASH MANAGEMENT</u>' Orders were entered as Petitioned for by Delphi on October 8, 2005, over "<u>EIGHT MONTHS</u>" ago the conspiracies, collusions, aiding and abetting, bankruptcy as well as bank frauds etc., activities deliberately being wronged upon this Applicant/

Creditor and family is repeatedly and continuously violating these natural born United States citizens persons, Human Rights, property rights, including "ALL" other substantial Federal rights guaranteed to be protected by the Government's enforcement of these guarantees.

4. On October 6, 2005, the 'Delphi Automotive Systems (Holding), Inc. Unanimous Written Consent Of The Board of Directors' signed by witness, Mark C. Lorenz, and witness John D. Sheehan who also identifies himself as the Vice President and Chief Restructuring Officer witnessing or authorizing the $4.5 billion in credit facilities, including a new $2 billion debtor-in-possession (DIP) financing facility Guaranty Agreement and Loan Agreement with JPMorgan Chase Bank, N.A. (JPMCB), Citigroup USA, Inc. (CUSA), the 'Lenders' which self-evidences that instead of paying thousands of fraudulent 'JOINT ADMINISTRATORS', fraudulent attorneys et al, Delphi has the ability to comply with Title 11 U.S.C.A. §§ 301, 502(a), 522 etc., requirements and duties to pay this Applicant/Creditor which is its statutory "DUTY" to do to enable Delphi to receive these bankruptcy "benefits" according to law.

5. This "33" year employee of GM was forced to go to Delphi in September of 1999 after the permanent closing of the GM Buick City plant without having made any application to relocate to Delphi; as a result of the proper objections GM has colluded with Delphi to deprive 100% of living wage survival income, 100% of "ALL" other entitlements, "NONFORFEITABLE" retirement compensations, "STATUTORY" or automatic worker's compensations with redresses for deliberate intentional torts, sickness and accident pay, plant closing distributions, hospitalization, medical, prescription drugs, Blue-Shield/Blue-Cross et al, rights, titles,

interests to any/all real and personal property indisputably evidenced herein etc., for "7" years and continuing to inflict these "INFAMY" treatments without Lafonza Earl Washington ever having been charged nor convicted of any simple nor infamous offense in "52" years of living on this earth which contravenes any loss of "ALL" rights that is illegally being inflicted by GM, Delphi's et al, monopoly, and combinations of monopoly!

6. On October 6, 2005, thru May 1, 2006, Delphi Corporation has made publicly a "Consolidated List of Creditors Holding The Fifty Largest Unsecured Claims" which includes General Motors as the No.1 Creditor and the 'Approximate Amount of Claim' "UNKNOWN" or a "BLANK CHECK" to write, the United Auto Workers with the "UNKNOWN" Approximate Amount of Claim or 'blank check' to write as well as several affiliates of Delphi's! But the $120 million principal and interest that has accrued to $115,714,285.72 as of May 4, 2006, a sub-total of $235,714,285.72 properly recorded on the U.S. Bankruptcy Court for the Southern District of New York and on Delphi's Notice and Claim Agent KURTZMAN CARSON CONSULTANTS records is the "8th" largest Claim that has "NOT" been validated by Delphi nor the UAW's Solidarity Magazine nor GM's Vice President/Labor Relations Diana D. Tremblay, etc.!

7. According to law, this Applicant/Creditor's Proof of Claim supersedes being scheduled or Reorganization Vote based on the adequacies of the filing, being unobjectionable to, and uncontestable by Delphi's Voluntary Petition it freely chose to file.

III

The Debtor, Delphi Corporation and its former Parent General

Motors et al, monopolistic or combinations of monopolistic activities are illegally disbursing billions of dollars to fraudulent "CREDITORS" according to discretionary, litigation activities of Judge Robert D. Drain's Court, yet, Judge Drain's Court is only vested with statutory administrative powers "NOT" litigative which are activities of paying or investing in special interest, creditor's committee, joint administrators, attorneys who cannot "verify" lawfully required services being rendered. However, Judge Drain will "NOT" perform his statutory duties to disburse this Applicant/Creditor's claims "TIMELY" or in any other manner and there is threats that the discriminating activities being used to pay "NON-EMERGENCY", claims the law requires to be scheduled and voted on will underfund the entitlements lawfully owed herein. The immediate payment is "BOUND" on the Court to Order to prevent further Human Rights, civil rights, bank frauds, bankruptcy frauds, etc., prohibited civil and criminal "NOTICED" activities from being engaged in.

IV

This Affidavit is lawfully made pursuant to the Federal Rules of Civil Procedure, Rules 42 (consolidation), 65, the "EXPRESSLY AUTHORIZED" exception of the Anti-Injunction statute Title 42 USCA § 1983 authorizing the Civil Rights Act, Title 28 USCA §§ 1355, 2361 authorizing the Federal Impleader Act right to sue power, notwithstanding the administrative limitations of Judge Robert D. Drain's Court, Title 11 USCA §§ 105 (a), 362 (a) authorizations under the Bankruptcy Act in support of my EX PARTE 'CONSOLIDATION' APPLICATION for issuance of a PRELIMINARY, MANDATORY, and PERMANENT Injunction(s) Order, without notice based

on the absence of a defendant, contester, nor objector in Delphi's Voluntary Petition filings.

V

This is a proceeding for the immediate Order For Disbursement of $235,714,285.72 to Lafonza Earl Washington by direct deposit into the Flint Chase account opened specifically for this purpose and to RELEASE Delphi, GM, the UAW and "ALL OTHER" adverse participants in collusions with the Delphi Corporation.

VI

I, as well as my family will continue to repeatedly suffer irreparable injuries, losses, and damages if these lawfully entitled to Preliminary, Mandatory and/or Permanent Order for the immediate disbursement of the payments are further violated and "NOT ISSUED" without notice properly based on:

1. Delphi Corp., elected to file an 11 U.S.C. § 301 Voluntary Petition which is a statutorily, law prescribed 'Order For Relief' equally to the debtor and this creditor where the debtors have been begifted with $6 billion plus blank checks, yet this creditor and family are continuing to be deprived, denied valid payments to survive on "8" months after the 'HUMAN CAPITAL OBLIGATIONS' and 'CASH MANAGEMENT' Orders for payment were entered on October 8, 2005, without being paid one (1) dime the same pattern of wrongs that have been inflicted for "7" years plus!

2. This Applicant/Creditor has suffered real property losses of the family's "EXEMPT" homestead at the hands of GM's, Delphi's, et al, monopoly and combinations of monopolies on

August 11, 2005, without a valid court's Order and were evicted as renters from their 15 year residence that was guaranteed to be insured by an FHA mortgage for 30 years! The single family dwelling purchase price was $33,300.00 in January of 1991, yet, after being compelled to pay $110,500.00 in "15" years and objected to being extorted and frauded out of an additional $100,000.00 in the next "15" years!

3. This Applicant/Creditor has suffered personal property losses of the family's motor vehicle transportations financed in both husband and wife's names "ONLY" based on Mr. Washington's "33" years and continuing of deprivations of being financed in his own name regardless of having contributed to producing 3,000,000 plus motor vehicles to increase the corporations profits, assets, wealth, etc.

4. Losses and injuries of 100% of nonforfeitable retirement compensations for "7" years and continuing.

5. Losses and injuries of 100% of the "STATUTORILY" provided worker's disability compensation Redemption Agreement proposed in September of 1999, yet, "NOT" one (1) dime has been paid to survive on for "7" years and continuing.

6. Losses and injuries of 100% of "ALL" rights, titles, interests, to "ALL" real and personal properties at the hands of GM's, Delphi's monopoly and combinations of monopolistic control and abuse of the local economic and financial institutions without any lawful due process and without any lawful court's Order.

7. Losses and injuries of being restrained to living at relatives homes, notwithstanding, this Applicant, and wife's 2,500 square foot homestead remaining vacant since August 11, 2005, at the hands of GM's, Delphi's et al, monopoly and combinations of monopolies.

8. Losses and injuries of 'PUBLIC' dignity and social respect by Applicant and wife having contributed to the local economy for a combined "65" years for GM, Delphi, and (she) for the Flint School District's educational system; yet, being subjected to long-term infamy treatments of slavery and involuntary servitude of deliberately being deprived of property ownership rights the same as white citizens enjoy, etc...

### VII

I have personal knowledge of the facts alleged in this Affidavit. I further understand that any false statements made in this Affidavit will subject me to the penalties of perjury.

Signed: *Lafonza Carl Washington*  Dated: May 26, 2006
Lafonza Earl Washington
Applicant/Creditor

WITNESSED/NOTARY PUBLIC:

Subscribed and sworn to before
me this _____th day of May, A.D. 2006

_____

Notary Public, Genesee County, Michigan
My Commission expires: _____