UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x
                                   :
IN RE                              :   CHAPTER 11
                                   :
DELPHI CORPORATION et al.,         :   CASE NO. 05-44481 (RDD)
                                   :
              Debtors.             :   (JOINTLY ADMINISTERED)
                                   :
-----------------------------------:


PROOF OF SERVICE


STATE OF MICHIGAN)
                 )
COUNTY OF GENESEE)


I, Lafonza Earl Washington deposes and states:


That on May 22, 2006, he did serve by United States Postal Service mail, postage prepaid, the below-identified documents upon the below named persons:

1. AFFIDAVIT In Support Of Ex Parte "CONSOLIDATION" Application By Creditor Lafonza Earl Washington Seeking Preliminary, Mandatory, and Permanent Injunction(s) Without Notice - Delphi's 'In re' Form Of Filing Signifies There Is No 'Opponent' Or 'Adverse Party' To Be Noticed - Delay In Issuing, Entering, Executing, Enforcing Or Finalizing The Injunction(s) Will Cause Irreparable Human Rights, Violations, Losses, Irremediable Injuries Repeatedly and Continually For "7" Years (and Upon Pleadings, Proof Of Claims, and Other Papers Without Hearing Or Oral Argument)

2. Ex Parte "CONSOLIDATION" Application By Creditor Lafonza Earl Washington Seeking Preliminary, Mandatory, and Permanent Injunction(s) Without Notice - Upon Pleadings, Proof Of Claim(s), and Other Papers Without Hearing Or Oral Argument - Delphi's 'In Re' Form Of Filing Signifies There Is No 'Opponent' Or 'Adverse' Party To Be Noticed; Delay In Issuing, Entering, Executing, Enforcing Or Finalizing The Injunction(s) Is Causing Irreparable Human Rights, Violations, Losses, Irremediable Injuries Repeatedly and Continually For "7" Years.

3. OR, IN THE ALTERNATIVE APPLICATION FOR WRIT OF EXECUTION AFTER ENTRY OF MONEY JUDGMENT/ORDER DATED OCTOBER 8, 2005...

Please file according to Fed.R. of Bankr.P., Rule 5005 (a).
Thank you.

*Lafonza Earl Washington*
BY: Lafonza Earl Washington
Applicant/Creditor

Mailed to:

    Clerk of the Court
    United States Bankruptcy Court
    Southern District of New York
    One Bowling Green
    New York, N.Y. 10004

    The United States Bankruptcy Court
    Southern District of New York
    One Bowling Green
    New York, N.Y. 10004

    United States Department of Justice
    Alberto Gonzalez
    U.S. Attorney General
    950 Pennsylvania Avenue, N.W.
    Washington, D.C. 20530-0001

    U.S. Department of Justice
    Executive Office for United States Trustees
    Office of the General Counsel
    Roberta DeAngelis
    Acting General Counsel
    20 Massachusetts Avenue, N.W., Suite 8100
    Washington, D.C. 20530

    U.S. Department of Justice
    United States Attorney
    Southern District of New York
    Michael J. Garcia, U.S. Attorney
    86 Chambers Street, 3rd Floor
    New York, N.Y. 10007