UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
MAY 3 0 2006

------------------------------------x
:
IN RE                               :   CHAPTER 11
:
DELPHI CORPORATION et al.,          :   CASE NO. 05-44481 (RDD)
:
         Debtors.                   :   (JOINTLY ADMINISTERED)
:
------------------------------------x

**APPLICATION**
FOR WRIT OF EXECUTION AFTER ENTRY OF
MONEY JUDGMENT/ORDER DATED OCTOBER 8,
2005, FOR HUMAN CAPITAL OBLIGATIONS
AND CASH MANAGEMENT STATUTORY 11
U.S.C.A. § 301 ORDER FOR RELIEF
SATISFACTION - NUNC PRO TUNC - DIS-
BURSEMENTS DEMANDED BY JUDGMENT/ORDER
CREDITOR LAFONZA EARL WASHINGTON

To the Clerk of the above-named Court:

1. Pursuant to Title 11 U.S.C.A. § 502 (a) and the Federal Rules of Bankruptcy Procedure, Rule 3001 (f), as of the current date of May 24, 2006, the Judgment/Order Debtor the Delphi Corporation monetary estate owes this Judgemnt/Order Creditor Lafonza Earl Washington, $236,700,588.00 that has legally been owing since the Court entered its 'HUMAN CAPITAL OBLIGATIONS' and 'CASH MANAGEMENT' Orders on October 8, 2005, nunc pro tunc or now for then.

2. The Judgment/Orders was in favor of this Applicant as a claimant in the Delphi bankruptcy Voluntary Petition filings where Delphi voluntarily agreed to this claimant's relief due to it remaining "NOT" only as debtor but debtor-in-possession also, who was awarded a $6.5 billion plus combined credit facility and

financing facility, "...to provide for the proceeds therefrom to be used for, ...and the payment of transaction costs, fees and expenses in respect of the contemplated transactions and the 'CASES' and the payment of 'ALL' Restructuring Costs...", that is clearly stated in 'Delphi's Automotive Systems (Holding), Inc. Unanimous Written Consent of The Board of Directors' dated October 6, 2005, and according to the Clerk's letter dated December 13, 2005, are recorded for $30,000,000 each as follows:

(i) Claim No. 257 filed on October 31, 2005 in Delphi Corporation;

(ii) Claim No. 264 filed on November 1, 2005, in Delphi Corporation;

(iii) Claim No. 288 filed on November 2, 2005, in Delphi Automotive Systems (Holding), Inc.;

(iv) Claim No. 297 filed on November 3, 2005, in Delphi Automotive Systems (Holding), Inc.;

3. No part of the Judgment/Orders has ever been satisfied, though due demand for satisfaction has been made on the debtors, debtors-in-possession, Judge Robert D. Drain, this clerk's office, etc., repeatedly and continuously since October 31, 2005.

4. As stated in Paragraph #1, there is due and owing to this Judgment/Order Creditor from Delphi Corp., the sum of $120,000,000.00 plus interest at 15% per year running from September 6, 1999, when the continuous wrongs and irreparable injuries compounded damages that is self-evidenced beginning June 13, 1973, the very first day of the employer/employee relationship with GM.

WHEREFORE, this Applicant requests that the Court issue a Writ of Execution against the Delphi Corporation on the Judgment/Order in this action, directed to the United States Marshal for the Southern District of New York and if necessary the United States Marshal for the Eastern District of Michigan, Southern Division-Flint, including the U.S. Marshal for the Eastern District of Michigan Southern Division-Detroit, "<u>concurrently</u>" and to any registered process servers needed.

"I DECLARE THAT THE STATEMENTS ABOVE
ARE TRUE TO THE BEST OF MY INFORMATION,
KNOWLEDGE, AND BELIEF."

BY: /Lafonza Earl Washington
Applicant & Judgment/Order Creditor

Dated: May 24, 2006