UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
IN RE                               : CHAPTER 11
:
DELPHI CORPORATION et al.,          : CASE NO. 05-44481 (RDD)
:
            Debtors.                : (JOINTLY ADMINISTERED)
:
------------------------------------x

PROOF OF SERVICE

STATE OF MICHIGAN)
                 )
COUNTY OF GENESEE)

I, Lafonza Earl Washington deposes, states:

That on May 24, 2006, he did serve by United States Postal Service mail, postage prepaid, the below-identified documents upon the below-named persons:

1. Application For Writ of Execution After Entry Of Money Judgment/Order Dated October 8, 2005, For Human Capital Obligations and Cash Management Statutory 11 U.S.C.A. § 301 Order For Relief Satisfaction - Nunc Pro Tunc - Disbursements Demanded By Judgment/Order Creditor Lafonza Earl Washington

Please file according to Fed.R. of Bankruptcy P., Rule 5005 (a).
Thank you.

BY: Lafonza Earl Washington
    Judgment/Order Creditor

Mailed to:

    Clerk of the Court
    U.S. Bankruptcy Court
    Southern District of New York
    One Bowling Green
    New York, N.Y.  10004



RECEIVED
MAY 30 2006

National Labor Relations Board
Ronald Meisburg, General Counsel
1099 14th Street, N.W.
Washington, D.C. 20570-0001

National Labor Relations Board
Steve Glasser, Regional Director
477 Michigan Avenue #300
Detroit, MI 48226