UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re:                                      :        Chapter 11
                                            :
Delphi Automotive Systems LLC,              :        Case No. 05-44640 (RDD)
                                            :
               Debtors.                     :
                                            :
                                            :
------------------------------------------------------X

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e) (2)

**To: JPMorgan Chase Bank, N.A. ("Assignor")**
**270 Park Avenue, 17th Floor**
**New York, NY 10017**

    As of May 16, 2006, Assignor's Claim against Debtor in the principal amount of $3,648,422.17 has been transferred to Contrarian Funds, LLC, c/o Contrarian Capital Management, LLC, 411 West Putnam Avenue, Suite 225, Greenwich, CT 06830 ("Assignee"). The Evidence of Transfer of Claim from Assignor to Assignee is attached as Exhibit A and Assignee's payment and delivery instructions are attached as Exhibit B. A copy of the Proof of Claim filed by ALCAN ROLLED PRODUCTS-RAVENSWOOD, LLC (F/K/A PECHINEY ROLLED PRODUCTS) (the "Original Assignor") is attached hereto as Exhibit C. A copy of the Evidence of Transfer of Claim from Original Assignor to Assignor is attached hereto as Exhibit D. NO ACTION IS REQUIRED IF YOU DO NOT OBJECT TO THE TRANSFER OF YOUR CLAIM. HOWEVER, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN TWENTY (20) DAYS OF THE DATE OF THIS NOTICE, YOU MUST FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT:

| Mailing Address: | Physical Address: |
|---|---|
| United States Bankruptcy Court<br>Southern District of New York<br>Delphi Corporation Claim Docketing Center<br>Bowling Green Station, PO Box 5058<br>New York, NY 10274-5058 | United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004 |

**PLEASE SEND A COPY OF YOUR OBJECTION TO THE ASSIGNEE AT THE ABOVE ADDRESS. IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED. IF YOUR OBJECTION IS NOT TIMELY FILED, THE ASSIGNEE WILL BE SUBSTITUTED FOR THE ASSIGNOR ON THE BANKRUPTCY COURT RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, LLC, as Manager

By: _____
Name:    JANICE M. STANTON
Title:          MEMBER
Date: May 16, 2006

12

NY-431186 v2

## EVIDENCE OF TRANSFER OF CLAIM

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
   In re:                                                 :          Chapter 11

   Delphi Automotive Systems LLC,          :          Case No. 05-44640 (RDD)

                    Debtors.          :

-----------------------------------------------------------X

       **JPMORGAN CHASE BANK, N.A.** ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **CONTRARIAN FUNDS, LLC**, its respective successors and assigns ("Assignee") all rights, title and interest in and to the general unsecured claims of Assignor in the principal amount of $3,648,422.17 plus all interest, fees and other amounts related thereto (the "Claim") against Delphi Corporation et al. (the "Debtors") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court, Southern District of New York, or any other court with jurisdiction over the bankruptcy proceedings ("Bankruptcy Court"), Case No. 05-44481 (RDD) (Jointly Administered).

       The claim transferred hereby constitutes the claim described in the true copy of the Proof of Claim filed by ALCAN ROLLED PRODUCTS-RAVENSWOOD, LLC (F/K/A PECHINEY ROLLED PRODUCTS) (the "Original Assignor"), a copy of which is attached hereto as Exhibit C. A copy of the Evidence of Transfer of Claim from Original Assignor to Assignor is attached hereto as Exhibit D. The Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

       **{Signatures appear on the following page.}**

14

NY-431186 v2

IN WITNESS WHEREOF, dated the 16 day of May, 2006.

CONTRARIAN FUNDS, LLC, as Assignee

By: Contrarian Capital Management, LLC,
as Manager

By:_____
Name:
Title:

Accepted and agreed to as of this 16 day of
May, 2006

JPMORGAN CHASE BANK, N.A.,
as Assignor

By _____
Name:
Title: NEELIMA VELUVOLU
Authorized Signatory

15

NY-431186 v2

IN WITNESS WHEREOF, dated the __ day of May, 2006.

                              **CONTRARIAN FUNDS, LLC,** as Assignee

                              By: **Contrarian Capital Management, LLC,**
                              as Manager

                              By: _____
                              Name:  **JANICE M. STANTON**
                              Title:        **MEMBER**

Accepted and agreed to as of this ___ day of May, 2006

**JPMORGAN CHASE BANK, N.A.,**
as Assignor

By _____
   Name:
   Title:

15

NY-431186 v2