UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

In re:                                                       Chapter 11
DELPHI CORPORATION, et al.,                          Case No. 05-44481
                                                      (Jointly Administered)
                      Debtors.
_____X

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(e)(1)

Transferor:       Stoneridge, Inc., for itself and on behalf of its Alphabet Inc.,
                      Alphabet Orwell, Hi Star Manufacturing Company, Inc.,
                      Pollack Engineered Products divisions
                      9400 East Market Street
                      Warren, OH 44484
                      Attn: George Strickler

                      Pollak Corporation
                      Transportation Electronics Div
                      11801 Miriam Dr., Ste B1
                      El Paso, TX 79936

Transferee:       Contrarian Funds, LLC
                      411 West Putnam Avenue, S-225
                      Greenwich, CT 06830
                      Attn: Alpa Jimenez

A transfer of all right, title and interest in and to the schedule amount held by Pollak Corporation (the "Transferor") in the amount of **$29,484.00** against **Delphi Automotive Systems LLC** and its affiliates. This transfer is evidenced by the Transfer of Claim attached as Exhibit "A".

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

       United States Bankruptcy Court
       Alexander Hamilton Custom House
       Attn: Bankruptcy Clerk
       One Bowling Green
       New York, NY 10004-1408

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
       Refer to INTERNAL CONTROL No. _____ in your objection.
       If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
_____

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent_____ Transferee_____ Debtor's Attorney _____

                                                                     _____
                                                                     Deputy Clerk

**EVIDENCE OF TRANSFER OF CLAIM**

STONERIDGE, INC., for itself and on behalf of its ALPHABET, INC., ALPHABET ORWELL, HI STAT MANUFACTURING COMPANY, INC., AND POLLAK ENGINEERED PRODUCTS divisions, an Ohio corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated May__, 2006, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against the Debtor listed on Schedule A attached here, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. listed on Schedule A attached hereto or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 24 day of May 2006.

(Assignor)
STONERIDGE, INC., for itself and on
behalf of its ALPHABET, INC., ALPHABET
ORWELL, HI STAT MANUFACTURING
COMPANY, INC. and POLLAK ENGINEERED
PRODUCTS divisions
By: _____
Name: GEORGE E. STRICKLER
Title: E.V.P. - CFO.

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, LLC,
as manager

By: _____
Name: Janice M. Stanton
Title: Member

(Assignor)
WITNESS:

By: _____
Name: GREG FEIRA
Title: Director of Corp. Fin.

KL2:2431470.1

## Schedule A

| Creditor | Debtor | Case Number | Scheduled Amount |
|---|---|---|---|
| Alphabet Inc. EFT | Delphi Automotive Systems LLC | 05-46640 | 464,084.36 |
| Alphabet Orwell | Delphi Automotive Systems LLC | 05-46640 | 32,299.14 |
| Hi Stat Mfg Co. Inc. | Delphi Automotive Systems LLC | 05-46640 | 376,534.30 |
| Pollak Engineered Products EFT | Delphi Automotive Systems LLC | 05-46640 | 683,684.45 |
| Pollak Corporation | Delphi Automotive Systems LLC | 05-44640 | 29,484.00 |
| **Total** | | | **1,586,086.25** |

Initials:
Seller 
Buyer