Joan Segal, Attorney
Office of the Chief Counsel
PENSION BENEFIT GUARANTY CORPORATION
1200 K Street, N.W.
Washington, D.C. 20005-4026
Phone: (202) 326-4020
Fax:   (202) 326-4112
E-mail: Segal.Joan@pbgc.gov
Attorney for Pension Benefit Guaranty Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

**MOTION FOR ADMISSION TO PRACTICE,**
***PRO HAC VICE*, OF JOAN SEGAL**

I, Joan Segal, a member in good standing of the bar of the District of Columbia, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Pension Benefit Guaranty Corporation ("PBGC"), a creditor in the above-referenced case. The grounds for this motion are as follows:

1.      PBGC is a wholly-owned United States government corporation that administers the pension plan termination program established under Title IV of the Employee Retirement Income Security Act of 1974 ("ERISA"), *as amended*, 29 U.S.C. §§ 1301-1461 (2000 & Supp. II 2002).

2.      Under the Local Rules of the United States Bankruptcy Court for the Southern District of New York, upon motion to the Court, an attorney "in good standing of the bar of any state or of any United States District Court may be permitted to practice

NY01/BLAUB/1104796.1

in this Court in a particular case, adversary proceeding, or contested matter." Local Bankruptcy Rule 2090-1(b).

3. My address is Joan Segal, Office of the Chief Counsel, Pension Benefit Guaranty Corporation, 1200 K Street, N.W, Washington, D.C. 20005-4026. My telephone number is (202) 326-4020. My e-mail address is Segal.Joan@pbgc.gov.

4. As an agency of the United States government under 28 U.S.C. § 451, PBGC is exempt from filing fees.

Dated: June 2, 2006
Washington, D.C.

Joan Segal, Attorney
Office of the Chief Counsel
PENSION BENEFIT GUARANTY CORPORATION
1200 K Street, N.W.
Washington, D.C. 20005-4026
Phone: (202) 326-4020
Fax:   (202) 326-4112
E-mail: Segal.Joan@pbgc.gov
Attorney for Pension Benefit Guaranty Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, *et al.*, |  |
|  | (Jointly Administered) |
| Debtors. |  |

## ORDER

**ORDERED**, that Joan Segal, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York.

Dated: New York, New York
_____, 2006

_____
UNITED STATES BANKRUPTCY JUDGE

NY01/BLAUB/1104796.1