UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x
In re:                                              Chapter 11

**DELPHI CORPORATION, *et al.*,**                   Case No. 05-44481

          **Debtor.**                               (Jointly Administered)
-------------------------------------------------x

## NOTICE REGARDING TRANSFER OF CLAIM NOS. 2430 and 2429 AS AMENDED BY CLAIM NOS. 6843 AND 6844 PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2)

To:   Ambrake Corporation
      300 Ring Road
      Elizabethtown, KY 42701
      Attn.: Ronald Jones, CFO
      Tel. (270) 737-4906
      Fax (270) 737-3044

Your general unsecured claim, as evidenced by your proofs of claim in the aggregate amount of $2,773,276.88 (docketed as Claim Nos. 2430 and 2429, as amended by Claims Nos. 6843 and 6844, as such claims were assigned by this Court) against Delphi Automotive Systems, LLC, ("Delphi"), the debtor and debtor in possession in the above-captioned case, have been transferred, pursuant to the terms of Evidence of Transfer of Claims (attached hereto as Exhibit A) to Merrill Lynch Credit Products, LLC ("Transferee"), its successors and assigns, with offices located at:

      Merrill Lynch Credit Products, LLC
      4 World Financial Center, 7th Floor
      New York, New York 10080
      Attention: Christopher Moon
      Tel.: (212) 449-4969

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE YOU MUST FILE A WRITTEN OBJECTION WITH:**

          United States Bankruptcy Court
          Southern District of New York
          Attn: Claims Processing Center
          Delphi Corporation Claim Docketing
          One Bowling Green

dc-453288

New York, New York 10004-1408

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to Internal Control No. _____ in your objection.
IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

_____Clerk of the Court_____

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.

INTERNAL CONTROL NO._____
Copy to Transferee:        _____
Claims Agent Noticed: _____

_____
Deputy Clerk

dc-453288

## **EXHIBIT A**

Evidence of Transfer of Claim

dc-453288

## EVIDENCE OF TRANSFER OF CLAIM

TO: CLERK, UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK

AND TO: MERRILL LYNCH CREDIT PRODUCTS, LLC

    Ambrake Corporation, a corporation organized under the laws of Delaware, with offices located at 300 Ring Road, Elizabethtown, KY 42701 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to MERRILL LYNCH CREDIT PRODUCTS, LLC, its successors and assigns, with offices located at 4 World Financial Center, 7th Floor, New York, NY 10080 ("Buyer"), all right, title and interest in and to the claims of Seller against Delphi Corporation and Delphi Automotive Systems, LLC, and their affiliates docketed as Claim Nos. 2430 and 2429, as amended by Claim Nos. 6843 and 6844, respectively, (the "Claims") in the United States Bankruptcy Court, Southern District of New York, Case No. 05-44481 (Jointly Administered).

    Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

    IN WITNESS WHEREOF, dated as of the ___ day of June, 2006.

WITNESS: _____  
(Signature)  
Name: David G. Condon  
Title: Credit Manager  
(Print name and title of witness)

AMBRAKE CORPORATION  
By: _____  
(Signature of authorized corporate officer)  
Name: Ronald Jones  
Title: CFO  
Tel.: (270) 737-4906

WITNESS: _____  
(Signature)  
Name: Christopher Moon  
Title: VP  
(Print name and title of witness)

MERRILL LYNCH CREDIT PRODUCTS, LLC  
By: _____  
(Signature of authorized corporate officer)  
Name: Ronald Torok  
Title: Vice President  
Tel.: 212-449-4969

- 8 -

NY34?170.4/1124-00095

TOTAL P.01