IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al, | ) | CASE NO. 05-44481 (RDD) |
| | ) | |
| Debtors | ) | (Jointly Administered) |

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Thomas M. Beeman, a member in good standing of the bar of the State of Indiana and of the bar of the U S District Courts for the Southern and Northern Districts of Indiana, having requested admission, *pro hac vice*, to represent the Madison County (Indiana) Treasurer, a creditor in the above-referenced case.

ORDERED that Thomas M. Beeman, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated this _____ day of _____, 2006.

New York, New York         /s/_____
                           United States Bankruptcy Judge

Copies to:

THOMAS M. BEEMAN, 33 W. 10th St., Suite 200, Anderson, IN 46016
SKADDEN, ARPS, SLATE MEAGHER & FLOM, LLP, JOHN WM. BUTLER, JR., JOHN K. LYONS and RON E. MEISLER, 333 West Wacker Dr., Suite 2100, Chicago, IL 60606
KAYALYN A. MARAFIOTI and THOMAS J. MATZ, Four Times Square, New York, NY, 10036