**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                                 Chapter 11

                                                                          Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                          Jointly Administered

                         Debtors

---------------------------------------------------------------x

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Robert V. Sartin for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that Robert V. Sartin is admitted to practice, ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: June 7, 2006
       New York, New York

                                                                /s/Robert D. Drain_____
                                                               UNITED STATES BANKRUPTCY JUDGE