**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

In re:                                                                Chapter 11

                                                                      Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                          Jointly Administered

                            Debtors

-------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Martin B. Tucker for admission pro hac vice in this bankruptcy

case; it is hereby

**ORDERED,** that Martin B. Tucker is admitted to practice, ***pro hac vice*** in the above

referenced case, in the United States Bankruptcy Court, Southern District of New York, subject

to payment of the filing fee.

Dated: June 7, 2006
       New York, New York

                                          /s/Robert D. Drain_____
                                          UNITED STATES BANKRUPTCY JUDGE