**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re:                                          Chapter 11

                                                                          Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,             Jointly Administered

                     Debtors

---------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Tamika A. Bryant for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that Tamika A. Bryant is admitted to practice, ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: June 7, 2006
       New York, New York

                                                             /s/Robert D. Drain
                                                          UNITED STATES BANKRUPTCY JUDGE