**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
:
**In re:** : **Chapter 11**
:
**DELPHI CORPORATION, et al.,** : **Case No. 05-44481 (RDD)**
:
: **Jointly Administered**
**Debtors.** :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF NEW YORK   )

    RENA K. CERON being duly sworn, deposes and says:

    I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned case. I am employed by the law firm of Milbank, Tweed, Hadley & M$^c$Cloy LLP, counsel for Jefferies & Company, Inc. in the above-captioned cases.

    On the 31st of May, 2006, I caused a copy of the following document:

FIRST INTERIM APPLICATION OF JEFFERIES & COMPANY,
INC., AS INVESTMENT BANKER TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR INTERIM
ALLOWANCE OF COMPENSATION FOR PROFESSIONAL
SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL
AND NECESSARY EXPENSES INCURRED FOR THE PERIOD
OCTOBER 18, 2005 TO JANUARY 31, 2006,

to be served upon the parties identified on Exhibit A attached hereto by Federal Express for next business day delivery.

      /s/ Rena K. Ceron
RENA K. CERON

SWORN TO AND SUBSCRIBED before me this 7th day of June, 2006.

  /s/ Brian Kinney
Notary Public, State of New York
No. 02KI6109591
Qualified in New York County
Commission Expires May 10, 2008

**Exhibit A**

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Attention: General Counsel

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
Attention: John Wm. Butler, Jr., Esq.

Office of the United States Trustee
 for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, New York 10004
Attention: Alicia M. Leonhard, Esq.

Latham & Watkins LLP
885 Third Avenue
New York, New York, 10022-4802
Attention: Robert J. Rosenberg, Esq.

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York, 10017
Attention: Marissa Wesley, Esq.

Davis Polk & Wardell
450 Lexington Avenue
New York, New York, 10017
Attention: Marlane Melican, Esq.