United States Bankruptcy Court
For the Southern District of New York

DELPHI MEDICAL SYSTEMS COLORADO CORP       } Chapter 11
}
}
}
} Case No.
} 05-44507
}
Debtor                                      } Amount $3,699.50

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
To: Transferor:

EMPIRE WAREHOUSE INC
3901 WELD COUNTY RD 18
ERIE, CO 80506

The transfer of your claim as shown above in the amount of $3,699.50 has been transferred to:

>Liquidity Solutions, Inc.
>Dba Revenue Management
>One University Plaza
>Suite 312
>Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By:/s/ Mike Richards
Liquidity Solutions, Inc.
dba Revenue Management
(201) 968-0001

805427

Mike Richards
Liquidity Solutions, Inc.
201-968-0001

---------------------------------------------- (CUT HERE) ----------------------------------------------

**TRANSFER NOTICE**

EMPIRE WAREHOUSE INC ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: **DELPHI MEDICAL SYSTEMS COLORADO CORP** (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the EMPIRE WAREHOUSE INC Claims of Assignor in the aggregate amount of **$3,699.50** representing all claims against the Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 05-44507, subject to the terms of the Assignment Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the 25 day of April, 2006

EMPIRE WAREHOUSE INC

_Mary K. Yockey_
(Signature)

MARY K. Yockey Corporate Sec.
(Print Name and Title)

REVENUE MANAGEMENT

_[signature]_
(Signature)

MIKE RICHARDS
(Print Name of Witness)

DELPHI MEDICAL SYSTEMS COLORADO CORP
EMPIRE WAREHOUSE INC

805427