**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
                                                        :
In re                                                   :   Chapter 11
                                                        :
DELPHI CORPORATION, et al.,                             :   Case No. 05-44481 (RDD)
                                                        :
      Debtors.                                          :   (Jointly Administered)
                                                        :
------------------------------------------------------- x

**SUPPLEMENTAL AFFIDAVIT OF JEFFREY A. SADOWSKI IN SUPPORT OF RETENTION OF HOWARD & HOWARD ATTORNEYS, P.C. AS INTELLECTUAL PROPERTY COUNSEL TO DEBTOR PURSUANT TO 11 U.S.C. §§ 327(e) and 1107(b)**

STATE OF MICHIGAN    )
                     )ss.
COUNTY OF OAKLAND    )

JEFFREY A. SADOWSKI, being duly sworn, deposes and states as follows:

1.   On or about November 17, 2005, William H. Honaker signed an affidavit ("H&H Retention Affidavit") in support of the Debtors' Application for an Order Under 11 U.S.C. §§ 327(e) and 1107(b) and Fed. R. Bankr. P. 2014 Authorizing Employment and Retention of Howard & Howard Attorneys, P.C. as Intellectual Property Counsel to Debtors.

2.   On or about December 14, 2005, William Honaker left the law firm of Howard & Howard Attorneys, P.C. ("H&H"), and became associated with a different law firm.

3.   Pursuant to paragraph 16 of the H&H Retention Affidavit which Mr. Honaker signed, I am filing this Affidavit for the purpose of advising this Court and other interested parties that, as of the date that Delphi Technologies, Inc. filed its Chapter 11 bankruptcy petition, H&H was holding an unapplied pre-petition payment from Delphi Technologies, Inc. in the amount of $1,346.50. H&H has not applied said overpayment to any sum which Delphi Technologies, Inc. owes to H&H (either for pre-petition services or post-petition services). As

of the date of this Affidavit, H&H continues to hold said $1,346.50 unapplied pre-petition payment and awaits instruction from the Debtors' lead bankruptcy counsel on how to handle this $1,346.50.

4. H&H has a prepetition unsecured claim in the bankruptcy case of *Delphi Technologies, Inc.* (Case No. 05-44554) in the approximate amount of $234,631.11. Because the schedules of Delphi Technologies, Inc. currently list the unsecured claim of H&H at the amount of $214,551.32, H&H plans to file a proof of claim for the full amount of its pre-petition claim.

JEFFREY A. SADOWSKI

Subscribed and sworn to before me
this 1st day of June, 2006.

Diane J. Brandon, Notary Public
Oakland County, Michigan
My Commission Expires: 01/31/2013
Acting in Oakland County

DIANE J. BRANDON
NOTARY PUBLIC, STATE OF MI
COUNTY OF OAKLAND
MY COMMISSION EXPIRES Jan 31, 2013
ACTING IN COUNTY OF Oakland

G:\D\Delphi Bankruptcy\Supplemental Affidavit Sadowski 052406.doc