STEWART & STEWART
931 S. Rangeline Road
Carmel, IN  46032
(317)846-8999
Michael J. Sobieray (MS-0310)

Attorney for Creditors, Kelly R. Groce and Kelly D. Groce

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                            :
    In re                                   :    Chapter 11
                                            :
DELPHI CORPORATION, et al.,                 :    Case No. 05-44481 (RDD)
                                            :
                    Debtors.                :    Jointly Administered
                                            :
------------------------------------------------------------x

## NOTICE OF HEARING ON CREDITORS' MOTION TO LIFT STAY

TO:   ALL KNOWN DEBTORS AND UNITED STATES TRUSTEE FOR THE
      SOUTHERN DISTRICT OF NEW YORK

PLEASE TAKE NOTICE that on July 19, 2006, during the omnibus hearing, Creditors',

Kelly R. Groce and Kelly D. Groce, Motion to Lift Stay, which was filed with this court on

April 27, 2006, will be heard to consider the granting of said Motion to Lift Stay.

DATED: May 31, 2006

_____
Michael J. Sobieray (MS-0310)
STEWART & STEWART
931 S. Rangeline Road
Carmel, IN  46032
(317)846-8999

Attorney for Creditors, Kelly R. Groce and Kelly D. Groce


RECEIVED JUN 5 2006

STEWART & STEWART
931 S. Rangeline Road
Carmel, IN  46032
(317)846-8999
Michael J. Sobieray (MS-0310)

Attorney for Creditors, Kelly R. Groce and Kelly D. Groce

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                                      :
        In re                         :    Chapter 11
                                      :
DELPHI CORPORATION, et al.,           :    Case No. 05-44481 (RDD)
                                      :
                Debtors.              :    Jointly Administered
                                      :
---------------------------------------------------------x

## NOTICE OF HEARING ON CREDITORS' MOTION TO LIFT STAY

TO:   ALL KNOWN DEBTORS AND UNITED STATES TRUSTEE FOR THE
      SOUTHERN DISTRICT OF NEW YORK

PLEASE TAKE NOTICE that on July 19, 2006, during the omnibus hearing, Creditors',

Kelly R. Groce and Kelly D. Groce, Motion to Lift Stay, which was filed with this court on

April 27, 2006, will be heard to consider the granting of said Motion to Lift Stay.

DATED: May 31, 2006

_____
Michael J. Sobieray (MS-0310)
STEWART & STEWART
931 S. Rangeline Road
Carmel, IN  46032
(317)846-8999

Attorney for Creditors, Kelly R. Groce and Kelly D. Groce



RECEIVED JUN 5 2006

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                           :    Chapter 11
                                                :
DELPHI CORPORATION, et al.,                     :    Case No. 05-44481 (RDD)
                                                :
                         Debtors.               :    Jointly Administered
                                                :
------------------------------------------------------------x

## MOTION TO LIFT STAY

Comes now the creditors, KELLY R. GROCE and KELLY D. GROCE, by Counsel, and moves this Honorable Court, to lift the stay in the above referenced matter so that the above mentioned creditor may pursue litigation against the Debtors regarding a slip and fall accident involving the debtor, Delphi Corporation, in which personal injuries and damages were sustained by said creditors. Said creditor's complaint for personal injuries is presently on file in the Henry County Circuit Court, in the State of Indiana, captioned <u>Kelly R. Groce and Kelly D. Groce v. Delphi Corporation and GMAC Global Relocation Services</u>, Cause No. 33C01-0401-CT-0004.

WHEREFORE, counsel for creditors, Kelly R. Groce and Kelly D. Groce, respectfully requests that the Court lift the automatic stay in the above referenced matter, and for all other relief just and proper in the premises.

_____
Michael J. Sobieray, MS0310
Attorney for Creditors,
Kelly R. Groce and Kelly D. Groce

Stewart & Stewart
931 S. Rangeline Road
Carmel, Indiana  46032
(317) 846-8999



RECEIVED
APR 2 7 2006