HEBERT SCHENK, P.C.
4742 North 24th Street, Suite 100
Phoenix, Arizona 85016
Telephone: (602) 248-8203
Facsimile: (602) 248-8840

Barbara Lee Caldwell – SBN 003246
Attorneys for Maricopa County Treasurer

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>DELPHI CORPORATION, et al.,<br><br>　　　　　　　　　　Debtor(s). | In Chapter 11 Proceedings<br><br>Case No. 05-44481-RDD<br><br>**NOTICE OF WITHDRAWAL OF MARICOPA COUNTY TREASURER'S REQUEST FOR DEBTORS' REAL AND PERSONAL PROPERTY TAX PARCEL/ACCOUNT NUMBERS FOR PROPERTY LOCATED IN MARICOPA COUNTY** |

　　　　Maricopa County Treasurer, by and through its attorney undersigned, hereby withdraws its Request for Debtors' Real and Personal Property Tax Parcel/Account Numbers for Property Located in Maricopa County filed on May 15, 2006 in the above-entitled matter having received the requested information from the Debtors.

　　　　DATED this _28_ day of _May_, 2006.

　　　　　　　　　　　　　　　　HEBERT SCHENK, P.C.

　　　　　　　　　　　　　　　　By: _/s/ Barbara L. Caldwell_
　　　　　　　　　　　　　　　　　　Barbara L. Caldwell
　　　　　　　　　　　　　　　　　　4742 North 24th Street, Suite 100
　　　　　　　　　　　　　　　　　　Phoenix, Arizona 85016
　　　　　　　　　　　　　　　　　　Attorney for Maricopa County Treasurer

RECEIVED
MAY 31 2006

A copy of the foregoing mailed
(or hand-delivered if marked *)
this 26 day of May, 2006, to:

John Wm. Butler, Jr.
Skadden Arps Slate Meagher & Flom LLP
333 W. Wacker Dr.
Chicago, IL  60606-1285
Attorney for Debtor(s)

Kayalyn A. Marafioti
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attorney for Debtor(s)

United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

By: _____