| | |
|---|---|
| Christopher J. Battaglia (CB-4436) | **Hearing Date: June 16, 2006** |
| Julie D. Dyas (JD-4178) | **Objection Deadline: June 13, 2006** |

HALPERIN BATTAGLIA RAICHT, LLP
555 Madison Avenue, 9th Floor
New York, New York 10022
Telephone (212) 765-9100
Facsimile (212) 765-0964

Andrew Kochanowski, Esq.
Sommers Schwartz, P.C.
2000 Town Center, Suite 900
Southfield, MI 48075
Telephone (800) 967-1234
Facsimile (248) 746-4001

Attorneys for Automotive Technologies International, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------x

| | |
|---|---|
| In re: | |
| DELPHI CORPORATION, *et al.*, | Chapter 11 |
| | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

----------------------------------------------------x

### *REVISED* NOTICE OF HEARING ON AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC.'S MOTION FOR RELIEF FROM AUTOMATIC STAY TO PROCEED WITH APPEAL OF PATENT LITIGATION

**PLEASE TAKE NOTICE,** that, upon the motion docketed in these cases as D.I. 3980 (the "Motion"), Automotive Technologies International, Inc. ("ATI"), by and through its counsel of record, Halperin Battaglia Raicht, LLP ("HBR"), will move before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, on June 16, 2006 at 10:00 a.m. (the "Hearing"), or as soon thereafter as counsel can be heard, for entry of an order

{00017018.2 / 0514-001}

lifting the automatic stay as it applies to ATI, and for other related relief for the reasons more fully set forth in the Motion.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief sought in the Motion must be in a writing, conform to the requirements of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules for the Southern District of New York.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief sought in the Motion must be filed (a)(i) through the Bankruptcy Court's electronic filing system (in accordance with General Order M-182), which may be accessed (with a password which is available by contacting the Bankruptcy Court's technical assistance at (212) 668-2870, ext. 3522, Monday through Friday, 8:30 a.m. to 5:00 p.m.) through the Internet at the Bankruptcy Court's website at: www.nysb.uscourts.gov, using Netscape Navigator software version 3.0 or higher, and (ii) in portable document format (PDF) using Adobe Exchange software for conversion; or (b) if a party is unable to file electronically, such party shall submit the objection in PDF format on a diskette in an envelope with the case name, case number, type and title of document, document number of the document to which the objection refers, and the file name on the outside of the envelope; or (c) if a party is unable to file electronically or use PDF format, such party shall submit the objection on diskette in either Word, WordPerfect, or DOS text (ASCII) format. An objection filed by a party with no legal representation shall comply with section (b) or (c) as set forth in this paragraph. A hard copy of the objection, whether filed pursuant to section (a), (b) or (c) as set forth in this paragraph, shall be delivered directly to the Chambers of the Honorable Robert D. Drain, at the above address, so as to be received no later than three (3) days prior to the Hearing. The

objection shall be served in accordance with General Order M-182 and the Order Under 11 U.S.C. §§102(1) and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing (i) Omnibus Hearing Dates, (ii) Certain Notice, Case Management, and Administrative Procedures, and (iii) Scheduling an Initial Case Conference in Accordance With Local Bank. R. 1007-2(e) dated October 14, 2005 (the "Procedures Order") and the Supplemental Order regarding procedures dated March 17, 2006 (the "March 17 Supplemental Order") so as to be received no later than the time for filing objections set forth in paragraph 13 of the March 17 Supplemental Order, upon (i) Halperin Battaglia Raicht, LLP, attorneys for ATI, 555 Madison Avenue, 9th Floor, New York, New York 10022, Attn: Christopher J. Battaglia, Esq.; and (ii) all parties set forth in paragraph 20 of the March 17 Supplemental Order.

**PLEASE TAKE FURTHER NOTICE**, that in accordance with paragraph 14 of the Procedures Order, if no objections to the relief sought in the Motion are timely filed, then the Court may enter an Order granting the relief requested without a hearing on the Motion.

Dated:  New York, New York
          June 8, 2006                             HALPERIN BATTAGLIA RAICHT, LLP

                                           By:     /s/ Christopher J. Battaglia
                                                   Christopher J. Battaglia (CB-4436)
                                                   Julie D. Dyas (JD-4178)
                                                   555 Madison Avenue, 9th Floor
                                                   New York, New York 10022
                                                   (212) 765-9100

{00017018.2 / 0514-001}

3