## SERVICE LIST

Delphi Corporation
Attn:  General Counsel
5725 Delphi Drive
Troy, MI 48098

Togut Segal & Segal LLP
Attn:  Neil Berger, Esq.
One Penn Plaza
New York, NY 10119

Skadden Arps Slate Meagher & Flom
Attn:  John Wm. Butler, Jr., Esq.
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Simpson Thacher & Bartlett LLP
Attn: Kenneth S. Ziman, Esq.
425 Lexington Avenue
New York, NY 10017

Davis Polk & Wardwell
Attn: Donald Bernstein, Esq.
450 Lexington Avenue
New York, NY 10017

Butzel & Long PC
Attn:  James Darien, Esq.
100 Bloomfield Hills Parkway, Suite 200
Bloomfield Hills, MI 48304

Latham & Watkins LLP
Attn:  Robert S. Rosenberg, Esq.
885 Third Avenue
New York, NY 10022

Office of the United States Trustee
Attn:  Alicia M. Leonhard, Esq.
33 Whitehall Street, Suite 2100
New York, NY 10004