WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Martin J. Bienenstock, Esq. (MB 3001)
Michael P. Kessler, Esq. (MK 7134)
Jeffrey L. Tanenbaum, Esq. (JT 9797)

Attorneys for General Motors Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
**In re**                                          :
                                                   :    **Chapter 11 Case No.**
                                                   :
**DELPHI CORPORATION, et al.,**                    :    **05-44481 (RDD)**
                                                   :
        Debtors.                       :    **(Jointly Administered)**
                                                   :
------------------------------------------------------------x

**MOTION PURSUANT TO RULE 2090-1(b)**
**OF THE LOCAL RULES OF THE UNITED**
**STATES BANKRUPTCY COURT FOR THE SOUTHERN**
**DISTRICT OF NEW YORK FOR ADMISSION *PRO HAC VICE***

        Michael P. Kessler ("Movant"), a member in good standing of the Bar of the State of New York, an attorney admitted to practice before the United States Bankruptcy Court for the Southern District of New York, and a member of Weil, Gotshal & Manges LLP ("WG&M"), hereby moves the Court to enter an order permitting Melanie Gray, also a member of WG&M, to practice *pro hac vice* before the United States Bankruptcy Court for the Southern District of New York as counsel for General Motors Corporation ("General Motors"), a creditor in the above-captioned chapter 11 cases, pursuant to Local Rule 2090-1(b) of the United States Bankruptcy Court for the Southern District of New York. In support of the Motion, Movant states as follows:

1.      Ms. Gray is a member in good standing of the Bar of the State of Texas, admitted to practice before all state courts in Texas since 1985.  Ms. Gray is admitted to practice before the United States District Court for the Southern and Northern Districts of Texas, the United States Court of Appeals for the Fifth Circuit, and the United States Supreme Court.  There are no disciplinary proceedings pending against her as a member of the Texas State Bar.

2.      In support of the relief requested in this Motion, attached as Exhibit A is a certificate pursuant to Local Rule 2090-1(b) of the United States Bankruptcy Court for the Southern District of New York.

3.      Movant requests that this Court approve this Motion so that Ms. Gray may file pleadings and appear and be heard at hearings in these chapter 11 cases.

4.      No previous request for the relief sought herein has been made to this or any other Court.

WHEREFORE, Movant respectfully requests that the Court enter an Order permitting Melanie Gray to appear *pro hac vice* in these chapter 11 cases and granting such other and further relief as is just.

Dated:  June 9, 2006
        New York, New York

/s/ Michael P. Kessler
Martin J. Bienenstock, Esq. (MB 3001)
Michael P. Kessler, Esq. (MK 7134)
Jeffrey L. Tanenbaum, Esq. (JT 9797)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for General Motors Corporation

## Exhibit A

I certify that I am eligible for admission to this Court, am admitted to practice in the jurisdictions specified in the Motion, and am in good standing in such jurisdictions; I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course, or in the preparation, of these chapter 11 cases, pursuant to Local Rule 2090-1(b) of the District Court for the Southern District of New York; and I have access to, or have acquired, a copy of the Local Rules of this Court and am generally familiar with such Rules.

I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: June 9, 2006

/s/ Melanie Gray
Melanie Gray, Esq.
Texas State Bar No. 08327980
Weil, Gotshal & Manges LLP
700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                          :
                                                               :    Chapter 11 Case No.
                                                               :
**DELPHI CORPORATION, et al.,**                                :    05-44481 (RDD)
                                                               :
           Debtors.                                            :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x

### ORDER GRANTING MOTION PURSUANT TO RULE 2090-1(b) OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK FOR ADMISSION *PRO HAC VICE*

Upon consideration of the Motion Pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York For Admission *Pro Hac Vice* (the "Motion"), seeking admission *pro hac vice* of Melanie Gray to represent General Motors Corporation ("General Motors"), a creditor in the above captioned chapter 11 cases, before the United States Bankruptcy Court for the Southern District of New York, as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and upon the Motion and all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing thereof, it is

ORDERED that Melanie Gray is permitted to appear *pro hac vice* as counsel to General Motors in the above-captioned chapter 11 cases, subject to the payment of the filing fee.

Dated: June ___, 2006
       New York, New York

```
                                        _____
                                        HONORABLE ROBERT D. DRAIN
                                        UNITED STATES BANKRUPTCY JUDGE
```