# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

In re:

        **DELPHI CORPORATION, et al,**

        Delphi Automotive Systems LLC

                Debtors.

In Proceedings For A
Reorganization Under
Chapter 11
Case No.: 05-44481
Jointly Administered
Case No.: 05-44640

-------------------------------------------------------------------X

### NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

        Amroc Investments, LLC
        535 Madison Avenue, 15th Floor
        New York, New York 10022
        Attention: David S. Leinwand, Esq.

A transfer in the amount of **$33,827.00** from:

        Hallmark Tools (Transferor)
        PO Box 331110
        Detroit, MI 48232-7110
        Attention: Mr. Mike Azzopardi

is acknowledged. By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim. Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.

Copy: Debtor's Attorney _____

Claims Agent _____

                _____

                Deputy Clerk