Bonnie Steingart (BS-8004)
FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP
(Proposed) Attorneys for Official Committee of Equity Security Holders
One New York Plaza
New York, New York 10004
(212) 859-8000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION,   et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**SUPPLEMENT TO EXPEDITED APPLICATION PURSUANT TO SECTIONS 328 AND 1103 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2014 FOR ORDER AUTHORIZING THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS TO RETAIN AND EMPLOY FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP AS COUNSEL *NUNC PRO TUNC* TO MAY 8, 2006**

TO THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE:

On June 6, 2006, the duly appointed official committee of equity security holders (the "Equity Committee") of Delphi Corporation and the other above-captioned debtors (collectively, the "Debtors") filed an application with this the Court (the "Application") for the entry of an order, pursuant to sections 328 and 1103 of title 11 of the United States Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure, authorizing and approving the Equity Committee's retention and employment of the law firm of Fried, Frank, Harris, Shriver & Jacobson LLP as counsel.

      Consistent with paragraph 11 of the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered by this Court on March 20, 2006 (Docket No. 2883) (as supplemented by Docket Nos. 2995, 3296, 3589, 3629, 3730 and 3824), the applicants requested that counsel to the Debtors and the Official Committee of Unsecured Creditors (the "Creditors' Committee") consent to the expedited treatment of the Application. The applicants stated that they would file a supplemental pleading to the Application indicating such parties' consent or lack thereof.

      This supplement is being filed to provide notice that the Debtors and the Creditors' Committee have consented to the request for expedited treatment of the Application.

Dated: New York, New York
       June 9, 2006

      FRIED, FRANK, HARRIS, SHRIVER
        & JACOBSON LLP
      One New York Plaza
      New York, New York 10004
      (212) 859-8000 (Telephone)
      (212) 859-4000 (Facsimile)

*Proposed Counsel for the Official Committee of Equity Security Holders*

By:    /s/ Bonnie Steingart
       Bonnie Steingart (BS-8004)

556086