IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :

In re                           :     Chapter 11
                                            :

DELPHI CORPORATION, et al.,       :     Case No. 05-44481 (RDD)
                                          :

                     Debtors.    :     (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants, LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On June 6, 2006, I caused to be served the document listed below (i) upon the parties listed on Exhibit A hereto via facsimile and (ii) upon the party listed on Exhibit B hereto via overnight delivery:

    1)  Notice of Intention to Enter Into Real Property Lease (Irvine, California Lease) [a copy of which is attached hereto as Exhibit C]

On June 6, 2006, I caused to be served the document listed below upon the parties listed on Exhibit D hereto via facsimile:

    2)  Notice of Intention to Renew Real Property De Minimis Lease (Washington, D.C. Lease) [a copy of which is attached hereto as Exhibit E]

Dated: June 9, 2006

                                             */s/ Evan Gershbein*
                                            Evan Gershbein

Subscribed and sworn to (or affirmed) before me on this 9th day of June, 2006, by Evan Gershbein, personally known to me or proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature :    */s/ Amy Lee Huh*

Commission Expires:   *3/15/09*

# EXHIBIT A

Delphi Corporation
Special Parties

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Davis, Polk & Wardwell | Donald Bernstein<br>Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092<br>212-450-4213 | 212-450-3092<br>212-450-3213 | donald.bernstein@dpw.com<br>brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler<br>Bonnie Steingart<br>Vivek Melwani<br>Jennifer L Rodburg<br>Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | rodbuje@ffhsj.com<br>sliviri@ffhsj.com | Proposed Counsel to Equity Security Holders Committee |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com<br>rtrust@stblaw.com<br>wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

6/8/2006 10:27 AM
Irvine Lease Notice Special Parties

# EXHIBIT B

Delphi Corporation
Special Parties

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|-------|------------------|
| United States Trustee | Alicia M. Leonhard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | Counsel to United States Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

6/8/2006 10:27 AM
Irvine Lease Notice Special Parties

# EXHIBIT C

**Objection Deadline:  June 20, 2006**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|                         |   |                          |
|-------------------------|---|--------------------------|
| In re                   | : | Chapter 11               |
|                         | : |                          |
| DELPHI CORPORATION, et al., | : | Case No.  05-44481 (RDD) |
|                         | : |                          |
| Debtors.                | : | (Jointly Administered)   |
|                         | : |                          |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


### NOTICE OF INTENTION TO ENTER INTO REAL PROPERTY LEASE
**(Irvine, California Lease)**

1.    <u>ORDER APPROVING ENTERING INTO NEW LEASES</u>

PLEASE TAKE NOTICE that on January 6, 2006, the United States Bankruptcy Court for the Southern District of New York entered an Order Under 11 U.S.C. §§ 363, 1107, And 1108 Approving Procedures To Enter Into Or Renew Real Property Leases Without Further Court Approval (the "Order," a copy of which is attached hereto as Exhibit 1).  The Order authorized the above-captioned debtors and debtors-in-possession (the "Debtors") to enter into the following real property lease (the "Lease") upon notice to the Notice Parties (as defined in the Order) without further Court approval:

Location Of Lease:

**One Vanderbilt
Irvine, California  92618**

2.    <u>LEASE EFFECTIVE DATE</u>

PLEASE TAKE FURTHER NOTICE that the Debtors intend to enter into the Lease on or after June 21, 2006, unless an objection is served in the manner described in the Order.

3.      <u>LESSOR</u>

Western States Technologies Holdings, Inc.

PLEASE TAKE FURTHER NOTICE that the Lessor under the Lease is not an "insider" of any of the Debtors as defined in 11 U.S.C. §101(31).

4.      <u>DESCRIPTION OF LEASE TERMS</u>

PLEASE TAKE FURTHER NOTICE that a description of the terms of the Lease is attached hereto as Exhibit 2.

Dated: New York, New York
      June 6, 2006

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By:   /s/ John Wm. Butler, Jr.
     John Wm. Butler, Jr. (JB 4711)
     John K. Lyons (JL 4951)
     Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

- and -

By:   /s/ Kayalyn A. Marafioti
     Kayalyn A. Marafioti (KM 9632)
     Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, <u>et al.</u>,
     Debtors and Debtors-in-Possession

2

Exhibit 1 - Order

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                        :
        In re                           :    Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :    Case No. 05-44481 (RDD)
                                        :
                          Debtors.      :    (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER UNDER 11 U.S.C. §§ 363, 1107, AND 1108 APPROVING
PROCEDURES TO ENTER INTO OR RENEW REAL PROPERTY
LEASES WITHOUT FURTHER COURT APPROVAL

("LEASE PROCEDURES ORDER")

Upon the motion, dated December 16, 2005 (the "Motion"), of Delphi Corporation

and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the

above-captioned cases (collectively, the "Debtors"), for an order (the "Order") under 11 U.S.C. §§

365, 1107, and 1108 approving procedures to enter into new or renew existing non-residential leases

or subleases of real property (the "Leases") without further Court approval; and upon the record of

the hearing held on the Motion; and this Court having determined that the relief requested in the

Motion is in the best interests of the Debtors, their estates, their creditors, and other parties-in-

interest; and it appearing that proper and adequate notice of the Motion has been given and that no

other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause

appearing therefor it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1.  The Motion is GRANTED as provided herein.



2.    The Debtors are hereby authorized but not directed to enter into or renew the Leases without further Court approval, subject to the procedures set forth below.

3.    For a Lease with average Lease obligations of $200,000 or less per annum or Lease obligations of $1 million or less in the aggregate (a "De Minimis Lease"), the Debtors shall be authorized but not directed to enter into or renew a De Minimis Lease without further Bankruptcy Court approval.  The Debtors, however, shall use reasonable efforts to provide notice of the terms of any De Minimis Lease it intends to enter into to counsel for the Official Committee of Unsecured Creditors prior to entering into such De Minimis Lease.  In the event Debtors are unable to provide such notice to counsel for the Official Committee of Unsecured Creditors prior to entering into a De Minimis Lease, Debtors shall provide such notice after the Debtors enter into the De Minimis Lease.  Notwithstanding the foregoing, if a lessor under a De Minimis Lease is an "insider" as defined in section 101(31) of the Bankruptcy Code, the Debtors shall comply with the procedures set forth in paragraph 4 herein.

4.    For a Lease with average lease obligations of $200,001 or more per annum or Lease obligations in excess of $1 million up to and including $5 million in the aggregate, the Debtors shall give notice of their intention to enter into or renew such Lease (the "Lease Notice") to (a) the Office of the United States Trustee for the Southern District of New York, (b) counsel for the Official Committee of Unsecured Creditors, (c) counsel for the agent under the Debtors' prepetition credit facility, and (d) counsel for the agent under the Debtors' post-petition facility (collectively, the "Notice Parties").  The Debtors shall serve the Lease Notice by facsimile, overnight delivery, or hand delivery.  The Lease Notice shall include the following information: (a) the proposed Lease to be entered into or renewed, (b) the identity of the lessor (including a statement as to whether the proposed lessor is an "insider" as defined in section 101(31) of the

2

Bankruptcy Code), and (c) a description of the terms of the proposed Lease.  The Notice Parties

shall have ten business days following initial receipt of the Lease Notice to object to or request

additional time to evaluate the proposed Lease.  If counsel to the Debtors receives no written

objection or written request for additional time prior to the expiration of such ten business day

period, the Debtors shall be authorized to enter into or renew the Lease.  If a Notice Party objects

to the proposed Lease within ten business days after the Lease Notice is received, the Debtors

and such objecting Notice Party shall meet and confer in an attempt to negotiate a consensual

resolution.  Should either party determine that an impasse exists, then the Debtors shall move the

Bankruptcy Court for authority to enter into or renew the Lease, as the case may be, upon notice

to the objecting party and other parties-in-interest in accordance with the Court's Case

Management Order entered on October 14, 2005 ("Case Management Order").

   5.   For a Lease with Lease obligations in excess of $5 million in the aggregate,

the Debtors will be authorized to enter into the Lease only after obtaining Bankruptcy Court

approval of the proposed Lease after notice and a hearing.

   6.   This Court shall retain jurisdiction to hear and determine all matters arising

from the implementation of this Order.

   7.   The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the

United States Bankruptcy Court for the Southern District of New York for the service and filing

of a separate memorandum of law is deemed satisfied by the Motion.

Dated:  New York, New York
    January 6, 2006


       /s/ Robert D. Drain
       UNITED STATES BANKRUPTCY JUDGE

<u>Exhibit 2 - Lease Terms</u>

| | | |
|---|---|---|
| 1. Landlord: | Western States Technologies Holdings, Inc. | |
| | Attn: Trent Walker | |
| | 18500 Von Karman Avenue, #150 | |
| | Irvine, California 92612 | |
| | | |
| 2. Tenant: | Delphi Automotive Systems LLC | |
| | | |
| 3. Premises: | 25,665 square feet | |
| | | |
| | One Vanderbilt, Irvine, California 92618 | |
| | | |
| 4. Commencement Date: | July 1, 2006 | |
| | | |
| 5. Expiration Date: | June 30, 2011 | |
| | | |
| 6. Security Deposit: | $25,665 | |
| | | |
| 7. Monthly Base Rent: | First Lease Year: | $25,665 |
| | Second Lease Year: | $26,948 |
| | Third Lease Year: | $28,232 |
| | Fourth Lease Year: | $29,515 |
| | Fifth Lease Year: | $30,798 |
| | | |
| 8. Common Area Expense, Taxes, And Utilities: | This is a Single Tenant Building: Delphi is solely responsible for maintenance, taxes and utilities. The estimated operating expenses for 2006 are $0.22/per square foot/month = $5,646.30/month. | |
| | | |
| 9. Tenant Improvement Allowance: | $125,000 | |
| | | |
| 10. Permitted Use: | Office, High Tech/Research and Development, part testing, and limited manufacture of prototypes. | |
| | | |
| 11. Extension Option: | None | |

# EXHIBIT D

Delphi Corporation
Special Parties

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler<br>Bonnie Steingart<br>Vivek Melwani<br>Jennifer L Rodburg<br>Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | rodbuje@ffhsj.com<br>sliviri@ffhsj.com | Proposed Counsel to Equity Security Holders Committee |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

6/8/2006 10:27 AM
Washington DC Lease Notice Special Parties

# EXHIBIT E

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|                                   |   |                          |
|-----------------------------------|---|--------------------------|
| In re                             | : | Chapter 11               |
|                                   | : |                          |
| DELPHI CORPORATION, et al.,       | : | Case No.  05-44481 (RDD) |
|                                   | : |                          |
| Debtors.                          | : | (Jointly Administered)   |
|                                   | : |                          |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF INTENTION TO RENEW REAL PROPERTY
## DE MINIMIS LEASE
**(Washington, D.C. Lease)**

1.    ORDER APPROVING ENTERING INTO NEW LEASES

PLEASE TAKE NOTICE that on January 6, 2006, the United States Bankruptcy
Court for the Southern District of New York entered an Order Under 11 U.S.C. §§ 363,
1107, and 1108 Approving Procedures To Enter Into Or Renew Real Property Leases
Without Further Court Approval (the "Order," a copy of which is attached hereto as
Exhibit 1).  The Order authorized the above-captioned debtors and debtors-in-possession
(the "Debtors") to enter into the following real property lease (the "De Minimis Lease")
and deliver notice to the Notice Parties (as defined in the Order) without further Court
approval:

Location Of Lease:

**1301 Pennsylvania Avenue
Suites 109 & 116
Washington, D.C.  20004**

2.    LEASE EFFECTIVE DATE

PLEASE TAKE FURTHER NOTICE that the Debtors entered into the De
Minimis Lease on April 1, 2006.

3.      <u>LESSOR</u>

CINERGY Corporation

PLEASE TAKE FURTHER NOTICE that the Lessor under the De Minimis Lease is not an "insider" of any of the Debtors as defined in 11 U.S.C. §101(31).

4.      <u>DESCRIPTION OF LEASE TERMS</u>

PLEASE TAKE FURTHER NOTICE that a description of the terms of the De Minimis Lease is attached hereto as Exhibit 2.

Dated: New York, New York
        June 6, 2006

SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP

By:   /s/ John Wm. Butler, Jr.
        John Wm. Butler, Jr. (JB 4711)
        John K. Lyons (JL 4951)
        Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

        - and -

By:   /s/ Kayalyn A. Marafioti
        Kayalyn A. Marafioti (KM 9632)
        Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, <u>et al.</u>,
        Debtors and Debtors-in-Possession

2

Exhibit 1 - Order

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                        :

In re                          :     Chapter 11
                                          :

DELPHI CORPORATION, et al.,     :     Case No. 05-44481 (RDD)
                                          :

                     Debtors.   :     (Jointly Administered)
                                          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### ORDER UNDER 11 U.S.C. §§ 363, 1107, AND 1108 APPROVING PROCEDURES TO ENTER INTO OR RENEW REAL PROPERTY <u>LEASES WITHOUT FURTHER COURT APPROVAL</u>

### ("LEASE PROCEDURES ORDER")

Upon the motion, dated December 16, 2005 (the "Motion"), of Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for an order (the "Order") under 11 U.S.C. §§ 365, 1107, and 1108 approving procedures to enter into new or renew existing non-residential leases or subleases of real property (the "Leases") without further Court approval; and upon the record of the hearing held on the Motion; and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1.   The Motion is GRANTED as provided herein.



2.    The Debtors are hereby authorized but not directed to enter into or renew the Leases without further Court approval, subject to the procedures set forth below.

3.    For a Lease with average Lease obligations of $200,000 or less per annum or Lease obligations of $1 million or less in the aggregate (a "De Minimis Lease"), the Debtors shall be authorized but not directed to enter into or renew a De Minimis Lease without further Bankruptcy Court approval.  The Debtors, however, shall use reasonable efforts to provide notice of the terms of any De Minimis Lease it intends to enter into to counsel for the Official Committee of Unsecured Creditors prior to entering into such De Minimis Lease.  In the event Debtors are unable to provide such notice to counsel for the Official Committee of Unsecured Creditors prior to entering into a De Minimis Lease, Debtors shall provide such notice after the Debtors enter into the De Minimis Lease.  Notwithstanding the foregoing, if a lessor under a De Minimis Lease is an "insider" as defined in section 101(31) of the Bankruptcy Code, the Debtors shall comply with the procedures set forth in paragraph 4 herein.

4.    For a Lease with average lease obligations of $200,001 or more per annum or Lease obligations in excess of $1 million up to and including $5 million in the aggregate, the Debtors shall give notice of their intention to enter into or renew such Lease (the "Lease Notice") to (a) the Office of the United States Trustee for the Southern District of New York, (b) counsel for the Official Committee of Unsecured Creditors, (c) counsel for the agent under the Debtors' prepetition credit facility, and (d) counsel for the agent under the Debtors' post-petition facility (collectively, the "Notice Parties").  The Debtors shall serve the Lease Notice by facsimile, overnight delivery, or hand delivery.  The Lease Notice shall include the following information: (a) the proposed Lease to be entered into or renewed, (b) the identity of the lessor (including a statement as to whether the proposed lessor is an "insider" as defined in section 101(31) of the

2

Bankruptcy Code), and (c) a description of the terms of the proposed Lease.  The Notice Parties

shall have ten business days following initial receipt of the Lease Notice to object to or request

additional time to evaluate the proposed Lease.  If counsel to the Debtors receives no written

objection or written request for additional time prior to the expiration of such ten business day

period, the Debtors shall be authorized to enter into or renew the Lease.  If a Notice Party objects

to the proposed Lease within ten business days after the Lease Notice is received, the Debtors

and such objecting Notice Party shall meet and confer in an attempt to negotiate a consensual

resolution.  Should either party determine that an impasse exists, then the Debtors shall move the

Bankruptcy Court for authority to enter into or renew the Lease, as the case may be, upon notice

to the objecting party and other parties-in-interest in accordance with the Court's Case

Management Order entered on October 14, 2005 ("Case Management Order").

      5.   For a Lease with Lease obligations in excess of $5 million in the aggregate,

the Debtors will be authorized to enter into the Lease only after obtaining Bankruptcy Court

approval of the proposed Lease after notice and a hearing.

      6.   This Court shall retain jurisdiction to hear and determine all matters arising

from the implementation of this Order.

      7.   The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the

United States Bankruptcy Court for the Southern District of New York for the service and filing

of a separate memorandum of law is deemed satisfied by the Motion.

Dated:    New York, New York
         January 6, 2006


                    /s/ Robert D. Drain
                    UNITED STATES BANKRUPTCY JUDGE

<u>Exhibit 2 - Lease Terms</u>

1.  Landlord:                               CINERGY Corporation
                                            c/o Joyce L. Gamm
                                            139 East 4th Street
                                            Mail Drop EM740
                                            Cincinnati, OH  45202

2.  Tenant:                                 Delphi Automotive Systems LLC

3.  Premises:                               400 square feet in the aggregate of office space

                                            1301 Pennsylvania Avenue
                                            Suites 109 & 116
                                            Washington, D.C.  20004

4.  Commencement Date:                      April 1, 2006

5.  Expiration Date:                        November 30, 2007

6.  Quarterly Base Rent And
    Operating Expenses:                     1st Installment for the period of 04/01/2006 -
                                            06/30/2006:  $11,726.29
                                            2nd Installment for the period of 07/01/2006 -
                                            09/30/2006:  $11,726.29
                                            3rd Installment for the period of 10/01/2006 -
                                            12/31/2006:  $11,878.40
                                            4th Installment for the period of 01/01/2007 -
                                            03/31/2007:  $12,182.63
                                            5th Installment for the period of 04/01/2007 -
                                            06/30/2007:  $12,182.63
                                            6th Installment for the period of 07/01/2007 -
                                            09/30/2007:  $12,182.63
                                            7th Installment for the period of 10/01/2007 -
                                            11/30/2007:  $8,121.75

7.  Fixed Copier Expenses:                  April 1, 2006 - September 30, 2007:
                                            $348.39 per installment
                                            October 1, 2007 and November 30, 2007:
                                            $232.27

8.  Permitted Use:                          Office

9.  Extension Option:                       None