BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
(317) 236-1313
Mark R. Owens (MO 9742)

Attorneys for Universal Tool and
Engineering Company, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | Jointly Administered |

----------------------------------------------------------x

MOTION PURSUANT TO
RULE 2090-1(b) OF THE LOCAL RULES
OF THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
FOR ADMISSION *PRO HAC VICE*

Mark R. Owens ("Movant"), an attorney admitted to practice before the United States Bankruptcy Court for the Southern District of New York, and an associate at Barnes & Thornburg LLP ("Barnes & Thornburg"), hereby submits this Motion (the "Motion") for an order permitting Michael K. McCrory, a partner at Barnes & Thornburg, to practice *pro hac vice* before the United States Bankruptcy Court for the Southern District of New York and to appear and represent Universal Tool and Engineering Company, Inc. ("Universal Tool"), a creditor in the above-captioned chapter 11 cases, under Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York (the "Local Rules").

In support of the Motion, the Movant states as follows:

1. Michael K. McCrory is a partner at Barnes & Thornburg and has appeared regularly in federal and state jurisdictions across the country. Based on the certification below, Mr. McCrory is admitted, practicing, and in good standing as a member of the bar of the State of Indiana and admitted to practice before the United States District Court for the Northern and Southern Districts of Indiana, the Seventh Circuit Court of Appeals, and the United States Supreme Court.

2. Mr. McCrory has been practicing law since 1979.

3. To the best of my knowledge, there are no disciplinary proceedings pending against Mr. McCrory.

4. The Movant requests that this Court grant this Motion so that Mr. McCrory may file pleadings and appear and be heard at hearings in the above-captioned chapter 11 cases.

5. Pursuant to the certification below, Mr. McCrory submits to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the course of these cases. In addition, as indicated on the certification below, Mr. McCrory has acquired or has access to a copy of the Local Rules and is generally familiar with such rules.

6. Mr. McCrory is submitting a fee of $25 upon the filing of this Motion.

### Memorandum Of Law

7. Because the legal points and authorities upon which this Motion relies are incorporated herein, the Movant respectfully requests that the requirement of the service and filing of a separate memorandum of law under Local Rule 9013-1(b) be deemed satisfied.

WHEREFORE, the Movant respectfully requests that this Court enter an order (a) permitting Michael K. McCrory to appear *pro hac vice* as counsel for Universal Tool in these chapter 11 cases and (b) granting such other and further relief as is just.

Dated: Indianapolis, Indiana
June 9, 2006

/s/ Mark R. Owens
Mark R. Owens (MO 9742)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313

Attorneys for Universal Tool and
Engineering Company, Inc.

## CERTIFICATION

The undersigned certifies that he is eligible for admission to this Court, is admitted to practice, and is in good standing in the jurisdictions set forth in the Motion, submits to the disciplinary jurisdiction of this Court for any alleged misconduct that arises in the course of these chapter 11 cases pursuant to the Local Rules of the United States Bankruptcy Court for the Southern District of New York, and has acquired or has access to a copy of such rules and is generally familiar with such rules.

Dated: Indianapolis, Indiana
June 9, 2006

Michael K. McCrory
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313

INDS01 KSTREED 856181v1