WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Martin J. Bienenstock, Esq. (MB 3001)
Michael P. Kessler, Esq. (MK 7134)
Jeffrey L. Tanenbaum, Esq. (JT 9797)

- and -

HONIGMAN MILLER SCHWARTZ
AND COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583
Telephone: (313) 465-7000
Facsimile: (313) 465-8000
Robert B. Weiss, Esq.
Frank L. Gorman, Esq.

Attorneys for General Motors Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
**In re**                                              :
                                                       :    **Chapter 11 Case No.**
                                                       :
**DELPHI CORPORATION, et al.,**                        :    **05-44481 (RDD)**
                                                       :
        Debtors.                                       :    **(Jointly Administered)**
                                                       :
-------------------------------------------------------------x

**CORRECTED AFFIDAVIT OF SERVICE**

State of New York   )
                    )   ss.:
County of New York  )

      Kathleen Lee, being duly sworn, hereby deposes and says:

      1.    I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Weil, Gotshal & Manges LLP, having offices at 767 Fifth Avenue, New York, New York 10153.

      2.    On the 5th day of June 2006, I caused a true and correct copy of the

following listed pleadings to be served (i) upon the parties listed on **Exhibit A** at the addresses set forth therein by electronic mail and hand delivery, (ii) upon the parties listed on **Exhibit B** at the addresses set forth therein by electronic mail, and FedEx overnight delivery and (iii) upon the parties listed on **Exhibit C** at the addresses set forth therein by hand delivery:

- ✓ Redacted Supplemental Objection and Memorandum of Law of General Motors Corporation In Opposition to Debtors' Motion for Order Under 11 U.S.C. § 365 and Fed. R. Bankr. P. 6006 Approving Rejection of Certain Executory Contracts;
- ✓ Redacted Declaration of Greg Ruselowksi;
- ✓ Redacted Declaration of Kevan B. Parekh; and
- ✓ Redacted Declaration of Jeffrey L. Baliban.

3.  In addition, on the 5th day of June 2006, I caused a true and correct copy of the following pleadings to be served upon (i) Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for the Debtors, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606, Attention: John Wm. Butler, Jr., Esq. at the addresses set forth therein by FedEx overnight delivery:

- ✓ Unredacted Supplemental Objection and Memorandum of Law of General Motors Corporation In Opposition to Debtors' Motion for Order Under 11 U.S.C. § 365 and Fed. R. Bankr. P. 6006 Approving Rejection of Certain Executory Contracts;
- ✓ Unredacted Declaration of Greg Ruselowksi;
- ✓ Unredacted Declaration of Kevan B. Parekh; and
- ✓ Unredacted Declaration of Jeffrey L. Baliban;

4.  In addition, on the 5th day of June 2006, I caused a true and correct copy of the following pleadings to be served upon (i) the chambers of the Honorable

Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court, U.S. Customs House , One Bowling Green, New York, NY 10004 at the addresses set forth therein by hand delivery:

- ✓ Unredacted Supplemental Objection and Memorandum of Law of General Motors Corporation In Opposition to Debtors' Motion for Order Under 11 U.S.C. § 365 and Fed. R. Bankr. P. 6006 Approving Rejection of Certain Executory Contracts;

- ✓ Unredacted Declaration of Greg Ruselowksi;

- ✓ Unredacted Declaration of Kevan B. Parekh; and

- ✓ Unredacted Declaration of Jeffrey L. Baliban;

    5.  On the 6th day of June 2006, I caused a true and correct copy of the following listed pleadings to be served (i) upon the parties listed on **Exhibit A** at the addresses set forth therein by electronic mail and hand delivery, (ii) upon the parties listed on **Exhibit B** at the addresses set forth therein by electronic mail, and FedEx overnight delivery and (iii) upon the parties listed on **Exhibit C** at the addresses set forth therein by hand delivery:

- ✓ Corrected Redacted Declaration of Greg Ruselowksi;

              /s/ Kathleen Lee
              Kathleen Lee

Sworn to before me this
 9th day of June 2006

/s/ Sarah Phillips
   Notary Public

SARAH PHILLIPS
Notary Public, State of New York
Reg. NO. 01PH6123619
Qualified in New York County
Commission Expired on 3/7/2009

## EXHIBIT A

**By Electronic Mail and Hand Delivery**

Skadden, Arps, Slate, Meagher & Flom LLP
Attorneys for the Debtors
Four Times Square
New York, NY 10036
Attn.:  Kayalyn A. Marafioti, Esq.
          Thomas J. Matz, Esq.
kmarafio@skadden.com
tmatz@skadden.com

Shearman & Sterling LLP
Special Counsel for the Debtors
599 Lexington Avenue
New York, New York 10022
Att'n: Douglas P. Bartner, Esq.
          Jill Frizzley, Esq.
dbartner@shearman.com
jfrizzley@shearman.com


Latham & Watkins LLP
Counsel to Creditors' Committee
885 Third Avenue, Suite 1000
New York, NY 10022-4834
Attn.:  Robert J. Rosenberg, Esq.
          Mark A. Broude, Esq.
          Mitchell A. Seider, Esq.
robert.rosenberg@lw.com
mark.broude@lw.com
Mitchell.seider@lw.com

Davis Polk & Wardwell
Attorneys for the Agent and the Joint Lead Arrangers
450 Lexington Avenue
New York, NY 10017
Att'n:  Donald Bernstein, Esq.
          Marlane Melican, Esq.,
Donald.bernstein@dpw.com
marlane.melican@dpw.com

Simpson Thacher & Bartlett LLP
Attorneys for the Pre-Petition Agent
425 Lexington Avenue
New York, New York 10017
Att'n:  Kenneth S. Ziman, Esq.,
          Robert H. Trust, Esq.,
          Marissa Wesely, Esq.
          Williamd T. Russell, Esq.
kziman@stblaw.com
rtrust@stblaw.com
mwesely@stblaw.com
wrussell@stblaw.com

NY2:\1652532\02\ZF3_02!.DOC\72240.5726

## **EXHIBIT B**

**By Electronic Mail, Facsimile and FedEx**

Skadden, Arps, Slate, Meagher & Flom LLP
Attorneys for the Debtors
333 West Wacker Drive
Chicago, Illinois 60606,
Att'n: John Wm. Butler, Jr., Esq.
      John K. Lyons, Esq.
        Ron E. Meisler, Esq.
jbutler@skadden.com
dspringe@skadden.com
jlyonsch@skadden.com
rmeisler@skadden.com"

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098-2815
Att'n General Counsel
sean.p.corcoran@delphi.com
Karen.j.craft@delphi.com

## **EXHIBIT C**

**By Hand Delivery**

The Office of the United States Trustee
for the Southern District of New York
Att'n: Alicia M. Leonard, Esq.
33 Whitehall Street, 21st floor
New York, NY 10004

The Honorable Robert D. Drain
United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, NY 10004