John S. Brannon
Texas Bar No. 0289550
THOMPSON & KNIGHT LLP
1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201
(214) 969-1505   Telephone
(214) 999-1608   Facsimile

Ira L. Herman
New York Bar No. 1853956
THOMPSON & KNIGHT LLP
919 Third Avenue, 39th Floor
New York, New York 10022-3915
(212) 751-3045 Telephone
(214) 999-9139 Facsimile

**Attorneys for Victory Packaging**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
## MANHATTAN DIVISION

| | |
|---|---|
| IN RE: § | |
| § | **CASE NO. 05-44481** |
| **DELPHI CORPORATION,** § | |
| § | |
| **DEBTOR.** § | |
| § | |

## AMENDED NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that pursuant to §1109(b) of the United States Bankruptcy Code and Rules 2002, 4001 and 9010(b) of the Bankruptcy Rules, the undersigned requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon:

John S. Brannon
THOMPSON & KNIGHT LLP
1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201-4693
(214) 969-1505 Telephone
(214) 969-1609 Facsimile
john.brannon@tklaw.com Electronic Mail

-and-

        Ira L. Herman
        THOMPSON & KNIGHT LLP
        919 Third Avenue, 39th Floor
        New York, New York 10022-3915
        (212) 751-3045 Telephone
        (214) 999-9139 Facsimile
        ira.herman@tklaw.com Electronic Mail

Please take further notice that pursuant to §1109(b) of the United States Bankruptcy Code, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or pleadings, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

This notice amends and replaces the previous notice of appearance filed by John S. Brannon in this case on October 24, 2005 (docket number 571).

Dated: May 19, 2006

        Respectfully submitted,

        By: ___/s/ Ira L. Herman_____

        Thompson & Knight LLP
        Ira L. Herman
        New York Bar No. 1853936
        John S. Brannon
        Texas Bar No. 0289550
        919 Third Avenue, 39th Floor
        New York, New York 10022-3915
        (212) 751-3045 Telephone
        (214) 999-9139 Facsimile

        ATTORNEYS FOR
        VICTORY PACKAGING