## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Amended Notice of Appearance and Request For Service of Papers was served on the attached Master Service List via overnight mail and on the attached 2002 List by electronic transmission or facsimile on this the 19th day of May, 2006.

/s/  Ira L. Herman
         Ira L. Herman