| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Hearing Date: July 19, 1006<br>Hearing Time: 10:00 a.m. |

---------------------------------------------------------
In re:                                              :        Chapter 11
                                                    :
DELPHI CORP., *et al.*,                             :        Case No. 05-44481 (RDD)
                                                    :
            Debtors.                                :        (jointly administered)
---------------------------------------------------------  x

**AFFIRMATION OF SERVICE**

I, Alicia M. Leonhard, declare under penalty of perjury that:

1. I am an attorney with the Office of the United States Trustee for the Southern District of New York.

2. On June 9, 2006, I caused a true and correct copy of (1) the Notice of Hearing on Fee Committee's Application for an Order Authorizing Retention of Legal Cost Control as Fee and Expense Analyst, *Nunc Pro Tunc* to June 1, 2006, Pursuant to §§ 327(a) and 328, (2) Fee Committee's Application for an Order Authorizing Retention of Legal Cost Control as Fee Analyst Pursuant to §§ 327(a) and 328 of the Bankruptcy Code (3) Exhibit A and (4) Exhibit B (collectively, the "Application"), to be served by mail upon each of the parties on the attached list, by depositing a true copy of the Application in a sealed envelope, with postage pre-paid thereon, in an official depository of the U.S. Postal Service within the City and State of New York.

Dated: New York, NY
       June 9, 2006

                                                        /s/ Alicia M. Leonhard
                                                        Alicia M. Leonhard

- 1 -

## LIST FOR AFFIRMATION OF SERVICE

DELPHI CORPORATION
5725 DELPHI DRIVE
TROY, MICHIGAN 48098
ATTN: DAVID M. SHERBIN, ESQ.

JACK BUTLER, ESQ.
SKADDEN ARPS
333 WEST WACKER DRIVE, SUITE 2100, CHICAGO, IL 60606

ROBERT ROSENBERG, ESQ.
LATHAM & WATKINS
885 THIRD AVENUE
NEW YORK, NY 10022

JOHN J. MARQUESS, ESQ.,
LEGAL COST CONTROL
255 KINGS HIGHWAY EAST
HADDONFIELD, NJ 08033

KENNETH S. ZIMAN, ESQ.
SIMPSON THACHER & BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

BONNIE STEINGART, ESQ.
VIVEK MELWANI, ESQ.
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON, LP
ONE NEW YORK PLAZA
NEW YORK, NY 10004

MARLANE MELICAN, ESQ.
DAVIS POLK & WARDWELL
450 LEXINGTON AVENUE
NEW YORK, NEW YORK 10017