SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
David E. Springer (DS 9331)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                           :
    In re                      :        Chapter 11
                           :
DELPHI CORPORATION, et al.,   :        Case No. 05-44481 (RDD)
                           :
               Debtors.   :        (Jointly Administered)
                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DEBTORS-APPELLEES' RULE 8006 DESIGNATION
OF ADDITIONAL RECORD ITEMS ON APPEAL

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure (the "Rules"), appellees Delphi Corporation and certain of its subsidiaries and affiliates, debtors, and debtors-in-possession in the above-captioned cases (collectively, "Delphi," the "Debtors," or "Debtors-Appellees"), hereby submit their designation of additional items to be included in the record on appeal (the "Debtors' Designation of Record") in connection with the Notice of Appeal and appellate record designations filed in the above-captioned case by Wilmington Trust Company ("Wilmington Trust" or "Appellant") on May 18, 2006 (Docket No. 3813), and May 30, 2006 (Docket No. 3961), respectively; and the Notice of Appeal filed by Appaloosa Management L.P., and Lampe Conway & Co., LLC (collectively, the "Ad Hoc Shareholders Group") on May 31, 2006 (Docket No. 3974).[1]

I.      Designation Of Record

The following additional items are to be included in the record on appeal:

---

[1] Submission by the Debtors of their Designation of Record is not intended to be, and should not be construed as, an admission, concession, or agreement that this Court has jurisdiction to entertain either Appellant's appeal, or that either Appellant has complied with the rules and requirements pertaining to appeals taken from orders of the Bankruptcy Court. In this regard, the Debtors reserve all of their rights to challenge these appeals, including the appealability of the Bankruptcy Court's subject order, both on substantive and procedural grounds.

| Designation No. | Date | Docket No. | Description |
|---|---|---|---|
| D-1 | 04/05/06 | n/a | Exhibits for the Deposition of John D. Sheehan, held on April 5, 2006 (deposition transcript designated by Wilmington Trust as Designation 29) |
| D-2 | 04/05/06 | 3125 | Stipulation and Agreed Protective Order Governing Production and Use of Confidential and Highly Confidential Information in Connection with the Motion or Order Under 11 U.S.C. § 363(b) and Fed. R. Bankr. P. 6004 Approving Debtors' Human Capital Hourly Attrition Programs (Trial Ex. 28) |

Dated:    New York, New York
          June 9, 2006

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:   /s/ John Wm. Butler
    John Wm. Butler, Jr. (JB 4711)
    David E. Springer (DS 9331)
    John K. Lyons (JL 9331)
    Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700

- and -

By:   /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession and
    Appellees

3