UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:                                              Chapter 11
DELPHI CORPORATION, et al.,                         Case No. 05-44481
                                                    (Jointly Administered)
                        Debtors.
---------------------------------------------------------------X

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(e)(1)

Transferor:   Hennessey Capital Solutions
              Hennessey Capital Funding Corp, assignee
              Flow Dry Technology, Ltd.
              P.O. Box 673305
              Detroit, MI 48267
              Attn: Candace M. Pavliscak

Transferee:   Flow Dry Technology, Ltd.
              379 Albert Road
              Brookville, OH 45309
              Attn: Robin Anderson

A transfer of all right, title and interest in and to the schedule amount held by Hennessey Capital Solutions, Hennessey Capital Funding Corp, assignee Flow Dry Technology, Ltd. (the "Transferor") in the amount of **$208,474.22** against **Delphi Automotive Systems LLC** and its affiliates.

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

    United States Bankruptcy Court
    Alexander Hamilton Custom House
    Attn: Bankruptcy Clerk
    One Bowling Green
    New York, NY 10004-1408

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
    Refer to INTERNAL CONTROL No. _____ in your objection.
    If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent_____ Transferee_____ Debtor's Attorney _____

                                                    _____
                                                    Deputy Clerk



**Hennessey CAPITAL**

DETROIT

TAMPA

BOSTON

26321 Woodward Ave.

Huntington Woods, MI 48070-1352

tel: (248) 658-1100

fax: (248) 658-1104

HennesseyCap.com

Candace M. Pavliscak

March 13, 2006

<u>U.S. First Class Mail</u>

Mr. Doug LeConey
Flow Dry Technology, Ltd.
379 albert Road
Brookville, OH 45309

Re:   Delphi Receivables

Dear Mr. ~~Perlman~~ LeConey:

Flow Dry Technology, Ltd. ("Flow Dry") entered into a contract with GecGen, LLC ("GecGen"), formerly known as Hennessey Capital Funding Corp. ("HCFC"), for purchase of Delphi account receivables. Due to the assignment notice to Delphi, HCFC is listed as the assignee for pre-petition account receivables in the Delphi bankruptcy. As GecGen does not own the receivables listed, Flow Dry is responsible for filing any Proof of Claim for any receivables due Flow Dry from Delphi not owned by GecGen.

As assignee, HCFC releases its interest in those non-purchased receivables noted in the Delphi bankruptcy matter and requests those monies be directed to Flow Dry Technology, Ltd..

**Again, Hennessey Capital Funding Corp., or GecGen, will not be filing a Proof of Claim. Flow Dry Technology, Ltd. is responsible for filing any claim against the bankruptcy for receivables due Flow Dry from Delphi.**

Should you have any questions, please do not hesitate to contact our office at (248) 658-1100 x204.

Sincerely,

GecGen, LLC

*Candace M Pavliscak*

Candace M. Pavliscak
Chief Risk Officer

CP/sb