United States Bankruptcy Court
For the Southern District Of New York

| | |
|---|---|
| DELPHI/MOBILEARIA, INC. | } Chapter 11 }  } } } } Case No.05-47474 } } } |
| Debtor | } Amount $1,878.63 |

**Amended Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
To: Transferor: (Related Docket No. 3909)

**MANAGECOMM INC**
**2160 FLETCHER PKWY**
**EL CAJON, CA 92020**

The transfer of your claim as shown above in the amount of $1,878.63 amends a previously filed notice of transfer of claim that was filed on 5/25/2006 the claim has been transferred to:

    Liquidity Solutions, Inc
    d/b/a Revenue Management
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

    By:/s/ Mike Richards
    Liquidity Solutions, Inc.
    d/b/a Revenue Management
    (201) 968-0001

805294

------------------------------------------------ (CUT HERE) ------------------------------------------------

**TRANSFER NOTICE**

MANAGECOMM INC ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: **DELPHI MEDICAL SYSTEMS COLORADO CORP** (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the MANAGECOMM INC Claims of Assignor in the aggregate amount of **$1,878.63** representing all claims against the Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 05-44507, subject to the terms of the Assignment Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the 3rd day of May, 2006.

MANAGECOMM INC

_____
(Signature)
Robert Chandler, President/CEO
(Print Name and Title)

REVENUE MANAGEMENT

_____
(Signature)
MIKE RICHARDS
(Print Name of Witness)

DELPHI MEDICAL SYSTEMS COLORADO CORP
MANAGECOMM INC

805294