HOWARD & HOWARD ATTORNEYS PC
39400 Woodward Avenue, Suite 101
Bloomfield Hills, MI 48304
(248) 723-0318
Jeff A. Sadowski (P28163)
Tamika A. Bryant (P62641)

Intellectual Property Counsel for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
                               :
       In re                   :    Chapter 11
                               :
DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
                               :
                     Debtors.  :    (Jointly Administered)
                               :
------------------------------ x

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2006, I forwarded, via first class mail a 1) copy of Supplemental Affidavit of Jeffrey A. Sadowski in Support of Retention of Howard & Howard Attorneys, P.C. as Intellectual Property Counsel to Debtor Pursuant to 11 U.S.C. §§ 327(e) and 1107(b) and 2) Certificate of Service, upon the following at their listed business address, and attached list:

(i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel), (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), (iii) counsel for the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Att'n: Kenneth S. Ziman), (iv) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Marlane Melican), (v) counsel for the Official Committee of Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), and (vi) the Office of the United States

Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard),

**HOWARD AND HOWARD ATTORNEYS, P.C.**

By:   /s/Tamika A. Bryant
      Jeff A. Sadowski (P28163)
      Tamika A. Bryant (P62641)
      39400 Woodward Avenue, Suite 101
      Bloomfield Hills, Michigan 48304-5151
      Phone: (248) 645-1483
      Email: tabryant@howardandhoward.com

Dated: June 8, 2006

G:\D\Delphi Bankruptcy\First Interim Fee App\Certificate of Service 06-08-06.doc

Manda L Anagnost
1024 N Michigan Avenue
PO Box 3197
Saginaw, MI 48605-3197

Mark I Bane
Ropes & Gray LLP
45 Rockefeller Plaza
New York, NY 10111

Thomas M Beeman
Attorney at Law
33 West 10th Street Suite 200
Anderson, IN 46016

Howard S Beltzer
White & Case, LLP
1155 Avenue of the Americas
New York, NY 10036

Glenn P Berger
Jaffe & Asher LLP
600 Third Avenue
New York, NY 10016

James S Carr
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Babette A Ceccotti
Cohen, Weiss and Simon
330 West 42nd Street, 25th Floor
New York, NY 10036

Central Transport International, Inc
c/o Mark H Shapiro
24901 Northwestern Hwy, Suite 611
Southfield, MI 48075

Michael L Cook
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

Maureen A Cronin
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY 10022

Gary H Cunningham
Kramer Mellen, PC
3000 Town Center, Ste 1700
Southfield, MI 48075-1277

John K Cunningham
White & Case, LLP
200 South Biscayne Blvd, Suite 4900
Miami, FL 33131

Raniero D'Aversa
Mayer, Brown, Rowe & Maw
1675 Broadway
New York, NY 10019-5820

Craig Alan Damast
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174

Tracy Hope Davis
United States Trustee Office
33 Whitehall Street 21st Floor
New York, NY 10004

J Michael Debbeler
Graydon, Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202

Duane Morris LLP
30 S 17th Street
Philadelphia, PA 19103

Frank L Eaton
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787

Douglas Ellmann
Ellmann & Ellmann, PC
308 West Huron
Ann Arbor, MI 48103-4204

Michael S Etkin
Lowenstein Sandler PC
1251 Avenue of the Americas
18th Floor
New York, NY 10019

Gary Ettelman
Ettelman & Hochheiser, PC
100 Quentin Roosevelt Blvd # 401
Garden City, NY 11530

Fair Harbor Capital, LLC
875 Avenue of the Americas
Suite 2305
New York, NY 10001

Michael D Fishman
39533 Woodward Avenue, Suite 140
Bloomfield Hills, MI 48304

Elizabeth K Flaagan
HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203

Mark T Flewelling
Anglin, Flewelling, Rasmussen,
Campbell & Trytten LLP
199 South Los Robles Ave, Suite 600
Pasadena, CA 91101

Glenn D Forbis
39533 Woodward Avenue, Suite140
Bloomfield Hills, MI 48304

Michael Friedman
Richards Spears Kibbe & Orbe
One Chase Manhattan Plaza 57th Fl
New York, NY 10005

David Garland
Moore, Clarke, et al
2829 Old Dawson Road
Albany, GA 31707

Ira P Goldberg
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068-5738

Ira P Goldberg
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068-5738

Andrew D Gottfried
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

David M Grogan
Shumaker Loop & Kendrick
128 South Tryon Street, Ste 1800
Charlotte, NC 28202

Holly G Gydus
Regen Capital
2109 Broadway
New York, NY 10023

Larry D Harvey
Larry D Harvey PC
5290 DTC Parkway Suite 150
Englewood, CO 80111

Dion W Hayes
McGuireWoods LLP
901 East Cary Street
Richmond, VA 23219-4030

Marc E Hirschfield
Ropes & Gray LLP
45 Rockefeller Plaza
New York, NY 10111-0087

David A Hodges
212 Center Street Fifth Floor
Little Rock, AR 72201

Kurt Jacobs
Sidley Austin LLP
1501 K Street NW
Washington, DC 20005

Thomas H Keyse
1700 Lincoln Street Suite 4000
Denver, CO 80203

Steve Kieselstein
Kieselstein Law Firm, PLLC
43 British American Boulevard
Latham, NY 12110

Joseph B Koczko
Thompson Hine LLP
One Chase Manhattan Plaza
58th Floor
New York, NY 10005

Laurie Krepto
123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109

Anna C Lee
Mandel, Katz, Manna & Brosnan, LLP
210 Route 303
Valley Cottage, NY 10989

David S Leinwand
Amroc Investments, LLC
535 Madison Avenue 15th Floor
New York, NY 10017

Alicia M Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Ira M Levee
Lowenstein Sandler PC
1251 Avenue of the Americas
18th Floor
New York, NY 10019

Daniel A Lowenthal
Thelen Reid & Priest LLP
875 Third Avenue
New York, NY 10022

Larry Magarik
Kennedy, Jennik & Murray, PC
113 University Place, 7th Floor
New York, NY 10003

Jil Mazer-Marino
Rosen Slome Marder LLP
333 Earle Ovington Blvd, Suite 901
Uniondale, NY 11553

Timothy S McFadden
Lord, Bissell & Brook
115 S LaSalle Street
Chicago, IL 60603

Daniel A McLaughlin
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Patrick E Mears
Barnes & Thornburg LLP
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, MI 49503

Richard G Menaker
Menaker & Herrmann, LLP
10 E 40th Street
New York, NY 10016

Larren M Nashelsky
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Thomas C Pavlik
Novak, Robenalt, Pavlik
Skylight Office Tower, Suite 270
1660 West Second Street
Cleveland, OH 44113

A Robert Pietrzak
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Alan B Posner
Kelman Loria, PLLC
660 Woodward Ave, Suite 1420
Detroit, MI 48226

Ira A Reid
Baker & McKenzie
805 Third Avenue
New York, NY 10022

Sandra A Reimer
666 Fifth Avenue
New York, NY 10103

Donald P Renaldo
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Brian Resnick
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Kenneth A Reynolds
Pryor & Madelup, LLP
675 Old Country Road
Westbury, NY 11590

Michael P Richman
Mayer, Brown, Rowe & Maw
1675 Broadway
New York, NY 10019

Harold Ritvo
Harold Ritvo, PC
One University Plaza
Hackensack, NJ 07601

Robert J Rosenberg
Latham & Watkins
885 Third Avenue
New York, NY 10022

Paul Rubin
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016

Leon R Russell
3102 Oak Lawn Suite 600, LB 164
Dallas, TX 75219

Lawrence M Schwab, Esq
BIALSON, BERGEN & SCHWAB
2600 El Camino Real, Suite 300
Palo Alto, CA 94306

Peter Gregory Schwed
Loeb & Loeb, LLP
345 Park Avenue
New York, NY 10154

Michael J Sobieray
Stewart & Stewart, Attorneys at Law
931 S Rangeline Road
Carmel, IN 46032

Mark R Somerstein
Ropes & Gray LLP
45 Rockefeller Plaza
New York, NY 10111

Andrew Stern
Sidley Austin LLP
787 Seventh
New York, NY 10019

Leigh C Taggart
39533 Woodward Avenue Suite 140
Bloomfield Hills, MI 48304

Universal Am-Can, Ltd
c/o Mark H Shapiro
24901 Northwestern Hwy Suite 611
Southfield, MI 48075

Timothy W Walsh
DLA Piper Rudnick Gray
Cary US LLP
1251 Avenue of the Americas
New York, NY 10020-1104

Eric R Wilson
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178