KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
Edward M. Fox, Esq. (EF1619)
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

Attorneys for Wilmington Trust Company,
as Indenture Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |
| | **AFFIDAVIT OF SERVICE** |

---------------------------------------------------------x

STATE OF NEW YORK       )
                                      )ss.:
COUNTY OF NEW YORK  )

      Elaine Fera, being duly sworn, deposes and says:

      1.     I am an employee of the firm of Kirkpatrick & Lockhart Nicholson Graham LLP, am over 18 years of age and am not a party to this action.

      2.     On June 9, 2006, I served true copies of the Preliminary Objection of Wilmington Trust Company, as Indenture Trustee, to Motion for Order Under 11 U.S.C. § 363(B) and Fed. R. Bankr. P. 2002 and 6004 Approving Debtors' Entry Into Transfer Agreement With Johnson Controls, Inc. Providing for (a) Sale of Acquired Assets Free and Clear of Liens, Claims, and Encumbrances, (b) continuation and Transition of Supply to Johnson Controls, Inc. of Battery Products Out of Fitzgerald Facility, and (c) Implementation of Attrition Plan with Respect to New Brunswick Facility in Accordance with IUE-CWA Memorandum (i) by transmitting a true and correct copy of the paper by facsimile transmission upon the parties on the attached

NY-#402617-v1

facsimile cover sheet at the number designated for that purpose and (ii) by Federal Express priority overnight mail upon the parties on the attached Federal Express service list by placing same in properly addressed Federal Express priority overnight envelopes and depositing said envelopes in Office Services on the 34th Floor at 599 Lexington Avenue, New York, New York which is the designated location for pickup by the Federal Express Corporation for next business day delivery.

                      *Elaine Fera*
                      Elaine Fera

Sworn to before me this
12th day of June, 2006

*Arnold J. Burrus*
Notary Public
Notary Public, State of New York
No. 41-4720413
Qualified in Queens County
Certificate filed in New York County
Commission Expires March 30, 2010

2



**Kirkpatrick & Lockhart Nicholson Graham LLP**

599 Lexington Avenue
New York, NY 10022
212.536.3900
Fax: 212.536.3901

# FAX

| | | | |
|---|---|---|---|
| **Date •** June 9, 2006 | | **No. of Pages, including coversheet •** | 17 |

**Transmit To •**

| Name | Company | Phone | Fax |
|---|---|---|---|
| General Counsel | Delphi Corporation | 1-248-813-2000 | 1-248-813-2670 |
| John Wm. Butler | Skadden, Arps, Slate, Meagher & Flom LLP | 1-312-407-0700 | 1-312-407-0411 |
| Kenneth S. Ziman | Simpson Thatcher & Bartlett LLP | 1-212-455-2000 | 1-212-455-2502 |
| Donald Bernstein<br>Brian Resnick | Davis Polk & Wardwell | 1-212-450-4092 | 1-212-450-3092 |
| Robert J. Rosenberg<br>Mark A. Broude | Latham & Watkins LLP | 1-212-906-1370 | 1-212-751-4864 |
| Bonnie K. Steingart | Fried, Frank, Harris, Shriver & Jacobson LLP | 1-212-859-8000 | 1-212-859-4000 |
| Alicia M. Leonhard | Office of the United States Trustee | 1-212-510-5000 | 1-212-668-2255 |
| Stephan T. Bobo | Sachnoff & Weaver | 1-312-207-1000 | 1-312-207-6400 |

| | | | |
|---|---|---|---|
| **From •** | Edward M. Fox | **Phone •** | 212.536.4812 |
| **Secretary •** | Elaine Fera | **Phone •** | 212.536.3967 |

| **Client/Matter Name** | **Client/Matter Number** | **Attorney Number** |
|---|---|---|
| Wilmington Trust/Delphi | 0809645.0202 | 8221 |

**COMMENTS**:

---

When you are sending to us, please be sure to include a cover sheet with your transmittal and a telephone number where you can be contacted in case of equipment malfunction.

**Transmitted by:**                **Time:**

**IMPORTANT**: The materials transmitted by this facsimile are sent by an attorney or his/her agent, and are considered confidential and are intended only for the use of the individual or entity named. If the addressee is a client, these materials may also be subject to applicable privileges. If the recipient of these materials is not the addressee, or the employee or agent responsible for the delivery of these materials to the addressee, please be aware that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us at **212.536.3900 (collect)** and return the transmitted materials to us at the above address via the U.S. Postal Service. We will reimburse you any costs incurred in connection with this erroneous transmission and your return of these materials. Thank you. **Please report problems with reception by calling 212.536.3900.**

**Kirkpatrick & Lockhart Nicholson Graham** LLP
599 Lexington Avenue
New York, NY 10022

**Kirkpatrick & Lockhart Nicholson Graham** LLP
599 Lexington Avenue
New York, NY 10022

General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

John Wm. Butler
Skadden, Arps, Slate,
Meagher & Flom LLP
333 W. Wacker Dr., Suite 2100
Chicago, IL 60606

**Kirkpatrick & Lockhart Nicholson Graham** LLP
599 Lexington Avenue
New York, NY 10022

**Kirkpatrick & Lockhart Nicholson Graham** LLP
599 Lexington Avenue
New York, NY 10022

Kenneth S. Ziman
William T. Russell, Jr.
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Donald Bernstein and
Brian Resnick
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017



599 Lexington Avenue
New York, NY 10022



599 Lexington Avenue
New York, NY 10022

Robert J. Rosenberg
Mark A. Broude
Latham & Watkins
885 Third Avenue
New York, NY  10022

Alicia M. Leonhard
United States Trustee
33 Whitehall Street
Suite 2100
New York, NY  10004



599 Lexington Avenue
New York, NY 10022



599 Lexington Avenue
New York, NY 10022

Bonnie Steingart
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY  10004

Stephan T. Bobo
Sachnoff & Weaver
10 South Wacker Drive
40th Floor
Chicago, IL  60606