UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                            :    Chapter 11

In re                                                        :

                                                            :    Case No. 05-44481-rdd

DELPHI CORPORATION, et al.,                 :

                                                            :

                 Debtors.                    :
------------------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

      I, Gregg S. Kleiner, a member in good standing of the State Bar of California and admitted to practice before the United States District Courts for the Northern, Eastern, Central, and Southern Districts of California, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Wireless Matrix Corporation, who is seeking to purchase certain assets from estates of the above referenced Debtors.

My address is:

      Cooley Godward LLP
      101 California Street, 5th Floor
      San Francisco, CA  94111-5800
      Email:  kleinergs@cooley.com
      Telephone:  (415) 693-2000
      Facsimile:  (415) 693-2222

      I agree to pay the fee of $25.00 upon entry of Order admitting me to practice ***pro hac vice***.

Dated: June 7, 2006
       San Francisco, California

                                                           /s/  Gregg S. Kleiner
                                                           Gregg S. Kleiner

**ORDERED,**

      That Gregg S. Kleiner is admitted to practice, ***pro hac vice*** in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  June ___, 2006
        New York, New York                UNITED STATES BANKRUPTCY JUDGE

997453 v1/SF