UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                                              |
                                                                          | Chapter 11
DELPHI MECHATRONIC SYSTEMS, INC.    |
                                                                          | Case No. 05-44567
                                                                          |
          Debtor.                                                 |
                                                                          | **Claim#1913**
-------------------------------------------------------X

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2)

To: (Transferor)            LITTELFUSE, INC.
                                     800 Northwest Highway
                                     Des Plaines, Illinois 60016
                                     Attn: Paul Dickinson

The transfer of your claim as shown above, in the amount of $16,711.16 has been transferred (unless previously expunged by court order) to:
                                     BANK OF AMERICA, N.A.
                                     Transferor: Littelfuse, Inc.
                                     100 North Tryon Street, 20th Floor
                                     Mail Code NC1-007-20-01
                                     Charlotte, North Carolina 28255
                                     Attn: Information Manager

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN **20 DAYS** OF THE DATE OF THIS NOTICE, YOU MUST:

- FILE A WRITTEN OBJECTION TO THE TRANSFER with:

     United States Bankruptcy Court
     Southern District of New York
     One Bowling Green
     New York, New York 10004

- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL No. ____ in your objection. If you file an objection, a hearing will be scheduled. IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

                                                                                              Intake Clerk
----------------------------------------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, post prepaid on_____, 2006.
INTERNAL CONTROL NO._____
Claims Agent Noticed: (Name of Outside Agent)
Copy to Transferee:_____

                                                              Deputy Clerk

NCLIB1 339206.1

[RECEIVED MAY 2 3 2006]

# EVIDENCE OF TRANSFER OF CLAIM

## Exhibit B

[See attached]

# EVIDENCE OF TRANSFER OF CLAIM

**TO:   THE DEBTOR AND THE BANKRUPTCY COURT**

**ASSIGNOR: LITTELFUSE, INC.**

**ASSIGNEE: BANK OF AMERICA, N.A.**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Assignor hereby unconditionally and irrevocably sells, transfers and assigns to Assignee all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the amount of $2,996,365.10 against Delphi Automotive Systems LLC ("Delphi Automotive") in Case No. 05-44640 in the United States Bankruptcy Court for the Southern District of New York and in the amount of $16,711.16 against Delphi Mechatronic Systems, Inc. (together with Delphi Automotive, collectively, the "Debtor") in Case No. 05-44567 in the United States Bankruptcy Court for the Southern District of New York , which cases are jointly administrative with *In re* Delphi Corporation, et al., Chapter 11 Case No. 05-44481 (RDD) (Jointly Administered) filed October 8, 2005 (collectively, the "Bankruptcy Case") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claims.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 19th day of May 2006.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| LITTELFUSE, INC., AS SELLER | BANK OF AMERICA, N.A., AS BUYER |
| By: *Paul M. Dickerson* <br> Name: PAUL M. DICKERSON <br> Title: V.P. CORP. DEV. & TREASURER | By: _____ <br> Name: _____ <br> Title: _____ |

MAY 19 2006 08:50 FR SYNDICATED FIAN      704 387 3621 TO 97046023728      P.02/02

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 19th day of May 2006.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| LITTELFUSE, INC., AS SELLER | BANK OF AMERICA, N.A., AS BUYER |
| By: _____ | By: _____[signature]_____ |
| Name: _____ | Name: TOBY GILBERT |
| Title: _____ | Title: VICE PRESIDENT |

** TOTAL PAGE.02 **