# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

In re:                                                                          In Proceedings For A
                                                                                 Reorganization Under
**DELPHI CORPORATION, et al,**                          Chapter 11
                                                                                 Case No.: 05-44481
                                                                                 Jointly Administered

    Delphi Automotive Systems LLC                  Case No.: 05-44640

                           Debtors.

-----------------------------------------------------------------------X

NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

        Amroc Investments, LLC
        535 Madison Avenue, 15th Floor
        New York, New York 10022
        Attention: David S. Leinwand, Esq.

A transfer in the amount of **$91,682.76** from:

        Heritage-Crystal Clean LLC (Transferor)
        PO Box 68123
        Indianapolis, IN 46268
        Attention: Ms. Joanne Rudsinski

is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.  Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                                                      Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

                                                                                     _____
                                                                                     Deputy Clerk