# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
In re:                                                         In Proceedings For A
                                                               Reorganization Under
**DELPHI CORPORATION, et al,**                                 Chapter 11
                                                               Case No.: 05-44481
                                                               Jointly Administered
    Delphi Automotive Systems LLC                         Case No.: 05-44640
                    Debtors.
---------------------------------------------------------------------X

### NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

        Amroc Investments, LLC
        535 Madison Avenue, 15th Floor
        New York, New York 10022
        Attention: David S. Leinwand, Esq.

A transfer in the amount of **$77,900.22** from:

        Heritage-Crystal Clean LLC (Transferor)
        PO Box 68123
        Indianapolis, IN 46268
        Attention: Ms. Joanne Rudsinski

is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.  Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                                     Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

                                                                     _____
                                                                       Deputy Clerk