UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

CERTIFICATE OF SERVICE

State of New York    )
                                 )    ss.:
County of New York  )

1.      I, Laura Guido, certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on June 12, 2006, I caused to be served a true and correct copy of the document(s) listed below upon the parties listed on the attached service list via overnight courier or hand delivery, as indicated:

- Limited Objection of the Official Committee of Equity Security Holders in Opposition to Debtors' Motion for Order Under 11 U.S.C. § 365 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Certain Executory Contracts with General Motors Corporation

- Electronic Filing Receipt

/s/ Laura Guido
Laura Guido

**Service List**

Service by Overnight Courier

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn:   General Counsel

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Attn:   John Wm. Butler, Jr.
         David E. Springer

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017
Att'n:   Kenneth S. Ziman

Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Att'n:  Marlane Melican

Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Att'n:   Robert J. Rosenberg
         Mark A. Broude

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Martin J. Bienenstock, Esq.
        Michael P. Kessler, Esq.
        Jeffrey L. Tanenbaum, Esq.

Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583
Attention: Robert B. Weiss, Esq.
Frank L. Gorman, Esq.

Service by Hand Delivery

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
Att'n:   Alicia M. Leonhard

United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY  10004
Attn:   Chambers of Hon. Robert D. Drain

556321.1