BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
(317) 236-1313
Mark R. Owens, Esq. (MO 9742)

Attorneys for Creditor Universal Tool and
Engineering Company, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————x

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481(RDD) |
| Debtors. | (Jointly Administered) |

————————————————————x

## CERTIFICATE OF SERVICE
### *Docket No. 4103*

The undersigned hereby certifies that the *Motion Pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court of the Southern District of New York for Admission Pro Hac Vice* was served via U.S. mail, costs prepaid, on the 9th day of June, 2006 to the parties identified on the attached Exhibit A, and additional copies have been served electronically using the Court's ECF system.

Dated: June 13, 2006                                Respectfully submitted,

/s/ Mark R. Owens
Mark R. Owens, (MO 9742)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Phone: (317) 236-1313
Facsimile: (317) 231-7433

INDS01 KSTREED 857417v1

EXHIBIT A

| Name | Firm | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Donald Bernstein | Davis Polk & Wardwell | 450 Lexington Avenue | | New York | NY | 10017 |
| Sean Corcoran, Karen Craft | DC Capital Partners LP | 800 Third Avenue | 40th Floor | New York | NY | 10022 |
| | Delphi Corporation | 5725 Delphi Drive | | Troy | MI | 48098 |
| | Dr Betty Anne Jacoby | 18 Fox Hill Drive | | Little Silver | NJ | 07739-1008 |
| Lonie A. Hassel | Groom Law Group | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 |
| | James E Bishop Sr | 502 Shiloh Dr | No 9 | Laredo | TX | 78045 |
| | James H Kelly | PO Box 4426 | | Boulder | CO | 80306 |
| | James N Koury Trustee of the Koury Family Trust | 410 Reposado Dr | | La Habra Heights | CA | 90631 |
| Robert J. Rosenberg | Latham & Watkins LLP | 885 Third Avenue | | New York | NY | 10022 |
| | Luqman Yacub | PO Box 1026 | | Hartville | OH | 44632 |
| J. Brian McTigue | McTigue Law Firm | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 |
| Kenneth S. Ziman | Simpson Thatcher & Bartlett LLP | 425 Lexington Avenue | | New York | NY | 10017 |
| John Wm. Butler | Skadden, Arps, Slate, Meagher & Flom LLP | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 |
| Kayalyn A. Marafioti | Skadden, Arps, Slate, Meagher & Flom LLP | 4 Times Square | P.O. Box 300 | New York | NY | 10036 |
| Daniel D. Doyle | Spencer Fane Britt & Browne LLP | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 |
| Alicia M. Leonhard | United States Trustee | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 |
| Michael D. Warner | Warner Stevens, L.L.P. | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 |
| Judge Robert D. Drain Courtroom 610 | United States Bankruptcy Court | Southern District of New York | One Bowling Green | New York | NY | 10004-1408 |
| Donald Bernstein | Brandes Investment Partners LP | 11988 El Camino Real | Suite 500 | San Diego | CA | 92103 |