UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | |

NOTICE OF DISMISSAL OF ATTORNEY

We, Rivertown Community Federal Credit Union, f/k/a Stampers Federal Credit Union, creditor in the above-entitled case, have heretofore been represented by Attorney Randall L. Velzen.

We have dismissed said attorney and have no attorney whatsoever at the present time and wish to have future documents served upon us and not on our former attorney.

Collections Department
Rivertown Community Federal Credit Union
P.O. Box 249
Grandville, MI 49468
(616) 406-2480

Copies of this notice were mailed to:

    Attorney Randy L. Velzen
    Attorney John Wm. Butler, Jr.

Dated: 6-5-06

*Susan Bradley*
Susan Bradley -- Collections Manager
Rivertown Community Federal Credit Union

RECEIVED
JUN - 8 2006
CLAIMS PROCESSING CENTER
USBC, SDNY