# CLAIMS ASSIGNED TO RIVERSIDE CLAIMS LLC

Faulkner Ind Maintenance Co.

Vanex Fire Systems

Thermal Innovations Corp.

Scott Electronics Inc

Lauren Manufacturing Co.

JanPak

Colorado Fluidpower

Dickinson Wright

Product Action International

Standard Scale & Supply Co.

SA Technologies Inc.

Trienda A. Wilbert Company

RDP Corporation

Fort Wayne Anodizing

Whyco Finishing Technologies LLC

Metprotech

Force Control Industries Inc.

Alcor Supply & Fixture

Land Instrument

Modern Heat Treating & Forging

Applied Scintillation Technologies Ltd.

MPS Group

Dynalab Corporation

Brillcast

Lowry Computer Products

Prospect Mold Inc.

DSM Engineering Plastics Inc.

Arnold Engineering Plastiform/ Felmag  Industries