WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200
Glenn M. Kurtz (GK-6272)
Gerard Uzzi (GU-2297)
Douglas P. Baumstein (DB-1948)

Wachovia Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Thomas E Lauria (Admitted *Pro Hac Vice)*
Frank L. Eaton (FE-1522)
Ileana A. Cruz

ATTORNEYS FOR APPALOOSA
MANAGEMENT, L.P., WEXFORD CAPITAL LLC,
LAMPE CONWAY & CO., LLC, HARBINGER CAPITAL
PARTNERS, LLC AND MARATHON ASSET MANAGEMENT LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, *et al.*, | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing **Objection of The Ad Hoc Equity Committee to the Debtors' Settlement Procedures Motion** to be duly served on June 13, 2006, by overnight mail on the following parties:

Skadden, Arps, Slate, Meagher & Flom, LLP           Latham & Watkins
Four Times Square                                    885 Third Avenue
New York, NY 10036                                   New York, NY 10022-4802
Attn: Kayalyn A. Marafioti                           Attn: Robert J. Rosenberg

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom, LLP<br>333 Wacker Drive, Suite 2100<br>Chicago, IL 60606<br>Attn: John W. Butler, Jr.<br>David E. Springer | Simpson Thacher & Barlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>Attn: Kenneth S. Ziman |
| United States Trustee<br>Alicia M. Leonhard<br>33 Whitehall Street<br>Suite 2100<br>New York, NY 10004 | Davis, Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>Attn: Donald Bernstein<br>Brian Resnick |
| Fried, Frank, Harris, Shriver &<br>Jacobson LLP<br>One New York Plaza<br>New York, NY 10004<br>Attn: Bonnie Steingart<br>Debra M. Torres | |

By: /s/ Frank L. Eaton
     Frank L. Eaton