UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:                                                         : Chapter 11
DELPHI CORPORATION, et al.,                    :
                                                                   : Case No. 05-44481 (RDD)
                      Debtors.                              :
                                                                   : (Jointly Administered)

---

State of New York   )
                              )  ss.:
County of New York )

### AFFIDAVIT OF SERVICE

Alexis L. Hall, being duly sworn, deposes and says:

I am not a party to the action. I am over the age of eighteen years old and reside in New York, New York.

On, June 13, 2006, I electronically filed a Supplement to the pending Motion for Relief from Automatic Stay filed by Movants Mary P. O'Neill and Liam P. O'Neill with the Clerk of the United States Bankruptcy Court for the Southern District of New York, using the CM/ECF system, which sent notification of such filing to parties on the list of those to whom service will be electronically mailed to.

_____
Alexis L. Hall

Sworn to me before this 13th
day of June, 2006

_____
NOTARY PUBLIC

CORETTA A. THOMAS
Notary Public, State of New York
No. 01TH6102574
Qualified in New York County
Commission Expires 12/08/2007