UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | ) |
| | ) Chapter 11 |
| DELPHI CORPORATION, et al., | ) Case No. 05-44481 (RDD) |
| | ) |
| Debtors. | ) Jointly Administered |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND**
**REQUEST TO BE REMOVED FROM DISTRIBUTION LIST**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

James P. Moloy, of the law firm of Dann Pecar Newman & Kleiman, P.C. ("Counsel"), attorneys for Filters Unlimited, Inc. ("FUI"), files his Notice of Withdrawal of Appearance and Request to be Removed From Distribution List in the above-referenced proceedings, and in connection therewith would respectfully show the Court as follows:

1.  Counsel has been acting as counsel for FUI relating to the above-referenced bankruptcy proceedings.

2.  All matters concerning FUI for which this firm was engaged have been resolved; and, therefore, it is no longer necessary for Counsel to appear on its behalf or to receive copies of notices in the bankruptcy proceeding.

3.  Therefore, Counsel withdraws his appearance and gives notice that he should be removed from all present and future distribution lists.

    Respectfully submitted,

    DANN PECAR NEWMAN & KLEIMAN,
    Professional Corporation


    By: James P. Moloy
        James P. Moloy, #10301-49

DANN PECAR NEWMAN & KLEIMAN, P.C.
2300 One American Square, Box 82008
Indianapolis, IN   46282
(317) 632-3232

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on this 14th day of June, 2006 to all parties pursuant to the CM/ECF document delivery system established by the Court.

      /s/ James P. Moloy
      James P. Moloy