UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                   :    Chapter 11
                                                         :
DELPHI CORPORATION, et. al.,                             :    Case No. 05-44481 (RDD)
                                                         :
            Debtor.                                      :    (Jointly Administered)
                                                         :
-----------------------------------------------------------X

     PLEASE TAKE NOTICE that Jerome F. Crotty of the law firm of Rieck and Crotty, P.C. represents creditors MARY P. O'NEILL AND LIAM P. O'NEILL. The undersigned attorney and firm enter their appearance pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b) and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b), and (f). All such notices should be addressed as follows:

          Jerome F. Crotty
          Rieck and Crotty, P.C.
          55 West Monroe Street, Suite 3390
          Chicago, Illinois 60603

     PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only notices and papers referred to in the Rules specifically above but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed with regard to the above case and proceedings therein.

Dated: Chicago, Illinois
June 13, 2006

RIECK AND CROTTY, P.C.

By: /s/ Jerome F. Crotty
       Jerome F. Crotty

Attorneys for Mary P. O'Neill and Liam P. O'Neill
55 West Monroe Street, Suite 3390
Chicago, Illinois 60603
(312) 726-4646