LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (MS-4321)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
 mitchell.seider@lw.com
 mark.broude@lw.com

Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION., et al | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                         )   ss.:
COUNTY OF NEW YORK  )

       Leslie Salcedo, being duly sworn, deposes and says:

       1.     I am not a party to this action, am over 18 years of age and am employed by the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022.

       2.     On May 31, 2006, I caused true and correct copies of the (i) First Fee and Expense Application of Latham & Watkins LLP as Counsel to the Official Committee of Unsecured Creditors; (ii) Amended First Fee and Expense Application Cover Sheet of Latham & Watkins LLP as Counsel to the Official Committee of Unsecured Creditors; (iii) First Interim Fee Application of Mesirow Financial Consulting, LLC for Allowance of Compensation and

NY\1154278.1

Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from October 19, 2005 through January 31, 2006; and (iv) First Fee and Expense Application of Steven Hall & Partners, LLC as Compensation and Employment Agreement Advisor for the Official Committee of Unsecured Creditors, to be served upon the parties identified in Exhibit A hereto in the manner indicated therein.

   2. On May 31, 2006, I caused true and correct copies of the (i) Notice of First Interim Fee and Expense Application of Latham & Watkins LLP, as Counsel to the Official Committee of Unsecured Creditors; (ii) Notice of First Interim Fee Application of Mesirow Financial Consulting, LLC for Allowance of Compensation and Reimbursement of Expenses as Financial Advisors to the Official Committee of Unsecured Creditors for the Period from October 19, 2005 through January 31, 2006; and (iii) Notice of First Fee and Expense Application of Steven Hall & Partners, LLC as Compensation and Employment Agreement Advisor for the Official Committee of Unsecured Creditors, to be served upon the parties identified in Exhibit B hereto in the manner indicated therein.

         /s/ Leslie Salcedo
         Leslie Salcedo

Sworn to before me this
12th day of June, 2006

/s/ John W. Weiss
John W. Weiss
Notary Public, State of New York
No. 02WE6113201
Qualified in New York County
Commission Expires July 26, 2008

NY\1154278.1

**Exhibit A**

**Via Overnight Mail**

Kenneth S. Ziman
Simpson, Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York  10017

Marlane Melican, Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, New York  10017

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Attn: David M. Sherbin, Esq.
      General Counsel

John Wm Butler, Jr. Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Alicia M. Leonhard, Esq.
Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York  10004

Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, NY  10004
Attn: Brad Eric Scheler

NY\1154278.1

**Exhibit B**

**<u>Via Overnight Mail</u>**

| | |
|---|---|
| Michelle Robson<br>Capital Research and Management Company<br>11100 Santa Monica Blvd<br>15th Fl<br>Los Angeles, CA 90025 | Bruce Simon<br>Cohen Weiss & Simon<br>330 W 42nd St<br>New York, NY 10036 |
| Steven J Reisman<br>Curtis Mallet-Prevost Colt & mosle LLP<br>101 Park Ave<br>New York, NY 10178-0061 | Donald Bernstein<br>Davis Polk & Wardwell<br>450 Lexington Ave<br>New York, NY 10017 |
| Sean Corcoran<br>Karen Craft<br>Delphi Corporation<br>5725 Delphi Dr<br>Troy, MI 48098 | Michael Nefkens<br>Electronic Data Systems Corp<br>5505 Corporate Dr Msia<br>Troy, MI 48098 |
| Carrie L. Schiff<br>Terry Zale<br>Flextronics International<br>305 Interlocken Parkway<br>Broomfield, CO 80021 | Richard Lee Chambers III<br>Freescale Semiconductor Inc<br>6501 William Cannon Dr West<br>Md Oe16<br>Austin, TX 78735 |
| Randall S Eisenberg<br>FTI Consulting Inc<br>3 Times Square<br>11th Fl<br>New York, NY 10036 | Valerie Venable<br>c/o GE Plastics<br>9930 Kincey Avenue<br>Huntersville, NC 28078 |
| Frank L. Gorman, Esq.<br>Robert B. Weiss, Esq.<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3583 | Lonie A Hassel<br>Groom Law Group<br>1701 Pennsylvania Ave Nw<br>Washington, DC 20006 |

| | |
|---|---|
| Stephen H Gross<br>Hodgson Russ LLP<br>152 West 57th St<br>35th Fl<br>New York, NY 10019 | Internal Revenue Service<br>Attn: Insolvency Department, Mario Valerio<br>290 Broadway, 5th Floor<br>New York NY 10007 |
| Attn: Insolvency Department<br>Internal Revenue Service<br>477 Michigan Ave<br>Mail Stop 15<br>Detroit, MI 48226 | Henry Reichard<br>IUE-CWA<br>2360 W Dorothy Ln<br>Ste 201<br>Dayton, OH 45439 |
| Bill Derrough<br>Jefferies & Company Inc<br>520 Madison Ave<br>12th Fl<br>New York, NY 10022 | Thomas F Maher<br>Richard Duker<br>Gianni Russello<br>JPMorgan Chase Bank NA<br>270 Park Ave<br>New York, NY 10017 |
| Thomas Moers Mayer<br>Gordon Z. Novod<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | Patrick J. Healy<br>Daniel R. Fisher<br>Law Debenture Trust of New York<br>767 Third Ave., 31st Floor<br>New York, NY 10017 |
| Vilma Francis<br>JPMorgan Chase Bank NA<br>270 Park Ave<br>New York, NY 10017 | James Le<br>Kurtzman Carson Consultants<br>12910 Culver Blvd<br>Ste I<br>Los Angeles, CA 90066 |
| David D. Cleary<br>Mohsin N. Khambati<br>McDermott Will & Emery LLP<br>227 West Monroe Street<br>Chicago, IL   60606 | Melissa Knolls<br>Mesirow Financial<br>321 N Clark St<br>Chicago, IL 60610 |
| Joseph T Moldovan Esq<br>Morrison Cohen LLP<br>909 Third Ave<br>New York, NY 10022 | Office of New York State<br>Attorney General Eliot Spitzer<br>120 Broadway<br>New York City, NY 10271 |

NY\1154278.1

| | |
|---|---|
| Tom A Jerman<br>Rachel Janger<br>O'Melveny & Meyer LLP<br>1625 Eye St Nw<br>Washington, DC 20006 | Robert Siegel<br>O'Melveny & Meyer LLP<br>400 South Hope St<br>Los Angeles, CA 90071 |
| Jeffrey Cohen<br>Pension Benefit Guaranty Corporation<br>1200 K Street Nw<br>Ste 340<br>Washington, DC 20005 | Ralph L Landy<br>Pension Benefit Guaranty Corporation<br>1200 K Street Nw<br>Ste 340<br>Washington, DC 20005-4026 |
| Sandra A Riemer<br>Phillips Nizer LLP<br>666 Fifth Ave<br>New York, NY 10103 | David L Resnick<br>Rothchild Inc<br>1251 Ave Of The Americas<br>New York, NY 10020 |
| Michael P. Kessler, Esq.<br>Martin J. Bienenstock, Esq.<br>Jeffrey L. Tanenbaum, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Robert W Dremluck<br>Seyfarth Shaw LLP<br>1270 Avenue Of The Americas<br>Ste 2500<br>New York, NY 10020-1801 |
| Douglas Bartner<br>Jill Frizzley<br>Shearman & Sterling LLP<br>599 Lexington Ave<br>New York, NY 10022 | Kenneth S Ziman<br>Robert H Trust<br>William T Russell Jr<br>Simpson Thatcher & Bartlett LLP<br>425 Lexington Ave<br>New York, NY 10017 |
| John Wm Butler<br>John K Lyons<br>Ron E Meisler<br>Skadden Arps Slate Meagher & Flom LLP<br>333 W Wacker Dr<br>Ste 2100<br>Chicago, IL 60606 | Kayalyn A Marafioti<br>Thomas J Matz<br>Skadden Arps Slate Meagher & Flom LLP<br>4 Times Square<br>New York, NY 10036 |
| Chester B Salomon<br>Constantine D Pourakis<br>Stevens & Lee PC<br>485 Madison Ave<br>20th Fl<br>New York, NY 10022 | Albert Togut<br>Togut Segal & Segal LLP<br>One Penn Plaza<br>Ste 3335<br>New York, NY 10119 |

| | |
|---|---|
| Luqman Yacub<br>PO Box 1026<br>Hartville, OH  44632 | Alicia M Leonard<br>United States Trustee<br>33 Whitehall St<br>21st Fl<br>New York, NY 10004-2112 |
| Steven M Cimalore<br>Wilmington Trust Company<br>Rodney Square North<br>1100 North Market St<br>Wilmington, DE 19890 | Brown Rudnick Berlack Israels LLP<br>Robert J. Stark<br>Seven Times Square<br>New York, NY 10036 |
| J. Brian McTigue<br>Cornish F. Hitchcock<br>McTigue Law Firm<br>5301 Wisconsin Ave. N.W.<br>Suite 350<br>Washington, DC 20015 | Mark Schonfeld, Regional Director<br>Northeast Regional Office<br>3 World Financial Center<br>Room 4300<br>New York, NY 10281 |
| Daniel D. Doyle<br>Nicholas Franke<br>Spencer Fane Britt & Browne LLP<br>1 North Brentwood Boulevard<br>Tenth Floor<br>St. Louis, MO 63105 | Warner Stevens LLP<br>Michael D. Warner<br>1700 City Center Tower, II<br>301 Commerce Street<br>Fort Worth Texas, 76102 |
| Tyco Electronics Corporation<br>MaryAnn Brereton<br>60 Columbia Road<br>Morristown, NJ  07960 | Paul W. Anderson<br>Flextronics International USA, Inc.<br>2090 Fortune Drive<br>San Jose, CA 95131 |
| Brandes Investment Partners LP<br>11988 EL Camino Real<br>Suite 500<br>San Diego, CA  92103<br>  Attn: Ted Kim | DC Capital Partners LP<br>800 Third Avenue<br>40th Floor<br>New York, NY 10022<br>Attn: Douglas L. Dethy |
| Fried, Frank, Harris, Shriver & Jacobson<br>One New York Plaza<br>New York, NY  10004<br>Attn: Brad Eric Scheler<br>    Bonnie Steingart<br>    Vivek Melwani<br>    Jennifer L. Rodburg<br>    Richard J. Slivinski | James E. Bishop Sr<br>502 Shiloh Drive<br>No. 9<br>Laredo, TX  78045 |

NY\1154278.1

| | |
|---|---|
| James H. Kelley<br>PO Box 4426<br>Boulder, CO  80306 | |
| Pardus European Special Opportunities Master Fund LLP<br>1101 Avenue of the Americas<br>Suite 1100<br>New York, NY  10018<br>Attn: Joseph R. Thornton | Trustee of the Koury Family Trust<br>410 Reposado Dr.<br>La Habra Heights, CA  90631<br>Attn: James N. Koury |

**Via First Class Mail**

| | |
|---|---|
| John V. Gorman<br>Professional Technologies Services<br>P.O. Box #304<br>Frankenmuth, MI  48734 | |

**Via E-Mail**

aaronsona@pepperlaw.com
abrilliant@goodwinproctor.com
aburch@miamidade.gov
aee@hurwitzfine.com
aenglund@orrick.com
afeldman@kslaw.com
agottfried@morganlewis.com
akatz@entergy.com
alan.mills@btlaw.com
aleinoff@amph.com
amalone@colwinlaw.com
amathews@robinsonlaw.com
amcmullen@bccb.com
amina.maddox@dol.lps.state.nj.us
amoog@hhlaw.com
andrew.herenstein@quadranglegroup.com
andrew.kassner@dbr.com
anne.kennelly@hp.com
aordubegian@weineisen.com
aprinci@orrick.com
tkent@orrick.com
asherman@sillscummis.com
asm@pryormandelup.com
kar@pryormandelup.com
aswiech@akebono-usa.com
athau@cm-p.com
austin.bankruptcy@publicans.com
ayala.hassell@eds.com
bankruptcy@goodwin.com
bankruptcy@warnerstevens.com
barnold@whdlaw.com
bbeckworth@nixlawfirm.com

bellis-monro@sgrlaw.com
Ben.Caughey@icemiller.com
bmcdonough@teamtogut.com
bmehlsack@gkllaw.com
bnathan@lowenstein.com
bsmoore@pbnlaw.com
bspears@winstead.com
cahn@clm.com
cahope@chapter13macon.com
carol.weiner.levy@srz.com
carol_sowa@denso-diam.com
caseyl@pepperlaw.com
cbattaglia@halperinlaw.net
ahalperin@halperinlaw.net
jdyas@halperinlaw.net
cbelmonte@ssbb.com
cdruehl@goodwinproctor.com
cfilardi@pepehazard.com
cfortgang@silverpointcapital.com
cgalloway@atsautomation.com
chill@bsk.com
ckm@greensfelder.com
jpb@greensfelder.com
cnorgaard@ropers.com
Cohen.Mitchell@arentfox.com
craig.freeman@alston.com
crieders@gjb-law.com
cs@stevenslee.com
cp@stevenslee.com
cschulman@sachnoff.com
agelman@sachnoff.com
csullivan@bsk.com
cweidler@paulweiss.com

dadler@mccarter.com
dallas.bankruptcy@publicans.com
david.aaronson@dbr.com
david.boyle@airgas.com
david.lemke@wallerlaw.com
dbaty@honigman.com
dconnolly@alston.com
dwender@alston.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddraper@terra-law.com
derrien@coollaw.com
dfreedman@ermanteicher.com
dgheiman@jonesday.com
djury@steelworkers-usw.org
dkarp@cm-p.com
dladdin@agg.com
dlowenthal@thelenreid.com
dlowenthal@thelenreid.com
dludman@brownconnery.com
dmdelphi@duanemorris.com
dpm@curtinheefner.com
driggio@candklaw.com
dweiner@schaferandweiner.com
eabdelmasieh@nmmlaw.com
EAKleinhaus@wlrk.com
ecdolan@hhlaw.com
echarlton@hiscockbarclay.com
efox@klng.com
egc@lydenlaw.com
egunn@mcguirewoods.com
ekutchin@kutchinrufo.com
elazarou@reedsmith.com

elizabeth.flaagan@hro.com
Elliott@cmplaw.com
emarcks@ssd.com
emccolm@paulweiss.com
emeyers@mrrlaw.net
ephillips@thurman-phillips.com
fatell@blankrome.com
ferrell@taftlaw.com
ffm@bostonbusinesslaw.com
fholden@orrick.com
fstevens@foxrothschild.com
ftrikkers@rikkerslaw.com
fusco@millercanfield.com
fyates@sonnenschein.com
gdiconza@dlawpc.com
george.cauthen@nelsonmullins.com
gerdekomarek@bellsouth.net
gettelman@e-hlaw.com
ggotto@kellerrohrback.com
ggreen@fagelhaber.com
gjarvis@ggelaw.com
glen.dumont@hp.com
gogimalik@andrewskurth.com
gpeters@weltman.com
greenj@millercanfield.com
greg.bibbes@infineon.com
gregory.kaden@ropesgray.com
grichards@kirkland.com
growsb@wnj.com
gsantella@masudafunai.com
gschwed@loeb.com
gsouth@kslaw.com
gtoering@wnj.com
hannah@blbglaw.com
hborin@schaferandweiner.com
herb.reiner@guarantygroup.com
Hirsh.Robert@arentfox.com
hkolko@msek.com
hleinwand@aol.com
holly@regencap.com
housnerp@michigan.gov
houston_bankruptcy@publicans.com
hwangr@michigan.gov
hzamboni@underbergkessler.com
ian@gazesllc.com
ilevee@lowenstein.com
jaffeh@pepperlaw.com
james.bentley@srz.com
jangelovich@nixlawfirm.com
japplebaum@clarkhill.com
jay.hurst@oag.state.tx.us
jbernstein@mdmc-law.com
jcreed@sonnenschein.com
jcunningham@whitecase.com
Jeff.Ott@molex.com
jeffery.gillispie@infineon.com
jeisenhofer@gelaw.com
jengland@linear.com
jforstot@tpw.com
jgtougas@mayerbrownrowe.com
jguy@orrick.com

jh@previant.com
mgr@previant.com
jharris@quarles.com
jhinshaw@boselaw.com
jhlemkin@duanemorris.com
jimbriaco@gentek-global.com
jkp@qad.com
jkreher@hodgsonruss.com
jlanden@madisoncap.com
jlapinsky@republicengineered.com
jlevi@toddlevi.com
jmanheimer@pierceatwood.com
jmbaumann@steeltechnologies.com
jminias@stroock.com
jml@ml-legal.com
lmc@ml-legal.com
jmsullivan@mwe.com
jmurch@foley.com
joel_gross@aporter.com
john.brannon@tklaw.com
john.gregg@btlaw.com
john.persiani@dinslaw.com
john.sieger@kattenlaw.com
jonathan.greenberg@engelhard.com
jposta@sternslaw.com
jrhunter@hunterschank.com
jrobertson@mcdonaldhopkins.com
jsalmas@mccarthy.ca
lsalzman@mccarthy.ca
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jvitale@cwsny.com
jwilson@tylercooper.com
jwisler@cblh.com
jzackin@sillscummis.com
karen.dine@pillsburylaw.com
kcookson@keglerbrown.com
kcunningham@pierceatwood.com
ken.higman@hp.com
khansen@stroock.com
khopkins@milesstockbridge.com
kim.robinson@bfkpn.com
klaw@bbslaw.com
kmiller@skfdelaware.com
Knathan@nathanneuman.com
knorthup@kutchinrufo.com
knye@quarles.com
krk4@daimlerchrysler.com
krosen@lowenstein.com
kwalsh@lordbissell.com
lawallf@pepperlaw.com
lawtoll@comcast.net
lberkoff@moritthock.com
lcurcio@tpw.com
lekvall@wgllp.com
lisa.moore2@nationalcity.com
lloyd.sarakin@am.sony.com
lmagarik@kjmlabor.com
lnewman@fagelhaber.com
lpeterson@msek.com
lpinto@wcsr.com
lsarko@kellerrohrback.com

claufenberg@kellerrohrback.com
eriley@kellerrohrback.com
lschwab@bbslaw.com
lwalzer@angelogordon.com
madison.cashman@stites.com
maofiling@cgsh.com
maofiling@cgsh.com
marc.hirschfeld@ropesgray.com
margot.erlich@pillsburylaw.com
mark.houle@pillsburylaw.com
mark.owens@btlaw.com
marvin.clements@state.tn.us
mbane@kelleydrye.com
mblacker@andrewskurth.com
mbusenkell@eckertseamans.com
mcheney@orrick.com
mcruse@wnj.com
mdallago@morrisoncohen.com
mdebbeler@graydon.com
metkin@lowenstein.com
mfarquhar@winstead.com
mgreger@allenmatkins.com
mhager@oshr.com
mhall@burr.com
mhamilton@ampn.com
miag@michigan.gov
miag@michigan.gov
michael.cook@srz.com
michael.mccrory@btlaw.com
michaelz@orbotech.com
miller@taftlaw.com
mkilgore@UP.com
mlee@contrariancapital.com
jstanton@contrariancapital.com
wraine@contrariancapital.com
solax@contrariancapital.com
mmassad@hunton.com
mmesonesmori@whitecase.com
mmeyers@gsmdlaw.com
mmharner@jonesday.com
mmoody@okmlaw.com
mnewman@schaferandweiner.com
mrichards@blankrome.com
mrr@previant.com
mscott@riemerlaw.com
mshaiken@stinsonmoheck.com
msmcelwee@varnumlaw.com
msomerstein@kelleydrye.com
mtf@afrct.com
murph@berrymoorman.com
mviscount@foxrothschild.com
mwinthrop@winthropcouchot.com
myarnoff@sbclasslaw.com
myetnikoff@schiffhardin.com
mzelmanovitz@morganlewis.com
nhp4@cornell.edu
niizeki.tetsuhiro@furukawa.co.jp
office@gazesllc.com
oiglesias@wlross.com
pabutler@ssd.com
patrick.bartels@quadranglegroup.com

| | | |
|---|---|---|
| pbaisier@seyfarth.com | robert.welhoelter@wallerlaw.com | shapiro@steinbergshapiro.com |
| pbarr@jaffelaw.com | robin.spear@pillsburylaw.com | sharon.petrosino@hp.com |
| pbilowz@goulstonstorrs.com | rparks@mijb.com | shazan@oshr.com |
| pbosswick@ssbb.com | rpeterson@jenner.com | sholmes@hunton.com |
| pcostello@bbslaw.com | rrichards@sonnenschein.com | sjennik@kjmlabor.com |
| pgurfein@akingump.com | rrosenbaum@mrrlaw.net | sjfriedman@jonesday.com |
| pjanovsky@zeklaw.com | rsz@curtinheefner.com | sjohnston@cov.com |
| pjricotta@mintz.com | rthibeaux@shergarner.com | skhoos@mintz.com |
| pmears@btlaw.com | rthibeaux@shergarner.com | skrause@zeklaw.com |
| Pretekin@coollaw.com | rtrack@msn.com | smcook@lambertleser.com |
| prubin@herrick.com | rurbanik@munsch.com | snirmul@gelaw.com |
| raterinkd@michigan.gov | jwielebinski@munsch.com | sokeefe@winthropcouchot.com |
| rbeacher@pitneyhardin.com | drukavina@munsch.com | sopincar@mcdonaldhopkins.com |
| rcharles@lrlaw.com | rusadi@cahill.com | sosimmerman@kwgd.com |
| rcovino@lordbissell.com | rweisberg@carsonfischer.com | sriley@mcdonaldhopkins.com |
| rdaversa@mayerbrown.com | rwyron@orrick.com | srosen@cb-shea.com |
| rdremluk@seyfarth.com | sabelman@cagewilliams.com | sselbst@mwe.com |
| resterkin@morganlewis.com | sagolden@hhlaw.com | sshimshak@paulweiss.com |
| RGMason@wlrk.com | sandy@nlsg.com | steven.keyes@aam.com |
| rgoldi@sotablaw.com | sarbt@millerjohnson.com | susanwhatley@nixlawfirm.com |
| rgordon@clarkhill.com | wolfordr@millerjohnson.com | tajamie@ajamie.com |
| rgriffin@iuoe.org | sboyce@sheehan.com | tbrink@lordbissell.com |
| rheilman@schaferandweiner.com | sbrennan@nathanneuman.com | tch@previant.com |
| rhett.campbell@tklaw.com | scargill@lowenstein.com | tdonovan@finkgold.com |
| richard.epling@pillsburylaw.com | schnabel@klettrooney.com | tgaa@bbslaw.com |
| richard.kremen@dlapiper.com | dbrown@klettrooney.com | tkennedy@kjmlabor.com |
| rjones@ambrake.com | schristianson@buchalter.com | tmaxson@cohenlaw.com |
| rjones@bccb.com | sdeeby@clarkhill.com | tmcfadden@lordbissell.com |
| rjsidman@vssp.com | sdonato@bsk.com | tom@beemanlawoffice.com |
| rkidd@srcm-law.com | sean@blbglaw.com | tomschank@hunterschank.com |
| rmcdowell@bodmanllp.com | selanders@danielsandkaplan.com | trenda@milesstockbridge.com |
| rmeth@pitneyhardin.com | sfreeman@lrlaw.com | tsable@honigman.com |
| rnsteinwurtzel@swidlaw.com | sgoldber@quarles.com | tscobb@vssp.com |
| robert.goodrich@stites.com | sgross@hodgsonruss.com | |
| robert.morris@timken.com | shandler@sbclasslaw.com | |

NY\1154278.1