**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

In re:                                    In Proceedings For A
                                          Reorganization Under
      **DELPHI CORPORATION, et al,**     Chapter 11
                                          Case No.: 05-44481
                                          Jointly Administered
    Delphi Automotive Systems LLC        Case No.: 05-44640
                    Debtors.

-------------------------------------------------------------------X

NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

        Amroc Investments, LLC
        535 Madison Avenue, 15th Floor
        New York, New York 10022
        Attention: David S. Leinwand, Esq.

A transfer in the amount of **$114,828.73** from:

        Hill & Knowlton Australia Pty (Transferor)
        C12 338 Pitt St.
        Sydney, N5W 2000
        Attention: Mr. James Letherbarkon

is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.  Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                                                Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

                                                          _____
                                                          Deputy Clerk