# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **DELPHI CORPORATION**
Case No. **05-44481**
(Related Docket No. 3921 )

Court ID (Court Use Only)_____

### NOTICE OF AMENDED TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| LIQUIDITY SOLUTIONS, INC<br>DBA CAPITAL MARKETS<br>Name of Transferee | ONE SOURCE FACILITY SERVICES INC<br>Name of Transferor |
| Name and Address where notices and payments to transferee should be sent<br>LIQUIDITY SOLUTIONS, INC<br>DBA CAPITAL MARKETS<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601<br>Phone:<br>(201) 968-0001 | Court Record Address of Transferor<br>(Court Use Only)<br><br>Last four Digits of Acct #:_____<br><br>Name and Current Address of Transferor<br>ONE SOURCE FACILITY SERVICES INC<br>1600 PARKWOOD CIRCLE STE 400<br>ATLANTA GA 30339<br><br>Last Four Digits of Acct#:_____<br><br>Court Claim # (if known):386<br>Date Claim Filed:11/7/2005<br>Amount $22,224.00 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/Chris Oh
Transferee/Transferee's Agent

Date: 6/14/2006

Penalty for making a false statement. Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

---

**~~DEADLINE TO OBJECT TO TRANSFER~~**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
CLERK OF THE COURT

232628

TRANSFER NOTICE

ONESOURCE FACILITY SERVICES INC. ("Assignor"), transfers and assigns unto CAPITAL MARKETS with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGMENT OF CLAIM AGREEMENT DELPHI AUTOMOTIVE SYSTEMS LLC., (the Debtor), between Assignor and Assignee, all of its right, title and interest in and to the ONESOURCE FACILITY SERVICES INC. Claims of Assignor in the aggregate amount of $22,224.00 representing all claims against: DELPHI AUTOMOTIVE SYSTEMS LLC., (herein, the Debtor) in the United State Bankruptcy Court, U.S. Bankruptcy Court, For the Southern District of New York administered as Case Number 05-44640.

IN WITNESS WHEREOF, Assignor has signed below as of the  5th  day of  May , 2006.

ONESOURCE FACILITY SERVICES INC.

WITNESS:

_____         By: _____
(Signature)                                                (Signature)

_____         Marjorie Jackson  Cash mgnt Anal.
(Print Name of Witness)                          (Print Name and Title)

Naomi Dobson