# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

---------------------------------------------------------X

In re

**DELPHI CORPORATION, et al,**

Delphi Automotive Systems LLC
               Debtors.

---------------------------------------------------------X

In Proceedings For A
Reorganization Under
Chapter 11
Case Number: 05-44481
Jointly Administered
Case No.: 05-44640

## NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

      PLEASE TAKE NOTICE that Amroc Investments, LLC hereby withdraws the Notice of Transfer of Claim filed from HERITAGE-CRYSTAL CLEAN LLC as transferor (docket number 4137), to Amroc Investments, LLC as transferee. The Withdrawal of Transfer of Claim relates only to the filed claim HERITAGE-CRYSTAL CLEAN LLC in the amount of $91,682.76.

Respectfully submitted this 14th day of June 2006.

Amroc Investments, LLC
535 Madison Avenue
15th Floor
New York, New York 10022
Ph: (212) 850-7524
Fax: (212) 850-7584

By: _____
David S. Leinwand, Esq.