**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
| | |
|---|---|
| In re : | |
| : | Chapter 11 Case No. |
| : | |
| **DELPHI CORPORATION, <u>et</u> <u>al.</u>,** : | 05-44481 (RDD) |
| : | |
| Debtors. : | (Jointly Administered) |
| : | |

-------------------------------------------------------------x

**ORDER GRANTING MOTION PURSUANT
TO RULE 2090-1(b) OF THE LOCAL RULES OF
THE UNITED STATES BANKRUPTCY COURT FOR THE
<u>SOUTHERN DISTRICT OF NEW YORK FOR ADMISSION *PRO HAC VICE*</u>**

Upon consideration of the Motion Pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York For Admission *Pro Hac Vice* (the "<u>Motion</u>"), seeking admission *pro hac vice* of Melanie Gray to represent General Motors Corporation ("<u>General Motors</u>"), a creditor in the above captioned chapter 11 cases, before the United States Bankruptcy Court for the Southern District of New York, it is hereby

ORDERED that Melanie Gray is permitted to appear *pro hac vice* as counsel to General Motors in the above-captioned chapter 11 cases, subject to the payment of the filing fee.

Dated: June 14, 2006
      New York, New York

                                              /s/Robert D. Drain
                                            HONORABLE ROBERT D. DRAIN
                                            UNITED STATES BANKRUPTCY JUDGE