UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | Jointly Administered |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER UNDER LOCAL BANKRUPTCY
RULE 2090-1(b) GRANTING ADMISSION *PRO HAC VICE*

Upon the motion of Mark R. Owens, dated June 9, 2006, for admission *pro hac vice* of Michael K. McCrory in the above-captioned chapter 11 cases; it is hereby

ORDERED, that Michael K. McCrory is admitted to practice *pro hac vice* in the above-captioned chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       June 14, 2006

/s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE

INDS01 KSTREED 856180v1