W. Timothy Miller (OH 0059952)
TAFT, STETTINIUS & HOLLISTER, LLP
Attorney for Select Industries Corporation and
Gobar Systems, Inc.
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
(513) 381-2838

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, *et al*., | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

## ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

W. Timothy Miller, a member in good standing of the bars in the State of Ohio, United States District Court for the Southern District of Ohio, United States District Court for the Northern District of Ohio, and the United States Court of Appeals for the Sixth Circuit, having requested admission, *pro hac vice*, to represent Select Industries Corporation and Gobar Systems, Inc., creditors in the above-referenced jointly administered cases,

**IT IS HEREBY**

ORDERED, that W. Timothy Miller, Esq., be admitted to practice, *pro hac vice*, in the above-referenced cases in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: June 14, 2006
   New York, New York

                               /s/Robert D. Drain
                               United States Bankruptcy Judge

{W0704227.1}