# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **DELPHI CORPORATION**
Case No. **05-44481**

Court ID (Court Use Only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **LIQUIDITY SOLUTIONS, INC** **DBA REVENUE MANAGEMENT** Name of Transferee | **DICKEY & SON MACHINE TOOL CO INC** Name of Transferor |
| Name and Address where notices and payments to transferee should be sent LIQUIDITY SOLUTIONS, INC DBA REVENUE MANAGEMENT ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK, NJ 07601 Phone: (201) 968-0001 | Court Record Address of Transferor (Court Use Only) Last four Digits of Acct #:_____ Name and Current Address of Transferor **DICKEY & SON MACHINE TOOL CO INC PO BOX 22478 INDIANAPOLIS, IN 46222** Last Four Digits of Acct#:_____ Court Claim # (if known):451 Date Claim Filed:11/8/2005 Amount **$4,302.50** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/Jeffrey Caress
Transferee/Transferee's Agent

Date: 6/15/2006

*Penalty for making a false statement.* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

---

### ~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
CLERK OF THE COURT

817655

## TRANSFER NOTICE

Dickey & Son Machine Tool ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: Delphi Automotive Systems LLC. (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the Claims of Assignor in the aggregate amount of $7,848.25 representing all claims against the Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 05-44640, subject to the terms of the Assignment Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the ___5___ day of ___June___, 2006

Dickey & Son Machine Tool

_Mary Dehner_
(Signature)

_Mary Dehner / CFO_
(Print Name and Title)

REVENUE MANAGEMENT

_[signature]_
(Signature)

_JEFFREY L. CARESS_
(Print Name of Witness)