United States Bankruptcy Court
For the Southern District Of New York

| DELPHI CORPORATION | } Chapter 11 |
|---|---|
| | } |
| | } Case No. |
| | } 05-44481 |
| Debtor | } Amount $66,952.29 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**DIGI-KEY CORPORATION**
**701 BROOKS AVE SOUTH**
**THIEF RIVER FALLS, MN 56701**

The transfer of your claim as shown above in the amount of $66,952.29 has been transferred to:

      Liquidity Solutions, Inc.
      Dba Revenue Management
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

      By:/s/ Jeffrey Caress
      Liquidity Solutions, Inc.
      dba Revenue Management
      (201) 968-0001

496625

## TRANSFER NOTICE

Digi-Key Corporation ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: Delphi Medical Systems Colorado Corp. (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the Digi-Key Corporation Claims of Assignor in the aggregate amount of $66,952.29, representing all claims against the Debtor in the United States Bankruptcy Court for the Southern District of New York, administered as Case No. 05-44507, subject to the terms of the Assignment Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the ____ day of June, 2006

Digi-Key Corporation                                REVENUE MANAGEMENT

_____                           _____
(Signature)                                         (Signature)

MARK A. LARSON, PRES.                               JEFFREY L. CARESS
(Print Name and Title)                              (Print Name of Witness)

3452116.4