United States Bankruptcy Court
For the Southern District of New York

| DELPHI AUTOMOTIVE SYSTEMS LLC | } Chapter 11 |
| --- | --- |
| | } |
| | } Case No. |
| | } 05-44640 |
| Debtor | } Amount $122,478.94 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**NEUN H P CO INC EFT**
**75 NORTH MAIN ST**
**FAIRPORT, NY 14450**

The transfer of your claim as shown above in the amount of $122,478.94 has been transferred to:

        Liquidity Solutions, Inc.
        Dba Revenue Management
        One University Plaza
        Suite 312
        Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

        By:/s/ Jim Yenzer
        Liquidity Solutions, Inc.
        dba Revenue Management
        (201) 968-0001

        820646

8200646

## TRANSFER NOTICE

NEUN H P CO INC EFT ("Assignor"), transfers and assigns unto CAPITAL MARKETS with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT between Assignor and Assignee, all of its right, title and interest in and to the NEUN H P CO INC EFT Claims of Assignor in the aggregate amount of $122,478.94 representing all claims against: DELPHI AUTOMOTIVE SYSTEMS LLC., (herein, the Debtor) in the United State Bankruptcy Court, Southern District of New York administered as **Case Number 05-44640.**

IN WITNESS WHEREOF, Assignor has signed below as of the 31st day of May, 2006.

NEUN H P CO INC EFT

WITNESS:

_____           By: _____
(Signature)                                    (Signature)

CAROL A. ANNE                              A. MICHAEL HANNA
(Print Name of Witness)                    (Print Name and Title)
                                           President

820646