# EXHIBIT A

**FILED UNDER SEAL**

# EXHIBIT B

**FILED UNDER SEAL**

# EXHIBIT C

**FILED UNDER SEAL**

# EXHIBIT D

**FILED UNDER SEAL**

# EXHIBIT E

**FILED UNDER SEAL**

# EXHIBIT F

**FILED UNDER SEAL**

# EXHIBIT G

**FILED UNDER SEAL**

# EXHIBIT H

**FILED UNDER SEAL**

# EXHIBIT I

EOD JAN 2 5 2002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 02-B02474 |
| | ) | (Jointly Administered) |
| KMART CORPORATION, et al., | ) | Chapter 11 |
| | ) | Chief Judge Susan Pierson Sonderby |
| | ) | |
| Debtors. | ) | |

**ORDER UNDER 11 U.S.C. §§ 105(a)
AND 365(a) AUTHORIZING (A) REJECTION
OF CERTAIN UNEXPIRED LEASES AND (B) APPROVING
PROCEDURES FOR REJECTING OTHER UNEXPIRED LEASES**

Upon the motion dated January 22, 2002 (the "Motion"), wherein

Kmart Corporation ("Kmart") and certain of its domestic subsidiaries and affiliates,

debtors and debtors-in-possession in the above-captioned cases (collectively, the

"Debtors"), moved this Court for entry of an order, pursuant to sections 105(a) and

365(a) of the Bankruptcy Code, authorizing the Debtors to reject certain nonresiden-

tial real property leases and subleases (the "Real Property Leases"), which are defined

on Schedules A and B attached hereto; and upon the Affidavit of Charles C.

Conaway, Support of Chapter 11 Petitions and First Day Orders; it appearing to the

Court that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28

U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C.

§ 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the

119

Debtors, their estates and their creditors; (iv) proper and adequate notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary; and (v) upon the record herein after due deliberation thereon, that the relief should be granted as set forth below,

      1.     The rejection of the Real Property Leases shall be effective for each Real Property Lease set forth on the annexed Schedule A as of the date the Motion was filed, unless the applicable lessor objects, on any ground recognized under the Bankruptcy Code, within ten days of service of this Order on such lessor. In the absence of a timely objection or if an objection is overruled, the effective date of the rejection of a Real Property Lease set forth on the annexed Schedule A shall be as provided in the previous sentence. The rejection of the Real Property Leases shall be effective for each Real Property Lease set forth on the annexed Schedule B as of ten days following the delivery by the Debtors to the statutory committee and (or 20 largest creditors, if no committee has yet been formed) and the lessor under that particular Real Property Lease of a notice of rejection of that particular Real Property Lease.

      2.     Under this lease rejection procedure, the Debtors will pay rent due under a particular Real Property Lease on a pro-rated bases for each day between the entry of this Order and the effective date of the rejection of that Real Property Lease, notwithstanding the terms of such Real Property Lease.

2

3.    Nothing in this Order shall be deemed to extend the time to assume or

reject any Real Property Lease under section 365(d)(4) of the Bankruptcy Code.

4.    The Court shall retain exclusive jurisdiction to resolve any dispute

arising from or relating to the rejections authorized herein or this Order.

5.      Notwithstanding Rule 6006(d) of the Federal Rules of Bankruptcy

Procedure, this Order shall take effect immediately upon signature.

Dated: Chicago, Illinois
       January 15, 2002

Chief Judge Susan Pierson Sonderby
UNITED STATES BANKRUPTCY JUDGE

4

## SCHEDULE 1

## REAL PROPERTY LEASES
## IMMEDIATE REJECTION

SCHEDULE A
LEASES
IMMEDIATE REJECTION

| STORE # | CITY | ST | TENANT | LANDLORD |
|---|---|---|---|---|
| 1006 | Woodlands | TX | Kmart Corporation | K Realty Three Associates Ltd. |
| 1011 | Saginaw | MI | Kmart of Michigan, Inc. | East Valley Ltd. Partnership |
| 1017 | Evansville | IN | Kmart of Indiana | Evsan Company, LP |
| 1030 | El Paso | TX | Kmart of Texas, L.P. | Paso Builder Co., LC 1997-1 |
| 1036 | San Antonio | TX | Kmart of Texas, L.P. | San Builder Company LC, 1997-1 |
| 1039 | Sterling Heights | MI | Kmart Corporation | Sterling Ponds Retail Associates |
| 1114 | Forest Park | GA | PACE Membership Warehouse, Inc. | Barbara L. Goldsmith |
| 1166 | Bridgeton | MO | Kmart Corporation | American National Insurance Company |
| 1185 | Chantilly | VA | Pace Membership Warehouse, Inc. | Brookfield-Beverly Road Associates Limited Partnership |
| 1301 | Kalamazoo | MI | Kmart of Michigan, Inc. | Portage Square Associates Ltd. |
| 1305 | N. Syracuse | NY | Kmart Corporation | Norwill Associates |
| 1306 | Cincinnati | OH | Kmart Corporation | Amerishop Biggs Place LLC |
| 1318 | Matteson | IL | Kmart Corporation | LaSalle Bank N.A., Successor Trustee to American National Bank and Trust Company of Chicago, as Trustee under Trust Agreement dated 7/11/94 and known as Trust No. 118519-04 |
| 1320 | Wichita | KS | Kmart Corporation | Puget of Texas |
| 1324 | Lake Mary | FL | Builders Square, Inc. | Edward B. Lipkin, Trustee |
| 1326 | Topeka | KS | Kmart Corporation | Wannamaker Venture |
| 1339 | Florence | KY | Kmart Corporation | Jaygee Associates Inc. |
| 1350 | Orlando | FL | Kmart Corporation | William T. Mobley, Jr. |
| 1351 | Houston | TX | Kmart Corporation | Chemical Bank, as Trustee |
| 1353 | Palm Bay | FL | Kmart Corporation | The Northwestern Mutual Life Insurance Company |
| 1355 | Cutler Ridge | FL | Kmart Corporation | Myra Friedman, Rita Stein, David J. Millstein and Jack Millstein, Jr., Trustees of Millstein Industries |
| 1358 | Allentown | PA | Kmart of Pennsylvania LP | Powerline Assoc., LP |
| 1364 | Columbus | OH | Kmart Corporation | Pembroke Pines, LLC |
| 1369 | Ft. Myers | FL | Kmart Corporation | State Street Bank and Trust Company |
| 1383 | Waterford | MI | Kmart of Michigan, Inc. | Wineman Investment Co. & Summit North LP/ Ramco-Gershenson |
| 1388 | Tulsa | OK | Kmart Corporation | Soilco, L.C. |
| 1397 | Daytona Beach | FL | Kmart Corporation | Square I-1, LLC |
| 1399 | Melrose Park | IL | Kmart Corporation | Winston Plaza Associates |
| 1401 | San Antonio | TX | Kmart of Texas, L.P. | Roy L. Martin & Associates |
| 1411 | Webster | TX | Kmart of Texas, L.P. | Price/Baybrook, Ltd. |
| 1419 | Mt. Clemens | MI | Kmart of Michigan, Inc. | Ramco Clinton Development Company |
| 1420 | Houston | TX | Kmart Corporation | Quest Realty |
| 1423 | Pensacola | FL | Kmart Corporation | Kimsworth, Inc |

SCHEDULE A
LEASES
IMMEDIATE REJECTION

| STORE | CITY | ST | TENANT | LANDLORD |
|---|---|---|---|---|
| 1427 | Amarillo | TX | Kmart of Texas, L.P. | Ohio Teachers Retirement (OTR) |
| 1430 | Tinley Park | IL | Kmart Corporation | New Plan Realty Trust |
| 1434 | Palatine | IL | Kmart Corporation | LaSalle National Bank, as Trustee under Trust No. 110109 |
| 1435 | Detroit | MI | Kmart of Michigan, Inc. | DDRC Michigan, LLC |
| 1436 | Southgate | MI | Kmart of Michigan, Inc. | Walpath Centers Partnership |
| 1440 | Oklahoma City | OK | Kmart Corporation | Walker 78 Co. |
| 1441 | Dayton | OH | Kmart Corporation | Dayton-Shiloh Plaza |
| 1442 | Tulsa | OK | Kmart Corporation | Bank of New York |
| 1448 | Braddock Hills | PA | Kmart of Pennsylvania LP | Kimco Development of Braddock Hills, Inc. |
| 1450 | Ft. Myers | FL | Kmart Corporation | Manufacturers Bank |
| 1458 | Kansas City | MO | Kmart Corporation | TERK Partners |
| 1459 | Kansas City | MO | Kmart Corporation | Bayport Development, LLC |
| 1460 | Waukegan | IL | Kmart Corporation, as successor-in-interest to Builders Square, Inc. | Simon Property Group (Illinois), L.P. |
| 1473 | Lenexa | KS | Kmart Corporation | First Berkshire Business Trust |
| 1480 | Indianapolis | IN | Kmart of Indiana | Simon Property Group, LP |
| 1483 | Milwaukee | WI | Kmart Corporation | Mifflin Care Center, Inc. |
| 1487 | West Allis | WI | Kmart Corporation | Ramco-Gershenson Properties, L.P. |
| 1488 | Pittsburgh | PA | Kmart of Pennsylvania LP | First City Company |
| 1492 | Bakersfield | CA | Builders Square, Inc. | Meesob Investment Co. |
| 1495 | Albuquerque | NM | Kmart Corporation | Sal S. Zagari, Nariman D. Zagari, Rober Yohai, Ronald A. Weiss, Jocelyn R. Weiss, Robert J. Heil, Rosemary E. Heil, Howard E. Oberlander, Robert Choquette, Trustee under The Choquette Revocable Trust |
| 1503 | Tampa | FL | Kmart Corporation, as successor-in-interest to Builders Square, Inc. | AEGON USA Realty Advisors, Inc. |
| 1507 | Largo | FL | Builders Square, Inc. | E.J. Benes, Trust for the Frances M. Benes Trust of December 20, 1982 |
| 1520 | Evanston | IL | Kmart Corporation | Hanover Evanston, Inc. |
| 1522 | Webster Groves | MO | Kmart Corporation | Grant Park Properties Limited Partnership |
| 1522 | Webster Groves | MO | Kmart Corporation | Joseph Grasso |
| 1524 | Norcross | GA | Builders Square, Inc. | AECO Investment Company |
| 1526 | Casselberry | FL | Kmart Corporation | Property Development Associates |
| 1535 | Clearwater | FL | Kmart Corporation | MDL Portfolio Corp. |
| 1541 | Ypsilanti | MI | Kmart of Michigan, Inc. | New Plan Realty Trust |
| 1542 | Forest Park | OH | Kmart Corporation | Cobblewood Plaza Investors, L.P. |
| 1555 | Nashua | NH | Builders Square, Inc. | AM of NH, Inc. |

SCHEDULE A

LEASES

IMMEDIATE REJECTION

| STORE | CITY | ST | TENANT | LANDLORD |
|-------|------|----|----|----------|
| 1557 | Ferguson | MO | Kmart Corporation | First Berkshire Business Trust c/o Sam Plotkin & Assoc. |
| 1558 | York | PA | Kmart of Pennsylvania LP | York Holding Company, L.P. |
| 1560 | Colonie | NY | Kmart Corporation | Colonie Realty Associates, LP |
| 1565 | Lancaster | PA | Kmart of Pennsylvania LP | Hawthorne Centre Associates |
| 1572 | Oakwood Village | OH | Kmart Corporation | First Interstate Hawthorne L.P. |
| 1573 | Erie | PA | Kmart of Pennsylvania LP | Summit Towne Centre, Inc. |
| 1574 | West Mifflin | PA | Kmart of Pennsylvania LP | Michelle Hunt |
| 1578 | Canton Twp. | MI | Kmart of Michigan, Inc. | Ford Lilley Limited Partnership |
| 1579 | Springfield | MO | Kmart Corporation | K Store L.P. |
| 1586 | Chantilly | VA | Builders Square, Inc. | Brookfield-Beverly Road Associates Limited Partnership |
| 1589 | St. Louis | MO | Kmart Corporation | Starwood Ceruzzi Marketplace, LLC |
| 1592 | Columbus | OH | Kmart Corporation | The Rockola Corporation |
| 1598 | Port Huron | MI | Kmart of Michigan, Inc. | WRS Port Huron Limited Partnership |
| 2402 | Fife | WA | Kmart Corporation | State of Washington, Department of Natural Resources |
| 2424 | Pittsburgh | CA | Kmart Corporation | ACG Pittsburgh Investors |
| 2433 | North Houston | TX | Kmart Corporation | Houston/Weber, Ltd. |
| 2434 | S. Houston | TX | Kmart Corporation | FKM Partnership, Ltd. |
| 2437 | Naples | FL | Kmart Corporation | Donald G. Soffer, Trustee of the Donald G. Soffer Revocable Trust dated 4/29/92 |
| 2449 | Paramus | NJ | Kmart Corporation | Burroughs/LPM Limited Partnership |
| 2463 | El Centro | CA | Kmart Corporation | BLM El Centro |
| 2468 | Cutler Ridge | FL | Kmart Corporation | Parker Real Estate Partners III, Ltd. |
| 3404 | Stafford | TX | Kmart Corporation | Three Stafford Associates |
| 3429 | Winslow | AZ | Kmart Corporation | First Berkshire Business Trust |
| 3449 | Fargo | ND | Kmart Corporation | Levco Fargo Associates |
| 3463 | East Pointe | MI | Kmart of Michigan, Inc. | EBL&S Property |
| 3470 | Kimberly | WI | Kmart Corporation | Sagold Realty Company, LLC |
| 3473 | Villa Park | IL | Kmart Corporation | LaSalle National Bank, as Trustee under Trust No. 120527 |
| 3485 | Hillsboro | OH | Kmart Corporation | Gershman Properties, LLC |
| 3500 | New Philadelphia | OH | Kmart Corporation | Susan and Sanford Sandelman Trustees |
| 3505 | Laredo | TX | Kmart of Texas, L.P. | Jeffrey H Tamkin Inc. |
| 3562 | Euclid | OH | Kmart Corporation | BS Mt. Vernon Limited Partnership |
| 3567 | La Crosse | WI | Kmart Corporation | First Berkshire Business Trust |
| 3577 | Wexford | PA | Kmart of Pennsylvania LP | McCandless KM Associates |
| 3581 | Rochester | MN | Kmart Corporation | Minniwick Holding, L.L.C. |
| 3588 | Naperville | IL | Kmart Corporation | U.S. Realty 87 Naperville Associates, L.P. |
| 3698 | Victorville | CA | Kmart Corporation | Jeanette S. Hill |
| 3704 | Lake Elsinore | CA | Kmart Corporation | Rodney H. & Gertrude G. Medeiros |
| 3726 | Ocean Springs | MS | Kmart Corporation | Parkside, LLC |

SCHEDULE A
LEASES
IMMEDIATE REJECTION

| STORE # | CITY | ST | TENANT | LANDLORD |
|---|---|---|---|---|
| 3732 | Lake Jackson | TX | Kmart of Texas, L.P. | L Jackson KM Company |
| 3733 | Bay City | TX | Kmart of Texas, L.P. | Bay City KM Company |
| 3755 | Sturgeon Bay | WI | Kmart Corporation | Stearns Investments |
| 3860 | Madera | CA | Kmart Corporation | GMF Madera, LLC |
| 3898 | Forestdale | AL | Kmart Corporation | Nationwide Life Insurance Company |
| 3899 | Bessemer | AL | Kmart Corporation | JJ/LMB Griffis/ME Osborn |
| 3903 | Selma | AL | Kmart Corporation | Selma Highway 80 Venture I Joint Venture |
| 3921 | Ogdensburg | NY | Kmart Corporation | ACG Ogdensburg Associates |
| 3955 | Coachella | CA | Kmart Corporation | RIC Coachella Associates, Limited Partnership |
| 3983 | Colton | CA | Kmart Corporation | Ric Colton Associates LP |
| 3999 | Woodburn | OR | Kmart Corporation | Walt Gasser & Associates |
| 4218 | Appleton | WI | Kmart Corporation | Wisconsin DMJ Property Corp. |
| 4227 | Des Plaines (Niles) | IL | Kmart Corporation | Sidcor Dempster Associates |
| 4567 | Cleveland (Brooklyn) | OH | Kmart Corporation | John C. Parker |
| 4710 | Barstow | CA | Kmart Corporation | CRICKM Barstow Trust |
| 4834 | Brewton | AL | Kmart Corporation | 2020 Stringtown Road, L.L.C. |
| 4884 | Houston | TX | Kmart of Texas, L.P. | Rolf Piller |
| 4890 | Anaheim | CA | Kmart Corporation | William J. Wade as Owner Trustee under Trust Agreement #1995-1 (Verizon) |
| 4891 | Sanger | CA | Kmart Corporation | William J. Wade, Owner/Trustee #1995-1 (Verizon) |
| 4892 | Sebastian | FL | Kmart Corporation | Sebastian Development Ltd. |
| 4923 | Amsterdam | NY | Kmart Corporation | HNB Investment Corp./Bank of New York |
| 7072 | Webster | TX | Kmart of Texas, L.P. | Webster KM Associates |
| 7115 | Orange | TX | Kmart of Texas, L.P. | Amresco Financial I, LP |
| 7160 | Amarillo | TX | Kmart of Texas, L.P. | Elmhurst Company |
| 7181 | Littleton | CO | Kmart Corporation | Columbine Partners |
| 7199 | Troy | OH | Kmart Corporation | Diversey West Hotel Properties, Ltd. |
| 7202 | Memphis | TN | Kmart Corporation | J.R. and R.S. Sauls |
| 7210 | Mansfield | OH | Kmart Corporation | East Mansfield Assoc. Ltd. |
| 7211 | Radcliff | KY | Kmart Corporation | Radcliff Associates |
| 7218 | Lubbock | TX | Kmart of Texas, L.P. | Baltic 80 Associates |
| 7220 | Waco | TX | Kmart of Texas, L.P. | Shidler/West Finance Partners V, Limited Partnership |
| 7224 | Ft. Worth | TX | Kmart of Texas, L.P. | Lakeside - BRS Associates, L.P. |
| 7228 | Sanford | FL | Kmart Corporation | Sanford Property Group |
| 7252 | Gilroy | CA | Kmart Corporation | Marina Square Partners, LP |
| 7262 | Louisville | KY | Kmart Corporation | Abrams Properties Inc. |
| 7267 | Casper | WY | Kmart Corporation | Susan and Sanford Sandelman Trustees; Tenant # 100003376 |

4

SCHEDULE A
LEASES
IMMEDIATE REJECTION

| STORE # | CITY | ST | TENANT | LANDLORD |
|---|---|---|---|---|
| 7285 | Lauderhill | FL | Kmart Corporation | Rossland Real Estate Limited and High Glen Developments Limited |
| 7292 | Jeffersontown | KY | Kmart Corporation | Two Louisville Associates L.P. |
| 7322 | Acworth | GA | Kmart Corporation | William T. Mobley Jr. |
| 7343 | Abilene | TX | Kmart Corporation | AK IV Properties |
| 7346 | Gulf Breeze | FL | Kmart Corporation | Moulton Properties Inc |
| 7406 | Matthews | NC | Kmart of North Carolina LLC | MTH Realty Inc., c/o Trammell Crow Company |
| 7411 | Texas City | TX | Kmart of Texas, L.P. | Jerry J. Moore and Jean H. Moore/JJM Management |
| 7414 | Calexico | CA | Kmart Corporation | Del Norte Campillo Associates |
| 7421 | Quincy | IL | Kmart Corporation | TDW Investment Group, L.L.C. |
| 7433 | Coralville | IA | Kmart Corporation | Iowick Holding, L.L.C. |
| 7436 | Jacksonville | FL | Kmart Corporation | Metro International Property Fund XVI L.P. |
| 7440 | Bourbonnais | IL | Kmart Corporation | TM Midland Realty Ltd Partners |
| 7441 | Spring | TX | Kmart Corporation | Woodlands, TX Limited Partnership |
| 7449 | Houston | TX | Kmart Corporation | Hopi 82 Associates |
| 7450 | Lehigh Acres | FL | Kmart Corporation | Lehigh Acres/Funding Associates, L.P. |
| 7456 | Lewisville | TX | Kmart of Texas, L.P. | U.S. Realty 87 Lewisville Associates, L.P. |
| 7457 | Manitowoc | WI | Kmart Corporation | First Berkshire Business Trust |
| 7489 | San Angelo | TX | Kmart of Texas, L.P. | US Realty 87 Associates |
| 7495 | West Monroe | LA | Kmart Corporation | Sunshine Heights Corporation |
| 7503 | Petersburg | VA | Kmart Corporation | Goodrich Associates Mgmt. Co., Inc. |
| 7506 | Newburgh | IN | Kmart of Indiana | Warrick Associates |
| 7514 | Tucson | AZ | Kmart Corporation | U.S. Realty 87 Associates |
| 7516 | Pt. St. Lucie | FL | Kmart Corporation | Rimart Corporation |
| 7528 | Waukegan | IL | Kmart Corporation | MF Corporation |
| 7529 | Rancho Cuc | CA | Kmart Corporation | Warewick Holding, LLC |
| 7534 | Charleston | SC | Kmart Corporation | US Realty 87 James Island Associates, Limited Partnership |
| 7540 | Charlotte (Pineville) | NC | Kmart of North Carolina LLC | Norwick Holding, LLC |
| 7546 | Reno | PA | Kmart of Pennsylvania LP | Daniel G. Kamin |
| 7561 | Little Rock | AR | Kmart Corporation | Kappa Realty, Inc. |
| 7562 | Cincinnati | OH | Kmart Corporation | Susan Sandelman & Sanford Sandelman |
| 7564 | Mission Viejo | CA | Kmart Corporation | Chemical Trust Company of California/Chase Manhattan Bank & Trust |
| 7571 | Paso Robles | CA | Kmart Corporation | Melvin & Angela Dagovitz |
| 7591 | Vacaville | CA | Kmart Corporation | Double V Associates, L.P. |
| 7600 | Tracy | CA | Kmart Corporation | John B. and Kathleen McCorduck |

5

SCHEDULE A
LEASES
IMMEDIATE REJECTION

| STORE | CITY | ST | TENANT | LANDLORD |
|---|---|---|---|---|
| 7611 | Hallendale | FL | Kmart Corporation | 17070 Collins Avenue Shopping Center, Ltd and RK Hallandale L.P. |
| 7652 | Tell City | IN | Kmart of Indiana | William Tell Homes Company |
| 7658 | Palm Coast | FL | Kmart Corporation | Palm Coast/Funding Associates, L.P. |
| 7900 | Miami | FL | Kmart Corporation | Raanan Katz |
| 8270 | Ft. Wayne | IN | Kmart of Indiana | Bluefield Associates |
| 9072 | Norfolk | NE | Kmart Corporation | Elaine Stone |
| 9073 | Burley | ID | Kmart Corporation | Petand Associates |
| 9199 | Kennett | MO | Kmart Corporation | Kennett Associates |
| 9200 | Macomb | IL | Kmart Corporation | Bryson Properties XX, Ltd. |
| 9215 | Sulphur Springs | TX | Kmart of Texas, L.P. | Athens Partners |
| 9232 | Martinsville | IN | Kmart of Indiana | Founder, Inc. |
| 9236 | Gillette | WY | Kmart Corporation | C & W Manhattan Associates |
| 9239 | Sequin | TX | Kmart of Texas, L.P. | Benedict Silverman |
| 9246 | Georgetown | SC | Kmart Corporation | Susan Sandelman as Trustee of Jail Trust, c/o Kin Properties, Inc. |
| 9251 | Sylacauga | AL | Kmart Corporation | Sand Springs, LLC |
| 9254 | Talladega | AL | Kmart Corporation | Sand Springs, LLC |
| 9256 | Athens | TX | Kmart Corporation | Athens Partners |
| 9259 | Sweetwater | TX | Kmart of Texas, L.P. | Sweetwater Partners |
| 9262 | Clinton | OK | Kmart Corporation | Three Stafford Associates, L.P. |
| 9265 | Skowhegan | ME | Kmart Corporation | Young- Maine Properties |
| 9275 | Allegany | NY | Kmart Corporation | National Realty & DVLP Corp. |
| 9283 | Live Oak | FL | Kmart Corporation | South Oaks Station LLC, c/o Phillips Edison & Company |
| 9291 | Grafton | ND | Kmart Corporation | Dakota Properties |
| 9293 | Watseka | IL | Kmart Corporation | Watseka Associates |
| 9299 | Sweetwater | TN | Kmart Corporation | Park Tower, Ltd. |
| 9300 | Zachary | LA | Kmart Corporation | Daniel G Kamin |
| 9301 | Rogersville | TN | Kmart Corporation | Park Tower Ltd. |
| 9302 | London | OH | Kmart Corporation | London Development Company |
| 9303 | Thomson | GA | Kmart Corporation | Diversey West Hotel Partnership |
| 9308 | Fort Stockton | TX | Kmart of Texas, L.P. | Durant Associates |
| 9313 | Wynne | AR | Kmart Corporation | Wynne Arkansas Associates |
| 9333 | Kirkwood | MO | Kmart Corporation | KRC Kirkwood 803, Inc. |
| 9337 | Kansas City | KS | Kmart Corporation | KRC State 807, Inc. |
| 9341 | Oakbrook Terrace | IL | Kmart Corporation | KRCV Corporation |
| 9342 | Matteson | IL | Kmart Corporation | KRCV Corporation |
| 9343 | Mount Prospect | IL | Kmart Corporation | KRCV Corporation |
| 9347 | Maplewood | MO | Kmart Corporation | KRCV Corporation |
| 9350 | Addison | IL | Kmart Corporation | KRC Midwest City 857, Inc. |
| 9361 | Naperville | IL | Kmart Corporation | KRCV Corporation |
| 9366 | Elgin | IL | Kmart Corporation | KRC Elgin 860, Inc. |
| 9370 | Roeland Park | KS | Kmart Corporation | KRC Roeland Park Inc. |
| 9372 | Mundelein | IL | Kmart Corporation | KRC Mundelein 874, Inc. |

## SCHEDULE A
## LEASES
## IMMEDIATE REJECTION

| STORE | CITY | ST | TENANT | LANDLORD |
|---|---|---|---|---|
| 9374 | Shawnee | KS | Kmart Corporation | Tri-State Realty |
| 9377 | Arlington Hts. | IL | Kmart Corporation | KRC Arlington Heights 896, Inc. |
| 9403 | Mojave | CA | Kmart Corporation | Mountain View Plaza, LLC |
| 9504 | Corsicana | TX | Kmart Corporation | Corsicana Partners |
| 9516 | Murray | KY | Kmart Corporation | BancKentucky, Inc. and Cumberland Bancorp, Inc. |
| 9540 | Faribault | MN | Kmart Corporation | Troy Plaza Associates, Ltd. |
| 9548 | Henderson | NC | Kmart of North Carolina LLC | Sand Springs, LLC |
| 9550 | Aberdeen | NC | Kmart of North Carolina LLC | 501 Associates |
| 9558 | Harrisburg | IL | Kmart Corporation | US Realty 86 Associates/US Realty 87 Associates |
| 9565 | Martinsburg | WV | Kmart Corporation | Pacific Beach Company, Inc. |
| 9567 | Ruston | LA | Kmart Corporation | Ruston Center- Graham Partnership & Lincoln Builders of Ruston Inc. |
| 9574 | Plainview | TX | Kmart of Texas, L.P. | Theodore C. Harris |
| 9575 | Pampa | TX | Kmart of Texas, L.P. | Daniel Weingarten |
| 9580 | Princeton | WV | Kmart Corporation | Premium Properties LLC |
| 9591 | Paintsville | KY | Kmart Corporation | Paintsville Realty, Inc |
| 9594 | Weslaco | TX | Kmart of Texas, L.P. | Two Mira Mesa Associates Limited Partnership |
| 9601 | Tyler | TX | Kmart Corporation | Tyler Partners |
| 9610 | Harlan | KY | Kmart Corporation | Village Center |
| 9616 | DeRidder | LA | Kmart Corporation | American Real Estate Holdings Limited Partnership |
| 9618 | Wilkesboro | NC | Kmart of North Carolina LLC | Wilkesboro Associates |
| 9628 | Newberry | SC | Kmart Corporation | Rogers Arkansas Associates |
| 9632 | Hornell | NY | Kmart Corporation | Security Pacific National Trust Company (New York), Trustee |
| 9635 | Henderson | KY | Kmart Corporation | Kentucky Plaza Associates |
| 9643 | Mission | TX | Kmart of Texas, L.P. | Jeffrey H. Tamkin |
| 9658 | Clewiston | FL | Kmart Corporation | Center of Clewiston, Inc. |
| 9669 | Somerset | PA | Kmart of Pennsylvania LP | Somerset KM Associates |
| 9673 | Iowa Falls | IA | Kmart Corporation | Iowa Falls Partners |
| 9677 | Alvin | TX | Kmart of Texas, L.P. | Jerry J. Moore and Jean H. Moore |
| 9685 | London | KY | Kmart Corporation | Laurel Plaza Associates, Ltd. |
| 9696 | Elizabeth City | NC | Kmart of North Carolina LLC | Holly Square Associates |
| 9700 | Edinburg | TX | Kmart Corporation | CapRealty 01 - Edinburg, L.L.C. |
| 9702 | Brooksville | FL | Kmart Corporation | SOSQ Property Investments, Inc. |
| 9722 | Liberty | TX | Kmart of Texas, L.P. | Harold A. Clark & Company |
| 9723 | Angleton | TX | Kmart of Texas, L.P. | C & W Manhattan Associates |
| 9726 | Platteville | WI | Kmart Corporation | American Real Estate Holdings Limited Partnership |
| 9732 | Lockhaven | PA | Kmart Corporation | United Real Estate Development Association |
| 9734 | Powderly | KY | Kmart Corporation | Poeg Development Co. |
| 9741 | South Pittsburgh | TN | Kmart Corporation | South Pittsburgh Associates |

SCHEDULE A
LEASES
IMMEDIATE REJECTION

| STORE # | CITY | ST | TENANT | LANDLORD |
|---|---|---|---|---|
| 9743 | Reedley | CA | Kmart Corporation | Philips Shopping Center Fund Limited Partnership |
| 9753 | Janesville | WI | Kmart Corporation | Janesville Plaza Inc. |
| 9754 | Clearfield | PA | Kmart of Pennsylvania LP | Wolf River Run Associates, LLC |
| 9765 | LaFollette | TN | Kmart Corporation | Atkins 81 Associates |
| 9766 | Moncks Corner | SC | Kmart Corporation | Baker and Baker R.E. Developers, LLC |
| 9773 | Portage | WI | Kmart Corporation | Four St. James Leasing Co./Four Naples Ltd. |
| 9774 | Johnson City | TN | Kmart Corporation | Center South Realty Limited Partnership |
| 9776 | New Lebanon | OH | Kmart Corporation | New Lebanon Realty Associates |
| 9795 | Boutte/Luling | LA | Kmart Corporation | St. Charles Partners |
| 9807 | Columbia | MS | Kmart Corporation | Daniel G Kamin |
| 0000 | Peoria (Bellevue) | IL | Kmart Corporation | Bellevue Enterprises, LA |
| 0010 | Saginaw | MI | Kmart of Michigan, Inc. | Bay Valley Shopping Center Associates, LLC |
| 0257 | North Little Rock | AR | Kmart Corporation | Osceola Investments, Inc. |
| 2014 | Reading | PA | Kmart of Pennsylvania LP | First Union National Bank |
| 2014 | Reading | PA | Kmart of Pennsylvania LP | Russell L. Ohl, Trustee |
| 2470 | North Richland Hills | TX | Pace Membership Warehouse, Inc. | Laurence A. Tisch |

SCHEDULE A
SUBLEASES
IMMEDIATE REJECTION

| STORE | CITY | ST | LANDLORD | SUBTENANT |
|---|---|---|---|---|
| 0000 | Peoria (Bellevue) | IL | Kmart Corporation | Mall Tech Enterprises, Inc. |
| 0010 | Saginaw | MI | Kmart of Michigan, Inc. | Kroger Company |
| 0257 | North Little Rock | AR | Kmart Corporation | Furr's/Bishop's, Inc. |
| 1166 | Bridgeton | MO | Kmart Corporation | Gordmans |
| 1185 | Chantilly | VA | PACE Membership Warehouse, Inc. | Capital Expo Center, Inc. |
| 1306 | Cincinnati | OH | Kmart Corporation | Hob-Lob, Limited Partnership (Hobby Lobby) |
| 1324 | Lake Mary | FL | Builders Square, Inc. | Old Time Pottery, Inc. |
| 1326 | Topeka | KS | Kmart Corporation | Hob-Lob, Limited Partnership (Hobby Lobby) |
| 1326 | Topeka | KS | Kmart Corporation | Discovery Furniture, Inc. |
| 1326 | Topeka | KS | Kmart Corporation | Old Time Pottery, Inc. |
| 1351 | Houston | TX | Kmart Corporation | Lowe's Companies, Inc. |
| 1353 | Palm Bay | FL | Kmart Corporation | PCB Investments, L.C. |
| 1356 | Cutler Ridge | FL | Kmart Corporation | Old Time Pottery, Inc. |
| 1358 | Allentown | PA | Kmart of Pennsylvania, L.P. | Pennsylvania Expo Center, LLC |
| 1364 | Columbus | OH | Kmart Corporation | Hob-Lob, Limited Partnership (Hobby Lobby) |
| 1399 | Melrose Park | IL | Kmart Corporation | Bally Total Fitness Corporation |
| 1399 | Melrose Park | IL | Kmart Corporation | Supervalu Holdings, Inc. |
| 1411 | Webster | TX | Kmart of Texas, L.P. | Hob-Lob, Limited Partnership (Hobby Lobby) |
| 1419 | Mt. Clemens | MI | Kmart of Michigan, Inc. | Consolidated Stores Corporation |
| 1420 | Houston | TX | Kmart of Texas, L.P. | A-K Hunting Bayou L.C. |
| 1427 | Amarillo | TX | Kmart of Texas, L.P. | Bentley & Associates, LLC |
| 1442 | Tulsa | OK | Kmart Corporation | American Airlines, Inc. |
| 1450 | Ft. Myers | FL | Kmart Corporation | Leisure Bay Industries, Inc., d/b/a Recreational Factory Warehouse |
| 1450 | Ft. Myers | FL | Kmart Corporation | Lou's Country Kitchen |
| 1450 | Ft. Myers | FL | Kmart Corporation | Old Time Pottery, Inc. |
| 1450 | Ft. Myers | FL | Kmart Corporation | TKI Holdings, Inc. |
| 1460 | Waukegan | IL | Kmart Corporation, as successor-in-interest to Builders Square, Inc. | Belvidere Associates LLC |
| 1473 | Lenexa | KS | Kmart Corporation | Hob-Lob, Limited Partnership (Hobby Lobby) |
| 1492 | Bakersfield | CA | Builders Square, Inc. | The Book Market, Inc. |
| 1503 | Tampa | FL | Kmart Corporation, as successor-in-interest to Builders Square, Inc. | Peddlers Mall LLC |
| 1522 | Webster Groves | MO | Kmart Corporation | Dolgen Corp., Inc. |
| 1522 | Webster Groves | MO | Kmart Corporation | Nails Today |
| 1522 | Webster Groves | MO | Kmart Corporation | Value City Department Stores, Inc. |
| 1522 | Webster Groves | MO | Kmart Corporation | Washington Inventory |
| 1522 | Webster Groves | MO | Kmart Corporation | Washington Beauty |
| 1522 | Webster Groves | MO | Kmart Corporation | World Martial Arts |

SCHEDULE A
SUBLEASES
IMMEDIATE REJECTION

| STORE | CITY | ST | LANDLORD | SUBTENANT |
|---|---|---|---|---|
| 1522 | Webster Groves | MO | Kmart Corporation | Winston Beauty Supply |
| 1524 | Norcross | GA | Builders Square, Inc. | Old Time Pottery, Inc. |
| 1555 | Nashua | NH | Builders Square, Inc. | Building 19, Inc. |
| 1574 | West Mifflin | PA | Kmart of Pennsylvania, L.P. | Levin Furniture |
| 1586 | Chantilly | VA | Builders Square, Inc. | John V. Schultz Co. |
| 1586 | Chantilly | VA | Builders Square, Inc. | Capital Expo Center, Inc. |
| 1592 | Columbus | OH | Kmart Corporation | Old Time Pottery, Inc. |
| 2014 | Reading | PA | Kmart of Pennsylvania, L.P. | KCN Limited |
| 2014 | Reading | PA | Kmart of Pennsylvania, L.P. | Philadelphia Vision Center of Cheltenham Square, Inc. |
| 2424 | Pittsburg | CA | Kmart Corporation | Tam, Phan, Thang Luu and Cindy Luu, jointly d/b/a Cost Rite Furniture |
| 2433 | North Houston | TX | Kmart Corporation | Compaq Computer Corporation |
| 2434 | S. Houston | TX | Kmart Corporation | Ace Music Center, Inc. |
| 2434 | S. Houston | TX | Kmart Corporation | Hob-Lob, Limited Partnership (Hobby Lobby) |
| 2434 | S. Houston | TX | Kmart Corporation | K & G Men's Center, Inc. |
| 2434 | S. Houston | TX | Kmart Corporation | Outback Steakhouse of Houston, II, Ltd. |
| 2437 | Naples | FL | Kmart Corporation | Naples Community Hospital, Inc. |
| 2449 | Paramus | NJ | Kmart Corporation | B.J.'s Wholesale Club, Inc. |
| 2463 | El Centro | CA | Kmart Corporation | Home Depot U.S.A., Inc. |
| 2468 | Cutler Ridge | FL | Kmart Corporation | Precision Response Corporation |
| 2470 | North Richland Hills | TX | Pace Membership Warehouse, Inc. | Garden Ridge, Inc. |
| 3449 | Fargo | ND | Kmart Corporation | Fargo Cass County Economic Development Corporation |
| 3500 | New Philadelphia | OH | Kmart Corporation | Quality Stores, Inc. |
| 3505 | Laredo | TX | Kmart of Texas, L.P. | A to Z Tire & Battery, Inc. |
| 3505 | Laredo | TX | Kmart of Texas, L.P. | Consolidated Stores Corporation |
| 3505 | Laredo | TX | Kmart of Texas, L.P. | DPR Investments, Inc., d/b/a Aaron's Rentals |
| 3567 | La Crosse | WI | Kmart Corporation | APAC Teleservices, Inc. |
| 3567 | La Crosse | WI | Kmart Corporation | Office Depot, Inc. |
| 3567 | La Crosse | WI | Kmart Corporation | Powerhouse Total Fitness, Inc. |
| 3567 | La Crosse | WI | Kmart Corporation | State Wide Real Estate Services, Inc. |
| 3577 | Wexford | PA | Kmart of Pennsylvania, L.P. | Harry Products, Inc. |
| 3577 | Wexford | PA | Kmart of Pennsylvania, L.P. | Nik-Six, Inc. |
| 3581 | Rochester | MN | Kmart Corporation | Goodwill Industries, Inc., d/b/a Easter Seal Society of Minnesota |
| 3581 | Rochester | MN | Kmart Corporation | International Business Machines Corporation |
| 3588 | Naperville | IL | Kmart Corporation | Menard, Inc. |
| 3732 | Lake Jackson | TX | Kmart of Texas, L.P. | Consolidated Stores Corporation |
| 3732 | Lake Jackson | TX | Kmart of Texas, L.P. | Hob-Lob, Limited Partnership (Hobby Lobby) |

SCHEDULE A
SUBLEASES
IMMEDIATE REJECTION

| STORE | CITY | ST | LANDLORD | SUBTENANT |
|---|---|---|---|---|
| 3860 | Madera | CA | Kmart Corporation | Consolidated Stores Corporation |
| 3860 | Madera | CA | Kmart Corporation | PNS Stores, Inc. d/b/a MacFrugals |
| 3860 | Madera | CA | Kmart Corporation | Quality Stores, Inc. |
| 4218 | Appleton | WI | Kmart Corporation | Savings Galore Discount Stores, Inc. |
| 4227 | Des Plaines (Niles) | TX | Kmart Corporation | United Savings of America |
| 4567 | Cleveland | OH | Kmart Corporation | Jacobs Investments Inc. |
| 4567 | Cleveland | OH | Kmart Corporation | Harborview Investments |
| 4890 | Anaheim | CA | Kmart Corporation | U.S. Vision, Inc. d/b/a Eye Vaul |
| 4890 | Anaheim | CA | Kmart Corporation | Cleaner's Consultants, Inc. d/b/a Klean 'n Tux |
| 4890 | Anaheim | CA | Kmart Corporation | NCC Fox Company |
| 7072 | Webster | TX | Kmart of Texas, L.P. | Conn's Appliances, Inc. |
| 7072 | Webster | TX | Kmart of Texas, L.P. | Quality Christmas Tree Co., Inc. |
| 7115 | Orange | TX | Kmart of Texas, L.P. | Consolidated Stores Corporation |
| 7181 | Littleton | CO | Kmart Corporation | Church of the Southwest, Inc. |
| 7210 | Mansfield | OH | Kmart Corporation | Consolidated Stores Corporation |
| 7211 | Radcliff | KY | Kmart Corporation | Pulau Electronics Corporation |
| 7228 | Sanford | FL | Kmart Corporation | MLM, Inc. |
| 7252 | Gilroy | CA | Kmart Corporation | Quality Stores, Inc. |
| 7262 | Louisville | KY | Kmart Corporation | Derby Sports & Music Castle |
| 7262 | Louisville | KY | Kmart Corporation | The Falls City Community Art Gallery, Inc. |
| 7267 | Casper | WY | Kmart Corporation | Sutherland's Friendly Home |
| 7292 | Jeffersontown | KY | Kmart Corporation | Swope Automotive Group, Inc. |
| 7292 | Jeffersontown | KY | Kmart Corporation | Taylor Investments, Inc. |
| 7292 | Jeffersontown | KY | Kmart Corporation | Two Louisville Associates L.P. |
| 7292 | Jeffersontown | KY | Kmart Corporation | Wayside Mission Properties, Inc. |
| 7322 | Acworth | GA | Kmart Corporation | Hob-Lob, Limited Partnership (Hobby Lobby) |
| 7343 | Abilene | TX | Kmart Corporation | Consolidated Stores Corporation |
| 7411 | Texas City | TX | Kmart of Texas, L.P. | Consolidated Stores Corporation |
| 7414 | Calexico | CA | Kmart Corporation | J.V.G Enterprises, Inc. |
| 7421 | Quincy | IL | Kmart Corporation | Kirlin's, Inc. |
| 7433 | Coralville | IA | Kmart Corporation | McGregor Furniture Company |
| 7436 | Jacksonville | FL | Kmart Corporation | UFM, Inc. |
| 7440 | Bourbonnais | IL | Kmart Corporation | Girard Ace Home and Lighting Center |
| 7441 | Spring | TX | Kmart Corporation | Hewitt-Associates LLC |
| 7441 | Spring | TX | Kmart Corporation | Hob-Lob, Limited Partnership (Hobby Lobby) |
| 7456 | Lewisville | TX | Kmart of Texas, L.P. | Joyeria Geovanni Jewelry, d/b/a Lewisville Bazaar |
| 7457 | Manitowoc | WI | Kmart Corporation | Deli Concepts of Wisconsin, Inc. |
| 7457 | Manitowoc | WI | Kmart Corporation | Pepperkorn Bros., Inc. |
| 7489 | San Angelo | TX | Kmart of Texas, L.P. | The City of San Angelo, TX |

SCHEDULE A
SUBLEASES
IMMEDIATE REJECTION

| STORE # | CITY | ST | LANDLORD | SUBTENANT |
|---------|------|----|----------|-----------|
| 7489 | San Angelo | TX | Kmart of Texas, L.P. | US Realty 87 San Angelo Associates, L.P. |
| 7495 | West Monroe | LA | Kmart Corporation | Heilig-Meyers Furniture Company |
| 7495 | West Monroe | LA | Kmart Corporation | Sunshine Heights Corporation |
| 7503 | Petersburg | VA | Kmart Corporation | Quality Packaging Systems, Inc. |
| 7516 | Pt. St. Lucie | FL | Kmart Corporation | Fantasy Flea Markets, Inc. |
| 7528 | Waukegan | IL | Kmart Corporation | Kaufman-Worthen Machinery, Inc. |
| 7529 | Rancho Cuc | CA | Kmart Corporation | J.C. Penney Company, Inc. |
| 7534 | Charleston | SC | Kmart Corporation | PER MLO, Inc. |
| 7540 | Pineville | NC | Kmart of North Carolina, LLC | Blacklion International, Inc. |
| 7546 | Reno | PA | Kmart of Pennsylvania, L.P. | Reno Plastics, Inc. |
| 7561 | Little Rock | AR | Kmart Corporation | Carmike Cinema, Inc. |
| 7561 | Little Rock | AR | Kmart Corporation | Family Entertainment Center I, L.P. |
| 7561 | Little Rock | AR | Kmart Corporation | Kappa Realty, Inc. |
| 7561 | Little Rock | AR | Kmart Corporation | Office Depot, Inc. |
| 7561 | Little Rock | AR | Kmart Corporation | Riverdale Cinema, LLC |
| 7571 | Paso Robles | CA | Kmart Corporation | Quality Stores, Inc. |
| 7591 | Vaccaville | CA | Kmart Corporation | Nugget Markets, Inc. |
| 7600 | Tracy | CA | Kmart Corporation | Consolidated Stores Corporation |
| 7600 | Tracy | CA | Kmart Corporation | Factory 2-U Stores, Inc. |
| 7600 | Tracy | CA | Kmart Corporation | Halcorp, d/b/a Van's Ace Hardware |
| 7600 | Tracy | | Kmart Corporation | PNS Stores, Inc. d/b/a McFrugal's |
| 7611 | Hallendale | FL | Kmart Corporation | Old Time Pottery, Inc. |
| 7652 | Tell City | IN | Kmart Corporation | Buehler Foods, Inc. |
| 7900 | Miami | FL | Kmart Corporation | A Place Called Hope Cathedral, Inc. |
| 8270 | Fort Wayne | IN | Kmart of Indiana | Craftline Acquisitions Corporation |
| 8270 | Fort Wayne | IN | Kmart of Indiana | Foamex L.P. |
| 8270 | Fort Wayne | IN | Kmart of Indiana | Kinder Furniture & Bedding Co. of Indiana |
| 8270 | Fort Wayne | IN | Kmart of Indiana | Schroeder Associates, Inc. |
| 8270 | Fort Wayne | IN | Kmart of Indiana | Tri State Warehousing, Inc. |
| 9072 | Norfolk | NE | Kmart Corporation | Quality Stores, Inc. |
| 9073 | Burley | ID | Kmart Corporation | C-A-L Stores Companies, Inc. |
| 9199 | Kennett | MO | Kmart Corporation | S.C. Management, Inc. |
| 9200 | Macomb | IL | Kmart Corporation | Heilig-Meyers Company |
| 9232 | Martinsville | IN | Kmart of Indiana | Quality Stores, Inc. |
| 9232 | Martinsville | IN | Kmart of Indiana | Harman- Motive, Inc. |
| 9239 | Seguin | TX | Kmart of Texas, L.P. | Albertson's Inc. |
| 9239 | Seguin | TX | Kmart of Texas, L.P. | King Properties |
| 9246 | Georgetown | SC | Kmart Corporation | Belk-Scarboro Company of Georgetown, South Carolina, Inc. |
| 9251 | Sylacauga | AL | Kmart Corporation | Pursell Industries, Inc. |
| 9252 | Carmi | IL | Kmart Corporation | Carmi Rural King Supply, Inc. |
| 9254 | Talladega | AL | Kmart Corporation | Meadowcraft, Inc. |
| 9262 | Clinton | OK | Kmart Corporation | Atwood Distributing, Inc. |
| 9265 | Skowhegan | ME | Kmart Corporation | Aaron Rents, Inc. |

SCHEDULE A
SUBLEASES
IMMEDIATE REJECTION

| STORE | CITY | ST | LANDLORD | SUBTENANT |
|---|---|---|---|---|
| 9283 | Live Oak | FL | Kmart Corporation | Aaron Rents, Inc. |
| 9291 | Grafton | ND | Kmart Corporation | Duckwall-Alco Corporation |
| 9299 | Sweetwater | TN | Kmart Corporation | Sweetwater Salvage and Surplus |
| 9301 | Rogersville | TN | Kmart Corporation | Wilhopar Retail Store, Inc. |
| 9301 | Rogersville | TN | Kmart Corporation | Reed's Auto Repair, Inc. |
| 9302 | London | OH | Kmart Corporation | Quality Stores, Inc. |
| 9303 | Thomson | GA | Kmart Corporation | St. Joseph Hospital, Augusta, Georgia, Inc. |
| 9516 | Murray | KY | Kmart Corporation | Consolidated Stores Corporation |
| 9516 | Murray | KY | Kmart Corporation | Orscheln Farm and Home LLC |
| 9548 | Henderson | NC | Kmart of North Carolina LLC | Quality Stores, Inc. (f/k/a Quality Farm & Fleet, Inc.) |
| 9550 | Aberdeen | NC | Kmart Corporation | Consolidated Stores Corporation |
| 9558 | Harrisburg | IL | Kmart Corporation | Tractor Supply Company |
| 9565 | Martinsburg | WV | Kmart Corporation | Quality Farm & Fleet, Inc. |
| 9565 | Martinsburg | WV | Kmart Corporation | Quality Stores, Inc. |
| 9567 | Ruston | LA | Kmart Corporation | Office Depot, Inc. |
| 9567 | Ruston | LA | Kmart Corporation | Heilig-Meyers Company |
| 9567 | Ruston | LA | Kmart Corporation | Rebel Properties, L.L.C |
| 9575 | Pampa | TX | Kmart of Texas, L.P. | Quality Stores, Inc. |
| 9594 | Weslaco | TX | Kmart of Texas, L.P. | Tractor Supply Company |
| 9601 | Tyler | TX | Kmart of Texas, L.P. | Brookshire Grocery Company |
| 9610 | Harlan | KY | Kmart Corporation | Consolidated Stores Corporation |
| 9610 | Harlan | KY | Kmart Corporation | General Leasing, Inc. |
| 9618 | Wilkesboro | NC | Kmart of North Carolina, LLC | Ithaca Industries, Inc. |
| 9618 | Wilkesboro | NC | Kmart of North Carolina, LLC | Schas Industries, Inc. |
| 9628 | Newberry | SC | Kmart Corporation | Aaron Rents, Inc. |
| 9628 | Newberry | SC | Kmart Corporation | Heilig-Meyers Company |
| 9628 | Newberry | SC | Kmart Corporation | Tractor Supply Company |
| 9635 | Henderson | KY | Kmart Corporation | Mattoon Rural King Supply, Inc. |
| 9635 | Henderson | KY | Kmart Corporation | Maynard Hust |
| 9635 | Henderson | KY | Kmart Corporation | Maynard Hust, Inc. |
| 9643 | Mission | TX | Kmart of Texas, L.P. | Converse, Inc. |
| 9669 | Somerset | PA | Kmart of Pennsylvania, L.P. | Supervalu Holding, Inc. |
| 9677 | Alvin | TX | Kmart of Texas, L.P. | Tractor Supply Co. of Texas, L.P. |
| 9685 | London | KY | Kmart Corporation | Nathan Wright (d/b/a Wright Lumber) |
| 9696 | Elizabeth City | NC | Kmart of North Carolina, LLC | Consolidated Stores Corporation |
| 9696 | Elizabeth City | NC | Kmart of North Carolina, LLC | Fitness, Inc. |
| 9700 | Edinburg | TX | Kmart Corporation | Pedro and Maria Rodriguez d/b/a Edinburg Bazaar |
| 9702 | Brooksville | FL | Kmart Corporation | Consolidated Stores Corporation |
| 9722 | Liberty | TX | Kmart of Texas, L.P. | Dolgen Corp. of Texas, Inc. |

5

SCHEDULE A
SUBLEASES
IMMEDIATE REJECTION

| STORE | | | LANDLORD | SUBTENANT |
|---|---|---|---|---|
| 9722 | Liberty | TX | Kmart of Texas, L.P. | Tractor Supply Co. of Texas, L.P. |
| 9723 | Angleton | TX | Kmart of Texas, L.P. | Thermo ONIX |
| 9723 | Angleton | TX | Kmart of Texas, L.P. | Onix Process Analysis, Inc. |
| 9726 | Platteville | WI | Kmart Corporation | Panda Corporation |
| 9734 | Powderly | KY | Kmart Corporation | Muhlenberg County Rural King Supply, Inc. |
| 9741 | South Pittsburg | TN | Kmart Corporation | Robert M. Forshee |
| 9743 | Reedly | WI | Kmart Corporation | Factory 2-U Stores, Inc. |
| 9753 | Janesville | WI | Kmart Corporation | Rock County, Wisconsin |
| 9754 | Clearfield | PA | Kmart of Pennsylvania, L.P. | Quality Stores, Inc. |
| 9765 | Lafollette | TN | Kmart Corporation | Tractor Supply Co. |
| 9773 | Portage | WI | Kmart Corporation | Jondex Corp. |
| 9776 | New Lebanon | OH | Kmart Corporation | Duckwall- Alco Corporation |
| 9807 | Columbia | MS | Kmart Corporation | Daniel G. Kamin |

## SCHEDULE 2

### REAL PROPERTY LEASES
### REJECT UPON 10 DAYS NOTICE

## SCHEDULE B
## LEASES
### REJECTION UPON 10 DAYS NOTICE

| STORE | TNT | ST | LANDLORD | LIENHOLDER |
|-------|-----|----|----------|-----------|
| 1003 | Rockford | IL | Kmart Corporation | LaSalle National Trust, N.A., as Trustee under Trust No. 117853 |
| 1020 | Livonia | MI | Kmart of Michigan, Inc. | Michigan Shopping Center Ventures II, LP |
| 1035 | Walker | MI | Kmart of Michigan, Inc. | Kimco Green Orchard 606, Inc. |
| 1049 | Merrillville (Hobart) | IN | Kmart of Indiana | Jubilee L.P. |
| 1323 | Brandon | FL | Kmart Corporation | Brandon Development Associates |
| 1348 | Brownsville | TX | Kmart of Texas, L.P. | JP Morgan Chase 1993 K1 |
| 1426 | Peoria | IL | Kmart Corporation | The David Joseph Companies |
| 1464 | Portland | OR | Kmart Corporation | Barry Menashe |
| 1465 | Lorain | OH | Kmart Corporation | Lorain Associates |
| 1486 | Cuyahoga Falls | OH | Kmart Corporation | Plaza Chapel Hill East Co. |
| 1510 | Langhorne | PA | Kmart of Pennsylvania LP | Lincoln Plaza Associates |
| 1531 | Countryside | IL | Kmart Corporation | First Berkshire Business Trust |
| 1533 | Lansing | MI | Kmart of Michigan, Inc. | Maureen Brown |
| 2490 | Bridgewater | NJ | Pace Membership Warehouse, Inc. | Mack Bridgewater II |
| 3037 | Brooklyn Center | MN | Kmart Corporation | First Berkshire Business Trust |
| 3303 | Fairview Hgts | IL | Kmart Corporation | Malan Mortgagor, Inc. |
| 3046 | Swansea | MA | Kmart Corporation | The Hayman Company |
| 3323 | Bolingbrook | IL | Kmart Corporation | Bolingbrook Properties |
| 3377 | Homewood | IL | Kmart Corporation | First Berkshire Business Trust |
| 3400 | Gainsville | FL | Kmart Corporation | Walter Dickinson,Inc. |
| 3445 | West St. Paul | MN | Kmart Corporation | Abrams Properties, Inc. |
| 3468 | Jenison | MI | Kmart of Michigan, Inc. | W&M Properties |
| 3503 | Harwood Hgts | IL | Kmart Corporation | American Real Estate Holdings L.P. |
| 3610 | Joplin | MO | Kmart Corporation | G & S Holdings, LLC |
| 3833 | Fayetteville | GA | Kmart Corporation | AIG Baker Shopping Center Properties, L.L.C. |
| 3693 | Matteson | IL | Kmart Corporation | R D Management Corp. |
| 4074 | Southfield | MI | Kmart of Michigan, Inc. | Eccelston Properties, Inc. |
| 4756 | Campbellsville | KY | Kmart Corporation | F and F Investments, L.L.C. |
| 4789 | Perris | CA | Kmart Corporation | Perris Marketplace |
| 4818 | Marina | CA | Kmart Corporation | State Street Bank and Trust Company |
| 4900 | Stone Mountain | GA | Kmart Corporation | International Banking Technologies, Inc. |
| 4900 | Stone Mountain | GA | Kmart Corporation | Haagen Alahambra Associates |
| 7173 | Lackawanna | NY | Kmart Corporation | M & W Limited Partnership |
| 7311 | Denham Springs | LA | Kmart Corporation | Spring Park Plaza Associates LP |
| 7424 | Cheyenne | WY | Kmart Corporation | EIG Cheyenne, LLC |
| 7452 | Cranston | RI | Kmart Corporation | Cranston/BVT Associates, LLP |
| 7508 | Coal Township | PA | Kmart of Pennsylvania LP | Northumberland 81 Associates |
| 7573 | Naples | FL | Kmart Corporation | Four St. James Leasing Co., Inc. |
| 7578 | Sarasota | FL | Kmart Corporation | 4 Naples Park Limited Partnership |
| 9041 | Charles City | IA | Kmart Corporation | C & W Manhattan Associates |

1

### SCHEDULE B
### LEASES
### REJECTION UPON 10 DAYS NOTICE

| STORE # | CITY | ST | LANDLORD | LESSEE NAME |
|---------|------|-----|----------|-------------|
| 9057 | Columbia | TN | Kmart Corporation | Worldwide Properties U.S.A., Inc. |
| 9136 | Canton | IL | Kmart Corporation | American Real Estate Holdings Limited Partnership |
| 9141 | Hazard | KY | Kmart Corporation | Developers Diversified, Inc. |
| 9165 | Lebanon | MO | Kmart Corporation | Lebanon School District R-III |
| 9174 | Montrose | CO | Kmart Corporation | The Frank Benton Land and Livestock Co. |
| 9183 | Williston | ND | Kmart Corporation | Williston Partners |
| 9185 | Devils Lake | ND | Kmart Corporation | DLG Partners |
| 9191 | Craig | CO | Kmart Corporation | Del Mar Properties |
| 9194 | Cortez | CO | Kmart Corporation | CC Partners |
| 9197 | Laurenburg | NC | Kmart of North Carolina LLC | Scotland Associates, c/o Trammell Crow Company |
| 9227 | Grayson | KY | Kmart Corporation | 4th Leaf, LLC |
| 9230 | Kenton | OH | Kmart Corporation | Developers Diversified, Ltd. |
| 9240 | Forest City | NC | Kmart of North Carolina LLC | Kanbee Management, Inc. |
| 9247 | Bainbridge | GA | Kmart Corporation | Sand Springs, LLC |
| 9250 | Uvalde | TX | Kmart Corporation | Alabama Realty Associates, Ltd. |
| 9252 | Carmi | IL | Kmart Corporation | Sand Springs, LLC |
| 9507 | Mitchell | SD | Kmart Corporation | Norwest Bank Minnesota, N.A. |
| 9517 | Newton | KS | Kmart Corporation | Newton Kansas Account |
| 9638 | Shakopee | MN | Kmart Corporation | American Real Estate Holdings Limited Partnership |
| 9663 | Omaha | NE | Kmart Corporation | Midwest Fitness Systems LLC |
| 9681 | Magnolia | AR | Kmart Corporation | Ashley & Wallace |
| 9707 | Rolla | MO | Kmart Corporation | Maco Management Co., Inc. |
| 9780 | Shrewsbury | PA | Kmart Corporation | Shrewsbury Shopping Center Associates |

2

## SCHEDULE B
## SUBLEASES
### REJECTION UPON 10 DAYS NOTICE

| STORE | CITY | ST | LANDLORD | SUBTENANT |
|---|---|---|---|---|
| 1003 | Rockford | IL | Kmart Corporation | Rubloff Development Group, Inc. |
| 1020 | Livonia | MI | Kmart of Michigan, Inc. | Borman's Inc. |
| 1035 | Walker | MI | Kmart of Michigan, Inc. | Rubloff Development Group, Inc. |
| 1049 | Merrillville (Hobart) | IN | Kmart of Indiana | Rubloff Development Group, Inc. |
| 1323 | Brandon | FL | Kmart Corporation | Burlington Coat Factory Warehouse of Brandon, Inc. |
| 1348 | Brownsville | TX | Kmart of Texas, L.P. | Windmill Watermill, Inc. |
| 1348 | Brownsville | TX | Kmart of Texas, L.P. | Burlington Coat Factory Warehouse of Brownsville, Inc. |
| 1486 | Cuyahoga Falls | OH | Kmart Corporation | Burlington Coat Factory Warehouse of Cuyahoga, Inc. |
| 1510 | Langhorne | PA | Kmart of Pennsylvania, L.P. | Burlington Coat Factory Warehouse of Langhorne, Inc. |
| 1531 | Countryside | IL | Kmart Corporation | Burlington Coat Factory Warehouse of Countryside, Inc. |
| 1533 | Lansing | MI | Kmart of Michigan, Inc. | Borman's Inc. |
| 2490 | Bridgewater | NJ | PACE Membership Warehouse, Inc. | Best Buy, Inc. |
| 2490 | Bridgewater | NJ | PACE Membership Warehouse, Inc. | Border's |
| 3037 | Brooklyn Center | MN | Kmart Corporation | Slumberland, Inc. |
| 3037 | Brooklyn Center | MN | Kmart Corporation | Thunder Alley Indoor Speedway, Inc. |
| 3046 | Swansea | MA | Kmart Corporation | Lee Shops, Inc. |
| 3303 | Fairview Heights | IL | Kmart Corporation | Rubloff Development Group, Inc. |
| 3323 | Bolingbrook | IL | Kmart Corporation | Menards |
| 3377 | Homewood | IL | Kmart Corporation | Rubloff Development Group, Inc. |
| 3400 | Gainesville | FL | Kmart Corporation | Consolidated Stores Corporation |
| 3400 | Gainesville | FL | Kmart Corporation | Lowe Furniture, Inc. |
| 3468 | Jenison | MI | Kmart of Michigan, Inc. | Rubloff Development Group, Inc. |
| 3503 | Harwood Heights | IL | Kmart Corporation | Rubloff Development Group, Inc. |
| 3693 | Matteson | IL | Kmart Corporation | Rubloff Development Group, Inc. |
| 4789 | Perris | CA | Kmart Corporation | County of Riverside |
| 4789 | Perris | CA | Kmart Corporation | County of Riverside |
| 4900 | Stone Mountain | GA | Kmart Corporation | Bank of America, N.A. |
| 4900 | Stone Mountain | GA | Kmart Corporation | NationsBank of Georgia N.A. |
| 4900 | Stone Mountain | GA | Kmart Corporation | Paul V. Nguyen d/b/a Nail Castle |
| 4900 | Stone Mountain | GA | Kmart Corporation | Song U. Kye and Kil S. Kye |
| 4900 | Stone Mountain | GA | Kmart Corporation | Super Discount Markets, Inc. |
| 4900 | Stone Mountain | GA | Kmart Corporation | Trung D. Nguyen and Bon Hi Tran |
| 4900 | Stone Mountain | GA | Kmart Corporation | Bruno's Inc. |
| 4900 | Stone Mountain | GA | Kmart Corporation | International Banking Technologies, Inc. |
| 4900 | Stone Mountain | GA | Kmart Corporation | Haagen Alahambra Associates |
| 7173 | Lackawana | NY | Kmart Corporation | Metroteller Systems Inc. |
| 7311 | Denham Springs | LA | Kmart Corporation | Delchamps, Inc. |

SCHEDULE B
SUBLEASES
REJECTION UPON 10 DAYS NOTICE

| STORE | CITY | ST | LANDLORD | SUBTENANT |
|---|---|---|---|---|
| 7424 | Cheyenne | WY | Kmart Corporation | Arkansas Post & Pole Company |
| 7573 | Naples | FL | Kmart Corporation | Dr. Richard J. Lotze |
| 7573 | Naples | FL | Kmart Corporation | Dr. Shawn Slattery |
| 7578 | Sarasota | FL | Kmart Corporation | Animal Medical Clinic of Gulf Gate, Inc. |
| 7578 | Sarasota | FL | Kmart Corporation | Burlington Coat Factory Warehouse of Sarasota, FL |
| 7578 | Sarasota | FL | Kmart Corporation | Colonial Bank |
| 7578 | Sarasota | FL | Kmart Corporation | Idol's |
| 7578 | Sarasota | FL | Kmart Corporation | Hogan's Insurance |
| 7578 | Sarasota | FL | Kmart Corporation | Cash 'n Carry |
| 7578 | Sarasota | FL | Kmart Corporation | Pizza Hut of America, Inc. |
| 7578 | Sarasota | FL | Kmart Corporation | Rose's Cleaners, Inc. |
| 7578 | Sarasota | FL | Kmart Corporation | Shapes Family Fitness, Inc. |
| 7578 | Sarasota | FL | Kmart Corporation | Silks Alive, Inc. (d/b/a Garden Center) |
| 7578 | Sarasota | FL | Kmart Corporation | Sonny Ho |
| 7578 | Sarasota | FL | Kmart Corporation | Than Thi Dinh |
| 7578 | Sarasota | FL | Kmart Corporation | The Compute Annex, Inc. |
| 7578 | Sarasota | FL | Kmart Corporation | Union Planters Bank |
| 7578 | Sarasota | FL | Kmart Corporation | Walgreens 1238 |
| 7578 | Sarasota | FL | Kmart Corporation | Vincenzo Pizza and Pasta House |
| 9041 | Charles City | IA | Kmart Corporation | Theisen's, Inc. |
| 9041 | Charles City | IA | Kmart Corporation | Cedar Valley Farm Fleet Distributing Center, Inc. |
| 9057 | Columbia | TN | Kmart Corporation | U- DO- IT- RENT- ALL, Inc. |
| 9136 | Canton | IL | Kmart Corporation | Heilig Meyers Furniture Co. |
| 9136 | Canton | IL | Kmart Corporation | APAC Teleservices, Inc.. |
| 9141 | Hazard | KY | Kmart Corporation | Nathan Wright (d/b/a Wright Lumber) |
| 9141 | Hazard | KY | Kmart Corporation | Nathan Wright (d/b/a Wright Lumber) |
| 9174 | Montrose | CO | Kmart Corporation | Quality Stores, Inc. |
| 9183 | Williston | ND | Kmart Corporation | Friendly True Value, Inc. |
| 9185 | Devils Lake | ND | Kmart Corporation | Friendly True Value, Inc. |
| 9191 | Craig | CO | Kmart Corporation | Quality Stores, Inc. |
| 9194 | Cortez | CO | Kmart Corporation | Graffis Motors, Inc. |
| 9197 | Laurenburg | NC | Kmart of North Carolina, LLC | B.C. Moore & Sons, Inc. |
| 9197 | Laurenburg | NC | Kmart of North Carolina, LLC | Triton PCS Property Company L.L.C. |
| 9227 | Grayson | KY | Kmart Corporation | Farmers Hardware Company |
| 9230 | Kenton | OH | Kmart Corporation | Quality Stores, Inc. |
| 9230 | Kenton | OH | Kmart Corporation | Consolidated Stores Corporation |
| 9240 | Forest City | NC | Kmart of North Carolina, LLC | Transit Damage Freight, Inc. |

## SCHEDULE B
## SUBLEASES
### REJECTION UPON 10 DAYS NOTICE

| STORE # | CITY | STATE | LANDLORD | SUBTENANT |
|---------|------|-------|----------|-----------|
| 9247 | Bainbridge | GA | Kmart Corporation | Associated Distributors, Inc. d/b/a West Building Materials |
| 9250 | Uvalde | TX | Kmart Corporation | Dolgen Corp. of Texas, Inc. |
| 9250 | Uvalde | TX | Kmart Corporation | Tractor Supply Co. of Texas, L.P. |
| 9252 | Carmi | IL | Kmart Corporation | Carmi Rural King Supply, Inc. |
| 9252 | Carmi | IL | Kmart Corporation | Chester Passmore d/b/a "Chet's Market" |
| 9507 | Mitchell | SD | Kmart Corporation | Menard, Inc. |
| 9517 | Newton | KY | Kmart Corporation | Falley's, Inc. |
| 9663 | Omaha | NE | Kmart Corporation | Northwest Fitness Centers |
| 9663 | Omaha | NE | Kmart Corporation | Midwest Fitness Systems |
| 9663 | Omaha | NE | Kmart Corporation | Omaha Bible Church |
| 9663 | Omaha | NE | Kmart Corporation | The Creative Center, Inc. |
| 9707 | Rolla | MO | Kmart Corporation | Maco Management Co., Inc. |

3

# EXHIBIT J

**FILED UNDER SEAL**

# EXHIBIT K

**FILED UNDER SEAL**

# EXHIBIT L

**FILED UNDER SEAL**