DUANE MORRIS LLP
A Delaware Limited Liability Partnership
Lawrence J. Kotler, Esquire
380 Lexington Avenue
New York, NY 10168
(212) 692-1000
(212) 692-1020 (facsimile)
    and
Margery N. Reed, Esquire
Wendy M. Simkulak, Esquire
Duane Morris LLP
A Delaware Limited Liability Partnership
30 South 17th Street
Philadelphia, PA 19103-4196
(215) 979-1000
(215) 979-1020 (facsimile)

Counsel for ACE American Insurance Company

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al. | ) | Case No. 05-44481 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| _____ | ) | |

**CERTIFICATE OF SERVICE**

    I, Wendy M. Simkulak, Esquire, an attorney with the law firm Duane Morris LLP, hereby certify that on this 15th day of June, 2006, I did cause a true and correct copy of the following papers to be served by electronic mail or facsimile (as noted) and first class mail, postage prepaid (unless otherwise noted) upon the parties listed on the attached service list:

    1.    Objection of The ACE Companies to The Debtors' Motion for Order Under 11 U.S.C. § 362 And Fed. R. Bankr. P. 7016 and 9019 Approving Procedures for Modifying the Automatic Stay to Allow for (i) Liquidating and Settling and/or (ii) Mediating Certain Prepetition Litigation Claims; and

    2.    the within Certificate of Service

                                          /s/ *Wendy M. Simkulak*
                                          Wendy M. Simkulak, Esquire

DM3\370501.5

## SERVICE LIST

The Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
Courtroom: 610
New York, NY 10004-1408
(Via Hand Delivery)

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attention:  General Counsel
Facsimile:  248-813-2670

Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Attention:  John Wm. Butler, Jr.
jbutler@skadden.com

Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attention:  Kayalyn A. Marafioti
  kmarafio@skadden.com
  Thomas J. Matz
  tmatz@skadden.com

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Attention:  Kenneth S. Ziman
kziman@stblaw.com

Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Attention:  Marlane Melican
Facsimile:  212-450-3800

Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Attention:  Robert J. Rosenberg
robert.rosenberg@lw.com
Mark A. Broude
mark.broude@lw.com

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
Attention:  Bonnie Steingart
steinbo@friedfrank.com

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
Attention:  Alicia M. Leonhard
Facsimile:  (212) 668-2255

3