BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
(317) 236-1313
Mark R. Owens, Esq. (MO 9742)

Attorneys for Creditor Universal Tool and
Engineering Company, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────x

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, <u>et al.</u>, | Case No. 05-44481(RDD) |
| Debtors. | (Jointly Administered) |

───────────────────────────────────────x

## CERTIFICATE OF SERVICE
*Docket No. 4158*

The undersigned hereby certifies that the *Reply of Universal Tool & Engineering Co., Inc. to Debtors' Response to Objection of Universal Tool & Engineering Co., Inc. to Debtors' Notice of Rejection of Unexpired Leases and Abandonment of Personal Property* was served via Federal Express, costs prepaid, on the 13th day of June, 2006 to the parties identified on the attached <u>Exhibit A</u>, and additional copies have been served electronically using the Court's ECF system.

Dated: June 15, 2006                                  Respectfully submitted,

                                                      /s/ Mark R. Owens
                                                      Mark R. Owens, (MO 9742)
                                                      BARNES & THORNBURG LLP
                                                      11 South Meridian Street
                                                      Indianapolis, IN 46204
                                                      Phone: (317) 236-1313
                                                      Facsimile: (317) 231-7433

**Exhibit A**

Judge Robert D. Drain
Courtroom 610
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY  10004

Delphi Corporation
Attn:  General Counsel
5725 Delphi Drive
Troy, MI  49808

John Wm. Butler, Jr.
Skadden Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive, Suite 2100
Chicago, IL  60606

Kenneth S. Ziman
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017

Donald S. Bernstein
Brian Resnick
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Robert J. Rosenberg
Mark A. Broude
Latham & Watkins, LLP
885 Third Avenue
New York, NY  10022

Bonnie Steingart
Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, NY  10004

Alicia M. Leonhard
Office of the U.S. Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY  10004

INDS01 KSTREED 858816v1