**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------X

In re:

Delphi Corporation, et al.,                          Case No. 05-44481

-------------------------------------X

### CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED, June 12, 2006 DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.