CLOSED

# U.S. District Court
## Eastern District of Michigan (Bay City)
### CIVIL DOCKET FOR CASE #: 1:05-cv-10053-DML-CEB

| | |
|---|---|
| H. E. Services Company et al v. Delphi Automotive, Incorporated | Date Filed: 02/16/2005 |
| Assigned to: Honorable David M Lawson | Jury Demand: Plaintiff |
| Referred to: Honorable Charles E Binder | Nature of Suit: 440 Civil Rights: Other |
| Demand: $9,999,000 | Jurisdiction: Federal Question |
| Cause: No cause code entered | |

**Plaintiff**

H. E. Services Company     represented by     **Russell C. Babcock**
Mastromarco & Jahn (Saginaw)
1024 N. Michigan Avenue
P.O. Box 3197
Saginaw, MI 48605-3197
989-752-1414
Email: Russellbabcock@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor J. Mastromarco, Jr.**
Mastromarco & Jahn (Saginaw)
1024 N. Michigan Avenue
P.O. Box 3197
Saginaw, MI 48605-3197
989-752-1414
Email: vmastromar@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Manda L. Anagnost**
Mastromarco & Jahn (Saginaw)
1024 N. Michigan Avenue
P.O. Box 3197
Saginaw, MI 48605-3197
989-752-1414
Email: westervm@sbcglobal.net
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Robert Backie     represented by     **Russell C. Babcock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


PLAINTIFF'S EXHIBIT 1

Victor J. Mastromarco, Jr.
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Manda L. Anagnost
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Delphi Automotive, Incorporated**
*TERMINATED: 05/19/2005*

represented by Arthur T. Lippert, Jr.
Lippert, Humphreys (Saginaw)
4800 Fashion Square Boulevard
Suite 410A
Saginaw, MI 48604
989-792-2552
Email: atlippert@lhc-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Donald R. Parshall, Jr.
Delphi Corporation Legal Staff
5825 Delphi Drive
Troy, MI 48098-2815
248-813-2000
Email: donald.r.parshall@delphi.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Delphi Automotive Systems, LLC**

represented by Arthur T. Lippert, Jr.
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/16/2005 | 1 | COMPLAINT filed by H. E. Services Company, Robert Backie against Delphi Automotive, Incorporated ; Receipt No. 19124.(BSoc, ) (Entered: 02/17/2005) |
| 03/03/2005 | 2 | SUMMONS Returned Executed. Delphi Automotive, Incorporated served on 2/25/2005, answer due 3/17/2005. (BSoc, ) (Entered: 03/03/2005) |
| 03/17/2005 | 3 | MOTION to Dismiss by Delphi Automotive, Incorporated. (BSoc, ) |

|            |    |                                                                                                                                                                                                                                                                                                                                                                         |
|------------|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | (Entered: 03/18/2005)                                                                                                                                                                                                                                                                                                                                                   |
| 04/06/2005 | 4  | NOTICE TO APPEAR: Scheduling Conference set for 5/3/2005 11:00 PM before Honorable David M Lawson. (CGre, ) (Entered: 04/06/2005)                                                                                                                                                                                                                                       |
| 04/06/2005 | 5  | NOTICE of hearing on 3 MOTION to Dismiss. Motion Hearing set for 5/3/2005 11:00 AM before Honorable David M Lawson. (CGre, ) (Entered: 04/06/2005)                                                                                                                                                                                                                      |
| 04/08/2005 | 6  | STIPULATION re 3 MOTION to Dismiss *Stipulation to Extend Time for the filing of Plaintiffs' Response to Defendant's Motion to Dismiss* by H. E. Services Company, Robert Backie.(Babcock, Russell) (Entered: 04/08/2005)                                                                                                                                                |
| 04/11/2005 | 7  | NOTICE of hearing on 3 MOTION to Dismiss. Motion Hearing reset for 5/19/2005 02:30 PM before Honorable David M Lawson. (TJac, ) (Entered: 04/11/2005)                                                                                                                                                                                                                   |
| 04/12/2005 | 8  | ORDER to Extend Time to File Response re 6 Stipulation filed by H. E. Services Company and Robert Backie. Responses due by 4/18/2005. Signed by Honorable David M Lawson. (BSoc, ) (Entered: 04/13/2005)                                                                                                                                                                |
| 04/18/2005 | 9  | RESPONSE to 3 MOTION to Dismiss filed by H. E. Services Company, Robert Backie. (Attachments: # 1 Index of Exhibits # 2 Exhibit Exhibit 1- Case Law# 3 Exhibit Exhibit 2- correspondence dated 1-26-01# 4 Exhibit Exhibit 3- application to do business in MI# 5 Exhibit Exhibit 4- affidavit of Victor J. Mastromarco# 6 Exhibit Exhibit 5- email dated 11-10-05# 7 Exhibit Exhibit 6- emails dated 3-3-05 & 3-2-05)(Babcock, Russell) (Entered: 04/18/2005) |
| 04/26/2005 | 10 | REPLY to Response re 3 MOTION to Dismiss filed by Delphi Automotive, Incorporated. (BSoc, ) (Entered: 04/27/2005)                                                                                                                                                                                                                                                       |
| 04/27/2005 | 11 | NOTICE TO APPEAR: Scheduling Conference reset for 5/19/2005 02:30 PM before Honorable David M Lawson. (TJac, ) (Entered: 04/27/2005)                                                                                                                                                                                                                                    |
| 05/19/2005 | 12 | ORDER granting 3 Motion to Dismiss and Allowing Amendment. Signed by Honorable David M Lawson. (CGre, ) (Entered: 05/19/2005)                                                                                                                                                                                                                                           |
| 05/19/2005 |    | Minute Entry -Motion Hearing held on 5/19/2005 re 3 MOTION to Dismiss filed by Delphi Automotive, Incorporated, before Honorable David M Lawson. (Court Reporter Charlene McLoughlin) (TJac, ) (Entered: 05/20/2005)                                                                                                                                                    |
| 06/09/2005 | 13 | AMENDED COMPLAINT filed by all plaintiffs against Delphi Automotive Systems, LLC. (Attachments: # 1 Index of Exhibits # 2 Exhibit One# 3 Exhibit One A# 4 Exhibit Two# 5 Exhibit Three# 6 Exhibit Four# 7 Exhibit Five# 8 Exhibit Six)(Babcock, Russell) (Entered: 06/09/2005)                                                                                           |
| 06/20/2005 | 14 | SUMMONS Returned Executed. Delphi Automotive Systems, LLC served on 6/13/2005, answer due 7/5/2005 (BSoc, ) (Entered: 06/20/2005)                                                                                                                                                                                                                                       |

| | | |
|---|---|---|
| 06/28/2005 | 15 | NOTICE of Change of Attorney Information by H. E. Services Company, Robert Backie. (Westervelt, Manda) (Entered: 06/28/2005) |
| 07/08/2005 | 16 | REQUEST FOR CLERK'S ENTRY OF DEFAULT as to Delphi Automotive Systems, LLC, Delphi Automotive, Incorporated by Robert Backie. (Attachments: # 1 Exhibit Affidavit of Manda L. Anagnost) (Anagnost, Manda) (Entered: 07/08/2005) |
| 07/11/2005 | 17 | ANSWER to Amended Complaint with Affirmative Defenses by Delphi Automotive Systems, LLC.(BSoc, ) (Entered: 07/12/2005) |
| 07/12/2005 | 18 | NOTICE OF DENIAL OF CLERK'S ENTRY OF DEFAULT as to Delphi Automotive Systems, LLC. (BSoc, ) (Entered: 07/12/2005) |
| 08/01/2005 | 19 | MOTION for Default Judgment as to Delphi Automotive Systems, LLC by all plaintiffs. (Attachments: # 1 Exhibit A. Notice of Denial of Request for Clerk's Entry of Default)(Anagnost, Manda) (Entered: 08/01/2005) |
| 08/02/2005 | 20 | (ERROR: document is a SUPPLEMENTAL MOTION for court's entry of default and motion to set aside clerk's order denying default dated July 12, 2005) MOTION to Enforce Judgment *Supplemental* by all plaintiffs. (Anagnost, Manda) Modified on 8/3/2005 (DPer, ). (Entered: 08/02/2005) |
| 08/04/2005 | 21 | RESPONSE to 20 MOTION to Enforce Judgment *Supplemental*, 19 MOTION for Default Judgment as to Delphi Automotive Systems, LLC filed by Delphi Automotive, Incorporated. (Lippert, Arthur) (Entered: 08/04/2005) |
| 08/24/2005 | 22 | MOTION to Dismiss by Delphi Automotive, Incorporated. (Lippert, Arthur) (Entered: 08/24/2005) |
| 09/01/2005 | 23 | MOTION for Default Judgment as to Delphi Automotive Systems, LLC *Second Supplement* by all plaintiffs. (Attachments: # 1 Exhibit 1) (Anagnost, Manda) (Entered: 09/01/2005) |
| 09/06/2005 | 24 | RESPONSE to 23 MOTION for Default Judgment as to Delphi Automotive Systems, LLC *Second Supplement* filed by Delphi Automotive Systems, LLC. (Attachments: # 1 Exhibit Affidavit of Janet M. Silva)(Lippert, Arthur) (Entered: 09/06/2005) |
| 09/13/2005 | 25 | RESPONSE to 22 MOTION to Dismiss filed by all plaintiffs. (Attachments: # 1 Index of Exhibits # 2 Exhibit 1# 3 Exhibit 2)(Babcock, Russell) (Entered: 09/13/2005) |
| 09/16/2005 | 26 | SUPPLEMENTAL BRIEF re 19 MOTION for Default Judgment as to Delphi Automotive Systems, LLC *3rd Supplement* filed by all plaintiffs. (Attachments: # 1 Exhibit Affidavit of Maser - Consumers)(Anagnost, Manda) (Entered: 09/16/2005) |
| 09/20/2005 | 27 | NOTICE TO APPEAR: Scheduling Conference set for 11/2/2005 03:30 PM before Honorable David M Lawson. (CGre, ) (Entered: 09/20/2005) |
| | | |

| | | |
|---|---|---|
| 09/20/2005 | 28 | NOTICE of hearing on 22 MOTION to Dismiss, 23 MOTION for Default Judgment as to Delphi Automotive Systems, LLC *Second Supplement*. Motion Hearing set for 11/2/2005 03:30 PM before Honorable David M Lawson. (CGre, ) (Entered: 09/20/2005) |
| 09/27/2005 | 29 | REPLY to Response re 22 MOTION to Dismiss filed by Delphi Automotive, Incorporated. (Attachments: # 1 Exhibit A - Affidavit of Marjorie Harris Loeb)(Lippert, Arthur) (Entered: 09/27/2005) |
| 10/10/2005 | 30 | (STRICKEN) OBJECTION to *Deposition* by all plaintiffs. (Anagnost, Manda) Modified on 10/12/2005 (PPaul, ). (Entered: 10/10/2005) |
| 10/13/2005 | 31 | SUGGESTION OF BANKRUPTCY Upon the Record *Notice of Delphi Automotive Systems, LLC's Filing of Chapter 11 Bankruptcy Petition* by Delphi Automotive Systems, LLC.(Lippert, Arthur) (Entered: 10/13/2005) |
| 10/24/2005 | 32 | ORDER ADMINISTRATIVELY CLOSING CASE pursuant to notice of bankruptcy, Signed by Honorable David M Lawson. (TJac, ) (Entered: 10/24/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/14/2006 10:32:31 | | | |
| **PACER Login:** | mw0759 | **Client Code:** | Backie |
| **Description:** | Docket Report | **Search Criteria:** | 1:05-cv-10053-DML-CEB |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |