UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK          X

In re:                                                                 Chapter 11
DELPHI CORPORATION, et al.,                             Case No. 05-44481
                                                                         (Jointly Administered)
                          Debtors.
_____X

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(e)(1)

Transferor:    Plastic Decorators, Inc.
               1330 Holmes Road
               Elgin, OH  60123
               Attn: Mary Spiegel / Raymond DeMatteo

Transferee:    Contrarian Funds, LLC
               411 West Putnam Avenue, S-225
               Greenwich, CT 06830
               Attn:  Alpa Jimenez

A transfer of all right, title and interest in and to the schedule amount held by Plastic Decorators, Inc. (the "Transferor") in the amount of **$25,621.82** against **Delphi Mechatronic Systems, Inc.** and its affiliates.  This transfer is evidenced by the Transfer of Claim attached as Exhibit "A".

No action is required if you do not object to the transfer of your claim.   However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

    United States Bankruptcy Court
    Alexander Hamilton Custom House
    Attn: Bankruptcy Clerk
    One Bowling Green
    New York, NY 10004-1408

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
    Refer to INTERNAL CONTROL No. _____ in your objection.
    If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
_____

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO. _____
Copy:   (check) Claims Agent_____   Transferee_____  Debtor's Attorney _____

                                                                 _____
                                                                        Deputy Clerk

## EVIDENCE OF TRANSFER OF CLAIM

**PLASTIC DECORATORS, INC.**, a _____ corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated March__, 2006, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against the Debtor listed on Schedule A attached here, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. listed on Schedule A attached hereto or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 30 day of MARCH 2006.

(Assignor)                                      (Assignee)
PLASTIC DECORATORS, INC.                        CONTRARIAN FUNDS, LLC
                                                By: Contrarian Capital Management, LLC,
                                                as manager

By: _[signature]_                               By: _[signature]_
Name: RAYMOND DEMATTEO                          Name: Janice Stanton
Title: C.E.O.                                   Title: Member

(Assignor)
WITNESS:

By: _____
Name: _____
Title: _____

KL2:2394444.1

# Schedule A
## Plastic Decorators Inc.

| Debtor | Case Number | Scheduled Amount | Proof of Claim Amt | Claim No. |
|---|---|---|---|---|
| Delphi Automotive Systems LLC | 05-46640 | 184,133.88 | | |
| Delphi Connection Systems | 05-44624 | 60,734.68 | | |
| Delphi Mechatronic Systems, Inc. | 05-44567 | | 95,621.82 | |
| Total | | | - | |

Initials:
Seller
Buyer