UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, <u>et al.</u>, | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

CERTIFICATE OF SERVICE

State of New York    )
                     )    ss.:
County of New York   )

      1.  I, Laura Guido, certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on June 15, 2006, I caused to be served a true and correct copy of the document(s) listed below (i) upon the parties listed on Exhibit A hereto via hand delivery, and (ii) upon the parties listed on Exhibit B hereto via overnight courier:

- ➢ Limited Omnibus Objection of the Official Committee of Equity Security Holders in Opposition to Debtors' (I) Settlement Procedures Motion, (II) Lift Stay Motion and (III) MobileAria Sale Motion

- ➢ Electronic Filing Receipt

Dated: June 16, 2006
      New York, New York

                                                 /s/ Laura Guido
                                               Laura Guido

# Exhibit A

<u>Bankruptcy Court</u>
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY  10004
Attn:  Chambers of Hon. Robert D. Drain

<u>United States Trustee</u>
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
Att'n:   Alicia M. Leonhard

# Exhibit B

<u>The Debtors</u>
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel

<u>Counsel to the Debtors</u>
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Attn: John Wm. Butler, Jr.
David E. Springer

<u>Counsel for the Agent Under the Debtors'</u>
<u>Prepetition Credit Facility</u>
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Att'n: Kenneth S. Ziman

<u>Counsel for the Agent Under</u>
<u>the Postpetition Credit Facility</u>
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Att'n: Marlane Melican

<u>Counsel for the Official Committee</u>
<u>of Unsecured Creditors</u>
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Att'n: Robert J. Rosenberg
Mark A. Broude