**Hearing Date: June 19, 2006**
**Hearing Time: 10:00 a.m. (Prevailing Eastern Time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

       - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                          :
        In re                             :    Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :    Case No. 05-44481 (RDD)
                                          :
                          Debtors.        :    (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

<u>PROPOSED AMENDED EIGHTH OMNIBUS HEARING AGENDA</u>

Location Of Hearing:        United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, Room 601, 6th Floor, One Bowling Green, New York, New York 10004-1408

      The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

    A.     Introduction

    B.     Continued Or Adjourned Matters (6 Matters)

    C.     Uncontested, Agreed, Or Settled Matters (6 Matters)

    D.     Contested Matters (8 Matters)

    E.     Adversary Proceedings (1 Matter)

**B.    Continued Or Adjourned Matters**

    1.    **"Deutsche Dagan Order To Show Cause"** – Order To Show Cause (Docket No. 1815)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filing:* | *Proposed Order To Show Cause (Docket No. 1823); Order To Show Cause (Docket No. 1856)* |
| *Status:* | *This matter is being adjourned to the July 19, 2006 omnibus hearing.* |

    2.    **"The Offshore Group's Lift Stay Motion"** – The Offshore Group's Motion Pursuant To Bankruptcy Code §§ 362(d)(1) And 553 For Order Lifting The Automatic Stay To Permit The Offshore Group To Exercise Right Of Setoff (Docket No. 2811)

| | |
|---|---|
| *Response Filed:* | *Debtors' Objection To Motion By Offshore International, Inc. And Maquilas Teta Kawi, S.A. DE C.V. For Relief From Automatic Stay To Permit Setoff Claims (Docket No. 3025)* |
| *Reply Filed:* | *None.* |
| *Related Filing:* | *None.* |

|              |                                                                    |
|--------------|--------------------------------------------------------------------|
| *Status:*    | *This matter is being adjourned to the July 19, 2006 omnibus hearing.* |

3.    **"BorgWarner Turbo Systems Inc. Lift Stay Motion"** – Motion Of BorgWarner Turbo Systems Inc. For Relief From Automatic Stay To Liquidate Setoff And Recoupment Claims Against The Debtors (Docket No. 3218)

|                     |          |
|---------------------|----------|
| *Response Filed:*   | *None.*  |
| *Reply Filed:*      | *None.*  |
| *Related Filing:*   | *None.*  |
| *Status:*           | *This matter is being adjourned to the July 19, 2006 omnibus hearing.* |

4.    **"Dane Systems LLC Adequate Protection Motion"** – Motion For Adequate Protection (Docket No. 3301)

|                     |          |
|---------------------|----------|
| *Response Filed:*   | *None.*  |
| *Reply Filed:*      | *None.*  |
| *Related Filing:*   | *None.*  |
| *Status:*           | *This matter is being adjourned to the July 19, 2006 omnibus hearing.* |

5.    **"Ericka S. Parker  Lift Stay Motion"** – Motion Of Ericka S. Parker, Chapter 7 Trustee Seeking Relief From The Automatic Stay To Allow Her To Continue Asserting Counterclaims In Pending Litigation Being Prosecuted By The Debtor (Docket No. 3705)

|                     |          |
|---------------------|----------|
| *Response Filed:*   | *None.*  |
| *Reply Filed:*      | *None.*  |
| *Related Filing:*   | *None.*  |
| *Status:*           | *This matter is being adjourned to the July 19, 2006 omnibus hearing.* |

6.    **"Rule 2004 Motion for Barclays Bank "** – Motion For An Order Authorizing The Examination Of, And Directing, Barclays Bank PLC, To Produce Documents Pursuant To Rule 2004 Of The Federal Rules of Bankruptcy Procedure (Docket No. 3823)

| | |
|---|---|
| *Response Filed:* | *Response Of The Official Committee Of Unsecured Creditors In Support Of Debtors' Motion For Order Authorizing The Examination Of, And Directing, Barclays Bank PLC, To Produce Documents Pursuant To Rule 2004 Of The Federal Rules Of Bankruptcy Procedure (Docket No. 4090)* |
| *Reply Filed:* | *None.* |
| *Related Filing:* | *None.* |
| *Status:* | *This matter is being adjourned to the July 19, 2006 omnibus hearing.* |

**C.    Uncontested, Agreed, Or Settled Matters**

7.    **"Specmo Enterprises'"** – Specmo Enterprises' Motion For Relief From Stay To Effect Setoff (Docket No. 284)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filing:* | *Brief In Support Of Specmo Enterprises' Motion For Relief From Stay To Effect Setoff (Docket No. 288)* |
| *Status:* | *This matter has been resolved.  An agreed stipulation and order has been submitted to the Court for consideration.* |

8.    **"Jefferies & Company, Inc."** – The Official Committee of Unsecured Creditors' Application for Order Under Section 328 and 1103 of the Bankruptcy Code and Bankruptcy Rule 2014 Approving Retention of Jefferies & Company, Inc. as Investment Bankers and Financial Advisor to the Committee (Docket No. 1948)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filing:* | *The Official Committee Of Unsecured Creditors' Amended Application For Order Under Sections 328 And 1103 Of The Bankruptcy Code And Bankruptcy Rule 2014 Approving Retention Of Jefferies & Company, Inc. As Investment Bankers And Financial Advisor To The Committee (Docket No. 2434).* |

4

*Status:*            *A final order will be submitted for consideration by the Court.*

9.    **"Lease Rejection Notice"** – Notice Of Rejection Of Unexpired Leases And Abandonment Of Personal Property (Docket No. 3222)

*Response Filed:*    *Objection Of Universal Tool & Engineering Co., Inc. To Debtors' Notice Of Rejection Of Unexpired Leases And Abandonment Of Personal Property (Docket No. 3462); Reply Of Universal Tool & Engineering Co., Inc. To Debtors' Response To Objection Of Universal Tool & Engineering Co., To Debtors' Notice Of Rejection Of Unexpired Leases And Abandonment Of Personal Property (Docket No. 4158)*

*Reply Filed:*    *Debtor's Response To Objection Of Universal Tool & Engineering Co., Inc. To Debtors' Notice Of Rejection Of Unexpired Leases And Abandonment Of Personal Property (Docket No. 4041)*

*Related Filing:*    *None.*

*Status:*    *This matter has been resolved.  An agreed order will be submitted to the Court for consideration.*

10.    **"Pension Benefit Guaranty Corporation Motion to File Consolidated Claims"** – Motion To Approve Stipulation And Order Allowing Pension Benefit Guaranty Corporation To File Consolidated Claims Under One Case Number (Docket No. 3880)

*Response Filed:*    *None.*

*Reply Filed:*    *None.*

*Related Filing:*    *None.*

*Status:*    *This matter has been resolved.  An agreed stipulation and order has been submitted to the Court for consideration.*

11.    **"1121(d) Exclusivity Second Extension Order"** – Motion For Order Under 11 U.S.C. § 1121(d) Extending Debtors' Exclusive Periods Within Which To File And Solicit Acceptances Of Reorganization Plan (Docket No. 4035)

*Response Filed:*    *None.*

| | |
|---|---|
| *Reply Filed:* | *None.* |
| *Related Filing:* | *None.* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

12. **"Fried, Frank, Harris, Shriver & Jacobson LLP Retention Application"** – Expedited Application Pursuant To Sections 328 And 1103 Of The Bankruptcy Code And Bankruptcy Rule 2014 For Order Authorizing The Official Committee Of Equity Security Holders To Retain And Employ Fried, Frank, Harris, Shriver & Jacobson LLP As Counsel Nunc Pro Tunc To May 8, 2006 (Docket No. 4039)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filing:* | *None.* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

**D.    Contested Matters**

13. **"H. E. Services Company Lift Stay Motion"** – Motion Of H.E. Services Company, And Robert Backie, Majority Shareholder For Relief From The Automatic Stay Under Section 362 Of The Bankruptcy Code (Docket No. 2705)

| | |
|---|---|
| *Response Filed:* | *Debtors' Objection To Motion Of H.E. Services Company And Robert Backie, Majority Shareholder For Relief From Automatic Stay (Docket No. 4108)* |
| *Reply Filed:* | *Reply To Debtor's Objection To H.E. Services Company, And Robert Backie, Majority Shareholder Motion For Relief From The Automatic Stay Under Section 362 Of The Bankruptcy Code (Docket No. 4218)* |
| *Related Filing:* | *Objection To Proposed Sixth Omnibus Hearing Agenda As It Pertains To Docket No. 2705 (Docket No. 3143); Supplement To H.E. Services Company, And Robert Backie, Majority Shareholder Motion For Relief From The Automatic Stay Under Section 362 Of The Bankruptcy Code (Docket No. 3263);* |

6

| | |
|---|---|
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

14. **"Cindy Palmer Lift Stay Motion"** – Motion Of Cindy Palmer Personal Representative Of The Estate Of Michael Palmer, Deceased For Relief From The Automatic Stay Under Section 362 Of The Bankruptcy Code (Docket No. 2708)

| | |
|---|---|
| *Response Filed:* | *Debtors' Objection To Motion Of Cindy Palmer, Personal Representative Of The Estate Of Michael Palmer, Deceased, For Relief From Automatic Stay (Docket No. 4111); Debtors' Corrected Objection To Motion Of Cindy Palmer, Personal Representative Of Estate Of Michael Palmer, Deceased, For Relief From Automatic Stay (Docket No. 4219)* |
| *Reply Filed:* | *None.* |
| *Related Filing:* | *Objection To Proposed Sixth Omnibus Hearing Agenda As It Pertains To Docket No. 2708 (Docket No. 3144); Supplement To Cindy Palmer Personal Representative Of The Estate Of Michael Palmer Motion For Relief From The Automatic Stay Under Section 362 Of The Bankruptcy Code (Docket No. 3267)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

15. **"O'Neil Lift Stay Motion"** – Motion For Relief From Automatic Stay Filed By Petitioners, Mary P. O'Neil And Liam P. O'Neil (Docket No. 2748)

| | |
|---|---|
| *Response Filed:* | *Debtor's Omnibus Objection To Motions Seeking Relief From Automatic Stay (Docket No. 3051); The Debtors anticipate filing a response.* |
| *Reply Filed:* | *Reply In Support Of Motion For Relief From Automatic Stay Filed By Petitioners, Mary P. O'Neill and Liam P. O'Neill (Docket No. 3132)* |
| *Related Filing:* | *Stipulation And Agreed Protective Order Governing Production And Use Of Confidential And Highly Confidential Information In Connection With The Motion For Relief From Automatic Stay Filed By Petitioners, Mary P. O'Neill And Liam P. O'Neill And Objections Filed Thereto (Docket No. 3944);* |

*O'Neill Claimants' Supplement To Motion For Relief From Automatic Stay And Objections To Debtors' Application To Establish Claims Procedures (Docket No. 4173)*

Status:          *The hearing with respect to this matter will be proceeding.*

16.     **"New Brunswick Transfer Motion"** – Motion For Order Under 11 U.S.C. § 363(b) And Fed. R. Bankr. P. 2002 And 6004 Authorizing And Approving Debtors' Entry Into Transfer Agreement With Johnson Controls, Inc. Providing For (A) Sale Of Acquired Assets Free And Clear Of Liens, Claims, And Encumbrances (B) Continuation And Transition Of Supply To Johnson Controls, Inc. Of Battery Products Out Of Fitzgerald Facility And (C) Implementation Of Attrition Plan With Respect To New Brunswick Facility In Accordance With IUE-CWA Memorandum (Docket No. 3927)

Response Filed:          *Preliminary Objection Of Wilmington Trust Company, As Indenture Trustee, To Motion For Order Under 11 U.S.C. § 363(b) And Fed. R. Bankr. P. 2002 And 6004 Authorizing And Approving Debtors' Entry Into Transfer Agreement With Johnson Controls, Inc. Providing For (A) Sale Of Acquired Assets Free And Clear Of Liens, Claims, And Encumbrances (B) Continuation And Transition Of Supply To Johnson Controls, Inc. Of Battery Products Out Of Fitzgerald Facility And (C) Implementation Of Attrition Plan With Respect To New Brunswick Facility In Accordance With IUE-CWA Memorandum (Docket No. 4098); Objection Of The United States Of America To Motion By The Debtors Seeking Authorization And Approval Of Debtors' Entry Into A Transfer Agreement With Johnson Controls, Inc., Providing For (A) Sale Of Acquired Assets Free And Clear Of Liens, Claims, And Encumbrances; (B) Continuation And Transition Of Supply To Johnson Controls, Inc. Of Battery Products Out Of Fitzgerald Facility; And (C) Implementation Of Attrition Plan With Respect To New Brunswick Facility In Accordance With IUE-CWA Memorandum (Docket No. 4116)*

Reply Filed:          *The Debtors anticipate filing a reply.*

Related Filing:          *None.*

8

|  |  |
|---|---|
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

17. **"Automotive Technologies International, Inc.'s Lift Stay Motion"** – Automotive Technologies International, Inc.'s Motion For Relief From Automatic Stay To Proceed With Appeal Of Patent Litigation (Docket No. 3980)

|  |  |
|---|---|
| *Response Filed:* | *Debtors' Objection To Motion Of Automotive Technologies International, Inc. For Relief From Automatic Stay To Proceed With Appeal Of Patent Litigation (Docket No. 4171)* |
| *Reply Filed:* | *None.* |
| *Related Filing:* | *None.* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

18. **"Settlement Procedures Motion"** – Motion For Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4037)

|  |  |
|---|---|
| *Response Filed:* | *Limited Objection Of Riverside Claims LLC To Debtors' Motion For Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4154); Objection Of The Ad Hoc Equity Committee To The Debtors' Settlement Procedures Motion (Docket No. 4162); Limited Omnibus Objection Of The Official Committee Of Equity Security Holders In Opposition To Debtors' (I) Settlement Procedures Motion, (II) Lift Stay Motion And (III) MobileAria Sale Motion (Docket No. 4215)* |
| *Reply Filed:* | *The Debtors anticipate filing a reply.* |
| *Related Filing:* | *None.* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

19.    **"Lift Stay Procedures Motion"** – Motion For Order Under 11 U.S.C. § 362 And Fed. R. Bankr. P. 7016 And 9019 Approving Procedures For Modifying The Automatic Stay To Allow For (I) Liquidating And Settling And/Or (II) Mediating Certain Prepetition Litigation Claims (Docket No. 4038)

|  |  |
|---|---|
| *Response Filed:* | *Objection Of The ACE Companies To The Debtors' Motion For Order Under 11 U.S.C. § 362 And Fed. R. Bankr. P. 7016 And 9019 Approving Procedures For Modifying The Automatic Stay To Allow For (I) Liquidating And Settling And/Or (II) Mediating Certain Prepetition Litigation Claims (Docket No. 4205); Limited Omnibus Objection Of The Official Committee Of Equity Security Holders In Opposition To Debtors' (I) Settlement Procedures Motion, (II) Lift Stay Motion And (III) MobileAria Sale Motion (Docket No. 4215)* |
| *Reply Filed:* | *The Debtors anticipate filing a reply.* |
| *Related Filing:* | *None.* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

20.    **"MobileAria Sale Motion"** – Motion For Orders Under 11 U.S.C. §§ 363 And 365 And Fed. R. Bankr. P. 2002, 6004, 6006, And 9014 (a) Approving (I) Bidding Procedures, (II) Certain Bid Protections, (III) Form And Manner Of Sale Notices, And (IV) Sale Hearing Date And (B) Authorizing And Approving (I) Sale Of Certain Of The Debtors' Assets Comprising Substantially All Assets Of MobileAria, Inc. Free And Clear Of Liens, Claims, And Encumbrances, (II) Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (III) Assumption Of Certain Liabilities (Docket No. 4040)

|  |  |
|---|---|
| *Response Filed:* | *Limited Omnibus Objection Of The Official Committee Of Equity Security Holders In Opposition To Debtors' (I) Settlement Procedures Motion, (II) Lift Stay Motion And (III) MobileAria Sale Motion (Docket No. 4215)* |
| *Reply Filed:* | *The Debtors anticipate filing a reply.* |
| *Related Filing:* | *None.* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

E.    **Adversary Proceedings (Adv. Pro. No. 06-01136)**

21.    **"L&W Engineering, Co. Summons"** – Summons And Notice Of Pretrial
Conference In An Adversary Proceeding (Docket No. 2)

| | |
|---|---|
| *Response Filed:* | *Debtors' Answer, Affirmative Defenses, And Counterclaim To Complaint Of L&W Engineering, Co. And Southtec, LLC (Docket No. 14)* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *This matter is being adjourned to the July 19, 2006 omnibus hearing.* |

Dated:  New York, New York
        June 16, 2006

SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr. (JB 4711)
    John K. Lyons (JL 4951)
    Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

            - and -

By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession