UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK _____X

In re:                                                          Chapter 11
DELPHI CORPORATION, et al.,                                     Case No. 05-44481
                                                                (Jointly Administered)

                              Debtors.
_____X

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(e)(1)

Transferor:     Whirlaway Textile Spindles Eft
                PO Box 74665
                Cleveland, OH  44090

Transferee:     Contrarian Funds, LLC
                411 West Putnam Avenue, S-225
                Greenwich, CT 06830
                Attn:  Alpa Jimenez

A transfer of all right, title and interest in and to the schedule amount held by Whirlaway Textile Spindles Eft (the "Transferor") in the amount of **$555,233.91** against **Delphi Automotive Systems LLC** and its affiliates.  This transfer is evidenced by the Transfer of Claim attached as Exhibit "A".

No action is required if you do not object to the transfer of your claim.   However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

          United States Bankruptcy Court
          Alexander Hamilton Custom House
          Attn: Bankruptcy Clerk
          One Bowling Green
          New York, NY 10004-1408

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
          Refer to INTERNAL CONTROL No. _____ in your objection.
          If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
_____

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO. _____
Copy:   (check) Claims Agent_____ Transferee_____ Debtor's Attorney _____

                                        _____
                                        Deputy Clerk

## EVIDENCE OF TRANSFER OF CLAIM

WHIRLAWAY CORPORATION, an Ohio corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated May___, 2006, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against Delphi Automotive Systems, LLC, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. 05-44640 (RDD) (jointly administered under 05-44481) or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this _____ day of May 2006.

**(Assignor)**
WHIRLAWAY CORPORATION

By: _X Howard Feldenkris_

Name: _HOWARD FELDENKRIS_

Title: _C.F.O._

**(Assignee)**
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, LLC,
as manager

By: _Janice M Stanton_

Name: _Janice Stanton_

Title: _Member_

**(Assignor)**
**WITNESS:**

By: _Joseph Sekeres_

Name: _JOSEPH SEKERES_

Title: _Art Manager_

## Schedule A
### Whirlaway Corporation

| Creditor | Debtor | Case Number | Scheduled Amount |
|---|---|---|---|
| Whirlaway Cincinnati Ltd | Delphi Automotive Systems LLC | 05-46640 | 3,200.96 |
| Whirlaway Textile Spindles Eft | Delphi Automotive Systems LLC | 05-46640 | 555,244.76 |
| **Total** | | | **558,445.72** |

Initials:

Seller

Buyer