UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK                    X

In re:                                              Chapter 11
DELPHI CORPORATION, et al.,                         Case No. 05-44481
                                                    (Jointly Administered)
                          Debtors.
_____X


NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(e)(1)

Transferor:    Pax Machine Works Inc. Eft
               PO Box 338
               Celina, OH  45822-0338
               Attention Michael Pax

Transferee:    Contrarian Funds, LLC
               411 West Putnam Avenue, S-225
               Greenwich, CT 06830
               Attn:  Alpa Jimenez

A transfer of all right, title and interest in and to a **partial schedule amount** held by Pax Machine
Works Inc. Eft  (the "Transferor") in the amount of **$213,714.98** against **Delphi Automotive
Systems LLC** and its affiliates.

No action is required if you do not object to the transfer of your claim.   However, IF YOU
OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF
THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

    United States Bankruptcy Court
    Alexander Hamilton Custom House
    Attn: Bankruptcy Clerk
    One Bowling Green
    New York, NY 10004-1408

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
    Refer to INTERNAL CONTROL No. _____ in your objection.
    If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE
SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
_____

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO. _____
Copy:   (check) Claims Agent_____ Transferee_____ Debtor's Attorney _____


                                  _____
                                    Deputy Clerk

## EVIDENCE OF TRANSFER OF CLAIM

**PAX MACHINE WORKS, INC.**, an Ohio corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated May 26, 2006, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC, its successors and assigns (collectively, "Assignee"), the general unsecured claim in the principal amount of $213,714.98 (the "Claim") against Delphi Automotive Systems LLC (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. 05-44481 (RDD) (jointly administered) or any other court with jurisdiction over such proceedings. The Claim is evidenced by the following invoices:

[Exhibit A]

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 26th day of May, 2006.

| (Assignor) | (Assignee) |
|---|---|
| PAX MACHINE WORKS, INC. | CONTRARIAN FUNDS, LLC |
| | By: Contrarian Capital Management, LLC, as manager |
| By: _(signature)_ | By: _(signature)_ |
| Name: Michael J. Pax | Name: Jon Bauer |
| Title: President | Title: Member |

**(Assignor)**
**WITNESS:**

By: _(signature)_
Name: David E. Pax
Title: CEO