UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, <u>et al.</u>, | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## <u>MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*</u>

      I, Paul J. N. Roy, a member in good standing of the Bar in the State of Illinois, as well as the United States District Court for the Northern District of Illinois, request admission *pro hac vice* before the Honorable Robert D. Drain to represent Delphi Corporation in the above-referenced case. My address is:

> Paul J. N. Roy, Esq.
> Mayer, Brown, Rowe & Maw LLP
> 71 S. Wacker Dr.
> Chicago, IL 60606
> Tel: (312) 701-7370
> Fax: (312) 706-8196
> email: proy@mayerbrownrowe.com

      I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice.*

Dated: June 8, 2006

> s/Paul J. N. Roy
> Paul J. N. Roy



RECEIVED
JUN 1 3 2006

**VIA HAND DELIVERY**

```
┌─────────────┐
│ M A Y E R   │
│ B R O W N   │
│ R O W E     │
│ & M A W     │
└─────────────┘
```

June 13, 2006

Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, New York 10019-5820

Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Main Tel (212) 506-2500
Main Fax (212) 262-1910
www.mayerbrownrowe.com

**Gerald L. Willey**
Direct Tel (212) 506-2186
Direct Fax (212) 262-1910
gwilley@mayerbrownrowe.com

Re: In re: Delphi Corporation, et al. ch. 11, case no. 05-44481(RDD)

Dear Clerk of the Court:

Enclosed is the "Motion for Admission to Practice, Pro Hac Vice" ("Motion") for Paul J. N. Roy in the above referenced case. Also enclosed is the $25.00 filing fee. We have already submitted a hard copy of the Motion along with a diskette containing the Motion and proposed order in Word format to Chambers today.

Sincerely,

Gerald L. Willey
Paralegal



Brussels Charlotte Chicago Cologne Frankfurt Houston London Los Angeles Manchester New York Palo Alto Paris Washington, D.C.
Independent Mexico City Correspondent: Jauregui, Navarrete, Nader y Rojas, S.C.

Mayer, Brown, Rowe & Maw LLP operates in combination with our associated English limited liability partnership in the offices listed above.