UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK            X

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 |
| | (Jointly Administered) |
| Debtors. | |

_____X

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(e)(1)

Transferor:    Hitchiner Manufacturing Co. Eft. Inc.
               PO Box 845279
               Boston, MA 02284-5279

               Hitchiner Manufacturing Co., Inc.
               117 Old Wilton Road
               Milford, NH 03055
               Attn: Randal Donovan

Transferee:    Contrarian Funds, LLC
               411 West Putnam Avenue, S-225
               Greenwich, CT 06830
               Attn: Alpa Jimenez

A transfer of all right, title and interest in and to the schedule amount held by Hitchiner Manufacturing Co. Eft. Inc. (the "Transferor") in the amount of **$572,033.91** against **Delphi Automotive Systems LLC** and its affiliates.

No action is required if you do not object to the transfer of your claim.  However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

    United States Bankruptcy Court
    Alexander Hamilton Custom House
    Attn: Bankruptcy Clerk
    One Bowling Green
    New York, NY 10004-1408

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
    Refer to INTERNAL CONTROL No. _____ in your objection.
    If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
_____

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO. _____
Copy:   (check) Claims Agent_____   Transferee_____   Debtor's Attorney _____

_____
                                                               Deputy Clerk

## EVIDENCE OF TRANSFER OF CLAIM

HITCHINER MANUFACTURING CO., INC., a New Hampshire corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated May 25, 2006, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against the Debtor listed on Schedule A attached here, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. listed on Schedule A attached hereto or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 25th day of May 2006.

(Assignor)
HITCHINER MANUFACTURING CO., INC.

By: _____
Name: RANDAL J. DONOVAN
Title: VP, CHIEF FINANCIAL OFFICER

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, LLC, as manager

By: _____
Name: Janice M Stanton
Title: Member

(Assignor)
WITNESS:

By: _____
Name: ROLAND E. OLIVIER
Title: CORPORATE COUNSEL

KL2:2431470.1

# Schedule A
# Hitchiner Manufacturing Co., Inc.

| Debtor | Case Number | Scheduled Amount |
|---|---|---|
| Delphi Automotive Systems LLC | 05-46640 | 572,033.91 |
| **Total** | | **572,033.91** |

**Initials:**

Seller \_\_\_\_

Buyer \_\_\_\_