UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

In re:                                                    Chapter 11
                                                          Case No. 05-44481 (RDD)

DELPHI CORPORATION, *et al.,*                             (Jointly Administered)
DELPHI AUTOMOTIVE SYSTEMS LLC

                        Debtors.

---------------------------------------------------------X

<u>*AMENDED* **NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**</u>


To: (Transferee)  Debt Acquisition Company of America V, LLC
                   1565 Hotel Circle South, Suite 310
                   San Diego, CA  92108


A transfer in the amount of $307.80 from:


INITIAL TROPICAL PLANTS INC (Transferor)
P O BOX 95409
PALATINE IL 600950409


 is acknowledged.


***By filing pursuant to Rule 3001(e)(1), you affirm that you have searched the official claims register and that the Transferor has not previously filed a Proof of Claim.***


A Proof of Claim form in enclosed for your use.
The last date to file a claim is _____.  Send your Proof of Claim
form to:
          Special Deputy Clerk
          United States Bankruptcy Court
          Southern District of New York
          One Bowling Green
          New York, New York 10004-1408


Refer to INTERNAL CONTROL NUMBER _____ in your Proof of Claim.
Kathleen Farrell, Clerk

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on
_____, 2006.
Copy (check):  Debtor's Attorney _____  Claims Agent _____  Deputy Clerk_____
Bc:  ackotree
ACKNOWLEDGEMENT-NO CLAIM ON FILE-NOT FOR SECURITY-
BEFORE BAR DATE

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re. | ) Chapter 11 |
| | ) |
| DELPHI CORPORATION, *et al*., | ) CASE NO. 05-44481 (RDD) |
| | ) (Jointly Administered) |
| DELPHI AUTOMOTIVE SYSTEMS LLC | ) |
| | ) ***AMENDED* NOTICE OF TRANSFER OF** |
| | ) **CLAIM OTHER THAN FOR SECURITY** |
| Debtors. | ) **AND WAIVER OF NOTICE** |
| _____ | Bankruptcy Rule 3001(e)(1) |

      PLEASE TAKE NOTICE that the scheduled claim of **INITIAL TROPICAL PLANTS INC** ("Transferor") against the Debtor in the amount of **$307.80,** as listed within the Schedules of Assets and Liabilities filed by the Debtor**,** and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on the attached document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

      The Transferor of the above-described claim(s) hereby assigns and transfers my claims and all rights there under to DACA upon terms as set forth in offer letter received. Transferor represents and warrants that the claim is not less than $307.80 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, Transferor agrees to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. Transferor agrees to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**INITIAL TROPICAL PLANTS INC**
P O BOX 95409
PALATINE IL 600950409

TRANSFEREE:
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO, CA 92108

Signature:     *Traci J. Fette*

           Traci Fette

Mail Ref# 6-
2589857

1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 05-44481 (RDD) |
| | ) |
| DELPHI CORPORATION, *et al.*, | ) Jointly Administered |
| DELPHI AUTOMOTIVE SYSTEMS LLC | ) |
| | ) **NOTICE OF TRANSFER OF CLAIM** |
| Debtors. | ) **OTHER THAN FOR SECURITY AND** |
| | ) **WAIVER OF NOTICE** |
| | ) Bankruptcy Rule 3001(e)(1) |

PLEASE TAKE NOTICE that the scheduled claim of **INITIAL TROPICAL PLANTS INC** ("Transferor") against the Debtor in the amount of **$307.80**, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $307.80 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**INITIAL TROPICAL PLANTS INC**
**P O BOX 95409 PALATINE IL 600950409**

Print Name _Thomas R Kleine_     Title _Secretary_

Signature _Thomas R Kleine_     Date _05-25-06_

Updated Address (if needed) _____

Phone _847-634-4250_   Fax _847-634-6820_   E-Mail _____

Initial Tropical Plants Inc.
3750 W. Deerfield Road, PO Box 710
Riverwoods IL 60015-0710
Contact: Thomas R. Kleine, Secretary
P 847-634-4250  F 847-634-6820
Email: eft.coordinator@initialplants.com

TRANSFEREE:
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**

Signature: _J. Fette_
Traci Fette

Mail Ref# 6-123
2589857

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In re:                                                  Chapter 11
                                                        Case No. 05-44481 (RDD)

DELPHI CORPORATION, *et al.,*                           (Jointly Administered)
DELPHI MEDICAL SYSTEMS COLORADO CORP

Debtors.
--------------------------------------------------------X

<u>*AMENDED* **NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**</u>


To: (Transferee)  Debt Acquisition Company of America V, LLC
                   1565 Hotel Circle South, Suite 310
                   San Diego, CA  92108


A transfer in the amount of $1,202.10 from:

NELSON HOBBY SPECIALTIES (Transferor)
394 S W 211TH AVE
ALOHA OR 97006


 is acknowledged.


***By filing pursuant to Rule 3001(e)(1), you affirm that you have searched the official claims register and that the Transferor has not previously filed a Proof of Claim.***


A Proof of Claim form in enclosed for your use.
The last date to file a claim is _____.  Send your Proof of Claim form to:

        Special Deputy Clerk
        United States Bankruptcy Court
        Southern District of New York
        One Bowling Green
        New York, New York 10004-1408


Refer to INTERNAL CONTROL NUMBER _____ in your Proof of Claim.
Kathleen Farrell, Clerk

_____

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on
_____, 2006.
Copy (check):  Debtor's Attorney _____ Claims Agent _____ Deputy Clerk_____
Bc:  ackotree
ACKNOWLEDGEMENT-NO CLAIM ON FILE-NOT FOR SECURITY-
BEFORE BAR DATE

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re. | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, *et al*., | ) | CASE NO. 05-44481 (RDD) |
| | ) | (Jointly Administered) |
| DELPHI MEDICAL SYSTEMS COLORADO CORP | ) | |
| | ) | ***AMENDED* NOTICE OF TRANSFER OF** |
| Debtors. | ) | **CLAIM OTHER THAN FOR SECURITY** |
| | ) | **AND WAIVER OF NOTICE** |
| _____ | | Bankruptcy Rule 3001(e)(1) |

PLEASE TAKE NOTICE that the scheduled claim of **NELSON HOBBY SPECIALTIES** ("Transferor") against the Debtor in the amount of **$1,202.10,** as listed within the Schedules of Assets and Liabilities filed by the Debtor**,** and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on the attached document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

The Transferor of the above-described claim(s) hereby assigns and transfers my claims and all rights there under to DACA upon terms as set forth in offer letter received. Transferor represents and warrants that the claim is not less than $1,202.10 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, Transferor agrees to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. Transferor agrees to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**NELSON HOBBY SPECIALTIES**
394 S W 211TH AVE
ALOHA OR 97006

TRANSFEREE:
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
**1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO, CA 92108**

Signature:     *Traci J. Fette*

Traci Fette

Mail Ref# 6-
2590186

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 05-44481 (RDD) |
| | ) | |
| DELPHI CORPORATION, *et al.*, | ) | Jointly Administered |
| DELPHI MEDICAL SYSTEMS COLORADO CORP | ) | |
| | ) | **NOTICE OF TRANSFER OF CLAIM** |
| Debtors. | ) | **OTHER THAN FOR SECURITY AND** |
| | ) | **WAIVER OF NOTICE** |
| | ) | Bankruptcy Rule 3001(e)(1) |

PLEASE TAKE NOTICE that the scheduled claim of **NELSON HOBBY SPECIALTIES** ("Transferor") against the Debtor in the amount of **$1,202.10**, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $1,202.10 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
~~NELSON HOBBY SPECIALTIES~~
~~394 S.W. 311TH AVE  ALOHA OR 97006~~

NELSON Hobby Specialties
PO BOX 1327
Keller, TX 76244
817-431-9898

Print Name *GERALD NELSON*        Title *PRES.*

Signature *[signature]*        Date *6/5/06*

Updated Address (if needed) *P.O. Box 1327, Keller TX 76244*

Phone *817-431-9898*  Fax *817-431-6436*  E-Mail *NELSONHOBBY@PRODIGY.NET*


TRANSFEREE:
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**

Signature: *J Fette*
          Traci Fette

Mail Ref# 6-481
2590186

1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re:                                          Chapter 11
                                                Case No. 05-44481 (RDD)

DELPHI CORPORATION, *et al.,*                   (Jointly Administered)
DELPHI AUTOMOTIVE SYSTEMS LLC

Debtors.
---------------------------------------------------------X
*AMENDED* **NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**


To: (Transferee)  Debt Acquisition Company of America V, LLC
                  1565 Hotel Circle South, Suite 310
                  San Diego, CA  92108


A transfer in the amount of $529.65 from:

SPRING TEAM INC (Transferor)
PO BOX 74938
CLEVELAND OH 441941021


 is acknowledged.


***By filing pursuant to Rule 3001(e)(1), you affirm that you have searched the official claims register and that the Transferor has not previously filed a Proof of Claim.***


A Proof of Claim form in enclosed for your use.
The last date to file a claim is _____.  Send your Proof of Claim
form to:
          Special Deputy Clerk
          United States Bankruptcy Court
          Southern District of New York
          One Bowling Green
          New York, New York 10004-1408


Refer to INTERNAL CONTROL NUMBER _____ in your Proof of Claim.
Kathleen Farrell, Clerk

_____

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on
_____, 2006.
Copy (check):  Debtor's Attorney _____  Claims Agent _____  Deputy Clerk_____
Bc:  ackotree
ACKNOWLEDGEMENT-NO CLAIM ON FILE-NOT FOR SECURITY-
BEFORE BAR DATE

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA  92108
(619) 220-8900

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re. | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, *et al*., | ) | CASE NO. 05-44481 (RDD) |
| | ) | (Jointly Administered) |
| DELPHI AUTOMOTIVE SYSTEMS LLC | ) | |
| | ) | ***AMENDED* NOTICE OF TRANSFER OF** |
| | ) | **CLAIM OTHER THAN FOR SECURITY** |
| Debtors. | ) | **AND WAIVER OF NOTICE** |

_____ Bankruptcy Rule 3001(e)(1)

PLEASE TAKE NOTICE that the scheduled claim of **SPRING TEAM INC** ("Transferor") against the Debtor in the amount of **$529.65,** as listed within the Schedules of Assets and Liabilities filed by the Debtor**,** and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA").  The signature of the Transferor on the attached document is evidence of the transfer of the claims and all rights there under.  Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

The Transferor of the above-described claim(s) hereby assigns and transfers my claims and all rights there under to DACA upon terms as set forth in offer letter received.  Transferor represents and warrants that the claim is not less than $529.65 and has not been previously objected to, sold, or satisfied.  Upon notification by DACA, Transferor agrees to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party.  Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds.   Transferor agrees to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement.  The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**SPRING TEAM INC**
PO BOX 74938
CLEVELAND OH 441941021

TRANSFEREE:
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
**1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO, CA 92108**

Signature:            *Traci J. Fette*

                          Traci Fette

Mail Ref# 6-
2592070

Debt Acquisition Company of
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, *et al.*, | ) |
| DELPHI AUTOMATIC SYSTEMS LLC | ) Jointly Administered |
| | ) |
| | ) **NOTICE OF TRANSFER OF CLAIM** |
| Debtors. | ) **OTHER THAN FOR SECURITY AND** |
| | ) **WAIVER OF NOTICE** |
| | ) Bankruptcy Rule 3001(e)(1) |

PLEASE TAKE NOTICE that the scheduled claim of **SPRING TEAM INC** ("Transferor") against the Debtor in the amount of **$529.65**, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $529.65 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**SPRING TEAM INC**
**PO BOX 74938  CLEVELAND OH 441941021**

Print Name  *J. Russell Bryen*  Title  *Ex. Vice President*

Signature  _____  Date  *5/31/06*

Updated Address (if needed)  *P.O. Box 215  Austinburg, Ohio  44010-0215*

Phone *440 275-5981*  Fax *440.275.3427*  E-Mail *rbryer@springteam.com*

TRANSFEREE:
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**

Signature:  *J. Fette*
Traci Fette

Mail Ref# 6-212
2592070

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                        Chapter 11
                                                               Case No. 05-44481 (RDD)

DELPHI CORPORATION, *et al.,*                   (Jointly Administered)
DELPHI MEDICAL SYSTEMS COLORADO CORP

Debtors.
---------------------------------------------------------X
<u>*AMENDED* **NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**</u>


To: (Transferee)  Debt Acquisition Company of America V, LLC
                            1565 Hotel Circle South, Suite 310
                            San Diego, CA  92108


A transfer in the amount of $2,254.73 from:

STAR PRECISION, INC. (Transferor)
7300 MILLER DRIVE
LONGMONT CO 80504


 is acknowledged.


**By filing pursuant to Rule 3001(e)(1), you affirm that you have searched the official
claims register and that the Transferor has not previously filed a Proof of Claim.**


A Proof of Claim form in enclosed for your use.
The last date to file a claim is _____.  Send your Proof of Claim
form to:
            Special Deputy Clerk
            United States Bankruptcy Court
            Southern District of New York
            One Bowling Green
            New York, New York 10004-1408


Refer to INTERNAL CONTROL NUMBER _____ in your Proof of Claim.
Kathleen Farrell, Clerk

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on
_____, 2006.
Copy (check):  Debtor's Attorney _____ Claims Agent _____ Deputy Clerk_____
Bc:  ackotree
ACKNOWLEDGEMENT-NO CLAIM ON FILE-NOT FOR SECURITY-
BEFORE BAR DATE

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA  92108
(619) 220-8900

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re. | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, *et al*., | ) | CASE NO. 05-44481 (RDD) |
| | ) | (Jointly Administered) |
| DELPHI MEDICAL SYSTEMS COLORADO CORP | ) | |
| | ) | ***AMENDED* NOTICE OF TRANSFER OF** |
| | ) | **CLAIM OTHER THAN FOR SECURITY** |
| Debtors. | ) | **AND WAIVER OF NOTICE** |
| _____ | | Bankruptcy Rule 3001(e)(1) |

PLEASE TAKE NOTICE that the scheduled claim of **STAR PRECISION, INC.** ("Transferor") against the Debtor in the amount of **$2,254.73,** as listed within the Schedules of Assets and Liabilities filed by the Debtor**,** and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA").  The signature of the Transferor on the attached document is evidence of the transfer of the claims and all rights there under.  Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

The Transferor of the above-described claim(s) hereby assigns and transfers my claims and all rights there under to DACA upon terms as set forth in offer letter received.  Transferor represents and warrants that the claim is not less than $2,254.73 and has not been previously objected to, sold, or satisfied.  Upon notification by DACA, Transferor agrees to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds.  Transferor agrees to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement.  The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**STAR PRECISION, INC.**
7300 MILLER DRIVE
LONGMONT CO 80504

TRANSFEREE:
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
**1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO, CA 92108**

Signature:  *Traci J. Fette*

Traci Fette

Mail Ref# 6-
2589980

1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 05-44481 (RDD) |
| | ) | |
| DELPHI CORPORATION, *et al.,* | ) | Jointly Administered |
| DELPHI MEDICAL SYSTEMS COLORADO CORP | ) | |
| | ) | **NOTICE OF TRANSFER OF CLAIM** |
| Debtors. | ) | **OTHER THAN FOR SECURITY AND** |
| | ) | **WAIVER OF NOTICE** |
| | ) | Bankruptcy Rule 3001(e)(1) |

PLEASE TAKE NOTICE that the scheduled claim of **STAR PRECISION, INC.** ("Transferor") against the Debtor in the amount of **$547.01**, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $547.01 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**STAR PRECISION, INC.**
**7300 MILLER DRIVE  LONGMONT CO 80504**

Print Name  DAWN KRANZLER                Title  CONTROLLER

Signature                          Date  6/2/06

Updated Address (if needed) _____

Phone  303 926 0559      Fax  303 485 8634   E-Mail  dkranzler@starprecision.com

TRANSFEREE:
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**

Signature:        J. Fette
                 Traci Fette

Mail Ref# 6-219
2589980

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In re:                                          Chapter 11
                                                Case No. 05-44481 (RDD)

DELPHI CORPORATION, *et al.,*                   (Jointly Administered)
DELPHI CONNECTIONS SYSTEMS

Debtors.
--------------------------------------------------------X
*AMENDED* **NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**


To: (Transferee)  Debt Acquisition Company of America V, LLC
                  1565 Hotel Circle South, Suite 310
                  San Diego, CA  92108


A transfer in the amount of $594.00 from:


TEMPO RESEARCH CORPORATION (Transferor)
80 WOOD ROAD
SUITE 202
CAMARILLO CA 93010


 is acknowledged.


***By filing pursuant to Rule 3001(e)(1), you affirm that you have searched the official claims register and that the Transferor has not previously filed a Proof of Claim.***


A Proof of Claim form in enclosed for your use.
The last date to file a claim is _____.  Send your Proof of Claim
form to:
         Special Deputy Clerk
         United States Bankruptcy Court
         Southern District of New York
         One Bowling Green
         New York, New York 10004-1408


Refer to INTERNAL CONTROL NUMBER _____ in your Proof of Claim.
Kathleen Farrell, Clerk

_____

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on
_____, 2006.
Copy (check):  Debtor's Attorney _____  Claims Agent _____  Deputy Clerk_____
Bc:  ackotree
ACKNOWLEDGEMENT-NO CLAIM ON FILE-NOT FOR SECURITY-
BEFORE BAR DATE

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA  92108
(619) 220-8900

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re. | ) Chapter 11 |
| | ) |
| DELPHI CORPORATION, *et al*., | ) CASE NO. 05-44481 (RDD) |
| | ) (Jointly Administered) |
| DELPHI CONNECTIONS SYSTEMS | ) |
| | ) ***AMENDED* NOTICE OF TRANSFER OF** |
| Debtors. | ) **CLAIM OTHER THAN FOR SECURITY** |
| | ) **AND WAIVER OF NOTICE** |
| _____ | Bankruptcy Rule 3001(e)(1) |

PLEASE TAKE NOTICE that the scheduled claim of **TEMPO RESEARCH CORPORATION** ("Transferor") against the Debtor in the amount of **$594.00,** as listed within the Schedules of Assets and Liabilities filed by the Debtor**,** and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA").  The signature of the Transferor on the attached document is evidence of the transfer of the claims and all rights there under.  Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

The Transferor of the above-described claim(s) hereby assigns and transfers my claims and all rights there under to DACA upon terms as set forth in offer letter received.  Transferor represents and warrants that the claim is not less than $594.00 and has not been previously objected to, sold, or satisfied.  Upon notification by DACA, Transferor agrees to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party.  Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds.  Transferor agrees to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement.  The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**TEMPO RESEARCH CORPORATION**
80 WOOD ROAD
SUITE 202
CAMARILLO CA 93010

TRANSFEREE:
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO, CA 92108

Signature: *Traci J. Fette*

Traci Fette

Mail Ref# 6-
2585653

Debt Acquisition Company of America
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 05-44481 (RDD) |
| | ) | |
| DELPHI CORPORATION, *et al.,* | ) | Jointly Administered |
| DELPHI CONNECTIONS SYSTEMS | ) | |
| | ) | **NOTICE OF TRANSFER OF CLAIM** |
| Debtors. | ) | **OTHER THAN FOR SECURITY AND** |
| | ) | **WAIVER OF NOTICE** |
| | ) | Bankruptcy Rule 3001(e)(1) |

PLEASE TAKE NOTICE that the scheduled claim of **TEMPO RESEARCH CORPORATION** ("Transferor") against the Debtor in the amount of **$594.00**, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $594.00 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**TEMPO RESEARCH CORPORATION**
**80 WOOD ROAD SUITE 202 CAMARILLO CA 93010**

Print Name  Lori Mahoney          Title  HR Manager

Signature  Mahoney          Date  6/2/06

Updated Address (if needed)  1390 Aspen Way Vista, CA 92081    92081

Phone  760 598-8900    Fax  760 598-9882    E-Mail

TRANSFEREE:
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**

Signature:    *J. Fette*
          Traci Fette

Mail Ref# 6-238
2585653

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                                    Chapter 11
                                                          Case No. 05-44481 (RDD)

DELPHI CORPORATION, *et al.*,                             (Jointly Administered)
DELPHI AUTOMOTIVE SYSTEMS LLC

Debtors.
-----------------------------------------------------------X

_AMENDED_ **NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**

To: (Transferee)  Debt Acquisition Company of America V, LLC
                   1565 Hotel Circle South, Suite 310
                   San Diego, CA  92108

A transfer in the amount of $1,320.00 from:

TRUPAR AMERICA INC EFT (Transferor)
PO BOX 16
BENTLEYVILLE PA 15314

 is acknowledged.

***By filing pursuant to Rule 3001(e)(1), you affirm that you have searched the official
claims register and that the Transferor has not previously filed a Proof of Claim.***

A Proof of Claim form in enclosed for your use.
The last date to file a claim is _____.  Send your Proof of Claim
form to:
        Special Deputy Clerk
        United States Bankruptcy Court
        Southern District of New York
        One Bowling Green
        New York, New York 10004-1408

Refer to INTERNAL CONTROL NUMBER _____ in your Proof of Claim.
Kathleen Farrell, Clerk

_____

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on
_____, 2006.
Copy (check):  Debtor's Attorney _____ Claims Agent _____ Deputy Clerk_____
Bc:  ackotree
ACKNOWLEDGEMENT-NO CLAIM ON FILE-NOT FOR SECURITY-
BEFORE BAR DATE

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA  92108
(619) 220-8900

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re. | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, *et al*., | ) | CASE NO. 05-44481 (RDD) |
| | ) | (Jointly Administered) |
| DELPHI AUTOMOTIVE SYSTEMS LLC | ) | |
| | ) | ***AMENDED* NOTICE OF TRANSFER OF** |
| | ) | **CLAIM OTHER THAN FOR SECURITY** |
| Debtors. | ) | **AND WAIVER OF NOTICE** |
| _____ | | Bankruptcy Rule 3001(e)(1) |

PLEASE TAKE NOTICE that the scheduled claim of **TRUPAR AMERICA INC EFT** ("Transferor") against the Debtor in the amount of **$1,320.00,** as listed within the Schedules of Assets and Liabilities filed by the Debtor**,** and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on the attached document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

The Transferor of the above-described claim(s) hereby assigns and transfers my claims and all rights there under to DACA upon terms as set forth in offer letter received. Transferor represents and warrants that the claim is not less than $1,320.00 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, Transferor agrees to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. Transferor agrees to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**TRUPAR AMERICA INC EFT**
PO BOX 16
BENTLEYVILLE PA 15314

TRANSFEREE:
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
**1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO, CA 92108**

Signature:           *Traci J. Fette*

                     Traci Fette

Mail Ref# 6-
2592439

1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

MAY 2 6 REC'D

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 05-44481 (RDD) |
| | ) |
| DELPHI CORPORATION, *et al.*, | ) Jointly Administered |
| DELPHI AUTOMATIC SYSTEMS LLC | ) |
| | ) **NOTICE OF TRANSFER OF CLAIM** |
| Debtors. | ) **OTHER THAN FOR SECURITY AND** |
| | ) **WAIVER OF NOTICE** |
| | ) Bankruptcy Rule 3001(e)(1) |

PLEASE TAKE NOTICE that the scheduled claim of **TRUPAR AMERICA INC EFT** ("Transferor") against the Debtor in the amount of **$1,320.00**, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $1,320.00 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**TRUPAR AMERICA INC EFT**
**PO BOX 16  BENTLEYVILLE PA 15314**

Print Name  DAVID Stock            Title  ConTRoLLER

Signature  David Stock            Date  5/30/06

Updated Address (if needed)  31751 ShErman AvE· MAdison HEigth, MI 48071

Phone 248 583 1300  Fax 248583 1900  E-Mail dstock@hotmail.com

TRANSFEREE:
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**

Signature:  J. Fette
            Traci Fette

Mail Ref# 6-528
2592439

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In re:                                          Chapter 11
                                                Case No. 05-44481 (RDD)

DELPHI CORPORATION, *et al.*,                   (Jointly Administered)
DELPHI AUTOMOTIVE SYSTEMS LLC

Debtors.
--------------------------------------------------------X

## *AMENDED* NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)

To: (Transferee)  Debt Acquisition Company of America V, LLC
                   1565 Hotel Circle South, Suite 310
                   San Diego, CA  92108

A transfer in the amount of $1,622.30 from:

TST EXPEDITED SERVICES INC EFT (Transferor)
PO BOX 7217
WINDSOR ON N9C 3Z1

 is acknowledged.

***By filing pursuant to Rule 3001(e)(1), you affirm that you have searched the official claims register and that the Transferor has not previously filed a Proof of Claim.***

A Proof of Claim form in enclosed for your use.
The last date to file a claim is _____.  Send your Proof of Claim form to:

      Special Deputy Clerk
      United States Bankruptcy Court
      Southern District of New York
      One Bowling Green
      New York, New York 10004-1408

Refer to INTERNAL CONTROL NUMBER _____ in your Proof of Claim.
Kathleen Farrell, Clerk

_____

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on
_____, 2006.
Copy (check):  Debtor's Attorney _____  Claims Agent _____  Deputy Clerk_____
Bc:  ackotree
ACKNOWLEDGEMENT-NO CLAIM ON FILE-NOT FOR SECURITY-
BEFORE BAR DATE

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA  92108
(619) 220-8900

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re. | ) Chapter 11 |
| | ) |
| DELPHI CORPORATION, *et al*., | ) CASE NO. 05-44481 (RDD) |
| | ) (Jointly Administered) |
| DELPHI AUTOMOTIVE SYSTEMS LLC | ) |
| | ) ***AMENDED* NOTICE OF TRANSFER OF** |
| Debtors. | ) **CLAIM OTHER THAN FOR SECURITY** |
| | ) **AND WAIVER OF NOTICE** |
| _____ | Bankruptcy Rule 3001(e)(1) |

PLEASE TAKE NOTICE that the scheduled claim of **TST EXPEDITED SERVICES INC EFT** ("Transferor") against the Debtor in the amount of **$1,622.30,** as listed within the Schedules of Assets and Liabilities filed by the Debtor**,** and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA").  The signature of the Transferor on the attached document is evidence of the transfer of the claims and all rights there under.  Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

The Transferor of the above-described claim(s) hereby assigns and transfers my claims and all rights there under to DACA upon terms as set forth in offer letter received.  Transferor represents and warrants that the claim is not less than $1,622.30 and has not been previously objected to, sold, or satisfied.  Upon notification by DACA, Transferor agrees to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party.  Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds.  Transferor agrees to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement.  The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**TST EXPEDITED SERVICES INC EFT**
PO BOX 7217
WINDSOR ON N9C 3Z1

TRANSFEREE:
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
**1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO, CA 92108**

Signature:        *Traci J. Fette*

Traci Fette

Mail Ref# 6-
2592448

1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:

DELPHI CORPORATION, *et al.,*
DELPHI AUTOMATIC SYSTEMS LLC

Debtors.

| |
|---|
| ) Chapter 11 |
| ) Case No. 05-44481 (RDD) |
| ) |
| ) Jointly Administered |
| ) |
| ) **NOTICE OF TRANSFER OF CLAIM** |
| ) **OTHER THAN FOR SECURITY AND** |
| ) **WAIVER OF NOTICE** |
| ) Bankruptcy Rule 3001(e)( 2) |

PLEASE TAKE NOTICE that the *Filed* claim of TST EXPEDITED SERVICES INC EFT ("Transferor") against the Debtor in the amount of *$990.90 (claim No. 3955), as listed within the claims Register,* and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)( 2).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $944.66 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**TST EXPEDITED SERVICES INC EFT**
**PO BOX 7217  WINDSOR ON N9C 3Z1**

Print Name  MARIO GUALTIERI          Title  TREASURER

Signature  _____          Date  29-MAY-06

Updated Address (if needed) _____

Phone  519-972-8111   Fax  519-972-9830   E-Mail  mgualtieri@tst911.com

TRANSFEREE:
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**

Signature:  *J. Fette*
_____
Traci Fette

Mail Ref# 6-378
2592448

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re:                                          Chapter 11
                                                 Case No. 05-44481 (RDD)

DELPHI CORPORATION, *et al.,*                   (Jointly Administered)
DELPHI MEDICAL SYSTEMS COLORADO CORP

Debtors.
-------------------------------------------------------X
__*AMENDED* **NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**__


To: (Transferee)  Debt Acquisition Company of America V, LLC
                  1565 Hotel Circle South, Suite 310
                  San Diego, CA  92108


A transfer in the amount of $775.14 from:


VANDER-BEND (Transferor)
123 URANIUM ROAD
SUNNYVALE CA 94086


 is acknowledged.


**By filing pursuant to Rule 3001(e)(1), you affirm that you have searched the official claims register and that the Transferor has not previously filed a Proof of Claim.**


A Proof of Claim form in enclosed for your use.
The last date to file a claim is _____.  Send your Proof of Claim
form to:
        Special Deputy Clerk
        United States Bankruptcy Court
        Southern District of New York
        One Bowling Green
        New York, New York 10004-1408


Refer to INTERNAL CONTROL NUMBER _____ in your Proof of Claim.
Kathleen Farrell, Clerk

_____

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on
_____, 2006.
Copy (check):  Debtor's Attorney _____ Claims Agent _____ Deputy Clerk_____
Bc:  ackotree
ACKNOWLEDGEMENT-NO CLAIM ON FILE-NOT FOR SECURITY-
BEFORE BAR DATE

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA  92108
(619) 220-8900

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re. | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, *et al*., | ) | CASE NO. 05-44481 (RDD) |
| | ) | (Jointly Administered) |
| DELPHI MEDICAL SYSTEMS COLORADO CORP | ) | |
| | ) | ***AMENDED* NOTICE OF TRANSFER OF** |
| | ) | **CLAIM OTHER THAN FOR SECURITY** |
| Debtors. | ) | **AND WAIVER OF NOTICE** |

_____   Bankruptcy Rule 3001(e)(1)

PLEASE TAKE NOTICE that the scheduled claim of **VANDER-BEND** ("Transferor") against the Debtor in the amount of **$775.14,** as listed within the Schedules of Assets and Liabilities filed by the Debtor**,** and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA").  The signature of the Transferor on the attached document is evidence of the transfer of the claims and all rights there under.  Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

The Transferor of the above-described claim(s) hereby assigns and transfers my claims and all rights there under to DACA upon terms as set forth in offer letter received.  Transferor represents and warrants that the claim is not less than $775.14 and has not been previously objected to, sold, or satisfied.  Upon notification by DACA, Transferor agrees to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. Transferor agrees to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement.  The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**VANDER-BEND**
123 URANIUM ROAD
SUNNYVALE CA 94086

TRANSFEREE:
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
**1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO, CA 92108**

Signature:        *Traci J. Fette*

                 Traci Fette

Mail Ref# 6-
2590212

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

In re:                                               )   Chapter 11
                                                     )   Case No. 05-44481 (RDD)
                                                     )
DELPHI CORPORATION, *et al.,*                        )   Jointly Administered
DELPHI MEDICAL SYSTEMS COLORADO CORP                 )
                                                     )   **NOTICE OF TRANSFER OF CLAIM**
       Debtors.                                      )   **OTHER THAN FOR SECURITY AND**
                                                     )   **WAIVER OF NOTICE**
                                                     )   Bankruptcy Rule 3001(e)(1)
_____                )

PLEASE TAKE NOTICE that the scheduled claim of **VANDER-BEND** ("Transferor") against the Debtor in the amount of **$1,334.62**, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $1,334.62 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**VANDER-BEND**
**123 URANIUM ROAD  SUNNYVALE CA 94086**

Print Name  *Adel   Shapiro*          Title  *Controller*

Signature  _____     Date  *05-30-06*

Updated Address (if needed) _____

Phone *(408) 245-5750 x147* Fax *(408) 245-4120* E-Mail *adel @vander-bend.com*

TRANSFEREE:
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**

Signature:  *J. Fette*
            _____
            Traci Fette

Mail Ref# 6-534
2590212