**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

In re:                                )
                                      )  Chapter 11
DELPHI AUTOMOTIVE SYSTEMS, LLC.       )  Case No. 05-44481
                                      )
          Debtor.                     )  Schedule No.

**NOTICE OF TRANSFER OF CLAIM**
**PURSUANT TO BANKRUPTCY RULE 3001(e) (1)**

To:    <u>Transferor</u>:    Acord, Inc.
                             2711 Product Drive
                             Rochester Hills, MI 48309
                             Attention: John Livingston

**Your total general unsecured claim against the Debtor in the amount of $221,377.38 has been transferred to:**

<u>Transferee</u>:            SPCP GROUP, L.L.C.
                             2 Greenwich Plaza
                             Greenwich, CT  06830
                             Attention: Brian Jarmain

   No action is required if you do not object to the transfer of your claim.  However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**
  Clerk of the Court
  United States Bankruptcy Court for the
  Southern District of New York
  One Bowling Green
  New York, NY  10004

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
  Refer to INTERNAL CONTROL No. _____ in your objection.
  If you file an objection, a hearing will be scheduled.

**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

                                                    _____
                                                    Clerk of the Court

**FOR CLERK'S OFFICE USE ONLY:**

This notice was mailed to the first named party, by first class mail, postage prepaid, on _____, 2004.
INTERNAL CONTROL NO. _____
Copy:  (check) Claims Agent_____    Transferee _____    Debtor's Attorney _____

                                                    _____
                                                    Deputy Clerk

EXHIBIT A TO
ASSIGNMENT OF CLAIM

## EVIDENCE OF TRANSFER OF CLAIM

### TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, ACORD INC. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd., ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, claims in the aggregate amount of $221,377 (the "Assigned Claim"), against Delphi Automotive Systems, LLC, a wholly-owned subsidiary of Delphi Corp. ("Debtor"), the debtor-in-possession in Case No.05-44481 (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on June 1, 2006.

ACORD INC.

By: _____
Name: John W. Livingston
Title: President

In re: DELPHI AUTOMOTIVE SYSTEMS LLC Debtor, Case No. 05-44640    Entity #39

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1595046 - 10395958<br>ACME MILLS CO<br>PO BOX 634776<br>CINCINNATI    OH    452634776 | ACCOUNTS PAYABLE | | $13,375.24 |
| 1595052 - 10395959<br>ACME SPIRALLY WOUND PAPER PRODUCTS INC<br>PO BOX 35320<br>CLEVELAND    OH    44135 | ACCOUNTS PAYABLE | | $7,405.69 |
| 1595061 - 10403750<br>ACOPLAST INDUSTRIA COMERCIO<br>456 COLIN CIR STE 1<br>ANN ARBOR    MI    48103 | ACCOUNTS PAYABLE | Disputed, Unliquidated | $0.00 |
| 1595062 - 10395960<br>ACORD INC<br>2711 PRODUCT DR<br>ROCHESTER HILLS    MI    48309 | ACCOUNTS PAYABLE | | $221,377.38 ✓ |
| 1595064 - 10395961<br>ACORN DISTRIBUTORS INC<br>PO BOX 6109<br>INDIANAPOLIS    IN    462066109 | ACCOUNTS PAYABLE | | $9,088.73 |
| 1000139 - 10004565<br>ACOSTA CARLOS<br>(Address on File) | WORKERS COMPENSATION<br>CLAIM NUMBER: 196256129325 | Contingent, Disputed, Unliquidated | Unknown |
| 1000139 - 10004566<br>ACOSTA CARLOS<br>(Address on File) | WORKERS COMPENSATION<br>CLAIM NUMBER: 199839986395 | Contingent, Disputed, Unliquidated | Unknown |
| 1595067 - 10395962<br>ACOUSTIBLOK INC<br>6900 INTERBAY BLVD<br>TAMPA    FL    336162631 | ACCOUNTS PAYABLE | | $2,610.00 |
| 1595072 - 10395963<br>ACRA INC<br>2525 AERO PARK DR<br>TRAVERSE CITY    MI    496849180 | ACCOUNTS PAYABLE | Disputed, Unliquidated | $14,214.67 |
| 1595083 - 10395964<br>ACS INDUSTRIES<br>PO BOX 40000 DEPT 2002<br>HARTFORD    CT    06151 | ACCOUNTS PAYABLE | | $400.00 |
| 1595085 - 10395965<br>ACS SUPPORT - STOP 5050<br>PO BOX 219236<br>KANSAS CITY    MO    641219236 | ACCOUNTS PAYABLE | | $584.50 |
| 1595094 - 10395966<br>ACTCO TOOL & MFG CO INC<br>PO BOX 675<br>MEADVILLE    PA    16335 | ACCOUNTS PAYABLE | | $31,220.00 |
| 1595095 - 10395967<br>ACTEL CORPORATION<br>PO BOX 44000 DEPT #44849<br>SAN FRANCISCO    CA    941444849 | ACCOUNTS PAYABLE | | $13,447.50 |