UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK                    X

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 |
| | (Jointly Administered) |
| Debtors. | |

_____X

PARTIAL NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(e)(1)

Transferor:   Flow Dry Technology, Ltd.
              379 Albert Road
              Brookville, OH  45309
              Attn: Robin Anderson

Transferee:   Contrarian Funds, LLC
              411 West Putnam Avenue, S-225
              Greenwich, CT 06830
              Attn:  Alpa Jimenez

A transfer of all right, title and interest in and to the schedule amount held by Flow Dry Technology, Ltd. (the "Transferor") in the partial amount of **$133,387.08,** (actual schedule amount is $208,474.22) against **Delphi Automotive Systems LLC** and its affiliates.  This transfer is evidenced by the Transfer of Claim attached as Exhibit "A".

No action is required if you do not object to the transfer of your claim.   However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

    United States Bankruptcy Court
    Alexander Hamilton Custom House
    Attn: Bankruptcy Clerk
    One Bowling Green
    New York, NY 10004-1408

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
    Refer to INTERNAL CONTROL No. _____ in your objection.
    If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
_____

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO. _____
Copy:   (check) Claims Agent_____ Transferee_____ Debtor's Attorney _____

                                                    _____
                                                    Deputy Clerk

## EVIDENCE OF TRANSFER OF CLAIM

Flow Dry Technology Ltd, an Ohio limited liability company, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated June 12, 2006, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC, its successors and assigns (collectively, "Assignee"), the general unsecured claim in the principal amount of $133,387.08 (the "Claim") against Delphi Automotive Systems LLC (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. 05-44640 (RDD) (jointly administered under 05-44481) or any other court with jurisdiction over such proceedings. The Claim is evidenced by the following invoices:

| 25495 | 25830 | 25897 | 25773 partial |
| 25497 | 25891 | 25907 | 25774 |
| 25507 | 25414 | 25660 | 25853 |
| 25523 | 25416 | 25875 partial | 25854 |
| 25530 | 25501 | 25852 | 25856 |
| 25545 | 25502 | 25859 | |
| 25573 | 25505 | 25890 | |
| 25589 | 25561 | 25921 | |
| 25605 | 25808 | 25898 | |
| 25633 | 25821 | 25769 | |
| 25640 | 25848 | 25770 | |

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 12 day of June, 2006.

(Assignor)
Flow Dry Technology Ltd

By: _____
Name: Doug LeConey
Title: President

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, LLC,
as manager

By: _____
Name: Janice M. Stanton
Title: Member

(Assignor)
WITNESS:

By: _____
Name: Robin Anderson
Title: Controller

KL2:2431470.1