UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                          :
    In re                                         :    Chapter 11
                                                          :
DELPHI CORPORATION, et al.,                               :    Case No. 05-44481 (RDD)
                                                          :
                             Debtors.              :    (Jointly Administered)
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

      **ORDERED**, that Paul J. N. Roy, Esq. is admitted to practice *pro hac vice*, to represent Delphi Corporation in the above referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.


Dated: New York, New York

      June 14, 2006


                                                            /s/Robert D. Drain_____
                                                           UNITED STATES BANKRUPTCY JUDGE

17375610