UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                          :     Chapter 11
In re                                                     :
                                                          :     Case No. 05-44481-rdd
DELPHI CORPORATION, et al.,                               :
                                                          :
                        Debtors.                          :
------------------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Gregg S. Kleiner, a member in good standing of the State Bar of California and admitted to practice before the United States District Courts for the Northern, Eastern, Central, and Southern Districts of California, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Wireless Matrix Corporation, who is seeking to purchase certain assets from estates of the above referenced Debtors.

My address is:

   Cooley Godward LLP
   101 California Street, 5th Floor
   San Francisco, CA  94111-5800
   Email:  kleinergs@cooley.com
   Telephone:  (415) 693-2000
   Facsimile:  (415) 693-2222

   I agree to pay the fee of $25.00 upon entry of Order admitting me to practice ***pro hac vice***.

Dated: June 7, 2006
       San Francisco, California

                                                       /s/  Gregg S. Kleiner
                                                       Gregg S. Kleiner

---

**ORDERED,**

That Gregg S. Kleiner is admitted to practice, ***pro hac vice*** in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  June 14, 2006                    /s/Robert D. Drain
        New York, New York               UNITED STATES BANKRUPTCY JUDGE

997453 v1/SF