1
2

                    UNITED STATES BANKRUPTCY COURT
                    SOUTHERN DISTRICT OF NEW YORK

3     ------------------------------------X
                                          :
4     In Re:                              :    Case No. 05-44481
                                          :
5       DELPHI CORPORATION                :
                                          :    June 5, 2006
6                                         :
                             Debtor.      :    One Bowling Green
7     ------------------------------------X    New York, New York

8
9               TRANSCRIPT OF CONTINUED MOTION ON
                  SECTION 1113 AND 1114 MOTION
10           BEFORE THE HONORABLE ROBERT D. DRAIN
                 UNITED STATES BANKRUPTCY JUDGE

11
12    APPEARANCES:

13    For the Debtor:              JOHN WILLIAM BUTLER, JR., ESQ.
                                   SKADDEN, ARPS, SLATE, MEAGHER &
14                                 FLOM, LLP
                                   333 West Wacker Drive
15                                 Chicago, IL  60606-1285

16    For the IUEW:                THOMAS M. KENNEDY, ESQ.
                                   SUSAN JENNIK, ESQ.
17                                 KENNEDY, JENNIK & MURRAY, P.C.
                                   113 University Place
18                                 7th Floor
                                   New York, NY  10003

19    For the United Auto          BRUCE LEVINE, ESQ.
        Workers:                   COHEN, WEISS & SIMON, LLP
20                                 330 West 42nd Street
                                   New York, NY  10036
21
22    For the IAM and IBEW:        MARY ANN ROBBINS, ESQ.

23    For Operating Engineers:     BARBARA MEHLSACK, ESQ.
                                   GORLIK, KRAVITZ & LITZHAUS, P.C.
24                                 17 State Street
                                   4th Floor
25                                 New York, NY  10004

```
 1                    UNITED STATES BANKRUPTCY COURT
                      SOUTHERN DISTRICT OF NEW YORK
 2

 3    For the UAW:               LOWELL PETERSON, ESQ.
                                 MEYER, SUOZZI, ENGLISH & KLEIN
 4                               1350 Broadway, Suite 501
                                 New York, NY  10018
 5

 6    For the Ad Hoc Committee of DOUGLAS BAUNSTEIN, ESQ.
        Equity Holders:
 7
      For the Official Committee  BONNIE STEINGART, ESQ.
 8      of Security Holders of    FRIED, FRANK, HARRIS, SHRIVER &
        Delphi:                   JACOBSON
 9                                One New York Plaza
                                  New York, NY  10004
10
      For Ad Hoc Committee of      GLENN KURTZ, ESQ.
11      Equity Holders:

12

13

14    Court Transcriber:          RUTH ANN HAGER
                                   TypeWrite Word Processing Service
15                                 356 Eltingville Boulevard
                                   Staten Island, New York 10312
16

17

18

19

20

21

22

23

24

25


      Proceedings recorded by electronic sound recording,
      transcript produced by transcription service
```

3

1    (Proceedings began at 10:37 a.m.)

2            THE COURT:  Please be seated.  All right.  <u>Delphi</u>

3    <u>Corporation</u>.

4            MR. BUTLER:  Your Honor, good morning.  Jack

5    Butler from the law firm of Skadden, Arps, Slate, Meagher &

6    Flom, LLP., sitting with our co-counsel, Omelvany, Meyers [Ph.]

7    and the Groom [Ph.] law group here for the continuation of the

8    debtor's Section 1113, 1114 motion.

9            Your Honor, on Friday -- at Friday's hearing we

10   indicated to the Court -- we ended midafternoon -- that there

11   were going to be discussions on the other side of the dual

12   track over the course of the weekend.  Those discussions, in

13   fact, began and are continuing.  They have been constructive.

14   And it is, I think, the consensual view of the parties that as

15   we continue to balance this dual track that it would be in the

16   best interests of the estate and the parties if we did not go

17   forward with the union case today, but rather with the Court's

18   indulgence reschedule today's hearing for Friday, June 9th, at

19   9:00 a.m. and which will give the parties opportunities to

20   continue to have discussions.

21           That also permits us to conduct meetings of the

22   debtor's board of directors this week that are scheduled for

23   Tuesday and Wednesday and meetings of our official committees.

24   Both the equity committee and Creditors' Committee are

25   scheduled to meet with the debtors on Thursday.  And that would

4

1    allow us, we think, to make progress on the dual track.  And it

2    has been a long weekend for many of us and as we have balanced

3    the -- all of the factors, we've come to the Court and

4    indicate -- and want to indicate that we think the dual track

5    is enhanced by not going forward, at least at today's hearing.

6              We also, Your Honor, have consulted with Counsel

7    for the two unions who had contemplated filing 7052 motions or

8    at least raising them.  We've had discussions as recently as

9    prior to the commencement of this hearing and have concluded

10   with Your Honor's permission that those motions would be in

11   writing, would be filed on June 14th with our response on

12   June 19th, and that they would be argued not earlier than

13   June 23rd as it relates -- and those -- the June 23rd is

14   currently a scheduled hearing date, albeit for another purpose.

15   We're simply saying not earlier than that date for reasons that

16   would permit the comp -- the parties to continue to negotiate.

17             THE COURT:  Okay.  And as I said on Friday with

18   regard to those motions I would like that relief or request for

19   relief confined to whether Delphi has complied with the -- what

20   I view as the four procedural requirements of the 1113(b)(1)

21   weighing the consideration that if they were for some reasons

22   reversed on appeal, I would not want to have a whole separate

23   trial when there would be another trial of the other union

24   cases going on.

25             And in addition to that, the unusual aspect of

5

1    Section 1113 that I noted on Friday, which is that during that

2    trial [inaudible] contemplates bargaining.  It just seemed to

3    me that to have a meaningful [inaudible], in fact, it should be

4    limited to the procedural requirements, so that's what I'm

5    looking for.

6              All right.  I take it, everyone else being silent,

7    that this is an agreement.  I should say that under 1113(b)(2),

8    I think I need something in the record by the debtor and the

9    unions agreeing to the extension of the requirement that the

10   Court rule on the application for authority to reject within 30

11   days of the commencement of the trial.  Given the number of

12   unions and the number of issues in this case, and given the

13   Court's candor, this is -- it may be [inaudible], but in any

14   event, I can only imagine a trial which both the parties -- all

15   the parties would take place over at least two weeks of a trial

16   plan being hopeful within 30 days of its commencement given,

17   you know, our schedule which is relatively [inaudible] with

18   Chapter 13s and everything else.  So I think we need that,

19   although I think it's implicit.

20             MR. BUTLER:  Your Honor, the debtors -- and I

21   apologize we didn't mention that because we were also cognizant

22   this is a week that that -- the week that that day runs, the

23   debtors are prepared to stipulate in the record at this time

24   subject to further consideration by the Court and the parties

25   that the time period be lengthened from 30 to 60 days.

6

1          THE COURT:  All right.  I don't know if you had

2     contemplated this.  I just happen to have an extension now

3     through the 9th and we can talk about that then, but as a

4     practical matter, it's just not feasible to complete this trial

5     within 30 days of its commencement even if it were [inaudible]

6     ruling, even if it were to be able to [inaudible] without

7     further negotiations --

8          MR. BUTLER:  I'm happy -- we had not discussed

9     this in the meet-and-confer, Your Honor, so you're happy

10    through the 9th for today?

11         THE COURT:  [inaudible] that some way.

12         MR. BUTLER:  We'll talk about it during the course

13    of the week.

14         THE COURT:  All right.

15         MR. KENNEDY:  Yes, I think the unions wish to go

16    on record as affirming their agreement with that extension,

17    Your Honor.

18         THE COURT:  Okay.  Very well.  All right.  So I

19    will see you on the 9th,  I hope between now and then your --

20    you continue to be productive and that maybe this will lead to

21    either a staged process or get into agreement on important

22    issues.  And I think that's all for the better if you can do

23    that.

24         MR. BUTLER:  Thank you, Your Honor.  Can I have

25    one moment, please?

7

1          THE COURT:  Yes.

2              [Pause in the proceedings.]

3          MR. BUTLER:  Your Honor, the question has arisen

4    and I think it's a fair one to ask that if the parties as a

5    group believed that a further extension of the hearing date

6    from Friday to another date would be advisable would it be

7    possible for us to conduct a chambers conference to that

8    effect?

9          THE COURT:  Yes.  But I -- if you agree on

10   something like that, I think the only issue besides the length

11   of the extension is really you could rescind reporting

12   mechanism to help parties focused.  We don't happen to have in

13   camera chambers conference, because I don't want to give --

14   create more of a litigation background than I need to, and so

15   I'm certainly available for that type of conference.

16         MR. BUTLER:  Thank you, Your Honor.  We'll contact

17   chambers if the need arises for that.  We appreciate the

18   Court's indulgence with the parties' request.

19         THE COURT:  Okay.

20         MR. BUTLER:  Thank you.

21         (Proceedings concluded at 10:47 a.m.)

22                  *  *  *  *  *

23

24

25

8

1          I certify that the foregoing is a court transcript

2     from an electronic sound recording of the proceedings in the

3     above-entitled matter.

4

5     _____

6                              Ruth Ann Hager

7     Dated:   June 6, 2006

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25