**ASM Capital**
**7600 Jericho Turnpike, Suite 302**
**Woodbury, NY 11797**
**Telephone: (516) 224-6040**
**Facsimile: (516) 224-6049**

United States Bankruptcy Court
Southern District of New York

_____
                                                                    )
In re:                                                           )
                                                                    )
CENTURY-TCI CALIFORNIA, LP          )         Chapter 11
                                                                    )         Case No. 02-41741
                                                                    )         Docket # 4253
                              Debtor             )
_____)


NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

The following transfer has been withdrawn:

Transferor:    MICHAEL CAPPARARO DBA M & L BUSINESS PRODUCTS
               PO BOX 1039
               BARNEGAT, NJ 08005

Transferee:    ASM Capital II, L.P.
               7600 Jericho Tpke, Ste 302
               Woodbury, NY 11797


                                              Dated:    November 15, 2005


                                              /s/ Adam Moskowitz
                                              Adam Moskowitz
                                              ASM Capital, L.P.
                                              516-224-6040