United States Bankruptcy Court
For the Southern District of New York

| | |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS LLC | } Chapter 11 }  } } } } Case No. } 05-44640 } |
| Debtor | } Amount $17,401.25 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
To: Transferor:

TECHNICAL ILLUSTRATION CORPORATION
3312 PALM-AIRE CT STUDIO B
ROCHESTER HILLS, MI 48309

The transfer of your claim as shown above in the amount of $17,401.25 has been transferred to:

> Liquidity Solutions, Inc.
> Dba Capital Markets
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By:/s/ Chris Oh
Liquidity Solutions, Inc.
dba Capital Markets
(201) 968-0001

799632

TRANSFER NOTICE

TECHNICAL ILLUSTRATION CORPORATION ("Assignor"), transfers and assigns unto CAPITAL MARKETS with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGMENT OF CLAIM AGREEMENT DELPHI AUTOMOTIVE SYSTEMS LLC., (the Debtor), between Assignor and Assignee, all of its right, title and interest in and to the TECHNICAL ILLUSTRATION CORPORATION Claims of Assignor in the aggregate amount of $17,401.25 representing all claims against: DELPHI AUTOMOTIVE SYSTEMS LLC., (herein, the Debtor) in the United State Bankruptcy Court, U.S. Bankruptcy Court, For the Southern District of New York administered as Case Number 05-44640.

IN WITNESS WHEREOF, Assignor has signed below as of the 9th day of JUNE, 2006.

TECHNICAL ILLUSTRATION CORPORATION

WITNESS:

_____ (Signature)

JAMES STURGILL
(Print Name of Witness)
T.I.C.

By: _____ (Signature)

Chris Oh
(Print Name and Title)

{925558-2}