# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **DELPHI CORPORATION**
Case No. **05-44481**

Court ID (Court Use Only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| LIQUIDITY SOLUTIONS, INC<br>DBA CAPITAL MARKETS<br>Name of Transferee | **SAMTEC INC**<br>Name of Transferor |
| Name and Address where notices and payments to transferee should be sent<br>LIQUIDITY SOLUTIONS, INC<br>DBA CAPITAL MARKETS<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601<br>Phone:<br>(201) 968-0001 | Court Record Address of Transferor (Court Use Only)<br><br>Last four Digits of Acct #: _____<br><br>Name and Current Address of Transferor<br>**SAMTEC INC**<br>**3837 RELIABLE PARKWAY**<br>**CHICAGO, IL 60686**<br><br>Last Four Digits of Acct#: _____<br><br>Court Claim # (if known):233<br>Date Claim Filed:10/31/2005<br>Amount **$1,186.74** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/James Yenzer
Transferee/Transferee's Agent

DATE: 6/20/2006

*Penalty for making a false statement.* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

---

**~~DEADLINE TO OBJECT TO TRANSFER~~**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
CLERK OF THE COURT

818869

06/09/06  11:58 FAX 812 981 4312       SAMTEC Purchase Dept.                    ☑004
                                       Date: 5/31/2006 Time: 1:53:36 PM
                                                                                Page 5 of 5

## TRANSFER NOTICE

Samtech Inc. ("Assignor"), transfers and assigns unto CAPITAL MARKETS with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGMENT OF CLAIM AGREEMENT between Assignor and Assignee, all of its right, title and interest in and to the Samtech Inc. Claims of Assignor in the aggregate amount of $1,068.12 representing all claims against: DELPHI AUTOMOTIVE SYSTEMS LLC., (herein, the Debtor) in the United State Bankruptcy Court, Southern District of New York administered as **Case Number 05-44640.**

IN WITNESS WHEREOF, Assignor has signed below as of the 7th day of June, 2006.

Samtech Inc.

WITNESS:

_Cheri Noon_
(Signature)

CHERI NOON
(Print Name of Witness)

By: _Terry L. Whitworth_
(Signature)

_Terry L. Whitworth_
(Print Name and Title)
Corporate Controller