UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
::: 
In re : Chapter 11
:
DELPHI CORPORATION, et al., : Case No. 05-44481 (RDD)
:
Debtors. : (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER SHORTENING NOTICE PERIOD AND ESTABLISHING OBJECTION DEADLINE
AND HEARING DATE ON DEBTORS' MOTION FOR ORDER UNDER 11 U.S.C. § 363(b)
AND FED. R. BANKR. P. 6004 APPROVING (I) SUPPLEMENT TO UAW SPECIAL
ATTRITION PROGRAM, AND (II) IUE-CWA SPECIAL ATTRITION PROGRAM

("ORDER SHORTENING TIME")

Upon the oral motion, dated June 19, 2006 (the "Motion"), made in open Court at the eighth omnibus hearing on June 19, 2006 (the "Hearing"), of Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for an order, pursuant to 11 U.S.C. § 105(a), Fed. R. Bankr. P. 9006(c), Rule 9006-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules") and the supplemental order under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 establishing omnibus hearing dates and certain notice, case management, and administrative procedures (Docket No. 2883), shortening the notice period and establishing the objection deadline and hearing date on the motion, dated June 19, 2006 (the "Hourly Special Attrition Programs Motion No. 2"), of Delphi for order, pursuant to 11 U.S.C. § 363(b) and Fed. R. Bankr. P. 6004 approving (I) Supplement To UAW Special Attrition Program, And (II) IUE-CWA Special Attrition Program; and the Court having been advised at the Hearing that the Debtors

have reached agreement on the terms of an additional program to supplement the UAW Special Attrition Program through negotiations among Delphi, General Motors Corporation ("GM"), and the UAW, and also have reached agreement on the terms of the IUE-CWA-GM-Delphi Special Attrition Program through negotiations among Delphi, GM, and the IUE-CWA; and the Debtors having requested a special hearing on the Hourly Special Attrition Programs Motion No. 2 on June 29, 2006, the date on which the Court has previously scheduled a status conference in respect of the 1113/1114 motion under the Fourth Amended Scheduling Order On Debtors' Motion For Order Under 11 U.S.C. § 1113(c) authorizing rejection Of Collective Bargaining Agreements And Under 11 U.S.C. § 1114(g) Authorizing Modification Of Retiree Welfare Benefits (Docket No. 4170); and no party having objected thereto; and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

        ORDERED, ADJUDGED, AND DECREED THAT:

    1.    The Motion is GRANTED as provided herein.

    2.    The hearing on Hourly Special Attrition Programs Motion No. 2 shall be scheduled for June 29, 2006 at 10:00 a.m. (Prevailing Eastern Time).

    3.    The deadline for filing any objection to the Hourly Special Attrition Programs Motion No. 2 (the "Objection") shall be June 27, 2006 at 4:00 p.m. (Prevailing Eastern Time), with a courtesy copy to Chambers.

    4.    The deadline for filing any reply by the Debtors to any Objection shall be June 28, 2006 at 4:00 p.m. (Prevailing Eastern Time), with a courtesy copy to Chambers.

5. Notwithstanding Rule 6004(g) of the Federal Rules of Bankruptcy Procedure or any other Bankruptcy Rule, this Order shall take effect immediately upon its entry.

6. The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied by the Motion to Shorten Time.

Dated: New York, New York
June 19, 2006

 /s/Robert D. Drain
Honorable Robert D. Drain
United States Bankruptcy Judge