# AFFIDAVIT OF SERVICE

State of New York     )
                      ) ss.:
County of New York    )

Joan Esposito, being duly sworn, deposes and says that: I am not a party to the action, am over 18 years of age, and reside in Kings County, New York. On May 16, 2006, I served the within Supplemental Declaration by Henry Reichard in Support of Objection of IUE-CWA to Delphi's Section 1113/1114 Motion, by mailing a copy of each via overnight mail to the following:

>Robert J. Rosenberg, Esq.
>Latham & Watkins LLP
>885 Third Avenue, Suite 1000
>New York, New York 10022-4834
>
>Alicia Leonhard, Esq.
>U.S. Department of Justice
>Office of the United States Trustee
>33 Whitehall Street, 21st Floor
>New York, New York 10004-2111
>
>Kayalan A. Marafioti, Esq.
>Thomas J. Matz, Esq.
>Skadden, Arps, Slate, Meagher & Flom, LLP
>4 Times Square
>New York, New York 10036
>
>Delphi Corporation
>c/o Sean Corcoran and Karen Craft
>5725 Delphi Drive
>Troy, MI 48098-2815
>
>John W. Butler, Jr.
>John K. Lyons
>Ron E. Meisler
>Skadden, Arps, Slate, Meagher & Flom, LLP
>333 West Wacker Drive, Suite 2100
>Chicago, Illinois 60606

                                                                                           */s/ Joan Esposito*
                                                                                                JOAN ESPOSITO

Sworn to before me this
16th day of May, 2006.

*/s/ Thomas M. Murray*
Notary Public

**THOMAS M. MURRAY**
**NOTARY** PUBLIC, STATE OF NEW YORK
No. 02MU6058040
QUALIFIED IN NEW YORK COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES APRIL 30, 2007