**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re:                                                                Chapter 11

                                                                     Case No. 05-44481(RDD)

DELPHI CORPORATION, et al.,                          Jointly Administered

                        Debtors

-------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Paul J. N. Roy for admission pro hac vice in this bankruptcy case;

it is hereby

**ORDERED,** that Paul J. N. Roy is admitted to practice, ***pro hac vice*** in the above

referenced case, in the United States Bankruptcy Court, Southern District of New York, subject

to payment of the filing fee.

Dated: June 20, 2006
       New York, New York

                                               /s/Robert D. Drain
                                             UNITED STATES BANKRUPTCY JUDGE