B210
(12/04)

# United States Bankruptcy Court

## Southern District of New York

In re DELPHI CORPORATION, *et al.* Case No. 05-44481 (RDD)
DELPHI MEDICAL SYSTEMS COLORADO CORP Jointly Administered

Court ID (Court use only) ____________

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

Debt Acquisition Company of America V, LLC
Name of Transferee

Name and Address where notices to transferee should be sent

Debt Acquisition Company of America V, LLC
Attn: Traci J. Fette
1565 Hotel Circle South, Suite 310
San Diego, CA 92108

Phone: (619) 220-8900
Last Four Digits of Acct #:

Name and Address where transferee payments Should be sent (if different from above)

Phone: Same as Above

Last Four Digits of Acct. #:

FOSTA-TEK OPTICS, INC.
Name of Transferor

Court Record Address of Transferor
(Court Use Only)

Last Four Digits of Acct. #:

Name and Current Address of Transferor

FOSTA-TEK OPTICS, INC.
320 HAMILTON STREET
LEOMINSTER MA 01453

Phone:

Last Four Digits of Acct. #:

Court Claim # (If known): 943
Claim Amount: $455.90
Date Claim Filed:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Traci J. Fette*
Transferee/Transferee's Agent

Date: June 20, 2006

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. 152 &3571.

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:

______________________
CLERK OF THE COURT

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 05-44481 (RDD) |
| | ) |
| DELPHI CORPORATION, et al., | ) Jointly Administered |
| DELPHI MEDICAL SYSTEMS COLORADO CORP | ) |
| | ) **NOTICE OF TRANSFER OF CLAIM** |
| Debtors. | ) **OTHER THAN FOR SECURITY AND** |
| | ) **WAIVER OF NOTICE** |
| | ) Bankruptcy Rule 3001(e)(2) |

PLEASE TAKE NOTICE that the *filed* claim of FOSTA-TEK OPTICS, INC. ("Transferor") against the Debtor in the amount of $455.90 *(claim No. 943), as listed within the Claims Register,* and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(2).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $455.90 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
FOSTA-TEK OPTICS, INC.
320 HAMILTON STREET LEOMINSTER MA 01453

Print Name *KAREN L. OLIVARI* Title *CONTROLLER*

Signature *Karen L. Olivari* Date *5/24/06*

Updated Address (if needed) _____

Phone *978-534-6511* Fax *978-537-2586* E-Mail *KOLIVARI@FOSTA-TEK.COM*

TRANSFEREE:
DEBT ACQUISITION COMPANY OF AMERICA V, LLC
1565 Hotel Circle South, Suite 310, San Diego, CA 92108

Signature: *J. Fette*
Traci Fette

Mail Ref# 6-182
2589937