UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In Re:

**DELPHI CORPORATION**, et al,                          Case No.: 05-44481

Chapter 11

Debtor.                                    HON. ROBERT D. DRAIN

---

# MOTION FOR ADMISSION TO
# PRACTICE PRO HAC VICE

---

I, **SEAN M. WALSH**, a member in good standing of the bar in the State of Michigan, the State of Illinois and of the bar of the U.S. District Court for the Eastern and Western Districts of Michigan and the Northern District of Illinois, request admission, **pro hac vice**, before the Honorable Robert D. Drain, to represent Nisshinbo Automotive Corporation, creditor and party in interest in the above-referenced case.

My address is: Sean M. Walsh, Esq.
Cox, Hodgman & Giarmarco, P.C.
Tenth Floor Columbia Center
101 West Big Beaver Road
Troy, Michigan  48084-5280
Telephone Number:  (248) 457-7000
E-Mail Address:  swalsh@chglaw.com

I agree to pay the fee of $25 upon approval by this Court admitting me to practice **pro hac vice**.

**COX, HODGMAN & GIARMARCO, P.C.**

By: s/Sean M. Walsh
**SEAN M. WALSH** (P48724)
Attorney for Creditor Nisshinbo Automotive
Corporation
Tenth Floor Columbia Center
101 W. Big Beaver Road
Troy, Michigan 48084-5280
☎(248) 457-7000
Dated: June 20, 2006                      E-Mail:  swalsh@chglaw.com

# ORDER

**IT IS ORDERED**, that Sean M. Walsh, Esq. is admitted to practice, ***pro hac vice***, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

_____
**HON. ROBERT D. DRAIN**
United States Bankruptcy Judge

Date: _____, 2006