UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

In Re:

**DELPHI CORPORATION**, et al,                                       Case No.: 05-44481
                                                                                                Chapter 11
Debtor.                                                                                  HON. ROBERT D. DRAIN

# NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS AND REQUEST FOR ADDITION TO MATRIX

TO:   CLERK OF THE COURT                    ATTORNEYS OF RECORD
       U.S. Bankruptcy Court
       Southern District of New York
       One Bowling Green
       New York, New York 10004-1408

**PLEASE TAKE NOTICE** that Sean M. Walsh of COX, HODGMAN & GIARMARCO, P.C. appears on behalf of Nisshinbo Automotive Corporation ("Nisshinbo") and pursuant to Bankruptcy Rules 2002, 9007 and 9010 demands that all notices given or required to be given and all pleadings, motions, or papers served or required to be served in this case be given to and served upon Cox, Hodgman & Giarmarco, P.C. as follows:

**SEAN M. WALSH, ESQ.**
COX, HODGMAN & GIARMARCO, P.C.
Tenth Floor Columbia Center
101 W. Big Beaver Road
Troy, Michigan 48084-5280
☎(248) 457-7000

**PLEASE TAKE FURTHER NOTICE**, that, pursuant to 1109(b) of the Bankruptcy Code, the foregoing demand includes the notice of any application, motion, petition, pleading, request,

complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise or made with regard to the referenced case and proceedings herein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the rights of Nisshinbo:

1. To have final orders in non-core matters entered only after de novo review by the Judge;

2. To trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case;

3. To have the Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or

4. Of any other rights, claims, actions, setoffs, or recoupments to which Nisshinbo may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

As attorney for Nisshinbo Sean M. Walsh of Cox, Hodgman & Giarmarco, P.C. requests that he be added to the official matrix maintained in this case by the Clerk of the Court. The matrix should include the address as set forth above.

**COX, HODGMAN & GIARMARCO, P.C.**

By: s/Sean M. Walsh
**SEAN M. WALSH** (P48724)
Attorney for Nisshinbo Automotive Corporation
Tenth Floor Columbia Center
101 W. Big Beaver Road
Troy, Michigan 48084-5280
☎(248) 457-7000
E-Mail: swalsh@chglaw.com

Dated:  June 20, 2006

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In Re:

**DANA CORPORATION**,                                                    Case No.: 06-10354-brl
                                                                         Chapter 11
            Debtor.                                                      HON. BURTON R. LIFLAND

# PROOF OF SERVICE

**SEAN M. WALSH** states that on June 20, 2006, he electronically filed Notice of Appearance, Request for Service of Papers and Request for Addition to Matrix and this Proof of Service with the Clerk of the Court using the ECF system which will send notification of such filing to:

**David B. Aaronson**
david.aaronson@dbr.com

**Elizabeth Abdelmasieh**
elizabeth@regencap.com

**Franklin C. Adams**
franklin.adams@bbklaw.com

**Jason R. Adams**
jadams@torys.com

**Jennifer L. Adamy**
bankruptcy@goodwin.com

**Joseph W. Allen**
jallen@jaeckle.com

**Stephen M. Bales**
sbales@zieglermetzger.com

**C. David Bargamian**
dbargamian@bsdd.com

**William J. Barrett**
william.barrett@bfkpn.com

**David S. Barritt**
barritt@chapman.com

**Douglas P. Bartner**
dbartner@shearman.com
bankruptcy@shearman.com
erin.reilly@shearman.com
nicholas.pullen@shearman.com

3

mtorkin@shearman.com
ned.schodek@shearman.com
bryan.kaplan@shearman.com
abigail.deering@shearman.com
henry.nguyen@shearman.com
cherie.spraggs@shearman

**Donald F. Baty**
dbaty@honigman.com

**Douglas P. Baumstein**
dbaumstein@whitecase.com

**Ronald Scott Beacher**
rbeacher@pitneyhardin.com

**W. Robinson Beard**
jkirk@stites.com

**Christopher Robert Belmonte**
cbelmonte@ssbb.com
pbosswick@ssbb.com

**Howard S. Beltzer**
hbeltzer@whitecase.com

**Leslie Ann Berkoff**
lberkoff@moritthock.com

**Jeffrey Bernstein**
jb@carpben.com
ssolazzo@carpben.com

**Monica Susan Blacker**
monicablacker@akllp.com

**Charles E. Boulbol**
rtrack@msn.com

**Wendy D. Brewer**
wendy.brewer@btlaw.com
bankruptcyindy@btlaw.com

**Allan S. Brilliant**

abrilliant@goodwinprocter.com
nymanagingclerk@goodwinprocter.com

**Timothy W. Brink**
tbrink@lordbissell.com

**James L. Bromley**
maofiling@cgsh.com
maofiling@cgsh.com

**Mark A. Broude**
mark.broude@lw.com

**Dewitt Brown**
dbrown@klettrooney.com

**Daniel E. Bruso**
dbruso@cantorcolburn.com
DMayhew@cantorcolburn.com

**Tamika A. Bryant**
tab@h2law.com

**Deborah M. Buell**
maofiling@cgsh.com

**Kevin J. Burke**
kburke@cahill.com

**Michael G. Busenkell**
mbusenkell@eckertseamans.com

**John Wm. Butler**
jbutler@skadden.com

**Aaron R. Cahn**
cahn@clm.com cahn@clm.com

**Judy B. Calton**
jcalton@honigman.com

**Scott Cargill**
scargill@lowenstein.com

**D. Christopher Carson**

4

ccarson@burr.com

**Michelle Carter**
mcarter@kslaw.com

**Madison L. Cashman**
nashvillebankruptcyfilings@stites.com

**Ben T. Caughey**
ben.caughey@icemiller.com

**George B. Cauthen**
george.cauthen@nelsonmullins.com

**Erik G. Chappell**
egc@lydenlaw.com

**Eric J. Charlton**
echarlton@hiscockbarclay.com

**Maria E. Chavez-Ruark**
maria.ruark@dlapiper.com
richard.kremen@dlapiper.com

**David D. Cleary**
dcleary@mwe.com

**Marvin E. Clements**
icnewyork@state.tn.us

**Tiffany Strelow Cobb**
tscobb@vssp.com
cdfricke@vssp.com
eplitfin@vssp.com

**Dennis J. Connolly**
dconnolly@alston.com

**Susan M. Cook**
smcook@lambertleser.com

**Patrick M. Costello**
pcostello@bbslaw.com
catherine@bbslaw.com

**David N. Crapo**
dcrapo@gibbonslaw.com

**Michael G. Cruse**
mcruse@wnj.com

**Gary H. Cunningham**
gcunningham@stroblpc.com

**Vincent D'Agostino**
vdagostino@lowenstein.com

**Douglas R. Davis**
ddavis@paulweiss.com

**Jeffry A. Davis**
jeffdavis@graycary.com

**James J. DeCristofaro**
james.decristofaro@lovells.com
karen.ostad@lovells.com

**Robert Dehney**
rdehney@mnat.com
gsaydah@mnat.com
cmiller@mnat.com
tdriscoll@mnat.com
dabbott@mnat.com
dbutz@mnat.com
jcincilla@mnat.com
wlamotte@mnat.com

**Gerard DiConza**
gdiconza@dlawpc.com

**Maria J. DiConza**
diconzam@gtlaw.com
baddleyd@gtlaw.com

**John P. Dillman**
houston_bankruptcy@publicans.com

**Karen Dine**
karen.dine@pillsburylaw.com

**Stephen A. Donato**
sdonato@bsk.com
kdoner@bsk.com
heddy@bsk.com

**J. Ted Donovan**
TDonovan@Finkgold.com
TDonovan@Finkgold.com
srshmulevitz@finkgold.com

**William E. Dornbos**
william.dornbos@oag.state.ny.us

**Christie Lyman Dowling**
cdowling@balch.com

**David B. Draper**
ddraper@terra-law.com

**Robert W. Dremluk**
rdremluk@seyfarth.com
rlauter@seyfarth.com
etrybantelser@cityofchicago.org
pbaisier@seyfarth.com
shenslovizt@seyfarth.com
lravnikar@seyfarth.com
amcausland@cityofchicago.org
rlauter@lplegal.com
dchristian@seyfarth.com

**Seth A. Drucker**
sdrucker@clarkhill.com

**Frank L. Eaton**
featon@whitecase.com
icruz@whitecase.com
mresnicoff@whitecase.com

**Robert L. Eisenbach**
reisenbach@cooley.com

**Judith Elkin**
judith.elkin@haynesboone.com

**David S. Elkind**
david.elkind@ropesgray.com
paul.lang@ropesgray.com

**Bruce N. Elliott**
elliott@cmplaw.com

**Barbara Ellis-Monro**
bellis-monro@sgrlaw.com

**Alyssa Englund**
aenglund@orrick.com

**Richard L. Epling**
richard.epling@pillsburylaw.com
gianni.dimos@pillsburylaw.com

**Earle I. Erman**
eerman@ermanteicher.com

**Michael S. Etkin**
metkin@lowenstein.com
mseymour@lowenstein.com

**Michael S. Etkin**
metkin@lowenstein.com
mseymour@lowenstein.com

**Stephen Vincent Falanga**
sfalanga@connellfoley.com
porr@connellfoley.com
jbarrow@connellfoley.com

**Eugene I. Farber**
efarber747@aol.com

**Robert Michael Farquhar**
mfarquhar@winstead.com

**Bonnie Glantz Fatell**
fatell@blankrome.com
recchiuti@blankrome.com

**Richard L. Ferrell**
Ferrell@taftlaw.com

**Charles J. Filardi**
charles@filardi-law.com
abothwell@filardi-law.com

**Jonathan D. Forstot**
jforstot@tpw.com
mmuller@tpw.com
lcurcio@tpw.com

**Mateo Fowler**
mateofowler@quinnemanuel.com

**Edward M. Fox**
efox@klng.com

**Joseph D. Frank**
jfrank@fgllp.com
ccarpenter@fgllp.com
kleinman@fgllp.com

**David H. Freedman**
dfreedman@ermanteicher.com

**Scott J. Friedman**
sjfriedman@jonesday.com
sdignomirello@jonesday.com
ChicagoBRR@jonesday.com

**Patricia B. Fugee**
pfugee@ralaw.com
mtroendle@ralaw.com

**Lars H. Fuller**
lfuller@rothgerber.com

**Timothy A. Fusco**
fusco@millercanfield.com

**Thomas M. Gaa**
tgaa@bbslaw.com
clee@bbslaw.com

**James M. Garner**
jgarner@shergarner.com
jchocheles@shergarner.com

**Yann Geron**
ygeron@foxrothschild.com

**Leo J. Gibson**
lgibson@bsdd.com

**Larry Ivan Glick**
larryglick@erols.com

**Matthew Alexander Gold**
matthew@argopartners.net
courts@argopartners.net

**Scott R. Goldberg**
sgoldber@quarles.com

**Scott A. Golden**
sagolden@hhlaw.com
khseal@hhlaw.com

**Robert C. Goodrich**
nashvillebankruptcyfilings@stites.com

**Robert D. Gordon**
rgordon@clarkhill.com

**Gary A. Gotto**
BankruptcyECF@krplc.com

**Garry M. Graber**
ggraber@hodgsonruss.com
bomalley@hodgsonruss.com

**Warren R. Graham**
wrg@dmlegal.com

**Gary E. Green**
ggreen@fagelhaber.com

**Jonathan S. Green**
greenj@millercanfield.com

**John T. Gregg**
jgregg@btlaw.com

**Stephen H. Gross**
sgross@hodgsonruss.com

**Stephen B. Grow**
sgrow@wnj.com
kfrantz@wnj.com

**Peter J. Gurfein**
pgurfein@akingump.com

**Jonathan P. Guy**
jguy@orrick.com

**Michael Leo Hall**
mhall@burr.com

**Timothy C. Hall**
tch@previant.com

**Alan D. Halperin**
ahalperin@halperinlaw.net
cbattaglia@halperinlaw.net
eganc@halperinlaw.net
cmitchell@halperinlaw.net
jdyas@halperinlaw.net

**Matthew W. Hamilton**
mhamilton@amph.com

**William J. Hanlon**
whanlon@seyfarth.com
bosuscourt@seyfarth.com

**Kristopher M. Hansen**
khansen@stroock.com
insolvency2@stroock.com

docketing@stroock.com

**Jill M. Hartley**
jh@previant.com

**Brian W. Harvey**
bharvey@goodwinprocter.com
bharvey@goodwinprocter.com

**William M. Hawkins**
whawkins@loeb.com

**Gerald E. Hawxhurst**
leticiabustinduy@quinnemanuel.com

**Ryan D. Heilman**
rheilman@schaferandweiner.com

**Ira L. Herman**
bankr.nyc@tklaw.com
bankr.nyc@tklaw.com

**William Heuer**
william.heuer@bingham.com

**Jeannette Eisan Hinshaw**
jhinshaw@boselaw.com
pdidandeh@boselaw.com

**Robert M. Hirsh**
hirsh.robert@arentfox.com

**Shannon E. Hoff**
Shannon.Hoff@hmw.com
mstinson@burr.com

**Stephanie K. Hoos**
skhoos@mintz.com

**John J. Hunter**
jrhunter@hunterschank.com
sharonaldrich@hunterschank.com

**Jay W. Hurst**

jay.hurst@oag.state.tx.us

**Roland Hwang**
hwangr@michigan.gov

**Michael G. Insalaco**
minsalaco@zeklaw.com

**Hilary Jewett**
hjewett@foley.com

**Roger G. Jones**
rjones@bccb.com

**Richard Josephson**
rcjosephson@stoel.com
basargent@stoel.com

**Andrew C. Kassner**
andrew.kassner@dbr.com

**Jessica Kastin**
jkastin@omm.com

**David Kennedy**
david.kennedy2@usdoj.gov

**Thomas M. Kennedy**
tkennedy@kjmlabor.com

**Susheel Kirpalani**
skirpalani@milbank.com
skirpalani@milbank.com
rceron@milbank.com
pmetz@milbank.com
jclark2@milbank.com
dodonnell@milbank.com
aleblanc@milbank.com
mwestove@milbank.com
suddin@milbank.com

**Tracy L. Klestadt**
tklestadt@klestadt.com
tklestadt@gmail.com

jross@klestadt.com

**Hanan B. Kolko**
hkolko@msek.com

**Alan M. Koschik**
akoschik@brouse.com

**Lawrence J. Kotler**
ljkotler@duanemorris.com

**Stuart A. Krause**
skrause@zeklaw.com

**Duane Kumagai**
dkumagai@rutterhobbs.com

**David R. Kuney**
dkuney@sidley.com
nroberge@sidley.com
kjacobs@sidley.com
vleather@sidley.com
zdelacru@sidley.com

**Darryl S. Laddin**
bkrfilings@agg.com

**Elena Lazarou**
elazarou@reedsmith.com
elazarou@reedsmith.com
cwilliams@reedsmith.com

**David S. Lefere**
davidl@bolhouselaw.com

**Harris Donald Leinwand**
hleinwand@aol.com
hleinwand@aol.com

**David E. Lemke**
david.lemke@wallerlaw.com
cathy.thomas@wallerlaw.com
chris.cronk@wallerlaw.com
robert.welhoelter@wallerlaw.com

9

wallerbankruptcy@wallerlaw.com

**Joseph H. Lemkin**
jhlemkin@duanemorris.com
vmarchello@duanemorris.com

**Ira M. Levee**
ilevee@lowenstein.com

**Jill Levi**
jlevi@toddlevi.com
drosenberg@toddlevi.com

**Jeffrey M. Levinson**
jml@ml-legal.com

**Kenneth M. Lewis**
klewis@rosenpc.com
rpc@rosenpc.com
reception@rosenpc.com

**Kim Martin Lewis**
brandy.mcqueary@dinslaw.com
john.persiani@dinslaw.com

**Eric Lopez Schnabel**
schnabel@klettrooney.com

**A. Peter Lubitz**
plubitz@schiffhardin.com

**John S. Mairo**
jsmairo@pbnlaw.com
jmgastineau@pbnlaw.com
mdlaskowski@pbnlaw.com
jmsailliard@pbnlaw.com
cjalvarado@pbnlaw.com

**Amy Wood Malone**
amalone@colwinlaw.com

**Jacob A. Manheimer**
jmanheimer@pierceatwood.com
kcunningham@pierceatwood.com

**Nauni Manty**
ecfb@riderlaw.com

**Kayalyn A. Marafioti**
kmarafio@skadden.com
jharring@skadden.com

**Dorothy H. Marinis-Riggio**
demarinis@candklaw.com

**Ilan Markus**
imarkus@tylercooper.com

**Richard Gary Mason**
rgmason@wlrk.com
rgmason@wlrk.com

**Victor J. Mastromarco**
vmastromar@aol.com

**Thomas J. Matz**
tmatz@skadden.com

**Daniel P. Mazo**
dpm@curtinheefner.com

**Michael K. McCrory**
michael.mccrory@btlaw.com
bankruptcyindy@btlaw.com

**Ralph E. McDowell**
rmcdowell@bodmanllp.com

**Douglas J. McGill**
douglas.mcgill@dbr.com

**Frank McGinn**
ffm@bostonbusinesslaw.com
ddl@bostonbusinesslaw.com

**Greta A. McMorris**
gmcmorris@stinsonmoheck.com

10

**Austin L. McMullen**
amcmulle@bccb.com

**Patrick E. Mears**
patrick.mears@btlaw.com

**Derek F. Meek**
dmeek@burr.com

**Barbara S Mehlsack**
bmehlsack@gkllaw.com

**Richard M. Meth**
msteen@pitneyhardin.com
rmmnybankruptcy@pitneyhardin.com

**Sally Meyer**
smeyer@madisonliquidity.com

**Merle C. Meyers**
mmeyers@gsmdlaw.com

**Robert N. Michaelson**
rmichaelson@kl.com

**Kathleen M. Miller**
kmm@skfdelaware.com
tlc@skfdelaware.com

**W. Timothy Miller**
miller@taftlaw.com

**Alan K. Mills**
amills@btlaw.com
bankruptcyindy@btlaw.com

**Robert K. Minkoff**
lsi@liquiditysolutions.com
rminkoff@liquiditysolutions.com
sfriedberg@liquiditysolutions.com

**Joseph Thomas Moldovan**
bankruptcy@morrisoncohen.com
mdallago@morrisoncohen.com

**James P. Moloy**
jmoloy@dannpecar.com

**Michael C. Moody**
mmoody@okmlaw.com
firm@okmlaw.com
morourke@okmlaw.com

**Audrey E. Moog**
amoog@hhlaw.com

**Brian F. Moore**
bmoore@mccarter.com

**Gene T. Moore**
gtmlaw@bellsouth.net

**Eric T. Moser**
emoser@klng.com
kserrao@klng.com

**Alisa Mumola**
alisa@contrariancapital.com

**Jill L. Murch**
jmurch@foley.com
khall@foley.com

**James P. Murphy**
murph@berrymoorman.com

**Bruce S. Nathan**
bnathan@lowenstein.com

**Lauren Newman**
lnewman@fagelhaber.com

**Marie L. Nienhuis**
mnienhuis@gklaw.com
zraiche@gklaw.com
mroufus@gklaw.com

**Richard P. Norton**
rnorton@reedsmith.com
cpanzer@reedsmith.com
dreperowitz@reedsmith.com
dreperowitz@reedsmith.com

**Gordon Z. Novod**
gnovod@kramerlevin.com
lbertko@kramerlevin.com

**Kasey C. Nye**
knye@quarles.com

**Martin P. Ochs**
martin@oglaw.net

**Sean A. Okeefe**
sokeefe@winthropcouchot.com

**Mark Russell Owens**
mowens@btlaw.com
mowens@btlaw.com

**Ingrid S. Palermo**
ipalermo@hselaw.com

**Richard J. Parks**
rparks@mijb.com
mtcraig@mijb.com
ksiegel@mijb.com

**Geoffrey J. Peters**
gpeters@weltman.com

**Anne M. Peterson**
apeterson@phillipslytle.com

**Lowell Peterson**
lpeterson@msek.com

**Ronald R. Peterson**
rpeterson@jenner.com
anicoll@jenner.com
docketing@jenner.com

**Ed Phillips**
ephillips@thurman-phillips.com

**Alex Pirogovsky**
apirogovsky@uhlaw.com

**Leslie A. Plaskon**
leslieplaskon@paulhastings.com

**David M. Posner**
dmposner@hhlaw.com
dmposner@hhlaw.com
khseal@hhlaw.com
mferrara@hhlaw.com

**Jeffrey S. Posta**
jposta@sternslaw.com

**Constantine Pourakis**
cp@stevenslee.com

**Susan Power-Johnston**
sjohnston@cov.com

**Paul A. Rachmuth**
prachmuth@andersonkill.com
bfiling@andersonkill.com

**Thomas B. Radom**
radom@butzel.com

**Dennis Jay Raterink**
raterinkd@michigan.gov

**Jo Christine Reed**
jcreed@sonnenschein.com
rrichards@sonnenschein.com

**Steven J. Reisman**
sreisman@cm-p.com
athau@cm-p.com
jbarucha@cm-p.com

webmaster@docketware.com
mharwood@cm-p.com

**Kenneth A. Reynolds**
kar@pryormandelup.com

**Geoffrey A. Richards**
grichards@kirkland.com

**Marc E. Richards**
mrichards@blankrome.com

**Craig Philip Rieders**
crieders@gjb-law.com
cgreco@gjb-law.com
cgreco@gjb-law.com
bamron@gjb-law.com

**Sandra A. Riemer**
sriemer@phillipsnizer.com
mfay@phillipsnizer.com

**Marianne Goldstein Robbins**
mgr@previant.com

**Matthew R. Robbins**
mrr@previant.com

**Jean R. Robertson**
jrobertson@mcdonaldhopkins.com

**Scott D. Rosen**
srosen@cb-shea.com

**Paul M. Rosenblatt**
prosenblatt@kilpatrickstockton.com

**Robert B. Rubin**
brubin@burr.com

**E. Todd Sable**
tsable@honigman.com

**Chester B. Salomon**
cs@stevenslee.com

**Diane W. Sanders**
austin.bankruptcy@publicans.com

**Thomas P. Sarb**
ecfsarbt@millerjohnson.com

**Robert V. Sartin**
rsartin@fbtlaw.com

**William F. Savino**
wsavino@damonmorey.com

**Thomas J. Schank**
tomschank@hunterschank.com
bfrasier@hunterschank.com

**Michael L. Schein**
mlschein@vedderprice.com
ecfnydocket@vedderprice.com

**Charles P. Schulman**
cschulman@sachnoff.com

**Bryan I. Schwartz**
bschwartz@lplegal.com

**Mark S. Scott**
mscott@riemerlaw.com

**Jay Selanders**
selanders@danielsandkaplan.com

**Mark A. Shaiken**
mshaiken@stinsonmoheck.com
jgant@stinsonmoheck.com
amurdock@stinsonmoheck.com

**Andrea Sheehan**
sheehan@txschoollaw.com
greiner@txschoollaw.com
ashee1@yahoo.com
lindagreiner59@aol.com

**Andrew Howard Sherman**
asherman@sillscummis.com

**Joseph E. Shickich**
jshickich@riddellwilliams.com

**Stephen J. Shimshak**
sshimshak@paulweiss.com

**Wallace A. Showman**
was@showmanlaw.com

**Robert J. Sidman**
rjsidman@vssp.com
bkbowers@vssp.com
eplitfin@vssp.com
cdfricke@vssp.com

**Sam O. Simmerman**
sosimmerman@kwgd.com
mhelmick@kwgd.com

**Thomas R. Slome**
mail@srsllp.com

**Marc P. Solomon**
msolomon@burr.com

**Brian D. Spector**
bspector@selawfirm.com
kdillon@selawfirm.com

**Robert J. Stark**
rstark@brownrudnick.com
claukamg@brownrudnick.com

**Bonnie Steingart**
steinbo@ffhsj.com nydocketclrk@ffhsj.com

**Brent C. Strickland**
bstrickland@wtplaw.com

**James M. Sullivan**
jmsullivan@mwe.com

**Robert Szwajkos**
rsz@curtinheefner.com

**Jeffrey L. Tanenbaum**
jeff.tanenbaum@weil.com
garrett.fail@weil.com
johnson.ng@weil.com
robert.lemons@weil.com
michele.meises@weil.com
larnett@intlsteel.com
kathleen.lee@weil.com
samuel.cavior@weil.com

**Zakarij O. Thomas**
zothomas@klettrooney.com

**Gordon J. Toering**
gtoering@wnj.com

**Sheldon S. Toll**
lawtoll@comcast.net

**Laura L. Torrado**
ltorrado@bear.com
msussman@bear.com

**Martin B. Tucker**
mtucker@fbtlaw.com

**Raymond J. Urbanik**
rurbanik@munsch.com

**Philip Urofsky**
philip.urofsky@cwt.com
purofsky@yahoo.com

**Robert Usadi**
rusadi@cahill.com

**Shmuel Vasser**

14

svasser@eapdlaw.com

**Joseph J. Vitale**
jvitale@cwsny.com

**Michael D. Warner**
bankruptcy@warnerstevens.com

**Robert K. Weiler**
rweiler@greenseifter.com
lellis@greenseifter.com

**Elizabeth Weller**
dallas.bankruptcy@publicans.com

**Robert A White**
rwhite@murthalaw.com

**W. Joe Wilson**
jwilson@tylercooper.com

**Jeffrey C. Wisler**
jcw@cblhlaw.com

**Douglas Wolfe**
dwolfe@asmcapital.com

**Robert D. Wolford**
ecfwolfordr@mjsc.com

**Stephen L. Yonaty**
syonaty@hodgsonruss.com

**Helen A. Zamboni**
hzamboni@underbergkessler.com

**Menachem O. Zelmanovitz**
mzelmanovitz@morganlewis.com

**Peter Alan Zisser**
nyc-bkcyecf@hklaw.com
Bos-bankruptcy@hklaw.com

and further states that on June 20, 2006, his legal assistant, **TONI NICHOLS ROAN**, served via first class U.S. mail, the above documents, along with the notice of filing, upon the following non-ECF participants:

**Manda L. Anagnost**
 1024 N. Michigan Avenue
P.O. Box 3197
Saginaw, Michigan 48605-3197

**Mark I. Bane**
Ropes & Gray LLP
45 Rockefeller Plaza
New York, New York 10111

**Thomas M. Beeman**
 Attorney at Law
33 West 10th Street, Suite 200
Anderson, Indiana 46016

**Glenn P. Berger**
Jaffe & Asher LLP
600 Third Avenue
New York, New York 10016

**James S. Carr**

Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178

**Babette A. Ceccotti**
Cohen, Weiss and Simon
330 West 42nd Street, 25th Floor

15

New York, New York 10036

**Central Transport International, Inc.**
c/o Mark H. Shapiro
24901 Northwestern Highway, Suite 611
Southfield, Michigan 48075

**Stuart F. Cheney**
**Mark G. Claypool**
Knox McLaughlin Gornall & Sennett, P.C.
120 West Tenth Street
Erie, Pennylsvania 16501-1461

**Michael L. Cook**
 Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022

**Maureen A. Cronin**
Debevoise & Plimpton, LLP
919 Third Avenue
New York, New York 10022

**Gary H. Cunningham**
 Kramer Mellen, P.C.
3000 Town Center, Suite 1700
Southfield, Michigan 48075-1277

**John K. Cunningham**
 White & Case, LLP
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131

**Raniero  D'Aversa**
Mayer, Brown, Rowe & Maw
1675 Broadway
New York, New York 10019-5820

**Craig Alan Damast**
 Blank Rome LLP
405 Lexington Avenue
New York, New York 10174

**Tracy Hope Davis**
United States Trustee Office
33 Whitehall Street, 21st Floor
New York, New York 10004

**J. Michael Debbeler**
 Graydon, Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, Ohio 45202

**Duane Morris LLP**
30 S. 17th Street
Philadelphia, Pennsylvania 19103

**Frank L. Eaton**

White & Case LLP
1155 Avenue of the Americas
New York, New York 10036-2787

**Douglas  Ellmann**
 Ellmann & Ellmann, P.C.
308 West Huron
Ann Arbor, Michigan 48103-4204

**Scott L. Esbin**
Esbin & Alter, LLP
497 South Main Steet
New City, New York  10956

**Michael S. Etkin**
Lowenstein Sandler PC
1251 Avenue of the Americas 18th Floor
New York, New York 10019

**Gary Ettelman**
Ettelman & Hochheiser, P.C.
100 Quentin Roosevelt Boulevard, #401
Garden City, New York 11530

**Fair Harbor Capital, LLC**
875 Avenue of the Americas, Suite 2305
New York, New York 10001

**Michael D. Fishman**
39533 Woodward Avenue, Suite 140
Bloomfield Hills, Michigan 48304

**Elizabeth K. Flaagan**
 Holme Roberts & Owen LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203

**Mark T. Flewelling**
Anglin, Flewelling, Rasmussen, Campbell
& Trytten LLP
199 South Los Robles Avenue, Suite 600
Pasadena, California 91101

**Glenn D. Forbis**
39533 Woodward Avenue, Suite 140
Bloomfield Hills, Michigan 48304

**Michael  Friedman**
 Richards Spears Kibbe & Orbe
One Chase Manhattan Plaza, 57th Floor
New York, New York 10005

**David  Garland**

Moore, Clarke, DuVall & Rodgers, P.C.
2829 Old Dawson Road
Albany, Georgia 31707

**Ira P. Goldberg**
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, Illinois 60068-5738

**Andrew D. Gottfried**
 Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178

**David M. Grogan**
 Shumaker Loop & Kendrick
128 South Tryon Street, Suite 1800
Charlotte, North Carolina 28202

**Holly G. Gydus**
Regen Capital
2109 Brodway
New York, New York  10023

**Larry D. Harvey**
Larry D. Harvey P.C.
5290 DTC Parkway, Suite 150
Englewood, Colorado 80111

**Dion W. Hayes**
 McGuireWoods LLP
901 East Cary Street
Richmond, Virginia 23219-4030

**Marc E. Hirschfield**
 Ropes & Gray LLP
45 Rockefeller Plaza
New York, New York 10111-0087

**David A. Hodges**
212 Center Street, Fifth Floor
Little Rock, Arizona 72201

**Jay R. Indyke**
Kronish Lieb Weiner & Hellman, LLP
1114 Avenue of the Americas
New York, New York 10036

**Kurt  Jacobs**
Sidley Austin LLP
1501 K Street NW
Washington, DC 20005

**Thomas H. Keyse**
 1700 Lincoln Street, Suite 4000
Denver, Colorado 80203

**Steve Kieselstein**

Kieselstein LawFirm, PLLC
43 British American Boulevard
Latham, New York 12110

**Joseph B. Koczko**
Thompson Hine LLP
One Chase Manhattan Plaza, 58th Floor
New York, New York 10005

**Laurie Krepto**
Montgomery, McCracken Walker & Rhoads
123 South Broad Street
Avenue of the Arts
Philadelphia, Pennsylvania 19109

**Anna C. Lee**
Mandel, Katz, Manna & Brosnan, LLP
210 Route 303
Valley Cottage, New York 10989

**David S. Leinwand**
Amroc Investments, LLC
535 Madison Avenue, 15th Floor
New York, New York 10017

**Alicia M. Leonhard**
 Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004

**Ira M. Levee**
Lowenstein Sandler PC
1251 Avenue of the Americas 18th Floor
New York, New York 10019

**Daniel A. Lowenthal**
 Thelen Reid & Priest LLP
875 Third Avenue
New York, New York 100022

**Larry Magarik**

Kennedy, Jennik & Murray, P.C.
113 University Place, 7th Floor
New York, New York 10003

**Wendy G. Marcari**
Traub, Bonaquist & Fox, LLP
655 Third Avenue, 21st Floor
New York, New York 10017

**Jil Mazer-Marino**
Rosen Slome Marder LLP
333 Earle Ovington Boulevard, Suite 901
Uniondale, New York 11553

**Timothy S. McFadden**
 Lord, Bissell & Brook
115 S. LaSalle Street
Chicago, Illinois 60603

**Daniel A. McLaughlin**
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019

**Patrick E. Mears**
 Barnes & Thornburg LLP
300 Ottawa Avenue NW, Suite 500
Grand Rapids, Michigan 49503

**Richard G. Menaker**
 Menaker & Herrmann, LLP
10 E. 40th Street
New York, New York 10016

**Larren M. Nashelsky**
 Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York 10104

**Thomas C. Pavlik**
 Novak, Robenalt, Pavlik
Skylight Office Tower, Suite 270
1660 West Second Street

Cleveland, Ohio 44113

**A. Robert Pietrzak**
 Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019

**Alan B. Posner**

Kelman Loria, PLLC
660 Woodward Avenue, Suite 1420
Detroit, Michigan 48226

**Ira A. Reid**
Baker & McKenzie
805 Third Avenue
New York, New York 10022

**Sandra A. Reimer**
666 Fifth Avenue
New York, New York 10103

**Donald P. Renaldo**
 Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019

**Brian Resnick**
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017

**Kenneth A. Reynolds**
 Pryor & Madelup, LLP
675 Old Country Road
Westbury, New York 11590

**Michael P. Richman**
 Mayer, Brown, Rowe & Maw
1675 Broadway
New York, New York 10019

**Harold Ritvo**
Harold Ritvo, P.C.
One University Plaza
Hackensack, New Jersey 07601

**Robert J. Rosenberg**
 Latham & Watkins
885 Third Avenue
New York, New York 10022

**Paul J.N. Roy**
 Mayer, Brown, Rowe & Maw LLP
71 S. Wacker Drive
Chicago, Illinois 60606

**Paul Rubin**
Herrick, Feinstein LLP
Two Park Avenue
New York, New York 10016

**Leon R. Russell**

3102 Oak Lawn
Suite 600, LB 164
Dallas, Texas 75219

**Lawrence M. Schwab**
 Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palto Alto, California 94306

**Peter Gregory Schwed**
Loeb & Loeb, LLP
345 Park Avenue
New York, New York 10154

**Michael J. Sobieray**
 Stewart & Stewart
Attorneys at Law
931 S. Rangeline Road
Carmel, Indiana 46032

**Mark R. Somerstein**

Ropes & Gray LLP
45 Rockefeller Plaza
New York, New York 10111

**Andrew Stern**
Sidley Austin LLP
787 Seventh
New York, New York 10019

**Leigh C. Taggart**
39533 Woodward Avenue, Suite 140
Bloomfield Hills, Michigan 48304

**Universal Am-Can, Ltd.**

c/o Mark H. Shapiro
24901 Northwestern Highway, Suite 611
Southfield, Michigan 48075
**Timothy W. Walsh**
 DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, New York 10020-1104

**Eric R. Wilson**
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178

I declare under the penalty of perjury that the above statements are true to the best of my knowledge, information and belief.

                  **COX, HODGMAN & GIARMARCO, P.C.**

                  By: s/Sean M. Walsh
                  **SEAN M. WALSH** (P48724)
                  Attorneys for Wise Manufacturing Incorporated
                  Tenth Floor Columbia Center
                  101 W. Big Beaver Road
                  Troy, Michigan 48084-5280
                  ☏(248) 457-7082
                  E-Mail:  swalsh@chglaw.com