HONORABLE JUDGE ROBERT D. DRAIN,

We, the undersigned, want you to know that we will be forever impacted by the decision you will be making regarding Delphi's request to reject its labor contracts. You should also be aware that we are only a small representation of those whose fates will be determined by the outcome of this case. It is estimated that for every one worker in the automotive industry, there are seven others in relative fields who are dependent upon the industry's health, not to mention the labor force in general. Please weigh your decision carefully.

| Signature | Address |
|---|---|
| [signature] | 4698 Knoll Dr Hamburg NY 14075 |
| [signature] | 2 Florance West Seneca NY 14224 |
| Perry J. Adamchick | 10760 Manchester Rd. Boston NY 14200 |
| [signature] Patrum | 6826 Black Rd W Eddy NY 14047 |
| [signature] | 1074 [illegible] Rd. [illegible] N.Y. 14006 |
| Benjamin K. Foraker | 76 W Toulow Dr Cheektowaga NY 14227 |
| [signature] A. Meyers | 10638 Dutch Hill Rd. West Valley, NY 14171 |
| Tom Snow | 10358 Boston State Rd Springville, NY 14141 |
| Denise M. Kline | 533 E. River Rd. Grand Island NY 14072 |
| Sherry Eisenhaur | 58 Crystal Ave Buffalo NY 14220 |
| Coleen V. Shanley | 11657 Rt. 98 Freedom, NY 14065 |
| Michelle A. Lee | 5 Wellworth Place, Cheektowaga NY 14225 |
| [signature] Downey | 7898 Lower Forest Hill Rd. Colden, N.Y. 14033 |
| [signature] | 505 Euclid Ave. N. Tonawanda NY 14120 |
| [signature] Baselli | 6125 Powers Rd Orchard Park NY 14127 |
| [signature] | 7 Towerwood Rd Grand Island NY 14072 |
| [signature] Kitaling | 1340 Willowbrook Dr. Lockport, N.Y. 14094 |
| James Jowandski | 19 Kingswood Dr. Orchard Park, NY 14127 |
| Patti Larson | 6601 Aspen Dr Boston NY 14025 |
| [signature] | 21 Huntley Rd Bflo NY 14225 |
| [signature] | 48 Cochrane St. Bflo N.Y. 14206 |
| Robert [signature] | 4343 Camp Rd Hamburg NY 14075 |
| [signature] | 64 Norris Ave Lancaster NY 14086 |
| [signature] | 64 North Depot Dunkirk NY 14048 |
| [signature] | 7521 St. Joseph Rd NF NY 14304 |
| [signature] | 2830 Paper Rd Elma NY 14057 |

## HONORABLE JUDGE ROBERT D. DRAIN,

We, the undersigned, want you to know that we will be forever impacted by the decision you will be making regarding Delphi's request to reject its labor contracts. You should also be aware that we are only a small representation of those whose fates will be determined by the outcome of this case. It is estimated that for every one worker in the automotive industry, there are seven others in relative fields who are dependent upon the industry's health, not to mention the labor force in general. Please weigh your decision carefully.

| Signature | Address |
|---|---|
| [signature] | 49 Hale Dr. Lancaster NY 14086 |
| [signature] | 11963 Cadwell Rd. Bliss NY 14024 |
| [signature] | 21 Highland Dr. E. Aurora NY. 14052 |
| [signature] | 68 Tanglewood Dr. W. Seneca NY 14224 |
| [signature] | 210 Congress St Buffalo NY 14213 |
| Michael Steffan | 9187 Applewood St Angola NY 14006 |
| [signature] | 5669 Mile Strip Rd Blasdell NY 14219 |
| [signature] | 251 Enchanted Forest N Lancaster N.Y. 14086 |
| [signature] | 5475 Seneca St West Seneca 14224 |
| [signature] | 10490 Manchester Boston NY 14025 |
| [signature] | PO Box 44 Hamburg NY 14025 |
| [signature] | 8 Stella Dr Angola N.Y. 14006 |
| [signature] | 4519 Zenner Rd Eden N.Y. 14057 |
| [signature] | 10 Blake Lane Hamburg N.Y. 14075 |
| [signature] | [address] |
| Dennis [signature] | Box 71 Rt. 215 Great Valley NY 14741 |
| Daniel [signature] | 5076 Choice Dr. Hamb. N.Y. 14075 |
| James C. [signature] | 17 Idlewood Dr. West Seneca NY 14224 |
| Thomas R [signature] | 208 Grant Ave Angola NY 14006 |
| Peter [signature] | 7064 N. Creek Rd. Lakeview NY 14085 |
| [signature] | 98 Marsdale Rd Cheektowaga [NY] |
| Lisa [signature] | 29600 Glenwood Rd West Falls NY 14170 |

Honorable Judge Robert D. Drain,

    We, the undersigned, want you to know that we will be forever impacted by the decision you will be making regarding Delphi's request to reject its labor contracts. You should also be aware that we are only a small representation of those whose fates will be determined by the outcome of this case. It is estimated that for every one worker in the automotive industry, there are seven others in relative fields who are dependent upon the industry's health, not to mention the labor force in general. Please weigh your decision carefully.

Deb Dunlavey - 56 Raintree, Tonawanda, NY 14150
Lois Costner - 368 Watson St., Buffalo, NY 14212
[illegible] Pettoush  42 Bank Dr  Lackawanna NY 14218
Robert [illegible]  218 Maryknoll Dr. Lackawanna N.Y. 14218
[illegible] Salvano  3159 Warwick Ter Hamburg, N.Y. 14075
[illegible]  10160 Brant Angola Rd Angola N.Y. 14006
Maurice [illegible] Dole  4038 Schintzens [illegible]  Eden N.Y. 14057
Henry [illegible]  232 Roland St  SLOAN N.Y. 14212
John J. [illegible]  36 Schultz  Orchard Park NY 14127
[illegible]  Box 52  Lake View, NY 14085
Joseph E. Pozdyn  368 Fulton St. Bflo NY 14210

RECEIVED JUN 14 2006 USBC-SDNY RDD

Honorable Judge Robert D. Drain,

We, the undersigned, want you to know that we will be forever impacted by the decision you will be making regarding Delphi's request to reject its labor contracts. You should also be aware that we are only a small representation of those whose fates will be determined by the outcome of this case. It is estimated that for every one worker in the automotive industry, there are seven others in relative fields who are dependent upon the industry's health, not to mention the labor force in general. Please weigh your decision carefully.

Ken Janiszewski   74 Stewart Ave   Bfo, NY 14211

Honorable Judge Robert D. Drain,

We, the undersigned, want you to know that we will be forever impacted by the decision you will be making regarding Delphi's request to reject its labor contracts. You should also be aware that we are only a small representation of those whose fates will be determined by the outcome of this case. It is estimated that for every one worker in the automotive industry, there are seven others in relative fields who are dependent upon the industry's health, not to mention the labor force in general. Please weigh your decision carefully.

| Signature | Address | City, State Zip |
|---|---|---|
| [signature] | 1832 Harbor Rd | Cheektowaga 14205 |
| Gerald Ellis | 211 North St. | Springville NY. 14141 |
| Richard Johnson | 11272 Strowser | Dunkirk NY. 14048 |
| Allan Baur | 5735 Big Tree Rd | Orchard Park, N.Y. 14127 |
| [signature] | 6663 Old Lakeshore | Derby, N.Y. 14045 |
| [signature] | 51 Arthur Ave | Blasdell 14219 |
| [signature] | 192 Euclid Ave | Hamburg N.Y. 14075 |
| [signature] | 7228 N-Woods Rd | Arcade NY 14009 |
| Ken [signature] | 217 Hulpine | Ck. NY 14227 |
| [signature] | 149 Treadine Ave | Ken. N.Y. 14217 |
| Dennis Bingerman | 5100 Rt-219 | Great Valley NY. 14741 |
| [signature] | 7274 Derby Rd | Derby NY 14047 |

BUFFALO NY 142
12 JUNE 2006 PM 7 S

U.S. Bankruptcy Court-Judge
Robert D. Drain
One Bowling Green
New York, NY 10004-1408

10004+1408