


# STATE OF CONNECTICUT
## DEPARTMENT OF REVENUE SERVICES

June 5, 2006

Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 615
New York, NY 10004-1408

Re:                          Delphi Corporation
Tax Registration Number: 2682714-000
Bankruptcy Case Number: 05-44481 RDD (Jointly Administered)

Dear Clerk:

This office hereby respectfully withdraws its State of Connecticut Corporation tax proof-of-claim filed on January 18, 2006 in the amount of $233.24 against the above referenced debtor.

Sincerely,

Bohdan S. Sowa
Revenue Agent II
Collection & Enforcement Division
Telephone:   (860) 297-5905
Fax:        (860) 297-5916

cc: Department of Labor



TWENTY-FIVE SIGOURNEY STREET                File Your Taxes Electronically
                                                    www.ct.gov/drs                    HARTFORD, CONNECTICUT 06106
                                        Affirmative Action / Equal Opportunity Employer