UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK


-----------------------------------------------------x
In re:
                                             :        Chapter 11

Delphi Corp, et al.,

                                             :        Case No. 05-44481 (RRD) (Jointly
                                                      Administered)

                              Debtors.       :
-----------------------------------------------------x


Court ID (Court use only) _____


**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**


A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a).
Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer,
other than for security, of the claim referenced in this notice.


| CREDIT SUISSE | (I) AUTOMOTIVE SAFETY TECHNOLOGIES, INC.,("**Automotive safety**") a wholly owned subsidiary of Methode Electronics, Inc., (f/k/a Methode Mexico USA, Inc.); (II) METHODE ELECTRONICS MALTA LTD., ("**Malta**") a wholly owned subsidiary of Methode Electronics, Inc., (f/k/a Merit Malta Methode Ltd.); (III) AUTOMOTIVE ELECTRONIC CONTROLS DIVISION, a division of Methode Electronics, Inc.; (IV) CONNECTOR PRODUCTS DIVISION, a division of Methode Electronics, Inc. and (V) METHODE ELECTRONICS, INC. |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to Transferee should be sent | Court Record Address of Transferor (Court Use Only) |

11 Madison Avenue
5th Floor
New York, New York 10010
Telephone: (212) 325-9938
Facsimile: (212) 538-8119
Attention: Daniel Sullivan


- 1 –

| Name and Address where Transferee payments Should be sent (if different from above) | Name and Current Address of Transferor |
|---|---|
| Same as above | Same as above |

Phone: Same as above

Court Claim # (if known):
Total Claim Amount: $4,647,550.07 ($4,032,367.00 – Automotive Safety; $406,570.92 – Malta; $149,937.86 – Automotive Electronics; $58,674.29 – Connector)
Total Claim Amount Transferred: $4,647,550.07 ($4,032,367.00 – Automotive Safety; $406,570.92 – Malta; $149,937.86 – Automotive Electronics; $58,674.29 – Connector)
Date Claim Filed:
Debtor Entity: Delphi Automotive Systems LLC

Attached hereto as <u>Exhibit A</u> is a true and correct copy of the Proof of Claim.

Attached hereto as <u>Exhibit B</u> is a true and correct copy of the Evidence of Transfer from Transferor to Transferee.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:          L. Hynes                              Date: June 21, 2006
          Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| -- DEADLINE TO OBJECT TO TRANSFER -- |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____          _____
                                                                                      **CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

## TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Automotive Safety Technologies, Inc., a wholly-owned subsidiary of Methode Electronics, Inc., f/k/a Methode Mexico USA, Inc. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Credit Suisse (the Assignee"), all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the United States Bankruptcy Code) against Delphi Automotive Systems LLC (the "Debtor"), one of the debtors-in-possession in the chapter 11 reorganization cases entitled *In re: Delphi Corp. Chapter 11 Case No.05-44481(RRD) (Jointly Administered)*, pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of $4,032,367.00 ("Claim").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 13 day of June, 2006.

**Assignor:**
**Automotive Safety Technologies, Inc.,**
**a Wholly-Owned Subsidiary**
**Of Methode Electronics, Inc., f/k/a**
**Methode Mexico USA, Inc.**

By: _____
Name: D.A. KOMAN
Title: VICE PRESIDENT

**Assignee:**
**Credit Suisse, Cayman Islands Branch**

By:_____
   Name:
   Title:

By:_____
   Name:
   Title:

- 15 –

## EVIDENCE OF TRANSFER OF CLAIM

## TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Automotive Safety Technologies, Inc., a wholly-owned subsidiary of Methode Electronics, Inc., f/k/a Methode Mexico USA, Inc. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Credit Suisse (the Assignee"), all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the United States Bankruptcy Code) against Delphi Automotive Systems LLC (the "Debtor"), one of the debtors-in-possession in the chapter 11 reorganization cases entitled *In re: Delphi Corp. Chapter 11 Case No.05-44481(RRD) (Jointly Administered)*, pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of $4,032,367.00 ("Claim").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 13 day of June, 2006.

**Assignor:**
**Automotive Safety Technologies, Inc.,**
**a Wholly-Owned Subsidiary**
**Of Methode Electronics, Inc., f/k/a**
**Methode Mexico USA, Inc.**

By:_____
Name:
Title:

**Assignee:**
**Credit Suisse, Cayman Islands Branch**

By:_____
Name:
Title:                          Ian Lardow
                                Vice President

By:_____
Name:        Daniel Sullivan
Title:    **Assistant Vice President**

CHI1 1207493v2

## EVIDENCE OF TRANSFER OF CLAIM

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Methode Electronics Malta Ltd., a wholly-owned subsidiary of Methode Electronics, Inc., f/k/a Merit Malta Methode Ltd. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Credit Suisse (the Assignee"), all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the United States Bankruptcy Code) against Delphi Automotive Systems LLC (the "Debtor"), one of the debtors-in-possession in the chapter 11 reorganization cases entitled *In re: Delphi Corp. Chapter 11 Case No.05-44481(RRD) (Jointly Administered)*, pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of $406,570.92 (the "Claim").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 13 day of June, 2006.

**Assignor:**
**Methode Electronics Malta Ltd.,**
**a Wholly-Owned Subsidiary**
**Of Methode Electronics, Inc., f/k/a**
**Merit Malta Methode Ltd.**

**Assignee:**
**Credit Suisse, Cayman Islands Branch**

By:_____

Name: D.A - KOMAN

Title: OICE PRESIDENT

By:_____
    Name:
    Title:

By:_____
    Name:
    Title:

- 16 –

## EVIDENCE OF TRANSFER OF CLAIM

## TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Methode Electronics Malta Ltd., a wholly-owned subsidiary of Methode Electronics, Inc., f/k/a Merit Malta Methode Ltd. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Credit Suisse (the Assignee"), all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the United States Bankruptcy Code) against Delphi Automotive Systems LLC (the "Debtor"), one of the debtors-in-possession in the chapter 11 reorganization cases entitled *In re: Delphi Corp. Chapter 11 Case No.05-44481(RRD) (Jointly Administered)*, pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of $406,570.92 (the "Claim").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 13 day of June, 2006.

Assignor:
**Methode Electronics Malta Ltd.,**
**a Wholly-Owned Subsidiary**
**Of Methode Electronics, Inc., f/k/a**
**Merit Malta Methode Ltd.**

By:_____
Name:
Title:

Assignee:
**Credit Suisse, Cayman Islands Branch**

By:_____
Name:
Title:                   Ian Landow
                         Vice President

By:_____
Name:
Title:                   Daniel Sullivan
                         Assistant Vice President

CHI1 1207493v2

## EVIDENCE OF TRANSFER OF CLAIM

## TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Automotive Electronic Controls Division, a division of Methode Electronics, Inc. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Credit Suisse, (the Assignee"), all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the United States Bankruptcy Code) against Delphi Automotive Systems LLC (the "Debtor"), one of the debtors-in-possession in the chapter 11 reorganization cases entitled *In re: Delphi Corp. Chapter 11 Case No.05-44481(RRD) (Jointly Administered)*, pending in the United States Bankruptcy Court for the Southern District of New York(the "Bankruptcy Court"), in the amount of $149,937.86 (the "Claim").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 13 day of June, 2006.

**Assignor:**
**Automotive Electronic Controls Division,**
**a Division Of Methode Electronics, Inc.**

**Assignee:**
**Credit Suisse, Cayman Islands Branch**

By:_____
Name: D.A. KOMAN
Title: VICE PRESIDENT

By:_____
  Name:
  Title:

By:_____
  Name:
  Title:

- 17 -

## EVIDENCE OF TRANSFER OF CLAIM

### TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Automotive Electronic Controls Division, a division of Methode Electronics, Inc. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Credit Suisse, (the Assignee"), all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the United States Bankruptcy Code) against Delphi Automotive Systems LLC (the "Debtor"), one of the debtors-in-possession in the chapter 11 reorganization cases entitled *In re: Delphi Corp. Chapter 11 Case No.05-44481(RRD) (Jointly Administered)*, pending in the United States Bankruptcy Court for the Southern District of New York(the "Bankruptcy Court"), in the amount of $149,937.86 (the "Claim").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 13 day of June, 2006.

Assignor:
**Automotive Electronic Controls Division,
a Division Of Methode Electronics, Inc.**

By:_____
Name:
Title:

Assignee:
**Credit Suisse, Cayman Islands Branch**

By:_____
Name:            Ian Landow
Title:            Vice President

By:_____
Name:            Daniel Sullivan
Title:            Assistant Vice President

CHI1 1207493v2

## EVIDENCE OF TRANSFER OF CLAIM

## TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Connector Products Division, a division of Methode Electronics, Inc. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Credit Suisse (the Assignee"), all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the United States Bankruptcy Code) against Delphi Automotive Systems LLC (the "Debtor"), one of the debtors-in-possession in the chapter 11 reorganization cases entitled *In re: Delphi Corp. Chapter 11 Case No.05-44481(RRD) (Jointly Administered)*, pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of $58,674.29 (the "Claim").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 13 day of June, 2006.

**Assignor:**                                          **Assignee:**
**Connector Products Division,**               **Credit Suisse, Cayman Islands Branch**
**a Division Of Methode Electronics, Inc.**


By:_____                    By:_____
Name:_____                       Name:
Title:  VICE PRESIDENT                              Title:


                                                   By:_____
                                                      Name:
                                                      Title:

- 18 –

# EVIDENCE OF TRANSFER OF CLAIM

## TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Connector Products Division, a division of Methode Electronics, Inc. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Credit Suisse (the Assignee"), all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the United States Bankruptcy Code) against Delphi Automotive Systems LLC (the "Debtor"), one of the debtors-in-possession in the chapter 11 reorganization cases entitled *In re: Delphi Corp. Chapter 11 Case No.05-44481(RRD) (Jointly Administered)*, pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of $58,674.29 (the "Claim").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 13 day of June, 2006.

**Assignor:**
**Connector Products Division,**
**a Division Of Methode Electronics, Inc.**

By:_____
Name:
Title:

**Assignee:**
**Credit Suisse, Cayman Islands Branch**

By:_____
Name:                        Ian Landow
Title:                       Vice President

By:_____
Name:                        Daniel Sullivan
Title:                       Assistant Vice President

CHI1 1207493v2