TOGUT, SEGAL & SEGAL LLP
Conflicts Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York  10119
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Albert Togut (AT-9759)
Neil Berger (NB-3599)
Sean P. McGrath (SM-4676)
Christopher D. Lagow (CL-3457)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2689

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                  :
                                                        :          Chapter 11
DELPHI CORPORATION et al.,                              :          Case No. 05-44481 (RDD)
                                                        :          (Jointly Administered)
                                            Debtors.    :
------------------------------------------------------------x

**AFFIDAVIT OF SERVICE OF**
**INTERIM ORDER AUTHORIZING THE EXAMINATION**
**OF, AND DIRECTING BARCLAYS BANK PLC, TO**
**PRODUCE DOCUMENTS PURSUANT TO RULE 2004**
**OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK )

        DAWN PERSON, being duly sworn, deposes and says:  deponent is not a
party to the action, is over 18 years of age and resides at Holliswood, New York.

        On June 20, 2006, deponent served a copy of the Interim Order dated June
19, 2006, Authorizing the Examination of, and Directing Barclays Bank PLC, to Produce
Documents Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure
(Docket No. 4265), along with its underlying Motion and Exhibits (Docket No. 3823),
upon:

                        Allen & Overy
                        1221 Avenue Of The Americas
                        New York, NY 10020
                        Attn: Kenneth Coleman, Esq.

by (i) depositing a true copy of same enclosed in a properly addressed wrapper, under the exclusive care and custody of Federal Express for Overnight Hand Delivery;  and by (ii) depositing a copy of same in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York by first-class mail.

/s/Dawn Person
Dawn Person

Sworn to before me this
21st day of June 2006

/s/Cynthia Juliano
NOTARY PUBLIC