UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

In re:

    **DELPHI CORPORATION, et al,**

Delphi Automotive Systems LLC
                Debtors.

-----------------------------------------------------------------X

In Proceedings For A
Reorganization Under
Chapter 11
Case No.: 05-44481
Jointly Administered
Case No.: 05-44640

Claim No.: 7838

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(2) or (4))

To: (Transferor)        AFX Industries
                              522 Michigan Street
                              Port Huron, MI 48060
                              Attention: Ms. Julie Ainsworth

The transfer of your claim as shown above, in the amount of **$1,434,038.60** has been transferred (unless previously expunged by court order) to:

                Amroc Investments, LLC
                535 Madison Avenue, 15th Floor
                New York, New York 10022
                Attn : David S. Leinwand, Esq.

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN **20 DAYS** OF THE DATE OF THIS NOTICE, YOU MUST:

--FILE A **WRITTEN** OBJECTION TO THE TRANSFER with:
        UNITED STATES BANKRUPTCY COURT
        SOUTHERN DISTRICT OF NEW YORK
        ONE BOWLING GREEN, ALEXANDER HAMILTON CUSTOM HOUSE
        NEW YORK, NY 10004

--SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL No. _____ in your objection.
If you file an objection, a hearing will be scheduled.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
                                                                       CLERK OF THE COURT

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
INTERNAL CONTROL NO. _____
Claims Agent Noticed: (Name of Outside Agent) _____
Copy to Transferee: _____

                                                           _____
                                                           Deputy Clerk