# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

In re:                                                    In Proceedings For A
                                                          Reorganization Under
**DELPHI CORPORATION, et al,**                            Chapter 11
                                                          Case No.: 05-44481
                                                          Jointly Administered
Delphi Automotive Systems LLC                             Case No.: 05-44640
                                    Debtors.

-------------------------------------------------------------------X

                                                          **Claim No.: 7836**

## <u>NOTICE</u> OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001** (e)(2) or (4))

To: (Transferor)                Deringer -Ney Inc.
                                1250 Town Line Rd.
                                Mundelein, IL 60060
                                Attention: Lee Trimble

The transfer of your claim as shown above, in the amount of **$82,871.31** has been transferred (unless previously expunged by court order) to:

                                Amroc Investments, LLC
                                535 Madison Avenue, 15th Floor
                                New York, New York 10022
                                Attn : David S. Leinwand, Esq.

No action is required if you do not object to the transfer of your claim.  However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN **<u>20 DAYS</u>** OF THE DATE OF THIS NOTICE, YOU MUST:

--FILE A **WRITTEN** OBJECTION TO THE TRANSFER with:
                                UNITED STATES BANKRUPTCY COURT
                                SOUTHERN DISTRICT OF NEW YORK
                                ONE BOWLING GREEN, ALEXANDER HAMILTON CUSTOM HOUSE
                                NEW YORK, NY 10004

--SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL No. _____ in your objection.
If you file an objection, a hearing will be scheduled.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
                                        CLERK OF THE COURT

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
INTERNAL CONTROL NO. _____
Claims Agent Noticed: (Name of Outside Agent) _____
Copy to Transferee: _____

                        _____
                                Deputy Clerk