**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------X

| | |
|---|---|
| In re: | In Proceedings For A Reorganization Under |
| **DELPHI CORPORATION, et al,** | Chapter 11 Case No.: 05-44481 Jointly Administered |
| Delphi Automotive Systems LLC | Case No.: 05-44640 |
| Debtors. | |

------------------------------------------------------------------------X

**Claim No.: 8095**

<u>**NOTICE**</u> OF AMENDED TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001** (e)(2) or (4))

To: (Transferor)　　Martin Plant Services
　　　　　　　　　PO Box 1000, Dept 481
　　　　　　　　　Memphis, TN 38148
　　　　　　　　　Attention:  Mr. Gordon Ruggles

The transfer of your claim as shown above, in the amount of **$39,989.60** has been transferred (unless previously expunged by court order) to:

　　　　　　　　　Amroc Investments, LLC
　　　　　　　　　535 Madison Avenue, 15th Floor
　　　　　　　　　New York, New York 10022
　　　　　　　　　Attn : David S. Leinwand, Esq.

No action is required if you do not object to the transfer of your claim.  However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN **20 DAYS** OF THE DATE OF THIS NOTICE, YOU MUST:

--FILE A **WRITTEN** OBJECTION TO THE TRANSFER with:
　　　　　UNITED STATES BANKRUPTCY COURT
　　　　　SOUTHERN DISTRICT OF NEW YORK
　　　　　ONE BOWLING GREEN, ALEXANDER HAMILTON CUSTOM HOUSE
　　　　　NEW YORK, NY 10004

--SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL No. _____ in your objection.
If you file an objection, a hearing will be scheduled.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

　　　　　　　　　　　　　　　　　　　　　　　　　　　CLERK OF THE COURT

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
INTERNAL CONTROL NO. _____
Claims Agent Noticed: (Name of Outside Agent) _____
Copy to Transferee: _____

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Deputy Clerk