UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                        :
    In re                         :    Chapter 11
                                        :
DELPHI CORPORATION, <u>et al.</u>,      :    Case No. 05-44481 (RDD)
                                        :
           Debtors.    :    (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

<u>ORDER UNDER 11 U.S.C. § 365(a) AUTHORIZING REJECTION OF LEASE OF
PROPERTY LOCATED AT 7601 EAST 88TH PLACE, INDIANAPOLIS, INDIANA</u>

("7601 EAST 88TH PLACE LEASE REJECTION ORDER")

Upon the motion, dated December 16, 2005 (the "Motion"), of Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for an order, under 11 U.S.C. § 365(a), authorizing the Debtors to reject certain unexpired real property leases and authorizing Debtors to abandon certain furniture, fixture, and equipment (Docket No. 1551); and upon the Order Approving Procedures For Rejecting Unexpired Real Property Leases And Authorizing Debtors To Abandon Certain Furniture, Fixture, And Equipment entered January 6, 2006 (Docket No. 1776); and upon the Debtors' notice to reject the lease of property located at 7601 East 88th Place, Indianapolis, Indiana 46256 (the "Lease") by April 30, 2006 (Docket No. 3222); and upon the Objection Of Universal Tool & Engineering Co., Inc. To Debtors' Notice Of Rejection Of Unexpired Leases And Abandonment Of Personal Property, dated April 27, 2006 (Docket No. 3462) (the "Objection"); and upon the Debtors' Response To Objection Of Universal Tool & Engineering Co., Inc. To Debtors' Notice Of Rejection Of Unexpired Leases And Abandonment Of Personal Property, dated June 6 2006 (Docket No. 4041) (the "Response"); and upon the Reply Of Universal Tool & Engineering Co., Inc. To Debtors' Response To Objection Of

Universal Tool & Engineering Co., Inc. To Debtors' Notice Of Rejection Of Unexpired Leases And Abandonment Of Personal Property, dated June 13, 2006 (Docket No. 4158) (the "Reply"); and it appearing that proper and adequate notice of the matter has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1.    The Lease is rejected under 11 U.S.C. § 365(a) as of April 30, 2006.

2.    Neither this Order nor any previous order of the Court with respect to the rejection of the Lease shall alter or be deemed to have altered any right of Universal Tool & Engineering Co., Inc. ("UTE") to file any motions, complaints, claims, causes of action, and/or any other requests for relief under applicable bankruptcy and/or nonbankruptcy law including, but not limited to, common, federal, state and/or local laws and/or regulations, and all such rights are expressly reserved and preserved; provided, however, that UTE shall be precluded from asserting that the Lease has not been or cannot be rejected as ordered herein.

3.    Nothing in this Order is intended to, nor shall this Order be deemed to, obviate the need for UTE to file a proof of claim in accordance with the Court's Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed. R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof, dated April 12, 2006 (Docket No. 3206).

3

4.      The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied by the Objection, Response, and Reply.

Dated: New York, New York
June 22, 2006

                                                   /s/ Robert D. Drain
                                 UNITED STATES BANKRUPTCY JUDGE