
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (MS-4321)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
       mitchell.seider@lw.com
       mark.broude@lw.com

Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION., et al | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     )   ss.:
COUNTY OF NEW YORK   )

       Leslie Salcedo, being duly sworn, deposes and says:

       1.     I am not a party to this action, am over 18 years of age and am employed by the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022.

       2.     On June 15, 2006, I caused true and correct copies of the Third Supplemental Affidavit of Robert J. Rosenberg Regarding the Retention of Latham & Watkins LLP as Counsel to the Official Committee of Unsecured Creditors, to be served upon the parties

identified in Exhibit A hereto in the manner indicated therein.

/s/ Leslie Salcedo
Leslie Salcedo

Sworn to before me this
20th day of June, 2006

/s/ John W. Weiss
John W. Weiss
Notary Public, State of New York
No. 02WE6113201
Qualified in New York County
Commission Expires July 26, 2008

**Exhibit A**

**VIA OVERNIGHT MAIL**

Michelle Robson
Capital Research and Management Company
11100 Santa Monica Blvd
15th Fl
Los Angeles, CA 90025

Bruce Simon
Cohen Weiss & Simon
330 W 42nd St
New York, NY 10036

Steven J Reisman
Curtis Mallet-Prevost Colt & mosle LLP
101 Park Ave
New York, NY 10178-0061

Donald Bernstein
Davis Polk & Wardwell
450 Lexington Ave
New York, NY 10017

Sean Corcoran
Karen Craft
Delphi Corporation
5725 Delphi Dr
Troy, MI 48098

Michael Nefkens
Electronic Data Systems Corp
5505 Corporate Dr Msia
Troy, MI 48098

Carrie L. Schiff
Terry Zale
Flextronics International
305 Interlocken Parkway
Broomfield, CO 80021

Richard Lee Chambers III
Freescale Semiconductor Inc
6501 William Cannon Dr West
Md Oe16
Austin, TX 78735

Randall S Eisenberg
FTI Consulting Inc
3 Times Square
11th Fl
New York, NY 10036

Valerie Venable
c/o GE Plastics
9930 Kincey Avenue
Huntersville, NC 28078

Frank L. Gorman, Esq.
Robert B. Weiss, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583

Lonie A Hassel
Groom Law Group
1701 Pennsylvania Ave Nw
Washington, DC 20006

| | |
|---|---|
| Stephen H Gross<br>Hodgson Russ LLP<br>152 West 57th St<br>35th Fl<br>New York, NY 10019 | Internal Revenue Service<br>Attn: Insolvency Department, Mario Valerio<br>290 Broadway, 5th Floor<br>New York NY 10007 |
| Attn: Insolvency Department<br>Internal Revenue Service<br>477 Michigan Ave<br>Mail Stop 15<br>Detroit, MI 48226 | Conference Board Chairman<br>IUE-CWA<br>2360 W Dorothy Ln<br>Ste 201<br>Dayton, OH 45439 |
| Bill Derrough<br>Jefferies & Company Inc<br>520 Madison Ave<br>12th Fl<br>New York, NY 10022 | Thomas F Maher<br>Richard Duker<br>Gianni Russello<br>JPMorgan Chase Bank NA<br>270 Park Ave<br>New York, NY 10017 |
| Thomas Moers Mayer<br>Gordon Z. Novod<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | Patrick J. Healy<br>Daniel R. Fisher<br>Law Debenture Trust of New York<br>767 Third Ave., 31st Floor<br>New York, NY 10017 |
| Vilma Francis<br>JPMorgan Chase Bank NA<br>270 Park Ave<br>New York, NY 10017 | James Le<br>Kurtzman Carson Consultants<br>12910 Culver Blvd<br>Ste I<br>Los Angeles, CA 90066 |
| David D. Cleary<br>Mohsin N. Khambati<br>McDermott Will & Emery LLP<br>227 West Monroe Street<br>Chicago, IL   60606 | Leon Szlezinger<br>Mesirow Financial<br>666 Third Avenue<br>21st Floor<br>New York, NY 10017 |
| Joseph T Moldovan Esq<br>Morrison Cohen LLP<br>909 Third Ave<br>New York, NY 10022 | Office of New York State<br>Attorney General Eliot Spitzer<br>120 Broadway<br>New York City, NY 10271 |

Tom A Jerman
Rachel Janger
O'Melveny & Meyer LLP
1625 Eye St Nw
Washington, DC 20006

Robert Siegel
O'Melveny & Meyer LLP
400 South Hope St
Los Angeles, CA 90071

Jeffrey Cohen
Pension Benefit Guaranty Corporation
1200 K Street Nw
Ste 340
Washington, DC 20005

Ralph L Landy
Pension Benefit Guaranty Corporation
1200 K Street Nw
Ste 340
Washington, DC 20005-4026

Sandra A Riemer
Phillips Nizer LLP
666 Fifth Ave
New York, NY 10103

David L Resnick
Rothchild Inc
1251 Ave Of The Americas
New York, NY 10020

Michael P. Kessler, Esq.
Martin J. Bienenstock, Esq.
Jeffrey L. Tanenbaum, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Robert W Dremluck
Seyfarth Shaw LLP
1270 Avenue Of The Americas
Ste 2500
New York, NY 10020-1801

Douglas Bartner
Jill Frizzley
Shearman & Sterling LLP
599 Lexington Ave
New York, NY 10022

Kenneth S Ziman
Robert H Trust
William T Russell Jr
Simpson Thatcher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

John Wm Butler
John K Lyons
Ron E Meisler
Skadden Arps Slate Meagher & Flom LLP
333 W Wacker Dr
Ste 2100
Chicago, IL 60606

Kayalyn A Marafioti
Thomas J Matz
Skadden Arps Slate Meagher & Flom LLP
4 Times Square
New York, NY 10036

Chester B Salomon
Constantine D Pourakis
Stevens & Lee PC
485 Madison Ave
20th Fl
New York, NY 10022

Albert Togut
Togut Segal & Segal LLP
One Penn Plaza
Ste 3335
New York, NY 10119

| | |
|---|---|
| Luqman Yacub<br>PO Box 1026<br>Hartville, OH 44632 | Alicia M Leonard<br>United States Trustee<br>33 Whitehall St<br>21st Fl<br>New York, NY 10004-2112 |
| Steven M Cimalore<br>Wilmington Trust Company<br>Rodney Square North<br>1100 North Market St<br>Wilmington, DE 19890 | Brown Rudnick Berlack Israels LLP<br>Robert J. Stark<br>Seven Times Square<br>New York, NY 10036 |
| J. Brian McTigue<br>Cornish F. Hitchcock<br>McTigue Law Firm<br>5301 Wisconsin Ave. N.W.<br>Suite 350<br>Washington, DC 20015 | Mark Schonfeld, Regional Director<br>Northeast Regional Office<br>3 World Financial Center<br>Room 4300<br>New York, NY 10281 |
| Daniel D. Doyle<br>Nicholas Franke<br>Spencer Fane Britt & Browne LLP<br>1 North Brentwood Boulevard<br>Tenth Floor<br>St. Louis, MO 63105 | Warner Stevens LLP<br>Michael D. Warner<br>1700 City Center Tower, II<br>301 Commerce Street<br>Fort Worth Texas, 76102 |
| Tyco Electronics Corporation<br>MaryAnn Brereton<br>60 Columbia Road<br>Morristown, NJ 07960 | Paul W. Anderson<br>Flextronics International USA, Inc.<br>2090 Fortune Drive<br>San Jose, CA 95131 |
| Brandes Investment Partners LP<br>11988 EL Camino Real<br>Suite 500<br>San Diego, CA 92103<br>  Attn: Ted Kim | DC Capital Partners LP<br>800 Third Avenue<br>40th Floor<br>New York, NY 10022<br>Attn: Douglas L. Dethy |
| Fried, Frank, Harris, Shriver & Jacobson<br>One New York Plaza<br>New York, NY 10004<br>Attn: Brad Eric Scheler<br>     Bonnie Steingart<br>     Vivek Melwani<br>     Jennifer L. Rodburg<br>     Richard J. Slivinski | James E. Bishop Sr<br>502 Shiloh Drive<br>No. 9<br>Laredo, TX 78045 |

James H. Kelley
517 Lost Angel Rd
Boulder, CO  80302

Pardus European Special Opportunities Master Fund LLP
1101 Avenue of the Americas
Suite 1100
New York, NY  10018
Attn: Joseph R. Thornton

Trustee of the Koury Family Trust
410 Reposado Dr.
La Habra Heights, CA  90631
Attn: James N. Koury

**Via First Class Mail**

| John V. Gorman | Jason, Inc. |
|---|---|
| Professional Technologies Services | 411 E. Wisconsin Avenue |
| P.O. Box #304 | Suite 2120 |
| Frankenmuth, MI 48734 | Milwaukee, WI  53202 |
| | Attn: Beth Klimczak |
| |      General Counsel |

**Via E-Mail**

aaronsona@pepperlaw.com
abrilliant@goodwinproctor.com
aburch@miamidade.gov
aee@hurwitzfine.com
aenglund@orrick.com
afeldman@kslaw.com
agottfried@morganlewis.com
akatz@entergy.com
alan.mills@btlaw.com
aleinoff@amph.com
amalone@colwinlaw.com
amathews@robinsonlaw.com
amcmullen@bccb.com
amina.maddox@dol.lps.state.nj.us
amoog@hhlaw.com
andrew.herenstein@quadranglegroup.com
andrew.kassner@dbr.com
anne.kennelly@hp.com
aordubegian@weineisen.com
aprinci@orrick.com
tkent@orrick.com
asherman@sillscummis.com
asm@pryormandelup.com
kar@pryormandelup.com
aswiech@akebono-usa.com
athau@cm-p.com
austin.bankruptcy@publicans.com
ayala.hassell@eds.com
bankruptcy@goodwin.com
bankruptcy@warnerstevens.com
barnold@whdlaw.com
bbeckworth@nixlawfirm.com
bellis-monro@sgrlaw.com
Ben.Caughey@icemiller.com
bmcdonough@teamtogut.com
bmehlsack@gkllaw.com
bnathan@lowenstein.com
bsmoore@pbnlaw.com
bspears@winstead.com
cahn@clm.com
cahope@chapter13macon.com
carol.weiner.levy@srz.com
carol_sowa@denso-diam.com
caseyl@pepperlaw.com
cbattaglia@halperinlaw.net
ahalperin@halperinlaw.net
jdyas@halperinlaw.net
cbelmonte@ssbb.com
cdruehl@goodwinproctor.com
cfortgang@silverpointcapital.com
cgalloway@atsautomation.com
charles@filardi-law.com
chill@bsk.com
ckm@greensfelder.com
jpb@greensfelder.com
cnorgaard@ropers.com
Cohen.Mitchell@arentfox.com
craig.freeman@alston.com
crieders@gjb-law.com
cs@stevenslee.com
cp@stevenslee.com
cschulman@sachnoff.com
agelman@sachnoff.com
csullivan@bsk.com
cweidler@paulweiss.com
dadler@mccarter.com

dallas.bankruptcy@publicans.com
david.aaronson@dbr.com
david.boyle@airgas.com
david.lemke@wallerlaw.com
dbaty@honigman.com
DBR@tbfesq.com
dconnolly@alston.com
dwender@alston.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddraper@terra-law.com
derrien@coollaw.com
dfreedman@ermanteicher.com
dgheiman@jonesday.com
djury@steelworkers-usw.org
dkarp@cm-p.com
dladdin@agg.com
dlowenthal@thelenreid.com
dlowenthal@thelenreid.com
dludman@brownconnery.com
dmdelphi@duanemorris.com
dpm@curtinheefner.com
driggio@candklaw.com
dweiner@schaferandweiner.com
eabdelmasieh@nmmlaw.com
EAKleinhaus@wlrk.com
ecdolan@hhlaw.com
echarlton@hiscockbarclay.com
efox@klng.com
egc@lydenlaw.com
egunn@mcguirewoods.com
ekutchin@kutchinrufo.com
elazarou@reedsmith.com
elizabeth.flaagan@hro.com
Elliott@cmplaw.com
emarcks@ssd.com
emccolm@paulweiss.com
emeyers@mrrlaw.net
ephillips@thurman-phillips.com
fatell@blankrome.com
ferrell@taftlaw.com
ffm@bostonbusinesslaw.com
fholden@orrick.com
fstevens@foxrothschild.com
ftrikkers@rikkerslaw.com
fusco@millercanfield.com
fyates@sonnenschein.com
gdiconza@dlawpc.com
george.cauthen@nelsonmullins.com
gerdekomarek@bellsouth.net
gettelman@e-hlaw.com
ggotto@kellerrohrback.com
ggreen@fagelhaber.com
gjarvis@ggelaw.com
gkurtz@ny.whitecase.com
guzzi@whitecase.com
dbaumstein@ny.whitecase.com
glen.dumont@hp.com
gogimalik@andrewskurth.com
gpeters@weltman.com
greenj@millercanfield.com
greg.bibbes@infineon.com
gregory.kaden@ropesgray.com
grichards@kirkland.com
growsb@wnj.com
gsantella@masudafunai.com
gschwed@loeb.com
gsouth@kslaw.com
gtoering@wnj.com
hannah@blbglaw.com

hborin@schaferandweiner.com
herb.reiner@guarantygroup.com
Hirsh.Robert@arentfox.com
hkolko@msek.com
hleinwand@aol.com
holly@regencap.com
housnerp@michigan.gov
houston_bankruptcy@publicans.com
hwangr@michigan.gov
hzamboni@underbergkessler.com
ian@gazesllc.com
ilevee@lowenstein.com
ira.herman@tklaw.com
jaffeh@pepperlaw.com
james.bentley@srz.com
jangelovich@nixlawfirm.com
japplebaum@clarkhill.com
jay.hurst@oag.state.tx.us
jbernstein@mdmc-law.com
Jeff.Ott@molex.com
jeffery.gillispie@infineon.com
jeisenhofer@gelaw.com
jengland@linear.com
jforstot@tpw.com
jgtougas@mayerbrownrowe.com
jguy@orrick.com
jh@previant.com
mgr@previant.com
jharris@quarles.com
jhinshaw@boselaw.com
jhlemkin@duanemorris.com
jimbriaco@gentek-global.com
jkp@qad.com
jkreher@hodgsonruss.com
jlanden@madisoncap.com
jlapinsky@republicengineered.com
jlevi@toddlevi.com
jmanheimer@pierceatwood.com
jmbaumann@steeltechnologies.com
jminias@stroock.com
jml@ml-legal.com
lmc@ml-legal.com
jmsullivan@mwe.com
jmurch@foley.com
joel_gross@aporter.com
john.brannon@tklaw.com
john.gregg@btlaw.com
john.persiani@dinslaw.com
john.sieger@kattenlaw.com
jonathan.greenberg@engelhard.com
jposta@sternslaw.com
jrhunter@hunterschank.com
jrobertson@mcdonaldhopkins.com
jsalmas@mccarthy.ca
lsalzman@mccarthy.ca
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jvitale@cwsny.com
jwilson@tylercooper.com
jwisler@cblh.com
jzackin@sillscummis.com
karen.dine@pillsburylaw.com
kcookson@keglerbrown.com
kcunningham@pierceatwood.com
ken.higman@hp.com
khansen@stroock.com
khopkins@milesstockbridge.com
kim.robinson@bfkpn.com
klaw@bbslaw.com
kmiller@skfdelaware.com

| | | |
|---|---|---|
| Knathan@nathanneuman.com | mviscount@foxrothschild.com | wolfordr@millerjohnson.com |
| knorthup@kutchinrufo.com | mwinthrop@winthropcouchot.com | sboyce@sheehan.com |
| knye@quarles.com | myarnoff@sbclasslaw.com | sbrennan@nathanneuman.com |
| krk4@daimlerchrysler.com | myetnikoff@schiffhardin.com | scargill@lowenstein.com |
| krosen@lowenstein.com | mzelmanovitz@morganlewis.com | schnabel@klettrooney.com |
| kwalsh@lordbissell.com | nhp4@cornell.edu | dbrown@klettrooney.com |
| lawallf@pepperlaw.com | niizeki.tetsuhiro@furukawa.co.jp | schristianson@buchalter.com |
| lawtoll@comcast.net | office@gazesllc.com | sdeeby@clarkhill.com |
| lberkoff@moritthock.com | oiglesias@wlross.com | sdonato@bsk.com |
| lcurcio@tpw.com | pabutler@ssd.com | sean@blbglaw.com |
| lekvall@wgllp.com | patrick.bartels@quadranglegroup.com | selanders@danielsandkaplan.com |
| lisa.moore2@nationalcity.com | pbaisier@seyfarth.com | sfreeman@lrlaw.com |
| lloyd.sarakin@am.sony.com | pbarr@jaffelaw.com | sgoldber@quarles.com |
| lmagarik@kjmlabor.com | pbilowz@goulstonstorrs.com | sgross@hodgsonruss.com |
| lnewman@fagelhaber.com | pbosswick@ssbb.com | shandler@sbclasslaw.com |
| lpeterson@msek.com | pcostello@bbslaw.com | shapiro@steinbergshapiro.com |
| lpinto@wcsr.com | pgurfein@akingump.com | sharon.petrosino@hp.com |
| lsarko@kellerrohrback.com | pjanovsky@zeklaw.com | shazan@oshr.com |
| claufenberg@kellerrohrback.com | pjricotta@mintz.com | sholmes@hunton.com |
| eriley@kellerrohrback.com | pmears@btlaw.com | sjennik@kjmlabor.com |
| lschwab@bbslaw.com | Pretekin@coollaw.com | sjfriedman@jonesday.com |
| lwalzer@angelogordon.com | prubin@herrick.com | sjohnston@cov.com |
| madison.cashman@stites.com | raterinkd@michigan.gov | skhoos@mintz.com |
| maofiling@cgsh.com | rbeacher@pitneyhardin.com | skrause@zeklaw.com |
| maofiling@cgsh.com | rcharles@lrlaw.com | smcook@lambertleser.com |
| marc.hirschfield@ropesgray.com | rcovino@lordbissell.com | snirmul@gelaw.com |
| margot.erlich@pillsburylaw.com | rdaversa@mayerbrown.com | sokeefe@winthropcouchot.com |
| mark.houle@pillsburylaw.com | rdremluk@seyfarth.com | sopincar@mcdonaldhopkins.com |
| mark.owens@btlaw.com | resterkin@morganlewis.com | sosimmerman@kwgd.com |
| marvin.clements@state.tn.us | RGMason@wlrk.com | sriley@mcdonaldhopkins.com |
| mbane@kelleydrye.com | rgoldi@sotablaw.com | srosen@cb-shea.com |
| mblacker@andrewskurth.com | rgordon@clarkhill.com | sselbst@mwe.com |
| mbusenkell@eckertseamans.com | rgriffin@iuoe.org | sshimshak@paulweiss.com |
| mcheney@orrick.com | rheilman@schaferandweiner.com | steven.keyes@aam.com |
| mcruse@wnj.com | rhett.campbell@tklaw.com | susanwhatley@nixlawfirm.com |
| mdallago@morrisoncohen.com | richard.epling@pillsburylaw.com | tajamie@ajamie.com |
| mdebbeler@graydon.com | richard.kremen@dlapiper.com | tbrink@lordbissell.com |
| metkin@lowenstein.com | rjones@ambrake.com | tch@previant.com |
| mfarquhar@winstead.com | rjones@bccb.com | tdonovan@finkgold.com |
| mgreger@allenmatkins.com | rjsidman@vssp.com | tgaa@bbslaw.com |
| mhager@oshr.com | rkidd@srcm-law.com | |
| mhall@burr.com | rmcdowell@bodmanllp.com | tkennedy@kjmlabor.com |
| mhamilton@ampn.com | rmeth@pitneyhardin.com | tlauria@whitecase.com |
| miag@michigan.gov | rnorton@reedsmith.com | featon@miami.whitecase.com |
| miag@michigan.gov | rnsteinwurtzel@swidlaw.com | tmaxson@cohenlaw.com |
| michael.cook@srz.com | robert.goodrich@stites.com | tmcfadden@lordbissell.com |
| michael.mccrory@btlaw.com | robert.morris@timken.com | tom@beemanlawoffice.com |
| michaelz@orbotech.com | robert.welhoelter@wallerlaw.com | tomschank@hunterschank.com |
| miller@taftlaw.com | robin.spear@pillsburylaw.com | trenda@milesstockbridge.com |
| mkilgore@UP.com | rparks@mijb.com | tsable@honigman.com |
| mlee@contrariancapital.com | rpeterson@jenner.com | tscobb@vssp.com |
| jstanton@contrariancapital.com | rrichards@sonnenschein.com | tslome@rsmllp.com |
| wraine@contrariancapital.com | rrosenbaum@mrrlaw.net | vdagostino@lowenstein.com |
| solax@contrariancapital.com | rsz@curtinheefner.com | vmastromar@aol.com |
| mmassad@hunton.com | rthibeaux@shergarner.com | wachstein@coollaw.com |
| mmeyers@gsmdlaw.com | rthibeaux@shergarner.com | wallace@blbglaw.com |
| mmharner@jonesday.com | rtrack@msn.com | wbeard@stites.com |
| mmoody@okmlaw.com | rurbanik@munsch.com | wendy.brewer@btlaw.com |
| mnewman@schaferandweiner.com | jwielebinski@munsch.com | whanlon@seyfarth.com |
| mrichards@blankrome.com | drukavina@munsch.com | whawkins@loeb.com |
| mrr@previant.com | rusadi@cahill.com | william.barrett@bfkpn.com |
| mscott@riemerlaw.com | rweisberg@carsonfischer.com | wkohn@schiffhardin.com |
| mshaiken@stinsonmoheck.com | rwyron@orrick.com | wmsimkulak@duanemorris.com |
| msmcelwee@varnumlaw.com | sabelman@cagewilliams.com | wsavino@damonmorey.com |
| msomerstein@kelleydrye.com | sagolden@hhlaw.com | |
| mtf@afrct.com | sandy@nlsg.com | |
| murph@berrymoorman.com | sarbt@millerjohnson.com | |