United States Bankruptcy Court
For the Southern District of New York

| | |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS LLC | } Chapter 11 }  } }  } Case No. } 05-44640 } |
| Debtor | } Amount $6,513.60 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
To: Transferor:

KEY ENGINEERING INC
PO BOX 1725
DECATUR, AL 35602

The transfer of your claim as shown above in the amount of $6,513.60 has been transferred to:

      Liquidity Solutions, Inc.
      Dba Revenue Management
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

                                            By:/s/ Mike Richards
                                            Liquidity Solutions, Inc.
                                            dba Revenue Management
                                            (201) 968-0001

                                                                       817517

Jun 02 06 12:29p    KEY Engineering              (256) 351-1360         p.4

## TRANSFER NOTICE

Key Engineering Inc ("Assignor"), transfers and assigns unto Revenue Management with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: Delphi Automotive Systems, LLC (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the Key Engineering Inc Claims of Assignor in the aggregate amount of $6,513.60 representing all claims against Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 05-44640.

IN WITNESS WHEREOF, Assignor has signed below as of the 25th day of May, 2006.

WITNESS:
Key Engineering Inc                                           Revenue Management

_[signature]_                                                 By: _[signature]_
(Signature)                                                   (Signature)

LINDA ROBINSON                                                MIKE RICHARDS
(Print Name of Witness)                                       (Print Name and Title)