# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **DELPHI AUTOMOTIVE SYSTEMS LLC**
Case No. **05-44640**

Court ID (Court Use Only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **LIQUIDITY SOLUTIONS, INC** <br> **DEFINED BENEFIT** <br> Name of Transferee | **S & Z TOOL & DIE CO, INC** <br> Name of Transferor |
| Name and Address where notices and payments to transferee should be sent <br> LIQUIDITY SOLUTIONS, INC <br> DEFINED BENEFIT <br> ONE UNIVERSITY PLAZA <br> SUITE 312 <br> HACKENSACK, NJ 07601 <br> Phone: <br> (201) 968-0001 | Court Record Address of Transferor <br> (Court Use Only) <br><br> Last four Digits of Acct #:_____ <br><br> Name and Current Address of Transferor <br> **S & Z TOOL & DIE CO, INC** <br> **3180 BEREA ROAD** <br> **CLEVELAND, OH 44111** <br><br> Last Four Digits of Acct#:_____ <br><br> Court Claim # (if known):2034, 2035 & 2036 <br> Date Claim Filed: <br> Amount **$1,288,259.67** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/Jeffrey Caress                    Date: 6/23/2006
Transferee/Transferee's Agent

*Penalty for making a false statement.* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

CLERK OF THE COURT

496648

# TRANSFER NOTICE

S & Z Tool & Die, Co., Inc. ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc. Defined Benefit Pension Plan with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM (the "Assignment Agreement") regarding Assignor's proofs of claim against Delphi Corporation, Delphi Automotive Systems LLC, and Delphi LLC (collectively, the "Debtors"), between Assignor and Assignee, all of Assignee's right, title and interest in and to Proof of Claims Nos. 2034, 2035, and 2036 of Assignor, each in the amount of $1,288,259.67, and Reclamation Claim No. 5 of Assignor, representing all proofs of claim of Assignor against the Debtors in Case Nos. 05-44481, 05-44640, and 05-44615 pending in the United States Bankruptcy Court for the Southern District of New York, all as subject to the terms and conditions of the Assignment of Claim Agreement.

IN WITNESS WHEREOF, the ASSIGNOR executed this Transfer Notice this ____ day of June, 2006.

S & Z TOOL & DIE CO., INC.

By: _____
David N. Rutila, President
(216) 252-4250

_____
Witness

_____
Kevin Dow
Print Name

ACCEPTANCE OF TRANSFER:
LIQUIDITY SOLUTIONS, INC. DEFINED BENEFIT PENSION PLAN
By: _____
Jeffrey L. Caress, _____
(201) 968-0000   Position

Date signed: June _____, 2006