UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re DELPHI AUTOMOTIVE SYSTEM                    Case No. 05-44481

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| Transferee | Transferor |
|---|---|
| Michigan Gas Utilities | Aquila, Inc. |
| c/o Alliance Data Systems | 20 W. 9th Street |
| P. O. Box 2176 | Kansas City, MO  64105 |
| Scottsbluff, NE 69363 | |

Claim Amount:  $843.81

Account Number:  5868753127

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Kathryn B. Bussing                    Date: June 15, 2006
    Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
CLERK OF THE COURT

KC-1406779-1