BILL LOCKYER
Attorney General of the State of California
TOM GREENE
Chief Assistant Attorney General
THEODORA BERGER
Senior Assistant Attorney General
SARAH E. MORRISON (SM 8460)
Deputy Attorney General
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 897-2640
  Fax:  (213) 897-2802
  Email:  Sarah.Morrison@doj.ca.gov

Attorneys for State of California Department
        of Toxic Substances Control

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
                                                         :
                                                         :
In Re                                                    :
                                                         :    Chapter 11
DELPHI CORPORATION, et al.,                              :
                                                         :
                Debtors.                                 :
                                                         :    Case No. 05-44481 (RDD)
                                                         :
                                                         :    (Jointly Administered)
                                                         :
---------------------------------------------------------x

**STATE OF CALIFORNIA DEPARTMENT OF TOXIC
SUBSTANCES CONTROL'S
NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

PLEASE TAKE NOTICE that pursuant to Rule 2002 of the Federal Rules of Bankruptcy

Procedure and the Case Management Order entered on October 14, 2005 ("Order"),  the

Attorney General of the State of California, on behalf of the State of California Department of

Toxic Substances Control ("DTSC"), hereby requests that all notices, papers, and pleadings filed in or served in the above-captioned case pertaining to Delphi Corporation and Delphi Automotive Systems Services LLC ("Debtors"), be served upon:

>  Sarah E. Morrison
>  Deputy Attorney General
>  State of California Office of the Attorney General
>  300 South Spring Street, Ste.1702
>  Los Angeles, California  90013
>  Email address:  sarah.morrison@doj.ca.gov
>  Telephone:  (213) 897-2640
>  Fax:  (213) 897-2802
>
>  Attorneys for the State of California
>  Department of Toxic Substances Control

DTSC's request for service includes a request for service of the following documents:

a) Applications and Orders regarding the award of professional fees and costs, including but not limited to attorney's fees and consultant fees, as an administrative expense of the estate;

b) Applications and Orders to sell and/or transfer any assets and/or property of the Debtor;

c) Debtor's Schedules and Financial Operating Records;

d) Applications, Motions and Orders regarding the request for allowance of administrative claims against the estate;

e) Applications, Motions and Orders regarding Plans of Reorganization and related Disclosure Statements, as well as all proposed Disclosure Statements and Plans of Reorganization;

f) Applications, Motions and Orders regarding the setting of any deadlines for filing Proofs of Claim;

      g)      Applications, Motions and Orders regarding the conversion of this Chapter 11 proceeding to a proceeding under Chapter 7 of the Bankruptcy Code;

      h)      Motions to Abandon Property of the Debtor and any Order thereon;

      i)      Pleadings and other papers related to any hearing before the Bankruptcy Court with respect to this proceeding.

By filing this Notice, DTSC does not waive its sovereign immunity, except as otherwise provided by law. DTSC files this notice for itself and no other agency, unit or entity of the State of California.

DATED: June 26, 2006　　　　　　　　Respectfully Submitted,
Los Angeles, California

                                        BILL LOCKYER
                                        Attorney General of the State of California
                                        SARAH E. MORRISON
                                        Deputy Attorney General

                                        By:

                                        /s/  Sarah E. Morrison
                                        SARAH E. MORRISON  (SM  8460)
                                        Deputy Attorney General
                                        State of California Office of the Attorney General
                                        300 South Spring Street, Ste.1702
                                        Los Angeles, California  90013
                                        Telephone:  (213) 897-2640
                                        Fax:  (213) 897-2802

                                        Attorneys for the State of California Department
                                        of Toxic Substances Control

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance and Request for Service was filed electronically on June 26, 2006. Notice of this filing will be sent via the Electronic Filing System.

    /s/ Sarah E. Morrison
SARAH E. MORRISON  (SM  8460)
Deputy Attorney General
State of California Office of the Attorney General
300 South Spring Street, Ste.1702
Los Angeles, California  90013
Telephone:  (213) 897-2640
Fax:  (213) 897-2802

Attorneys for the State of California Department
of Toxic Substances Control