IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re:                                          )
                                                )   Chapter 11
DELPHI AUTOMOTIVE SYSTEMS, LLC.                 )   Case No. 05-44481
                                                )
          Debtor.                               )   Schedule No.

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO BANKRUPTCY RULE 3001(e) (1)

To:   Transferor:    Concorde Group S.A. DE C.V.
                     Periferico Ecologico 17 San
                     Lorenzo Almecatla Cuautlancing
                     Puebla 72710 Mexico
                     Attention: Frederick McDonald

**Your total general unsecured claim against the Debtor in the amount of $204,087.19 has been transferred to:**

Transferee:          SPCP GROUP, L.L.C.
                     2 Greenwich Plaza
                     Greenwich, CT 06830
                     Attention: Brian Jarmain

      No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**
  Clerk of the Court
  United States Bankruptcy Court for the
  Southern District of New York
  One Bowling Green
  New York, NY 10004

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
  Refer to INTERNAL CONTROL No. _____ in your objection.
  If you file an objection, a hearing will be scheduled.

**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

                                                    _____
                                                    Clerk of the Court

**FOR CLERK'S OFFICE USE ONLY:**

This notice was mailed to the first named party, by first class mail, postage prepaid, on _____, 2004.
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent_____ Transferee_____ Debtor's Attorney _____

                                                    _____
                                                    Deputy Clerk

EXHIBIT A TO
ASSIGNMENT OF CLAIM

### EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **CONCORDE S.A DE CV..** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **SPCP GROUP, L.L.C.**, as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd., ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, claims in the aggregate amount of $204,087.19, (the "Assigned Claim"), against Delphi Automotive Systems, LLC, a wholly-owned subsidiary of Delphi Corp. ("Debtor"), the debtor-in-possession in Case No.05-44481 (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on June 1, 2006.

CONCORDE SA DE CV.

By: *[signature]* II
Name: Frederick L. McDonald II
Title: President

In re: DELPHI AUTOMOTIVE SYSTEMS LLC Debtor, Case No. 05-44640    Entity #39

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1007978 - 10005095<br>CONAWAY ALICE<br>(Address on File) | WORKERS COMPENSATION<br>CLAIM NUMBER: L223336-22 | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1604060 - 10397209<br>CONAX BUFFALO CORP<br>PO BOX 2501<br>BUFFALO   NY   14240 | ACCOUNTS PAYABLE | | $6,822.00 |
| 1604065 - 10397210<br>CONCEPT FINANCIAL GROUP<br>ASSIGNEE 3 RIVERS TRUCKING INC<br>PO BOX 1414 NCB - 12<br>MINNEAPOLIS   MN   554801414 | ACCOUNTS PAYABLE | Disputed,<br>Unliquidated | $3,962.44 |
| 1604071 - 10397211<br>CONCEPTUAL SYSTEMS CORP<br>PO BOX 292164<br>NASHVILLE   TN   372292164 | ACCOUNTS PAYABLE | | $273.13 |
| 1604072 - 10397212<br>CONCERIA PASUBIO SPA<br>VIA SECONDA STRADA 38<br>36071 ARZIGNANO<br>ITALY | ACCOUNTS PAYABLE | | $227,673.03 |
| 1604075 - 10397213<br>CONCISE MOTION SYSTEMS INC<br>5334 PAN AMERICAN FREEWAY NE<br>ALBUQUERQUE   NM   87109 | ACCOUNTS PAYABLE | | $5,158.30 |
| 1604079 - 10397214<br>CONCORDE GROUP SA DE CV<br>PERIFERICO ECOLOGICO 17 SAN<br>LORENZO ALMECATLA CUAUTLANCING<br>PUEBLA 72710<br>MEXICO | ACCOUNTS PAYABLE | | $204,087.19 |
| 1604087 - 10397215<br>CONCRETE CUTTING & BREAKING | ACCOUNTS PAYABLE | | $4,966.00 |
| 1604088 - 10397216<br>CONCUR TECHNOLOGIES INC<br>PO BOX 7555<br>SAN FRANCISCO   CA   94120 | ACCOUNTS PAYABLE | | $87,776.00 |
| 1604098 - 10397217<br>CONDUMEX ARNESES<br>ARNESES ELECTRICOS AUTOMOTRICE<br>MIGUEL DE CERVANTES SAAVEDRA<br>NO 255 COL AMPLIACION GRANADA<br>DF CP11520<br>MEXICO | ACCOUNTS PAYABLE | | $1,932,433.40 |
| 1604100 - 10397218<br>CONE DRIVE OPERATIONS INC<br>PO BOX 71841<br>CHICAGO   IL   606941841 | ACCOUNTS PAYABLE | Disputed,<br>Unliquidated | $6,317.73 |
| 1604101 - 10397219<br>CONESTOGA ROVERS & ASSOC<br>PO BOX 8000 DEPT 406<br>BUFFALO   NY   14267 | ACCOUNTS PAYABLE | | $35,151.65 |