United States Bankruptcy Court
For the Southern District Of New York

| DELPHI CORPORATION | } Chapter 11 |
|---|---|
| | } |
| | } Case No. |
| | } 05-44481 |
| Debtor | } Amount $313,056.51 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**ELGIN DIE MOLD CO**
**14N002 PRAIRIE ST**
**PINGREE GROVE, IL 60140**

The transfer of your claim as shown above in the amount of $313,056.51 has been transferred to:

    Liquidity Solutions, Inc.
    Dba Revenue Management
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By:/s/ Scott Friedberg
Liquidity Solutions, Inc.
dba Revenue Management
(201) 968-0001

496654

## TRANSFER NOTICE

Elgin Die Mold Co. ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT between Assignor and Assignee, all of its right, title and interest in and to the Claims of Assignor in the aggregate amount of $116,039.05, representing certain of Assignor's claims against Delphi Corporation and its affiliates, in the United States Bankruptcy Court for the Southern District of New York, jointly administered as Case No. 05-44640, subject to the terms of the Assignment of Claim Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the 9th day of June, 2006

Elgin Die Mold Co.

_____
(Signature)

John Sapiente
Chief Operating Officer
Elgin Die Mold

REVENUE MANAGEMENT

_____
(Signature)

_____
(Print Name of Witness)

5