Thomas M. Kennedy (TK-0993)
Susan M. Jennik (SJ-4607)
Larry Magarik (LM-3748)
KENNEDY, JENNIK & MURRAY, P.C.
113 University Place
New York, NY 10003
(212) 358-1500

Hearing Date::
June 29, 2006
10:00 a.m.

- *and* -

Hanan B. Kolko (HBK-1307)
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
1350 Broadway, Suite 501
New York, NY 10018
(212) 239-4999

Attorneys for International Union of Electronic,
Electrical, Salaried, Machine and Furniture Workers,
Communications Workers of America (IUE-CWA)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| In re DELPHI CORPORATION, et al., | ) | |
| | ) | 05-44481 (RDD) |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

-------------------------------------------------------------

## RESPONSE OF IUE-CWA IN SUPPORT OF DEBTORS' MOTION
## FOR APPROVAL OF IUE-CWA SPECIAL ATTRITION PROGRAM

International Union of Electronic, Electrical, Technical, Salaried and Machine Workers -

Communication Workers of America, AFL-CIO ("IUE-CWA") responds in support of the

Debtors' Request for approval of the IUE-CWA Special Attrition Program in their Motion for

Order under 11 U.S.C. § 363(b) and Fed. R. Bankr. P. 6004 Approving (I) Supplement to UAW

Special Attrition Program, and (II) IUE-CWA Special Attrition Program ("Hourly Special

Attrition Programs Motion No. 2") and states as follows:

1.     In complex and sometimes difficult discussions over the past several weeks, the IUE-CWA, on behalf of approximately 8,500 Delphi hourly employees for which it is the authorized collective bargaining representative, General Motors ("GM") and Delphi reached agreement on the IUE-CWA-GM-Delphi Special Attrition Program ("IUE-CWA Special Attrition Program") described in the Hourly Special Attrition Programs Motion No. 2.  Through the IUE-CWA Special Attrition Program, eligible IUE-CWA-represented Delphi hourly employees will have incentivized opportunities to take voluntary retirements from Delphi.  The program also provides lump sum buyouts for employees who sever all ties with Delphi and GM except vested pension benefits, an aspect of the program which will contribute to improved financial results for Delphi on a current and going forward basis.

2.     The IUE-CWA support Delphi's request for Court approval of the IUE-CWA Special Attrition Program.  In addition to providing the above-mentioned retirement and buyout opportunities, the IUE-CWA Special Attrition Program affords protections to individuals electing retirement options contained therein.  For example, through protections provided under Paragraphs 1(b)(iv), and 3(b) and (d), the Agreement addresses concerns with respect to wage and benefits levels for employees voluntarily opting for placement in the special pre-retirement program.  Given the uncertainty surrounding any potential Section 1113/1114 relief sought by the Debtors, these provisions were of paramount concern to the IUE-CWA and it would not have entered in to the IUE-CWA Special Attrition Program Agreement without such protections.  Accordingly, during the parties' negotiations the IUE-CWA requested, and the Debtors agreed, that any order approving the IUE-CWA Special Attrition Program would expressly approve such protections.

2

3.    The support of the IUE-CWA for approval of the Hourly Special Attrition

Programs Motion No. 2 is not in any way an endorsement of, agreement with, or support for the

manner in which Delphi has characterized its collective bargaining agreements with IUE-CWA,

or for Delphi's account of labor cost or operational issues in the Motion.  A consensual

agreement is preferable over a litigation process but IUE-CWA will continue to vigorously

defend the Section 1113/1114 Motions pending before the Court.

4.    The Hourly Special Attrition Programs Motion No. 2 represents a positive step in

the parties' efforts to address challenging issues.  IUE-CWA submits that the constructive results

achieved in this agreement demonstrate the value of a consensual resolution of difficult and

complex matters affecting thousands of hourly employees and their families.  Accordingly, for

the foregoing reasons, IUE-CWA supports approval of the Hourly Special Attrition Programs

Motion No. 2.

Dated: June 27, 2006
       New York, NY

                        KENNEDY, JENNIK & MURRAY, P.C.
                        Attorneys for IUE-CWA


                        By:    Thomas M. Kennedy (TK 0993)
                               Susan M. Jennik (SJ 4607)
                               Larry Magarik (LM 3748)
                        113 University Place, 7th Floor
                        New York, New York 10003
                        Tel.  (212) 358-1500

3

## **AFFIDAVIT OF SERVICE**

State of New York )
                       ) ss.:
County of New York )

       Joan Esposito, being duly sworn, deposes and says that: I am not a party to the action, am

over 18 years of age, and reside in Kings County, New York. On June 27, 2006, I served the

within Response of IUE-CWA in Support of Debtors' Motion for Approval of IUE-CWA

Special Attrition Program, by mailing a copy of each via overnight mail to the following:

                     Robert J. Rosenberg, Esq.
                     Latham & Watkins LLP
                     885 Third Avenue, Suite 1000
                     New York, New York 10022-4834

                     Alicia Leonhard, Esq.
                     U.S. Department of Justice
                     Office of the United States Trustee
                     33 Whitehall Street, 21st Floor
                     New York, New York 10004-2111

                     Kayalan A. Marafioti, Esq.
                     Thomas J. Matz, Esq.
                     Skadden, Arps, Slate, Meagher & Flom, LLP
                     4 Times Square
                     New York, New York 10036

                     Delphi Corporation
                     c/o Sean Corcoran and Karen Craft
                     5725 Delphi Drive
                     Troy, MI 48098-2815

                     John W. Butler, Jr.
                     John K. Lyons
                     Ron E. Meisler
                     Nick D. Campanario
                     Skadden, Arps, Slate, Meagher & Flom, LLP
                     333 West Wacker Drive, Suite 2100
                     Chicago, Illinois 60606

                     Jessica Kastin
                     O'Melveny & Myers LLP
                     Times Square Tower
                     7 Times Square
                     New York, NY 10036

Bruce H. Simon, Esq.
Cohen, Weiss & Simon
330 West 42nd Street
New York, NY 10036

Jeffrey L. Tanenbaum
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

JOAN ESPOSITO

Sworn to before me this
27th day of June, 2006.

Notary Public

LARRY MAGARIK
NOTARY PUBLIC, State of New York
No. 02MA5082506
Qualified in Kings County
Certificate Filed in Kings County
Commission Expires July 28, 2009