05-44481-rdd    Doc 4368    Filed 06/27/06    Entered 06/27/06 15:19:53    Main Document
Pg 1 of 2

Babette A. Ceccotti (BC 2690)
COHEN, WEISS AND SIMON LLP
330 West 42nd Street
New York, New York 10036
(212) 563-4100

Attorneys for International Union, United
Automobile, Aerospace and Agricultural
Implement Workers of America (UAW)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                              :
In re:                                        :     Chapter 11
                                              :
DELPHI CORPORATION, *et al.,*                 :     Case No. 05-44481 (RDD)
                                              :     (Jointly Administered)
                              Debtors.        :
                                              :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

       I hereby certify that I caused a true and correct copy of the foregoing Statement of UAW in Support of Debtors' Motion for Approval of Hourly Attrition Programs [Docket No. 4367] to be duly served on June 27, 2006 as set forth below:

| **By Overnight Delivery** | **By Hand Delivery** |
|---|---|
| Delphi Corporation | Hon. Robert D. Drain |
| Attn:  Sean Corcoran | United States Bankruptcy Judge |
|        Karen Craft | United States Bankruptcy Court |
| 5725 Delphi Drive | Southern District of New York |
| Troy, MI 48098 | One Bowling Green |
| | New York, NY 10004 |

00092722.DOC.1

**By Overnight Delivery**

| | |
|---|---|
| Counsel for the Debtors<br>John Wm. Butler Jr., Partner<br>John K. Lyons, Partner<br>Ron E. Meisler, Associate<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL  60606<br>T: (800) 718-5305<br>F: (312) 407-0411 | Counsel for the Debtors<br>Kayalyn A. Marafioti, Partner<br>Thomas J. Matz, Counsel<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY  10036<br>T: (800) 718-5305<br>F: (212) 735-2000 |
| U.S. Trustee<br>Diana Adams<br>Tracey Hope Davis<br>U.S. Department of Justice<br>Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY  10004-2111<br>T: (212) 510-0500<br>F: (212) 668-2255 | Counsel to Creditors' Committee<br>Robert J. Rosenberg, Partner<br>Latham & Watkins LLP<br>885 Third Avenue, Suite 1000<br>New York, NY 10022-4834<br>T: (212) 906-1200<br>F: (212) 751-4864 |
| Pre-Petition Agent<br>Kenneth S. Ziman<br>Simpson Thatcher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY  10017<br>T: (212) 455-2000 | Post-Petition Agent<br>Donald Bernstein<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY  10017<br>T: (212) 450-4092 |
| Counsel for GM<br>Jeffrey L. Tanenbaum, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153<br>T: (212) 310-8000 | Counsel for GM<br>Honigman Miller Schwartz and Cohn LLP<br>Robert B. Weiss, Esq.<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI  48226-3583<br>T: (313) 465-7000 |

      /s/ Babette A. Ceccotti
      Babette A. Ceccotti