United States Bankruptcy Court
For the Southern District Of New York

| DELPHI AUTOMOTIVE SYSTEMS LLC | } Chapter 11 |
| --- | --- |
| | } |
| | } Case No.05-44640 |
| Debtor | } Amount $128,432.76 |

**Amended Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor: (Related Docket No.4125)**

**MAUL ELECTRIC INC**
**PO BOX 386**
**DAYTON, NJ 08810**

The transfer of your claim as shown above in the amount of **$128,432.76** amends a previously filed notice of transfer of claim that was filed on 6/12/2006 the claim has been transferred to:

> Liquidity Solutions, Inc.
> d/b/a Revenue Management
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

> By:/s/ Jeffrey Caress
> Liquidity Solutions, Inc.
> d/b/a Revenue Management
> (201) 968-0001

820662

5/16/2006 2:07 PM   FROM: Maul Electric Maul Electric, Inc.   TO: +1 (201) 9680010   PAGE: 005 OF 005

## TRANSFER NOTICE

Maul Electric inc. ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: Delphi Automotive Systems LLC. (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the Claims of Assignor in the aggregate amount of $128,342.76 representing all claims against the Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 05-44640, subject to the terms of the Assignment Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the 16th day of MAY, 2006

Maul Electric inc.

_Paul S. Coffey_
(Signature)

PAUL S. COFFEY, PRESIDENT
(Print Name and Title)

REVENUE MANAGEMENT

_[signature]_
(Signature)

JEFFREY L. CARESS
(Print Name of Witness)

820002