UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION,  et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


CERTIFICATE OF SERVICE

State of New York     )
                                    )        ss.:
County of New York  )


       1.  I, Laura Guido, certify under penalty of perjury pursuant to 28 U.S.C.

§ 1746 that on June 27, 2006, I caused to be served a true and correct copy of the

document(s) listed below (i) upon the parties listed on Exhibit A hereto via hand delivery,

and (ii) upon the parties listed on Exhibit B hereto via overnight courier:

> ➢ Limited Objection of the Official Committee of Equity Security
> Holders in Opposition to Debtors' Motion for Order Under 11
> U.S.C. § 363(b) and Fed. R. Bankr. P. 6004 Approving (I)
> Supplement to UAW Special Attrition Program, and (II) IUE-
> CWA Special Attrition Program

> ➢ Electronic Filing Receipt


Dated:  June 28, 2006
      New York, New York

                               /s/ Laura Guido
                               Laura Guido

# **Exhibit A**

<u>Bankruptcy Court</u>
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY  10004
Attn:  Chambers of Hon. Robert D. Drain

<u>United States Trustee</u>
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
Att'n:   Alicia M. Leonhard

# Exhibit B

The Debtors
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn:   General Counsel

Counsel to the Debtors
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Attn:   John Wm. Butler, Jr.
        David E. Springer

Counsel for the Agent Under the Debtors'
Prepetition Credit Facility
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017
Att'n:   Kenneth S. Ziman

Counsel for the Agent Under
the Postpetition Credit Facility
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Att'n:   Marlane Melican

Counsel for the Official Committee
of Unsecured Creditors
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Att'n:   Robert J. Rosenberg
Mark A. Broude

557581.1