United States Bankruptcy Court
For the Southern District of New York

| | |
|---|---|
| DELPHI MEDICAL SYSTEMS COLORADO CORP | } Chapter 11 </br> } </br> } </br> } </br> } Case No. </br> } 05-44507 </br> } |
| Debtor | } Amount $68,480.00 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
To: Transferor:

**MALVERN INSTRUMENTS INC**
**10 SOUTHVILLE RD**
**SOUTHBOROUGH, MA 1772**

The transfer of your claim as shown above in the amount of $68,480.00 has been transferred to:

       Liquidity Solutions, Inc.
       Dba Revenue Management
       One University Plaza
       Suite 312
       Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

                                By:/s/ Jim Yenzer
                                Liquidity Solutions, Inc.
                                dba Revenue Management
                                (201) 968-0001

                                                              827096

Assignor hereby acknowledges that Assignee may at any time reassign, the Claim together with all right, title and interest of Assignee in and to this Assignment of Claim. All representations and warranties made herein shall survive the execution and delivery of this Assignment of the Claim and any such re-assignment. This Assignment of Claim may be executed in counterparts and all such counterparts taken together shall be deemed to constitute a single agreement.

This Assignment of Claim shall be governed by and construed in accordance with the laws of the State of New York. Any action arising under or relating to this Assignment of Claim must be brought in Federal court located in the State of New York or New Jersey, and Assignor consents to and confers personal jurisdiction over Assignor by such court or courts and agrees that service of process may be upon Assignor by mailing a copy of said process to Assignor at the address set forth in this Assignment of the Claim, and in any action hereunder, Assignor waives any right to demand a trial by jury.

**CONSENT AND WAIVER**

Upon Assignor's delivery to Assignee of its executed signature page to this Assignment of Claim Agreement, Assignor hereby authorizes Assignee to file a notice of transfer pursuant to Rule 3001 (e) of the Federal Rules of Bankruptcy Procedure ("FRBP"), with respect to the Claim, while Assignee performs its due diligence on the Claim. Assignee, at its sole option, may subsequently transfer the Claim back to the Assignor if due diligence is not satisfactory, in Assignees sole and absolute discretion pursuant Rule 3001 (e) of FRBP transferring the Claim back to Assignor or withdrawing the transfer, at such time both Assignor and Assignee release each other of all and any obligation or liability regarding this Assignment. Assignor hereby acknowledges and consents to all of the terms set forth in this Assignment of Claim Agreement and hereby waives (i) its right to raise any objection hereto, and (ii) its right to receive notice pursuant to Rule 3001 (e) of the FRBP.

IN WITNESS WHEREOF, the undersigned Assignor hereto sets his hand this __9th__ day of __June__, 2006

MALVERN INSTRUMENTS INC

By: _Alice C Donaghue_     _Alice Donaghue, Treasurer/Clerk_
Signature                   Print Name/Title

Telephone #: _508-480-0200 x223_

IN WITNESS WHEREOF, the undersigned Assignee hereto sets his hand this _____ day of _____, 2006

Jim Yenzer
Liquidity Solutions, Inc.
201-968-0001

------(CUT HERE)------