WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200
Glenn M. Kurtz (GK-6272)
Gerard Uzzi (GU-2297)
Douglas P. Baumstein (DB-1948)

Wachovia Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Thomas E Lauria (Admitted *Pro Hac Vice)*
Frank L. Eaton (FE-1522)
Ileana A. Cruz

ATTORNEYS FOR APPALOOSA
MANAGEMENT, L.P., WEXFORD CAPITAL LLC,
LAMPE CONWAY & CO., LLC, HARBINGER CAPITAL
PARTNERS, LLC AND MARATHON ASSET MANAGEMENT LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, *et al.*, | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing **Supplemental Limited Objection of The Ad Hoc Equity Committee to the Debtors' Motion for Order Under 11 U.S.C. § 363(b) and Fed. R. Bankr. P. 6004 Approving (i) Supplement to UAW Special Attrition Program and (ii) IUE-CWA Special Attrition Program** to be duly served on June 28, 2006, by electronic transmission and by facsimile on the following parties:

MIAMI 662806 v1 (2K)

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036<br>Attn: Kayalyn A. Marafioti<br>Fax: (212) 735-2000<br>kmarafio@skadden.com | Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022-4802<br>Attn: Robert J. Rosenberg<br>Fax: (212) 751-4864<br>robert.rosenberg@lw.com |
| Skadden, Arps, Slate, Meagher & Flom, LLP<br>333 Wacker Drive, Suite 2100<br>Chicago, IL 60606<br>Attn: John W. Butler, Jr.<br>David E. Springer<br>Dhananjai Shivakumar<br>Fax: (312) 407-0411<br>jbutler@skadden.com<br>dspringe@skadden.com<br>dshivaku@skadden.com | Simpson Thacher & Barlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>Attn: Kenneth S. Ziman<br>Fax: (212) 455-2502<br>kziman@stblaw.com |
| United States Trustee<br>Alicia M. Leonhard<br>Tracy Davis<br>33 Whitehall Street<br>Suite 2100<br>New York, NY 10004<br>Fax: (212) 668-2256<br>Alicia.M.Leonhard@usdoj.gov | Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Attn: Martin J. Bienenstock<br>Michael P. Kessler<br>Fax: (212) 310-0087<br>martin.bienenstock@weil.com<br>michael.kessler@weil.com |
| Fried, Frank, Harris, Shriver &<br>Jacobson LLP<br>One New York Plaza<br>New York, NY 10004<br>Attn: Bonnie Steingart<br>Fax: (212) 859-4000<br>steinbo@friedfrank.com | |

**By Hand Delivery**

Honorable Robert D. Drain
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green
New York, NY 10004-1408

By:   /s/ Frank L. Eaton
      Frank L. Eaton