**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------X

In re:

                                        Chapter 11

**Delphi Corporation, et al.**        Case No. 05-44481 (rdd)
                                        Jointly Administered

               Debtors
---------------------------X

**CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER**

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO A PROTECTIVE ORDER OF THE BANKRUPTCY COURT, DATED, JANUARY 12, 2006, DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.