**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

In Re:

Delphi Corporation,    Case no. 05-44481 (RDD)
          Debtor.

NOTICE OF TRANSFER OF CLAIM PURSUANT TO FED. R. BANKR. P. 3001(e)

PLEASE TAKE NOTICE that all right, title and interest in and to the claim described below have been transferred to :

Cellco Partnership
One Verizon Way
VC52S – 243
Basking Ridge, NJ  07920

Date of Transfer of Claim: June 28, 2006
Type of Claim: Unsecured Nonpriority Claim
Amount of Claim: $24,747.08
Claims Docket No. 7365

The claim has been transferred from:

Verizon Wireless Messaging Services LLC
1720 Lake Pointe Drive
Suite 100
Lewisville, TX  75057

True and correct copies of the Proof of Claim originally filed is attached hereto as "Exhibit A".

Any objection to the transfer of the claim must be filed and served on or before the following date: July 18, 2006.  If no objection is timely filed, Cellco Partnership will be substituted for Verizon Wireless Messaging Services LLC  in the amount set forth above.  Any objection must also be served by mail upon Cellco Partnership, and their counsel at their addresses set forth above.

                                                             Clerk of the Bankruptcy Court

-2-

---

### CLERK'S PROOF OF MAILING

I hereby certify that I mailed a copy of the foregoing Notice of Transfer of Claim Pursuant to F.R.B.P. 3001 (e) to the persons and entities on the attached service list on the following date:

Date:_____             _____
                               Clerk of the Bankruptcy Court