# EXHIBIT A

| UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK | **PROOF OF CLAIM** |
|---|---|

| Name of Debtor:  Delphi Corporation | Case Number: 05-44481 (RDD)<br>Chapter 11 |
|---|---|

NOTE:    This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>**Verizon Wireless Messaging Services LLC**<br><br>Name and Address where notices should be sent:<br>Vincent A. D'Agostino, Esq.<br>LOWENSTEIN SANDLER PC<br>65 Livingston Ave.<br>Roseland, NJ  07068 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☒ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|

| Account or other number by which creditor identifies debtor:<br>**Various, see attached spreadsheet** | Check here if<br>if this claim     ☐ replaces<br>                            ☐ amends        a previously filed claim,  dated _____ | |
|---|---|---|

**1. Basis for Claim**
- ☐ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS#: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)                          (date)

**2. Date debt was incurred: pre-petition** | **3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**

| $24,747.08 | $_____ | $_____ | $_____ |
|---|---|---|---|
| (unsecured) | (secured) | (priority) | (Total) |

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges **(will be provided upon request).**

**5. Secured Claim.**
- ☐ Check this box if your claim is secured by collateral (including a right of setoff).
  Brief Description of Collateral:
  - ☐ Real Estate     ☐ Motor Vehicle
  - ☐ Other _____
  Value of Collateral:
  $_____
  Amount of arrearage and other charges <u>at time case filed</u> included in secured claim, if any:  $_____

**6. Unsecured Non-Priority Claim** <u>$24,747.08</u>
- ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
- ☐ Check this box if you have an unsecured priority claim
  Amount entitled to priority $_____
  Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $4,650)* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4).
- ☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. §507(a)(7).
- ☐ Taxes or penalties owed to government units - 11 U.S.C. §507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. §507(a)(__).
  * Amounts are subject to adjustment on 4/1/01 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:**  *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:**  To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

RECEIVED
JUN - 2 2006
CLAIMS PROCESSING CENTER
USBC, SDNY

Date:
5/31, 2006

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

(By: *[signature]*

*Assistant Secretary*

*Penalty for presenting fraudulent claim:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

14868/2

Delphi Accounts

| Co Cd | Acct No | Pager unit | Billing Name | PRE BANKRUPT BALANCE | Billing Address 1 | Billing City | St | Zip | CONTACT NAME | BILLING NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|
| C1 | 732049 | 7 | DELPHI THERMAL & INTERIORS | $754.16 | 11005 Ed Stephens Road | COTTONDALE | AL | 35463 | Maggie Galleher | 205 554-3846 |
| C1 | 731940 | 63 | DELPHI PACKARD ELECTRIC | $209.71 | 1001 INDUSTRIAL PARK DRIVE | CLINTON | MS | 39056 | PERRY HOLMAN | 601 925-2627 |
| F1 | 50554 | 1 | DELPHI AUTOMOTIVE SYSTEMS | $27.52 | 144 W. 23RD AVENUE | NORTH KANSAS CITY | MO | 64116 | MIKE BROWN | 913 299-0970 |
| H1 | 798159 | 2 | DELPHI CORP | $110.13 | 3600 CENTRAL FREEWAY NORTH | PLEASANT VALLEY | TX | 76505 | ERIC OEHLERKING | 940 855-7190 |
| U1 | 169460 | 9 | DELPHI MECHATRONICS SYSTEMS | $394.70 | 3110 WOODCREEK DRIVE | DOWNERS GROVE | IL | 60515 | TIMOTHY KOHLSTEDT ACCT CONTACT | 630 795-4717 |
| Y1 | 152343 | 609 | DELPHI PACKARD | $1,743.51 | PO BOX 431  M/S 13C  DEPT 0510 | WARREN | OH | 44486 | ED REAGAN | 330 373-7411 |
| Y1 | 152957 | 229 | DELPHI ENERGY & CHASSIS | $704.77 | 2582 RIVER | DAYTON | OH | 45401 | SUE BISCEGLIA | 937 455-8394 |
| Y1 | 152959 | 241 | DELPHI ENERGY & CHASSIS | $1,926.35 | PO BOX 1042 | DAYTON | OH | 45401 | SUSAN O. DiMATTEO | 937 455-3111 |
| Y1 | 152958 | 266 | DELPHI ENERGY & CHASSIS | $1,394.99 | P.O. BOX 1042 F-35 | DAYTON | OH | 45401 | KELLY ALLEN | 937 455-9669 |
| Y1 | 153323 | 191 | DELPHI ENERGY & CHASSIS | $1,153.51 | 3100 NEEDMORE ROAD | DAYTON | OH | 45414 | KEN DEARTH | 937 455-5484 |
| Y1 | 170813 | 48 | DELPHI THERMAL & INTERIORS | $1,654.42 | 250 NORTHWOODS BLVD | VANDALIA | OH | 45377 | MICHELLE GIBLIN | 937 356-2001 |
| Y1 | 208062 | 152 | DELPHI ATTN KARLA FANNIN | $2,061.39 | 3535 KETTERING BLVD | MORAINE | OH | 45439 | KARLA FANNIN | 937 395-3375 |
| Y1 | 208087 | 67 | DELPHI THERMAL & INTERIORS | $782.81 | 1200 Georgesville Road | COLUMBUS | OH | 43228 | Delois Patrick | 614 275-5159 |
| Y2 | 420197 | 1387 | DELPHI ELECTRONICS & SAFETY SYSTE | $3,446.19 | 2151 E. LINCOLN RD M | KOKOMO | IN | 46904 | KAREN LASHLEE | 765 451-2996 |
| Z1 | 175809 | 213 | DELPHI THERMAL & INTERIORS | $4,592.40 | 1401 CROOKS AVENUE | TROY | MI | 48084 | STUART DAVIS | 248 655-8746 |
| Z1 | 178284 | 71 | DELPHI AUTOMOTIVE | $3,029.60 | 1441 WEST LONG LAKE | TROY | MI | 48098 | JULIANNA PIATKOWSKI | 248 267-0917 |
| Z1 | 289964 | 101 | DELPHI AUTOMOTIVE | $381.36 | 2100 BURLINGAME AVE | GRAND RAPIDS | MI | 49509 | BUD QUEEN | 616 246-2114 |
| Z1 | 289981 | 20 | DELPHI THERMAL SYSTEMS ENGINEER | $389.49 | 1401 CROOKS ROAD | TROY | MI | 48084 | CHRISTINE KARRAS | 248 655-8663 |

$24,747.08