KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
Edward M. Fox, Esq. (EF1619)
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

Attorneys for Wilmington Trust Company,
as Indenture Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:                                              :        Chapter 11
                                                    :
DELPHI CORPORATION, et al.,                         :        Case No. 05-44481 (RDD)
                                                    :
                            Debtors.                :        (Jointly Administered)
                                                    :
                                                    :        **AFFIDAVIT OF SERVICE**
--------------------------------------------------------x

STATE OF NEW YORK        )
                         )ss.:
COUNTY OF NEW YORK       )

      Elaine Fera, being duly sworn, deposes and says:

      1.      I am an employee of the firm of Kirkpatrick & Lockhart Nicholson Graham LLP,

am over 18 years of age and am not a party to this action.

      2.      On June 27, 2006, I served true copies of the Limited Objection of Wilmington

Trust Company, as Indenture Trustee, to Motion for Order Under 11 U.S.C. § 363(B) and Fed.

R. Bankr. P. 6004 Approving (i) Supplement to UAW Special Attrition Program, and (ii) IUE-

CWA Special Attrition Program by (1) transmitting a true and correct copy of the paper by

facsimile transmission at the telephone numbers designated for that purpose and (2) by Federal

Express priority overnight mail upon the parties on the attached Federal Express service list by

placing same in properly addressed Federal Express priority overnight envelopes and depositing

said envelopes in Office Services on the 34th Floor at 599 Lexington Avenue, New York, New

NY-#449181-v1

York which is the designated location for pickup by the Federal Express Corporation for next

business day delivery.

_____/s/ Elaine Fera_____
Elaine Fera

Sworn to before me this
28th day of June, 2006

_____*Arnold J. Burrus*_____
Notary Public
Notary Public, State of New York
No. 41-4720413
Qualified in Queens County
Certificate filed in New York County
Commission Expires March 30, 2010



**Kirkpatrick & Lockhart Nicholson Graham** LLP
599 Lexington Avenue
New York, NY 10022



**Kirkpatrick & Lockhart Nicholson Graham** LLP
599 Lexington Avenue
New York, NY 10022

General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, MI  48098

John Wm. Butler
Skadden, Arps, Slate,
Meagher & Flom LLP
333 W. Wacker Dr., Suite 2100
Chicago, IL  60606



**Kirkpatrick & Lockhart Nicholson Graham** LLP
599 Lexington Avenue
New York, NY 10022



**Kirkpatrick & Lockhart Nicholson Graham** LLP
599 Lexington Avenue
New York, NY 10022

Kenneth S. Ziman
William T. Russell, Jr.
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017

Marlane Melican
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017



599 Lexington Avenue
New York, NY 10022

Robert J. Rosenberg
Mark A. Broude
Latham & Watkins
885 Third Avenue
New York, NY  10022

Alicia M. Leonhard
United States Trustee
33 Whitehall Street
Suite 2100
New York, NY  10004



599 Lexington Avenue
New York, NY 10022

Bonnie Steingart
Fried, Frank, Harris, Shriver & Jacobson
LLP
One New York Plaza
New York, NY  10004