# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **DELPHI CORPORATION**
Case No. **05-44481**
(Related Docket No. 4276 )

Court ID (Court Use Only)_____

## NOTICE OF AMENDED TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**LIQUIDITY SOLUTIONS, INC**
DBA CAPITAL MARKETS
Name of Transferee

Name and Address where notices and payments
to transferee should be sent
LIQUIDITY SOLUTIONS, INC
DBA CAPITAL MARKETS
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Phone:
(201) 968-0001

**SPERRY & RICE MANUFACTURING CO LLC**
Name of Transferor
Court Record Address of Transferor
(Court Use Only)
Name and Current Address of Transferor
SPERRY & RICE MANUFACTURING CO LLC
PO BOX 634115
CINCINNATI, OH 45263

| CLAIM | AMOUNT | CLAIM | AMOUNT |
|---|---|---|---|
| 26 | $ 162.00 | 173 | $ 272.95 |
| 25 | $ 2,907.90 | 172 | $ 2,907.90 |
| 24 | $ 1,057.14 | 171 | $ 1,057.14 |
| 23 | $ 390.00 | 170 | $ 104.00 |
| 22 | $ 1,304.10 | 169 | $ 1,938.60 |
| 21 | $ 2,907.90 | 162 | $ 243.00 |
| 20 | $ 1,057.14 | 163 | $ 333.61 |
| 19 | $ 936.00 | 164 | $ 2,907.90 |
| 18 | $ 528.57 | 165 | $ 156.00 |
| 17 | $ 936.00 | 166 | $ 528.57 |
| 16 | $ 1,057.14 | 167 | $ 969.30 |
| 15 | $ 5,815.80 | 168 | $ 104.00 |
| 14 | $ 1,057.14 | 161 | $ 606.56 |
| 13 | $ 181.97 | 160 | $ 528.57 |
| 12 | $ 1,091.81 | 159 | $ 2,907.90 |
| 11 | $ 3,877.20 | 158 | $ 333.61 |
| 176 | $ 104.00 | 157 | $ 130.00 |
| 175 | $ 293.65 | 155 | $ 1,938.60 |
| 174 | $ 1,938.60 | 156 | $ 528.57 |

Total $46,100.84
Date Claim Filed :10/27/2005 through 10/28/2005

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By:/s/Chris Oh                                    Date: 6/29/2006
Transferee/Transferee's Agent

Penalty for making a false statement. Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

CLERK OF THE COURT
799948

Mar-29-06 04:45P Sperry And Rice MFG Co    1 765 647 2028    P.01

## TRANSFER NOTICE

SPERRY & RICE MANUFACTURING CO LLC ("Assignor"), transfers and assigns unto CAPITAL MARKETS with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT DELPHI AUTOMOTIVE SYSTEMS LLC., (the Debtor), between Assignor and Assignee, all of its right, title and interest in and to the SPERRY & RICE MANUFACTURING CO LLC Claims of Assignor in the aggregate amount of $45,695.84 representing all claims against DELPHI AUTOMOTIVE SYSTEMS LLC., (herein, the Debtor) in the United State Bankruptcy Court, **U.S. Bankruptcy Court, For the Southern District of New York** administered as **Case Number 05-44640.**

IN WITNESS WHEREOF, Assignor has signed below as of the __25__ day of __March__ 2006.

SPERRY & RICE MANUFACTURING CO LLC

WITNESS

_(Signature)_

Chris Oh
(Print Name of Witness)

By: _(Signature)_

Thomas H Sander EFO
(Print Name and Title)