LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (MS-4321)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
       mitchell.seider@lw.com
       mark.broude@lw.com

Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION., et al | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     )    ss.:
COUNTY OF NEW YORK   )

      Leslie Salcedo, being duly sworn, deposes and says:

      1.      I am not a party to this action, am over 18 years of age and am employed by the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022.

      2.      On June 27, 2006, I caused true and correct copies of the Limited Objection of the Official Committee of Unsecured Creditors to Motion for Order Under 11 U.S.C. § 363(b) and Fed. R. Bankr. P. 2006 Approving (I) Supplement to UAW Special Attrition

NY\1164383.1

Program, and (II) IUE-CWA Special Attrition Program, to be served upon the parties identified

in Exhibit A hereto in the manner indicated therein.

                                                                                    /s/ Leslie Salcedo
                                                                                    Leslie Salcedo

Sworn to before me this
29th day of June, 2006

/s/ John W. Weiss
John W. Weiss
Notary Public, State of New York
No. 02WE6113201
Qualified in New York County
Commission Expires July 26, 2008

NY\1164383.1

**Exhibit A**

**VIA OVERNIGHT MAIL**

| | |
|---|---|
| Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY  10017<br>Attn: Marlane Melican | Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI  48098<br>Attn: Sean Corcoran<br>         Karen Craft |
| United States Trustee<br>33 Whitehall Street<br>Suite 2100<br>New York, NY  10004<br>Attn: Alicia M. Leonard | Simpson Thatcher & Barlett LLP<br>425 Lexington Avenue<br>New York, NY  10017<br>Attn: Kenneth S. Ziman<br>         Robert H. Trust<br>         William T. Russell, Jr. |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>333 W. Wacker Dr<br>Suite 2100<br>Chicago, IL  60606<br>Attn: John Wm Butler<br>         John K. Lyons<br>         Ron E. Meisler | Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, New York 10004<br>Attn: Bonnie Steingart |

NY\1164383.1