**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, et al.,<br><br>Debtors. | Chapter 11 Case No. 05-44481<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  }
                                    } ss.:
COUNTY OF NEW YORK }

     Valerie Millman, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Hoboken, New Jersey.

     On July 3, 2006, deponent served a copy of the within:

**OBJECTION OF SUN MICROSYSTEMS, INC.
TO MOTION TO ASSUME EXECUTORY CONTRACT (MobilAria Sale Motion)**

upon the party on the annexed Service List, at the address designated by such parties for that purpose by Federal Express, Next Business Day Delivery.

                                                              s/ Valerie Millman
                                                              Valerie Millman

Sworn to before me this
3rd day of July, 2006

s/ Martin P. Ochs
       Notary Public

SERVICE LIST

MobileAria, Inc.
800 West El Camino Real
Suite 240
Mountain View, CA 94040
Attn: Richard Lind

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel

Skadden, Arps, Slate, et al
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
Attn: John Wm. Butler, Jr.

Simpson Thacher & Bartlett, LLP
425 Lexington Avenue
New York, NY 10017
Attn: Kennethh S. Ziman, Esq.

Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
Attn: Donald Bernstein and Brian Resnick

Latham & Watkins, LLP
885 third Avenue
New York, NY 10022
Attn: Robert J. Rosenberg and Mark A. Broude

Fried Frank Harris et al
One New York Plaza
New York, NY 10004
Attn: Bonnie Steingart

Cooley Godward, LLP
101 California Street
Fifth Floor
San Francisco, CA 94114
Attn: Gregg S. Kleiner

Office of the US Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004
Attn: Alicia M. Leonhard