TISDALE & ASSOCIATES LLC
Douglas M. Tisdale, Esq.
Steven A. Klenda, Esq.
1600 Broadway, Suite 2600
Denver, Colorado 80202-4989
(303) 832-1800

Counsel for NuTech Plastics Engineering, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re DELPHI AUTOMOTIVE SYSTEMS USA, L.L.C.<br><br>      Debtor. | Chapter 11<br>Case No. 05-44640 (RDD)<br><br>(Jointly Administered as<br>Case No. 05-44481) |
| NUTECH PLASTICS ENGINEERING, INC.<br>      Movant,<br><br>   v.<br><br>DELPHI AUTOMOTIVE SYSTEMS USA, L.L.C. dba<br>Delphi Automotive Systems, L.L.C.<br>      Respondent. | |

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

We, Douglas M. Tisdale and Steven A. Klenda, members in good standing of the bar of the State of Colorado and of the bar of the U.S. District Court for the District of Colorado, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent NuTech Plastics Engineering, Inc. in this proceeding, Case No. 05-44640.

Our addresses, telephone numbers and e-mail addresses are accurately reflected in signature blocks below.

We each agree to pay the fee of $25 upon approval by the Court admitting me to practice *pro hac vice*.

2

Dated: July 3, 2006
       Denver, Colorado

| TISDALE & ASSOCIATES LLC | TISDALE & ASSOCIATES LLC |
|---|---|
| */s/ Douglas M. Tisdale, Esq.* | */s/ Steven A. Klenda, Esq.* |
| Douglas M. Tisdale, Esq. (Colo. Bar # 6864) | Steven A. Klenda, Esq. (Colo. Bar #29196) |
| 1600 Broadway, Suite 2600 | 1600 Broadway, Suite 2600 |
| Denver, Colorado 80202-4989 | Denver, Colorado 80202-4989 |
| Phone:  303-832-1800 | Phone:  303-832-1800 |
| Fax:  303-832-0799 | Fax:  303-832-0799 |
| Email:  doug@tisdalelaw.com | Email:  steve@tisdalelaw.com |
| Attorney for | Attorney for |
| NuTech Plastics Engineering, Inc. | NuTech Plastics Engineering, Inc. |