| | |
|---|---|
| TISDALE & ASSOCIATES LLC<br>Douglas M. Tisdale, Esq.<br>Steven A. Klenda, Esq.<br>1600 Broadway, Suite 2600<br>Denver, CO  80202-4989<br>(303) 832-1800 | **Hearing Date and Time:**<br>July 19, 2006  10:00 a.m.<br><br>**Objection Deadline:** |

Counsel for NuTech Plastics Engineering, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re DELPHI AUTOMOTIVE SYSTEMS USA, L.L.C.<br><br>          Debtor. | Chapter 11<br>Case No. 05-44640 (RDD)<br><br>(Jointly Administered as<br>Case No. 05-44481) |
| NUTECH PLASTICS ENGINEERING, INC.<br>          Movant,<br><br>     v.<br><br>DELPHI AUTOMOTIVE SYSTEMS USA, L.L.C. dba<br>Delphi Automotive Systems, L.L.C.<br>          Respondent. | |

**Order Granting NuTech's Motion for Relief from the Automatic Stay in Order to
Continue Prepetition Breach-of-Contract Case against
<u>Delphi Automotive Systems USA, L.L.C. and General Motors</u>**

THIS MATTER comes before the Court on NuTech Plastics Engineering, Inc.'s Motion for Relief from the Automatic Stay to Continue Prepetition Breach-of-Contract Case against Delphi Automotive Systems USA, L.L.C. and General Motors (Doc. No. ___, the "**Motion**").  The Court has reviewed the Motion and is sufficiently advised in the premises. The Court finds that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§

157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A), and (c) notice of this Motion has been provided to the Office of the United States Trustee for the Southern District of New York and all appropriate parties in accordance with the Court's Supplemental Case Management Order, and that no other or further notice need be provided.  The Court has determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein and that the relief sought in the Motion is in the best interests of the Debtor and its estate.  After due deliberation and sufficient cause appearing therefor,

THE COURT FINDS THAT the equities and facts and law favor the granting of the Motion.

IT IS THEREFORE ORDERED that NuTech's Motion be, and the same hereby is, GRANTED and that the automatic stay be, and the same hereby is, vacated, annulled and terminated in all respects as it applies to NuTech's claims against Debtor in Case No. 02-075335 now pending in the Circuit Court for Genessee County, Michigan, so that this case may proceed to timely trial.

IT IS FURTHER ORDERED that, in any event and for all purposes, the automatic stay does not operate in any way to block, delor or impair the litigation or trial of any claims of NuTech against co-defendant General Motors in said Case No. 02-075335.

Dated:   New York, New York
         July ___, 2006.


                                                  _____
                                                  Hon. Robert D. Drain
                                                  United States Bankruptcy Judge

2