| | |
|---|---|
| TISDALE & ASSOCIATES LLC | **Hearing Date and Time:** |
| Douglas M. Tisdale, Esq. | July 19, 2006 at 10:00 a.m. |
| Steven A. Klenda, Esq. | |
| 1600 Broadway, Suite 2600 | **Objection Deadline:** |
| Denver, CO  80202-4989 | July 16, 2006 at 5:00 p.m. |
| (303) 832-1800 | |

Counsel for NuTech Plastics Engineering, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re DELPHI AUTOMOTIVE SYSTEMS USA, L.L.C.                Debtor. | Chapter 11Case No. 05-44640 (RDD)(Jointly Administered as Case No. 05-44481) |

**Notice of Hearing on NuTech Plastics Engineering, Inc.'s Motion for Relief from the Automatic Stay in Order to Continue Prepetition Breach-of-Contract Case against Delphi Automotive Systems USA, L.L.C. and General Motors**

  PLEASE TAKE NOTICE that on July 3, 2006, NuTech Plastics Engineering, Inc. **("NuTech")** filed and served a Motion for Relief from the Automatic Stay in Order to Continue Prepetition Breach-of-Contract Case against Delphi Automotive Systems USA, L.L.C. and General Motors (the "**Motion**"). The Motion seeks an order pursuant to 11 U.S.C. § 362(d) granting NuTech relief from the automatic stay to pursue a prepetition breach-of-contract against Debtor and General Motors Corp. A hearing on the Motion will be held before the Honorable Robert D. Drain at the United States Bankruptcy Court for the Southern District of New York at 1 Bowling Green, New York, New York 10004 on July 19, 2006, at 10:00 a.m. or as soon thereafter as counsel may be heard.

  PLEASE TAKE FURTHER NOTICE that any opposition to NuTech's motion must be filed and served in accordance with the provisions of the October 14, 2005 Case Management Order on or before the Objection Deadline of July 16, 2006, at 5:00 p.m. Eastern Standard Time.

Dated: July 3, 2006
      Denver, Colorado

                                        TISDALE & ASSOCIATES LLC

                                        _____s/ Steven A. Klenda_____
                                        Douglas M. Tisdale, Esq.
                                        Steven A. Klenda, Esq.

                                        Attorneys for
                                        NuTech Plastics Engineering, Inc.