UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF
NEW YORK
NEW YORK DIVISION

Case number:   05-44567-RDD

In re:   DELPHI MECHATRONIC SYSTEMS, INC.

Taxpayer number:   1-38-3589834-0

WITHDRAWAL OF

Priority Proof Of Claim

Name of Creditor: Texas Comptroller of Public Accounts

Send notices to:  Office of the Attorney General
                 Bankruptcy - Collections Division
                 P. O. Box 12548
                 Austin, TX 78711-2548

1. DATE OF CLAIM            : 01/09/2006

2. TOTAL AMOUNT OF CLAIM    : $827,753.00
   FRANCHISE TAX CH. 171

3. DATE DEBT WAS INCURRED:  01/01/2002 TO 12/31/2005

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date: 06/14/2006

_____
Richard Craig
Legal Counsel
Texas Comptroller of Public Accounts



Penalty for presenting fraudulent claim: fine of up to $5,000 or imprisonment for up to 5 years,
or both. 18 U.S.C. secs. 152 and 3571.

Form 00-359 (Rev.8-04/3)

# TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
## AUSTIN, TEXAS 78774-0100

June 14, 2006

Clerk
U.S. Bankruptcy Court
ONE BOWLING GREEN, ROOM 534
NEW YORK, NY 10004-1408

Re:  Taxpayer #1-38-3589834-0
     Bankruptcy Case # 05-44567-RDD
     DELPHI MECHATRONIC SYSTEMS, INC.

Enclosed is the state's notice of withdrawal in the above-captioned proceeding for a Pre-petition Tax Claim.

Attached is an extra copy of the withdrawal. Please stamp this copy with the date filed and return in the enclosed self-addressed envelope. The Comptroller of Public Accounts is being represented in this proceeding by the Office of the Attorney General. Please direct all notices and correspondence to:

Office of the Attorney General
Collections Division/Bankruptcy Section
P.O. Box 12548, Capitol Station
Austin, TX  78711-2548

Thank you for your cooperation in this matter.

Respectfully yours,

Richard Craig
Legal Counsel
Revenue Accounting Division
P.O. Box 13528
Austin, TX  78711-3528

Enclosure



RECEIVED JUN 20 2006

Form 00-360 (Rev. 2-94/2)