UNITED STATES BANKRUPTCY COURT FOR
NEW YORK SOUTHERN BANKRUPTCY COURT

In re: Delphi Automotive Systems LLC

Debtor.

Chapter 11
Case Nos. 05-44481

Claim No. 8452

# NOTICE OF TRANSFER OF CLAIM

## PURSUANT TO FRBP RULE 3001(e)(2)

1. TO: __MARKIN TUBING, LP_____ ("Transferor")
   [TRANSFEROR NAME & ADDRESS]
   __JAMES B. LINEHAN_____
   __MARKIN TUBING, LP_____

   __WYOMING, NY 14591_____

2. Please take notice of the transfer of $ __111,819.06__ of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   **Transfer $111,819.06 to:**
   **Madison Investment Trust - Series 38**_____ ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   **6310 Lamar Avenue, Suite 120**

   **Overland Park, KS     66202**

No action is required if you do not object to the transfer of your claim.

*Sally Meyer*
Sally Meyer
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1

EVIDENCE OF TRANSFER OF CLAIM

TO: The United States Bankruptcy Court for the Southern District of New York
AND TO: Madison Liquidity Investors, LLC.
6310 Lamar Ave, Suite 120
Overland Park, KS 66202

___MARKIN TUBING, LP___, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Automotive Systems, LLC, Inc in the Bankruptcy Court for the Southern District of New York, the case entitled In re Delphi Automotive Systems LLC, Inc, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the ___23rd OF JUNE, 2006___

Name: ___MARKIN TUBING, LP___

By: ___[signature]___
(Signature of Claimant)

Print Name: ___BARTON P. DAMBRA, PRESIDENT___

___ONE MARKIN LANE___
(Address)
___WYOMING, NY 14591___
(Address)
___16-1528895___
(SS#/Tax ID)

06-26-06A09:34 RCVD

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number: 102643131

Accepted: Madison Liquidity Investors, LLC

By: ___[signature]___