UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In Re:

**DELPHI CORPORATION**, et al,   Case No.: 05-44481
                                 Chapter 11
Debtor.                          HON. ROBERT D. DRAIN

# ORDER OF ADMISSION TO PRACTICE PRO HAC VICE

**IT IS ORDERED**, that Sean M. Walsh, Esq. is admitted to practice, *pro hac vice*, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

/s/Robert D. Drain
**HON. ROBERT D. DRAIN**
United States Bankruptcy Judge

Date: July 5, 2006
      New York, New York