**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | x | |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, *et al.,* | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | x | |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, SARA K. MACWILLIAMS, a member in good standing of the bar in the State of Michigan, request admission ***pro hac vice****,* before the Honorable Robert D. Drain, to represent the law firm of Howard & Howard Attorneys, P.C., which firm has been retained as Special Counsel pursuant to 11 U.S.C. § 327(e) in the above-referenced case. My address is as follows:

>Sara K. MacWilliams
>Howard & Howard Attorneys, P.C.
>39400 Woodward Avenue, Suite 101
>Bloomfield Hills, Michigan 48304-5151
>Telephone: (248) 645-1483
>Facsimile: (248) 645-1568
>skmacwilliams@howardandhoward.com

I have submitted the $25.00 fee along with this Motion For Admission to Practice *pro hac vice.*

>Respectfully submitted,
>
>HOWARD & HOWARD ATTORNEYS, P.C.
>
>/s/     Sara K. MacWilliams
>Sara K. MacWilliams (P67805)
>39400 Woodward Avenue, Suite 101
>Bloomfield Hills, Michigan  48304-5151
>Phone: (248) 645-1483
>Fax: (248) 645-1568

Dated: July 6, 2006
Bloomfield Hills, MI

## ORDER

**ORDERED**, that Sara K. MacWilliams, Esq. is admitted to practice *pro hac vice* in the referenced case in the United States Bankruptcy Court, Southern District of New York. The filing fee in this matter has been paid.

                                              UNITED STATES BANKRUPTCY JUDGE

Dated: _____, 2006
       New York, New York

G:\D\Delphi Bankruptcy\Motion for Admission (Klettke-MacWilliams).doc