Lafonza Earl Washington
7010 Cranwood Drive
Flint, MI  48505
Tel:  810.787.3150
Cell: 810.922.0308

June 29, 2006



TO:   Clerk of the Court
      U.S. Bankruptcy Court
      Southern District of New York
      One Bowling Green
      New York, N.Y.  10004

      Re:  In re Delphi Corp., debtors, debtors-in-possession,
           Case No. 05-44481 (RDD)

Greetings Clerk:

   Enclosed for filing you will find:

   1. Notice Of Ex Parte Application To "Set Aside", "Vacate", And "Cancel" Fraudulently Caused To Be Set Notice Of Hearing And The Hearing "Only" - Not The Applications Scheduled "Off" The Official Record And To Have Been Fraudulently Held At The U.S. Bankruptcy Court For July 19, 2006, At 10:00AM Based On Conference Call Misrepresentations By Law Clerk John Lucas And Attorney Thomas J. Matz Et Al, Continuous Bankruptcy, Banking Etc., Fraudings Against Claimant Lafonza Earl Washington's Monetary Property Rights In This Above-Numbered Case Where Claimant's Claim Is "Res Judicata", A Thing Decided and Final As Of October 8, 2005, Nunc Pro Tunc; and

   2.  Demand For Directives For The Immediate Delivery Of Possession Of This Claimant's "Human Capital Obligations" And "Cash Management" Court-Ordered Monetary Property This Also Statutorily Provided Remedy Under Title 11 U.S.C. §§ 301, 502(a) Etc., The Fed.R. Of Civ.P. Rule 70 Etc., And This Demand Is An "Application For The Clerk's Assistance"; and

   3.  Renewed Writ Of Execution For Enforcement Of The Above Stated Orders Entered On October 8, 2005, For The Immediate Disbursements Of $304,613,013.00 (Actual Claimed Damages Accrued); and

   4.  Directions Demands For The Seizures And Commitment Of Contemnor Persons For Civil Contempt Who Are Continuously Conspiring To Violate These Court Orders "10" Months After The Orders Entered - 100%; and

   5.  Direction Demands For The Seizure And Release Or Disbursement Of The Monetary Property Legally Owned By lafonza Earl Washington And Was "Bound" On The Court To Have Been Previously Seized For The Purpose Of Securing Satisfaction Of The Judgment/Orders Entered On October 8, 2005, In The Sum Certain Of $304,613,013.00 With Interest At The Rate Of 15% Per Annum, That Is Accruing Interest At The Rate

Clerk of the Court
June 29, 2006
Page 2


Of $125,183.00 Per Day Until Paid In Full; and

   6.   Directions Demanded To Redress Prohibited Conduct Under The Antitrust Laws Which Provides A Remedy Of "Treble Damages" Or "Threefold" The Damages To This Claimant's Monetary Personal Property Injuries For "10" Months And Continuing That Is Directly Restraining Claimant From Engaging In Buying, Selling, Holding, Conveying, Disposing Of, Enjoying, Benefiting Etc., From The Lawfully Entitled To "Free" Flow Of Trade And Commerce Within Michigan, Outside The State Of Michigan, As Well As On Any/All Other Markets; and

   7.   Brief In Support Of The Notice Of Ex Parte Application To "Set Aside", "Vacate" and "Cancel" Fraudulently Caused To Be Set Notice Of Hearing Dated For July 19, 2006, at 10:00AM; and

   8.   Proof of Service

   Please file according to the Fed.R. of Bankr.P. Rule 5005(a).
Thank you.


                                    BY: _____
                                        Lafonza Earl Washington
                                        Judgment/Order Creditor

Enc./cc:

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Thomas J. Matz, Attorney

   Alberto Gonzalez
   United States Attorney General

   Michael J. Garcia, U.S. Attorney
   Southern District of New York

   Jennifer M. Granholm, Governor
   State of Michigan

   George E. Pataki, Governor
   State of New York

   Rev. Wendall Anthony, President
   The National Association For The Advancement of Colored People
   Detroit Branch (NAACP)