UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                    :
IN RE                               :  CHAPTER 11
                                    :
DELPHI CORPORATION et al.,          :  CASE NO. 05-44481 (RDD)
                                    :
              Debtors.              :  (JOINTLY ADMINISTERED)
                                    :
------------------------------------x

PROOF OF SERVICE

STATE OF MICHIGAN)
                 )
COUNTY OF GENESEE)



I, Lafonza Earl Washington deposes, states:

That on June 29, 2006, he did serve by United States Postal Service mail, postage prepaid, the below-identified documents upon the below-named persons:

   1.  Notice of Ex Parte Application To "Set Aside", "Vacate", and "Cancel" Fraudulently Caused To Be Set Notice of Hearing and the Hearing "Only" - Not the Applications Scheduled "Off" the Official Record and To Have Been Fraudulently Held At the U.S. Bankruptcy Court For July 19, 2006, At 10:00AM Based On Conference Call Misrepresentations By Law Clerk John Lucas and Attorney Thomas J. Matz Et Al, Continuous Bankruptcy, Banking Etc., Fraudings Against Claimant Lafonza Earl Washington's Monetary Property Rights In This Above-Numbered Case Where Claimant's Claim Is "Res Judicata", A Thing Decided and Final As Of October 8, 2005, Nunc Pro Tunc; and

   2.  Demand For Directives For The Immediate Delivery Of Possession Of This Claimant's "Human Capital Obligations" and "Cash Management" Court-Ordered Monetary Property This Also Statutorily Provided Remedy Under Title 11 U.S.C. §§ 301, 502(a) Etc., The Fed.R. Of Civ.P. Rule 70 Etc., and This Demand Is An "Application For The Clerk's Assistance"; and

   3.  Renewed Writ Of Execution For Enforcement Of The Above Stated Orders Entered On October 8, 2005, For The Immediate Disbursements Of $304,613,013.00 (Actual Claimed Damages Accrued); and

   4.  Directions Demands For The Seizures And Commitment Of Contemnor Persons For Civil Contempt Who Are Continuously Conspiring To Violate These Court Orders "10" Months After The Orders Entered - 100%; and

   5.  Direction Demands For The Seizure And Release Or Disbursement Of The Monetary Property Legally Owned By Lafonza Earl

Washington And Was "Bound" On The Court To Have Been Previously Seized For The Purpose Of Securing Satisfaction Of The Judgment/ Orders Entered On October 8, 2005, In The Sum Certain of $304,613,013.00 With Interest At The Rate Of 15% Per Annum, That Is Accruing Interest At The Rate Of $125,183.00 Per Day Until Paid In Full; and

      6. Directions Demanded To Redress Prohibited Conduct Under The Antitrust Laws Which Provides A Remedy Of "Treble Damages"Or "Threefold" The Damages To This Claimant's Monetary Personal Property Injuries For "10" Months And Continuing That Is Directly Restraining Claimant From Engaging In Buying, Selling, Holding, Conveying, Disposing Of, Enjoying, Benefiting Etc., From The Lawfully Entitled To "Free" Flow Of Trade And Commerce Within Michigan, Outside The State Of Michigan, As Well As On Any/All Other Markets; and

      7. Brief In Support Of The Notice Of Ex Parte Application To "Set Aside", "Vacate" and "Cancel" Fraudulently Caused To Be Set Notice Of Hearing Dated For July 19, 2006, at 10:00AM.

      Please file according to the Fed.R. of Bankr.P. Rule 5005(a). Thank you.

*[signature: Lafonza Earl Washington]*
BY: Lafonza Earl Washington
Judgment/Order Creditor

Mailed to:

    Clerk of the Court
    U.S. Bankruptcy Court
    Southern District of New York
    One Bowling Green
    New York, N.Y. 10004

    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    Thomas J. Matz, Attorney
    Four Times Square
    New York, N.Y. 10036

    UNITED STATES DEPARTMENT OF JUSTICE
    Alberto Gonzalez
    U.S. Attorney General
    950 Pennsylvania Ave., N.W.
    Washington, D.C. 20530-0001

    U.S. DEPARTMENT OF JUSTICE
    Michael J. Garcia, U.S. Attorney
    Southern District of New York
    86 Chambers Street, 3rd Floor
    New York, N.Y. 10007

Jennifer M. Granholm, Governor
State of Michigan
P.O Box 30013
Lansing, MI  48909

George E. Pataki, Governor
State of New York
State Capitol
Albany, N.Y.  12224

The NAACP
Detroit Branch
Rev. Wendall Anthony
2990 E. Grand Blvd.
Detroit, MI  48202
313.871.2087