

**DICKINSON WRIGHT** PLLC

301 E. LIBERTY, SUITE 500
ANN ARBOR, MICHIGAN 48104-2266
TELEPHONE: (734) 623-7075
FACSIMILE: (734) 623-1625
http://www.dickinsonwright.com

MICHAEL C. HAMMER
MHammer@dickinsonwright.com
(734) 623-1696

June 23, 2006

**Via First Class Mail**

Corrections
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
Room 614
New York, New York  10004

**Re:   Case No. 05-44481-rdd**

To Whom It May Concern:

I am writing on behalf of our client, Ronald L. Jones of Ambrake Corporation. Mr. Jones is listed on the label matrix for local noticing as follows:

> Ronald L. Jones
> Ambrake Corporation
> 300 Ring Road
> Elizabethtown, KY 42701

Please substitute Mr. Jones' name on any mailing list with that of Brandon J. Kessinger. The mailing address will remain the same. Thank you for your assistance.

If you have any questions, please call me.

Very truly yours,

Michael C. Hammer

MCH/pjm
ANNARBOR 22441-36 81975v1 6/23/2006



RECEIVED JUN 29 2006 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

Counsellors At Law

DETROIT   BLOOMFIELD HILLS   LANSING   GRAND RAPIDS   ANN ARBOR
WASHINGTON, D.C.