UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF
NEW YORK
NEW YORK DIVISION

Case number: 05-44640

In re: DELPHI AUTOMOTIVE SYSTEMS LLC

Taxpayer number: 1-38-3431131-1

WITHDRAWAL OF

Priority Proof Of Claim

Name of Creditor: Texas Comptroller of Public Accounts

Send notices to: Office of the Attorney General
Bankruptcy - Collections Division
P. O. Box 12548
Austin, TX 78711-2548

1. DATE OF CLAIM                         : 01/09/2006

2. TOTAL AMOUNT OF CLAIM                 : $106,185.64
   FRANCHISE TAX CH. 171

3. DATE DEBT WAS INCURRED: 01/01/2003 TO 12/31/2005

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date: 06/13/2006

_Richard Craig_
Richard Craig
Legal Counsel
Texas Comptroller of Public Accounts


RECEIVED JUN 19 2006

Penalty for presenting fraudulent claim: fine of up to $5,000 or imprisonment for up to 5 years,
or both. 18 U.S.C. secs. 152 and 3571.

Form 00-359 (Rev.8-04/3)