United States Bankruptcy Court
For the Southern District Of New York

| DELPHI CORPORATION | |
|---|---|
| | Case No. 05-44481 |
| | Amount: $94,502.08 |
| Debtor | |

**Omnibus Notice to transfer of Claim pursuant to rule 3001 (e) (1) REVENUE MANAGEMENT successor in interest to:**

**REVENUE MANAGEMENT as successor to NN BALL & ROLLER INC**
Related Document No. 3053

The transfer of your claim as shown above in the amount of **$94,502.08** has been transferred to:

CAPITAL INVESTORS
One University Plaza
Suite 312
Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By:/s/ Helena De Young
Capital Investors
(201) 968-0001

7/6/2006