HOWARD & HOWARD ATTORNEYS PC
39400 Woodward Avenue, Suite 101
Bloomfield Hills, MI 48304
(248) 723-0318
Jeff A. Sadowski (P28163)
Tamika A. Bryant (P62641)

Intellectual Property Counsel for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                :
   In re                        :    Chapter 11
                                :
DELPHI CORPORATION, et al.,     :    Case No. 05-44481 (RDD)
                                :
                    Debtors.    :    (Jointly Administered)
                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2006, I served via first class U.S. Mail, a 1) copy of **Application for Pro Hac Vice Admission of Sara K. MacWilliams, Application for Pro Hac Vice Admission of Lisa S. Gretchko** and 2) Certificate of Service upon the following at their listed business address, and attached list:

**(i)** Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Attn: General Counsel), **(ii)** Counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Attn: John Wm. Butler, Jr.), **(iii)** Counsel for the agent under the Debtors' pre-petition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Attn: Kenneth S. Ziman), **(iv)** Counsel for the agent under the post-petition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Attn: Marlane Melican), **(v)** Counsel for the Official Committee of Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Attn: Robert J. Rosenberg and Mark A. Broude), and **(vi)** the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Attn: Alicia M. Leonhard).

as well as **via electronic mail on July 6, 2006, upon all persons receiving email notification according to the 2002 Master List.**

                                            **HOWARD AND HOWARD ATTORNEYS, P.C.**

By: /s/ Tamika A. Bryant
     Jeff A. Sadowski (P28163)
     Tamika A. Bryant (P62641)
     39400 Woodward Avenue, Suite 101
     Bloomfield Hills, Michigan  48304-5151
     Phone: (248) 645-1483
     Email: tabryant@howardandhoward.com

Dated: July 7, 2006

Manda L Anagnost
1024 N Michigan Avenue
PO Box 3197
Saginaw, MI 48605-3197

Mark I Bane
Ropes & Gray LLP
45 Rockefeller Plaza
New York, NY 10111

Thomas M Beeman
Attorney at Law
33 West 10th Street Suite 200
Anderson, IN 46016

Howard S Beltzer
White & Case, LLP
1155 Avenue of the Americas
New York, NY 10036

Glenn P Berger
Jaffe & Asher LLP
600 Third Avenue
New York, NY 10016

James S Carr
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Babette A Ceccotti
Cohen, Weiss and Simon
330 West 42nd Street, 25th Floor
New York, NY 10036

Central Transport International, Inc
c/o Mark H Shapiro
24901 Northwestern Hwy, Suite 611
Southfield, MI 48075

Gary H Cunningham
Kramer Mellen, PC
3000 Town Center, Ste 1700
Southfield, MI 48075-1277

John K Cunningham
White & Case, LLP
200 South Biscayne Blvd, Suite 4900
Miami, FL 33131

Raniero D'Aversa
Mayer, Brown, Rowe & Maw
1675 Broadway
New York, NY 10019-5820

Craig Alan Damast
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174

Tracy Hope Davis
United States Trustee Office
33 Whitehall Street 21st Floor
New York, NY 10004

J Michael Debbeler
Graydon, Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202

Duane Morris LLP
30 S 17th Street
Philadelphia, PA 19103

Frank L Eaton
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787

Gary Ettelman
Ettelman & Hochheiser, PC
100 Quentin Roosevelt Blvd #
Garden City, NY 11530

Fair Harbor Capital, LLC
875 Avenue of the Americas
Suite 2305
New York, NY 10001

Michael D Fishman
39533 Woodward Avenue, Su
Bloomfield Hills, MI 48304

Elizabeth K Flaagan
HOLME ROBERTS & OWE
1700 Lincoln Street, Suite 410
Denver, CO 80203

Mark T Flewelling
Anglin, Flewelling, Rasmusse
Campbell & Trytten LLP
199 South Los Robles Ave, Su
Pasadena, CA 91101

Glenn D Forbis
39533 Woodward Avenue, Su
Bloomfield Hills, MI 48304

Michael Friedman
Richards Spears Kibbe & Orb
One Chase Manhattan Plaza 5
New York, NY 10005

David Garland
Moore, Clarke, et al
2829 Old Dawson Road
Albany, GA 31707

Michael L Cook
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

Maureen A Cronin
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY 10022

Andrew D Gottfried
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

David M Grogan
Shumaker Loop & Kendrick
128 South Tryon Street, Ste 1800
Charlotte, NC 28202

Holly G Gydus
Regen Capital
2109 Broadway
New York, NY 10023

Larry D Harvey
Larry D Harvey PC
5290 DTC Parkway Suite 150
Englewood, CO 80111

Dion W Hayes
McGuireWoods LLP
901 East Cary Street
Richmond, VA 23219-4030

Marc E Hirschfield
Ropes & Gray LLP
45 Rockefeller Plaza
New York, NY 10111-0087

Douglas Ellmann
Ellmann & Ellmann, PC
308 West Huron
Ann Arbor, MI 48103-4204

Michael S Etkin
Lowenstein Sandler PC
1251 Avenue of the Americas
18th Floor
New York, NY 10019

Joseph B Koczko
Thompson Hine LLP
One Chase Manhattan Plaza
58th Floor
New York, NY 10005

Laurie Krepto
123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109

Anna C Lee
Mandel, Katz, Manna & Brosnan, LLP
210 Route 303
Valley Cottage, NY 10989

David S Leinwand
Amroc Investments, LLC
535 Madison Avenue 15th Floor
New York, NY 10017

Alicia M Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Ira M Levee
Lowenstein Sandler PC
1251 Avenue of the Americas
18th Floor
New York, NY 10019

Ira P Goldberg
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068-5738

Ira P Goldberg
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068-5738

Daniel A McLaughlin
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Patrick E Mears
Barnes & Thornburg LLP
300 Ottawa Avenue, NW, Sui
Grand Rapids, MI 49503

Richard G Menaker
Menaker & Herrmann, LLP
10 E 40th Street
New York, NY 10016

Larren M Nashelsky
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Thomas C Pavlik
Novak, Robenalt, Pavlik
Skylight Office Tower, Suite
1660 West Second Street
Cleveland, OH 44113

A Robert Pietrzak
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

2

David A Hodges
212 Center Street Fifth Floor
Little Rock, AR 72201

Kurt Jacobs
Sidley Austin LLP
1501 K Street NW
Washington, DC 20005

Thomas H Keyse
1700 Lincoln Street Suite 4000
Denver, CO 80203

Steve Kieselstein
Kieselstein Law Firm, PLLC
43 British American Boulevard
Latham, NY 12110

Brian Resnick
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Kenneth A Reynolds
Pryor & Madelup, LLP
675 Old Country Road
Westbury, NY 11590

Michael P Richman
Mayer, Brown, Rowe & Maw
1675 Broadway
New York, NY 10019

Harold Ritvo
Harold Ritvo, PC
One University Plaza
Hackensack, NJ 07601

Daniel A Lowenthal
Thelen Reid & Priest LLP
875 Third Avenue
New York, NY 10022

Larry Magarik
Kennedy, Jennik & Murray, PC
113 University Place, 7th Floor
New York, NY 10003

Jil Mazer-Marino
Rosen Slome Marder LLP
333 Earle Ovington Blvd, Suite 901
Uniondale, NY 11553

Timothy S McFadden
Lord, Bissell & Brook
115 S LaSalle Street
Chicago, IL 60603

Mark R Somerstein
Ropes & Gray LLP
45 Rockefeller Plaza
New York, NY 10111

Andrew Stern
Sidley Austin LLP
787 Seventh
New York, NY 10019

Leigh C Taggart
39533 Woodward Avenue Suite 140
Bloomfield Hills, MI 48304

Universal Am-Can, Ltd
c/o Mark H Shapiro
24901 Northwestern Hwy Suite 611
Southfield, MI 48075

Alan B Posner
Kelman Loria, PLLC
660 Woodward Ave, Suite 14?
Detroit, MI 48226

Ira A Reid
Baker & McKenzie
805 Third Avenue
New York, NY 10022

Sandra A Reimer
666 Fifth Avenue
New York, NY 10103

Donald P Renaldo
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Robert J Rosenberg
Latham & Watkins
885 Third Avenue
New York, NY 10022

Paul Rubin
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016

Leon R Russell
3102 Oak Lawn Suite 600, LB 164
Dallas, TX 75219

Lawrence M Schwab, Esq
BIALSON, BERGEN & SCHWAB
2600 El Camino Real, Suite 300
Palo Alto, CA 94306

Peter Gregory Schwed
Loeb & Loeb, LLP
345 Park Avenue
New York, NY 10154

Michael J Sobieray
Stewart & Stewart, Attorneys at Law
931 S Rangeline Road
Carmel, IN 46032

Timothy W Walsh
DLA Piper Rudnick Gray
Cary US LLP
1251 Avenue of the Americas
New York, NY 10020-1104

Eric R Wilson
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178