IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
            :
In re                :    Chapter 11
            :
DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
            :
          Debtors.    :    (Jointly Administered)
            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants, LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On July 7, 2006, I caused to be served the document listed below upon the parties listed on Exhibit A hereto via overnight mail:

1) Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease, and customized exhibit (Docket No. 4476) [a copy of which is attached hereto as Exhibit B]

On July 7, 2006, I caused to be served the document listed below upon the parties listed on Exhibit C hereto via overnight mail:

2) Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease, and customized exhibit (Docket No. 4476) [a copy of which is attached hereto as Exhibit D]

On July 7, 2006, I caused to be served the document listed below upon the parties listed on Exhibit E hereto via overnight mail:

3) Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease, and customized exhibit (Docket No. 4476) [a copy of which is attached hereto as Exhibit F]

Dated: July 10, 2006

                         */s/ Evan Gershbein*
                         Evan Gershbein

Subscribed and sworn to (or affirmed) before me on this 10th day of July, 2006, by Evan Gershbein, personally known to me or proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature :    */s/ Amy Lee Huh*

Commission Expires:    *3/15/09*

# EXHIBIT A

Delphi Corporation
Special Parties

| CreditorName | CreditorNoticename | Address1 | Address2 | City | State | Zip | Country | Agreement |
|---|---|---|---|---|---|---|---|---|
| Toshiba America Inc | | 1251 Avenue of the Americas | Suite 4110 | New York | NY | 10020 | | Lease with Maintenance Agreement dated October 4, 2005 between **MobileAria, Inc.** and **Toshiba Financial Services** |
| Orbcomm LLC | | 21700 Atlantic Boulevard | | Dulles | VA | 20166 | | International Value Added Reseller Agreement entered into February 14, 2003 by and between **Orbcomm LLC** and **MobileAria, Inc.**, as amended. |
| Chadbourne & Parke LLP | | 30 Rockefeller Plaza | | New York | NY | 10112 | | International Value Added Reseller Agreement entered into February 14, 2003 by and between Orbcomm LLC and MobileAria, Inc., as amended. |
| Cellco Partnership d/b/a Verizon Wireless | | 30 Independence Blvd. | | Warren | NJ | 07059 | | Joint Marketing Agreement between **MobileAria, Inc.** and **Cellco d/b/a Verizon Wireless**. |
| Telcontar | | 4 North Second Street, Suite 950 | | San Jose | CA | 95113 | | Data License Agreement effective August 12, 2003 by and between **Telcontar** and **MobileAria, Inc.** |
| Telcontar | | 4 North Second Street, Suite 950 | | San Jose | CA | 95113 | | Operating Agreement entered into August 12, 2003 by and between **Telcontar** and **MobileAria, Inc.** |
| Verizon Services Corp. | | 240 East 38th Street | | New York | NY | 10016 | | Agreement for GPS System and Services made and entered into as of May 15, 2005 between **Verizon Services Corp.** ("Customer") and **MobileAria, Inc.** ("Supplier"). |
| Verizon Services Corp. | Kim Schroeder | 741 Zeckendorf Blvd. , 2nd floor | | Garden City | NY | 11530 | | Three-Party Escrow Service Agreement effective April 7, 2006 by and between **MobileAria, Inc.** (the "Depositor") and Depositor's affiliates and subsidiaries, and by**Verizon Services Corp** (the "Beneficiary") and by **Iron Mountain Intellectual Property Managem** |
| Iron Mountain | Contract Administration | 2100 Norcross Parkway, Suite 150 | | Norcross | GA | 30071 | | Three-Party Escrow Service Agreement effective April 7, 2006 by and between MobileAria, Inc. (the "Depositor") and Depositor's affiliates and subsidiaries, and by Verizon Services Corp (the "Beneficiary") and by Iron Mountain Intellectual Property Managem |
| Verizon Services Corp. | Margaret Sheppard | 741 Zeckendorf Blvd., Room 617 | | Garden City | NY | 11530 | | Three-Party Escrow Service Agreement effective April 7, 2006 by and between **MobileAria, Inc** (the "Depositor") and Depositor's affiliates and subsidiaries, and by**Verizon Services Corp** (the "Beneficiary") and by **Iron Mountain Intellectual Property Managem** |
| BP Products North America | Attn: Karl Mehta | 28100 Torch Parkway | | Warrenville | IL | 60555 | | BP and MobileAria AMPS Airtime Services Agreement effective March 2003 by and between **BP Products North America, Inc.** and **MobileAria, Inc.** |
| Austin Powder Company | | 25800 Science Park Drive | | Cleveland | OH | 44122 | | Fleet Telematics Services Agreement effective December 30, 2004 between **MobileAria, Inc.** and **Austin Powder Company.** |
| Remote Communications Company | | 539 Eastline Rd. | | Ballston Spa | NY | 12020 | | Installation Services Agreement effective May 15, 2006 by and between **MobileAria, Inc.** and **Remote Communications Company**. |
| Three Rivers Cellular | | 413 Kurt Drive | | Pittsburgh | PA | 15243 | | Installation Services Agreement effective May 10, 2006 by and between **MobileAria, Inc.** and **Three Rivers Cellular**. |
| Tanner Installations | | 6548 Brock St. | | Dublin | OH | 43017 | | Installation Services Agreement effective May 15, 2006 by and between **MobileAria, Inc.** and **Tanner Installations** |
| Qwest Communications Corporation | | 1801 California Street, Suite 3800 | | Denver | CO | 80202 | | Qwest Total Advantage Agreement effective May 10, 2004 between **Qwest Communications Corporation** and **MobileAria, Inc.** |
| Sonic Software Corporation | | 14 Oak Park | | Bedford | MA | 01730 | | Master Professional Services Agreement dated August 29, 2005 by and between **MobileAria, Inc.** and **Sonic Software Corporation.** |
| Asset Growth Partners, Ltd. | | 2570 W. El Camino Real, Suite 500 | | Mountain View | CA | 94040 | | Standard Office Lease dated March 6, 2003 by and between **MobileAria, Inc.** and **Asset Growth Partners, Ltd.**, as amended. |
| Sonic Software Corporation | | 14 Oak Park | | Bedford | MA | 01730 | | Sonic MQ Version 6.1 End User Product License Agreement (for Invoice Order dated July 28, 2005). |
| Telenavigation Inc | | 2975 San Ysidro Way | | Santa Clara | CA | 95051 | | Settlement and Release Agreement dated June 5, 2002 by and between **MobileAria, Inc.** and **Telenavigation, Inc.** (the "Releasing Party"). |
| Website – Corporate HQ | Synnex Corporation | 44201 Nobel Drive | | Fremont | CA | 94538 | | Letter dated June 10, 2002 from Synnex Information Technologies, Inc. to MobileAria acknowledging acceptance of amount to settle outstanding debt. |
| Qualnetics Corporation | | 14623 NE North Woodinville Way, Suite 107 | | Woodinville | WA | 98072 | | Services and Licensing Agreement dated March 1, 2006 between **MobileAria, Inc.** and **Qualnetics Corporation.** |
| Sprint Spectrum L.P. (d/b/a Sprint) | Attention: Senior Director, Business Sales & Support | 6130 Sprint Parkway | | Overland Park | KS | 66251 | | PCS Telemetry Services Agreement dated April 3, 2003 by and between **Sprint Spectrum L.P., d/b/a Sprint PCS** and **MobileAria, Inc.** |

Delphi Corporation
Special Parties

| CreditorName | CreditorNoticename | Address1 | Address2 | City | State | Zip | Country | Agreement |
|---|---|---|---|---|---|---|---|---|
| Sprint Spectrum L.P. (d/b/a Sprint) | Attention: General Counsel | 6130 Sprint Parkway | | Overland Park | KS | 66251 | | PCS Telemetry Services Agreement dated April 3, 2003 by and between Sprint Spectrum L.P., d/b/a Sprint PCS and MobileAria, Inc. |
| Mr. Raul Reyes | | [Address on File] | | | | | | Independent Contractor Services Agreement effective May 30, 2006 by and between MobileAria, Inc. and Mr. Raul Reyes |
| MAI Mark Airington Installations | | 8705 Pierce Olive Rd. | | Apex | NC | 27539-9141 | | Mutual Nondisclosure Agreement effective June 1, 2006 between MAI Mark Airington Installations and MobileAria, Inc. |
| MAI Mark Airington Installations | | 8705 Pierce Olive Rd. | | Apex | NC | 27539-9141 | | Installation Services Agreement effective June 1, 2006 between MAI Mark Airington Installations and MobileAria, Inc. |
| PolarCom Inc. | | 232 Melbourne | | Hurst | TX | 76053 | | Mutual Nondisclosure Agreement effective May 30, 2006 by and between Polarcom Inc. and MobileAria, Inc. |
| PolarCom Inc. | | 232 Melbourne | | Hurst | TX | 76053 | | Installation Services Agreement effective May 30, 2006 between MobileAria Inc. and PolarCom, Inc. |
| ManageComm, Inc. | | 338 W. Lexington Ave, Ste. 206 | | El Cajon | CA | 92020 | | Standard Engagement Terms and Fee Schedule Letter for accounting services dated October 31, 2000 from ManageComm, Inc. to MobileAria, Inc. |
| Accounting Services | ManageComm, Inc. | 2160 Fletcher Parkway Ste. A | | El Cajon | CA | 92020 | | Standard Engagement Terms and Fee Schedule Letter for accounting services dated October 31, 2000 from ManageComm, Inc. to MobileAria, Inc. |
| AdvanTel, Inc. | | 2237 Paragon Dr. | | San Jose | CA | 95131 | | Maintenance Service Agreement dated March 13, 2003 by and between MobileAria, Inc. and AdvanTel, Inc. |
| AdvanTel, Inc. | | 2222 Trade Zone Boulevard | | San Jose | CA | 95131 | | Maintenance Service Agreement dated March 13, 2003 by and between MobileAria, Inc. and AdvanTel, Inc. |
| Yahoo! Inc. | Pursi Rajani | 701 First Avenue | | Sunnyvale | CA | 94089 | | Mutual Nondisclosure Agreement effective August 9, 2001 between MobileAria, Inc. and Yahoo! Inc. |
| Tearn Telematics, LLC | Brian Tsuchiya | | | | | | | Mutual Confidentiality Agreement effective April 30, 2004 between MobileAria, Inc. and Tearn Telematics, LLC. |
| TechnoCom | Khaled Dessouky | 16133 Ventura Boulevard | Suite 500 | Encina | CA | 91436 | | Mutual Confidentiality Agreement effective November 11, 2003 between MobileAria, Inc. and TechnoCom Corporation |
| TELA Wireless Devices Inc. | Germain Prouix | 420 Main Street East | Suite #516 | Milton | ON | L9T5G3 | Canada | Mutual Confidentiality Agreement effective April 28, 2004 between MobileAria, Inc. and TELA Wireless Devices, Inc. |
| Telcontar | Four North Second St Ste 950 | | | San Jose | CA | 95113 | | Mutual Confidentiality Agreement effective July 30, 2002 between MobileAria, Inc. and Telcontar |
| Telesector Resources Group, Inc. | H. Malinowski | 240 E. 38th Street | | New York | NY | 10016 | | Non-Disclosure Agreement effective April 1, 2004 between MobileAria, Inc. and Telesector Resources Group, Inc. d/b/a Network Services (a Verizon Company) |
| Telex Communications, Inc. | Chris Langdon | Attn:  Greg Weibert | 12000 Portland Avenue South | Burnsville | MN | 55337 | | Mutual Confidentiality Agreement effective August 27, 2001 between MobileAria, Inc. and Telex Communications, Inc. |
| Tele-Mobile Company | | 200 Consilium Place | Suite 1600 | Scarborough | ON | M1H3J3 | Canada | Confidentiality Agreement effective June 7, 2005 between MobileAria, Inc. and Tele-Mobile Company d/b/a TELUS Mobility |
| Televigation | Alyxia T. Do | 265 Santa Ana Court | | Sunnyvale | CA | 94086 | | Mutual Confidentiality Agreement effective January 17, 2001 between MobileAria, Inc. and Televigation |
| TenSquare Inc. | Ten Square International Inc. | 1454 30th St. Unit 206 | | West Des Moines | IA | 50325 | | Mutual Confidentiality Agreement effective June 7, 2001 between MobileAria, Inc. and TenSquare Inc. |
| TenSquare Inc. | TENSQUARE gmbh | Wilhelminenstr. 29 | | Gelsenkirchen | | 45881 | Germany | Mutual Confidentiality Agreement effective June 7, 2001 between MobileAria, Inc. and TenSquare Inc. |
| Terion | Ken Cranston | 5465 Legacy Dr Ste 700 | | Piano | TX | 75024 | | Mutual Confidentiality Agreement effective October 11, 2004 between MobileAria, Inc. and Terion |
| Technology Electronics Solutions | Nick Walker | | | | | | | Mutual Confidentiality Agreement effective December 17, 2004 between MobileAria, Inc. and Technology Electronics Solutions (TES) |
| ThingMagic, LLC | Ravikanth Pappu | One Broadway | 14th Floor | Cambridge | MA | 02142 | | Mutual Confidentiality Agreement effective May 17, 2004 between MobileAria, Inc. and ThingMagic, LLC |
| TMW Systems, Inc. | Jeffrey Ritter | TMW Technology Plaza | 21111 Chagrin Boulevard | Beachwood | OH | 44122 | | Non-Disclosure Agreement effective October 8, 2003 between MobileAria, Inc. and TMW Systems, Inc. |
| 12 Planet, Inc. | Thomas Stroyls | | | | | | | Mutual Confidentiality Agreement effective July 17, 2002 between MobileAria, Inc. and 12 Planet, Inc. |
| A2S Advanced Systems Solutions Limited | Andrew Pattison | Eurohub Midlands | | Birch Lane Stonnal | West Midlands | W59 ONF | United Kingdom | Mutual Confidentiality Agreement effective February 28, 2002 between MobileAria, Inc. and A2S Advanced Systems Solutions Limited |
| Automobile Club of Southern California | John Estes | 3333 Fairview Road | | Costa Mesa | CA | 92626 | | Reciprocal Non-Disclosure Agreement effective April 25, 2001 between MobileAria, Inc. and Automobile Club of Southern California |

Delphi Corporation
Special Parties

| CreditorName | CreditorNoticename | Address1 | Address2 | City | State | Zip | Country | Agreement |
|---|---|---|---|---|---|---|---|---|
| ACNielson Vantis | Jason P. Brown | 3130 Crow Canyon Place | Suite 400 | San Ramon | CA | 94583 | | Confidentiality Agreement effective June 29, 2001 between MobileAria, Inc. and ACNielson Vantis |
| Active RFID Systems, Inc. | Anthony Corrado | P.O. Box 3069 | 477 CR 65 | Evergreen | CO | 80437 | | Mutual Confidentiality Agreement effective October 5, 2005 between MobileAria, Inc. and Active RFID Systems, Inc. |
| Advantra International NV | Elin Tarryn | Ter Waarde 90 | | B 8900 Ieper | | | Belgium | Agreement effective September 11, 2003 between MobileAria, Inc. and Advantra International NV |
| ALK Technologies/TravRoute | Dan Titus | 1000 Herrontown Road | | Princeton | NJ | 08540 | | Mutual Confidentiality Agreement effective June 15, 2001 between MobileAria, Inc. and ALK Technologies/TravRoute |
| AmBell Corporation | Unni Warrier | 2425 W. Olympic Boulevard | Suite 2000 | Santa Monica | CA | 90404 | | Mutual Confidentiality Agreement effective April 30, 2000 between MobileAria, Inc. and AmBell Corporation |
| Jennifer Petersen | | | | | | | | Mutual Confidentiality Agreement effective October 2, 2002 between MobileAria, Inc. and Jennifer Petersen |
| Arsenault Associates | C. Arsenault | 711 Jackson Road | | Atco | NJ | 08004 | | Mutual Confidentiality Agreement effective February 21, 2001 between MobileAria, Inc. and Arsenault Associates |
| Auto Club of America | Joe Belz | 9411 N Georgia | | Oklahoma City | OK | 73120 | | Mutual Confidentiality Agreement effective February 14, 2003 between MobileAria, Inc. and Auto Club of America |
| Palm, Inc. | Gabriel Acosta-Lopez | 5470 Great America Parkway | | Santa Clara | CA | 95052-8007 | | License and Confidentiality Agreement effective March 15, 2001 between MobileAria, Inc. and Palm, Inc. |
| Bobcat Company | Scott Rosow | 250 East Beaton Drive | | West Fargo | ND | 58078-6000 | | Confidentiality Agreement effective April 16, 2003 between MobileAria, Inc. and Bobcat Company |
| The Boeing Company | D. A. Laxton | 2201 Seal Beach Boulevard | | Seal Beach | CA | 90740-5603 | | Mutual Confidentiality Agreement effective November 7, 2002 between MobileAria, Inc. and The Boeing Company |
| The Boeing Company | D. A. Laxton | 100 North Riverside | | Chicago | IL | 60606 | | Mutual Confidentiality Agreement effective November 7, 2002 between MobileAria, Inc. and The Boeing Company |
| Booz-Allen & Hamilton, Inc. | Francois Truc | 225 West Wacker Drive | Suite 1700 | Chicago | IL | 60606-1228 | | Confidentiality Agreement effective December 15, 2000 between MobileAria, Inc. and Booz Allen & Hamilton Inc. |
| Boulder Global Development Group, LLC | Liana Pomeroy | 1800 – 30th Street | Suite 214 | Boulder | CO | 80301 | | Mutual Confidentiality Agreement effective May 8, 2001 between MobileAria, Inc. and Boulder Global Development Group, LLC. |
| BP Amoco Chemical Company | John Diendorf | 150 W. Warrenville Road | | Naperville | IL | 60563 | | Confidentiality Agreement effective May 5, 2003 between MobileAria, Inc. and BP Amoco Chemical Company |
| Breo Ventures, LLC | Richard H. Miller | 471 Emerson | Suite 200 | Palo Alto | CA | 94301 | | Confidentiality Agreement effective October 20, 2000 between MobileAria, Inc. and Breo Ventures, LLC. |
| Brix Group Inc. | | 565 Display Way | | Sacramento | CA | 95838-3363 | | Mutual Confidentiality Agreement effective January 3, 2003 between MobileAria, Inc. and Brix Group |
| Buena Vista Internet Group | Legal Department | 500 South Buena Vista Street | | Burbank | CA | 91521-7710 | | Mutual Nondisclosure Agreement effective December 8, 2000 between MobileAria, Inc. and Buena Vista Internet Group |
| Deborah L. Cameron | | | | | | | | Mutual Confidentiality Agreement effective January 21, 2003 between MobileAria, Inc. and Deborah L. Cameron |
| Scott Kornak Consulting | Scott Kornak | Unit #10, University Research Center | 3535 Research Road | Calgary | Alberta | T2L 2K8 | Canada | Mutual Confidentiality Agreement effective November 21, 2005 between MobileAria, Inc. and Scott Kornak Consulting |
| CAT Technology | Aaron Mahler | 337 Route 17 South Ste 210 | | Hasbruck Heights | NJ | 07604 | | Mutual Confidentiality Agreement effective January 9, 2001 between MobileAria, Inc. and CAT Technology |
| Catalyst Capital Partners, Inc. | Suresh Fernando | 1102-1050 Burrard Street | | Vancouver | BC | V6Z 2S3 | Canada | Confidentiality Agreement effective May 11, 2004 between MobileAria, Inc. and Catalyst Capital Partners, Inc. |
| Cellocator, Ltd. | Amnon Duchorne-Nave | 19 Hamelacha Street | Park Afek | Rosh-Ha'ayin | | 48101 | Israel | Demonstration Confidentiality Agreement effective September 19, 2001 between MobileAria, Inc. and Cellocator, Ltd. |
| Cellport Systems, Inc. | Doug Daniels | 4886 Pearl East Circle | Suite 300E | Boulder | CO | 80301 | | Mutual Confidentiality Agreement effective March 16, 2001 between MobileAria, Inc. and CellPort Systems, Inc. |
| Centrality Communications, Inc. | Philip Lau | 2520 Mission College Boulevard | Suite 103 | Santa Clara | CA | 95054 | | Mutual Confidentiality Agreement effective September 8, 2004 between MobileAria, Inc. and Centrality Communications, Inc. |
| Certicom International Corp. | Raymond J. Menard | Bat C | 8 rue Fulgence Bienvenue | Lannion Cedex | BP | 418 22305 | France | Mutual Confidentiality Agreement effective January 28, 2003 between MobileAria, Inc. and Certicom International Corp. |
| Cho Graphics | Yung Cho | 8270 Washington Village Drive | | Centerville | OH | 45458 | | Confidentiality Agreement effective August 15, 2001 between MobileAria, Inc. and Cho Graphics |
| Cisco Systems | Scott Einhorn | 170 West Tasman Dr | | San Jose | CA | 95134 | | Mutual Confidentiality Agreement effective March 16, 2001 between MobileAria, Inc. and Cisco Systems |
| Clarity, LLC | Alan Beale | 4515 14th Ave SE | | Naples | FL | 34117 | | Mutual Confidentiality Agreement effective February 4, 2002 between MobileAria, Inc. and Clarity, LLC |
| CONTEX Engineering International, Inc. | Jerry Sun | 1931 Old Middlefield Way | Unit X | Mountain View | CA | 94043 | | Mutual Confidentiality Agreement effective September 5, 2002 between MobileAria, Inc. and CONTEX Engineering International, Inc. |
| Coradiant Inc. | Jim Thayer | 4260 Girouard Avenue | Suite 100 | Montreal | QC | H4A 3C9 | Canada | Demonstration Confidentiality Agreement effective September 19, 2001 between MobileAria, Inc. and Coradiant Inc. |

Delphi Corporation
Special Parties

| CreditorName | CreditorNoticename | Address1 | Address2 | City | State | Zip | Country | Agreement |
|---|---|---|---|---|---|---|---|---|
| Creative & Response Research | Christiaan de Brauw | 500 North Michigan Avenue | | Chicago | IL | 60611 | | Confidentiality Agreement effective June 28, 2001 between **MobileAria, Inc.** and **Creative & Response Research** |
| Cross Country Global ITS Services Corp. | Peter Van Alstine | | | | | | | Mutual Confidentiality Agreement effective February 7, 2003 between MobileAria, Inc. and Cross Country Global ITS Services Corp. |
| CMG, Inc. | Jonathan Lawrence | 33914 Crystal Mountain Blvd | | Crystal Mountain | WA | 98022 | | Mutual Confidentiality Agreement effective January 28, 2002 between MobileAria, Inc. and The Crystal Mountain Group (CMG, Inc.) |
| CTA Consulting | Francois Truc | 21622 West Mockingbird | | Kildeer | IL | 60047 | | Mutual Confidentiality Agreement effective April 30, 2004 between MobileAria, Inc. and CTA Consulting |
| CustomWeather, Inc. | Geoffrey M. Flint | 26 South Park | | San Francisco | CA | 94107 | | Mutual Confidentiality Agreement effective June 10, 2003 between MobileAria, Inc. and CustomWeather, Inc. |
| Cytranz, Inc. | Frederick Soskiel | 911 E 86th St Ste 105 | | Indianapolis | IN | 46240 | | Mutual Confidentiality Agreement effective November 12, 2002 between MobileAria, Inc. and Cytranz, Inc. |
| Data Dimensions | Sadiq Patankar | 1900 S. Norfolk Street | Suite 235 | San Mateo | CA | 94403 | | Confidentiality Agreement effective June 11, 2001 between **MobileAria, Inc.** and **Sadiq Patankar** |
| Datascan Technologies, Inc. | Paul J. Lane | 10700 North Freeway | Suite 550 | Houston | TX | 77037 | | Mutual Confidentiality Agreement effective April 19, 2005 between MobileAria, Inc. and Datascan Technologies, Inc. |
| Dejai Pty Ltd | RoadPilot (Asia Pacific) Pty Ltd | Attn:  David Harris | 53 Heyington Place P.O. Box 101 | Toorak | Melbourne | 3142 | Victoria, Australia | Mutual Confidentiality Agreement effective June 2, 2004 between **MobileAria, Inc.** and **Dejai Pty Ltd and/or RoadPilot (Asia Pacific) Pty Ltd.** |
| Dow Jones & Company, Inc. | Adam Muskal | PO Box 300 | | Princeton | NJ | 08543 | | Nondisclosure Agreement effective June 8, 2001 between **MobileAria, Inc.** and **Dow Jones & Company, Inc.** |
| Dow Jones & Company, Inc. | Adam Muskal | 4300 North Route 1 | | South Brunswick | NJ | 08852 | | Nondisclosure Agreement effective June 8, 2001 between MobileAria, Inc. and Dow Jones & Company, Inc. |
| DPAC Technologies | William M. Stowell | 7321 Lincoln Way | | Garden Grove | CA | 92841 | | Mutual Confidentiality Agreement effective July 29, 2004 between MobileAria, Inc. and DPAC Technologies |
| Eletel Inc. | George Krucek | 1050 Northgate Dr Ste 350 | | San Rafael | CA | 94903 | | Mutual Confidentiality Agreement effective July 20, 2001 between MobileAria, Inc. and Eletel Inc. |
| Extended Systems Incorporated | | 5777 N. Meeker Avenue | P.O. Box 4937 | Boise | ID | 83711 | | Mutual Non-Disclosure effective November 14, 2001 between **MobileAria, Inc.** and **Extended Systems Incorporated** |
| Ember Corporation | Adrian Tuck | 313 Congress Street | | Boston | MA | 02210 | | Mutual Confidential Disclosure Agreement effective July 2, 2003 between MobileAria, Inc. and Ember Corporation |
| EMS Technologies Canada, Ltd. | Catherine Easton | 1725 Woodward Drive | | Ottawa | Ontario | K2C OP9 | Canada | Mutual Confidentiality Agreement effective October 16, 2002 between MobileAria, Inc. and EMS Technologies Canada, Ltd. |
| Enterprise Information Solutions, Inc. | Marc Mitchell | 9891 Broken Land Pkwy 300 | | Columbia | MD | 21049 | | Mutual Confidentiality Agreement effective February 27, 2004 between **MobileAria, Inc.** and **Enterprise Information Solutions, Inc.** |
| Ericsson Inc. | North American Headquarters | 6300 Legacy Dr | | Plano | TX | 75024 | | Mutual Confidentiality Agreement effective July 10, 2001 between MobileAria, Inc. and Ericsson Inc. |
| Esex Electronics, Inc. | Garrett Kaufman | 1130 Mark Avenue | | Carpinteria | CA | 93013 | | Mutual Confidentiality Agreement effective August 25, 2003 between MobileAria, Inc. and Essex Electronics Incorporated |
| FedEx Ground Package System, Inc. | Roman Hlutkowsky | 1000 FedEx Drive | | Moon Township | PA | 15108 | | Mutual Nondisclosure Agreement effective April 29, 2005 between **MobileAria, Inc.** and **FedEx Ground Package System, Inc.** |
| FleetRisk Advisors, LLC | Christopher Brogan | Gainey Ranch Center | 7702 East Doubletree Ranch Road | Scottsdale | AZ | 85258 | | Mutual Confidentiality Agreement effective June 22, 2004 between MobileAria, Inc. and FleetRisk Advisors, LLC |
| FleetRisk Advisors, LLC | Samuel M. Wilkes | 21 Blackland Road | | Atlanta | GA | 30342 | | Mutual Confidentiality Agreement effective June 22, 2004 between MobileAria, Inc. and FleetRisk Advisors, LLC |
| Fonix Corporation | Kurt Flygare | 180 West Election Road | | Draper | UT | 84020 | | Mutual Confidentiality Agreement effective May 23, 2000 between MobileAria, Inc. and Fonix Corporation |
| FORCE Computers, Inc. | Paul Mercadante | 4305 Cushing Parkway | | Fremont | CA | 94538 | | Mutual Confidentiality Agreement effective August 28, 2001 between MobileAria, Inc. and Force Computers, Inc. |
| Forrester Research | Brittany E. Roberts | 400 Technology Square | | Cambridge | MA | 02139 | | Confidentiality Agreement effective September 19, 2001 between **MobileAria, Inc.** and **Forrester Research** |
| Forrester Research | Brittany E. Roberts | 400 Technology Square | | Cambridge | MA | 02139 | | Master Agreement effective September 21, 2001 between **MobileAria, Inc.** and **Forrester Research** |
| Freightliner LLC | Paul Menig | 4747 N. Channel Avenue | | Portland | OR | 97217 | | Confidentiality and Non-Disclosure Agreement for Proprietary Information effective June 7, 2001 between **MobileAria, Inc.** and **Freightliner LLC** |
| Gearworks Inc. | Keith Lauver | 930 Blue Gentian Road | Suite 100 | Eagan | MN | 55121 | | Mutual Confidentiality Agreement effective May 9, 2001 between **MobileAria, Inc.** and **Gearworks, Inc.** |
| GenX Mobile Incorporated | Rodric C. Fan | 1955 Concourse Dr | | San Jose | CA | 95131 | | Mutual Confidentiality Agreement effective November 30, 2004 between MobileAria, Inc. and Genx Mobile Incorporated |
| Geographic Data Technology, Inc. | Ilse R. Ramsey | 11 Lafayette Street | | Lebanon | NH | 03766-1445 | | Mutual Confidentiality Agreement effective February 14, 2001 between **MobileAria, Inc.** and **Geographic Data Technology, Inc.** |

In re: Delphi Corporation, et al.
Case No. 05-44481.

Page 4 of 12

7/10/2006 11:41 AM

Delphi Corporation
Special Parties

| CreditorName | CreditorNoticename | Address1 | Address2 | City | State | Zip | Country | Agreement |
|---|---|---|---|---|---|---|---|---|
| Globespan Virata, Inc. | Tom McQuade | 100 Schulz Drive | | Red Bank | NJ | 07701 | | Mutual Confidentiality Agreement effective September 17, 2004 between MobileAria, Inc. and GlobespanVirata, Inc. |
| Go2 Systems, Inc. | Brad Schorer | 18400 Von Karman | Suite 320 | Irvine | CA | 92612 | | Mutual Confidentiality Agreement effective January 24, 2001 between MobileAria, Inc. and Go2 Systems, Inc. |
| Halliburton Energy Services, Inc. | Gary G. Tyler | 10200 Bellaire Boulevard | | Houston | TX | 77072 | | Confidentiality Agreement effective March 4, 2004 between MobileAria, Inc. (and Delphi) and Halliburton |
| Hi-G-Tek Ltd. | Ran Sender | 16 Hacharoshet Street | | Or-Yehuda | | 60375 | Israel | Mutual Confidentiality Agreement effective March 3, 2003 between MobileAria, Inc. and Hi-G-Tek Ltd. |
| Houlihan Lokey Howard & Zukin | Glenn Daniel | One Sansome | 17th Floor | San Francisco | CA | 94104 | | Mutual Confidentiality Agreement effective February 3, 2005 between MobileAria, Inc. and Houlihan Lokey Howard & Zukin |
| IBM | Alma Diaz | Contract Administrator | 8051 Congress Avenue | Boca Raton | FL | 33487 | | IBM Agreement for Exchange of Confidential Information effective July 25, 2002 between MobileAria, Inc. and International Business Machines Corporation and related Confidential Disclosure Agreement – Supplement for Disclosure effective February 15, 2006 |
| Indus International, Inc. | Adam V. Battani | 3301 Windy ridge Parkway | | Atlanta | GA | 30339 | | Mutual Confidentiality Agreement effective March 13, 2006 between MobileAria, Inc. and Indus International, Inc. |
| InfoGation Corp. | Kent Pu | 6440 Lusk Blvd #D201 | | San Diego | CA | 92121 | | Mutual Confidentiality Agreement effective June 12, 2001 between MobileAria, Inc. and InfoGation Corp. |
| InfoSpace, Inc. | Mitgn Mehta | 601 – 108th Avenue NE | | Bellevue | WA | 98004 | | Mutual Confidentiality Agreement effective May 23, 2001 between MobileAria, Inc. and InfoSpace, Inc. |
| Innovative Software Engineering, L.L.C. | Hass Machlab | 100 Oakdale Campus | #101 TIC | Iowa City | IA | 52242 | | Reciprocal Non-Disclosure Agreement effective October 10, 2005 between MobileAria, Inc. and Innovative Software Engineering, LLC. |
| Insight Services Corporation | Paul Kent | 1305 West Auto Druive | | Tempe | AZ | 85284 | | Mutual Non-Disclosure Agreement effective June 3, 2003 between MobileAria, Inc. and Insight Services Corporation |
| Intel Corporation | Jason Chen | 2200 Mission College Boulevard | | Santa Clara | CA | 95052-8119 | | Corporate Non-Disclosure Agreement effective November 6, 2003 between MobileAria, Inc. and Intel Corporation |
| InterNap | Christopher Leal | Internap Network Services Corporation | 250 Williams St | Atlanta | GA | 30303 | | Mutual Confidentiality Agreement effective June 20, 2001 between MobileAria, Inc. and InterNap |
| International Truck & Engine Corporation | Jeff Bannister | International Truck and Engine Corporation | 4201 Winfield Rd. | Warrenville | IL | 60555 | | Mutual Confidentiality Agreement effective January 17, 2003 between MobileAria, Inc. and International Truck & Engine Corporation (iTEC) |
| Intrinsyc Software International, Inc. | Chief Financial Officer | 700 West Pender Street | 10th Floor | Vancouver | BC | V6C 1GB | Canada | Mutual Confidentiality Agreement effective April 19, 2005 between MobileAria, Inc. and Intrinsyc Software International, Inc. |
| Innvo Systems Pte Ltd | Rajiv M. Ranganath | 20 Ayer Rajah Crescent | #04-04 | | | 139964 | Singapore | Mutual Confidentiality Agreement effective April 29, 2003 between MobileAria, Inc. and Innvo Systems Pte Ltd |
| Iridium Satellite LLC | Donald L. Thomas | 1600 Wilson Boulevard | Suite 1000 | Rosslyn | VA | 22209-2594 | | Mutual Non-Disclosure Agreement effective May 7, 2003 between MobileAria, Inc. and Iridium Satellite LLC |
| Iteris, Inc. | Dan Gillian | 1515 South Manchester Avenue | | Anaheim | CA | 92802-2907 | | Mutual Confidentiality Agreement effective September 22, 2002 between MobileAria, Inc. and Iteris, Inc. |
| SiriCOMM, Inc. | David N. Mendez | 2900 Davis Boulevard | Suite 130 | Joplin | MO | 64804 | | Mutual Confidentiality Agreement effective April 4, 2002 by and between SiriCOMM, Inc. and MobileAria, Inc. |
| Smartroute Systems | Kate Adams | 141 Porland Street | | Cambridge | MA | 02139 | | Mutual Confidentiality Agreement effective January 16, 2001 by and between Smartroute Systems and MobileAria, Inc. |
| softDSP Co. Ltd | Dae-Yun Kang President | 203 Jungil Bldg | 552-1 Sungnae-dong | Kangdong-ku | Seoul | | Korea | Nondisclosure Confidential Agreement effective November 28, 2003 by and between softDSP Co. Ltd. and MobileAria, Inc. |
| softDSP Co. Ltd | Dae-Yun Kang President | 203 Jungil Bldg | 552-1 Sungnae-dong | Kangdong-ku | Seoul | | Korea | Mutual Confidentiality Agreement effective December 8, 2003 by and between SoftDSP and MobileAria, Inc. |
| Software SETT Corporation | | 233 Oak Meadow Drive | | Los Gatos | CA | 95032 | | Mutual Confidentiality Agreement effective September 12, 2001 by and between Software Sett Corp. and MobileAria, Inc. |
| Sprint/United Management Company | Michelle D. Gottstein | Corporate Headquarters | 2001 Edmund Halley Dr | Reston | VA | 20191 | | Mutual Non-Disclosure Agreement effective November 29, 2005 by and between Sprint/United Management Company and MobileAria |
| SRI Consulting Business Intelligence | Stephen Baughman | 333 Ravenswood Avenue | | Menlo Park | CA | 94025 | | Confidentiality Agreement effective May 31, 2001 by and between SRI Consulting Business Intelligence and MobileAria, Inc. |
| Strategy.com Incorporated | | 8000 Towers Crescent Drive | Suite 1400 | Vienna | VA | 22182 | | Mutual Non-Disclosure Agreement effective June 12, 2001 by and between Strategy.com Incorporated and MobileAria, Inc. |
| Clint Suson | | [Address on File] | | | | | | Mutual Confidentiality Agreement effective July 15, 2005 by and between Clint Suson and MobileAria, Inc. |

Delphi Corporation
Special Parties

| CreditorName | CreditorNoticename | Address1 | Address2 | City | State | Zip | Country | Agreement |
|---|---|---|---|---|---|---|---|---|
| Microsoft Corporation | | One Microsoft Way | | Redmond | WA | 98052-6399 | | Microsoft Corporation Non-disclosure agreement (standard reciprocal) effective February 13, 2002 by and between **Microsoft Corporation** and **MobileAria, Inc.** |
| Mitchell International Inc. | Jason L. Gray | 9889 Willow Creek Road | | San Diego | CA | 92131 | | Non-disclosure Agreement effective April 21, 2006 by and between **Mitchell International Inc.** and **MobileAria** |
| Webraska Mobile Technologies, S.A. | Jeffrey Riggs | 39555 Orchard Hill Place | Suite 600 | Novi | MI | 48375 | | Mutual Confidentiality Agreement effective April 18, 2001 by and between **Webraska Mobile Technologies SA** and **MobileAria, Inc.** |
| Webraska Mobile Technologies, S.A. | | 78 306 Poissy Cedex | | 3 rue Gustave Eiffel | | | France | Mutual Confidentiality Agreement effective April 18, 2001 by and between Webraska Mobile Technologies SA and MobileAria, Inc. |
| Webraska Mobile Technologies, S.A. | Jeffrey Riggs | 39555 Orchard Hill Place | Suite 600 | Novi | MI | 48375 | | Sample Software confidentiality agreement effective May 21, 2001 by and between **Webraska Mobile technologies SA** and **MobileAria, Inc.** |
| Webraska Mobile Technologies, S.A. | | 78 306 Poissy Cedex | | 3 rue Gustave Eiffel | | | France | Sample Software confidentiality agreement effective May 21, 2001 by and between Webraska Mobile Technologies SA and MobileAria, Inc. |
| WirelessCar | Gary Hallgren | 111 Pacifica | Suite 200 | Irvine | CA | 92618 | | Mutual non-disclosure agreement effective July 17, 2001 by and between **Wireless Car North America, Inc.** and **MobileAria** |
| Xtrasource, Inc. | Richard K. Tyler | 2245 Enterprise Parkway East | | Twinsburg | OH | 44087 | | Mutual Confidentiality Agreement effective June 4, 2001 by and between **Xtrasource,Inc.** and **Mobilaria, Inc.** |
| Xoriant corporation | Venky Varadarajan | 5400 Betsy Ross Drive | Suite 200 | Santa Clara | CA | 95054 | | Mutual Confidentiality Agreement effective September 19, 2001 by and between **Xoriant Corporation** and **MobileAria, Inc.** |
| Xtrasource, Inc. | Richard K. Tyler | 2245 Enterprise Parkway East | | Twinsburg | OH | 44087 | | Mutual Confidentiality Agreement effective June 4, 2001 by and between **Xtrasource, Inc.** and **Mobilaria, Inc.** |
| TrafficCast | Jing (Connie) Li | 2122 Luann Lane | | Madison | WI | 53713 | | Mutual Confidentiality Agreement effective February 8, 2001 by and between **TrafficCast** and **MobileAria, Inc.** |
| Transport International Pool, Inc. | | 426 West Lancaster Avenue | | Devon | PA | 19333 | | Confidentiality Agreement effective August 5, 2003 by and between **Transport International Pool, Inc.** and **MobileAria, Inc.** |
| Trialon Corporation | Les Hadden | 1815 Touby Pike | | Kokomo | IN | 46901 | | Mutual Confidentiality Agreement effective January 17, 2006 by and between **Trialon Corp.** and **MobileAria, Inc.** |
| TEMIC Sprachverarbeitung GmbH | Dr. Mathias Gollwitoer | Soeflinger Str. 100 | | D-89077 | Ulm | | Germany | Mutual Confidentiality Agreement effective July 16, 2001 by and between **TEMIC Sprachverarbeitung GmbH** and **MobileAria, Inc.** |
| Tsola, Inc. | | 1301 Shoreway Road | Suite 123 | Belmont | CA | 94002 | | Mutual Confidentiality Agreement effective January 31, 2001 by and between **Tsola,Inc.** and **MobileAria, Inc.** |
| Video Domain US | Ilan Zorman | 970 Van Auken | | Palo Alto | CA | 94304 | | Mutual Confidentiality Agreement effective October 27, 2003 by and between **Video Domain US** and **MobileAria, Inc.** |
| Visual Data Corporation | George G. Stemper Jr. | 1291 SW 29th Avenue | | Pompano Beach | FL | 33069 | | Mutual Confidentiality Agreement effective April 6, 2001 by and between **Visual Data Corporation** and **Mobilaria, Inc.** |
| Voice Access Technologies, Inc. | R. Michael Elder | 170 Knowles Drive | Suite 200 | Los Gatos | CA | 95932 | | Mutual Confidentiality Agreement effective December 4, 2000 by and between **Voice Access Technologies** and **Mobilaria, Inc.** |
| VRV Design Pvt Ltd. | Bert Q. Vlaanderen | #325 6Fl-1 Roosevelt Rd | Sec 3 | Taipei | | 106 | Taiwan | Mutual Confidentiality Agreement effective August 13, 2001 by and between **V&V Design Private Ltd.** and **MobileAria, Inc.** |
| VRV Design Pvt Ltd. | H. Kantilal Compound | Sir MV Road 1st Fl | Sakinaka Andheri | Mumbai | | 40072 | India | Mutual Confidentiality Agreement effective August 13, 2001 by and between **V&V Design Private Ltd.** and **MobileAria, Inc.** |
| Cellco Partnership dba Verizon Wireless | Rosemary Garavaglia | 180 Washington Valley Road | | Bedminster | NJ | 07921 | | Mutual nondisclosure agreement #750-02132-2004 effective January 1, 2005 by and between **Cellco Partnership dba Verizon Wireless** and **MobileAria, Inc.** |
| Volt Delta Resources, Inc. | Anthony Donato | 2401 North Glassell Street | | Orange | CA | 92865 | | Mutual Confidentiality Agreement effective May 10, 2002 by and between **Volt Data Resources, Inc.** and **MobileAria, Inc.** |
| Volvo Penta of the Americas, Inc. | | 1300 Volvo Penta Dr | | Chesapeake | VA | 23320-9860 | | Secrecy and Confidentiality agreement effective January 17, 2005 by and between Volvo Penta of the Americas, Inc. and MobileAria, Inc. |
| Wavemakers | Richard Sones | 134 Abbott St Ste 302 | | Vancouver | BC | V6B 2K4 | Canada | Mutual confidentiality agreement effective November 20, 2002 by and between **Wavemakers** and **MobileAria, Inc.** |
| Wayland Systems | Meilir Page-Jones | | | | | | | Mutual Confidentiality Agreement effective December 20, 2002 by and between **Wayland Systems** and **MobileAria, Inc.** |
| Weatherbank, Inc. | Michael R. Root | 1015 Waterwood Parkway | Suite J | Edmond | OK | 73034 | | Mutual Confidentiality Agreement effective April 27, 2001 by and between **Weatherbank, Inc.** and **Mobilaria, Inc.** |
| WhereNet Corp. | Sean O'Connell | 2858 De La Cruz Boulevard | | Santa Clara | CA | 95050 | | Mutual Confidentiality Agreement effective May 1, 2003 by and between **WhereNet corp.** and **MobileAria, Inc.** |

Delphi Corporation
Special Parties

| CreditorName | CreditorNoticename | Address1 | Address2 | City | State | Zip | Country | Agreement |
|---|---|---|---|---|---|---|---|---|
| Rodney Williams | | [Address on File] | | | | | | Mutual Confidentiality Agreement effective February 1, 2001 by and between Rodney Williams and MobileAria, Inc. |
| Itochu Technology, Inc. | Takayaki Fukuhara | 3945 Freedom Circle, Ste 350 | | Santa Clara | CA | 95054 | | Mutual Confidentiality Agreement effective July 16, 2001 between MobileAria, Inc and Itochu Technology Inc. |
| IITRON, Taipei, Taiwan | Bert Q. Vlannderen | iiTron | 651 Franklin St., #4308 | Mountain View | CA | 94041 | | Mutual Confidentiality Agreement effective June 20, 2001 between MobileAria, Inc and IITRON |
| Ivus Technical Services, Inc. | Heather Howard | 155 Myrtle Street | | Oakland | CA | 94607 | | Mutual Confidentiality Agreement effective May 1, 2001 between MobileAria, Inc and Ivus Technical Services, Inc. |
| IXI Mobile | David Bialer | 1032 Elwell Court | #111 | Palo Alto | CA | 94303 | | Mutual Confidentiality Agreement effective April 13, 2000 between MobileAria, Inc and IXI Mobile |
| Exelon Corporation | PECO Energy Company | Attn:  Patrick M. White | | | | | | Confidentiality and Nondisclosure Agreement effective March 29, 2004 between Exelon Corporation and MobileAria, Inc |
| PepsiCo, Inc. | Joe Yates | 5600 Headquarters Drive | | Plano | TX | 75024 | | Confidentiality and Nondisclosure Agreement effective September 7, 2005 between Pepsico Inc. and MobileAria, Inc |
| PHH Vehicle Management Services, LLC | David J. Coleman | 307 International Circle | | Hunt Valley | MD | 21030-1337 | | Confidentiality Agreement effective July 14, 2004 between PHH Vehicle Management Services, LLC and MobileAria, Inc |
| PHH Arval | David J. Coleman | 940 Ridgebrook Road | | Sparks | MD | 21152 | | Letter of Intent dated August 11, 2004 between PHH Vehicle Management Services, Inc and MobileAria, Inc |
| Puerto Rico Telephone | Benjamin Figueroa | P.O. Box 360998 | | San Juan | P.R. | 936 | | Mutual Confidentiality Agreement effective September 29, 2005 between MobileAria, Inc and Puerto Rico Telephone |
| Pumatech, Inc. | Kally J. Hicks | 2550 North First Street | Suite 500 | San Jose | CA | 95131 | | Mutual Confidentiality Agreement effective march 9, 2001 between MobileAria, Inc and Pumatech, Inc. |
| NEC BNS | Wally Bryant | NEC Unified Solutions, Inc. | 6535 N. State Highway 161 | Irving | TX | 75039-2402 | | Mutual Confidentiality Agreement effective March 16, 2001 between MobileAria, Inc and NEC BNS |
| Networkcar, Inc. | Donald Brady | 4510 Executive Drive | Suite 315 | San Diego | CA | 92121 | | Mutual Confidentiality Agreement effective September 13, 2001 between MobileAria, Inc and Networkcar, Inc. |
| Networkcar, Inc. | Donald Brady | 4510 Executive Drive | Suite 315 | San Diego | CA | 92121 | | Mutual Confidentiality Agreement effective May 1, 2001 between MobileAria, Inc and Networkcar, Inc. |
| NEXIQ Technologies, Inc. | James C. Griffin Jr. | 6425 Nineteen Mile Road | | Sterling Heights | MI | 48314 | | Mutual Confidentiality Agreement effective March 6, 2001 between MobileAria, Inc and NEXIQ Technologies, Inc |
| NFO WorldGroup, Inc. | Michelle Pontrelli | 33 New Montgomery Street | Suite 1200 | San Francisco | CA | 94105 | | Mutual Confidentiality Agreement effective February 5, 2000 between MobileAria, Inc and NFO Worldgroup, Inc. |
| Noregon Systems, Inc. | Chad Pearson | 500 Shepherd Street | Suite 300 | Winston-Salem | NC | 27013 | | Non-Disclosure Agreement effective September 19, 2002 between MobileAria, Inc and Noregon Systems, Inc. |
| Nortel Networks Inc. | | 2221 Lakeside Boulevard | | Richardson | TX | 75082 | | Mutual Non-Disclosure Agreement effective October 12, 2005 between MobileAria, Inc and Nortel Networks, Inc. |
| Nuance Communications | Monica L. Greenberg | 1005 Hamilton Court | | Menlo Park | CA | 94025 | | Non-Disclosure Agreement effective November 29, 2000 between MobileAria, Inc and Nuance Commutations |
| Nuance Communications | Monica L. Greenberg | 1005 Hamilton Court | | Menlo Park | CA | 94025 | | Mutual Confidentiality Agreement effective November 29, 2000 between MobileAria, Inc and Nuance Communications |
| ObjectFX Corporation | Christopher A. Schwartzbauer | 10 Second Street NE | Suite 400 | Minneapolis | MN | 55413 | | Mutual Confidentiality Agreement effective February 13, 2003 between MobileAria, Inc and ObjectFX Corporation |
| The O'Gara Group, Inc. | Bill O'Gara | 8180 Corporate Park Drive | Suite 301 | Cincinnati | OH | 45242 | | Confidentiality Agreement effective August 9, 2004 between MobileAria, Inc and Bill O'Gara |
| Jim Obot | | | | | | | | Mutual Confidentiality Agreement effective July 14, 2003 between MobileAria, Inc and Jim Obot |
| Kathleen Pacyna | | | | | | | | Mutual Confidentiality Agreement effective March 25, 2001 between MobileAria, Inc and Kathleen Pacyna |
| MSNBC Interactive News, L.L.C. | Michael Wann | Business Development Manager | One Microsoft Way | Redmond | WA | 98052-6399 | | MSNBC Interactive News LLC Non-Disclosure Agreement (Non-Standard Reciprocal) effective April 28, 2001 between MobileAria and MSNBC Interactive News, LLC |
| Motorola, Inc. | Integrated Electronic Systems Sector | Attn:  Brian P. Santoro | 50 Northwest Point Boulevard | Elk Grove Village | IL | 60007 | | Mutual Non-Disclosure Agreement effective June 27, 2001 between MobileAria, Inc and Motorola, Inc. |
| Kurt Martin | Munchen | Postfach 1351 | 85767 Unterfohring | Bundesrepublik Deutschland | | | | Confidentiality Agreement effective January 24, 2002 between MobileAria, Inc and Kurt Martin |
| MobileBriefs, Inc. | Michael F. Price | 66 Perimeter Ctr E # 600 | | Atlanta | GA | 30346-1807 | | Mutual Confidentiality Agreement effective August 9, 2001 between MobileAria, Inc and MobileBriefs, Inc. |
| Mobiapps Inc. | Ann Panuja | 1000 Wilson Blvd | | Arlington | VA | 22209 | | Mutual Confidentiality Agreement effective December 6, 2002 between MobileAria, Inc and MobiApps, Inc. |
| John N. Miskew | | | | | | | | Mutual Confidentiality Agreement effective June 20, 2005 between MobileAria, Inc and John Miskew |
| Microsoft Corporation | Gonzalo Bustillos | One Microsoft Way | | Redmond | WA | 98052-6399 | | Microsoft Corporation Non-Disclosure Agreement (Standard Reciprocal) effective February 25, 2002 between MobileAria, Inc and Microsoft |
| Mentora Group, Inc. | | 5825 Glenridge Drive, Bldg 3, Suite 101 | | Atlanta | GA | 30328 | | Mutual Confidentiality Agreement effective September 11, 2001 between MobileAria, Inc and Mentora Group, Inc. |

Delphi Corporation
Special Parties

| CreditorName | CreditorNoticename | Address1 | Address2 | City | State | Zip | Country | Agreement |
|---|---|---|---|---|---|---|---|---|
| Mentora Group, Inc. | | 5825 Glenridge Drive, Bldg 3, Suite 101 | | Atlanta | GA | 30328 | | Mentora Master Service Agreement effective September 24, 2001 between MobileAria, Inc and Mentora Group, Inc. |
| MCI Worldcom Communications, Inc. | | 205 N Michigan Ave Ste 2700 | | Chicago | IL | 60601-5924 | | Non-Disclosure Agreement effective December 16, 2003 between MobileAria, Inc and MCI |
| Lucent Technologies Inc. | Jorge Rodriquez | 600 Mountain Avenue | | Murray Hill | NJ | 07974 | | Non-Disclosure Agreement effective October 6, 2005 between MobileAria, Inc and Lucent Technologies, Inc. |
| Lion Bridge Tech. | Sadiq Patankar | 1050 Winter Street | | Waltham | MA | 02451 | | Mutual Confidentiality Agreement effective September 18, 2001 between MobileAria, Inc and Lion Bridge Tech |
| LG Infocom Inc. | William Lee Finney | LG Electronics Mobilecomm U.S.A., Inc. | 10225 Willow Creek Rd. | San Diego | CA | 92131 | | Mutual Confidentiality Agreement effective July 17, 2001 between MobileAria, Inc and LG Infocom, Inc. |
| LogikKos, Inc. | Logikos, Inc. | 2914 Independence Drive | | Fort Wayne | IN | 46808 | | Mutual Confidentiality Agreement effective December 9, 2002 between MobileAria, Inc and Logikos, Inc. |
| Lat-Lon, LLC | David Baker | 4251 South Natches Court | Unit C | Sheridan | CO | 80110 | | Mutual Confidentiality Agreement effective April 28, 2003 between MobileAria, Inc and Lat-Lon, LLC |
| Kiryung Electronics | H. J.Kwon | | | Kumchun-ku | Seoul | | Korea | Mutual Confidentiality Agreement effective December 16, 2003 between MobileAria, Inc and Kiryung Electronics |
| Chuck King | | | | | | | | Mutual Confidentiality Agreement effective August 12, 2003 between MobileAria, Inc and Chuck King |
| Kirsen Technologies Corp. | Kirill S. Mostov | | | | | | | Mutual Confidentiality Agreement effective January 25, 2004 between MobileAria, Inc and Kirsen Technologies, Corp. |
| Al Kinzie | | | | | | | | Mutual Confidentiality Agreement effective January 31, 2006 between MobileAria, Inc and Al Kinzie |
| Israel Kalman | | | | | | | | Mutual Confidentiality Agreement effective March 11, 2004 between MobileAria, Inc and Israel Kalman |
| JP Systems, Inc. | David Erdner | 12000 Ford Road | Suite 400 | Dallas | TX | 75234 | | Mutual Confidentiality Agreement effective November 21, 2000 between MobileAria, Inc and JP Systems, Inc. |
| James Morton | | 159 Morning Dove Lane | | Statesville | NC | 28625 | | Mutual Confidentiality Agreement effective December 2, 2004 between MobileAria, Inc and Jim Morton |
| J. B. Hunt | George Brooks | 615 J. B. Hunt Corporate Drive | | Lowell | AR | 72745 | | Mutual Confidentiality Agreement effective May 24, 2005 between MobileAria, Inc and JB Hunt, LLC |
| The Next Market | A. J. Menuzzi | | | | | | | Mutual Confidentiality Agreement effective October 18, 2001 between MobileAria, Inc and The Next Market |
| Quake Global, Inc. | J. C. Moir | 9765 Clairemont Mesa Boulevard | Suite A | San Diego | CA | 92124 | | Quake Global, Inc. Mutual Non-Disclosure Agreement effective May 14, 2003 between MobileAria, Inc and Quake Global, Inc. |
| Qualnetics Corporation | Richard H. Stenson | 14241 NE Woodinville-Duvall Road | #176 | Woodinville | WA | 98072 | | Mutual Confidentiality Agreement effective July 19, 2004 between MobileAria, Inc and Qualnetics Corporation |
| Rand McNally & Company | Robert L. Simmons | 8255 North Central Park | | Skokie | IL | 60076 | | Mutual Confidentiality Agreement effective August 7, 2002 between MobileAria, Inc and Rand McNally & Company |
| Research In Motion Limited | Craig McLennon | 295 Phillip Street | | Waterloo | Ontario | N2L 3W8 | Canada | Non-Disclosure Agreement effective July 30, 2001 between MobileAria, Inc and Research in Motion (RIM) |
| Research In Motion Limited | Craig McLennon | 131 Shoemaker Street | | Kitchener | Ontario | N2E 3B5 | Canada | Non-Disclosure Agreement effective July 30, 2001 between MobileAria, Inc and Research in Motion (RIM) |
| Response Services Center, LLC | Robert W. Kelly | 6940 Columbia Gateway Drive | | Columbia | MD | 21046 | | Mutual Confidentiality Agreement effective January 25, 2001 between MobileAria, Inc and Responsive Services Center, LLC |
| Robidart Asssociates, Inc. | Charles M. Robidart, Jr. | Robidart & Associates | 18430 Technology Drive Suite A | Morgan Hill | CA | 95037 | | Mutual Confidentiality Agreement effective August 4, 2003 between MobileAria, Inc and Robidart Associates, Inc. |
| Ryder System, Inc. | Kevin N. Rott | 11690 NW 105 Street | | Medley | FL | 33178 | | Mutual Confidentiality Agreement effective June 1, 2005 between MobileAria, Inc and Ryder Systems, Inc. |
| Schlumberger Technology Corporation | Jim Kirksey | Houston Hwy | | Victoria | TX | 77901 | | Confidentiality Agreement effective June 8, 2005 between MobileAria, Inc and Schlumberger Technology Corporation |
| Sentelligence, Inc. | William J. Linden | 100 South Campus Drive | P.O. Box 3799 | Terre Haute | IN | 47803-0799 | | Mutual Confidentiality Agreement effective May 13, 2003 between MobileAria, Inc and Sentelligence, Inc. |
| Sierra Wireless, Inc. | Jason Cohenour | 13811 Wireless Way | | Richmond | British Columbia | V6V 3A4 | Canada | Mutual Confidentiality Agreement effective September 3, 2004 between MobileAria, Inc and Sierra Wireless, Inc. |
| Vijayaraghavan Doraiswami | | [Address on File] | | | | | | Consulting Agreement dated December 16, 2005 between Vijayaraghavan Doraiswami and the Seller |
| Carmell LaVett Oliver | | [Address on File] | | | | | | Consulting Agreement dated March 24, 2006 between Carmell Oliver and the Seller. |
| Clint Suson | | [Address on File] | | | | | | Consulting Agreement dated October 29, 2005 between Clint Suson and Seller. |
| | Attention: General Counsel, | 1801 Varsity Drive, | | Raleigh | NC | 27606 | | Red Hat, Inc., |
| Sun Microsystems, Inc. | | 4150 Network Circle | | Santa Clara | CA | 95054 | | Java software |
| The Apache Software Foundation | | 1901 Munsey Dr | | Forest Hill | MD | 21050-2747 | | Apache License Version 2.0, January 2004 |
| JCorporate Inc. | | 757 SE 17th St. #735 | | Fort Lauderdale | FL | 33316 | | JSPtags (JSP Tags) and Jgroup Software license |
| Linda Lu | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |

In re: Delphi Corporation, et al.
Case No. 05-44481

Page 8 of 12

7/10/2006 11:41 AM

Delphi Corporation
Special Parties

| CreditorName | CreditorNoticename | Address1 | Address2 | City | State | Zip | Country | Agreement |
|---|---|---|---|---|---|---|---|---|
| Lan Strickland | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Peter Thayer | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Scott Plude | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Jonathan Davies | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Narayan Mohanram | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Dan Pliskin | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Wei Wang | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Monali Jain | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Richard Esmonde | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Mathew Holzman | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Gary Stempler | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Prokash Sinha | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Naveen Prabhu | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Alan Cyron | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Neeraj Bagga | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Ed Alcoff | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Bala Chander | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Subramanian Peruvemba | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Haytham Suliman | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Yong Tian | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Rena Yamamoto | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Victor Shao | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Eric Lunsford | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Darrell Duffy | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Andrew Chan | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Kai Wang | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| David Riley | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Juilin Chen | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Stacey Weaver | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Milind Dange | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Chi Chung | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Kuei-Chung Tu | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Maninder Chhabra | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Brian Keith Miles | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |

Delphi Corporation
Special Parties

| CreditorName | CreditorNoticename | Address1 | Address2 | City | State | Zip | Country | Agreement |
|---|---|---|---|---|---|---|---|---|
| Kenneth Hall | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Rodney Blum | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Melora Svoboda | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Daniel Zucker | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Tom O'Gara | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Owen Lynn | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Varma Chanderraju | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Deepak More | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Daniel Jester | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Todd Winkler | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Rochelle Grober | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Zoya Ferdowsian | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Gene Summerville | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Ian McNish | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Purvi Rajani | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Jared Brockway | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Vladimir Chernov | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Joshua Zhu | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Thomas Wood | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Steve Wollenberg | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Bradley M Murray | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Jeffrey Clarke | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Pablo Riviere | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Ira Ghazanfari | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Kevin McGuinn | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Michael Hearney | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Steve Conlisk | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Victoria Vainshtok | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Jay Kim | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Michael Richion | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Rachel Liston | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Edward Gayles | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Dan Kolkowitz | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Doug Giffin | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |

In re: Delphi Corporation, et al.
Case No. 05-44481

Page 10 of 12

7/10/2006 11:41 AM

Delphi Corporation
Special Parties

| CreditorName | CreditorNoticename | Address1 | Address2 | City | State | Zip | Country | Agreement |
|---|---|---|---|---|---|---|---|---|
| Vincent Aragon | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Craig Brown | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Mitchell Rosenberg | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Wing Wong | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Gary Nauslar | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Suena Johnson | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| John Mullen | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Thomas Wainwright | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Daniel Fairbank | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Tammy Vinton | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Chris Bortoli | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Dwight Joseph | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Giovanni Paoletti | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Alan Lai | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Ted Rockcastle | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Robert Esparza | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Peter Robinson | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Alan Bolsh | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Michael Orr | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Vladimir Dubrovsky | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Solomon Asefaw | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Anna Dokakis | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Vinay Kodancha | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Aniruddha Mulay | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Kimberly Durand | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Subramanian Mahesh | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Alla Lagodsky | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Natalie Acevedo | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Lisa Smith | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Christopher Cusanza | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Rohit Nigam | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Satya Bathula | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Ramasamy Ramasubramanian | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Aphrodite Mitropoulos | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |

Delphi Corporation
Special Parties

| CreditorName | CreditorNoticename | Address1 | Address2 | City | State | Zip | Country | Agreement |
|---|---|---|---|---|---|---|---|---|
| Kaushal Mehta | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Hammad Saleem | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Juergen Kienhofer | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Alan Milligan | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Nicolas Courreges | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Gong Liu | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Kavitha Pillarsetty | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Alexander Babichev | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Phil Straw | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Philip Dean | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Eugene Gordienko | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Artur Duko | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Seema Shembekar | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Vladimir Stepanov | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Rajesh Krishnamurthy | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Oksana Vishnevskaya | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Subhasri Rajagopalan | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Ruchika Dhingra | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Bert Vlaanderen | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Andre Sanoyca | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Rajiv Thakur | | [Address on File] | | | | | | Employee Assignment and Proprietary Inventions assignment agreements |
| Openssl License – | | | | | | | | Openssl License – |
| Doug Lea's Java Concurrent Utilities software license | | | | | | | | Doug Lea's Java Concurrent Utilities software license |
| Cross Country Global ITS Services, Corp. | | 1 Cabot Road | | Medford | MA | 02155 | | Emergency Call Center Services Agreement effective February 1, 2006 by and between MobileAria, Inc. and Cross Country Global ITS Services, Corp. |

In re: Delphi Corporation, et al.
Case No. 05-44481

Page 12 of 12

7/10/2006 11:41 AM

# EXHIBIT B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                            :
        In re                               :    Chapter 11
                                            :
DELPHI CORPORATION, et al.,                 :    Case No. 05-44481 (RDD)
                                            :
                           Debtor.          :    (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

NOTICE OF ASSUMPTION AND/OR ASSIGNMENT
OF EXECUTORY CONTRACT OR UNEXPIRED LEASE

PLEASE TAKE NOTICE THAT:

        1.        Pursuant to the Order Under 11 U.S.C. § 105(a) And Fed. R. Bankr. P.

2002 And 9014 Approving (i) Bidding Procedures, (ii) Certain Bid Protections,  (iii) Form

And Manner Of Sale Notices, And (iv) Setting Of A Sale Hearing (the "Bidding Procedures

Order") entered by the United States Bankruptcy Court for the Southern District of New York

(the "Bankruptcy Court") on June 22, 2006, MobileAria, Inc. ("MobileAria") has accepted

the bid of @Road, Inc. (the "Successful Bidder") for the purchase of substantially all of

MobileAria's assets (the "Assets").  The terms of the bid are set forth in the Asset Sale and

Purchase Agreement, dated as of July 7, 2006 between MobileAria and the Successful Bidder

(the "Agreement").  Capitalized terms used but not otherwise defined in this notice shall have

the meaning ascribed to them in the Bidding Procedures Order.

    2.  Pursuant to the terms of the Agreement, MobileAria will seek to

assume and/or assign the contracts listed on Exhibit 1 hereto (the "Assigned Contracts") at

the hearing to be held at 10:00 a.m. (Prevailing Eastern Time) on July 19, 2006 (the "Sale

Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Judge, United

States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room

610, New York, New York 10004.

    3.  This notice shall amend and replace that certain Notice Of Assumption

And/Or Assignment Of Executory Contract Or Unexpired Lease dated June 26, 2006

providing notice of MobileAria's intent to assume and/or assign the Assigned Contracts to

Wireless Matrix USA, Inc.

    4.  Objections, if any, to the assumption and/or assignment of an Assigned

Contract must (a) be in writing, (b) state with specificity the reasons for such objection, (c)

conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the

Southern District of New York, and the Seventh Supplemental Order Under 11 U.S.C. §§

102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing

Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative

Procedures, entered by this Court on May 19, 2006 (Docket No. 3824), (d) be filed with the

Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users

of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-

interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF),

WordPerfect, or any other Windows-based word processing format), (e) be submitted in hard-

copy form directly to the chambers of the Honorable Robert D. Drain, United States

Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York,

One Bowling Green, Room 610, New York, New York 10004, and (f) be served in hard-copy

form so it is actually received within ten days after the date of this Notice upon (i)

MobileAria, Inc., 800 West El Camino Real, Suite 240, Mountain View, California 94040

(Att'n: Richard Lind), (ii) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098

(Att'n: General Counsel), (iii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom

LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler,

Jr.), (iv) counsel for the agent under the Debtors' prepetition credit facility, Simpson Thacher

& Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Att'n: Kenneth S.

Ziman), (v) counsel for the agent under the postpetition credit facility, Davis Polk &

Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Donald Bernstein and

Brian Resnick), (vi) counsel for the Official Committee of Unsecured Creditors, Latham &

Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg

and Mark A. Broude), (vii) counsel for the Official Committee of Equity Security Holders,

Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York

10004 (Att'n: Bonnie Steingart), (viii) counsel for the Successful Bidder, Heller Ehrman LLP,

7 Times Square, New York, New York 10036 (Att'n: Carren Shulman), and (ix) the Office of

the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite

2100, New York, New York 10004 (Att'n:  Alicia M. Leonhard).

   5.  If an objection to the assumption and/or assignment of an Assigned

Contract is timely filed, a hearing with respect to the objection will be held before the

Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court

for the Southern District of New York, One Bowling Green, Room 610, New York, New

York 10004, at the Sale Hearing or such date and time as the Court may schedule.  If no

objection is timely received, the nondebtor party to the Assigned Contract shall be forever

barred from asserting any other claims, including, but not limited to, the propriety or

effectiveness of the assumption and/or assignment of the Assigned Contract, against the

Debtors or the Successful Bidder, or the property of either of them as to such Assigned

Contract.

6.      Pursuant to 11 U.S.C. § 365, there is adequate assurance of future

performance that the Cure Amount set forth in the Cure Notice shall be paid in accordance

with the terms of the Sale Order.  Further, there is adequate assurance of the Successful

Bidder's future performance under the executory contract or unexpired lease to be assumed

and assigned because of the significant resources of the Successful Bidder.

7.    Prior to the Closing Date, MobileAria may amend its decision with respect to the assumption and/or assignment of any Assigned Contract and provide a new notice amending the information provided in this Notice.

Dated:  New York, New York
        July 7, 2006

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr. (JB 4711)
    John K. Lyons (JL 4951)
    Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

- and -

By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

# EXHIBIT 1

Toshiba America Inc
1251 Avenue of the Americas
Suite 4110
New York NY 10020

| Contract to be assumed: |
| --- |
| Lease with Maintenance Agreement dated October 4, 2005 between MobileAria, Inc. and Toshiba Financial Services. |

# EXHIBIT 1

Orbcomm LLC
21700 Atlantic Boulevard
Dulles VA 20166

| **Contract to be assumed:** |
| --- |
| International Value Added Reseller Agreement entered into February 14, 2003 by and between Orbcomm LLC and MobileAria, Inc., as amended. |

# EXHIBIT 1

Chadbourne & Parke LLP
30 Rockefeller Plaza
New York NY 10112

| **Contract to be assumed:** |
| --- |
| International Value Added Reseller Agreement entered into February 14, 2003 by and between Orbcomm LLC and MobileAria, Inc., as amended. |

# EXHIBIT 1

Cellco Partnership d/b/a Verizon Wireless
30 Independence Blvd.
Warren NJ 07059

| Contract to be assumed: |
| --- |
| Joint Marketing Agreement between  MobileAria, Inc. and Cellco d/b/a Verizon Wireless. |

# EXHIBIT 1

Telcontar
4 North Second Street, Suite 950
San Jose CA 95113

| Contract to be assumed: |
| --- |
| Data License Agreement effective August 12, 2003 by and between Telcontar and MobileAria, Inc. |

# EXHIBIT 1

Telcontar
4 North Second Street, Suite 950
San Jose CA 95113

| **Contract to be assumed:** |
| --- |
| Operating Agreement entered into August 12, 2003 by and between Telcontar and MobileAria, Inc. |

# EXHIBIT 1

Verizon Services Corp.
240 East 38th Street
New York NY 10016

| Contract to be assumed: |
| --- |
| Agreement for GPS System and Services made and entered into as of May 15, 2005 between Verizon Services Corp. ("Customer") and MobileAria, Inc. ("Supplier"). |

# EXHIBIT 1

Verizon Services Corp.
Kim Schroeder
741 Zeckendorf Blvd. , 2nd floor
Garden City NY 11530

| **Contract to be assumed:** |
| --- |
| Three-Party Escrow Service Agreement effective April 7, 2006 by and between MobileAria, Inc. (the "Depositor") and Depositor's affiliates and subsidiaries, and by Verizon Services Corp (the "Beneficiary") and by Iron Mountain Intellectual Property Managem |

# EXHIBIT 1

Iron Mountain
Contract Administration
2100 Norcross Parkway, Suite 150
Norcross GA 30071

| **Contract to be assumed:** |
| --- |
| Three-Party Escrow Service Agreement effective April 7, 2006 by and between MobileAria, Inc. (the "Depositor") and Depositor's affiliates and subsidiaries, and by Verizon Services Corp (the "Beneficiary") and by Iron Mountain Intellectual Property Managem |

# EXHIBIT 1

Verizon Services Corp.
Margaret Sheppard
741 Zeckendorf Blvd., Room 617
Garden City NY 11530

| **Contract to be assumed:** |
| --- |
| Three-Party Escrow Service Agreement effective April 7, 2006 by and between MobileAria, Inc. (the "Depositor") and Depositor's affiliates and subsidiaries, and by Verizon Services Corp (the "Beneficiary") and by Iron Mountain Intellectual Property Managem |

# EXHIBIT 1

BP Products North America
Attn: Karl Mehta
28100 Torch Parkway
Warrenville IL 60555

| **Contract to be assumed:** |
| --- |
| BP and MobileAria AMPS Airtime Services Agreement effective March 2003 by and between BP Products North America, Inc. and MobileAria, Inc. |

# EXHIBIT 1

Austin Powder Company
25800 Science Park Drive
Cleveland OH 44122

| **Contract to be assumed:** |
|---|
| Fleet Telematics Services Agreement effective December 30, 2004 between MobileAria, Inc. and Austin Powder Company. |

# EXHIBIT 1

Remote Communications Company
539 Eastline Rd.
Ballston Spa NY 12020

| **Contract to be assumed:** |
| --- |
| Installation Services Agreement effective May 15, 2006 by and between MobileAria, Inc. and Remote Communications Company. |

# EXHIBIT 1

Three Rivers Cellular
413 Kurt Drive
Pittsburgh PA 15243

| Contract to be assumed: |
|---|
| Installation Services Agreement effective May 10, 2006 by and between MobileAria, Inc. and Three Rivers Cellular. |

# EXHIBIT 1

Tanner Installations
6548 Brock St.
Dublin OH 43017

| **Contract to be assumed:** |
|---|
| Installation Services Agreement effective May 15, 2006 by and between MobileAria, Inc. and Tanner Installations. |

# EXHIBIT 1

Qwest Communications Corporation
1801 California Street, Suite 3800
Denver CO 80202

| **Contract to be assumed:** |
| --- |
| Qwest Total Advantage Agreement effective May 10, 2004 between Qwest Communications Corporation and MobileAria, Inc. |

# EXHIBIT 1

Sonic Software Corporation
14 Oak Park
Bedford MA 01730

| **Contract to be assumed:** |
|---|
| Master Professional Services Agreement dated August 29, 2005 by and between MobileAria, Inc. and Sonic Software Corporation. |

# EXHIBIT 1

Asset Growth Partners, Ltd.
2570 W. El Camino Real, Suite 500
Mountain View CA 94040

| **Contract to be assumed:** |
| --- |
| Standard Office Lease dated March 6, 2003 by and between MobileAria, Inc. and Asset Growth Partners, Ltd., as amended. |

# EXHIBIT 1

Sonic Software Corporation
14 Oak Park
Bedford MA 01730

| Contract to be assumed: |
| --- |
| Sonic MQ Version 6.1 End User Product License Agreement (for Invoice Order dated July 28, 2005). |

# EXHIBIT 1

Telenavigation Inc
2975 San Ysidro Way
Santa Clara CA 95051

| **Contract to be assumed:** |
| --- |
| Settlement and Release Agreement dated June 5, 2002 by and between MobileAria, Inc. and Telenavigation, Inc. (the "Releasing Party"). |

# EXHIBIT 1

Website – Corporate HQ
Synnex Corporation
44201 Nobel Drive
Fremont CA 94538

| **Contract to be assumed:** |
|---|
| Letter dated June 10, 2002 from Synnex Information Technologies, Inc. to MobileAria acknowledging acceptance of amount to settle outstanding debt. |

# EXHIBIT 1

Qualnetics Corporation
14623 NE North Woodinville Way, Suite 107
Woodinville WA 98072

| **Contract to be assumed:** |
| --- |
| Services and Licensing Agreement dated March 1, 2006 between Qualnetics Corporation and MobileAria, Inc. |

# EXHIBIT 1

Sprint Spectrum L.P. (d/b/a Sprint)
Attention: Senior Director, Business Sales & Support
6130 Sprint Parkway
Overland Park KS 66251

| **Contract to be assumed:** |
| --- |
| PCS Telemetry Services Agreement dated April 3, 2003 by and between Sprint Spectrum L.P., d/b/a Sprint PCS and MobileAria, Inc. |

# EXHIBIT 1

Sprint Spectrum L.P. (d/b/a Sprint)
Attention: General Counsel
6130 Sprint Parkway
Overland Park KS 66251

| **Contract to be assumed:** |
| --- |
| PCS Telemetry Services Agreement dated April 3, 2003 by and between Sprint Spectrum L.P., d/b/a Sprint PCS and MobileAria, Inc. |

# EXHIBIT 1

Mr. Raul Reyes
[Address on File]

| **Contract to be assumed:** |
| --- |
| Independent Contractor Services Agreement effective May 30, 2006 by and between MobileAria, Inc. and Mr. Raul Reyes. |

# EXHIBIT 1

MAI Mark Airington Installations
8705 Pierce Olive Rd.
Apex NC 27539-9141

| **Contract to be assumed:** |
| --- |
| Mutual Nondisclosure Agreement effective June 1, 2006 between MAI Mark Airington Installations and MobileAria, Inc. |

# EXHIBIT 1

MAI Mark Airington Installations
8705 Pierce Olive Rd.
Apex NC 27539-9141

| **Contract to be assumed:** |
| --- |
| Installation Services Agreement effective June 1, 2006 between MAI Mark Airington Installations and MobileAria, Inc. |

# EXHIBIT 1

PolarCom Inc.
232 Melbourne
Hurst TX 76053

| **Contract to be assumed:** |
| --- |
| Mutual Nondisclosure Agreement effective May 30, 2006 by and between Polarcom Inc. and MobileAria, Inc. |

# EXHIBIT 1

PolarCom Inc.
232 Melbourne
Hurst TX 76053

| **Contract to be assumed:** |
|---|
| Installation Services Agreement effective May 30, 2006 between MobileAria and PolarCom, Inc. |

# EXHIBIT 1

ManageComm, Inc.
338 W. Lexington Ave, Ste. 206
El Cajon CA 92020

| **Contract to be assumed:** |
| --- |
| Standard Engagement Terms and Fee Schedule Letter for accounting services dated October 31, 2000 from ManageComm, Inc. to MobileAria, Inc. |

# EXHIBIT 1

Accounting Services
ManageComm, Inc.
2160 Fletcher Parkway Ste. A
El Cajon CA 92020

| **Contract to be assumed:** |
| --- |
| Standard Engagement Terms and Fee Schedule Letter for accounting services dated October 31, 2000 from ManageComm, Inc. to MobileAria, Inc. |

# EXHIBIT 1

AdvanTel, Inc.
2237 Paragon Dr.
San Jose CA 95131

| **Contract to be assumed:** |
| --- |
| Maintenance Service Agreement dated March 13, 2003 by and between MobileAria, Inc. and AdvanTel, Inc. |

# EXHIBIT 1

AdvanTel, Inc.
2222 Trade Zone Boulevard
San Jose CA 95131

| **Contract to be assumed:** |
| --- |
| Maintenance Service Agreement dated March 13, 2003 by and between MobileAria, Inc. and AdvanTel, Inc. |

# EXHIBIT 1

Yahoo! Inc.
Pursi Rajani
701 First Avenue
Sunnyvale CA 94089

| **Contract to be assumed:** |
| --- |
| Mutual Nondisclosure Agreement effective August 9, 2001 between MobileAria, Inc. and Yahoo! Inc. |

# EXHIBIT 1

Tearn Telematics, LLC
Brian Tsuchiya

| Contract to be assumed: |
| --- |
| Mutual Confidentiality Agreement effective April 30, 2004 between MobileAria, Inc. and Tearn Telematics, LLC. |

# EXHIBIT 1

TechnoCom
Khaled Dessouky
16133 Ventura Boulevard
Suite 500
Encina CA 91436

| Contract to be assumed: |
| --- |
| Mutual Confidentiality Agreement effective November 11, 2003 between MobileAria, Inc. and TechnoCom Corporation |

# EXHIBIT 1

TELA Wireless Devices Inc.

Germain Prouix

420 Main Street East

Suite #516

Milton ON L9T5G3

Canada

| Contract to be assumed: |
|---|
| Mutual Confidentiality Agreement effective April 28, 2004 between MobileAria, Inc. and TELA Wireless Devices, Inc. |

# EXHIBIT 1

Telcontar
Four North Second St Ste 950
San Jose CA 95113

| **Contract to be assumed:** |
| --- |
| Mutual Confidentiality Agreement effective July 30, 2002 between MobileAria, Inc. and Telcontar |

# EXHIBIT 1

Telesector Resources Group, Inc.
H. Malinowski
240 E. 38th Street
New York NY 10016

| **Contract to be assumed:** |
| --- |
| Non-Disclosure Agreement effective April 1, 2004 between MobileAria, Inc. and Telesector Resources Group, Inc. d/b/a Network Services (a Verizon Company) |

# EXHIBIT 1

Telex Communications, Inc.
Chris Langdon
Attn:  Greg Weibert
12000 Portland Avenue South
Burnsville MN 55337

| **Contract to be assumed:** |
| --- |
| Mutual Confidentiality Agreement effective August 27, 2001 between MobileAria, Inc. and Telex Communications, Inc. |

# EXHIBIT 1

Tele-Mobile Company
200 Consilium Place
Suite 1600
Scarborough ON M1H3J3

Canada

| Contract to be assumed: |
| --- |
| Confidentiality Agreement effective June 7, 2005 between MobileAria, Inc. and Tele-Mobile Company d/b/a TELUS Mobility |

# EXHIBIT 1

Televigation
Alyxia T. Do
265 Santa Ana Court
Sunnyvale CA 94086

| **Contract to be assumed:** |
| --- |
| Mutual Confidentiality Agreement effective January 17, 2001 between MobileAria, Inc. and Televigation |

# EXHIBIT 1

TenSquare Inc.
Ten Square International Inc.
1454 30th St. Unit 206
West Des Moines IA 50325

| **Contract to be assumed:** |
|---|
| Mutual Confidentiality Agreement effective June 7, 2001 between MobileAria, Inc. and TenSquare Inc. |

# EXHIBIT 1

TenSquare Inc.
TENSQUARE gmbh
Wilhelminenstr. 29
Gelsenkirchen 45881


Germany

| Contract to be assumed: |
|---|
| Mutual Confidentiality Agreement effective June 7, 2001 between MobileAria, Inc. and TenSquare Inc. |

# EXHIBIT 1

Terion
Ken Cranston
5465 Legacy Dr Ste 700
Piano TX 75024

| **Contract to be assumed:** |
| --- |
| Mutual Confidentiality Agreement effective October 11, 2004 between MobileAria, Inc. and Terion |

# EXHIBIT 1

Technology Electronics Solutions
Nick Walker

| **Contract to be assumed:** |
| --- |
| Mutual Confidentiality Agreement effective December 17, 2004 between MobileAria, Inc. and Technology Electronics Solutions (TES) |

# EXHIBIT 1

ThingMagic, LLC
Ravikanth Pappu
One Broadway
14th Floor
Cambridge MA 02142

| Contract to be assumed: |
|---|
| Mutual Confidentiality Agreement effective May 17, 2004 between MobileAria, Inc. and ThingMagic, LLC |

# EXHIBIT 1

TMW Systems, Inc.
Jeffrey Ritter
TMW Technology Plaza
21111 Chagrin Boulevard
Beachwood OH 44122

| Contract to be assumed: |
| --- |
| Non-Disclosure Agreement effective October 8, 2003 between MobileAria, Inc. and TMW Systems, Inc. |

# EXHIBIT 1

12 Planet, Inc.
Thomas Stroyls

| Contract to be assumed: |
|---|
| Mutual Confidentiality Agreement effective July 17, 2002 between MobileAria, Inc. and I2 Planet, Inc. |

# EXHIBIT 1

A2S Advanced Systems Solutions Limited
Andrew Pattison
Eurohub Midlands
Birch Lane Stonnal West Midlands W59 ONF

United Kingdom

| Contract to be assumed: |
|---|
| Mutual Confidentiality Agreement effective February 28, 2002 between MobileAria, Inc. and A2S Advanced Systems Solutions Limited |

# EXHIBIT 1

Automobile Club of Southern California
John Estes
3333 Fairview Road
Costa Mesa CA 92626

| **Contract to be assumed:** |
| --- |
| Reciprocal Non-Disclosure Agreement effective April 25, 2001 between MobileAria, Inc. and Automobile Club of Southern California |

# EXHIBIT 1

ACNielson Vantis
Jason P. Brown
3130 Crow Canyon Place
Suite 400
San Ramon CA 94583

| Contract to be assumed: |
| --- |
| Confidentiality Agreement effective June 29, 2001 between MobileAria, Inc. and ACNielson Vantis |

# EXHIBIT 1

Active RFID Systems, Inc.
Anthony Corrado
P.O. Box 3069
477 CR 65
Evergreen CO 80437

| **Contract to be assumed:** |
| --- |
| Mutual Confidentiality Agreement effective October 5, 2005 between MobileAria, Inc. and Active RFID Systems, Inc. |

# EXHIBIT 1

Advantra International NV
Elin Tarryn
Ter Waarde 90 B 8900 Ieper


Belgium

| Contract to be assumed: |
| --- |
| Agreement effective September 11, 2003 between MobileAria, Inc. and Advantra International NV |

# EXHIBIT 1

ALK Technologies/TravRoute
Dan Titus
1000 Herrontown Road
Princeton NJ 08540

| **Contract to be assumed:** |
| --- |
| Mutual Confidentiality Agreement effective June 15, 2001 between MobileAria, Inc. and ALK Technologise/TravRoute |

# EXHIBIT 1

AmBell Corporation
Unni Warrier
2425 W. Olympic Boulevard
Suite 2000
Santa Monica CA 90404

| Contract to be assumed: |
| --- |
| Mutual Confidentiality Agreement effective April 30, 2000 between MobileAria, Inc. and AmBell Corporation |

# EXHIBIT 1

Jennifer Petersen

| Contract to be assumed: |
|---|
| Mutual Confidentiality Agreement effective October 2, 2002 between MobileAria, Inc. and Jennifer Petersen |

# EXHIBIT 1

Arsenault Associates
C. Arsenault
711 Jackson Road
Atco NJ 08004

| **Contract to be assumed:** |
|---|
| Mutual Confidentiality Agreement effective February 21, 2001 between MobileAria, Inc. and Arsenault Associates |

# EXHIBIT 1

Auto Club of America
Joe Belz
9411 N Georgia
Oklahoma City OK 73120

| Contract to be assumed: |
| --- |
| Mutual Confidentiality Agreement effective February 14, 2003 between MobileAria, Inc. and Auto Club of America |

# EXHIBIT 1

Palm, Inc.
Gabriel Acosta-Lopez
5470 Great America Parkway
Santa Clara CA 95052-8007

| **Contract to be assumed:** |
| --- |
| License and Confidentiality Agreement effective March 15, 2001 between MobileAria, Inc. and Palm, Inc. |

# EXHIBIT 1

Bobcat Company
Scott Rosow
250 East Beaton Drive
West Fargo ND 58078-6000

| **Contract to be assumed:** |
| --- |
| Confidentiality Agreement effective April 16, 2003 between MobileAria, Inc. and Bobcat Company |

# EXHIBIT 1

The Boeing Company
D. A. Laxton
2201 Seal Beach Boulevard
Seal Beach CA 90740-5603

| **Contract to be assumed:** |
| --- |
| Mutual Confidentiality Agreement effective November 7, 2002 between MobileAria, Inc. and The Boeing Company |

# EXHIBIT 1

The Boeing Company
D. A. Laxton
100 North Riverside
Chicago IL 60606

| Contract to be assumed: |
|---|
| Mutual Confidentiality Agreement effective November 7, 2002 between MobileAria, Inc. and The Boeing Company |

# EXHIBIT 1

Booz-Allen & Hamilton, Inc.
Francois Truc
225 West Wacker Drive
Suite 1700
Chicago IL 60606-1228

| Contract to be assumed: |
| --- |
| Confidentiality Agreement effective December 15, 2000 between MobileAria, Inc. and Booz Allen & Hamilton Inc. |

# EXHIBIT 1

Boulder Global Development Group, LLC
Liana Pomeroy
1800 – 30th Street
Suite 214
Boulder CO 80301

| **Contract to be assumed:** |
| --- |
| Mutual Confidentiality Agreement effective May 8, 2001 between MobileAria, Inc. and Boulder Global Development Group, LLC. |

# EXHIBIT 1

BP Amoco Chemical Company
John Diendorf
150 W. Warrenville Road
Naperville IL 60563

| **Contract to be assumed:** |
| --- |
| Confidentiality Agreement effective May 5, 2003 between MobileAria, Inc. and BP Amoco Chemical Company |

# EXHIBIT 1

Breo Ventures, LLC
Richard H. Miller
471 Emerson
Suite 200
Palo Alto CA 94301

| **Contract to be assumed:** |
| --- |
| Confidentiality Agreement effective October 20, 2000 between MobileAria, Inc. and Breo Ventures, LLC. |

# EXHIBIT 1

Brix Group Inc.
565 Display Way
Sacramento CA 95838-3363

| Contract to be assumed: |
| --- |
| Mutual Confidentiality Agreement effective January 3, 2003 between MobileAria, Inc. and Brix Group |

# EXHIBIT 1

Buena Vista Internet Group
Legal Department
500 South Buena Vista Street
Burbank CA 91521-7710

| **Contract to be assumed:** |
|---|
| Mutual Nondisclosure Agreement effective December 8, 2000 between MobileAria, Inc. and Buena Vista Internet Group |

# EXHIBIT 1

Deborah L. Cameron

| Contract to be assumed: |
|---|
| Mutual Confidentiality Agreement effective January 21, 2003 between MobileAria, Inc. and Deborah L. Cameron |

# EXHIBIT 1

Scott Kornak Consulting
Scott Kornak
Unit #10, University Research Center
3535 Research Road
Calgary Alberta T2L 2K8

Canada

| **Contract to be assumed:** |
| --- |
| Mutual Confidentiality Agreement effective November 21, 2005 between MobileAria, Inc. and Scot Kornak |

# EXHIBIT 1

CAT Technology
Aaron Mahler
337 Route 17 South Ste 210
Hasbruck Heights NJ 07604

| **Contract to be assumed:** |
| --- |
| Mutual Confidentiality Agreement effective January 9, 2001 between MobileAria, Inc. and CAT Technology |

# EXHIBIT 1

Catalyst Capital Partners, Inc.
Suresh Fernando
1102-1050 Burrard Street
Vancouver BC V6Z 2S3

Canada

| Contract to be assumed: |
|---|
| Confidentiality Agreement effective May 11, 2004 between MobileAria, Inc. and Catalyst Capital Partners, Inc. |

# EXHIBIT 1

Cellocator, Ltd.
Amnon Duchorne-Nave
19 Hamelacha Street
Park Afek
Rosh-Ha'ayin 48101

Israel

| Contract to be assumed: |
| --- |
| Demonstration Confidentiality Agreement effective September 19, 2001 between MobileAria, Inc. and Coradiant Inc. |

# EXHIBIT 1

Cellport Systems, Inc.
Doug Daniels
4886 Pearl East Circle
Suite 300E
Boulder CO 80301

| **Contract to be assumed:** |
| --- |
| Mutual Confidentiality Agreement effective March 16, 2001 between MobileAria, Inc. and CellPort Systems, Inc. |

# EXHIBIT 1

Centrality Communications, Inc.
Philip Lau
2520 Mission College Boulevard
Suite 103
Santa Clara CA 95054

| Contract to be assumed: |
| --- |
| Mutual Confidentiality Agreement effective September 8, 2004 between MobileAria, Inc. and Centrality Communications, Inc. |

# EXHIBIT 1

Certicom International Corp.
Raymond J. Menard
Bat C
8 rue Fulgence Bienvenue
Lannion Cedex BP 418 22305

France

| **Contract to be assumed:** |
| --- |
| Mutual Confidentiality Agreement effective January 28, 2003 between MobileAria, Inc. and Certicom International Corp. |

# EXHIBIT 1

Cho Graphics
Yung Cho
8270 Washington Village Drive
Centerville OH 45458

| Contract to be assumed: |
| --- |
| Confidentiality Agreement effective August 15, 2001 between MobileAria, Inc. and Cho Graphics |

# EXHIBIT 1

Cisco Systems
Scott Einhorn
170 West Tasman Dr
San Jose CA 95134

| Contract to be assumed: |
| --- |
| Mutual Confidentiality Agreement effective March 16, 2001 between MobileAria, Inc. and Cisco Systems |

# EXHIBIT 1

Clarity, LLC
Alan Beale
4515 14th Ave SE
Naples FL 34117

| **Contract to be assumed:** |
|---|
| Mutual Confidentiality Agreement effective February 4, 2002 between MobileAria, Inc. and Clarity, LLC |

# EXHIBIT 1

CONTEX Engineering International, Inc.
Jerry Sun
1931 Old Middlefield Way
Unit X
Mountain View CA 94043

| **Contract to be assumed:** |
| --- |
| Mutual Confidentiality Agreement effective September 5, 2002 between MobileAria, Inc. and CONTEX Engineering International, Inc. |

# EXHIBIT 1

Coradiant Inc.
Jim Thayer
4260 Girouard Avenue
Suite 100
Montreal QC H4A 3C9

Canada

| Contract to be assumed: |
|---|
| Demonstration Confidentiality Agreement effective September 19, 2001 between MobileAria, Inc. and Coradiant Inc. |

# EXHIBIT 1

Creative & Response Research
Christiaan de Brauw
500 North Michigan Avenue
Chicago IL 60611

| **Contract to be assumed:** |
| --- |
| Confidentiality Agreement effective June 28, 2001 between MobileAria, Inc. and Creative & Response Research |

# EXHIBIT 1

Cross Country Global ITS Services Corp.
Peter Van Alstine

| Contract to be assumed: |
| --- |
| Mutual Confidentiality Agreement effective February 7, 2003 between MobileAria, Inc. and Cross Country Global ITS Services Corp. |

# EXHIBIT 1

CMG, Inc.
Jonathan Lawrence
33914 Crystal Mountain Blvd
Crystal Mountain WA 98022

| **Contract to be assumed:** |
| --- |
| Mutual Confidentiality Agreement effective January 28, 2002 between MobileAria, Inc. and The Crystal Mountain Group (CMG), Inc. |

# EXHIBIT 1

CTA Consulting
Francois Truc
21622 West Mockingbird
Kildeer IL 60047

| Contract to be assumed: |
|---|
| Mutual Confidentiality Agreement effective April 30, 2004 between MobileAria, Inc. and CTA Consulting |

# EXHIBIT 1

CustomWeather, Inc.
Geoffrey M. Flint
26 South Park
San Francisco CA 94107

| Contract to be assumed: |
| --- |
| Mutual Confidentiality Agreement effective June 10, 2003 between MobileAria, Inc. and CustomWeather, Inc. |

# EXHIBIT 1

Cytranz, Inc.
Frederick Soskiel
911 E 86th St Ste 105
Indianapolis IN 46240

| **Contract to be assumed:** |
| --- |
| Mutual Confidentiality Agreement effective November 12, 2002 between MobileAria, Inc. and Cytranz, Inc. |

# EXHIBIT 1

Data Dimensions
Sadiq Patankar
1900 S. Norfolk Street
Suite 235
San Mateo CA 94403

| Contract to be assumed: |
| --- |
| Confidentiality Agreement effective June 11, 2001 between MobileAria, Inc. and Sadiq Patankar |

# EXHIBIT 1

Datascan Technologies, Inc.
Paul J. Lane
10700 North Freeway
Suite 550
Houston TX 77037

| **Contract to be assumed:** |
| --- |
| Mutual Confidentiality Agreement effective April 19, 2005 between MobileAria, Inc. and Datascan Technologies, Inc. |

# EXHIBIT 1

Dejai Pty Ltd
RoadPilot (Asia Pacific) Pty Ltd
Attn:  David Harris
53 Heyington Place P.O. Box 101
Toorak Melbourne 3142

Victoria, Australia

| Contract to be assumed: |
| --- |
| Mutual Confidentiality Agreement effective June 2, 2004 between MobileAria, Inc. and Dejai Pty Ltd and/or RoadPilot (Asia Pacific) Pty Ltd. |

# EXHIBIT 1

Dow Jones & Company, Inc.
Adam Muskal
PO Box 300
Princeton NJ 08543

| Contract to be assumed: |
| --- |
| Nondisclosure Agreement effective June 8, 2001 between MobileAria, Inc. and Dow Jones & Company Inc. |

# EXHIBIT 1

Dow Jones & Company, Inc.
Adam Muskal
4300 North Route 1
South Brunswick NJ 08852

| Contract to be assumed: |
|---|
| Nondisclosure Agreement effective June 8, 2001 between MobileAria, Inc. and Dow Jones & Company Inc. |

# EXHIBIT 1

DPAC Technologies
William M. Stowell
7321 Lincoln Way
Garden Grove CA 92841

| **Contract to be assumed:** |
| --- |
| Mutual Confidentiality Agreement effective July 29, 2004 between MobileAria, Inc. and DPAC Technologies |

# EXHIBIT 1

Eletel Inc.
George Krucek
1050 Northgate Dr Ste 350
San Rafael CA 94903

| **Contract to be assumed:** |
|---|
| Mutual Confidentiality Agreement effective July 20, 2001 between MobileAria, Inc. and Eletel Inc. |

# EXHIBIT 1

Extended Systems Incorporated
5777 N. Meeker Avenue
P.O. Box 4937
Boise ID 83711

| **Contract to be assumed:** |
| --- |
| Mutual Non-Disclosure effective November 14, 2001 between MobileAria, Inc. and Extended Systems Incorporated |

# EXHIBIT 1

Ember Corporation
Adrian Tuck
313 Congress Street
Boston MA 02210

| Contract to be assumed: |
| --- |
| Mutual Confidential Disclosure Agreement effective July 2, 2003 between MobileAria, Inc. and Ember Corporation |

# EXHIBIT 1

EMS Technologies Canada, Ltd.
Catherine Easton
1725 Woodward Drive
Ottawa Ontario K2C OP9

Canada

| **Contract to be assumed:** |
| --- |
| Mutual Confidentiality Agreement effective October 16, 2002 between MobileAria, Inc. and EMS Technologies Canada, Ltd. |

# EXHIBIT 1

Enterprise Information Solutions, Inc.
Marc Mitchell
9891 Broken Land Pkwy Ste  300
Columbia MD 21049

| **Contract to be assumed:** |
| --- |
| Mutual Confidentiality Agreement effective February 27, 2004 between MobileAria, Inc. and Enterprise Information Solutions, Inc. |

# EXHIBIT 1

Ericsson Inc.
North American Headquarters
6300 Legacy Dr
Plano TX 75024

| Contract to be assumed: |
| --- |
| Mutual Confidentiality Agreement effective July 10, 2001 between MobileAria, Inc. and Ericsson Inc. |

# EXHIBIT 1

Esex Electronics, Inc.
Garrett Kaufman
1130 Mark Avenue
Carpinteria CA 93013

| **Contract to be assumed:** |
|---|
| Mutual Confidentiality Agreement effective August 25, 2003 between MobileAria, Inc. and Essex Electronics Incorporated |

# EXHIBIT 1

FedEx Ground Package System, Inc.
Roman Hlutkowsky
1000 FedEx Drive
Moon Township PA 15108

| **Contract to be assumed:** |
| --- |
| Mutual Nondisclosure Agreement effective April 29, 2005 between MobileAria, Inc. and FedEx Ground Package System, Inc. |

# EXHIBIT 1

FleetRisk Advisors, LLC
Christopher Brogan
Gainey Ranch Center
7702 East Doubletree Ranch Road
Scottsdale AZ 85258

| **Contract to be assumed:** |
|---|
| Mutual Confidentiality Agreement effective June 22, 2004 between MobileAria, Inc. and FleetRisk Advisors, LLC |

# EXHIBIT 1

FleetRisk Advisors, LLC
Samuel M. Wilkes
21 Blackland Road
Atlanta GA 30342

| **Contract to be assumed:** |
| --- |
| Mutual Confidentiality Agreement effective June 22, 2004 between MobileAria, Inc. and FleetRisk Advisors, LLC |

# EXHIBIT 1

Fonix Corporation
Kurt Flygare
180 West Election Road
Draper UT 84020

| **Contract to be assumed:** |
| --- |
| Mutual Confidentiality Agreement effective May 23, 2000 between MobileAria, Inc. and Fonix Corporation |

# EXHIBIT 1

FORCE Computers, Inc.
Paul Mercadante
4305 Cushing Parkway
Fremont CA 94538

| **Contract to be assumed:** |
|---|
| Mutual Confidentiality Agreement effective August 28, 2001 between MobileAria, Inc. and Force Computers, Inc. |

# EXHIBIT 1

Forrester Research
Brittany E. Roberts
400 Technology Square
Cambridge MA 02139

| **Contract to be assumed:** |
| --- |
| Confidentiality Agreement effective September 19, 2001 between MobileAria, Inc. and Forrester Research |

# EXHIBIT 1

Forrester Research
Brittany E. Roberts
400 Technology Square
Cambridge MA 02139

| **Contract to be assumed:** |
| --- |
| Master Agreement effective September 21, 2001 between MobileAria, Inc. and Forrester Research |

# EXHIBIT 1

Freightliner LLC
Paul Menig
4747 N. Channel Avenue
Portland OR 97217

| **Contract to be assumed:** |
| --- |
| Confidentiality and Non-Disclosure Agreement for Proprietary Information effective June 7, 2001 between MobileAria, Inc. and Freightliner LLC |

# EXHIBIT 1

Gearworks Inc.
Keith Lauver
930 Blue Gentian Road
Suite 100
Eagan MN 55121

| Contract to be assumed: |
| --- |
| Mutual Confidentiality Agreement effective May 9, 2001 between MobileAria, Inc. and Gearworks, Inc. |

# EXHIBIT 1

GenX Mobile Incorporated
Rodric C. Fan
1955 Concourse Dr
San Jose CA 95131

| **Contract to be assumed:** |
| --- |
| Mutual Confidentiality Agreement effective November 30, 2004 between MobileAria, Inc. and Genx Mobile Incorporated |

# EXHIBIT 1

Geographic Data Technology, Inc.
Ilse R. Ramsey
11 Lafayette Street
Lebanon NH 03766-1445

| **Contract to be assumed:** |
| --- |
| Mutual Confidentiality Agreement effective February 14, 2001 between MobileAria, Inc. and Geographic Data Technology, Inc. |

# EXHIBIT 1

Globespan Virata, Inc.
Tom McQuade
100 Schulz Drive
Red Bank NJ 07701

| Contract to be assumed: |
| :---: |
| Mutual Confidentiality Agreement effective September 17, 2004 between MobileAria, Inc. and GlobespanVirata, Inc. |

# EXHIBIT 1

Go2 Systems, Inc.
Brad Schorer
18400 Von Karman
Suite 320
Irvine CA 92612

| **Contract to be assumed:** |
| --- |
| Mutual Confidentiality Agreement effective January 24, 2001 between MobileAria, Inc. and Go2 Systems, Inc. |

# EXHIBIT 1

Halliburton Energy Services, Inc.
Gary G. Tyler
10200 Bellaire Boulevard
Houston TX 77072

| **Contract to be assumed:** |
| --- |
| Confidentiality Agreement effective March 4, 2004 between MobileAria, Inc. (and Delphi) and Halliburton |

# EXHIBIT 1

Hi-G-Tek Ltd.
Ran Sender
16 Hacharoshet Street
Or-Yehuda 60375


Israel


| Contract to be assumed: |
| --- |
| Mutual Confidentiality Agreement effective March 3, 2003 between MobileAria, Inc. and Hi-G-Tek Ltd. |

# EXHIBIT 1

Houlihan Lokey Howard & Zukin
Glenn Daniel
One Sansome
17th Floor
San Francisco CA 94104

| Contract to be assumed: |
| --- |
| Mutual Confidentiality Agreement effective February 3, 2005 between MobileAria, Inc. and Houlihan Lokey Howard & Zukin |

# EXHIBIT 1

IBM
Alma Diaz
Contract Administrator
8051 Congress Avenue
Boca Raton FL 33487

| **Contract to be assumed:** |
| --- |
| IBM Agreement for Exchange of Confidential Information effective July 25, 2002 between MobileAria, Inc. and International Business Machines Corporation and related Confidential Disclosure Agreement – Supplement for Disclosure effective February 15, 2006 |

# EXHIBIT 1

Indus International, Inc.
Adam V. Battani
3301 Windy ridge Parkway
Atlanta GA 30339

| Contract to be assumed: |
|---|
| Mutual Confidentiality Agreement effective March 13, 2006 between MobileAria, Inc. and Indus International, Inc. |

# EXHIBIT 1

InfoGation Corp.
Kent Pu
6440 Lusk Blvd #D201
San Diego CA 92121

| **Contract to be assumed:** |
| --- |
| Mutual Confidentiality Agreement effective June 12, 2001 between MobileAria, Inc. and InfoGation Corp. |

# EXHIBIT 1

InfoSpace, Inc.
Mitgn Mehta
601 – 108th Avenue NE
Bellevue WA 98004

| **Contract to be assumed:** |
| --- |
| Mutual Confidentiality Agreement effective May 23, 2001 between MobileAria, Inc. and InfoSpace, Inc. |

# EXHIBIT 1

Innovative Software Engineering, L.L.C.
Hass Machlab
100 Oakdale Campus
#101 TIC
Iowa City IA 52242

| Contract to be assumed: |
| --- |
| Reciprocal Non-Disclosure Agreement effective October 10, 2005 between MobileAria, Inc. and Innovative Software Engineering, LLC. |

# EXHIBIT 1

Insight Services Corporation
Paul Kent
1305 West Auto Druive
Tempe AZ 85284

| Contract to be assumed: |
| --- |
| Mutual Non-Disclosure Agreement effective June 3, 2003 between MobileAria, Inc. and Insight Services Corporation |

# EXHIBIT 1

Intel Corporation
Jason Chen
2200 Mission College Boulevard
Santa Clara CA 95052-8119

| **Contract to be assumed:** |
| --- |
| Corporate Non-Disclosure Agreement effective November 6, 2003 between MobileAria, Inc. and Intel Corporation |

# EXHIBIT 1

InterNap
Christopher Leal
Internap Network Services Corporation
250 Williams St
Atlanta GA 30303

| Contract to be assumed: |
| --- |
| Mutual Confidentiality Agreement effective June 20, 2001 between MobileAria, Inc. and InterNap |

# EXHIBIT 1

International Truck & Engine Corporation
Jeff Bannister
International Truck and Engine Corporation
4201 Winfield Rd.
Warrenville IL 60555

| **Contract to be assumed:** |
| --- |
| Mutual Confidentiality Agreement effective January 17, 2003 between MobileAria, Inc. and International Truck & Engine Corporation (ITEC) |

# EXHIBIT 1

Intrinsyc Software International, Inc.
Chief Financial Officer
700 West Pender Street
10th Floor
Vancouver BC V6C 1GB

Canada

| Contract to be assumed: |
|---|
| Mutual Confidentiality Agreement effective April 19, 2005 between MobileAria, Inc. and Intrinsyc Software International, Inc. |

# EXHIBIT 1

Innvo Systems Pte Ltd
Rajiv M. Ranganath
20 Ayer Rajah Crescent
#04-04 139964

Singapore

| Contract to be assumed: |
|---|
| Mutual Confidentiality Agreement effective April 29, 2003 between MobileAria, Inc. and Innvo Systems Pte Ltd |

# EXHIBIT 1

Iridium Satellite LLC
Donald L. Thomas
1600 Wilson Boulevard
Suite 1000
Rosslyn VA 22209-2594

| Contract to be assumed: |
|---|
| Mutual Non-Disclosure Agreement effective May 7, 2003 between MobileAria, Inc. and Iridium Satellite LLC |

# EXHIBIT 1

Iteris, Inc.
Dan Gillian
1515 South Manchester Avenue
Anaheim CA 92802-2907

| **Contract to be assumed:** |
| --- |
| Mutual Confidentiality Agreement effective September 22, 2002 between MobileAria, Inc. and Iteris, Inc. |

# EXHIBIT 1

SiriCOMM, Inc.
David N. Mendez
2900 Davis Boulevard
Suite 130
Joplin MO 64804

| **Contract to be assumed:** |
| --- |
| Mutual Confidentiality Agreement effective April 4, 2002 by and between SiriCOMM, Inc. and MobileAria, Inc. |

# EXHIBIT 1

Smartroute Systems
Kate Adams
141 Porland Street
Cambridge MA 02139

| Contract to be assumed: |
| --- |
| Mutual Confidentiality Agreement effective January 16, 2001 by and between Smartroute Systems and MobileAria, Inc. |

# EXHIBIT 1

softDSP Co. Ltd
Dae-Yun Kang President
203 Jungil Bldg
552-1 Sungnae-dong Kangdong-ku Seoul

Korea

| **Contract to be assumed:** |
| --- |
| Nondisclosure Confidential Agreement effective November 28, 2003 by and between softDSP Co. Ltd. and MobileAria, Inc. |

# EXHIBIT 1

softDSP Co. Ltd
Dae-Yun Kang President
203 Jungil Bldg
552-1 Sungnae-dong Kangdong-ku Seoul

Korea

| Contract to be assumed: |
| --- |
| Mutual Confidentiality Agreement effective December 8, 2003 by and between SoftDSP and MobileAria, Inc. |

# EXHIBIT 1

Software SETT Corporation
233 Oak Meadow Drive
Los Gatos CA 95032

| Contract to be assumed: |
| --- |
| Mutual Confidentiality Agreement effective September 12, 2001 by and between Software Sett Corp. and MobileAria, Inc. |

# EXHIBIT 1

Sprint/United Management Company
Michelle D. Gottstein
Corporate Headquarters
2001 Edmund Halley Dr
Reston VA 20191

| **Contract to be assumed:** |
| --- |
| Mutual Non-Disclosure Agreement effective November 29, 2005 by and between Sprint/United Management Company and MobileAria |

# EXHIBIT 1

SRI Consulting Business Intelligence
Stephen Baughman
333 Ravenswood Avenue
Menlo Park CA 94025

| **Contract to be assumed:** |
|---|
| Confidentiality Agreement effective May 31, 2001 by and between SRI Consulting Business Intelligence and MobileAria, Inc. |

# EXHIBIT 1

Strategy.com Incorporated
8000 Towers Crescent Drive
Suite 1400
Vienna VA 22182

| **Contract to be assumed:** |
| --- |
| Mutual Non-Disclosure Agreement effective June 12, 2001 by and between Strategy.com Incorporated and MobileAria, Inc. |

# EXHIBIT 1

Clint Suson
[Address on File]

| Contract to be assumed: |
| --- |
| Mutual Confidentiality Agreement effective July 15, 2005 by and between Clint Suson and MobileAria, Inc. |

# EXHIBIT 1

Microsoft Corporation
One Microsoft Way
Redmond WA 98052-6399

| Contract to be assumed: |
|---|
| Microsoft Corporation Non-disclosure agreement (standard reciprocal) effective February 13, 2002 by and between Microsoft Corporation and MobileAria, Inc. |

# EXHIBIT 1

Mitchell International Inc.
Jason L. Gray
9889 Willow Creek Road
San Diego CA 92131

| Contract to be assumed: |
| --- |
| Non-disclosure Agreement effective April 21, 2006 by and between Mitchell International Inc. and MobileAria |

# EXHIBIT 1

Webraska Mobile Technologies, S.A.
Jeffrey Riggs
39555 Orchard Hill Place
Suite 600
Novi MI 48375

| Contract to be assumed: |
| --- |
| Mutual Confidentiality Agreement effective April 18, 2001 by and between Webraska Mobile Technologies SA and MobileAria, Inc. |

# EXHIBIT 1

Webraska Mobile Technologies, S.A.
78 306 Poissy Cedex 3 rue Gustave Eiffel


France

| **Contract to be assumed:** |
|---|
| Mutual Confidentiality Agreement effective April 18, 2001 by and between Webraska Mobile Technologies SA and MobileAria, Inc. |

# EXHIBIT 1

Webraska Mobile Technologies, S.A.
Jeffrey Riggs
39555 Orchard Hill Place
Suite 600
Novi MI 48375

| **Contract to be assumed:** |
| --- |
| Sample Software confidentiality agreement effective May 21, 2001 by and between Webraska Mobile technologies SA and MobileAria, Inc. |

# EXHIBIT 1

Webraska Mobile Technologies, S.A.
78 306 Poissy Cedex 3 rue Gustave Eiffel

France

| **Contract to be assumed:** |
|---|
| Sample Software confidentiality agreement effective May 21, 2001 by and between Webraska Mobile technologies SA and MobileAria, Inc. |

# EXHIBIT 1

WirelessCar
Gary Hallgren
111 Pacifica
Suite 200
Irvine CA 92618

| Contract to be assumed: |
|---|
| Mutual non-disclosure agreement effective July 17, 2001 by and between Wireless Car North America, Inc. and MobileAria |

# EXHIBIT 1

Xtrasource, Inc.
Richard K. Tyler
2245 Enterprise Parkway East
Twinsburg OH 44087

| **Contract to be assumed:** |
| --- |
| Mutual Confidentiality Agreement effective June 4, 2001 by and between Xtrasource,Inc. and Mobilaria, Inc. |

# EXHIBIT 1

Xoriant corporation
Venky Varadarajan
5400 Betsy Ross Drive
Suite 200
Santa Clara CA 95054

| **Contract to be assumed:** |
| --- |
| Mutual Confidentiality Agreement effective September 19, 2001 by and between Xoriant Corporation and Mobilaria, Inc. |

# EXHIBIT 1

Xtrasource, Inc.
Richard K. Tyler
2245 Enterprise Parkway East
Twinsburg OH 44087

| **Contract to be assumed:** |
|---|
| Mutual Confidentiality Agreement effective June 4, 2001 by and between Xtrasource, Inc. and Mobilaria, Inc. |

# EXHIBIT 1

TrafficCast
Jing (Connie) Li
2122 Luann Lane
Madison WI 53713

| Contract to be assumed: |
| --- |
| Mutual Confidentiality Agreement effective February 8, 2001 by and between TrafficCast and MobileAria, Inc. |

# EXHIBIT 1

Transport International Pool, Inc.
426 West Lancaster Avenue
Devon PA 19333

| **Contract to be assumed:** |
| --- |
| Confidentiality Agreement effective August 5, 2003 by and between Transport International Pool, Inc. and MobileAria, Inc. |

# EXHIBIT 1

Trialon Corporation
Les Hadden
1815 Touby Pike
Kokomo IN 46901

| Contract to be assumed: |
|:---:|
| Mutual Confidentiality Agreement effective January 17, 2006 by and between Trialon Corp. and MobileAria, Inc. |

# EXHIBIT 1

TEMIC Sprachverarbeitung GmbH
Dr. Mathias Gollwitoer
Soeflinger Str. 100
D-89077 Ulm


Germany

| Contract to be assumed: |
|---|
| Mutual Confidentiality Agreement effective July 16, 2001 by and between  TEMIC Sprachverarbeitung GmbH and MobileAria, Inc. |

# EXHIBIT 1

Tsola, Inc.
1301 Shoreway Road
Suite 123
Belmont CA 94002

| Contract to be assumed: |
| --- |
| Mutual Confidentiality Agreement effective January 31, 2001 by and between Tsola, Inc. and MobileAria, Inc. |

# EXHIBIT 1

Video Domain US
Ilan Zorman
970 Van Auken
Palo Alto CA 94304

| Contract to be assumed: |
| --- |
| Mutual Confidentiality Agreement effective October 27, 2003 by and between Video Domain US and MobileAria, Inc. |

# EXHIBIT 1

Visual Data Corporation
George G. Stemper Jr.
1291 SW 29th Avenue
Pompano Beach FL 33069

| **Contract to be assumed:** |
| --- |
| Mutual Confidentiality Agreement effective April 6, 2001 by and between Visual Data Corporation and Mobilaria, Inc. |

# EXHIBIT 1

Voice Access Technologies, Inc.
R. Michael Elder
170 Knowles Drive
Suite 200
Los Gatos CA 95932

| **Contract to be assumed:** |
| --- |
| Mutual Confidentiality Agreement effective December 4, 2000 by and between Voice Access Technologies and Mobilaria, Inc. |

# EXHIBIT 1

VRV Design Pvt Ltd.
Bert Q. Vlaanderen
#325 6Fl-1 Roosevelt Rd
Sec 3
Taipei 106

Taiwan

| Contract to be assumed: |
| --- |
| Mutual Confidentiality Agreement effective August 13, 2001 by and between V&V Design Private Ltd. and MobileAria, Inc. |

# EXHIBIT 1

VRV Design Pvt Ltd.
H. Kantilal Compound
Sir MV Road 1st Fl
Sakinaka Andheri
Mumbai 40072

India

| Contract to be assumed: |
|---|
| Mutual Confidentiality Agreement effective August 13, 2001 by and between V&V Design Private Ltd. and MobileAria, Inc. |

# EXHIBIT 1

Cellco Partnership dba Verizon Wireless
Rosemary Garavaglia
180 Washington Valley Road
Bedminster NJ 07921

| **Contract to be assumed:** |
|---|
| Mutual nondisclosure agreement #750-02132-2004 effective January 1, 2005 by and between Cellco Partnership dba Verizon Wireless and MobileAria, Inc. |

# EXHIBIT 1

Volt Delta Resources, Inc.
Anthony Donato
2401 North Glassell Street
Orange CA 92865

| Contract to be assumed: |
|---|
| Mutual Confidentiality agreement effective May 10, 2002 by and between Volt Data Resources, Inc. and MobileAria, Inc. |

# EXHIBIT 1

Volvo Penta of the Americas, Inc.
1300 Volvo Penta Dr
Chesapeake VA 23320-9860

| **Contract to be assumed:** |
| --- |
| Secrecy and Confidentiality agreement effective January 17, 2005 by and between Volvo Penta of the Americas, Inc. and MobileAria, Inc. |

# EXHIBIT 1

Wavemakers
Richard Sones
134 Abbott St Ste 302
Vancouver BC V6B 2K4

Canada

| Contract to be assumed: |
| --- |
| Mutual confidentiality agreement effective November 20, 2002 by and between Wavemakers and MobileAria, Inc. |

# EXHIBIT 1

Wayland Systems
Meilir Page-Jones

| **Contract to be assumed:** |
|---|
| Mutual Confidentiality Agreement effective December 20, 2002 by and between Wayland Systems and MobileAria, Inc. |

# EXHIBIT 1

Weatherbank, Inc.
Michael R. Root
1015 Waterwood Parkway
Suite J
Edmond OK 73034

| Contract to be assumed: |
|---|
| Mutual Confidentiality Agreement effective April 27, 2001 by and between Weatherbank, Inc. and Mobilaria, Inc. |

# EXHIBIT 1

WhereNet Corp.
Sean O'Connell
2858 De La Cruz Boulevard
Santa Clara CA 95050

| Contract to be assumed: |
| --- |
| Mutual Confidentiality Agreement effective May 1, 2003 by and between WhereNet corp. and MobileAria, Inc. |

# EXHIBIT 1

Rodney Williams
[Address on File]

| **Contract to be assumed:** |
| --- |
| Mutual Confidentiality Agreement effective February 1, 2001 by and between Rodney Williams and MobileAria, Inc. |

# EXHIBIT 1

Itochu Technology, Inc.
Takayaki Fukuhara
3945 Freedom Circle, Ste 350
Santa Clara CA 95054

| **Contract to be assumed:** |
|---|
| Mutual Confidentiality Agreement effective July 16, 2001 between MobileAria, Inc and Itochu Technology Inc. |

# EXHIBIT 1

IITRON, Taipei, Taiwan
Bert Q. Vlannderen
iiTron
651 Franklin St., #4308
Mountain View CA 94041

| **Contract to be assumed:** |
| --- |
| Mutual Confidentiality Agreement effective June 20, 2001 between MobileAria, Inc and IITRON |

# EXHIBIT 1

Ivus Technical Services, Inc.
Heather Howard
155 Myrtle Street
Oakland CA 94607

| Contract to be assumed: |
|---|
| Mutual Confidentiality Agreement effective May 1, 2001 between MobileAria, Inc and Ivus Technical Services, Inc. |

# EXHIBIT 1

IXI Mobile
David Bialer
1032 Elwell Court
#111
Palo Alto CA 94303

| **Contract to be assumed:** |
|---|
| Mutual Confidentiality Agreement effective April 13, 2000 between MobileAria, Inc and IXI Mobile |

# EXHIBIT 1

Exelon Corporation
PECO Energy Company
Attn:  Patrick M. White

| Contract to be assumed: |
| --- |
| Confidentiality and Nondisclosure Agreement effective March 29, 2006 between Exelon Corporation and MobileAria, Inc |

# EXHIBIT 1

PepsiCo, Inc.
Joe Yates
5600 Headquarters Drive
Plano TX 75024

| **Contract to be assumed:** |
| --- |
| Confidentiality and Nondisclosure Agreement effective September 7, 2005 between Pepsico Inc. and MobileAria, Inc |

# EXHIBIT 1

PHH Vehicle Management Services, LLC
David J. Coleman
307 International Circle
Hunt Valley MD 21030-1337

| **Contract to be assumed:** |
| --- |
| Confidentiality Agreement effective July 14, 2004 between PHH Vehicle Management Services, LLC and MobileAria, Inc |

# EXHIBIT 1

PHH Arval
David J. Coleman
940 Ridgebrook Road
Sparks MD 21152

| **Contract to be assumed:** |
| --- |
| Letter of Intent dated August 11, 2004 between PHH Vehicle Management Services and MobileAria, Inc |

# EXHIBIT 1

Puerto Rico Telephone
Benjamin Figueroa
P.O. Box 360998
San Juan P.R. 936

| Contract to be assumed: |
| --- |
| Mutual Confidentiality Agreement effective September 29, 2005 between MobileAria, Inc and Puerto Rico Telephone |

# EXHIBIT 1

Pumatech, Inc.
Kally J. Hicks
2550 North First Street
Suite 500
San Jose CA 95131

| Contract to be assumed: |
| --- |
| Mutual Confidentiality Agreement effective march 9, 2001 between MobileAria, Inc and Pumatech, Inc. |

# EXHIBIT 1

NEC BNS
Wally Bryant
NEC Unified Solutions, Inc.
6535 N. State Highway 161
Irving TX 75039-2402

| **Contract to be assumed:** |
| --- |
| Mutual Confidentiality Agreement effective March 16, 2001 between MobileAria, Inc and NEC BNS |

# EXHIBIT 1

Networkcar, Inc.
Donald Brady
4510 Executive Drive
Suite 315
San Diego CA 92121

| **Contract to be assumed:** |
| --- |
| Mutual Confidentiality Agreement effective September 13, 2001 between MobileAria, Inc and Networkcar, Inc. |

# EXHIBIT 1

Networkcar, Inc.
Donald Brady
4510 Executive Drive
Suite 315
San Diego CA 92121

| **Contract to be assumed:** |
| :---: |
| Mutual Confidentiality Agreement effective May 1, 2001 between MobileAria, Inc and Networkcar, Inc. |

# EXHIBIT 1

NEXIQ Technologies, Inc.
James C. Griffin Jr.
6425 Nineteen Mile Road
Sterling Heights MI 48314

| Contract to be assumed: |
| --- |
| Mutual Confidentiality Agreement effective March 6, 2001 between MobileAria, Inc and NEXIQ Technologies, Inc |

# EXHIBIT 1

NFO WorldGroup, Inc.
Michelle Pontrelli
33 New Montgomery Street
Suite 1200
San Francisco CA 94105

| Contract to be assumed: |
| --- |
| Mutual Confidentiality Agreement effective February 5, 2000 between MobileAria, Inc and NFO Worldgroup, Inc. |

# EXHIBIT 1

Noregon Systems, Inc.
Chad Pearson
500 Shepherd Street
Suite 300
Winston-Salem NC 27013

| **Contract to be assumed:** |
| --- |
| Non-Disclosure Agreement effective September 19, 2002 between MobileAria, Inc and Noregon Systems, Inc. |

# EXHIBIT 1

Nortel Networks Inc.
2221 Lakeside Boulevard
Richardson TX 75082

| Contract to be assumed: |
| --- |
| Mutual Non-Disclosure Agreement effective October 12, 2005 between MobileAria, Inc and Nortel Networks, Inc. |

# EXHIBIT 1

Nuance Communications
Monica L. Greenberg
1005 Hamilton Court
Menlo Park CA 94025

| Contract to be assumed: |
| --- |
| Non-Disclosure Agreement effective November 29, 2000 between MobileAria, Inc and Nuance Commutations |

# EXHIBIT 1

Nuance Communications
Monica L. Greenberg
1005 Hamilton Court
Menlo Park CA 94025

| **Contract to be assumed:** |
| --- |
| Mutual Confidentiality Agreement effective November 29, 2000 between MobileAria, Inc and Nuance Communications |

# EXHIBIT 1

ObjectFX Corporation
Christopher A. Schwartzbauer
10 Second Street NE
Suite 400
Minneapolis MN 55413

| **Contract to be assumed:** |
| --- |
| Mutual Confidentiality Agreement effective February 13, 2003 between MobileAria, Inc and ObjectFX Corporation |

# EXHIBIT 1

The O'Gara Group, Inc.
Bill O'Gara
8180 Corporate Park Drive
Suite 301
Cincinnati OH 45242

| **Contract to be assumed:** |
| --- |
| Confidentiality Agreement effective August 9, 2004 between MobileAria, Inc and Bill O'Gara |

# EXHIBIT 1

Jim Obot

| Contract to be assumed: |
|---|
| Mutual Confidentiality Agreement effective July 14, 2003 between MobileAria, Inc and Jim Obot |

# EXHIBIT 1

Kathleen Pacyna

| Contract to be assumed: |
| --- |
| Mutual Confidentiality Agreement effective March 25, 2001 between MobileAria, Inc and Kathleen Pacyna |

# EXHIBIT 1

MSNBC Interactive News, L.L.C.
Michael Wann
Business Development Manager
One Microsoft Way
Redmond WA 98052-6399

| **Contract to be assumed:** |
| --- |
| MSNBC Interactive News LLC Non-Disclosure Agreement (Non-Standard Reciprocal) effective April 28, 2001 between MobileAria and MSNBC Interactive News, LLC |

# EXHIBIT 1

Motorola, Inc.
Integrated Electronic Systems Sector
Attn:  Brian P. Santoro
50 Northwest Point Boulevard
Elk Grove Village IL 60007

| Contract to be assumed: |
| --- |
| Mutual Non-Disclosure Agreement effective June 27, 2001 between MobileAria, Inc and Motorola, Inc. |

# EXHIBIT 1

Kurt Martin
Munchen
Postfach 1351 85767 Unterfohring Bundesrepublik Deutschland

| **Contract to be assumed:** |
| --- |
| Confidentiality Agreement effective January 24, 2002 between MobileAria, Inc and Kurt Martin |

# EXHIBIT 1

MobileBriefs, Inc.
Michael F. Price
66 Perimeter Ctr E # 600
Atlanta GA 30346-1807

| Contract to be assumed: |
| --- |
| Mutual Confidentiality Agreement effective August 9, 2001 between MobileAria, Inc and MobileBriefs, Inc. |

# EXHIBIT 1

Mobiapps Inc.
Ann Panuja
1000 Wilson Blvd
Arlington VA 22209

| Contract to be assumed: |
|---|
| Mutual Confidentiality Agreement effective December 6, 2002 between MobileAria, Inc and MobiApps, Inc. |

# EXHIBIT 1

John N. Miskew

| **Contract to be assumed:** |
| --- |
| Mutual Confidentiality Agreement effective June 20, 2005 between MobileAria, Inc and John Miskew |

# EXHIBIT 1

Microsoft Corporation
Gonzalo Bustillos
One Microsoft Way
Redmond WA 98052-6399

| **Contract to be assumed:** |
| --- |
| Microsoft Corporation Non-Disclosure Agreement (Standard Reciprocal) effective February 25, 2002 between MobileAria, Inc and Microsoft |

# EXHIBIT 1

Mentora Group, Inc.
5825 Glenridge Drive, Bldg 3, Suite 101
Atlanta GA 30328

| **Contract to be assumed:** |
|---|
| Mutual Confidentiality Agreement effective September 11, 2001 between MobileAria, Inc and Mentora Group, Inc. |

# EXHIBIT 1

Mentora Group, Inc.
5825 Glenridge Drive, Bldg 3, Suite 101
Atlanta GA 30328

| **Contract to be assumed:** |
|---|
| Mentora Master Service Agreement effective September 24, 2001 between MobileAria, Inc and Mentora Group, Inc. |

# EXHIBIT 1

MCI Worldcom Communications, Inc.
205 N Michigan Ave Ste 2700
Chicago IL 60601-5924

| **Contract to be assumed:** |
| --- |
| Non-Disclosure Agreement effective December 16, 2003 between MobileAria, Inc and MCI |

# EXHIBIT 1

Lucent Technologies Inc.
Jorge Rodriquez
600 Mountain Avenue
Murray Hill NJ 07974

| **Contract to be assumed:** |
|---|
| Non-Disclosure Agreement effective October 6, 2005 between MobileAria, Inc and Lucent Technologies, Inc. |

# EXHIBIT 1

Lion Bridge Tech.
Sadiq Patankar
1050 Winter Street
Waltham MA 02451

| Contract to be assumed: |
|---|
| Mutual Confidentiality Agreement effective September 18, 2001 between MobileAria, Inc and Lion Bridge Tech |

# EXHIBIT 1

LG Infocomn Inc.
William Lee Finney
LG Electronics Mobilecomm U.S.A., Inc.
10225 Willow Creek Rd.
San Diego CA 92131

| Contract to be assumed: |
| --- |
| Mutual Confidentiality Agreement effective July 17, 2001 between MobileAria, Inc and LG Infocomn, Inc. |

# EXHIBIT 1

LogikKos, Inc.
Logikos, Inc.
2914 Independence Drive
Fort Wayne IN 46808

| **Contract to be assumed:** |
| --- |
| Mutual Confidentiality Agreement effective December 9, 2002 between MobileAria, Inc and Logikos, Inc. |

# EXHIBIT 1

Lat-Lon, LLC
David Baker
4251 South Natches Court
Unit C
Sheridan CO 80110

| Contract to be assumed: |
| --- |
| Mutual Confidentiality Agreement effective April 28, 2003 between MobileAria, Inc and Lat-Lon, LLC |

# EXHIBIT 1

Kiryung Electronics
H. J.Kwon
Kumchun-ku Seoul


Korea

| **Contract to be assumed:** |
| --- |
| Mutual Confidentiality Agreement effective December 16, 2003 between MobileAria, Inc and Kiryung Electronics |

# EXHIBIT 1

Chuck King

| Contract to be assumed: |
| --- |
| Mutual Confidentiality Agreement effective August 12, 2003 between MobileAria, Inc and Chuck King |

# EXHIBIT 1

Kirsen Technologies Corp.
Kirill S. Mostov

| **Contract to be assumed:** |
|---|
| Mutual Confidentiality Agreement effective January 25, 2004 between MobileAria, Inc and Kirsen Technologies, Corp. |

# EXHIBIT 1

Al Kinzie

| Contract to be assumed: |
|---|
| Mutual Confidentiality Agreement effective January 31, 2006 between MobileAria, Inc and Al Kinzie |

# EXHIBIT 1

Israel Kalman

| Contract to be assumed: |
| --- |
| Mutual Confidentiality Agreement effective March 11, 2004 between MobileAria, Inc and Israel Kalman |

# EXHIBIT 1

JP Systems, Inc.
David Erdner
12000 Ford Road
Suite 400
Dallas TX 75234

| Contract to be assumed: |
| --- |
| Mutual Confidentiality Agreement effective November 21, 2000 between MobileAria, Inc and JP Systems, Inc. |

# EXHIBIT 1

James Morton
159 Morning Dove Lane
Statesville NC 28625

| Contract to be assumed: |
|---|
| Mutual Confidentiality Agreement effective December 2, 2004 between MobileAria, Inc and Jim Morton |

# EXHIBIT 1

J. B. Hunt
George Brooks
615 J. B. Hunt Corporate Drive
Lowell AR 72745

| **Contract to be assumed:** |
| --- |
| Mutual Confidentiality Agreement effective May 24, 2005 between MobileAria, Inc and JB Hunt, LLC. |

# EXHIBIT 1

The Next Market
A. J. Menuzzi

| Contract to be assumed: |
| --- |
| Mutual Confidentiality Agreement effective October 18, 2001 between MobileAria, Inc and The Next Market |

# EXHIBIT 1

Quake Global, Inc.
J. C. Moir
9765 Clairemont Mesa Boulevard
Suite A
San Diego CA 92124

| **Contract to be assumed:** |
|---|
| Quake Global, Inc. Mutual Non-Disclosure Agreement effective May 14, 2003 between MobileAria, Inc and Quake Global, Inc. |

# EXHIBIT 1

Qualnetics Corporation
Richard H. Stenson
14241 NE Woodinville-Duvall Road
#176
Woodinville WA 98072

| **Contract to be assumed:** |
| --- |
| Mutual Confidentiality Agreement effective July 19, 2004 between MobileAria, Inc and Qualnetics Corporation |

# EXHIBIT 1

Rand McNally & Company
Robert L. Simmons
8255 North Central Park
Skokie IL 60076

| Contract to be assumed: |
|---|
| Mutual Confidentiality Agreement effective August 7, 2002 between MobileAria, Inc and Rand McNally & Company |

# EXHIBIT 1

Research In Motion Limited
Craig McLennon
295 Phillip Street
Waterloo Ontario N2L 3W8


Canada

| Contract to be assumed: |
| --- |
| Non-Disclosure Agreement effective July 30, 2001 between MobileAria, Inc and Research in Motion (RIM) |

# EXHIBIT 1

Research In Motion Limited
Craig McLennon
131 Shoemaker Street
Kitchener Ontario N2E 3B5

Canada

| Contract to be assumed: |
| --- |
| Non-Disclosure Agreement effective July 30, 2001 between MobileAria, Inc and Research in Motion (RIM) |

# EXHIBIT 1

Response Services Center, LLC
Robert W. Kelly
6940 Columbia Gateway Drive
Columbia MD 21046

| **Contract to be assumed:** |
| --- |
| Mutual Confidentiality Agreement effective January 25, 2001 between MobileAria, Inc and Responsive Services Center, LLC |

# EXHIBIT 1

Robidart Asssociates, Inc.
Charles M. Robidart, Jr.
Robidart & Associates
18430 Technology Drive Suite A
Morgan Hill CA 95037

| **Contract to be assumed:** |
| --- |
| Mutual Confidentiality Agreement effective August 4, 2003 between MobileAria, Inc and Robidart Associates, Inc. |

# EXHIBIT 1

Ryder System, Inc.
Kevin N. Rott
11690 NW 105 Street
Medley FL 33178

| **Contract to be assumed:** |
|---|
| Mutual Confidentiality Agreement effective June 1, 2005 between MobileAria, Inc and Ryder Systems, Inc. |

# EXHIBIT 1

Schlumberger Technology Corporation
Jim Kirksey
Houston Hwy
Victoria TX 77901

| **Contract to be assumed:** |
| --- |
| Confidentiality Agreement effective June 8, 2005 between MobileAria, Inc and Schlumberger Technology Corporation |

# EXHIBIT 1

Sentelligence, Inc.
William J. Linden
100 South Campus Drive
P.O. Box 3799
Terre Haute IN 47803-0799

| Contract to be assumed: |
| --- |
| Mutual Confidentiality Agreement effective May 13, 2003 between MobileAria, Inc and Sentelligence, Inc. |

# EXHIBIT 1

Sierra Wireless, Inc.
Jason Cohenour
13811 Wireless Way
Richmond British Columbia V6V 3A4


Canada

| **Contract to be assumed:** |
| --- |
| Mutual Confidentiality Agreement effective September 3, 2004 between MobileAria, Inc and Sierra Wireless, Inc. |

# EXHIBIT 1

Vijayaraghavan Doraiswami
[Address on File]

| **Contract to be assumed:** |
| --- |
| Consulting Agreement dated December 16, 2005 between Vijayaraghavan Doraiswami and the Seller. |

# EXHIBIT 1

Carmell LaVett Oliver
[Address on File]

| Contract to be assumed: |
|---|
| Consulting Agreement dated March 24, 2006 between Carmell Oliver and the Seller. |

# EXHIBIT 1

Clint Suson
[Address on File]

| **Contract to be assumed:** |
| --- |
| Consulting Agreement dated October 29, 2005 between Clint Suson and Seller. |

# EXHIBIT 1

Attention: General Counsel,
1801 Varsity Drive,
Raleigh NC 27606

| Contract to be assumed: |
| --- |
| Red Hat, Inc., |

# EXHIBIT 1

Sun Microsystems, Inc
4150 Network Circle
Santa Clara CA 95054

| **Contract to be assumed:** |
| --- |
| Java software |

# EXHIBIT 1

The Apache Software Foundation
1901 Munsey Dr
Forest Hill MD 21050-2747

| **Contract to be assumed:** |
| --- |
| Apache License Version 2.0, January 2004 |

# EXHIBIT 1

JCorporate Inc.
757 SE 17th St. #735
Fort Lauderdale FL 33316

| **Contract to be assumed:** |
| --- |
| JSPtags (JSP Tags) and Jgroup Software license |

# EXHIBIT 1

Linda Lu
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Lan Strickland
[Address on File]

| Contract to be assumed: |
|---|
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Peter Thayer
[Address on File]

| Contract to be assumed: |
|---|
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Scott Plude
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Jonathan Davies
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Narayan Mohanram
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Dan Pliskin
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Wei Wang
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Monali Jain
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Richard Esmonde
[Address on File]

| Contract to be assumed: |
|---|
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Mathew Holzman
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Gary Stempler
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Prokash Sinha
[Address on File]

| **Contract to be assumed:** |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Naveen Prabhu
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Alan Cyron
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Neeraj Bagga
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Ed Alcoff
[Address on File]

| **Contract to be assumed:** |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Bala Chander
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Subramanian Peruvemba
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Haytham Suliman
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Yong Tian
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Rena Yamamoto
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Victor Shao
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Eric Lunsford
[Address on File]

| Contract to be assumed: |
|---|
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Darrell Duffy
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Andrew Chan
[Address on File]

| Contract to be assumed: |
|---|
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Kai Wang
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

David Riley
[Address on File]

| Contract to be assumed: |
|---|
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Juilin Chen
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Stacey Weaver
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Milind Dange
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Chi Chung
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Kuei-Chung Tu
[Address on File]

| Contract to be assumed: |
|---|
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Maninder Chhabra
[Address on File]

| Contract to be assumed: |
|---|
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Brian Keith Miles
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Kenneth Hall
[Address on File]

| Contract to be assumed: |
|---|
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Rodney Blum
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Melora Svoboda
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Daniel Zucker
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Tom O'Gara
[Address on File]

| Contract to be assumed: |
|---|
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Owen Lynn
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Varma Chanderraju
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Deepak More
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Daniel Jester
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Todd Winkler
[Address on File]

| Contract to be assumed: |
|---|
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Rochelle Grober
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Zoya Ferdowsian
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Gene Summerville
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Ian McNish
[Address on File]

| **Contract to be assumed:** |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Purvi Rajani
[Address on File]

| Contract to be assumed: |
|---|
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Jared Brockway
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Vladimir Chernov
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Joshua Zhu
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Thomas Wood
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Steve Wollenberg
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Bradley M Murray
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Jeffrey Clarke
[Address on File]

| **Contract to be assumed:** |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Pablo Riviere
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Ira Ghazanfari
[Address on File]

| Contract to be assumed: |
|---|
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Kevin McGuinn
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Michael Hearney
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Steve Conlisk
[Address on File]

| Contract to be assumed: |
|---|
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Victoria Vainshtok
[Address on File]

| Contract to be assumed: |
|---|
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Jay Kim
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Michael Richion
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Rachel Liston
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Edward Gayles
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Dan Kolkowitz
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Doug Giffin
[Address on File]

| **Contract to be assumed:** |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Vincent Aragon
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Craig Brown
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Mitchell Rosenberg
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Wing Wong
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Gary Nauslar
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Suena Johnson
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

John Mullen
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Thomas Wainwright
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Daniel Fairbank
[Address on File]

| **Contract to be assumed:** |
|---|
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Tammy Vinton
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Chris Bortoli
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Dwight Joseph
[Address on File]

| Contract to be assumed: |
|---|
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Giovanni Paoletti
[Address on File]

| **Contract to be assumed:** |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Alan Lai
[Address on File]

| **Contract to be assumed:** |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Ted Rockcastle
[Address on File]

| Contract to be assumed: |
|---|
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Robert Esparza
[Address on File]

| Contract to be assumed: |
|---|
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Peter Robinson
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Alan Bolsh
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Michael Orr
[Address on File]

| **Contract to be assumed:** |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Vladimir Dubrovsky
[Address on File]

| Contract to be assumed: |
|---|
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Solomon Asefaw
[Address on File]

| Contract to be assumed: |
|---|
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Anna Dokakis
[Address on File]

| Contract to be assumed: |
|---|
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Vinay Kodancha
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Aniruddha Mulay
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Kimberly Durand
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Subramanian Mahesh
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Alla Lagodsky
[Address on File]

| Contract to be assumed: |
|---|
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Natalie Acevedo
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Lisa Smith
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Christopher Cusanza
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Rohit Nigam
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Satya Bathula
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Ramasamy Ramasubramanian
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Aphrodite Mitropoulos
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Kaushal Mehta
[Address on File]

| **Contract to be assumed:** |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Hammad Saleem
[Address on File]

| Contract to be assumed: |
|---|
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Juergen Kienhofer
[Address on File]

| Contract to be assumed: |
|---|
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Alan Milligan
[Address on File]

| Contract to be assumed: |
|---|
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Nicolas Courreges
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Gong Liu
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Kavitha Pillarsetty
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Alexander Babichev
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Phil Straw
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Philip Dean
[Address on File]

| Contract to be assumed: |
|---|
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Eugene Gordienko
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Artur Duko
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Seema Shembekar
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Vladimir Stepanov
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Rajesh Krishnamurthy
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Oksana Vishnevskaya
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Subhasri Rajagopalan
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Ruchika Dhingra
[Address on File]

| Contract to be assumed: |
|---|
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Bert Vlaanderen
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Andre Sanoyca
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Rajiv Thakur
[Address on File]

| Contract to be assumed: |
| --- |
| Employee Assignment and Proprietary Inventions assignment agreements |

# EXHIBIT 1

Openssl License –

| Contract to be assumed: |
| --- |
| Openssl License – |

# EXHIBIT 1

Doug Lea's Java Concurrent Utilities software license

| Contract to be assumed: |
| :---: |
| Doug Lea's Java Concurrent Utilities software license |

# EXHIBIT 1

Cross Country Global ITS Services, Corp.
1 Cabot Road
Medford MA 02155

| Contract to be assumed: |
|---|
| Emergency Call Center Services Agreement effective February 1, 2006 by and between MobileAria, Inc. and Cross Country Global ITS Services, Corp. |

# EXHIBIT C

Delphi Corporation
Special Parties

| CreditorName | CreditorNoticename | Address1 | Address2 | City | State | Zip | Country | Agreement |
|---|---|---|---|---|---|---|---|---|
| Prolificx New Zealand Ltd. | | Level 1, 13 Ronwood Avenue | | Manukau City | Auckland | 01702 | New Zealand | Manufacturing Services and License Agreement between MobileAria, Inc. and Prolificx New Zealand LTD and made and entered into as of August 1, 2005 as amended by that certain Amendment No. 1 To Manufacturing Services and License Agreement executed as of Ma |
| Prolificx Group | John McMahon | 13 Ronwood Avenue | Manukau City | Auckland | | 01702 | New Zealand | Mutual Confidentiality Agreement effective January 10, 2005 between MobileAria, Inc and Prolificx Group |

In re: Delphi Corporation, et al.
Case No. 05-44481

Page 1 of 1

7/10/2006 11:50 AM

# EXHIBIT D

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                      :
    In re                  :   Chapter 11
                      :
DELPHI CORPORATION, et al.,   :   Case No. 05-44481 (RDD)
                      :
           Debtor.   :   (Jointly Administered)
                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ASSUMPTION AND/OR ASSIGNMENT
OF EXECUTORY CONTRACT OR UNEXPIRED LEASE

PLEASE TAKE NOTICE THAT:

        1.     Pursuant to the Order Under 11 U.S.C. § 105(a) And Fed. R. Bankr. P.

2002 And 9014 Approving (i) Bidding Procedures, (ii) Certain Bid Protections,  (iii) Form

And Manner Of Sale Notices, And (iv) Setting Of A Sale Hearing (the "Bidding Procedures

Order") entered by the United States Bankruptcy Court for the Southern District of New York

(the "Bankruptcy Court") on June 22, 2006, MobileAria, Inc. ("MobileAria") has accepted

the bid of @Road, Inc. (the "Successful Bidder") for the purchase of substantially all of

MobileAria's assets (the "Assets").  The terms of the bid are set forth in the Asset Sale and

Purchase Agreement, dated as of July 7, 2006 between MobileAria and the Successful Bidder

(the "Agreement").  Capitalized terms used but not otherwise defined in this notice shall have

the meaning ascribed to them in the Bidding Procedures Order.

        2.      Pursuant to the terms of the Agreement, MobileAria will seek to

assume and/or assign the contracts listed on Exhibit 1 hereto (the "Assigned Contracts") at

the hearing to be held at 10:00 a.m. (Prevailing Eastern Time) on July 19, 2006 (the "Sale

Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Judge, United

States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room

610, New York, New York 10004.

        3.      This notice shall amend and replace that certain Notice Of Assumption

And/Or Assignment Of Executory Contract Or Unexpired Lease dated June 28, 2006

providing notice of MobileAria's intent to assume and/or assign the Assigned Contracts to

Wireless Matrix USA, Inc.

        4.      Objections, if any, to the assumption and/or assignment of an Assigned

Contract must (a) be in writing, (b) state with specificity the reasons for such objection, (c)

conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the

Southern District of New York, and the Seventh Supplemental Order Under 11 U.S.C. §§

102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing

Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative

Procedures, entered by this Court on May 19, 2006 (Docket No. 3824), (d) be filed with the

Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users

2

of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (e) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004, and (f) be served in hard-copy form so it is actually received within ten days after the date of this Notice upon (i) MobileAria, Inc., 800 West El Camino Real, Suite 240, Mountain View, California 94040 (Att'n: Richard Lind), (ii) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel), (iii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), (iv) counsel for the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Att'n: Kenneth S. Ziman), (v) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Donald Bernstein and Brian Resnick), (vi) counsel for the Official Committee of Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), (vii) counsel for the Official Committee of Equity Security Holders, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004 (Att'n: Bonnie Steingart), (viii) counsel for the Successful Bidder, Heller Ehrman LLP, 7 Times Square, New York, New York 10036 (Att'n: Carren Shulman), and (ix) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard).

   5.  If an objection to the assumption and/or assignment of an Assigned Contract is timely filed, a hearing with respect to the objection will be held before the

Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court

for the Southern District of New York, One Bowling Green, Room 610, New York, New

York 10004, at the Sale Hearing or such date and time as the Court may schedule.  If no

objection is timely received, the nondebtor party to the Assigned Contract shall be forever

barred from asserting any other claims, including, but not limited to, the propriety or

effectiveness of the assumption and/or assignment of the Assigned Contract, against the

Debtors or the Successful Bidder, or the property of either of them as to such Assigned

Contract.

6.      Pursuant to 11 U.S.C. § 365, there is adequate assurance of future

performance that the Cure Amount set forth in the Cure Notice shall be paid in accordance

with the terms of the Sale Order.  Further, there is adequate assurance of the Successful

Bidder's future performance under the executory contract or unexpired lease to be assumed

and assigned because of the significant resources of the Successful Bidder.

7.    Prior to the Closing Date, MobileAria may amend its decision with
respect to the assumption and/or assignment of any Assigned Contract and provide a new
notice amending the information provided in this Notice.

Dated:  New York, New York
        July 7, 2006

                        SKADDEN, ARPS, SLATE, MEAGHER
                        & FLOM LLP

                        By: /s/ John Wm. Butler, Jr.
                            John Wm. Butler, Jr. (JB 4711)
                            John K. Lyons (JL 4951)
                            Ron E. Meisler (RM 3026)
                        333 West Wacker Drive, Suite 2100
                        Chicago, Illinois  60606
                        (312) 407-0700

                            - and -

                        By: /s/ Kayalyn A. Marafioti
                            Kayalyn A. Marafioti (KM 9632)
                            Thomas J. Matz (TM 5986)
                        Four Times Square
                        New York, New York 10036
                        (212) 735-3000

                        Attorneys for Delphi Corporation, et al.,
                          Debtors and Debtors-in-Possession

# EXHIBIT 1

Prolificx New Zealand Ltd.
Level 1, 13 Ronwood Avenue
Manukau City Auckland 01702

New Zealand

| **Contract to be assumed:** |
| --- |
| Manufacturing Services and License Agreement between MobileAria, Inc. and Prolificx New Zealand LTD and made and entered into as of August 1, 2005 as amended by that certain Amendment No. 1 To Manufacturing Services and License Agreement executed as of Ma |

# EXHIBIT 1

Prolificx Group
John McMahon
13 Ronwood Avenue
Manukau City
Auckland 01702

New Zealand

| **Contract to be assumed:** |
| --- |
| Mutual Confidentiality Agreement effective January 10, 2005 between MobileAria, Inc and Prolificx Group |

# EXHIBIT E

Delphi Corporation
Special Parties

| CreditorName | CreditorNoticename | Address1 | Address2 | City | State | Zip | Country | Agreement |
|---|---|---|---|---|---|---|---|---|
| MSI | Attn: Michael D. Sides | President | 30 McCormick Way | Lincoln University | PA | 19352 | | Installation Services Agreement dated May 11, 2006 between MobileAria, Inc. and MSI |
| Otel Telecom | Attn: Otto White | 300 - 74th Avenue NE | | St. Petersburg | FL | 33702-5430 | | Installation Services Agreement dated June 15, 2006 between MobileAria, Inc. and OTEL Telecom |
| Auto Page Unlimited Inc. | Attn: Brian Schulze | 370 E. Irving Park Road | | Wood Dale | IL | 60191 | | Installation Services Agreement dated June 12, 2006 between MobileAria, Inc. and Auto Page Unlimited Inc. |
| Absolute Wireless Inc. | Attn: Oscar Castano | 26250 Industrial Boulevard | Suite 50 | Hayward | CA | 94545 | | Installation Services Agreement dated May 11, 2006 between MobileAria, Inc. and Absolute Wireless Inc. |
| Janus Logistics | | 85 Orchard Valley Drive | | Cranston | RI | 02921 | | Installation Services Agreement dated June 2006 between MobileAria, Inc. and Janus Logistics |
| Bridgetown Communications | | 3923 28th Street, Ste. 184 | | Grand Rapids | MI | 49512 | | Installation Services Agreement dated June 13, 2006 between MobileAria, Inc. and Bridgetown Communications. |
| Bridgetown Communications | | 3923 28th Street, Ste. 184 | | Grand Rapids | MI | 49512 | | Mutual Confidentiality Agreement between MobileAria, Inc. and Bridgetown Communications dated June 13, 2006 |
| PHH Vehicle Management Services, LLC (PHH Arval) | Attn: David J. Coleman | 940 Ridgebrook Road | | Sparks | MD | 21152-9390 | | Fleetoutlook Services Agreement dated June 10, 2006 between MobileAria, Inc. and PHH Vehicle Management Services, LLC |
| CMango Services Management Company | Attn: Zureme Zimoga | 704 Town & Country Village | | Sunnyvale | CA | 94086 | | Remedy Invoice Number CMG121272 dated August 9, 2005 |
| CMango Services Management Company | Attn: Zureme Zimoga | 704 Town & Country Village | | Sunnyvale | CA | 94086 | | Remedy Invoice Number CMG121524 dated February 17, 2006 |
| CMANGO, Inc. | | 1300 Crittenden Lane #200 | | Mountain View | CA | 94043 | | WIPRO / CMango Invoice number WIPRO-14 dated May 9, 2006 |
| R Systems, Inc. | | 5000 Windplay Drive | Suite 5 | El Dorado Hills | CA | 95762 | | Call Center Services Agreement effective October 31, 2005, between MobileAria, Inc. and R Systems, Inc. |
| QWest Interprise Networking | Attn: Manager | Department 047 | Contract No. CPE147845516ABA | Denver | CO | 80271 | | QWest Interprise Networking Invoice # 30122677 dated November 17, 2005 |
| DHL Danzas | | 14076 Collections Center Drive | | Chicago | IL | 60693 | | Danzas AE Customs Brokerage Services Invoice No. 107698954 dated June 6, 2006 |
| Clint Suson | | [Address on File] | | | | | | Independent Contractor Innovations and Proprietary Rights Assignment Agreement between MobileAria, Inc. and Clint Suson dated July 18, 2005. |
| Mr. Raul Reyes | | [Address on File] | | | | | | Independent Contractor Innovations and Proprietary Rights Assignment Agreement between MobileAria, Inc. and Raul Reyes dated May 24, 2006 |
| Carmell LaVett Oliver | | [Address on File] | | | | | | Independent Contractor Innovations and Proprietary Rights Assignment Agreement between MobileAria, Inc. and Carmell L. Oliver dated March 22, 2006 |
| BMC Software Distribution, Inc. | | PO Box 201040 | | Houston | TX | 77216-0001 | | BMC Software Invoice Number 6226052 and dated June 14, 2006 for Remedy Software |
| BMC Software Distribution, Inc. | | PO Box 201040 | | Houston | TX | 77216-0001 | | Remedy Software Contract Number 52856 |
| Orbcomm | | 2115 Linwood Avenue | Suite 100 | Fort Lee | NJ | 07024 | | Renewal of US Value Added Reseller Agreement with Orbcomm dated May 10, 2006. |
| Orbcomm | | 21700 Atlantic Boulevard | | Dulles | VA | 20166 | | Renewal of US Value Added Reseller Agreement with Orbcomm dated May 10, 2006. |
| PHH Vehicle Management Services, LLC (PHH Arval) | Attn: David J. Coleman | 940 Ridgebrook Road | | Sparks | MD | 21152-9390 | | Fleetoutlook Services Agreement between MobileAria, Inc. and PHH Vehicle Management Services, LLC dated June 16, 2006. |

# EXHIBIT F

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                          :
In re                    :    Chapter 11
                          :
DELPHI CORPORATION, et al.,  :    Case No. 05-44481 (RDD)
                          :
            Debtor.  :    (Jointly Administered)
                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ASSUMPTION AND/OR ASSIGNMENT
OF EXECUTORY CONTRACT OR UNEXPIRED LEASE

PLEASE TAKE NOTICE THAT:

        1.      Pursuant to the Order Under 11 U.S.C. § 105(a) And Fed. R. Bankr. P.

2002 And 9014 Approving (i) Bidding Procedures, (ii) Certain Bid Protections,  (iii) Form

And Manner Of Sale Notices, And (iv) Setting Of A Sale Hearing (the "Bidding Procedures

Order") entered by the United States Bankruptcy Court for the Southern District of New York

(the "Bankruptcy Court") on June 22, 2006, MobileAria, Inc. ("MobileAria") has accepted

the bid of @Road, Inc. (the "Successful Bidder") for the purchase of substantially all of

MobileAria's assets (the "Assets").  The terms of the bid are set forth in the Asset Sale and

Purchase Agreement, dated as of July 7, 2006 between MobileAria and the Successful Bidder

(the "Agreement").  Capitalized terms used but not otherwise defined in this notice shall have

the meaning ascribed to them in the Bidding Procedures Order.

2.        Pursuant to the terms of the Agreement, MobileAria will seek to

assume and/or assign the contracts listed on Exhibit 1 hereto (the "Assigned Contracts") at

the hearing to be held at 10:00 a.m. (Prevailing Eastern Time) on July 19, 2006 (the "Sale

Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Judge, United

States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room

610, New York, New York 10004.

3.        This notice shall amend and replace that certain Notice Of Assumption

And/Or Assignment Of Executory Contract Or Unexpired Lease dated June 29, 2006

providing notice of MobileAria's intent to assume and/or assign the Assigned Contracts to

Wireless Matrix USA, Inc.

4.        Objections, if any, to the assumption and/or assignment of an Assigned

Contract must (a) be in writing, (b) state with specificity the reasons for such objection, (c)

conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the

Southern District of New York, and the Seventh Supplemental Order Under 11 U.S.C. §§

102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing

Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative

Procedures, entered by this Court on May 19, 2006 (Docket No. 3824), (d) be filed with the

Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users

2

of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-

interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF),

WordPerfect, or any other Windows-based word processing format), (e) be submitted in hard-

copy form directly to the chambers of the Honorable Robert D. Drain, United States

Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York,

One Bowling Green, Room 610, New York, New York 10004, and (f) be served in hard-copy

form so it is actually received within ten days after the date of this Notice upon (i)

MobileAria, Inc., 800 West El Camino Real, Suite 240, Mountain View, California 94040

(Att'n: Richard Lind), (ii) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098

(Att'n: General Counsel), (iii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom

LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler,

Jr.), (iv) counsel for the agent under the Debtors' prepetition credit facility, Simpson Thacher

& Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Att'n: Kenneth S.

Ziman), (v) counsel for the agent under the postpetition credit facility, Davis Polk &

Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Donald Bernstein and

Brian Resnick), (vi) counsel for the Official Committee of Unsecured Creditors, Latham &

Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg

and Mark A. Broude), (vii) counsel for the Official Committee of Equity Security Holders,

Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York

10004 (Att'n: Bonnie Steingart), (viii) counsel for the Successful Bidder, Heller Ehrman LLP,

7 Times Square, New York, New York 10036 (Att'n: Carren Shulman), and (ix) the Office of

the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite

2100, New York, New York 10004 (Att'n:  Alicia M. Leonhard).

   5.  If an objection to the assumption and/or assignment of an Assigned

Contract is timely filed, a hearing with respect to the objection will be held before the

Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court

for the Southern District of New York, One Bowling Green, Room 610, New York, New

York 10004, at the Sale Hearing or such date and time as the Court may schedule.  If no

objection is timely received, the nondebtor party to the Assigned Contract shall be forever

barred from asserting any other claims, including, but not limited to, the propriety or

effectiveness of the assumption and/or assignment of the Assigned Contract, against the

Debtors or the Successful Bidder, or the property of either of them as to such Assigned

Contract.

> 6.      Pursuant to 11 U.S.C. § 365, there is adequate assurance of future

performance that the Cure Amount set forth in the Cure Notice shall be paid in accordance

with the terms of the Sale Order.  Further, there is adequate assurance of the Successful

Bidder's future performance under the executory contract or unexpired lease to be assumed

and assigned because of the significant resources of the Successful Bidder.

7.     Prior to the Closing Date, MobileAria may amend its decision with respect to the assumption and/or assignment of any Assigned Contract and provide a new notice amending the information provided in this Notice.

Dated:  New York, New York
        July 7, 2006

                         SKADDEN, ARPS, SLATE, MEAGHER
                         & FLOM LLP

                         By: /s/ John Wm. Butler, Jr.
                             John Wm. Butler, Jr. (JB 4711)
                             John K. Lyons (JL 4951)
                             Ron E. Meisler (RM 3026)
                         333 West Wacker Drive, Suite 2100
                         Chicago, Illinois  60606
                         (312) 407-0700

                                     - and -

                         By: /s/ Kayalyn A. Marafioti
                             Kayalyn A. Marafioti (KM 9632)
                             Thomas J. Matz (TM 5986)
                         Four Times Square
                         New York, New York 10036
                         (212) 735-3000

                         Attorneys for Delphi Corporation, et al.,
                           Debtors and Debtors-in-Possession

# EXHIBIT 1

MSI
Attn:  Michael D. Sides
President
30 McCormick Way
Lincoln University PA 19352

| **Contract to be assumed:** |
| --- |
| Installation Services Agreement dated May 11, 2006 between MobileAria, Inc. and MSI |

# EXHIBIT 1

Otel Telecom
Attn:  Otto White
300 - 74th Avenue NE
St. Petersburg FL 33702-5430

| **Contract to be assumed:** |
| --- |
| Installation Services Agreement dated June 15, 2006 between MobileAria, Inc. and OTEL Telecom |

# EXHIBIT 1

Auto Page Unlimited Inc.
Attn:  Brian Schulze
370 E. Irving Park Road
Wood Dale IL 60191

| **Contract to be assumed:** |
| --- |
| Installation Services Agreement dated June 12, 2006 between MobileAria, Inc. and Auto Page Unlimited Inc. |

# EXHIBIT 1

Absolute Wireless Inc.
Attn:  Oscar Castano
26250 Industrial Boulevard
Suite 50
Hayward CA 94545

| **Contract to be assumed:** |
| --- |
| Installation Services Agreement dated May 11, 2006 between MobileAria, Inc. and Absolute Wireless Inc. |

# EXHIBIT 1

Janus Logistics
85 Orchard Valley Drive
Cranston RI 02921

| **Contract to be assumed:** |
| --- |
| Installation Services Agreement dated June 2006 between MobileAria, Inc. and Janus Logistics |

# EXHIBIT 1

Bridgetown Communications
3923 28th Street, Ste. 184
Grand Rapids MI 49512

| **Contract to be assumed:** |
| --- |
| Installation Services Agreement dated June 13, 2006 between MobileAria, Inc. and Bridgetown Communications. |

# EXHIBIT 1

Bridgetown Communications
3923 28th Street, Ste. 184
Grand Rapids MI 49512

| Contract to be assumed: |
| --- |
| Mutual Confidentiality Agreement between MobileAria, Inc. and Bridgetown Communications dated June 13, 2006 |

# EXHIBIT 1

PHH Vehicle Management Services, LLC (PHH Arval)
Attn:  David J. Coleman
940 Ridgebrook Road
Sparks MD 21152-9390

| **Contract to be assumed:** |
| --- |
| Fleetoutlook Services Agreement dated June 10, 2006 between MobileAria, Inc. and PHH Vehicle Management Services, LLC |

# EXHIBIT 1

CMango Services Management Company
Attn:  Zureme Zimoga
704 Town & Country Village
Sunnyvale CA 94086

| **Contract to be assumed:** |
| --- |
| Remedy Invoice Number CMG121272 dated August 9, 2005 |

# EXHIBIT 1

CMango Services Management Company
Attn:  Zureme Zimoga
704 Town & Country Village
Sunnyvale CA 94086

| **Contract to be assumed:** |
| --- |
| Remedy Invoice Number CMG121524 dated February 17, 2006 |

# EXHIBIT 1

CMANGO, Inc.
1300 Crittenden Lane #200
Mountain View CA 94043

| Contract to be assumed: |
| --- |
| WIPRO / CMango Invoice number WIPRO-14 dated May 9, 2006 |

# EXHIBIT 1

R Systems, Inc.
5000 Windplay Drive
Suite 5
El Dorado Hills CA 95762

| **Contract to be assumed:** |
| --- |
| Call Center Services Agreement effective October 31, 2005, between MobileAria, Inc. and R Systems, Inc. |

# EXHIBIT 1

QWest Interprise Networking
Attn:  Manager
Department 047
Contract No. CPE147845516ABA
Denver CO 80271

| Contract to be assumed: |
| --- |
| QWest Interprise Networking Invoice # 30122677 dated November 17, 2005 |

# EXHIBIT 1

DHL Danzas
14076 Collections Center Drive
Chicago IL 60693

| **Contract to be assumed:** |
| --- |
| Danzas AE Customs Brokerage Services Invoice No. 107698954 dated June 6, 2006 |

# EXHIBIT 1

Clint Suson
[Address on File]

| Contract to be assumed: |
| --- |
| Independent Contractor Innovations and Proprietary Rights Assignment Agreement between MobileAria, Inc. and Clint Suson dated July 18, 2005. |

# EXHIBIT 1

Mr. Raul Reyes
[Address on File]

| Contract to be assumed: |
|---|
| Independent Contractor Innovations and Proprietary Rights Assignment Agreement between MobileAria, Inc. and Raul Reyes dated May 24, 2006 |

# EXHIBIT 1

Carmell LaVett Oliver
[Address on File]

| Contract to be assumed: |
|---|
| Independent Contractor Innovations and Proprietary Rights Assignment Agreement between MobileAria, Inc. and Carmell L. Oliver dated March 22, 2006 |

# EXHIBIT 1

BMC Software Distribution, Inc.
PO Box 201040
Houston TX 77216-0001

| **Contract to be assumed:** |
| --- |
| BMC Software Invoice Number 6226052 and dated June 14, 2006 for Remedy Software |

# EXHIBIT 1

BMC Software Distribution, Inc.
PO Box 201040
Houston TX 77216-0001

| **Contract to be assumed:** |
| --- |
| Remedy Software Contract Number 52856 |

# EXHIBIT 1

Orbcomm
2115 Linwood Avenue
Suite 100
Fort Lee NJ 07024

| **Contract to be assumed:** |
| --- |
| Renewal of US Value Added Reseller Agreement with Orbcomm dated May 10, 2006. |

# EXHIBIT 1

Orbcomm
21700 Atlantic Boulevard
Dulles VA 20166

| Contract to be assumed: |
| --- |
| Renewal of US Value Added Reseller Agreement with Orbcomm dated May 10, 2006. |

# EXHIBIT 1

PHH Vehicle Management Services, LLC (PHH Arval)
Attn:  David J. Coleman
940 Ridgebrook Road
Sparks MD 21152-9390

| **Contract to be assumed:** |
| --- |
| Fleetoutlook Services Agreement between MobileAria, Inc. and PHH Vehicle Management Services, LLC dated June 16, 2006. |