UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                   Chapter 11
                                                                           Case No. 05-44481 (RDD)
DELPHI CORPORATION, *et al.*,                       (Jointly Administered)
DELPHI MEDICAL SYSTEMS COLORADO CORP

Debtors.
-----------------------------------------------------------X

***SECOND AMENDED* NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**

To: (Transferee)  Debt Acquisition Company of America V, LLC
                  1565 Hotel Circle South, Suite 310
                  San Diego, CA  92108

A transfer in the amount of $91.00 from:

NELSON HOBBY SPECIALTIES (Transferor)
394 S W 211TH AVE
ALOHA OR 97006

 is acknowledged.

*By filing pursuant to Rule 3001(e)(1), you affirm that you have searched the official claims register and that the Transferor has not previously filed a Proof of Claim.*

A Proof of Claim form in enclosed for your use.
The last date to file a claim is _____.  Send your Proof of Claim form to:
        Special Deputy Clerk
        United States Bankruptcy Court
        Southern District of New York
        One Bowling Green
        New York, New York 10004-1408

Refer to INTERNAL CONTROL NUMBER _____ in your Proof of Claim.
Kathleen Farrell, Clerk

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
Copy (check):  Debtor's Attorney _____ Claims Agent _____ Deputy Clerk_____
Bc:  ackotree
ACKNOWLEDGEMENT-NO CLAIM ON FILE-NOT FOR SECURITY-
BEFORE BAR DATE

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA  92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re. | ) Chapter 11 |
| | ) |
| DELPHI CORPORATION, *et al.*, | ) CASE NO. 05-44481 (RDD) |
| | ) (Jointly Administered) |
| DELPHI MEDICAL SYSTEMS COLORADO CORP | ) |
| | ) *SECOND AMENDED* NOTICE OF |
| | ) TRANSFER OF CLAIM OTHER THAN FOR |
| Debtors. | ) SECURITY AND WAIVER OF NOTICE |
| _____ | Bankruptcy Rule 3001(e)(1) |

   PLEASE TAKE NOTICE that the scheduled claim of **NELSON HOBBY SPECIALTIES** ("Transferor") against the Debtor in the amount of **$91.00,** as listed within the Schedules of Assets and Liabilities filed by the Debtor**,** and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA").  The signature of the Transferor on the attached document is evidence of the transfer of the claims and all rights there under.  Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

   The Transferor of the above-described claim(s) hereby assigns and transfers my claims and all rights there under to DACA upon terms as set forth in offer letter received.  Transferor represents and warrants that the claim is not less than $91.00 and has not been previously objected to, sold, or satisfied.  Upon notification by DACA, Transferor agrees to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party.  Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds.  Transferor agrees to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement.  The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**NELSON HOBBY SPECIALTIES**
394 S W 211TH AVE
ALOHA OR 97006

TRANSFEREE:
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO, CA 92108

Signature:    *Traci J. Fette*
              Traci Fette

Mail Ref# 6-

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | ) Chapter 11 |
|---|---|
| | ) Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, *et al.*, | ) Jointly Administered |
| DELPHI MEDICAL SYSTEMS COLORADO CORP | ) |
| | ) **NOTICE OF TRANSFER OF CLAIM** |
| Debtors. | ) **OTHER THAN FOR SECURITY AND** |
| | ) **WAIVER OF NOTICE** |
| | ) Bankruptcy Rule 3001(e)(1) |

PLEASE TAKE NOTICE that the scheduled claim of **NELSON HOBBY SPECIALTIES** ("Transferor") against the Debtor in the amount of **$1,202.10**, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $1,202.10 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

**TRANSFEROR:**
~~NELSON HOBBY SPECIALTIES~~
~~394 S.W. 311TH AVE ALOHA OR 97006~~

NELSON Hobby Specialties
PO BOX 1327
Keller, TX 76244
817-431-9898

Print Name _Gerald Nelson_    Title _Pres._
Signature _[signed]_    Date _6/5/06_
Updated Address (if needed) _P.O. Box 1327, Keller, TX 76244_
Phone _817-431-9898_    Fax _817-431-6436_    E-Mail _Nelsonhobby@prodigy.net_

**TRANSFEREE:**
DEBT ACQUISITION COMPANY OF AMERICA V, LLC
1565 Hotel Circle South, Suite 310, San Diego, CA 92108

Signature: _J. Fette_
Traci Fette

Mail Ref# 6-481
2590186

1