United States Bankruptcy Court
For the Southern District of New York

| DELPHI AUTOMOTIVE SYSTEMS LLC | } Chapter 11 |
| --- | --- |
| | } |
| | } Case No. |
| | } 05-44640 |
| Debtor | } Amount $39,084.15 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**JUNKERWERK LINDER GMBH & CO**
**MARTINSTR 31**
**SOLINGEN, GERMANY 42655**

The transfer of your claim as shown above in the amount of $39,084.15 has been transferred to:

    Liquidity Solutions, Inc.
    Dba Revenue Management
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By:/s/ Mike Richards
Liquidity Solutions, Inc.
dba Revenue Management
(201) 968-0001

794312

TRANSFER NOTICE

Junkerwerk Linder GMBH & CO KG ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: Delphi Automotive Systems LLC. (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the Claims of Assignor in the aggregate amount of $39,084.15 representing all claims against the Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 05-44640, subject to the terms of the Assignment Agreement.

    IN WITNESS WHEREOF, Assignor has signed below as of the ___19___ day of ___June___, 2006

Junkerwerk Linder GMBH & CO KG    REVENUE MANAGEMENT

_____    _____
(Signature)    (Signature)

Johannes Linder, Managing Director
_____
    (Print Name and Title)
(Print Name of Witness)