# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

In re:                                           In Proceedings For A
                                                 Reorganization Under
**DELPHI CORPORATION, et al,**                   Chapter 11
                                                 Case No.: 05-44481
                                                 Jointly Administered
    Delphi Automotive Systems LLC                Case No.: 05-44640
                Debtors.

---------------------------------------------------------------------X

NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

    Amroc Investments, LLC
    535 Madison Avenue, 15th Floor
    New York, New York 10022
    Attention: David S. Leinwand, Esq.

A transfer in the amount of **$25,200.00** from:

    Cerni Motor Sales Inc. (Transferor)
    5751 Cerni Pl Rt 46& 180
    PO Box 4176
    Youngstown, OH 44515
    Attention: Mr. John Cerni

is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.  Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                  Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

                                                  _____
                                                  Deputy Clerk