**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                                             )   **Chapter 11**
**In re:**                                                )
                                                             )   **Case No. 05-44481 (RDD)**
                                                             )
**DELPHI CORPORATION,** *et al.*,       )
                                                             )   **(Jointly Administered)**
                              **Debtors.**        )
_____)


## ORDER

**ORDERED**, that Joan Segal, Esq., is admitted to practice, *pro hac vice,* in the above referenced case, in the United States Bankruptcy Court, Southern District of New York subject to the payment of the filing fee.

Dated: July 11, 2006
       New York, New York

                                                            _____
                                                            UNITED STATES BANKRUPTCY JUDGE

A:\NY01-1104741-DELPHI SEGAL PRO HAC.DOC