**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                      )      **Chapter 11**
**In re:**                                )
                                      )      **Case No. 05-44481 (RDD)**
                                      )
**DELPHI CORPORATION,** *et al.*,    )
                                      )      **(Jointly Administered)**
                   **Debtors.**    )
_____)

## ORDER

**ORDERED**, that Joan Segal, Esq., is admitted to practice, *pro hac vice,* in the above referenced case, in the United States Bankruptcy Court, Southern District of New York subject to the payment of the filing fee.

Dated: July 11, 2006
       New York, New York

                                                 _____
                                               UNITED STATES BANKRUPTCY JUDGE