**WHITE & CASE**

White & Case LLP
1155 Avenue of the Americas
New York, New York 10036-2787

Tel + 1 212 819 8200
Fax + 1 212 354 8113
www.whitecase.com

Direct Dial + 212-819-8586    E-mail: dbaumstein@whitecase.com

July 7, 2006

HAND DELIVERY

Mr. Anatin Rouzo
Clerk of the United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re:   In re Delphi Corporation, et al. (the "Debtors"), Jointly Administered
      under Case No. 05-44481-RDD

Dear Mr. Rouzo:

In accordance with our conversation of Friday, June 23, 2006, Appaloosa Management L.P., with and through certain of its affiliates, Wexford Capital LLC, with and through certain of its affiliates, and Lampe Conway & Co., LLC, with and through certain of its affiliates (collectively, the "Shareholders"), by and through undersigned counsel, hereby request the Court withdraw the Notice of Appeal filed with the United States District Court for the Southern District of New York by the Shareholders on May 31, 2006 (Docket No. 3974) (the "Notice of Appeal").

Pursuant to our discussion, we understand that the Shareholders may withdraw the Notice of Appeal without filing a stipulation by sending a letter addressed to you with a copy to the Court. Accordingly, by this letter, the Shareholders hereby request withdrawal of the Notice of Appeal.

Respectfully submitted,

Douglas P. Baumstein

DB:md
cc:   Honorable Judge Robert D. Drain *(hand delivery)*
      John William Butler, Jr. *(via facsimile)*          Peter J. Antoszyk *(via facsimile)*
      Robert J. Rosenberg *(via facsimile)*                Babette A. Cecotti *(via facsimile)*
      Martin J. Bienenstock *(via facsimile)*              Lowell Peterson *(via facsimile)*
      Edward M. Fox *(via facsimile)*                      Bonnie Steingart *(via facsimile)*
      Robert Stark *(via facsimile)*

ALMATY  ANKARA  BANGKOK  BEIJING  BERLIN  BRATISLAVA  BRUSSELS  BUDAPEST  DRESDEN  DÜSSELDORF  FRANKFURT  HAMBURG  HELSINKI
HO CHI MINH CITY  HONG KONG  ISTANBUL  JOHANNESBURG  LONDON  LOS ANGELES  MEXICO CITY  MIAMI  MILAN  MOSCOW  MUMBAI  NEW YORK  PALO ALTO
PARIS  PRAGUE  RIYADH  ROME  SAN FRANCISCO  SÃO PAULO  SHANGHAI  SINGAPORE  STOCKHOLM  TOKYO  WARSAW  WASHINGTON, DC

MIAMI 662363 (2K)