**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
In re                                    :    Chapter 11
                                         :
DELPHI CORPORATION, *et al.,*            :    Case No. 05-44481 (RDD)
                                         :
            Debtors.                     :    (Jointly Administered)
---------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Carren Shulman, Esq. and Timothy Mehok, Esq. hereby enter their appearance on behalf of @Road, Inc. ("@Road").

PLEASE TAKE FURTHER NOTICE that @Road hereby requests and demands service of all notice and papers herein upon:

> HELLER EHRMAN LLP
> Carren Shulman, Esq.
> Timothy Mehok, Esq.
> Times Square Tower
> Seven Times Square
> New York, New York 10036
> Tel.: (212) 832-8300
> Fax: (212) 763-7600
> carren.shulman@hellerehrman.com
> timothy.mehok@hellerehrman.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes all pleadings of any kind, including, without limitation, all notices, motions, complaints, and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtors, their property, or their estates. The undersigned requests that its name be added to the mailing matrix.

Dated: July 12, 2006                                         HELLER EHRMAN LLP

                                                             By:    /s/ Carren Shulman
                                                             Carren Shulman (CS-2804)
                                                             Timothy Mehok (TM-5909)
                                                             Times Square Tower
                                                             Seven Times Square
                                                             New York, New York 10036
                                                             Tel.: (212) 832-8300
                                                             Fax: (212) 763-7600
                                                             carren.shulman@hellerehrman.com
                                                             timothy.mehok@hellerehrman.com

                                                             *Attorneys for @Road, Inc.*