**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

    I, Ira M. Levee, of full age, certify that on July 12, 2006, I caused to be served: (i) by facsimile a copy of *Lead Plaintiffs' Response In Connection With Debtors' Supplement To Motion For Order Under §§ 105 and 363 Authorizing Debtors To Implement A Key Employee Compensation Program So As To (A) Fix Second Half 2006 AIP Targets and Continue AIP Program and (B) Further Adjourn KECP Emergence Incentive Program Hearing* upon the parties on the annexed Exhibit A; (ii) by email upon the parties on the annexed Exhibit B; and (iii) by Federal Express overnight delivery a copy to the Chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United State Bankruptcy Court, One Bowling Green New York, NY 10004-1408.

    I certify under penalty of perjury that the forgoing statements are true.

Dated: July 12, 2006

                                                                                   /s/ Ira M. Levee
                                                                                   Ira M. Levee

                                                                                   Lowenstein Sandler PC
                                                                                   65 Livingston Avenue
                                                                                  Roseland, NJ 07068
                                                                                  973.597.2480 (Telephone)
                                                                                  973.597.2481 (Facsimile)

                                                                                  *Bankruptcy Counsel to Lead*
                                                                                  *Plaintiffs and the Prospective Class*

**EXHIBIT A**

| | |
|---|---|
| John W. Butler, Jr., Esq.<br>David Springer, Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>333 West Wacker Drive<br>Chicago, IL 60606-1285<br>Fax : (312) 407-0411<br>***Attorneys for the Debtor*** | Kayalyn A. Marafioti, Esq.<br>Thomas J. Matz, Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>4 Times Square<br>New York, NY  10036<br>Fax: 212-735-2000<br>***Attorneys for the Debtor*** |
| Douglas P. Bartner<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022-6069<br>Fax: (212) 848-4387<br>***Attorneys for the Debtor*** | Marissa Wesley, Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, New York 10017<br>Fax: (212) 455-2502<br>***Attorneys for JP Morgan Chase Bank N.A.*** |
| Marlane Melican, Esq.<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>Fax: (212) 450-3800<br>***Attorneys for JPMorgan Chase Bank, N.A.,<br> as Administrative Agent*** | Alicia M. Leonhard, Esq.<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004<br>Fax : (212) 668-2255<br>***U.S. Trustee*** |
| Robert J. Rosenberg, Esq.<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022-4802<br>Fax: (212) 751-4864<br>***Attorneys for The Official Committee Of<br>Unsecured Creditors*** | General Counsel<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098<br>Fax: (248) 813-2670 |
| Ennifer L. Rodburg, Esq.<br>Richard J. Slivinski, Esq.<br>Fried Frank Harris Shriver & Jacobson<br>One New York Plaza<br>New York, NY 10004<br>Fax: (212) 859-4000<br>***Proposed Counsel for the Equity Security Holders<br>Committee*** | J. Brian McTigue, Esq.<br>Cornish F. Hitchcock, Esq.<br>McTigue Law Firm<br>5301 Wisconsin Avenue, N.W., Suite 350<br>Washington DC 20015<br>Fax: (202) 364-9960<br>***Proposed Counsel for the Official Committee of<br> Retirees*** |
| Daniel D. Doyle, Esq.<br>Nicholas Franke, Esq.<br>Spencer Fane Britt & Browne LLP<br>1 North Brentwood Boulevard, 10th Floor<br>St. Louis, MO 63105<br>Fax: (314)862-4656<br>***Proposed Counsel for the Official Committee of<br>Retirees*** | |

**EXHIBIT B**

aaronsona@pepperlaw.com, aee@hurwitzfine.com, aenglund@orrick.com, afeldman@kslaw.com, agottfried@morganlewis.com, alan.mills@btlaw.com, amathews@robinsonlaw.com, amcmullen@bccb.com, amoog@hhlaw.com, andrew.herenstein@quadranglegroup.com, andrew.kassner@dbr.com, anne.kennelly@hp.com, aordubegian@weineisen.com, asherman@sillscummis.com, asm@pryormandelup.com, kar@pryormandelup.com, aswiech@akebobo-usa.com, athau@cm-p.com, austin.bankruptcy@publicans.com, ayala.hassell@eds.com, bankruptcy@goodwin.com, barnold@whdlaw.com, bbeckworth@nixlawfirm.com, bellis-monro@sgrlaw.com, Ben.Caughey@icemiller.com, bmcdonough@teamtogut.com, bmehlsack@gkllaw.com, bnathan@lowenstein.com, bsmoore@pbnlaw.com, bspears@winstead.com, cahn@clm.com, carol_sowa@denso-diam.com, caseyl@pepperlaw.com, cbattaglia@halperinlaw.net, ahalperin@halperinlaw.net, cfilardi@pepehazard.com, cfortgang@silverpointcapital.com, cfox@stblaw.com, cfox@stblaw.com, chill@bsk.com, ckm@greensfelder.com, jpb@greensfelder.com, cnorgaard@ropers.com, crieders@gjb-law.com, cs@stevenslee.com, cp@stevenslee.com, cschulman@sachnoff.com, agelman@sachnoff.com, cstorie@hodgsonruss.com, csullivan@bsk.com, cweidler@paulweiss.com, dallas.bankruptcy@publicans.com, david.aaronson@dbr.com, david.boyle@airgas.com, david.lemke@wallerlaw.com, davidl@bolhouselaw.com, dbaty@honigman.com, dcrapo@gibbonslaw.com, ddavis@paulweiss.com, derrien@coollaw.com, dfreedman@ermanteicher.com, dgheiman@jonesday.com, djury@steelworkers-usw.org, dkarp@cm-p.com, dladdin@agg.com, dlowenthal@thelenreid.com, dmdelphi@duanemorris.com, dpm@curtinheefner.com, dweiner@schaferweiner.com, eabdelmasieh@nmmlaw.com, EAKleinhaus@wlrk.com, ecdolan@hhlaw.com, echarlton@hiscockbarclay.com, eerman@ermanteicher.com, efox@klng.com, egunn@mcguirewoods.com, ekutchin@kutchinrufo.com, elazarou@reedsmith.com, elizabeth.flaagan@hro.com, emarcks@ssd.com, emccolm@paulweiss.com, emcnerney@blbglaw.com, ephillips@thurman-phillips.com, fatell@blankrome.com, ferrell@taftlaw.com, fholden@orrick.com, fstevens@foxrothschild.com, ftrikkers@rikkerslaw.com, fusco@millercanfield.com, gdiconza@dlawpc.com, george.cauthen@nelsonmullins.com, ggreen@fagelhaber.com, gjarvis@ggelaw.com, glen.dumont@hp.com, greenj@millercanfield.com, greg.bibbes@infineon.com, grichards@kirkland.com, gsouth@kslaw.com, gtoering@wnj.com, hannah@blbglaw.com, hborin@schaferweiner.com, heath.vicente@agg.com, herb.reiner@guarantygroup.com, hkolko@msek.com, hzamboni@underbergkessler.com, ian@gazesllc.com, ilevee@lowenstein.com, jaffeh@pepperlaw.com, james.bentley@srz.com, jangelovich@nixlawfirm.com, jbernstein@mdmc-law.com, Jeff.Ott@molex.com, jeffery.gillispie@infineon.com, jeisenhofer@gelaw.com, jengland@linear.com, jforstot@tpw.com, jh@previant.com, jharris@quarles.com, jhinshaw@boselaw.com, jkp@qad.com, jlapinsky@republicengineered.com, jlevi@toddlevi.com, jmanheimer@pierceatwood.com, jmbaumann@steeltechnologies.com, jminias@stroock.com, jml@ml-legal.com, lmc@ml-legal.com, jmoldovan@morrisoncohen.com, mdallago@morrisoncohen.com, jmsullivan@mwe.com, jmurch@foley.com, joel_gross@aporter.com, john.brannon@tklaw.com, john.cipriano@meus.mea.com, john.gregg@btlaw.com, john.persiani@dinslaw.com, john.sieger@kattenlaw.com, jonathan.greenberg@engelhard.com, jpardo@kslaw.com, jpguy@swidlaw.com, jposta@sternslaw.com, jrhunter@hunterschank.com, jrobertson@mcdonaldhopkins.com, jshickich@riddellwilliams.com, jsmairo@pbnlaw.com, jvitale@cwsny.com, jwilson@tylercooper.com, jwisler@cblh.com, jzackin@sillscummis.com, karen.dine@pillsburylaw.com, kcookson@keglerbrown.com, kcunningham@piercewood.com, ken.higman@hp.com, khansen@stroock.com, kim.robinson@bfkpn.com, klaw@bbslaw.com, kmiller@skfdelaware.com, Knathan@nathanneuman.com, knorthrup@kutchinrufo.com, knye@quarles.com, krk4@daimlerchrysler.com, krosen@lowenstein.com, kwalsh@lordbissel.com, rcovino@lordbissel.com, landy.ralph@pbgc.gov, lawallf@pepperlaw.com, lawtoll@comcast.net, lcurcio@tpw.com, lisa.moore2@nationalcity.com, lloyd.sarakin@am.sony.com, lmagarik@kjmlabor.com, lnewman@fagelhaber.com, lpeterson@msek.com, lpinto@wcsr.com, lschwab@bbslaw.com, lwalzer@angelogordon.com, madison.cashman@stites.com, maofiling@cgsh.com, maofiling@cgsh.com, margot.erlich@pillsburylaw.com, mark.houle@pillsburylaw.com, markd@blbglaw.com, mbane@kelleydrye.com, mblacker@andrewskurth.com, mbusenkell@mnat.com, mcarter@kslaw.com, mcruse@wnj.com, mdebbeler@graydon.com, metkin@lowenstein.com, mfarquhar@winstead.com, mgreger@allenmatkins.com, mhager@oshr.com, mhall@burr.com, michael.cook@srz.com, michaelz@orbotech.com, mlee@contrariancapital.com, jstanton@contrariancapital.com, wraine@contrariancapital.com, solax@contrariancapital.com, mlschein@mintz.com, mmassad@hunton.com, mmesonesmori@whitecase.com, mmharner@jonesday.com, mnewman@schaferweiner.com, mrichards@blankrome.com, mrr@previant.com, mscott@riemerlaw.com, mshaiken@stinsonmoheck.com, msomerstein@kelleydrye.com, mtf@afrct.com, murph@berrymoorman.com, mviscount@foxrothschild.com, mwcheney@swidlaw.com, mwinthrop@winthropcouchot.com, myarnoff@sbclasslaw.com, myetnikoff@schiffhardin.com, mzelmanovitz@morganlewis.com, niizeki.tetsuhiro@furukawa.co.jp, nlph4@cornell.edu, office@gazesllc.com, oiglesias@wlross.com, pabutler@ssd.com, patrick.bartels@quadranglegroup.com, pbaisier@seyfarth.com, pbarr@jaffelaw.com, pbilowz@goulstonstorrs.com, pcostello@bbslaw.com, pgurfein@akingump.com, pjanovsky@zeklaw.com, pmears@btlaw.com, Pretekin@coollaw.com, prubin@herrick.com, rbeacher@pitneyhardin.com, rcharles@lrlaw.com, rdehney@mnat.com, rdremluk@seyfarth.com, resterkin@morganlewis.com, rfrankel@swidlaw.com, RGMason@wlrk.com, rgoldi@sotablaw.com, rgriffin@iuoe.org, rheilman@schaferweiner.com, rhett.campbell@tklaw.com, rhwyron@swidlaw.com, richard.epling@pillsburylaw.com, richard.kremen@dlapiper.com, rjones@bccb.com, rjsidman@vssp.com, rkidd@srcm-law.com, rmcdowell@bodmanllp.com, rmeth@pitneyhardin.com, rnsteinwurtzel@swidlaw.com, robert.goodrich@stites.com, robert.welhoelter@wallerlaw.com, robin.spear@pillsburylaw.com, rpeterson@jenner.com, rsz@curtinheefner.com, rthibeaux@shergarner.com, rthibeaux@shergarner.com, rtrack@msn.com,

rurbanik@munsch.com, jwielebinski@munsch.com, drukavina@munsch.com, rusadi@cahill.com, rweiss@honigman.com, fgorman@honigman.com, sagolden@hhlaw.com, sarbt@millerjohnson.com, wolfordr@millerjohnson.com, sbrennan@nathanneuman.com, scargill@lowenstein.com, schristianson@buchalter.com, sdonato@bsk.com, sean@blbglaw.com, selanders@danielsandkaplan.com, sfreeman@lrlaw.com, sgoldber@quarles.com, sgross@hodgsonruss.com, shandler@sbclasslaw.com, shapiro@steinbergshapiro.com, sharon.petrosino@hp.com, shazan@oshr.com, sholmes@hunton.com, sjennik@kjmlabor.com, sjfriedman@jonesday.com, sk@kieselaw.com, skrause@zeklaw.com, smcook@lambertleser.com, snirmul@gelaw.com, sokeefe@winthropcouchot.com, sopincar@mcdonaldhopkins.com, sosimmerman@kwgd.com, sreisman@cm-p.com, sriemer@phillipsnizer.com, sriley@mcdonaldhopkins.com, srosen@cb-shea.com, sselbst@mwe.com, sshimshak@paulweiss.com, steven.keyes@aam.com, susanwhatley@nixlawfirm.com, tajamie@ajamie.com, tbrink@lordbissel.com, tch@previant.com, tdonovan@finkgold.com, tgaa@bbslaw.com, tkennedy@kjmlabor.com, tmaxson@cohenlaw.com, tmcfadden@lordbissel.com, tomschank@hunterschank.com, tsable@honingman.com, vdagostino@lowenstein.com, wachstein@coollaw.com, wbeard@stites.com, wendy.brewer@btlaw.com, michael.mccrory@btlaw.com, whanlon@seyfarth.com, whawkins@loeb.com, wheuer@morganlewis.com, william.barrett@bfkpn.com, wkohn@schiffhardin.com, wmsimkulak@duanemorris.com, wsavino@damonmorey.com, wshowman@ajamie.com, tscobb@vssp.com, amalone@colwinlaw.com, jhlemkin@duanemorris.com, gsantella@masudafunai.com