SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                :
    In re                         :        Chapter 11
                                :
DELPHI CORPORATION, et al.,    :        Case No. 05-44481 (RDD)
                                :
                    Debtors.    :        (Jointly Administered)
                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF FILING OF (A) TRANSCRIPT OF AUCTION PROCEEDINGS HELD ON
JULY 6, 2006 DETERMINING SUCCESSFUL BIDDER FOR THE SALE OF
SUBSTANTIALLY ALL OF THE ASSETS OF MOBILEARIA, INC. AND
(B) ASSET SALE AND PURCHASE AGREEMENT BETWEEN
@ROAD, INC. AND MOBILEARIA, INC. DATED AS OF JULY 7, 2006

PLEASE TAKE NOTICE that, in accordance with the Order Under 11 U.S.C. § 105(a) And Fed. R. Bankr. P. 2002 And 9014 Approving (i) Bidding Procedures, (ii) Certain Bid Protections, (iii) Form And Manner Of Sale Notices, And (iv) Setting Of A Sale Hearing (the "Bidding Procedures Order") entered by the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on June 22, 2006, MobileAria, Inc. ("MobileAria") held an auction for substantially all of its assets (the "Assets") on July 6, 2006 (the "Auction").  The transcript of the Auction is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that, following the conclusion of the Auction, the Board of Directors of MobileAria determined a bid of @Road, Inc. ("@Road") providing cash of $11.4 million and certain other consideration to be the highest or otherwise best offer for the Assets (the "Successful Bid") and approved the designation of @Road as the Successful Bidder (as defined in the Bidding Procedures Order).  The Asset Sale and Purchase Agreement between @Road and MobileAria dated as of July 7, 2006 is attached hereto as Exhibit B.

PLEASE TAKE FURTHER NOTICE that following the conclusion of the Auction, the Board of Directors of MobileAria determined a bid of Wireless Matrix USA, Inc. ("Wireless Matrix") providing cash of $11.2 million and certain other consideration to be the second highest or otherwise best offer for the Assets (the "Alternate Bid") and approved the designation of Wireless Matrix as the Alternate Bidder (as defined in the Bidding Procedures Order).

PLEASE TAKE FURTHER NOTICE that MobileAria's presentation to the Bankruptcy Court of the Successful Bid and Alternate Bid shall not constitute MobileAria's acceptance of either such bid, which acceptance shall only occur upon approval of such bids by the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that a hearing to approve the Successful Bid and the Alternate Bid will be held on July 19, 2006 at 10:00 a.m. (Prevailing Eastern Time) at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004, before the Honorable Robert D. Drain, United States Bankruptcy Judge. The hearing may be adjourned without notice other than an adjournment in open court.

Dated: New York, New York
      July 12, 2006

                      SKADDEN, ARPS, SLATE, MEAGHER
                         & FLOM LLP

                      By:/s/ John Wm. Butler, Jr.
                         John Wm. Butler, Jr. (JB 4711)
                         John K. Lyons (JL 4951)
                         Ron E. Meisler (RM 3026)
                      333 West Wacker Drive, Suite 2100
                      Chicago, Illinois 60606
                      (312) 407-0700

                      - and -

                      By: /s/ Kayalyn A. Marafioti
                         Kayalyn A. Marafioti (KM 9632)
                         Thomas J. Matz (TM 5986)
                      Four Times Square
                      New York, New York 10036
                      (212) 735-3000

                      Attorneys for Delphi Corporation, et al.,
                         Debtors and Debtors-in-Possession