# AFFIDAVIT OF SERVICE

State of New York    )
                     ) ss.:
County of New York   )

Tiffany D. Lewis, being duly sworn, deposes and says that: I am not a party to the action, am over 18 years of age, and reside in Kings County, New York. On July 12, 2006, I served the Objections by IBEW, IAM, and IUOE to Supplemental KECP Motion by hand delivering a copy to the following:

>Alicia Leonhard, Esq.
>U.S. Department of Justice
>Office of the United States Trustee
>33 Whitehall Street, 21st Floor
>New York, New York 10004-2111
>
>Kayalan A. Marafioti, Esq.
>Thomas J. Matz, Esq.
>Skadden, Arps, Slate, Meagher & Flom, LLP
>4 Times Square
>New York, New York 10036

I also served the Objection by IBEW, IAM, and IUOE to Supplemental KECP Motion by mailing a copy via overnight mail to the following:

>Jessica Kastin
>O'Melveny & Myers LLP
>Times Square Tower
>7 Times Square
>New York, NY 10036
>
>Robert J. Rosenberg, Esq.
>Latham & Watkins LLP
>885 Third Avenue, Suite 1000
>New York, New York 10022-4384
>
>John W. Butler, Jr.
>John K. Lyons
>Ron E. Meisler
>Nick D. Campanario
>Skadden, Arps, Slate, Meagher & Flom, LLP
>333 West Wacker Drive, Suite 2100
>Chicago, Illinois 60606

Bruce H. Simon, Esq.
Cohen, Weiss & Simon
330 West 42nd Street
New York, NY 10036

Jeffrey L. Tanenbaum
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Delphi Corporation
C/o Sean Corcoran and Karen Craft
5725 Delphi Drive
Troy, MI 48098-2815

Dated: New York, New York
       July 12, 2006

Sworn to before me this
12th day of July, 2006.

_____
Notary Public

MICHAEL SETH ADLER
Notary Public, State of New York
No. 02AD6104953
Qualified in Bronx County
Commission Expires Feb. 2, 2008

                                        Tiffany D. Lewis