7010 Cranwood Drive
Flint, MI 48505
Tel: 810.787.3150
Cell: 810.922.0308


July 2, 2006


TO:   Clerk of the Court
      U.S. Bankruptcy Court
      Southern District of New York
      One Bowling Green
      New York, N.Y. 10004


      Re:   In Re Delphi Corp., debtors, debtors-in-possession,
            Case No. 05-44481 (RDD)


Greetings Clerk:

   Enclosed for filing you will find:

1. Ex Parte Application For "Immediate" Judgment/Order
   Performance Vesting Title and Possession Of Monetary
   Property Legally Owned and Owed Since Human Capital
   Obligations and Cash Management Orders Was Entered
   By the Court On October 8, 2005, Over "10" Months
   Ago – Yet – Disobedience To the Court's Orders
   Continue To Wrongfully Cause Financial Hardships,
   Economic Hardships, Real and Personal Property
   Losses Including Repeated Deliberate Violations Of
   the Court's March 22, 2006, Orders For the Special
   Attrition Plan (SAP) Retirement Package Against
   Claimant Lafonza Earl Washington Or Demand For the
   Court For the Specific Act Of Directing the Act To
   Be Done At the Cost Of the Disobedient Parties By
   Some Other Person Appointed By the Court And the
   Act When So Done Has Like Effect As If Done By
   the Party; *And Supporting BRIEF!*

2. Proof of Service

   Please file according to Fed.R. of Bankr.P. Rule 5005(a).
Thank you.

                              *Lafonza Earl Washington*
                              *Lafonza Earl Washington*
                         BY:  Lafonza Earl Washington
                              Judgment/Order Creditor & Applicant

Enc./cc:

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Thomas J. Matz, Attorney

Alberto Gonzalez
United States Attorney General

Michael J. Garcia, U.S. Attorney
Southern District of New York

Jennifer M. Granholm, Governor
State of Michigan

George E. Pataki, Governor
State of New York

Rev. Wendall Anthony, Pres.
Detroit Branch (NAACP)

LATHAM & WATKINS LLP
Offial Committee of Unsecured Creditors
c/o Robert J. Rosenberg (RR-9585)

Greg Farrell
USA TODAY News

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------x
IN RE                               :   CHAPTER 11
                                    :
DELPHI CORPORATION et al.,          :   CASE NO. 05-44481 (RDD)
                                    :
              Debtors.              :   (JOINTLY ADMINISTERED)
                                    :
------------------------------------x
```

EX PARTE APPLICATION
FOR "IMMEDIATE" JUDGMENT/ORDER PERFORMANCE VESTING TITLE AND POSSESSION OF MONETARY PROPERTY LEGALLY OWNED AND OWED SINCE HUMAN CAPITAL OBLIGATIONS AND CASH MANAGEMENT ORDERS WAS ENTERED BY THE COURT ON OCTOBER 8, 2005, OVER "10" MONTHS AGO - YET - DISOBEDIENCE TO THE COURT'S ORDERS CONTINUE TO WRONGFULLY CAUSE FINANCIAL HARDSHIPS, ECONOMIC HARDSHIPS, REAL AND PERSONAL PROPERTY LOSSES INCLUDING REPEATED DELIBERATE VIOLATIONS OF THE COURT'S MARCH 22, 2006, ORDERS FOR THE SPECIAL ATTRITION PLAN (SAP) RETIREMENT PACKAGE AGAINST CLAIMANT LAFONZA EARL WASHINGTON OR DEMAND FOR THE COURT FOR THE SPECIFIC ACT OF DIRECTING THE ACT TO BE DONE AT THE COST OF THE DISOBEDIENT PARTIES BY SOME OTHER PERSON APPOINTED BY THE COURT AND THE ACT WHEN SO DONE HAS LIKE EFFECT AS IF DONE BY THE PARTY

I

I am the Creditor in the above-captioned proceeding and make this Application pursuant to:

A. Title 11 U.S.C. § 502(a);

B. Title 15 U.S.C. §§ 1-15 et seq;

C. Title 42 U.S.C. §§ 1982, 1983 etc.;

D. The Federal Rules of Bankruptcy Procedure Rules 2019(b)(2), 3001(f), 3003(c)(4) etc.;

E. The Federal Rules of Civil Procedure Rules 4.1(a) and (b), 58, 64, 65.1, 69, 70, 77(c) and 79(a).

And in support of my Application for "ISSUANCE" of the Court's "DIRECTIONS" for immediate payment of the above-stated entered Court Orders, demanded according to Law is the vesting of title and possession of the lawfully claimed monetary property without Notice based on no other party having any legal standing in this "RES JUDICATA" matter in which these involved claims were decided by previous "FINAL" Court Orders that continues to be in force since the above-stated dates requiring no further process, movement and is "DEAD" in Claimant's favor amounting to the sum certain as follows:

1. $304,613,013.00 (actual accrued bankruptcy claims), with interest at the rate of 15% per annum and accruing interest at the rate of $125,183.00 per day until paid in full, by law.

2. $913,839,039.00 (treble or threefold accrual of bankruptcy claims) at 15% annual percentage rate accruing interest at the rate of $375,550.20 per day until paid in full, by law.

3. $33,000,000.00 (actual accrued Redemption Agreement claims) with interest at the rate of 15% per annum and accruing interest since the beginning proposal date of September 6, 1999, at the rate of $4,950,000.00 per year or $13,561.60 daily, by law.

4. $99,000,000.00 (treble or threefold accrual of Redemption Agreement claims) at 15% annual percentage rate accruing interest at the rate of $40,712.30 per day, by law.

5. $140,000.00 (actual) for the Special Attrition Plan (SAP) selection including demands for monthly pension of $4,500.00 both tax exempt according to Title 26 U.S.C. § 7122 etc., by law.

6. $420,000.00 (treble or threefold accrual of SAP liabilities)

legally owed since June 23, 2006, at 15% annual percentage rate accruing interest at the rate of $63,000.00 a year or $172.60 per day, by law.

7. $13,500.00 (treble or threefold accrual of monthly pension demanded) and legally owed since September 6, 1999, the permanent closing of the General Motors Buick City plant, at 15% annual percentage rate accruing interest at the rate of $166,050.00 yearly or $454.90 per day, by law.

## II

This is a proceeding for the specific act of directing the Clerk of the United States District Court to disburse each of the above-stated amounts within "24" hours of the receiving of the demands on this Application and if the Clerk fails to comply within the time specified, the Court may direct the Act to be done at the cost of the disobedient party by some other person appointed by the Court and when so done has like effect as if done by the party.

## III

I, as well as, my family will continue to suffer irreparable personal and property injuries and losses by "UNAUTHORIZED" corporate bankruptcy frauds, banking frauds etc., acts if the directions for specific performance is "NOT" issued for the satisfaction of the Court's Orders causing the non-administration of justice against Federal constitutional etc., rights guaranteed to be protected by law.

## IV
"I DECLARE THAT THE STATEMENTS ABOVE
ARE TRUE TO THE BEST OF MY INFORMATION,
KNOWLEDGE, AND BELIEF."

*Lafonza Earl 3Washington*

*Lafonza Earl 3Washington*

BY: Lafonza Earl Washington
Judgment/Order Creditor & Applicant

Dated:   July 2, 2006

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------x
                                    :
IN RE                               :    CHAPTER 11
                                    :
DELPHI CORPORATION et al.,          :    (CASE NO. 05-44481 (RDD)
                                    :
            Debtors.                :    (JOINTLY ADMINISTERED)
                                    :
------------------------------------x
```

PROOF OF SERVICE

STATE OF MICHIGAN)
                 )
COUNTY OF GENESEE)


I, Lafonza Earl Washington deposes, states:

That on July 3, 2006, he did serve by United States Postal Service mail, postage prepaid, the below-identified documents upon the below-named persons.

1.  Ex Parte Application For "Immediate" Judgment/Order Performance Vesting Title and Possession Of Monetary Property Legally Owned and Owed Since Human Capital Obligations and Cash Management Orders Was Entered By the Court On October 8, 2005, Over "10" Months Ago - Yet - Disobedience To the Court's Orders Continue To Wrongfully Cause Financial Hardships, Economic Hardships, Real and Personal Property Losses Including Repeated Deliberate Violations Of the Court's March 22, 2006, Orders For the Special Attrition Plan (SAP) Retirement Package Against Claimant Lafonza Earl Washington Or Demand For the Court For the Specific Act Of Directing the Act To Be Done At the Cost Of the Disobedient Parties By Some Other Person Appointed By the Court And the Act When So Done Has Like Effect As If Done By the Party; AND Supporting BRIEF!

Please file according to the Fed.R. of Bankr.P. Rule 5005(a). Thank you.

*Lafonza Earl Washington*
BY: Lafonza Earl Washington
    Judgment/Order Creditor

Mailed to:

05-44481-rdd    Doc 4540    Filed 07/12/06    Entered 07/13/06 11:31:06    Main Document
Pg 8 of 8

Clerk of the Court
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, N.Y.  10004

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Thomas J. Matz, Attorney
Four Times Square
New York, N.Y.  10036

UNITED STATES DEPARTMENT OF JUSTICE
Alberto Gonzalez
U.S. Attorney General
950 Pennsylvania Ave., N.W.
Washington, D.C.  20530-0001

U.S. DEPARTMENT OF JUSTICE
Michael J. Garcia, U.S. Attorney
Southern District of New York
86 Chambers Street, 3rd Floor
New York, N.Y.  10007

Jennifer M. Granholm, Governor
State of Michigan
P.O. Box 30013
Lansing, MI  48909

George E. Pataki, Governor
State of New York
State Capitol
Albany, N.Y.  12224

The NAACP
Detroit Branch
Rev. Wendall Anthony
2990 E. Grand Blvd.
Detroit, MI  48202
313.871.2087

LATHAM & WATKINS LLP
885 Third Avenue
New York, N.Y.  10022-4802
Tel:  212.906.1200
Official Committee of Unsecured Creditor
    Robert J. Rosenberg  (RR-9585)
    Mitchell A. Seider   (MS-4321)
    Mark A. Broude       (MB-1902)

Greg Farrell
USA Today News
535 Madison Avenue  20th Floor
New York, N.Y.  10022
Fax:  212.715.5435