Exhibit A
List Of Court-Approved Retained Professionals Who Have Filed Applications

| NAME OF PROFESSI-ONAL | NAME OF APPLICATION | DATE FILED | DOCKET No. | AMOUNT OF FEES SOUGHT | AMOUNT OF EXPENSES SOUGHT | VOLUNTARY ACCOMMO-DATIONS, IF ANY | AMOUNT OF IOLDBACK |
|---|---|---|---|---|---|---|---|
| Banner & Witcoff, Ltd. | First Interim Application Of Banner & Witcoff, Ltd., Intellectual Property Counsel To Delphi Corporation, Seeking Allowance And Payment Of Interim Compensation And Reimbursement Of Expenses Under 11 U.S.C. Sections 330 And 331 | 04/28/2006 | 3506 | $29,580.05 | $411.95 | N/A | $5,998.40 |
| Blake, Cassels & Graydon LLP | First Interim Fee Application Of Blake, Cassels & Graydon LLP As Canadian Counsel For Debtors For Allowance And Payment Of Interim Compensation And Reimbursement Of Expenses Under 11 U.S.C. §§ 330 And 331 | 05/31/2006 | 4167 | Cdn$290,676.50 | Cdn$2,533.60 | N/A | $58,135.30 |
| Butzel Long, P.C. | First Interim Application Of Butzel Long, P.C., Commercial And Litigation Counsel To Debtors And Debtors-In-Possession, For Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Period From October 8, 2005 Through January 31, 2006 Under 11 U.S.C. §§330 And 331 | 04/28/2006 | 3489 | $260,376.05 | $1,857.51 | N/A | $52,075.21 |

| NAME OF PROFESSI-ONAL | NAME OF APPLICATION | DATE FILED | DOCKET No. | AMOUNT OF FEES SOUGHT | AMOUNT OF EXPENSES SOUGHT | VOLUNTARY ACCOMMO-DATIONS, IF ANY | AMOUNT OF IOLDBACK |
|---|---|---|---|---|---|---|---|
| Cadwalader, Wickersham And Taft LLP | First Application Of Cadwalader, Wickersham And Taft LLP As Attorneys For The Debtors For Interim Allowance Of Compensation For Professional Services Rendered And For Reimbursement Of Actual And Necessary Expenses Incurred From October 10, 2005 Through January 31, 2006 | 04/20/2006 | 3302 | $77,728.27 | $483.37 | 10% discount of fees; agreement to maintain previous year's hourly billing rates through April of 2006 | $15,545.65 |
| Cantor Colburn LLP | First Interim Application For Cantor Colburn LLP For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Pursuant To 11 U.S.C. §§ 330, 331 | 04/28/2006 | 3514 | $281,801.50 | $55,500.99 | $75,682.00 | $56,360.30 |
| Covington & Burling | Revised First Interim Application Of Covington & Burling, Foreign Trade And Special Corporate Committee Legal Counsel To The Debtors And Debtors-In-Possession, For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Incurred For The Period From October 8, 2005 Through January 31, 2006 | 04/28/2006 | 3596 | $490,281.00 | $20,653.23 | N/A | $87,179.00 |

2

| NAME OF PROFESSI-ONAL | NAME OF APPLICATION | DATE FILED | DOCKET No. | AMOUNT OF FEES SOUGHT | AMOUNT OF EXPENSES SOUGHT | VOLUNTARY ACCOMMO-DATIONS, IF ANY | AMOUNT OF HOLDBACK |
|---|---|---|---|---|---|---|---|
| Deloitte & Touche LLP | First Interim Application For Allowance Of Fees And Expenses Of Deloitte & Touche LLP As Independent Auditors And Accountants To The Debtors For The Period From October 8, 2005 Through January 31, 2006 | 04/28/2006 | 3485 | $4,131,506.08 | $4,660.98 | $1,032,876.52 | $746,301.22 |
| Dickinson Wright PLLC | First Interim Application Of Dickinson Wright PLLC For Order Authorizing And Approving Compensation For Services Rendered From January 13, 2006 Through January 31, 2006 | 04/26/2006 | 3442 | $8,973.50 | $0 | N/A | $1,794.70 |
| Ernst & Young LLP | First And Final Application Of Ernst & Young LLP, As Sarbanes-Oxley, Valuation, And Tax Services Providers For The Debtors, For Allowance And Payment Of Compensation For Professional Services And Reimbursement Of Actual And Necessary Expenses | 03/30/2006 | 3018 | $3,140,215.00 | $152,464.00 | $8,000.00 | $1,228,043.00 |
| FTI Consulting, Inc. | First Interim Application For Allowance Of Compensation And Reimbursement Of Expenses Incurred By FTI Consulting, Inc. As Restructuring And Financial Advisor To The Debtors For The Period October 8, 2005 Through January 31, 2006 | 04/27/2006 | 3454 | $8,502,443.60 | $687,569.02 | $657,100.00 | $1,700,488.60 |

3

| NAME OF PROFESSI- ONAL | NAME OF APPLICATION | DATE FILED | DOCKET No. | AMOUNT OF FEES SOUGHT | AMOUNT OF EXPENSES SOUGHT | VOLUNTARY ACCOMMO- DATIONS, IF ANY | AMOUNT OF IOLDBACK |
|---|---|---|---|---|---|---|---|
| Groom Law Group, Chartered | First Interim Application Of Groom Law Group, Chartered, As Special Employee Benefits Counsel For The Debtors, Seeking Allowance Of Compensation For Professional Services Rendered And For Reimbursement Of Actual And Necessary Expenses Incurred From October 8, 2005 Through January 31, 2005 | 04/27/2006 | 3460 | $127,500.30 | $5,087.96 | $14,166.70 | $25,500.06 |
| Howard & Howard Attorneys, P.C. | First Interim Fee Application Of Howard & Howard Attorneys, P.C., Intellectual Property Counsel To Debtors, For Interim Allowance Of Compensation And Reimbursement Of Expenses For The Period October 8, 2005 Through January 31, 2006 | 03/21/2006 | 2965 | $98,553.00 | $19,710.70 | N/A | $19,710.60 |
| Jaeckle Fleischmann & Mugel, LLP | First Interim Fee Application Of Jaeckle Fleischmann & Mugel, LLP, Intellectual Property Counsel To The Debtors, For Allowance Of Compensation And Reimbursement Of Expenses For The Period October 8, 2005 Through February 28, 2006 | 04/29/2006 | 3538 | $232,757.00 | $51,463.07 | N/A | $23,915.30 |

| NAME OF PROFESSI-ONAL | NAME OF APPLICATION | DATE FILED | DOCKET No. | AMOUNT OF FEES SOUGHT | AMOUNT OF EXPENSES SOUGHT | VOLUNTARY ACCOMMO-DATIONS, IF ANY | AMOUNT OF IOLDBACK |
|---|---|---|---|---|---|---|---|
| Jeffries & Company, Inc. | First Interim Application Of Jefferies & Company, Inc., As Investment Banker To The Official Committee Of Unsecured Creditors For Interim Allowance Of Compensation For Professional Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred For The Period October 18, 2005 To January 31, 2006 | 05/30/2006 | 3962 | $604,032.26 | $22,677.57 | N/A | $120,806.45 |
| Jones Lang LaSalle Americas, Inc. | Jones Lang LaSalle Americas, Inc.'s First Interim Application For Allowance And Payment Of Compensation And Reimbursement Of Expenses Pursuant To 11 U.S.C. §§328, 330 And 331 | 04/28/2006 | 3527 | $180,103.84 | $4,208.73 | N/A | $30,120.77 |
| KPMG LLP | First Application Of KPMG LLP, As Tax And Transaction Services Advisors For The Debtors, For Interim Allowance Of Compensation For Professional Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred From October 8, 2005 Through January 31, 2006 | 04/28/2006 | 3507 | $1,439,122.50 | $17,631.00 | N/A | $287,824.50 |

| NAME OF PROFESSI-ONAL | NAME OF APPLICATION | DATE FILED | DOCKET No. | AMOUNT OF FEES SOUGHT | AMOUNT OF EXPENSES SOUGHT | VOLUNTARY ACCOMMO-DATIONS, IF ANY | AMOUNT OF IOLDBACK |
|---|---|---|---|---|---|---|---|
| Latham & Watkins LLP | First Fee And Expense Application Of Latham & Watkins LLP As Counsel To The Official Committee Of Unsecured Creditors | 05/31/2006 | 3966 | $3,258,050.25 | $157,230.86 | $6,028.75 | $652,815.80 |
| Mesirow Financial Consulting, LLC | First Interim Application Of Mesirow Financial Consulting, LLC For Allowance Of Compensation And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Unsecured Creditors For The Period From October 19, 2005 Through January 31, 2006 | 05/31/06 | 3967 | $1,654,678.00 | $66,761.00 | Voluntary limitation of billable travel time to a maximum of 2.0 hours per trip; billed travel time at one-half its normal rates | $331,633.40 |
| O'Melveny & Myers LLP | First Interim Application Of O'Melveny & Myers LLP For Order Authorizing And Approving Compensation And Reimbursement Of Expenses | 04/27/2006 | 3469 | $1,322,746.50 | $90,169.23 | Voluntary write-off of one-half of travel time; secretarial assistance not billed | $264,570.30 |
| Price, Heneveld, Cooper, DeWitt & Litton, LLP | First Interim Application For Approval Of Compensation And Reimbursement Of Expenses Of Price, Heneveld, Cooper, DeWitt & Litton, LLP, Intellectual Property Counsel To Debtors, For Services Rendered From October 9, 2005 Through January 31, 2006 | 04/27/2006 | 3495 | $46,233.50 | $4,368.56 | N/A | $16,862.90 |

6

| NAME OF PROFESSI-ONAL | NAME OF APPLICATION | DATE FILED | DOCKET No. | AMOUNT OF FEES SOUGHT | AMOUNT OF EXPENSES SOUGHT | VOLUNTARY ACCOMMO-DATIONS, IF ANY | AMOUNT OF IOLDBACK |
|---|---|---|---|---|---|---|---|
| Quinn Emanuel Urquhart Oliver & Hedges LLP | First Interim Application Of Quinn Emanuel Urquhart Oliver & Hedges LLP, Special Litigation Counsel To The Debtors-In-Possession For Compensation And Reimbursement Of Expenses | 04/3/2006 | 3071 | $26,480.50 | $2,419.75 | General write-off of certain time | $5,296.10 |
| Rader, Fishman & Grauer PLLC | First Interim Application For Approval Of Compensation And Reimbursement Of Expenses Of Rader, Fishman & Grauer PLLC, Intellectual Property Counsel To Debtors, For Services Rendered From October 8, 2005 Through January 31, 2006 | 05/1/2006 | 3740 | $82,674.00 | $63,923.00 | N/A | $16,534.80 |
| Rothschild Inc. | First Interim Application Of Rothschild Inc. For Compensation And Reimbursement Of Expenses | 05/1/2006 | 3562 | $943,548.39 | $88,346.27 | N/A | $188,709.68 |
| Shearman & Sterling LLP | First Application Of Shearman & Sterling LLP, As Special Counsel To The Debtors, For Allowance Of Interim Compensation For Professional Services Rendered And For Reimbursement Of Actual And Necessary Expenses Incurred From October 8, 2005 Through January 31, 2006 | 04/27/2006 | 3463 | $2,097,867.55 | $103,201.56 | General write-offs; non-working travel time billed at 50% | $419,573.51 |

| NAME OF PROFESSI-ONAL | NAME OF APPLICATION | DATE FILED | DOCKET No. | AMOUNT OF FEES SOUGHT | AMOUNT OF EXPENSES SOUGHT | VOLUNTARY ACCOMMO-DATIONS, IF ANY | AMOUNT OF IOLDBACK |
|---|---|---|---|---|---|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP | First Interim Application Of Skadden, Arps, Slate, Meagher & Flom LLP And Affiliates, Counsel To The Debtors-In-Possession, Seeking Allowance And Payment Of Interim Compensation And Reimbursement Of Expenses Under 11 U.S.C. §§ 330 And 331 | 05/31/06 | 3975 | $9,200,920.00 | $622,420.00 | $813,161.00 | $1,848,086.40 |
| Steven Hall & Partners, LLC | First Fee And Expense Application Of Steven Hall & Partners, LLC As Compensation And Employment Agreement Advisor For The Official Committee Of Unsecured Creditors | 05/31/06 | 3968 | $409,161.25 | $0 | Write-off of expenses incurred | $81,832.25 |
| Thompson Hine LLP | First Interim Application Of Thompson Hine LLP As Special Counsel For Debtors For Interim Court Approval, Allowance And Payment Of Compensation For Services Rendered And Expenses Advanced From October 8, 2005 Through January 31, 2006 | 04/27/2006 | 3467 | $82,733.00 | $16,081.58 | N/A | $16,456.60 |

8

| NAME OF PROFESSI-ONAL | NAME OF APPLICATION | DATE FILED | DOCKET No. | AMOUNT OF FEES SOUGHT | AMOUNT OF EXPENSES SOUGHT | VOLUNTARY ACCOMMO-DATIONS, IF ANY | AMOUNT OF IOLDBACK |
|---|---|---|---|---|---|---|---|
| Togut, Segal & Segal LLP | First Application Of Togut, Segal & Segal LLP For An Allowance Of Interim Compensation For Services Rendered As Conflicts Counsel For The Debtors For The Period October 8, 2005 Through January 31, 2006 And For Reimbursement Of Expenses | 04/26/2006 | 3440 | $789,874.00 | $14,531.15 | N/A | $157,108.40 |
| Warner Stevens, L.L.P. | First Interim Application For Compensation And Reimbursement Of Expenses Of Warner Stevens, L.L.P., As Conflicts Counsel To The Official Committee Of Unsecured Creditors For The Period Of November 10, 2005 Through January 31, 2006 | 04/28/2006 | 3478 | $322,376.00 | $14,929.31 | N/A | $64,475.20 |
| Wilmer Cutler Pickering Hale And Dorr LLP | First Interim Application Of Wilmer Cutler Pickering Hale And Dorr LLP, Special Regulatory Counsel For The Audit Committee Of The Board Of Directors Of Delphi Corporation, For Allowance Of Compensation For Services Rendered And Expenses Incurred From October 8, 2005 Through January 31, 2006 | 05/1/2006 | 3549 | $343,327.00 | $4,807.79 | Some write-off of copying expenses | $68,665.40 |

9