Babette A. Ceccotti (BC 2690)
COHEN, WEISS AND SIMON LLP
330 West 42nd Street
New York, New York 10036
(212) 563-4100

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                    :

In re:                                            :        Chapter 11

DELPHI CORPORATION, *et al.,*          :        Case No. 05-44481 (RDD)
                                                :        (Jointly Administered)
                     Debtors.          :

------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

        I hereby certify that on July 14, 2006 I caused a true and correct copy of the

**Objection of UAW to Debtors' Motion to Supplement KECP** to be duly served on the Master

Service List parties by overnight mail and the 2002 Service List parties by Email (to those parties

with an email address) or First-Class mail on the remaining parties, which were downloaded on

July 14, 2006.

                                                         /s/ Babette Ceccotti
                                                      Babette A. Ceccotti (BC 2690)
                                                        COHEN, WEISS and SIMON LLP
                                                        330 West 42nd Street
                                                       New York, New York 10036
                                                       (212) 563-4100

00093398.DOC.1

## Master Service List

| CONTACT | COMPANY | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP |
|---|---|---|---|---|---|---|
| Robert J. Stark | Brown Rudnick Berlack Israels LLP | Seven Times Square | | New York | NY | 10036 |
| Steven J. Reisman | Curtis, Mallet-Prevost, Colt & mosle LLP | 101 Park Avenue | | New York | NY | 10178-0061 |
| Donald Bernstein Brian Resnick | Davis, Polk & Wardwell | 450 Lexington Avenue | | New York | NY | 10017 |
| Sean Corcoran Karen Craft | Delphi Corporation | 5725 Delphi Drive | | Troy | MI | 48098 |
| Michael Nefkens | Electronic Data Systems Corp. | 5505 Corporate Drive MSIA | | Troy | MI | 48098 |
| Carrie L. Schiff | Flextronics International | 305 Interlocken Parkway | | Broomfield | CO | 80021 |
| Paul W. Anderson | Flextronics International USA, Inc. | 2090 Fortune Drive | | San Jose | CA | 95131 |
| Richard Lee Chambers, III | Freescale Semiconductor, Inc. | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 |
| Brad Eric ShelerBonnie SteingartVivek MelwaniJennifer L RodburgRichard J Slivinski | Fried, Frank, Harris, Shriver & Jacobson | One New York Plaza | | New York | NY | 10004 |
| Randall S. Eisenberg | FTI Consulting, Inc. | 3 Times Square | 11th Floor | New York | NY | 10036 |
| Valerie Venable | General Electric Company | 9930 Kincey Avenue | | Huntersville | NC | 28078 |
| Lonie A. Hassel | Groom Law Group | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 |
| Stephen H. Gross | Hodgson Russ LLP | 152 West 57th Street | 35th Floor | New York | NY | 10019 |
| Frank L. Gorman, Esq. | Honigman Miller Schwartz and Cohn LLP | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 |
| Robert B. Weiss, Esq. | Honigman Miller Schwartz and Cohn LLP | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 |
| Attn: Insolvency Department, Maria Valerio | Internal Revenue Service | 290 Broadway | 5th Floor | New York | NY | 10007 |
| Attn: Insolvency Department | Internal Revenue Service | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 |
| Conference Board Chairman | IUE-CWA | 2360 W. Dorothy Lane | Suite 201 | Dayton | OH | 45439 |
| William Q. Derrough | Jefferies & Company, Inc, | 520 Madison Avenue | 12th Floor | New York | NY | 10022 |
| Thomas F. Maher, Richard Duker, Gianni Russello | JPMorgan Chase Bank, N.A. | 270 Park Avenue | | New York | NY | 10017 |
| Vilma Francis | JPMorgan Chase Bank, N.A. | 270 Park Avenue | | New York | NY | 10017 |
| Gordon Z. Novod | Kramer Levin Naftalis & Frankel LLP | 1177 Avenue of the Americas | | New York | NY | 10036 |
| Thomas Moers Mayer | Kramer Levin Naftalis & Frankel LLP | 1177 Avenue of the Americas | | New York | NY | 10036 |
| James Le | Kurtzman Carson Consultants | 12910 Culver Blvd. | Suite I | Los Angeles | CA | 90066 |
| Robert J. Rosenberg | Latham & Watkins LLP | 885 Third Avenue | | New York | NY | 10022 |

| CONTACT | COMPANY | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP |
|---|---|---|---|---|---|---|
| Patrick J. Healy | Law Debenture Trust of New York | 767 Third Ave. | 31st Floor | New York | NY | 10017 |
| Daniel R. Fisher | Law Debenture Trust of New York | 767 Third Ave. | 31st Floor | New York | NY | 10017 |
| David D. Cleary | McDermott Will & Emery LLP | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 |
| Jason J. DeJonker | McDermott Will & Emery LLP | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 |
| Mohsin N. Khambati | McDermott Will & Emery LLP | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 |
| Peter A. Clark | McDermott Will & Emery LLP | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 |
| J. Brian McTigue | McTigue Law Firm | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 |
| Cornish F. Hitchcock | McTigue Law Firm | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 |
| Leon Szlezinger | Mesirow Financial | 666 Third Ave | 21st Floor | New York | NY | 10017 |
| Joseph T. Moldovan, Esq. | Morrison Cohen LLP | 909 Third Avenue | | New York | NY | 10022 |
| Mark Schonfeld, Regional Director | Northeast Regional Office | 3 World Financial Center | Room 4300 | New York | NY | 10281 |
| Attorney General Eliot Spitzer | Office of New York State | 120 Broadway | | New York City | NY | 10271 |
| Robert Siegel | O'Melveny & Myers LLP | 400 South Hope Street | | Los Angeles | CA | 90071 |
| Tom A. Jerman, Rachel Janger | O'Melveny & Myers LLP | 1625 Eye Street, NW | | Washington | DC | 20006 |
| Ralph L. Landy | Pension Benefit Guaranty Corporation | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 |
| Jeffrey Cohen | Pension Benefit Guaranty Corporation | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 |
| Sandra A. Riemer | Phillips Nizer LLP | 666 Fifth Avenue | | New York | NY | 10103 |
| David L. Resnick | Rothchild Inc. | 1251 Avenue of the Americas | | New York | NY | 10020 |
| Robert W. Dremluk | Seyfarth Shaw LLP | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 |
| Douglas Bartner, Jill Frizzley | Shearman & Sterling LLP | 599 Lexington Avenue | | New York | NY | 10022 |
| Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | Simpson Thatcher & Bartlett LLP | 425 Lexington Avenue | | New York | NY | 10017 |
| John Wm. Butler, John K. Lyons, Ron E. Meisler | Skadden, Arps, Slate, Meagher & Flom LLP | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 |
| Kayalyn A. Marafioti, Thomas J. Matz | Skadden, Arps, Slate, Meagher & Flom LLP | 4 Times Square | P.O. Box 300 | New York | NY | 10036 |
| Daniel D. Doyle | Spencer Fane Britt & Browne LLP | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 |
| Nicholas Franke | Spencer Fane Britt & Browne LLP | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 |
| Chester B. Salomon, Constantine D. Pourakis | Stevens & Lee, P.C. | 485 Madison Avenue | 20th Floor | New York | NY | 10022 |
| Albert Togut | Togut, Segal & Segal LLP | One Penn Plaza | Suite 3335 | New York | NY | 10119 |
| MaryAnn Brereton, Assistant General Counsel | Tyco Electronics Corporation | 60 Columbia Road | | Morristown | NJ | 7960 |

-3-

| CONTACT | COMPANY | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP |
|---|---|---|---|---|---|---|
| Alicia M. Leonhard | United States Trustee | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 |
| Michael D. Warner | Warner Stevens, L.L.P. | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 |
| Jeffrey L. Tanenbaum, Esq. | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | | New York | NY | 10153 |
| Martin J. Bienenstock, Esq. | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | | New York | NY | 10153 |
| Michael P. Kessler, Esq. | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | | New York | NY | 10153 |
| Steven M. Cimalore | Wilmington Trust Company | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 |

## 2002 Service List

Airgas, Inc.
David Boyle
david.boyle@airgas.com

Ajamie LLP
Thomas A. Ajamie
tajamie@ajamie.com

Akebono Corporation (North America)
Alan Swiech
aswiech@akebono-usa.com

Akin Gump Strauss Hauer & Feld, LLP
Peter J. Gurfein
pgurfein@akingump.com

Allen Matkins Leck Gamble & Mallory LLP
Michael S. Greger
mgreger@allenmatkins.com

Alston & Bird, LLP
Craig E. Freeman
craig.freeman@alston.com

Alston & Bird, LLP
Dennis J. Connolly; David A. Wender
dconnolly@alston.com; H41dwender@alston.com

Ambrake Corporation
Brandon J. Kessinger
bkessinger@akebono-usa.com

American Axle & Manufacturing, Inc.
Steven R. Keyes
steven.keyes@aam.com

Andrews Kurth LLP
Gogi Malik
gogimalik@andrewskurth.com

Andrews Kurth LLP
Monica S. Blacker
mblacker@andrewskurth.com

Angelo, Gordon & Co.
Leigh Walzer
lwalzer@angelogordon.com

Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP
Mark T. Flewelling
mtf@afrct.com

APS Clearing, Inc.
Andy Leinhoff
aleinoff@amph.com

APS Clearing, Inc.
Matthew Hamilton
mhamilton@ampn.com

Arent Fox PLLC
Mitchell D. Cohen
Cohen.Mitchell@arentfox.com

Arent Fox PLLC
Robert M. Hirsh
Hirsh.Robert@arentfox.com

Arnall Golden Gregory LLP
Darryl S. Laddin
dladdin@agg.com

Arnold & Porter LLP
Joel M. Gross
joel_gross@aporter.com

ATS Automation Tooling Systems Inc.
Carl Galloway
cgalloway@atsautomation.com

Barack, Ferrazzano, Kirschbaum Perlman, & Nagelberg LLP
Kimberly J. Robinson
kim.robinson@bfkpn.com

Barack, Ferrazzano, Kirschbaum Perlman, & Nagelberg LLP
William J. Barrett
william.barrett@bfkpn.com

Barnes & Thornburg LLP
Alan K. Mills
alan.mills@btlaw.com

Barnes & Thornburg LLP
John T. Gregg
john.gregg@btlaw.com

Barnes & Thornburg LLP
Mark R. Owens
mark.owens@btlaw.com

Barnes & Thornburg LLP
Michael K. McCrory
michael.mccrory@btlaw.com

4

Barnes & Thornburg LLP
Patrick E. Mears
pmears@btlaw.com

Barnes & Thornburg LLP
Wendy D. Brewer
wendy.brewer@btlaw.com

Bartlett Hackett Feinberg P.C.
Frank F. McGinn
ffm@bostonbusinesslaw.com

Beeman Law Office
Thomas M Beeman
tom@beemanlawoffice.com

Bernstein Litowitz Berger & Grossman
Hannah E. Greenwald
hannah@blbglaw.com

Bernstein Litowitz Berger & Grossman
John P. Coffey
sean@blbglaw.com

Bernstein Litowitz Berger & Grossman
Wallace A. Showman
wallace@blbglaw.com

Berry Moorman P.C.
James P. Murphy
murph@berrymoorman.com

Bialson, Bergen & Schwab
Kenneth T. Law, Esq.
klaw@bbslaw.com

Bialson, Bergen & Schwab
Lawrence M. Schwab, Esq.
lschwab@bbslaw.com

Bialson, Bergen & Schwab
Patrick M. Costello, Esq.
pcostello@bbslaw.com

Bialson, Bergen & Schwab
Thomas M. Gaa
tgaa@bbslaw.com

Blank Rome LLP
Bonnie Glantz Fatell
fatell@blankrome.com

Blank Rome LLP
Marc E. Richards
mrichards@blankrome.com

Bodman LLP
Ralph E. McDowell
rmcdowell@bodmanllp.com

Bond, Schoeneck & King, PLLC
Camille W. Hill
chill@bsk.com

Bond, Schoeneck & King, PLLC
Charles J. Sullivan
csullivan@bsk.com

Bond, Schoeneck & King, PLLC
Stephen A. Donato
sdonato@bsk.com

Bose McKinney & Evans LLP
Jeannette Eisan Hinshaw
jhinshaw@boselaw.com

Boult, Cummings, Conners & Berry, PLC
Austin L. McMullen
amcmullen@bccb.com

Boult, Cummings, Conners & Berry, PLC
Roger G. Jones
rjones@bccb.com

Brown & Connery, LLP
Donald K. Ludman
dludman@brownconnery.com

Buchalter Nemer, A Profesional Corporation
Shawn M. Christianson
schristianson@buchalter.com

Burr & Forman LLP
Michael Leo Hall
mhall@burr.com

Cage Williams & Abelman, P.C.
Steven E. Abelman
sabelman@cagewilliams.com

Cahill Gordon & Reindel LLP
Jonathan Greenberg
jonathan.greenberg@engelhard.com

Cahill Gordon & Reindel LLP
Robert Usadi
rusadi@cahill.com

Calinoff & Katz, LLp
Dorothy H. Marinis-Riggio
driggio@candklaw.com

Carson Fischer, P.L.C.
Robert A. Weisberg
rweisberg@carsonfischer.com

Carter Ledyard & Milburn LLP
Aaron R. Cahn
cahn@clm.com

Clark Hill PLC
Joel D. Applebaum
japplebaum@clarkhill.com

Clark Hill PLC
Shannon Deeby
sdeeby@clarkhill.com

Clark Hill PLLC
Robert D. Gordon
rgordon@clarkhill.com

Cleary Gottlieb Steen & Hamilton LLP
Deborah M. Buell
maofiling@cgsh.com

Cleary, Gottlieb, Steen & Hamilton LLP
James L. Bromley
maofiling@cgsh.com

Cohen & Grigsby, P.C.
Thomas D. Maxson
tmaxson@cohenlaw.com

Cohn Birnbaum & Shea P.C.
Scott D. Rosen, Esq.
srosen@cb-shea.com

Colbert & Winstead, P.C.
Amy Wood Malone
amalone@colwinlaw.com

Conlin, McKenney & Philbrick, P.C.
Bruce N. Elliott
Elliott@cmplaw.com

Connolly Bove Lodge & Hutz LLP
Jeffrey C. Wisler, Esq.
jwisler@cblh.com

Contrarian Capital Management, L.L.C.
Mark Lee, Janice Stanton, Bill Raine, Seth Lax
mlee@contrariancapital.com;
jstanton@contrariancapital.com;
wraine@contrariancapital.com;
solax@contrariancapital.com

Coolidge, Wall, Womsley & Lombard Co. LPA
Ronald S. Pretekin
Pretekin@coollaw.com

Coolidge, Wall, Womsley & Lombard Co. LPA
Steven M. Wachstein
wachstein@coollaw.com

Coolidge, Wall, Womsley & Lombard Co. LPA
Sylvie J. Derrien
derrien@coollaw.com

Cornell University
Nancy H. Pagliaro
nhp4@cornell.edu

Covington & Burling
Susan Power Johnston
sjohnston@cov.com

Cox, Hodgman & Giarmarco, P.C.
Sean M. Walsh, Esq.
swalsh@chglaw.com

Curtin & Heefner, LLP
Daniel P. Mazo
dpm@curtinheefner.com

Curtin & Heefner, LLP
Robert Szwajkos
rsz@curtinheefner.com

Curtis, Mallet-Prevost, Colt & Mosle LLP
Andrew M. Thau
athau@cm-p.com

Curtis, Mallet-Prevost, Colt & Mosle LLP
David S. Karp
dkarp@cm-p.com

DaimlerChrysler Corporation
Kim Kolb
krk4@daimlerchrysler.com

Damon & Morey LLP
William F. Savino
wsavino@damonmorey.com

Daniels & Kaplan, P.C.
Jay Selanders
selanders@danielsandkaplan.com

Denso International America, Inc.
Carol Sowa
carol_sowa@denso-diam.com

Deputy Attorney General
Amina Maddox
amina.maddox@dol.lps.state.nj.us

DiConza Law, P.C.
Gerard DiConza, Esq.
gdiconza@dlawpc.com

Dinsmore & Shohl LLP
John Persiani
john.persiani@dinslaw.com

DLA Piper Rudnick Gray Cary US LLP
Richard M. Kremen, Maria Ellena Chavez-Ruark
richard.kremen@dlapiper.com

Drinker Biddle & Reath LLP
Andrew C. Kassner
andrew.kassner@dbr.com

Drinker Biddle & Reath LLP
David B. Aaronson
david.aaronson@dbr.com

Duane Morris LLP
Joseph H. Lemkin
jhlemkin@duanemorris.com

Duane Morris LLP
Margery N. Reed, Esq.
dmdelphi@duanemorris.com

Duane Morris LLP
Wendy M. Simkulak, Esq.
wmsimkulak@duanemorris.com

Eckert Seamans Cherin & Mellott LLC
Michael G. Busenkell
mbusenkell@eckertseamans.com

Electronic Data Systems Corporation
Ayala Hassell
ayala.hassell@eds.com

Entergy Services, Inc.
Alan H. Katz
akatz@entergy.com

Erman, Teicher, Miller, Zucker & Freedman, P.C.
David H. Freedman
dfreedman@ermanteicher.com

Ettelman & Hochheiser, P.C.
Gary Ettelman
gettelman@e-hlaw.com

Fagel Haber LLC
Gary E. Green
ggreen@fagelhaber.com

Fagel Haber LLC
Lauren Newman
lnewman@fagelhaber.com

Filardi Law Offices LLC
Charles J. Filardi, Jr., Esq.
charles@filardi-law.com

Finkel Goldstein Rosenbloom & Nash LLP
Ted J. Donovan
tdonovan@finkgold.com

Foley & Lardner LLP
Jill L. Murch
jmurch@foley.com

Fox Rothschild LLP
Fred Stevens
fstevens@foxrothschild.com

Fox Rothschild LLP
Michael J. Viscount, Jr.
mviscount@foxrothschild.com

Frederick T. Rikkers
ftrikkers@rikkerslaw.com

Gazes LLC
Eric Wainer
office@gazesllc.com

Gazes LLC
Ian J. Gazes
ian@gazesllc.com

Genovese Joblove & Battista, P.A.
Craig P. Rieders, Esq.
crieders@gjb-law.com

Gibbons, Del Deo, Dolan, Griffinger & Vecchione
David N. Crapo
dcrapo@gibbonslaw.com

Goldberg, Stinnett, Meyers & Davis
Merle C. Meyers
mmeyers@gsmdlaw.com

Goodwin Proctor LLP
Allan S. Brilliant
abrilliant@goodwinproctor.com

Goodwin Proctor LLP
Craig P. Druehl
cdruehl@goodwinproctor.com

Gorlick, Kravitz & Listhaus, P.C.
Barbara S. Mehlsack
bmehlsack@gkllaw.com

Goulston & Storrs, P.C.
Peter D. Bilowz
pbilowz@goulstonstorrs.com

Grant & Eisenhofer P.A.
Geoffrey C. Jarvis
gjarvis@gelaw.com

Grant & Eisenhofer P.A.
Jay W. Eisenhofer
jeisenhofer@gelaw.com

Grant & Eisenhofer P.A.
Sharan Nirmul
snirmul@gelaw.com

Gratz, Miller & Brueggeman, S.C.
Matthew R. Robbins
mrr@previant.com

Gratz, Miller & Brueggeman, S.C.
Timothy C. Hall
tch@previant.com

Graydon Head & Ritchey LLP
J. Michael Debbler, Susan M. Argo
mdebbeler@graydon.com

Greensfelder, Hemker & Gale, P.C.
Cherie Macdonald, J. Patrick Bradley
ckm@greensfelder.com; jpb@greensfelder.com

Guaranty Bank
Herb Reiner
herb.reiner@guarantygroup.com

Halperin Battaglia Raicht, LLP
Alan D. Halperin, Christopher J.Battaglia, Julie D. Dyas
cbattaglia@halperinlaw.net;
ahalperin@halperinlaw.net; jdyas@halperinlaw.net

Harris D. Leinwand
Harris D. Leinwand
hleinwand@aol.com

Heller Ehrman LLP
Carren Shulman, Timothy Mehok
carren.shulman@hellerehrman.com;
timothy.mehok@hellerehrman.com

Herrick, Feinstein LLP
Paul Rubin
prubin@herrick.com

Hewlett-Packard Company
Anne Marie Kennelly
anne.kennelly@hp.com

Hewlett-Packard Company
Glen Dumont
glen.dumont@hp.com

Hewlett-Packard Company
Kenneth F. Higman
ken.higman@hp.com

Hewlett-Packard Company
Sharon Petrosino
sharon.petrosino@hp.com

Hiscock & Barclay, LLP
J. Eric Charlton
echarlton@hiscockbarclay.com

Hodgson Russ LLP
Julia S. Kreher
jkreher@hodgsonruss.com

Hodgson Russ LLP
Stephen H. Gross, Esq.
sgross@hodgsonruss.com

Hogan & Hartson L.L.P.
Audrey Moog
amoog@hhlaw.com

Hogan & Hartson L.L.P.
Edward C. Dolan
ecdolan@hhlaw.com

Hogan & Hartson L.L.P.
Scott A. Golden
sagolden@hhlaw.com

Holme Roberts & Owen, LLP
Elizabeth K. Flaagan
elizabeth.flaagan@hro.com

Honigman, Miller, Schwartz and Cohn, LLP
Donald T. Baty, Jr.
dbaty@honigman.com

Honigman, Miller, Schwartz and Cohn, LLP
E. Todd Sable
tsable@honigman.com

Hunter & Schank Co. LPA
John J. Hunter
jrhunter@hunterschank.com

Hunter & Schank Co. LPA
Thomas J. Schank
tomschank@hunterschank.com

Hunton & Wiliams LLP
Michael P. Massad, Jr.
mmassad@hunton.com

Hunton & Wiliams LLP
Steven T. Holmes
sholmes@hunton.com

Hurwitz & Fine P.C.
Ann E. Evanko
aee@hurwitzfine.com

Ice Miller
Ben T. Caughey
Ben.Caughey@icemiller.com

Infineon Technologies North America Corporation
Greg Bibbes
greg.bibbes@infineon.com

Infineon Technologies North America Corporation
Jeff Gillespie
jeffery.gillispie@infineon.com

International Union of Operating Engineers
Richard Griffin
rgriffin@iuoe.org

Jaffe, Raitt, Heuer & Weiss, P.C.
Paige E. Barr
pbarr@jaffelaw.com

Jason, Inc.
Beth Klimczak, General Counsel
411 East Wisconsin Avenuc, Suite 2120
Milwaukee, WI  53202

Jenner & Block LLP
Ronald R. Peterson
rpeterson@jenner.com

Johnston, Harris Gerde & Komarek, P.A.
Jerry W. Gerde, Esq.
gerdekomarek@bellsouth.net

Jones Day
Scott J. Friedman
sjfriedman@jonesday.com

Katten Muchin Rosenman LLP
John P. Sieger, Esq.
john.sieger@kattenlaw.com

Kegler, Brown, Hill & Ritter Co., LPA
Kenneth R. Cookson
kcookson@keglerbrown.com

Keller Rohrback L.L.P.
Lynn Lincoln Sarko, Cari Campen Laufenberg, Erin M. Rily
lsarko@kellerrohrback.com;
claufenberg@kellerrohrback.com;
eriley@kellerrohrback.com

Keller Rohrback P.L.C.
Gary A. Gotto
ggotto@kellerrohrback.com

Kelley Drye & Warren, LLP
Mark I. Bane
mbane@kelleydrye.com

Kelley Drye & Warren, LLP
Mark. R. Somerstein
msomerstein@kelleydrye.com

Kennedy, Jennick & Murray
Larry Magarik
lmagarik@kjmlabor.com

Kennedy, Jennick & Murray
Susan M. Jennik
sjennik@kjmlabor.com

Kennedy, Jennick & Murray
Thomas Kennedy
tkennedy@kjmlabor.com

King & Spalding, LLP
Alexandra B. Feldman
afeldman@kslaw.com

King & Spalding, LLP
George B. South, III
gsouth@kslaw.com

Kirkland & Ellis LLP
Geoffrey A. Richards
grichards@kirkland.com

Kirkpatrick & Lockhart Nicholson Graham LLP
Edward M. Fox
efox@klng.com

Klett Rooney Lieber & Schorling
Eric L. Schnabel, DeWitt Brown
schnabel@klettrooney.com;
dbrown@klettrooney.com

Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A.
Sam O. Simmerman
sosimmerman@kwgd.com

Kutchin & Rufo, P.C.
Edward D. Kutchin
ekutchin@kutchinrufo.com

Kutchin & Rufo, P.C.
Kerry R. Northrup
knorthup@kutchinrufo.com

Lambert. Leser, Isackson, Cook & Guinta, P.C.
Susan M. Cook
smcook@lambertleser.com

Latham & Watkins
Erika Ruiz
erika.ruiz@lw.com

Latham & Watkins
Henry P. Baer, Jr.
henry.baer@lw.com

Latham & Watkins
John W. Weiss
john.weiss@lw.com

Latham & Watkins
Mark A. Broude
mark.broude@lw.com

Latham & Watkins
Michael J. Riela
michael.riela@lw.com

Latham & Watkins
Mitchell A. Seider
mitchell.seider@lw.com

Lewis and Roca LLP
Rob Charles, Esq.
rcharles@lrlaw.com

Lewis and Roca LLP
Susan M. Freeman, Esq.
sfreeman@lrlaw.com

Linear Technology Corporation
John England, Esq.
jengland@linear.com

Linebarger Goggan Blair & Sampson, LLP
Diane W. Sanders
austin.bankruptcy@publicans.com

Linebarger Goggan Blair & Sampson, LLP
Elizabeth Weller
dallas.bankruptcy@publicans.com

Linebarger Goggan Blair & Sampson, LLP
John P. Dillman
houston_bankruptcy@publicans.com

Loeb & Loeb LLP
P. Gregory Schwed
gschwed@loeb.com

Loeb & Loeb LLP
William M. Hawkins
whawkins@loeb.com

Lord, Bissel & Brook
Timothy S. McFadden
tmcfadden@lordbissell.com

Lord, Bissel & Brook
Timothy W. Brink
tbrink@lordbissell.com

Lord, Bissel & Brook LLP
Kevin J. Walsh
kwalsh@lordbissell.com

Lord, Bissel & Brook LLP
Rocco N. Covino
rcovino@lordbissell.com

Lowenstein Sandler PC
Bruce S. Nathan
bnathan@lowenstein.com

Lowenstein Sandler PC
Ira M. Levee
ilevee@lowenstein.com

Lowenstein Sandler PC
Kenneth A. Rosen
krosen@lowenstein.com

Lowenstein Sandler PC
Michael S. Etikin
metkin@lowenstein.com

Lowenstein Sandler PC
Scott Cargill
scargill@lowenstein.com

Lowenstein Sandler PC
Vincent A. D'Agostino
vdagostino@lowenstein.com

Lyden, Liebenthal & Chappell, Ltd.
Erik G. Chappell
egc@lydenlaw.com

MacDonald, Illig, Jones & Britton LLP
Richard J. Parks
rparks@mijb.com

Madison Capital Management
Joe Landen
jlanden@madisoncap.com

Margulies & Levinson, LLP
Jeffrey M. Levinson, Esq., Leah M. Caplan, Esq.
jml@ml-legal.com; lmc@ml-legal.com

Mastromarco & Jahn, P.C.
Victor J. Mastromarco, Jr.
vmastromar@aol.com

Masuda Funai Eifert & Mitchell, Ltd.
Gary D. Santella
gsantella@masudafunai.com

Mayer, Brown, Rowe & Maw LLP
Jeffrey G. Tougas
jgtougas@mayerbrownrowe.com

Mayer, Brown, Rowe & Maw LLP
Raniero D'Aversa, Jr.
rdaversa@mayerbrown.com

McCarter & English, LLP
David J. Adler, Jr. Esq.
dadler@mccarter.com

McCarthy Tetrault LLP
John J. Salmas, Lorne P. Salzman
jsalmas@mccarthy.ca; lsalzman@mccarthy.ca

McDermott Will & Emery LLP
James M. Sullivan
jmsullivan@mwe.com

McDermott Will & Emery LLP
Stephen B. Selbst
sselbst@mwe.com

McDonald Hopkins Co., LPA
Jean R. Robertson, Esq.
jrobertson@mcdonaldhopkins.com

McDonald Hopkins Co., LPA
Scott N. Opincar, Esq.
sopincar@mcdonaldhopkins.com

McDonald Hopkins Co., LPA
Shawn M. Riley, Esq.
sriley@mcdonaldhopkins.com

McElroy, Deutsch, Mulvaney & Carpenter, LLP
Jeffrey Bernstein, Esq.
jbernstein@mdmc-law.com

McGuirewoods LLP
Elizabeth L. Gunn
egunn@mcguirewoods.com

Meyer, Suozzi, English & Klein, P.C.
Hanan Kolko
hkolko@msek.com

Meyer, Suozzi, English & Klein, P.C.
Lowell Peterson, Esq.
lpeterson@msek.com

Meyers, Rodbell & Rosenbaum, P.A.
M. Evan Meyers
emeyers@mrrlaw.net

Meyers, Rodbell & Rosenbaum, P.A.
Robert H. Rosenbaum
rrosenbaum@mrrlaw.net

Miami-Dade County, FL
April Burch
aburch@miamidade.gov

Michael Cox

miag@michigan.gov

Michigan Department of Labor and Economic
Growth, Worker's Compensation Agency
Dennis J. Raterink
raterinkd@michigan.gov

Michigan Department of Labor and Economic Growth, Worker's Compensation Agency
Michael Cox
miag@michigan.gov

Miles & Stockbridge, P.C.
Kerry Hopkins
khopkins@milesstockbridge.com

Miles & Stockbridge, P.C.
Thomas D. Renda
trenda@milesstockbridge.com

Miller Johnson
Thomas P. Sarb, Robert D. Wolford
sarbt@millerjohnson.com;
wolfordr@millerjohnson.com

Miller, Canfield, Paddock and Stone, P.L.C.
Jonathan S. Green
greenj@millercanfield.com

Miller, Canfield, Paddock and Stone, P.L.C.
Timothy A. Fusco
fusco@millercanfield.com

Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C.
Paul J. Ricotta
pjricotta@mintz.com

Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C.
Stephanie K. Hoos
skhoos@mintz.com

Molex Connector Corp
Jeff Ott
Jeff.Ott@molex.com

Morgan, Lewis & Bockius LLP
Andrew D. Gottfried
agottfried@morganlewis.com

Morgan, Lewis & Bockius LLP
Menachem O. Zelmanovitz
mzelmanovitz@morganlewis.com

Morgan, Lewis & Bockius LLP
Richard W. Esterkin, Esq.
resterkin@morganlewis.com

Moritt Hock Hamroff & Horowitz LLP
Leslie Ann Berkoff
lberkoff@moritthock.com

Morrison Cohen LLP
Michael R. Dal Lago
mdallago@morrisoncohen.com

Munsch Hardt Kopf & Harr, P.C.
Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq., Davor Rukavina, Esq.
rurbanik@munsch.com; jwielebinski@munsch.com; drukavina@munsch.com

Nantz, Litowich, Smith, Girard & Hamilton, P.C.
Sandra S. Hamilton
sandy@nlsg.com

Nathan, Neuman & Nathan, P.C.
Kenneth A. Nathan
Knathan@nathanneuman.com

Nathan, Neuman & Nathan, P.C.
Susanna C. Brennan
sbrennan@nathanneuman.com

National City Commercial Capital
Lisa M. Moore
lisa.moore2@nationalcity.com

Nelson Mullins Riley & Scarborough
George B. Cauthen
george.cauthen@nelsonmullins.com

Nix, Patterson & Roach, L.L.P.
Bradley E. Beckworth
bbeckworth@nixlawfirm.com

Nix, Patterson & Roach, L.L.P.
Jeffrey J. Angelovich
jangelovich@nixlawfirm.com

Nix, Patterson & Roach, L.L.P.
Susan Whatley
susanwhatley@nixlawfirm.com

Noma Company and General Chemical Performance Products LLC
James Imbriaco
jimbriaco@gentek-global.com

Norris, McLaughlin & Marcus
Elizabeth L. Abdelmasieh, Esq
eabdelmasieh@nmmlaw.com

North Point
David G. Heiman
dgheiman@jonesday.com

North Point
Michelle M. Harner
mmharner@jonesday.com

Office of the Chapter 13 Trustee
Camille Hope
cahope@chapter13macon.com

Office of the Texas Attorney General
Jay W. Hurst
jay.hurst@oag.state.tx.us

Orbotech, Inc.
Michael M. Zizza, Legal Manager
michaelz@orbotech.com

O'Rourke Katten & Moody
Michael C. Moody
mmoody@okmlaw.com

Orrick, Herrington & Sutcliffe LLP
Alyssa Englund, Esq.
aenglund@orrick.com

Orrick, Herrington & Sutcliffe LLP
Anthony Princi Esq., Thomas L Kent Esq
aprinci@orrick.com; tkent@orrick.com

Orrick, Herrington & Sutcliffe LLP
Frederick D. Holden, Jr., Esq.
fholden@orrick.com

Orrick, Herrington & Sutcliffe LLP
Jonathan P. Guy
jguy@orrick.com

Orrick, Herrington & Sutcliffe LLP
Matthew W. Cheney
mcheney@orrick.com

Orrick, Herrington & Sutcliffe LLP
Richard H. Wyron
rwyron@orrick.com

Otterbourg, Steindler, Houston & Rosen, P.C.
Melissa A. Hager
mhager@oshr.com

Otterbourg, Steindler, Houston & Rosen, P.C.
Scott L. Hazan
shazan@oshr.com

Paul, Weiss, Rifkind, Wharton & Garrison
Curtis J. Weidler
cweidler@paulweiss.com

Paul, Weiss, Rifkind, Wharton & Garrison
Douglas R. Davis
ddavis@paulweiss.com

Paul, Weiss, Rifkind, Wharton & Garrison
Elizabeth R. McColm
emccolm@paulweiss.com

Paul, Weiss, Rifkind, Wharton & Garrison
Stephen J. Shimshak
sshimshak@paulweiss.com

Peggy Housner
housnerp@michigan.gov

Pepper, Hamilton LLP
Anne Marie Aaronson
aaronsona@pepperlaw.com

Pepper, Hamilton LLP
Francis J. Lawall
lawallf@pepperlaw.com

Pepper, Hamilton LLP
Henry Jaffe
jaffeh@pepperlaw.com

Pepper, Hamilton LLP
Linda J. Casey
caseyl@pepperlaw.com

Pierce Atwood LLP
Jacob A. Manheimer
jmanheimer@pierceatwood.com

Pierce Atwood LLP
Keith J. Cunningham
kcunningham@pierceatwood.com

Pillsbury Winthrop Shaw Pittman LLP
Karen B. Dine
karen.dine@pillsburylaw.com

Pillsbury Winthrop Shaw Pittman LLP
Margot P. Erlich
margot.erlich@pillsburylaw.com

Pillsbury Winthrop Shaw Pittman LLP
Mark D. Houle
mark.houle@pillsburylaw.com

Pillsbury Winthrop Shaw Pittman LLP
Richard L. Epling
richard.epling@pillsburylaw.com

Pillsbury Winthrop Shaw Pittman LLP
Robin L. Spear
robin.spear@pillsburylaw.com

Pitney Hardin LLP
Richard M. Meth
rmeth@pitneyhardin.com

Pitney Hardin LLP
Ronald S. Beacher
rbeacher@pitneyhardin.com

Porzio, Bromberg & Newman, P.C.
Brett S. Moore, Esq.
bsmoore@pbnlaw.com

Porzio, Bromberg & Newman, P.C.
John S. Mairo, Esq.
jsmairo@pbnlaw.com

Previant, Goldberg, Uelman, Gratz, Miller &
Brueggeman, S.C.
Jill M. Hartley, Marianne G. Robbins
jh@previant.com; mgr@previant.com

John V. Gorman
Professional Technologies Services
PO Box #304
Frankenmuth, MI  48734

Pryor & Mandelup, LLP
A. Scott Mandelup, Kenneth A. Reynolds
asm@pryormandelup.com; kar@pryormandelup.com

QAD, Inc.
Jason Pickering, Esq.
jkp@qad.com

Quadrangle Debt Recovery Advisors LLC
Andrew Herenstein
andrew.herenstein@quadranglegroup.com

Quadrangle Group LLC
Patrick Bartels
patrick.bartels@quadranglegroup.com

Quarles & Brady Streich Lang LLP
John A. Harris
jharris@quarles.com

Quarles & Brady Streich Lang LLP
Kasey C. Nye
knye@quarles.com

Quarles & Brady Streich Lang LLP
Scott R. Goldberg
sgoldber@quarles.com

Reed Smith
Elena Lazarou
elazarou@reedsmith.com

Reed Smith
Richard P. Norton
rnorton@reedsmith.com

Republic Engineered Products, Inc.
Joseph Lapinsky
jlapinsky@republicengineered.com

Riddell Williams P.S.
Joseph E. Shickich, Jr.
jshickich@riddellwilliams.com

Rieck and Crotty PC
Jerome F Crotty
jcrotty@rieckcrotty.com

Riemer & Braunstein LLP
Mark S. Scott
mscott@riemerlaw.com

Riverside Claims LLC
Holly Rogers
holly@regencap.com

Robinson, McFadden & Moore, P.C.
Annemarie B. Mathews
amathews@robinsonlaw.com

Ropers, Majeski, Kohn & Bentley
Christopher Norgaard
cnorgaard@ropers.com

Ropes & Gray LLP
Gregory O. Kaden
gregory.kaden@ropesgray.com

Ropes & Gray LLP
Marc E. Hirschfield
marc.hirschfield@ropesgray.com

Rosen Slome Marder LLP
Thomas R. Slome
tslome@rsmllp.com

Russell Reynolds Associates, Inc.
Charles E. Boulbol, P.C.
rtrack@msn.com

Sachnoff & Weaver, Ltd
Charles S. Schulman, Arlene N. Gelman
cschulman@sachnoff.com; agelman@sachnoff.com

Satterlee Stephens Burke & Burke LLP
Christopher R. Belmonte
cbelmonte@ssbb.com

Satterlee Stephens Burke & Burke LLP
Pamela A. Bosswick
pbosswick@ssbb.com

Schafer and Weiner PLLC
Daniel Weiner
dweiner@schaferandweiner.com

Schafer and Weiner PLLC
Howard Borin
hborin@schaferandweiner.com

Schafer and Weiner PLLC
Max Newman
mnewman@schaferandweiner.com

Schafer and Weiner PLLC
Ryan Heilman
rheilman@schaferandweiner.com

Schiff Hardin LLP
Michael Yetnikoff
myetnikoff@schiffhardin.com

Schiff Hardin LLP
William I. Kohn
wkohn@schiffhardin.com

Schiffrin & Barroway, LLP
Michael Yarnoff
myarnoff@sbclasslaw.com

Schiffrin & Barroway, LLP
Sean M. Handler
shandler@sbclasslaw.com

Schulte Roth & Sabel LLP
James T. Bentley
james.bentley@srz.com

Schulte Roth & Sabel LLP
Michael L. Cook
michael.cook@srz.com

Schulte Roth & Zabel LLP
Carol Weiner Levy
carol.weiner.levy@srz.com

Seyfarth Shaw LLP
Paul M. Baisier, Esq.
pbaisier@seyfarth.com

Seyfarth Shaw LLP
Robert W. Dremluk, Esq.
rdremluk@seyfarth.com

Seyfarth Shaw LLP
William J. Hanlon
whanlon@seyfarth.com

Sheehan Phinney Bass + Green Professional
Association
Steven E. Boyce
sboyce@sheehan.com

Sheldon S. Toll PLLC
Sheldon S. Toll
lawtoll@comcast.net

Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC
Robert P. Thibeaux
rthibeaux@shergarner.com

Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC
Robert P. Thibeaux
rthibeaux@shergarner.com

Shipman & Goodwin LLP
Jennifer L. Adamy
bankruptcy@goodwin.com

Sills, Cummis Epstein & Gross, P.C.
Andrew H. Sherman
asherman@sillscummis.com

Sills, Cummis Epstein & Gross, P.C.
Jack M. Zackin
jzackin@sillscummis.com

Silver Point Capital, L.P.
Chaim J. Fortgang
cfortgang@silverpointcapital.com

Smith, Gambrell & Russell, LLP
Barbara Ellis-Monro
bellis-monro@sgrlaw.com

Smith, Katzenstein & Furlow LLP
Kathleen M. Miller
kmiller@skfdelaware.com

Sonnenschein Nath & Rosenthal LLP
D. Farrington Yates
fyates@sonnenschein.com

Sonnenschein Nath & Rosenthal LLP
Robert E. Richards
rrichards@sonnenschein.com

Sony Electronics Inc.
Lloyd B. Sarakin - Chief Counsel, Finance and Credit
lloyd.sarakin@am.sony.com

Sotiroff & Abramczyk, P.C.
Robert M. Goldi
rgoldi@sotablaw.com

Squire, Sanders & Dempsey L.L.P.
Eric Marcks
emarcks@ssd.com

Squire, Sanders & Dempsey L.L.P.
Penn Ayers Butler
pabutler@ssd.com

State of California Office of the Attorney General
Sarah E. Morrison
sarah.morrison@doj.ca.gov

State of Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency
Roland HwangAssistant Attorney General
hwangr@michigan.gov

Steel Technologies, Inc.
John M. Baumann
jmbaumann@steeltechnologies.com

Stein, Rudser, Cohen & Magid LLP
Robert F. Kidd
rkidd@srcm-law.com

Steinberg Shapiro & Clark
Mark H. Shapiro
shapiro@steinbergshapiro.com

Sterns & Weinroth, P.C.
Jeffrey S. Posta
jposta@sternslaw.com

Stevens & Lee, P.C.
Chester B. Salomon, Esq.Constantine D. Pourakis, Esq.
cs@stevenslee.com; cp@stevenslee.com

Stinson Morrison Hecker LLP
Mark A. Shaiken
mshaiken@stinsonmoheck.com

Stites & Harbison PLLC
Madison L.Cashman
robert.goodrich@stites.com

Stites & Harbison PLLC
Robert C. Goodrich, Jr.
madison.cashman@stites.com

Stites & Harbison, PLLC
W. Robinson Beard, Esq.
wbeard@stites.com

Stroock & Stroock & Lavan, LLP
Joseph G. Minias
jminias@stroock.com

Stroock & Stroock & Lavan, LLP
Kristopher M. Hansen
khansen@stroock.com

Swidler Berlin LLP
Robert N. Steinwurtzel
rnsteinwurtzel@swidlaw.com

Taft, Stettinius & Hollister LLP
Richard L .Ferrell
ferrell@taftlaw.com

Taft, Stettinius & Hollister LLP
W Timothy Miller Esq
miller@taftlaw.com

Tennessee Department of Revenue
Marvin E. Clements, Jr.
marvin.clements@state.tn.us

Terra Law LLP
David B. Draper
ddraper@terra-law.com

Thacher Proffitt & Wood LLP
Jonathan D. Forstot
jforstot@tpw.com

Thacher Proffitt & Wood LLP
Louis A. Curcio
lcurcio@tpw.com

The Furukawa Electric Co., Ltd.
Mr. Tetsuhiro Niizeki
niizeki.tetsuhiro@furukawa.co.jp

The Timpken Corporation BIC - 08
Robert Morris
robert.morris@timken.com

Thelen Reid & Priest LLP
Daniel A. Lowenthal
dlowenthal@thelenreid.com

Thelen Reid & Priest LLP
David A. Lowenthal
dlowenthal@thelenreid.com

Thompson & Knight
Rhett G. Cambell
rhett.campbell@tklaw.com

Thompson & Knight LLP
Ira L. Herman
ira.herman@tklaw.com

Thompson & Knight LLP
John S. Brannon
john.brannon@tklaw.com

Thurman & Phillips, P.C.
Ed Phillips, Jr.
ephillips@thurman-phillips.com

Todd & Levi, LLP
Jill Levi, Esq.
jlevi@toddlevi.com

Togut, Segal & Segal LLP
Albert Togut, Esq.
bmcdonough@teamtogut.com

Traub, Bonaquist & Fox LLP
Maura I. Russell, Wendy G. Marcari
DBR@tbfesq.com

Tyler, Cooper & Alcorn, LLP
W. Joe Wilson
jwilson@tylercooper.com

Underberg & Kessler, LLP
Helen Zamboni
hzamboni@underbergkessler.com

Union Pacific Railroad Company
Mary Ann Kilgore
mkilgore@UP.com

United Steel, Paper and Forestry, Rubber,
Manufacturing, Energy, Allied Industrial and Service
Workers, International Union (USW), AFL-CIO
David Jury, Esq.
djury@steelworkers-usw.org

Varnum, Riddering, Schmidt & Howlett LLp
Michael S. McElwee
msmcelwee@varnumlaw.com

Vorys, Sater, Seymour and Pease LLP
Robert J. Sidman, Esq.
rjsidman@vssp.com

Vorys, Sater, Seymour and Pease LLP
Tiffany Strelow Cobb
tscobb@vssp.com

Wachtell, Lipton, Rosen & Katz
Emil A. Kleinhaus
EAKleinhaus@wlrk.com

Wachtell, Lipton, Rosen & Katz
Richard G. Mason
RGMason@wlrk.com

Waller Lansden Dortch & Davis, PLLC
David E. Lemke, Esq.
david.lemke@wallerlaw.com

Waller Lansden Dortch & Davis, PLLC
Robert J. Welhoelter, Esq.
robert.welhoelter@wallerlaw.com

Warner Norcross & Judd LLP
Gordon J. Toering
gtoering@wnj.com

Warner Norcross & Judd LLP
Michael G. Cruse
mcruse@wnj.com

Warner Norcross & Judd LLP
Stephen B. Grow
growsb@wnj.com

Warner Stevens, L.L.P.
Michael D. Warner
bankruptcy@warnerstevens.com

Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP
Lei Lei Wang Ekvall
lekvall@wgllp.com

Weinstein, Eisen & Weiss LLP
Aram Ordubegian
aordubegian@weineisen.com

Weltman, Weinberg & Reis Co., L.P.A.
Geoffrey J. Peters
gpeters@weltman.com

White & Case LLP
Glenn Kurtz, Gerard Uzzi, Douglas Baumstein
gkurtz@ny.whitecase.com; guzzi@whitecase.com;
dbaumstein@ny.whitecase.com

White & Case LLP
Thomas Lauria, Frank Eaton
tlauria@whitecase.com;
featon@miami.whitecase.com

Whyte, Hirschboeck Dudek S.C.
Bruce G. Arnold
barnold@whdlaw.com

Winstead Sechrest & Minick P.C.
Berry D. Spears
bspears@winstead.com

Winstead Sechrest & Minick P.C.
R. Michael Farquhar
mfarquhar@winstead.com

Winthrop Couchot Professional Corporation
Marc. J. Winthrop
mwinthrop@winthropcouchot.com

Winthrop Couchot Professional Corporation
Sean A. O'Keefe
sokeefe@winthropcouchot.com

WL Ross & Co., LLC
Oscar Iglesias
oiglesias@wlross.com

Womble Carlyle Sandridge & Rice, PLLC
Lillian H. Pinto
lpinto@wcsr.com

Zeichner Ellman & Krause LLP
Peter Janovsky
pjanovsky@zeklaw.com

Zeichner Ellman & Krause LLP
Stuart Krause
skrause@zeklaw.com