SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
|  | : | (Jointly Administered) |
| Debtors. | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF THIRD QUARTERLY STATEMENT PURSUANT TO
ORDER AUTHORIZING RETENTION OF PROFESSIONALS
<u>UTILIZED BY DEBTORS IN ORDINARY COURSE OF BUSINESS</u>

("NOTICE OF THIRD QUARTERLY ORDINARY
COURSE PROFESSIONAL STATEMENT")

PLEASE TAKE NOTICE that pursuant to the Order Under 11 U.S.C. §§ 327, 330, And 331 Authorizing Retention Of Professionals Utilized By Debtors In Ordinary Course Of Business, dated November 4, 2005 (Docket No. 883), attached hereto is a statement of fees and disbursements for each professional utilized by the Debtors in the ordinary course of business during the period from April 1, 2006 to June 30, 2006.

Dated: New York, New York
       July 14, 2006

                SKADDEN, ARPS, SLATE, MEAGHER
                  & FLOM LLP

                By: /s/ John Wm. Butler, Jr.
                   John Wm. Butler, Jr. (JB 4711)
                   John K. Lyons (JL 4951)
                   Ron E. Meisler (RM 3026)
                333 West Wacker Drive, Suite 2100
                Chicago, Illinois 60606
                (312) 407-0700

                      - and -

                By: /s/ Kayalyn A. Marafioti
                   Kayalyn A. Marafioti (KM 9632)
                   Thomas J. Matz (TM 5986)
                Four Times Square
                New York, New York 10036
                (212) 735-3000

                Attorneys for Delphi Corporation, et al.,
                  Debtors and Debtors-in-Possession

| Name Of Ordinary Course Professional | Type Of Service | Aggregate Quarterly Compensation For Services Rendered | Aggregate Quarterly Reimbursement Of Expenses | Aggregate Compensation For Services Rendered During Chapter 11 Cases | Aggregate Reimbursement Of Expenses During Chapter 11 Cases |
|---|---|---|---|---|---|
| Anne Murphy Patent Services | Legal | $112 | - | $629 | $8 |
| Arent, Fox, Kintner, Plotkin & Kahn | Legal | - | - | $7,556 | - |
| Association of Business Advocating Tariff Equity (A.B.A.T.E.) | Legal | $10,164 | - | $30,043 | - |
| Baker & Daniels | Legal | $34,031 | $1,506 | $53,380 | $2,414 |
| Baker & McKenzie LLP | Tax and Legal Consulting | $47,885 | $6 | $76,437 | $409 |
| Barnett Associates, Inc. | Tax Consulting | $7,500 | - | $21,929 | - |
| Booth Udall, PLC | Legal | - | - | $1,440 | $661 |
| Brennan Steil & Basting SC | Legal | $50 | - | $700 | $1 |
| Cadena Law Firm, P.C. | Legal | $17 | $1 | $293 | $12 |
| Christie, Parker & Hale, LLP | Legal | $2,909 | $1,002 | $3,700 | $1,291 |
| Ciara Systems, Inc. | Legal | - | - | $10,350 | - |
| Clark Consulting | Tax Advisory and Advocacy | $60,000 | - | $80,000 | - |
| Conway McKenzie & Dunleavy Inc. | Legal | - | - | $3,593 | $173 |
| Couch White, LLP | Legal | $65,138 | $1,526 | $101,627 | $1,712 |

3

| Name Of Ordinary Course Professional | Type Of Service | Aggregate Quarterly Compensation For Services Rendered | Aggregate Quarterly Reimbursement Of Expenses | Aggregate Compensation For Services Rendered During Chapter 11 Cases | Aggregate Reimbursement Of Expenses During Chapter 11 Cases |
|---|---|---|---|---|---|
| Crew Buchanan | Legal | - | - | $373 | - |
| Dewitt Ross & Stevens | Legal | $258 | - | $2,267 | $50 |
| Dickinson Wright P.L.L.C. | Legal | $113 | $214 | $10,467 | $214 |
| Dinsmore & Shohl, LLP | Legal | $10,800 | $310 | $17,392 | $310 |
| DLA Piper, Rudnick, Gray, Cary LLP | Legal | - | - | $6,447 | $191 |
| Drinker Biddle & Reath LLP | Legal | $4,448 | $20 | $6,277 | $20 |
| DuCharme, McMillan & Associates, Inc. | Tax Compliance | $17,838 | - | $24,151 | $1,666 |
| Dykema Gossett P.L.L.C. | Legal | $41,423 | $75 | $45,332 | $1,617 |
| Eldridge Cooper Steichen & Leach, PLLC | Legal | $120 | $3 | $380 | $3 |
| Ernst & Young AG | Tax and Custom Consultancy | $16,230 | $298 | $16,230 | $298 |
| Falkowski PLLC | Legal | $5,100 | - | $10,960 | - |
| Foster, Swift, Collins & Smith, P.C. | Legal | - | - | $844 | $3 |
| Global Quality Institute | Audit | $3,000 | - | $8,000 | - |
| Goldberg Segalla LLP | Legal | $870 | - | $870 | - |
| Gowling Lafleur Henderson LLP | Legal | $352 | - | $2,580 | - |
| Grant Thorton | Audit and Tax | $35,532 | - | $35,532 | - |

| Name Of Ordinary Course Professional | Type Of Service | Aggregate Quarterly Compensation For Services Rendered | Aggregate Quarterly Reimbursement Of Expenses | Aggregate Compensation For Services Rendered During Chapter 11 Cases | Aggregate Reimbursement Of Expenses During Chapter 11 Cases |
|---|---|---|---|---|---|
| Hamilton, Brown & Babst b/k/a Lamothe & Hamilton, APLC | Legal | $3,905 | $275 | $9,826 | $301 |
| Hartman & Hartman P.C. | Legal | $1,725 | - | $5,225 | - |
| Hewitt & Associates | Audit | $3,971 | - | $52,955 | - |
| Horwood Marcus & Berk | Tax Consulting Services | $8,788 | $22 | $8,788 | $22 |
| INDIEC Indiana Industrial Energy Consumers, Inc. | Legal | - | - | $14,450 | - |
| Ivins, Phillips & Barker Chartered | Legal | $81,737 | - | $89,775 | - |
| J. Gordon Lewis dba J. Gordon Lewis, PLLC | Legal | $46,970 | - | $103,180 | - |
| Jefferson Wells | Audit | $122,354 | - | $176,353 | $1,362 |
| Johnston Barton Proctor & Powell LLP | Legal | $459 | $2 | $3,557 | $15 |
| Keating, Muething & Klekamp, P.L.L. | Legal | $1,450 | - | $1,450 | - |
| Keefe and Associates | Legal | $1,250 | - | $17,544 | $920 |
| Kenyon & Kenyon | Legal | $5,760 | $11 | $13,426 | $98 |
| Kevin P. Weldon | Legal | - | - | $2,700 | - |
| Kim & Chang | Legal | - | - | $1,854 | - |
| L.C. Begin & Associates, PLLC | Legal | - | - | $15,699 | $5,291 |

5

| Name Of Ordinary Course Professional | Type Of Service | Aggregate Quarterly Compensation For Services Rendered | Aggregate Quarterly Reimbursement Of Expenses | Aggregate Compensation For Services Rendered During Chapter 11 Cases | Aggregate Reimbursement Of Expenses During Chapter 11 Cases |
|---|---|---|---|---|---|
| Lathrop & Gage | Legal | $123 | - | $2,520 | $265 |
| Law Offices of Brian C. Pauls | Legal | $9,290 | $1,073 | $17,623 | $3,158 |
| Lippert, Humphreys, Campbell, Dust & Humphreys, P.C. | Legal | $6,380 | $205 | $7,777 | $207 |
| Mark A. Navarre | Legal | $18,810 | $212 | $44,165 | $1,122 |
| McCarthy, Lebit, Crystal & Liffman Co., L.P.A. | Legal | $2,044 | $301 | $10,621 | $604 |
| Michael D. Schloff, PLLC | Legal | - | - | $1,050 | $9 |
| Momsen, Leonardos & Cia | Legal | - | - | $160 | $85 |
| Neal Gerber & Eisenberg, LLP | Legal | $27,635 | $1,225 | $39,536 | $1,659 |
| Ogne, Alberts & Stuart, P.C. | Legal | $108 | - | $326 | $3 |
| Paul, Hastings, Janofsky & Walker LLP | Legal | - | $35 | - | $35 |
| Phelps Dunbar LLP | Legal | $15,685 | $1,384 | $52,207 | $50,701 |
| Pillsbury Winthrop Shaw Pittman LLP | Legal | - | - | $23,869 | $351 |
| Porterfield, Harper & Mills, P.A. | Legal | $135 | - | $1,719 | $53 |

6

| Name Of Ordinary Course Professional | Type Of Service | Aggregate Quarterly Compensation For Services Rendered | Aggregate Quarterly Reimbursement Of Expenses | Aggregate Compensation For Services Rendered During Chapter 11 Cases | Aggregate Reimbursement Of Expenses During Chapter 11 Cases |
|---|---|---|---|---|---|
| Prichard, Hawkins, Davis & Young, LLP | Legal | $1,549 | $2,575 | $1,948 | $2,585 |
| Quattlebaum, Groom, Tull & Burrow PLLC | Legal | $394 | - | $394 | - |
| Reising, Ethington, Barnes Kisselle, P.C. | Legal | $43,023 | $2,146 | $83,824 | $3,195 |
| Rogitz & Associates | Legal | $18,000 | - | $19,500 | - |
| Swift Currie McGhee & Hiers, LLP | Legal | $438 | $2 | $438 | $2 |
| Turner Reid Duncan Loomer & Patton P.C. | Legal | - | - | $218 | $13 |
| Vorys, Sater, Seymour and Pease LLP | Tax | $215 | - | $215 | - |
| Ward Norris Heller & Reidy, LLP | Legal | $200 | $41 | $1,002 | $41 |
| Wax Law Group | Legal | $14,000 | - | $27,193 | - |
| Wells, Anderson & Race, LLC | Legal | $496 | - | $524 | - |
| Wimer Law Offices, P.C. | Legal | - | - | $570 | $4 |
| Wood, Herron & Evans, L.L.P. | Legal | $4,498 | $1,026 | $14,068 | $2,756 |
| Wooden & McLaughlin, LLP | Legal | $385 | - | $10,377 | $342 |

7

| Name Of Ordinary Course Professional | Type Of Service | Aggregate Quarterly Compensation For Services Rendered | Aggregate Quarterly Reimbursement Of Expenses | Aggregate Compensation For Services Rendered During Chapter 11 Cases | Aggregate Reimbursement Of Expenses During Chapter 11 Cases |
|---|---|---|---|---|---|
| Young & Basile P.C. | Legal | $13,627 | $104 | $23,870 | $2,921 |
| Yuasa & Hara | Legal | $87,378 | $8,239 | $87,378 | $8,239 |