**KURZMAN KARELSEN & FRANK, LLP**
Charles Palella, Esquire
230 Park Avenue, 23rd Floor
New York, New York 10169-0061
(212) 867-9500
(212) 599-1759 (fax)
cpalella@kurzman.com
*Attorneys for Creditor, SAP America, Inc.*

**BROWN & CONNERY, LLP**
Stephanie Nolan Deviney, Esquire
6 North Broad Street
Woodbury, NJ 08096
(856) 812-8900
(856) 853-9933 (fax)
sdeviney@brownconnery.com
*Attorneys for SAP America, Inc.*

### UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>DELPHI CORPORATION, et al.,<br><br>Debtors. | PROCEEDINGS IN CHAPTER 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

### WITHDRAWAL OF CREDITOR SAP AMERICA, INC.'S OBJECTION TO DEBTORS' NOTICE OF ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACT OR UNEXPIRED LEASE IN CONNECTION WITH THE MOTION TO APPROVE THE SALE OF CERTAIN ASSETS AT AUCTION

Based upon the Debtors' representation that it does not seek to assume and/or assign the SAP America, Inc. License Agreement or to transfer any computer hardware which contains the SAP America, Inc. Software, SAP America, Inc. ("SAP"), hereby withdrawals its objection to the assumption and assignment of any executory contract to which it is a party in connection

with the Debtors' motion to approve the Sale of Certain Assets at Auction.

Dated: New York, New York
July 17, 2006

**KURZMAN KARELSEN & FRANK, LLP**

By:   /s/ Charles Palella
Charles Palella (CP 6642)
230 Park Avenue, 23rd Floor
New York, NY  10169
212.867.9500

And

**BROWN & CONNERY, LLP**
Stephanie Nolan Deviney, Esq.
6 North Broad Street, Suite 100
Woodbury, New Jersey 08096
856.812.8900

*Attorneys for Creditor, SAP America, Inc.*