HEARING DATE: July 20, 2006

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
In re:                                                                          :
                                                                                     : Chapter 11
DELPHI CORPORATION, INC., et al.,              : Case No.: 05-44481 (RDD)
                                                                                     :
Debtors.                                                                      : (Jointly Administered)
                                                                                     :
-----------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF MOTION OF DANE SYSTEMS, LLC FOR
ADEQUATE PROTECTION PURSUANT TO 11 U.S.C. § 361**

**PLEASE TAKE NOTICE** that Dane Systems, LLC ("Movant"), through its undersigned counsel hereby withdraws its motion for an order providing adequate protection pursuant to § 361 of Title 11 of the United States Code (the "Bankruptcy Code"), which was originally filed on April 20, 2006 (Docket No.: 3301).

Dated: Newark, New Jersey
           July 17, 2006

**DUANE MORRIS LLP**
A Delaware Limited Liability Partnership
Attorneys for the Movant

By: /s/ Joseph Lemkin
Joseph H. Lemkin (JL2490)
744 Broad Street
Newark, New Jersey 07102
(973) 424-2000

- and –

**WARNER NORCROSS & JUDD LLP**
Michael O'Neal (P66247)
900 Fifth Third Center
111 Lyon Street , N.W.
Grand Rapids, Michigan 49503
(616) 752-2413

DM3\381158.1

DM3\381158.1                                                 2