KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
Edward M. Fox, Esq. (EF1619)
599 Lexington Avenue
New York, New York 10022
Telephone (212) 536-3900

Attorneys for Wilmington Trust Company,
as Indenture Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 05-44481 (RDD) |
| DELPHI CORPORATON, *et al*., | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |

-------------------------------------------------------X

## NOTICE OF APPEAL

Wilmington Trust Company ("WTC"), in its capacity as indenture trustee with respect to the senior notes and debentures in the aggregate principal amount of $2 billion issued by Delphi Corporation, hereby appeals under 28 U.S.C. § 158(a)(1) from the Order Under 11 U.S.C. § 363(b) and Fed. R. Bankr. P. 6004 Approving (I) Supplement to UAW Special Attrition Program, and (II) IUE-CWA Special Attrition Program, which was entered on July 7, 2006 (Docket No. 4461).

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **Appellant:** | **Appellant's Attorneys:** |
|---|---|
| Wilmington Trust Company, as Indenture Trustee | Edward M. Fox, Esq.<br>KIRKPATRICK & LOCKHART<br>NICHOLSON GRAHAM LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>(212) 536-3900 |

NY-#451969 v1

| Appellees: | Appellees' Attorneys: |
|---|---|
| Delphi Corporation | John Wm. Butler, Jr., Esq. |
| ASEC Manufacturing General Partnership | SKADDEN, ARPS, SLATE, |
| ASEC Sales General Partnership | MEAGHER & FLOM LLP |
| Aspire, Inc. | 333 West Wacker Drive, Suite 2100 |
| Delco Electronics Overseas Corporation | Chicago, IL 60606-1285 |
| Delphi Automotive Systems (Holding), Inc. | (312) 407-0700 |
| Delphi Automotive Systems Global (Holding), Inc. | |
| Delphi Automotive Systems Human Resources LLC | Kayalyn A. Marafioti, Esq. |
| Delphi Automotive Systems International, Inc. | SKADDEN, ARPS, SLATE, |
| Delphi Automotive Systems Korea, Inc. | MEAGHER & FLOM LLP |
| Delphi Automotive Systems LLC | Four Times Square |
| Delphi Automotive Systems Overseas Corporation | New York, NY 10036 |
| Delphi Automotive Systems Risk Management Corp. | (212) 735-3000 |
| Delphi Automotive Systems Services LLC | |
| Delphi Automotive Systems Tennessee, Inc. | |
| Delphi Automotive Systems Thailand, Inc. | |
| Delphi China LLC | |
| Delphi Connection Systems | |
| Delphi Diesel Systems Corp. | |
| Delphi Electronics (Holding) LLC | |
| Delphi Foreign Sales Corporation | |
| Delphi Integrated Service Solutions, Inc. | |
| Delphi International Holdings Corp. | |
| Delphi International Services, Inc. | |
| Delphi Liquidation Holding Company | |
| Delphi LLC | |
| Delphi Mechatronic Systems, Inc. | |
| Delphi Medical Systems Colorado Corporation | |
| Delphi Medical Systems Corporation | |
| Delphi Medical Systems Texas Corporation | |
| Delphi NY Holding Corporation | |
| Delphi Services Holding Corporation | |
| Delphi Technologies, Inc. | |
| DREAL, Inc. | |
| Environmental Catalysts, LLC | |
| Exhaust Systems Corporation | |
| Packard Hughes Interconnect Company | |
| Specialty Electronics International Ltd. | |
| Specialty Electronics, Inc. | |
| Delphi Furukawa Wiring Systems LLC | |
| Delphi Receivables LLC | |
| MobileAria, Inc. | |

| **Other Parties to the Order:** | **Other Parties' Attorneys:** |
|---|---|
| International Union, United Automobile, Aerospace & Agricultural Implement Workers of America | Babette A. Ceccotti, Esq.<br>COHEN, WEISS AND SIMON LLP<br>330 West 42nd Street<br>New York, NY 10036<br>(212) 563-4100<br><br>Niraj R. Ganatra, Esq.<br>International Union, UAW<br>8000 East Jefferson Avenue<br>Detroit, MI 48214<br>(313) 926-5216 |
| International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers-Communications Workers of America | Thomas M. Kennedy, Esq.<br>KENNEDY, JENNIK<br>& MURRAY, P.C.<br>113 University Place<br>New York, NY 10003<br>(212) 358-1500<br><br>Hanan B. Kolko, Esq.<br>MEYER, SUOZZI, ENGLISH<br>& KLEIN, P.C.<br>1350 Broadway, Suite 501<br>New York, NY 10018<br>(212) 239-4999 |
| The Ad Hoc Equity Committee, consisting of:<br><br>Appaloosa Management, L.P.<br>Wexford Capital LLC<br>Lampe Conway & Co., LLC<br>Harbinger Capital Partners, LLC<br>Marathon Asset Management LLC | Glenn M. Kurtz, Esq.<br>WHITE & CASE LLP<br>1155 Avenue of the Americas<br>New York, New York 10036-2787<br>(212) 819-8200<br><br>Thomas E. Lauria, Esq.<br>WHITE & CASE LLP<br>Wachovia Financial Center<br>200 South Biscayne Blvd., Suite 4900<br>Miami, Florida 33131<br>(305) 371-2700 |

| | |
|---|---|
| The Official Committee of Unsecured Creditors | Robert J. Rosenberg, Esq.<br>LATHAM & WATKINS LLP<br>885 Third Avenue<br>New York, New York 10022-4802<br>(212) 906-1200 |
| The Official Committee of Equity Security Holders | Bonnie Steingart, Esq.<br>FRIED, FRANK, HARRIS,<br>SHRIVER & JACOBSON LLP<br>One New York Plaza<br>New York, New York 10004<br>(212) 859-8000 |
| General Motors Corporation[1] | Martin J. Bienenstock, Esq.<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>(212) 310-8000<br><br>Robert B. Weiss, Esq.<br>HONIGMAN MILLER<br>SCHWARTZ AND COHN LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3506<br>(313) 465-7000 |

Dated: New York, New York
July 17, 2006

KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP

By: /s/ Edward M. Fox
Edward M. Fox (EF1619)
A Member of the Firm
Attorneys for Wilmington Trust Company,
as Indenture Trustee
599 Lexington Avenue
New York, New York 10022
(212) 536-3900

---

[1] N.B. General Motors Corporation ("GM") did not file a responsive pleading regarding the Debtors' request for entry of the Order appealed from, and WTC does not concede that GM is a proper party to this appeal.