UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
In re:                                                       :    Chapter 11
                                                             :
DELPHI CORPORATION, et al.,                                  :    Case No. 05-44481 (RDD)
                                                             :
                                    Debtors.                 :    (Jointly Administered)
                                                             :
------------------------------------------------------------ X


## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that Gary Whitney ("Mr. Whitney") hereby appears in the above-captioned matter by his counsel Sheppard Mullin Richter & Hampton LLP and requests, pursuant to Sections 102(1), 342 and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that any and all notices given or required to be given in this case and all papers served or required to be served in this case, be delivered and served upon:

>Sheppard Mullin Richter & Hampton LLP
>Att'n:  Malani J. Sternstein
>        Eric Waters
>30 Rockefeller Plaza, 24th Floor
>New York, New York  10112
>Tel: (212) 332-3800
>Fax: (212) 332-3888
>msternstein@sheppardmullin.com
>ewaters@sheppardmullin.com
>
>Sheppard Mullin Richter & Hampton LLP
>Att'n:  Theodore A. Cohen
>333 South Hope Street, 48th Floor
>Los Angeles, California  90071
>Tel: (213) 620-1780
>Fax: (213) 620-1398
>tcohen@sheppardmullin.com

**PLEASE TAKE FURTHER NOTICE,** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, messenger, overnight mail (e.g., Federal Express), telephone, telegram, facsimile or otherwise, which may affect or seek to affect in any way any of Mr. Whitney's rights or interests, including without limitation, with respect to the Debtors' property or proceeds thereof in which the Debtors may claim an interest.  The undersigned also requests that its name be added to the mailing matrix of the Debtors.

**PLEASE TAKE FURTHER NOTICE,** that neither this Notice of Appearance and Request for Service of Papers (the "Notice"), nor any other appearances, pleadings, proofs of claim, claims, or suits filed by Mr. Whitney shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any case, controversy or proceeding, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate, in law or in equity, under any agreements, all of which right, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: New York, New York
July 17, 2006

                                SHEPPARD MULLIN RICHTER & HAMPTON LLP

                                By: ___/s/ Malani J. Sternstein___
                                Malani J. Sternstein
                                30 Rockefeller Plaza, 24th Floor
                                New York, New York  10112
                                Tel: (212) 332-3800

                                *Attorneys for creditor Gary Whitney*