SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
30 Rockefeller Plaza, 24th Floor
New York, New York 10112
Telephone: (212) 332-3800
Facsimile: (212) 332-3888
Malani J. Sternstein (MS 3882)

*Attorneys for creditor Gary Whitney*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
In re:                                       :    Chapter 11
                                             :
DELPHI CORPORATION, et al.,                  :    Case No. 05-44481 (RDD)
                                             :
                           Debtors.          :    (Jointly Administered)
                                             :
------------------------------------------------------------- X

## MOTION FOR ADMISSION PRO HAC VICE OF THEODORE A. COHEN

Malani J. Sternstein ("Movant"), a member in good standing of the Bar of the State of New York and an attorney admitted to practice before the United States Bankruptcy Court for the Southern District of New York, hereby moves for an order permitting Theodore A. Cohen, Esq., Sheppard, Mullin, Richter & Hampton LLP, 333 South Hope Street, 48th Floor, Los Angeles, California 90071, to practice *pro hac vice* to represent creditor Gary Whitney, pursuant to Local Rule 2090-1(b) of the United States Bankruptcy Court for the Southern District of New York. In support of the Motion, Movant states as follows:

    1.    Mr. Cohen is a member in good standing of the Bar of the State of California, admitted to practice in all California state courts. Mr. Cohen is also a member in good standing of, and admitted to practice in, the Ninth Circuit Court of Appeals, the Ninth Circuit Bankruptcy Appellate Panel, and United States District Courts and Bankruptcy Courts in

the Northern, Eastern, Central and Southern Districts of California. There are no disciplinary proceedings pending in any court against him.

2.  In support of the relief requested in this Motion, attached as Exhibit A is a certificate pursuant to Local Rule 2090-1(b) of the United States Bankruptcy Court for the Southern District of New York.

3.  Movant requests that this Court approve this Motion so that Mr. Cohen may file pleadings and appear and be heard at hearings in these chapter 11 cases.

4.  No previous request for the relief sought herein has been made to this or any other Court.

WHEREFORE, Movant respectfully requests that the Court enter an Order permitting Theodore A. Cohen to appear *pro hac vice* in association with Movant as counsel to creditor Gary Whitney in these chapter 11 cases and granting such other and further relief as is just.

Dated: July 17, 2006
New York, New York

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:  /s/ Malani J. Sternstein
Malani J. Sternstein (MS 3882)
30 Rockefeller Plaza, 24th Floor
New York, New York 10112
Telephone: (212) 332-3800

## Exhibit A

I certify that I am eligible for admission to this Court, am admitted to practice in the jurisdictions specified in the Motion, and am in good standing in such jurisdictions; I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course, or in the preparation, of these chapter 11 cases, pursuant to Local Rule 2090-1(b) of the Bankruptcy Court for the Southern District of New York; and I have access to, or have acquired, a copy of the Local Rules of this Court and am generally familiar with such Rules.

| | |
|---|---|
| Mailing Address: | Theodore A. Cohen, Esq.<br>Sheppard, Mullin, Richter & Hampton LLP<br>333 South Hope Street, 48th Floor<br>Los Angeles, California 90071 |
| E-mail: | tcohen@sheppardmullin.com |
| Telephone: | (213) 617-4237 |

I have agreed to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: July 17, 2006

By: __/s/ Theodore A. Cohen__
Theodore A. Cohen, Esq.
Sheppard, Mullin, Richter & Hampton LLP
333 South Hope Street, 48th Floor
Los Angeles, California 90071
Telephone: (213) 617-4237
Facsimile: (213) 620-1398

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
In re:                                              :    Chapter 11
                                                    :
DELPHI CORPORATION, et al.,                         :    Case No. 05-44481 (RDD)
                                                    :
                Debtors.              :    (Jointly Administered)
                                                    :
---------------------------------------------------------------- X

## ORDER

ORDERED, that Theodore A. Cohen, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: July ___, 2006
      New York, NY

_____
UNITED STATES BANKRUPTCY JUDGE