SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
30 Rockefeller Plaza, 24th Floor
New York, New York 10112
Telephone: (212) 332-3800
Facsimile: (212) 332-3888
Malani J. Sternstein (MS 3882)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
In re:                                              :    Chapter 11
                                                    :
DELPHI CORPORATION, et al.,                         :    Case No. 05-44481 (RDD)
                                                    :
                                    Debtors.        :    (Jointly Administered)
                                                    :
------------------------------------------------------------ X

## VERIFIED STATEMENT OF SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
## PURSUANT TO BANKRUPTCY RULE 2019

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP ("Sheppard Mullin") submits this verified statement pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure (the "Verified Statement") and states as follows:

1.      Sheppard Mullin currently represents the following parties in interest and creditors identified below that hold claims in these bankruptcy cases:

      (a)     International Rectifier Corp.
              233 Kansas St.
              El Segundo, CA 90245

      (b)     Gary Whitney
              330 Humberd Lane
              Grants Pass, OR 97527

W02-EAST:7EW1\200003762.2                    -1-

2. Each of these representations are separate representations. They are not under, or in connection with, any of Sheppard Mullin's clients acting together pursuant to a deposit agreement, proxy or committee arrangement. Information about the claims and interests held by Sheppard Mullin's clients are to be filed in their respective proofs of claims, administrative claims or statements of interest.

3. Sheppard Mullin may also represent these or other clients in matters pertaining to the debtors outside these bankruptcy cases and otherwise, and in the future it may undertake other engagements. Those representations may or may not result in representations in these bankruptcy cases. If such representations come to involve representations in these bankruptcy cases, this Verified Statement will be supplemented.

4. The undersigned verifies under oath that this Verified Statement is true and accurate to the best of the undersigned's knowledge and belief.

Dated: July 17, 2006
      New York, New York

                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                By:   /s/ Malani J. Sternstein
                Malani J. Sternstein (MS 3882)
                30 Rockefeller Plaza, 24th Floor
                New York, New York 10112
                Telephone: (212) 332-3800