## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

| | |
|---|---|
| In re: | In Proceedings For A |
| | Reorganization Under |
| **DELPHI CORPORATION, et al,** | Chapter 11 |
| | Case No.: 05-44481 |
| | Jointly Administered |
| Delphi Automotive Systems LLC | Case No.: 05-44640 |
| Debtors. | |

-----------------------------------------------------------------------X

**Claim No.:  8831**

### <u>NOTICE</u> OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001** (e)(2) or (4))

To: (Transferor)        SPX Corporation (Contech Division)
                        One IBM Plaza
                        Chicago, IL 60611
                        Attention:  Mr. Ronald R. Peterson

The transfer of your claim as shown above, in the amount of **$3,534,433.06** has been transferred (unless previously expunged by court order) to:

                        Amroc Investments, LLC
                        535 Madison Avenue, 15th Floor
                        New York, New York 10022
                        Attn : David S. Leinwand, Esq.

No action is required if you do not object to the transfer of your claim.  However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN **20 DAYS** OF THE DATE OF THIS NOTICE, YOU MUST:

--FILE A **WRITTEN** OBJECTION TO THE TRANSFER with:
                UNITED STATES BANKRUPTCY COURT
                SOUTHERN DISTRICT OF NEW YORK
                ONE BOWLING GREEN, ALEXANDER HAMILTON CUSTOM HOUSE
                NEW YORK, NY 10004

--SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL No. _____ in your objection.
If you file an objection, a hearing will be scheduled.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

                                    CLERK OF THE COURT
_____

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
INTERNAL CONTROL NO. _____
Claims Agent Noticed: (Name of Outside Agent) _____
Copy to Transferee: _____

                        _____
                                    Deputy Clerk