**Hearing Date: July 19, 2006**
**Hearing Time: 10:00 a.m. (Prevailing Eastern Time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                :
        In re                                   :    Chapter 11
                                                :
DELPHI CORPORATION, et al.,                     :    Case No. 05-44481 (RDD)
                                                :
                          Debtors.              :    (Jointly Administered)
                                                :
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

PROPOSED NINTH OMNIBUS HEARING AGENDA

Location Of Hearing:        United States Bankruptcy Court for the Southern District of New
                            York, Alexander Hamilton Custom House, Room 601, 6th Floor,
                            One Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

A.      Introduction

B.      Bench Ruling (1 Matter)

C.      Continued Or Adjourned Matters (34 Matters)

D.      Uncontested, Agreed, Or Settled Matters (2 Matters)

E.      Contested Matters (4 Matters)

F.      Adversary Proceedings (1 Matter)


**B.**    **Bench Ruling**

1.    **"O'Neil Lift Stay Motion"** – Motion For Relief From Automatic Stay Filed By Petitioners, Mary P. O'Neil And Liam P. O'Neil (Docket No. 2748)

| | |
|---|---|
| *Response Filed:* | *Debtor's Omnibus Objection To Motions Seeking Relief From Automatic Stay (Docket No. 3051); The Debtors anticipate filing a response.* |
| *Reply Filed:* | *Reply In Support Of Motion For Relief From Automatic Stay Filed By Petitioners, Mary P. O'Neill and Liam P. O'Neill (Docket No. 3132)* |
| *Related Filing:* | *Stipulation And Agreed Protective Order Governing Production And Use Of Confidential And Highly Confidential Information In Connection With The Motion For Relief From Automatic Stay Filed By Petitioners, Mary P. O'Neill And Liam P. O'Neill And Objections Filed Thereto (Docket No. 3944)* |
| | *O'Neill Claimants' Supplement To Motion For Relief From Automatic Stay And Objections To Debtors' Application To Establish Claims Procedures (Docket No. 4173)* |
| *Status:* | *This matter was heard at the June 19, 2006 Eighth Omnibus Hearing and was taken under advisement by the Court.  A bench ruling will be delivered by the Court.* |

**C.    Continued Or Adjourned Matters\***

2.    **"The Offshore Group's Lift Stay Motion"** – The Offshore Group's Motion Pursuant To Bankruptcy Code §§ 362(d)(1) And 553 For Order Lifting The Automatic Stay To Permit The Offshore Group To Exercise Right Of Setoff (Docket No. 2811)

| | |
|---|---|
| *Response Filed:* | *Debtors' Objection To Motion By Offshore International, Inc. And Maquilas Teta Kawi, S.A. DE C.V. For Relief From Automatic Stay To Permit Setoff Claims (Docket No. 3025)* |
| *Reply Filed:* | *None.* |
| *Related Filing:* | *None.* |
| *Status:* | *By agreement of the parties this matter is being adjourned to the August 17, 2006 omnibus hearing.* |

3.    **"BorgWarner Turbo Systems Inc. Lift Stay Motion"** – Motion Of BorgWarner Turbo Systems Inc. For Relief From Automatic Stay To Liquidate Setoff And Recoupment Claims Against The Debtors (Docket No. 3218)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filing:* | *None.* |
| *Status:* | *By agreement of the parties this matter is being adjourned to the August 17, 2006 omnibus hearing.* |

4.    **"Ericka S. Parker  Lift Stay Motion"** – Motion Of Ericka S. Parker, Chapter 7 Trustee Seeking Relief From The Automatic Stay To Allow Her To Continue Asserting Counterclaims In Pending Litigation Being Prosecuted By The Debtor (Docket No. 3705)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filing:* | *None.* |

---

\* Motions at the following docket numbers that appeared on previous Proposed Hearing Agendas have been voluntarily withdrawn from the agenda and would need to be re-noticed under the Case Management Order to be reinstated on an agenda: Docket No. 912, 1815, 2397, 3617, and 3823.

*Status:*          *This matter is being adjourned to the August 17,*
                   *2006 omnibus hearing.*

5.    **"Howard & Howard Attorneys, P.C. First Interim Fee Application"** –
      First Interim Fee Application Of Howard & Howard Attorneys, P.C.,
      Intellectual Property Counsel To Debtors, For Interim Allowance Of
      Compensation And Reimbursement Of Expenses For The Period October 8,
      2005 Through January 31, 2006 (Docket No. 2965)

      *Response Filed:*     *None.*

      *Reply Filed:*        *None.*

      *Related Filing:*     *None.*

      *Status:*             *This matter is being adjourned to the October 19,*
                            *2006 omnibus hearing pursuant to the Fourth*
                            *Supplemental Order Under 11 U.S.C. § 311*
                            *Establishing Procedures For Interim Compensation*
                            *And Reimbursement Of Expenses Of Professionals*
                            *(Docket No. 4545).*

6.    **"Ernst & Young LLP First Interim Fee Application"** – First And Final
      Application Of Ernst & Young LLP, As Sarbanes-Oxley, Valuation, And
      Tax Services Providers For The Debtors, For Allowance And Payment Of
      Compensation For Professional Services And Reimbursement Of Actual
      And Necessary Expenses (Docket No. 3018)

      *Response Filed:*     *None.*

      *Reply Filed:*        *None.*

      *Related Filing:*     *None.*

      *Status:*             *This matter is being adjourned to the October 19,*
                            *2006 omnibus hearing pursuant to the Fourth*
                            *Supplemental Order Under 11 U.S.C. § 311*
                            *Establishing Procedures For Interim Compensation*
                            *And Reimbursement Of Expenses Of Professionals*
                            *(Docket No. 4545).*

7.    **"Quinn Emanuel Urquhart Oliver & Hedges, LLP First Interim Fee
      Application"** – First Interim Application Of Quinn Emanuel Urquhart
      Oliver & Hedges LLP, Special Litigation Counsel To The
      Debtors-In-Possession For Compensation And Reimbursement Of
      Expenses (Docket No. 3071)

*Response Filed:*          *None.*

*Reply Filed:*             *None.*

*Related Filing:*          *None.*

*Status:*                  *This matter is being adjourned to the October 19, 2006 omnibus hearing pursuant to the Fourth Supplemental Order Under 11 U.S.C. § 311 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545).*

8.  **"Cadwalader, Wickersham And Taft LLP First Interim Fee Application"** – First Application Of Cadwalader, Wickersham And Taft LLP As Attorneys For The Debtors For Interim Allowance Of Compensation For Professional Services Rendered And For Reimbursement Of Actual And Necessary Expenses Incurred From October 10, 2005 Through January 31, 2006 (Docket No. 3302)

*Response Filed:*          *None.*

*Reply Filed:*             *None.*

*Related Filing:*          *None.*

*Status:*                  *This matter is being adjourned to the October 19, 2006 omnibus hearing pursuant to the Fourth Supplemental Order Under 11 U.S.C. § 311 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545).*

9.  **"Togut, Segal & Segal LLP First Interim Fee Application"** – First Application Of Togut, Segal & Segal LLP For An Allowance Of Interim Compensation For Services Rendered As Conflicts Counsel For The Debtors For The Period October 8, 2005 Through January 31, 2006 And For Reimbursement Of Expenses (Docket No. 3440)

*Response Filed:*          *None.*

*Reply Filed:*             *None.*

*Related Filing:*          *None.*

*Status:*                  *This matter is being adjourned to the October 19, 2006 omnibus hearing pursuant to the Fourth*

*Supplemental Order Under 11 U.S.C. § 311
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 4545).*

10.     **"Dickinson Wright PLLC First Interim Fee Application"** – First
        Interim Application Of Dickinson Wright PLLC For Order Authorizing
        And Approving Compensation For Services Rendered From January 13,
        2006 Through January 31, 2006 (Docket No. 3442)

        *Response Filed:*        *None.*

        *Reply Filed:*           *None.*

        *Related Filing:*        *None.*

        *Status:*                *This matter is being adjourned to the October 19,
                                 2006 omnibus hearing pursuant to the Fourth
                                 Supplemental Order Under 11 U.S.C. § 311
                                 Establishing Procedures For Interim Compensation
                                 And Reimbursement Of Expenses Of Professionals
                                 (Docket No. 4545).*

11.     **"FTI Consulting, Inc. First Interim Fee Application"** – First Interim
        Application For Allowance Of Compensation And Reimbursement Of
        Expenses Incurred By FTI Consulting, Inc. As Restructuring And Financial
        Advisor To The Debtors For The Period October 8, 2005 Through January
        31, 2006 (Docket No. 3454)

        *Response Filed:*        *None.*

        *Reply Filed:*           *None.*

        *Related Filing:*        *None.*

        *Status:*                *This matter is being adjourned to the October 19,
                                 2006 omnibus hearing pursuant to the Fourth
                                 Supplemental Order Under 11 U.S.C. § 311
                                 Establishing Procedures For Interim Compensation
                                 And Reimbursement Of Expenses Of Professionals
                                 (Docket No. 4545).*

12.     **"Groom Law Group, Chartered First Interim Fee Application"** – First
        Interim Application Of Groom Law Group, Chartered, As Special
        Employee Benefits Counsel For The Debtors, Seeking Allowance Of
        Compensation For Professional Services Rendered And For

6

Reimbursement Of Actual And Necessary Expenses Incurred From
October 8, 2005 Through January 31, 2005 (Docket No. 3460)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filing:* | *None.* |
| *Status:* | *This matter is being adjourned to the October 19, 2006 omnibus hearing pursuant to the Fourth Supplemental Order Under 11 U.S.C. § 311 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545).* |

13.    **"Shearman & Sterling LLP First Interim Fee Application"** – First
Application Of Shearman & Sterling LLP, As Special Counsel To The
Debtors, For Allowance Of Interim Compensation For Professional
Services Rendered And For Reimbursement Of Actual And Necessary
Expenses Incurred From October 8, 2005 Through January 31, 2006
(Docket No. 3463)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filing:* | *None.* |
| *Status:* | *This matter is being adjourned to the October 19, 2006 omnibus hearing pursuant to the Fourth Supplemental Order Under 11 U.S.C. § 311 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545).* |

14.    **"Thompson Hine LLP First Interim Fee Application"** – First Interim
Application Of Thompson Hine LLP As Special Counsel For Debtors For
Interim Court Approval, Allowance And Payment Of Compensation For
Services Rendered And Expenses Advanced From October 8, 2005
Through January 31, 2006 (Docket No. 3467)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filing:* | *None.* |

*Status:*          *This matter is being adjourned to the October 19,*
                   *2006 omnibus hearing pursuant to the Fourth*
                   *Supplemental Order Under 11 U.S.C. § 311*
                   *Establishing Procedures For Interim Compensation*
                   *And Reimbursement Of Expenses Of Professionals*
                   *(Docket No. 4545).*

15.    **"O'Melveny & Myers LLP First Interim Fee Application"** – First
       Interim Application Of O'Melveny & Myers LLP For Order Authorizing
       And Approving Compensation And Reimbursement Of Expenses (Docket
       No. 3469)

*Response Filed:*     *None.*

*Reply Filed:*        *None.*

*Related Filing:*     *None.*

*Status:*             *This matter is being adjourned to the October 19,*
                      *2006 omnibus hearing pursuant to the Fourth*
                      *Supplemental Order Under 11 U.S.C. § 311*
                      *Establishing Procedures For Interim Compensation*
                      *And Reimbursement Of Expenses Of Professionals*
                      *(Docket No. 4545).*

16.    **"Warner Stevens, L.L.P. First Interim Fee Application"** – First Interim
       Application For Compensation And Reimbursement Of Expenses Of
       Warner Stevens, L.L.P., As Conflicts Counsel To The Official Committee
       Of Unsecured Creditors For The Period Of November 10, 2005 Through
       January 31, 2006 (Docket No. 3478)

*Response Filed:*     *None.*

*Reply Filed:*        *None.*

*Related Filing:*     *(Docket No. 3479)*

*Status:*             *This matter is being adjourned to the October 19,*
                      *2006 omnibus hearing pursuant to the Fourth*
                      *Supplemental Order Under 11 U.S.C. § 311*
                      *Establishing Procedures For Interim Compensation*
                      *And Reimbursement Of Expenses Of Professionals*
                      *(Docket No. 4545).*

17.    **"Deloitte & Touche LLP First Interim Fee Application"** – First Interim
       Application For Allowance Of Fees And Expenses Of Deloitte & Touche

LLP As Independent Auditors And Accountants To The Debtors For The
Period From October 8, 2005 Through January 31, 2006 (Docket No. 3485)

*Response Filed:*    *None.*

*Reply Filed:*    *None.*

*Related Filing:*    *None.*

*Status:*    *This matter is being adjourned to the October 19,
2006 omnibus hearing pursuant to the Fourth
Supplemental Order Under 11 U.S.C. § 311
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 4545).*

18.    **"Butzel Long, P.C. First Interim Fee Application"** – First Interim
Application Of Butzel Long, P.C., Commercial And Litigation Counsel To
Debtors And Debtors-In-Possession, For Allowance And Payment Of
Compensation And Reimbursement Of Expenses For The Period From
October 8, 2005 Through January 31, 2006 Under 11 U.S.C. §§ 330 And
331 (Docket No. 3489)

*Response Filed:*    *None.*

*Reply Filed:*    *None.*

*Related Filing:*    *None.*

*Status:*    *This matter is being adjourned to the October 19,
2006 omnibus hearing pursuant to the Fourth
Supplemental Order Under 11 U.S.C. § 311
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 4545).*

19.    **"Price, Heneveld, Cooper, DeWitt & Litton, LLP First Interim Fee
Application"** – First Interim Application For Approval Of Compensation
And Reimbursement Of Expenses Of Price, Heneveld, Cooper, DeWitt &
Litton, LLP, Intellectual Property Counsel To Debtors, For Services
Rendered From October 9, 2005 Through January 31, 2006 (Docket No.
3495)

*Response Filed:*    *None.*

*Reply Filed:*    *None.*

| | |
|---|---|
| *Related Filing:* | *None.* |
| *Status:* | *This matter is being adjourned to the October 19, 2006 omnibus hearing pursuant to the Fourth Supplemental Order Under 11 U.S.C. § 311 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545).* |

20.    **"Jaeckle Fleischmann & Mugel, LLP First Interim Fee Application"** – First Interim Fee Application Of Jaeckle Fleischmann & Mugel, LLP For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses (Docket No. 3497)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filing:* | *First Interim Fee Application Of Jaeckle Fleischmann & Mugel, LLP, Intellectual Property Counsel To The Debtors, For Allowance Of Compensation And Reimbursement Of Expenses For The Period October 8, 2005 Through February 28, 2006 (Docket No. 3538)* |
| | *First Interim Fee Application Of Jaeckle Fleischmann & Mugel, LLP For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses (Docket No. 3593)* |
| *Status:* | *This matter is being adjourned to the October 19, 2006 omnibus hearing pursuant to the Fourth Supplemental Order Under 11 U.S.C. § 311 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545).* |

21.    **"Banner & Witcoff, Ltd. First Interim Fee Application"** – First Interim Application Of Banner & Witcoff, Ltd., Intellectual Property Counsel To Delphi Corporation, Seeking Allowance And Payment Of Interim Compensation And Reimbursement Of Expenses Under 11 U.S.C. Sections 330 And 331 (Docket No. 3506)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |

Related Filing:          None.

Status:                  *This matter is being adjourned to the October 19,*
                         *2006 omnibus hearing pursuant to the Fourth*
                         *Supplemental Order Under 11 U.S.C. § 311*
                         *Establishing Procedures For Interim Compensation*
                         *And Reimbursement Of Expenses Of Professionals*
                         *(Docket No. 4545).*

22.    **"KPMG LLP First Interim Fee Application"** – First Application Of
       KPMG LLP, As Tax And Transaction Services Advisors For The Debtors,
       For Interim Allowance Of Compensation For Professional Services
       Rendered And Reimbursement Of Actual And Necessary Expenses
       Incurred From October 8, 2005 Through January 31, 2006 (Docket No.
       3507)

       Response Filed:          None.

       Reply Filed:             None.

       Related Filing:          None.

       Status:                  *This matter is being adjourned to the October 19,*
                                *2006 omnibus hearing pursuant to the Fourth*
                                *Supplemental Order Under 11 U.S.C. § 311*
                                *Establishing Procedures For Interim Compensation*
                                *And Reimbursement Of Expenses Of Professionals*
                                *(Docket No. 4545).*

23.    **"Covington & Burling First Interim Fee Application"** – Revised First
       Interim Application Of Covington & Burling, Foreign Trade And Special
       Corporate Committee Legal Counsel To The Debtors And
       Debtors-In-Possession, For Allowance Of Compensation For Services
       Rendered And Reimbursement Of Expenses Incurred For The Period From
       October 8, 2005 Through January 31, 2006 (Docket No. 3509)

       Response Filed:          None.

       Reply Filed:             None.

       Related Filing:          *Revised First Interim Application Of Covington &*
                                *Burling, Foreign Trade And Special Corporate*
                                *Committee Legal Counsel To The Debtors And*
                                *Debtors-In-Possession, For Allowance Of*
                                *Compensation For Services Rendered And*
                                *Reimbursement Of Expenses Incurred For The*

*Period From October 8, 2005 Through January 31, 2006 (Docket No. 3596)*

Status:              *This matter is being adjourned to the October 19, 2006 omnibus hearing pursuant to the Fourth Supplemental Order Under 11 U.S.C. § 311 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545).*

24.    **"Cantor Colburn LLP First Interim Fee Application"** – First Interim Application For Cantor Colburn LLP For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Pursuant To 11 U.S.C. §§ 330, 331 (Docket No. 3514)

Response Filed:      *None.*

Reply Filed:         *None.*

Related Filing:      *None.*

Status:              *This matter is being adjourned to the October 19, 2006 omnibus hearing pursuant to the Fourth Supplemental Order Under 11 U.S.C. § 311 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545).*

25.    **"Jones Lang LaSalle Americas, Inc. First Interim Fee Application"** – Jones Lang LaSalle Americas, Inc.'s First Interim Application For Allowance And Payment Of Compensation And Reimbursement Of Expenses Pursuant To 11 U.S.C. §§328, 330 And 331 (Docket No. 3527)

Response Filed:      *None.*

Reply Filed:         *None.*

Related Filing:      *None.*

Status:              *This matter is being adjourned to the October 19, 2006 omnibus hearing pursuant to the Fourth Supplemental Order Under 11 U.S.C. § 311 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545).*

26. **"Wilmer Cutler Pickering Hale And Dorr LLP First Interim Fee Application"** – First Interim Application Of Wilmer Cutler Pickering Hale And Dorr LLP, Special Regulatory Counsel For The Audit Committee Of The Board Of Directors Of Delphi Corporation, For Allowance Of Compensation For Services Rendered And Expenses Incurred From October 8, 2005 Through January 31, 2006 (Docket No. 3549)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filing:* | *None.* |
| *Status:* | *This matter is being adjourned to the October 19, 2006 omnibus hearing pursuant to the Fourth Supplemental Order Under 11 U.S.C. § 311 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545).* |

27. **"Rothschild Inc. First Interim Fee Application"** – First Interim Application Of Rothschild Inc. For Compensation And Reimbursement Of Expenses (Docket No. 3562)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filing:* | *None.* |
| *Status:* | *This matter is being adjourned to the October 19, 2006 omnibus hearing pursuant to the Fourth Supplemental Order Under 11 U.S.C. § 311 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545).* |

28. **"Rader, Fishman & Grauer PLLC First Interim Fee Application"** – First Interim Application For Approval Of Compensation And Reimbursement Of Expenses Of Rader, Fishman & Grauer PLLC, Intellectual Property Counsel To Debtors, For Services Rendered From October 8, 2005 Through January 31, 2006 (Docket No. 3740)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |

*Related Filing:*          *None.*

*Status:*                  *This matter is being adjourned to the October 19,
                           2006 omnibus hearing pursuant to the Fourth
                           Supplemental Order Under 11 U.S.C. § 311
                           Establishing Procedures For Interim Compensation
                           And Reimbursement Of Expenses Of Professionals
                           (Docket No. 4545).*

29.     **"Jeffries & Company, Inc. First Interim Fee Application"** – First
        Interim Application Of Jefferies & Company, Inc., As Investment Banker
        To The Official Committee Of Unsecured Creditors For Interim Allowance
        Of Compensation For Professional Services Rendered And Reimbursement
        Of Actual And Necessary Expenses Incurred For The Period October 18,
        2005 To January 31, 2006 (Docket No. 3962)

        *Response Filed:*          *None.*

        *Reply Filed:*             *None.*

        *Related Filing:*          *None.*

        *Status:*                  *This matter is being adjourned to the October 19,
                                   2006 omnibus hearing pursuant to the Fourth
                                   Supplemental Order Under 11 U.S.C. § 311
                                   Establishing Procedures For Interim Compensation
                                   And Reimbursement Of Expenses Of Professionals
                                   (Docket No. 4545).*

30.     **"Latham & Watkins LLP First Interim Fee Application"** – First Fee
        And Expense Application Of Latham & Watkins LLP As Counsel To The
        Official Committee Of Unsecured Creditors (Docket No. 3966)

        *Response Filed:*          *None.*

        *Reply Filed:*             *None.*

        *Related Filing:*          *None.*

        *Status:*                  *This matter is being adjourned to the October 19,
                                   2006 omnibus hearing pursuant to the Fourth
                                   Supplemental Order Under 11 U.S.C. § 311
                                   Establishing Procedures For Interim Compensation
                                   And Reimbursement Of Expenses Of Professionals
                                   (Docket No. 4545).*

31.    **"Mesirow Financial Consulting, LLC First Interim Fee Application"** –
First Interim Application Of Mesirow Financial Consulting, LLC For
Allowance Of Compensation And Reimbursement Of Expenses As
Financial Advisor To The Official Committee Of Unsecured Creditors For
The Period From October 19, 2005 Through January 31, 2006 (Docket No.
3967)

Response Filed:        *None.*

Reply Filed:           *None.*

Related Filing:        *None.*

Status:                *This matter is being adjourned to the October 19,
                       2006 omnibus hearing pursuant to the Fourth
                       Supplemental Order Under 11 U.S.C. § 311
                       Establishing Procedures For Interim Compensation
                       And Reimbursement Of Expenses Of Professionals
                       (Docket No. 4545).*

32.    **"Steven Hall & Partners First Interim Fee Application"** – First Fee And
Expense Application Of Steven Hall & Partners, LLC As Compensation
And Employment Agreement Advisor For The Official Committee Of
Unsecured Creditors (Docket No. 3968)

Response Filed:        *None.*

Reply Filed:           *None.*

Related Filing:        *None.*

Status:                *This matter is being adjourned to the October 19,
                       2006 omnibus hearing pursuant to the Fourth
                       Supplemental Order Under 11 U.S.C. § 311
                       Establishing Procedures For Interim Compensation
                       And Reimbursement Of Expenses Of Professionals
                       (Docket No. 4545).*

33.    **"Skadden, Arps, Slate, Meagher & Flom LLP First Interim Fee
Application"** – First Interim Application Of Skadden, Arps, Slate,
Meagher & Flom LLP And Affiliates, Counsel To The
Debtors-In-Possession, Seeking Allowance And Payment Of Interim
Compensation And Reimbursement Of Expenses Under 11 U.S.C. §§ 330
And 331 (Docket No. 3975)

Response Filed:        *None.*

15

*Reply Filed:*        *None.*

*Related Filing:*        *None.*

*Status:*        *This matter is being adjourned to the October 19, 2006 omnibus hearing pursuant to the Fourth Supplemental Order Under 11 U.S.C. § 311 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545).*

34.    **"Blake, Cassels & Graydon LLP First Interim Fee Application"** – First Interim Fee Application Of Blake, Cassels & Graydon LLP As Canadian Counsel For Debtors For Allowance And Payment Of Interim Compensation And Reimbursement Of Expenses Under 11 U.S.C. §§ 330 And 331 (Docket No. 4167)

*Response Filed:*        *None.*

*Reply Filed:*        *None.*

*Related Filing:*        *None.*

*Status:*        *This matter is being adjourned to the October 19, 2006 omnibus hearing pursuant to the Fourth Supplemental Order Under 11 U.S.C. § 311 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545).*

35.    **"Fee Committee's Legal Cost Control Application"** – Fee Committee's Application For An Order Authorizing Retention Of Legal Cost Control As Fee And Expense Analyst, Nunc Pro Tunc To June 1, 2006, Pursuant To §§ 327(A) And 328 Of The Bankruptcy Code (Docket No. 4117)

*Response Filed:*        *None.*

*Reply Filed:*        *None.*

*Related Filing:*        *None.*

*Status:*        *This matter is being adjourned to the August 17, 2006 omnibus hearing.*

**D.    Uncontested, Agreed, Or Settled Matters**

36.    **"A.T. Kearney Agreement Motion"** – Motion For Order Under 11 U.S.C. § 363(b) And Fed. R. Bankr. P. 6004 Authorizing The Debtors To Enter Into An Agreement With A.T. Kearney, Inc. (Docket No. 4417)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filing:* | *None.* |
| *Status:* | *A revised order will be submitted to the Court for consideration.* |

37.    **"Harbinger Trading Motion"** – Motion To Implement Final Trading Order In Respect Of Acquisition Of Stock By Harbinger Capital Partners Master Fund I, Ltd. (Docket No. 4576)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filing:* | *Order To Show Cause Why Motion To Implement Final Trading Order In Respect Of Acquisition Of Stock By Harbinger Capital Partners Master Fund I, Ltd. Should Not Be Granted (Docket No. 4570)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

**E.    Contested Matters**

38.    **"H. E. Services Company Lift Stay Motion"** – Motion Of H.E. Services Company, And Robert Backie, Majority Shareholder For Relief From The Automatic Stay Under Section 362 Of The Bankruptcy Code (Docket No. 2705)

| | |
|---|---|
| *Response Filed:* | *Debtors' Objection To Motion Of H.E. Services Company And Robert Backie, Majority Shareholder For Relief From Automatic Stay (Docket No. 4108)* |
| | *Debtors' Supplemental Objection To Motion Of H.E. Services Company And Robert Backie For Relief From Automatic Stay (Docket No. 4532)* |

| | |
|---|---|
| *Reply Filed:* | *Reply To Debtor's Objection To H.E. Services Company, And Robert Backie, Majority Shareholder Motion For Relief From The Automatic Stay Under Section 362 Of The Bankruptcy Code (Docket No. 4218)* |
| *Related Filing:* | *Objection To Proposed Sixth Omnibus Hearing Agenda As It Pertains To Docket No. 2705 (Docket No. 3143)* |
| | *Supplement To H.E. Services Company, And Robert Backie, Majority Shareholder Motion For Relief From The Automatic Stay Under Section 362 Of The Bankruptcy Code (Docket No. 3263)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

39.  **"MobileAria Sale Motion"** – Motion For Orders Under 11 U.S.C. §§ 363 And 365 And Fed. R. Bankr. P. 2002, 6004, 6006, And 9014 (A) Approving (I) Bidding Procedures, (II) Certain Bid Protections, (III) Form And Manner Of Sale Notices, And (IV) Sale Hearing Date And (B) Authorizing And Approving (I) Sale Of Certain Of The Debtors' Assets Comprising Substantially All Assets Of MobileAria, Inc. Free And Clear Of Liens, Claims, And Encumbrances, (II) Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (III) Assumption Of Certain Liabilities (Docket No. 4040)

| | |
|---|---|
| *Response Filed:* | *Objection Of Sun Microsystems, Inc. To Motion To Assume Executory Contract (Mobilaria Sale Motion) (Docket No. 4433)* |
| | *Creditor SAP America, Inc.'s Objection To Debtors' Notice Of Assumption And Assignment Of Executory Contract Or Unexpired Lease In Connection With The Motion To Approve The Sale Of Certain Assets At Auction (Docket No. 4546)* |
| | *Objection Of Verizon Services Corp. To Assumption And Assignment Of Executory Contracts In Connection With Motion Of Debtors For An Order Authorizing And Approving (I) Sale Of Certain Of The Debtors' Assets Comprising Substantially All Assets Of MobileAria, Inc. Free And Clear Of Liens, Claims And Encumbrances, (II) Assumption And Assignment Of Certain Executory Contracts And* |

*Unexpired Leases, And (III) Assumption Of Certain Liabilities (Docket No. 4577)*

Reply Filed:          *None.*

Related Filing:       *Limited Omnibus Objection Of The Official Committee Of Equity Security Holders In Opposition To Debtors' (I) Settlement Procedures Motion, (II) Lift Stay Motion And (III) MobileAria Sale Motion (Docket No. 4215)*

*Debtors' Response To Limited Omnibus Objection Of The Official Committee Of Equity Security Holders In Opposition To Debtors' (I) Settlement Procedures Motion, (II) Lift Stay Motion And (III) MobileAria Sale Motion (Docket No. 4241)*

*Exhibits A And B To Debtors' Response To Limited Omnibus Objection Of The Official Committee Of Equity Security Holders In Opposition To Debtors' (I) Settlement Procedures Motion, (II) Lift Stay Motion And (III) MobileAria Sale Motion (Docket No. 4246)*

*Order Under 11 U.S.C. § 105(A) And Fed. R. Bankr. P. 2002 And 9014 Approving (I) Bidding Procedures, (II) Certain Bid Protections, (III) Form And Manner Of Sale Notices, And (IV) Setting Of A Sale Hearing (Docket No. 4328)*

*Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And/Or Assigned (Docket No. 4359)*

*Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease (Docket No. 4360)*

*Second Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And/Or Assigned (Docket No. 4400)*

*Second Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease (Docket No. 4401)*

*Third Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be*

19

*Assumed And/Or Assigned And Amended Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And/Or Assigned (Docket No. 4415)*

*Third Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease (Docket No. 4416)*

*Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease (Docket No. 4476)*

*Notice Of Filing Of (A) Transcript Of Auction Proceedings Held On July 6, 2006 Determining Successful Bidder For The Sale Of Substantially All Of The Assets Of MobileAria, Inc. And (B) Asset Sale And Purchase Agreement Between @Road, Inc. And MobileAria, Inc. Dated As Of July 7, 2006 (Docket No. 4534)*

*Withdrawal Of Creditors SAP America, Inc.'s Objection To Debtors' Notice Of Assumption And Assignment Of Executory Contract Or Unexpired Lease In Connection With The Motion To Approve The Sale Of Certain Assets At Auction (Docket No. 4565)*

Status:    *The hearing with respect to this matter will be proceeding.*

40.    **"Supplement to KECP Motion"** – Supplement To KECP Motion (Docket No. 213) Seeking Authority To: (A) Fix Second Half 2006 AIP Targets And Continue AIP Program And (B) Further Adjourn KECP Emergence Incentive Program Hearing (Docket No. 4419)

Response Filed:    *Objection By IUE-CWA To Supplemental KECP Motion (Docket No. 4524)*

*Objection Of United Steelworkers To Debtors' Supplement To KECP Motion (Docket No. 213) Seeking Authority To: (A) Fix Second Half 2006 AIP Targets And Continue AIP Program And (B) Further Adjourn KECP Emergence Incentive Program Hearing (Docket No. 4526)*

20

*Lead Plaintiffs' Response In Connection With Debtors' Supplement To Motion For Order Under §§ 105 And 363 Authorizing Debtors To Implement A Key Employee Compensation Program So As To (A) Fix Second Half 2006 AIP Targets And Continue AIP Program And (B) Further Adjourn KECP Emergence Incentive Program Hearing (Docket No. 4528)*

*Objections And Memorandum Of Law In Support Of Objections Of IBEW Local 663, IAM District 10, And IUOE Locals 18S, 101S, And 832S To Supplement To KECP Motion Seeking Authority To Fix Second Half 2006 AIP Targets And Continue AIP Program (Docket Nos. 4529-4531)*

*Objection Of UAW To Debtors' Motion To Supplement KECP (Docket No. 4556)*

|   |   |
|---|---|
| *Reply Filed:* | *The Debtors anticipate filing a reply.* |
| *Related Filing:* | *None.* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

41.   **"NuTech Plastics Engineering, Inc.'s Lift Stay Motion"** – NuTech Plastics Engineering, Inc.'s Motion For Relief From The Automatic Stay In Order To Continue Prepetition Breach-Of-Contract Case Against Delphi Automotive Systems USA, L.L.C. And General Motors (Docket No. 4436)

|   |   |
|---|---|
| *Response Filed:* | *Debtors' Objection To Motion Of NuTech Plastics Engineering, Inc. For Relief From Automatic Stay (Docket No. 4559)* |
| *Reply Filed:* | *None.* |
| *Related Filing:* | *None.* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

21

**F.**     **Adversary Proceedings (Adv. Pro. No. 06-01136)**

42.     **"L&W Engineering, Co. Summons"** – Summons And Notice Of Pretrial Conference In An Adversary Proceeding (Docket No. 2)

*Response Filed:*         *Debtors' Answer, Affirmative Defenses, And Counterclaim To Complaint Of L&W Engineering, Co. And Southtec, LLC (Docket No. 14)*

*Reply Filed:*          *Plaintiffs' Answer To Debtors' Counterclaim (Docket No. 18)*

*Related Filings:*        *None.*

*Status:*           *The hearing with respect to this matter will be proceeding.*

Dated:  New York, New York
          July 18, 2006

SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP

By: /s/ John Wm. Butler, Jr.
      John Wm. Butler, Jr. (JB 4711)
      John K. Lyons (JL 4951)
      Ron E. Meisler (RM 3026)
    333 West Wacker Drive, Suite 2100
    Chicago, Illinois  60606
    (312) 407-0700

          - and -

By: /s/ Kayalyn A. Marafioti
      Kayalyn A. Marafioti (KM 9632)
      Thomas J. Matz (TM 5986)
    Four Times Square
    New York, New York 10036
    (212) 735-3000

    Attorneys for Delphi Corporation, et al.,
      Debtors and Debtors-in-Possession