**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re:                                                                    Chapter 11

                                                                          Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                              Jointly Administered

                         Debtors

---------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Jennifer A. Harris, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

ORDERED, that Jennifer A. Harris, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern  District of New York, subject to payment of the filing fee.

Dated: July 18, 2006
          New York, New York

                                                                /s/Robert D. Drain_____
                                                                UNITED STATES BANKRUPTCY JUDGE