IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re DELPHI AUTOMOTIVE SYSTEMS USA, L.L.C.<br><br>Debtor. | Chapter 11<br>Case No. 05-44640 (RDD)<br><br>(Jointly Administered as<br>Case No. 05-44481) |

## AFFIDAVIT OF SERVICE

I, Maxximillian Messer, being duly sworn according to law, depose and say that I am employed by Tisdale & Associates LLC, a Denver law firm representing an individual involved in the above-captioned cases.

On July 18, 2006, I caused to be served a true and correct copy NuTech's Reply in Support of its Motion for Relief from the Automatic Stay upon the parties listed below via overnight delivery and electronic notification.

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
jbutler@skadden.com
jlyonsch@skadden.com

Kayalyn A. Marafioti
Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
kmarafio@skadden.com
tmatz@skadden.com

Dated: July 18, 2006.

Maxximillian Messer
Tisdale & Associates LLC
Colorado State Bank Building
1600 Broadway, Suite 2600
Denver, CO 80202-4989
Phone: 303.832.1800
Fax:    303.832.0799