**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re:                                                                          Chapter 11

                                                                                    Case No. 05-44481(RDD)

DELPHI CORPORATION, et al.,                             Jointly Administered

                            Debtors

-------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

      UPON the motion of Dhananjai Shivakumar for admission pro hac vice in this bankruptcy case; it is hereby

      ORDERED, that Dhananjai Shivakumar, is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: July 18, 2006
       New York, New York

                                                              /s/Robert D. Drain_____
                                                              UNITED STATES BANKRUPTCY JUDGE