**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
In re:                                                          Chapter 11

                                                                               Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                    Jointly Administered

                  Debtors

----------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

      UPON the motion of *Ileana A. Cruz* for admission pro hac vice in this bankruptcy case; it is hereby

      ORDERED, that *Ileana A. Cruz*, is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: July 18, 2006
       New York, New York

                                                          /s/Robert D. Drain_____
                                                          UNITED STATES BANKRUPTCY JUDGE