**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re:                                                              Chapter 11

                                                                    Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                          Jointly Administered

                            Debtors

-------------------------------------------------------------x

**ORDER OF ADMISSION TO PRACTICE,** *Pro Hac Vice*

UPON the motion of *Sara K. MacWilliams* for admission pro hac vice in this bankruptcy case; it is hereby

ORDERED, that *Sara K. MacWilliams*, is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: July 18, 2006
         New York, New York

                                                   /s/Robert D. Drain_____
                                                   UNITED STATES BANKRUPTCY JUDGE