Bonnie Steingart (BS-8004)
FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP
Attorneys for Official Committee of Equity Security Holders
One New York Plaza
New York, New York 10004
(212) 859-8000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**SUPPLEMENTAL DECLARATION OF BONNIE STEINGART PURSUANT TO BANKRUPTCY RULE 2014 ON BEHALF OF FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

BONNIE STEINGART, being duly sworn, deposes and declares under the penalty of perjury:

1. I am an attorney duly admitted and in good standing to practice before this Court, and a member of the firm of Fried, Frank, Harris, Shriver & Jacobson LLP ("Fried Frank"). My firm maintains offices for the practice of law at One New York Plaza, New York, New York 10004, and other locations. I submit this and provide the disclosures set forth herein (the "Supplemental Declaration") to supplement the information provided in the Declaration of Bonnie Steingart Pursuant to Bankruptcy Rule 2014 on Behalf of Fried, Frank, Harris, Shriver & Jacobson LLP as Proposed Counsel for the Official Committee of Equity Security Holders, and

Disclosure Pursuant to Section 1103 of the Bankruptcy Code and Bankruptcy Rule 2014, dated June 5, 2006.

2. On March 20, 2006, the Court directed the United States Trustee to appoint a committee of equity security holders (the "Equity Committee") in the above-captioned chapter 11 cases (the "Chapter 11 Cases").  On May 8, 2006, the Equity Committee decided, subject to Court approval, to retain Fried Frank as its counsel.  On June 19, 2006, this Court entered an order authorizing the retention of Fried Frank by the Equity Committee *nunc pro tunc* to May 8, 2006.

3. Tracinda Corporation ("Tracinda") is a holder of the common stock of General Motors Corporation ("GM").  GM is a creditor and party in interest in the Chapter 11 Cases.  Fried Frank currently represents Tracinda in various matters, including Tracinda's efforts in connection with GM.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:   New York, New York
         July 19, 2006

                                                   /s/ Bonnie Steingart
                                                Bonnie Steingart (BS-8004)

558324