UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK                                    X

In re:                                                                                      Chapter 11
DELPHI CORPORATION, et al.,                                          Case No. 05-44481
                                                                                          (Jointly Administered)
                              Debtors.
_____X

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(e)(1)

Transferor:     Pylon Tool Corporation
                1855 Holste Road
                Northbrook, IL  60062
                Attn: Deborah Muldbakken

Transferee:     Contrarian Funds, LLC
                411 West Putnam Avenue, S-225
                Greenwich, CT 06830
                Attn:  Alpa Jimenez

A transfer of all right, title and interest in and to the schedule amount held by Pylon Tool Corporation (the "Transferor") in the amount of **$225,553.25** against **Delphi Mechatronic Systems, Inc.** and its affiliates.  This transfer is evidenced by the Transfer of Claim attached as Exhibit "A".

No action is required if you do not object to the transfer of your claim.   However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

    United States Bankruptcy Court
    Alexander Hamilton Custom House
    Attn: Bankruptcy Clerk
    One Bowling Green
    New York, NY 10004-1408

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
    Refer to INTERNAL CONTROL No. _____ in your objection.
    If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
_____

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO. _____
Copy:   (check) Claims Agent_____ Transferee_____ Debtor's Attorney _____

                                                                _____
                                                                Deputy Clerk

## EVIDENCE OF TRANSFER OF CLAIM

**PYLON TOOL CORPORATION**, a ___C___ corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated July _11_, 2006, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against the Debtor listed on Schedule A attached here, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. listed on Schedule A attached hereto or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this _11_ day of _July_ 2006.

(Assignor)
PYLON TOOL CORPORATION

By: _[signature]_
Name: MITCHELL ZALESKI
Title: CHAIRMAN

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, LLC,
as manager

By: _[signature]_
Name: JON BAUER
Title: MANAGING MEMBER

(Assignor)
WITNESS:

By: _[signature]_
Name: Deborah Muldbakken
Title: Office Manager

KL2 2394444 1

# Schedule A

| Creditor | Debtor | Case Number | Scheduled Amount | Proof of Claim Amt | Claim No. |
|---|---|---|---|---|---|
| Pylon Tool Corporation | Delphi Corporation | 05-44481 | | | |
| Pylon Tool Corporation | Delphi Mechatronic Systems, Inc. | 05-44567 | 225,553.25 | 268,366.38 | 300 |

Initials:
Seller
Buyer