# United States Bankruptcy Court
## Southern District of New York

In re DELPHI CORPORATION, et al.,

Case No. 05-44481
(Jointly Administered)
Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Contrarian Funds, LLC**
Name of Transferee

Name and Address where notices to transferee should be sent

**Contrarian Funds, LLC**
**411 West Putnam Ave., Ste. 225**
**Greenwich, CT 06830**
**Attn: Alpa Jimenez**
**Phone 203-862-8236**

Last Four Digits of Acct#: N/A

Name and Address where transferee payments should be sent
(if different from above)

**Court Claim # (if known): 8729**
**Claim Amount $210,732.14**
**Date Claim Filed: 11/3/2005**

**MTD Technologies, Inc.**
Name of Transferor

Court Record Address of Transferor
(Court Use Only)

Last Four Digits of Acct#: N/A

Name and Current Address of Transferor

**MTD Technologies, Inc.**
**5201 102nd Avenue North**
**Pinellas Park, FL 33782**
**Attn: J. Ronald Moore**

Last Four Digits of Acct#: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/ Alpa Jimenez_____          Date: _____7/19/2006_____
      Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

| ~DEADLINE TO OBJECT TO TRANSFER~ |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

**MTD TECHNOLOGIES, INC.,** a _____ corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated July **7**, 2006, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against the Debtor listed on Schedule A attached hereto, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. 05-44481 (RDD) (jointly administered) or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this **7ᵗʰ** day of July 2006.

**(Assignor)**
**MTD TECHNOLOGIES, INC.**

By: _____

Name: _J. Ronald Moore_

Title: _Director of Finance_

**(Assignee)**
**CONTRARIAN FUNDS, LLC**
By: Contrarian Capital Management, LLC,
as manager

By: _____

Name: _Gil Tenzer_

Title: _Member_

**(Assignor)**
**WITNESS:**

By: _____

Name: _M. Sue Fassett_

Title: _Administrative Assistant_

KL2 2431470 1

Exhibit A

[Insert list of Invoices]

See Attached

K1.2 2431479 1

MTD Technologies RD004087110 - Delphi Bankruptcy Filing - CASE NUMBER 05-44481

| Process # | DUNS # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Bill Of Lading | Purchase Order # |
|---|---|---|---|---|---|---|---|---|
| 9000032362231 | RD 004087110 | DF | | 2 | 5204015299001 | 2/23/2004 | $3,413.27 | 13511 | D0550040002 |
| 9000032362232 | RD 004087110 | DF | | 2 | 5204015299002 | 2/23/2004 | $239.53 | 13511 | D0550040097 |
| 9000032362233 | RD 004087110 | DF | | 2 | 5204015299003 | 2/23/2004 | $1,338.24 | 13511 | D0550040536 |
| 9000032362234 | RD 004087110 | DF | | 2 | 5204015299004 | 2/23/2004 | $197.71 | 13511 | D0550044728 |
| 9000032803212 | RD 004087110 | DF | | 4 | DSR5204297673001 | 10/7/2005 | ($74.36) | 13511 | D0550040002 |
| 9000032803216 | RD 004087110 | DF | | 4 | DSR5204298273002 | 10/7/2005 | ($27.04) | 13511 | D0550040536 |
| 9000032803224 | RD 004087110 | DF | | 4 | DSR5204298296002 | 10/7/2005 | ($69.92) | 13511 | D0550040002 |
| 9000032803228 | RD 004087110 | DF | | 4 | DSR5204298297001 | 10/7/2005 | ($33.33) | 13511 | D0550040002 |
| 9000032803231 | RD 004087110 | DF | | 4 | DSR5204298298001 | 10/7/2005 | ($20.65) | 13511 | D0550040097 |
| 9000032803234 | RD 004087110 | DF | | 4 | DSR5204298299001 | 10/7/2005 | ($20.74) | 13511 | D0550040002 |
| 9000032803238 | RD 004087110 | DF | | 4 | DSR5204298300002 | 10/7/2005 | ($4.08) | 13511 | D0550044728 |
| 9000032571396 | RD 004087110 | DF | | 2 | 5204151957001 | 3/31/2004 | $4,366.67 | 013843_C | D0550040002 |
| 9000032571397 | RD 004087110 | DF | | 2 | 5204151957002 | 3/31/2004 | $239.53 | 013843_C | D0550040097 |
| 9000032571398 | RD 004087110 | DF | | 2 | 5204151957003 | 3/31/2004 | $1,003.68 | 013843_C | D0550040536 |
| 9000032571399 | RD 004087110 | DF | | 2 | 5204151957004 | 3/31/2004 | $140.58 | 013843_C | D0550053262 |
| 9000032803214 | RD 004087110 | DF | | 4 | DSR5204297673003 | 10/7/2005 | ($99.14) | 013843_C | D0550040002 |
| 9000032803220 | RD 004087110 | DF | | 4 | DSR5204298273006 | 10/7/2005 | ($20.28) | 013843_C | D0550040536 |
| 9000032803227 | RD 004087110 | DF | | 4 | DSR5204298296005 | 10/7/2005 | ($111.87) | 013843_C | D0550040002 |
| 9000032803230 | RD 004087110 | DF | | 4 | DSR5204298297003 | 10/7/2005 | ($37.50) | 013843_C | D0550040002 |
| 9000032803233 | RD 004087110 | DF | | 4 | DSR5204298298003 | 10/7/2005 | ($20.65) | 013843_C | D0550040097 |
| 9000032362235 | RD 004087110 | DF | | 2 | 5204016300001 | 4/2/2004 | $2,061.37 | 13964 | D0550040002 |
| 9000032362236 | RD 004087110 | DF | | 2 | 5204015300002 | 4/2/2004 | $239.53 | 13964 | D0550040097 |
| 9000032362237 | RD 004087110 | DF | | 2 | 5204015300003 | 4/2/2004 | $1,003.68 | 13964 | D0550040536 |
| 9000032362238 | RD 004087110 | DF | | 2 | 5204015300004 | 4/2/2004 | $212.23 | 13964 | D0550044728 |
| 9000032362239 | RD 004087110 | DF | | 2 | 5204015300005 | 4/2/2004 | $140.58 | 13964 | D0550053262 |
| 9000032803213 | RD 004087110 | DF | | 4 | DSR5204297673002 | 10/7/2005 | ($12.39) | 13964 | D0550040002 |
| 9000032803217 | RD 004087110 | DF | | 4 | DSR5204298273003 | 10/7/2005 | ($20.28) | 13964 | D0550040536 |
| 9000032803225 | RD 004087110 | DF | | 4 | DSR5204298296003 | 10/7/2005 | ($41.95) | 13964 | D0550040002 |
| 9000032803229 | RD 004087110 | DF | | 4 | DSR5204298297002 | 10/7/2005 | ($33.33) | 13964 | D0550040097 |
| 9000032803232 | RD 004087110 | DF | | 4 | DSR5204298298002 | 10/7/2005 | ($20.65) | 13964 | D0550040002 |
| 9000032803235 | RD 004087110 | DF | | 4 | DSR5204298299002 | 10/7/2005 | ($4.48) | 13964 | D0550040002 |
| 9000032837675 | RD 004087110 | DF | | 4 | DSR5204305435003 | 10/7/2005 | ($15.09) | 13964 | D0550044728 |
| 9000032362244 | RD 004087110 | DF | | 2 | 5204015335001 | 5/17/2004 | $243.94 | 14420 | D0550040002 |
| 9000032362245 | RD 004087110 | DF | | 2 | 5204015335002 | 5/17/2004 | $212.22 | 14420 | D0550040163 |
| 9000032362246 | RD 004087110 | DF | | 2 | 5204015335003 | 5/17/2004 | $1,286.18 | 14420 | D0550044728 |
| 9000032803236 | RD 004087110 | DF | | 4 | DSR5204298299003 | 10/7/2005 | ($20.74) | 14420 | D0550040002 |
| 9000032803240 | RD 004087110 | DF | | 4 | DSR5204298304001 | 10/7/2005 | ($15.08) | 14420 | D0550040163 |
| 9000032837676 | RD 004087110 | DF | | 4 | DSR5204305435004 | 10/7/2005 | ($45.26) | 14420 | D0550044728 |
| 9000032362239 | RD 004087110 | DF | | 2 | 5204015302001 | 5/19/2004 | $1,576.29 | 14455 | D0550040002 |
| 9000032362241 | RD 004087110 | DF | | 2 | 5204015302002 | 5/19/2004 | $1,338.24 | 14455 | D0550040536 |
| 9000032362242 | RD 004087110 | DF | | 2 | 5204015302003 | 5/19/2004 | $197.71 | 14455 | D0550044728 |
| 9000032362243 | RD 004087110 | DF | | 2 | 5204015302004 | 5/19/2004 | $140.58 | 14455 | D0550053262 |
| 9000032803218 | RD 004087110 | DF | | 4 | DSR5204298273004 | 10/7/2005 | ($27.04) | 14455 | D0550040002 |
| 9000032803226 | RD 004087110 | DF | | 4 | DSR5204298296004 | 10/7/2005 | ($97.89) | 14455 | D0550040002 |
| 9000032803239 | RD 004087110 | DF | | 4 | DSR5204298300003 | 10/7/2005 | ($4.08) | 14455 | D0550044728 |
| 9000032837668 | RD 004087110 | DF | | 4 | DMF5204304581001 | 5/28/2004 | ($1,094.40) | 14555 | D0550040097 |
| 9000032847224 | RD 004087110 | DF | | 2 | 5204304575001 | 6/2/2004 | $4,176.34 | 14518 | D0550040002 |
| 9000032847225 | RD 004087110 | DF | | 2 | 5204304575002 | 6/2/2004 | $1,338.24 | 14518 | D0550040536 |
| 9000032847226 | RD 004087110 | DF | | 2 | 5204304575003 | 6/2/2004 | $622.17 | 14518 | D0550044728 |
| 9000032847227 | RD 004087110 | DF | | 2 | 5204304575004 | 6/2/2004 | $140.58 | 14518 | D0550053262 |
| 9000032837669 | RD 004087110 | DF | | 4 | DSR5204305416001 | 10/7/2005 | ($97.89) | 14518 | D0550040002 |
| 9000032837670 | RD 004087110 | DF | | 4 | DSR5204305421001 | 10/7/2005 | ($86.75) | 14518 | D0550040002 |
| 9000032837671 | RD 004087110 | DF | | 4 | DSR5204305424001 | 10/7/2005 | ($20.74) | 14518 | D0550040002 |
| 9000032837672 | RD 004087110 | DF | | 4 | DSR5204305429001 | 10/7/2005 | ($27.04) | 14518 | D0550040536 |

Ex. A

MTD Technologies RD004087110 - Delphi Bankruptcy Filing - CASE NUMBER 05-44481

| Process # | DUNS # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Bill Of Lading | Purchase Order # |
|---|---|---|---|---|---|---|---|---|
| 9000003283677 | RD 004087110 | DF | | 4 DSR5204305435005 | 10/7/2005 | ($30.17) | 14518 | D0550044728 |
| 9000003206778 | RD 004087110 | DF | | 2 5203826345001 | 6/8/2004 | $212.23 | 014628A | D0550044728 |
| 9000003283674 | RD 004087110 | DF | | 4 DSR5204305435002 | 10/7/2005 | ($16.09) | 014628A | D0550044728 |
| 9000003284230 | RD 004087110 | DF | | 2 5204304577001 | 7/2/2004 | $1,051.01 | 014851A | D0550054969 |
| 9000003262251 | RD 004087110 | DF | | 2 5204015342001 | 11/9/2004 | $243.94 | 16133 | D0550040002 |
| 9000003262252 | RD 004087110 | DF | R1 | 2 5204015342002 | 11/9/2004 | $1,003.68 | 16133 | D0550040536 |
| 9000003262253 | RD 004087110 | DF | | 2 5204015342003 | 11/9/2004 | $873.86 | 16133 | D0550044728 |
| 9000003260793 | RD 004087110 | DF | | 4 DMP5204015637001 | 11/9/2004 | ($216.00) | 16133 | D0550040002 |
| 9000003260794 | RD 004087110 | DF | | 4 DMP5204015637002 | 11/9/2004 | ($983.40) | 16133 | D0550040536 |
| 9000003260795 | RD 004087110 | DF | | 4 DMP5204015637003 | 11/9/2004 | ($609.82) | 16133 | D0550044728 |
| 9000003280219 | RD 004087110 | DF | | 4 DSR5204298273005 | 10/7/2005 | ($20.28) | 16133 | D0550040536 |
| 9000003280321 | RD 004087110 | DF | | 4 DSR5204298294001 | 10/7/2005 | ($27.12) | 16133 | D0550044728 |
| 9000003280322 | RD 004087110 | DF | | 4 DMP5204298296001 | 10/7/2005 | ($27.94) | 16133 | D0550040002 |
| 9000003262247 | RD 004087110 | DF | | 2 5204015340001 | 4/14/2005 | $661.97 | 17414 | D0550040002 |
| 9000003262248 | RD 004087110 | DF | | 2 5204015340002 | 4/14/2005 | $334.56 | 17414 | D0550040536 |
| 9000003262249 | RD 004087110 | DF | | 2 5204015340003 | 4/14/2005 | $1,442.71 | 17414 | D0550044728 |
| 9000003262250 | RD 004087110 | DF | | 2 5204015340004 | 4/14/2005 | $525.51 | 17414 | D0550054969 |
| 9000003260796 | RD 004087110 | DF | | 4 DMP5204015639001 | 4/14/2005 | ($661.97) | 17414 | D0550040002 |
| 9000003260797 | RD 004087110 | DF | | 4 DMP5204015639002 | 4/14/2005 | ($334.56) | 17414 | D0550040536 |
| 9000003260798 | RD 004087110 | DF | | 4 DMP5204015639003 | 4/14/2005 | ($1,654.94) | 17414 | D0550044728 |
| 9000003262227 | RD 004087110 | DF | | 2 5204015297001 | 4/18/2005 | $2,472.98 | 17435 | D0550040002 |
| 9000003262228 | RD 004087110 | DF | | 2 5204015297002 | 4/18/2005 | $1,535.50 | 17435 | D0550044728 |
| 9000003262229 | RD 004087110 | DF | | 2 5204015297003 | 4/18/2005 | $140.58 | 17435 | D0550053262 |
| 9000003262230 | RD 004087110 | DF | | 2 5204015297004 | 4/18/2005 | $525.51 | 17435 | D0550054969 |
| 9000003260799 | RD 004087110 | DF | | 4 DMP5204015641001 | 4/18/2005 | ($2,472.98) | 17435 | D0550040002 |
| 9000003260800 | RD 004087110 | DF | | 4 DMP5204015641002 | 4/18/2005 | ($1,747.73) | 17435 | D0550044728 |
| 9000003260801 | RD 004087110 | DF | | 4 DMP5204015641003 | 4/18/2005 | ($140.58) | 17435 | D0550053262 |
| 9000003284228 | RD 004087110 | DF | | 2 5204304576001 | 6/2/2005 | $958.13 | 14555 | D0550040097 |
| 9000003284229 | RD 004087110 | DF | | 2 5204304576002 | 6/2/2005 | $525.51 | 14555 | D0550054969 |
| 9000031567789 | RD 004087110 | DF | | 2 5203545088001 | 9/1/2005 | $3,167.14 | 18353 | D0550040002 |
| 9000031567790 | RD 004087110 | DF | | 2 5203545088002 | 9/1/2005 | $3,680.16 | 18353 | D0550040536 |
| 9000031567791 | RD 004087110 | DF | | 2 5203545088003 | 9/1/2005 | $939.99 | 18353 | D0550044728 |
| 9000031567792 | RD 004087110 | DF | | 2 5203552135001 | 9/2/2005 | $4,129.92 | 18395 | D0550040002 |
| 9000031567793 | RD 004087110 | DF | | 2 5203552135002 | 9/2/2005 | $239.53 | 18395 | D0550040097 |
| 9000031567794 | RD 004087110 | DF | | 2 5203552135003 | 9/2/2005 | $661.63 | 18395 | D0550044728 |
| 9000031567795 | RD 004087110 | DF | | 2 5203552135004 | 9/2/2005 | $525.51 | 18395 | D0550054969 |
| 9000031561942 | RD 004087110 | DF | | 4 ESD5203552468001 | 9/2/2005 | ($5.80) | 18395 | D0550044728 |
| 9000031587796 | RD 004087110 | DF | | 2 5203552367001 | 9/2/2005 | $2,983.51 | 18407 | D0550040002 |
| 9000031587797 | RD 004087110 | DF | | 2 5203552367002 | 9/2/2005 | $479.08 | 18407 | D0550040097 |
| 9000031587798 | RD 004087110 | DF | | 2 5203552367003 | 9/2/2005 | $1,338.24 | 18407 | D0550044728 |
| 9000031587799 | RD 004087110 | DF | | 2 5203552367004 | 9/2/2005 | $939.99 | 18407 | D0550054969 |
| 9000031597426 | RD 004087110 | DF | | 2 5203574262001 | 9/6/2005 | $7,814.18 | 26803 (18432) | D0550040002 |
| 9000031597427 | RD 004087110 | DF | | 2 5203574262002 | 9/6/2005 | $1,672.80 | 26803 (18432) | D0550040536 |
| 9000031597428 | RD 004087110 | DF | | 2 5203574262003 | 9/6/2005 | $197.71 | 26803 (18432) | D0550044728 |
| 9000031597429 | RD 004087110 | DF | | 2 5203574262004 | 9/6/2005 | $1,051.01 | 26803 (18432) | D0550054969 |
| 9000031610658 | RD 004087110 | DF | | 2 5203583308001 | 9/7/2005 | $1,479.11 | 18418 | D0550040002 |
| 9000031610659 | RD 004087110 | DF | | 2 5203583308002 | 9/7/2005 | $239.53 | 18418 | D0550040097 |
| 9000031610660 | RD 004087110 | DF | | 4 5203583308003 | 9/7/2005 | $3,345.60 | 18418 | D0550040536 |
| 9000031610661 | RD 004087110 | DF | | 2 5203583308004 | 9/7/2005 | $754.42 | 18418 | D0550044728 |
| 9000031610662 | RD 004087110 | DF | | 2 5203583407001 | 9/7/2005 | $1,421.31 | 18429 | D0550040002 |

Ex. A

MTD Technologies RD004087110 - Delphi Bankruptcy Filing - CASE NUMBER 05-44481

| Process # | DUNS # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Bill Of Lading | Purchase Order # |
|---|---|---|---|---|---|---|---|---|
| 9000031610663 | RD 004087110 | DF | 2 | 5203583407002 | 9/7/2005 | $1,003.68 | 18429 | D0550040536 |
| 9000031610664 | RD 004087110 | DF | 2 | 5203583407003 | 9/7/2005 | $395.42 | 18429 | D0550044728 |
| 9000031610665 | RD 004087110 | DF | 2 | 5203583407004 | 9/7/2005 | $1,051.01 | 18429 | D0550054969 |
| 9000031610666 | RD 004087110 | DF | 2 | 5203583561001 | 9/7/2005 | $1,351.11 | 18489 | D0550040002 |
| 9000031642933 | RD 004087110 | DF | 2 | 5203591430001 | 9/8/2005 | $424.46 | 18499 | D0550044728 |
| 9000031642934 | RD 004087110 | DF | 2 | 5203599738001 | 9/9/2005 | $1,219.69 | 18443 | D0550040002 |
| 9000031642935 | RD 004087110 | DF | 2 | 5203599738002 | 9/9/2005 | $1,197.66 | 18443 | D0550040097 |
| 9000031642936 | RD 004087110 | DF | 2 | 5203599738003 | 9/9/2005 | $1,338.24 | 18443 | D0550040536 |
| 9000031642937 | RD 004087110 | DF | 2 | 5203603207001 | 9/10/2005 | $1,576.29 | 18504 | D0550040002 |
| 9000031642938 | RD 004087110 | DF | 2 | 5203603207002 | 9/10/2005 | $636.69 | 18504 | D0550044728 |
| 9000031642939 | RD 004087110 | DF | 2 | 5203603226001 | 9/10/2005 | $5,854.80 | 18463 | D0550040002 |
| 9000031642940 | RD 004087110 | DF | 2 | 5203603226002 | 9/10/2005 | $1,672.80 | 18463 | D0550040536 |
| 9000031642941 | RD 004087110 | DF | 2 | 5203603226003 | 9/10/2005 | $197.71 | 18463 | D0550044728 |
| 9000031678904 | RD 004087110 | DF | 2 | 5203620753001 | 9/13/2005 | $424.46 | 18511 | D0550044728 |
| 9000031734852 | RD 004087110 | DF | 2 | 5203639002001 | 9/14/2005 | $424.46 | 18518 | D0550044728 |
| 9000031734853 | RD 004087110 | DF | 2 | 5203629732001 | 9/14/2005 | $1,603.65 | 18532 | D0550040002 |
| 9000031734854 | RD 004087110 | DF | 2 | 5203637284001 | 9/14/2005 | $2,299.70 | 18495 | D0550040002 |
| 9000031734855 | RD 004087110 | DF | 2 | 5203637284002 | 9/14/2005 | $718.59 | 18495 | D0550040097 |
| 9000031734856 | RD 004087110 | DF | 2 | 5203637284003 | 9/14/2005 | $395.42 | 18495 | D0550044728 |
| 9000031734857 | RD 004087110 | DF | 2 | 5203637284004 | 9/14/2005 | $1,051.02 | 18495 | D0550054969 |
| 9000031727764 | RD 004087110 | DF | 4 | ESD5203637469001 | 9/14/2005 | ($10.45) | 18505 | D0550040002 |
| 9000031734858 | RD 004087110 | DF | 2 | 5203637366001 | 9/15/2005 | $1,801.47 | 18505 | D0550040002 |
| 9000031734859 | RD 004087110 | DF | 2 | 5203643435001 | 9/16/2005 | $1,603.65 | 18548 | D0550040002 |
| 9000031734860 | RD 004087110 | DF | 2 | 5203643435002 | 9/16/2005 | $3,638.12 | 18547 | D0550040002 |
| 9000031734861 | RD 004087110 | DF | 2 | 5203643436001 | 9/16/2005 | $424.46 | 18547 | D0550044728 |
| 9000031734862 | RD 004087110 | DF | 2 | 5203643439001 | 9/16/2005 | $424.46 | 18566 | D0550044728 |
| 9000031734863 | RD 004087110 | DF | 2 | 5203643482001 | 9/16/2005 | $1,066.25 | 18512 | D0550040002 |
| 9000031734864 | RD 004087110 | DF | 2 | 5203643482002 | 9/16/2005 | $819.88 | 18512 | D0550044728 |
| 9000031758830 | RD 004087110 | DF | 2 | 5203655981001 | 9/19/2005 | $2,758.48 | 18520 | D0550040002 |
| 9000031758831 | RD 004087110 | DF | 2 | 5203655981002 | 9/19/2005 | $424.46 | 18520 | D0550044728 |
| 9000031770549 | RD 004087110 | DF | 2 | 5203663742001 | 9/20/2005 | $3,179.94 | 18567 | D0550040002 |
| 9000031770550 | RD 004087110 | DF | 2 | 5203663742002 | 9/20/2005 | $2,676.48 | 18567 | D0550040536 |
| 9000031770551 | RD 004087110 | DF | 2 | 5203663878001 | 9/20/2005 | $742.28 | 18595 | D0550044728 |
| 9000031770552 | RD 004087110 | DF | 2 | 5203663895001 | 9/20/2005 | $4,310.12 | 18528 | D0550040002 |
| 9000031770553 | RD 004087110 | DF | 2 | 5203663895002 | 9/20/2005 | $479.06 | 18528 | D0550040097 |
| 9000031770554 | RD 004087110 | DF | 2 | 5203663895003 | 9/20/2005 | $1,881.02 | 18528 | D0550044728 |
| 9000031786141 | RD 004087110 | DF | 2 | 5203673591001 | 9/21/2005 | $3,179.94 | 18596 | D0550040002 |
| 9000031786142 | RD 004087110 | DF | 2 | 5203673591002 | 9/21/2005 | $742.28 | 18596 | D0550044728 |
| 9000031786143 | RD 004087110 | DF | 2 | 5203673638001 | 9/21/2005 | $1,620.68 | 18552 | D0550040002 |
| 9000031786144 | RD 004087110 | DF | 2 | 5203673638002 | 9/21/2005 | $834.40 | 18552 | D0550044728 |
| 9000031786145 | RD 004087110 | DF | 2 | 5203673841001 | 9/21/2005 | $3,179.94 | 18590 | D0550040002 |
| 9000031786146 | RD 004087110 | DF | 2 | 5203673841002 | 9/21/2005 | $1,338.24 | 18590 | D0550040536 |
| 9000031799334 | RD 004087110 | DF | 2 | 5203682313001 | 9/22/2005 | $759.16 | 18570 | D0550040002 |
| 9000031799335 | RD 004087110 | DF | 2 | 5203682313002 | 9/22/2005 | $239.53 | 18570 | D0550040097 |
| 9000031799336 | RD 004087110 | DF | 2 | 5203682313003 | 9/22/2005 | $1,338.24 | 18570 | D0550040536 |
| 9000031799337 | RD 004087110 | DF | 2 | 5203682433001 | 9/22/2005 | $3,179.94 | 18611 | D0550040002 |
| 9000031799338 | RD 004087110 | DF | 2 | 5203682475001 | 9/22/2005 | $1,603.65 | 18620 | D0550040002 |
| 9000031820792 | RD 004087110 | DF | 2 | 5203691404001 | 9/23/2005 | $927.85 | 18631 | D0550044728 |
| 9000031820793 | RD 004087110 | DF | 2 | 5203691431001 | 9/23/2005 | $2,054.02 | 18597 | D0550040002 |
| 9000031820794 | RD 004087110 | DF | 2 | 5203691432001 | 9/23/2005 | $1,987.44 | 18588 | D0550040002 |
| 9000031820795 | RD 004087110 | DF | 2 | 5203691432002 | 9/23/2005 | $669.12 | 18588 | D0550040536 |
| 9000031820796 | RD 004087110 | DF | 2 | 5203691432003 | 9/23/2005 | $622.17 | 18588 | D0550044728 |
| 9000031843144 | RD 004087110 | DF | 2 | 5203705145001 | 9/26/2005 | $6,022.09 | 18651 | D0550040536 |
| 9000031854028 | RD 004087110 | DF | 2 | 5203713108001 | 9/27/2005 | $2,841.94 | 18613 | D0550040002 |

Ex. A

3

MTD Technologies RD004087110 - Delphi Bankruptcy Filing - CASE NUMBER 05-44481

| Process # | DUNS # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Bill Of Lading | Purchase Order # |
|---|---|---|---|---|---|---|---|---|
| 9000031854029 | RD 004087110 | DF | 2 | 5203713108002 | 9/27/2005 | $239.53 | 18613 | D0550040097 |
| 9000031854030 | RD 004087110 | DF | 2 | 5203713108003 | 9/27/2005 | $2,186.70 | 18613 | D0550044728 |
| 9000031854031 | RD 004087110 | DF | 2 | 5203713234001 | 9/27/2005 | $3,409.03 | 18647 | D0550040002 |
| 9000031854032 | RD 004087110 | DF | 2 | 5203713234002 | 9/27/2005 | $927.85 | 18647 | D0550044728 |
| 9000031867174 | RD 004087110 | DF | 2 | 5203722345001 | 9/28/2005 | $3,179.94 | 18632 | D0550040002 |
| 9000031867175 | RD 004087110 | DF | 2 | 5203722345002 | 9/28/2005 | $927.85 | 18632 | D0550044728 |
| 9000031867176 | RD 004087110 | DF | 2 | 5203722347001 | 9/28/2005 | $927.85 | 18646 | D0550044728 |
| 9000031867177 | RD 004087110 | DF | 2 | 5203722401001 | 9/28/2005 | $1,603.65 | 18624 | D0550040002 |
| 9000031867178 | RD 004087110 | DF | 2 | 5203722401002 | 9/28/2005 | $834.40 | 18624 | D0550044728 |
| 9000031883789 | RD 004087110 | DF | 2 | 5203731469001 | 9/29/2005 | $900.74 | 18660 | D0550040002 |
| 9000031883790 | RD 004087110 | DF | 2 | 5203731469002 | 9/29/2005 | $927.85 | 18660 | D0550044728 |
| 9000031883791 | RD 004087110 | DF | 2 | 5203731518001 | 9/29/2005 | $4,683.85 | 18654 | D0550040536 |
| 9000031883792 | RD 004087110 | DF | 2 | 5203731576001 | 9/29/2005 | $2,954.76 | 18633 | D0550040002 |
| 9000031883793 | RD 004087110 | DF | 2 | 5203731576002 | 9/29/2005 | $1,562.16 | 18633 | D0550044728 |
| 9000031904723 | RD 004087110 | DF | 2 | 5203740516001 | 9/30/2005 | $2,721.75 | 18649 | D0550040002 |
| 9000031904724 | RD 004087110 | DF | 2 | 5203740516002 | 9/30/2005 | $927.85 | 18649 | D0550044728 |
| 9000031926043 | RD 004087110 | DF | 2 | 5203752250001 | 10/3/2005 | $2,721.75 | 18656 | D0550040002 |
| 9000031926044 | RD 004087110 | DF | 2 | 5203752250002 | 10/3/2005 | $1,916.40 | 18656 | D0550044728 |
| 9000032006445 | RD 004087110 | DF | 2 | 5203800079001 | 10/3/2005 | $1,319.71 | 18733 | D0550040002 |
| 9000031937408 | RD 004087110 | DF | 2 | 5203759923001 | 10/4/2005 | $1,576.29 | 18664 | D0550040002 |
| 9000031937409 | RD 004087110 | DF | 2 | 5203759923002 | 10/4/2005 | $1,747.73 | 18664 | D0550044728 |
| 9000031937410 | RD 004087110 | DF | 2 | 5203760328001 | 10/4/2005 | $197.71 | 17375 | D0550044728 |
| 9000031954232 | RD 004087110 | DF | 2 | 5203769500001 | 10/5/2005 | $2,007.36 | 18739 | D0550040536 |
| 9000031954233 | RD 004087110 | DF | 2 | 5203769552001 | 10/5/2005 | $12,265.48 | 18680 | D0550040002 |
| 9000031954234 | RD 004087110 | DF | 2 | 5203769552002 | 10/5/2005 | $5,055.89 | 18680 | D0550044728 |
| 9000031970144 | RD 004087110 | DF | 2 | 5203776509001 | 10/6/2005 | $2,007.36 | 18740 | D0550040536 |
| 9000031983774 | RD 004087110 | DF | 2 | 5203786096001 | 10/7/2005 | $1,003.68 | 18749 | D0550040536 |
| 9000031983775 | RD 004087110 | DF | 2 | 5203786096002 | 10/7/2005 | $424.46 | 18749 | D0550044728 |
| 9000031983776 | RD 004087110 | DF | 2 | 5203786319001 | 10/7/2005 | $250.82 | 18714 | D0550040002 |
| 9000031983777 | RD 004087110 | DF | 2 | 5203786319002 | 10/7/2005 | $424.46 | 18714 | D0550044728 |
| 9000031983778 | RD 004087110 | DF | 2 | 5203786319003 | 10/7/2005 | $525.51 | 18714 | D0550044969 |
| 9000032803211 | RD 004087110 | DF | 4 | CSR52042983001001 | 10/7/2005 | $0.01 | 015249CONT | D0550044728 |
| 9000032837666 | RD 004087110 | DF | 4 | CSR52043054330011 | 10/7/2005 | $0.01 | 14001 | D0550044728 |
| 9000032837667 | RD 004087110 | DF | 4 | CSR52043054330021 | 10/7/2005 | $0.01 | 14014 | D0550044728 |
| 9000032803215 | RD 004087110 | DF | 4 | DSR52042982730011 | 10/7/2005 | ($0.82) | 14440 | D0550040536 |
| 9000032803223 | RD 004087110 | DF | 4 | DSR52042982960001 | 10/7/2005 | ($68.32) | 14440 | D0550040002 |
| 9000032803237 | RD 004087110 | DF | 4 | DSR52042983050011 | 10/7/2005 | ($0.21) | 14440 | D0550044728 |
| 9000032803241 | RD 004087110 | DF | 4 | DSR52042983140011 | 10/7/2005 | ($3.17) | 17265 | D0550040002 |
| 9000032837673 | RD 004087110 | DF | 4 | DSR52043054350011 | 10/7/2005 | ($0.01) | 13443 | D0550044728 |
| | | | | | TOTAL CLAIM | $210,732.14 | | |

Ex. A