United States Bankruptcy Court
For the Southern District of New York

---

DELPHI AUTOMOTIVE SYSTEMS LLC                          } Chapter 11
                                                       }
                                                       }
                                                       }
                                                       } Case No.
                                                       } 05-44640
                                                       }
Debtor                                                 } **Amount $3,530.27**

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**PREYCO MFG CO INC EFT**
**PO BOX 4057**
**WATERBURY, CT 06704**

The transfer of your claim as shown above in the amount of **$3,530.27** has been
transferred to:

                Liquidity Solutions, Inc.
                Dba Revenue Management
                One University Plaza
                Suite 312
                Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

                        By:/s/ Chris Oh
                        Liquidity Solutions, Inc.
                        dba Revenue Management
                        (201) 968-0001

819336

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - (CUT HERE) - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**TRANSFER NOTICE**

PREYCO MFG CO INC EFT ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: **DELPHI AUTOMOTIVE SYSTEMS LLC** (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the PREYCO MFG CO INC EFT Claims of Assignor in the aggregate amount of **$3,530.27** representing all claims against the Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 05-44640, subject to the terms of the Assignment Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the 21 day of June , 2006

PREYCO MFG CO INC EFT

_Lillian Jensen_
(Signature)

LILLIAN JENSEN
(Print Name and Title) OFFICE MANAGER

REVENUE MANAGEMENT

_(Signature)_

Chris Oh
(Print Name of Witness)

DELPHI AUTOMOTIVE SYSTEMS LLC
PREYCO MFG CO INC EFT

819336