United States Bankruptcy Court
For the Southern District of New York

| | |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS LLC | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 05-44640 |
| | } |
| Debtor | } Amount $49,788.00 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**ST MARYS CARBON CO INC**
**259 EBERL STREET**
**ST MARYS, PA 15857**

The transfer of your claim as shown above in the amount of $49,788.00 has been transferred to:

        Liquidity Solutions, Inc.
        Dba Capital Markets
        One University Plaza
        Suite 312
        Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

        By:/s/James Yenzer
        Liquidity Solutions, Inc.
        dba Capital Markets
        (201) 968-0001

820377

From: To: Gary                         Date: 6/8/2006 Time: 3:15:30 PM                    Page 5 of 5

## TRANSFER NOTICE

St. Mary Carbon Co Inc. ("Assignor"), transfers and assigns unto CAPITAL MARKETS with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGMENT OF CLAIM AGREEMENT between Assignor and Assignee, all of its right, title and interest in and to the St. Mary Carbon Co Inc. Claims of Assignor in the aggregate amount of $49,788.00 representing all claims against: DELPHI AUTOMOTIVE SYSTEMS LLC., (herein, the Debtor) in the United State Bankruptcy Court, Southern District of New York administered as **Case Number 05-44640.**

IN WITNESS WHEREOF, Assignor has signed below as of the ___15th___ day of ___June___, 2006.

CAPITAL MARKETS

~~St. Mary Carbon Co Inc.~~

WITNESS:

_____
(Signature)

JAMES VENZER
(Print Name of Witness)

By: _____
(Signature)

C. L EHRENSBERGER III / TREASURER
(Print Name and Title)

820377