Lafonza Earl Washington
7010 Cranwood Drive
Flint, MI  48505
Tel:  810.787.3150
Cell: 810.922.0308


July 2, 2006


TO:   Clerk of the Court
      U.S. Bankruptcy Court
      Southern District of New York
      One Bowling Green
      New York, N.Y.  10004


      Re:  In Re Delphi Corp., debtors, debtors-in-possession,
           Case No. 05-44481 (RDD)


Greetings Clerk:

      Enclosed for filing you will find:

1.  Ex Parte Application For "Immediate" Judgment/Order
    Performance Vesting Title and Possession Of Monetary
    Property Legally Owned and Owed Since Human Capital
    Obligations and Cash Management Orders Was Entered
    By the Court On October 8, 2005, Over "10" Months
    Ago - Yet - Disobedience To the Court's Orders
    Continue To Wrongfully Cause Financial Hardships,
    Economic Hardships, Real and Personal Property
    Losses Including Repeated Deliberate Violations Of
    the Court's March 22, 2006, Orders For the Special
    Attrition Plan (SAP) Retirement Package Against
    Claimant Lafonza Earl Washington Or Demand For the
    Court For the Specific Act Of Directing the Act To
    Be Done At the Cost Of the Disobedient Parties By
    Some Other Person Appointed By the Court And the
    Act When So Done Has Like Effect As If Done By
    the Party; *And Supporting BRIEF!*

2.  Proof of Service

      Please file according to Fed.R. of Bankr.P. Rule 5005(a).
Thank you.

                                    *Lafonza Earl Washington*
                                    *Lafonza Earl Washington*
                               BY:  Lafonza Earl Washington
                                    Judgment/Order Creditor & Applicant

RECEIVED
JUL 1 3 2006
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

Enc./cc

Clerk of the Court
July 2, 2006
Page 2


SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Thomas J. Matz, Attorney

Alberto Gonzalez
United States Attorney General

Michael J. Garcia, U.S. Attorney
Southern District of New York

Jennifer M. Granholm, Governor
State of Michigan

George E. Pataki, Governor
State of New York

Rev. Wendall Anthony, Pres.
Detroit Branch (NAACP)

LATHAM & WATKINS LLP
Official Committee of Unsecured Creditors
C/o Robert J. Rosenberg (RR-9585)


Greg Farrell
USA TODAY News

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------x
IN RE                          :    CHAPTER 11
                               :
DELPHI CORPORATION et al.,     :    CASE NO. 05-44481 (RDD)
                               :
             Debtors.          :    (JOINTLY ADMINISTERED)
                               :
-------------------------------x
```

## EX PARTE APPLICATION

FOR "IMMEDIATE" JUDGMENT/ORDER PERFORMANCE VESTING
TITLE AND POSSESSION OF MONETARY PROPERTY LEGALLY
OWNED AND OWED SINCE HUMAN CAPITAL OBLIGATIONS AND
CASH MANAGEMENT ORDERS WAS ENTERED BY THE COURT ON
OCTOBER 8, 2005, OVER "10" MONTHS AGO - YET -
DISOBEDIENCE TO THE COURT'S ORDERS CONTINUE TO
WRONGFULLY CAUSE FINANCIAL HARDSHIPS, ECONOMIC
HARDSHIPS, REAL AND PERSONAL PROPERTY LOSSES
INCLUDING REPEATED DELIBERATE VIOLATIONS OF THE
COURT'S MARCH 22, 2006, ORDERS FOR THE SPECIAL
ATTRITION PLAN (SAP) RETIREMENT PACKAGE AGAINST
CLAIMANT LAFONZA EARL WASHINGTON OR DEMAND FOR THE
COURT FOR THE SPECIFIC ACT OF DIRECTING THE ACT TO
BE DONE AT THE COST OF THE DISOBEDIENT PARTIES BY
SOME OTHER PERSON APPOINTED BY THE COURT AND THE
ACT WHEN SO DONE HAS LIKE EFFECT AS IF DONE BY
THE PARTY

### I

I am the Creditor in the above-captioned proceeding and make this

Application pursuant to:

A.  Title 11 U.S.C. § 502(a);

B.  Title 15 U.S.C. §§ 1-15 et seq;

C.  Title 42 U.S.C. §§ 1982, 1983 etc.;

D.  The Federal Rules of Bankruptcy Procedure Rules 2019(b)(2),
3001(f), 3003(c)(4) etc.;

E.  The Federal Rules of Civil Procedure Rules 4.1(a) and (b),
58, 64, 65.1, 69, 70, 77(c) and 79(a).

And in support of my Application for "ISSUANCE" of the Court's
"DIRECTIONS" for immediate payment of the above-stated entered Court
Orders, demanded according to Law is the vesting of title and
possession of the lawfully claimed monetary property without Notice
based on no other party having any legal standing in this "RES JUDICATA"
matter in which these involved claims were decided by previous "FINAL"
Court Orders that continues to be in force since the above-stated
dates requiring no further process, movement and is "DEAD" in
Claimant's favor amounting to the sum certain as follows:

1.  $304,613,013.00 (actual accrued bankruptcy claims), with
interest at the rate of 15% per annum and accruing interest at the rate
of $125,183.00 per day until paid in full, by law.

2.  $913,839,039.00 (treble or threefold accrual of bankruptcy
claims) at 15% annual percentage rate accruing interest at the rate of
$375,550.20 per day until paid in full, by law.

3.  $33,000,000.00 (actual accrued Redemption Agreement claims)
with interest at the rate of 15% per annum and accruing interest since
the beginning proposal date of September 6, 1999, at the rate of
$4,950,000.00 per year or $13,561.60 daily, by law.

4.  $99,000,000.00 (treble or threefold accrual of Redemption
Agreement claims) at 15% annual percentage rate accruing interest at
the rate of $40,712.30 per day, by law.

5.  $140,000.00 (actual) for the Special Attrition Plan (SAP)
selection including demands for monthly pension of $4,500.00 both tax
exempt according to Title 26 U.S.C. § 7122 etc., by law.

6.  $420,000.00 (treble or threefold accrual of SAP liabilities)

legally owed since June 23, 2006, at 15% annual percentage rate accruing interest at the rate of $63,000.00 a year or $172.60 per day, by law.

7. $13,500.00 (treble or threefold accrual of monthly pension demanded) and legally owed since September 6, 1999, the permanent closing of the General Motors Buick City plant, at 15% annual percentage rate accruing interest at the rate of $166,050.00 yearly or $454.90 per day, by law.

## II

This is a proceeding for the specific act of directing the Clerk of the United States District Court to disburse each of the above-stated amounts within "24" hours of the receiving of the demands on this Application and if the Clerk fails to comply within the time specified, the Court may direct the Act to be done at the cost of the disobedient party by some other person appointed by the Court and when so done has like effect as if done by the party.

## III

I, as well as, my family will continue to suffer irreparable personal and property injuries and losses by "UNAUTHORIZED" corporate bankruptcy frauds, banking frauds etc., acts if the directions for specific performance is "NOT" issued for the satisfaction of the Court's Orders causing the non-administration of justice against Federal constitutional etc., rights guaranteed to be protected by law.

## IV

"I DECLARE THAT THE STATEMENTS ABOVE
ARE TRUE TO THE BEST OF MY INFORMATION,
KNOWLEDGE, AND BELIEF."

_Lafonza Earl Washington_

BY: Lafonza Earl Washington
Judgment/Order Creditor & Applicant

Dated:  July 2, 2006

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------x
                                    :
IN RE                               :   CHAPTER 11
                                    :
DELPHI CORPORATION et al.,          :   (CASE NO. 05-44481 (RDD)
                                    :
                Debtors.            :   (JOINTLY ADMINISTERED)
                                    :
------------------------------------x
```

PROOF OF SERVICE

STATE OF MICHIGAN)
                 )
COUNTY OF GENESEE)


I, Lafonza Earl Washington deposes, states:

That on July 3, 2006, he did serve by United States Postal Service
mail, postage prepaid, the below-identified documents upon the
below-named persons.

1.   Ex Parte Application For "Immediate" Judgment/Order
     Performance Vesting Title and Possession Of Monetary
     Property Legally Owned and Owed Since Human Capital
     Obligations and Cash Management Orders Was Entered
     By the Court On October 8, 2005, Over "10" Months
     Ago - Yet - Disobedience To the Court's Orders
     Continue To Wrongfully Cause Financial Hardships,
     Economic Hardships, Real and Personal Property
     Losses Including Repeated Deliberate Violations Of
     the Court's March 22, 2006, Orders For the Special
     Attrition Plan (SAP) Retirement Package Against
     Claimant Lafonza Earl Washington Or Demand For the
     Court For the Specific Act Of Directing the Act To
     Be Done At the Cost Of the Disobedient Parties By
     Some Other Person Appointed By the Court And the
     Act When So Done Has Like Effect As If Done By
     the Party; And Supporting BRIEF!

Please file according to the Fed.R. of Bankr.P. Rule 5005(a).
Thank you.

                              *Lafonza Earl Washington*
                              *Lafonza Earl Washington*
                              BY: Lafonza Earl Washington
                                  Judgment/Order Creditor


Mailed to:

Clerk of the Court
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, N.Y.  10004

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Thomas J. Matz,Attorney
Four Times Square
New York, N.Y.  10036

UNITED STATES DEPARTMENT OF JUSTICE
Alberto Gonzalez
U.S. Attorney General
950 Pennsylvania Ave., N.W.
Washington, D.C.  20530-0001

U.S. DEPARTMENT OF JUSTICE
Michael J. Garcia, U.S. Attorney
Southern District of New York
86 Chambers Street, 3rd Floor
New York, N.Y.  10007

Jennifer M. Granholm, Governor
State of Michigan
P.O. Box 30013
Lansing, MI  48909

George E. Pataki, Governor
State of New York
State Capitol
Albany, N.Y.  12224

The NAACP
Detroit Branch
Rev. Wendall Anthony
2990 E. Grand Blvd.
Detroit, MI  48202
313.871.2087

LATHAM & WATKINS LLP
885 Third Avenue
New York, N.Y.  10022-4802
Tel:  212.906.1200
Official Committee of Unsecured Creditor
    Robert J. Rosenberg (RR-9585)
    Mitchell A. Seider  (MS-4321)
    Mark A. Broude     (MB-1902)

Greg Farrell
USA Today News
535 Madison avenue  20th Floor
New York, N.Y.  10022
Fax:  212.715.5435

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------x
                                    :
IN RE                               :  CHAPTER 11
                                    :
DELPHI CORPORATION et al.,          :  CASE NO. 05-44481 (RDD)
                                    :
             Debtors.               :  (JOINTLY ADMINISTERED)
                                    :
------------------------------------x
```

BRIEF IN SUPPORT OF THE NOTICE OF EX PARTE APPLICATION
TO "SET ASIDE", "VACATE" AND "CANCEL" FRAUDULENTLY
FRAUDULENTLY CAUSED TO BE SET NOTICE OF HEARING DATED
FOR JULY 19, 2006, AT 10:00AM...ETC. FILED HEREIN
BY JUDGMENT/ORDER CREDITOR LAFONZA EARL WASHINGTON

This creditor agrees with the 10th Amendment of the Bill of
Rights to the United States Constitution that "BINDS" on the State of
Michigan and the State of New York the duty that "EVERY" state has
'power' to enact laws for the protection of its citizens' health,
welfare, morals and safety and such power is derived from the 10th
Amendment.  This 'POWER' is upheld if exercised in a manner consistent
with its "ends" and if the "means" used are reasonably calculated to
protect one of these legitimate "ends", clearly showing that:

1.  The means or the bankruptcy, banking, etc., fraudings
instruments and prohibited methods used by the contemnors, the debtors,
the debtors-in-possession is 100% deprivations and violations of the
limits or bounds of the required "ends" and cannot be defended nor
supported by law, under the 10th Amendment nor Article 4 of the United
States Constitution of the Full Faith and Credit guarantees.

2.  The non-protections of Claimant and family's health, welfare,
morals, and safety is 100% inconsistent with the bankruptcy and bank
fraudings means directly causing, then compounding the continued

deprivations of Claimant's possessing the legally owned monetary

property herein that is 100% violative of the "ENDS" guaranteed by

the 10th Amendment etc.!

    3.  The State of New York has a legal duty to protect this

citizen of the State of Michigan under Article 4 of the U.S. Constitu-

tion from the prohibited bankruptcy court contemnor's means causing

100% violations of the "ENDS" to possess the monetary property owned

herein, that if disbursed can protect Claimant's and family's health,

welfare, safety and morals guarantees.

    4.  The State of Michigan has a legal duty to exercise the

"POLICE POWERS" of this State concurrent with the State of New York's

duties to enforce "PUBLIC POLICY" and the "POLICE POWERS" under

Article 4 of the U.S. Constitution and Article 4 §§ 1 et seq. of

Michigan's 1963 Constitution that "BINDS" on both the states of

Michigan and New York nondiscretionary powers to enforce, "man's

plain, palpable duty to his fellow men, having due regard to all

circumstances of each particular relation and situation", in which

the United States Supreme Court agreed with.  See SIPES -V- McGHEE

(1947) 25 N.W. 2d 638, 316 Mich. 614, reversed on other grounds 68

S.Ct. 836, 334 U.S. 1, 92 L.Ed. 1161, 3 A.L.R. 2d 441.

    5.  The United States — itself — can be sued the same as private

persons, as well as corporate entities just as a "NATURAL PERSON"

confirming that Delphi, General Motors, the International UAW corpora-

tions are also "BOUND" by "...that general and well-settled public

opinion relating to man's plain, palpable duty to his fellow men,

having due regard to all circumstances of each particular relation

and situation", under "PUBLIC POLICY" duties which, "...is the commu-

nity common sense and common conscience, extended and applied through-
out the state to matters of public morals, public health, public
safety, public welfare and the like",but is repeatedly being violated by
these named corporations causing this Claimant and family prohibited
financial and economic hardships, slavery conditions, involuntary
servitude, 100% real, personal, and monetary property losses, includ-
ing personal, social and public sufferings by deliberately being
caused to have "ZERO" monies to survive on for "7" years and continuing.
See Article 4 § 1 of Michigan's 1963 Constitution; SIPES -V- McGHEE
supra.

6.   According to the "POLICE POWER" under Article 4 § 1 of
Michigan's 1963 Constitution, "Possession and enjoyment of 'ALL'
rights are subject to such reasonable conditions as may be deemed by
governing authority of country essential to safety, health, peace,
good order, and morals of the community", that is being repeatedly
and continuously violated which both states of Michigan and New York
including the Federal rights guaranted to be protected is required by
law to remedy without further delay of dispossessing Claimant and
family of the monetary property claimed, legally owed herein.   See
Article 4 § 1 of Michigan's 1963 Constitution; PEOPLE'S APPLIANCE &
FURNITURE, INC. -V- CITY OF FLINT (1959) 99 NW2d 522, 358 Mich. 34.

7.   This Claimant asserts that the "STOCKHOLDERS" of the Delphi,
GM, and International UAW corporations does "NOT" have clean hands
100% and is behind the holocaustic human rights violations being com-
pounded against this Claimant and family's concentration camp sub-
sistence for "7" plus years that is continuing; pursuant to both
contempt of court remedies, obstructions of justice remedies, depriva-
tions of rights under color of law etc., the enforcers of the laws are

"BOUND" to protect the citizenship rights being violated, have the
duty to "PIERCE THE VEIL" together with the corporation's liability to
impose the continued liability for bankruptcy frauds, bank frauds,
monopoly and combination of monopoly prohibited property injuries
authorizing "THREEFOLD" recovery on persons and entities other than the
offending corporations themselves such as stockholders, individual
officers, salary employees etc., severally and separately in which
$5,000,000.00 actual recovery is demanded from each contemnor that the
antitrust laws authorizes "THREEFOLD" recovery for in the sum certain
of $15,000,000.00 from each.

    8.  According to Michigan Compiled Laws (MCL) 14.101 and the
United States District Court's ruling/orders in KELLEY -V- CARR
(D.C. 1977) 442 F.Supp. 346, it was ordered that, "Some of most basic
of 'state's' quasi-sovereign interests include maintenance of integrity of
market and exchanges operating within its boundaries, protection of
its citizens from 'FRAUDULENT' and 'DECEPTIVE' practices, support for
general welfare of its residents and its economy, and prevention of
its 'CITIZENS' revenues from being wrongfully 'EXTRACTED' from state",
and for "10" months the State of Michigan is in 100% violations of
this duty and interest of the State by doing nothing while bankruptcy
frauders, bank frauders, RICO operators etc., 'EXTRACT' this
Claimants very living subsistence, as well as that of hundreds of
thousands of other Michigan citizens and with-specificity-being it clear
that the Michigan headquartered Delphi Corp., is "NOT" under New
York's jurisdiction.

    9.  In KELLY -V- CARR supra, Frank J. Kelly was the Michigan
Attorney General who brought the action to stop Carr from extracting
Michigan's citizens revenues!  However, it was made evidently clear

in LUCAS -V- BOARD OF COUNTY ROAD COM'RS OF WAYNE COUNTY (1984) 348
NW2d 660, 131 Mich App 342 that, "The Attorney General, albeit a
constitutional officer, is a member of the executive branch and
thereby constitutionally subservient to the Governor as 'REPOSITORY'
of the executive power of the state", showing that the Governor's
office is entrusted FIRST with the duty to protect these bankruptcy
frauds, banking frauds, RICO operators from any further 'DELAY' of
extracting this Michigan citizen's monetary property from being
possessed inside this state's boundaries as this legally owned
monetary property has been and is continuing to be extracted for "10"
plus months.

10.  This is election year for the Michigan Governor's office and
by the GRACE OF ALMIGHTY GOD may the candidate who stop this
Claimant's monetary property from continuing to be extracted,
racketeered, extorted, frauded etc., into New York be ordained to sit
next term and truthfully, prophetically let it so be!

11.  Article 10 of the United States Constitution clearly authorizes
that, "The powers 'NOT' delegated to the United States by the Constitu-
tion, nor prohibited by it to the States, are reserved to the States
respectively, or to the 'PEOPLE'"!

WHEREFORE, as one of the 'PEOPLE' the powers of the United States
has vested in me the authority to demand the immediate payment of this
claimed monetary property as demanded herein.  In the ALMIGHTY NAME OF
GOD let it be paid immediately or those responsible for further delay
may the wrath of ALMIGHTY GOD immediately come upon you!  Repent and
do the righteous will of ALMIGHTY GOD herein!  Thank you.

In Truth, Righteousness & Peace,

*Earl Washington*

Earl Washington



Adonza E. Washington
7010 Crabwood Dr.
Flint, MI 48532

JUL 13 2006
RECEIVED

SONG

7005 1820 0007 2717 5927

CERTIFIED MAIL

Clerk of the Court
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, N.Y.

JUL 13 2006
RECEIVED

RETURN RECEIPT
REQUESTED

UNITED STATES
POSTAL SERVICE

9264

10004

U.S. POSTAGE
FLINT MI
48532
JUL 10 06
AMOUNT
$5.12
00019295-10