B210
12/04

# United States Bankruptcy Court
## Southern District of New York

In re: DELPHI AUTOMOTIVE SYSTEMS, LLC     Case No. 05-44481

Court ID (Court use only)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a), in the amount of $2,565,472.27. Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| Name of Transferee:<br>SPCP Group, LLC | Name of Transferor:<br>Parker Hannifin Corporation |
| Name and Address where notices to transferee should be sent:<br><br>Attn: Brian Jarmain<br>SPCP Group, LLC<br>2 Greenwich Plaza<br>Greenwich, CT 06830<br><br>Phone: 203-542-4032<br>Last Four Digits of Acct #:_____ | Court Record Address of Transferor<br>(Court Use Only)<br><br><br><br><br><br><br><br>Last Four Digits of Acct #:_____ |
| Name and Address where transferee payments should be sent (if different from above)<br><br><br><br><br>Phone:_____<br>Last Four Digits of Acct #:_____ | Name and Current Address of Transferor:<br>Attn: Michael Straniak<br>Parker Hannifan Corp.<br>6035 Parkland Blvd.<br>Cleveland, OH 44124<br>Phone: 216.896.2211<br>Last Four Digits of Acct #:_____ |

Court Claim # (if known):
Date Claim Filed: 5/26/2006

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ Brian Jarmain           Date:  July 20, 2006      s
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18U.S.C. § § 152 & 371.

### ~~ DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date_____            _____
                                        CLERK OF THE COURT

EXHIBIT A TO
ASSIGNMENT OF CLAIM

**EVIDENCE OF TRANSFER OF CLAIM**
(General Unsecured Claim)

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Parker Hannifin Corporation** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **SPCP GROUP, L.L.C.**, as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd., ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with Assignor's general unsecured claim in the aggregate amount of $2,565,472.27√(the "Assigned Claim"), against Delphi Automotive Systems LLC ("Debtor"), the debtor-in-possession in Case No. 05-44481 (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor or Assignee with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the Assigned Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on May 16, 2006

PARKER HANNIFIN CORPORATION

By: _____
Dana A. Dennis
Vice President and Controller

| UNITED STATES BANRUPTCY COURT | PROOF OF CLAIM | |
|---|---|---|
| Southern District of New York | | ☐ Date Stamped Copy Returned<br>☒ No self addressed stamped envelope<br>☒ No copy to return |
| Name of Debtor<br><br>Delphi Corporation | Bankruptcy Case No.<br>05-44481 (Jointly Administered) | Claim #06541<br>USBC SDNY<br>Delphi Corporation, et al.<br>05-44481 (RDD) |

### A. Creditor Information

(The creditor is the person or other entity to whom the debtor owes money or property)

**Name and Address of Creditor**

Parker Hannifin Corporation
Divisions:
Compumotor, O'Seal, Tech Seal (JBL & Goshen), Automotive, Pneutronics, Steering Drive, Seal Co. Store, Nichols Portland, Packing (EPS), Porter Instruments, Eng. Seals, Thermoplastics, Chomerics Ref. & A/C, Powertrain & O-Ring:
6035 Parkland Blvd.
Cleveland, OH 44124

☐ Check box if you never received any notices from the bankruptcy court in this case.
☑ Check box if this address differs from the address on the envelopes sent to you by the court.
☐ Checks boxes and attach copy of assignment if claim has been assigned to you.

**Received**
**MAY 24 2006**
Kurtzman Carson
THIS SPACE IS FOR COURT USE ONLY

Number by creditor identifies debtor:
**243300**

Check here if this claim
☐ Replaces
☐ amends a previously-filed claim dated: _____
☐ supplements

### B. CLAIM INFORMATION

**1. BASIS FOR CLAIM:**
☑ Goods Purchased
☐ Services Performed
☐ Monies loaned
☐ Other forms of contract (identify)
☐ Personal injury/Wrongful death/Property damage
☐ Other (Describe briefly)

☐ Wages, Salaries and Commissions (Fill out below)
Your social security number _____
Unpaid services performed from _____ to _____
Nature of services (Describe briefly)

Date debt was incurred: 03/10/2005

**3. CLASSIFICATION OF CLAIM:** number the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Priority, (3) Secured. It is possible for a claim to be partly in one category and partly in another — such as wage claim which may be a priority claim for the first $2,000 and an unsecured nonpriority claim for the balance. Classify the nature of the claim by CHECKING THE APPROPRIATE BOX OR BOXES, which you believe best, describes the claim. STATE THE AMOUNT OF THE CLAIM.

☑ UNSECURED NONPRIORITY CLAIM $ 2,492,426.58 . For the purposes of this form, a claim is unsecured if there is no collateral, or to the extent the value of collateral is less than the amount of debt.

☐ SECURED CLAIM $_____
Attach evidence of perfection of security
Brief Describe the Collateral:
☐ Real Estate
☐ Motor Vehicle
☐ Other

☑ PRIORITY CLAIM $ 73,045.69
Specify the priority of the claim by checking the appropriate box(es)
☐ Wages, salaries or commissions (up to $2000, earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier)—11 U.S.C. 507(a)(3)
☐ Contributions to an employee benefit plan—11 U.S.C. 507(a)(4)
☐ Up to $900 of deposits toward purchases, lease, or rental of property or services for personal, family or household use—11 U.S.C. 507 (a)(6)
☐ Taxes or penalties of governmental units—11 U.S.C. 507 (a)(7)
☑ Other specify:) RECLAMATION

| 4. TOTAL AMOUNT OF CLAIM | $ 2,492,426.58<br>(Unsecured) | + | $ 73,045.69<br>(Secured) | + | $<br>(Priority) | = $ 2,565,472.27<br>(Total) |

5. Attach copies of documents in support of this claim, such as purchase orders, invoices, itemized statements of running accounts, contracts, court judgements, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

6. This form should not be used to make a claim for expenses incurred after the filing of the bankruptcy petition. Such expenses may be paid only upon proper application and notice pursuant to 11 U.S.C. 503.

7. CREDITS AND SETOFFS. Attach an itemization of all amounts and dates of payments which have been credited against the debt. Set forth any setoff or counterclaim, which the debtor may have against your claim.

8. To receive an acknowledgement of the receipt of your claim, enclose a stamped, self-addressed envelope and a copy of your claim.

THIS SPACE IS FOR COURT USE ONLY

CLAIMS PROCESSING CENTER
USBC SDNY

### C. CERTIFICATION

The undersigned certifies under penalty of perjury that the debtor named above is indebted to the claimant in the amount shown; that there is no security for the debtor other than that stated above or in an attachment to this form, that no unmatured interest is included, and that the undersigned is authorized to make this claim

| 4/19/2006 | Sign and Print the Name and Title, if any, of the Creditor or Other Person Authorized to File this Claim (attach copy of power of attorney, if any)<br><br>Elizabeth A. Vilkas, Credit Coordinator    *E A Vilkas* |

Penalty for Presenting Fraudulent Claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. Title 18 U.S.C. 152 & 3623.



0544481060522000000000065