UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
In re:                                                       :    **CERTIFICATE OF SERVICE**
                                                             :
DELPHI CORPORATION, et al.,                                  :    Chapter 11
                                                             :
                                    Debtors.                 :    Case No. 05-44481 (RDD)
                                                             :
                                                             :           (Jointly Administered)
                                                             :
------------------------------------------------------------ X

## **CERTIFICATE OF SERVICE**

    On July 20, 2006, I served the Notice of Appearance and Request for Service of Papers of Gary Whitney on the parties appearing on the attached Exhibit A by e-mail.

Dated: New York, New York
       July 20, 2006

                                    SHEPPARD MULLIN RICHTER & HAMPTON LLP

              By: _____
                              Eric D. Waters
                              Sheppard Mullin Richter & Hampton LLP
                              30 Rockefeller Plaza
                              24th Floor
                              New York, New York 10112

                              Attorneys for creditor Gary Whitney

## **EXHIBIT A**

david.boyle@airgas.com; tajamie@ajamie.com; aswiech@akebono-usa.com;
pgurfein@akingump.com; mgreger@allenmatkins.com; dconnolly@alston.com;
dwender@alston.com; craig.freeman@alston.com; rjones@ambrake.com;
steven.keyes@aam.com; mblacker@andrewskurth.com; gogimalik@andrewskurth.com;
lwalzer@angelogordon.com; mtf@afrct.com; aleinoff@amph.com; mhamilton@ampn.com;
Cohen.Mitchell@arentfox.com; Hirsh.Robert@arentfox.com; dladdin@agg.com;
joel_gross@aporter.com; cgalloway@atsautomation.com; william.barrett@bfkpn.com;
kim.robinson@bfkpn.com; john.gregg@btlaw.com; michael.mccrory@btlaw.com;
pmears@btlaw.com; alan.mills@btlaw.com; wendy.brewer@btlaw.com;
mark.owens@btlaw.com; ffm@bostonbusinesslaw.com; tom@beemanlawoffice.com;
wallace@blbglaw.com; sean@blbglaw.com; hannah@blbglaw.com;
murph@berrymoorman.com; klaw@bbslaw.com; lschwab@bbslaw.com;
pcostello@bbslaw.com; tgaa@bbslaw.com; fatell@blankrome.com; mrichards@blankrome.com;
rmcdowell@bodmanllp.com; sdonato@bsk.com; chill@bsk.com; csullivan@bsk.com;
jhinshaw@boselaw.com; rjones@bccb.com; amcmullen@bccb.com;
dludman@brownconnery.com; schristianson@buchalter.com; mhall@burr.com;
sabelman@cagewilliams.com; jonathan.greenberg@engelhard.com; rusadi@cahill.com;
driggio@candklaw.com; rweisberg@carsonfischer.com; cahn@clm.com; sdeeby@clarkhill.com;
japplebaum@clarkhill.com; rgordon@clarkhill.com; maofiling@cgsh.com;
maofiling@cgsh.com; swalsh@chglaw.com; tmaxson@cohenlaw.com; jvitale@cwsny.com;
srosen@cb-shea.com; amalone@colwinlaw.com; Elliott@cmplaw.com; jwisler@cblh.com;
mlee@contrariancapital.com; jstanton@contrariancapital.com; wraine@contrariancapital.com;
solax@contrariancapital.com; Pretekin@coollaw.com; wachstein@coollaw.com;
derrien@coollaw.com; nhp4@cornell.edu; sjohnston@cov.com; rsz@curtinheefner.com;
dpm@curtinheefner.com; athau@cm-p.com; dkarp@cm-p.com; krk4@daimlerchrysler.com;
wsavino@damonmorey.com; selanders@danielsandkaplan.com; carol_sowa@denso-diam.com;
amina.maddox@dol.lps.state.nj.us; gdiconza@dlawpc.com; john.persiani@dinslaw.com;
richard.kremen@dlapiper.com; andrew.kassner@dbr.com; david.aaronson@dbr.com;
dmdelphi@duanemorris.com; wmsimkulak@duanemorris.com; jhlemkin@duanemorris.com;
mbusenkell@eckertseamans.com; ayala.hassell@eds.com; akatz@entergy.com;
dfreedman@ermanteicher.com; gettelman@e-hlaw.com; ggreen@fagelhaber.com;
lnewman@fagelhaber.com; charles@filardi-law.com; tdonovan@finkgold.com;
jmurch@foley.com; fstevens@foxrothschild.com; mviscount@foxrothschild.com;
ftrikkers@rikkerslaw.com; office@gazesllc.com; ian@gazesllc.com; crieders@gjb-law.com;
dcrapo@gibbonslaw.com; mmeyers@gsmdlaw.com; abrilliant@goodwinproctor.com;
cdruehl@goodwinproctor.com; bmehlsack@gkllaw.com; pbilowz@goulstonstorrs.com;
jeisenhofer@gelaw.com; gjarvis@ggelaw.com; snirmul@gelaw.com; mrr@previant.com;
tch@previant.com; mdebbeler@graydon.com; ckm@greensfelder.com; jpb@greensfelder.com;
herb.reiner@guarantygroup.com; cbattaglia@halperinlaw.net; ahalperin@halperinlaw.net;
jdyas@halperinlaw.net; hleinwand@aol.com; prubin@herrick.com; anne.kennelly@hp.com;
ken.higman@hp.com; sharon.petrosino@hp.com; glen.dumont@hp.com;
echarlton@hiscockbarclay.com; jkreher@hodgsonruss.com; sgross@hodgsonruss.com;
sagolden@hhlaw.com; ecdolan@hhlaw.com; amoog@hhlaw.com; elizabeth.flaagan@hro.com;

dbaty@honigman.com; tsable@honigman.com; tomschank@hunterschank.com; jrhunter@hunterschank.com; mmassad@hunton.com; sholmes@hunton.com; aee@hurwitzfine.com; Ben.Caughey@icemiller.com; greg.bibbes@infineon.com; jeffery.gillispie@infineon.com; rgriffin@iuoe.org; pbarr@jaffelaw.com; rpeterson@jenner.com; gerdekomarek@bellsouth.net; sjfriedman@jonesday.com; john.sieger@kattenlaw.com; kcookson@keglerbrown.com; lsarko@kellerrohrback.com; claufenberg@kellerrohrback.com; eriley@kellerrohrback.com; ggotto@kellerrohrback.com; mbane@kelleydrye.com; msomerstein@kelleydrye.com; tkennedy@kjmlabor.com; sjennik@kjmlabor.com; lmagarik@kjmlabor.com; gsouth@kslaw.com; afeldman@kslaw.com; grichards@kirkland.com; efox@klng.com; schnabel@klettrooney.com; dbrown@klettrooney.com; sosimmerman@kwgd.com; ekutchin@kutchinrufo.com; knorthup@kutchinrufo.com; smcook@lambertleser.com; mitchell.seider@lw.com; mark.broude@lw.com; henry.baer@lw.com; john.weiss@lw.com; michael.riela@lw.com; erika.ruiz@lw.com; rcharles@lrlaw.com; sfreeman@lrlaw.com; jengland@linear.com; austin.bankruptcy@publicans.com; dallas.bankruptcy@publicans.com; houston_bankruptcy@publicans.com; whawkins@loeb.com; gschwed@loeb.com; tmcfadden@lordbissell.com; tbrink@lordbissell.com; kwalsh@lordbissell.com; rcovino@lordbissell.com; metkin@lowenstein.com; ilevee@lowenstein.com; krosen@lowenstein.com; scargill@lowenstein.com; vdagostino@lowenstein.com; bnathan@lowenstein.com; egc@lydenlaw.com; rparks@mijb.com; jlanden@madisoncap.com; jml@ml-legal.com; lmc@ml-legal.com; vmastromar@aol.com; gsantella@masudafunai.com; rdaversa@mayerbrown.com; jgtougas@mayerbrownrowe.com; dadler@mccarter.com; jsalmas@mccarthy.ca; lsalzman@mccarthy.ca; jmsullivan@mwe.com; sselbst@mwe.com; jrobertson@mcdonaldhopkins.com; sopincar@mcdonaldhopkins.com; sriley@mcdonaldhopkins.com; jbernstein@mdmc-law.com; egunn@mcguirewoods.com; lpeterson@msek.com; hkolko@msek.com; rrosenbaum@mrrlaw.net; emeyers@mrrlaw.net; aburch@miamidade.gov; miag@michigan.gov; raterinkd@michigan.gov; miag@michigan.gov; trenda@milesstockbridge.com; khopkins@milesstockbridge.com; sarbt@millerjohnson.com; wolfordr@millerjohnson.com; fusco@millercanfield.com; greenj@millercanfield.com; pjricotta@mintz.com; skhoos@mintz.com; Jeff.Ott@molex.com; resterkin@morganlewis.com; agottfried@morganlewis.com; mzelmanovitz@morganlewis.com; lberkoff@moritthock.com; mdallago@morrisoncohen.com; rurbanik@munsch.com; jwielebinski@munsch.com; drukavina@munsch.com; sandy@nlsg.com; Knathan@nathanneuman.com; sbrennan@nathanneuman.com; lisa.moore2@nationalcity.com; george.cauthen@nelsonmullins.com; bbeckworth@nixlawfirm.com; jangelovich@nixlawfirm.com; susanwhatley@nixlawfirm.com; jimbriaco@gentek-global.com; eabdelmasieh@nmmlaw.com; dgheiman@jonesday.com; mmharner@jonesday.com; cahope@chapter13macon.com; jay.hurst@oag.state.tx.us; michaelz@orbotech.com; mmoody@okmlaw.com; aenglund@orrick.com; aprinci@orrick.com; tkent@orrick.com; fholden@orrick.com; rwyron@orrick.com; jguy@orrick.com; mcheney@orrick.com; shazan@oshr.com; mhager@oshr.com; sshimshak@paulweiss.com; cweidler@paulweiss.com; ddavis@paulweiss.com; emccolm@paulweiss.com; housnerp@michigan.gov; lawallf@pepperlaw.com; aaronsona@pepperlaw.com; caseyl@pepperlaw.com; jaffeh@pepperlaw.com; jmanheimer@pierceatwood.com; kcunningham@pierceatwood.com; mark.houle@pillsburylaw.com; karen.dine@pillsburylaw.com; richard.epling@pillsburylaw.com; robin.spear@pillsburylaw.com;

margot.erlich@pillsburylaw.com; rbeacher@pitneyhardin.com; rmeth@pitneyhardin.com; bsmoore@pbnlaw.com; jsmairo@pbnlaw.com; jh@previant.com; mgr@previant.com; asm@pryormandelup.com; kar@pryormandelup.com; jkp@qad.com; andrew.herenstein@quadranglegroup.com; patrick.bartels@quadranglegroup.com; jharris@quarles.com; sgoldber@quarles.com; knye@quarles.com; elazarou@reedsmith.com; rnorton@reedsmith.com; jlapinsky@republicengineered.com; jshickich@riddellwilliams.com; mscott@riemerlaw.com; holly@regencap.com; amathews@robinsonlaw.com; cnorgaard@ropers.com; gregory.kaden@ropesgray.com; marc.hirschfield@ropesgray.com; tslome@rsmllp.com; rtrack@msn.com; cschulman@sachnoff.com; agelman@sachnoff.com; cbelmonte@ssbb.com; pbosswick@ssbb.com; hborin@schaferandweiner.com; mnewman@schaferandweiner.com; rheilman@schaferandweiner.com; dweiner@schaferandweiner.com; wkohn@schiffhardin.com; myetnikoff@schiffhardin.com; myarnoff@sbclasslaw.com; shandler@sbclasslaw.com; michael.cook@srz.com; james.bentley@srz.com; carol.weiner.levy@srz.com; pbaisier@seyfarth.com; rdremluk@seyfarth.com; whanlon@seyfarth.com; sboyce@sheehan.com; lawtoll@comcast.net; rthibeaux@shergarner.com; rthibeaux@shergarner.com; bankruptcy@goodwin.com; asherman@sillscummis.com; jzackin@sillscummis.com; cfortgang@silverpointcapital.com; bellis-monro@sgrlaw.com; kmiller@skfdelaware.com; fyates@sonnenschein.com; rrichards@sonnenschein.com; lloyd.sarakin@am.sony.com; rgoldi@sotablaw.com; pabutler@ssd.com; emarcks@ssd.com; hwangr@michigan.gov; jmbaumann@steeltechnologies.com; rkidd@srcm-law.com; shapiro@steinbergshapiro.com; jposta@sternslaw.com; cs@stevenslee.com; cp@stevenslee.com; mshaiken@stinsonmoheck.com; robert.goodrich@stites.com; madison.cashman@stites.com; wbeard@stites.com; khansen@stroock.com; jminias@stroock.com; rnsteinwurtzel@swidlaw.com; ferrell@taftlaw.com; miller@taftlaw.com; marvin.clements@state.tn.us; ddraper@terra-law.com; jforstot@tpw.com; lcurcio@tpw.com; niizeki.tetsuhiro@furukawa.co.jp; robert.morris@timken.com; dlowenthal@thelenreid.com; rhett.campbell@tklaw.com; john.brannon@tklaw.com; ira.herman@tklaw.com; ephillips@thurman-phillips.com; jlevi@toddlevi.com; bmcdonough@teamtogut.com; DBR@tbfesq.com; jwilson@tylercooper.com; hzamboni@underbergkessler.com; mkilgore@UP.com; djury@steelworkers-usw.org; msmcelwee@varnumlaw.com; rjsidman@vssp.com; tscobb@vssp.com; RGMason@wlrk.com; EAKleinhaus@wlrk.com; david.lemke@wallerlaw.com; robert.welhoelter@wallerlaw.com; gtoering@wnj.com; mcruse@wnj.com; growsb@wnj.com; bankruptcy@warnerstevens.com; lekvall@wgllp.com; aordubegian@weineisen.com; gpeters@weltman.com; jcunningham@whitecase.com; mmesonesmori@whitecase.com; barnold@whdlaw.com; bspears@winstead.com; mfarquhar@winstead.com; mwinthrop@winthropcouchot.com; sokeefe@winthropcouchot.com; oiglesias@wlross.com; lpinto@wcsr.com; skrause@zeklaw.com; pjanovsky@zeklaw.com; sarah.morrison@doj.ca.gov; pclark@mwe.com; jdejonker@mwe.com