KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
Edward M. Fox, Esq. (EF1619)
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

Attorneys for Wilmington Trust Company,
as Indenture Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |
|  | : | **AFFIDAVIT OF SERVICE** |

--------------------------------------------------------x

STATE OF NEW YORK      )
                                       )ss.:
COUNTY OF NEW YORK   )

Elaine Fera, being duly sworn, deposes and says:

1.      I am an employee of the firm of Kirkpatrick & Lockhart Nicholson Graham LLP,

am over 18 years of age and am not a party to this action.

2.      On July 17, 2006, I served true copies of the Notice of Appeal by United States

First Class mail upon the parties on the attached service list by placing same in properly

addressed, postage prepaid envelopes and depositing said envelopes in a receptacle maintained

by the United States Post Office for such purpose located in on the northeast corner of East 53rd

Street and Lexington Avenue, New York, New York.


_____/s/ Elaine Fera_____
Elaine Fera


Sworn to before me this
31st day of May, 2006

_____*Arnold J. Burrus*_____
Notary Public
Notary Public, State of New York
No. 41-4720413
Qualified in Queens County
Certificate filed in New York County
Commission Expires March 30, 2010

## DELPHI SERVICE LIST

John Wm. Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL  60606-1285

Kayalyn A. Marafioti, Esq.
Skadden, Arps, Slate Meagher & Flom LLP
Four Times Square
New York, NY  10036

Babette A. Ceccotti, Esq.
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, NY  10036

Niraj R. Ganatra, Esq.
International Union, UAW
8000 East Jefferson Avenue
Detroit, MI  48214

Thomas M. Kennedy, Esq.
Kenney, Jennik & Murray, P.C.
113 University Place
New York, NY  10003

Hanan B. Kolko, Esq.
Meyer, Suozzi, English & Klein, P.C.
1350 Broadway, Suite 501
New York, NY  10018

Glenn M. Kurtz, Esq.
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036-2787

Thomas E. Lauria, Esq.
White & Case LLP
Wachovia Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, FL  33131

Robert J. Rosenberg, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY  10022-4802

Bonnie Steingart, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY  10004

Martin J. Bienenstock, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

Robert B. Weiss, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226-3506