United States Bankruptcy Court
For the Southern District Of New York

DELPHI CORPORATION                    }
                                      }
                                      }
                                      }
                                      } Case No. 05-44481
                                      }
                                      }
                                      } Amount: $1,370.95
Debtor                                }

**Omnibus Notice to transfer of Claim pursuant to rule 3001 (e) (1) REVENUE MANAGEMENT successor in interest to:**

**REVENUE MANAGEMENT as successor to ELESA USA CORP**
Related Document No. 3691

The transfer of your claim as shown above in the amount of **$1,370.95** has been transferred to:

> **KT TRUST**
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By:/s/ Helena De Young
Kt Trust
(201) 968-0001

7/21/2006