United States Bankruptcy Court
For the Southern District Of New York

_____
DELPHI CORPORATION                          }
                                            }
                                            }
                                            } Case No. 05-44481
                                            }
                                            }
                                            } Amount: $24,196.30
Debtor                                      }
_____

**Omnibus Notice to transfer of Claim pursuant to rule 3001 (e) (1) CAPITAL MARKETS successor in interest to:**

**CAPITAL MARKETS as successor to SAFETYTECH PROTECTION INC**
Related Document No. 3688

The transfer of your claim as shown above in the amount of **$24,196.30** has been transferred to:

    **KT TRUST**
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

                                                By:/s/ Helena De Young
                                                Kt Trust
                                                (201) 968-0001

7/21/2006