| Counterparty | Agreement | Cure Amount |
|---|---|---|
| 12 Planet, Inc. | Mutual Confidentiality Agreement effective July 17, 2002 between MobileAria, Inc. and I2 Planet, Inc. | $0.00 |
| A2S Advanced Systems Solutions Limited | Mutual Confidentiality Agreement effective February 28, 2002 between MobileAria, Inc. and A2S Advanced Systems Solutions Limited | $0.00 |
| Absolute Wireless Inc. | Installation Services Agreement dated May 11, 2006 between MobileAria, Inc. and Absolute Wireless Inc. | $0.00 |
| Accounting Services | Standard Engagement Terms and Fee Schedule Letter for accounting services dated October 31, 2000 from ManageComm, Inc. to MobileAria, Inc. | $1,878.63 |
| Acevedo, Natalie | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| ACNielson Vantis | Confidentiality Agreement effective June 29, 2001 between MobileAria, Inc. and ACNielson Vantis | $0.00 |
| Active RFID Systems, Inc. | Mutual Confidentiality Agreement effective October 5, 2005 between MobileAria, Inc. and Active RFID Systems, Inc. | $0.00 |
| AdvanTel, Inc. | Maintenance Service Agreement dated March 13, 2003 by and between MobileAria, Inc. and AdvanTel, Inc. | $112.00 |
| Advantra International NV | Agreement effective September 11, 2003 between MobileAria, Inc. and Advantra International NV | $0.00 |
| Alcoff, Ed | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| ALK Technologies/TravRoute | Mutual Confidentiality Agreement effective June 15, 2001 between MobileAria, Inc. and ALK Technologise/TravRoute | $0.00 |
| AmBell Corporation | Mutual Confidentiality Agreement effective April 30, 2000 between MobileAria, Inc. and AmBell Corporation | $0.00 |
| Apache Software Foundation | Apache License Version 2.0, January 2004 | $0.00 |
| Aragon, Vincent | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Arsenault Associates | Mutual Confidentiality Agreement effective February 21, 2001 between MobileAria, Inc. and Arsenault Associates | $0.00 |
| Asefaw, Solomon | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Asset Growth Partners, Ltd. | Standard Office Lease dated March 6, 2003 by and between MobileAria, Inc. and Asset Growth Partners, Ltd., as amended. | $0.00 |
| Auto Club of America | Mutual Confidentiality Agreement effective February 14, 2003 between MobileAria, Inc. and Auto Club of America | $0.00 |
| Automobile Club of Southern California | Reciprocal Non-Disclosure Agreement effective April 25, 2001 between MobileAria, Inc. and Automobile Club of Southern California | $0.00 |
| Auto Page Unlimited Inc. | Installation Services Agreement dated June 12, 2006 between MobileAria, Inc. and Auto Page Unlimited Inc. | $0.00 |
| BMC Software Distribution, Inc. | Agreement between Remedy Software and Seller for Remedy software and maintenance as evidenced by Remedy Invoice Number CMG121272 dated August 9, 2005, Remedy Invoice Number CMG1215124 dated February 17, 2006, WIPRO / CMango Invoice number WIPRO-14 dated May 9, 2006, BMC Software Invoice Number 6226052 dated June 14, 2006 and Remedy Software Contract Number 52856 | $0.00 |
| BMC Software Distribution, Inc. | Agreement between Remedy Software and Seller for Remedy software and maintenance as evidenced by Remedy Invoice Number CMG121272 dated August 9, 2005, Remedy Invoice Number CMG1215124 dated February 17, 2006, WIPRO / CMango Invoice number WIPRO-14 dated May 9, 2006, BMC Software Invoice Number 6226052 dated June 14, 2006 and Remedy Software Contract Number 52856 | $0.00 |
| Babichev, Alexander | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Bagga, Neeraj | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Bathula, Satya | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Blum, Rodney | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Bobcat Company | Confidentiality Agreement effective April 16, 2003 between MobileAria, Inc. and Bobcat Company | $0.00 |
| Bolsh, Alan | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Booz-Allen & Hamilton, Inc. | Confidentiality Agreement effective December 15, 2000 between MobileAria, Inc. and Booz Allen & Hamilton Inc. | $0.00 |
| Bortoli, Chris | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Boulder Global Development Group, LLC | Mutual Confidentiality Agreement effective May 8, 2001 between MobileAria, Inc. and Boulder Global Development Group, LLC. | $0.00 |
| BP Amoco Chemical Company | Confidentiality Agreement effective May 5, 2003 between MobileAria, Inc. and BP Amoco Chemical Company | $0.00 |
| BP Products North America, Inc. | BP and MobileAria AMPS Airtime Services Agreement effective March 2003 by and between BP Products North America, Inc. and MobileAria, Inc. | $0.00 |
| BP Products North America | MobileAria Fleet Telematics Services Agreement between MobileAria, Inc. and BP Products North America, Inc., dated January 17, 2003 | $0.00 |
| Breo Ventures, LLC | Confidentiality Agreement effective October 20, 2000 between MobileAria, Inc. and Breo Ventures, LLC. | $0.00 |
| Bridgetown Communications | Installation Services Agreement dated June 13, 2006 between MobileAria, Inc. and Bridgetown Communications. | $0.00 |
| Bridgetown Communications | Mutual Confidentiality Agreement between MobileAria, Inc. and Bridgetown Communications dated June 13, 2006 | $0.00 |
| BrightPoint | Settlement and Release Agreement dated June 28, 2002 between MobileAria, Inc. and BrightPoint. | $0.00 |
| Brockway, Jared | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Brown, Craig | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Buena Vista Internet Group | Mutual Nondisclosure Agreement effective December 8, 2000 between MobileAria, Inc. and Buena Vista Internet Group | $0.00 |
| Cameron, Deborah L. | Mutual Confidentiality Agreement effective January 21, 2003 between MobileAria, Inc. and Deborah L. Cameron | $0.00 |
| CAT Technology | Mutual Confidentiality Agreement effective January 9, 2001 between MobileAria, Inc. and CAT Technology | $0.00 |
| Catalyst Capital Partners, Inc. | Confidentiality Agreement effective May 11, 2004 between MobileAria, Inc. and Catalyst Capital Partners, Inc. | $0.00 |
| Cellco Partnership d/b/a Verizon Wireless | Joint Marketing Agreement between MobileAria, Inc. and Cellco d/b/a Verizon Wireless. | $0.00 |
| Cellco Partnership dba Verizon Wireless | Mutual nondisclosure agreement #750-02132-2004 effective January 1, 2005 by and between Cellco Partnership dba Verizon Wireless and MobileAria, Inc. | $0.00 |
| Cellocator, Ltd. | Demonstration Confidentiality Agreement effective September 19, 2001 between MobileAria, Inc. and Coradiant Inc. | $0.00 |
| Cellport Systems, Inc. | Mutual Confidentiality Agreement effective March 16, 2001 between MobileAria, Inc. and CellPort Systems, Inc. | $0.00 |
| Centrality Communications, Inc. | Mutual Confidentiality Agreement effective September 8, 2004 between MobileAria, Inc. and Centrality Communications, Inc. | $0.00 |
| Certicom International Corp. | Mutual Confidentiality Agreement effective January 28, 2003 between MobileAria, Inc. and Certicom International Corp. | $0.00 |
| Chan, Andrew | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Chander, Bala | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Chanderraju, Varma | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Chen, Juilin | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Chernov, Vladimir | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Chhabra, Maninder | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Cho Graphics | Confidentiality Agreement effective August 15, 2001 between MobileAria, Inc. and Cho Graphics | $0.00 |
| Chung, Chi | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Cisco Systems | Mutual Confidentiality Agreement effective March 16, 2001 between MobileAria, Inc. and Cisco Systems | $0.00 |
| Clarity, LLC | Mutual Confidentiality Agreement effective February 4, 2002 between MobileAria, Inc. and Clarity, LLC | $0.00 |
| Clarke, Jeffrey | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| CMango Services Management Company | Agreement between Remedy Software and Seller for Remedy software and maintenance as evidenced by Remedy Invoice Number CMG121272 dated August 9, 2005, Remedy Invoice Number CMG1215124 dated February 17, 2006, WIPRO / CMango Invoice number WIPRO-14 dated May 9, 2006, BMC Software Invoice Number 6226052 dated June 14, 2006 and Remedy Software Contract Number 52856 | $0.00 |

| Counterparty | Agreement | Cure Amount |
|---|---|---|
| CMango Services Management Company | Agreement between Remedy Software and Seller for Remedy software and maintenance as evidenced by Remedy Invoice Number CMG121272 dated August 9, 2005, Remedy Invoice Number CMG1215124 dated February 17, 2006, WIPRO / CMango Invoice number WIPRO-14 dated May 9, 2006, BMC Software Invoice Number 6226052 dated June 14, 2006 and Remedy Software Contract Number 52856 | $0.00 |
| CMANGO, Inc. | Agreement between Remedy Software and Seller for Remedy software and maintenance as evidenced by Remedy Invoice Number CMG121272 dated August 9, 2005, Remedy Invoice Number CMG1215124 dated February 17, 2006, WIPRO / CMango Invoice number WIPRO-14 dated May 9, 2006, BMC Software Invoice Number 6226052 dated June 14, 2006 and Remedy Software Contract Number 52856 | $0.00 |
| CMG, Inc. | Mutual Confidentiality Agreement effective January 28, 2002 between MobileAria, Inc. and The Crystal Mountain Group (CMG), Inc. | $0.00 |
| Conlisk, Steve | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Consortium Executive Search | Settlement and Release Agreement dated June 5, 2002 between MobileAria, Inc. and Consortium Executive Search. | $0.00 |
| CONTEX Engineering International, Inc. | Mutual Confidentiality Agreement effective September 5, 2002 between MobileAria, Inc. and CONTEX Engineering International, Inc. | $0.00 |
| Coradiant Inc. | Demonstration Confidentiality Agreement effective September 19, 2001 between MobileAria, Inc. and Coradiant Inc. | $0.00 |
| Courreges, Nicolas | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Creative & Response Research | Confidentiality Agreement effective June 28, 2001 between MobileAria, Inc. and Creative & Response Research | $0.00 |
| Cross Country Global ITS Services Corp. | Mutual Confidentiality Agreement effective February 7, 2003 between MobileAria, Inc. and Cross Country Global ITS Services Corp. | $0.00 |
| CTA Consulting | Mutual Confidentiality Agreement effective April 30, 2004 between MobileAria, Inc. and CTA Consulting | $0.00 |
| Cusanza, Christopher | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| CustomWeather, Inc. | Mutual Confidentiality Agreement effective June 10, 2003 between MobileAria, Inc. and CustomWeather, Inc. | $0.00 |
| Cyron, Alan | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Cytranz, Inc. | Mutual Confidentiality Agreement effective November 12, 2002 between MobileAria, Inc. and Cytranz, Inc. | $0.00 |
| Dange, Milind | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Data Dimensions | Confidentiality Agreement effective June 11, 2001 between MobileAria, Inc. and Sadiq Patankar | $0.00 |
| Datascan Technologies, Inc. | Mutual Confidentiality Agreement effective April 19, 2005 between MobileAria, Inc. and Datascan Technologies, Inc. | $0.00 |
| Davies, Jonathan | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Dean, Philip | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Dejai Pty Ltd | Mutual Confidentiality Agreement effective June 2, 2004 between MobileAria, Inc. and Dejai Pty Ltd and/or RoadPilot (Asia Pacific) Pty Ltd. | $0.00 |
| Dhingra, Ruchika | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| DHL Danzas | Danzas AE Customs Brokerage Services Invoice No. 107698954 dated June 6, 2006 | $0.00 |
| Dokakis, Anna | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Doraiswami, Vijayaraghavan | Consulting Agreement dated December 16, 2005 between Vijayaraghavan Doraiswami and the Seller. | $0.00 |
| Dow Jones & Company, Inc. | Nondisclosure Agreement effective June 8, 2001 between MobileAria, Inc. and Dow Jones & Company Inc. | $0.00 |
| DPAC Technologies | Mutual Confidentiality Agreement effective July 29, 2004 between MobileAria, Inc. and DPAC Technologies | $0.00 |
| Dubrovsky, Vladimir | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Duffy, Darrell | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Duko, Artur | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Durand, Kimberly | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Eletel Inc. | Mutual Confidentiality Agreement effective July 20, 2001 between MobileAria, Inc. and Eletel Inc. | $0.00 |
| Ember Corporation | Mutual Confidential Disclosure Agreement effective July 2, 2003 between MobileAria, Inc. and Ember Corporation | $0.00 |
| EMS Technologies Canada, Ltd. | Mutual Confidentiality Agreement effective October 16, 2002 between MobileAria, Inc. and EMS Technologies Canada, Ltd. | $0.00 |
| Enterprise Information Solutions, Inc. | Mutual Confidentiality Agreement effective February 27, 2004 between MobileAria, Inc. and Enterprise Information Solutions, Inc. | $0.00 |
| Ericsson Inc. | Mutual Confidentiality Agreement effective July 10, 2001 between MobileAria, Inc. and Ericsson Inc. | $0.00 |
| Esex Electronics, Inc. | Mutual Confidentiality Agreement effective August 25, 2003 between MobileAria, Inc. and Essex Electronics Incorporated | $0.00 |
| Esmonde, Richard | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Esparza, Robert | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Exelon Corporation | Confidentiality and Nondisclosure Agreement effective March 29, 2006 between Exelon Corporation and MobileAria, Inc | $0.00 |
| Extended Systems of Idaho, Inc. | Settlement and Release Agreement dated May 30, 2002 between MobileAria, Inc. and Extended Systems of Idaho, Inc.B99Settlement and Release Agreement dated May 30, 2002 between MobileAria, Inc. and Extended Systems of Idaho, Inc. | $0.00 |
| Extended Systems Incorporated | Mutual Non-Disclosure effective November 14, 2001 between MobileAria, Inc. and Extended Systems Incorporated | $0.00 |
| Fairbank, Daniel | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| FedEx Ground Package System, Inc. | Mutual Nondisclosure Agreement effective April 29, 2005 between MobileAria, Inc. and FedEx Ground Package System, Inc. | $0.00 |
| Ferdowsian, Zoya | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| FleetRisk Advisors, LLC | Mutual Confidentiality Agreement effective June 22, 2004 between MobileAria, Inc. and FleetRisk Advisors, LLC | $0.00 |
| Fonix Corporation | Mutual Confidentiality Agreement effective May 23, 2000 between MobileAria, Inc. and Fonix Corporation | $0.00 |
| Forrester Research | Confidentiality Agreement effective September 19, 2001 between MobileAria, Inc. and Forrester Research | $0.00 |
| Freightliner LLC | Confidentiality and Non-Disclosure Agreement for Proprietary Information effective June 7, 2001 between MobileAria, Inc. and Freightliner LLC | $0.00 |
| Gayles, Edward | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Gearworks Inc. | Mutual Confidentiality Agreement effective May 9, 2001 between MobileAria, Inc. and Gearworks, Inc. | $0.00 |
| GenX Mobile Incorporated | Mutual Confidentiality Agreement effective November 30, 2004 between MobileAria, Inc. and Genx Mobile Incorporated | $0.00 |
| Geographic Data Technology, Inc. | Mutual Confidentiality Agreement effective February 14, 2001 between MobileAria, Inc. and Geographic Data Technology, Inc. | $0.00 |
| Ghazanfari, Ira | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Giffin, Doug | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Globespan Virata, Inc. | Mutual Confidentiality Agreement effective September 17, 2004 between MobileAria, Inc. and GlobespanVirata, Inc. | $0.00 |
| Go2 Systems, Inc. | Mutual Confidentiality Agreement effective January 24, 2001 between MobileAria, Inc. and Go2 Systems, Inc. | $0.00 |
| Gordienko, Eugene | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Grober, Rochelle | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Hall, Kenneth | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Halliburton Energy Services, Inc. | Confidentiality Agreement effective March 4, 2004 between MobileAria, Inc. and Halliburton | $0.00 |

| Counterparty | Agreement | Cure Amount |
|---|---|---|
| Hearney, Michael | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Hi-G-Tek Ltd. | Mutual Confidentiality Agreement effective March 3, 2003 between MobileAria, Inc. and Hi-G-Tek Ltd. | $0.00 |
| Holzman, Mathew | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Houlihan Lokey Howard & Zukin | Mutual Confidentiality Agreement effective February 3, 2005 between MobileAria, Inc. and Houlihan Lokey Howard & Zukin | $0.00 |
| IBM | IBM Agreement for Exchange of Confidential Information effective July 25, 2002 between MobileAria, Inc. and International Business Machines Corporation and related Confidential Disclosure Agreement – Supplement for Disclosure effective February 15, 2006 | $0.00 |
| IDEO | Settlement and Release Agreement dated June 5, 2002 between MobileAria, Inc. and IDEO. | $0.00 |
| IITRON, Taipei, Taiwan | Mutual Confidentiality Agreement effective June 20, 2001 between MobileAria, Inc and IITRON | $0.00 |
| Indus International, Inc. | Mutual Confidentiality Agreement effective March 13, 2006 between MobileAria, Inc. and Indus International, Inc. | $0.00 |
| Infobahn Software World | Settlement and Release Agreement dated April 18, 2002 between MobileAria, Inc. and Infobahn Software World. | $0.00 |
| InfoGation Corp. | Mutual Confidentiality Agreement effective June 12, 2001 between MobileAria, Inc. and InfoGation Corp. | $0.00 |
| InfoSpace, Inc. | Mutual Confidentiality Agreement effective May 23, 2001 between MobileAria, Inc. and InfoSpace, Inc. | $0.00 |
| Innovative Software Engineering, L.L.C. | Reciprocal Non-Disclosure Agreement effective October 10, 2005 between MobileAria, Inc. and Innovative Software Engineering, LLC. | $0.00 |
| Innvo Systems Pte Ltd | Mutual Confidentiality Agreement effective April 29, 2003 between MobileAria, Inc. and Innvo Systems Pte Ltd | $0.00 |
| Intel Corporation | Corporate Non-Disclosure Agreement effective November 6, 2003 between MobileAria, Inc. and Intel Corporation | $0.00 |
| InterNap | Mutual Confidentiality Agreement effective June 20, 2001 between MobileAria, Inc. and InterNap | $0.00 |
| International Truck & Engine Corporation | Mutual Confidentiality Agreement effective January 17, 2003 between MobileAria, Inc. and International Truck & Engine Corporation (ITEC) | $0.00 |
| Internet MainStreet, Inc. | Settlement and Release Agreement dated June 7, 2002 between MobileAria, Inc. and the Internet MainStreet, Inc. | $0.00 |
| Intrinsyc Software International, Inc. | Mutual Confidentiality Agreement effective April 19, 2005 between MobileAria, Inc. and Intrinsyc Software International, Inc. | $0.00 |
| Iridium Satellite LLC | Mutual Non-Disclosure Agreement effective May 7, 2003 between MobileAria, Inc. and Iridium Satellite LLC | $0.00 |
| Iron Mountain | Three-Party Escrow Service Agreement effective April 7, 2006 by and between MobileAria, Inc. and its affiliates and subsidiaries, Verizon Services Corp and Iron Mountain Intellectual Property Management, Inc. | $0.00 |
| Iteris, Inc. | Mutual Confidentiality Agreement effective September 22, 2002 between MobileAria, Inc. and Iteris, Inc. | $0.00 |
| Itochu Technology, Inc. | Mutual Confidentiality Agreement effective July 16, 2001 between MobileAria, Inc and Itochu Technology Inc. | $0.00 |
| Ivus Technical Services, Inc. | Mutual Confidentiality Agreement effective May 1, 2001 between MobileAria, Inc and Ivus Technical Services, Inc. | $0.00 |
| IXI Mobile | Mutual Confidentiality Agreement effective April 13, 2000 between MobileAria, Inc and IXI Mobile | $0.00 |
| J. B. Hunt | Mutual Confidentiality Agreement effective May 24, 2005 between MobileAria, Inc and JB Hunt, LLC. | $0.00 |
| Jain, Monali | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| JCorporate Inc. | JSPtags (JSP Tags) and Jgroup Software license | $0.00 |
| Jester, Daniel | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Johnson, Suena | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Joseph, Dwight | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| JP Systems, Inc. | Mutual Confidentiality Agreement effective November 21, 2000 between MobileAria, Inc and JP Systems, Inc. | $0.00 |
| Kalman, Israel | Mutual Confidentiality Agreement effective March 11, 2004 between MobileAria, Inc and Israel Kalman | $0.00 |
| Kienhofer, Juergen | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Kim, Jay | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| King, Chuck | Mutual Confidentiality Agreement effective August 12, 2003 between MobileAria, Inc and Chuck King | $0.00 |
| Kinzie, Al | Mutual Confidentiality Agreement effective January 31, 2006 between MobileAria, Inc and Al Kinzie | $0.00 |
| Kirsen Technologies Corp. | Mutual Confidentiality Agreement effective January 25, 2004 between MobileAria, Inc and Kirsen Technologies, Corp. | $0.00 |
| Kiryung Electronics | Mutual Confidentiality Agreement effective December 16, 2003 between MobileAria, Inc and Kiryung Electronics | $0.00 |
| Kodancha, Vinay | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Kolkowitz, Dan | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Krishnamurthy, Rajesh | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Lagodsky, Alla | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Lai, Alan | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Lat-Lon, LLC | Mutual Confidentiality Agreement effective April 28, 2003 between MobileAria, Inc and Lat-Lon, LLC | $0.00 |
| LetsTalk.com, Inc. | Settlement and Release Agreement dated May 29, 2002 between MobileAria, Inc. and LetsTalk.com, Inc. | $0.00 |
| LG Infocomn Inc. | Mutual Confidentiality Agreement effective July 17, 2001 between MobileAria, Inc and LG Infocomn, Inc. | $0.00 |
| Lion Bridge Tech. | Mutual Confidentiality Agreement effective September 18, 2001 between MobileAria, Inc and Lion Bridge Tech | $0.00 |
| Liston, Rachel | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Liu, Gong | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| LogikKos, Inc. | Mutual Confidentiality Agreement effective December 9, 2002 between MobileAria, Inc and Logikos, Inc. | $0.00 |
| Lu, Linda | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Lucent Technologies Inc. | Non-Disclosure Agreement effective October 6, 2005 between MobileAria, Inc and Lucent Technologies, Inc. | $0.00 |
| Lunsford, Eric | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Lynn, Owen | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Mahesh, Subramanian | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| MAI Mark Airington Installations | Mutual Nondisclosure Agreement effective June 1, 2006 between MAI Mark Airington Installations and MobileAria, Inc. | $0.00 |
| MAI Mark Airington Installations | Installation Services Agreement effective June 1, 2006 between MAI Mark Airington Installations and MobileAria, Inc. | $0.00 |
| ManageComm, Inc. | Standard Engagement Terms and Fee Schedule Letter for accounting services dated October 31, 2000 from ManageComm, Inc. to MobileAria, Inc. | $1,878.63 |
| Martin, Kurt | Confidentiality Agreement effective January 24, 2002 between MobileAria, Inc and Kurt Martin | $0.00 |
| McGuinn, Kevin | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| McNish, Ian | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Mehta, Kaushal | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Mentora Group, Inc. | Mutual Confidentiality Agreement effective September 11, 2001 between MobileAria, Inc and Mentora Group, Inc. | $0.00 |
| Mentora Group, Inc. | Mentora Master Service Agreement effective September 24, 2001 between MobileAria, Inc and Mentora Group, Inc. | $0.00 |
| Microsoft Corporation | Microsoft Corporation Non-disclosure agreement (standard reciprocal) effective February 13, 2002 by and between Microsoft Corporation and MobileAria, Inc. | $0.00 |
| Microsoft Corporation | Microsoft Corporation Non-Disclosure Agreement (Standard Reciprocal) effective February 25, 2002 between MobileAria, Inc and Microsoft | $0.00 |
| Miles, Brian Keith | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Milligan, Alan | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Miskew, John N. | Mutual Confidentiality Agreement effective June 20, 2005 between MobileAria, Inc and John Miskew | $0.00 |
| Mitchell International Inc. | Non-disclosure Agreement effective April 21, 2006 by and between Mitchell International Inc. and MobileAria | $0.00 |
| Mitropoulos, Aphrodite | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| MMC Communications. | Settlement and Release Agreement dated June 6, 2002 between MobileAria, Inc. and MMC Communications. | $0.00 |

| Counterparty | Agreement | Cure Amount |
|---|---|---|
| Mobiapps Inc. | Mutual Confidentiality Agreement effective December 6, 2002 between MobileAria, Inc and MobiApps, Inc. | $0.00 |
| MobileBriefs, Inc. | Mutual Confidentiality Agreement effective August 9, 2001 between MobileAria, Inc and MobileBriefs, Inc. | $0.00 |
| Mohanram, Narayan | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| More, Deepak | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Morton, James | Mutual Confidentiality Agreement effective December 2, 2004 between MobileAria, Inc and Jim Morton | $0.00 |
| MSI | Installation Services Agreement dated May 11, 2006 between MobileAria, Inc. and MSI | $0.00 |
| MSNBC Interactive News, L.L.C. | MSNBC Interactive News LLC Non-Disclosure Agreement (Non-Standard Reciprocal) effective April 28, 2001 between MobileAria and MSNBC Interactive News, LLC | $0.00 |
| Mulay, Aniruddha | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Mullen, John | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Murray, Bradley M | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Nauslar, Gary | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| NEC BNS | Mutual Confidentiality Agreement effective March 16, 2001 between MobileAria, Inc and NEC BNS | $0.00 |
| Networkcar, Inc. | Mutual Confidentiality Agreement effective September 13, 2001 between MobileAria, Inc and Networkcar, Inc. | $0.00 |
| Networkcar, Inc. | Mutual Confidentiality Agreement effective May 1, 2001 between MobileAria, Inc and Networkcar, Inc. | $0.00 |
| NEXIQ Technologies, Inc. | Mutual Confidentiality Agreement effective March 6, 2001 between MobileAria, Inc and NEXIQ Technologies, Inc | $0.00 |
| NFO Technologies, Inc. | Settlement and Release Agreement dated May 31, 2002 between MobileAria, Inc. and NFO Technologies, Inc. | $0.00 |
| NFO WorldGroup, Inc. | Mutual Confidentiality Agreement effective February 5, 2000 between MobileAria, Inc and NFO Worldgroup, Inc. | $0.00 |
| Nigam, Rohit | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Noregon Systems, Inc. | Non-Disclosure Agreement effective September 19, 2002 between MobileAria, Inc and Noregon Systems, Inc. | $0.00 |
| Nortel Networks Inc. | Mutual Non-Disclosure Agreement effective October 12, 2005 between MobileAria, Inc and Nortel Networks, Inc. | $0.00 |
| Nuance Communications | Non-Disclosure Agreement effective November 29, 2000 between MobileAria, Inc and Nuance Commutations | $0.00 |
| Nuance Communications | Mutual Confidentiality Agreement effective November 29, 2000 between MobileAria, Inc and Nuance Communications | $0.00 |
| O'Gara Group, Inc., The | Confidentiality Agreement effective August 9, 2004 between MobileAria, Inc and Bill O'Gara | $0.00 |
| O'Gara, Tom | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| ObjectFX Corporation | Mutual Confidentiality Agreement effective February 13, 2003 between MobileAria, Inc and ObjectFX Corporation | $0.00 |
| Obot, Jim | Mutual Confidentiality Agreement effective July 14, 2003 between MobileAria, Inc and Jim Obot | $0.00 |
| Oliver, Carmell LaVett | Consulting Agreement dated March 24, 2006 between Carmell Oliver and the Seller. | $0.00 |
| Oliver, Carmell LaVett | Independent Contractor Innovations and Proprietary Rights Assignment Agreement between MobileAria, Inc. and Carmell L. Oliver dated March 22, 2006 | $0.00 |
| Openssl License – | Openssl License – | $0.00 |
| Orr, Michael | Settlement and Release Agreement dated May 29, 2002 between MobileAria, Inc. and Michael Orr. | $0.00 |
| Orr, Michael | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Otel Telecom | Installation Services Agreement dated June 15, 2006 between MobileAria, Inc. and OTEL Telecom | $0.00 |
| Pacyna, Kathleen | Mutual Confidentiality Agreement effective March 25, 2001 between MobileAria, Inc and Kathleen Pacyna | $0.00 |
| Palm, Inc. | License and Confidentiality Agreement effective March 15, 2001 between MobileAria, Inc. and Palm, Inc. | $0.00 |
| Paoletti, Giovanni | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| PepsiCo, Inc. | Confidentiality and Nondisclosure Agreement effective September 7, 2005 between Pepsico Inc. and MobileAria, Inc | $0.00 |
| Peruvemba, Subramanian | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Petersen, Jennifer | Mutual Confidentiality Agreement effective October 2, 2002 between MobileAria, Inc. and Jennifer Petersen | $0.00 |
| PHH Arval | Letter of Intent dated August 11, 2004 between PHH Vehicle Management Services and MobileAria, Inc | $0.00 |
| PHH Vehicle Management Services, LLC | Confidentiality Agreement effective July 14, 2004 between PHH Vehicle Management Services, LLC and MobileAria, Inc | $0.00 |
| PHH Vehicle Management Services, LLC (PHH | Fleetoutlook Services Agreement dated June 10, 2006 between MobileAria, Inc. and PHH Vehicle Management Services, LLC | $0.00 |
| Pillarsetty, Kavitha | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Pliskin, Dan | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Plude, Scott | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| PolarCom Inc. | Mutual Nondisclosure Agreement effective May 30, 2006 by and between Polarcom Inc. and MobileAria, Inc. | $0.00 |
| PolarCom Inc. | Installation Services Agreement effective May 30, 2006 between MobileAria and PolarCom, Inc. | $0.00 |
| Prabhu, Naveen | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Prolificx Group | Mutual Confidentiality Agreement effective January 10, 2005 between MobileAria, Inc and Prolificx Group | $0.00 |
| Prolificx New Zealand Ltd. | Manufacturing Services and License Agreement between MobileAria, Inc. and Prolificx New Zealand LTD and made and entered into as of August 1, 2005 as amended | $746.00 |
| Puerto Rico Telephone | Mutual Confidentiality Agreement effective September 29, 2005 between MobileAria, Inc and Puerto Rico Telephone | $0.00 |
| Pumatech, Inc. | Mutual Confidentiality Agreement effective march 9, 2001 between MobileAria, Inc and Pumatech, Inc. | $0.00 |
| Quake Global, Inc. | Quake Global, Inc. Mutual Non-Disclosure Agreement effective May 14, 2003 between MobileAria, Inc and Quake Global, Inc. | $0.00 |
| Qualnetics Corporation | Services and Licensing Agreement dated March 1, 2006 between Qualnetics Corporation and MobileAria, Inc. | $51,881.93 |
| Qualnetics Corporation | Mutual Confidentiality Agreement effective July 19, 2004 between MobileAria, Inc and Qualnetics Corporation | $0.00 |
| Qwest Communications Corporation | Qwest Total Advantage Agreement effective May 10, 2004 between Qwest Communications Corporation and MobileAria, Inc. | $14,285.35 |
| QWest Interprise Networking | QWest Interprise Networking Invoice # 30122677 dated November 17, 2005 | $0.00 |
| R Systems, Inc. | Call Center Services Agreement effective October 31, 2005, between MobileAria, Inc. and R Systems, Inc. | $0.00 |
| Rajagopalan, Subhasri | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Rajani, Purvi | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Ramasubramanian, Ramasamy | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Rand McNally & Company | Mutual Confidentiality Agreement effective August 7, 2002 between MobileAria, Inc and Rand McNally & Company | $0.00 |
| Red Hat, Inc. | Agreement between MobileAria, Inc. and Red Hat, Inc. | $0.00 |
| Remote Communications Company | Installation Services Agreement effective May 15, 2006 by and between MobileAria, Inc. and Remote Communications Company. | $0.00 |
| Response Services Center, LLC | Mutual Confidentiality Agreement effective January 25, 2001 between MobileAria, Inc and Responsive Services Center, LLC | $0.00 |
| Reyes, Raul | Independent Contractor Services Agreement effective May 30, 2006 by and between MobileAria, Inc. and Mr. Raul Reyes. | $0.00 |
| Reyes, Raul | Independent Contractor Innovations and Proprietary Rights Assignment Agreement between MobileAria, Inc. and Raul Reyes dated May 24, 2006 | $0.00 |
| R.F. Solutions | Settlement and Release Agreement dated May 31, 2002 between MobileAria, Inc. and R.F. Solutions. | $0.00 |
| Richion, Michael | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| RightNow Technologies, Inc. | Settlement and Release Agreement dated June 4, 2002 between MobileAria, Inc. and RightNow Technologies, Inc. | $0.00 |
| Riley, David | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Riviere, Pablo | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |

| Counterparty | Agreement | Cure Amount |
|---|---|---|
| Robidart Asssociates, Inc. | Mutual Confidentiality Agreement effective August 4, 2003 between MobileAria, Inc and Robidart Associates, Inc. | $0.00 |
| Robinson, Peter | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Rockcastle, Ted | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Rosenberg, Mitchell | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Ryder System, Inc. | Mutual Confidentiality Agreement effective June 1, 2005 between MobileAria, Inc and Ryder Systems, Inc. | $0.00 |
| Saleem, Hammad | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Saama Technologies, Inc. | Settlement and Release Agreement. dated May 29, 2002 between MobileAria, Inc. and Saama Technologies, Inc. | $0.00 |
| Sanoyca, Andre | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Schlumberger Technology Corporation | Confidentiality Agreement effective June 8, 2005 between MobileAria, Inc and Schlumberger Technology Corporation | $0.00 |
| Scott Kornak Consulting | Mutual Confidentiality Agreement effective November 21, 2005 between MobileAria, Inc. and Scot Kornak | $0.00 |
| Seapine Software, Inc. | Settlement and Release Agreement between MobileAria, Inc. and Seapine Software, Inc. | $0.00 |
| Sentelligence, Inc. | Mutual Confidentiality Agreement effective May 13, 2003 between MobileAria, Inc and Sentelligence, Inc. | $0.00 |
| Shao, Victor | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Shembekar, Seema | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Sierra Wireless, Inc. | Mutual Confidentiality Agreement effective September 3, 2004 between MobileAria, Inc and Sierra Wireless, Inc. | $0.00 |
| Sinha, Prokash | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| SiriCOMM, Inc. | Mutual Confidentiality Agreement effective April 4, 2002 between SiriCOMM, Inc. and MobileAria, Inc. | $0.00 |
| Smartroute Systems | Mutual Confidentiality Agreement effective January 16, 2001 by and between Smartroute Systems and MobileAria, Inc. | $0.00 |
| Smith, Lisa | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| softDSP Co. Ltd | Nondisclosure Confidential Agreement effective November 28, 2003 by and between softDSP Co. Ltd. and MobileAria, Inc. | $0.00 |
| softDSP Co. Ltd | Mutual Confidentiality Agreement effective December 8, 2003 by and between SoftDSP and MobileAria, Inc. | $0.00 |
| Software SETT Corporation | Mutual Confidentiality Agreement effective September 12, 2001 by and between Software Sett Corp. and MobileAria, Inc. | $0.00 |
| Sonic Software Corporation | Master Professional Services Agreement dated August 29, 2005 by and between MobileAria, Inc. and Sonic Software Corporation. | $8,697.32 |
| Sonic Software Corporation | Sonic MQ Version 6.1 End User Product License Agreement (for Invoice Order dated July 28, 2005). | $0.00 |
| Sprint Spectrum L.P. (d/b/a Sprint) | PCS Telemetry Services Agreement dated April 3, 2003 by and between Sprint Spectrum L.P., d/b/a Sprint PCS and MobileAria, Inc. | $0.00 |
| Sprint/United Management Company | Mutual Non-Disclosure Agreement effective November 29, 2005 by and between Sprint/United Management Company and MobileAria | $0.00 |
| SRI Consulting Business Intelligence | Confidentiality Agreement effective May 31, 2001 by and between SRI Consulting Business Intelligence and MobileAria, Inc. | $0.00 |
| Stempler, Gary | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Stepanov, Vladimir | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Strategy.com Incorporated | Mutual Non-Disclosure Agreement effective June 12, 2001 by and between Strategy.com Incorporated and MobileAria, Inc. | $0.00 |
| Straw, Phil | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Strickland, Lan | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Suliman, Haytham | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Summerville, Gene | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Sun Microsystems, Inc | Sun Microsystems, Inc. Binary Code License Agreement for the Java 2 Platform Standard Edition Runtime Environment 5.0 | $0.00 |
| Suson, Clint | Mutual Confidentiality Agreement effective July 15, 2005 by and between Clint Suson and MobileAria, Inc. | $0.00 |
| Suson, Clint | Consulting Agreement dated October 29, 2005 between Clint Suson and Seller. | $0.00 |
| Suson, Clint | Independent Contractor Innovations and Proprietary Rights Assignment Agreement between MobileAria, Inc. and Clint Suson dated July 18, 2005. | $0.00 |
| Synnex Technologies, Inc. | Letter regarding Synnex Information Technologies, Inc. settlement dated June 10, 2002. | $0.00 |
| Svoboda, Melora | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Tanner Installations | Installation Services Agreement effective May 15, 2006 by and between MobileAria, Inc. and Tanner Installations. | $0.00 |
| Tearn Telematics, LLC | Mutual Confidentiality Agreement effective April 30, 2004 between MobileAria, Inc. and Tearn Telematics, LLC. | $0.00 |
| TechnoCom | Mutual Confidentiality Agreement effective November 11, 2003 between MobileAria, Inc. and TechnoCom Corporation | $0.00 |
| Technology Electronics Solutions | Mutual Confidentiality Agreement effective December 17, 2004 between MobileAria, Inc. and Technology Electronics Solutions (TES) | $0.00 |
| TELA Wireless Devices Inc. | Mutual Confidentiality Agreement effective April 28, 2004 between MobileAria, Inc. and TELA Wireless Devices, Inc. | $0.00 |
| Telcontar | Data License Agreement effective August 12, 2003 by and between Telcontar and MobileAria, Inc. | $10,954.52 |
| Telcontar | Operating Agreement entered into August 12, 2003 by and between Telcontar and MobileAria, Inc. | $0.00 |
| Telcontar | Mutual Confidentiality Agreement effective July 30, 2002 between MobileAria, Inc. and Telcontar | $0.00 |
| Tele-Mobile Company | Confidentiality Agreement effective June 7, 2005 between MobileAria, Inc. and Tele-Mobile Company d/b/a TELUS Mobility | $0.00 |
| Telenavigation Inc | Settlement and Release Agreement dated June 5, 2002 by and between MobileAria, Inc. and Telenavigation, Inc. (the "Releasing Party"). | $0.00 |
| Telesector Resources Group, Inc. | Non-Disclosure Agreement effective April 1, 2004 between MobileAria, Inc. and Telesector Resources Group, Inc. d/b/a Network Services (a Verizon Company) | $0.00 |
| Televigation | Mutual Confidentiality Agreement effective January 17, 2001 between MobileAria, Inc. and Televigation | $0.00 |
| Telex Communications, Inc. | Mutual Confidentiality Agreement effective August 27, 2001 between MobileAria, Inc. and Telex Communications, Inc. | $0.00 |
| TEMIC Sprachverarbeitung GmbH | Mutual Confidentiality Agreement effective July 16, 2001 by and between TEMIC Sprachverarbeitung GmbH and MobileAria, Inc. | $0.00 |
| TenSquare Inc. | Mutual Confidentiality Agreement effective June 7, 2001 between MobileAria, Inc. and TenSquare Inc. | $0.00 |
| Terion | Mutual Confidentiality Agreement effective October 11, 2004 between MobileAria, Inc. and Terion | $0.00 |
| Thakur, Rajiv | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Thayer, Peter | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| The Next Market | Mutual Confidentiality Agreement effective October 18, 2001 between MobileAria, Inc and The Next Market | $0.00 |
| ThingMagic, LLC | Mutual Confidentiality Agreement effective May 17, 2004 between MobileAria, Inc. and ThingMagic, LLC | $0.00 |
| Three Rivers Cellular | Installation Services Agreement effective May 10, 2006 by and between MobileAria, Inc. and Three Rivers Cellular. | $0.00 |
| Tian, Yong | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| TMW Systems, Inc. | Non-Disclosure Agreement effective October 8, 2003 between MobileAria, Inc. and TMW Systems, Inc. | $0.00 |
| Toshiba America Inc | Lease with Maintenance Agreement dated October 4, 2005 between MobileAria, Inc. and Toshiba Financial Services. | $95.80 |
| TrafficCast | Mutual Confidentiality Agreement effective February 8, 2001 by and between TrafficCast and MobileAria, Inc. | $0.00 |

| Counterparty | Agreement | Cure Amount |
|---|---|---|
| Transport International Pool, Inc. | Confidentiality Agreement effective August 5, 2003 by and between Transport International Pool, Inc. and MobileAria, Inc. | $0.00 |
| Trialon Corporation | Mutual Confidentiality Agreement effective January 17, 2006 by and between Trialon Corp. and MobileAria, Inc. | $0.00 |
| Tsola, Inc. | Mutual Confidentiality Agreement effective January 31, 2001 by and between Tsola,Inc. and MobileAria, Inc. | $0.00 |
| Tu, Kuei-Chung | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Unknown | Java Concurrent Utilities software license | $0.00 |
| UPS | United Parcel Service Account W29-A35 | $0.00 |
| Vainshtok, Victoria | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Verizon Services Corp. | Agreement for GPS System and Services made and entered into as of May 15, 2005 between Verizon Services Corp. ("Customer") and MobileAria, Inc. ("Supplier"). | $0.00 |
| Verizon Services Corp. | Three-Party Escrow Service Agreement effective April 7, 2006 by and between MobileAria, Inc. and its affiliates and subsidiaries, Verizon Services Corp and Iron Mountain Intellectual Property Management, Inc. | $0.00 |
| Video Domain US | Mutual Confidentiality Agreement effective October 27, 2003 by and between Video Domain US and MobileAria, Inc. | $0.00 |
| Vinton, Tammy | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Vishnevskaya, Oksana | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Visual Data Corporation | Mutual Confidentiality Agreement effective April 6, 2001 by and between Visual Data Corporation and Mobilaria, Inc. | $0.00 |
| Vlaanderen, Bert | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Voice Access Technologies, Inc. | Mutual Confidentiality Agreement effective December 4, 2000 by and between Voice Access Technologies and Mobilaria, Inc. | $0.00 |
| Volt Delta Resources, Inc. | Mutual Confidentiality agreement effective May 10, 2002 by and between Volt Data Resources, Inc. and MobileAria, Inc. | $0.00 |
| Volvo Penta of the Americas, Inc. | Secrecy and Confidentiality agreement effective January 17, 2005 by and between Volvo Penta of the Americas, Inc. and MobileAria, Inc. | $0.00 |
| V&V Design Pvt Ltd. | Mutual Confidentiality Agreement effective August 13, 2001 by and between V&V Design Private Ltd. and MobileAria, Inc. | $0.00 |
| Wainwright, Thomas | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Wang, Kai | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Wang, Wei | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Wavemakers | Mutual confidentiality agreement effective November 20, 2002 by and between Wavemakers and MobileAria, Inc. | $0.00 |
| Wayland Systems | Mutual Confidentiality Agreement effective December 20, 2002 by and between Wayland Systems and MobileAria, Inc. | $0.00 |
| Weatherbank, Inc. | Mutual Confidentiality Agreement effective April 27, 2001 by and between Weatherbank, Inc. and Mobilaria, Inc. | $0.00 |
| Weaver, Stacey | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Webraska Mobile Technologies, S.A. | Mutual Confidentiality Agreement effective April 18, 2001 by and between Webraska Mobile Technologies SA and MobileAria, Inc. | $0.00 |
| Webraska Mobile Technologies, S.A. | Sample Software confidentiality agreement effective May 21, 2001 by and between Webraska Mobile technologies SA and MobileAria, Inc. | $0.00 |
| WhereNet Corp. | Mutual Confidentiality Agreement effective May 1, 2003 by and between WhereNet corp. and MobileAria, Inc. | $0.00 |
| Williams, Rodney | Mutual Confidentiality Agreement effective February 1, 2001 by and between Rodney Williams and MobileAria, Inc. | $0.00 |
| Winkler, Todd | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| WirelessCar | Mutual non-disclosure agreement effective July 17, 2001 by and between Wireless Car North America, Inc. and MobileAria | $0.00 |
| Wollenberg, Steve | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Wong, Wing | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Wood, Thomas | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Xoriant corporation | Mutual Confidentiality Agreement effective September 19, 2001 by and between Xoriant Corporation and Mobilaria, Inc. | $0.00 |
| Xtrasource, Inc. | Mutual Confidentiality Agreement effective June 4, 2001 by and between Xtrasource,Inc. and Mobilaria, Inc. | $0.00 |
| Yahoo! Inc. | Mutual Nondisclosure Agreement effective August 9, 2001 between MobileAria, Inc. and Yahoo! Inc. | $0.00 |
| Yamamoto, Rena | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Zhu, Joshua | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |
| Zucker, Daniel | Employee Assignment and Proprietary Inventions assignment agreements | $0.00 |

**TOTAL CURE OBLIGATIONS** **$90,530.18**