DELPHI CORPORATION
Proposed 2nd 2006 6-month **Corporate EBITDAR** AIP Payout Curve

| % Performance | $ Performance (in millions) | DSB % Payout | Non-DSB % Payout |
|---|---|---|---|
| 100.0% | ($411.0) | 0.0% | 0.0% |
| 100.0% | ($411.0) | 100.0% | 100.0% |
| 101.0% | ($406.8) | 100.5% | 101.0% |
| 110.0% | ($368.9) | 105.0% | 110.0% |
| 120.0% | ($326.8) | 110.0% | 120.0% |
| 130.0% | ($284.7) | 115.0% | 130.0% |
| 131.0% | ($280.5) | 115.5% | 131.0% |
| 140.0% | ($242.6) | 120.0% | 140.0% |
| 150.0% | ($200.5) | 125.0% | 150.0% |
| 151.0% | ($196.3) | 125.5% | 151.0% |
| 160.0% | ($158.4) | 130.0% | 160.0% |
| 170.0% | ($116.3) | 135.0% | 170.0% |
| 180.0% | ($74.2) | 140.0% | 180.0% |
| 190.0% | ($32.1) | 145.0% | 190.0% |
| 200.0% | $10.0 | 150.0% | 200.0% |



|  | Target | Maximum |
|---|---|---|
| EBITDAR | ($411.0) | $10.0 |
| Performance % | 100% | 200% |
| Payout % | 100% | 200% / 150% DSB |

**DELPHI CORPORATION**
Proposed 2nd 2006 6-month **Powertrain OIBITDAR** AIP Payout Curve

| % Performance | $ Performance (in millions) | DSB % Payout | Non-DSB % Payout |
|---|---|---|---|
| 100.0% | ($58.0) | 0.0% | 0.0% |
| 100.0% | ($58.0) | 100.0% | 100.0% |
| 101.0% | ($56.9) | 100.5% | 101.0% |
| 110.0% | ($47.2) | 105.0% | 110.0% |
| 120.0% | ($36.4) | 110.0% | 120.0% |
| 130.0% | ($25.5) | 115.0% | 130.0% |
| 131.0% | ($24.5) | 115.5% | 131.0% |
| 140.0% | ($14.7) | 120.0% | 140.0% |
| 150.0% | ($3.9) | 125.0% | 150.0% |
| 151.0% | ($2.8) | 125.5% | 151.0% |
| 160.0% | $6.9 | 130.0% | 160.0% |
| 170.0% | $17.7 | 135.0% | 170.0% |
| 180.0% | $28.6 | 140.0% | 180.0% |
| 190.0% | $39.4 | 145.0% | 190.0% |
| 200.0% | $50.2 | 150.0% | 200.0% |



|  | Target | Maximum |
|---|---|---|
| OIBITDAR | ($58.0) | $50.2 |
| Performance % | 100% | 200% |
| Payout % | 100% | 200% / 150% DSB |

**DELPHI CORPORATION**
Proposed 2nd 2006 6-month **Steering OIBITDAR** AIP Payout Curve

| % Performance | $ Performance (in millions) | DSB % Payout | Non-DSB % Payout |
|---|---|---|---|
| 100.0% | ($114.0) | 0.0% | 0.0% |
| 100.0% | ($114.0) | 100.0% | 100.0% |
| 101.0% | ($113.7) | 100.5% | 101.0% |
| 110.0% | ($110.6) | 105.0% | 110.0% |
| 120.0% | ($107.1) | 110.0% | 120.0% |
| 130.0% | ($103.7) | 115.0% | 130.0% |
| 131.0% | ($103.4) | 115.5% | 131.0% |
| 140.0% | ($100.3) | 120.0% | 140.0% |
| 150.0% | ($96.9) | 125.0% | 150.0% |
| 151.0% | ($96.5) | 125.5% | 151.0% |
| 160.0% | ($93.4) | 130.0% | 160.0% |
| 170.0% | ($90.0) | 135.0% | 170.0% |
| 180.0% | ($86.6) | 140.0% | 180.0% |
| 190.0% | ($83.1) | 145.0% | 190.0% |
| 200.0% | ($79.7) | 150.0% | 200.0% |



|  | Target | Maximum |
|---|---|---|
| OIBITDAR | ($114.0) | ($79.7) |
| Performance % | 100% | 200% |
| Payout % | 100% | 200% / 150% DSB |

| % Performance | $ Performance (in millions) | DSB % Payout | Non-DSB % Payout |
|---|---|---|---|
| 100.0% | ($140.0) | 0.0% | 0.0% |
| 100.0% | ($140.0) | 100.0% | 100.0% |
| 101.0% | ($139.5) | 100.5% | 101.0% |
| 110.0% | ($134.6) | 105.0% | 110.0% |
| 120.0% | ($129.3) | 110.0% | 120.0% |
| 130.0% | ($123.9) | 115.0% | 130.0% |
| 131.0% | ($123.4) | 115.5% | 131.0% |
| 140.0% | ($118.6) | 120.0% | 140.0% |
| 150.0% | ($113.2) | 125.0% | 150.0% |
| 151.0% | ($112.7) | 125.5% | 151.0% |
| 160.0% | ($107.8) | 130.0% | 160.0% |
| 170.0% | ($102.5) | 135.0% | 170.0% |
| 180.0% | ($97.1) | 140.0% | 180.0% |
| 190.0% | ($91.8) | 145.0% | 190.0% |
| 200.0% | ($86.4) | 150.0% | 200.0% |



|  | Target | Maximum |
|---|---|---|
| OIBITDAR | ($140.0) | ($86.4) |
| Performance % | 100% | 200% |
| Payout % | 100% | 200% / 150% DSB |

**DELPHI CORPORATION**
Proposed 2nd 2006 6-month **Electronics and Safety OIBITDAR** AIP Payout Curve

| % Performance | $ Performance (in millions) | DSB % Payout | Non-DSB % Payout |
|---|---|---|---|
| 100.0% | $179.0 | 0.0% | 0.0% |
| 100.0% | $179.0 | 100.0% | 100.0% |
| 101.0% | $180.0 | 100.5% | 101.0% |
| 110.0% | $188.6 | 105.0% | 110.0% |
| 120.0% | $198.3 | 110.0% | 120.0% |
| 130.0% | $207.9 | 115.0% | 130.0% |
| 131.0% | $208.9 | 115.5% | 131.0% |
| 140.0% | $217.5 | 120.0% | 140.0% |
| 150.0% | $227.2 | 125.0% | 150.0% |
| 151.0% | $228.1 | 125.5% | 151.0% |
| 160.0% | $236.8 | 130.0% | 160.0% |
| 170.0% | $246.4 | 135.0% | 170.0% |
| 180.0% | $256.0 | 140.0% | 180.0% |
| 190.0% | $265.7 | 145.0% | 190.0% |
| 200.0% | $275.3 | 150.0% | 200.0% |



|  | Target | Maximum |
|---|---|---|
| OIBITDAR | $179.0 | $275.3 |
| Performance % | 100% | 200% |
| Payout % | 100% | 200% / 150% DSB |

**DELPHI CORPORATION**
Proposed 2nd 2006 6-month **Packard OIBITDAR** AIP Payout Curve

| % Performance | $ Performance (in millions) | DSB % Payout | Non-DSB % Payout |
|---|---|---|---|
| 100.0% | ($17.0) | 0.0% | 0.0% |
| 100.0% | ($17.0) | 100.0% | 100.0% |
| 101.0% | ($16.1) | 100.5% | 101.0% |
| 110.0% | ($7.6) | 105.0% | 110.0% |
| 120.0% | $1.9 | 110.0% | 120.0% |
| 130.0% | $11.3 | 115.0% | 130.0% |
| 131.0% | $12.2 | 115.5% | 131.0% |
| 140.0% | $20.7 | 120.0% | 140.0% |
| 150.0% | $30.2 | 125.0% | 150.0% |
| 151.0% | $31.1 | 125.5% | 151.0% |
| 160.0% | $39.6 | 130.0% | 160.0% |
| 170.0% | $49.0 | 135.0% | 170.0% |
| 180.0% | $58.4 | 140.0% | 180.0% |
| 190.0% | $67.9 | 145.0% | 190.0% |
| 200.0% | $77.3 | 150.0% | 200.0% |



|  | Target | Maximum |
|---|---|---|
| OIBITDAR | ($17.0) | $77.3 |
| Performance % | 100% | 200% |
| Payout % | 100% | 200% / 150% DSB |

**DELPHI CORPORATION**
Proposed 2nd 2006 6-month **Product & Service Solutions OIBITDAR** AIP Payout Curve

| % Performance | $ Performance (in millions) | DSB % Payout | Non-DSB % Payout |
|---|---|---|---|
| 100.0% | $22.0 | 0.0% | 0.0% |
| 100.0% | $22.0 | 100.0% | 100.0% |
| 101.0% | $22.3 | 100.5% | 101.0% |
| 110.0% | $25.2 | 105.0% | 110.0% |
| 120.0% | $28.3 | 110.0% | 120.0% |
| 130.0% | $31.5 | 115.0% | 130.0% |
| 131.0% | $31.8 | 115.5% | 131.0% |
| 140.0% | $34.7 | 120.0% | 140.0% |
| 150.0% | $37.9 | 125.0% | 150.0% |
| 151.0% | $38.2 | 125.5% | 151.0% |
| 160.0% | $41.0 | 130.0% | 160.0% |
| 170.0% | $44.2 | 135.0% | 170.0% |
| 180.0% | $47.4 | 140.0% | 180.0% |
| 190.0% | $50.5 | 145.0% | 190.0% |
| 200.0% | $53.7 | 150.0% | 200.0% |



|  | Target | Maximum |
|---|---|---|
| OIBITDAR | $22.0 | $53.7 |
| Performance % | 100% | 200% |
| Payout % | 100% | 200% / 150% DSB |

DELPHI CORPORATION
Proposed 2nd Q 2006 6-Month **Automotive Holdings Group OIBITDAR** AIP Payout Curve

| % Performance | $ Performance (in millions) | DSB % Payout | Non-DSB % Payout |
|---|---|---|---|
| 100.0% | ($634.0) | 0.0% | 0.0% |
| 100.0% | ($634.0) | 100.0% | 100.0% |
| 101.0% | ($633.7) | 100.5% | 101.0% |
| 110.0% | ($631.1) | 105.0% | 110.0% |
| 120.0% | ($628.1) | 110.0% | 120.0% |
| 130.0% | ($625.2) | 115.0% | 130.0% |
| 131.0% | ($624.9) | 115.5% | 131.0% |
| 140.0% | ($622.2) | 120.0% | 140.0% |
| 150.0% | ($619.3) | 125.0% | 150.0% |
| 151.0% | ($619.0) | 125.5% | 151.0% |
| 160.0% | ($616.4) | 130.0% | 160.0% |
| 170.0% | ($613.4) | 135.0% | 170.0% |
| 180.0% | ($610.5) | 140.0% | 180.0% |
| 190.0% | ($607.5) | 145.0% | 190.0% |
| 200.0% | ($604.6) | 150.0% | 200.0% |



|  | Target | Maximum |
|---|---|---|
| OIBITDAR | ($634.0) | ($604.6) |
| Performance % | 100% | 200% |
| Payout % | 100% | 200% / 150% DSB |

**DELPHI CORPORATION**
Proposed 2nd 2006 6-month **Medical OIBITDAR** AIP Payout Curve

| % Performance | $ Performance (in millions) | DSB % Payout | Non-DSB % Payout |
|---|---|---|---|
| 100.0% | ($9.0) | 0.0% | 0.0% |
| 100.0% | ($9.0) | 100.0% | 100.0% |
| 101.0% | ($9.0) | 100.5% | 101.0% |
| 110.0% | ($8.9) | 105.0% | 110.0% |
| 120.0% | ($8.8) | 110.0% | 120.0% |
| 130.0% | ($8.8) | 115.0% | 130.0% |
| 131.0% | ($8.8) | 115.5% | 131.0% |
| 140.0% | ($8.7) | 120.0% | 140.0% |
| 150.0% | ($8.6) | 125.0% | 150.0% |
| 151.0% | ($8.6) | 125.5% | 151.0% |
| 160.0% | ($8.5) | 130.0% | 160.0% |
| 170.0% | ($8.4) | 135.0% | 170.0% |
| 180.0% | ($8.4) | 140.0% | 180.0% |
| 190.0% | ($8.3) | 145.0% | 190.0% |
| 200.0% | ($8.2) | 150.0% | 200.0% |



|  | Target | Maximum |
|---|---|---|
| OIBITDAR | ($9.0) | ($8.2) |
| Performance % | 100% | 200% |
| Payout % | 100% | 200% / 150% DSB |