**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re:<br><br>Delphi Corporation,<br>　　　　　　　　Debtor. | Case no. 05-44481 (RDD) |

NOTICE OF TRANSFER OF CLAIM PURSUANT TO FED. R. BANKR. P. 3001(e)

PLEASE TAKE NOTICE that all right, title and interest in and to the claim described below have been transferred to :

Cellco Partnership
One Verizon Way
VC52S – 243
Basking Ridge, NJ  07920

Date of Transfer of Claim: July 24, 2006
Type of Claim: Unsecured Nonpriority Claim
Amount of Claim: $24,747.08
Claims Docket No. 7365

The claim has been transferred from:

Verizon Wireless Messaging Services LLC
c/o Vincent A. D'Agostino, Esq.
Lowenstein Sandler PC
65 Livingston Ave.
Roseland, NJ  07068

True and correct copies of the Proof of Claim originally filed is attached hereto as "Exhibit A".

Any objection to the transfer of the claim must be filed and served on or before the following date: August 14, 2006.  If no objection is timely filed, Cellco Partnership will be substituted for Verizon Wireless Messaging Services LLC in the amount set forth above.  Any objection must also be served by mail upon Cellco Partnership, and their counsel at their addresses set forth above.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of the Bankruptcy Court

-2-

## CLERK'S PROOF OF MAILING

I hereby certify that I mailed a copy of the foregoing Notice of Transfer of Claim Pursuant to F.R.B.P. 3001 (e) to the persons and entities on the attached service list on the following date:

Date:_____                            _____
                                              Clerk of the Bankruptcy Court

# EXHIBIT A

| UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK | | **PROOF OF CLAIM** |
|---|---|---|
| Name of Debtor: Delphi Corporation | Case Number: 05-44481 (RDD) Chapter 11 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**Verizon Wireless Messaging Services LLC**

Name and Address where notices should be sent:
Vincent A. D'Agostino, Esq.
LOWENSTEIN SANDLER PC
65 Livingston Ave.
Roseland, NJ 07068

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☑ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:
**Various, see attached spreadsheet**

Check here if ☐ replaces   ☐ amends   a previously filed claim, dated _____
if this claim

**1. Basis for Claim**
☐ Goods sold
☑ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS#: _____
Unpaid compensation for services performed
from _____ to _____
        (date)        (date)

**2. Date debt was incurred:** pre-petition

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**
$24,747.08        $_____        $_____        $_____
(unsecured)      (secured)        (priority)      (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges (**will be provided upon request**).

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle
☐ Other _____
Value of Collateral:
$_____
Amount of arrearage and other charges at time case filed included in secured claim, if any:    $_____

**6. Unsecured Non-Priority Claim** $24,747.08
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,650)* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4).
☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. §507(a)(7).
☐ Taxes or penalties owed to government units - 11 U.S.C. §507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. §507(a)(__).
* Amounts are subject to adjustment on 4/1/01 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**9. Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: 5/31, 2006

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
(By: [signature])
Assistant Secretary

THIS SPACE IS FOR COURT USE ONLY

RECEIVED
JUN - 2 2006
CLAIMS PROCESSING CENTER
USBC, SDNY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

14868/2

Delphi Accounts

| Co C | Acct No | Pager unit | Billing Name | PRE BANKRUPT BALANCE | Billing Address 1 | Billing City | St | Zip | CONTACT NAME | BILLING NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|
| C1 | 732049 | 7 | DELPHI THERMAL & INTERIORS | $754.16 | 11005 Ed Stephens Road | COTTONDALE | AL | 35453 | Maggie Gallaher | 205 554-3846 |
| C1 | 731940 | 63 | DELPHI PACKARD ELECTRIC | $209.71 | 1001 INDUSTRIAL PARK DRIVE | CLINTON | MS | 39056 | PERRY HOLMAN | 601 925-2627 |
| C1 | 50554 | 1 | DELPHI AUTOMOTIVE SYSTEMS | $27.52 | 144 W. 23RD AVENUE | NORTH KANSAS CITY | MO | 64116 | MIKE BROWN | 913 299-0970 |
| F1 | 798159 | 2 | DELPHI CORP | $110.13 | 8600 CENTRAL FREEWAY NORTH | PLEASANT VALLEY | TX | 76305 | ERIC OEHLERKING | 940 855-7190 |
| H1 | 169460 | 9 | DELPHI MECHATRONICS SYSTEMS | $384.70 | 3110 WOODCREEK DRIVE | DOWNERS GROVE | IL | 60515 | TIMOTHY KOHLSTEDT ACCT.CONTACT | 630 795-4717 |
| U1 | 152343 | 609 | DELPHI PACKARD | $1,743.51 | PO BOX 431  M/S 13C DEPT 0510 | WARREN | OH | 44486 | ED REAGAN | 330 373-7411 |
| Y1 | 152957 | 229 | DELPHI ENERGY & CHASSIS | $704.77 | 2582 RIVER | DAYTON | OH | 45401 | SUE BISCEGLIA | 937 455-8394 |
| Y1 | 152959 | 241 | DELPHI ENERGY & CHASSIS | $1,926.35 | PO BOX 1042 | DAYTON | OH | 45401 | SUSAN O. DIMATTEO | 937 455-3111 |
| Y1 | 152968 | 266 | DELPHI ENERGY & CHASSIS | $1,394.99 | P.O. BOX 1042 F-35 | DAYTON | OH | 45401 | KELLY ALLEN | 937 455-9669 |
| Y1 | 153323 | 191 | DELPHI ENERGY & CHASSIS | $1,153.51 | 3100 NEEDMORE ROAD | DAYTON | OH | 45414 | KEN DEARTH | 937 455-5584 |
| Y1 | 176813 | 48 | DELPHI THERMAL & INTERIORS | $1,654.49 | 250 NORTHWOODS BLVD | VANDALIA | OH | 45377 | MICHELLE GIBLIN | 937 356-2001 |
| Y1 | 208062 | 152 | DELPHI/ATTN KARLA FANNIN | $2,061.39 | 3535 KETTERING BLVD | MORAINE | OH | 45439 | KARLA FANNIN | 937 395-3375 |
| Y1 | 208087 | 67 | DELPHI THERMAL & INTERIORS | $782.81 | 200 Georgesville Road | COLUMBUS | OH | 43228 | Delois Patrick | 614 275-5159 |
| Y2 | 420197 | 1387 | DELPHI ELECTRONICS & SAFETY SYSTE | $3,446.19 | 2151 E LINCOLN RD M | KOKOMO | IN | 46904 | KAREN LASHLEE | 765 451-2986 |
| Z1 | 175809 | 213 | DELPHI THERMAL & INTERIORS | $4,592.40 | 1401 CROOKS AVENUE | TROY | MI | 48084 | STUART DAVIS | 248 655-8746 |
| Z1 | 178284 | 71 | DELPHI AUTOMOTIVE | $3,029.60 | 1441 WEST LONG LAKE | TROY | MI | 48098 | JULIANNA PIATKOWSKI | 248 267-0917 |
| Z1 | 289864 | 101 | DELPHI AUTOMOTIVE | $381.36 | 2100 BURLINGAME AVE | GRAND RAPIDS | MI | 49509 | BUD QUEEN | 616 246-2114 |
| Z1 | 289681 | 20 | DELPHI THERMAL SYSTEMS ENGINEERI | $389.49 | 1401 CROOKS ROAD | TROY | MI | 48084 | CHRISTINE KARRAS | 248 655-8663 |

$24,747.08

14868/2
5/26/2006 1961921.1

Page 1