CLARK HILL PLC
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226-3435
Joel D. Applebaum (Mich. Bar. No. P36774)
admitted *pro hac vice*
(313) 965-8579

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, *et al.*, | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL**

**PLEASE TAKE NOTICE** that BorgWarner Turbo Systems Inc. hereby withdraws its *MOTION OF BORGWARNER TURBO SYSTEMS INC. FOR RELIEF FROM AUTOMATIC STAY TO LIQUIDATE SETOFF AND RECOUPMENT CLAIMS AGAINST THE DEBTORS*, which was filed with the Court on April 12, 2006 at docket no. 3218.

        CLARK HILL PLC

        By:    /s/ Joel D. Applebaum
           Joel D. Applebaum (Mich. Bar. No. P36774)
           admitted *pro hac vice*
           500 Woodward Avenue, Suite 3500
        Detroit, Michigan 48226-3435
        (313) 965-8579

        Attorneys for BorgWarner Turbo Systems Inc.

Dated: July 25, 2006