United States Bankruptcy Court
For the Southern District of New York

DELPHI AUTOMOTIVE SYSTEMS, LLC       } Chapter 11
                                     }
                                     }
                                     }
                                     } Case No.
                                     } 05-44640
                                     }
Debtor                               } Amount $352,725.84

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**RAWAC PLANTING CO**
**1107 W NORTH ST**
**SPRINGFIELD, OH 45504**

The transfer of your claim as shown above in the amount of $352,725.84 has been transferred to:

    Liquidity Solutions, Inc.
    Dba Revenue Management
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

                                  By:/s/ James Yenzer
                                  Liquidity Solutions, Inc.
                                  dba Revenue Management
                                  (201) 968-0001

496704

JUN-14-2006 WED 10:04 AM  RAWAC PLATING COMPANY        FAX NO. 937 322 6172            P. 04

## TRANSFER NOTICE

Rawac Planting Co. ("Assignor"), transfers and assigns unto Liquidity Solutions Inc. with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGMENT OF CLAIM AGREEMENT between Assignor and Assignee, all of its right, title and interest in and to the Rawac Planting Co. Claims of Assignor in the aggregate amount of $352,725.84 representing all claims against: DELPHI AUTOMOTIVE SYSTEMS LLC., (herein, the Debtor) in the United State Bankruptcy Court, Southern District of New York administered as **Case Number 05-44640**.

IN WITNESS WHEREOF, Assignor has signed below as of the _____ day of _____, 2006.

Rawac Planting Co.                                              Liquidity Solutions Inc.

WITNESS:

_____                      By: _____
(Signature)                                                              (Signature)

Pamela Yu-Snyder                                          _____
(Print Name of Witness)                                       (Print Name and Title)

496704