IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                                              )
In re:                                        )    Chapter 11, Jointly Administered
                                              )
DELPHI CORPORATION, et al.                    )    Case No. 05-44481
                                              )
                                              )    Claims: 4574, 4575, 4576, 4577
                                              )
        Debtor.                               )
---------------------------------------------------------------------x

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CERTAIN CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

1.   TO:          **CREDIT SUISSE** ("Transferor")
                  Attn: Daniel Sullivan
                  11 Madison Avenue, 5th Floor
                  New York, New York 10010
                  Telephone: (212) 325-9938
                  Facsimile: (212) 538-8119

2.   Please note that your claim(s) in the aggregate amount of $4,647,550.07, originally held by (i) Automotive Safety Technologies, Inc., a wholly owned subsidiary of Methode Electronics, Inc., (f/k/a Methode Mexico USA, Inc.), in the amount of $4,032,367.00 as Claim No. 4574, (ii) Methode Electronics Malta Ltd., a wholly owned subsidiary of Methode Electronics, Inc., (f/k/a Merit Malta Methode Ltd.), in the amount of $406,570.92 as Claim No. 4575, (iii) Automotive Electronic Controls Division, a division of Methode Electronics, Inc., in the amount of $149,937.86 as Claim No. 4576, (iv) Connector Products Division, a division of Methode Electronics, Inc., in the amount of $58,674.29 as Claim No. 4577 and (v) Methode Electronics, Inc., has been transferred (unless previously expunged by court order) to:

                  **BLUE ANGEL CLAIMS LLC** ("Transferee")
                  c/o Davidson Kempner Capital Management LLC
                  65 East 55th Street, 19th Floor
                  New York, New York 10022
                  Phone: 212-446-4018
                  Fax: 212-446-4033
                  Attn: Jennifer Donovan

NY362100.1/2277-00003

      Evidence that Transferor has assigned all of its right, title and interest in the Claim(s) to Transferee is attached hereto as <u>Exhibit A</u>.

3.    No action is required <u>if you do not object</u> to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

--      **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

      United States Bankruptcy Court
      Southern District of New York
      Attn: Clerk of Court
      Alexander Hamilton Custom House
      One Bowling Green
      New York, NY 10004-1408

--      **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

--      Refer to **INTERNAL CONTROL NO.** _____ in your objection and any further correspondence related to this transfer.

4.    If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

                                                                          CLERK

--------------------------------------------------------------------------------

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2005.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent \_\_\_  Transferee \_\_\_  Debtor's Attorney \_\_\_

                                          Deputy Clerk

NY362100.1/2277-00003

- 11 -

# EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Credit Suisse ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Blue Angel Claims LLC (the Assignee"), all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the United States Bankruptcy Code) against Delphi Automotive Systems LLC (the "Debtor"), one of the debtors-in-possession in the chapter 11 reorganization cases entitled *In re: Delphi Corp. Chapter 11 Case No. 05-44481(RRD) (Jointly Administered)*, pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of $4,032,367.00 ("Claim"), and to the extent related thereto, the Proof of Claim with a claim number of 4574.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 13 day of June, 2006.

| Assignee: | Assignor: |
|---|---|
| **BLUE ANGEL CLAIMS LLC** | **Credit Suisse, Cayman Islands Branch** |
| By: _[signature]_ | By: _____ |
| Name: | Name: |
| Title: | Title: |
| ANTHONY A. YOSELOFF | |
| ~~GENERAL PARTNER~~ | |
| MANAGER | By: _____ |
| | Name: |
| | Title: |

C:\Documents and Settings\jdonovan\Local Settings\Temporary Internet Files\OLK7F\Transfer of Claim Agreement2380582-_Final_ 4.DOC

- 11 -

## EVIDENCE OF TRANSFER OF CLAIM

TO:  THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Credit Suisse ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Blue Angel Claims LLC (the Assignee"), all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the United States Bankruptcy Code) against Delphi Automotive Systems LLC (the "Debtor"), one of the debtors-in-possession in the chapter 11 reorganization cases entitled *In re: Delphi Corp. Chapter 11 Case No.05-44481(RRD) (Jointly Administered)*, pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of $4,032,367.00 ("Claim"), and to the extent related thereto, the Proof of Claim with a claim number of 4574.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 13 day of June, 2006.

| Assignee: | Assignor: |
|---|---|
| **BLUE ANGEL CLAIMS LLC** | **Credit Suisse, Cayman Islands Branch** |
| By:_____ | By:_____ |
| Name: | Name: Ian Landow |
| Title: | Title: Vice President |
| | By:_____ |
| | Name: Daniel Sullivan |
| | Title: Assistant Vice President |

C:\Documents and Settings\dsulliva\Local Settings\Temp\Outlook\Transfer of Claim Agreement2380582-_Final_4.DOC

- 12 -

## EVIDENCE OF TRANSFER OF CLAIM

TO:  THE DEBTOR AND THE BANKRUPTCY COURT

     For value received, the adequacy and sufficiency of which are hereby acknowledged, Credit Suisse ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Blue Angel Claims LLC (the Assignee"), all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the United States Bankruptcy Code) against Delphi Automotive Systems LLC (the "Debtor"), one of the debtors-in-possession in the chapter 11 reorganization cases entitled *In re: Delphi Corp.* Chapter 11 Case No. 05-44481(RRD) (Jointly Administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of $406,570.92 (the "Claim"), and to the extent related thereto, the Proof of Claim with a claim number of 4575.

     Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

     IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 13 day of June, 2006.

| Assignee: | Assignor: |
|---|---|
| **BLUE ANGEL CLAIMS LLC** | **Credit Suisse, Cayman Islands Branch** |
| By: _____ | By: _____ |
| Name: | Name: |
| Title: ANTHONY A. YOSELOFF | Title: |
| ~~GENERAL PARTNER~~ | |
| MANAGER | By: _____ |
| | Name: |
| | Title: |

C:\Documents and Settings\jdonovan\Local Settings\Temporary Internet Files\OLK7F\Transfer of Claim Agreement2380582-_Final_ 4.DOC

- 12 -

### EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Credit Suisse ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Blue Angel Claims LLC (the Assignee"), all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the United States Bankruptcy Code) against Delphi Automotive Systems LLC (the "Debtor"), one of the debtors-in-possession in the chapter 11 reorganization cases entitled *In re: Delphi Corp.* *Chapter 11 Case No.05-44481(RRD) (Jointly Administered)*, pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of $406,570.92 (the "Claim"), and to the extent related thereto, the Proof of Claim with a claim number of 4575.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 13 day of June, 2006.

**Assignee:**  
**BLUE ANGEL CLAIMS LLC**

By:_____  
Name:  
Title:

**Assignor:**  
**Credit Suisse, Cayman Islands Branch**

By:_____  
Name: Ian Landow  
Title: Vice President

By:_____  
Name: Daniel Sullivan  
Title: Assistant Vice President

C:\Documents and Settings\dsulliva\Local Settings\Temp\Outlook\Transfer of Claim Agreement2380582-_Final_4.DOC

- 13 -

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Credit Suisse ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Blue Angel Claims LLC (the Assignee"), all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the United States Bankruptcy Code) against Delphi Automotive Systems LLC (the "Debtor"), one of the debtors-in-possession in the chapter 11 reorganization cases entitled *In re: Delphi Corp. Chapter 11 Case No.05-44481(RRD) (Jointly Administered)*, pending in the United States Bankruptcy Court for the Southern District of New York(the "Bankruptcy Court"), in the amount of $149,937.86 (the "Claim"), and to the extent related thereto, the Proof of Claim with a claim number of 4576.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 13 day of June, 2006.

| Assignee: | Assignor: |
|---|---|
| **BLUE ANGEL CLAIMS LLC** | **Credit Suisse, Cayman Islands Branch** |
| By: _[signature]_ | By:_____ |
| Name: | Name: |
| Title: | Title: |
| ANTHONY ~ YOSELOFF | |
| ~~SENIOR PARTNER~~ | By:_____ |
| MANAGER | Name: |
| | Title: |

C:\Documents and Settings\jdonovan\Local Settings\Temporary Internet Files\OLK7F\Transfer of Claim Agreement2380582-_Final_ 4.DOC

- 13 -

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Credit Suisse ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Blue Angel Claims LLC (the Assignee"), all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the United States Bankruptcy Code) against Delphi Automotive Systems LLC (the "Debtor"), one of the debtors-in-possession in the chapter 11 reorganization cases entitled *In re: Delphi Corp. Chapter 11 Case No.05-44481(RRD) (Jointly Administered)*, pending in the United States Bankruptcy Court for the Southern District of New York(the "Bankruptcy Court"), in the amount of $149,937.86 (the "Claim"), and to the extent related thereto, the Proof of Claim with a claim number of 4576.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 13 day of June, 2006.

**Assignee:**
**BLUE ANGEL CLAIMS LLC**

By:_____
Name:
Title:

**Assignor:**
**Credit Suisse, Cayman Islands Branch**

By:_____
Name: Ian Landow
Title: Vice President

By:_____
Name: Daniel Sullivan
Title: Assistant Vice President

C:\Documents and Settings\dsulliva\Local Settings\Temp\Outlook\Transfer of Claim Agreement2380582-_Final_4.DOC

- 14 -

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Credit Suisse ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Blue Angel Claims LLC (the Assignee"), all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the United States Bankruptcy Code) against Delphi Automotive Systems LLC (the "Debtor"), one of the debtors-in-possession in the chapter 11 reorganization cases entitled *In re: Delphi Corp.* *Chapter 11 Case No. 05-44481(RRD) (Jointly Administered)*, pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of $58,674.29 (the "Claim"), and to the extent related thereto, the Proof of Claim with a claim number of 4577.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 13 day of June, 2006.

| Assignee: | Assignor: |
|---|---|
| **Blue Angel Claims LLC** | **Credit Suisse, Cayman Islands Branch** |
| By: [signature] | By: _____ |
| Name: | Name: |
| Title: ANTHONY A. YOSELOFF GENERAL PARTNER MANAGER | Title: |
| | By: _____ |
| | Name: |
| | Title: |

C:\Documents and Settings\jdonovan\Local Settings\Temporary Internet Files\OLK7F\Transfer of Claim Agreement2380582-_Final_4.DOC

- 14 -

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Credit Suisse ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Blue Angel Claims LLC (the Assignee"), all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the United States Bankruptcy Code) against Delphi Automotive Systems LLC (the "Debtor"), one of the debtors-in-possession in the chapter 11 reorganization cases entitled *In re: Delphi Corp.* *Chapter 11 Case No.05-44481(RRD) (Jointly Administered)*, pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of $58,674.29 (the "Claim"), and to the extent related thereto, the Proof of Claim with a claim number of 4577 .

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 13 day of June, 2006.

| Assignee:<br>Blue Angel Claims LLC | Assignor:<br>Credit Suisse, Cayman Islands Branch |
|---|---|
| By:_____<br>Name:<br>Title: | By:_____<br>Name:      Ian Landow<br>Title:      Vice President<br>By:_____<br>Name:      Daniel Sullivan<br>Title:      Assistant Vice President |

C:\Documents and Settings\dsulliva\Local Settings\Temp\Outlook\Transfer of Claim Agreement2380582-_Final_4.DOC