**EXHIBIT B**

APR/11/2006/TUE 10:21 AM                                                                                    P. 004

## GUYER, THE MOVER, INC.

304 EAST 6TH STREET
PERU, INDIANA 46970
PHONE: 800-382-0605
DISPATCH: 800-783-8268
FAX: 765-472-1764

US DOT# 125443

**Uniform Straight Bill of Lading**
Original-Not Negotiable

N⁰ 12555

DATE OF P/U: _10/4/05_

PO/REF #: _____

PREPAID AMT: $ _____

COD AMT DUE: $ _____

Carrier received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; from

SHIPPER/CONSIGNOR: _Speedline Electrovert_
(warehouse), as Agent for the Shipper/Consignor Where Name and Address is Shown Below

STREET ADDRESS: _____
CITY, STATE, ZIP: _Camdenton, Mo_
CONTACT/PHONES: _____

the property described below, in apparent good order, except as noted (contents & condition of contents of packages unknown) marked, consigned, and described as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on route to destination. Every service to be performed hereunder shall be subject to the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his consignee. Carrier acknowledges that _____ (warehouse), as agent for disclosed shipper/consignee, has no liability for payment of freight or any other charges and the transportation contract evidenced by this Bill of Lading is between the carrier and the designated shipper/consignee.

SHIPPER SIGNATURE/DATE: _____

DRIVER SIG & DATE @ ORIGIN: _Alan Miller_

| Hdlg.Units#Type | # of pcs. | Item Description, Special Marks & Exceptions* | WT* |
|---|---|---|---|
| 1 Skid | | Vectra Wavesolder System | 5350 |
| 1 | | Cabinet Puller | 240 |
| | | | |
| | | | |
| | | | |
| | | | |
| Cap l c | | | |
| | | | |
| | | | |
| | | *subject to correction | |

DELIVER / CONSIGNED TO: _Delphi Delco_
ADDRESS: _2033 E Boulevard_
CITY, STATE, ZIP: _Kokomo, In 46902_
CONTACT/PHONE: _____
CONSIGNEE SIGNATURE/DATE: _[signature]  10-5-05_
DELV DRIVER SIGNATURE: _Alan Miller_

The agreed or declared value for the property is specifically stated by the shipper to be not exceeding $.60 per lb. per article.
NOTE: (2) Liability Limitation of or loss or damage on this shipment may be applicable. See 49 U.S.C 14706(c)(1)(A) and (B)
NOTE (3) Commodities requiring special or additional care or attention in handling or stowing must be so marked and packages as to ensure safe transportation with ordinary care. See Sec.2(e) or NMFC Item 360

04/11/2006 TUE 10:17    [JOB NO. 5288]    ☒004

APR/11/2006/TUE 10:21 AM                                                                                     P. 003

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Shipping Order.    BY TRUCK ☐   FREIGHT ☐

From: **SPEEDLINE ELECTROVERT**
CAMDENTON, MO 65020

Consignee and Destination:
DELPHI DELCO SYSTEMS
2033 EAST BOULEVARD
PLANT 9 RECEIVING
KOKOMO, IN 46902

DATE: 10-04-05
SHIPPER'S NO.: 0942

CARRIER: GUYER THE MOVER
ROUTE: SO# 654175    PO# 450112937

| NO. PACKAGES | HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | ERG | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | ✓ |
|---|---|---|---|---|---|---|
| 1 | | SKIDDED VECTRA WAVESOLDER SYSTEM 301" X 79" X 88" @ | | 5350 LBS. | | |
| 1 | | FLUXER CABINET 55" X 28" X 58" @ | | 240 LBS. | | |
| | | CONTACT: STU LONGOOD 765-451-0394 | | SAGARSCC | | |

PLACARDS SUPPLIED  ☐ YES  ☐ NO

SIGNATURE: Judy Milligan    TITLE: Logistics Mgr.

SPEEDLINE ELECTROVERT
PO BOX 709, HWY. 5 S., CAMDENTON, MO 65020

Shipper, Per: Alan Miller

2

4-11-06

"Mike requested this POD & said to just fax it to you."

04/11/2006 TUE 10:17  [JOB NO. 5288]  ☑ 003