**EXHIBIT C**

05-44481-rdd    Doc 4678-3    Filed 07/25/06    Entered 07/25/06 17:30:11    Exhibit C
Pg 1 of 9



# Speedline technologies

Speedline brings you proven, lead-free processing performance in two world-class solutions: Electra for high-volume manufacturers, and VectraElite for medium-to-high-volume production.



# Electrovert®

## Electra® and VectraElite™
### Wave Soldering Systems

# Electrovert

## Electra

The proven performance of the Electra has provided the electronics assembly industry with world-class soldering results. The Electra system is designed with computer-based, closed-loop controls that deliver the required accuracy and repeatability for demanding production environments. The intuitive operator interface provides easy recipe set-up in the Windows® operating system. The Electra is an advanced, highly engineered wave soldering system designed for high-volume manufacturers while also providing maximum process flexibility.



## Proven Performance, World-Class Results

The Electra comes with 6 feet of bottom-side preheat (8 feet optional). The system has the capability to perform dual fluxing applications with 6 feet of preheat. Lift up hoods and a fold-down tailgate provide full front access to the machine for easy maintenance. The rear of the system has several access doors that open to expose the electrical panels, fluxer, flux tank and solder pot. All major modules are on slides for easy maintenance. A sliding operator console and step platform are integrated into the system for easy viewing and operation of the soldering process.

The Electra is designed to support lead-free applications. The solder pot and its components are resistant to highly corrosive, lead-free solders, and a quick-change pot is available for easy changeover to lead-free. Speedline's combination of industry-leading products and exceptional process knowledge helps customers transition to lead-free processing efficiently and cost-effectively.

   

## VectraElite

The VectraElite system is the wave soldering solution for medium-to-high-volume production that requires fast changeover, process flexibility, and system reliability. The VectraElite combines innovative technology in an accessible, ergonomic platform and provides the tools necessary to achieve a zero-defect process at the lowest possible cost of ownership.

### Zero-Defect Process at the Lowest Cost of Ownership

The VectraElite system comes standard with 4 feet of preheat. Preheat capability is increased to 6 feet with a self-contained external fluxer cabinet. Exceptional access is provided to all areas of the system. Lift-up hoods, a fold down pneumatic panel, and swing out corner panels provide unobstructed access to the front of the system. The rear of the system has several access doors that open to expose the electrical panels, fluxer, flux tank, and solder pot. All major components slide out for easy maintenance. Like the Electra, the VectraElite is also designed to handle lead-free applications. The solder module and its components are resistant to lead-free solders, and the quick-change solder pot option is available.

   



As the electronics industry moves towards lead-free implementation, consideration must be given to the equipment's ability to operate effectively in lead-free environments. Speedline Technologies provides not only equipment designed for lead-free applications, but also the process knowledge to assist in the transition to lead-free.



**Lead-Free Process Ready**

At Electrovert, our Electra and VectraElite wave soldering systems have been designed to handle lead-free applications for many years. The cast iron solder pot and its components are resistant to the corrosive nature of lead-free solders and are capable of withstanding temperatures of 315°C (600°F). All stainless steel components that come into contact with the solder are composed of ElectroCoat corrosion-resistive surface conversion as a standard feature, or titanium as an option.



*Quick Change Solder Pot*

### Quick-Change Solder Pot
- Allows for easy changeover between tin/lead and lead free alloys
- Inserted in a cart on rollers making it simple to move the pot to and from a storage location
- Available as an option on the Electra and VectraElite

*HVC Topside Preheat*

### HVC (High-Velocity Convection) Topside Preheat
- Finned medium mass heater with dual variable speed convection fans
- Provides even topside preheating to boards
- Ability to obtain tighter ΔT's across the board as required by narrower process windows

*UltraFill Nozzle*

### UltraFill™ Nozzle
- Minimizes temperature drop between the chip and main wave
- Promotes hole fill and bridge reduction for lead-free applications due to longer dwell time
- Available for nitrogen or air operation
- Easy changeover from air to nitrogen operation
- Lift-up cover provides access for easy maintenance
- Dross generation reduced by up to 50%



*Nitrogen Hood*

### Nitrogen Hood
- Nitrogen enclosure for lead-free wave soldering
- Aids in dross reduction
- Utilizes a wet seal to isolate oxygen from the solder interface
- Provides the benefits of nitrogen soldering without fluctuations inherent in nitrogen tunnels



*PWC Module*

### PWC (Post Wave Cooling)
- Promotes accelerated cooling as the board exits the wave - reduces board exit temperatures
- Aids in reducing fillet lifting associated with lead-free alloys



### Lead-Free Processing
- Fluxer module designed to support VOC free fluxes
- Vectaheat convection preheaters provide even cross board temperatures as well as efficient drying of water based VOC-free fluxes
- Solder module offers optimal configuration for your lead-free process

Both the Electra and VectraElite are configured with a Windows® operating system that provides pull-down menus for data-logging and barcode capability. The capability of networking to other computers allows downloading of recipes and remote access to operating data.



*Windows Operating System*

### Features

- Process notes function allows the operator to gain work and process instructions tied to the recipes via a link to a data storage server
- Data logging traceability feature provides the capability to select important parameters, either board-based or time based
- Security password protection allows only authorized personnel to make changes to recipes
- The Electra operator interface allows the operator to enter setup parameters while viewing what is happening by sliding the control station along the front of the machine



*Slide-Out Fluxer Module*

A number of fluxers are available on the Electra and VectraElite that feature foam and spray application methods. The fluxer module consists of a slide-out drawer mounted inside the fluxer cradle for easy maintenance. This allows for a high degree of interchangeability, providing quick conversion from one type of fluxer to another. An onboard storage area for flux tanks pivots out with the rear access door. The internal exhaust design segregates flux fumes from the rest of the machine.



*Ultra-Spray Technology*

### Optima™

- Combines Ultra-Spray* technology and Smart Motion traversing mechanism
- Significantly reduces material costs and increases yields
- Optional inline selective fluxing capability and dual-flux supply

### Performa™

- Uses Ultra Spray technology, a motor-driven traversing mechanism, and state-of-the-art self-tuning ultrasonics
- Minimal maintenance requirements
- Ensures a uniform coating of flux
- Complete through-hole penetration


*ServoJet*


*Flux Jetting Technology*

### ServoJet™

- Servo-controlled reciprocating spray fluxing system ensures complete flux penetration through flux jetting technology and concentric air atomization
- Accurate flux control reduces bridging and flux usage
- Advanced area specific programmable selective fluxing capability


*ServoSpray*

### ServoSpray™

- Servo-controlled reciprocating spray fluxing system
- Features air atomized spray technology
- Economical spray fluxing solution

*Finger Cleaner*



*Conveyor System*



A robust finger conveyor with computer-controlled adjustable width from 2" to 18" (50 mm to 457 mm) on the VectraElite and 20" (508 mm) on the Electra [24" (609 mm) optional] supports various finger configurations. All fingers are composed of titanium, such as the standard, flexible V groove fingers that allow the user to spring-load the boards, and the robust, rigid fingers for larger, heavy boards. The fingers can also be configured as a V and L groove intermix for running a combination of pallets and boards. Other features include a finger cleaner with low liquid level alarm (optional on the VectraElite), AC drive motor, load guides, and adjustable incline from 5-7°. Also available with a pallet-type conveyor.

*Vectaheat Preheater*



The preheat section, ranging from 4 to 6 feet on the VectraElite and 6 to 8 feet on the Electra, ensures sufficient topside temperatures on the most complex assemblies. Infrared panels or Vectaheat forced convection preheaters can be easily interchanged with the convenient slide-out feature and quick-disconnect plugs. Up to three IR or HVC top-side preheaters can augment the bottom configuration. A pyrometer option can be added to provide board temperature monitoring and patented closed-loop feedback control.

*Electrical Panel Accessibility*



Exceptional front access is achieved via lift-up hoods, fold down tailgate (Electra), a fold down pneumatic panel and swing out corner panels (VectraElite). The rear of the system has several access doors that open to expose the electrical panels, fluxer, flux tank and solder pot.

- All major components are on slides for easy maintenance
- Return conveyor capability provides automatic return of pallets under the machine
- The Electra includes an integrated step platform for viewing the soldering process

*Electra Step Platform*





*Quick Change Solder Pot*


*N₂ Controls*

Electrovert's wave soldering systems feature a high capacity cast iron roll-out solder pot and low-maintenance pump with AC motors. A variety of solder nozzles are available that are capable of reducing defects in specific applications. For inert atmosphere soldering, the systems offer the patented coN₂tour inert boundary system, or the coN₂tour PLUS, which incorporates the hot gas knife within the coN₂tour nozzle. The UltraFill nozzle, available for air or nitrogen operation, is designed for process improvements in lead-free soldering. System controls include a 7-day timer, closed-loop temperature and variable wave height adjustment, high/low alarms, auto start/stop of waves, and exhaust interlock. Both systems also include as a standard feature, automatic, recipe driven solder pot height control (auto lead clearance control).


*Lambda Wave*


*Rotary Chip Wave*


*UltraFill with Omega*

### Rotary Chip
- Rotating auger-type design pushes the solder to provide maximum wetting of components
- Non-clogging design virtually eliminates skips or misses

### UltraFill™
- Designed for lead-free soldering
- Easily changeable between nitrogen and air process atmosphere

### Lambda™
- Proven unidirectional wave design recommended for air operation
- Controlled solder peel off forms good solder joints and reduces defects

### coN₂tour®
- Patented boundary method for inert soldering with low nitrogen consumption
- Offers no throughput limitations and provides excellent visibility of the soldering process

### Omega™
- Paddle design that gives a slight agitation to the center of the wave for SMT components
- Aids in hole fill for difficult-to-solder boards


*Accuknife*

### Accuknife™
- Patented, proven process that directs a sheet of controlled, heated air over the bottom of a PCB as it exits the solder wave
- Effectively clears the joints of excess molten solder, reducing bridging


*coN₂tour PLUS*

### coN₂tour PLUS®
- Combines inert boundary soldering of the coN₂tour with the Accuknife
- Inerts only the solder wave, providing the benefits of nitrogen wave soldering without the cost


*ExactaWave*

### ExactaWave™
- Patented method to measure the height of the solder wave relative to the PCB in the conveyor
- Maintains consistent wave height within ± 0.05 mm (0.002") to avoid defects and improve productivity

WORLD HEADQUARTERS
16 Forge Park, Franklin, MA 02038
Tel: (508) 520 0083
Fax: (508) 520 2288

www.speedlinetech.com

MANUFACTURING FACILITIES
ACCEL/ELECTROVERT
Highway 5 South, Camdenton, MO 65020
Tel: (573) 346 3341
Fax: (573) 346 5554

CAMALOT/MPM
16 Forge Park, Franklin, MA 02038
Tel: (508) 520 0083
Fax: (508) 520 2288

SALES AND CUSTOMER SUPPORT
OFFICES
U.S.A.
2541 Technology Drive Ste. 401
Elgin, IL 60123
Tel: (847) 426 4787
Fax: (847) 426 7383

MEXICO
Carretera Base Aerea #5850
Km. 3, Edificio 11
Zapopan, Jalisco, Mexico
Tel: +52 (3) 818 9017
Fax: +52 (3) 818 9816

EUROPE
Speedline Technologies GmbH
Im Gefierth 14
D 63303 Dreieich, Germany
Tel: +49 (0) 6103 8320
Fax: +49 (0) 6103 832 299

ASIA/PACIFIC
Speedline Technologies Asia Pte Ltd
150 Kampong Ampat, #05 08 KA Centre
Singapore 368324
Tel: +65 6286 6635
Fax: +65 6289 9411

© 2006 Speedline Technologies. All rights reserved.
Printed in U.S.A.
Covered by patent rights issued and/or pending.

Speedline, Electrovert, Electra, VectraElite, UltraFill, coN2tour, Lambda, Omega, Accuknife, coN2tour PLUS, ExactaWave, Accel, Camalot, MPM, and Protect are trademarks of Speedline Technologies or its affiliates and subsidiaries. Windows is a registered trademark of Microsoft Corporation. UltraSpray, Optima and Performa are trademarks of Ultrasonic Systems, Inc. ServoJet and ServoSpray are trademarks of New Plateau Technologies. All other brands may be trademarks of their respective holders.

0408154 4/06

| FEATURE | | ELECTRA | VECTRAELITE |
|---|---|---|---|
| Process Width | | 2" to 20" (50 mm to 508 mm); 2" to 24" (50 mm to 609 mm) optional | 2" to 18" (50 mm to 460 mm) |
| Machine Length | | 150.5" (3823 mm) | 122.7" (3117mm) |
| Machine Length with External Fluxer | | 175.5" (4458 mm) | 154.5" (3925mm) |
| Machine Width | | 64.4" (1636 mm) | 61" (1557 mm) |
| Machine Height | | 72" (1829 mm) | 68" (1727mm) |
| Fluxer | Maximum # of Fluxers | 2 | 1 |
| | Foam | • | • |
| | Optima | • | • |
| | Performa | • | • |
| | ServoJet | • | • |
| | ServoSpray | C | |
| Preheat | Length | 6' (1.8 m) with internal fluxer 8' (2.4 m) with external fluxer | 4' (1.2 m) with internal fluxer 6' (1.8 m) with external fluxer |
| | High Velocity Convection (HVC) | • | • |
| | I/R Preheat | • | • |
| | Vectaheat | • | • |
| | Combination mix | • | • |
| Wave | coN2tour | • | • |
| | Lambda | • | • |
| | Rotary chip | • | • |
| | ExactaWave | • | • |
| | UltraFill | • | • |
| | Post Wave Cooling (PWC) | • | • |
| Debridging | Accuknife | • | • |
| | coN2tour PLUS | • | • |
| Conveyor | Automatic Width | S | O |
| | Finger Cleaner | S | O |
| Exhaust requirements | | Three (3) 6" (150 mm) stacks; each requires 700 cfm @ 1" (25 mm) of $H_2O$ static pressure | Two (2) 8" (208 mm) stacks; each requires 700 cfm @ 1" (25 mm) of $H_2O$ static pressure |
| Air requirements | | 60 to 120 psig (415 to 830 kPa) | 60 120 psig (415 to 830 kPa) |
| Nitrogen requirements | | 0.5" FNPT inlet fitting with 100 to 120 psig (690 to 830 kPa) | 0.5" FNPT inlet fitting with 60 to 120 psig (415 to 830 kPa) |

• Available;  O Optional;  S Standard;  C Contact Factory



### ABOUT SPEEDLINE TECHNOLOGIES

Speedline Technologies is the global leader in process knowledge and expertise for the PCB assembly and semiconductor industries. Based in Franklin, Massachusetts, U.S.A., the company markets five best in class brands — Accel microelectronics cleaning; Camalot dispensing systems; Electrovert wave soldering, reflow soldering, and cleaning equipment; MPM stencil and screen printing systems; and Protect global services, support, and training solutions. For more information, visit us at www.speedlinetech.com.

Speedline Technologies maintains an ongoing program of product improvement that may affect design and/or price. We reserve the right to make these changes without prior notice or liability.