**EXHIBIT D**

## Edwards & Angell LLP

750 Lexington Avenue   New York, NY 10022   212.308.4411   *fax* 212.308.4844

Shmuel Vasser
212.912.2843
*fax* 212.308.4844
svasser@EdwardsAngell.com

October 19, 2005

**VIA FEDEX**

Allison Verderber Herriott, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Chicago, Illinois 60606

Re:   Delphi Corp., et al., Debtors
      Reclamation Demand

Dear Allison:

On behalf of Speedline Technologies, Inc. ("Speedline"), I hereby deliver a reclamation demand pursuant to the Bankruptcy Court's Reclamation Order, dated October 13, 2005 (the "Order"). As the Order does not specify the address or the recipient of reclamation demands addressed to the Debtors, Tom Matz, your colleague in New York, advised me to send the demand to you.

Description of the Goods. On October 4, 2004, pursuant to purchase order no. 450112937 (the "Purchase Order"), a copy of which is attached, Speedline shipped to the debtors equipment known as Vectra Wave Soldering. A copy of the invoice (invoice no. 0520277) in the amount of $152,807 for said equipment is attached hereto. On October 5, 2005, and pursuant to the Purchase Order, Speedline shipped equipment known as Optima Fluxer. A copy of the invoice (invoice no. 0520411) in the amount of $36,198, is attached as well.

Basis for this Demand. The legal basis for this demand is section 546(c) of the Bankruptcy Code, incorporating common law reclamation rights as well statutory law, including section 2-702(2) of the Uniform Commercial Code. Should you have any question with respect of the above, or require any additional information, please do not hesitate to contact me.

Sincerely,

Shmuel Vasser

Enclosure

cc: Thomas J. Matz, Esq.

219931

BOSTON | FT. LAUDERDALE | HARTFORD | NEW YORK | PROVIDENCE | SHORT HILLS, NJ | STAMFORD | WEST PALM BEACH | WILMINGTON | LONDON