**EXHIBIT E**

# Speedline technologies

SPEEDLINE TECHNOLOGIES
16 FORGE PARK
FRANKLIN, MA 02038
USA

## INVOICE

| | |
|---|---|
| INVOICE: 0520277 | PAGE: 1 OF 4 |
| INVOICE DATE: 10/04/05 | ORDER DATE: 07/13/05 |
| SALES ORDER: 654175 | |
| FREIGHT TERMS: COLLECT | |
| FOB: ORIGIN | |
| PURCHASE ORDER: 4501112937 | |
| SHIPPER NUMBER: 0520277210 | |

**REMIT TO:**
SPEEDLINE TECHNOLOGIES INC
P.O. BOX 90410
CHICAGO, IL 60696-0410
UNITED STATES

**B I L L   T O:**
10052440
DELPHI DELCO ELECTRONICS SYS
ATTN MANUAL RECEIPTS PROCESS
MS-A241/PO BOX 9005
KOKOMO, IN 46904-9005
UNITED STATES

Your VAT-ID: IN DP

**S H I P   T O:**
10060499
DELPHI DELCO SYSTEMS
2033 EAST BOULEVARD
PLANT 9 RECEIVING
KOKOMO, IN 46902
UNITED STATES

| TERMS: NET60 | DUE DATE 12/03/05 | SALESPERSON 50000018 50000025 | | CUSTOMER CONTACT | | SHIP DATE 10/04/05 | SHIP VIA GUYER | SHIPPER'S REFERENCE 0942 | |
|---|---|---|---|---|---|---|---|---|---|
| LN | ITEM NUMBER | PART DESCRIPTION | | UM | SHIPPED | BACKORDER | TAX | PRICE | NET PRICE |
| 1 | VC-13155 | Vectra Wavesoldering System | | EA | 1.0 | 0.0 | yes | 152,807.00 | 152,807.00 |
| | | Lot/Serial Numbers Shipped: Qty Expire Reference | | | | | | | |
| | VC-13155 | 1.0 | | | | | | | |
| | VC-13155 | | | | | | | | |
| OPTION | | DESCRIPTION | | | | | | | |
| | VC-13155 | | | | | | | | |
| OP-BASE-VC | | Vectra Base Machine | 1 | | | | | ** Cont ** | |
| | VC-13155 | | | | | | | | |
| OP-RGDI-VC | | Rigid Intermix Fingers | 1 | | | | | ** Cont ** | |
| | VC-13155 | | | | | | | | |
| OP-FCLR-VC | | Finger Cleaner System | 1 | | | | | ** Cont ** | |
| | VC-13155 | | | | | | | | |
| OP-FMSK-VC | | Finger Mask | 2 | | | | | ** Cont ** | |
| | VC-13155 | | | | | | | | |
| OP-WACOVER-VC | | Width Adjust Covers | 1 | | | | | ** Cont ** | |
| | VC-13155 | | | | | | | | |
| OP-VEC-VC | | Vecta Heater | 2 | | | | | ** Cont ** | |
| | VC-13155 | | | | | | | | |
| OP-IR-VC | | Infrared Heater | 1 | | | | | ** Cont ** | |
| | VC-13155 | | | | | | | | |
| OP-TOPIR-VC | | Top Infrared Heater | 2 | | | | | ** Cont ** | |
| | VC-13155 | | | | | | | | |
| OP-LEADFREE-VC | | Lead Free Capability | 1 | | | | | ** Cont ** | |
| | VC-13155 | | | | | | | | |
| OP-N2OM-VC | | Contour Omega Wave | 1 | | | | | | |

# Speedline technologies

SPEEDLINE TECHNOLOGIES
16 FORGE PARK
FRANKLIN, MA 02038
USA

**REMIT TO:**
SPEEDLINE TECHNOLOGIES INC
P.O. BOX 90410
CHICAGO, IL 60696-0410
UNITED STATES

# INVOICE

| INVOICE | PAGE: |
| --- | --- |
| 0520277 | 2 OF 4 |
| INVOICE DATE | ORDER DATE |
| 10/04/05 | 07/13/05 |
| SALES ORDER | |
| 654175 | |
| FREIGHT TERMS: | |
| COLLECT | |
| FOB: | |
| ORIGIN | |
| PURCHASE ORDER | |
| 450112937 | |
| SHIPPER NUMBER | |
| 0520277210 | |

B  10052440
I   DELPHI DELCO ELECTRONICS SYS
L   ATTN MANUAL RECEIPT'S PROCESS
L   MS-A241/PO BOX 9005
    KOKOMO, IN 46904-9005
    UNITED STATES
T
O   Your VAT-ID: IN DP

S  10060499
H  DELPHI DELCO SYSTEMS
I  2033 EAST BOULEVARD
P  PLANT 9 RECEIVING
   KOKOMO, IN 46902
T  UNITED STATES
O

| TERMS: NET60 | DUE DATE 12/03/05 | SALESPERSON 50000018 50000025 | | CUSTOMER CONTACT | | SHIP DATE 10/04/05 | SHIP VIA GUYER | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| LN ITEM NUMBER | PART DESCRIPTION | | | | UM | SHIPPED | BACKORDER | TAX | PRICE NET PRICE |
| OP-UFN-VC VC-13155 | Ultrafill-N2 Nozzles | | 1 | | | ** Cont ** | | | |
| OP-N2ROT-VC VC-13155 | Nitrogen Roatary Chip Nozzle | | 1 | | | ** Cont ** | | | |
| OP-QC-VC VC-13155 | Quick Change Solder Pot | | 1 | | | ** Cont ** | | | |
| OP-MROLL-VC VC-13155 | Motorized Rollout/Jacking Stand | | 1 | | | ** Cont ** | | | |
| OP-WFEED-WS VC-13155 | Wire Feeder | | 1 | | | ** Cont ** | | | |
| OP-TOWER-WS VC-13155 | Light Tower | | 1 | | | ** Cont ** | | | |
| OP-STOPS-WS VC-13155 | Additional Rear E-Stops | | 1 | | | ** Cont ** | | | |
| OP-EPS-WS VC-13155 | Emergency Power Supply | | 1 | | | ** Cont ** | | | |
| OP-SMEMA-WS VC-13155 | SMEMA Interface | | 1 | | | ** Cont ** | | | |
| OP-MNLS-AS VC-13155 | English CD Manual | | 1 | | | ** Cont ** | | | |
| MACHINE SPECIFICATION NOTES: VC-13155 | | | | | | | | | |
| 480 Volts/60 Hertz - 3 Phase VC-13155 | | | | | | ** Cont ** | | | |
| LLV Finger Intermix Ratio VC-13155 | | | | | | ** Cont ** | | | |

# Speedline technologies

SPEEDLINE TECHNOLOGIES
16 FORGE PARK
FRANKLIN, MA 02038
USA

**REMIT TO:**
SPEEDLINE TECHNOLOGIES INC
P.O. BOX 90410
CHICAGO, IL 60696-0410
UNITED STATES

## INVOICE

| INVOICE | PAGE |
|---|---|
| 0520277 | 3 OF 4 |
| INVOICE DATE | ORDER DATE |
| 10/04/05 | 07/13/05 |
| SALES ORDER | |
| 654175 | |
| FREIGHT TERMS: | |
| COLLECT | |
| FOB | |
| ORIGIN | |
| PURCHASE ORDER | |
| 4501112937 | |
| SHIPPER NUMBER | |
| 0520277210 | |

**BILL TO:**
10052440
DELPHI DELCO ELECTRONICS SYS
ATTN MANUAL RECEIPTS PROCESS
MS-A241/PO BOX 9005
KOKOMO, IN 46904-9005
UNITED STATES

Your VAT-ID: IN DP

**SHIP TO:**
10060499
DELPHI DELCO SYSTEMS
2033 EAST BOULEVARD
PLANT 9 RECEIVING
KOKOMO, IN 46902
UNITED STATES

| TERMS: | DUE DATE | SALESPERSON | CUSTOMER CONTACT | | SHIP DATE | SHIP VIA | SHIPPER'S REFERENCE |
|---|---|---|---|---|---|---|---|
| NET60 | 12/03/05 | 50000018 50000025 | | | 10/04/05 | GUYER | 0942 |

| LN | ITEM NUMBER | PART DESCRIPTION | UM | SHIPPED | BACKORDER | TAX | PRICE | NET PRICE |
|---|---|---|---|---|---|---|---|---|
| | VC-13155 | 1/16IN Board Thickness, 6.4 mm foot length | | ** Cont ** | | | | |
| | VC-13155 | Load Guides at board input | | ** Cont ** | | | | |
| | VC-13155 | Finger Mask Position- Fixed Rail-Both | | ** Cont ** | | | | |
| | VC-13155 | No Fluxer Required | | ** Cont ** | | | | |
| | VC-13155 | Zone 1: Vecta Preheater | | ** Cont ** | | | | |
| | VC-13155 | Zone 2: Vecta Preheater | | ** Cont ** | | | | |
| | VC-13155 | Zone 3: Infrared Preheater | | ** Cont ** | | | | |
| | VC-13155 | English Machine Manuals | | ** Cont ** | | | | |
| | VC-13155 | CUSTOMER Acceptance Required | | ** Cont ** | | | | |
| | VC-13155 | NOTE: Customer is planning to have 3rd party CO2 system installed at Camdenton prior to ship. To support this, replace standard main disconnect on machine with main disconnect with shunt. (P/N 2-5009-420-00-0) | | ** Cont ** | | | | |
| | VC-13155 | NOTE: Add Wire Feeder Spool Bracket | | ** Cont ** | | | | |

# Speedline technologies

SPEEDLINE TECHNOLOGIES
16 FORGE PARK
FRANKLIN, MA 02038
USA

**REMIT TO:**
SPEEDLINE TECHNOLOGIES INC
P.O. BOX 90410
CHICAGO, IL 60696-0410
UNITED STATES

# INVOICE

| | |
|---|---|
| INVOICE: | 0520277 |
| PAGE: | 4 OF 4 |
| INVOICE DATE: | 10/04/05 |
| ORDER DATE: | 07/13/05 |
| SALES ORDER: | 654175 |
| FREIGHT TERMS: | COLLECT |
| FOB: | ORIGIN |
| PURCHASE ORDER: | 450112937 |
| SHIPPER NUMBER: | 0520277210 |

**B** 10052440
**I** DELPHI DELCO ELECTRONICS SYS
**L** ATTN MANUAL RECEIPTS PROCESS
**L** MS-A241/PO BOX 9005
KOKOMO, IN 46904-9005
**T** UNITED STATES
**O** Your VAT-ID: IN DP

**S** 10060499
**H** DELPHI DELCO SYSTEMS
**I** 2033 EAST BOULEVARD
**P** PLANT 9 RECEIVING
KOKOMO, IN 46902
**T** UNITED STATES
**O**

| TERMS: NET60 | DUE DATE 12/03/05 | SALESPERSON 50000018 50000025 | CUSTOMER CONTACT | SHIP DATE 10/04/05 | SHIP VIA GUYER | SHIPPERS REFERENCE 0942 | | |
|---|---|---|---|---|---|---|---|---|
| LN | ITEM NUMBER | PART DESCRIPTION | | UM | SHIPPED | BACKORDER | TAX | PRICE | NET PRICE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| VC-13155 | | | | ** Cont ** | | | |

**SPECIAL INSTRUCTIONS**

| | SUB TOTAL | DISCOUNT | TAX | OTHER (SEE BELOW) | TOTAL |
|---|---|---|---|---|---|
| | 152,807.00 | 0.00 | 0.00 | 0.00 | 152,807.00 |

TOTAL DUE:  152,807.00
CURRENCY: USD

PURCHASE CONTACT:  GREG DRAKE
PHONE #:           765-451-2019
FAX #:             765-451-5750

ENGINEER CONTACT:  STU LONGGOOD
PHONE #:           765-451-0394
FAX #:             765-451-0542

TRAFFIC CONTACT:   GUYER THE MOVER
PHONE NO:          765-457-6197

PAYMENT TERMS:  PAYMENT SETTLED ON 2ND, 2ND MONTH

# Speedline technologies

SPEEDLINE TECHNOLOGIES
16 FORGE PARK
FRANKLIN, MA 02038
USA

**REMIT TO:**
SPEEDLINE TECHNOLOGIES INC
P.O. BOX 90410
CHICAGO, IL 60696-0410
UNITED STATES

# INVOICE

| INVOICE | PAGE: |
| --- | --- |
| 0520411 | 1 OF 1 |
| INVOICE DATE | ORDER DATE |
| 10/05/05 | 07/13/05 |
| SALES ORDER: | |
| 654175 | |
| FREIGHT TERMS: | |
| COLLECT | |
| FOB: | |
| ORIGIN | |
| PURCHASE ORDER | |
| 450112937 | |
| SHIPPER NUMBER | |
| 0520277210 | |

```
B  10052440
I  DELPHI DELCO ELECTRONICS SYS
L  ATTN MANUAL RECEIPTS PROCESS
L  MS-A241/PO BOX 9005
   KOKOMO, IN 46904-9005
T  UNITED STATES
O
   Your VAT-ID: IN DP
```

```
   10060499
S  DELPHI DELCO SYSTEMS
H  2033 EAST BOULEVARD
I  PLANT 9 RECEIVING
P  KOKOMO, IN 46902
T  UNITED STATES
O
```

| TERMS: | DUE DATE | SALESPERSON | | CUSTOMER CONTACT | | | | SHIP DATE | SHIP VIA | | SHIPPERS REFERENCE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| NET60 | 12/04/05 | 50000018 50000025 | | | | | | 10/04/05 | GUYER | | 0942 | |
| LN | ITEM NUMBER | PART DESCRIPTION | | | UM | SHIPPED | BACKORDER | TAX | PRICE | | NET PRICE | |
| 2 | NSR45634072 | OPTIMA FLUXER | | | EA | 1.0 | | 0.0 yes | 36,048.00 | | 36,048.00 | |
| | NSR45634072 | | | | | ** Cont ** | | | | | | |
| | OPTIMA FLUXER WITH DUAL FLUX OPTION MOUNTED IN EXTERNAL CABINET | | | | | | | | | | | |
| 3 | MANUAL-VECTRA | SALES ORDER MANUAL | | | EA | 1.0 | | 0.0 yes | 150.00 | | 150.00 | |
| | | VECTRA | | | | | | | | | | |
| | MANUAL-VECTRA | | | | | ** Cont ** | | | | | | |
| | MANUAL-VECTRA | | | | | ** Cont ** | | | | | | |
| | One (1) CD-ROM manual set in electronic format | | | | | | | | | | | |

| SPECIAL INSTRUCTIONS | SUB TOTAL | DISCOUNT | TAX | OTHER (SEE BELOW) | TOTAL |
| --- | --- | --- | --- | --- | --- |
| | 36,198.00 | 0.00 | 0.00 | 0.00 | 36,198.00 |
| | | | | TOTAL DUE: | 36,198.00 |
| | | | | | CURRENCY: USD |

```
PURCHASE CONTACT:  GREG DRAKE
PHONE #:           765-451-2019
FAX #:             765-451-5750

ENGINEER CONTACT:  STU LONGGOOD
PHONE #:           765-451-0394
FAX #:             765-451-0542

TRAFFIC CONTACT:   GUYER THE MOVER
PHONE NO:          765-457-6197

PAYMENT TERMS:  PAYMENT SETTLED ON 2ND, 2ND MONTH
```