## **EXHIBIT G**

# EDWARDS ANGELL PALMER & DODGE LLP

750 Lexington Avenue   New York, NY 10022   212.308.4411   *fax* 212.308.4844   eapdlaw.com

Shmuel Vasser
212.912.2843
*fax* 888.325.9177
svasser@eapdlaw.com

April 12, 2006

## VIA FEDEX

Christina Cattell
Re: Delphi Reclamations
Mail Code #483-400-216
5725 Delphi Drive
Troy, MI 48098

Re:   Speedline Technologies' Disagreement

Dear Ms. Cattell:

Attached as Exhibit A please find the statement of disagreement executed on behalf of Speedline Technologies, Inc. ("Speedline") in accordance with the Amended Final Reclamation Order, dated November 4, 2005 (the "Reclamation Order").

Attached as Exhibit B is a copy of the reclamation demand together with evidence of it being sent and received.

Delphi Electronics & Safety was the debtor/division that ordered the products. Speedline is the seller.

Attached as Exhibit C is the evidence demonstrating that the goods were shipped and received.

Attached as Exhibit D are copies of the relevant purchase orders, invoices and description of the goods; proof of delivery is included in Exhibit C.

As required by paragraph 2(b)(iv)(5) of the Reclamation Order, Speedline objects to the debtors' Statement of Reclamation as follows:

(a)  Speedline demands the immediate turn over of the goods that are the subject of its reclamation demand or an immediate payment in lieu of such turn over. Speedline rejects the debtors' offer of an administrative expense priority short of an immediate payment thereof.

(b)  Speedline rejects the debtors' reservation of rights contained in fn. 1 to their Statement of Reclamation and asserts that the debtors have no such rights and remedies.

# EDWARDS ANGELL PALMER & DODGE LLP

April 12, 2006
Page 2

(c)  Speedline rejects the debtors and the creditors' committee reservation of the Reserved
Defenses and asserts that no such defense has any basis.

Sincerely,

Shmuel Vasser

cc: VIA FEDEX

Matthew J. Micheli
Re: Delphi Reclamations
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

232833_1

# TRACKING

| TRACKING NUMBER | 55555060412154355 | RECIPIENT | CHRISTINA CATTELL |
|---|---|---|---|
| SHIP DATE | 4/12/2006 | **COMPANY** | MAIL CODE #483-400-216 |
| SERVICE LEVEL | NEXT BUSINESS MORNING DELIVERY | CITY/ STATE | TROY MI |
| | | COUNTRY | US |

| DELIVERY DATE | DELIVERY TIME | STATUS | DELIVERED TO | DELIVERY LOCATION |
|---|---|---|---|---|
| 4/13/2006 | 10:23AM | Delivered | RECEIVER-KURY | |

home    about us    our services    faq's    contact us    service advisories    fuel surcharge

© 2004 Mercury Business Services

Welcome to Mercury                                                     Page 1 of 1

# TRACKING

| TRACKING NUMBER | 55555060412154450 | | RECIPIENT | MATTHEW J. MICHELI |
|---|---|---|---|---|
| SHIP DATE | 4/12/2006 | | COMPANY | SKADDEN ARPS, SLATE, MEAGHER & FLOM |
| SERVICE LEVEL | NEXT BUSINESS MORNING DELIVERY | | CITY/ STATE | CHICAGO IL |
| | | | COUNTRY | US |

| DELIVERY DATE | DELIVERY TIME | STATUS | DELIVERED TO | DELIVERY LOCATION |
|---|---|---|---|---|
| 4/13/2006 | 09:26AM | Delivered | MAIL ROOM-JOHNSON | |

home    about us    our services    faq's    contact us    service advisories    fuel surcharge

© 2004 Mercury Business Services

Speedline Technologies
February 21, 2006
Page 5

Reconciled Amount $189,005.00

## AGREEMENT

In accordance with paragraph 2, section (b)(iii) of the Order, Speedline
Technologies agrees to the terms of this Statement.

Speedline Technologies

By: _____          Dated: _____
       (signature)

_____
(print or type name)

_____
(print or type title)

## DISAGREEMENT

In accordance with paragraph 2, section (b)(iv) of the Order, Speedline
Technologies disputes the terms of this Statement and encloses the information required
by paragraph 2, section (b)(iv) of the Order.

Speedline Technologies

By: _____          Dated: __April 11, 2006__
       (signature)

__Shauqe Vasser__
(print or type name)

__Counsel for Speedline Technologies Inc.__
(print or type title)

5

# Edwards & Angell LLP

750 Lexington Avenue    New York, NY 10022    212.308.4411    *fax* 212.308.4844

Shmuel Vasser

212.912.2843
*fax* 212.308.4844
svasser@EdwardsAngell.com

October 19, 2005

## VIA FEDEX

Allison Verderber Herriott, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Chicago, Illinois 60606

      Re:    Delphi Corp., et al., Debtors
             Reclamation Demand

Dear Allison:

On behalf of Speedline Technologies, Inc. ("Speedline"), I hereby deliver a reclamation demand pursuant to the Bankruptcy Court's Reclamation Order, dated October 13, 2005 (the "Order"). As the Order does not specify the address or the recipient of reclamation demands addressed to the Debtors, Tom Matz, your colleague in New York, advised me to send the demand to you.

Description of the Goods. On October 4, 2004, pursuant to purchase order no. 450112937 (the "Purchase Order"), a copy of which is attached, Speedline shipped to the debtors equipment known as Vectra Wave Soldering. A copy of the invoice (invoice no. 0520277) in the amount of $152,807 for said equipment is attached hereto. On October 5, 2005, and pursuant to the Purchase Order, Speedline shipped equipment known as Optima Fluxer. A copy of the invoice (invoice no. 0520411) in the amount of $36,198, is attached as well.

Basis for this Demand. The legal basis for this demand is section 546(c) of the Bankruptcy Code, incorporating common law reclamation rights as well statutory law, including section 2-702(2) of the Uniform Commercial Code. Should you have any question with respect of the above, or require any additional information, please do not hesitate to contact me.

Sincerely,

Shmuel Vasser

Enclosure

  cc: Thomas J. Matz, Esq.

07/12/05  TUE 09:38 FAX 765 451 2049          PURCHASING                                    ☑001

# DELPHI  K. Grawlich          508 590 0309

_____ Delphi Electronics and Safety

Page  1  of  7

**Buyer:**

DELPHI
ELECTRONICS & SAFETY
P.O. Box 9005
KOKOMO IN 46904-9005

**Purchase Order**

PO Number                          Date Issued
450112937                          08-Jul-2005
Version
09-Jul-2005 02:20:10 EST

**Deliver to:**

PROTO LAB PLANT 9
Attention: Jana Royal
2033 E. BOULEVARD
KOKOMO IN 46902

Delivery date:   30-SEP-2005

SPEEDLINE TECHNOLOGIES INC
16 FORGE PARK
FRANKLIN MA 02038-3157

Vendor No:   1002870
DUNS No:   183112879

**Payment Terms - 2M2**          **Currency: USD**

Payment settled on 2nd, 2nd Month

**Freight Terms : FOB : Freight Collect**

Invoice OS2077  $152,807.⁰⁰

Invoice OS2041I  36,198.⁰⁰

| Item No.  Material No/Item Identifier No.  Total Order Quantity  Plant | | | | |
| Description | | | Requester | |
|---|---|---|---|---|
| 00010 | FR10179694  00010 | 1.000 | DAHO  DELPHI  D  HEADQUARTERS | |
| | **WAVE SOLDER SYSTEM** | | LONGGOOD S | |

ELECTROVERT VECTRA WAVE SOLDER SYSTEM
INCLUDING OPTIONS:
480V/60HZ,L/R,INTERMIX RIGID FINGERS
.00/6.4MM (LLV) FINGER CLEANER,FINGER
MASK FB,WIDTH ADJUST LEAD SCREW COVERS,
LOAD END OPTION2,ZONE 1 VEC-BOTTOM/IR-TOP.
ZONE 2 VEC-BOTTOM/IR-TOP.ZONE 3 IR,OPTIMA
FLUXER W/DUAL SUPPLY IN EXTERNAL CABINET.
N2,ULTRAFILL-N2,SOLDER WIRE FEEDER W/SOLDER
LEVEL SENSOR,QUICK CHANGE SOLDER POT W/SS
MATERIALS,STATUS LIGHT TOWER,2 REAR E-STOPS.
EMERGENCY POWER SUPPLY,SMEMA INTERFACE
ENGLISH LANG,1 EXTRA CD ROM MANUAL,DELPHI
STD WARRANTY
DOCUMNEST 59 #384
STUART LONGGOOD (765)451-0394
PR449757
6F-007013
Warranty: 18 months parts udn labor

Purchasing Contact: Drake, Greg
Phone: 765-451-2019
Fax: 765-451-5750

Contact Address:
Delphi E & S
One Corporate Center MS:CTLL,M,
KOKOMO IN 46902

Date and Time Printed:  09-Jul-2005 02:20:10 EST

# DELPHI

Delphi Electronics and Safety

Page  2  of 7

SPEEDLINE TECHNOLOGIES INC
16 FORGE PARK
FRANKLIN MA 02038-3157

**Purchase Order**

| PO Number | Date Issued |
|---|---|
| 450112937 | 08-Jul-2005 |
| Version | |
| 09-Jul-2005  02:20:10  EST | |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 30-SEP-2005 | 1.000 | 189,005.00 | 1 | EA | 189,005.00 |
| Net Line Item Value | | | | USD | 189,005.00 |

| Total item value | | USD | 189,005.00 |
|---|---|---|---|

**Notes:**

```
*******************
```
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the Internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
```
**************************
```

```
******************************************
```
* PAYMENT ISSUES AND QUESTIONS REGARDING SHIPPED *
* MATERIAL SHOULD BE DIRECTED TO:             *
* DISBURSEMENT SERVICES AT (248)874-4636.  (A2) *
```
******************************************
```

```
**************************************************
```
DO NOT INVOICE FOR SHIPPED MATERIAL.  DELPHI E&S IS
'PAY ON RECEIPT' AND INVOICES ARE NOT REQUIRED.

INVOICES ARE REQUIRED AND MUST BE SUBMITTED FOR
SERVICES AND ITEMS WHICH ARE NOT SHIPPED.

PLEASE SUBMIT THESE TO:
DELPHI DELCO ELECTRONICS CORP
ATTN: MANUAL RECEIPTS PROCESSING MS-9A241
P O BOX 9005
KOKOMO, IN  46904-9005

***CALIFORNIA SHIPMENTS*** - DELPHI-E&S DOES NOT
HAVE A DIRECT PAYMENT PERMIT IN CALIFORNIA.
DELCO ELECTRONICS CORP DOES HAVE DIRECT PAY
PERMITS IN INDIANA,
MICHIGAN, TEXAS AND WISCONSIN.

# DELPHI

Delphi Electronics and Safety

Page  3  of 7

SPEEDLINE TECHNOLOGIES INC
16 FORGE PARK
FRANKLIN MA 02038-3157

**Purchase Order**

PO Number                           Date Issued
450112937                           08-Jul-2005
Version
09-Jul-2005  02:20:10  EST

| Item No. Material No/Item Identifier No Description | Total Order Quantity | Plant Requester |
| --- | --- | --- |

**Notes Continued:**

YOU MUST PLACE THE FOLLOWING ON YOUR PACKING SLIP:
- PURCHASE ORDER (ONLY ONE PURCHASE ORDER NUMBER
PER PACKING SLIP)
- DELPHI-E&S "ITEM (IDENTIFICATION NUMBER (ID)" FROM
PURCHASE ORDER FOR EACH DELIVERED ITEM
- LIST DELPHI-E&S DESCRIPTION PER PURCHASE ORDER FOR
EACH LINE ITEM DELIVERED FOLLOWED BY YOUR
DESCRIPTION IF DESIRED.
- EQUIPMENT SERIAL NUMBER(S)
--------------------
ADDITIONAL PACKING SLIP INFORMATION:
- EACH BOX/CRATE MUST CONTAIN A COMPLETE PACKING
SLIP FOR THE ENTIRE DELIVERY
- HIGHLIGHT ON THE PACKING SLIP THE APPLICABLE
PURCHASE ORDER ITEM IDENTIFICATION NUMBER FOR
EACH ITEM LOCATED IN THE BOX/CRATE
- PACKING SLIP MUST BE ENCLOSED IN A CLEAR PLASTIC
ENVELOPE AND AFFIXED TO THE OUTSIDE (WITH A COPY
INSIDE) OF EACH BOX/CRATE.
*******************************************************
ROUTING: REFER TO ROUTING LETTER DATED 02/13/03 FOR
INSTRUCTIONS. CALL DELPHI E&S TRANSPORATION AT
(765)451-4078 OR -4079 FOR ADDITIONAL INFORMATION.
FREIGHT TERMS ARE 'FOB ORIGIN,FREIGHT COLLECT'.
BUYER WILL ONLY PAY FREIGHT CHARGES IF THE SELLER
USES THE BUYER SELECTED CARRIER AND SHIPS COLLECT.
THE SELLER AGREES TO PAY ALL FREIGHT INVOICES WHEN
SELLER DEVIATES FROM BUYER SPECIFIED CARRIER WITHOUT
PRIOR APPROVAL FROM DELPHI E&S TRANSPORTATION.

*********************************************************

********************
Delphi requires 100% on time delivery performance from suppliers. If you anticipate problems in delivering materials and/or completing services by the date specified on the Buyer's purchase order, the Delphi Buyer should be notified immediately.
*********************

****************************************************
CHANGES IN SPECIFICATIONS AFFECTING PRICE AND/OR
LEADTIME, WHETHER INITIATED BY SUPPLIER OR DELPHI
DELCO ELECTRONICS CORP MUST NOT BE MADE WITHOUT
PRIOR APPROVAL BY DELPHI PURCHASING VIA A PURCHASE
ORDER AMENDMENT. ANY CHANGES IN DELIVERY DATE FOR
ANY REASON WHATSOEVER WILL BE REPORTED PROMPTLY IN
WRITING TO THE BUYER WITH DETAILED EXPLANATION.
*****************************************************

# DELPHI

Delphi Electronics and Safety

Page  4  of  7

SPEEDLINE TECHNOLOGIES INC
16 FORGE PARK
FRANKLIN MA 02038-3157

**Purchase Order**

PO Number
450112937
Version
09-Jul-2005 02:20:10 EST

Date Issued
08-Jul-2005

| Item No. | Material No/Item Identifier No. | Total Order Quantity | Plant |
|----------|-------------------------------|---------------------|-------|
| | Description | | Requester |

**Notes Continued:**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
IN ADDITION TO THE REQUIREMENTS SPECIFIED, THE
EQUIPMENT MUST COMPLY WITH DELPHI DELCO ELECTRONICS
CORP'S EQUIPMENT APPROVALS PROCEDURE AND ONE OF THE
FOLLOWING STANDARDS ASSIGNED BY THE DELPHI-E&S
EQUIPMENT APPROVALS OFFICE: A) STANDARD INDUSTRIAL
EQUIPMENT SPECIFICATION, OR, B) CUSTOM INDUSTRIAL
EQUIPMENT SPECIFICATION.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
IF THIS SHIPMENT REQUIRES AN AIR-RIDE OR PADDED VAN
TO INSURE ITS SAFETY, ROUTE VIA NORTH AMERICAN VAN
LINES.  ARRANGE ALL DETAILS THROUGH GUYER THE MOVER
(765) 457-6197 OR 800-783-8268.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Calibration Service Requirements:
1. QS9000 registration requires Delphi to use inspection / test laboratory suppliers that have ISO/IEC Guide 25 (or ISO/IEC 17025) accreditation. The OEM may be used whenever an accredited source cannot be found.
2. Calibration Services on Delphi equipment shall be performed to original manufacturer's specification. If such specification is not available, equivalent reference standards (e.g. BS, ISO, JIS, and DIN) shall be used.
3. All test/measurement instruments used to calibrate Delphi equipment shall be traceable to National/International Standards (e.g. NIST, NML, NPT, ETL, and NRC).
4. If calibration standard is found to be out of tolerance, upon re-calibration of the standard, the supplier shall determine validity of previous measurements made on Delphi equipment and shall provide for immediate re-calibration of all affected equipment when necessary.
5. The supplier shall provide calibration report for every piece of equipment calibrated. The report shall include the following:
A) Type of Equipment
B) Identification number of equipment
C) Identification number of calibration standard
D) Traceability information of calibration standard
E) Check method of calibration activity (e.g. reference manual description of equipment or equivalent)
F) Calibration results stating:
F1. Test Items
F2. Measured values as received
F3. Measured values after adjustment (if adjustment were made)
F4. Acceptance Criteria
G) Statement of conformance to specification after calibrations
H) Name of person responsible for the calibration
I) Date of the calibration
6. Calibration sticker shall be affixed on all Delphi's equipment that is calibrated. The information shall contain the date of calibration, identification number of

# DELPHI

Delphi Electronics and Safety

Page 5 of 7

SPEEDLINE TECHNOLOGIES INC
16 FORGE PARK
FRANKLIN MA 02038-3157

**Purchase Order**

| PO Number | Date Issued |
|---|---|
| 450112937 | 08-Jul-2005 |
| Version | |
| 09-Jul-2005 02:20:10 EST | |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

**Notes Continued;**

equipment or calibration reference number.

7. Any variation from the above requirements for approval to repair equipment, which cannot be calibrated, must have written approval from the buyer.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
A PROPERLY COMPLETED CERTIFICATE OF ORIGIN,
NAFTA CERTIFICATE WHERE APPLICABLE (CUSTOMS FORM 434)
AND A MANUFACTURERS AFFIDAVIT STATING THE COUNTRY OF
ORIGIN BE INCLUDED WITH THE SHIPPING DOCUMENTS FOR
THE MATERIAL ON THIS PURCHASE ORDER.          (NT)
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
WARRANTY AND SPARE PARTS INSTRUCTIONS
\*\*\*\*\*\*\*\*\*
PRIOR TO THE SHIPPING OF EQUIPMENT TO DELPHI DELCO
ELECTRONICS SYSTEMS YOU MUST "ELECTRONICALLY" PROVIDE
THE FOLLOWING INFORMATION FOR EACH PIECE OF EQUIPMENT
TO THE INDIVIDUALS LISTED:
-PURCHASE ORDER NUMBER
-EQUIPMENT DESCRIPTION (S) & MODEL NUMBER (S).
IF APPLICABLE
-EQUIPMENT SERIAL NUMBER (S)
-LIST OF RECOMMENDED SPARE PARTS INCLUDING:
SPARE PARTS DESCRIPTIONS, OEM SPARE PART NUMBERS
OIM SPARE PART NUMBERS, SPARE PART PRICES, AND
SPARE PART PRICING EXPIRATION DATE.
-DESIGNATE WHICH PARTS ARE CONSIDERED "CONSUMABLE" VERSUS
THOSE COVERED UNDER WARRANTY

-EQUIPMENT WARRANTY PERIOD
-EQUIPMENT WARRANTY START DATE
ELECTRONICALLY TRANSMIT THIS INFORMATION TO THE FOLLOWING INDIVIDUALS:
THOMAS.D.RIGLE@DELPHI.COM
MIKE.SALYERS@KSTECHUSA.COM
REQUESTOR (WHO ORDERED), AS IDENTIFIED ON THE PURCHASE ORDER.
FAILURE TO PROVIDE THIS INFORMATION AT TIME OF SHIPMENT MAY NEGATIVELY IMPACT PAYMENT PROCESSING.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*THE ULTIMATE DESTINATION OF THE MATERIAL ON THIS PURCHASE
ORDER IS MEXICO.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# DELPHI

Delphi Electronics and Safety

Page  6  of 7

SPEEDLINE TECHNOLOGIES INC
16 FORGE PARK
FRANKLIN MA 02038-3157

## Purchase Order

PO Number
450112937
Version
09-Jul-2005  02:20:10  EST

Date Issued
08-Jul-2005

| Item No. | Material No/Item Identifier No. Description | Total Order Quantity | Plant Requester |
|---|---|---|---|

## Notes Continued:

IMPORTANT NOTICE TO SUPPLIERS:
PLEASE COMPLY STRICTLY WITH DELPHI'S ENVIRONMENTAL REQUIREMENTS AS STATED IN THE ENVIRONMENTAL REQUIREMENTS FOR CONTRACTORS / SUPPLIERS / VENDORS. A COPY OF THE ENVIRONMENTAL REQUIREMENTS IS AVAILABLE UPON WRITTEN REQUEST TO THE BUYER.
*************************************************************************

Delphi requires 100% on time delivery performance from suppliers. If you anticipate problems in delivering materials and/or completing services by the date specified on the Buyer's purchase order, the Delphi Buyer should be notified immediately.
*************************************************************************

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.


*********************
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
********************
Supplier agrees to make deliveries according to the agreed upon delivery date(s), and to pay to Buyer liquidated damages amounting to 1.00% of the contract price per week, for each week (or part thereof) of any delay. Additional charges incurred by the supplier to achieve agreed upon delivery date are the supplier's responsibility and will not be reimbursed by Delphi.
******************
**********************************************************************

**********************************************************************
CERTIFICATE OF INSURANCE GENERAL

CONTRACTOR SHALL OBTAIN AND MAINTAIN CONSISTENT WITH THE PROVISIONS OF THIS CONTRACT, AT ITS SOLE EXPENSE, THE FOLLOWING TYPES OF INSURANCE COVERAGE, TO REMAIN IN FORCE DURING THE TERM OF THIS CONTRACT, WITH MINIMUM LIMITS AS SET FORTH BELOW:
1.
COMMERCIAL GENERAL LIABILITY COVERING LIABILITY ARISING FROM PREMISES, OPERATIONS, INDEPENDENT CONTRACTORS, PRODUCTS - COMPLETED OPERATIONS, PERSONAL AND ADVERTISING INJURY, AND BLANKET CONTRACTUAL LIABILITY - US $5,000,000 EACH OCCURRENCE.
2.
BUSINESS AUTOMOBILE LIABILITY COVERING ALL OWNED, HIRED AND NON-OWNED VEHICLES - US $5,000,000 EACH OCCURRENCE, INCLUDING ALL APPLICABLE STATUATORY COVERAGES.
3.

INV CS20277  152807
SO  65417S       36198 -

# DELPHI

Delphi Electronics and Safety

Page 7 of 7

SPEEDLINE TECHNOLOGIES INC
16 FORGE PARK
FRANKLIN MA 02038-3157

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450112937 | 08-Jul-2005 |
| Version | |
| 09-Jul-2005 02:20:10 EST | |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

**Notes Continued**

WORKERS COMPENSATION - STATUTORY LIMITS FOR ALL STATES OF OPERATION.
4.
EMPLOYERS LIABILITY - US $1,000,000 EACH EMPLOYEE FOR BODILY INJURY BY ACCIDENT AND US $1,000,000 EACH EMPLOYEE FOR BODILY INJURY BY DISEASE.
5.
PROFESSIONAL/ERRORS AND OMISIONS LIABILITY INSURANCE APPROPRIATE TO THE CONTRACTOR'S PROFESSION. COVERAGE SHOULD ALSO BE FOR A PROFESSIONAL ERROR, ACT OR OMISSION ARISING OUT OF THE SCOPE OF SERVICES SHOWN IN THIS CONTRACT - US $1,000,000 PER OCCURRENCE (ONLY IF PERFORMING CONSULTING ALONG WITH ACTUAL SITE WORK, IF NO CONSULTING, THIS PROVISION CAN BE DELETED)
ALL POLICIES OF INSURANCE PROCURED BY CONTRACTOR HEREIN SHALL BE WRITTEN AS PRIMARY POLICIES; NOT CONTRIBUTING WITH OR IN EXCESS OF COVERAGE THAT DELPHI MAY CARRY. IF CONTRACTOR'S LIABILITY POLICIES DO NOT CONTAIN THE STANDARD SEPARATION OF INSURED'S PROVISION, OR A SUBSTANTIALLY SIMILAR CLAUSE, THEY SHALL BE ENDORSED TO PROVIDE CROSS-LIABILITY COVERAGE CONTRACTOR SHALL AGREE TO WAIVE THEIR INSURER'S RIGHT SUBROGATION UNDER ITS POLICIES. DELPHI SHALL BE AN ADDITIONAL INSURED UNDER CONTRACTOR'S INSURANCE POLICY (EXCEPT WORKER'S COMPENSATION AND EMPLOYER'S LIABILITY), AND AT DELPHI'S REQUEST, CONTRACTOR SHALL PROVIDE DELPHI WITH A CERTIFICATE OF INSURANCE EVIDENCING COMPLIANCE WITH THE LIMITS, INSURANCE REQUIREMENTS AND WAIVER OF SUBROGATION SET FORTH ABOVE. SUCH CERTIFICATE SHALL BE IN A FORM ACCEPTABLE TO, AND UNDERWRITTEN BY AN INSURANCE COMPANY REASONABLY SATISFACTORY TO DELPHI AND WITH AN A.M.BEST COMPANY RATING OF A- OR ABOVE. BY REQUIRING INSURANCE HEREIN, DELPHI DOES NOT REPRESENT THAT COVERAGE AND LIMITS WILL NECESSARILY BE ADEQUATE TO PROTECT CONTRACTOR. THE PURCHASE OF APPROPRIATE INSURANCE COVERAGE BY CONTRACTOR OR THE FURNISHING OF A CERTIFICATE OF INSURANCE SHALL NOT RELEASE CONTRACTOR FROM ITS RESPECTIVE OBLIGATIONS OR LIABILITIES UNDER THE AGREEMENT.

MAIL ABOVE TO THE BUYER OF RECORD NOTED AT THE BOTTOM OF
OF THE PURCHASING DOCUMENT.
(FAX, PHONE AND ADDRESS BE PROVIDED)

CONTRACTORS ARE ADVISED THAT THEIR EMPLOYEES MAY HAVE
THE POTENTIAL OF EXPOSURE TO WORKPLACE CHEMICALS.
CONCERNS REGARDING THIS MATTER CAN BE DIRECTED TO
DELPHI CORP ENGINEERING DEPT, CONTACT YOUR BUYER OF RECORD
FOR A LOCAL CONTACT NUMBER.

*****************************************************

# Speedline technologies

SPEEDLINE TECHNOLOGIES
16 FORGE PARK
FRANKLIN, MA 02038
USA

**REMIT TO:**
SPEEDLINE TECHNOLOGIES INC
P.O. BOX 90410
CHICAGO, IL 60696-0410
UNITED STATES

# INVOICE

| | |
|---|---|
| INVOICE: 0520277 | PAGE: 1 OF 4 |
| INVOICE DATE: 10/04/05 | ORDER DATE: 07/13/05 |
| SALES ORDER: 654175 | |
| FREIGHT TERMS: COLLECT | |
| FOB: ORIGIN | |
| PURCHASE ORDER: 450112937 | |
| SHIPPER NUMBER: 0520277210 | |

B  10052440
I  DELPHI DELCO ELECTRONICS SYS
L  ATTN MANUAL RECEIPT'S PROCESS
L  MS-A241/PO BOX 9005
  KOKOMO, IN 46904-9005
  UNITED STATES
T
O  Your VAT-ID: IN DP

S  10060499
H  DELPHI DELCO SYSTEMS
I  2033 EAST BOULEVARD
P  PLANT 9 RECEIVING
  KOKOMO, IN 46902
T  UNITED STATES
O

| TERMS: NET60 | DUE DATE 12/03/05 | SALESPERSON 500000018 50000025 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | CUSTOMER CONTACT | | | SHIP DATE 10/04/05 | SHIP VIA GUYER | | SHIPPERS REFERENCE 0942 | |
| LN | ITEM NUMBER | PART DESCRIPTION | | | UM | SHIPPED | BACKORDER | TAX | PRICE | NET PRICE |
| 1 | VC-13155 | Vectra Wavesoldering Sys tem | | | EA | 1.0 | 0.0 | yes | 152,807.00 | 152,807.00 |
| | | Lot/Serial Numbers Shipped: | | | | | | | | |
| | VC-13155 | Qty Expire Reference | | | | | | | | |
| | VC-13155 | 1.0 | | | | | | | | |
| | VC-13155 | | | | | | | | | |
| | OPTION | DESCRIPTION | | | | | | | | |
| | VC-13155 | | | | | ** Cont ** | | | | |
| | OP-BASE-VC | Vectra Base Machine | 1 | | | ** Cont ** | | | | |
| | VC-13155 | | | | | | | | | |
| | OP-RGDI-VC | Rigid Intermix Fingers | 1 | | | ** Cont ** | | | | |
| | VC-13155 | | | | | | | | | |
| | OP-FCLR-VC | Finger Cleaner System | 1 | | | ** Cont ** | | | | |
| | VC-13155 | | | | | | | | | |
| | OP-FMSK-VC | Finger Mask | 2 | | | ** Cont ** | | | | |
| | VC-13155 | | | | | | | | | |
| | OP-WACOVER-VC | Width Adjust Covers | 1 | | | ** Cont ** | | | | |
| | VC-13155 | | | | | | | | | |
| | OP-VHC-VC | Vecta Heater | 2 | | | ** Cont ** | | | | |
| | VC-13155 | | | | | | | | | |
| | OP-IR-VC | Infrared Heater | 1 | | | ** Cont ** | | | | |
| | VC-13155 | | | | | | | | | |
| | OP-TOPIR-VC | Top Infrared Heater | 2 | | | ** Cont ** | | | | |
| | VC-13155 | | | | | | | | | |
| | OP-LEADFREE-VC | Lead Free Capability | 1 | | | ** Cont ** | | | | |
| | VC-13155 | | | | | | | | | |
| | OP-N2OM-VC | Contour Omega Wave | 1 | | | ** Cont ** | | | | |

# ⑤ Speedline
### technologies

SPEEDLINE TECHNOLOGIES
16 FORGE PARK
FRANKLIN, MA 02038
USA

# INVOICE

| | | |
|---|---|---|
| INVOICE: 0520277 | | PAGE: 2 OF 4 |
| INVOICE DATE 10/04/05 | | ORDER DATE 07/13/05 |
| SALES ORDER 654175 | | |
| FREIGHT TERMS: COLLECT | | |
| FOR ORIGIN | | |
| PURCHASE ORDER 450112937 | | |
| SHIPPER NUMBER 0520277210 | | |

**REMIT TO:**
SPEEDLINE TECHNOLOGIES INC
P.O. BOX 90410
CHICAGO, IL 60696-0410
UNITED STATES

B  10052440
I   DELPHI DELCO ELECTRONICS SYS
L  ATTN MANUAL RECEIPTS PROCESS
L  MS-A241/PO BOX 9005
   KOKOMO, IN 46904-9005
T  UNITED STATES
O  Your VAT-ID: IN DP

S  10060499
H  DELPHI DELCO SYSTEMS
I   2033 EAST BOULEVARD
P  PLANT 9 RECEIVING
   KOKOMO, IN 46902
T  UNITED STATES
O

| TERMS: NET60 | | DUE DATE 12/03/05 | SALESPERSON 500000018 50000025 | | | | | | | SHIPPERS REFERENCE 0942 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | CUSTOMER CONTACT | | | SHIP DATE 10/04/05 | SHIP VIA GUYER | | |
| LN | ITEM NUMBER | PART DESCRIPTION | | | | UM | SHIPPED | BACKORDER | TAX | PRICE | NET PRICE |
| | VC-13155 | | | | | | ** Cont ** | | | | |
| | OP-UFN-VC | Ultrafill-N2 Nozzles | | 1 | | | ** Cont ** | | | | |
| | VC-13155 | | | | | | | | | | |
| | OP-N2ROT-VC | Nitrogen Roatary Chip Nozzle | | 1 | | | ** Cont ** | | | | |
| | VC-13155 | | | | | | | | | | |
| | OP-QC-VC | Quick Change Solder Pot | | 1 | | | ** Cont ** | | | | |
| | VC-13155 | | | | | | | | | | |
| | OP-NROLL-VC | Motorized Rollout/Jacking Stand | | 1 | | | ** Cont ** | | | | |
| | VC-13155 | | | | | | | | | | |
| | OP-WFEED-WS | Wire Feeder | | 1 | | | ** Cont ** | | | | |
| | VC-13155 | | | | | | | | | | |
| | OP-TOWER-WS | Light Tower | | 1 | | | ** Cont ** | | | | |
| | VC-13155 | | | | | | | | | | |
| | OP-STOPS-WS | Additional Rear E-Stops | | 1 | | | ** Cont ** | | | | |
| | VC-13155 | | | | | | | | | | |
| | OP-EPS-WS | Emergency Power Supply | | 1 | | | ** Cont ** | | | | |
| | VC-13155 | | | | | | | | | | |
| | OP-SMEMA-WS | SMEMA Interface | | 1 | | | ** Cont ** | | | | |
| | VC-13155 | | | | | | | | | | |
| | OP-MNLS-AS | English CD Manual | | 1 | | | ** Cont ** | | | | |
| | VC-13155 | MACHINE SPECIFICATION NOTES: | | | | | ** Cont ** | | | | |
| | VC-13155 | 480 Volts/60 Hertz - 3 Phase | | | | | ** Cont ** | | | | |
| | VC-13155 | LiV Finger Intermix Ratio | | | | | ** Cont ** | | | | |
| | VC-13155 | | | | | | ** Cont ** | | | | |

# Speedline technologies

SPEEDLINE TECHNOLOGIES
16 FORGE PARK
FRANKLIN, MA 02038
USA

**REMIT TO:**
SPEEDLINE TECHNOLOGIES INC
P.O. BOX 90410
CHICAGO, IL 60696-0410
UNITED STATES

## INVOICE

| | |
|---|---|
| INVOICE | PAGE: 3 OF 4 |
| 0520277 | |
| INVOICE DATE 10/04/05 | ORDER DATE 07/13/05 |
| SALES ORDER 654176 | |
| FREIGHT TERMS: COLLECT | |
| FOR ORIGIN | |
| PURCHASE ORDER 450112937 | |
| SHIPPER NUMBER 0520277210 | |

**B**
10052440
DELPHI DELCO ELECTRONICS SYS
ATTN MANUAL RECEIPT'S PROCESS
MS-A241/PO BOX 9005
KOKOMO, IN 46904-9005
UNITED STATES

**T O**  Your VAT-ID: IN DP

**S H P**
10060499
DELPHI DELCO SYSTEMS
2033 EAST BOULEVARD
PLANT 9 RECEIVING
KOKOMO, IN 46902
UNITED STATES

| TERMS: NET60 | DUE DATE 12/03/05 | SALESPERSON 50000018 50000025 | CUSTOMER CONTACT | | SHIP DATE 10/04/05 | BACKORDER | SHIP VIA GUYER | TAX | SHIPPERS REFERENCE 0942 | |
|---|---|---|---|---|---|---|---|---|---|---|
| LN | ITEM NUMBER  PART DESCRIPTION | | | UM | SHIPPED | | | | PRICE | NET PRICE |

1/16IN Board Thickness, 6.4 mm foot length
VC-13155                                         ** Cont **

Load Guides at board input
VC-13155                                         ** Cont **

Finger Mask Position- Fixed Rail-Both
VC-13155                                         ** Cont **

No Fluxer Required
VC-13155                                         ** Cont **

Zone 1: Vecta Preheater
VC-13155                                         ** Cont **

Zone 2: Vecta Preheater
VC-13155                                         ** Cont **

Zone 3: Infrared Preheater
VC-13155                                         ** Cont **

English Machine Manuals
VC-13155                                         ** Cont **

CUSTOMER Acceptance Required
VC-13155                                         ** Cont **

NOTE: Customer is planning to have 3rd party CO2 system installed at
VC-13155                                         ** Cont **

Candenton prior to ship.  To support this, replace standard main disconnect
VC-13155                                         ** Cont **

on machine with main disconnect with shunt.   (P/N 2-5009-420-00-0)
VC-13155                                         ** Cont **

VC-13155                                         ** Cont **

NOTE: Add Wire Feeder Spool Bracket

## Speedline technologies

SPEEDLINE TECHNOLOGIES
16 FORGE PARK
FRANKLIN, MA 02038
USA

**REMIT TO:**
SPEEDLINE TECHNOLOGIES INC
P.O. BOX 90410
CHICAGO, IL 60696-0410
UNITED STATES

# INVOICE

| | |
|---|---|
| PAGE | 4 OF 4 |
| INVOICE | 0520277 |
| ORDER DATE | 07/13/05 |
| INVOICE DATE | 10/04/05 |
| SALES ORDER | 654175 |
| FREIGHT TERMS | COLLECT |
| FOB | ORIGIN |
| PURCHASE ORDER | 450112937 |
| SHIPPER NUMBER | 0520277210 |

B 10052440
I DELPHI DELCO ELECTRONICS SYS
L ATTN MANUAL RECEIPT'S PROCESS
L MS-A241/PO BOX 9005
T KOKOMO, IN 46904-9005
O UNITED STATES

Your VAT-ID: IN DP

S 10060499
H DELPHI DELCO SYSTEMS
I 2033 EAST BOULEVARD
P PLANT 9 RECEIVING
T KOKOMO, IN 46902
O UNITED STATES

| TERMS: NET60 | DUE DATE 12/03/05 | SALESPERSON 50000018 50000025 | | | | | |
|---|---|---|---|---|---|---|---|
| LN | ITEM NUMBER | PART DESCRIPTION | SHIP DATE 10/04/05 | SHIP VIA GUYER | | SHIPPER'S REFERENCE 0942 | |
| | | | SHIPPED | BACKORDER | TAX | PRICE | NET PRICE |
| | VC-13155 | ** Cont ** | | | | | |

| | DISCOUNT | TAX | OTHER (SEE BELOW) | TOTAL |
|---|---|---|---|---|
| SUB TOTAL | 0.00 | 0.00 | 0.00 | 152,807.00 |
| 152,807.00 | | | TOTAL DUE: | 152,807.00 CURRENCY: USD |

SPECIAL INSTRUCTIONS

PURCHASE CONTACT:  GREG DRAKE
PHONE #:  765-451-2019
FAX #:  765-451-5750

ENGINEER CONTACT:  STU LONGGOOD
PHONE #:  765-451-0394
FAX #:  765-451-0542

TRAFFIC CONTACT:  GUYER THE MOVER
PHONE NO:  765-457-6197

PAYMENT TERMS:  PAYMENT SETTLED ON 2ND, 2ND MONTH

# Speedline technologies

SPEEDLINE TECHNOLOGIES
16 FORGE PARK
FRANKLIN, MA 02038
USA

**REMIT TO:**
SPEEDLINE TECHNOLOGIES INC
P.O. BOX 90410
CHICAGO, IL 60696-0410
UNITED STATES

# INVOICE

| | |
|---|---|
| INVOICE 0520411 | PAGE 1 of 1 |
| INVOICE DATE 10/05/05 | ORDER DATE 07/13/05 |
| SALES ORDER 654175 | |
| FREIGHT TERMS: COLLECT | |
| FOR ORIGIN | |
| PURCHASE ORDER 4501112937 | |
| SHIPPER NUMBER 0520277210 | |

B  10052440
I   DELPHI DELCO ELECTRONICS SYS
L   ATTN MANUAL RECEIPT'S PROCESS
L   MS-A241/PO BOX 9005
    KOKOMO, IN 46904-9005
    UNITED STATES
T
O   Your VAT-ID: IN DP

S  10060499
H  DELPHI DELCO SYSTEMS
I  2033 EAST BOULEVARD
P  PLANT 9 RECEIVING
   KOKOMO, IN 46902
   UNITED STATES
T
O

| TERMS: NET60 | DUE DATE 12/04/05 | SALESPERSON 50000018 50000025 | CUSTOMER CONTACT | | SHIP DATE 10/04/05 | SHIP VIA GUYER | | SHIPPERS REFERENCE 0942 | |
|---|---|---|---|---|---|---|---|---|---|
| LN | ITEM NUMBER | PART/DESCRIPTION | UM | SHIPPED | BACKORDER | TAX | PRICE | OTHER (SEE BELOW) | NET PRICE |
| 2 | NSR45634072 NSR45634072 OPTIMA FLUXER | OPTIMA FLUXER | EA | 1.0 ** Cont ** | 0.0 yes | | 36,048.00 | | 36,048.00 |
| | OPTIMA FLUXER WITH DUAL FLUX OPTION MOUNTED IN EXTERNAL CABINET | | | | | | | | |
| 3 | MANUAL-VECTRA | SALES ORDER MANUAL VECTRA | EA | 1.0 ** Cont ** | 0.0 yes | | 150.00 | | 150.00 |
| | MANUAL-VECTRA MANUAL-VECTRA | | | ** Cont ** ** Cont ** | | | | | |
| | One (1) CD-ROM manual set in electronic format | | | | | | | | |

| | | SUBTOTAL | DISCOUNT | TAX | OTHER (SEE BELOW) | TOTAL |
|---|---|---|---|---|---|---|
| | | 36,198.00 | 0.00 | 0.00 | 0.00 | 36,198.00 |

TOTAL DUE:    36,198.00
- - - - - - - - - - - - - - -
CURRENCY:USD

**SPECIAL INSTRUCTIONS:**

PURCHASE CONTACT:  GREG DRAKE
PHONE #:           765-451-2019
FAX #:             765-451-5750

ENGINEER CONTACT:  STU LONGGOOD
PHONE #:           765-451-0394
FAX #:             765-451-0542

TRAFFIC CONTACT:   GUYER THE MOVER
PHONE NO:          765-457-6197

PAYMENT TERMS:  PAYMENT SETTLED ON 2ND, 2ND MONTH

 **Christopher Matthew**
10/25/2005 11:30 AM

To: Shmuel Vasser/NewYork/EALaw@EALAW
cc:
Subject: delivery confirmation

----- Forwarded by Christopher Matthew/NewYork/EALaw on 10/25/2005 11:30 AM -----

 **"Luce,Charles"**
<charles_luce@shipm
ercury.com>
10/20/2005 04:19 PM

To: <CMATTHEW@EDWARDSANGELL.COM>,
     <NYMAILROOM@EDWARDSANGELL.COM>
cc:
Subject: delivery confirmation

```
CMATTHEW@EDWARDSANGELL.COM;NYMAILROOM@EDWARDSANGELL.COM; Letter
Account Number: 55555
Sender: CHRISTOPHER MATTHEW
Reference: 50460.0001.3069
Tracking Number: 55555051019173706
Delivered to: J.CANAN
Delivery Date: 10/20/2005 Delivery Time: 08:32AM
Shipdate: 10/19/2005
Recipient: ALLISON VERDERBER HERRIOTT, ESQ.
Company: SKADDEN, ARPS, SLATE, MEAGHER & FLO
Address: 333 WEST WACKER DRIVE
City: CHICAGO
State:IL
Zip Code: 60606
```

 **Christopher Matthew**
10/25/2005 11:31 AM

To: Shmuel Vasser/NewYork/EALaw@EALAW
cc:
Subject: delivery confirmation

----- Forwarded by Christopher Matthew/NewYork/EALaw on 10/25/2005 11:31 AM -----

 **"Luce,Charles"**
<charles_luce@shipm
ercury.com>
10/20/2005 04:20 PM

To: <CMATTHEW@EDWARDSANGELL.COM>,
<NYMAILROOM@EDWARDSANGELL.COM>
cc:
Subject: delivery confirmation

```
CMATTHEW@EDWARDSANGELL.COM;NYMAILROOM@EDWARDSANGELL.COM; Letter
Account Number: 55555
Sender: CHRISTOPHER MATTHEW
Reference: 50460.0001.3069
Tracking Number: 55555051019173956
Delivered to: M.CRAWFORD
Delivery Date: 10/20/2005 Delivery Time: 10:30AM
Shipdate: 10/19/2005
Recipient: THOMAS J. MATZ, ESQ.
Company: SKADDEN, ARPS, SLATE, MEAGHER & FLO
Address: FOUR TIMES SQUARE
City: NEW YORK
State:NY
Zip Code: 10036
```

APR/11/2006/TUE 10:21 AM                                                     P. 004

## GUYER, THE MOVER, INC.

**304 EAST 6TH STREET**
**PERU, INDIANA 46970**
PHONE: 800-382-0605
DISPATCH: 800-783-8268
FAX: 765-472-1784

US DOT# 125443

**Uniform Straight Bill of Lading**
Original-Not Negotiable

**N⁰ 12555**

11-334
DATE OF P/U: _10/4/05_

PO/REF #: _____

PREPAID AMT: $ _____

COD AMT DUE: $ _____

Carrier received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper,
if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; from

SHIPPER/CONSIGNOR: _Speedline Electrovert_
(warehouse), as Agent for the Shipper/Consignor Where Name and Address is Shown Below

**STREET ADDRESS:** _____

**CITY, STATE, ZIP:** _Camdenton, Mo_

**CONTACT/PHONES:** _____

the property described below, in apparent good order, except as noted (contents & condition of contents of packages unknown) marked, consigned, and described as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on route to destination. Every service to be performed hereunder shall be subject to the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof which are hereby agreed to by the shipper and accepted for himself and his consignee. Carrier acknowledges that (warehouse), as agent for disclosed shipper/consignee, has no liability for payment of freight or any other charges and the transportation contract evidenced by this Bill of Lading is between the carrier and the designated shipper/consignor.

**SHIPPER SIGNATURE/DATE:** _____

**DRIVER SIG & DATE @ ORIGIN:** _Alan Miller_

| Hdlg.Units#Type | # of pce. | Item Description, Special Marks & Exceptions* | WT* |
|---|---|---|---|
| 1 Skid | | Vectra Wavesolder System | 5350 |
| 1 | | Cabinet Buider | 240 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Air 46 | | | |
| | | | |
| | | | |
| | | | |

*subject to correction

**DELIVER / CONSIGNED TO:** _Delphi Delco_
**ADDRESS:** _2033 E Boulevard_
**CITY, STATE, ZIP:** _Kokomo, In 46902_
**CONTACT/PHONE:** _____
**CONSIGNEE SIGNATURE/DATE:** _Kennie Sagaroee   10-5-05_
**DELV DRIVER SIGNATURE:** _Alan Miller_

The agreed or declared value for the property is specifically stated by the shipper to be not exceeding $.60 per lb. per article.
NOTE: (2) Liability Limitation of or loss or damage on this shipment may be applicable. See 49 U.S.C 14706(c)(1)(A) and (B)
NOTE (3) Commodities requiring special or additional care or attention in handling or stowing must be so marked and packages as to ensure safe transportation with ordinary care. See Sec.2(e) or NMFC Item 360

04/11/2006 TUE 10:17   [JOB NO. 5288]   ☑004

APR/11/2006/TUE 10:21 AM                                                                      P. 003

ECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Shipping Order.    BY TRUCK ☐    FREIGHT ☐

he property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract e meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as o each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of ns Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. hipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed by the shipper and accepted for himself and his assigns.

| rom | **SPEEDLINE ELECTROVERT** | DATE | SHIPPER'S NO. |
|---|---|---|---|
| | CAMDENTON, MO 65020 | 10-04-05 | 0942 |

┌ DELPHI DELCO SYSTEMS
   2033 EAST BOULEVARD
   PLANT 9 RECEIVING
   KOKOMC, IN 46902 ┘

CONSIGNEE
AND
DESTINATION

| CARRIER | CARRIER'S NO. |
|---|---|
| BY | |
| GUYER THE MOVER | |
| ROUTE | DELIVERING CARRIER |
| SO# 05475 | PO# 45012937 |
| CAR OR VEHICLE | |
| INITIALS & NO. | |

| NO. PACKAGES | ⋆ HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | ERG | WEIGHT (SUBJECT TO COR.) | CLASS OR RATE | ✓ | |
|---|---|---|---|---|---|---|---|
| | | SKIDDED VECTRA WAVESOLDER SYSTEM | | | | | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | 301"X 79"X 88" @ | | 5350LBS. | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| 1 | | FULYER CABINET | | | | | _____ (Signature of consignor) |
| | | 55" X 38" x 58" | | 240LBS. | | | If charges are to be prepaid, write or stamp here "To be Prepaid." COLLECT |
| | | CONTACT: STU LOGGOOD | | | | | Received $ to apply in prepayment of the charges on the property described hereon. |
| | | 765-451-0394 | | | | | Agent or Cashier |
| | | | | SAGARS&C | | | Per _____ (The signature here acknowledges only the amount prepaid.) |

| PLACARDS SUPPLIED    ☐ YES  ☐ NO | DRIVER'S SIGNATURE | EMERGENCY RESPONSE PHONE NO. | Charges Advanced: |

SHIPPERS CERTIFICATION: This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.
SIGNATURE _Judy Killinger_    TITLE _Logistics Mgr._    $ _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight".
† Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
Note—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

| THIS SHIPMENT IS CORRECTLY DESCRIBED. | *The blue boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of the Consolidated Freight Classification. | | C.O.D. SHIPMENT |
|---|---|---|---|
| | | | C.O.D. Amt _____ : |
| CORRECT WEIGHT is _____    LBS. | Per _____ | Shipper | Collection Fee _____ : |
| | | | Total Charges _____ : |

**SPEEDLINE ELECTROVERT**    Shipper, Per _____Glenn Miller_____    Agent must detach and retain this Shipping
PO BOX 700, HWY. 5 S., CAMDENTON, MO 65020                              Order and must sign the Original Bill of Lading.

Permanent post-office address of shipper                                                          2

4-11-06 . . .

Mike requested this POD & said to just
fax it to you.

01/12/05  TUE 09:38 FAX 765 451 2049          PURCHASING                            ☑001

# DELPHI  *K. Fravlich*          508. 590. 0309

Delphi Electronics and Safety

Page  1  of 7

| Buyer: |
| --- |
| **DELPHI**<br>**ELECTRONICS & SAFETY**<br>P.O. Box 9005<br>KOKOMO IN 46904-9005 |

| Deliver to: |
| --- |
| PROTO LAB PLANT 9<br>Attention: Jana Royal<br>2033 E. BOULEVARD<br>KOKOMO IN 46902 |

SPEEDLINE TECHNOLOGIES INC
16 FORGE PARK
FRANKLIN MA 02038-3157

**Purchase Order**

| PO Number | Date Issued |
| --- | --- |
| 450112937 | 08-Jul-2005 |
| Version | |
| 09-Jul-2005 02:20:10 EST | |

Delivery date:   30-SEP-2005

| Vendor No:  1002870 |
| --- |
| DUNS No:   183112879 |

| Payment Terms | Currency   USD |
| --- | --- |
| Payment settled on 2nd, 2nd Month | |

Incoterms   FOB - Freight Collect

√ Invoice  OS2077   $152, 807 00

√ Invoice  OS20451   36,198 00

| Item No. | Material No/Item Identifier No. | Total Order Quantity | Plant |
| --- | --- | --- | --- |
| | Description | | Requester |
| 00010 | PR10179694 00010 | 1.000 | DAHQ DELPHI D HEADQUARTERS |
| | **WAVE SOLDER SYSTEM**<br>ELECTROVERT VECTRA WAVE SOLDER SYSTEM<br>INCLUDING OPTIONS:<br>480V/60HZ,L/R,INTERMIX RIGID FINGERS<br>.56/6.4MM (L.LVL)FINGER CLEANER,FINGER<br>MASK FB,WIDTH ADJUST LEAD SCREW COVERS,<br>LOAD END OPTION2,ZONE 1 VEC-BOTTOM/R-TOP,<br>ZONE 2 VEC-BOTTOM/R-TOP,ZONE 3 LR,OPTIMA<br>FLUXER W/DUAL SUPPLY IN EXTERNAL CABINET,<br>N2,ULTRAFILL-N2,SOLDER WIRE FEEDER W/SOLDER<br>LEVEL SENSOR,QUICK CHANGE SOLDER POT W/SS<br>MATERIALS,STATUS LIGHT TOWER,2 REAR E-STOPS,<br>EMERGENCY POWER SUPPLY,SMEMA INTERFACE,<br>ENGLISH LANG,I EXTRA CD ROM MANUAL,DELPHI<br>STD WARRANTY<br>DOCUMNET 59 #384<br>STUART LONGGOOD (765)451-0394<br>PR449757<br>6F-007013<br>Warranty:  18 months parts adn labor | LONGGOOD S | |

| Purchasing Contact: Drake, Greg | Contact Address: |
| --- | --- |
| Phone:  765-451-2019 | Delphi E & S<br>One Corporate Center MS:CTLLM,<br>KOKOMO IN 46902 |
| Fax:  765-451-5750 | |

Date and Time Printed:  09-Jul-2005 02:20:10 EST

# DELPHI

Delphi Electronics and Safety

Page 2 of 7

| SPEEDLINE TECHNOLOGIES INC<br>16 FORGE PARK<br>FRANKLIN MA 02038-3157 | Purchase Order |
|---|---|

| Purchase Order | |
|---|---|
| PO Number<br>450112937<br>Version<br>09-Jul-2005 02:20:10 EST | Date Issued<br>08-Jul-2005 |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 30-SEP-2005 | 1.000 | 189,005.00 | 1 | EA | 189,005.00 |
| Net Line Item Value | | | | USD | 189,005.00 |

| Total net value | USD | 189,005.00 |
|---|---|---|

**Notes:**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposeswill be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
\* PAYMENT ISSUES AND QUESTIONS REGARDING SHIPPED \*
\* MATERIAL SHOULD BE DIRECTED TO:                 \*
\* DISBURSEMENT SERVICES AT (248)874-4636. (A2) \*
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
DO NOT INVOICE FOR SHIPPED MATERIAL. DELPHI E&S IS
'PAY ON RECEIPT' AND INVOICES ARE NOT REQUIRED.

INVOICES ARE REQUIRED AND MUST BE SUBMITTED FOR
SERVICES AND ITEMS WHICH ARE NOT SHIPPED.

PLEASE SUBMIT THESE TO:
DELPHI DELCO ELECTRONICS CORP
ATTN: MANUAL RECEIPTS PROCESSING MS-9A241
P O BOX 9005
KOKOMO, IN 46904-9005

\*\*\*CALIFORNIA SHIPMENTS\*\*\* - DELPHI-E&S DOES NOT
HAVE A DIRECT PAYMENT PERMIT IN CALIFORNIA.
DELCO ELECTRONICS CORP DOES HAVE DIRECT PAY
PERMITS IN INDIANA,
MICHIGAN, TEXAS AND WISCONSIN.

# DELPHI

Delphi Electronics and Safety

Page  3  of 7

SPEEDLINE TECHNOLOGIES INC
16 FORGE PARK
FRANKLIN MA  02038-3157

**Purchase Order**

PO Number
450112937
Version
09-Jul-2005  02:20:10  EST

Date Issued
08-Jul-2005

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|----------|-------------------------------|---------------------|-------|
| | Description | | Requester |

**Notes Continued:**

YOU MUST PLACE THE FOLLOWING ON YOUR PACKING SLIP:
- PURCHASE ORDER (ONLY ONE PURCHASE ORDER NUMBER PER PACKING SLIP)
- DELPHI-E&S "ITEM (IDENTIFICATION NUMBER (ID)" FROM PURCHASE ORDER FOR EACH DELIVERED ITEM
- LIST DELPHI-E&S DESCRIPTION PER PURCHASE ORDER FOR EACH LINE ITEM DELIVERED FOLLOWED BY YOUR DESCRIPTION IF DESIRED.
- EQUIPMENT SERIAL NUMBER(S)
- - - - - - - - - - - - - - - - - - -
ADDITIONAL PACKING SLIP INFORMATION:
- EACH BOX/CRATE MUST CONTAIN A COMPLETE PACKING SLIP FOR THE ENTIRE DELIVERY
- HIGHLIGHT ON THE PACKING SLIP THE APPLICABLE PURCHASE ORDER ITEM IDENTIFICATION NUMBER FOR EACH ITEM LOCATED IN THE BOX/CRATE
- PACKING SLIP MUST BE ENCLOSED IN A CLEAR PLASTIC ENVELOPE AND AFFIXED TO THE OUTSIDE (WITH A COPY INSIDE) OF EACH BOX/CRATE.
************************************************
ROUTING: REFER TO ROUTING LETTER DATED 02/13/03 FOR INSTRUCTIONS. CALL DELPHI E&S TRANSFORATION AT (765)451-4078 OR -4079 FOR ADDITIONAL INFORMATION. FREIGHT TERMS ARE "FOB ORIGIN,FREIGHT COLLECT". BUYER WILL ONLY PAY FREIGHT CHARGES IF THE SELLER USES THE BUYER SELECTED CARRIER AND SHIPS COLLECT. THE SELLER AGREES TO PAY ALL FREIGHT INVOICES WHEN SELLER DEVIATES FROM BUYER SPECIFIED CARRIER WITHOUT PRIOR APPROVAL FROM DELPHI E&S TRANSPORTATION.

************************************************

*******************
Delphi requires 100% on time delivery performance from suppliers. If you anticipate problems in delivering materials and/or completing services by the date specified on the Buyer's purchase order, the Delphi Buyer should be notified immediately.
*******************

*******************
CHANGES IN SPECIFICATIONS AFFECTING PRICE AND/OR LEADTIME, WHETHER INITIATED BY SUPPLIER OR DELPHI DELCO ELECTRONICS CORP MUST NOT BE MADE WITHOUT PRIOR APPROVAL BY DELPHI PURCHASING VIA A PURCHASE ORDER AMENDMENT.  ANY CHANGES IN DELIVERY DATE FOR ANY REASON WHATSOEVER WILL BE REPORTED PROMPTLY IN WRITING TO THE BUYER WITH DETAILED EXPLANATION.
************************************************

# DELPHI

Delphi Electronics and Safety

Page  4  of  7

| | |
|---|---|
| SPEEDLINE TECHNOLOGIES INC<br>16 FORGE PARK<br>FRANKLIN MA 02038-3157 | **Purchase Order**<br><br>PO Number<br>450112937<br>Version<br>09-Jul-2005  02:20:10  EST | Date Issued<br>08-Jul-2005 |

| Item No. | Material No/Item Identifier No<br>Description | Total Order Quantity | Plant<br>Requester | |
|---|---|---|---|---|

**Notes Continued:**

```
*******************************************
```
IN ADDITION TO THE REQUIREMENTS SPECIFIED, THE
EQUIPMENT MUST COMPLY WITH DELPHI DELCO ELECTRONICS
CORP'S EQUIPMENT APPROVALS PROCEDURE AND ONE OF THE
FOLLOWING STANDARDS ASSIGNED BY THE DELPHI-E&S
EQUIPMENT APPROVALS OFFICE: A) STANDARD INDUSTRIAL
EQUIPMENT SPECIFICATION,OR, B) CUSTOM INDUSTRIAL
EQUIPMENT SPECIFICATION.
```
*******************************************
```

```
*******************************************
```
IF THIS SHIPMENT REQUIRES AN AIR-RIDE OR PADDED VAN
TO INSURE ITS SAFETY, ROUTE VIA NORTH AMERICAN VAN
LINES. ARRANGE ALL DETAILS THROUGH GUYER THE MOVER
(765) 457-6197 OR 800-783-8268.
```
*******************************************
```

```
*******************************************
```
Calibration Service Requirements:
1. QS9000 registration requires Delphi  to use inspection / test laboratory suppliers that have ISO/IEC Guide 25 (or ISO/IEC 17025) accreditation. The OEM may be used whenever an accredited source cannot be found.
2. Calibration Services on Delphi equipment shall be performed to original manufacturer's specification. If such specification is not available, equivalent reference standards (e.g. BS, ISO, JIS, and DIN) shall be used.
3. All test/measurement instruments used to calibrate Delphi equipment shall be traceable to National/International Standards (e.g. NIST, NML, NPT, ETL, and NRC).
4. If calibration standard is found to be out of tolerance, upon re-calibration of the standard, the supplier shall determine validity of previous measurements made on Delphi equipment and shall provide for immediate re-calibration of all affected equipment when necessary.
5. The supplier shall provide calibration report for every piece of equipment calibrated. The report shall include the following:
A) Type of Equipment
B) Identification number of equipment
C) Identification number of calibration standard
D) Traceability information of calibration standard
E) Check method of calibration activity (e.g. reference manual description of equipment or equivalent)
F) Calibration results stating:
F1. Test Items
F2. Measured values as received
F3. Measured values after adjustment (if adjustment were made)
F4. Acceptance Criteria
G) Statement of conformance to specification after calibrations:
H) Name of person responsible for the calibration
I) Date of the calibration
6. Calibration sticker shall be affixed on all Delphi's equipment that is calibrated. The information shall contain the date of calibration, identification number of

# DELPHI

Delphi Electronics and Safety

Page  5  of  7

SPEEDLINE TECHNOLOGIES INC
16 FORGE PARK
FRANKLIN MA 02038-3157

**Purchase Order**

| PO Number | Date Issued |
|---|---|
| 450112937 | 08-Jul-2005 |
| Version | |
| 09-Jul-2005  02:20:10  EST | |

| Item No.  Material No/Item Identifier No  Total Order Quantity  Plant |
|---|
| Description                                                Requestor |

**Notes Continued:**
equipment or calibration reference number.
7. Any variation from the above requirements for approval to repair equipment, which cannot be calibrated, must have written approval from the buyer.
**************************

****************************************************
A PROPERLY COMPLETED CERTIFICATE OF ORIGIN,
NAFTA CERTIFICATE WHERE APPLICABLE (CUSTOMS FORM 434)
AND A MANUFACTURERS AFFIDAVIT STATING THE COUNTRY OF
ORIGIN BE INCLUDED WITH THE SHIPPING DOCUMENTS FOR
THE MATERIAL ON THIS PURCHASE ORDER.          (NT)
****************************************************

****************************************************
WARRANTY AND SPARE PARTS INSTRUCTIONS
**********
PRIOR TO THE SHIPPING OF EQUIPMENT TO DELPHI DELCO
ELECTRONICS SYSTEMS YOU MUST "ELECTRONICALLY" PROVIDE
THE FOLLOWING INFORMATION FOR EACH PIECE OF EQUIPMENT
TO THE INDIVIDUALS LISTED:
-PURCHASE ORDER NUMBER
-EQUIPMENT DESCRIPTION (S) & MODEL NUMBER (S).
IF APPLICABLE
-EQUIPMENT SERIAL NUMBER (S)
-LIST OF RECOMMENDED SPARE PARTS INCLUDING:
SPARE PARTS DESCRIPTIONS, OEM SPARE PART NUMBERS
OEM SPARE PART NUMBERS, SPARE PART PRICES, AND
SPARE PART PRICING EXPIRATION DATE.
-DESIGNATE WHICH PARTS ARE CONSIDERED "CONSUMABLE" VERSUS
THOSE COVERED UNDER WARRANTY

-EQUIPMENT WARRANTY PERIOD
-EQUIPMENT WARRANTY START DATE
ELECTRONICALLY TRANSMIT THIS INFORMATION TO THE FOLLOWING INDIVIDUALS:
THOMAS.D.RIGLE@DELPHI.COM
MIKE.SALYERS@SETECHUSA.COM
REQUESTOR (WHO ORDERED), AS IDENTIFIED ON THE PURCHASE ORDER.
FAILURE TO PROVIDE THIS INFORMATION AT TIME OF SHIPMENT MAY NEGATIVELY IMPACT PAYMENT PROCESSING.
****************************************************

****************************************************THE  ULTIMATE DESTINATION OF THE MATERIAL ON THIS PURCHASE
ORDER IS MEXICO.
****************************************************

# DELPHI

Delphi Electronics and Safety

Page 6 of 7

SPEEDLINE TECHNOLOGIES INC
16 FORGE PARK
FRANKLIN MA 02038-3157

**Purchase Order**

PO Number
450112937
Version
09-Jul-2005 02:20:10 EST

Date Issued
08-Jul-2005

| Item No. Material No/Item Identifier No. Total Order Quantity Plant | | | |
| Description | | Requester | |

**Notes Continued:**

IMPORTANT NOTICE TO SUPPLIERS:
PLEASE COMPLY STRICTLY WITH DELPHI'S ENVIRONMENTAL REQUIREMENTS AS STATED IN THE ENVIRONMENTAL REQUIREMENTS FOR CONTRACTORS / SUPPLIERS / VENDORS. A COPY OF THE ENVIRONMENTAL REQUIREMENTS IS AVAILABLE UPON WRITTEN REQUEST TO THE BUYER.
*******************************************************************

Delphi requires 100% on time delivery performance from suppliers. If you anticipate problems in delivering materials and/or completing services by the date specified on the Buyer's purchase order, the Delphi Buyer should be notified immediately.
*******************************************************************

Restricted, toxic, and hazardous materials - Supplies are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing process. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

*******************

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
*******************

Supplier agrees to make deliveries according to the agreed upon delivery date(s), and to pay to Buyer liquidated damages amounting to 1.00% of the contract price per week, for each week (or part thereof) of any delay. Additional charges incurred by the supplier to achieve agreed upon delivery date are the supplier's responsibility and will not be reimbursed by Delphi.
*******************

*******************

CERTIFICATE OF INSURANCE GENERAL

CONTRACTOR SHALL OBTAIN AND MAINTAIN CONSISTENT WITH THE PROVISIONS OF THIS CONTRACT, AT ITS SOLE EXPENSE, THE FOLLOWING TYPES OF INSURANCE COVERAGE, TO REMAIN IN FORCE DURING THE TERM OF THIS CONTRACT, WITH MINIMUM LIMITS AS SET FORTH BELOW:
1.
COMMERCIAL GENERAL LIABILITY COVERING LIABILITY ARISING FROM PREMISES, OPERATIONS, INDEPENDENT CONTRACTORS, PRODUCTS - COMPLETED OPERATIONS, PERSONAL AND ADVERTISING INJURY, AND BLANKET CONTRACTUAL LIABILITY - US $5,000,000 EACH OCCURRENCE.
2.
BUSINESS AUTOMOBILE LIABILITY COVERING ALL OWNED, HIRED AND NON-OWNED VEHICLES - US $5,000,000 EACH OCCURRENCE, INCLUDING ALL APPLICABLE STATUTORY COVERAGES.
3.

INV C520277  I52807
S/o 68475          36198-

# DELPHI

Delphi Electronics and Safety

Page 7 of 7

---

SPEEDLINE TECHNOLOGIES INC
16 FORGE PARK
FRANKLIN MA 02038-3157

**Purchase Order**

PO Number                          Date Issued
450112937                          08-Jul-2005
Version
09-Jul-2005  02:20:10  EST

---

Item No.  Material No/Item Identifier No  Total Order Quantity  Plant
Description                                                     Requester

---

**Notes Continued**

WORKERS COMPENSATION - STATUTORY LIMITS FOR ALL STATES OF OPERATION.
4.
EMPLOYERS LIABILITY - US $1,000,000 EACH EMPLOYEE FOR BODILY INJURY BY ACCIDENT AND US $1,000,000 EACH EMPLOYEE FOR BODILY INJURY BY DISEASE.
5.
PROFESSIONAL/ERRORS AND OMISSIONS LIABILITY INSURANCE APPROPRIATE TO THE CONTRACTOR'S PROFESSION. COVERAGE SHOULD ALSO BE FOR A PROFESSIONAL ERROR, ACT OR OMISSION ARISING OUT OF THE SCOPE OF SERVICES SHOWN IN THIS CONTRACT - US $1,000,000 PER OCCURRENCE (ONLY IF PERFORMING CONSULTING ALONG WITH ACTUAL SITE WORK, IF NO CONSULTING, THIS PROVISION CAN BE DELETED)
ALL POLICIES OF INSURANCE PROCURED BY CONTRACTOR HEREIN SHALL BE WRITTEN AS PRIMARY POLICIES; NOT CONTRIBUTING WITH OR IN EXCESS OF COVERAGE THAT DELPHI MAY CARRY. IF CONTRACTOR'S LIABILITY POLICIES DO NOT CONTAIN THE STANDARD SEPARATION OF INSURED'S PROVISION, OR A SUBSTANTIALLY SIMILAR CLAUSE, THEY SHALL BE ENDORSED TO PROVIDE CROSS-LIABILITY COVERAGE CONTRACTOR SHALL AGREE TO WAIVE THEIR INSURER'S RIGHT SUBROGATION UNDER ITS POLICIES. DELPHI SHALL BE AN ADDITIONAL INSURED UNDER CONTRACTOR'S INSURANCE POLICY (EXCEPT WORKER'S COMPENSATION AND EMPLOYER'S LIABILITY). AND AT DELPHI'S REQUEST, CONTRACTOR SHALL PROVIDE DELPHI WITH A CERTIFICATE OF INSURANCE EVIDENCING COMPLIANCE WITH THE LIMITS, INSURANCE REQUIREMENTS AND WAIVER OF SUBROGATION SET FORTH ABOVE. SUCH CERTIFICATE SHALL BE IN A FORM ACCEPTABLE TO, AND UNDERWRITTEN BY AN INSURANCE COMPANY REASONABLY SATISFACTORY TO DELPHI AND WITH AN A.M.BEST COMPANY RATING OF A- OR ABOVE. BY REQUIRING INSURANCE HEREIN, DELPHI DOES NOT REPRESENT THAT COVERAGE AND LIMITS WILL NECESSARILY BE ADEQUATE TO PROTECT CONTRACTOR. THE PURCHASE OF APPROPRIATE INSURANCE COVERAGE BY CONTRACTOR OR THE FURNISHING OF A CERTIFICATE OF INSURANCE SHALL NOT RELEASE CONTRACTOR FROM ITS RESPECTIVE OBLIGATIONS OR LIABILITIES UNDER THE AGREEMENT.


MAIL ABOVE TO THE BUYER OF RECORD NOTED AT THE BOTTOM OF
OF THE PURCHASING DOCUMENT.
(FAX, PHONE AND ADDRESS BE PROVIDED)

CONTRACTORS ARE ADVISED THAT THEIR EMPLOYEES MAY HAVE
THE POTENTIAL OF EXPOSURE TO WORKPLACE CHEMICALS.
CONCERNS REGARDING THIS MATTER CAN BE DIRECTED TO
DELPHI CORP ENGINEERING DEPT. CONTACT YOUR BUYER OF RECORD
FOR A LOCAL CONTACT NUMBER.

*************************************************************

# Speedline technologies

SPEEDLINE TECHNOLOGIES
16 FORGE PARK
FRANKLIN, MA 02038
USA

**REMIT TO:**
SPEEDLINE TECHNOLOGIES INC
P.O. BOX 90410
CHICAGO, IL 60696-0410
UNITED STATES

# INVOICE

| | |
|---|---|
| INVOICE 0520277 | PAGE 1 OF 4 |
| INVOICE DATE 10/04/05 | ORDER DATE 07/13/05 |
| SALES ORDER 654175 | |
| FREIGHT TERMS: COLLECT | |
| FOB ORIGIN | |
| PURCHASE ORDER 450112937 | |
| SHIPPER NUMBER 0520277210 | |

**BILL TO:**
10052440
DELPHI DELCO ELECTRONICS SYS
ATTN MANUAL RECEIPTS PROCESS
MS-A241/PO BOX 9005
KOKOMO, IN 46904-9005
UNITED STATES
Your VAT-ID: IN DP

**SHIP TO:**
10060499
DELPHI DELCO SYSTEMS
2033 EAST BOULEVARD
PLANT RECEIVING
KOKOMO, IN 46902
UNITED STATES

CUSTOMER CONTACT:

SHIPPERS REFERENCE 0942

TERMS: NET60
DUE DATE 12/03/05
SALESPERSON 500000018 50000025

| LN | ITEM NUMBER | PART DESCRIPTION | Qty | UM | SHIPPED | BACKORDER | TAX | SHIP DATE 10/04/05 | SHIP VIA GUYER | PRICE | NET PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | VC-13155 | Vectra Wavesoldering System | 1.0 | EA | 1.0 | 0.0 | yes | | | 152,807.00 | 152,807.00 |

Lot/Serial Numbers Shipped:   Qty 1.0   Expire   Reference
VC-13155
VC-13155
VC-13155

OPTION   DESCRIPTION

| | ITEM NUMBER | DESCRIPTION | Qty | | | |
|---|---|---|---|---|---|---|
| | VC-13155 | | | | | |
| | OP-BASE-VC | Vectra Base Machine | 1 | | ** Cont ** | |
| | VC-13155 | | | | | |
| | OP-RGDI-VC | Rigid Intermix Fingers | 1 | | ** Cont ** | |
| | VC-13155 | | | | | |
| | OP-FCLR-VC | Finger Cleaner System | 1 | | ** Cont ** | |
| | VC-13155 | | | | | |
| | OP-FMSK-VC | Finger Mask | 2 | | ** Cont ** | |
| | VC-13155 | | | | | |
| | OP-WACOVER-VC | Width Adjust Covers | 1 | | ** Cont ** | |
| | VC-13155 | | | | | |
| | OP-VEC-VC | Vecta Heater | 2 | | ** Cont ** | |
| | VC-13155 | | | | | |
| | OP-IR-VC | Infrared Heater | 1 | | ** Cont ** | |
| | VC-13155 | | | | | |
| | OP-TOPIR-VC | Top Infrared Heater | 2 | | ** Cont ** | |
| | VC-13155 | | | | | |
| | OP-LEADFREE-VC | Lead Free Capability | 1 | | ** Cont ** | |
| | VC-13155 | | | | | |
| | OP-N2OM-VC | Contour Omega Wave | 1 | | ** Cont ** | |

# Speedline technologies

SPEEDLINE TECHNOLOGIES
16 FORGE PARK
FRANKLIN, MA 02038
USA

**REMIT TO:**
SPEEDLINE TECHNOLOGIES INC
P.O. BOX 90410
CHICAGO, IL 60696-0410
UNITED STATES

## INVOICE

| | |
|---|---|
| PAGE | 2 OF 4 |
| INVOICE | 0520277 |
| INVOICE DATE | 10/04/05 |
| ORDER DATE | 07/13/05 |
| SALES ORDER | 654175 |
| FREIGHT TERMS: | COLLECT |
| FOB | ORIGIN |
| PURCHASE ORDER | 450112937 |
| SHIPPER NUMBER | 0520277210 |

B I L L T O
10052440
DELPHI DELCO ELECTRONICS SYS
ATTN MANUAL RECEIPTS PROCESS
MS-A241/PO BOX 9005
KOKOMO IN 46904-9005
UNITED STATES
Your VAT-ID: IN DP

S H I P T O
10060499
DELPHI DELCO SYSTEMS
2033 EAST BOULEVARD
PLANT 9 RECEIVING
KOKOMO, IN 46902
UNITED STATES

| TERMS: NET60 | DUE DATE 12/03/05 | SALESPERSON 500000018 50000025 | | SHIPPERS REFERENCE 0942 |
|---|---|---|---|---|

| LN | ITEM NUMBER | PART DESCRIPTION | | CUSTOMER CONTACT | UM | SHIP DATE 10/04/05 SHIPPED | SHIP VIA GUYER BACKORDER TAX | PRICE | NET PRICE |
|---|---|---|---|---|---|---|---|---|---|
| | VC-13155 | | | | | | | | |
| OP-UFN-VC | | Ultrafill-N2 Nozzles | 1 | | | ** Cont ** | | | |
| | VC-13155 | | | | | | | | |
| OP-N2ROT-VC | | Nitrogen Roatary Chip Nozzle | 1 | | | ** Cont ** | | | |
| | VC-13155 | | | | | | | | |
| OP-QC-VC | | Quick Change Solder Pot | 1 | | | ** Cont ** | | | |
| | VC-13155 | | | | | | | | |
| OP-MROLL-VC | | Motorized Rollout/Jacking Stand | 1 | | | ** Cont ** | | | |
| | VC-13155 | | | | | | | | |
| OP-WFEED-WS | | Wire Feeder | 1 | | | ** Cont ** | | | |
| | VC-13155 | | | | | | | | |
| OP-TOWER-WS | | Light Tower | 1 | | | ** Cont ** | | | |
| | VC-13155 | | | | | | | | |
| OP-STOPS-WS | | Additional Rear E-Stops | 1 | | | ** Cont ** | | | |
| | VC-13155 | | | | | | | | |
| OP-EPS-WS | | Emergency Power Supply | 1 | | | ** Cont ** | | | |
| | VC-13155 | | | | | | | | |
| OP-SMEMA-WS | | SMEMA Interface | 1 | | | ** Cont ** | | | |
| | VC-13155 | | | | | | | | |
| OP-MNLS-AS | | English CD Manual | 1 | | | ** Cont ** | | | |
| | VC-13155 | | | | | | | | |
| MACHINE SPECIFICATION NOTES: | | | | | | ** Cont ** | | | |
| | VC-13155 | | | | | | | | |
| 480 Volts/60 Hertz - 3 Phase | | | | | | ** Cont ** | | | |
| | VC-13155 | | | | | | | | |
| LLV Finger Intermix Ratio | | | | | | ** Cont ** | | | |
| | VC-13155 | | | | | | | | |

# Speedline
### technologies

SPEEDLINE TECHNOLOGIES
16 FORGE PARK
FRANKLIN, MA 02038
USA

## INVOICE

| | |
|---|---|
| PAGE | 3 OF 4 |
| INVOICE | 0520277 |
| INVOICE DATE | 10/04/05 |
| ORDER DATE | 07/13/05 |
| SALES ORDER | 654175 |
| FREIGHT TERMS: | COLLECT |
| FOR | ORIGIN |
| PURCHASE ORDER | 450112937 |
| SHIPPER NUMBER | 0520277210 |

REMIT TO:
SPEEDLINE TECHNOLOGIES INC
P.O. BOX 90410
CHICAGO, IL 60696-0410
UNITED STATES

B  10052440
I  DELPHI DELCO ELECTRONICS SYS
L  ATTN MANUAL RECEIPTS PROCESS
L  MS-A241/PO BOX 9005
   KOKOMO, IN 46904-9005
   UNITED STATES
T
O  Your VAT-ID: IN DP

S  10060499
H  DELPHI DELCO SYSTEMS
I  2033 EAST BOULEVARD
P  PLANT 9 RECEIVING
   KOKOMO, IN 46902
T  UNITED STATES
O

| TERMS:<br>NET 60 | DUE DATE<br>12/03/05 | SALESPERSON<br>50000018 50000025 | | CUSTOMER CONTACT | | SHIP DATE<br>10/04/05 | SHIP VIA<br>GUYER | | SHIPPERS REFERENCE<br>0942 |
|---|---|---|---|---|---|---|---|---|---|
| LN | ITEM NUMBER | PART DESCRIPTION | | | UM | SHIPPED | BACKORDER | TAX | PRICE |
| | | | | | | | | | NET PRICE |

1/16IN Board Thickness, 6.4 mm foot length
  VC-13155
Load Guides at board input                                         ** Cont **
  VC-13155
Finger Mask Position- Fixed Rail-Both                              ** Cont **
  VC-13155
No Fluxer Required                                                 ** Cont **
  VC-13155
Zone 1: Vecta Preheater                                            ** Cont **
  VC-13155
Zone 2: Vecta Preheater                                            ** Cont **
  VC-13155
Zone 3: Infrared Preheater                                         ** Cont **
  VC-13155
English Machine Manuals                                            ** Cont **
  VC-13155
CUSTOMER Acceptance Required                                       ** Cont **
  VC-13155
NOTE: Customer is planning to have 3rd party CO2 system installed at
  VC-13155
Camdenton prior to ship.  To support this, replace standard main disconnect  ** Cont **
  VC-13155
on machine with main disconnect with shunt.  (P/N 2-5009-420-00-0)  ** Cont **
  VC-13155
  .                                                                ** Cont **
  VC-13155
NOTE: Add Wire Feeder Spool Bracket                                ** Cont **

# INVOICE

**Speedline technologies**

SPEEDLINE TECHNOLOGIES
16 FORGE PARK
FRANKLIN, MA 02038
USA

| | |
|---|---|
| PAGE | 4 OF 4 |
| INVOICE | 0520277 |
| ORDER DATE | 07/13/05 |
| INVOICE DATE | 10/04/05 |
| SALES ORDER | 654175 |
| FREIGHT TERMS: | COLLECT |
| FOB: | ORIGIN |
| PURCHASE ORDER | 450112937 |
| SHIPPER NUMBER | 0520277210 |

REMIT TO:
SPEEDLINE TECHNOLOGIES INC
P.O. BOX 90410
CHICAGO, IL 60696-0410
UNITED STATES

**B** 10052440
**I** DELPHI DELCO ELECTRONICS SYS
**L** ATTN MANUAL RECEIPTS PROCESS
**L** MS-A241/PO BOX 9005
   KOKOMO, IN 46904-9005
**T** UNITED STATES
**O** Your VAT-ID: IN DP

**S** 10060499
**H** DELPHI DELCO SYSTEMS
**I** 2033 EAST BOULEVARD
**P** PLANT 9 RECEIVING
   KOKOMO, IN 46902
**T** UNITED STATES
**O**

| TERMS: NET60 | DUE DATE 12/03/05 | SALESPERSON 500000018 50000025 |
|---|---|---|

| LN | ITEM NUMBER | PART DESCRIPTION | UM | SHIPPED | BACKORDER | TAX | PRICE | NET PRICE |
|---|---|---|---|---|---|---|---|---|
| | VC-13155 | | | ** Cont ** | | | | |

| | CUSTOMER CONTACT | | SHIP DATE 10/04/05 | SHIP VIA GUYER | | SHIPPERS REFERENCE 0942 | |
|---|---|---|---|---|---|---|---|

| SUB-TOTAL | DISCOUNT | TAX | OTHER (SEE BELOW) | TOTAL |
|---|---|---|---|---|
| 152,807.00 | 0.00 | 0.00 | 0.00 | 152,807.00 |

TOTAL DUE: 152,807.00
CURRENCY:USD

**SPECIAL INSTRUCTIONS**

PURCHASE CONTACT:   GREG DRAKE
PHONE #:            765-451-2019
FAX #:              765-451-5750

ENGINEER CONTACT:   STU LONGGOOD
PHONE #:            765-451-0394
FAX #:              765-451-0542

TRAFFIC CONTACT:    GUYER THE MOVER
PHONE NO:           765-457-6197

PAYMENT TERMS:   PAYMENT SETTLED ON 2ND, 2ND MONTH

## Speedline technologies

SPEEDLINE TECHNOLOGIES
16 FORGE PARK
FRANKLIN, MA 02038
USA

**REMIT TO:**
SPEEDLINE TECHNOLOGIES INC
P.O. BOX 90410
CHICAGO, IL 60696-0410
UNITED STATES

# INVOICE

| | |
|---|---|
| INVOICE | PAGE |
| 0520411 | 1 OF 1 |
| INVOICE DATE | ORDER DATE |
| 10/05/05 | 07/13/05 |
| SALES ORDER | |
| 654175 | |
| FREIGHT TERMS: | |
| COLLECT | |
| FOB | |
| ORIGIN | |
| PURCHASE ORDER | |
| 450112937 | |
| SHIPPER NUMBER | |
| 0520277210 | |

B  10052440
I  DELPHI DELCO ELECTRONICS SYS
L  ATTN MANUAL RECEIPTS PROCESS
L  MS-A241/PO BOX 9005
    KOKOMO, IN 46904-9005
    UNITED STATES
T
O  Your VAT-ID: IN DP

S  10060499
H  DELPHI DELCO SYSTEMS
I  2033 EAST BOULEVARD
P  PLANT 9 RECEIVING
    KOKOMO, IN 46902
T  UNITED STATES
O

| CUSTOMER CONTACT | | | | | SHIPPERS REFERENCE |
|---|---|---|---|---|---|
| | | | | | 0942 |

| TERMS: NET60 | DUE DATE 12/04/05 | SALESPERSON 50000018 50000025 | | | | | | |
|---|---|---|---|---|---|---|---|---|

| LN | ITEM/NUMBER PART/DESCRIPTION | SHIP DATE 10/04/05 | SHIP VIA GUYER | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | BACKORDER | TAX | UM | SHIPPED | PRICE | NET PRICE | |
| 2 | NSR45634072 NSR45634072 OPTIMA FLUXER | 0.0 yes | | EA | 1.0 ** Cont ** | 36,048.00 | 36,048.00 |
| | OPTIMA FLUXER WITH DUAL FLUX OPTION MOUNTED IN EXTERNAL CABINET | | | | | | |
| 3 | MANUAL-VECTRA SALES ORDER MANUAL VECTRA | 0.0 yes | | EA | 1.0 ** Cont ** | 150.00 | 150.00 |
| | MANUAL-VECTRA MANUAL-VECTRA | | | | ** Cont ** ** Cont ** | | |
| | One (1) CD-ROM manual set in electronic format | | | | | | |

| | DISCOUNT | TAX | OTHER (SEE BELOW) | TOTAL |
|---|---|---|---|---|
| SUBTOTAL 36,198.00 | 0.00 | 0.00 | 0.00 | 36,198.00 |

TOTAL DUE:   36,198.00
CURRENCY:USD

**SPECIAL INSTRUCTIONS**

PURCHASE CONTACT:   GREG DRAKE
PHONE #:            765-451-2019
FAX #:              765-451-5750

ENGINEER CONTACT:   STU LONGGOOD
PHONE #:            765-451-0394
FAX #:              765-451-0542

TRAFFIC CONTACT:    GUYER THE MOVER
PHONE NO:           765-457-6197

PAYMENT TERMS:   PAYMENT SETTLED ON 2ND, 2ND MONTH