# EDWARDS ANGELL PALMER & DODGE LLP

750 Lexington Avenue  New York, NY  10022   212.308.4411   *fax* 212.308.4844   eapdlaw.com

Shmuel Vasser
212.912.2843
*fax* 888.325.9177
svasser@eapdlaw.com

July 26, 2006

**VIA E-MAIL**

To All Parties on the annexed
 Master Service List

    Re:    Delphi Corporation, Jointly Administered Case No. 05-44481 (RDD)
             Speedline Technolgies, Inc.'s Reclamation Motion, Docket No. 4678; Errata Page

Enclosed please find clean and marked copies of corrected page 5 of the above referenced motion. Please substitute the correct page for the original one included in the motion.

Sincerely,

Shmuel Vasser

Enclosure

242497_1

BOSTON | FT. LAUDERDALE | HARTFORD | NEW YORK | PROVIDENCE | SHORT HILLS | STAMFORD | WEST PALM BEACH | WILMINGTON | LONDON

lists, on a consolidated basis, ~~assets of $19,14,188 and~~ liabilities of $19,124,188 and assets of $3,968,956.  (Docket No. 1854)

18.    The most recent financial statements filed by Delphi with the Securities and Exchange Commission are in accord.  Form 10-K for the period ending on December 31, 2005 ("Form 10-K"), list stockholders' deficit of $6.245 billion.  See  Form 10-K, at 96, attached as Exhibit H.

19.    Speedline, while being aware of news reports of Delphi's difficulties, was not aware of its insolvency.  Speedline did not review Delphi's filings with the Securities and Exchange Commission prior to the bankruptcy filing and did not receive any financial information from Delphi indicating its insolvency.[1]

C.    **Delphi's Secured Creditors are Over Secured**

20.    Delphi's Form 10-K discloses that as of June 14, 2005 Delphi has secured pre-petition debt of $2.5 billion.  See  Form 10-K, at 112, attached as Exhibit I.

21.    The Form 10-K also discloses that Delphi was authorized to borrow under the Amended DIP Credit Facility up to $2 billion.  On November 21, 2005 Delphi borrowed $250 million under this facility in addition to $7 million in outstanding letters of credit.  See  Form 10-K, at 110-112, attached as Exhibit J.

22.    There is no doubt that Delphi's secured creditors are over-secured whether one relies on the Form 10-K (listing assets in the amount of $17.023 billion), or the Summary of Schedules (listing assets in the amount of $3.968 billion).

---

[1]    Should Delphi dispute this statement of fact, a representative of Speedline will be present to testify on this issue.

5       DeltaView comparison of iManageDeskSite://172.16.16.18/NYC/241814/3 and iManageDeskSite://172.16.16.18/NYC/241814/4. Performed on 7/26/2006.

lists, on a consolidated basis, liabilities of $19,124,188 and assets of $3,968,956. (Docket No. 1854)

18.  The most recent financial statements filed by Delphi with the Securities and Exchange Commission are in accord. Form 10-K for the period ending on December 31, 2005 ("Form 10-K"), list stockholders' deficit of $6.245 billion. See Form 10-K, at 96, attached as Exhibit H.

19.  Speedline, while being aware of news reports of Delphi's difficulties, was not aware of its insolvency. Speedline did not review Delphi's filings with the Securities and Exchange Commission prior to the bankruptcy filing and did not receive any financial information from Delphi indicating its insolvency.[1]

C.  **Delphi's Secured Creditors are Over Secured**

20.  Delphi's Form 10-K discloses that as of June 14, 2005 Delphi has secured pre-petition debt of $2.5 billion. See Form 10-K, at 112, attached as Exhibit I.

21.  The Form 10-K also discloses that Delphi was authorized to borrow under the Amended DIP Credit Facility up to $2 billion. On November 21, 2005 Delphi borrowed $250 million under this facility in addition to $7 million in outstanding letters of credit. See Form 10-K, at 110-112, attached as Exhibit J.

22.  There is no doubt that Delphi's secured creditors are over-secured whether one relies on the Form 10-K (listing assets in the amount of $17.023 billion), or the Summary of Schedules (listing assets in the amount of $3.968 billion).

---

[1]  Should Delphi dispute this statement of fact, a representative of Speedline will be present to testify on this issue.

241814_4

| | |
|---|---|
| Shmuel Vasser (SV 7400)<br>Edwards Angell Palmer & Dodge LLP<br>750 Lexington Avenue, 8th Floor<br>New York, NY 10022-1200<br>212-308-4411 | **Hearing Date**: August 17, 2006<br>at 10:00 a.m.<br><br>**Objection Deadline**: August 10, 2006<br>at 5:00 p.m. |

*Counsel to Speedline Technologies, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ x
                                              :   Chapter 11
     In re:                       :
                                         :   Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,    :
                                         :   (Jointly Administered)
                Debtors.   :
                                         :
------------------------------------------------ x

## CERTIFICATE OF SERVICE

I, Shmuel Vasser, hereby certify that on July 26, 2006, I caused copies of clean and marked copies of corrected page 5 of Speedline Technologies Inc.'s Motion for Order Directing Return of Reclaimed Equipment or for Immediate Payment thereof, to be served on the attached Master Service List by e-mail, except for the office of the United States Trustee which was served by regular mail.

Dated: New York, New York
        July 26, 2006

                                                      EDWARDS ANGELL PALMER & DODGE LLP

                                                        */s/ Shmuel Vasser*
                                                        Shmuel Vasser (SV 7400)
                                                        750 Lexington Avenue, 8th Floor
                                                        New York, NY 10022
                                                        (212) 308-4411

To: all parties on the annexed
     Master Service List.

242448_2