UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

DELPHI CORPORATION, *et al*,

Debtors.

Case No. 05-44481 (RDD)
Chapter 11
(Jointly Administered)

## **MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, Celeste R. Gill, a member in good standing of the bar in the State of Michigan, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent the Michigan Department of Environmental Quality, a creditor and party in interest in the above-referenced case.

| | |
|---|---|
| Address: | Environment, Natural Resources, and Agriculture Division |
| | 6th Floor, Williams Building |
| | 525 West Ottawa Street |
| | P.O. Box 30755 |
| | Lansing, MI  48909 |
| Telephone No.: | (517) 373-7540 |
| E-Mail Address: | gillcr@michigan.gov |

I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.

/s/ Celeste R. Gill
Assistant Attorney General
Environment, Natural Resources,
and Agriculture Division
6th Floor, Williams Building
525 West Ottawa Street
Lansing, MI  48909
(517) 373-7540
E-mail Address:  gillcr@michigan.gov

Dated:  July 26, 2006

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

DELPHI CORPORATION, *et al*,

Debtors.

Case No. 05-44481 (RDD)
Chapter 11
(Jointly Administered)

**ORDER GRANTING CELESTE R. GILL**
**PERMISSION TO PRACTICE,** ***Pro Hac Vice***

ORDERED, that Celeste R. Gill, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

HONORABLE ROBERT D. DRAIN
United States Bankruptcy Judge