**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------X
```
In re:

                    **DELPHI CORPORATION, et al,**

            Delphi Mechatronic Systems, Inc
                                    Debtors.
```
-------------------------------------------------------------------X
```

In Proceedings For A
Reorganization Under
Chapter 11
Case No.: 05-44481
Jointly Administered
Case No.: 05-44567

<u>NOTICE RE PARTIAL TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)</u>

To: (Transferee)

Amroc Investments, LLC
535 Madison Avenue, 15th Floor
New York, New York 10022
Attention: David S. Leinwand, Esq.

A transfer in the amount of **$160,532.45** from:

Wamco, Inc. (Transferor)
c/o Akin Gump Strauss Hauer & Feld
2029 Century Park East, 24th Floor
Los Angeles, CA 90067
Attention: Peter J. Gurfein

is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.  Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                    Clerk of the Court
_____

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on
_____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

                        _____
                                Deputy Clerk