**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X
In re:                                        In Proceedings For A
                                              Reorganization Under
**DELPHI CORPORATION, et al,**                Chapter 11
                                              Case No.: 05-44481
                                              Jointly Administered
    Delphi Automotive Systems LLC             Case No.: 05-44640
                        Debtors.
---------------------------------------------------------------------X

NOTICE RE PARTIAL TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

        Amroc Investments, LLC
        535 Madison Avenue, 15th Floor
        New York, New York 10022
        Attention: David S. Leinwand, Esq.

A transfer in the amount of **$1,936,952.50** from:

        Wamco, Inc. (Transferor)
        c/o Akin Gump Strauss Hauer & Feld
        2029 Century Park East, 24th Floor
        Los Angeles, CA 90067
        Attention: Peter J. Gurfein

is acknowledged. By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim. Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                                                Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

                                                   _____
                                                         Deputy Clerk