UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE

DELPHI CORPORATION                                      Case No. 05-44481

    Debtor.
_____
James R. Scheuerle, P42932
Parmenter O'Toole
Attorneys for Port City Castings Corp.
175 West Apple
Muskegon MI 49443-0786
231.722.1621
_____

**PROOF OF SERVICE**

*DOCUMENT(S) SERVED:*

*Secured Proof of Claim in the amount of $100,551.70*

*PERSON(S) SERVED:*

Clerk (Delphi Corp. Claims)
United States Bankruptcy Court-So. Dist. Of NY
One Bowling Green, Room 534
New York NY 10004-1408

The undersigned certifies that a copy of the documents listed as served above were served upon the parties listed above at their respective address via UPS Overnight Delivery on the date below.

                          I declare that the statements above are true
                          to the best of my information, knowledge
                        and belief.

                          PARMENTER O'TOOLE

Date: July 27, 2006            By:   /s/ James R. Scheuerle
                                        James R. Scheuerle (P42932)
                                        Attorney for Port City Castings Corp.