UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE

DELPHI CORPORATION                                                                Case No. 05-44481

    Debtor.

_____

James R. Scheuerle, P42932
Parmenter O'Toole
Attorneys for Muskegon Castings Corp.
175 West Apple
Muskegon MI 49443-0786
231.722.1621

_____

## PROOF OF SERVICE

*DOCUMENT(S) SERVED:*

*Secured Proof of Claim in the amount of $48,161.52*

*PERSON(S) SERVED:*

Clerk (Delphi Corp. Claims)
United States Bankruptcy Court-So. Dist. Of NY
One Bowling Green, Room 534
New York NY 10004-1408

The undersigned certifies that a copy of the documents listed as served above were served upon the parties listed above at their respective address via UPS Overnight Delivery on the date below.

                                                                I declare that the statements above are true
                                                                to the best of my information, knowledge
                                                                and belief.

                                                               PARMENTER O'TOOLE

Date:  July 27, 2006                                  By:     /s/ James R. Scheuerle
                                                                 James R. Scheuerle (P42932)
                                                                 Attorney for Muskegon Castings Corp.