UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

IN RE:                                    In Re: Case No. 05-44481
DELPHI CORPORATION, ET AL,                Chapter 11 (Jointly Administered)

       Debtors
-----------------------------------------------------------------

## MOTION FOR ADMISSION TO PRACTICE, Pro Hac Vice

    I, David F. DuMouchel, a member in good standing of the bar in the State of Michigan, or the bar of the U.S. District Court for the Eastern District of Michigan, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Cathy Rozanski, a former officer/employee of Delphi, in the above referenced case.

My address is:    Butzel Long, 150 W. Jefferson, Suite 100, Detroit, MI  48226

E-mail address:    dumouchd@butzel.com

Telephone number:    (313) 225-7004

    I agree to pay the fee of $25 upon approval by the Court admitting me to practice *pro hac vice*.

Dated:  July 26, 2006    New York, New York    _____

857652

