Kevin T. Grzelak, (P48803)
Price Heneveld Cooper
  DeWitt & Litton, LLP
695 Kenmoor Avenue, S.E.
Post Office Box 2567
Grand Rapids, Michigan  49501
(616) 949-9610
Intellectual Property Counsel
  To Debtors


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 05-44481-RDD |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Chapter 11 |

**SECOND INTERIM APPLICATION FOR APPROVAL OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF PRICE, HENEVELD,
COOPER, DEWITT & LITTON, LLP, INTELLECTUAL
PROPERTY COUNSEL TO DEBTORS, FOR
SERVICES RENDERED AND BILLED FROM
OCTOBER 9, 2005, THROUGH MAY 31, 2006**

Price, Heneveld, Cooper, DeWitt & Litton, LLP (the "Applicant" or

"Price, Heneveld"), Intellectual Property Counsel, Chapter 11 Professionals

to Delphi Corporation and certain of its subsidiaries and affiliates, debtors

and debtors-in-possession in the above-captioned case (collectively, the

"Debtors"),  submits its second interim application (the "Interim

Application") seeking interim allowance and payment of compensation

and reimbursement of expenses under 11 U.S.C. §§ 330 and 331 for the

period from October 9, 2005, through May 31, 2006 (the "Application

Period"). Price, Heneveld submits this Interim Application for (a)

allowance of compensation for professional services rendered by Price,

Heneveld to the Debtors, and (b) reimbursement of actual and necessary

charges and disbursements incurred by Price, Heneveld in the rendition of

required professional services on behalf of the Debtors. In support of this

Interim Application, Price, Heneveld represents as follows:

## BACKGROUND

### A. The Chapter 11 Filings

1. On October 8, 2005 (the "Petition Date"), the Debtors filed a

voluntary petition in this Court for reorganization relief under Chapter

11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as

amended (the "Bankruptcy Code"). The Debtors continue to operate

their businesses and manage their properties as debtors-in-possession

pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The

Debtors have moved this Court for an order authorizing joint

administration of these Chapter 11 cases.

2. On October 17, 2005, the United States Trustee appointed an

official Committee of Unsecured Creditors (the "Committee") in this

case.

3.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding under 28 U.S.C. § 157(b)(2).

4.  The statutory predicates for the relief requested herein are sections 327(a), 330, and 331 of the Bankruptcy Code.

## RETENTION OF PRICE, HENEVELD

5.  On December 6, 2005, the Debtors applied to this Court for an order approving the retention of Price, Heneveld as Intellectual Property Counsel to Debtors (the "Retention Application").

6.  On January 3, 2006, this Court entered an order (the "Price, Heneveld Retention Order"), authorizing the Debtors to employ Price, Heneveld as Intellectual Property Counsel under the terms set forth in the Retention Application.

7.  In the Price Retention Application filed December 6, 2005, the Debtors disclosed that Price, Heneveld's fees for professional services is based on hourly rates, which are periodically adjusted, and reimbursement of expenses.

8.  Price, Heneveld has no agreement of any kind, express or implied, to divide with any other person or entity (other than among members of the firm) any portion of the compensation sought or to be received by it in this case.

## FEE PROCEDURES AND MONTHLY FEE STATEMENTS

9.  On October 8, 2005, this Court entered an Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Order").  Pursuant to paragraph 2(a) of the Order, Price, Heneveld is submitting this Interim Application to the Debtors, to the Creditors' Committee, the Trustee and the members of any other Committee appointed in this case for the purpose of reviewing fees and expenses, to the extent not duplicative of the parties listed above (collectively, the "Notice Parties").

10.  Pursuant to the Order, on or before the last day of each month following the month for which compensation is sought, Price, Heneveld submitted a monthly statement to the parties described in the Order.  The parties had at least fifteen (15) days to review any such statement.   If there were no objections at the expiration of forty-five (45) days after service of the Statements, the Debtors are authorized to pay 80% of the fees requested (with the remaining 20% of the fees requested (the "Holdback") and 100% of the charges and disbursements requested.  In accordance with the Order, Price, Heneveld has submitted Monthly Fee Statements for each of the months covered by the Application Period.

## REQUESTED FEES AND REIMBURSEMENT OF EXPENSES

11 .  Price, Heneveld has provided legal services in regards to intellectual property matters for the Debtor.  As a result of its efforts during

the Application Period, Price, Heneveld now seeks interim allowance of $184,123.00 in fees calculated at the hourly billing rates of the firm's personnel who have worked on the intellectual property matters and $11,786.91 in charges and disbursements actually and necessarily incurred by Price Heneveld while providing services to the Debtors during the Application Period. Exhibit A.

12. In accordance with the Order, Price Heneveld has submitted Monthly Fee Statements for the period from October 9, 2005, through May 31, 2006, copies of which are attached in Exhibit D, and now submits this Interim Application covering the Application Period.

13. No party has filed an objection to Price Heneveld's Monthly Fee Statements. Accordingly, with respect to the Monthly Fee Statements covering the Application Period, Price Heneveld will have received $107,677.60 on account of billed fees, $9,536.27 on account of billed charges and disbursements, and will have accrued a Holdback in the amount of $36,824.60. Price Heneveld is requesting $36,824.60 in full settlement of the Holdback accrued through May 31, 2006. Exhibit B.

14. Exhibit C outlines professional hours incurred, by individual, along with the individual's billing rate and by category of work performed. Also included in Exhibit C are the total hours billed and total compensation. Detailed descriptions of services rendered are included in

the monthly fee statements (which are redacted to preserve client confidentially) copies of which are attached as Exhibit D.

## NOTICE

15.  Price Heneveld has served copies of the Application on the Debtors, the Notice Parties and the 2002 Notice List.  The Debtors submit that no other or further notice need be given.

## CONCLUSION

WHEREFORE, Price Heneveld respectfully requests that the Court enter an Order, substantially in the form attached hereto as Exhibit E approving the compensation and reimbursement of fees requested herein on an interim basis, authorizing and directing the Debtors to pay such amounts, and for such other and further relief as the Court deems appropriate.


Dated:    July 27, 2006         Respectfully submitted,


Kevin T. Grzelak (P48803)
Price, Heneveld, Cooper, DeWitt
    & Litton, LLP
695 Kenmoor Avenue, S.E.
Post Office Box 2567
Grand Rapids, Michigan  49501
(616) 949-9610 (office)
(616) 957-8196 (fax)
Intellectual Property Counsel,
 Chapter 11 Professionals

6

Kevin T. Grzelak, (P48803)
Price, Heneveld, Cooper,
  DeWitt & Litton, LLP
695 Kenmoor Avenue, S.E.
Post Office Box 2567
Grand Rapids, Michigan  49501
(616) 949-9610
Intellectual Property Counsel To Debtors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**CERTIFICATION FOR SECOND INTERIM APPLICATION FOR APPROVAL
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PRICE,
HENEVELD, COOPER, DEWITT & LITTON, LLP, INTELLECTUAL
PROPERTY COUNSEL TO DEBTORS, UNDER 11 U.S.C. §§330 AND 331
FOR SERVICES RENDERED AND BILLED FROM
OCTOBER 9, 2005, THROUGH MAY 31, 2006**

I, Kevin T. Grzelak, as the "Certifying Professional" for Price, Heneveld,
Cooper, DeWitt & Litton, LLP ("Price, Heneveld"), intellectual property counsel
for Delphi Corporation ("Debtors"), and a Retained Professional, certify as
follows:

1.    I have read the Second Interim Application For Approval Of
Compensation And Reimbursement Of Expenses of Price, Heneveld, Cooper,
DeWitt & Litton, LLP, Intellectual  Property Counsel to Debtors, Under 11 U.S.C.
§§330 And 331 For Services Rendered and Billed From October 9, 2005, through
May 31, 2006 ("the Second Interim Price, Heneveld Application").

FURTHER CERTIFICATIONS PURSUANT TO THE AMENDED GUIDELINES
FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN SOUTHERN
DISTRICT OF NEW YORK BANKRUPTCY CASES

2.    To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought in the Second Interim Price, Heneveld Application fall within the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases ("the Amended Guidelines") and the UST Guidelines, except as specifically noted in this certification and described in Price, Heneveld's fee application (there are no exceptions).

3.    To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, except to the extent that fees or disbursements are prohibited by the Amended Guidelines or the UST Guidelines, the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by the applicant, Price, Heneveld, and generally accepted by the applicant's clients.

4.    To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, in providing reimbursable service, the applicant does not make a profit on the service, whether the service is performed by the applicant in-house or through a third party.

5.    To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, the trustee, and in this Chapter 11 case, the chair of each official committee and the Debtors have all

2

been provided not later than twenty (20) days after the end of each month with a statement of fees and disbursements accrued during such month. The statements provided contain a list of professionals and paraprofessionals providing services, their respective billing rates, the aggregate hours spent by each professional and paraprofessional, a general description of the services rendered, a reasonably detailed breakdown of the disbursements incurred and an explanation of billing practices.

6.    To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, the trustee, and in this Chapter 11 case, the chair of each official committee and the Debtors have all been provided with a copy of the relevant fee application at least ten (10) days before the date set by the Court or any applicable rules for filing fee applications.

### FURTHER CERTIFICATIONS PURSUANT TO THE GUIDELINES FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN SOUTHERN DISTRICT OF NEW YORK BANKRUPTCY CASES

7.    To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, the Second Interim Price, Heneveld Application complies with the mandatory guidelines set forth in the Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases.

8.    The Certifying Professional is unable to certify that the trustee, Debtors, or chair of each official committee (as to each respective committee's

professionals) has reviewed the fee application and has approved it. (There are no known objections.)

9.    To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, in charging for a particular service, the applicant does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay.

10.    To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, in seeking reimbursement for a service which the applicant justifiably purchased or contracted for from a third party (such as temporary paralegal or secretary services, or messenger service), the applicant requests reimbursement only for the amount billed to the applicant by the third-party vendor and paid by the applicant to such vendor.

Respectfully submitted,

Kevin T. Grzelak (P48803)
Price, Heneveld, Cooper, DeWitt & Litton, LLP
695 Kenmoor Avenue, S.E.
Post Office Box 2567
Grand Rapids, Michigan  49501
(616) 949-9610 (office)
(616) 957-8196 (fax)
Intellectual Property Counsel/Chapter 11
Professionals

4

**Exhibit A**
**Summary of Monthly Fee Statements**

| Period Covered | Fees Incurred | Fees Paid | Expenses Incurred | Expenses Paid |
|---|---|---|---|---|
| 10/09/05 - 01/31/06 | 38,081.00 | 30,464.80 | 2,598.36 | 2,598.36 |
| 10/09/05 - 02/28/06 | 35,754.50 | 28,603.60 | 2,599.51 | 2,599.51 |
| 10/09/05 - 03/31/06 | 27,459.50 | 21,967.60 | 2,906.79 | 2,906.79 |
| 10/09/05 - 04/30/06 | 33,302.00 | 26,641.60 | 1,431.61 | 1,431.61 |
| 10/09/05 - 05/31/06 | 49,526.00 | - | 2,250.64 | - |
| **Total** | 184,123.00 | 107,677.60 | 11,786.91 | 9,536.27 |

**Exhibit B**
**Summary of Legal Services Rendered**

|  | 2/06 Invoice | 3/06 Invoice | 4/06 Invoice | 5/06 Invoice | 6/06 Invoice | Total |
|---|---|---|---|---|---|---|
| Fee Application | - | - | - | 5.50 | 1.00 | 6.50 |
| Patent Preparation | 140.1 | 103.1 | 73.8 | 85.9 | 161.5 | 564.4 |
| Patent Prosecution | 45.3 | 38.2 | 44.2 | 58.7 | 33.3 | 219.7 |
| Total Hours | 185.4 | 141.3 | 118.0 | 150.1 | 195.8 | 790.6 |
| Total Fees Billed | 38,081.00 | 35,754.50 | 27,459.50 | 33,302.00 | 49,526.00 | 184,123.00 |
| Total Payments Received | 30,464.80 | 28,603.60 | 21,967.60 | 26,641.60 | - | 107,677.60 |
| Total Fee 20% Holdback | 7,616.20 | 7,150.90 | 5,491.90 | 6,660.40 | 9,905.20 | 36,824.60 |

**Reimbursement Request for Period October 9, 2005 - May 31, 2006**          $36,824.60

Exhibit C
Summary of Professional Hours

| Name of Professional Person | Position of Professional Person | Current Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Fee Application** | | | | |
| Kevin T. Grzelak | **Partner** | 290.00 | 6.5 | 1,885.00 |
| **Subtotal** | | 290.00 | 6.5 | 1,885.00 |
| | | | | |
| **Patent Preparation** | | | | |
| Gunther J. Evanina | Partner | 295.00 | 57.1 | 16,844.50 |
| Kevin T. Grzelak | Partner | 275.00 | 14.7 | 4,042.50 |
| Kevin T. Grzelak | Partner | 290.00 | 229.7 | 66,903.00 |
| Jeffrey S. Kapteyn | Associate | 230.00 | 23.0 | 5,290.00 |
| Ginta D. McNally | Associate | 210.00 | 19 | 3,990.00 |
| Brian R. Cheslek | Associate | 160.00 | 2.8 | 448.00 |
| Brian R. Cheslek | Associate | 145.00 | 1.7 | 246.50 |
| Jeffrey W. Johnson | Associate | 130.00 | 38.4 | 4,992.00 |
| Jeffrey W. Johnson | Associate | 145.00 | 178.0 | 25,810.00 |
| **Subtotal** | | 1,880.00 | 564.4 | 128,566.50 |
| | | | | |
| **Patent Prosecution** | | | | |
| Gunther J. Evanina | Partner | 295.00 | 22.2 | 6,549.00 |
| Kevin T. Grzelak | Partner | 275.00 | 7.7 | 2,117.50 |
| Kevin T. Grzelak | Partner | 290.00 | 114.30 | 33,147.00 |
| Jeffrey S. Kapteyn | Associate | 230.00 | 7.5 | 1,725.00 |
| Brian R. Cheslek | Associate | 160.00 | 18.2 | 2,912.00 |
| Brian R. Cheslek | Associate | 145.00 | - | - |
| Jeffrey W. Johnson | Associate | 145.00 | 49.8 | 7,221.00 |
| **Subtotal** | | 1,540.00 | 219.7 | 53,671.50 |
| | | | | |
| **Total** | | 3,710.00 | 790.6 | 184,123.00 |
| | | | | |
| **Total Fees Incurred** | | | | $184,123.00 |

**Exhibit D**

**Copies of invoices submitted for services rendered and billed during the fee application
time period of October 9, 2005 through May 31, 2006**

INVOICE COPY

# PRICE
## HENEVELD,
### COOPER,
#### DEWITT &
##### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

June  7, 2006
Page:  2
Invoice      84241

CLIENT NUMBER -  DEL001

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH May 31, 2006 IN CONNECTION
    WITH THE FOLLOWING MATTERS -

MATTER NUMBER - A000

| Date | | | Description | Amount |
|------|---|---|---|---|
| 05/03/06 | KTG | 0.50 | Review fee application documents and electronic filing in bankruptcy court re fees. | 145.00 |
| 05/30/06 | KTG | 0.50 | Reivew correspondence from Delphi fee Committee in bankruptcy proceeding re fee procedures protocol and budget of professional fees. Work on preparation of budget of professional fees. | 145.00 |

PROFESSIONAL SERVICES                                        290.00

KTG                    1.00    290.00        290.00

COSTS ADVANCED

| Date | Description | Amount |
|------|-------------|--------|
| 05/17/06 | Express mail | 241.27 |
| 05/02/06 | Motion fee | 25.00 |

TOTAL COSTS ADVANCED                                  266.27

MATTER TOTAL                                          556.27

(FEES BILLED      2,552.00  )
(EXPENSES BILLED    153.35  )

MATTER NUMBER - P372

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

INVOICE COPY

**PRICE**
**HENEVELD,**
   **COOPER,**
**DEWITT &**
   **LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE   616-949-9610
FAX          616-957-8196

DELPHI

June 7, 2006
Page: 3
Invoice    84241

    DP-303443
    SN 911,087

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 04/24/06 | KTG | 0.70 | Study Office Action and cited art. Inter office conference among attorneys. | 203.00 |
| 05/02/06 | JWJ | 0.40 | Work on preparation of response. | 58.00 |
| 05/15/06 | JWJ | 0.20 | Work on preparation of response. | 29.00 |
| 05/16/06 | JWJ | 0.10 | Work on preparation of response. | 14.50 |
| 05/18/06 | JWJ | 0.60 | Work on preparation of response. | 87.00 |
| 05/19/06 | JWJ | 0.90 | Work on preparation of response. | 130.50 |
| 05/22/06 | JWJ | 4.10 | Work on preparation of response. | 594.50 |
| 05/23/06 | JWJ | 0.50 | Work on preparation of response. | 72.50 |
| 05/24/06 | JWJ | 0.10 | Work on preparation of response. | 14.50 |
| 05/25/06 | KTG | 0.50 | Telephone conference with Funke on May 25 re Office Action. Inter office conference among attorneys. | 145.00 |
| 05/31/06 | JWJ | 0.40 | Work on preparation of response. | 58.00 |

  PROFESSIONAL SERVICES                               1,406.50

| | | | | |
|---|---|---|---|---|
| KTG | 1.20 | 290.00 | 348.00 | |
| JWJ | 7.30 | 145.00 | 1,058.50 | |

    COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 05/31/06 | Copies | 7.20 |
| 05/31/06 | Cost of computer search | 14.17 |

TOTAL COSTS ADVANCED                          21.37

MATTER TOTAL                              1,427.87

(FEES BILLED     12,391.00 )
(EXPENSES BILLED    61.65 )

MATTER NUMBER - P453

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

INVOICE COPY

PRICE

HENEVELD,

COOPER,

DEWITT &

LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

June 7, 2006
Page: 4
Invoice      84241

DP-309762
S.N. 10/780,845

| | | | | |
|---|---|---|---|---|
| 04/11/06 | KTG | 1.50 | Study Office Action and cited art. Preparation and forwarding report and recommendations to client. Telephone conference with inventor on April 11. | 435.00 |
| 05/02/06 | KTG | 1.00 | Work on preparation of response. | 290.00 |
| 05/03/06 | KTG | 2.00 | Work on preparation of response. Telephone conference with inventor on May 3. | 580.00 |
| 05/04/06 | KTG | 1.20 | Work on preparation of response. Telephone conference with Examiner on May 4. | 348.00 |
| 05/08/06 | KTG | 0.50 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | 145.00 |

1,798.00

PROFESSIONAL SERVICES

KTG                    6.20    290.00    1,798.00

COSTS ADVANCED

04/30/06   Copies                                      17.10

TOTAL COSTS ADVANCED                                   17.10

MATTER TOTAL                                         1,815.10

(FEES BILLED        5,071.50 )
(EXPENSES BILLED      182.64 )

MATTER NUMBER - P486

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

INVOICE 18 of 89

# PRICE
## HENEVELD,
### COOPER,
#### DEWITT &
##### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX               616-957-8196

DELPHI

June  7, 2006
Page:    5
Invoice      84241

DP-310898
S.N. 10/832,666

| | | | | |
|---|---|---|---|---|
| 03/15/06 KTG | 1.20 | Study Office Action and cited art. Preparation and forwarding report and recommendations to client. Telephone conference with inventor on March 15. | | 348.00 |
| 05/17/06 KTG | 1.50 | Work on preparation of response. Telephone conference with inventor on May 17. | | 435.00 |
| 05/19/06 KTG | 1.70 | Work on preparation of response. Telephone conference with inventors on May 19. | | 493.00 |
| 05/23/06 KTG | 2.20 | Study Office Action and references. Preparation and filing of response. Correspondence with client. Telephone conference with inventors on May 23. | | 638.00 |

PROFESSIONAL SERVICES                                     1,914.00

KTG                        6.60     290.00     1,914.00

COSTS ADVANCED
03/31/06    Copies                                      15.45

TOTAL COSTS ADVANCED                                     15.45

MATTER TOTAL                                             1,929.45

(FEES BILLED       8,895.50  )
(EXPENSES BILLED    1,617.40  )

MATTER NUMBER - P531

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

INVOICE COPY

# PRICE
# HENEVELD,
#    COOPER,
# DEWITT &
#    LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

June  7, 2006
Page:  6
Invoice     84241

DP-312162
S.N. 11/099,074

| | | | | |
|---|---|---|---|---|
| 04/24/06 KTG | 0.60 | Study Office Action and cited art. Inter office conference among attorneys. | 174.00 |
| 05/04/06 BRC | 0.30 | Work on preparation of response. | 48.00 |
| 05/09/06 BRC | 1.60 | Work on preparation of response. Work on preparation of email to Delheimer. | 256.00 |
| 05/10/06 BRC | 1.60 | Telephone conference with inventors on May 10 re patentability and decision to abandon. Inter office conference among attorneys. Review cited prior art. | 256.00 |
| 05/10/06 KTG | 0.70 | Telephone conference with inventors on May 10 re Office Action. Telephone conference with Funke on May 10. Correspondence with Funke re decision to abandon application. | 203.00 |

PROFESSIONAL SERVICES                                          937.00

| | | | |
|---|---|---|---|
| KTG | 1.30 | 290.00 | 377.00 |
| BRC | 3.50 | 160.00 | 560.00 |

MATTER TOTAL                                                   937.00

(FEES BILLED      9,675.50 )
(EXPENSES BILLED    233.99 )

MATTER NUMBER - P596

DP-314056
S.N. 11/396,322

| | | | |
|---|---|---|---|
| 05/15/06 KTG | 0.80 | Preparation and filing of supplemental Information Disclosure Statement. Correspondence with client. | 232.00 |

INVOICE COPY

**PRICE**

**HENEVELD,**

**COOPER,**

**DEWITT &**

**LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

June  7, 2006
Page:  7
Invoice     84241

|  |  |  |  |  |
|---|---|---|---|---|
| PROFESSIONAL SERVICES |  |  |  | 232.00 |
| KTG | 0.80 | 290.00 | 232.00 |  |

COSTS ADVANCED

| 05/31/06 | Copies |  | 1.05 |
|---|---|---|---|

TOTAL COSTS ADVANCED                                      1.05

MATTER TOTAL                                            233.05

(FEES BILLED      4,890.50 )
(EXPENSES BILLED    388.15 )

MATTER NUMBER - P614

DP-314100

| 02/01/06 | KTG | 1.00 | Review invention disclosure. | 290.00 |
|---|---|---|---|---|
| 02/06/06 | KTG | 0.50 | Review invention disclosure. Telephone conference with inventor on February 6. | 145.00 |
| 03/20/06 | KTG | 1.00 | Review invention disclosure. | 290.00 |
| 04/17/06 | KTG | 1.00 | Review invention disclosure. | 290.00 |
| 05/18/06 | KTG | 2.20 | Evaluate record of invention. Telephone conference with inventor on May 18. Evaluate prior art. | 638.00 |
| 05/25/06 | KTG | 0.70 | Evaluate invention. Telephone conference with Funke on May 25 re decision to abandon before filing. Correspondence with Funke re same and close file. | 203.00 |

PROFESSIONAL SERVICES                                  1,856.00

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

INVOICE COPY

PRICE
HENEVELD,
  COOPER,
DEWITT &
  LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

June  7, 2006
Page:   8
Invoice      84241

KTG                  6.40    290.00    1,856.00

                                      1,856.00

MATTER TOTAL

(FEES BILLED                )
(EXPENSES BILLED            )

                              MATTER NUMBER - P621


DP-311559

| | | | | |
|---|---|---|---|---|
| | | | | 290.00 |
| 02/08/06 | KTG | 1.00 | Review invention disclosure. | |
| 02/17/06 | KTG | 0.50 | Work on preparation of application. | 145.00 |
| 03/08/06 | KTG | 0.50 | Review record of invention. Inter office conference among attorneys. | 145.00 |
| 03/21/06 | JWJ | 0.50 | Work on preparation of application. | 72.50 |
| 03/22/06 | JWJ | 5.50 | Telephone conference with inventor on March 22. Work on preparation of application. | 797.50 |
| 03/23/06 | JWJ | 1.60 | Work on preparation of application. | 232.00 |
| 03/23/06 | KTG | 0.70 | Work on preparation of application. Review claims. Inter office conference among attorneys. | 203.00 |
| 03/27/06 | JWJ | 1.00 | Work on preparation of application. | 145.00 |
| 03/28/06 | JWJ | 2.70 | Work on preparation of application. | 391.50 |
| 03/29/06 | JWJ | 1.10 | Work on preparation of application. | 159.50 |
| 03/31/06 | JWJ | 0.30 | Work on preparation of application. | 43.50 |
| 05/08/06 | JWJ | 3.80 | Work on preparation of application. | 551.00 |
| 05/09/06 | JWJ | 0.50 | Work on preparation of application. | 72.50 |
| 05/11/06 | JWJ | 0.10 | Work on preparation of application. | 14.50 |
| 05/12/06 | JWJ | 0.50 | Work on preparation of application. | 72.50 |
| 05/15/06 | JWJ | 6.50 | Work on preparation of application. | 942.50 |
| 05/16/06 | JWJ | 3.00 | Work on preparation of application. | 435.00 |
| 05/17/06 | JWJ | 0.30 | Work on preparation of application. | 43.50 |
| 05/18/06 | KTG | 2.00 | Work on preparation of application. Inter office conference among attorneys. | 580.00 |
| 05/19/06 | KTG | 0.30 | Work on preparation of application. Inter office conference among attorneys. | 87.00 |

INVOICE COPY

# PRICE
## HENEVELD,
### COOPER,
## DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

June 7, 2006
Page: 9
Invoice     84241

|  |  |  |  |  |
|---|---|---|---|---|
| 05/19/06 JWJ | 2.00 | Work on preparation of application. | | 290.00 |
| 05/31/06 JWJ | 0.30 | Work on preparation of application. | | 43.50 |
| | | NOTE: Cost approved by Stefan Chmielewski. | | |

PROFESSIONAL SERVICES                                          5,756.50

| | | | |
|---|---|---|---|
| KTG | 5.00 | 290.00 | 1,450.00 |
| JWJ | 29.70 | 145.00 | 4,306.50 |

COSTS ADVANCED

| | | |
|---|---|---|
| 02/28/06 | Copies | 2.25 |
| 05/15/06 | Cost of drawings | 370.00 |

TOTAL COSTS ADVANCED                                           372.25

MATTER TOTAL                                                 6,128.75

(FEES BILLED                    )
(EXPENSES BILLED                )

MATTER NUMBER - P624

DP-313671

|  |  |  |  |
|---|---|---|---|
| 03/20/06 KTG | 1.00 | Review invention disclosure. | 290.00 |
| 04/21/06 KTG | 0.50 | Evaluate invention disclosure. Telephone conference with inventor on April 21. | 145.00 |
| 05/19/06 KTG | 1.00 | Work on preparation of application. Review additional disclosure materials and correspondence. | 290.00 |
| 05/22/06 KTG | 2.50 | Work on preparation of application. | 725.00 |
| 05/23/06 KTG | 3.50 | Work on preparation of application. | 1,015.00 |
| 05/24/06 KTG | 2.50 | Work on preparation of application. | 725.00 |
| 05/25/06 KTG | 2.00 | Work on preparation of application. | 580.00 |

INVOICE COPY

# PRICE
## HENEVELD,
### COOPER,
### DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

June  7, 2006
Page:  10
Invoice    84241

| | | | | |
|---|---|---|---|---:|
| 05/29/06 | KTG | 1.50 | Work on preparation of application. | 435.00 |
| 05/30/06 | KTG | 1.00 | Work on preparation of application. | 290.00 |
| 05/31/06 | KTG | 2.00 | Work on preparation of foreign claims. Work on preparation of application and submission of draft to inventor. | 580.00 |

PROFESSIONAL SERVICES

KTG            17.50     290.00     5,075.00

5,075.00

COSTS ADVANCED

| | | |
|---|---|---:|
| 05/17/06 | Express mail | 10.57 |
| 05/23/06 | Cost of drawings | 95.00 |

TOTAL COSTS ADVANCED                        105.57

MATTER TOTAL                               5,180.57

(FEES BILLED            )
(EXPENSES BILLED        )

MATTER NUMBER - P626

DP-314286

| | | | | |
|---|---|---|---|---:|
| 03/21/06 | KTG | 1.00 | Review invention disclosure. | 290.00 |
| 04/05/06 | KTG | 1.00 | Work on preparation of application. Telephone conference with inventor on April 5. Conference with draftsperson on April 5. | 290.00 |
| 04/10/06 | KTG | 1.00 | Work on preparation of application. Telephone conference with inventor on April 10. | 290.00 |
| 04/13/06 | KTG | 1.50 | Work on preparation of application. | 435.00 |
| 04/20/06 | KTG | 1.00 | Work on preparation of application and submission of drawings to client. | 290.00 |
| 05/02/06 | KTG | 1.50 | Work on preparation of application. | 435.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

INVOICE COPY

# PRICE

### HENEVELD,

#### COOPER,

## DEWITT &

#### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

June 7, 2006
Page: 11
Invoice        84241

|  |  |  |  |  |
|---|---|---|---|---|
| 05/03/06 | KTG | 2.00 | Work on preparation of application. | 580.00 |
| 05/04/06 | KTG | 2.50 | Work on preparation of application. | 725.00 |
| 05/05/06 | KTG | 2.00 | Work on preparation of application. | 580.00 |
| 05/08/06 | KTG | 2.00 | Work on preparation of application and submission of draft to client. | 580.00 |
| 05/11/06 | KTG | 0.50 | Work on preparation of application. | 145.00 |
| 05/30/06 | KTG | 0.50 | Prepare and send finalized application with filing papers to client for filing. | 145.00 |

PROFESSIONAL SERVICES                                           4,785.00

KTG              16.50      290.00     4,785.00

COSTS ADVANCED

| 05/31/06 | Copies | 6.45 |
| 05/17/06 | Express mail | 13.64 |
| 04/19/06 | Cost of drawings | 345.00 |

TOTAL COSTS ADVANCED                                            365.09

MATTER TOTAL                                                    5,150.09

(FEES BILLED                )

(EXPENSES BILLED            )

MATTER NUMBER - P627

DP-314133

| 03/21/06 | KTG | 1.00 | Review invention disclosure. | 290.00 |
| 03/23/06 | KTG | 0.50 | Review invention disclosure. Telephone conference with inventor on March 23. | 145.00 |
| 03/27/06 | GDM | 1.00 | Review prior art and invention. | 210.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

INVOICE COPY

PRICE
  HENEVELD,
    COOPER,
  DEWITT &
    LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

June  7, 2006
Page:  12
Invoice      84241

| Date | Atty | Hrs | Description | Amount |
|---|---|---|---|---|
| 03/28/06 | GDM | 2.50 | Review prior art and invention. Telephone conference with Garner on March 28. | 525.00 |
| 03/28/06 | GDM | 0.50 | Work on preparation of email to Garner. Telephone conference with Garner on March 30. | 105.00 |
| 04/03/06 | GDM | 1.00 | Work on preparation of application. | 210.00 |
| 04/04/06 | GDM | 1.00 | Work on preparation of application. | 210.00 |
| 04/06/06 | GDM | 2.00 | Work on preparation of application. | 420.00 |
| 04/06/06 | KTG | 0.50 | Work on preparation of application. Review claims and drawings. Inter office conference among attorneys. | 145.00 |
| 04/10/06 | GDM | 1.00 | Work on preparation of application. | 210.00 |
| 04/11/06 | GDM | 1.00 | Work on preparation of application. | 210.00 |
| 04/13/06 | GDM | 2.00 | Work on preparation of application. | 420.00 |
| 04/17/06 | GDM | 1.00 | Work on preparation of application. | 210.00 |
| 04/17/06 | KTG | 0.50 | Work on preparation of application. Inter office conference among attorneys. | 145.00 |
| 04/18/06 | GDM | 1.00 | Work on preparation of application. | 210.00 |
| 04/20/06 | GDM | 1.00 | Work on preparation of application. Telephone conference with Garner on April 20. | 210.00 |
| 04/24/06 | GDM | 1.00 | Work on preparation of application. | 210.00 |
| 04/25/06 | GDM | 1.00 | Work on preparation of application. | 210.00 |
| 04/25/06 | KTG | 1.30 | Work on preparation of application. Inter office conference among attorneys. | 377.00 |
| 05/01/06 | KTG | 0.50 | Work on preparation of application. | 145.00 |
| 05/04/06 | KTG | 0.50 | Completion and filing of application. Correspondence with client. NOTE: Costs approved by Stefan Chnielewski. | 145.00 |
| 05/04/06 | GDM | 2.00 | Work on preparation of application. Completion and filing of application. Correspondence with client. | 420.00 |

PROFESSIONAL SERVICES                                               5,382.00

| | | | | |
|---|---|---|---|---|
| KTG | | 4.80 | 290.00 | 1,392.00 |
| GDM | | 19.00 | 210.00 | 3,990.00 |

COSTS ADVANCED

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

INVOICE COPY

# PRICE
## HENEVELD,
### COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE     616-949-9610
FAX              616-957-8196

DELPHI

June  7, 2006
Page:  13
Invoice    84241

| | | |
|---|---|---:|
| 05/31/06 | Copies | 5.55 |
| 05/31/06 | Express mail | 14.40 |
| 04/08/06 | Cost of drawings | 170.00 |

TOTAL COSTS ADVANCED                                   189.95

MATTER TOTAL                                          5,571.95

(FEES BILLED                    )
(EXPENSES BILLED                )

MATTER NUMBER - P631

DP-315256

| | | | | |
|---|---|---|---|---:|
| 04/10/06 | KTG | 1.00 | Review invention disclosure. Telephone conference with inventor and Chmielewski on April 10. | 290.00 |
| 05/05/06 | KTG | 2.00 | Work on preparation of application. | 580.00 |
| 05/09/06 | KTG | 2.50 | Work on preparation of application. | 725.00 |
| 05/10/06 | KTG | 3.50 | Work on preparation of application. | 1,015.00 |
| 05/11/06 | KTG | 1.00 | Work on preparation of application. | 290.00 |
| 05/12/06 | KTG | 2.50 | Work on preparation of application. | 725.00 |
| 05/15/06 | KTG | 2.50 | Work on preparation of application. | 725.00 |
| 05/16/06 | KTG | 1.00 | Work on preparation of application. | 290.00 |
| 05/17/06 | KTG | 0.50 | Work on preparation of foreign claims. Work on preparation of application and submission of draft to inventors. | 145.00 |
| 05/30/06 | KTG | 0.50 | Telephone conference with inventor on May 30 re edits. Prepare and send finalized application with filing papers to client for filing. | 145.00 |

PROFESSIONAL SERVICES                              4,930.00

KTG              17.00    290.00    4,930.00

INVOICE

# PRICE
## HENEVELD,
### COOPER,
#### DEWITT &
##### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

June  7, 2006
Page:  14
Invoice      84241

COSTS ADVANCED

| | | |
|---|---|---|
| 05/31/06 | Copies | 6.60 |
| 05/17/06 | Express mail | 10.57 |
| 05/15/06 | Cost of drawings | 240.00 |

TOTAL COSTS ADVANCED                               257.17

MATTER TOTAL                                     5,187.17

(FEES BILLED            )
(EXPENSES BILLED        )

MATTER NUMBER - P637

DP-315146

| | | | | |
|---|---|---|---|---|
| 04/25/06 | KTG | 1.00 | Review invention disclosure. Telephone conference with Brown on April 25 re rushing preparation and filing. | 290.00 |
| 05/01/06 | KTG | 5.50 | Work on preparation of application. | 1,595.00 |
| 05/03/06 | KTG | 2.50 | Work on preparation of application. | 725.00 |
| 05/05/06 | KTG | 1.50 | Work on preparation of application. | 435.00 |
| 05/08/06 | KTG | 1.50 | Work on preparation of application. | 435.00 |
| 05/09/06 | KTG | 2.00 | Work on preparation of application. | 580.00 |
| 05/10/06 | KTG | 2.00 | Work on preparation of application and submission of draft to client. | 580.00 |
| 05/15/06 | KTG | 1.20 | Completion and filing of application. Correspondence with client. Telephone conference with inventor and Funke on May 15. | 348.00 |

PROFESSIONAL SERVICES                               4,988.00

KTG                    17.20    290.00    4,988.00

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

INVOICE COPY

# PRICE
## HENEVELD,
### COOPER,
### DEWITT &
#### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX              616-957-8196

DELPHI

June  7, 2006
Page:  15
Invoice      84241

COSTS ADVANCED

| | | |
|---|---|---|
| 05/31/06 | Copies | 19.35 |
| 05/31/06 | Express mail | 14.40 |
| 05/31/06 | Postage | 3.27 |
| 04/27/06 | Cost of drawings | 285.00 |

TOTAL COSTS ADVANCED                                         322.02

MATTER TOTAL                                              5,310.02

(FEES BILLED                     )
(EXPENSES BILLED                  )

MATTER NUMBER - P638

DP-314764

| | | | | |
|---|---|---|---|---|
| 04/27/06 | KTG | 1.00 | Review invention disclosure. | 290.00 |
| 05/05/06 | KTG | 1.50 | Work on preparation of application. | 435.00 |
| 05/09/06 | KTG | 1.50 | Work on preparation of application. | 435.00 |
| 05/11/06 | KTG | 1.00 | Work on preparation of application. | 290.00 |
| 05/12/06 | KTG | 3.00 | Work on preparation of application. | 870.00 |
| 05/15/06 | KTG | 3.00 | Work on preparation of application. | 870.00 |
| 05/17/06 | KTG | 3.00 | Work on preparation of application. | 870.00 |
| 05/18/06 | KTG | 2.50 | Work on preparation of foreign claims Work on preparation of application and submission of draft to inventors for review. | 725.00 |
| 05/31/06 | KTG | 0.50 | Prepare and send finalized application with filing papers to client for filing. Telephone conference with Funke on May 31. | 145.00 |

PROFESSIONAL SERVICES                                       4,930.00

KTG                  17.00    290.00    4,930.00

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

INVOICE COPY

# PRICE
## HENEVELD,
### COOPER,
## DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

June  7, 2006
Page:  16
Invoice      84241

COSTS ADVANCED

|            |                  |         |
|------------|------------------|--------:|
| 05/31/06   | Copies           | 7.35    |
| 05/15/06   | Cost of drawings | 190.00  |

TOTAL COSTS ADVANCED                         197.35

MATTER TOTAL                                 5,127.35

(FEES BILLED                    )
(EXPENSES BILLED                )

MATTER NUMBER - P640

DP-314918

| 04/27/06 GJE | 7.60 | Work on preparation of application. | 2,242.00 |
| 04/27/06 KTG | 1.00 | Review invention disclosure. Inter office conference among attorneys. | 290.00 |
| 04/28/06 GJE | 6.70 | Work on preparation of application. | 1,976.50 |
| 05/12/06 GJE | 2.50 | Work on preparation of application. | 737.50 |

5,246.00

PROFESSIONAL SERVICES

| GJE | 16.80 | 295.00 | 4,956.00 |
| KTG | 1.00  | 290.00 | 290.00   |

COSTS ADVANCED

| 05/15/06 | Cost of drawings | 120.00 |

TOTAL COSTS ADVANCED                         120.00

INVOICE COPY

# PRICE
## HENEVELD,
### COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

June  7, 2006
Page:  17
Invoice      84241

                                    5,366.00

MATTER TOTAL

 (FEES BILLED                  )
 (EXPENSES BILLED              )

                                    51,776.64
CLIENT TOTAL
INVOICE TOTAL                       51,776.64

# PRICE
## HENEVELD,
## COOPER,
## DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

May 10, 2006
Page: 2
Invoice        83993

CLIENT NUMBER -  DEL001

FOR PROFESSIONAL SERVICES RENDERED
   THROUGH April 30, 2006 IN CONNECTION
   WITH THE FOLLOWING MATTERS -

MATTER NUMBER - A000

| 04/26/06 KTG | 5.50 | Preparation and filing of fee application pursuant to order establishing procedures for interim compensation and reimbursement of expenses of key ordinary course professional. File motion for Pro Hac Vice Admission to U.S. Bankrupcty Court for the Southern District of New York. Review documents re application for retention of Price, Heneveld as a key ordinary course professional and related orders. | 1,595.00 |
|---|---|---|---|

PROFESSIONAL SERVICES                                        1,595.00

KTG                  5.50    290.00    1,595.00

COSTS ADVANCED

04/19/06   Express mail                                        79.54

TOTAL COSTS ADVANCED                                           79.54

MATTER TOTAL                                                 1,674.54

(FEES BILLED      957.00  )
(EXPENSES BILLED   73.81  )

MATTER NUMBER - P425

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

PRICE
HENEVELD,
    COOPER,
DEWITT &
    LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

May 10, 2006
Page:  3
Invoice        83993

DP-308307
SN 10/420,376

| Date | Atty | Hrs | Description | Amount |
|------|------|-----|-------------|--------|
| 03/14/06 | KTG | 0.70 | Study Office Action and cited art. Inter office conference among attorneys re response. | 203.00 |
| 03/17/06 | JWJ | 0.80 | Work on preparation of response. | 116.00 |
| 03/20/06 | JWJ | 0.70 | Work on preparation of response. | 101.50 |
| 04/04/06 | JWJ | 0.10 | Work on preparation of response. | 14.50 |
| 04/13/06 | JWJ | 1.30 | Telephone conference with inventor on April 13. Work on preparation of response. | 188.50 |
| 04/14/06 | JWJ | 2.30 | Work on preparation of response. | 333.50 |
| 04/18/06 | JWJ | 4.40 | Work on preparation of response. | 638.00 |
| 04/21/06 | JWJ | 0.50 | Work on preparation of response. | 72.50 |
| 04/24/06 | JWJ | 0.50 | Work on preparation of response. | 72.50 |
| 04/24/06 | KTG | 0.80 | Work on preparation of response. Inter office conference among attorneys. | 232.00 |

PROFESSIONAL SERVICES                                   1,972.00

| | | | |
|---|---|---|---|
| KTG | 1.50 | 290.00 | 435.00 |
| JWJ | 10.60 | 145.00 | 1,537.00 |

COSTS ADVANCED

03/31/06    Copies                                       19.65

TOTAL COSTS ADVANCED                                     19.65

MATTER TOTAL                                           1,991.65

(FEES BILLED      4,841.50  )
(EXPENSES BILLED   216.02  )

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
### COOPER,
### DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

May 10, 2006
Page: 4
Invoice        83993

MATTER NUMBER - P450

DP-306852
S.N. 10/922,072

| | | | | |
|---|---|---|---|---|
| 03/29/06 KTG | 1.00 | Study Office Action and cited art. Inter office conference among attorneys. | | 290.00 |
| 03/29/06 GJE | 3.70 | Work on preparation of amendment. | | 1,091.50 |
| 04/04/06 GJE | 0.30 | Completion and filing of amendment. | | 88.50 |

PROFESSIONAL SERVICES                                              1,470.00

| | | | |
|---|---|---|---|
| GJE | 4.00 | 295.00 | 1,180.00 |
| KTG | 1.00 | 290.00 | 290.00 |

COSTS ADVANCED

04/30/06   Copies                                              3.15

TOTAL COSTS ADVANCED                                           3.15

MATTER TOTAL                                                  1,473.15

(FEES BILLED        5,017.50 )
(EXPENSES BILLED      370.36 )

MATTER NUMBER - P462

DP-310285
S.N. 10/730,608

03/13/06 GJE   3.50   Work on preparation of amendment.       1,032.50

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

May 10, 2006
Page: 5
Invoice    83993

| Date | Atty | Hours | Description | Amount |
|------|------|-------|-------------|--------|
| 03/14/06 | KTG | 1.20 | Study Office Action and correspondence. Inter office conference among attorneys. | 348.00 |
| 04/05/06 | GJE | 0.30 | Completion and filing of amendment. | 88.50 |

PROFESSIONAL SERVICES                                                    1,469.00

| | Hours | Rate | Amount |
|---|-------|------|--------|
| GJE | 3.80 | 295.00 | 1,121.00 |
| KTG | 1.20 | 290.00 | 348.00 |

COSTS ADVANCED

| Date | Description | Amount |
|------|-------------|--------|
| 04/30/06 | Copies | 4.05 |

TOTAL COSTS ADVANCED                                                        4.05

MATTER TOTAL                                                            1,473.05

(FEES BILLED        4,818.50 )
(EXPENSES BILLED       62.95 )

                                                    MATTER NUMBER - P473

DP-309978
S.N. 10/688,341

| Date | Atty | Hours | Description | Amount |
|------|------|-------|-------------|--------|
| 03/24/06 | KTG | 0.30 | Study Office Action and correspondence. Inter office conference among attorneys re response. | 87.00 |
| 04/06/06 | JSK | 1.20 | Work on preparation of response. | 276.00 |
| 04/14/06 | JSK | 0.80 | Work on preparation of response to Office Action. | 184.00 |
| 04/17/06 | JSK | 0.60 | Work on preparation of response to Office Action. | 138.00 |
| 04/19/06 | JSK | 0.20 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | 46.00 |

# PRICE
## HENEVELD,
### COOPER,
#### DEWITT &
##### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE       616-949-9610
FAX             616-957-8196

DELPHI

May  10, 2006
Page:  6
Invoice        83993

| Date | | | | | Amount |
|---|---|---|---|---|---|
| 04/19/06 KTG | 0.30 | Inter office conference among attorneys re response to Office Action. | | | 87.00 |

PROFESSIONAL SERVICES                                               818.00

| | | | |
|---|---|---|---|
| KTG | 0.60 | 290.00 | 174.00 |
| JSK | 2.80 | 230.00 | 644.00 |

MATTER TOTAL                                                        818.00

(FEES BILLED       4,563.00  )
(EXPENSES BILLED     169.17  )

MATTER NUMBER – P495

DP-311983
S.N. 10/808,835

| Date | | | Amount |
|---|---|---|---|
| 02/09/06 KTG | 1.00 | Study Office Action. Preparation and forwarding report and recommendations to client. | 290.00 |
| 02/20/06 KTG | 0.50 | Study Office Action. Preparation and forwarding report and recommendations to client. | 145.00 |
| 04/21/06 KTG | 2.50 | Work on preparation of response. Telephone conference with inventor on April 21. | 725.00 |
| 04/25/06 KTG | 1.80 | Study Office Action and references. Preparation and filing of response. Correspondence with client. Telephone conference with inventor on April 25. | 522.00 |

PROFESSIONAL SERVICES                                             1,682.00

| | | | |
|---|---|---|---|
| KTG | 5.80 | 290.00 | 1,682.00 |

COSTS ADVANCED

02/28/06   Copies                                                    18.90

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
### COOPER,
#### DEWITT &
##### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

May 10, 2006
Page: 7
Invoice        83993

| 02/15/06 | Express mail | | 19.10 |
|---|---|---|---|

TOTAL COSTS ADVANCED                                        38.00

MATTER TOTAL                                            1,720.00

(FEES BILLED        4,550.00 )
(EXPENSES BILLED      279.57 )

MATTER NUMBER - P527

DP-311928
S.N. 11/081,427

| Date | | Hrs | Description | Amount |
|---|---|---|---|---|
| 03/27/06 | KTG | 1.50 | Study Office Action and cited art. Preparation and forwarding report and recommendations to client. | 435.00 |
| 04/06/06 | KTG | 1.00 | Work on preparation of response. Telephone conference with inventor and Chmielewski on April 6. Study correspondence re timeline for Sec. 1.131 affidavit. | 290.00 |
| 04/12/06 | KTG | 0.50 | Work on preparation of declaration under CFR 1.131. Telephone conference with inventor on April 12. | 145.00 |
| 04/20/06 | KTG | 1.00 | Evaluate documents evidencing conception due diligence and reduction to practice for Sec. 131 affidavit. | 290.00 |
| 04/23/06 | KTG | 1.50 | Evaluate and prepare Sec. 1.131 affidavit to antedate reference. Work on preparation of response. | 435.00 |
| 04/24/06 | KTG | 0.50 | Telephone conference with inventor on April 24 re documents evidencing diligence for Sec. `1.131 affidavit. | 145.00 |

PROFESSIONAL SERVICES                                    1,740.00

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

May 10, 2006
Page: 8
Invoice      83993

KTG                        6.00    290.00    1,740.00

COSTS ADVANCED

03/31/06    Copies                                        17.40

TOTAL COSTS ADVANCED                                      17.40

MATTER TOTAL                                           1,757.40

(FEES BILLED       5,500.00 )
(EXPENSES BILLED    283.86 )
                                       MATTER NUMBER - P531


DP-312162
S.N. 11/099,074

| Date | | Hours | Description | Amount |
|---|---|---|---|---|
| 03/06/06 | BRC | 1.80 | Work on preparation of response. | 288.00 |
| 03/07/06 | BRC | 0.90 | Review file. Inter office conference among attorneys. Prepare for telephone conference with Examiner. | 144.00 |
| 03/21/06 | BRC | 1.00 | Telephone conference with Examiner on March 21. Work on preparation of email. Inter office conference among attorneys. | 160.00 |
| 03/21/06 | KTG | 0.50 | Telephone interview with Examiner on March 21. Inter office conference among attorneys re amendment. | 145.00 |
| 03/22/06 | BRC | 0.50 | Work on preparation of email to inventors re coefficient of thermal expansion range. | 80.00 |
| 04/10/06 | BRC | 1.20 | 1.5 | 192.00 |

                                                      1,009.00

PROFESSIONAL SERVICES
KTG                    0.50    290.00    145.00

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
### COOPER,
## DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

May 10, 2006
Page:  9
Invoice      83993

| | | | |
|---|---|---|---|
| BRC | 5.40 | 160.00 | 864.00 |

MATTER TOTAL                                                 1,009.00

(FEES BILLED        8,666.50  )
(EXPENSES BILLED      233.99  )

MATTER NUMBER - P560

DP-313244
S.N. 11/107,083

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 03/14/06 | KTG | 0.70 | Study Office Action and cited art. Inter office conference among attorneys. | 203.00 |
| 03/21/06 | JWJ | 1.20 | Work on preparation of response. | 174.00 |
| 03/24/06 | JWJ | 0.10 | Telephone conference with Examiner on March 24. Work on preparation of response. | 14.50 |
| 04/06/06 | JWJ | 0.20 | Work on preparation of response. | 29.00 |
| 04/10/06 | JWJ | 0.60 | Telephone conference with Examiner on April 10. Work on preparation of response. | 87.00 |
| 04/11/06 | JWJ | 2.40 | Work on preparation of response. | 348.00 |
| 04/11/06 | KTG | 0.60 | Work on preparation of response. Inter office conference among attorneys. | 174.00 |
| 04/12/06 | JWJ | 0.60 | Work on preparation of response. | 87.00 |
| 04/13/06 | JWJ | 2.40 | Work on preparation of response. | 348.00 |
| 04/17/06 | JWJ | 0.50 | Work on preparation of response. | 72.50 |
| 04/18/06 | JWJ | 0.10 | Telephone conference with Examiner on April 18. Work on preparation of response. | 14.50 |
| 04/20/06 | JWJ | 0.20 | Work on preparation of response. | 29.00 |
| 04/21/06 | JWJ | 0.80 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | 116.00 |
| 04/21/06 | KTG | 1.00 | Work on preparation of response. Inter office conference among attorneys. | 290.00 |

# PRICE
## HENEVELD,
### COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE        616-949-9610
FAX                    616-957-8196

DELPHI

May  10, 2006
Page:   10
Invoice        83993


PROFESSIONAL SERVICES                                              1,986.50

KTG                        2.30      290.00        667.00
JWJ                        9.10      145.00      1,319.50


COSTS ADVANCED

03/31/06    Copies                                          13.50


TOTAL COSTS ADVANCED                                          13.50

MATTER TOTAL                                              2,000.00

(FEES BILLED        7,375.00  )
(EXPENSES BILLED       400.40  )

MATTER NUMBER - P601


DP-312989
S.N. 11/362,643

| Date | Tkpr | Hrs | Description | Amount |
|---|---|---|---|---|
| 04/07/06 | JWJ | 0.10 | Inter office conference among attorneys re Information Disclosure Statement. | 14.50 |
| 04/07/06 | KTG | 0.50 | Work on preparation of Information Disclosure Statement disclosing co-pending applications. Telephone conference with Brown on April 7 re Information Disclosure Statement. | 145.00 |
| 04/10/06 | KTG | 0.50 | Preparation and filing of supplemental Information Disclosure Statement. Correspondence with client re same. Work on preparation of chart cross-referencing art. | 145.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
### COOPER,
### DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

May  10, 2006
Page:  11
Invoice      83993

PROFESSIONAL SERVICES                                                304.50

KTG                    1.00    290.00      290.00
JWJ                    0.10    145.00       14.50

COSTS ADVANCED

04/30/06    Copies                                      26.85
04/19/06    Express mail                                10.62
04/30/06    Postage                                      4.80

TOTAL COSTS ADVANCED                                                  42.27

MATTER TOTAL                                                        346.77

(FEES BILLED      5,843.50  )
(EXPENSES BILLED    323.11  )

MATTER NUMBER - P602

DP-313066
S.N. 11/363,218

04/07/06 KTG   0.50   Work on preparation of Information Disclosure          145.00
                      Statement disclosing co-pending applications.
                      Telephone conference with Brown on April 7 re
                      Information Disclosure Statement.
04/10/06 KTG   0.50   Preparation and filing of supplemental                 145.00
                      Information Disclosure Statement. Correspondence
                      with client re same. Work on preparation of
                      chart cross-referencing art.

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE        616-949-9610
FAX                     616-957-8196

DELPHI

May  10, 2006
Page:  12
Invoice        83993

290.00

PROFESSIONAL SERVICES

KTG                          1.00      290.00           290.00

COSTS ADVANCED

|  |  |  |
|---|---|---|
| 04/30/06 | Copies | 25.50 |
| 04/19/06 | Express mail | 13.70 |
| 04/30/06 | Postage | 4.80 |

44.00

TOTAL COSTS ADVANCED

334.00

MATTER TOTAL

(FEES BILLED        5,849.50  )
(EXPENSES BILLED      353.11  )

MATTER NUMBER - P603

DP-312987
S.N. 11/362,672

| | | | | |
|---|---|---|---|---|
| 04/07/06 KTG | 0.50 | Work on preparation of Information Disclosure Statement disclosing co-pending applications. Telephone conference with Brown on April 7 re Information Disclosure Statement. | 145.00 |
| 04/10/06 KTG | 0.50 | Preparation and filing of supplemental Information Disclosure Statement. Correspondence with client re same. Work on preparation of chart cross-referencing art. | 145.00 |

290.00

PROFESSIONAL SERVICES

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

May  10, 2006
Page:  13
Invoice    83993

KTG                        1.00    290.00        290.00

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 04/30/06 | Copies | 25.05 |
| 04/19/06 | Express mail | 16.64 |
| 04/30/06 | Postage | 4.80 |

TOTAL COSTS ADVANCED                                46.49

MATTER TOTAL                                      336.49

(FEES BILLED      5,777.00 )
(EXPENSES BILLED    367.61 )

MATTER NUMBER - P604

DP-312988
S.N. 11/362,665

| Date | | Hours | Description | Amount |
|---|---|---|---|---|
| 04/07/06 | KTG | 0.50 | Work on preparation of Information Disclosure Statement disclosing co-pending applications. Telephone conference with Brown on April 7 re Information Disclosure Statement. | 145.00 |
| 04/10/06 | KTG | 0.50 | Preparation and filing of supplemental Information Disclosure Statement. Correspondence with client re same. Work on preparation of chart cross-referencing art. | 145.00 |

PROFESSIONAL SERVICES                              290.00

KTG                        1.00    290.00        290.00

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
### COOPER,
## DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE          616-949-9610
FAX                      616-957-8196

DELPHI

May 10, 2006
Page:  14
Invoice       83993

|  | COSTS ADVANCED | |
|---|---|---|
| 04/30/06 | Copies | 25.95 |
| 04/30/06 | Postage | 4.80 |

TOTAL COSTS ADVANCED                                          30.75

MATTER TOTAL                                                      320.75

(FEES BILLED        5,501.50  )
(EXPENSES BILLED      377.14  )

MATTER NUMBER - P611

DP-313119

| | | | | |
|---|---|---|---|---|
| 01/15/06 | KTG | 0.50 | Review invention disclosure. | 145.00 |
| 01/17/06 | KTG | 1.00 | Review invention disclosure. Telephone conference with inventor on January 17. Correspondence with Chmielewski. Work on preparation of application. | 290.00 |
| 01/24/06 | KTG | 0.50 | Review invention disclosure and prior art articles. Inter office conference among attorneys. | 145.00 |
| 01/24/06 | JWJ | 0.20 | Work on preparation of application. | 29.00 |
| 01/31/06 | JWJ | 0.70 | Work on preparation of application. | 101.50 |
| 02/03/06 | JWJ | 2.30 | Work on preparation of application. | 333.50 |
| 02/06/06 | JWJ | 1.20 | Work on preparation of application. | 174.00 |
| 02/17/06 | JWJ | 0.20 | Work on preparation of application. | 29.00 |
| 03/03/06 | JWJ | 0.40 | Work on preparation of application. | 58.00 |
| 03/07/06 | JWJ | 0.20 | Work on preparation of application. | 29.00 |
| 03/09/06 | JWJ | 0.50 | Work on preparation of application. | 72.50 |
| 03/10/06 | JWJ | 2.10 | Work on preparation of application. | 304.50 |
| 03/13/06 | JWJ | 1.70 | Work on preparation of application. | 246.50 |

PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

May 10, 2006
Page: 15
Invoice    83993

| Date | Init | Hrs | Description | Amount |
|---|---|---|---|---|
| 03/14/06 | JWJ | 0.80 | Work on preparation of application. | 116.00 |
| 03/16/06 | JWJ | 0.20 | Work on preparation of application. | 29.00 |
| 03/17/06 | JWJ | 2.00 | Work on preparation of application. | 290.00 |
| 03/20/06 | JWJ | 0.30 | Work on preparation of application. | 43.50 |
| 03/21/06 | JWJ | 0.70 | Work on preparation of application. | 101.50 |
| 03/27/06 | JWJ | 1.50 | Work on preparation of application. | 217.50 |
| 03/27/06 | KTG | 0.80 | Work on preparation of claims. Inter office conference among attorneys. | 232.00 |
| 03/29/06 | JWJ | 3.70 | Work on preparation of application. | 536.50 |
| 03/30/06 | JWJ | 5.30 | Work on preparation of application. | 768.50 |
| 03/31/06 | JWJ | 1.50 | Work on preparation of application. | 217.50 |
| 04/03/06 | JWJ | 5.90 | Work on preparation of application. | 855.50 |
| 04/04/06 | JWJ | 3.80 | Work on preparation of application. | 551.00 |
| 04/07/06 | JWJ | 2.50 | Work on preparation of application. | 362.50 |
| 04/07/06 | KTG | 1.50 | Work on preparation of application. Inter office conference among attorneys. | 435.00 |
| 04/11/06 | JWJ | 0.10 | Work on preparation of application. | 14.50 |
| 04/20/06 | JWJ | 0.20 | Work on preparation of application. | 29.00 |
| 04/21/06 | JWJ | 0.30 | Telephone conference with inventor on April 21 re application edits. | 43.50 |
| 04/25/06 | JWJ | 1.30 | Work on preparation of application. | 188.50 |
| 04/26/06 | JWJ | 4.00 | Work on preparation of application. | 580.00 |
| 04/28/06 | JWJ | 1.40 | Work on preparation of application. NOTE: Costs approved by Stefan Chmielewski during telephone conference. | 203.00 |

PROFESSIONAL SERVICES                                    7,772.00

| | | | |
|---|---|---|---|
| KTG | 4.30 | 290.00 | 1,247.00 |
| JWJ | 45.00 | 145.00 | 6,525.00 |

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 03/31/06 | Copies | 12.75 |
| 04/19/06 | Express mail | 40.81 |
| 03/20/06 | Cost of drawings | 510.00 |
| 03/31/06 | Cost of color copies | 16.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

PRICE
HENEVELD,
  COOPER,
DEWITT &
  LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

May  10, 2006
Page:  16
Invoice        83993

TOTAL COSTS ADVANCED                                            579.56

MATTER TOTAL                                                  8,351.56

(FEES BILLED                    )
(EXPENSES BILLED                )

MATTER NUMBER – P620

DP-309079

| Date | | Hours | Description | Amount |
|---|---|---|---|---|
| 02/08/06 | KTG | 1.00 | Review invention disclosure. | 290.00 |
| 02/17/06 | KTG | 0.50 | Work on preparation of application. | 145.00 |
| 03/08/06 | KTG | 0.70 | Review record of invention. Telephone conference with inventor on March 8. | 203.00 |
| 03/20/06 | KTG | 1.20 | Work on preparation of application. | 348.00 |
| 03/24/06 | KTG | 1.00 | Work on preparation of application. | 290.00 |
| 03/29/06 | KTG | 1.20 | Work on preparation of application. | 348.00 |
| 04/01/06 | KTG | 2.50 | Work on preparation of application. | 725.00 |
| 04/05/06 | KTG | 2.00 | Work on preparation of application. | 580.00 |
| 04/06/06 | KTG | 4.50 | Work on preparation of application. | 1,305.00 |
| 04/07/06 | KTG | 1.50 | Work on preparation of application and submission of draft to client. Work on preparation of foreign claims. | 435.00 |
| 04/18/06 | KTG | 1.50 | Work on preparation of application. | 435.00 |
| 04/19/06 | KTG | 1.00 | Work on preparation of application and submission of draft to client. Telephone conference with inventor on April 19. Prepare and send finalized application with filing papers to client for filing. NOTE: Costs approved by Stefan Chmielewski during telephone conference. | 290.00 |

PROFESSIONAL SERVICES                                         5,394.00

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
### COOPER,
### DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

May  10, 2006
Page:  17
Invoice     83993

KTG                    18.60    290.00    5,394.00

COSTS  ADVANCED

| | | |
|---|---|---|
| 02/28/06 | Copies | 16.20 |
| 04/19/06 | Express mail | 13.70 |
| 03/20/06 | Cost of drawings | 255.00 |

TOTAL COSTS  ADVANCED                                284.90

MATTER TOTAL                                      5,678.90

(FEES BILLED                    )
(EXPENSES BILLED               )

MATTER NUMBER - P625

DP-313650

| | | | | |
|---|---|---|---|---|
| 03/20/06 | KTG | 1.00 | Review invention disclosure. | 290.00 |
| 04/05/06 | KTG | 1.00 | Work on preparation of application. Telephone conference with inventor on April 5. Conference with draftsperson on April 5. | 290.00 |
| 04/08/06 | KTG | 2.50 | Work on preparation of application. | 725.00 |
| 04/11/06 | KTG | 1.00 | Work on preparation of application. | 290.00 |
| 04/12/06 | KTG | 2.50 | Work on preparation of application. | 725.00 |
| 04/13/06 | KTG | 1.50 | Work on preparation of application. | 435.00 |
| 04/17/06 | KTG | 1.50 | Work on preparation of application. | 435.00 |
| 04/18/06 | KTG | 3.00 | Work on preparation of application. | 870.00 |
| 04/19/06 | KTG | 2.00 | Work on preparation of application. | 580.00 |
| 04/25/06 | KTG | 1.00 | Work on preparation of application. Telephone conference with inventor on April 25. Work on preparation of foreign claims and abstract. | 290.00 |
| 04/26/06 | KTG | 1.00 | Prepare and send finalized application with filing papers to client for filing. | 290.00 |

# PRICE
## HENEVELD,
### COOPER,
## DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE      616-949-9610
FAX               616-957-8196

DELPHI

May  10, 2006
Page:  18
Invoice      83993

PROFESSIONAL SERVICES                                              5,220.00

KTG                         18.00      290.00      5,220.00

COSTS ADVANCED

04/30/06    Copies                                          13.35
04/08/06    Cost of drawings                            215.00

TOTAL COSTS ADVANCED                                          228.35

MATTER TOTAL                                              5,448.35

(FEES BILLED                          )
(EXPENSES BILLED                   )

CLIENT TOTAL                                            34,733.61
INVOICE TOTAL                                          34,733.61

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
### COOPER,
### DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

February  13, 2006
Page:  2
Invoice      83117

CLIENT NUMBER -  DEL001

FOR PROFESSIONAL SERVICES RENDERED
   THROUGH January 31, 2006 IN CONNECTION
   WITH THE FOLLOWING MATTERS -

MATTER NUMBER - P372

DP-303443
SN 911,087

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 01/19/06 | KTG | 0.70 | Study Office Action and prior art. Inter office conference among attorneys. | 203.00 |
| 01/19/06 | JWJ | 0.60 | Work on preparation of response. | 87.00 |
| 01/20/06 | JWJ | 4.00 | Work on preparation of response. | 580.00 |
| 01/24/06 | JWJ | 0.60 | Work on preparation of response. | 87.00 |
| 01/26/06 | JWJ | 0.40 | Work on preparation of response. | 58.00 |
| 01/26/06 | JWJ | 0.50 | Work on preparation of response. | 72.50 |
| 01/26/06 | KTG | 1.30 | Work on preparation of response. | 377.00 |
| 01/27/06 | JWJ | 0.40 | Work on preparation of response. | 58.00 |
| 01/31/06 | JWJ | 0.10 | Work on preparation of response. | 14.50 |
| 01/31/06 | KTG | 0.50 | Study Office Action and references. Inter office conference among attorneys. Preparation and filing of response. Correspondence with client. | 145.00 |

PROFESSIONAL SERVICES                              1,682.00

| | | | |
|---|---|---|---|
| KTG | 2.50 | 290.00 | 725.00 |
| JWJ | 6.60 | 145.00 | 957.00 |

COSTS ADVANCED

| Date | | Amount |
|---|---|---|
| 01/31/06 | Copies | 4.50 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
### COOPER,
### DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

February  13, 2006
Page:  3
Invoice      83117

TOTAL COSTS ADVANCED                                          4.50

MATTER TOTAL                                              1,686.50

(FEES BILLED      10,709.00 )
(EXPENSES BILLED     57.15 )

MATTER NUMBER - P435

DP-309692
S.N. 10/775,262

| Date | | Hrs | Description | Amount |
|---|---|---|---|---|
| 01/10/06 | KTG | 0.60 | Evaluate Advisory Action and file history for recommendation. | 174.00 |
| 01/12/06 | KTG | 1.30 | Evaluate Advisory Action and file history. Telephone conference with Chmielewski on January 12 re decision to abandon. Correspondence with Chmielewski and inventors re decision to abandon. Telephone conference with inventor on January 12. | 377.00 |

PROFESSIONAL SERVICES                                         551.00

KTG                1.90    290.00      551.00

MATTER TOTAL                                                  551.00

(FEES BILLED       8,445.00 )
(EXPENSES BILLED     795.14 )

MATTER NUMBER - P468

DP-308423
S.N. 10/722,706

**PRICE**

**HENEVELD,**

**COOPER,**

**DEWITT &**

**LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

February  13, 2006
Page:  4
Invoice          83117

| | | | | |
|---|---|---|---|---|
| 12/06/05 KTG | 1.00 | Study Office Action and cited prior art. Preparation and forwarding report and recommendations to client. | | 275.00 |
| 12/12/05 KTG | 0.50 | Telephone conference with inventor on December 12. Study Office Action. Preparation and forwarding report and recommendations to client. | | 137.50 |
| 01/03/06 KTG | 2.00 | Telephone conference with inventor on January 3. | | 580.00 |
| 01/04/06 KTG | 2.00 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | | 580.00 |
| 01/25/06 KTG | 0.80 | Evaluate Advisory Action and file history for appeal . Telephone conference with Chmielewski. on January 25. | | 232.00 |

PROFESSIONAL SERVICES                                  1,804.50

| | | | |
|---|---|---|---|
| KTG | 4.80 | 290.00 | 1,392.00 |
| KTG | 1.50 | 275.00 | 412.50 |

COSTS ADVANCED

12/30/05    Copies                                            4.35

TOTAL COSTS ADVANCED                                        4.35

MATTER TOTAL                                            1,808.85

(FEES BILLED        6,339.00  )
(EXPENSES BILLED      579.13  )

MATTER NUMBER - P486

DP-310898
S.N. 10/832,666

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
### COOPER,
DEWITT &
LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE     616-949-9610
FAX              616-957-8196

DELPHI

February  13, 2006
Page:  5
Invoice        83117

| | | | | |
|---|---|---|---|---:|
| 11/03/05 | KTG | 1.00 | Evaluate cited art. Telephone conference with inventor on November 3. Study Office Action. Preparation and forwarding report and recommendations to client. | 275.00 |
| 11/11/05 | KTG | 1.50 | Work on preparation of response. Telephone conference with inventor on November 11. | 412.50 |
| 11/22/05 | KTG | 0.50 | Work on preparation of response. Telephone conference with inventor on November 22. | 137.50 |
| 11/29/05 | KTG | 2.20 | Prepare for and conduct telephone interview with Examiner on November 29. Work on preparation of response. | 605.00 |
| 01/03/06 | KTG | 1.50 | Preparation and filing of RCE and amendment. Correspondence with client re same. Telephone conference with Chmielewski on January 3. | 435.00 |

PROFESSIONAL SERVICES                                      1,865.00

| | | | |
|---|---:|---:|---:|
| KTG | 1.50 | 290.00 | 435.00 |
| KTG | 5.20 | 275.00 | 1,430.00 |

COSTS ADVANCED

| | | |
|---|---|---:|
| 11/30/05 | Copies | 7.20 |
| 01/31/06 | Postage | 1.06 |
| 01/03/06 | Exam fee | 790.00 |

TOTAL COSTS ADVANCED                                         798.26

MATTER TOTAL                                               2,663.26

(FEES BILLED        7,030.50  )
(EXPENSES BILLED      819.14  )

MATTER NUMBER - P531

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
## COOPER,
## DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE      616-949-9610
FAX                  616-957-8196

DELPHI

February   13, 2006
Page:   6
Invoice      83117

DP-312162
S.N. 11/099,074

| Date | Atty | Hrs | Description | Amount |
|------|------|-----|-------------|--------|
| 01/17/06 | KTG | 1.00 | Study Office Action and cited art. Inter office conference among attorneys. | 290.00 |
| 01/17/06 | BRC | 6.00 | Work on preparation of response to Office Action. | 960.00 |
| 01/18/06 | BRC | 2.50 | Work on preparation of response to Office Action. | 400.00 |
| 01/19/06 | BRC | 0.80 | Study Office Action and references.Inter office conference among attorneys. Preparation and filing of response. Correspondence with client. | 128.00 |

PROFESSIONAL SERVICES                                            1,778.00

| | | | |
|---|---|---|---|
| KTG | 1.00 | 290.00 | 290.00 |
| BRC | 9.30 | 160.00 | 1,488.00 |

COSTS ADVANCED

01/31/06    Copies                                          7.05

TOTAL COSTS ADVANCED                                           7.05

MATTER TOTAL                                               1,785.05

(FEES BILLED        6,888.50  )
(EXPENSES BILLED      226.94  )

MATTER NUMBER – P579

DP-312982

PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE        616-949-9610
FAX                    616-957-8196

DELPHI

February  13, 2006
Page:  7
Invoice        83117

| Date | | Hours | Description | Amount |
|------|---|------|-------------|-------|
| 10/11/05 | KTG | 0.50 | Work on preparation of application. Review claims. | 137.50 |
| 12/28/05 | BRC | 0.80 | Work on preparation of application. | 116.00 |
| 12/29/05 | BRC | 0.40 | Work on preparation of application. | 58.00 |
| 12/30/05 | BRC | 0.50 | Work on preparation of application. | 72.50 |
| 01/06/06 | KTG | 2.00 | Work on preparation of application. Inter office conference among attorneys. | 580.00 |
| 01/17/06 | BRC | 1.50 | Work on preparation of application. | 240.00 |
| 01/19/06 | BRC | 1.10 | Work on preparation of application. | 176.00 |
| 01/20/06 | KTG | 1.00 | Work on preparation of application. | 290.00 |
| 01/23/06 | KTG | 0.50 | Work on preparation of application. Inter office conference among attorneys. | 145.00 |
| 01/25/06 | KTG | 0.30 | Work on preparation of application and submission of draft to client. | 87.00 |
| 01/25/06 | BRC | 0.20 | Work on preparation of application. Work on preparation of email to inventors. | 32.00 |

PROFESSIONAL SERVICES                                  1,934.00

| | | | |
|---|---|---|---|
| KTG | 3.80 | 290.00 | 1,102.00 |
| KTG | 0.50 | 275.00 | 137.50 |
| BRC | 2.80 | 160.00 | 448.00 |
| BRC | 1.70 | 145.00 | 246.50 |

COSTS ADVANCED

| Date | Description | Amount |
|------|-------------|--------|
| 12/21/05 | Express mail | 18.26 |
| 12/01/05 | Associate fee | 45.00 |
| 12/07/05 | Cost of drawings | 255.00 |
| 01/05/06 | Cost of drawings | 140.00 |
| 01/31/06 | Cost of drawings | 45.00 |

TOTAL COSTS ADVANCED                                   503.26

MATTER TOTAL                                           2,437.26

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
### COOPER,
### DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

February  13, 2006
Page:  8
Invoice        83117

(FEES BILLED      3,211.00 )
(EXPENSES BILLED     16.75 )

MATTER NUMBER - P585

DP-313776
S.N. 11/213,141

01/10/06 KTG  0.80  Review prior art from another application.          232.00
                    Preparation and filing of Information Disclosure
                    Statement. Correspondence with Chmielewski.

PROFESSIONAL SERVICES                                                    232.00

KTG                        0.80   290.00      232.00

COSTS ADVANCED

01/31/06   Copies                                              1.05

TOTAL COSTS ADVANCED                                                       1.05

MATTER TOTAL                                                             233.05

(FEES BILLED      4,867.50 )
(EXPENSES BILLED    447.72 )

MATTER NUMBER - P586

DP-313247
S.N. 11/238,855

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE    616-949-9610
FAX              616-957-8196

DELPHI                                          February  13, 2006
                                                Page:  9
                                                Invoice      83117

01/05/06 KTG   0.70   Review additional prior art article. Telephone          203.00
                      conference with inventor on January 5.
                      Preparation and filing of supplemental
                      Information Disclosure Statement. Correspondence
                      with Chmielewski re same.


     PROFESSIONAL SERVICES                                                    203.00

     KTG                    0.70    290.00      203.00


        COSTS ADVANCED
01/31/06    Copies                                           1.05
01/31/06    Postage                                          1.06

TOTAL COSTS ADVANCED                                              2.11

MATTER TOTAL                                                    205.11

   (FEES BILLED     5,478.50 )
   (EXPENSES BILLED    213.47 )

                                          MATTER NUMBER - P587


     DP-313246
     S.N. 11/239,259

01/05/06 KTG   0.70   Review additional prior art article. Telephone          203.00
                      conference with inventor on January 5.
                      Preparation and filing of supplemental
                      Information Disclosure Statement. Correspondence
                      with Chmielewski re same.


   PROFESSIONAL SERVICES                                                      203.00

# PRICE
## HENEVELD,
### COOPER,
### DEWITT &
#### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE      616-949-9610
FAX                   616-957-8196

DELPHI

February  13, 2006
Page:  10
Invoice        83117

| | | | |
|---|---|---|---|
| KTG | 0.70 | 290.00 | 203.00 |

COSTS ADVANCED

01/31/06   Copies — 4.65

TOTAL COSTS ADVANCED — 4.65

MATTER TOTAL — 207.65

(FEES BILLED         5,483.00 )
(EXPENSES BILLED       257.96 )

MATTER NUMBER − P588

DP-307520

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 01/12/06 | KTG | 0.70 | Study Office Action and cited art. Inter office conference among attorneys re response. | 203.00 |
| 01/12/06 | JWJ | 0.10 | Work on preparation of response. | 14.50 |
| 01/18/06 | JWJ | 0.70 | Work on preparation of response. | 101.50 |
| 01/19/06 | JWJ | 2.00 | Work on preparation of response. | 290.00 |
| 01/20/06 | JWJ | 0.60 | Work on preparation of response. | 87.00 |
| 01/23/06 | JWJ | 0.40 | Work on preparation of response. | 58.00 |
| 01/24/06 | JWJ | 0.30 | Work on preparation of response. | 43.50 |
| 01/24/06 | KTG | 1.00 | Work on preparation of response. | 290.00 |
| 01/25/06 | KTG | 0.50 | Work on preparation of response. Inter office conference among attorneys. | 145.00 |
| 01/25/06 | JWJ | 0.50 | Work on preparation of response. | 72.50 |
| 01/26/06 | JWJ | 1.00 | Work on preparation of response. | 145.00 |
| 01/27/06 | JWJ | 0.30 | Work on preparation of response. | 43.50 |
| 01/31/06 | JWJ | 0.20 | Work on preparation of response. | 29.00 |

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196


DELPHI                                    February  13, 2006
                                          Page:  11
                                          Invoice      83117


01/31/06 KTG   0.50   Study Office Action and references. Preparation      145.00
                      and filing of response. Correspondence with
                      client.


    PROFESSIONAL SERVICES                                      1,667.50

    KTG                    2.70    290.00      783.00
    JWJ                    6.10    145.00      884.50


      COSTS ADVANCED
01/31/06    Copies                                     2.40


TOTAL COSTS ADVANCED                                      2.40

MATTER TOTAL                                          1,669.90

(FEES BILLED      4,198.50  )
(EXPENSES BILLED    14.85  )

                                          MATTER NUMBER - P596


    DP-314056

10/13/05 KTG  0.50  Work on preparation of application.               137.50
11/01/05 KTG  0.50  Work on preparation of application.               137.50
01/13/06 KTG  1.50  Work on preparation of application.               435.00
01/15/06 KTG  2.50  Work on preparation of application.               725.00
01/24/06 KTG  1.00  Work on preparation of application.               290.00
01/26/06 KTG  1.50  Work on preparation of application.               435.00
01/30/06 KTG  3.20  Work on preparation of application.               928.00
01/31/06 KTG  1.00  Work on preparation of application and            290.00
                    submission of draft to client.

PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

February  13, 2006
Page:  12
Invoice      83117

PROFESSIONAL SERVICES                                               3,378.00

KTG                    10.70    290.00     3,103.00
KTG                     1.00    275.00       275.00

    COSTS ADVANCED                                        3.15
01/31/06    Copies                                     385.00
10/20/05    Cost of drawings

                                                                    388.15
TOTAL COSTS ADVANCED

MATTER TOTAL                                                        3,766.15

(FEES BILLED       1,512.50  )
(EXPENSES BILLED       0.00  )

                                              MATTER NUMBER - P597

    DP-314154

11/01/05 KTG  0.70  Review invention disclosure. Work on preparation    192.50
                    of application. Inter office conference among
                    attorneys.
11/02/05 JWJ  2.60  Work on preparation of application.                  338.00
11/03/05 JWJ  2.10  Work on preparation of application.                  273.00
11/03/05 KTG  0.50  Review invention disclosure. Telephone               137.50
                    conference with inventor on November 3.
11/04/05 KTG  0.70  Work on preparation of application.                  192.50
11/07/05 JWJ  1.80  Work on preparation of application.                  234.00
11/08/05 JWJ  4.60  Work on preparation of application.                  598.00
11/09/05 JWJ  4.60  Work on preparation of application.                  598.00
11/10/05 JWJ  3.50  Work on preparation of application.                  455.00
11/11/05 JWJ  5.20  Work on preparation of application.                  676.00

# PRICE
## HENEVELD,
## COOPER,
## DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

February 13, 2006
Page:  13
Invoice    83117

| | | | | |
|---|---|---|---|---:|
| 11/22/05 | JWJ | 4.10 | Work on preparation of application. | 533.00 |
| 11/22/05 | KTG | 2.00 | Work on preparation of application. | 550.00 |
| 11/23/05 | JWJ | 3.20 | Work on preparation of application. | 416.00 |
| 12/08/05 | KTG | 1.30 | Work on preparation of application. | 357.50 |
| 12/08/05 | JWJ | 0.30 | Work on preparation of application. | 39.00 |
| 01/12/06 | KTG | 0.80 | Work on preparation of application. | 232.00 |
| 01/12/06 | JWJ | 0.40 | Work on preparation of application. | 58.00 |
| 01/19/06 | JWJ | 0.10 | Work on preparation of application. | 14.50 |
| 01/25/06 | JWJ | 0.70 | Work on preparation of application. | 101.50 |
| 01/27/06 | JWJ | 1.60 | Work on preparation of application. | 232.00 |
| 01/27/06 | KTG | 2.00 | Inter office conference among attorneys. Prepare and send finalized application with filing papers to client for filing. NOTE: Costs due to several embodiments approved by Stefan Chmielewski. | 580.00 |
| 01/31/06 | JWJ | 0.60 | Work on preparation of application. | 87.00 |

6,895.00

PROFESSIONAL SERVICES

| | | | |
|---|---:|---:|---:|
| KTG | 2.80 | 290.00 | 812.00 |
| KTG | 5.20 | 275.00 | 1,430.00 |
| JWJ | 3.40 | 145.00 | 493.00 |
| JWJ | 32.00 | 130.00 | 4,160.00 |

COSTS ADVANCED

| | | |
|---|---|---:|
| 01/31/06 | Copies | 10.05 |
| 01/31/06 | Cost of drawings | 550.00 |

TOTAL COSTS ADVANCED    560.05

MATTER TOTAL    7,455.05

(FEES BILLED                )
(EXPENSES BILLED           )

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

February 13, 2006
Page:  14
Invoice      83117

MATTER NUMBER - P600

DP-313208

| Date | Atty | Hrs | Description | Amount |
|------|------|-----|-------------|--------|
| 12/01/05 | KTG | 0.50 | Telephone conference with inventor on December 1. | 137.50 |
| 12/20/05 | KTG | 1.00 | Work on preparation of application. | 275.00 |
| 12/21/05 | KTG | 1.00 | Review invention disclosure.Telephone conference with inventor on December 21. | 275.00 |
| 12/29/05 | KTG | 0.50 | Work on preparation of application. | 137.50 |
| 12/30/05 | JWJ | 4.00 | Work on preparation of application. | 520.00 |
| 01/03/06 | KTG | 0.70 | Work on preparation of application. Inter office conference among attorneys. | 203.00 |
| 01/03/06 | JWJ | 1.90 | Work on preparation of application. | 275.50 |
| 01/04/06 | JWJ | 4.30 | Work on preparation of application. | 623.50 |
| 01/05/06 | JWJ | 0.30 | Telephone conference with client on January 5. | 43.50 |
| 01/06/06 | JWJ | 3.20 | Work on preparation of application. | 464.00 |
| 01/09/06 | JWJ | 0.20 | Work on preparation of application. | 29.00 |
| 01/10/06 | KTG | 0.50 | Work on preparation of application. | 145.00 |
| 01/11/06 | KTG | 1.20 | Work on preparation of application. | 348.00 |
| 01/12/06 | KTG | 0.80 | Work on preparation of application. | 232.00 |
| 01/12/06 | JWJ | 3.50 | Telephone conference with inventor on January 12. | 507.50 |
| 01/13/06 | JWJ | 0.30 | Work on preparation of application. | 43.50 |
| 01/19/06 | JWJ | 0.20 | Work on preparation of application. | 29.00 |
| 01/20/06 | JWJ | 1.90 | Work on preparation of application. | 275.50 |
| 01/23/06 | KTG | 0.50 | Inter office conference among attorneys re patent application. Review inventors revisions. | 145.00 |
| 01/23/06 | JWJ | 1.90 | Work on preparation of application. | 275.50 |

PROFESSIONAL SERVICES                                4,984.50

| | | | |
|-----|-------|--------|----------|
| KTG | 3.70 | 290.00 | 1,073.00 |
| KTG | 3.00 | 275.00 | 825.00 |
| JWJ | 17.70 | 145.00 | 2,566.50 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
### COOPER,
#### DEWITT &
##### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE        616-949-9610
FAX                    616-957-8196

DELPHI

February  13, 2006
Page:  15
Invoice        83117

| | | | | |
|---|---|---|---|---|
| JWJ | | 4.00 | 130.00 | 520.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 01/31/06 | Copies | 13.50 |
| 12/29/05 | Cost of drawings | 225.00 |

TOTAL COSTS ADVANCED                                                    238.50

MATTER TOTAL                                                          5,223.00

(FEES BILLED                    )
(EXPENSES BILLED                )

MATTER NUMBER - P601

DP-312989

| Date | Atty | Hrs | Description | Amount |
|---|---|---|---|---|
| 12/07/05 | KTG | 0.20 | Telephone conference with Brown on December 7. | 55.00 |
| 12/19/05 | JWJ | 0.20 | Work on preparation of application. | 26.00 |
| 12/29/05 | KTG | 0.30 | Inter office conference among attorneys. Work on preparation of application. | 82.50 |
| 12/29/05 | JWJ | 2.20 | Work on preparation of application. | 286.00 |
| 01/10/06 | JWJ | 0.10 | Work on preparation of application. | 14.50 |
| 01/13/06 | JWJ | 0.10 | Work on preparation of application. | 14.50 |
| 01/18/06 | JWJ | 0.50 | Work on preparation of application. | 72.50 |
| 01/23/06 | JWJ | 1.00 | Work on preparation of application. | 145.00 |
| 01/23/06 | KTG | 0.30 | Review inventor comments to draft application. | 87.00 |
| 01/24/06 | JWJ | 0.40 | Work on preparation of application. | 58.00 |
| 01/25/06 | JWJ | 0.60 | Work on preparation of application. | 87.00 |
| 01/26/06 | JWJ | 0.10 | Work on preparation of application. | 14.50 |
| 01/27/06 | JWJ | 1.80 | Work on preparation of application. | 261.00 |
| 01/30/06 | JWJ | 0.50 | Work on preparation of application. | 72.50 |
| 01/30/06 | KTG | 0.70 | Work on preparation of application. | 203.00 |

# PRICE
# HENEVELD,
## COOPER,
## DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

February  13, 2006
Page:   16
Invoice       83117

01/31/06 JWJ  0.10  Work on preparation of application.                     14.50

PROFESSIONAL SERVICES                                               1,493.50

KTG                   1.00     290.00       290.00
KTG                   0.50     275.00       137.50
JWJ                   5.20     145.00       754.00
JWJ                   2.40     130.00       312.00

MATTER TOTAL                                                       1,493.50

(FEES BILLED      4,350.00  )
(EXPENSES BILLED    323.11  )

MATTER NUMBER - P602

DP-313066

| Date | Atty | Hrs | Description | Amount |
|---|---|---|---|---|
| 12/07/05 | KTG | 0.20 | Telephone conference with Brown on December 7. | 55.00 |
| 12/29/05 | KTG | 0.30 | Work on preparation of application. Inter office conference among attorneys. | 82.50 |
| 01/23/06 | KTG | 0.30 | Review inventor comments to draft application. Inter office conference among attorneys. | 87.00 |
| 01/23/06 | JWJ | 1.00 | Work on preparation of application. | 145.00 |
| 01/24/06 | JWJ | 3.10 | Work on preparation of application. | 449.50 |
| 01/25/06 | JWJ | 1.40 | Work on preparation of application. | 203.00 |
| 01/26/06 | JWJ | 0.40 | Work on preparation of application. | 58.00 |
| 01/27/06 | JWJ | 0.80 | Work on preparation of application. | 116.00 |
| 01/30/06 | JWJ | 0.50 | Work on preparation of application. | 72.50 |
| 01/30/06 | KTG | 0.70 | Work on preparation of application. | 203.00 |
| 01/31/06 | JWJ | 0.20 | Work on preparation of application. | 29.00 |

PROFESSIONAL SERVICES                                               1,500.50

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
### COOPER,
#### DEWITT &
##### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

February  13, 2006
Page:  17
Invoice     83117

| | | | |
|---|---|---|---|
| KTG | 1.00 | 290.00 | 290.00 |
| KTG | 0.50 | 275.00 | 137.50 |
| JWJ | 7.40 | 145.00 | 1,073.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 01/31/06 | Copies | 30.00 |

TOTAL COSTS ADVANCED                                         30.00

MATTER TOTAL                                              1,530.50

(FEES BILLED      4,349.00  )
(EXPENSES BILLED    323.11  )

MATTER NUMBER - P604

DP-312988

| | | | | |
|---|---|---|---|---|
| 12/07/05 | KTG | 0.20 | Work on preparation of application. Telephone conference with Brown on December 7. | 55.00 |
| 12/29/05 | KTG | 0.30 | Work on preparation of application. Inter office conference among attorneys. | 82.50 |
| 01/23/06 | KTG | 0.30 | Review inventor comments to draft application. Inter office conference among attorneys. | 87.00 |
| 01/23/06 | JWJ | 1.00 | Work on preparation of application. | 145.00 |
| 01/25/06 | JWJ | 0.50 | Work on preparation of application. | 72.50 |
| 01/26/06 | JWJ | 2.10 | Work on preparation of application. | 304.50 |
| 01/27/06 | JWJ | 0.70 | Work on preparation of application. | 101.50 |
| 01/30/06 | JWJ | 0.50 | Work on preparation of application. | 72.50 |
| 01/30/06 | KTG | 0.70 | Work on preparation of application. | 203.00 |
| 01/31/06 | JWJ | 0.20 | Work on preparation of application. | 29.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
## COOPER,
## DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

February  13, 2006
Page:  18
Invoice      83117

PROFESSIONAL SERVICES                                               1,152.50

| KTG | 1.00 | 290.00 | 290.00 |
| KTG | 0.50 | 275.00 | 137.50 |
| JWJ | 5.00 | 145.00 | 725.00 |

COSTS ADVANCED

| 01/31/06 | Copies | 28.95 |
| 12/21/05 | Express mail | 25.08 |

TOTAL COSTS ADVANCED                                                  54.03

MATTER TOTAL                                                      1,206.53

(FEES BILLED      4,349.00  )
(EXPENSES BILLED    323.11  )

MATTER NUMBER – P609

DP-314339

| 01/15/06 KTG | 0.50 | Review invention disclosure. | 145.00 |
| 01/17/06 KTG | 1.00 | Review invention disclosure and draft application. Telephone conference with inventor Kady on January 17. Correspondence with Chmielewski. | 290.00 |
| 01/27/06 KTG | 2.00 | Work on preparation of application. | 580.00 |
| 01/29/06 KTG | 1.50 | Work on preparation of application. | 435.00 |
| 01/30/06 KTG | 1.50 | Work on preparation of application. | 435.00 |
| 01/31/06 KTG | 4.70 | Telephone conference with inventor on January 31. Work on preparation of application and submission of draft to client. | 1,363.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

PRICE
HENEVELD,
    COOPER,
DEWITT &
    LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

February  13, 2006
Page:  19
Invoice      83117

| | | | | |
|---|---|---|---|---|
| PROFESSIONAL SERVICES | | | | 3,248.00 |
| KTG | 11.20 | 290.00 | 3,248.00 | |
| MATTER TOTAL | | | | 3,248.00 |

(FEES BILLED                    )
(EXPENSES BILLED               )

MATTER NUMBER - P616

DP-313169

| | | | | |
|---|---|---|---|---|
| 01/18/06 KTG | 1.50 | Review invention disclosure. Telephone conference with inventor on January 18. Inter office conference among attorneys. | | 435.00 |
| 01/23/06 KTG | 1.50 | Review invention disclosure. Telephone conference with inventor on January 23. | | 435.00 |
| 01/25/06 KTG | 2.30 | Evaluate invention and patent application. Telephone conference with Chmielewski and inventor on January 25 re decision to abandon application before filing. Prepare and send letter to Chmielewski re same and close file. | | 667.00 |

| | | | | |
|---|---|---|---|---|
| PROFESSIONAL SERVICES | | | | 1,537.00 |
| KTG | 5.30 | 290.00 | 1,537.00 | |
| MATTER TOTAL | | | | 1,537.00 |

(FEES BILLED                    )
(EXPENSES BILLED               )

MATTER NUMBER - P618

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE

## HENEVELD,

### COOPER,

### DEWITT &

#### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

February  13, 2006
Page:  20
Invoice       83117

| | | | | |
|---|---|---|---|---|
| 01/19/06 KTG | 1.50 | Review invention disclosure and related application. Telephone conference with inventor on January 19. | | 435.00 |
| 01/24/06 KTG | 2.80 | Work on preparation of application. | | 812.00 |
| 01/25/06 KTG | 2.50 | Evaluate invention and patent application. Telephone conference with Chmielewski and inventor on January 25 re decision to abandon application before filing. Prepare and send letter to Chmielewski re same and close file. | | 725.00 |

PROFESSIONAL SERVICES                                    1,972.00

KTG                  6.80     290.00     1,972.00

MATTER TOTAL                                            1,972.00

(FEES BILLED                    )
(EXPENSES BILLED               )

CLIENT TOTAL                                           40,679.36
INVOICE TOTAL                                          40,679.36

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

PRICE

HENEVELD,

COOPER,

DEWITT &

LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE    616-949-9610
FAX              616-957-8196

DELPHI

March  10, 2006
Page:   2
Invoice        83378

CLIENT NUMBER -  DEL001

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH February 28, 2006 IN CONNECTION
    WITH THE FOLLOWING MATTERS -

MATTER NUMBER - A313

REF# 2001-000087

| | | | | |
|---|---|---|---|---|
| 02/16/06 KTG | 0.50 | Review notes and status of evaluation of patent. Evaluate patent. | | 145.00 |
| 02/27/06 KTG | 0.30 | Telephone conference with Chmielewski on February 27. Close file and prepare memorandum. | | 87.00 |

PROFESSIONAL SERVICES                                                 232.00

    KTG                     0.80    290.00        232.00

MATTER TOTAL                                                          232.00

(FEES BILLED       2,652.00  )
(EXPENSES BILLED    239.40  )

MATTER NUMBER - P424

DP-307279
SN 10/354,840

| | | | |
|---|---|---|---|
| 12/13/05 KTG | 1.00 | Evaluate Office Action and prior art. Telephone conference with Brown on December 13. Telephone conference with Examiner on December 13. | 275.00 |
| 01/04/06 KTG | 1.00 | Study Office Action. Preparation and forwarding report and recommendations to client. | 290.00 |

# PRICE
## HENEVELD,
### COOPER,
### DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

March  10, 2006
Page:  3
Invoice      83378

| | | | | |
|---|---|---|---|---:|
| 02/09/06 KTG | 0.70 | Work on preparation of response. Telephone conference with inventor on February 9. | | 203.00 |
| 02/13/06 KTG | 2.70 | Work on preparation of response. | | 783.00 |
| 02/15/06 KTG | 1.50 | Work on preparation of response. Telephone conference with inventor on February 15. | | 435.00 |
| 02/16/06 KTG | 1.70 | Study Office Action and references. Preparation and filing of response. Correspondence with client.<br>NOTE: Cost appoved by Stefan Chmielewski. | | 493.00 |

PROFESSIONAL SERVICES                                  2,479.00

| | | | |
|---|---:|---:|---:|
| KTG | 7.60 | 290.00 | 2,204.00 |
| KTG | 1.00 | 275.00 | 275.00 |

COSTS ADVANCED

| | | |
|---|---|---:|
| 12/30/05 | Copies | 14.55 |

TOTAL COSTS ADVANCED                                      14.55

MATTER TOTAL                                            2,493.55

(FEES BILLED      7,745.00 )
(EXPENSES BILLED    237.52 )

MATTER NUMBER - P442

DP-309231
S.N. 10/608,702

| | | | |
|---|---|---|---:|
| 01/03/06 KTG | 0.60 | Evaluate Advisory Action and file history. Telephone conference with Chmielewski on January 3. | 174.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
### COOPER,
#### DEWITT &
##### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

March  10, 2006
Page:  4
Invoice        83378

| | | | | |
|---|---|---|---|---:|
| 01/06/06 KTG | 0.70 | Evaluate file history and Advisory Action. Telephone conference with Chmielewski on January 6. | | 203.00 |
| 01/23/06 GJE | 6.30 | Work on preparation of brief. | | 1,858.50 |
| 01/25/06 GJE | 3.30 | Work on preparation of brief. | | 973.50 |
| 01/26/06 GJE | 2.50 | Work on preparation of brief. | | 737.50 |
| 02/20/06 GJE | 2.30 | Completion and filing of appeal brief. | | 678.50 |

PROFESSIONAL SERVICES                                    4,625.00

| | | | |
|---|---:|---:|---:|
| GJE | 14.40 | 295.00 | 4,248.00 |
| KTG | 1.30 | 290.00 | 377.00 |

COSTS ADVANCED

| | | |
|---|---|---:|
| 01/31/06 | Copies | 10.35 |
| 02/28/06 | Postage | 2.70 |
| 01/19/06 | Notice of appeal fee | 500.00 |
| 01/19/06 | Extension of time fee | 120.00 |
| 02/20/06 | Appeal fee | 500.00 |

TOTAL COSTS ADVANCED                                     1,133.05

MATTER TOTAL                                            5,758.05

(FEES BILLED      13,196.50 )

(EXPENSES BILLED   1,166.19 )

MATTER NUMBER - P468

DP-308423
S.N. 10/722,706

| | | | |
|---|---|---|---:|
| 02/04/06 KTG | 2.50 | Evaluate file history and patent claims for RCE and amendment or appeal. | 725.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
## COOPER,
## DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE          616-949-9610
FAX                      616-957-8196

DELPHI

March  10, 2006
Page:   5
Invoice          83378

| | | | | |
|---|---|---|---|---|
| 02/06/06 KTG | 3.20 | Evaluate claims and prior art. Telephone conference with inventor, Chmielewski and Examiner on February 6. Preparation and filing of Notice of Appeal. Correspondence with client re same. | | 928.00 |

PROFESSIONAL SERVICES                                          1,653.00

KTG                    5.70    290.00    1,653.00

COSTS ADVANCED

| 02/28/06 | Copies | 1.50 |
|---|---|---|
| 02/06/06 | Notice of appeal fee | 500.00 |

TOTAL COSTS ADVANCED                                          501.50

MATTER TOTAL                                                  2,154.50

(FEES BILLED        8,143.50  )
(EXPENSES BILLED      583.48  )

MATTER NUMBER - P485

DP-310833
S.N. 10/831,828

| | | | |
|---|---|---|---|
| 02/01/06 JSK | 0.20 | Telephone conference with Examiner on February 1. | 46.00 |
| 02/02/06 JSK | 0.40 | Review new prior art. Telephone conference with inventor on February 2. | 92.00 |
| 02/03/06 JSK | 2.90 | Telephone conference with Taylor on February 3. Review prior art. | 667.00 |
| 02/07/06 KTG | 2.00 | Work on preparation of response. | 580.00 |

PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

March  10, 2006
Page:  6
Invoice      83378

| | | | | |
|---|---|---|---|---|
| 02/09/06 JSK  1.20  Telephone conference with inventor on February 9. Telephone conference with Examiner on February 9 re amended claims 1 and 17. | | | | 276.00 |

PROFESSIONAL SERVICES                                              1,661.00

| | | | |
|---|---|---|---|
| KTG | 2.00 | 290.00 | 580.00 |
| JSK | 4.70 | 230.00 | 1,081.00 |

MATTER TOTAL                                                       1,661.00

(FEES BILLED       8,474.00  )
(EXPENSES BILLED     694.01  )

MATTER NUMBER - P593

DP-313904
S.N. 11/233,147

| | | |
|---|---|---|
| 02/08/06 KTG  0.70  Preparation and filing of supplemental Information Disclosure Statement. Correspondence with client re same. | | 203.00 |

PROFESSIONAL SERVICES                                              203.00

| | | | |
|---|---|---|---|
| KTG | 0.70 | 290.00 | 203.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 02/28/06 | Copies | 10.20 |
| 02/15/06 | Express mail | 19.10 |

TOTAL COSTS ADVANCED                                               29.30

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
## COOPER,
## DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX                    616-957-8196

DELPHI

March  10, 2006
Page:  7
Invoice      83378

232.30

MATTER TOTAL

(FEES BILLED        4,757.50  )
(EXPENSES BILLED      307.31  )

MATTER NUMBER - P603

DP-312987

| | | | |
|---|---|---|---|
| 12/07/05 KTG 0.20 | Telephone conference with Brown on December 7. | | 55.00 |
| 12/29/05 KTG 0.30 | Work on preparation of application. Inter office conference among attorneys. | | 82.50 |
| 01/23/06 KTG 0.30 | Review inventor comments to draft application. | | 87.00 |

PROFESSIONAL SERVICES                                        1,428.00

| | | | |
|---|---|---|---|
| KTG | 1.00 | 290.00 | 290.00 |
| KTG | 0.50 | 275.00 | 137.50 |
| JWJ | 6.90 | 145.00 | 1,000.50 |

COSTS ADVANCED

| | | |
|---|---|---|
| 01/31/06 | Copies | 28.95 |
| 02/15/06 | Express mail | 15.55 |

TOTAL COSTS ADVANCED                                           44.50

MATTER TOTAL                                                 1,472.50

(FEES BILLED        4,349.00  )
(EXPENSES BILLED      323.11  )

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
### COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

March 10, 2006
Page: 8
Invoice      83378

MATTER NUMBER - P606

DP-313473

| | | | | |
|---|---|---|---|---|
| 12/12/05 | KTG | 1.00 | Review invention disclosure for preparation of application. | 275.00 |
| 01/09/06 | KTG | 0.50 | Review invention disclosure. Inter office conference among attorneys. | 145.00 |
| 01/10/06 | GJE | 6.10 | Work on preparation of application. | 1,799.50 |
| 01/11/06 | GJE | 5.30 | Work on preparation of application. | 1,563.50 |
| 01/12/06 | GJE | 2.00 | Work on preparation of application. | 590.00 |
| 02/01/06 | GJE | 2.00 | Work on preparation of application. | 590.00 |

PROFESSIONAL SERVICES                                      4,963.00

| | | | |
|---|---|---|---|
| GJE | 15.40 | 295.00 | 4,543.00 |
| KTG | 0.50 | 290.00 | 145.00 |
| KTG | 1.00 | 275.00 | 275.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 12/30/05 | Copies | 27.90 |
| 02/15/06 | Express mail | 22.48 |
| 02/06/06 | Cost of drawings | 85.00 |

TOTAL COSTS ADVANCED                                        135.38

MATTER TOTAL                                              5,098.38

(FEES BILLED              )

(EXPENSES BILLED          )

MATTER NUMBER - P610

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

March  10, 2006
Page:  9
Invoice        83378

DP-313389

| Date | Init | Hrs | Description | Amount |
|------|------|-----|-------------|--------|
| 01/16/06 | KTG | 0.50 | Review invention disclosure. | 145.00 |
| 01/17/06 | KTG | 1.00 | Review invention disclosure. Inter office conference among attorneys. Work on preparation of application. | 290.00 |
| 01/17/06 | GJE | 1.50 | Work on preparation of application. | 442.50 |
| 01/18/06 | GJE | 1.40 | Work on preparation of application. | 413.00 |
| 01/20/06 | GJE | 1.90 | Work on preparation of application. | 560.50 |
| 01/24/06 | GJE | 5.10 | Work on preparation of application. | 1,504.50 |
| 01/27/06 | GJE | 7.80 | Work on preparation of application. | 2,301.00 |
| 02/01/06 | GJE | 6.00 | Work on preparation of application. | 1,770.00 |
| 02/02/06 | GJE | 1.20 | Work on preparation of application. | 354.00 |
| 02/16/06 | KTG | 0.50 | Evaluate inventorship. Telephone conference with Brown on February 16. Correspondence with Brown. Inter office conference among attorneys. | 145.00 |
| 02/27/06 | KTG | 0.30 | Inter office conference among attorneys. Telephone conference with Brown on February 27 re foreign inventor, licensing and filing of application. NOTE: Cost approved by Stefan Chmielewski. | 87.00 |

PROFESSIONAL SERVICES                        8,012.50

| | | | |
|---|---|---|---|
| GJE | 24.90 | 295.00 | 7,345.50 |
| KTG | 2.30 | 290.00 | 667.00 |

COSTS ADVANCED

| Date | Description | Amount |
|------|-------------|--------|
| 02/15/06 | Express mail | 19.10 |
| 02/13/06 | Cost of drawings | 170.00 |

TOTAL COSTS ADVANCED                        189.10

MATTER TOTAL                                8,201.60

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
### COOPER,
### DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX               616-957-8196

DELPHI

March  10, 2006
Page:  10
Invoice      83378

(FEES BILLED                    )
(EXPENSES BILLED               )

MATTER NUMBER - P615

DP-314109

| | | | | |
|---|---|---|---|---:|
| 01/18/06 | JWJ | 0.50 | Work on preparation of application. | 72.50 |
| 01/27/06 | JWJ | 0.40 | Work on preparation of application. | 58.00 |
| 01/30/06 | JWJ | 5.00 | Work on preparation of application. | 725.00 |
| 01/31/06 | JWJ | 2.70 | Work on preparation of application. | 391.50 |
| 02/01/06 | JWJ | 1.20 | Work on preparation of application. | 174.00 |
| 02/01/06 | KTG | 1.20 | Work on preparation of application. | 348.00 |
| 02/02/06 | JWJ | 4.50 | Work on preparation of application. | 652.50 |
| 02/03/06 | JWJ | 5.30 | Work on preparation of application. | 768.50 |
| 02/06/06 | JWJ | 1.90 | Work on preparation of application. | 275.50 |
| 02/06/06 | KTG | 0.30 | Inter office conference among attorneys re claims. | 87.00 |
| 02/07/06 | JWJ | 4.20 | Work on preparation of application. | 609.00 |
| 02/08/06 | JWJ | 1.40 | Work on preparation of application. | 203.00 |
| 02/09/06 | JWJ | 1.40 | Work on preparation of application. | 203.00 |
| 02/09/06 | KTG | 1.80 | Work on preparation of application. Inter office conference among attorneys. | 522.00 |
| 02/10/06 | JWJ | 0.10 | Work on preparation of application. | 14.50 |
| 02/17/06 | JWJ | 0.20 | Work on preparation of application. | 29.00 |

PROFESSIONAL SERVICES                                      5,133.00

| | | | |
|---|---:|---:|---:|
| KTG | 3.30 | 290.00 | 957.00 |
| JWJ | 28.80 | 145.00 | 4,176.00 |

COSTS ADVANCED

| | | |
|---|---|---:|
| 02/28/06 | Copies | 22.50 |
| 02/15/06 | Express mail | 19.10 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

March  10, 2006
Page:  11
Invoice        83378

| | | |
|---|---|---|
| 02/06/06  Cost of drawings | | 205.00 |
| TOTAL COSTS ADVANCED | | 246.60 |
| MATTER TOTAL | | 5,379.60 |
| (FEES BILLED | ) | |
| (EXPENSES BILLED | ) | |

MATTER NUMBER - P617

DP-314375

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 01/18/06 | KTG | 1.50 | Review invention disclosure. Telephone conference with inventor on January 18. | 435.00 |
| 02/04/06 | KTG | 1.50 | Work on preparation of application. | 435.00 |
| 02/06/06 | KTG | 0.50 | Work on preparation of application. | 145.00 |
| 02/07/06 | KTG | 2.00 | Work on preparation of application. | 580.00 |
| 02/08/06 | KTG | 2.00 | Work on preparation of application. | 580.00 |
| 02/10/06 | KTG | 2.50 | Work on preparation of application. | 725.00 |
| 02/14/06 | KTG | 3.00 | Work on preparation of application. | 870.00 |
| 02/15/06 | KTG | 4.50 | Work on preparation of application and submission of draft to client. | 1,305.00 |
| 02/17/06 | KTG | 0.50 | Work on preparation of foreign claims and abstract. | 145.00 |
| 02/28/06 | KTG | 0.50 | Work on preparation of application. | 145.00 |

| | | | |
|---|---|---|---|
| PROFESSIONAL SERVICES | | | 5,365.00 |
| KTG | 18.50 | 290.00 | 5,365.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 01/31/06  Copies | | 15.90 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
### COOPER,
### DEWITT &
#### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

March 10, 2006
Page:  12
Invoice      83378

| | | | |
|---|---|---|---|
| 02/15/06 | Express mail | 29.63 | |
| 02/08/06 | Cost of drawings | 260.00 | |

TOTAL COSTS ADVANCED                                         305.53

MATTER TOTAL                                              5,670.53

(FEES BILLED                    )
(EXPENSES BILLED                )

CLIENT TOTAL                                             38,354.01
INVOICE TOTAL                                            38,354.01

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

April 10, 2006
Page: 2
Invoice    83722

CLIENT NUMBER - DEL001

FOR PROFESSIONAL SERVICES RENDERED
THROUGH March 31, 2006 IN CONNECTION
WITH THE FOLLOWING MATTERS -

MATTER NUMBER - P439

DP-309778
SN 10/427,599

| | | | | |
|---|---|---|---|---|
| 03/15/06 | KTG | 1.20 | Study Office Action and cited art. Preparation and forwarding report and recommendations to client. Telephone conference with inventor on March 15. | 348.00 |
| 03/20/06 | KTG | 0.30 | Study correspondence. Correspondence with inventor. Telephone conference with Brown on March 20 and abandon and close file. Correspondence with Chmielewski re decision to abandon application. | 87.00 |

PROFESSIONAL SERVICES                                                      435.00

KTG                        1.50     290.00          435.00

COSTS ADVANCED

| | | |
|---|---|---|
| 03/31/06 | Copies | 4.95 |
| 03/15/06 | Express mail | 17.37 |

TOTAL COSTS ADVANCED                                                        22.32

MATTER TOTAL                                                              457.32

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
## COOPER,
## DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

April 10, 2006
Page:  3
Invoice      83722

(FEES BILLED      15,826.00 )
(EXPENSES BILLED   2,266.55 )

MATTER NUMBER - P468

DP-308423
S.N. 10/722,706

| Date | | Hrs | Description | Amount |
|---|---|---|---|---|
| 03/17/06 | KTG | 2.50 | Work on preparation of appeal brief. Evaluate file history claims and prior art. | 725.00 |
| 03/18/06 | KTG | 2.00 | Work on preparation of appeal brief. | 580.00 |
| 03/23/06 | KTG | 2.80 | Work on preparation of appeal brief. | 812.00 |
| 03/26/06 | KTG | 1.50 | Work on preparation of appeal brief. | 435.00 |
| 03/27/06 | KTG | 1.00 | Work on preparation of appeal brief. | 290.00 |
| 03/28/06 | KTG | 0.80 | Preparation and filing of appeal brief. Correspondence with client re same. | 232.00 |

PROFESSIONAL SERVICES                                      3,074.00

KTG            10.60    290.00    3,074.00

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 03/31/06 | Copies | 9.15 |
| 03/15/06 | Express mail | 16.96 |
| 03/31/06 | Postage | 2.22 |
| 03/28/06 | Appeal fee | 500.00 |

TOTAL COSTS ADVANCED                                        528.33

MATTER TOTAL                                              3,602.33

(FEES BILLED       9,796.50 )
(EXPENSES BILLED   1,084.98 )

MATTER NUMBER - P479

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
### COOPER,
## DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

April  10, 2006
Page:  4
Invoice      83722

DP-310683
S.N. 10/784,368

| | | | | |
|---|---|---|---|---|
| 03/07/06 | KTG | 2.00 | Study Office Action and cited art. | 580.00 |
| 03/08/06 | KTG | 3.20 | Study Office Action and references. Preparation and filing of response. Correspondence with client. Telephone interview with Examiner on March 8. | 928.00 |
| 03/22/06 | KTG | 1.50 | Telephone interview with Examiner on March 22. Work on preparation of amendment to claims. Correspondence with Examiner re amended claims. | 435.00 |
| 03/23/06 | KTG | 0.50 | Telephone conference with Examiner on March 23 re amendment. Telephone conference with Brown on March 23. | 145.00 |

PROFESSIONAL SERVICES                                   2,088.00

KTG              7.20    290.00    2,088.00

COSTS ADVANCED

| | | | |
|---|---|---|---|
| 03/31/06 | Copies | | 10.80 |
| 03/15/06 | Express mail | | 17.37 |

TOTAL COSTS ADVANCED                                      28.17

MATTER TOTAL                                          2,116.17

(FEES BILLED      6,059.00 )
(EXPENSES BILLED    373.17 )

MATTER NUMBER - P494

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE        616-949-9610
FAX                      616-957-8196

DELPHI

April  10, 2006
Page:  5
Invoice        83722

DP-311955
S.N. 10/832,755

| | | | | |
|---|---|---|---|---|
| 01/17/06 KTG | 1.00 | Telephone conference with inventor on January 17. Study Office Action. Preparation and forwarding report and recommendations to client. | | 290.00 |
| 03/02/06 KTG | 2.50 | Work on preparation of response. | | 725.00 |
| 03/03/06 KTG | 1.50 | Work on preparation of response. Telephone conference with inventor on March 3. | | 435.00 |
| 03/06/06 KTG | 0.50 | Work on preparation of response. Telephone conference with inventor on March 6. | | 145.00 |
| 03/07/06 KTG | 0.50 | Work on preparation of response. | | 145.00 |
| 03/08/06 KTG | 0.50 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | | 145.00 |

PROFESSIONAL SERVICES                                        1,885.00

KTG                          6.50      290.00      1,885.00

COSTS ADVANCED

| | | |
|---|---|---|
| 03/31/06 | Copies | 39.30 |
| 02/15/06 | Express mail | 36.47 |
| 03/07/06 | Additional claims fee | 50.00 |

TOTAL COSTS ADVANCED                                          125.77

MATTER TOTAL                                                2,010.77

(FEES BILLED        5,129.50  )
(EXPENSES BILLED      338.68  )

MATTER NUMBER - P509

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

April  10, 2006
Page:  6
Invoice     83722

DP-312006
S.N. 10/974,347

| Date | Atty | Hrs | Description | Amount |
|------|------|-----|-------------|--------|
| 02/09/06 | KTG | 0.70 | Evaluate Office Action and cited art. Inter office conference among attorneys. | 203.00 |
| 02/09/06 | JWJ | 0.50 | Work on preparation of response. | 72.50 |
| 02/13/06 | JWJ | 0.80 | Work on preparation of response. | 116.00 |
| 03/13/06 | JWJ | 0.40 | Work on preparation of response. | 58.00 |
| 03/17/06 | JWJ | 0.30 | Work on preparation of response. | 43.50 |
| 03/19/06 | KTG | 1.00 | Evaluate Office Action. Work on preparation of response. | 290.00 |
| 03/20/06 | KTG | 0.20 | Work on preparation of response. Inter office conference among attorneys. | 58.00 |
| 03/20/06 | JWJ | 2.20 | Work on preparation of response. | 319.00 |
| 03/21/06 | JWJ | 1.70 | Work on preparation of response. | 246.50 |
| 03/22/06 | JWJ | 1.00 | Work on preparation of response. | 145.00 |
| 03/23/06 | JWJ | 1.10 | Work on preparation of response. Work on preparation of Information Disclosure Statement. | 159.50 |
| 03/23/06 | KTG | 0.50 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | 145.00 |
| 03/24/06 | JWJ | 1.20 | Work on preparation of Information Disclosure Statement. | 174.00 |
| 03/27/06 | JWJ | 0.60 | Work on preparation of Information Disclosure Statement. | 87.00 |
| 03/27/06 | KTG | 0.50 | Review Information Disclosure Statement. Inter office conference among attorneys. | 145.00 |
| 03/28/06 | JWJ | 0.20 | Work on preparation of Information Disclosure Statement. | 29.00 |

PROFESSIONAL SERVICES                                    2,291.00

| | | | |
|---|---|---|---|
| KTG | 2.90 | 290.00 | 841.00 |
| JWJ | 10.00 | 145.00 | 1,450.00 |

COSTS ADVANCED

03/31/06   Copies                                         80.85

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

April  10, 2006
Page:  7
Invoice     83722

| | | |
|---|---|---|
| 03/15/06 | Express mail | 17.37 |
| 03/31/06 | Postage | 12.80 |
| 03/27/06 | Information disclosure statement fee | 180.00 |

TOTAL COSTS ADVANCED                                          291.02

MATTER TOTAL                                               2,582.02

(FEES BILLED        4,838.00 )
(EXPENSES BILLED       68.16 )

MATTER NUMBER - P594

DP-313908
S.N. 11/198,444

| | | | | |
|---|---|---|---|---|
| 03/15/06 | KTG | 1.20 | Study Office Action and cited art. Preparation and forwarding report and recommendations to client. Telephone conference with inventor on March 15. | 348.00 |
| 03/21/06 | KTG | 2.50 | Telephone conference with inventor on March 21. Work on preparation of response. | 725.00 |
| 03/22/06 | KTG | 1.80 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | 522.00 |

PROFESSIONAL SERVICES                                       1,595.00

KTG                5.50    290.00    1,595.00

COSTS ADVANCED

| | | |
|---|---|---|
| 03/31/06 | Copies | 19.80 |
| 03/15/06 | Express mail | 16.31 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

PRICE
HENEVELD,
 COOPER,
DEWITT &
 LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

April  10, 2006
Page:  8
Invoice      83722

TOTAL COSTS ADVANCED                                        36.11

MATTER TOTAL                                             1,631.11

(FEES BILLED       5,197.50  )
(EXPENSES BILLED     221.85  )

MATTER NUMBER - P607

DP-314338

| Date | Staff | Hours | Description | Amount |
|---|---|---|---|---|
| 12/12/05 | KTG | 1.00 | Review invention disclosure for preparation of application. | 275.00 |
| 01/18/06 | KTG | 0.50 | Evaluate invention disclosure. Telephone conference with inventor on January 18. | 145.00 |
| 02/06/06 | KTG | 1.00 | Work on preparation of application. | 290.00 |
| 02/07/06 | KTG | 0.50 | Work on preparation of application. | 145.00 |
| 02/19/06 | KTG | 1.50 | Work on preparation of application. | 435.00 |
| 02/21/06 | KTG | 2.00 | Work on preparation of application. | 580.00 |
| 02/22/06 | KTG | 1.50 | Work on preparation of application. | 435.00 |
| 02/24/06 | KTG | 1.50 | Work on preparation of application. | 435.00 |
| 02/25/06 | KTG | 1.00 | Work on preparation of application. | 290.00 |
| 03/01/06 | KTG | 1.50 | Work on preparation of application. | 435.00 |
| 03/02/06 | KTG | 1.50 | Work on preparation of application. | 435.00 |
| 03/03/06 | KTG | 2.00 | Work on preparation of application and submission of draft to client. | 580.00 |
| 03/04/06 | KTG | 0.50 | Work on preparation of foreign claims and abstract. | 145.00 |
| 03/23/06 | KTG | 0.50 | Work on preparation of application. | 145.00 |
| 03/24/06 | KTG | 0.70 | Prepare and send finalized application with filing papers to client for filing. | 203.00 |

PROFESSIONAL SERVICES                                       4,973.00

KTG                     16.20    290.00     4,698.00

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
### COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

April  10, 2006
Page:  9
Invoice      83722

KTG                    1.00    275.00      275.00

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 03/31/06 | Copies | 20.25 |
| 02/15/06 | Express mail | 45.94 |
| 02/13/06 | Cost of drawings | 240.00 |

TOTAL COSTS ADVANCED                          306.19

MATTER TOTAL                               5,279.19

(FEES BILLED                )
(EXPENSES BILLED            )

MATTER NUMBER - P608

DP-314495

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 12/12/05 | KTG | 1.00 | Review invention disclosure for preparation of application. | 275.00 |
| 01/04/06 | KTG | 0.50 | Review invention disclosure. Inter office conference among attorneys. | 145.00 |
| 01/06/06 | JSK | 1.20 | Work on preparation of application. | 276.00 |
| 01/09/06 | JSK | 0.40 | Work on preparation of application. | 92.00 |
| 03/14/06 | JSK | 1.70 | Work on preparation of application. | 391.00 |
| 03/16/06 | JSK | 4.20 | Work on preparation of application. | 966.00 |
| 03/20/06 | JSK | 6.40 | Work on preparation of application. | 1,472.00 |
| 03/21/06 | JSK | 1.70 | Work on preparation of application. | 391.00 |
| 03/22/06 | JSK | 4.20 | Work on preparation of application. | 966.00 |
| 03/23/06 | JSK | 0.80 | Work on preparation of application and submission of draft to client. | 184.00 |
| 03/23/06 | KTG | 0.50 | Review patent application. Inter office conference among attorneys. | 145.00 |
| 03/24/06 | JSK | 1.80 | Work on preparation of application. | 414.00 |
| 03/30/06 | JSK | 0.60 | Work on preparation of application. | 138.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
## COOPER,
## DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

| | |
|---|---|
| TELEPHONE | 616-949-9610 |
| FAX | 616-957-8196 |

DELPHI

April 10, 2006
Page:  10
Invoice    83722

PROFESSIONAL SERVICES                                5,855.00

| | | | |
|---|---|---|---|
| KTG | 1.00 | 290.00 | 290.00 |
| KTG | 1.00 | 275.00 | 275.00 |
| JSK | 23.00 | 230.00 | 5,290.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 12/30/05 | Copies | 2.55 |
| 02/15/06 | Express mail | 50.00 |
| 01/09/06 | Cost of drawings | 300.00 |
| 03/27/06 | Cost of drawings | 540.00 |

TOTAL COSTS ADVANCED                                    892.55

MATTER TOTAL                                          6,747.55

(FEES BILLED            )
(EXPENSES BILLED        )

MATTER NUMBER - P610

DP-313389

COSTS ADVANCED

| | | |
|---|---|---|
| 03/31/06 | Copies | 10.05 |
| 02/17/06 | Foreign associate fee | 259.74 |
| 03/06/06 | Foreign associate fee | 259.94 |

TOTAL COSTS ADVANCED                                    529.73

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**PRICE**

**HENEVELD,**

**COOPER,**

**DEWITT &**

**LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

April  10, 2006
Page:  11
Invoice      83722

529.73

MATTER TOTAL

(FEES BILLED        8,012.50  )
(EXPENSES BILLED      189.10  )

MATTER NUMBER - P619

DP-312387

| | | | | |
|---|---|---|---|---|
| 02/01/06 | KTG | 1.00 | Review invention disclosure. | 290.00 |
| 02/06/06 | KTG | 0.50 | Review invention disclosure. Telephone conference with Brown on February 6. | 145.00 |
| 02/09/06 | KTG | 0.70 | Work on preparation of application. Inter office conference among attorneys. | 203.00 |
| 02/09/06 | JWJ | 3.10 | Work on preparation of application. | 449.50 |
| 02/13/06 | JWJ | 2.70 | Work on preparation of application. | 391.50 |
| 02/14/06 | JWJ | 0.30 | Work on preparation of application. | 43.50 |
| 02/15/06 | JWJ | 4.10 | Work on preparation of application. | 594.50 |
| 02/16/06 | JWJ | 3.70 | Work on preparation of application. | 536.50 |
| 02/16/06 | KTG | 0.80 | Work on preparation of application. Inter office conference among attorneys. | 232.00 |
| 02/17/06 | JWJ | 0.10 | Work on preparation of application. | 14.50 |
| 03/03/06 | JWJ | 0.80 | Work on preparation of application. | 116.00 |
| 03/04/06 | KTG | 1.70 | Work on preparation of application. | 493.00 |
| 03/06/06 | JWJ | 2.10 | Work on preparation of application. | 304.50 |
| 03/07/06 | JWJ | 0.10 | Work on preparation of application. | 14.50 |
| 03/08/06 | JWJ | 0.30 | Work on preparation of application. | 43.50 |
| 03/13/06 | JWJ | 0.20 | Work on preparation of application. | 29.00 |
| 03/21/06 | JWJ | 0.10 | Work on preparation of application. | 14.50 |
| 03/22/06 | JWJ | 0.10 | Work on preparation of application. | 14.50 |
| 03/24/06 | JWJ | 0.10 | Work on preparation of application. | 14.50 |
| 03/27/06 | JWJ | 3.50 | Work on preparation of application. | 507.50 |
| 03/28/06 | JWJ | 4.80 | Work on preparation of application. | 696.00 |
| 03/29/06 | JWJ | 0.80 | Work on preparation of application. | 116.00 |

NOTE: COSTS APPROVED BY STEFAN SHMIELEWSKI.

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
### COOPER,
#### DEWITT &
##### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

April  10, 2006
Page:  12
Invoice      83722

PROFESSIONAL SERVICES                                            5,263.50

KTG                      4.70     290.00     1,363.00
JWJ                     26.90     145.00     3,900.50

COSTS ADVANCED

03/31/06    Copies                              21.30
03/15/06    Express mail                        35.30
03/01/06    Cost of drawings                    90.00

TOTAL COSTS ADVANCED                                              146.60

MATTER TOTAL                                                    5,410.10

(FEES BILLED                    )
(EXPENSES BILLED                )

CLIENT TOTAL                                                  30,366.29
INVOICE TOTAL                                                30,366.29

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

Exhibit E

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**ORDER GRANTING SECOND INTERIM APPLICATION FOR APPROVAL
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PRICE,
HENEVELD, COOPER, DEWITT & LITTON, LLP, INTELLECTUAL
PROPERTY COUNSEL TO DEBTORS, FOR SERVICES RENDERED FROM
OCTOBER 9, 2005, THROUGH MAY 31, 2006**

Upon consideration of the second interim application of Price, Heneveld, Cooper, DeWitt & Litton, LLP, for approval of compensation and reimbursement of expenses (the "Second Interim Price, Heneveld Application") for professional services and expenses incurred and billed during the period commencing October 9, 2005, through May 31, 2006; and a hearing having been held before this Court to consider the Second Interim Price, Heneveld Application on October 19, 2006; and notice having been given pursuant to FED.R.BANKR.P. 2002(a)(7) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefore, it is hereby:

ORDERED that the First Interim Price, Heneveld Application is granted to the extent set forth in Exhibit B.

Dated:  New York, New York
          October 19, 2006

_____
United States Bankruptcy Judge
Southern District of New York