UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

DELPHI CORPORATION, *et al*,

Debtors.

Case No. 05-44481 (RDD)
Chapter 11
(Jointly Administered)

## PROOF OF SERVICE

On July 26, 2006, I directed by secretary, Jeri Sherwood, to electronically file the Motion for Admission to Practice, *Pro Hac Vice* and proposed Order Granting Celeste R. Gill Permission to Practice, *Pro Hac Vice* with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

**Notice will be electronically mailed to:**

David B. Aaronson
david.aaronson@dbr.com

Elizabeth Abdelmasieh
elizabeth.regencap.com

Franklin C. Adams
franklin.adams@bbklaw.com

Jason R. Adams
Jadams@torys com

Jennifer L. Adamy
bankruptcy.com

Joseph W. Allen
jallen@jaeckle.com

Joel D. Applebaum
japplebaum@clarkhill.com

Stephen M. Bales
sbales@zieglermetzger.com

C. David Bargamian
dbargamiam@bsdd.com

William .J. Barrett
william.barrett@bfkpn.com

David S. Barritt
barritt@chaprnan.com

Douglas P. Bartner
dbartner@shearman.com
bankruptcy@shearman.com
erin.reilly@shearman.com
nicholas.pullen@shearman.com
mtorkin@shearman.com

Donald F. Baty
dbaty@honigman.com

Douglas P. Baumstein
dbaumstein@whitecase.com

Ronald Scott Beacher
rbeacher@pitneyhardin.com

1

W. Robinson Beard
jkirk .com

Christopher Robert Belmonte
cbelmonte@ssbb.com
pbosswick@ssbb.com

Leslie Ann Berkoff
lberkoff@moritthock.com

Jeffrey Bernstein
jb@carpben.com
ssolazzo@carben.com

Monica Susan Blacker
monicablacker@akllp.com

Charles F. Boulbol
rtrack@msn com

Wendy D. Brewer
wendy.brewer@btlaw.com
bankruptcycyindy@btlaw.com

Allan S. Brilliant
abrilliant@goodwinprocter.com
nymanagingclerk@goodwinprocter.com

Timothy W. Brink
tbrink@lordbissell.com

James L. Bromley
maofiling@cgsh.com

Mark A. Broude
rnark.broude@lw com

Dewitt Brown
dbrown@klettroney.com

Daniel E. Bruso
dbruso@cantorcolburn.com
DMayhew@cantorcolburn.com

Tamika A. Bryant
tab@h2law.com

Deborah M. Buell
maofiling@cgsh.com

Kevin .J. Burke
kburke@cahill.com

Michael G.. Busenkell
mbusenkell@eckertseamans.com

John Wm. Butler
jbutler@skadden.com

Aaron R. Cahn
cahn@clm.com

Judy B. Calton
jcalton@honigman.com

Scoff Cargill
scargi11@lowenstein.com

D. Christopher Carson
ccarson@burr.com

Michelle Carter
mcarter@kslaw.com

Madison L. Cashman
nashvillebankruptcyfilings@stites.com

Ben T. Caughey
ben.caughey@icemiller.com

George B. Cauthen
george.cauthen@nelsonmullins.com

Erik G. Chappell
egc@lydenlaw.com

Eric J. Charlton
echarltonc@hiscockbarclay.com

Maria E. Chavez-Ruark
maria.ruark@dlapiper.com
richard.kremen@dlapiper.com

David D. Cleary
david.cleary@llgm.com
mkhambat@llgm.com

Marvin E. Clements
icnewyork@state.tn.us

Tiffany Strelow Cobb
tscobb@vssp.com
cdfricke@vssp.com
eplitfin@vssp.com

Dennis J. Connolly
dconnolly@alston.com

Susan M. Cook
smcook@lambertleser.com

Patrick M. Costello
pcostello@bbslaw.com
catherine@bbslaw.com

David N. Crapo
dcrapo@gibbonslaw.com

Michael G. Cruse
mcruse@wnj.com

Gary H. Cunningham
gcunningham@stroblpc.com

Vincent D'Agostino
vdagostino@lowenstein.com

Douglas R. Davis
ddavis@paulweiss.com

Jeffry A. Davis
jeffdavis@graycary.com

James J. DeCristofaro
james.decristofaro@lovells.com
karenostad@lovells.com

Robert Dehney
rdehney@mnat.com
gsaydah@mnat.com
cmiller@mnat.com
tdriscoll@mnat.com
dabbott@mnat.com
dbutz@mnat.com

Gerard DiConza
gdiconza@dlawpc.com

Maria J. DiConza
diconzam@gtlaw.com
baddleyd@gtlaw.com

John P. Dillman
houston_bankruptcy@publicans.com

Karen Dine
karen.dine@pillsburylaw.com

Stephen A. Donato
sdonato@bsk.com
kdoner@bsk.com
heddy@bsk.com

J. Ted Donovan
TDonovan@finkgold.com
srshmulevitz@finkgold.com

William E. Dornbos
william.dornbos@oag.state.ny.us

David B. Draper
ddraper@terra-law.com

Robert W. Dremluk
rdremluk@seyfarthcom
rlauter@seyfarth.com
etrybantelser@cityofchicago.org
pbaisier@seyfarth.com
shenslovizt@seyfarth.com

Seth A. Drucker
sdrucker@clarkhill.com

3

Frank L. Eaton
featon@whitecase.com
icruz@whitecase.com
mresnicoff@whitecase.com

Robert L. Eisenbach
reisenbach@cooley.com

Judith Elkin
judith.elkin@haynesboone.com

David S. Elkind
david.elkind@ropesgray.com
paul.lang@ropesgray.com

Bruce N. Elliott
elliott@cmplaw.com

Barbara Ellis-Monro
bellis-monro@sgrlaw.com

Alyssa Englund
aenglund@orrick.com

Richard L. Epling
richard.epling@pillsburylaw.com
gianni.dimos@pillsburylaw.com

Earle I. Erman
eerman@ermanteicher.com

Scoff L. Esbin

Michael S. Etkin
metkin@lowenstein.com
rnseymour@lowenstein.com

Stephen Vincent Falanga
sfalanga@connellfoley.com
porr@connellfoley.com
jbarrow@connellfoley.com

Eugene I. Farber
efarber747@aol.com

Robert Michael Farquhar
mfarquhar@winstead.com

Bonnie Glantz Fatell
fatell@blankrome com
recchiuti@blankrome.com

Richard L. Ferrell
Ferrell@taftlaw.com

Charles J. Filardi
charles@filardi-law.com
abothwell@filardi-law com

Jonathan D. Forstot
jforstot@tpw.com
mmuller@tpw.com
lcurcio@tpw.com

Mateo Fowler
rnateofowler@quinnemanuel.com

Edward M. Fox
efox@klng.com

Joseph D Frank
jfrank@fgllp.com
ccarpenterf@fgllp.com
jkleinman@fgllp.com

David H. Freedman
dfreedman@ermanteicher.com

Michael Friedman
mfriedman@rsko.com
mschneider@rsko.com

Scott J. Friedman
sjfriedman@jonesday.com
sdignomirello@jonesday.com
ChicagoBRR@jonesday.com

Patricia B. Fugee
pfugee@ralaw.com
mtroendle@ralaw.com

Lars H. Fuller
lfuller@rothgerber.com

4

Timothy A. Fusco
fusco@millercanfield.com

Thomas M. Gaa
tgaa@bbslaw.com
clee@bbslaw.com

James M. Garner
jgarner@shergarner.com.corn
jchocheles@shergarner.com

Yann Geron
ygeron@foxrothschild.com

Leo .J Gibson
lgibson com

Larry Ivan Glick
larryglick@erols.com

Matthew Alexander Gold
courts@argopartners.net

Scott R. Goldberg
sgoldber@quarles.com

Scott A. Golden
sago1den@hhlaw.com
khseal@hhlaw.com

Robert C. Goodrich
nashvillebankruptcyfilings@stites.com

Robert D. Gordon
rgordon@clarkhill.com

Gary A. Gotto
BankiuptcyECF@krplc.com

Garry M. Graber
ggraber@hodgsonruss.com
bomalley@hodgsonruss.com

Warren R. Graham
wrg@dmlegal.com

Gary E. Green
ggreen@fagelhaber.com

Jonathan S. Green
greenj@millercanfield.com

John T. Gregg
jgregg@btlaw.com

Stephen H. Gross
sgross@hodgsonruss.com

Stephen B. Grow
sgrow@wnj.com
kfrantz@wnj.com

Peter J. Gurfein
pgurfein@akingump.com

Jonathan P. Guy
jguy@orrick.com

Michael Leo Hall
mhall@burr.com

Timothy C. Hall
tch@previant.com

Alan D. Halperin
halperinlaw.net
cbattaglia@halperinlaw.net
eganc@halperinlaw.net
cmitchell@halperinlaw.net
dyas@halperinlaw.net

Matthew W. Hamilton
mhamilton@amph.com

William J. Hanlon
whanlon@seyfarth.com
bosuscourt@seyfarth.com

Kristopher M. Hansen
insolvency2@stroock.com
docketing@stroock.com

Jill M. Hartley
jh@previant.com

Brian W. Harvey
bharvey@goodwinprocter.com

William M. Hawkins
whawkins@loeb.com

Gerald E. Hawxhurst
leticiabustinduy@quinnemanuel.com

Ryan D. Heilman
rheilman@schaferandweiner.com

Ira L. Herman
bankr.nyc@tklaw.com

William Heuer
wi1liam.heuer@bingham.com

Jeannette Eisan Hinshaw
jhinshaw@boselaw.com
pdidandeh@boselaw.com

Robert M. Hirsh
hirsh.robert@arentfox.com

Shannon E. Hoff
Shannon.Hoff@hmw.com
mstinson@burr.com

Stephanie K Hoos
skhoos@mintz.com

John J. Hunter
jrhunter@hunterschank.com
sharonaldrich@hunterschank.com

Jay W. Hurst
jayhurst@oag.state.tx.us

Roland Hwang
hwangr@michigan.gov

Michael G. Insalaco
minsalaco@zeklaw.com

Hilary .Jewett
hjewett@foley.com

Roger G. Jones
rjones@bccb.com

Richard Josephson
rcjosephson@stoel.com
basargent@stoel.com

Andrew C. Kassner
andrew.kassner@dbr.com

Jessica Kastin
jkastin@omm.com

David Kennedy
david.kennedy2@usdoj.gov

Thomas M. Kennedy
tkennedy@kjmlabor.com

Susheel Kirpalani
skilpalani@milbank.com
rceron@milbank.com
pmetz@milbank.com
jclark2@milbank.com
dodonnell@milbank.com

Tracy L. Klestadt
tklestad@tklestadt.com
tklestadt@gmail.com
jross@klestadt.com

Alan M. Koschik
akoschik@brouse.com

Lawrence J. Kotler
ljkotler@duanemorris.com

Stuart A. Krause
skrause@zeklaw.com

Duane Kumagai
dkumagai@rutterhobbs.com

6

David R. Kuney
dkuney@sidley.com. corn,
nroberge@sidley.com
kjacobs@sidley.com
vleather@sidley.com
zdelacru@sidley.com

Darryl S. Laddin
bkrfilings@agg.com

Elena Lazarou
elazarou@reedsmith.com
cwilliams@reedsrnith.com

David S. Lefere
davidl@bolhouselaw.com

Harris Donald Leinwand
h1einwand@aol.com

David E. Lemke
david.lemke@wallerlaw.com
cathy.thomas@wallerlaw.com
chris.cronk@wallerlaw.com
robert.welhoelter@wallerlaw.com

Joseph H. Lemkin
jhlemkin@duanemorris.com
vmarchello@duanemorris.com

Ira M. Levee
ilevee@lowenstein.com

Jill Levi
jlevi@toddlevi.com
drosenberg@toddlevi.com

Jeffrey M. Levinson
jml@ml-legal.com

Kenneth M. Lewis
klewis@rosenpc.com
rpc@rosenpc.com
reception@rosenpc.com

Kim Martin Lewis
brandy.mcqueary@dinslaw.com
john.persiani@dinslaw.com

Eric Lopez Schnabel
schnabel@klettrooney.com

Daniel A. Lowenthal
dlowenthal@thelenreid.com

A. Peter Lubitz
plubitz@schiffhardin.com

John S. Mairo
jsmairo@pbnlaw.com
jmgastineaupbnlaw.com
mdlaskowski@pbnlaw.com
jmsailliard@pbnlaw.com
cjalvarado@pbnlaw.com

Amy Wood Malone
amalone@colwinlaw.com

Jacob A. Manheimer
kcunningham@pierceatwood.com

Nauni Manty
ecfb@riderlaw.com

Kayalyn A. Marafioti
kmarafio@skadden.com
jharring@skadden.com

Dorothy H. Marinis-Riggio
demarinis@candklaw.com

Ilan Markus
imarkus@tylercooper.com

Richard Gary Mason
rgmason@wlrk.com

Victor J. Mastromarco
vmastromar@aol.com

Thomas J. Matz
tmatz@skadden.com

7

Daniel P. Mazo
dpm@curtinheefner.com

Michael K. McCrory
michael.mccrory@btlaw.com
bankruptcyindy@btlaw.com

Ralph E. McDowell
rmcdowell@bodmanllp.com

Douglas J. McGill
douglas.mcgill@dbr.com

Frank McGinn
fftm@bostonbusinesslaw.com
ddl@bostonbusinesslaw.com

Greta A. McMorris
gmcmorris@stinsonmoheck.com

Austin L. McMullen
amcmulle@bccb.com

Patrick E. Mears
patrick.mears@btlaw.com

Derek F. Meek
dmeek@burr.com

Barbara S. Mehlsack
bmehlsack@gkllaw.com

Timothy Mehok
timothy.mehok@hellerehrman.com

Richard M. Meth
msteen@pitneyhardin.com
rmmnybankruptcy@pitneyhardin.com

Sally Meyer
smeyer@madisonliquidity.com

Merle C. Meyers
mmeyers@gsmdlaw.com

Robert N. Michaelson
rmichaelson@kl.com

Kathleen M. Miller
kmm@skfdelaware.com
tlc@skfdelaware.com

W. Timothy Miller
miller@taftlaw.com

Alan K. Mills
amills@btlaw.com
bankruptcyindy@btlaw.com

Robert K. Minkoff
lsi@liquiditysolutions.com
rminkoff@liquiditysolutions.com
sfriedberg@liquidityslutions.com

Joseph Thomas Moldovan
bankruptcy@morrisoncohen.com
mdallago@morrisoncohen.com

James P. Moloy
jmoloy@dannpecar.com

Michael C. Moody
mmoody@okmlaw.com
firm@okmlaw.com
morourke@okmlaw.com

Audrey E. Moog
amoog@hhlaw.com

Brian F. Moore
bmoore@mccarter.com

Gene T. Moore
gtmlaw@bellsouth.net

Sarah E. Morrison
sarah.morrison@doj.ca.gov

Eric T. Moser
emoser@klng.com
kserrao@klng.com

Alisa Mumola
alisa@contrariancapital.com

Jill L. Murch
jmurch@foley.com
khall@foley.com

James P. Murphy
murph@berrymoorman.com

Bruce S. Nathan
bnathan@lowenstein.com

Lauren Newman
inewman@fagelhaber.com

Marie L. Nienhuis
mnienhuis@gklaw.com
zraiche@gklaw.com
mrousfus@gklaw.com

Richard P. Norton
rnorton@reedsmith.com
cpanzer@reedsmith.com
dreperowitz@reedsmith.com

Gordon Z. Novod
gnovod@kramerlevin.com
lbertko@kramerlevin.com

Kasey C. Nye
knye@quarles.com

Martin P. Ochs
martin@oglaw.net

Sean A. Okeefe
sokeefe@winthropcouchot.com

Mark Russell Owens
mowens@btlaw.com

Charles Palella
cpalella@kurzman.com

Ingrid S. Palermo
ipalermo@hselaw.com

Richard J. Parks
rparks@mijb.com
mtcraig@mijb.com
ksiegel@mijb.com

Geoffrey .J. Peters
gpeters@weltman.com

Anne M. Peterson
apeterson@phillipslytle.com

Lowell Peterson
lpeterson@msek.com

Ronald R. Peterson
rpeterson@jenner.com
anicoll@jenner.com
docketing@jenner.com

Ed Phillips
ephillips@thurman-phillips.com,

Alex Pirogovsky
apirogovsky@uhlaw.com

Leslie A. Plaskon
leslieplaskon@paulhastings.com

David M. Posner
dmposner@hhlaw.com
khseal@hhlaw.com
mferrara@hhlaw.com

Jeffrey S. Posta
jposta@sternslaw.com

Constantine Pourakis
cp@stevenslee.com

Susan Power-Johnston
sjohnston@cov.com

Paul A. Rachmuth
prachmuth@andersonkill.com
bfiling@andersonkill.com

Thomas B. Radom
radom@butzel.com,

Dennis Jay Raterink
raterinkd@michigan.gov

Steven J. Reisman
sreisman@cm-p.com
athau@cm-p.com
jbarucha@cm-p.com
webmaster@docketware.com
mharwood@cm-p.com

Kenneth A. Reynolds
kar@pyormandelup.com

Geoffrey A. Richards
grichards@kirkland.com

Marc E. Richards
mrichards@blankrome.com

Craig Philip Rieders
crieders@gjb-law.com
bamron@gjb-law.com

Sandra A. Riemer
sriemer@phillipsnizer.com
mfay@phillipsnizer.com

Marianne Goldstein Robbins
mgr@previant.com

Matthew R. Robbins
mrr@previant.com

Jean R. Robertson
jrobertson@mcdonaldhopkins.com

Scott D. Rosen
srosen@cb-shea.com

Paul M. Rosenblatt
prosenblatt@kilpatrickstockton.com

Robert B. Rubin
brubin@burr.com

E. Todd Sable
tsab1e@honigman.com

Chester B. Salomon
cs@stevenslee.com

Diane W. Sanders
austin.bankruptcy@publicans.com,

Thomas P. Sarb
ecfsarbt@millerjohnson.com

Robert V. Sartin
rsartin@fbtlaw.com

William F. Savino
wsavino@damonmorey.com

Thomas J. Schank
tomschank@hunterschank.com
bfrasier@hunterschank.com

Michael L. Schein
mlschein@vedderprice.com
ecfnydocket@vedderprice.com

Charles P. Schulman
cschulman@sachnoff.com

Bryan I. Schwartz
bschwartz@lplegal.com

Mark S. Scott
mscott@riemerlaw.com

Jay Selanders
selanders@danielsandkaplan.com

Mark A. Shaiken
mshaiken@stinsonmoheck.com
jgant@stinsonmoheck.com
amurdock@stinsonmoheck.com

Andrea Sheehan
sheehan@txschoollaw.com
greiner@txschoollaw.com
asheel@yahoocom
lindagreiner59@aol.com

Andrew Howard Sherman
asherman@sillscummis.com

Joseph E. Shickich
jshickich@riddellwilliams.com

Stephen J. Shimshak
sshimshak@paulweiss.com

Wallace A Showman
was@showmanlaw.com

Robert J. Sidman
rjsidman@vssp.com
bkbowers@vssp.com
eplitfin@vssp.com
cdfricke@vssp,com
Sam 0. Simmerman
sosimmerman@kwgd.com
mhelmick@kwgd.com

Thomas R. Slome
mail@srsllp.com

Marc P. Solomon
msolomon@burr.com

Brian D. Spector
bspector@selawfirm.com
kdillon@selawfirm.com

Robert .J. Stark
claukamg@brownrudnick.com

Bonnie Steingart
steinbo@ffhsj.com
nydocketclrk@ffhsj.com

Malani Sternstein
msternstein@sheppardmullin.com

Brent C. Strickland
bstrickland@wtplaw.com

James M. Sullivan
jmsullivan@mwe.com

Robert Szwajkos
rsz@curtinheefner.com

Jeffrey L. Tanenbaum
garrett.fail@weil.com
johnson.ng@weil.com
robert.lemons@weil.com
michele,meises@weil,com

Zakarij 0. Thomas
zothomas@klettiooney.com

Douglas M. Tisdale
doug@tisdalelaw.com
maxx@tisdalelaw.com

Gordon J. Toering
gtoering@wnj.com

Sheldon S. Toll
lawtoll@comcast.net

Laura L Torrado
ltorrado@bear.com
msussman@bear.com

Martin B. Tucker
mtucker@fbtlaw.com

Raymond J. Urbanik
rurbanik@munsch.com

Philip Urofsky
philip.urofsky@cwt.com
purofsky@yahoo.com

Robert Usadi
rusadi@cahill.com

Shmuel Vasser
svasser@eapdlaw.com

11

| | |
|---|---|
| Joseph .J. Vitale<br>jvitale@cwsny.com | **Notice will not be electronically mailed to:** |
| Sean M. Walsh<br>swalsh@chglaw.com<br>troan@chglaw.com | Manda L. Anagnost<br>1024 North Michigan Avenue<br>P.O. Box 3197<br>Saginaw, MI  48605-3197 |
| Michael D. Warner<br>bankruptcy@warnerstevens.com | Mark I. Bane<br>Ropes & Gray, LLP<br>45 Rockefeller Plaza |
| Robert K. Weiler<br>rweiler@greenseifter.com<br>lellis@greenseifter.com | NewYork, NY  10111<br>Thomas M. Beeman<br>Attorney at Law |
| Elizabeth Weller<br>dallas.bankruptcy@publicans.com | 33 West 10th Street<br>Suite 200<br>Anderson, IN  46016 |
| Robert A White<br>rwhite@murthalaw.com | Howard S. Beltzer<br>White & Case, LLP |
| W. Joe Wilson<br>jwilson@tylercooper.com | 1155 Avenue of the Americas<br>New York, NY  10036 |
| Jeffrey C. Wisler<br>jcw@cblhlaw.com | Glenn P. Berger<br>Jaffe & Asher, LLP<br>600 Third Avenue |
| Douglas Wolfe<br>dwolfe@asmcapital.com | New York, NY  10016 |
| Robert D. Wolford<br>ecfwolfordr@mjsc.com | Bing Metals Group, Inc. |
| Stephen L. Yonaty<br>syonaty@hodgsonruss.com | James S. Carr<br>Kelley, Drye & Warren, LLP |
| Helen A. Zamboni<br>hzamboni@underbergkessler.com | 101 Park Avenue<br>New York, NY  10178 |
| Menachem O. Zelmanovitz<br>mzelrnanovitz@morganlewis.com | Babette A. Ceccotti<br>Cohen, Weiss, and Simon<br>330 West 42nd Street, 25th Floor |
| Peter Alan Zisser<br>nyc-bkcyecf@hklaw.com<br>Bos-bankruptcy@hklaw.,com | New York, NY  10036 |

<div style="column-count:2">

Central Transport International, Inc.
c/o Mark H. Shapiro
24901 Northwestern Highway
Suite 611
Southfield, MI  48075

Stuart F. Cheney

Mark G. Claypool

Michael L. Cook
Schulte, Roth & Zabel, LLP
919 Third Avenue
New York, NY  10022

Maureen A. Cronin
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY  10022

Crown Enterprises, Inc.

Gary H. Cunningham
Kramer Mellen, P.C.
3000 Town Center, Suite 1700
Southfield, MI  48075-1277

John K. Cunningham
White & Case, LLP
200 South Biscayne Boulevard
Suite 4900
Miami, FL  33131

Ranieio D'Aversa
Mayer, Brown, Rowe & Maw
1675 Broadway
New York, NY  10019-5820

Craig Alan Damast
Blank Rome, LLP
405 Lexington Avenue
New York, NY  10174

Tracy Hope Davis
United States Trustee Office
33 Whitehall Street
21st Floor
New York, NY  10004

J. Michael Debbeler
Graydon, Head & Ritchey, LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH  45202

Christie Lyman Dowling
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 2600
Birmingham, AL  35209

Duane Morris, LLP
30 South 17th Street
Philadelphia, PA  19103

Frank L. Eaton
White & Case, LLP
1155 Avenue of the Americas
New York, NY  10036-2787

Economy Transport, Inc.

Douglas Ellmann
Ellmann & Ellmann, P.C
308 West Huron
Ann Arbor, MI  48103-4204

</div>

13

Michael S. Etkin
Lowenstein Sandler, PC
1251 Avenue of the Americas
18th Floor
New York, NY  10019

Gary Ettelman
Ettelman & Hochheiser, P.C.
100 Quentin Roosevelt Boulevard
Suite 401
Garden City, NY  11530

Fair Harbor Capital, LLC
875 Avenue of the Americas
Suite 2305
New York, NY  10001

Michael D. Fishman
39533 Woodward Avenue, Suite 140
Bloomfield Hills, MI 48304

Elizabeth K. Flaagan
Holme, Roberts & Owen, LLP
1700 Lincoln Street, Suite 4100
Denver, CO  80203

Mark T. Flewelling
Anglin, Flewelling, Rasmussen, Campbell
& Trytten, LLP
199 South Los Robles Avenue
Suite 600
Pasadena, CA  91101

Glenn D Forbis
39533 Woodward Avenue, Suite 140
Bloomfield Hills, MI  48304

David Garland
Moore, Clarke, DuVall & Rodgers, P.C.
2829 Old Dawson Road
Albany, GA  31 707

Ira P. Goldberg
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL  60068-5 738

Andrew D. Gottfried
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY  10178

David M. Grogan
Shumaker, Loop & Kendrick
128 South Tryon Street
Suite 1800
Charlotte, NC  28202

Holly G. Gydus
Regen Capital
2109 Broadway
New York, NY  10023

Larry D. Harvey
Larry D. Harvey, P.C.
5290 DTC Parkway
Suite 150
Englewood, CO  80111

Dion W. Hayes
McGuireWoods LLP
901 East Cary Street
Richmond, VA  23219-4030

Marc E. Hirschfield
Ropes & Gray. LLP
45 Rockefeller Plaza
New York, NY  10111-0087

David A. Hodges
212 Center Street
Fifth Floor
Little Rock, AR  72201

Jay R. Indyke
Kronish, Lieb, Weiner & Hellman, LLP
1114 Avenue of the Americas
New York, NY  10036

Kurt Jacobs
Sidley Austin, LLP
1501 K Street, N.W.
Washington, DC  20005

14

Thomas H. Keyse
1700 Lincoln Street
Suite 4000
Denver, CO  80203

Steve Kieselstein
Kieselstein Law Firm, PLLC
43 British American Boulevard
Latham, NY  12110

Joseph B. Koczko
Thompson Hine, LLP
One Chase Manhattan Plaza
58th Floor
New York, NY  10005

Hanan B. Kolko
Meyer, Suozzi, English & Klein, P.C.
1350 Broadway
Suite 501
New York, NY  10018

Laurie Krepto
Montgomery, McCracken,
Walker & Rhoads
123 South Broad Street
Avenue of the Arts
Philadelphia, PA  19109

Anna C. Lee
Mandel, Katz, Manna & Brosnan, LLP
210 Route 303
Valley Cottage, NY  10989

David S. Leinwand
Amroc Investments, LLC
535 Madison Avenue
15th Floor
New York, NY  10017

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Ira M. Levee
Lowenstein Sandler, PC
1251 Avenue of the Americas
18th Floor
New York, NY  10019

Logistics Insight Corp. (LINC)

Larry Magarik
Kennedy, Jennik & Murray, P.C.
113 University Place, 7th Floor
New York, NY  10003

Wendy G. Marcari
Traub, Bonaquist & Fox, LLP
655 Third Avenue
21st Floor
New York, NY  10017

Jil Mazer-Marino
Rosen, Slome, Marder, LLP
333 Earle Ovington Boulevard
Suite 901
Uniondale, NY  11553

Timothy S. McFadden
Lord, Bissell & Brook
115 South LaSalle Street
Chicago, IL  60603

Daniel A. McLaughlin
Sidley Austin, LLP
787 Seventh Avenue
New York, NY  10019

Patrick E. Mears
Barnes & Thornburg, LLP
300 Ottawa Avenue, NW
Suite 500
Grand Rapids, MI  49503

15

Richard G. Menaker
Menaker & Herrmann, LLP
10 East 40th Street
New York, NY  10016

Larren M. Nashelsky
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, NY  10104

Thomas C. Pavlik
Novak, Robenalt, Pavlik
Skylight Office Tower, Suite 270
1660 West Second Street
Cleveland, OH  44113

A. Robert Pietrzak
Sidley Austin, LLP
787 Seventh Avenue
New York, NY  10019

Alan B. Posner
Kelman Loria, PLLC
660 Woodward Avenue
Suite 1420
Detroit, MI  48226

Jo Christine Reed
Sonnenschein, Nath & Rosenthal, LLP
1221 Avenue of the Americas
New York, NY  10020

Ira A. Reid
Baker & McKenzie
805 Third Avenue
New York, NY  10022

Sandra A. Reimer
666 Fifth Avenue
New York, NY  10103

Donald P. Renaldo
Sidley Austin, LLP
787 Seventh Avenue
New York, NY  10019

Brian Resnick
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Kenneth A. Reynolds
Pryor & Madelup, LLP
675 Old Country Road
Westbury, NY  11590

Michael P Richman
Mayer, Brown & Maw
1675 Broadway
New York, NY  10019

Harold Ritvo
Harold Ritvo, P.C.
One University Plaza
Hackensack, NJ  07601

Robert J. Rosenberg
Latham & Watkins
885 Third Avenue
New York, NY  10022

Paul J.N. Roy
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606

Paul Rubin
Herrick Feinstein, LLP
Two Park Avenue
New York, NY  10016

Leon R. Russell
3102 Oak Lawn
Suite 600, LB 164
Dallas, TX  75219

Lawrence M. Schwab
Bialson, Bergen & Schwab, Esq.
2600 El Camino Real
Suite 300
Palto Alto, CA  94306

| | |
|---|---|
| Peter Gregory Schwed<br>Loeb & Loeb, LLP<br>345 Park Avenue<br>New York, NY  10154 | Universal Am-Can, Ltd.<br>c/o Mark H. Shapiro<br>24901 Northwestern Highway<br>Suite 611<br>Southfield, MI  48075 |
| Michael J. Sobieray<br>Stewart & Stewart<br>Attorneys at Law<br>931 South Rangeline Road<br>Carmel, IN  46032 | Universal Truckload Services, Inc. |
| Mark R. Somerstein<br>Ropes & Gray, LLP<br>45 Rockefeller Plaza<br>New York, NY  10111 | Timothy W. Walsh<br>DLA Piper Rudnick Gray Cary US LLP<br>1251 Avenue of the Americas<br>New York, NY  10020-1104 |
| Andrew Stein<br>Sidley Austin, LLP<br>787 Seventh<br>New York, NY  10019 | Enc R, Wilson<br>Kelley, Drye & Warren, LLP<br>101 Park Avenue<br>New York, NY  10178 |
| Leigh C. Taggart<br>39533 Woodward Avenue<br>Suite 140<br>Bloomfield Hills, MI  48304 | |

I declare that the above statement is true to the best of my information, knowledge, and belief.

/s/   Celeste R. Gill
Celeste R. Gill (P52484)
E-mail:  gillcr@michigan.gov