June 20, 2006

To:
Honorable Judge Robert Drain

Greetings!

My purpose for writing to you this third time is the same as it has been twice before, "TO PLEAD FOR JUSTICE !"

I've lived in Anderson, Indiana for all of my nearly 76 years and it presently looks like a war zone in the areas where General Motors had occupied for many, many years.

Then in 1999, the remnants of GM were suddenly called by a new name, DELPHI, and a lot of MY friends and neighbors along with myself were issued some shares of ownership in this new DELPHI Corporation and our shares of GM were declared to be worth less than before.

Today, in Anderson, Indiana, Delphi still has an automotive ignition system manufacturing operation in one of the old GM buildings, but according to news stories they will soon be closing it down. Today, in Anderson, Indiana, GM has only demolition contractors busting up concrete and tearing down buildings.

Back in the 1940s my father had a small business and I remember when he couldn't pay his creditors his business "went into the hands of a receivership" and the court appointed a receiver who very quickly liquidated Dad's assets and he had to start his business all over. This Delphi bankruptcy seems strange in that it appears to be being run by Delphi attorneys and you seem to be much more of a "game" referee than a judge. The Delphi attorneys seem to be determining what's right and what's wrong rather than you. All I have to go by is what I read in the papers, but according to these news stories you don't seem to have very much authority nor do you appear to have much interest in helping anyone except them.

I pray when and **if** this case ever does come to some resolution that all of us **who became shareholders not of our own choosing will receive JUSTICE.**

I plead with you to be just and to be certain that ALL of the shareholders have the same percentage of ownership in the reorganized Delphi Corporation that emerges from your court as we had in the original Delphi Corporation that filed for protection in your court.

Sincerely,

Robert W. Ward

Robert W. Ward

cc Eliot Spitzer
   USA Today
   Anderson Herald Bulletin



RECEIVED JUL 5 2006 USBC-SDNY RDD



**Robert (Bob) W. Ward**
3701 Ironwood Way
Anderson, Indiana 46011

INDIANAPOLIS IN 462
20 JUN 2006 PM 2 L

Honorable Judge Robert Drain
U.S. Bankruptcy Court
One Bowling Green
New York, New York
10004-1408