June 27, 2006

To:
Honorable Judge Robert Drain

Good Tuesday Afternoon!

My purpose for writing to you this fourth time is the same as it has been the three previous times, "TO PLEAD FOR JUSTICE !"

However, this time I'm not pleading for justice for myself or the other Delphi Stockholders, but **I'm pleading for everyone in my hometown of Anderson, Indiana.**

For more than 70 years Anderson was home to TWO General Motors Divisions. In the 1970s and 80s, employment in these two divisions was near thirty thousand people. Today GM is completely gone and Delphi has whittled their presence down to only one plant still in operation and it is scheduled to soon close its doors. Enclosed is a news story which appeared in our local paper on June 24. It tells the story far better than I can.

Anderson, Indiana desperately needs to try to keep this plant and to keep jobs here. I've been working with a Chinese company who has recently expressed a strong desire to acquire a North American U.S. facility. On their behalf I've approached the Delphi Mergers and Acquisitions Department three times since I learned the Chinese were interested to invest in the U.S. and in Anderson. The name of the Chinese Company is the "Yunsheng Group. I understand the Yunsheng Group is publicly traded on the Chinese stock market. Delphi's answer to me thus far has been " *we are not ready to talk about divesting ourselves of the automotive ignition systems business.* " I thought perhaps they simply might not be able to talk about it unless the bankruptcy court granted approval or instructed them to talk. I'm to meet with the Chinese on July 7 in San Francisco, CA to discuss several business related issues, this one being a top priority.

As I said in my last letter to you, I've lived in Anderson, Indiana for all of my nearly 76 years and it presently looks like a war zone in the areas where General Motors and most recently Delphi had been.

If your court can **rightfully** be of any assistance, and if you think keeping this plant in the United States is the right thing to do, then all of us in Anderson, Indiana would certainly appreciate your help. Neither the Chinese nor I want you to do anything unless it's the right thing for you and for the bankruptcy court to do.

Thank you,
Sincerely,

Robert W. Ward
Robert W. Ward

P.S. If I made "SMART ALEC" remarks in my last letter, please accept my apology.

RECEIVED
JUL - 5 2006
USBC-SDNY
RDD