Lafonza Earl Washington
7010 Cranwood Drive
Flint, MI  48505
Tel:  810.787.3150
Cell: 810.922.0308


July 15, 2006



TO:   Clerk of the Court
      U.S. Bankruptcy Court
      Southern District of New York
      One Bowling Green
      New York, N.Y.  10004

          -and-

      Clerk of the Court
      United States District Court
      Southern District of New York
      500 Pearl Street, Room 200
      New York, N.Y.  10007

          -and-

      Ronald L. Ellis or
      The Chief United States Magistrate Judge
      United States District Court
      Southern District of New York
      500 Pearl Street, Room 1970
      New York, N.Y.  10007

          -and-

      United States Department of Justice
      Alberto Gonzalez, U.S. Attorney General
      950 Pennsylvania Avenue, N.W.
      Washington, D.C.  20530-0001

          -and-

      United States Department of Justice
      Michael J. Garcia
      United States Attorney
      Southern District of New York
      c/o David S. Jones, Assistant U.S. Attorney
      86 Chambers Street, 3rd Floor
      New York, N.Y.  10007

          -and-

      United States Marshal For the
      United States District Court
      Southern District of New York
      500 Pearl Street
      New York, N.Y.  10007


RECEIVED
JUL 21 2006
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

-and-

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
  Kayalyn A. Marafioti
  Thomas J. Matz
Four Times Square
New York, N.Y.  10036

-and-

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
  John Wm. Butler, Jr.
  John K. Lyons
  Ron E. Meisler
333 West Wacker Drive
Chicago, IL  60606

-and-

Greg Farrell, Journalist
USA Today
535 Madison Avenue, 20th Floor
New York, N.Y.  10022
Fax: 212.715.5435

-and-

Terry Deering, Editor
The Flint Journal
200 E. First Street
Flint, MI  48502-1925
Tel: 810.766.6100

Re:  In Re Delphi Corp., debtors, debtors-in-possession,
     Case No. 05-44481 (RDD) and Judgment/Order Creditor
     Lafonza Earl Washington demand to enforce and ex-
     .ecute  sureties liability on res judicata claim
     by "<u>MANDATE</u>"!

Greetings Clerks above-named, Chief Magistrate Judge Ronald L.
Ellis and United States Attorney's Office for the Southern
District of New York et al:

   Enclosed for filing under the Federal Rules of Civil Proce-
dure's Rules 1, 2, 3, etc., "<u>ONE FORM</u>" of action requirements
authorized as a civil action, including Rules 4.1 (a) and (b),
5 (a), (b) (1) and (2), (c), (dO, and (e), 77 (a) et seq., as
well as the Federal Rules of Bankruptcy Procedure, Rule 5005 (a)
(1), you will find:

   1.  Mandate Directing Instant Minute Order
       Issuance of the Above-Named Court's Own
       Orders Which Entered Human Capital
       Obligations and Cash Management Stipula-

           tions Entries On October 8, 2005, and -
Without Delay - To Disburse Or Pay
$1,013,272,539.00 To Creditor Lafonza
Earl Washington By Electronic Transfer
of the Monetary Property.

2.   The Above-Named Complainant/Affiant/
Deponent's Criminal Complaint Arising
Under Title 18 of the United States
Code, Sections 18; 20; 21; 23; 24; 151;
241; 242; 281; 371; 401; 470; 591; 641;
871; 911; 981; 1001; 1071; 1231; 1341;
1361; 1501; 1581; 1621; 1691; 1901;
1951; 1961; 2071; 2111; 2311; 2331;
2340; 2381, Etc.

           -and-

Arising Under Provisions of the United
States Constitution Articles 1; 2 § 2,
Clause 2; 3; 4; 5; and 6 § 3

           -and-

Arising Under Amendments 1; 5; 8; 9; 10;
13; 14; 15; 16 Etc., of the United States
Constitution

           -and-

Arising Under Acts Of Congress Pursuant To
Title 18 U.S.C. §§ 18; 20; 21; 23; 24; 151;
241; 242; 281; 371; 401; 470; 591; 641;
871; 911; 981; 1001; 1071; 1231; 1341; 1361;
1501; 1581; 1621; 1691; 1901; 1951; 1961;
2071; 2111; 2311; 2331; 2340; 2381 Etc.;
Title 15 U.S.C. §§ 1 Et. Seq., 15 Et Seq.;
Title 42 U.S.C. §§ 1982, 1985, and 1987

           -with-

Affidavits In Support Of The Request To Issue
Arrest Warrants On/Against Each Named
Defendant, Severally and Separately

3.   Proof of Service.

    Please file according to the clerk's legal filing duties owed to file "<u>EVERY</u>" paper without the vested judicial power to determine any sufficiencies or "<u>NOT</u>". Thank you.

                                          In Truth, Righteousness & Peace,

                                          *Earl Washington*
                                          Earl Washington
                                          *Earl Washington*

enc./cc:

    Greg Farrell, Journalist
    USA Today
    535 Madison Avenue, 20th Floor
    New York, N.Y.  10022
    Fax: 212.715.5435

    Terry Deering, Editor
    The Flint Journal
    200 E. First Street
    Flint, MI  48502-1925

    United States Department of Justice
    Alberto Gonzalez, U.S. Attorney General
    950 Pennsylvania Avenue, N.W.
    Washington, D.C.  20530-0001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                    :
IN RE                               :   CHAPTER 11
                                    :
DELPHI CORPORATION et al.,          :   CASE NO. 05-44481 (RDD)
                                    :
            Debtors.                :   (JOINTLY ADMINISTERED)
                                    :
------------------------------------x

RECEIVED JUL 21 2006 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

MANDATE DIRECTING INSTANT MINUTE ORDER ISSUANCE
OF THE ABOVE-NAMED COURT'S OWN ORDERS WHICH ENTERED
HUMAN CAPITAL OBLIGATIONS AND CASH MANAGEMENT
STIPULATION ENTRIES ON OCTOBER 8, 2005, AND -
WITHOUT DELAY - TO DISBURSE OR PAY $1,013,272,539.00
TO CREDITOR LAFONZA EARL WASHINGTON BY ELECTRONIC
TRANSFER OF THE MONETARY PROPERTY

To the United States District Court for the Southern District of New York and the Bankruptcy Division:

On the reading of the filing of the above-named debtors Notice Of Hearing On First Day Motions after debtors filed Voluntary Petition stipulations agreeing to satisfy "duties" of paying "ALL" of the Parent's obligations therein to be guaranteed by the Guarantors, which includes Creditor Lafonza Earl Washington's allowed and valid claims - that was required for debtors to receive certain 'MULTI-BILLION' dollars of Revolving Credit, Term Loan, and Guaranty Agreement "benefits", in compliance with cited and applicable "SELF-EXECUTING" Federal laws and the previous disobeyed October 8, 2005, Orders of this Court the mandate in the above-entitled cause "SHALL BE" issued "INSTANTLY" by demanded "MINUTE ORDER" process to make disbursements of $1,013,272,539.00 into Lafonza Earl Washington's "ONLY" account open at JPMorgan Chase Bank in Flint, Michigan, in account numbered 721357689 and routing number 072000326.

YOU ARE COMMANDED THAT, as respects this Court's own above-stated judgment/order, you cause proper entry to be made in the records of your Court to immediately pay the Human Capital Obligations and Cash Management provisional and final remedies in favor of Creditor Lafonza Earl Washington and to proceed to enforce and execute the irrevocable "<u>duties</u>" of the Clerk of the U.S. Bankruptcy Court for the Southern District of New York as the sureties agent to "<u>INSTANTLY</u>" enforce and execute the sureties liabilities in "<u>INSTANT</u>" or "<u>MINUTE</u>" obedience to this demand for Execution pursuant to Rules 58, 65.1, 77 (a), (b), and (c), 79 (a) etc., of the Federal Rules of Civil Procedure for the sum certain of $1,013,272,539.00 that - by law - is accruing interest at the rate of 15% per year or at $416,890.00 per day since July 1, 2006, and according to law and justice, shall appertain or belong as of right to this Judgment/Order Creditor.

*[Signature: Lafonza Earl Washington]*
*[Signature: Lafonza Earl Washington]*
BY: Lafonza Earl Washington
Judgment/Order Creditor

July 17, 2006

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x
:
IN RE                                  : CHAPTER 11
:
DELPHI CORPORATION et al.,             : CASE NO. 05-44481 (RDD)
:
            Debtors.                   : (JOINTLY ADMINISTERED)
:
---------------------------------------x

## PROOF OF SERVICE

STATE OF MICHIGAN)
                 )
COUNTY OF GENESEE)

I, Lafonza Earl Washington deposes, states:

That on July 17, 2006, he did serve by United States Postal Service mail, postage prepaid, the documents identified below upon the persons, firms, corporations, businesses, etc.

1. Mandate Directing Instant Minute Order Issuance of the Above-Named Court's Own Orders Which Entered Human Capital Obligations and Cash Management Stipulations Entries On October 8, 2005, and - Without Delay - To Disburse Or Pay $1,013,272,539.00 To Creditor Lafonza Earl Washington By Electronic Transfer of the Monetary Property.

2. The Above-Named Complainant/Affiant/Deponent's Criminal Complaint Arising Under Title 18 of the United States Code, Sections 18; 20; 21; 23; 24; 151; 241; 242; 281; 371; 401; 470; 591; 641; 871; 911; 981; 1001; 1071; 1231; 1341; 1361; 1501; 1581; 1621; 1691; 1901; 1951; 1961; 2071; 2111; 2311; 2331; 2340; 2381, Etc.

            -and-

Arising Under Provisions of the United States Constitution Articles 1; 2 § 2, Clause 2; 3; 4; 5; and 6 § 3

            -and-

  Arising Under Amendments 1; 5; 8; 9; 10;
  13; 14; 15; 16 Etc., of the United States
  Constitution

      -and-

  Arising Under Acts Of Congress Pursuant To
  Title 18 U.S.C. §§ 18; 20; 21; 23; 24; 151;
  241; 242; 281; 371; 401; 470; 591; 641;
  871; 911; 981; 1001; 1071; 1231; 1341; 1361;
  1501; 1581; 1621; 1691; 1901; 1951; 1961;
  2071; 2111; 2311; 2331; 2340; 2381 Etc.;
  Title 15 U.S.C. §§ 1 Et. Seq., 15 Et Seq.;
  Title 42 U.S.C. §§ 1982, 1985, and 1987

      -with-

  Affidavits In Support Of The Request To Issue
  Arrest Warrants On/Against Each Named
  Defendant, Severally and Separately

Please file according to the Federal Rules of Civil Procedure's
Rules 1, 2, 3, etc., "ONE FORM" of action requirements authorizing
this civil action, including Rules 4.1 (a) and (b), 5 (a), (b)
(1) and (2), (c), (d), and (e), 77 (a) et seq., as well as the
Federal Rules of Bankruptcy Procedure, Rule 5005 (a) (1).

       */s/ Lafonza Earl Washington*
       */s/ Lafonza Earl Washington*
      BY: Lafonza Earl Washington
       Complainant/Affiant/Deponent

Mailed to:

  Clerk of the Court
  U.S. Bankruptcy Court
  Southern District of New York
  One Bowling Green
  New York, N.Y.  10004

  Clerk of the Court
  United States District Court
  Southern District of New York
  500 Pearl Street, Room 200
  New York, N.Y.  10007

  Ronald L. Ellis or
  The Chief United States Magistrate Judge
  United States District Court
  Southern District of New York
  500 Pearl Street, Room 1970
  New York, N.Y.  10007

United States Department of Justice
Alberto Gonzalez, U.S. Attorney General
950 Pennsylvania Avenue, N.W.
Washington, D.C.   20530-0001

United States Department of Justice
Michael J. Garcia
United States Attorney
Southern District of New York
c/o David S. Jones, Assistant U.S. Attorney
86 Chambers Street, 3rd Floor
New York, N.Y.   10007

United States Marshal For the
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y.   10007

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Kayalyn A. Marafioti
   Thomas J. Matz
Four Times Square
New York, N.Y.   10036

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   John Wm. Butler, Jr.
   John K. Lyons
   Ron E. Meisler
333 West Wacker Drive
Chicago, IL   60606

Greg Farrell, Journalist
USA Today
535 Madison Avenue, 20th Floor
New York, N.Y.   10022
Fax: 212.715.5435

Terry Deering, Editor
The Flint Journal
200 E. First Street
Flint, MI   48502-1925
Tel: 810.766.6100