# STATE OF INDIANA  INDIANAPOLIS, IN 46204-2253

DEPARTMENT OF REVENUE

COMPLIANCE DIVISION
Indiana Government Center North
100 N. Senate Avenue
Room N203

TO: UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

FROM: INDIANA DEPARTMENT OF REVENUE
BANKRUPTCY SECTION

DATE: JULY 17, 2006

RE: DELPHI CORPORATION 05-44481-RDD-11
AMENDED CLAIM

## NOTICE OF WITHDRAWAL OF CLAIM

Creditor, Indiana Department of Revenue hereby files it's Notice of Withdrawal of Priority Claim, pursuant to Bankruptcy Rule 3006, and in support thereof states as follows:

On February 7, 2006, the Indiana Department of Revenue filed a Proof of Priority Claim for unpaid taxes by the Debtor(s) in the total sum of $ 11,000.43

Upon further investigation, the Indiana Department of Revenue has determined that these tax liabilities are no longer due and owing. As a result, the Department submits this Notice of Withdrawal for the purpose of notifying the Court and all interested parties that it's Proof of Priority Claim is hereby withdrawn.

INDIANA DEPARTMNET OF REVENUE

*Nancy E. Russell*

NANCY E. RUSSELL, TAX ANALYST

RECEIVED JUL 2 5 2006 U.S BANKRUPTCY COURT SO DIST OF NEW YORK

"Equal Opportunity Employer"

# STATE of INDIANA

INDIANAPOLIS, IN 46204-2253

**DEPARTMENT OF REVENUE**

COMPLIANCE DIVISION
Indiana Government Center North
100 N. Senate Avenue
Room N203

Office of the Clerk
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408


RE    DELPHI CORPORATION   05-44481-RDD-11
           AMENDED CLAIM

Dear Sir or Madam:

Enclosed is the original and copies of WITHDRAWAL OF CLAIM of the Indiana Department of Revenue for filing in the above referenced case. Please return a file stamped copy for our files to:

Indiana Department of Revenue
100 N Senate Ave., Room N 203
Bankruptcy Section
Indianapolis, In 46204

Thank you for your courtesy in this matter.

Sincerely,

Nancy E. Russell
Bankruptcy Section
INDIANA DEPARTMENT OF REVENUE
317-233-1842



RECEIVED
JUL 25 2006
U S BANKRUPTCY COURT
SO DIST OF NEW YORK

"Equal Opportunity Employer"

# STATE OF INDIANA

**INDIANAPOLIS, IN 46204-2253**

DEPARTMENT OF REVENUE

COMPLIANCE DIVISION
Indiana Government Center North
100 N. Senate Avenue
Room N203

TO: UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

FROM: INDIANA DEPARTMENT OF REVENUE
BANKRUPTCY SECTION

DATE: JULY 17, 2006

RE: DELPHI CORPORATION   05-44481-RDD-11
AMENDED CLAIM

## NOTICE OF WITHDRAWAL OF CLAIM

Creditor, Indiana Department of Revenue hereby files it's Notice of Withdrawal of Priority Claim, pursuant to Bankruptcy Rule 3006, and in support thereof states as follows:

On February 7, 2006, the Indiana Department of Revenue filed a Proof of Priority Claim for unpaid taxes by the Debtor(s) in the total sum of $ 11,000.43

Upon further investigation, the Indiana Department of Revenue has determined that these tax liabilities are no longer due and owing. As a result, the Department submits this Notice of Withdrawal for the purpose of notifying the Court and all interested parties that it's Proof of Priority Claim is hereby withdrawn.

INDIANA DEPARTMNET OF REVENUE

*Nancy E. Russell*
NANCY E. RUSSELL, TAX ANALYST

RECEIVED
JUL 25 2006
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

"Equal Opportunity Employer"

# STATE OF INDIANA

INDIANAPOLIS, IN 46204-2253

DEPARTMENT OF REVENUE

COMPLIANCE DIVISION
Indiana Government Center North
100 N. Senate Avenue
Room N203

TO: UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

FROM: INDIANA DEPARTMENT OF REVENUE
BANKRUPTCY SECTION

DATE: JULY 17, 2006

RE: DELPHI CORPORATION   05-44481-RDD-11
AMENDED CLAIM

## NOTICE OF WITHDRAWAL OF CLAIM

Creditor, Indiana Department of Revenue hereby files it's Notice of Withdrawal of Priority Claim, pursuant to Bankruptcy Rule 3006, and in support thereof states as follows:

On February 7, 2006, the Indiana Department of Revenue filed a Proof of Priority Claim for unpaid taxes by the Debtor(s) in the total sum of $ 11,000.43

Upon further investigation, the Indiana Department of Revenue has determined that these tax liabilities are no longer due and owing. As a result, the Department submits this Notice of Withdrawal for the purpose of notifying the Court and all interested parties that it's Proof of Priority Claim is hereby withdrawn.

INDIANA DEPARTMNET OF REVENUE

*Nancy E. Russell*

NANCY E. RUSSELL, TAX ANALYST

RECEIVED JUL 25 2006 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

"Equal Opportunity Employer"