United States District Court
Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

J. Michael McMahon
Clerk of Court

Date: 02/10/06

In Re: **Delphi Corporation et al.,**.

S.D.N.Y. Case #: 06cv863

Assigned To: Swain

Dear Sir/Madam:

This is to advise you by order of the of the Clerk of Bankruptcy Court for the Southern District of New York has been transmitted the above case to the District Court for the Southern District of New York (transferring court case # 05B44481 (RDD))

All future documents submitted in this case are to be presented in the Clerk's Office of the Southern District for filing and shall bear the above-caption with the assigned judge's initials after the case number.

Yours truly,

J. Michael McMahon

By: J. Horne
Deputy

cc:    Attorneys of Record