**EXHIBIT A**

**DEMAND LETTER**

*FILED UNDER SEAL*