**EXHIBIT B**

**COMPLAINT**

*FILED UNDER SEAL*