**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------X
                                     :
In re:                               :   Chapter 11
                                     :
Delphi Corporation, et al.,,         :   Case No. 05-44481(RDD)
                                     :
                                     :
                                     :
                                     :
-------------------------------------X
```

**CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER**

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED, July 27, 2006, DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.