UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------

| | |
|---|---|
| IN RE: | In Re: Case No. 05-44481 |
| DELPHI CORPORATION, ET AL, | Chapter 11 (Jointly Administered) |
| Debtors | |

---------------------------------------------------------------

### ORDER OF ADMISSION TO PRACTICE, Pro Hac Vice

Upon the Motion of Laurie J. Michelson for an order of admission to practice, *pro hac vice*, to represent Cathy Rozanski, a former officer/employee of Delphi, in the above referenced case, it is

**ORDERED** that Laurie J. Michelson, Esq., is admitted to practice, *pro hac vice*, in the above referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  July 28, 2006
          New York, New York        /s/Robert D. Drain_____
                                    UNITED STATES BANKRUPTCY JUDGE

857655