UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------

| | |
|---|---|
| IN RE: | In Re: Case No. 05-44481 |
| DELPHI CORPORATION, ET AL, | Chapter 11 (Jointly Administered) |
| Debtors | |

---------------------------------------------------------------

## ORDER OF ADMISSION TO PRACTICE, Pro Hac Vice

Upon the Motion of David F. DuMouchel for an order of admission to practice, *pro hac vice*, to represent Cathy Rozanski, a former officer/employee of Delphi, in the above referenced case, it is

**ORDERED** that David F. DuMouchel is admitted to practice, *pro hac vice*, in the above referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  July 28, 2006
           New York, New York          /s/Robert D. Drain_____
                                       UNITED STATES BANKRUPTCY JUDGE

857655