**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| **DELPHI CORPORATION, INC., <u>et al.</u>,** | ) Case No. 05-44481 (RDD) |
| **Debtors.** | ) (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Jil Mazer-Marino, hereby certify that on this 28th day of July, 2006, I caused a true and correct copy of Kilroy Realty, L.P.'s Request For Payment Of Administrative Expense via first-class mail, postage prepaid, on the parties listed below.

| | |
|---|---|
| John Wm. Butler, Jr., Esq. | Kayalyn A. Marafioti, Esq. |
| John K. Lyons, Esq. | Thomas J. Matz, Esq. |
| Ron E. Meisler, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP |
| Skadden, Arps, Slate, Meagher & Flom LLP | Four Times Square |
| 333 West Wacker Drive, Suite 2100 | New York, New York 10036 |
| Chicago, Illinois 60606 | *Counsel For Debtors* |
| *Counsel For Debtors* | |

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

/s/ Jil Mazer-Marino
Jil Mazer-Marino (JM-6470)

G:\Kilroy\Delphi\lit\cos-admin expense.doc