EXHIBIT B

DELPHI CORPORATION, *ET AL*
PROFESSIONAL SERVICES RENDERED
BY JAECKLE FLEISCHMANN MUGEL, LLP
AS INTELLECTUAL PROPERTY COUNSEL TO DEBTORS

FEBRUARY 1, 2006 - MAY 31, 2006

| Timekeeper | Title | Year Admitted to Practice | Lawschool Class | Rate | February Hours | February Fees | March Hours | March Fees | April Hours | April Fees | May Hours | May Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robert C. Brown | Patent Agent | 1993 | | $160.00 | 47 | $7,520.00 | 41 | $6,560.00 | 80 | $12,800.00 | - | - |
| Robert C. Brown- 5-01-06 | Patent Agent | 1993 | | $165.00 | - | - | - | - | - | - | 45 | $7,425.00 |
| Dennis B. Danella | Associate | 2000 | 2000 | $185.00 | 51.7 | $9,564.50 | 67 | $12,395.00 | 65.7 | $12,154.50 | - | - |
| Dennis B. Danella - 5-01-06 | Associate | 2000 | 2000 | $195.00 | - | - | - | - | - | - | 96.3 | $18,778.50 |
| Margaret I. Hults | Legal Assistant | | | $80.00 | 4.5 | $360.00 | 5 | $400.00 | 6.5 | $520.00 | - | - |
| Margaret I. Hults- 5-01-06 | Legal Assistant | | | $85.00 | - | - | - | - | - | - | 1.1 | $93.50 |
| Ronald J. Kisicki | Partner | 1986 | 1986 | $230.00 | 17.3 | $3,979.00 | - | - | - | - | - | - |
| Ronald J. Kisicki - 1/1/06 | Partner | 1986 | 1986 | $250.00 | 48.6 | $12,150.00 | 94.6 | $23,650.00 | 95.2 | $23,800.00 | 69.7 | $17,425.00 |
| Joseph W. Allen | Partner | 1990 | 1989 | $210.00 | - | - | - | - | 8.8 | $1,848.00 | - | - |
| Robert D. Lott | Associate | 1982 | 1976 | $200.00 | - | - | 34.5 | $6,900.00 | - | - | - | - |
| Katherine H. McGuire | Associate | 1989 | 1989 | $200.00 | 36.7 | $7,340.00 | 35.4 | $7,080.00 | 10.5 | $2,100.00 | - | - |
| Katherine H. McGuire- 5-01-06 | Associate | 1989 | 1989 | $210.00 | - | - | - | - | - | - | 32 | $6,720.00 |
| Lee J. Fleckenstein | Patent Agent | 1992 | | $175.00 | 28 | $4,900.00 | 31 | $5,425.00 | 15 | $2,625.00 | - | - |
| Lee J. Fleckenstein- 5-01-06 | Patent Agent | 1992 | | $180.00 | - | - | - | - | - | - | 24.7 | $4,446.00 |
| TOTAL | | | | Total per Month | 233.8 | $45,813.50 | 308.5 | $62,410.00 | 281.7 | $55,847.50 | 268.8 | $54,888.00 |

| PERIOD TOTAL | $218,959.00 |
|---|---|
| HOURS | 1,092.80 |