EXHIBIT C

DELPHI CORPORATION, *ET AL*
SUMMARY OF SERVICES RENDERED
BY JAECKLE FLEISCHMANN & MUGEL, LLP
AS INTELLECTUAL PROPERTY COUNSEL TO DEBTORS
February 1, 2006 - May 31, 2006

| Matter | Name | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Patent Application drafting & Prosecution | Ronald J. Kisicki | $230.00 | 17.3 | $3,979.00 |
| Patent Application drafting & Prosecution | Ronald J. Kisicki - 1/01/06 | $250.00 | 243.7 | $60,925.00 |
| Preparation of 1st Interim Fee Application | Ronald J. Kisicki - 1/01/06 | $250.00 | 5.9 | $1,475.00 |
| Patent Application drafting & Prosecution | Dennis B. Danella | $185.00 | 171.6 | $31,746.00 |
| Patent Application drafting & Prosecution | Dennis B. Danella - 5/01/06 | $195.00 | 82 | $15,990.00 |
| Patent Application drafting & Prosecution | Katherine H. McGuire | $200.00 | 82.6 | $16,520.00 |
| Patent Application drafting & Prosecution | Katherine H. McGuire - 5/01/06 | $210.00 | 32 | $6,720.00 |
| Patent Application drafting & Prosecution | Lee J. Fleckenstein | $175.00 | 74 | $12,950.00 |
| Patent Application drafting & Prosecution | Lee J. Fleckenstein - 5/01/06 | $180.00 | 24.7 | $4,446.00 |
| Preparation of 1st Interim Fee Application | Joseph W. Allen | $210.00 | 8.8 | $1,848.00 |
| Patent Application drafting & Prosecution | Robert D. Lott | $200.00 | 34.5 | $6,900.00 |
| Patent Application drafting & Prosecution | Robert C. Brown | $160.00 | 168 | $26,880.00 |
| Patent Application drafting & Prosecution | Robert C. Brown - 5/01/06 | $165.00 | 45 | $7,425.00 |
| Patent Application drafting & Prosecution | Margaret I Hults | $80.00 | 16 | $1,280.00 |
| Patent Application drafting & Prosecution | Margaret I Hults - 5/01/06 | $85.00 | 1.1 | $93.50 |
| | | | | |
| Intellectual Property Counseling | Ronald J. Kisicki - 1/01/06 | $250.00 | 58.5 | $14,625.00 |
| Intellectual Property Counseling | Dennis B. Danella | $185.00 | 12.8 | $2,368.00 |
| Intellectual Property Counseling | Dennis B. Danella - 5/01/06 | $195.00 | 14.3 | $2,788.50 |
| | | Total Services Rendered: | 1092.8 | $218,959.00 |