EXHIBIT D

DELPHI CORPORATION, *ET AL*

ACTUAL AND NECESSARY DISBURSEMENTS

INCURRED BY JAECKLE FLEISCHMANN & MUGEL, LLP

BY INTELLECTUAL PROPERTY COUNSEL

February 1, 2006 - May 31, 2006

| Expenses | Amount |
| --- | --- |
| Filing Fees | $44,160.00 |
| Mailing Charges | $1,593.67 |
| Patent Searching & File Histories | $2,300.00 |
| Drawing Fees | $6,542.25 |
| | |
| TOTAL DISBURSEMENTS | $54,595.92 |