IN ACCOUNT WITH

# JAECKLE FLEISCHMANN & MUGEL, LLP
### ATTORNEYS AT LAW

12 FOUNTAIN PLAZA  BUFFALO, NEW YORK  14202-2292
TEL 716.856.0600  FAX 716.856.0432

Tax I.D. 16-0774920

---

March 31, 2006
I.D. 89190
Invoice # 129045

Delphi Technologies
Patrick M. Griffin, Esq.
M/C 480.410.202
5825 Delphi Drive
Troy, NY 48007

For Services Rendered Through February 28, 2006

Total Fees

| | |
|---|---|
| 80% of total amount = | 36,650.80 |
| 20% of total amount = | 9,162.70 |
| | 45,813.50 |

Total Disbursements                    13,307.45

Total This Invoice          $       59,120.95

CLIENT TOTAL AMOUNT DUE                       $       59,120.95

IN ACCOUNT WITH

# JAECKLE FLEISCHMANN & MUGEL, LLP
ATTORNEYS AT LAW

12 FOUNTAIN PLAZA   BUFFALO, NEW YORK   14202-2292
TEL 716.856.0600   FAX 716.856.0432

Tax I.D. 16-0774920

---

April 28, 2006
I.D. 89190
Invoice # 130484

Delphi Technologies, Inc.
Patrick M. Griffin, Esq.
M/C 480.410.202
5825 Delphi Drive
Troy, NY 48007

For Services Rendered Through March 31, 2006

Total Fees:

|  |  |
|---|---|
| 80% of total amount: | 49,928.00 |
| 20% of total amount: | 12,482.00 |
|  | 62,410.00 |

Total Disbursements                             20,416.30


Total This Invoice              $              82,826.30



CLIENT TOTAL AMOUNT DUE                         $              82,826.30

IN ACCOUNT WITH

## JAECKLE FLEISCHMANN & MUGEL, LLP
ATTORNEYS AT LAW

12 FOUNTAIN PLAZA   BUFFALO, NEW YORK  14202-2292
TEL 716.856.0600  FAX 716.856.0432

Tax I.D. 16-0774920

May 26, 2006
I.D. 89190
Invoice # 131555

Delphi Technologies, Inc.
Patrick M. Griffin, Esq.
M/C 480.410.202
5825 Delphi Drive
Troy, NY 48007

For Services Rendered Through April 30, 2006

```
        80% of total amount =        44,678.00
        20% of total amount =        11,169.50
                                     55,847.50

Total Disbursements                  12,571.20

                  Total This Invoice        $        68,418.70
```

CLIENT TOTAL AMOUNT DUE                              $        68,418.70

IN ACCOUNT WITH

# JAECKLE FLEISCHMANN & MUGEL, LLP
## ATTORNEYS AT LAW

12 FOUNTAIN PLAZA  BUFFALO, NEW YORK  14202-2292
TEL 716.856.0600  FAX 716.856.0432

Tax I.D. 16-0774920

June 30, 2006
I.D. 89190
Invoice # 132512

Delphi Technologies, Inc.
Patrick M. Griffin, Esq.
M/C 480.410.202
5825 Delphi Drive
Troy, NY 48007

For Services Rendered Through May 31, 2006

| | |
|---|---:|
| 80% of total amount = | 43,910.40 |
| 20% of total amount = | 10,977.60 |
| | 54,888.00 |
| Total Disbursements | 8,300.97 |
| Total This Invoice | $ 63,188.97 |

CLIENT TOTAL AMOUNT DUE                                $       63,188.97

ACCOUNTS ARE PAYABLE WITHIN 30 DAYS