HEARING DATE:    October 19, 2006 @ 10:00 a.m.
(eastern)
OBJECTION DEADLINE:  October 12, 2006 @
4:00 p.m. (eastern)

JAECKLE FLEISCHMANN & MUGEL, LLP
12 Fountain Plaza
Buffalo, New York 14202-2292
(716) 856-0600
Ronald J. Kisicki
Joseph W. Allen (JA-4311)

*Intellectual Property Counsel for Debtors-in-Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                    :
In re:                                              :     Chapter 11
                                                    :
DELPHI CORPORATION et al.,                          :     Case No. 05-44481 (RDD)
                                                    :
                        Debtors.                    :     (Jointly Administered)
                                                    :
-------------------------------------------------------x

## CERTIFICATE OF SERVICE

1.    I certify that, on July 28, 2006, I served copies of the Second Interim Application and Notice by first class U.S. mail upon the following Notice Parties referenced at Paragraph 2.a of the Order establishing compensation procedures (Doc. #869):

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
(Attn: General Counsel)

Counsel to the Debtors
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(Attn: John Wm. Butler, Jr., Esq.)

       Counsel for the agent under the Debtors' prepetition credit facility
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
(Attn: Marissa Wesley, Esq.)

Counsel for the agent under the Debtors' postpetition credit facility
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
(Attn: Marlane Melican, Esq.)

Counsel for the Official Committee of Unsecured Creditors
("Committee")
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022-4802
(Attn: Robert J. Rosenberg, Esq.)

The Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
(Attn: Alicia M. Leonhard, Esq.)

Douglas Dethy
D.C. Capital Advisors, Limited
800 Third Avenue, 40th Floor
New York, New York 10022

      2.     I further certify that, on July 28, 2006, I served a copy of the Notice of filing of Second Interim Application and objection and hearing dates by electronic mail or by first class U.S. mail or fax (when no email address is provided) upon all persons on the Master Service List and the 2002 List.

Dated:    July 28, 2006

        s/Joseph W. Allen
        Joseph W. Allen (JA-4311)
        Ronald J. Kisicki
        JAECKLE FLEISCHMANN & MUGEL, LLP
        Intellectual Property Counsel for the Debtors
        and Debtors in Possession
        12 Fountain Plaza
        Buffalo, New York  14202-2292
        Tel:  (716) 856-0600
        Email:  jallen@jaeckle.com

#810710