UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------

IN RE:                                    In Re: Case No. 05-44481
DELPHI CORPORATION, ET AL,                Chapter 11 (Jointly Administered)

      Debtors
---------------------------------------------------------------

## ORDER OF ADMISSION TO PRACTICE, Pro Hac Vice

Upon the Motion of Celeste R. Gill, Esq. for an order of admission to practice, *pro hac vice*, to represent the Michigan Department of Environmental Quality, in the above referenced case, it is

**ORDERED** that Celeste R. Gill, is admitted to practice, *pro hac vice*, in the above referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  July 28, 2006
       New York, New York        /s/Robert D. Drain_____
                                                 UNITED STATES BANKRUPTCY JUDGE