THOMPSON HINE LLP
An Ohio Limited Liability Partnership
Robert T. Barnard (RB 6157)
Joseph B. Koczko (JK 7259)
One Chase Manhattan Plaza, 58th Floor
New York, New York 10005-1401
robert.barnard@thompsonhine.com
joseph.koczko@thompsonhine.com
212.344.5680 (telephone)
212.809.6890 (facsimile)

     and

Lawrence T. Burick (0010404)
10 West Second Street
2000 Courthouse Plaza N.E.
Dayton, Ohio  45402-1758
Phone:  937.443.6625
Fax No.:  937.443.6635
larry.burick@thompsonhine.com

Special Counsel to Debtors

|  |  |
|---|---|
| **Hearing Date:** | **October 19, 2006** |
| | **10:00 a.m.** |
| | **(Prevailing Eastern Time)** |
| **Response Deadline:** | **October 12, 2006** |
| | **4:00 p.m.** |
| | **(Prevailing Eastern Time)** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, *et al.* | : | Case No. 05-44481 (RDD) |
| | : | |
|     Debtors | : | (Jointly administered) |

---

**NOTICE OF SECOND INTERIM APPLICATION OF THOMPSON HINE LLP
AS SPECIAL COUNSEL FOR DEBTORS FOR INTERIM
COURT APPROVAL, ALLOWANCE AND PAYMENT OF COMPENSATION
FOR SERVICES RENDERED AND EXPENSES ADVANCED
FROM FEBRUARY 1, 2006 THROUGH MAY 31, 2006**

---

PLEASE TAKE NOTICE that on July 31, 2006, Thompson Hine LLP, Special Counsel

to Debtors for intellectual property matters, filed its Second Interim Application seeking

compensation and reimbursement of expenses for the period commencing February 1, 2006

through and including May 31, 2006 (the "Second Application").

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Second

Application will be held on **October 19, 2006, at 10:00 a.m. (Prevailing Eastern Time)** (the

"Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Court for the

Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Second Application

(a) must be in writing; (b) must conform to the Federal Rules of Bankruptcy Procedure, the

Local Bankruptcy Rules for the Southern District of New York, and the Order Under

11 U.S.C.§§330 and 331 Establishing Procedures for Interim Compensation and Reimbursement

of Expenses of Professionals (the "Guidelines"); (c) must be filed with the Bankruptcy Court in

accordance with General Order M-242 (as amended); registered users of the Bankruptcy Court's

case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch

disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based

word processing format); (d) must be submitted in hard-copy form directly to the chambers of

the Honorable Robert D. Drain, United States Bankruptcy Judge; and (e) must be served upon (i)

Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel), (ii)

counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive,

Suite 2100, Chicago, Illinois  60606 (Att'n: John Wm. Butler, Jr., Esq.), (iii) counsel for the

agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425

Lexington Avenue, New York, New York 10017 (Att'n:  Marissa Wesley, Esq.), (iv) counsel for

the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue,

New York, New York 10017 (Att'n:  Marlane Melican, Esq.), (v) counsel for the Official

Committee of Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York,

New York 10022 (Att'n:  Robert J. Rosenberg, Esq.), (vi) the Office of the United States Trustee

for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York

10004 (Att'n:  Alicia M. Leonhard, Esq.), and (vii) counsel for Thompson Hine LLP, 10 West

2nd Street, 2000 Courthouse Plaza, N.E., Dayton, Ohio 45402 (Att'n:  Lawrence T. Burick,

Esq.), so as to be **received** no later than **4:00 p.m. (Prevailing Eastern Time) on October 12,**

**2006** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that the Bankruptcy Court at the Hearing will only

consider those objections made as set forth herein and in accordance with the Amended

Guidelines for fees and disbursements for professionals in Southern District of New York cases

adopted on April 19, 1995 ("Guidelines").  If no objections to the Second Application are timely

filed as of the Objection Deadline and served in accordance with the procedures set forth herein

and in the Guidelines, the Bankruptcy Court may enter an order granting Thompson Hine's

request for compensation for services rendered and reimbursement of expenses without further

notice.

Dated:  July 31, 2006

/s/ Robert T. Barnard
Robert T. Barnard (RB 6157)
Joseph B. Koczko (JK 7259)
One Chase Manhattan Plaza, 58th Floor
New York, New York 10005-1401
robert.barnard@thompsonhine.com
joseph.koczko@thompsonhine.com
212.344.5680 (telephone)
212.809.6890 (facsimile)

and

Lawrence T. Burick (#0010404)
THOMPSON HINE LLP
2000 Courthouse Plaza N.E.
10 West Second Street
Dayton, Ohio 45402
937.443.6625 (telephone)
937.443.6635 (facsimile)
larry.burick@thompsonhine.com

Attorney for Thompson Hine LLP,
Special Counsel to Debtors

442697.1