# EXHIBIT B

# THOMPSON HINE

ATLANTA     CINCINNATI     COLUMBUS     NEW YORK
BRUSSELS     CLEVELAND     DAYTON     WASHINGTON, D.C.

April 11, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P. O. Box 5052
Troy, MI 48007-5052

Invoice Ref:  Delphi Technologies, Inc.

Federal I.D. No. 34-0575300

---

*Summary of professional services rendered by Thompson Hine LLP*
*for the period 2/1/06 through 2/28/06 (invoice detail attached)*

| | |
|---|---|
| Fees for Professional Services | $37,440.50 |
| Disbursements and Charges | 3,836.75 |
| Total Fees, Disbursements and Charges invoiced | $41,277.25 |

*Amount due upon receipt of attached invoices (per Retention order)*

| | |
|---|---|
| Fees for Professional Services (80%) | $ 29,952.40 |
| Disbursements and Charges (100%) | 3,836.75 |
| **Total Fees, Disbursements and Charges due** | **$33,789.15*** |

\*   The holdback amount (20% of the professional fees billed for this period) of $7,488.10 will be due upon Court approval of Thompson Hine's Fee Application.

---

Larry.Burick@ThompsonHine.com   Phone 937.443.6625   Fax 937.443.6635                                mah   428424.1

THOMPSON HINE LLP                2000 Courthouse Plaza, N.E.        www.ThompsonHine.com
ATTORNEYS AT LAW                 P.O. Box 8801                      Phone  937.443.6600
                                 Dayton, Ohio 45401-8801            Fax  937.443.6635

## SUMMARY OF INVOICES FOR PERIOD (ITEMIZED BY THOMPSON HINE MATTER #)

| TH matter # | Service dates | Invoice No. | Professional fees invoiced | Expenses invoiced | Total invoiced |
|---|---|---|---|---|---|
| 00034 | 02/01/06 - 02/28/06 | 2153081 | $2,004.50 | $0.00 | $2,004.50 |
| 00110 | 02/01/06 - 02/28/06 | 2153082 | $1,386.00 | $0.35 | $1,386.35 |
| 00117 | 02/01/06 - 02/28/06 | 2153083 | $5,304.00 | $9.20 | $5,313.20 |
| 00118 | 02/01/06 - 02/28/06 | 2153084 | $165.00 | $0.00 | $165.00 |
| 00148 | 02/01/06 - 02/28/06 | 2153085 | $1,017.50 | $0.00 | $1,017.50 |
| 00154 | 02/01/06 - 02/28/06 | 2153086 | $72.50 | $0.00 | $72.50 |
| 00158 | 02/01/06 - 02/28/06 | 2153087 | $72.50 | $0.00 | $72.50 |
| 00179 | 02/01/06 - 02/28/06 | 2153088 | $981.00 | $1,637.00 | $2,618.00 |
| 00182 | 02/01/06 - 02/28/06 | 2153089 | $2,990.00 | $0.00 | $2,990.00 |
| 00186 | 02/01/06 - 02/28/06 | 2153090 | $187.50 | $0.00 | $187.50 |
| 00199 | 02/01/06 - 02/28/06 | 2153091 | $260.00 | $0.00 | $260.00 |
| 00200 | 02/01/06 - 02/28/06 | 2153092 | $2,016.50 | $18.00 | $2,034.50 |
| 00203 | 02/01/06 - 02/28/06 | 2153093 | $296.00 | $0.00 | $296.00 |
| 00204 | 02/01/06 - 02/28/06 | 2153094 | $4,500.00 | $0.00 | $4,500.00 |
| 00206 | 02/01/06 - 02/28/06 | 2153095 | $227.50 | $1,054.60 | $1,282.10 |
| 00207 | 02/01/06 - 02/28/06 | 2153096 | $0.00 | $14.40 | $14.40 |
| 00208 | 02/01/06 - 02/28/06 | 2153097 | $807.00 | $0.00 | $807.00 |
| 00210 | 02/01/06 - 02/28/06 | 2153098 | $3,640.00 | $0.00 | $3,640.00 |
| 00212 | 02/01/06 - 02/28/06 | 2153099 | $0.00 | $626.80 | $626.80 |
| 00219 | 02/01/06 - 02/28/06 | 2153100 | $2,220.00 | $250.60 | $2,470.60 |
| 00220 | 02/01/06 - 02/28/06 | 2153101 | $1,560.00 | $0.00 | $1,560.00 |
| 00224 | 02/01/06 - 02/28/06 | 2153205 | $3,142.50 | $225.80 | $3,368.30 |
| 00225 | 02/01/06 - 02/28/06 | 2153103 | $4,498.00 | $0.00 | $4,498.00 |
| 00227 | 02/01/06 - 02/28/06 | 2153104 | $92.50 | $0.00 | $92.50 |
| | **Total Amount Invoiced** | | **$37,440.50** | **$3,836.75** | **$41,277.25** |

# THOMPSON HINE

ATLANTA        CINCINNATI        COLUMBUS        NEW YORK
BRUSSELS        CLEVELAND        DAYTON        WASHINGTON, D.C.

March 22, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI  48007-5052

Invoice No. 2153081
Our File No. 444859.00034

**(DP-305907/DP-305908) PAT. APPL. - FUEL TANK   Federal I.D. No. 34-0575300
COVER TO INLET/OUTLET TUBE
INTERFERENCES RESISTANCE WELD**

*For professional services rendered for your account through 02/28/06:*

| | |
|---|---|
| Fees for Professional Services | $        2,004.50 |
| Total Fees, Disbursements and Charges | $        2,004.50 |
| **TOTAL DUE FOR THIS INVOICE** | $        2,004.50 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone  937.443.6600
Fax  937.443.6635

# THOMPSON HINE

Page 2                                                                                                    March 22, 2006
Our File No. 444859.00034
Delphi Technologies, Inc.

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 02/27/06 | Review and docketing of final Office action regarding U.S. Application No. 90/007,517. | | |
| | Julie Waggoner | 0.50 | 60.00 |
| 02/27/06 | Draft amendment after final for reexam. | | |
| | Douglas E. Erickson | 2.00 | 520.00 |
| 02/27/06 | Review final rejection for reexam. | | |
| | Douglas E. Erickson | 1.00 | 260.00 |
| 02/27/06 | Review final rejection for reexam. | | |
| | Douglas E. Erickson | 0.70 | 182.00 |
| 02/28/06 | Review and docketing of final Office action. | | |
| | Collette S. Crawford | 0.50 | 72.50 |
| 02/28/06 | Draft amendment after final for reexam; telephone conference with Mr. Smith; faxing amendment to USPTO. | | |
| | Douglas E. Erickson | 3.50 | 910.00 |
| | Fee for Professional Services | | $2,004.50 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Douglas E. Erickson | Senior Attorney | 7.20 | 260.00 |
| Collette S. Crawford | Document Analyst | 0.50 | 145.00 |
| Julie Waggoner | Document Analyst | 0.50 | 120.00 |
| | Fee for Professional Services | | $2,004.50 |

# THOMPSON HINE

ATLANTA · CINCINNATI · COLUMBUS · NEW YORK
BRUSSELS · CLEVELAND · DAYTON · WASHINGTON, D.C.

March 22, 2006

Delphi Technologies, Inc.                     Invoice No. 2153082
Legal Staff-M/C 480-410-202                   Our File No. 444859.00110
P.O. Box 5052
Troy, MI  48007-5052

**DP-309805 Patent PERCOLATION BRAKE**          Federal I.D. No. 34-0575300
**FORCE SENSOR**

---

*For professional services rendered for your account through 02/28/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 1,386.00 |
| Disbursements and Charges | $ | 0.35 |
| Total Fees, Disbursements and Charges | $ | 1,386.35 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 1,386.35 |

# THOMPSON HINE

Page 2                                                                  March 22, 2006
Our File No. 444859.00110
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 02/10/06 | Telephone conference with examiner; prepare draft amendment. | | |
| | Steven J. Elleman | 2.20 | 693.00 |
| 02/13/06 | Continue drafting amendment. | | |
| | Steven J. Elleman | 1.00 | 315.00 |
| 02/16/06 | Continue drafting amendment. | | |
| | Steven J. Elleman | 1.00 | 315.00 |
| 02/23/06 | Review claims and telephone call to inventor. | | |
| | Steven J. Elleman | 0.20 | 63.00 |
| | Fee for Professional Services | | $1,386.00 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Steven J. Elleman | Partner | 4.40 | 315.00 |
| | Fee for Professional Services | | $1,386.00 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Telephone | 0.35 |
| Total Disbursements and Charges | 0.35 |



# THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON, D.C. |

March 23, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI  48007-5052

Invoice No. 2153083
Our File No. 444859.00117

**DP-310452 Patent GROOVED DEFORMATION RESISTANCE SEAM WELDING OF CAST IRON TO STEEL TUBING**

Federal I.D. No. 34-0575300

*For professional services rendered for your account through 02/28/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 5,304.00 |
| Disbursements and Charges | $ | 9.20 |
| Total Fees, Disbursements and Charges | $ | 5,313.20 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 5,313.20 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone  937.443.6600
Fax  937.443.6635

# THOMPSON HINE

Page 2                                                                                    March 23, 2006
Our File No. 444859.00117
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 02/10/06 | DP-310452; Patentability study. | | |
| | Douglas E. Erickson | 0.60 | 156.00 |
| 02/13/06 | DP-310452; Patentability study; PROJECT COMPLETED. | | |
| | Douglas E. Erickson | 2.50 | 650.00 |
| 02/13/06 | DP-310452; Draft patent application. | | |
| | Douglas E. Erickson | 3.50 | 910.00 |
| 02/14/06 | DP-310452; Draft patent application. | | |
| | Douglas E. Erickson | 4.70 | 1,222.00 |
| 02/15/06 | DP-310452; Draft patent application. | | |
| | Douglas E. Erickson | 5.00 | 1,300.00 |
| 02/16/06 | DP-310452; Draft patent application. | | |
| | Douglas E. Erickson | 1.20 | 312.00 |
| 02/23/06 | DP-310452:  Draft patent application. | | |
| | Douglas E. Erickson | 1.70 | 442.00 |
| 02/27/06 | DP-310452; Draft patent application. | | |
| | Douglas E. Erickson | 1.00 | 260.00 |
| 02/27/06 | DP-310452; Draft patent application. | | |
| | Douglas E. Erickson | 0.20 | 52.00 |
| | Fee for Professional Services | | $5,304.00 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Douglas E. Erickson | Senior Attorney | 20.40 | 260.00 |
| | Fee for Professional Services | | $5,304.00 |

# THOMPSON HINE

Page 3                                                                              March 23, 2006
Our File No. 444859.00117
Delphi Technologies, Inc.

### Disbursements and Charges

| Description | Amount |
|---|---|
| Photocopy | 9.20 |
| Total Disbursements and Charges | 9.20 |

# THOMPSON HINE

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK
BRUSSELS    CLEVELAND    DAYTON    WASHINGTON, D.C.

March 22, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

Invoice No. 2153084
Our File No. 444859.00118

**DP-310846 Patent NOISE SUPRESSION DESIGN**
**FOR LINEAR ACTUATOR**

Federal I.D. No. 34-0575300

*For professional services rendered for your account through 02/28/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 165.00 |
| Total Fees, Disbursements and Charges | $ | 165.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 165.00 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone 937.443.6600
Fax 937.443.6635

# THOMPSON HINE

Page 2                                                                                     March 22, 2006
Our File No. 444859.00118
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 02/23/06 | DP-310846 - Review and docket Office action. | | |
| | Collette S. Crawford | 0.50 | 72.50 |
| 02/23/06 | Review application and Office action. | | |
| | Victor J. Wasylyna | 0.50 | 92.50 |
| | Fee for Professional Services | | $165.00 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Victor J. Wasylyna | Associate | 0.50 | 185.00 |
| Collette S. Crawford | Document Analyst | 0.50 | 145.00 |
| | Fee for Professional Services | | $165.00 |

# THOMPSON HINE

ATLANTA        CINCINNATI        COLUMBUS        NEW YORK
BRUSSELS        CLEVELAND        DAYTON        WASHINGTON, D.C.

March 22, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

Invoice No. 2153085
Our File No. 444859.00148

**DP-311073 PATENT A NEW FAMILY OF
CONTROLLED BRAKE HYDRAULIC SYSTEMS
USING BRAKE RESPONSE VALVE (BRV)**

Federal I.D. No. 34-0575300

*For professional services rendered for your account through 02/28/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 1,017.50 |
| Total Fees, Disbursements and Charges | $ | 1,017.50 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 1,017.50 |

# THOMPSON HINE

Page 2                                                                                           March 22, 2006
Our File No. 444859.00148
Delphi Technologies, Inc.

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 02/23/06 | Review and docket final Office action. | | |
| | Collette S. Crawford | 0.50 | 72.50 |
| 02/27/06 | Review application, Office action and cited art; outline response strategy. | | |
| | Steven J. Elleman | 2.00 | 630.00 |
| 02/28/06 | Continue reviewing Office action and prepare correspondence to client. | | |
| | Steven J. Elleman | 1.00 | 315.00 |
| | Fee for Professional Services | | $1,017.50 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Steven J. Elleman | Partner | 3.00 | 315.00 |
| Collette S. Crawford | Document Analyst | 0.50 | 145.00 |
| | Fee for Professional Services | | $1,017.50 |

# THOMPSON HINE

ATLANTA        CINCINNATI        COLUMBUS        NEW YORK
BRUSSELS        CLEVELAND        DAYTON        WASHINGTON, D.C.

March 22, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

Invoice No. 2153086
Our File No. 444859.00154

**DP-311939 PATENT:**
**MAGNETORHEOLOGICAL POWERTRAIN**
**MOUNT SYSTEM**

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 02/28/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 72.50 |
| Total Fees, Disbursements and Charges | $ | 72.50 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 72.50 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone 937.443.6600
Fax 937.443.6635

# THOMPSON HINE

Page 2
Our File No. 444859.00154
Delphi Technologies, Inc.

March 22, 2006

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 02/23/06 | Review and docket Office action. | | |
| | Collette S. Crawford | 0.50 | 72.50 |
| | Fee for Professional Services | | $72.50 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Collette S. Crawford | Document Analyst | 0.50 | 145.00 |
| | Fee for Professional Services | | $72.50 |



# THOMPSON HINE

ATLANTA     CINCINNATI     COLUMBUS     NEW YORK
BRUSSELS     CLEVELAND     DAYTON     WASHINGTON, D.C.

March 22, 2006

Delphi Technologies, Inc.                    Invoice No. 2153087
Legal Staff-M/C 480-410-202                  Our File No. 444859.00158
P.O. Box 5052
Troy, MI  48007-5052

**DP-312209 PATENT: GROUND PATH**          Federal I.D. No. 34-0575300
**ISOLATION ON CONTROLLED MONOTUBE**
**STRUT**

---

*For professional services rendered for your account through 02/28/06:*

Fees for Professional Services                 $         72.50

Total Fees, Disbursements and Charges          $         72.50

**TOTAL DUE FOR THIS INVOICE**                 $         72.50

THOMPSON HINE LLP            2000 Courthouse Plaza, N.E.      www.ThompsonHine.com
ATTORNEYS AT LAW             P.O. Box 8801                    Phone 937.443.6600
                            Dayton, Ohio 45401-8801          Fax 937.443.6635

# THOMPSON HINE

Page 2
Our File No. 444859.00158
Delphi Technologies, Inc.

March 22, 2006

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 02/24/06 | Review and docket Office action. | | |
| | Collette S. Crawford | 0.50 | 72.50 |
| | Fee for Professional Services | | $72.50 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Collette S. Crawford | Document Analyst | 0.50 | 145.00 |
| | Fee for Professional Services | | $72.50 |



THOMPSON HINE

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK
BRUSSELS    CLEVELAND    DAYTON    WASHINGTON, D.C.

March 22, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI  48007-5052

Invoice No. 2153088
Our File No. 444859.00179

**DP-313345 Patent:  FAUT-TOLERANT ECU ARCHITECTURE FOR SMART ACTUATORS OF DISTRIBUTED SYSTEMS**

Federal I.D. No. 34-0575300

*For professional services rendered for your account through 02/28/06:*

| | | |
|---|---|---:|
| Fees for Professional Services | $ | 981.00 |
| Disbursements and Charges | $ | 1,637.00 |
| Total Fees, Disbursements and Charges | $ | 2,618.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 2,618.00 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone  937.443.6600
Fax  937.443.6635

# THOMPSON HINE

Page 2                                                                                      March 22, 2006
Our File No. 444859.00179
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 02/01/06 | Review correspondence and prepare revised claims. | | |
| | Steven J. Elleman | 0.50 | 157.50 |
| 02/13/06 | Telephone conference with Mr. Disser; review and revise application and EU version of application. | | |
| | Steven J. Elleman | 1.20 | 378.00 |
| 02/15/06 | Prepare application for filing and prepare correspondence to client. | | |
| | Steven J. Elleman | 0.80 | 252.00 |
| 02/16/06 | File application with U.S. Patent and Trademark Office and report to client. | | |
| | Steven J. Elleman | 0.50 | 157.50 |
| 02/16/06 | Preparation of Information Disclosure Statement for filing with the U.S. Patent and Trademark Office. | | |
| | Ann M. Ison | 0.30 | 36.00 |
| | Fee for Professional Services | | $981.00 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Steven J. Elleman | Partner | 3.00 | 315.00 |
| Ann M. Ison | Document Analyst | 0.30 | 120.00 |
| | Fee for Professional Services | | $981.00 |

### Disbursements and Charges

| Date | Description | Amount |
|------|-------------|--------|
| 02/20/06 | Payee:U.S. Patent and Trademark Office - fee for filing utility application and recording assignment | 1,590.00 |
| 02/27/06 | Payee:U.S. Postmaster, Express Mail EV710395797US - delivery to Commissioner for Patents, Alexandria, VA 2/16/06 | 14.40 |
| | Photocopy | 32.60 |

THOMPSON
HINE

Page 3                                                                                      March 22, 2006
Our File No. 444859.00179
Delphi Technologies, Inc.

Total Disbursements and Charges                          1,637.00

# THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON, D.C. |

March 23, 2006

Delphi Technologies, Inc.               Invoice No. 2153089
Legal Staff-M/C 480-410-202             Our File No. 444859.00182
P.O. Box 5052
Troy, MI 48007-5052

**DP-313090 Patent:  MR DAMPER PISTON**       Federal I.D. No. 34-0575300
**CONFIGURATIONS FOR LOW FRICTION**
**FORCE**

---

*For professional services rendered for your account through 02/28/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 2,990.00 |
| Total Fees, Disbursements and Charges | $ | 2,990.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 2,990.00 |

# THOMPSON HINE

Page 2
Our File No. 444859.00182
Delphi Technologies, Inc.

March 23, 2006

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 02/01/06 | Draft patent application. | | |
| | Douglas E. Erickson | 8.00 | 2,080.00 |
| 02/02/06 | Draft patent application. | | |
| | Douglas E. Erickson | 3.50 | 910.00 |
| | Fee for Professional Services | | $2,990.00 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Douglas E. Erickson | Senior Attorney | 11.50 | 260.00 |
| | Fee for Professional Services | | $2,990.00 |



**THOMPSON HINE**

ATLANTA          CINCINNATI          COLUMBUS          NEW YORK

BRUSSELS          CLEVELAND          DAYTON          WASHINGTON, D.C.

March 22, 2006

Delphi Technologies, Inc.                    Invoice No. 2153090
Legal Staff-M/C 480-410-202                  Our File No. 444859.00186
P.O. Box 5052
Troy, MI  48007-5052

**DP-313441 Patent:  SYSTEM FOR CONTROLLED**   Federal I.D. No. 34-0575300
**CORRUPTION J-1850 AUTOMOTIVE SERIAL**
**COMMUNICATION BUSSES**

---

*For professional services rendered for your account through 02/28/06:*

Fees for Professional Services                          $          187.50

Total Fees, Disbursements and Charges                   $          187.50

**TOTAL DUE FOR THIS INVOICE**                          $          187.50

# THOMPSON HINE

Page 2                                                                                    March 22, 2006
Our File No. 444859.00186
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 02/20/06 | Telephone call from R. Brunts regarding status of application and scope of invention. | | |
| | Megan D. Dortenzo | 0.50 | 187.50 |
| | Fee for Professional Services | | $187.50 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Megan D. Dortenzo | Partner | 0.50 | 375.00 |
| | Fee for Professional Services | | $187.50 |

# THOMPSON HINE

ATLANTA     CINCINNATI     COLUMBUS     NEW YORK
BRUSSELS     CLEVELAND     DAYTON     WASHINGTON, D.C.

March 22, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI  48007-5052

Invoice No. 2153091
Our File No. 444859.00199

**DP-313613 Patent TORQUE/FORCE OBSERVER**     Federal I.D. No. 34-0575300
**FOR**
**ELECTROMECHANICAL/ELECTROHYDRAULI**
**C ACTUATION**

---

*For professional services rendered for your account through 02/28/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 260.00 |
| Total Fees, Disbursements and Charges | $ | 260.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 260.00 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone  937.443.6600
Fax  937.443.6635

# THOMPSON HINE

Page 2
Our File No. 444859.00199
Delphi Technologies, Inc.

March 22, 2006

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 02/16/06 | Review invention record; draft search request letter for patentability study. | | |
| | Douglas E. Erickson | 1.00 | 260.00 |
| | Fee for Professional Services | | $260.00 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Douglas E. Erickson | Senior Attorney | 1.00 | 260.00 |
| | Fee for Professional Services | | $260.00 |



# THOMPSON HINE

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK

BRUSSELS    CLEVELAND    DAYTON    WASHINGTON, D.C.

March 22, 2006

Delphi Technologies, Inc.          Invoice No. 2153092
Legal Staff-M/C 480-410-202      Our File No. 444859.00200
P.O. Box 5052
Troy, MI  48007-5052

**DP-313805 Patent ANGULAR RATE SENSOR TO**    Federal I.D. No. 34-0575300
**MEASURE WHEEL VELOCITY**

*For professional services rendered for your account through 02/28/06:*

| | |
|---|---:|
| Fees for Professional Services | $ 2,016.50 |
| Disbursements and Charges | $ 18.00 |
| Total Fees, Disbursements and Charges | $ 2,034.50 |
| **TOTAL DUE FOR THIS INVOICE** | $ 2,034.50 |

THOMPSON HINE LLP    2000 Courthouse Plaza, N.E.    www.ThompsonHine.com
ATTORNEYS AT LAW    P.O. Box 8801    Phone  937.443.6600
Dayton, Ohio 45401-8801    Fax  937.443.6635

# Thompson Hine

Page 2
Our File No. 444859.00200
Delphi Technologies, Inc.

March 22, 2006

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 02/09/06 | Review record of invention; review prior art; telephone conference with Mr. Barlage. | | |
| | Victor J. Wasylyna | 2.00 | 370.00 |
| 02/14/06 | Review prior art search results. | | |
| | Victor J. Wasylyna | 0.50 | 92.50 |
| 02/15/06 | Review prior art; review record of invention; telephone conference with Mr. Barlage. | | |
| | Victor J. Wasylyna | 0.80 | 148.00 |
| 02/16/06 | Telephone conference with Mr. Barlage. | | |
| | Victor J. Wasylyna | 0.30 | 55.50 |
| 02/28/06 | Draft patent application. | | |
| | Victor J. Wasylyna | 7.30 | 1,350.50 |
| | Fee for Professional Services | | $2,016.50 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Victor J. Wasylyna | Associate | 10.90 | 185.00 |
| | Fee for Professional Services | | $2,016.50 |

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Patent Download | 18.00 |
| Total Disbursements and Charges | 18.00 |



ATLANTA    CINCINNATI    COLUMBUS    NEW YORK
BRUSSELS    CLEVELAND    DAYTON    WASHINGTON, D.C.

March 22, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

Invoice No. 2153093
Our File No. 444859.00203

**DP-314168: Pat. (Combination of DP-314168 & DP-314171) ENHANCEMENT OF FLUX RESPONSE IN ACTUATORS WITH SOLID CORES USING DIRECT FLUX CONTROL AND ADVANCED DRIV**

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 02/28/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 296.00 |
| Total Fees, Disbursements and Charges | $ | 296.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 296.00 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone  937.443.6600
Fax  937.443.6635

# THOMPSON HINE

Page 2
Our File No. 444859.00203
Delphi Technologies, Inc.

March 22, 2006

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 02/08/06 | Review Record of Invention. | | |
| | Victor J. Wasylyna | 0.80 | 148.00 |
| 02/14/06 | Review record of invention. | | |
| | Victor J. Wasylyna | 0.80 | 148.00 |
| | Fee for Professional Services | | $296.00 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Victor J. Wasylyna | Associate | 1.60 | 185.00 |
| | Fee for Professional Services | | $296.00 |

# THOMPSON HINE

ATLANTA        CINCINNATI        COLUMBUS        NEW YORK
BRUSSELS        CLEVELAND        DAYTON        WASHINGTON, D.C.

March 23, 2006

Delphi Technologies, Inc.                    Invoice No. 2153094
Legal Staff-M/C 480-410-202                  Our File No. 444859.00204
P.O. Box 5052
Troy, MI  48007-5052

**DP-314410:  Patent:  FOUR QUADRANT PULSE**    Federal I.D. No. 34-0575300
**WIDTH MODULATION CONTROL OF 3 PHASE**
**MOTORS**

*For professional services rendered for your account through 02/28/06:*

Fees for Professional Services                  $        4,500.00

Total Fees, Disbursements and Charges           $        4,500.00

**TOTAL DUE FOR THIS INVOICE**                  $        4,500.00

# THOMPSON HINE

Page 2
Our File No. 444859.00204
Delphi Technologies, Inc.

March 23, 2006

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 02/08/06 | Draft patent application. | | |
| | Douglas E. Erickson | 2.00 | 520.00 |
| 02/08/06 | Draft patent application. | | |
| | Douglas E. Erickson | 2.00 | 520.00 |
| 02/09/06 | Draft patent application. | | |
| | Douglas E. Erickson | 5.30 | 1,380.00 |
| 02/10/06 | Draft patent application on motor control invention. | | |
| | Douglas E. Erickson | 7.00 | 1,820.00 |
| 02/27/06 | Draft patent application. | | |
| | Douglas E. Erickson | 0.50 | 130.00 |
| 02/27/06 | Telephone conference with inventors. | | |
| | Douglas E. Erickson | 0.50 | 130.00 |
| | Fee for Professional Services | | $4,500.00 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Douglas E. Erickson | Senior Attorney | 5.30 | 260.38 |
| Douglas E. Erickson | Senior Attorney | 12.00 | 260.00 |
| | Fee for Professional Services | | $4,500.00 |

# THOMPSON HINE

| ATLANTA | · CINCINNATI | COLUMBUS | NEW YORK |
|---|---|---|---|
| | BRUSSELS | CLEVELAND | DAYTON | WASHINGTON, D.C. |

March 23, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

Invoice No. 2153095
Our File No. 444859.00206

**DP-314492: Patent: THREE PHASE MOTOR
DIAGNOSTICS AND PHASE VOLTAGE
FEEDBACK**

Federal I.D. No. 34-0575300

*For professional services rendered for your account through 02/28/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 227.50 |
| Disbursements and Charges | $ | 1,054.60 |
| Total Fees, Disbursements and Charges | $ | 1,282.10 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 1,282.10 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone  937.443.6600
Fax  937.443.6635

# THOMPSON HINE

Page 2
Our File No. 444859.00206
Delphi Technologies, Inc.

March 23, 2006

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 02/20/06 | Correspondence to inventor regarding execution of patent application. | | |
| | Michael J. Nieberding | 0.20 | 65.00 |
| 02/21/06 | Discussion with inventor regarding application, revise in view of same. | | |
| | Michael J. Nieberding | 0.20 | 65.00 |
| 02/22/06 | File patent application with USPTO; prepare foreign claim set. | | |
| | Michael J. Nieberding | 0.30 | 97.50 |
| | Fee for Professional Services | | $227.50 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Michael J. Nieberding | Partner | 0.70 | 325.00 |
| | Fee for Professional Services | | $227.50 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Payee: U.S. Patent and Trademark Office - DP-314492-File utility patent application at USPTO in Three Phase Motor Diagnostics and Phase Voltage Feedback Utilizing a Single A/D Input | 1,040.00 |
| Photocopy | 14.60 |
| Total Disbursements and Charges | 1,054.60 |

# THOMPSON HINE

ATLANTA          CINCINNATI          COLUMBUS          NEW YORK
BRUSSELS          CLEVELAND          DAYTON          WASHINGTON. D.C.

March 23, 2006

Delphi Technologies, Inc.                    Invoice No. 2153096
Legal Staff-M/C 480-410-202                  Our File No. 444859.00207
P.O. Box 5052
Troy, MI  48007-5052

**DP-313740:  Patent:  PIEZO-ELECTRIC FORCE**     Federal I.D. No. 34-0575300
**SENSOR**

*For professional services rendered for your account through 02/28/06:*

| | |
|---|---|
| Disbursements and Charges | $        14.40 |
| Total Fees, Disbursements and Charges | $        14.40 |
| **TOTAL DUE FOR THIS INVOICE** | $        14.40 |

THOMPSON HINE LLP            2000 Courthouse Plaza, N.E.        www.ThompsonHine.com
ATTORNEYS AT LAW             P.O. Box 8801                      Phone  937.443.6600
                             Dayton, Ohio 45401-8801            Fax  937.443.6635

# THOMPSON HINE

Page 2                                                                                    March 23, 2006
Our File No. 444859.00207
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| | Fee for Professional Services | | $0.00 |
| | Fee for Professional Services | | $0.00 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Payee:U.S. Postmaster, Express Mail EV709283215US - delivery to Commissioner for Patents, Alexandria, VA 1/23/06 | 14.40 |
| Total Disbursements and Charges | 14.40 |



ATLANTA    CINCINNATI    COLUMBUS    NEW YORK
BRUSSELS    CLEVELAND    DAYTON    WASHINGTON, D.C.

March 22, 2006

Delphi Technologies, Inc.                    Invoice No. 2153097
Legal Staff-M/C 480-410-202                  Our File No. 444859.00208
P.O. Box 5052
Troy, MI  48007-5052

**Delphi Bankruptcy Matters**                Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 02/28/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 807.00 |
| Total Fees, Disbursements and Charges | $ | 807.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 807.00 |

THOMPSON HINE LLP          2000 Courthouse Plaza, N.E.    www.ThompsonHine.com
ATTORNEYS AT LAW           P.O. Box 8801                 Phone  937.443.6600
                           Dayton, Ohio 45401-8801       Fax  937.443.6635

# Thompson Hine

Page 2                                                                                         March 22, 2006
Our File No. 444859.00208
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 02/02/06 | Receipt and review Order. | | |
| | Theodore D. Lienesch | 0.30 | 112.50 |
| 02/06/06 | Revise affidavit of Theodore D. Lienesch; send to Mr. Zaltzman; exchange e-mail correspondence with Mr. Zaltzman regarding same. | | |
| | Theodore D. Lienesch | 1.00 | 375.00 |
| 02/14/06 | Conference with Mr. Lienesch and telephone conference with Delphi attorney to address retention issues. | | |
| | Lawrence T. Burick | 0.40 | 132.00 |
| 02/14/06 | Receipt and review of Order. | | |
| | Theodore D. Lienesch | 0.50 | 187.50 |
| | Fee for Professional Services | | $807.00 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Lawrence T. Burick | Partner | 0.40 | 330.00 |
| Theodore D. Lienesch | Partner | 1.80 | 375.00 |
| | Fee for Professional Services | | $807.00 |



**THOMPSON HINE**    ATLANTA    CINCINNATI    COLUMBUS    NEW YORK
      BRUSSELS    CLEVELAND    DAYTON    WASHINGTON, D.C.

March 23, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI  48007-5052

Invoice No. 2153098
Our File No. 444859.00210

**DP-314531: Patent: INTEGRATED POSITION
AND VELOCITY SENSORS AND THEIR
CONTROL CIRCUITS FOR MR DAMPER**

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 02/28/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 3,640.00 |
| Total Fees, Disbursements and Charges | $ | 3,640.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 3,640.00 |

THOMPSON HINE LLP
ATTORNEYS AT LAW
2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801
www.ThompsonHine.com
Phone 937.443.6600
Fax 937.443.6635

# THOMPSON HINE

Page 2                                                                March 23, 2006
Our File No. 444859.00210
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 02/03/06 | Draft patent application. | | |
| | Douglas E. Erickson | 1.00 | 260.00 |
| 02/06/06 | Draft patent application. | | |
| | Douglas E. Erickson | 8.00 | 2,080.00 |
| 02/07/06 | Draft patent application. | | |
| | Douglas E. Erickson | 5.00 | 1,300.00 |
| | Fee for Professional Services | | $3,640.00 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Douglas E. Erickson | Senior Attorney | 14.00 | 260.00 |
| | Fee for Professional Services | | $3,640.00 |

# THOMPSON HINE

ATLANTA      CINCINNATI      COLUMBUS      NEW YORK
BRUSSELS      CLEVELAND      DAYTON      WASHINGTON, D.C.

March 22, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI  48007-5052

Invoice No. 2153099
Our File No. 444859.00215

**DP-314001: Patent: Conversion of U.S. Provisional Application S/N 60/682784 (Combining DP-314001-002-003)**

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 02/28/06:*

| | |
|---|---|
| Disbursements and Charges | $        626.80 |
| Total Fees, Disbursements and Charges | $        626.80 |
| **TOTAL DUE FOR THIS INVOICE** | $        626.80 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone 937.443.6600
Fax 937.443.6635

# THOMPSON HINE

Page 2                                                                                  March 22, 2006
Our File No. 444859.00215
Delphi Technologies, Inc.

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
|      | Fee for Professional Services |  | $0.00 |
|      | Fee for Professional Services |  | $0.00 |

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Payee: Woolcott & Company Inc, Invoice No. 2002-04595 - Services regarding conducting a novelty search regarding "Inductive Load Current Controller" | 626.80 |
| Total Disbursements and Charges | 626.80 |



# THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
|---|---|---|---|
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON, D.C. |

March 22, 2006

Delphi Technologies, Inc.     Invoice No. 2153100
Legal Staff-M/C 480-410-202   Our File No. 444859.00219
P.O. Box 5052
Troy, MI  48007-5052

**DP-314834:  Patent:  EHA/E-Cal Hybrid Brake**  Federal I.D. No. 34-0575300
**System With Hydraulic Failsafe**

---

*For professional services rendered for your account through 02/28/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 2,220.00 |
| Disbursements and Charges | $ | 250.60 |
| Total Fees, Disbursements and Charges | $ | 2,470.60 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 2,470.60 |

THOMPSON HINE LLP   2000 Courthouse Plaza, N.E.  www.ThompsonHine.com
ATTORNEYS AT LAW   P.O. Box 8801    Phone  937.443.6600
          Dayton, Ohio 45401-8801  Fax  937.443.6635

# THOMPSON HINE

Page 2                                                                                           March 22, 2006
Our File No. 444859.00219
Delphi Technologies, Inc.

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 02/01/06 | Draft provisional patent application. | | |
| | Victor J. Wasylyna | 6.00 | 1,110.00 |
| 02/02/06 | Draft provisional patent application. | | |
| | Victor J. Wasylyna | 2.50 | 462.50 |
| 02/10/06 | Revise patent application. | | |
| | Victor J. Wasylyna | 3.00 | 555.00 |
| 02/14/06 | Review and file application. | | |
| | Victor J. Wasylyna | 0.50 | 92.50 |
| | Fee for Professional Services | | $2,220.00 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Victor J. Wasylyna | Associate | 12.00 | 185.00 |
| | Fee for Professional Services | | $2,220.00 |

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Payee:U.S. Patent and Trademark Office - Filing fee for Provisional Patent Application entitled BRAKE-BY-WIRE SYSTEM WITH HYDRAULIC FAIL SAFE | 200.00 |
| Payee:U.S. Postmaster, Express Mail EV709283263US - delivery to Commissioner for Patents, Alexandria, VA 2/14/06 | 14.40 |
| Photocopy | 36.20 |
| Total Disbursements and Charges | 250.60 |

# THOMPSON HINE

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK
BRUSSELS    CLEVELAND    DAYTON    WASHINGTON, D.C.

March 22, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

Invoice No. 2153101
Our File No. 444859.00220

**DP-303801: Patent: Magnetorheological Fluid Damper (Combination of DP-303801, 313204, 314824)**

Federal I.D. No. 34-0575300

*For professional services rendered for your account through 02/28/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 1,560.00 |
| Total Fees, Disbursements and Charges | $ | 1,560.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 1,560.00 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone 937.443.6600
Fax 937.443.6635

THOMPSON
HINE

Page 2
Our File No. 444859.00220
Delphi Technologies, Inc.

March 22, 2006

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 02/24/06 | Patentability study; patentability study completed. Douglas E. Erickson | 6.00 | 1,560.00 |
| | Fee for Professional Services | | $1,560.00 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Douglas E. Erickson | Senior Attorney | 6.00 | 260.00 |
| | Fee for Professional Services | | $1,560.00 |

# THOMPSON HINE

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK
BRUSSELS    CLEVELAND    DAYTON    WASHINGTON, D.C.

March 23, 2006

Delphi Technologies, Inc.                          Invoice No. 2153205
Legal Staff-M/C 480-410-202                         Our File No. 444859.00224
P.O. Box 5052
Troy, MI  48007-5052

**DP-314943: Patent: Brake Disc for Enhanced**          Federal I.D. No. 34-0575300
**Cooling**

---

*For professional services rendered for your account through 02/28/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 3,142.50 |
| Disbursements and Charges | $ | 225.80 |
| Total Fees, Disbursements and Charges | $ | 3,368.30 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 3,368.30 |

---

THOMPSON
HINE
_____

Page 2                                                                 March 23, 2006
Our File No. 444859.00224
Delphi Technologies, Inc.


### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 02/01/06 | Draft provisional patent application. | | |
| | Kenneth Lilly | 2.50 | 462.50 |
| 02/02/06 | Telephone conference with inventor Mike Lee. | | |
| | Kenneth Lilly | 0.50 | 92.50 |
| 02/03/06 | Draft provisional patent application. | | |
| | Kenneth Lilly | 1.00 | 185.00 |
| 02/08/06 | Draft provisional patent application. | | |
| | Kenneth Lilly | 1.50 | 277.50 |
| 02/09/06 | Draft provisional patent application. | | |
| | Kenneth Lilly | 1.50 | 277.50 |
| 02/14/06 | Incorporate modifications from inventor (Mike Lee) for drawings and specification. | | |
| | Kenneth Lilly | 1.00 | 185.00 |
| 02/22/06 | Revise provisional application. | | |
| | Theodore D. Lienesch | 2.20 | 825.00 |
| 02/22/06 | Draft provisional patent application. | | |
| | Kenneth Lilly | 1.00 | 185.00 |
| 02/23/06 | Revise provisional patent application. | | |
| | Kenneth Lilly | 1.00 | 185.00 |
| 02/24/06 | Draft provisional application. | | |
| | Theodore D. Lienesch | 1.00 | 375.00 |
| 02/24/06 | Complete provisional patent application and file with USPTO. | | |
| | Kenneth Lilly | 0.50 | 92.50 |
| | Fee for Professional Services | | $3,142.50 |


### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Theodore D. Lienesch | Partner | 3.20 | 375.00 |
| Kenneth Lilly | Patent Agent | 10.50 | 185.00 |

# THOMPSON HINE

Page 3                                                                                       March 23, 2006
Our File No. 444859.00224
Delphi Technologies, Inc.

Fee for Professional Services                    $3,142.50

## Disbursements and Charges

| Description | Amount |
|---|---|
| Payee:U.S. Postmaster, Express Mail EV710395823US - delivery to Commisioner for Patents, Alexandria, VA 2/27/06 | 14.40 |
| Payee:U.S. Patent and Trademark Office - fee to file provisional application | 200.00 |
| Photocopy | 3.00 |
| Telephone | 8.40 |

Total Disbursements and Charges                    225.80

# THOMPSON HINE

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK
BRUSSELS    CLEVELAND    DAYTON    WASHINGTON, D.C.

March 23, 2006

Delphi Technologies, Inc.                          Invoice No. 2153103
Legal Staff-M/C 480-410-202                        Our File No. 444859.00225
P.O. Box 5052
Troy, MI 48007-5052

**DP-315020: Patent: DEFORMATION**          Federal I.D. No. 34-0575300
**RESISTANCE WELDING TUBE TO SHEET**
**ELECTRODE**

---

*For professional services rendered for your account through 02/28/06:*

| | |
|---|---|
| Fees for Professional Services | $      4,498.00 |
| Total Fees, Disbursements and Charges | $      4,498.00 |
| **TOTAL DUE FOR THIS INVOICE** | $      4,498.00 |

---

# THOMPSON HINE

Page 2                                                                    March 23, 2006
Our File No. 444859.00225
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 02/16/06 | Draft provisional patent application. | | |
| | Douglas E. Erickson | 1.30 | 338.00 |
| 02/20/06 | Meet with inventor at Delphi. | | |
| | Douglas E. Erickson | 2.80 | 728.00 |
| 02/20/06 | Draft patent application. | | |
| | Douglas E. Erickson | 5.20 | 1,352.00 |
| 02/21/06 | Draft patent application. | | |
| | Douglas E. Erickson | 5.00 | 1,300.00 |
| 02/22/06 | Draft patent application. | | |
| | Douglas E. Erickson | 3.00 | 780.00 |
| | Fee for Professional Services | | $4,498.00 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Douglas E. Erickson | Senior Attorney | 17.30 | 260.00 |
| | Fee for Professional Services | | $4,498.00 |



| | ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
|---|---|---|---|---|
| | BRUSSELS | CLEVELAND | DAYTON | WASHINGTON, D.C. |

March 22, 2006

Delphi Technologies, Inc.                    Invoice No. 2153104
Legal Staff-M/C 480-410-202                  Our File No. 444859.00227
P.O. Box 5052
Troy, MI  48007-5052


**DP-314928: Patent: ADAPTIVE MANEUVER**          Federal I.D. No. 34-0575300
**BASED DIAGNOSTICS FOR VEHICLE**
**DYNAMICS**

---

*For professional services rendered for your account through 02/28/06:*

|  |  |  |
|---|---|---|
| Fees for Professional Services | $ | 92.50 |
| Total Fees, Disbursements and Charges | $ | 92.50 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 92.50 |

THOMPSON HINE LLP          2000 Courthouse Plaza, N.E.      www.ThompsonHine.com
ATTORNEYS AT LAW           P.O. Box 8801                    Phone  937.443.6600
                           Dayton, Ohio 45401-8801          Fax  937.443.6635

# THOMPSON HINE

Page 2                                                                      March 22, 2006
Our File No. 444859.00227
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 02/23/06 | Receipt and review of invention record no. DP-314928. | | |
| | Kenneth Lilly | 0.50 | 92.50 |
| | Fee for Professional Services | | $92.50 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Kenneth Lilly | Patent Agent | 0.50 | 185.00 |
| | Fee for Professional Services | | $92.50 |