# THOMPSON HINE

ATLANTA          CINCINNATI          COLUMBUS          NEW YORK

BRUSSELS          CLEVELAND          DAYTON          WASHINGTON, D.C.

April 28, 2006

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Attention: David M. Sherbin, Esq., General Counsel

Latham & Watkins LLP
885 Third Avenue
New York, NY 10004
Attention: Robert J. Rosenberg, Esq., as counsel for The
Official Committee of Unsecured Creditors

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 200
Chicago, IL 60606
Attention: John William Butler, Jr., Esq.

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Attention: Marissa Wesley, Esq., as counsel for the agent
under the Debtors' post-petition credit facility

The Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY 10004-2112
Attention: Alicia M. Leonhard, U.S. Trustee

Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
Attention: Marlane Melican, Esq., as counsel for the agent
under the Debtors' post-petition credit facility

RE: Thompson Hine LLP Invoices / Delphi Technologies, Inc.

Dear Sir/Madam:

Thompson Hine invoices for the month ending March 31, 2006 are enclosed with this letter. Also enclosed is a two-page detailed summary of the invoices and amounts that are now due.

Pursuant to the terms of the interim compensation order, Thompson Hine is entitled to receive 80% of fees invoiced and 100% of disbursements and charges. Accordingly, for the month of March, 2006, Thompson Hine is entitled to receive the total sum of $24,213.31, broken down as follows:

| Service dates | Professional fees invoiced | Expenses invoiced | Invoice Total | Professional fees due now (80%) | Expenses due now (100%) | Total due upon receipt of invoice | Holdback Amount (20% of Fees) |
|---|---|---|---|---|---|---|---|
| 03/01/06 - 03/31/06 | $23,959.00 | $5,046.11 | $29,005.11 | $19,167.20 | $5,046.11 | $24,213.31 | $4,791.80 |

Very truly yours,

Theodore D. Lienesch

Ted.Lienesch@ThompsonHine.com   Phone 937.443.6958   Fax 937.443.6635          mah 428010.1

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone 937.443.6600
Fax 937.443.6635

THOMPSON
HINE

April 28, 2006
Page 2

cc:    Michael D. Smith, Esq.
       Haim Zaltzman, Esq.

# THOMPSON HINE

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK
BRUSSELS    CLEVELAND    DAYTON    WASHINGTON, D.C.

April 28, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P. O. Box 5052
Troy, MI 48007-5052

Invoice Ref: Delphi Technologies, Inc.

Federal I.D. No. 34-0575300

*Summary of professional services rendered by Thompson Hine LLP*
*for the period 3/1/06 through 3/31/06 (invoice detail attached)*

| | |
|---|---|
| Fees for Professional Services | $23,959.00 |
| Disbursements and Charges | 5,046.11 |
| Total Fees, Disbursements and Charges invoiced | $29,005.11 |

*Amount due upon receipt of attached invoices (per Retention order)*

| | |
|---|---|
| Fees for Professional Services (80%) | $ 19,167.20 |
| Disbursements and Charges (100%) | 5,046.11 |
| ***Total Fees, Disbursements and Charges due*** | ***$24,213.31*** |

\*    The holdback amount (20% of the professional fees billed for this period) of $4,791.80 will be due upon Court approval of Thompson Hine's Fee Application.

Larry.Burick@ThompsonHine.com   Phone 937.443.6625   Fax 937.443.6635                mah  430951.1

THOMPSON HINE LLP                 2000 Courthouse Plaza, N.E.    www.ThompsonHine.com
ATTORNEYS AT LAW                  P.O. Box 8801                  Phone  937.443.6600
                                  Dayton, Ohio 45401-8801        Fax  937.443.6635

| SUMMARY OF INVOICES FOR PERIOD (ITEMIZED BY THOMPSON HINE MATTER #) | | | | | |
|---|---|---|---|---|---|
| TH matter # | Service dates | Invoice No. | Professional fees invoiced | Expenses invoiced | Total invoiced |
| 00101 | 03/01/06 - 03/31/06 | 2155789 | $254.50 | $0.00 | $254.50 |
| 00110 | 03/01/06 - 03/31/06 | 2155790 | $0.00 | $208.50 | $208.50 |
| 00117 | 03/01/06 - 03/31/06 | 2155791 | $510.00 | $1,101.00 | $1,611.00 |
| 00131 | 03/01/06 - 03/31/06 | 2155792 | $1,560.00 | $7.00 | $1,567.00 |
| 00148 | 03/01/06 - 03/31/06 | 2155794 | $787.50 | $477.00 | $1,264.50 |
| 00166 | 03/01/06 - 03/31/06 | 2155795 | $1,690.00 | $10.20 | $1,700.20 |
| 00182 | 03/01/06 - 03/31/06 | 2155799 | $572.00 | $0.00 | $572.00 |
| 00199 | 03/01/06 - 03/31/06 | 2155800 | $0.00 | $616.80 | $616.80 |
| 00203 | 03/01/06 - 03/31/06 | 2155802 | $925.00 | $31.90 | $956.90 |
| 00204 | 03/01/06 - 03/31/06 | 2155803 | $494.00 | $1,188.00 | $1,682.00 |
| 00206 | 03/01/06 - 03/31/06 | 2155805 | $0.00 | $14.40 | $14.40 |
| 00208 | 03/01/06 - 03/31/06 | 2155806 | $6,574.50 | $0.00 | $6,574.50 |
| 00210 | 03/01/06 - 03/31/06 | 2155807 | $936.00 | $1,084.80 | $2,020.80 |
| 00215 | 03/01/06 - 03/31/06 | 2155808 | $2,127.50 | $0.00 | $2,127.50 |
| 00220 | 03/01/06 - 03/31/06 | 2155809 | $2,808.00 | $0.00 | $2,808.00 |
| 00225 | 03/01/06 - 03/31/06 | 2155810 | $650.00 | $233.20 | $883.20 |
| 00227 | 03/01/06 - 03/31/06 | 2155814 | $4,070.00 | $73.31 | $4,143.31 |
| | Total Amount Invoiced | | $23,959.00 | $5,046.11 | $29,005.11 |
| | | | | | |

# THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
|---|---|---|---|
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON, D.C. |

April 26, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI  48007-5052

Invoice No. 2155789
Our File No. 444859.00101

**DP-309395 Patent-Low Cost MR. Fluid Hydraulic
Mount With Improved High Frequency Tuning**

Federal I.D. No. 34-0575300

*For professional services rendered for your account through 03/31/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 254.50 |
| Total Fees, Disbursements and Charges | $ | 254.50 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 254.50 |

# THOMPSON HINE

Page 2                                                                     April 26, 2006
Our File No. 444859.00101
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 03/13/06 | Review and docket final Office action. | | |
| | Collette S. Crawford | 0.50 | 72.50 |
| 03/31/06 | Draft amendment after final. | | |
| | Douglas E. Erickson | 0.70 | 182.00 |
| | Fee for Professional Services | | $254.50 |

### Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 0.70 | 260.00 | 182.00 |
| Collette S. Crawford | 0.50 | 145.00 | 72.50 |

# THOMPSON HINE

| | | | |
|---|---|---|---|
| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON, D.C. |

April 26, 2006

Delphi Technologies, Inc.                    Invoice No. 2155790
Legal Staff-M/C 480-410-202                  Our File No. 444859.00110
P.O. Box 5052
Troy, MI  48007-5052

**DP-309805 Patent PERCOLATION BRAKE**          Federal I.D. No. 34-0575300
**FORCE SENSOR**

*For professional services rendered for your account through 03/31/06:*

Disbursements and Charges                         $          208.50

Total Fees, Disbursements and Charges             $          208.50

**TOTAL DUE FOR THIS INVOICE**                    $          208.50

# THOMPSON HINE

Page 2                                                                                   April 26, 2006
Our File No. 444859.00110
Delphi Technologies, Inc.

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
|      | Fee for Professional Services |  | $0.00 |
|      | Fee for Professional Services |  | $0.00 |

## Disbursements and Charges

| Description | Amount | |
|-------------|--------|--|
| Payee:U.S. Patent and Trademark Office - fee for additional independent claim in Amendment | 200.00 | |
| Photocopy | 7.80 | |
| Telephone | 0.70 | |
| Total Disbursements and Charges | 208.50 | |

# THOMPSON HINE

ATLANTA      CINCINNATI      COLUMBUS      NEW YORK
BRUSSELS      CLEVELAND      DAYTON      WASHINGTON, D.C.

April 26, 2006

Delphi Technologies, Inc.                    Invoice No. 2155791
Legal Staff-M/C 480-410-202                  Our File No. 444859.00117
P.O. Box 5052
Troy, MI  48007-5052

**DP-310452 Patent GROOVED DEFORMATION**      Federal I.D. No. 34-0575300
**RESISTANCE SEAM WELDING OF CAST IRON**
**TO STEEL TUBING**

*For professional services rendered for your account through 03/31/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 510.00 |
| Disbursements and Charges | $ | 1,101.00 |
| Total Fees, Disbursements and Charges | $ | 1,611.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 1,611.00 |

# THOMPSON HINE

Page 2
Our File No. 444859.00117
Delphi Technologies, Inc.

April 26, 2006

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 03/03/06 | Prepare patent application. | | |
| | Douglas E. Erickson | 0.50 | 130.00 |
| 03/06/06 | Preparation of Information Disclosure Statement for filing with the USPTO. | | |
| | Ann M. Ison | 1.00 | 120.00 |
| 03/06/06 | Prepare patent application. | | |
| | Douglas E. Erickson | 0.30 | 78.00 |
| 03/06/06 | Prepare patent application. | | |
| | Douglas E. Erickson | 0.20 | 52.00 |
| 03/08/06 | Prepare patent application; final patent application filed in USPTO. | | |
| | Douglas E. Erickson | 0.50 | 130.00 |
| | Fee for Professional Services | | $510.00 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Douglas E. Erickson | Senior Attorney | 1.50 | 260.00 |
| Ann M. Ison | Document Analyst | 1.00 | 120.00 |
| | Fee for Professional Services | | $510.00 |

### Disbursements and Charges

| Description | Amount | |
|-------------|--------|--|
| Payee:U.S. Patent and Trademark Office - filing fee for Utility Patent Application and Assignment | 1,040.00 | |
| Payee:U.S. Postmaster, Express Mail EV710396948US - delivery to Commissioner for Patents, Alexandria, VA 3/8/06 | 14.40 | |
| Photocopy | 46.60 | |
| Total Disbursements and Charges | | 1,101.00 |

# THOMPSON HINE

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK
BRUSSELS    CLEVELAND    DAYTON    WASHINGTON, D.C.

April 26, 2006

Delphi Technologies, Inc.                   Invoice No. 2155792
Legal Staff-M/C 480-410-202                 Our File No. 444859.00131
P.O. Box 5052
Troy, MI  48007-5052

**DP-311119 Patent MAGNETORESTRICTIVE**         Federal I.D. No. 34-0575300
**PRESSURE SENSOR**

*For professional services rendered for your account through 03/31/06:*

| | | |
|---|---|---:|
| Fees for Professional Services | $ | 1,560.00 |
| Disbursements and Charges | $ | 7.00 |
| Total Fees, Disbursements and Charges | $ | 1,567.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 1,567.00 |

THOMPSON
HINE
_____

Page 2                                                              April 26, 2006
Our File No. 444859.00131
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 03/20/06 | Draft Amendment. | | |
| | Douglas E. Erickson | 0.70 | 182.00 |
| 03/21/06 | Draft Amendment. | | |
| | Douglas E. Erickson | 5.00 | 1,300.00 |
| 03/22/06 | Prepare Amendment; final Amendment filed in USPTO. | | |
| | Douglas E. Erickson | 0.30 | 78.00 |
| | Fee for Professional Services | | $1,560.00 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Douglas E. Erickson | Senior Attorney | 6.00 | 260.00 |
| | Fee for Professional Services | | $1,560.00 |

### Disbursements and Charges

| Date | Description | Amount |
|------|-------------|--------|
| | Photocopy | 7.00 |
| | Total Disbursements and Charges | 7.00 |

# THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
|---|---|---|---|
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON, D.C. |

April 26, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI  48007-5052

Invoice No. 2155794
Our File No. 444859.00148

**DP-311073 PATENT A NEW FAMILY OF CONTROLLED BRAKE HYDRAULIC SYSTEMS USING BRAKE RESPONSE VALVE (BRV)**

Federal I.D. No. 34-0575300

*For professional services rendered for your account through 03/31/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 787.50 |
| Disbursements and Charges | $ | 477.00 |
| Total Fees, Disbursements and Charges | $ | 1,264.50 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 1,264.50 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone  937.443.6600
Fax  937.443.6635

# THOMPSON HINE

Page 2                                                                          April 26, 2006
Our File No. 444859.00148
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 03/13/06 | Draft Amendment. | | |
| | Steven J. Elleman | 1.00 | 315.00 |
| 03/23/06 | Draft  Amendment and arguments. | | |
| | Steven J. Elleman | 1.00 | 315.00 |
| 03/24/06 | Draft Amendment and file with USPTO; prepare reporting correspondence. | | |
| | Steven J. Elleman | 0.50 | 157.50 |
| | Fee for Professional Services | | $787.50 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Steven J. Elleman | Partner | 2.50 | 315.00 |
| | Fee for Professional Services | | $787.50 |

### Disbursements and Charges

| Date | Description | Amount | |
|------|-------------|--------|--|
| 03/30/06 | Payee:U.S. Patent and Trademark Office - fee for additonal claims in Amendment | 450.00 | |
| | Photocopy | 27.00 | |
| | Total Disbursements and Charges | | 477.00 |

# THOMPSON HINE

ATLANTA          CINCINNATI          COLUMBUS          NEW YORK
BRUSSELS          CLEVELAND          DAYTON          WASHINGTON, D.C.

April 26, 2006

Delphi Technologies, Inc.                    Invoice No. 2155795
Legal Staff-M/C 480-410-202                  Our File No. 444859.00166
P.O. Box 5052
Troy, MI  48007-5052

**DP-312442 PATENT:  EDDY CURRENT**          Federal I.D. No. 34-0575300
**QUANTUM TUNNELING COMPOSITE FORCE**

*For professional services rendered for your account through 03/31/06:*

| | | |
|---|---|---:|
| Fees for Professional Services | $ | 1,690.00 |
| Disbursements and Charges | $ | 10.20 |
| Total Fees, Disbursements and Charges | $ | 1,700.20 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 1,700.20 |

THOMPSON
HINE

Page 2                                                                                April 26, 2006
Our File No. 444859.00166
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 03/17/06 | Draft amendment. | | |
| | Douglas E. Erickson | 1.50 | 390.00 |
| 03/17/06 | Draft amendment. | | |
| | Douglas E. Erickson | 4.50 | 1,170.00 |
| 03/20/06 | Draft amendment; file with USPTO. | | |
| | Douglas E. Erickson | 0.50 | 130.00 |
| | Fee for Professional Services | | $1,690.00 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Douglas E. Erickson | Senior Attorney | 6.50 | 260.00 |
| | Fee for Professional Services | | $1,690.00 |

### Disbursements and Charges

| Date | Description | Amount | |
|------|-------------|--------|--|
| | Photocopy | 10.20 | |
| | Total Disbursements and Charges | | 10.20 |

# THOMPSON HINE

ATLANTA     CINCINNATI     COLUMBUS     NEW YORK
BRUSSELS     CLEVELAND     DAYTON     WASHINGTON, D.C.

April 26, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI  48007-5052

Invoice No. 2155799
Our File No. 444859.00182

**DP-313090 Patent:  MR DAMPER PISTON
CONFIGURATIONS FOR LOW FRICTION
FORCE**

Federal I.D. No. 34-0575300

*For professional services rendered for your account through 03/31/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 572.00 |
| Total Fees, Disbursements and Charges | $ | 572.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 572.00 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone  937.443.6600
Fax  937.443.6635

# THOMPSON HINE

Page 2                                                                        April 26, 2006
Our File No. 444859.00182
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 03/01/06 | Prepare patent application. | | |
| | Douglas E. Erickson | 0.50 | 130.00 |
| 03/03/06 | Prepare patent application. | | |
| | Douglas E. Erickson | 0.50 | 130.00 |
| 03/15/06 | Prepare patent application. | | |
| | Douglas E. Erickson | 1.20 | 312.00 |
| | Fee for Professional Services | | $572.00 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Douglas E. Erickson | Senior Attorney | 2.20 | 260.00 |
| | Fee for Professional Services | | $572.00 |

# THOMPSON HINE

ATLANTA        CINCINNATI        COLUMBUS        NEW YORK

BRUSSELS        CLEVELAND        DAYTON        WASHINGTON, D.C.

April 26, 2006

Delphi Technologies, Inc.                    Invoice No. 2155800
Legal Staff-M/C 480-410-202              Our File No. 444859.00199
P.O. Box 5052
Troy, MI  48007-5052

**DP-313613 Patent TORQUE/FORCE OBSERVER**        Federal I.D. No. 34-0575300
**FOR**
**ELECTROMECHANICAL/ELECTROHYDRAULI**
**C ACTUATION**

*For professional services rendered for your account through 03/31/06:*

| | | |
|---|---|---|
| Disbursements and Charges | $ | 616.80 |
| Total Fees, Disbursements and Charges | $ | 616.80 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 616.80 |

# THOMPSON HINE

Page 2                                                                      April 26, 2006
Our File No. 444859.00199
Delphi Technologies, Inc.

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| | Fee for Professional Services | | $0.00 |
| | Fee for Professional Services | | $0.00 |

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Payee:Woolcott & Company  Inc, Invoice No. 2002-04681 - Services regarding conducting a novelty search regarding "Estimating Torque/Force Exerted by a Load Against A Motor-Drive Actuator" | 616.80 |
| Total Disbursements and Charges | 616.80 |

# THOMPSON HINE

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK
BRUSSELS    CLEVELAND    DAYTON    WASHINGTON, D.C.

April 26, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI  48007-5052

Invoice No. 2155802
Our File No. 444859.00203

**DP-314168:  Pat. (Combination of DP-314168 & DP-314171) ENHANCEMENT OF FLUX RESPONSE IN ACTUATORS WITH SOLID CORES USING DIRECT FLUX CONTROL AND ADVANCED DRIV**

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 03/31/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 925.00 |
| Disbursements and Charges | $ | 31.90 |
| Total Fees, Disbursements and Charges | $ | 956.90 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 956.90 |

---

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone 937.443.6600
Fax 937.443.6635

# THOMPSON HINE

Page 2                                                                                   April 26, 2006
Our File No. 444859.00203
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 03/01/06 | Review record of invention; telephone conference with Mr. Nehl; patent search. | | |
| | Victor J. Wasylyna | 1.50 | 277.50 |
| 03/02/06 | Review prior art search results; review record of invention and PowerPoint presentation. | | |
| | Victor J. Wasylyna | 3.50 | 647.50 |
| | Fee for Professional Services | | $925.00 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Victor J. Wasylyna | Associate | 5.00 | 185.00 |
| | Fee for Professional Services | | $925.00 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Patent Download | 20.00 |
| Telephone | 11.90 |
| Total Disbursements and Charges | 31.90 |



# THOMPSON HINE

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK

BRUSSELS    CLEVELAND    DAYTON    WASHINGTON, D.C.

April 26, 2006

Delphi Technologies, Inc.                    Invoice No. 2155803
Legal Staff-M/C 480-410-202                  Our File No. 444859.00204
P.O. Box 5052
Troy, MI 48007-5052

**DP-314410: Patent: FOUR QUADRANT PULSE**    Federal I.D. No. 34-0575300
**WIDTH MODULATION CONTROL OF 3 PHASE**
**MOTORS**

---

*For professional services rendered for your account through 03/31/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 494.00 |
| Disbursements and Charges | $ | 1,188.00 |
| Total Fees, Disbursements and Charges | $ | 1,682.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 1,682.00 |

---

# THOMPSON
# HINE

Page 2                                                                                                  April 26, 2006
Our File No. 444859.00204
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 03/20/06 | Telephone discussion with inventors. | | |
| | Douglas E. Erickson | 0.30 | 78.00 |
| 03/22/06 | Prepare patent application. | | |
| | Douglas E. Erickson | 0.30 | 78.00 |
| 03/23/06 | Prepare patent application, final patent application filed in USPTO. | | |
| | Douglas E. Erickson | 0.50 | 130.00 |
| 03/27/06 | Review formal drawings; drawing corrections requested. | | |
| | Douglas E. Erickson | 0.50 | 130.00 |
| 03/28/06 | Review corrected drawings; formal drawings completed; project (including formal drawings) completed. | | |
| | Douglas E. Erickson | 0.30 | 78.00 |
| | Fee for Professional Services | | $494.00 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Douglas E. Erickson | Senior Attorney | 1.90 | 260.00 |
| | Fee for Professional Services | | $494.00 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Payee:U.S. Patent and Trademark Office - filing fee for Utility Patent Application and Assignment | 1,090.00 |
| Payee:U.S. Postmaster, Express Mail EV710396982US - delivery to Commissioner for Patents, Alexandria, VA 3/23/06 | 14.40 |
| Payee:U.S. Patent and Trademark Office - claims in excess of twenty | 50.00 |
| Photocopy | 33.60 |
| Total Disbursements and Charges | 1,188.00 |

# THOMPSON HINE

| | | | |
|---|---|---|---|
| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON, D.C. |

April 26, 2006

Delphi Technologies, Inc.                          Invoice No. 2155805
Legal Staff-M/C 480-410-202                      Our File No. 444859.00206
P.O. Box 5052
Troy, MI  48007-5052

**DP-314492:  Patent:  THREE PHASE MOTOR**        Federal I.D. No. 34-0575300
**DIAGNOSTICS AND PHASE VOLTAGE**
**FEEDBACK**

---

*For professional services rendered for your account through 03/31/06:*

| | | |
|---|---|---|
| Disbursements and Charges | $ | 14.40 |
| Total Fees, Disbursements and Charges | $ | 14.40 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 14.40 |

# Thompson Hine

Page 2                                                                 April 26, 2006
Our File No. 444859.00206
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
|      | Fee for Professional Services |  | $0.00 |
|      | Fee for Professional Services |  | $0.00 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Payee:United States Postal Service to Commissioner for Patents VA 2/22/06 | 14.40 |
| Total Disbursements and Charges | 14.40 |

# THOMPSON HINE

ATLANTA       CINCINNATI       COLUMBUS       NEW YORK

BRUSSELS       CLEVELAND       DAYTON       WASHINGTON, D.C.

April 26, 2006

Delphi Technologies, Inc.                    Invoice No. 2155806
Legal Staff-M/C 480-410-202                  Our File No. 444859.00208
P.O. Box 5052
Troy, MI  48007-5052

**Delphi Bankruptcy Matters**                Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 03/31/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 6,574.50 |
| Total Fees, Disbursements and Charges | $ | 6,574.50 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 6,574.50 |

# THOMPSON HINE

Page 2                                                                      April 26, 2006
Our File No. 444859.00208
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 03/10/06 | Receipt and review of sample forms from Mr. Zaltzman. | | |
| | Theodore D. Lienesch | 0.80 | 300.00 |
| 03/15/06 | Prepare for request; receipt and review documents from Mr. Zaltzman. | | |
| | Theodore D. Lienesch | 4.00 | 1,500.00 |
| 03/16/06 | Review Interim Compensation Order and TH Retention Order. | | |
| | Lawrence T. Burick | 0.30 | 99.00 |
| 03/16/06 | Prepare fee request; correspondence with Mr. Zaltzman. | | |
| | Theodore D. Lienesch | 3.50 | 1,312.50 |
| 03/21/06 | Conference with T. Lienesch to discuss fee application; review orders. | | |
| | Lawrence T. Burick | 0.30 | 99.00 |
| 03/23/06 | Prepare fee application. | | |
| | Theodore D. Lienesch | 2.30 | 862.50 |
| 03/24/06 | Prepare fee application; fee statements. | | |
| | Theodore D. Lienesch | 3.00 | 1,125.00 |
| 03/28/06 | Begin to prepare 1st fee application. | | |
| | Lawrence T. Burick | 3.00 | 990.00 |
| 03/28/06 | Preparation of fee application. | | |
| | Theodore D. Lienesch | 0.50 | 187.50 |
| 03/31/06 | Review Order authorizing fee application requirements. | | |
| | Lawrence T. Burick | 0.30 | 99.00 |
| | Fee for Professional Services | | $6,574.50 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Lawrence T. Burick | Partner | 3.90 | 330.00 |
| Theodore D. Lienesch | Partner | 14.10 | 375.00 |
| | Fee for Professional Services | | $6,574.50 |

# THOMPSON HINE

ATLANTA          CINCINNATI          COLUMBUS          NEW YORK

BRUSSELS          CLEVELAND          DAYTON          WASHINGTON, D.C.

April 26, 2006

Delphi Technologies, Inc.                     Invoice No. 2155807
Legal Staff-M/C 480-410-202                   Our File No. 444859.00210
P.O. Box 5052
Troy, MI  48007-5052

**DP-314531: Patent: INTEGRATED POSITION**          Federal I.D. No. 34-0575300
**AND VELOCITY SENSORS AND THEIR**
**CONTROL CIRCUITS FOR MR DAMPER**

*For professional services rendered for your account through 03/31/06:*

| | | |
|---|---|---:|
| Fees for Professional Services | $ | 936.00 |
| Disbursements and Charges | $ | 1,084.80 |
| Total Fees, Disbursements and Charges | $ | 2,020.80 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 2,020.80 |

# THOMPSON HINE

Page 2                                                                    April 26, 2006
Our File No. 444859.00210
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 03/01/06 | Prepare patent application. | | |
| | Douglas E. Erickson | 0.50 | 130.00 |
| 03/06/06 | Draft patent application; telephone conference with inventor. | | |
| | Douglas E. Erickson | 2.50 | 650.00 |
| 03/16/06 | Prepare patent application. | | |
| | Douglas E. Erickson | 0.30 | 78.00 |
| 03/16/06 | Prepare amendment; final patent application filed with USPTO. | | |
| | Douglas E. Erickson | 0.30 | 78.00 |
| | Fee for Professional Services | | $936.00 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Douglas E. Erickson | Senior Attorney | 3.60 | 260.00 |
| | Fee for Professional Services | | $936.00 |

### Disbursements and Charges

| Description | Amount | |
|-------------|--------|--|
| Payee:U.S. Patent and Trademark Office - filing fee for Utility Patent Application and Assignment | 1,040.00 | |
| Payee:U.S. Postmaster, Express Mail EV710396951US - delivery to Commissioner for Patents, Alexandria, VA 3/16/06 | 14.40 | |
| Photocopy | 30.40 | |
| Total Disbursements and Charges | | 1,084.80 |

# THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
|---|---|---|---|
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON, D.C. |

April 26, 2006

Delphi Technologies, Inc.                          Invoice No. 2155808
Legal Staff-M/C 480-410-202                     Our File No. 444859.00215
P.O. Box 5052
Troy, MI  48007-5052

**DP-314001: Patent: Conversion of U.S. Provisional**     Federal I.D. No. 34-0575300
**Application S/N 60/682784 (Combining DP-314001-**
**002-003)**

---

*For professional services rendered for your account through 03/31/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 2,127.50 |
| Total Fees, Disbursements and Charges | $ | 2,127.50 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 2,127.50 |

---

# THOMPSON HINE

Page 2                                                                                    April 26, 2006
Our File No. 444859.00215
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 03/01/06 | Review records of invention; review provisional application. | | |
| | Victor J. Wasylyna | 1.00 | 185.00 |
| 03/02/06 | Review records of invention. | | |
| | Victor J. Wasylyna | 1.00 | 185.00 |
| 03/07/06 | Review record of invention and provisional application. | | |
| | Victor J. Wasylyna | 1.50 | 277.50 |
| 03/08/06 | Review records of invention and provisional; review prior art search results; draft patent application. | | |
| | Victor J. Wasylyna | 4.00 | 740.00 |
| 03/09/06 | Review records of Invention; review prior art; draft patent application. | | |
| | Victor J. Wasylyna | 1.50 | 277.50 |
| 03/10/06 | Review records of invention; review prior art search results; telephone conference with Mr. Heaston. | | |
| | Victor J. Wasylyna | 2.50 | 462.50 |
| | Fee for Professional Services | | $2,127.50 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Victor J. Wasylyna | Associate | 11.50 | 185.00 |
| | Fee for Professional Services | | $2,127.50 |



# THOMPSON HINE

ATLANTA       CINCINNATI       COLUMBUS       NEW YORK

BRUSSELS       CLEVELAND       DAYTON       WASHINGTON, D.C.

April 26, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI  48007-5052

Invoice No. 2155809
Our File No. 444859.00220

**DP-303801:  Patent:  Magnetorheological Fluid Damper (Combination of DP-303801, 313204, 314824)**

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 03/31/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 2,808.00 |
| Total Fees, Disbursements and Charges | $ | 2,808.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 2,808.00 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone  937.443.6600
Fax  937.443.6635

# THOMPSON HINE

Page 2                                                                                            April 26, 2006
Our File No. 444859.00220
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 03/24/06 | Draft patent application. | | |
| | Douglas E. Erickson | 2.80 | 728.00 |
| 03/27/06 | Draft patent application which combines US Delphi invention and a French Delphi invention. | | |
| | Douglas E. Erickson | 2.00 | 520.00 |
| 03/28/06 | Draft patent application. | | |
| | Douglas E. Erickson | 6.00 | 1,560.00 |
| | Fee for Professional Services | | $2,808.00 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Douglas E. Erickson | Senior Attorney | 10.80 | 260.00 |
| | Fee for Professional Services | | $2,808.00 |

# THOMPSON HINE

ATLANTA        CINCINNATI        COLUMBUS        NEW YORK
BRUSSELS        CLEVELAND        DAYTON        WASHINGTON, D.C.

April 26, 2006

Delphi Technologies, Inc.                    Invoice No. 2155810
Legal Staff-M/C 480-410-202                  Our File No. 444859.00225
P.O. Box 5052
Troy, MI  48007-5052

**DP-315020: Patent: DEFORMATION**          Federal I.D. No. 34-0575300
**RESISTANCE WELDING TUBE TO SHEET**
**ELECTRODE**

*For professional services rendered for your account through 03/31/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 650.00 |
| Disbursements and Charges | $ | 233.20 |
| Total Fees, Disbursements and Charges | $ | 883.20 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 883.20 |

# THOMPSON HINE

Page 2                                                                                          April 26, 2006
Our File No. 444859.00225
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 03/01/06 | Prepare patent application. | | |
| | Douglas E. Erickson | 0.50 | 130.00 |
| 03/02/06 | Telephone discussion with Dr. Anthony; prepare patent application; final patent application filed with USPTO. | | |
| | Douglas E. Erickson | 2.00 | 520.00 |
| | Fee for Professional Services | | $650.00 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Douglas E. Erickson | Senior Attorney | 2.50 | 260.00 |
| | Fee for Professional Services | | $650.00 |

### Disbursements and Charges

| Description | Amount | |
|-------------|--------|--|
| Payee:U.S. Patent and Trademark Office - Filing fee for Provisional Application | 200.00 | |
| Payee:U.S. Postmaster, Express Mail EV710396934US - delivery to Commissioner for Patents, Alexandria, VA 3/2/06 | 14.40 | |
| Photocopy | 18.80 | |
| Total Disbursements and Charges | | 233.20 |



# THOMPSON HINE

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK

BRUSSELS    CLEVELAND    DAYTON    WASHINGTON, D.C.

April 26, 2006

Delphi Technologies, Inc.           Invoice No. 2155814
Legal Staff-M/C 480-410-202      Our File No. 444859.00227
P.O. Box 5052
Troy, MI  48007-5052

**DP-314928: Patent: ADAPTIVE MANEUVER**    Federal I.D. No. 34-0575300
**BASED DIAGNOSTICS FOR VEHICLE**
**DYNAMICS**

---

*For professional services rendered for your account through 03/31/06:*

| | | |
|---|---|---:|
| Fees for Professional Services | $ | 4,070.00 |
| Disbursements and Charges | $ | 73.31 |
| Total Fees, Disbursements and Charges | $ | 4,143.31 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 4,143.31 |

THOMPSON HINE LLP    2000 Courthouse Plaza, N.E.    www.ThompsonHine.com
ATTORNEYS AT LAW    P.O. Box 8801    Phone 937.443.6600
    Dayton, Ohio 45401-8801    Fax 937.443.6635

# THOMPSON HINE

Page 2                                                                April 26, 2006
Our File No. 444859.00227
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 03/15/06 | Patentability search report. | | |
| | Kenneth Lilly | 4.00 | 740.00 |
| 03/20/06 | Prepare utility patent application. | | |
| | Kenneth Lilly | 2.00 | 370.00 |
| 03/24/06 | Prepare utility patent application. | | |
| | Kenneth Lilly | 5.00 | 925.00 |
| 03/28/06 | Conference with inventors. | | |
| | Kenneth Lilly | 1.00 | 185.00 |
| 03/30/06 | Prepare utility patent application. | | |
| | Kenneth Lilly | 3.00 | 555.00 |
| 03/31/06 | Prepare utility patent. | | |
| | Kenneth Lilly | 7.00 | 1,295.00 |
| | Fee for Professional Services | | $4,070.00 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Kenneth Lilly | Patent Agent | 22.00 | 185.00 |
| | Fee for Professional Services | | $4,070.00 |

### Disbursements and Charges

| Description | Amount | |
|-------------|--------|--|
| Lexis Charges | 73.31 | |
| | Total Disbursements and Charges | 73.31 |