# THOMPSON HINE

ATLANTA     CINCINNATI     COLUMBUS     NEW YORK
BRUSSELS     CLEVELAND     DAYTON     WASHINGTON, D.C.

May 30, 2006

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Attention: David M. Sherbin, Esq., General Counsel

Latham & Watkins LLP
885 Third Avenue
New York, NY 10004
Attention: Robert J. Rosenberg, Esq., as counsel for The
Official Committee of Unsecured Creditors

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 200
Chicago, IL 60606
Attention: John William Butler, Jr., Esq.

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Attention: Marissa Wesley, Esq., as counsel for the agent
under the Debtors' post-petition credit facility

The Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY 10004-2112
Attention: Alicia M. Leonhard, U.S. Trustee

Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
Attention: Marlane Melican, Esq., as counsel for the agent
under the Debtors' post-petition credit facility

RE:   Thompson Hine LLP Invoices / Delphi Technologies, Inc.

Dear Sir/Madam:

Thompson Hine invoices for the month ending April 30, 2006 are enclosed with this letter. Also enclosed is a two-page detailed summary of the invoices and amounts that are now due.

Pursuant to the terms of the interim compensation order, Thompson Hine is entitled to receive 80% of fees invoiced and 100% of disbursements and charges. Accordingly, for the month of April, 2006, Thompson Hine is entitled to receive the total sum of $12,467.38, broken down as follows:

| Service dates | Professional fees invoiced | Expenses invoiced | Invoice Total | Professional fees due now (80%) | Expenses due now (100%) | Total due upon receipt of invoice | Holdback Amount (20% of Fees) |
|---|---|---|---|---|---|---|---|
| 04/01/06 - 04/30/06 | $13,199.00 | $1,908.18 | $15,107.18 | $10,559.20 | $1,908.18 | $12,467.38 | $2,639.80 |

Very truly yours,

Theodore D. Lienesch

Ted.Lienesch@ThompsonHine.com   Phone 937.443.6958   Fax 937.443.6635

mah   428010.3

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone 937.443.6600
Fax 937.443.6635

# THOMPSON HINE

May 30, 2006
Page 2

cc:    Michael D. Smith, Esq.
       Haim Zaltzman, Esq.

# THOMPSON HINE

ATLANTA          CINCINNATI          COLUMBUS          NEW YORK

BRUSSELS          CLEVELAND          DAYTON          WASHINGTON, D.C.

May 30, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P. O. Box 5052
Troy, MI 48007-5052

Invoice Ref:  Delphi Technologies, Inc.

Federal I.D. No. 34-0575300

*Summary of professional services rendered by Thompson Hine LLP
for the period 4/1/06 through 4/30/06 (invoice detail attached)*

| | |
|---|---|
| Fees for Professional Services | $13,199.00 |
| Disbursements and Charges | 1,908.18 |
| Total Fees, Disbursements and Charges invoiced | $15,107.18 |

*Amount due upon receipt of attached invoices (per Retention order)*

| | |
|---|---|
| Fees for Professional Services (80%) | $10,559.20 |
| Disbursements and Charges (100%) | 1,908.18 |
| **Total Fees, Disbursements and Charges due** | **$12,467.38** |

\*   The holdback amount (20% of the professional fees billed for this period) of $2,639.80 will be due
upon Court approval of Thompson Hine's Fee Application.

Larry.Burick@ThompsonHine.com   Phone 937.443.6625   Fax 937.443.6635          mah  434670.1

THOMPSON HINE LLP          2000 Courthouse Plaza, N.E.        www.ThompsonHine.com
ATTORNEYS AT LAW           P.O. Box 8801                      Phone  937.443.6600
                           Dayton, Ohio 45401-8801            Fax  937.443.6635

| TH matter # | Service dates | Invoice No. | Professional fees invoiced | Expenses invoiced | Total invoiced |
|---|---|---|---|---|---|
| 00034 | 04/01/06 - 04/30/06 | 2160100 | $130.00 | $0.00 | $130.00 |
| 00101 | 04/01/06 - 04/30/06 | 2160110 | $2,152.50 | $212.00 | $2,364.50 |
| 00118 | 04/01/06 - 04/30/06 | 2160123 | $740.00 | $24.20 | $764.20 |
| 00148 | 04/01/06 - 04/30/06 | 2160124 | $72.50 | $809.40 | $881.90 |
| 00169 | 04/01/06 - 04/30/06 | 2160126 | $72.50 | $3.60 | $76.10 |
| 00182 | 04/01/06 - 04/30/06 | 2160128 | $520.00 | $0.00 | $520.00 |
| 00203 | 04/01/06 - 04/30/06 | 2160129 | $4,366.00 | $0.00 | $4,366.00 |
| 00208 | 04/01/06 - 04/30/06 | 2160131 | $4,056.00 | $848.78 | $4,904.78 |
| 00219 | 04/01/06 - 04/30/06 | 2160133 | $24.00 | $0.00 | $24.00 |
| 00220 | 04/01/06 - 04/30/06 | 2160134 | $208.00 | $0.00 | $208.00 |
| 00227 | 04/01/06 - 04/30/06 | 2160136 | $857.50 | $10.20 | $867.70 |
| **Total Amount Invoiced** | | | $13,199.00 | $1,908.18 | $15,107.18 |

**SUMMARY OF INVOICES FOR PERIOD (ITEMIZED BY THOMPSON HINE MATTER #)**



# THOMPSON HINE

ATLANTA      CINCINNATI      COLUMBUS      NEW YORK
BRUSSELS      CLEVELAND      DAYTON      WASHINGTON, D.C.

May 30, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI  48007-5052

Invoice No. 2160100
Our File No. 444859.00034

**(DP-305907/DP-305908) PAT. APPL. - FUEL TANK**  Federal I.D. No. 34-0575300
**COVER TO INLET/OUTLET TUBE**
**INTERFERENCES RESISTANCE WELD**

*For professional services rendered for your account through 04/30/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 130.00 |
| Total Fees, Disbursements and Charges | $ | 130.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 130.00 |

# THOMPSON HINE

Page 2                                                                                          May 30, 2006
Our File No. 444859.00034
Delphi Technologies, Inc.


### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 04/07/06 | DP-305907; Review Notice of Intent to Issue ExParte Reexamination Certificate downloaded from USPTO website including Examiner's Statement of Reasons for Patentability. | | |
| | Douglas E. Erickson | 0.50 | 130.00 |
| | Fee for Professional Services | | $130.00 |


### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Douglas E. Erickson | Senior Attorney | 0.50 | 260.00 |
| | Fee for Professional Services | | $130.00 |



# THOMPSON HINE

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK
BRUSSELS    CLEVELAND    DAYTON    WASHINGTON, D.C.

May 31, 2006

Delphi Technologies, Inc.                    Invoice No. 2160110
Legal Staff-M/C 480-410-202                  Our File No. 444859.00101
P.O. Box 5052
Troy, MI  48007-5052

**DP-309395 Patent-Low Cost MR. Fluid Hydraulic**    Federal I.D. No. 34-0575300
**Mount With Improved High Frequency Tuning**

---

*For professional services rendered for your account through 04/30/06:*

| | | |
|---|---|---:|
| Fees for Professional Services | $ | 2,152.50 |
| Disbursements and Charges | $ | 212.00 |
| Total Fees, Disbursements and Charges | $ | 2,364.50 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 2,364.50 |

# THOMPSON HINE

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 04/03/06 | DP-309395; Draft Amendment After Final; final Amendment filed in USPTO. | | |
| | Douglas E. Erickson | 7.00 | 1,820.00 |
| 04/25/06 | DP309395 - Review and docket Advisory Action. | | |
| | Collette S. Crawford | 0.50 | 72.50 |
| 04/27/06 | DP-309395; Review Advisory Action sent by Delphi; advise Delphi on 2 possible responses to the Advisory Action and requested instructions from Delphi on which response they wanted to be prepared and filed in the USPTO. | | |
| | Douglas E. Erickson | 1.00 | 260.00 |
| | Fee for Professional Services | | $2,152.50 |

### Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 8.00 | 260.00 | 2,080.00 |
| Collette S. Crawford | 0.50 | 145.00 | 72.50 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Payee:U.S. Patent and Trademark Office - Filing fee for Amendment and one extra independent claim | 200.00 |
| Photocopy | 12.00 |

# THOMPSON HINE

ATLANTA     CINCINNATI     COLUMBUS     NEW YORK
BRUSSELS     CLEVELAND     DAYTON     WASHINGTON, D.C.

May 31, 2006

Delphi Technologies, Inc.                          Invoice No. 2160123
Legal Staff-M/C 480-410-202                        Our File No. 444859.00118
P.O. Box 5052
Troy, MI 48007-5052

**DP-310846 Patent NOISE SUPRESSION DESIGN**      Federal I.D. No. 34-0575300
**FOR LINEAR ACTUATOR**

*For professional services rendered for your account through 04/30/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 740.00 |
| Disbursements and Charges | $ | 24.20 |
| Total Fees, Disbursements and Charges | $ | 764.20 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 764.20 |

# THOMPSON HINE

Page 2                                                                    May 31, 2006
Our File No. 444859.00118
Delphi Technologies, Inc.

## Professional Service Fees

| Date | Services | Hours | Charges |
|---|---|---|---|
| 04/12/06 | Review Office action and cited art; prepare Response to Office action. | | |
| | Victor J. Wasylyna | 4.00 | 740.00 |
| | Fee for Professional Services | | $740.00 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|---|---|---|---|
| Victor J. Wasylyna | Associate | 4.00 | 185.00 |
| | Fee for Professional Services | | $740.00 |

## Disbursements and Charges

| Date | Description | Amount |
|---|---|---|
| | Photocopy | 16.20 |
| | Patent Download | 8.00 |



# THOMPSON HINE

ATLANTA          CINCINNATI          COLUMBUS          NEW YORK

BRUSSELS          CLEVELAND          DAYTON          WASHINGTON. D.C.

May 30, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI  48007-5052

Invoice No. 2160124
Our File No. 444859.00148

**DP-311073 PATENT A NEW FAMILY OF
CONTROLLED BRAKE HYDRAULIC SYSTEMS
USING BRAKE RESPONSE VALVE (BRV)**

Federal I.D. No. 34-0575300

*For professional services rendered for your account through 04/30/06:*

| | |
|---|---|
| Fees for Professional Services | $ 72.50 |
| Disbursements and Charges | $ 809.40 |
| Total Fees, Disbursements and Charges | $ 881.90 |
| **TOTAL DUE FOR THIS INVOICE** | $ 881.90 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone  937.443.6600
Fax  937.443.6635

# THOMPSON HINE

Page 2

May 30, 2006

Our File No. 444859.00148

Delphi Technologies, Inc.

## Professional Service Fees

| Date | Services | Hours | Charges |
|---|---|---|---|
| 04/14/06 | DP-311073 - Review and docket Advisory Action. | | |
| | Collette S. Crawford | 0.50 | 72.50 |
| | Fee for Professional Services | | $72.50 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|---|---|---|---|
| Collette S. Crawford | Document Analyst | 0.50 | 145.00 |
| | Fee for Professional Services | | $72.50 |

## Disbursements and Charges

| Date | Description | Amount |
|---|---|---|
| 04/14/06 | Payee:U.S. Patent and Trademark Office - filing Request for Continued Examination | 790.00 |
| 04/27/06 | Payee:U.S. Postmaster, Express Mail EV7102395718US - delivery to Commissioner for Patents, Alexandria, VA 4/13/06 | 14.40 |
| | Photocopy | 5.00 |
| | Total Disbursements and Charges | 809.40 |

# THOMPSON
# HINE

ATLANTA          CINCINNATI          COLUMBUS          NEW YORK

BRUSSELS          CLEVELAND          DAYTON          WASHINGTON, D.C.

May 30, 2006

Delphi Technologies, Inc.                    Invoice No. 2160126
Legal Staff-M/C 480-410-202                  Our File No. 444859.00169
P.O. Box 5052
Troy, MI  48007-5052

**DP-308295 PATENT:  VIBRATION FORCE**          Federal I.D. No. 34-0575300
**SWITCH**

*For professional services rendered for your account through 04/30/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 72.50 |
| Disbursements and Charges | $ | 3.60 |
| Total Fees, Disbursements and Charges | $ | 76.10 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 76.10 |

# THOMPSON HINE

Page 2                                                                    May 30, 2006
Our File No. 444859.00169
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 04/05/06 | DP-308295 - Review and docket Office action. | | |
| | Collette S. Crawford | 0.50 | 72.50 |
| | Fee for Professional Services | | $72.50 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Collette S. Crawford | Document Analyst | 0.50 | 145.00 |
| | Fee for Professional Services | | $72.50 |

### Disbursements and Charges

| Date | Description | Amount |
|------|-------------|--------|
| | Photocopy | 3.60 |
| | Total Disbursements and Charges | 3.60 |

# THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
| --- | --- | --- | --- |
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON, D.C. |

May 30, 2006

Delphi Technologies, Inc.                     Invoice No. 2160128
Legal Staff-M/C 480-410-202                   Our File No. 444859.00182
P.O. Box 5052
Troy, MI  48007-5052


**DP-313090 Patent:  MR DAMPER PISTON**          Federal I.D. No. 34-0575300
**CONFIGURATIONS FOR LOW FRICTION**
**FORCE**

---

*For professional services rendered for your account through 04/30/06:*

| | | |
| --- | --- | --- |
| Fees for Professional Services | $ | 520.00 |
| Total Fees, Disbursements and Charges | $ | 520.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 520.00 |

# THOMPSON HINE

Page 2                                                                May 30, 2006
Our File No. 444859.00182
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 04/03/06 | DP-313090; Prepare patent application. | | |
| | Douglas E. Erickson | 0.25 | 65.00 |
| 04/11/06 | DP-313090; Prepare patent application. | | |
| | Douglas E. Erickson | 0.25 | 65.00 |
| 04/18/06 | DP-313090; Prepare patent application. | | |
| | Douglas E. Erickson | 0.50 | 130.00 |
| 04/18/06 | DP-313090; Prepare patent application; final patent application, formal drawings and IDS Citation Sheet emailed to Delphi for Delphi to file in the USPTO and in the EPO. | | |
| | Douglas E. Erickson | 1.00 | 260.00 |
| | Fee for Professional Services | | $520.00 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Douglas E. Erickson | Senior Attorney | 2.00 | 260.00 |
| | Fee for Professional Services | | $520.00 |

# THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON, D.C. |

May 30, 2006

Delphi Technologies, Inc.                          Invoice No. 2160129
Legal Staff-M/C 480-410-202                        Our File No. 444859.00203
P.O. Box 5052
Troy, MI  48007-5052

**DP-314168:  Pat. (Combination of DP-314168 & DP-** Federal I.D. No. 34-0575300
**314171) ENHANCEMENT OF FLUX RESPONSE**
**IN ACTUATORS WITH SOLID CORES USING**
**DIRECT FLUX CONTROL AND ADVANCED**
**DRIV**

---

*For professional services rendered for your account through 04/30/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 4,366.00 |
| Total Fees, Disbursements and Charges | $ | 4,366.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 4,366.00 |

# THOMPSON HINE

Page 2                                                                    May 30, 2006
Our File No. 444859.00203
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 04/18/06 | Draft patent application. | | |
| | Victor J. Wasylyna | 7.00 | 1,295.00 |
| 04/19/06 | Draft patent application. | | |
| | Victor J. Wasylyna | 4.50 | 832.50 |
| 04/20/06 | Draft patent application. | | |
| | Victor J. Wasylyna | 1.30 | 240.50 |
| 04/21/06 | Draft patent application. | | |
| | Victor J. Wasylyna | 2.00 | 370.00 |
| 04/24/06 | Draft patent application. | | |
| | Victor J. Wasylyna | 2.00 | 370.00 |
| 04/25/06 | Review record of invention; telephone conference with Mr. Nehl; draft application. | | |
| | Victor J. Wasylyna | 1.50 | 277.50 |
| 04/26/06 | Draft patent application. | | |
| | Victor J. Wasylyna | 5.30 | 980.50 |
| | Fee for Professional Services | | $4,366.00 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Victor J. Wasylyna | Associate | 23.60 | 185.00 |
| | Fee for Professional Services | | $4,366.00 |



**THOMPSON HINE**   ATLANTA   CINCINNATI   COLUMBUS   NEW YORK
BRUSSELS   CLEVELAND   DAYTON   WASHINGTON, D.C.

May 30, 2006

Delphi Technologies, Inc.                    Invoice No. 2160131
Legal Staff-M/C 480-410-202                  Our File No. 444859.00208
P.O. Box 5052
Troy, MI  48007-5052


**Delphi Bankruptcy Matters**               Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 04/30/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 4,056.00 |
| Disbursements and Charges | $ | 848.78 |
| Total Fees, Disbursements and Charges | $ | 4,904.78 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 4,904.78 |

# Thompson Hine

Page 2                                                                                          May 30, 2006
Our File No. 444859.00208
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 04/05/06 | Review and revise letter that summarizes invoice data. | | |
| | Lawrence T. Burick | 0.40 | 132.00 |
| 04/14/06 | Complete draft of first fee application. | | |
| | Lawrence T. Burick | 2.20 | 726.00 |
| 04/19/06 | Revise fee application and schedules. | | |
| | Lawrence T. Burick | 1.20 | 396.00 |
| 04/20/06 | Revise fee application; prepare Notice, Compliance Certificate Order and Certificate of Service. | | |
| | Lawrence T. Burick | 2.00 | 660.00 |
| 04/24/06 | Revise first interim application; review and analyze service requirements. | | |
| | Lawrence T. Burick | 0.50 | 165.00 |
| 04/25/06 | Prepare fee application. | | |
| | Theodore D. Lienesch | 2.00 | 750.00 |
| 04/26/06 | Revise compensation pleadings; emails to and telephone conferences with H. Zaltzman to discuss service requirements. | | |
| | Lawrence T. Burick | 1.50 | 495.00 |
| 04/27/06 | Finalize, file and serve compensation pleadings. | | |
| | Lawrence T. Burick | 0.30 | 99.00 |
| 04/27/06 | Receipt and review of papers to be filed electronically; coordinate with Bob Barnard and Mary Hicks regarding same; teleconference with Larry Burick regarding same; file application; prepare and file related certificate of service; email to Larry Burick regarding same. | | |
| | Joseph B. Koczko | 1.60 | 600.00 |
| 04/28/06 | Review letter to Notice Parties/ Delphi invoices. | | |
| | Lawrence T. Burick | 0.10 | 33.00 |
| | Fee for Professional Services | | $4,056.00 |

# THOMPSON HINE

Page 3                                                                    May 30, 2006
Our File No. 444859.00208
Delphi Technologies, Inc.

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Lawrence T. Burick | Partner | 8.20 | 330.00 |
| Theodore D. Lienesch | Partner | 2.00 | 375.00 |
| Joseph B. Koczko | Associate | 1.60 | 375.00 |

Fee for Professional Services                                   $4,056.00

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Fedex charge by Ted Lienesch, DAY TO: Delphi Corporation ATTN: David M. Sherbin Esq. | 10.91 |
| Fedex charge by Ted Lienesch, DAY TO: SkaddenArps Slate Meagher & Fl ATTN: John Wm. Butler Jr. Esq. | 10.91 |
| Fedex charge by Ted Lienesch, DAY TO: Off. U.S. TrusteeS. Dist. of N ATTN: Alicia M. Leonhard Esq. | 22.49 |
| Fedex charge by Ted Lienesch, DAY TO: Latham & Watkins LLP ATTN: Robert J. Rosenberg Esq. | 22.29 |
| Fedex charge by Ted Lienesch, DAY TO: SimpsonThacher & Bartlett LLP ATTN: Marissa Wesley Esq. | 12.29 |
| Fedex charge by Ted Lienesch, DAY TO: Davis Polk & Wardwell ATTN: Marlane Melican Esq. | 12.29 |
| Photocopy | 757.60 |

Total Disbursements and Charges                                     848.78



THOMPSON HINE   ATLANTA   CINCINNATI   COLUMBUS   NEW YORK
BRUSSELS   CLEVELAND   DAYTON   WASHINGTON, D.C.

May 30, 2006

Delphi Technologies, Inc.                 Invoice No. 2160133
Legal Staff-M/C 480-410-202               Our File No. 444859.00219
P.O. Box 5052
Troy, MI  48007-5052

**DP-314834:  Patent:  EHA/E-Cal Hybrid Brake**       Federal I.D. No. 34-0575300
**System With Hydraulic Failsafe**

*For professional services rendered for your account through 04/30/06:*

Fees for Professional Services                    $        24.00

Total Fees, Disbursements and Charges             $        24.00

**TOTAL DUE FOR THIS INVOICE**                    $        24.00

THOMPSON HINE LLP          2000 Courthouse Plaza, N.E.      www.ThompsonHine.com
ATTORNEYS AT LAW           P.O. Box 8801                    Phone  937.443.6600
                           Dayton, Ohio 45401-8801          Fax  937.443.6635

# THOMPSON HINE

Page 2                                                                 May 30, 2006
Our File No. 444859.00219
Delphi Technologies, Inc.

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 04/05/06 | Review notice received from the USPTO regarding U.S. Provisional Application No. 60/773,003. | | |
| | Julie Waggoner | 0.20 | 24.00 |
| | Fee for Professional Services | | $24.00 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Julie Waggoner | Document Analyst | 0.20 | 120.00 |
| | Fee for Professional Services | | $24.00 |



# THOMPSON HINE

ATLANTA     CINCINNATI     COLUMBUS     NEW YORK
BRUSSELS     CLEVELAND     DAYTON     WASHINGTON, D.C.

May 30, 2006

Delphi Technologies, Inc.                    Invoice No. 2160134
Legal Staff-M/C 480-410-202                  Our File No. 444859.00220
P.O. Box 5052
Troy, MI  48007-5052


**DP-303801:  Patent:  Magnetorheological Fluid**          Federal I.D. No. 34-0575300
**Damper (Combination of DP-303801, 313204,**
**314824)**

---

*For professional services rendered for your account through 04/30/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 208.00 |
| Total Fees, Disbursements and Charges | $ | 208.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 208.00 |

# THOMPSON HINE

Page 2                                                                May 30, 2006
Our File No. 444859.00220
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 04/03/06 | DP-303801; Prepare patent application. | | |
| | Douglas E. Erickson | 0.80 | 208.00 |
| | Fee for Professional Services | | $208.00 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Douglas E. Erickson | Senior Attorney | 0.80 | 260.00 |
| | Fee for Professional Services | | $208.00 |



## THOMPSON HINE

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK
BRUSSELS    CLEVELAND    DAYTON    WASHINGTON, D.C.

May 30, 2006

Delphi Technologies, Inc.                          Invoice No. 2160136
Legal Staff-M/C 480-410-202                        Our File No. 444859.00227
P.O. Box 5052
Troy, MI  48007-5052

**DP-314928: Patent: ADAPTIVE MANEUVER**          Federal I.D. No. 34-0575300
**BASED DIAGNOSTICS FOR VEHICLE**
**DYNAMICS**

*For professional services rendered for your account through 04/30/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 857.50 |
| Disbursements and Charges | $ | 10.20 |
| Total Fees, Disbursements and Charges | $ | 867.70 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 867.70 |

# THOMPSON HINE

Page 2
Our File No. 444859.00227
Delphi Technologies, Inc.

May 30, 2006

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 04/17/06 | Review inventor (Padma Sundaram and Alek Hac) feedback on technical content within non-provisional patent application entitled "Adaptive Maneuver Based Diagnostics for Vehicle Dynamics." | | |
| | Kenneth Lilly | 1.00 | 185.00 |
| 04/18/06 | Modification to figures to incorporate technical feedback from inventors into the application entitled "Adaptive Maneuver Based Diagnostics for Vehicle Dynamics." | | |
| | Kenneth Lilly | 1.00 | 185.00 |
| 04/20/06 | Revise application. | | |
| | Theodore D. Lienesch | 1.30 | 487.50 |
| | Fee for Professional Services | | $857.50 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Theodore D. Lienesch | Partner | 1.30 | 375.00 |
| Kenneth Lilly | Patent Agent | 2.00 | 185.00 |
| | Fee for Professional Services | | $857.50 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Photocopy | 10.20 |