# THOMPSON HINE

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK

BRUSSELS    CLEVELAND    DAYTON    WASHINGTON, D.C.

June 29, 2006

| | |
|---|---|
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098<br>Attention: David M. Sherbin, Esq., General Counsel | Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10004<br>Attention: Robert J. Rosenberg, Esq., as counsel for The Official Committee of Unsecured Creditors |
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098<br>Attention: John D. Sheehan, V.P. & Chief Restructuring Officer | GE Plastics, Americas<br>9930 Kincey Avenue<br>Huntersville, NC. 28078<br>Attention: Valeria Venable, GE Plastics, Americas Credit Manager |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive<br>Suite 200<br>Chicago, IL 60606<br>Attention: John William Butler, Jr., Esq. | Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>Attention: Marissa Wesley, Esq., as counsel for the agent under the Debtors' post-petition credit facility |
| The Office of the United States Trustee<br>  for the Southern District of New York<br>33 Whitehall Street<br>Suite 2100<br>New York, NY 10004-2112<br>Attention: Alicia M. Leonhard, U.S. Trustee | Davis Polk & Wardell<br>450 Lexington Avenue<br>New York, NY 10017<br>Attention: Marlane Melican, Esq., as counsel for the agent under the Debtors' post-petition credit facility |

RE:   Thompson Hine LLP Invoices / Delphi Technologies, Inc.

Dear Sir/Madam:

Thompson Hine invoices for the month ending May 31, 2006 are enclosed with this letter. Also enclosed is a two-page detailed summary of the invoices and amounts that are now due.

Pursuant to the terms of the interim compensation order, Thompson Hine is entitled to receive 80% of fees invoiced and 100% of disbursements and charges. Accordingly, for the month of May, 2006, Thompson Hine is entitled to receive the total sum of $20,909.20, broken down as follows:

| Service dates | Professional fees invoiced | Expenses invoiced | Invoice Total | Professional fees due now (80%) | Expenses due now (100%) | Total due upon receipt of invoice | Holdback Amount (20% of Fees) |
|---|---|---|---|---|---|---|---|
| 05/01/06 - 05/31/06 | $23,227.00 | $2,327.60 | $25,554.60 | $18,581.60 | $2,327.60 | $20,909.20 | $4,645.40 |

Very truly yours,

*Theodore D. Lienesch*

Theodore D. Lienesch

Ted.Lienesch@ThompsonHine.com   Phone 937.443.6958   Fax 937.443.6635

mah  428010.3

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone 937.443.6600
Fax 937.443.6635

# THOMPSON HINE

June 29, 2006
Page 2

cc:    Michael D. Smith, Esq.
       Haim Zaltzman, Esq.

# THOMPSON HINE

ATLANTA          CINCINNATI          COLUMBUS          NEW YORK

BRUSSELS          CLEVELAND          DAYTON          WASHINGTON, D.C.

June 29, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P. O. Box 5052
Troy, MI 48007-5052

Invoice Ref:  Delphi Technologies, Inc.

Federal I.D. No. 34-0575300

---

*Summary of professional services rendered by Thompson Hine LLP*
*for the period 5/1/06 through 5/31/06 (invoice detail attached)*

| | |
|---|---|
| Fees for Professional Services | $23,227.00 |
| Disbursements and Charges | 2,327.60 |
| Total Fees, Disbursements and Charges invoiced | $25,554.60 |

*Amount due upon receipt of attached invoices (per Retention order)*

| | |
|---|---|
| Fees for Professional Services (80%) | $18,581.60 |
| Disbursements and Charges (100%) | 2,327.60 |
| **Total Fees, Disbursements and Charges due** | **$20,909.20** |

\*   The holdback amount (20% of the professional fees billed for this period) of $4,645.40 will be due upon Court approval of Thompson Hine's Fee Application.

---

Larry.Burick@ThompsonHine.com  Phone 937.443.6625  Fax 937.443.6635                    mah  439448.1

THOMPSON HINE LLP          2000 Courthouse Plaza, N.E.          www.ThompsonHine.com
ATTORNEYS AT LAW           P.O. Box 8801                        Phone 937.443.6600
                           Dayton, Ohio 45401-8801              Fax  937.443.6635

| TH matter # | Service dates | Invoice No. | Professional fees invoiced | Expenses invoiced | Total invoiced |
|---|---|---|---|---|---|
| 00101 | 05/01/06 - 05/31/06 | 2164848 | $1,560.00 | $805.60 | $2,365.60 |
| 00129 | 05/01/06 - 05/31/06 | 2164849 | $72.50 | $3.20 | $75.70 |
| 00154 | 05/01/06 - 05/31/06 | 2164850 | $1,768.00 | $7.00 | $1,775.00 |
| 00158 | 05/01/06 - 05/31/06 | 2164852 | $2,080.00 | $8.20 | $2,088.20 |
| 00208 | 05/01/06 - 05/31/06 | 2164853 | $0.00 | $248.60 | $248.60 |
| 00215 | 05/01/06 - 05/31/06 | 2164855 | $2,978.50 | $0.00 | $2,978.50 |
| 00220 | 05/01/06 - 05/31/06 | 2164856 | $260.00 | $0.00 | $260.00 |
| 00222 | 05/01/06 - 05/31/06 | 2164857 | $4,070.00 | $0.00 | $4,070.00 |
| 00227 | 05/01/06 - 05/31/06 | 2164858 | $462.50 | $1,036.20 | $1,498.70 |
| 00228 | 05/01/06 - 05/31/06 | 2164859 | $1,237.50 | $8.80 | $1,246.30 |
| 00229 | 05/01/06 - 05/31/06 | 2164861 | $8,047.50 | $205.00 | $8,252.50 |
| 00230 | 05/01/06 - 05/31/06 | 2164862 | $598.00 | $0.00 | $598.00 |
| 00231 | 05/01/06 - 05/31/06 | 2164863 | $92.50 | $5.00 | $97.50 |
| | | | | | |
| **Total Amount Invoiced** | | | **$23,227.00** | **$2,327.60** | **$25,554.60** |

*427157.1*

# THOMPSON HINE

ATLANTA        CINCINNATI        COLUMBUS        NEW YORK
BRUSSELS        CLEVELAND        DAYTON        WASHINGTON, D.C.

June 30, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI  48007-5052

Invoice No. 2164848
Our File No. 444859.00101

**DP-309395 Patent-Low Cost MR. Fluid Hydraulic
Mount With Improved High Frequency Tuning**

Federal I.D. No. 34-0575300

*For professional services rendered for your account through 05/31/06:*

| | | |
|---|---|---:|
| Fees for Professional Services | $ | 1,560.00 |
| Disbursements and Charges | $ | 805.60 |
| Total Fees, Disbursements and Charges | $ | 2,365.60 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 2,365.60 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone  937.443.6600
Fax  937.443.6635

# THOMPSON HINE

Page 2                                                                                          June 30, 2006
Our File No. 444859.00101
Delphi Technologies, Inc.

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 05/25/06 | Prepare Amendment Accompanying RCE; final Request for RCE and Amendment filed in USPTO. | | |
| | Douglas E. Erickson | 6.00 | 1,560.00 |
| | Fee for Professional Services | | $1,560.00 |

## Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 6.00 | 260.00 | 1,560.00 |

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Payee:U.S. Patent and Trademark Office - file fee for Amendment/RCE fee | 790.00 |
| Photocopy | 15.60 |

# THOMPSON HINE

ATLANTA   CINCINNATI   COLUMBUS   NEW YORK

BRUSSELS   CLEVELAND   DAYTON   WASHINGTON, D.C.

June 30, 2006

Delphi Technologies, Inc.                    Invoice No. 2164849
Legal Staff-M/C 480-410-202                  Our File No. 444859.00129
P.O. Box 5052
Troy, MI  48007-5052

**DP-310948 Patent COMPACT ABS FOR**          Federal I.D. No. 34-0575300
**MOTORCYCLES AND POWERSPORTS**

*For professional services rendered for your account through 05/31/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 72.50 |
| Disbursements and Charges | $ | 3.20 |
| Total Fees, Disbursements and Charges | $ | 75.70 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 75.70 |

# THOMPSON HINE

Page 2
Our File No. 444859.00129
Delphi Technologies, Inc.

June 30, 2006

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 05/11/06 | Review and docket Final Office action. | | |
| | Collette S. Crawford | 0.50 | 72.50 |
| | Fee for Professional Services | | $72.50 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Collette S. Crawford | Document Analyst | 0.50 | 145.00 |
| | Fee for Professional Services | | $72.50 |

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Photocopy | 3.20 |

# THOMPSON HINE

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK

BRUSSELS    CLEVELAND    DAYTON    WASHINGTON, D.C.

June 30, 2006

Delphi Technologies, Inc.                          Invoice No. 2164850
Legal Staff-M/C 480-410-202                    Our File No. 444859.00154
P.O. Box 5052
Troy, MI  48007-5052

**DP-311939 PATENT:**                          Federal I.D. No. 34-0575300
**MAGNETORHEOLOGICAL POWERTRAIN**
**MOUNT SYSTEM**

---

*For professional services rendered for your account through 05/31/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 1,768.00 |
| Disbursements and Charges | $ | 7.00 |
| Total Fees, Disbursements and Charges | $ | 1,775.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 1,775.00 |

T̲ʜᴏᴍᴘꜱᴏɴ
H̲ɪɴᴇ

Page 2                                                                                                      June 30, 2006
Our File No. 444859.00154
Delphi Technologies, Inc.


### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 05/02/06 | Draft Amendment. | | |
| | Douglas E. Erickson | 5.30 | 1,378.00 |
| 05/03/06 | Prepare Amendment; final Amendment filed in USPTO. | | |
| | Douglas E. Erickson | 1.50 | 390.00 |
| | Fee for Professional Services | | $1,768.00 |


### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Douglas E. Erickson | Senior Attorney | 6.80 | 260.00 |
| | Fee for Professional Services | | $1,768.00 |


### Disbursements and Charges

| Date | Description | Amount |
|------|-------------|--------|
| | Photocopy | 7.00 |

# THOMPSON HINE

| | | | | |
|---|---|---|---|---|
| | ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
| | BRUSSELS | CLEVELAND | DAYTON | WASHINGTON, D.C. |

June 30, 2006

Delphi Technologies, Inc.            Invoice No. 2164852
Legal Staff-M/C 480-410-202          Our File No. 444859.00158
P.O. Box 5052
Troy, MI  48007-5052

**DP-312209 PATENT: GROUND PATH**      Federal I.D. No. 34-0575300
**ISOLATION ON CONTROLLED MONOTUBE**
**STRUT**

---

*For professional services rendered for your account through 05/31/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 2,080.00 |
| Disbursements and Charges | $ | 8.20 |
| Total Fees, Disbursements and Charges | $ | 2,088.20 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 2,088.20 |

# THOMPSON HINE

Page 2                                                                                          June 30, 2006
Our File No. 444859.00158
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 05/09/06 | Draft Amendment; final Amendment filed in USPTO. | | |
| | Douglas E. Erickson | 8.00 | 2,080.00 |
| | Fee for Professional Services | | $2,080.00 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Douglas E. Erickson | Senior Attorney | 8.00 | 260.00 |
| | Fee for Professional Services | | $2,080.00 |

### Disbursements and Charges

| Date | Description | Amount |
|------|-------------|--------|
| | Photocopy | 8.20 |

# THOMPSON HINE

|             |            |            |              |
|-------------|------------|------------|--------------|
| ATLANTA     | CINCINNATI | COLUMBUS   | NEW YORK     |
| BRUSSELS    | CLEVELAND  | DAYTON     | WASHINGTON, D.C. |

June 30, 2006

Delphi Technologies, Inc.                Invoice No. 2164853
Legal Staff-M/C 480-410-202              Our File No. 444859.00208
P.O. Box 5052
Troy, MI  48007-5052


**Delphi Bankruptcy Matters**            Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 05/31/06:*

| | | |
|---|---|---|
| Disbursements and Charges | $ | 248.60 |
| Total Fees, Disbursements and Charges | $ | 248.60 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 248.60 |

# THOMPSON HINE

June 30, 2006
Our File No. 444859.00208
Delphi Technologies, Inc.

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| | Fee for Professional Services | | $0.00 |
| | Fee for Professional Services | | $0.00 |

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Fedex charge by Connie Stemley, DAY TO: Dephi Corporation ATTN: David M. Sherbin Esq. General | 16.25 |
| Fedex charge by Connie Stemley, DAY ATTN: Latham & Watkins LLP | 27.85 |
| Fedex charge by Connie Stemley, DAY ATTN: Skadden Arps Slate Meagher & F | 16.25 |
| Fedex charge by Connie Stemley, DAY TO: Attn Marissa Wesley Esq. ATTN: Simpson Thacher & Bartlett LLP | 20.20 |
| Fedex charge by Connie Stemley, DAY TO: Attn Marlane Melican Esq. ATTN: Davis Polk & Wardell | 20.20 |
| Fedex charge by Connie Stemley, DAY TO: Michael D. Smith Esq. ATTN: Delphi Technologies Inc. | 16.25 |
| Fedex charge by Connie Stemley, DAY TO: Haim Zaltzman Esq. ATTN: Skadden Arps Slate Meagher & F | 20.20 |
| Fedex charge by Connie Stemley, DAY TO: Attn Alicia M. Leonard ATTN: Off of U.S. Trustee Souther Di | 20.20 |
| Photocopy | 91.20 |

# THOMPSON HINE

ATLANTA   CINCINNATI   COLUMBUS   NEW YORK
BRUSSELS   CLEVELAND   DAYTON   WASHINGTON. D.C.

June 30, 2006

Delphi Technologies, Inc.                 Invoice No. 2164855
Legal Staff-M/C 480-410-202               Our File No. 444859.00215
P.O. Box 5052
Troy, MI  48007-5052

**DP-314001: Patent: Conversion of U.S. Provisional**   Federal I.D. No. 34-0575300
**Application S/N 60/682784 (Combining DP-314001-**
**002-003)**

---

*For professional services rendered for your account through 05/31/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 2,978.50 |
| Total Fees, Disbursements and Charges | $ | 2,978.50 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 2,978.50 |

THOMPSON
HINE

Page 2                                                                                          June 30, 2006
Our File No. 444859.00215
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 05/03/06 | Draft patent application. | | |
| | Victor J. Wasylyna | 4.50 | 832.50 |
| 05/04/06 | Draft patent application. | | |
| | Victor J. Wasylyna | 5.00 | 925.00 |
| 05/05/06 | Draft patent application. | | |
| | Victor J. Wasylyna | 4.50 | 832.50 |
| 05/08/06 | Telephone conference with Mr. Heaston; revise application. | | |
| | Victor J. Wasylyna | 1.80 | 333.00 |
| 05/15/06 | Review/revise formal drawings. | | |
| | Victor J. Wasylyna | 0.30 | 55.50 |
| | Fee for Professional Services | | $2,978.50 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Victor J. Wasylyna | Associate | 16.10 | 185.00 |
| | Fee for Professional Services | | $2,978.50 |

# THOMPSON HINE

ATLANTA     CINCINNATI     COLUMBUS     NEW YORK

BRUSSELS     CLEVELAND     DAYTON     WASHINGTON, D.C.

June 30, 2006

Delphi Technologies, Inc.                 Invoice No. 2164856
Legal Staff-M/C 480-410-202               Our File No. 444859.00220
P.O. Box 5052
Troy, MI  48007-5052

**DP-303801:  Patent:  Magnetorheological Fluid**        Federal I.D. No. 34-0575300
**Damper (Combination of DP-303801, 313204,**
**314824)**

---

*For professional services rendered for your account through 05/31/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 260.00 |
| Total Fees, Disbursements and Charges | $ | 260.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 260.00 |

# THOMPSON HINE

Page 2
Our File No. 444859.00220
Delphi Technologies, Inc.

June 30, 2006

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 05/24/06 | Prepare patent application. | | |
| | Douglas E. Erickson | 1.00 | 260.00 |
| | Fee for Professional Services | | $260.00 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Douglas E. Erickson | Senior Attorney | 1.00 | 260.00 |
| | Fee for Professional Services | | $260.00 |

# THOMPSON HINE

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK
BRUSSELS    CLEVELAND    DAYTON    WASHINGTON, D.C.

June 30, 2006

Delphi Technologies, Inc.                          Invoice No. 2164857
Legal Staff-M/C 480-410-202                        Our File No. 444859.00222
P.O. Box 5052
Troy, MI  48007-5052

**DP-314859: Patent: A Robust Control System for**    Federal I.D. No. 34-0575300
**Electromechanical Brakes Using Adaptive**
**Parameter Identification and No Force Sensors**

*For professional services rendered for your account through 05/31/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 4,070.00 |
| Total Fees, Disbursements and Charges | $ | 4,070.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 4,070.00 |

# THOMPSON HINE

Page 2                                                                                    June 30, 2006
Our File No. 444859.00222
Delphi Technologies, Inc.

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 05/22/06 | Telephone conference with Mr. Henry; review Record of Invention; patent search. | | |
| | Victor J. Wasylyna | 4.50 | 832.50 |
| 05/23/06 | Review prior art; patent search. | | |
| | Victor J. Wasylyna | 4.00 | 740.00 |
| 05/24/06 | Draft patent application. | | |
| | Victor J. Wasylyna | 2.00 | 370.00 |
| 05/25/06 | Draft patent application. | | |
| | Victor J. Wasylyna | 7.50 | 1,387.50 |
| 05/26/06 | Draft patent application. | | |
| | Victor J. Wasylyna | 4.00 | 740.00 |
| | Fee for Professional Services | | $4,070.00 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Victor J. Wasylyna | Associate | 22.00 | 185.00 |
| | Fee for Professional Services | | $4,070.00 |

# THOMPSON HINE

ATLANTA     CINCINNATI     COLUMBUS     NEW YORK

BRUSSELS     CLEVELAND     DAYTON     WASHINGTON, D.C.

June 30, 2006

Delphi Technologies, Inc.                          Invoice No. 2164858
Legal Staff-M/C 480-410-202                        Our File No. 444859.00227
P.O. Box 5052
Troy, MI  48007-5052

**DP-314928: Patent: ADAPTIVE MANEUVER**     Federal I.D. No. 34-0575300
**BASED DIAGNOSTICS FOR VEHICLE**
**DYNAMICS**

*For professional services rendered for your account through 05/31/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 462.50 |
| Disbursements and Charges | $ | 1,036.20 |
| Total Fees, Disbursements and Charges | $ | 1,498.70 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 1,498.70 |

# THOMPSON HINE

Page 2                                                                    June 30, 2006
Our File No. 444859.00227
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|---|---|---|---|
| 05/01/06 | Incorporate final changes to application based on inventor feedback.  Obtain authorization to file. | | |
| | Kenneth Lilly | 2.00 | 370.00 |
| 05/03/06 | Discussion with Padma Sundaram regarding end of employment with Delphi on May 15th, and the need to execute oath and declaration associated with the recently filed non-provisional application promptly. | | |
| | Kenneth Lilly | 0.50 | 92.50 |
| | Fee for Professional Services | | $462.50 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|---|---|---|---|
| Kenneth Lilly | Patent Agent | 2.50 | 185.00 |
| | Fee for Professional Services | | $462.50 |

### Disbursements and Charges

| Description | Amount |
|---|---|
| Payee:U.S. Patent and Trademark Office - File Utility Patent Application | 1,000.00 |
| Payee:U.S. Postmaster, Express Mail EV710396024US - delivery to Commissioner for Patents, Alexandria, VA 5/2/06 | 14.40 |
| Photocopy | 21.80 |

# THOMPSON HINE

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK

BRUSSELS    CLEVELAND    DAYTON    WASHINGTON, D.C.

June 30, 2006

Delphi Technologies, Inc.                    Invoice No. 2164859
Legal Staff-M/C 480-410-202                  Our File No. 444859.00228
P.O. Box 5052
Troy, MI  48007-5052

**2006-000222 (DP315113) Alternate Spring seat**          Federal I.D. No. 34-0575300
**Attachment to Monotube Damper; Study of Showa**
**Corporation (U.S. Patent No. 6,217,012)**

---

*For professional services rendered for your account through 05/31/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 1,237.50 |
| Disbursements and Charges | $ | 8.80 |
| Total Fees, Disbursements and Charges | $ | 1,246.30 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 1,246.30 |

THOMPSON
HINE

Page 2                                                                    June 30, 2006
Our File No. 444859.00228
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 05/15/06 | Telephone conference with Mr. Graham; prepare outline of SHOWA patent. | | |
| | Theodore D. Lienesch | 3.30 | 1,237.50 |
| | Fee for Professional Services | | $1,237.50 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Theodore D. Lienesch | Partner | 3.30 | 375.00 |
| | Fee for Professional Services | | $1,237.50 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Photocopy | 8.80 |

# THOMPSON HINE

| | | | |
|---|---|---|---|
| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON, D.C. |

June 30, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI  48007-5052

Invoice No. 2164861
Our File No. 444859.00229

**DP-315034: Patent: Internal Brake Caliper (IBC)
for Maximum Torque and Stiffness (Delphi
Automotive Systems)**

Federal I.D. No. 34-0575300

*For professional services rendered for your account through 05/31/06:*

| | | |
|---|---|---:|
| Fees for Professional Services | $ | 8,047.50 |
| Disbursements and Charges | $ | 205.00 |
| Total Fees, Disbursements and Charges | $ | 8,252.50 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 8,252.50 |

THOMPSON
HINE

Page 2                                                                                          June 30, 2006
Our File No. 444859.00229
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 05/05/06 | Conduct phone discussion with inventor (David Drennen) to request (1) disclosure info that may generate a bar date; (2) re-send the power point presentation; and (3) a work e-mail address. Read invention record and power point presentation. | | |
| | Kenneth Lilly | 2.50 | 462.50 |
| 05/17/06 | Review file notes relating to invention (DP-315034) entitled "Internal Brake Caliper for Maximum Torque and Stiffness." Conduct a brief prior art search analyzing the relevant patents identified in the prior art search. | | |
| | Kenneth Lilly | 7.00 | 1,295.00 |
| 05/18/06 | Continue analyzing the relevant patents identified in the prior art search for invention DP-315034 entitled "Internal Brake Caliper for Maximum Torque and Stiffness." | | |
| | Kenneth Lilly | 7.00 | 1,295.00 |
| 05/19/06 | Continue analyzing the relevant patents identified in the prior art search for invention DP-315034 entitled "Internal Brake Caliper for Maximum Torque and Stiffness." | | |
| | Kenneth Lilly | 5.00 | 925.00 |
| 05/22/06 | 1) Phone call conducted with inventor (Dave Drennen) to discuss several technical aspects of the invention (DP-315034) entitled, INTERNAL BRAKE CALIPER FOR MAXIMUM TORQUE AND STIFFNESS; 2) started writing the application (non-provisional). | | |
| | Kenneth Lilly | 7.00 | 1,295.00 |
| 05/23/06 | Continue writing the non-provisional application. | | |
| | Kenneth Lilly | 8.00 | 1,480.00 |
| 05/24/06 | Continue writing the non-provisional application. | | |
| | Kenneth Lilly | 4.00 | 740.00 |
| 05/31/06 | Writing non-provisional patent application entitled "Lateral Brake Caliper Assembly" (Delphi Ref. No. DP-315034). | | |
| | Kenneth Lilly | 3.00 | 555.00 |
| | Fee for Professional Services | | $8,047.50 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Kenneth Lilly | Patent Agent | 43.50 | 185.00 |

# THOMPSON HINE

Page 3
Our File No. 444859.00229
Delphi Technologies, Inc.

June 30, 2006

Fee for Professional Services                $8,047.50

## Disbursements and Charges

| Description | Amount |
| --- | --- |
| Lexis Charges | 205.00 |

# THOMPSON HINE

ATLANTA        CINCINNATI        COLUMBUS        NEW YORK
BRUSSELS        CLEVELAND        DAYTON        WASHINGTON, D.C.

June 30, 2006

Delphi Technologies, Inc.                    Invoice No. 2164862
Legal Staff-M/C 480-410-202                  Our File No. 444859.00230
P.O. Box 5052
Troy, MI  48007-5052

**DP-315127: Patent: Method for Managing**       Federal I.D. No. 34-0575300
**Recirculating Currents in Permanent Magnet**
**Brushless Motor Control (Technical Center/Dayton)**

---

*For professional services rendered for your account through 05/31/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 598.00 |
| Total Fees, Disbursements and Charges | $ | 598.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 598.00 |

# THOMPSON HINE

Page 2                                                                                                     June 30, 2006
Our File No. 444859.00230
Delphi Technologies, Inc.

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 05/26/06 | Review of invention record and telephone discussion with inventor in preparation for drafting of a search request letter for a patentability study. | | |
| | Douglas E. Erickson | 1.80 | 468.00 |
| 05/30/06 | Telephone discussion with second inventor; draft search request letter for Patentability Search. | | |
| | Douglas E. Erickson | 0.50 | 130.00 |
| | Fee for Professional Services | | $598.00 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Douglas E. Erickson | Senior Attorney | 2.30 | 260.00 |
| | Fee for Professional Services | | $598.00 |

# THOMPSON
# HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
|---|---|---|---|
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON. D.C. |

June 30, 2006

Delphi Technologies, Inc.                           Invoice No. 2164863
Legal Staff-M/C 480-410-202                         Our File No. 444859.00231
P.O. Box 5052
Troy, MI  48007-5052

**DP-315128: Patent: Low-Cost Method of Vehicle**     Federal I.D. No. 34-0575300
**Pre-Crash Detection (Energy and Chassis)**

---

*For professional services rendered for your account through 05/31/06:*

    Fees for Professional Services                     $                92.50

    Disbursements and Charges                          $                 5.00

  Total Fees, Disbursements and Charges                 $                97.50

**TOTAL DUE FOR THIS INVOICE**                          $                97.50

# THOMPSON HINE

Page 2                                                                                          June 30, 2006
Our File No. 444859.00231
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 05/01/06 | Review record of invention. | | |
| | Victor J. Wasylyna | 0.50 | 92.50 |
| | Fee for Professional Services | | $92.50 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Victor J. Wasylyna | Associate | 0.50 | 185.00 |
| | Fee for Professional Services | | $92.50 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Photocopy | 5.00 |