| | |
|---|---|
| THOMPSON HINE LLP<br>An Ohio Limited Liability Partnership<br>Robert T. Barnard (RB 6157)<br>Joseph B. Koczko (JK 7259)<br>One Chase Manhattan Plaza, 58th Floor<br>New York, New York 10005-1401<br>robert.barnard@thompsonhine.com<br>joseph.koczko@thompsonhine.com<br>212.344.5680 (telephone)<br>212.809.6890 (facsimile) | Hearing Date:    October 19, 2006<br>10:00 a.m.<br>(Prevailing Eastern Time)<br>Response Deadline:    October 12, 2006<br>4:00 p.m.<br>(Prevailing Eastern Time) |

    and

Lawrence T. Burick (0010404)
10 West Second Street
2000 Courthouse Plaza N.E.
Dayton, Ohio 45402-1758
Phone: 937.443.6625
Fax No.: 937.443.6635
larry.burick@thompsonhine.com

Special Counsel to Debtors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, *et al.* | : | Case No. 05-44481 (RDD) |
| | : | |
|     Debtors | : | (Jointly administered) |

---

### CERTIFICATE OF SERVICE

---

    I hereby certify that, on July 31, 2006, I served the following documents:

        1. Second Interim Application of Thompson Hine LLP as Special Counsel for

intellectual property matters for Debtors for interim court approval, allowance and payment of

compensation for services rendered and expenses advanced from February 1, 2006 through May 31, 2006, with exhibits ("Second Application").

    2.  Notice of filing of Second Application and objection and hearing dates ("Notice").

I further certify that, on July 31, 2006, I served copies of the Second Application and Notice by overnight mail upon the following Notice Parties referenced at Paragraph 2.a of the Order establishing compensation procedures (Doc. #869):

    Delphi Corporation
    5725 Delphi Drive
    Troy, Michigan 48098
    (Att'n: David M. Sherbin, Esq., General Counsel)

    Fee Committee Member
    Delphi Corporation
    5725 Delphi Drive
    Troy, MI 48098
    (Att'n:  John D. Sheehan, V.P. & Chief Restructuring Officer)

    Fee Committee Member
    GE Plastics, Americas
    9930 Kincey Avenue
    Huntersville, NC. 28078
    (Att'n:  Valeria Venable, GE Plastics, Americas Credit Manager)

    Fee Committee
    Legal Cost Control, Inc.
    255 Kings Highway East
    Haddonfield, NJ 08033
    (Att'n:  Joe Sykes)

    Counsel to the Debtors
    Skadden, Arps, Slate, Meagher & Flom LLP
    333 West Wacker Drive, Suite 2100
    Chicago, Illinois  60606
    (Att'n: John Wm. Butler, Jr., Esq.)

Counsel for the agent under the Debtors' prepetition credit facility
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
(Att'n: Marissa Wesley, Esq.)

Counsel for the agent under the Debtors' postpetition credit facility
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
(Att'n: Marlane Melican, Esq.)

Counsel for the Official Committee of Unsecured Creditors ("Committee")
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022-4802
(Att'n: Robert J. Rosenberg, Esq.)

The Office of the United States Trustee
 for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
(Att'n: Alicia M. Leonhard, Esq.)

I further certify that, on July 31, 2006, I served a copy of the Notice by electronic mail or by fax (when no email address is provided) upon all persons on the Master Service List and the 2002 List (attached).

Dated: July 31, 2006

/s/ Robert T. Barnard
Robert T. Barnard (RB 6157)
Joseph B. Koczko (JK 7259)
One Chase Manhattan Plaza, 58th Floor
New York, New York 10005-1401
robert.barnard@thompsonhine.com
joseph.koczko@thompsonhine.com
212.344.5680 (telephone)
212.809.6890 (facsimile)

and

Lawrence T. Burick (#0010404)
THOMPSON HINE LLP
2000 Courthouse Plaza N.E.
10 West Second Street
Dayton, Ohio 45402
937.443.6625 (telephone)
937.443.6635 (facsimile)
larry.burick@thompsonhine.com

Attorney for Thompson Hine LLP,
Special Counsel to Debtors

436847.2