## Index of Exhibits to Second Interim Fee Application

Exhibit A – Certification of compliance

Exhibit B – Summary of professional services rendered, background of professionals

Exhibit C – Summary of services rendered

Exhibit D – Actual and necessary disbursements incurred