**EXHIBIT B**

DELPHI CORPORATION, *ET AL.*

PROFESSIONAL SERVICES RENDERED
BY HOWARD & HOWARD ATTORNEYS, P.C.
AS INTELLECTUAL PROPERTY COUNSEL TO DEBTORS
**FEBRUARY 1, 2006 THROUGH MAY 31, 2006**

**ATTORNEYS**

| Name | Year Admitted to Practice | Law School Class | Hourly Rate | Total Interim Application Hours | Total Interim Application Compensation* |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Jeffrey A. Sadowski | 1977 | 1977 | $395.00 | 9.9 | $3,910.50 |
| Samuel J. Haidle | 1998 | 1998 | $235.00 | 134.4 | $31,584.00 |
| David M. LaPrairie | 2000 | 1999 | $235.00 | 97.8 | $22,983.00 |
| James R. Yee | 1995 | 1995 | $320.00 | 8.5 | $2,720.00 |
| | | | | | |
| **TOTAL (Partners)** | | | | **250.6** | **$61,197.50** |
| | | | | | |
| **Associates:** | | | | | |
| Kristopher K. Hulliberger | 2004 | 2003 | $165.00 | 87.1 | $14,371.50 |
| Trent K. English | 2004 | 2004 | $165.00 | 34.0 | $5,610.00 |
| Christopher S. Andrzejak | 2005 | 2005 | $140.00 | 18.2 | $2,548.00 |
| Jason D. Killips | 2004 | 2004 | $155.00 | 18.2 | $2,821.00 |
| Suzanne K. Klein | 2003 | 2003 | $135.00 | 87.4 | $11,799.00 |
| David A. Burns | 1998 | 1998 | $230.00 | 25.3 | $5,819.00 |
| Preston H. Smirman | 1996 | 1996 | $250.00 | 39.3 | $9,825.00 |
| | | | | | |
| **TOTAL (Associates)** | | | | **309.5** | **$52,793.50** |

**PATENT AGENT**

| Name | Year Admitted to Patent Bar | Law School Class | Hourly Rate | Total Interim Application Hours | Total Interim Application Compensation* |
|---|---|---|---|---|---|
| Michael G. Shariff | 2006 | 2004 | $150.00 | **12.1** | **$1,815.00** |

**INTELLECTUAL PROPERTY PARAPROFESSIONALS**

| Name | Hourly Rate | Total Interim Application Hours | Total Interim Application Compensation* |
|---|---|---|---|
| **Interns:** | | | |
| Matthew Binkowski | $105.00 | 10.5 | $1,102.50 |
| Brian C. Andress | $105.00 | 139.3 | $14,626.50 |
| Todd A. Pleiness | $85.00 | 40.5 | $3,442.50 |
| Michael E. McKee | $95.00 | 31.40 | $2,983.00 |
| Julie Kapp | $85.00 | 39.3 | $3,340.50 |
| Christopher M. Francis | $105.00 | 7.0 | $735.00 |
| Wyatt J. Istvan Mitchell | $85.00 | 34.3 | $2,915.50 |
| | | | |
| **TOTAL (Paraprofessionals)** | | **302.3** | **$29,145.50** |

**Total (Attorneys, Patent Agent and IP Paraprofessionals):  874.5 hours - $144,951.50**

**EXHIBIT B-1**

DELPHI CORPORATION, *ET AL.*

PROFESSIONAL SERVICES RENDERED
BY HOWARD & HOWARD ATTORNEYS, P.C.
AS INTELLECTUAL PROPERTY COUNSEL TO DEBTORS
**PRIOR TO FEBRUARY 1, 2006**
**BUT BILLED FEBRUARY 1, 2006 THROUGH MAY 31, 2006**

**ATTORNEYS**

| Name | Year Admitted to Practice | Law School Class | Hourly Rate | Total Interim Application Hours | Total Interim Application Compensation* |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Samuel J. Haidle | 1998 | 1998 | $235.00 | 9.3 | $2,185.50 |
| David M. LaPrairie | 2000 | 1999 | $235.00 | 8.5 | $1,997.50 |
| James R. Yee | 1995 | 1995 | $320.00 | 5.2 | $1,664.00 |
| Jon E. Shackelford | 1990 | 1990 | $295.00 | 30.4 | $8,968.00 |
| | | | | | |
| **TOTAL (Partners)** | | | | 53.4 | $14,815.00 |
| | | | | | |
| **Associates:** | | | | | |
| Kristopher K. Hulliberger | 2004 | 2003 | $165.00 | 11.8 | $1,947.00 |
| Trent K. English | 2004 | 2004 | $165.00 | 18.8 | $3,102.00 |
| Suzanne K. Klein | 2003 | 2003 | $135.00 | 52.4 | $7,074.00 |
| Ronald D. Klein | 2003 | 2003 | $120.00 | 1.5 | $180.00 |
| | | | | | |
| **TOTAL (Associates)** | | | | 84.5 | $12,303.00 |

**INTELLECTUAL PROPERTY PARAPROFESSIONALS**

| Name | Hourly Rate | Total Interim Application Hours | Total Interim Application Compensation* |
|---|---|---|---|
| **Interns:** | | | |
| Brian C. Andress | $105.00 | 16.8 | $1,764.00 |
| Todd A. Pleiness | $85.00 | 4.5 | $382.50 |
| Michael E. McKee | $95.00 | 6.5 | $617.50 |
| Wyatt J. Istvan Mitchell | $85.00 | 14.5 | $1,232.50 |
| | | | |
| **TOTAL (Paraprofessionals)** | | 42.3 | $3,996.50 |

**Total (Attorneys, Patent Agent and IP Paraprofessionals): 180.2 hours - $31,114.50**

**EXHIBIT B-2**

DELPHI CORPORATION, *ET AL.*

PROFESSIONAL SERVICES RENDERED
BY HOWARD & HOWARD ATTORNEYS, P.C.
AS INTELLECTUAL PROPERTY COUNSEL TO DEBTORS
**BETWEEN FEBRUARY 1, 2006 THROUGH MAY 31, 2006
BUT NOT BILLED AS OF JULY 31, 2006**

**ATTORNEYS**

| Name | Year Admitted to Practice | Law School Class | Hourly Rate | Total Interim Application Hours | Total Interim Application Compensation* |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Samuel J. Haidle | 1998 | 1998 | $235.00 | 33.8 | $7,943.00 |
| David M. LaPrairie | 2000 | 1999 | $235.00 | 3.6 | $846.00 |
| | | | | | |
| **TOTAL (Partners)** | | | | **37.4** | **$8,789.00** |
| | | | | | |
| **Associates:** | | | | | |
| Tamika A. Bryant | 2004 | 2003 | $165.00 | 38.9 | $6,418.50 |
| Suzanne K. Klein | 2003 | 2003 | $135.00 | 20.8 | $2,808.00 |
| | | | | | |
| **TOTAL (Associates)** | | | | **59.7** | **$9,226.50** |

**INTELLECTUAL PROPERTY PARAPROFESSIONALS**

| Name | Hourly Rate | Total Interim Application Hours | Total Interim Application Compensation* |
|---|---|---|---|
| **Interns:** | | | |
| Chris M. Francis | $105.00 | 26.3 | $2,761.50 |
| Wyatt J. Istvan Mitchell | $85.00 | 6.8 | $578.00 |
| | | | |
| **TOTAL (Paraprofessionals)** | | **33.1** | **$3,339.50** |

**Total (Attorneys, Patent Agent and IP Paraprofessionals):  130.2 hours - $21,355.00**

**Total of all fees: 1184.9 hours - $197,421.00**

G:\D\Delphi Bankruptcy\second interim fee app\EXHIBIT B final.doc