**EXHIBIT D**

DELPHI CORPORATION, *ET AL.*

ACTUAL AND NECESSARY DISBURSEMENTS
INCURRED BY HOWARD & HOWARD ATTORNEYS, P.C.
BY INTELLECTUAL PROPERTY COUNSEL
**FEBRUARY 1, 2006 THROUGH MAY 31, 2006**

| EXPENSES | AMOUNT |
|---|---|
| Filing Fees | $6,870.00 |
| Photocopy Charges | $22.00 |
| Fax Charges | $8.50 |
| Patent Research | $375.90 |
| Drawing Fees | $2,460.49 |
| | |
| **TOTAL DISBURSEMENTS** | **$9,736.89** |

**EXHIBIT D-1**

DELPHI CORPORATION, *ET AL.*

ACTUAL AND NECESSARY DISBURSEMENTS
INCURRED BY HOWARD & HOWARD ATTORNEYS, P.C.
BY INTELLECTUAL PROPERTY COUNSEL
**PRIOR TO FEBRUARY 1, 2006**
**BUT BILLED FEBRUARY 1, 2006 THROUGH MAY 31, 2006**

| EXPENSES | AMOUNT |
|---|---|
| Filing Fees | $270.00 |
| | |
| | |
| | |
| | |
| **TOTAL DISBURSEMENTS** | **$270.00** |

**EXHIBIT D-2**

DELPHI CORPORATION, *ET AL.*

ACTUAL AND NECESSARY DISBURSEMENTS
INCURRED BY HOWARD & HOWARD ATTORNEYS, P.C.
BY INTELLECTUAL PROPERTY COUNSEL
<u>BETWEEN FEBRUARY 1, 2006 THROUGH MAY 31, 2006</u>
<u>BUT NOT BILLED AS OF JULY 31, 2006</u>

| EXPENSES | AMOUNT |
|---|---|
| Photocopy Charges | $0.60 |
| | |
| | |
| | |
| | |
| **TOTAL DISBURSEMENTS** | **$0.60** |

G:\D\Delphi Bankruptcy\second interim fee app\EXHIBIT D-072806.doc