HOWARD & HOWARD ATTORNEYS, P.C.
39400 Woodward Avenue, Suite 101
Bloomfield Hills, MI  48304-5151
(248) 645-1483
Jeffrey A. Sadowski (P28163)
Sara K. MacWilliams (P67805)

*Intellectual Property Counsel for Delphi Corporation, et al.,*
 *Debtors and Debtors-in-Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### ORDER GRANTING SECOND INTERIM APPLICATION FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF HOWARD & HOWARD ATTORNEYS, P.C.

**WHEREAS,** upon consideration of the Second Interim Application of Howard & Howard Attorneys, P.C. For Allowance of Compensation For Services Rendered and Reimbursement of Expenses (the "Howard & Howard Application"), incurred from the period commencing February 1, 2006 and ending May 31, 2006 (the "Compensation Period"), related to services provided to the Debtors; and a hearing having been held before the Court on October 19, 2006 at 10:00 a.m., to consider the Howard & Howard Application; and notice having been given pursuant to Fed. R. Bankr. P. 2002(a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefore, it is hereby

**ORDERED** that the Howard & Howard Application is granted as set forth in Schedule "A" and this Court approves interim compensation for professional services rendered in the

amount of $197,421.00 , and interim reimbursement for actual and necessary expenses in the amount of $10,006.89 for a total award of fees and expenses in the amount of $207,427.89.

**ORDERED** that the Debtors are authorized and directed to immediately pay to Howard & Howard $207,427.89, consisting of fees in the amount of $197,421.00 and expenses in the amount of $10,006.89, or, if applicable of, the difference between the amount allowed hereunder and the amounts, if any, previously paid to Howard & Howard pursuant to that certain Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated November 4, 2005 and Fourth Supplemental Order Under 11 U.S.C. §331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated July 12, 2006.

Dated: New York, New York
       _____, 2006

 

                                     UNITED STATES BANKRUPTCY JUDGE

Case No.:    05-44481 (RDD)

Case Name:    In re Delphi Corporation, *et al.*

CURRENT FEE PERIOD: February 1, 2006 through May 31, 2006

| Applicant | Date/Document No. of Application | Fees Requested | Fees Awarded | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|
| Howard & Howard Attorneys, P.C. | 7/31/2006 | $197,421.00 | | $10,006.89 | |

SCHEDULE A(1)    DATE:_____    INITIALS:_____ (USBJ)

Case No.:    05-44481 (RDD)
Case Name:    In re Delphi Corporation, *et al.*

SUMMARY:  All Fee Periods

| Applicant | Total Fees Requested | Total Fees Awarded | Total Expenses Requested | Expenses Awarded |
|---|---|---|---|---|
| Howard & Howard Attorneys, P.C. | $295,974.00 | | $29,716.89 | |

SCHEDULE A(2)    DATE:_____                    INITIALS:_____ (USBJ)