**EXHIBIT B**

| Name | Position | Rate | Hours | Total |
|---|---|---|---|---|
| Stuart M. Rozen | Partner | $675 | 2.6 | $1,755.00 |
| Paul J. N. Roy | Partner | $580 | 277.4 | $160,892.00 |
| Craig E. Reimer | Counsel | $550 | 37.7 | $20,735.00 |
| Paul A. Chandler | Counsel | $475 | 611.0 | $290,225.00 |
| Gregory A. Manter | Associate | $300 | 143.4 | $43,020.00 |
| Kristina K. Herrmann | Associate | $260 | 28.4 | $7,384.00 |
| Andrew A. Connor | Paralegal | $210 | 21.3 | $4,473.00 |
| Adam N. Cantor | Conflicts Research Analyst | $40 | 35.2 | $1,408.00 |
| Eric S. Hampton | Conflicts Research Analyst | $40 | 12.5 | $500.00 |
| Miora E. Kelly | Conflicts Research Analyst | $40 | 8.8 | $352.00 |
| Karen L. Walters | Conflicts Research Analyst | $40 | 1.5 | $60.00 |
| | | **Totals:** | **1,179.8** | **$530,804.00** |
| | | **Less Voluntary 5% Discount:** | | **$26,540.18** |
| | | **Compensation Sought:** | | **$504,263.82** |