**EXHIBIT C**

| **Disbursement** | **Amount** |
| --- | ---: |
| Airfare | $3,513.25 |
| Automated Research – Outside | $15.76 |
| Business Meals | $629.96 |
| Cab Fare | $72.00 |
| Document Reproduction (in-house) | $1,013.45 |
| Document Reproduction (outside vendor) | $2,754.61 |
| Hotel Accommodations | $5,285.96 |
| Long Distance Telephone | $13.95 |
| Proofreading | $160.00 |
| **Total:** | **$13,458.94** |