EXHIBIT D


CONTEMPORANEOUS DAILY TIME ENTRIES RECORDED
DURING THE INTERIM APPLICATION PERIOD FOLLOW

# FEBRUARY 2006

## CONTEMPORANEOUS DAILY TIME ENTRIES AND EXPENSE DETAIL

.

Mayer, Brown, Rowe & Maw LLP

06020525
Delphi Corporation
IT Outsourcing Services Contract

Page 2
Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 02/03/06 | **Chandler, Paul A.** Conferring with P. Roy on form contracts for Delphi and review of Delphi terms (0.5); conferring with G. Manter on revisions to form (0.7). | 1.20 |
| 02/05/06 | **Manter, Gregory A.** Reviewed short form and made revisions/additions and distributed to P. Chandler. | 5.50 |
| 02/06/06 | **Chandler, Paul A.** Calls with I. Seipke regarding kick-off meeting (0.8); conferring with P. Roy and G. Manter on meeting (0.3); reviewing Delphi forms (1.9). | 3.00 |
| 02/06/06 | **Manter, Gregory A.** Call with Paul Chandler re: Thursday meeting and reviewed EDS terms sent by Delphi. | 0.70 |
| 02/06/06 | **Roy, Paul J. N.** Review of agreement forms provided by Delphi and comparison to Mayer Brown form to determine which form would be best suited for the proposed transaction. | 1.00 |
| 02/07/06 | **Chandler, Paul A.** Reviewing Delphi Master Agreement with EDS, including Exhibit A (terms and conditions) to the EDS/Delphi Master Agreement (2.1); reviewing General Terms and Conditions for Information Systems and Services with Hewlett Packard Corporation (HP) and HP Outsourcing Services Agreement and Amendment No. 1 thereto, and HP Consulting Agreement (2.5); reviewing Delphi generic General Terms and Conditions for Information Systems and Services and two versions of Delphi's Agreement (2.8); drafting tempate Master Services Agreement of review by Delphi, incorporating companion agreement, EU privacy and Acquired Rights Directive provisions for international use (6.4). | 13.80 |
| 02/07/06 | **Manter, Gregory A.** Discussed document versions with Paul Chandler (.50); reviewed redline of long form and made changes to the long form (1.00). | 1.50 |
| 02/07/06 | **Roy, Paul J. N.** Review of agreement forms and preparation of comparison of provisions covered by Delphi's form and Mayer Brown's form. | 0.50 |
| 02/08/06 | **Chandler, Paul A.** Call with P. Roy and K. Smilie regarding planning for outsourcing project (1.1); drafting revisions to template Master Services Agreement (2.5); drafting summary descriptions of schedules to the MSA for review by Delphi (1.2); compaing Delphi forms against MBR&M's template MSA and drafting a chart showing key difference and structural issues (per request of I. Seipke) (6.2). | 11.00 |
| 02/08/06 | **Manter, Gregory A.** Revised Delphi long form MSA and e-mailed changes to P. Chandler. | 3.20 |

Mayer, Brown, Rowe & Maw LLP

06020525                                                                                          Page 3
Delphi Corporation                                                                        Roy, Paul J. N.
IT Outsourcing Services Contract

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 02/08/06 | **Roy, Paul J. N.**<br>Call with Kevin Smilie of TPI and Paul Chandler to discuss documentation that Delphi will require in its submission to the bidding vendors who will receive the SRD. | 0.80 |
| 02/08/06 | **Roy, Paul J. N.**<br>Review of existing form of agreement currently in effect between Delphi and EDS in preparation for meeting with Delphi to discuss preferred form of agreement to use with prospective bidders in SRD. | 2.00 |
| 02/09/06 | **Chandler, Paul A.**<br>Meeting with Delphi team for kick-off of outsourcing project (6.0); reviewing agreement terms (1.0). | 7.00 |
| 02/09/06 | **Roy, Paul J. N.**<br>Completed review of existing form of agreement currently in effect between Delphi and EDS, and meeting with Lynn Eady, Marjorie Loeb, Isabelle Seipke, and Kevin Smilie for initial meeting regarding project process and timing. | 7.00 |
| 02/10/06 | **Chandler, Paul A.**<br>Reviewing MSA and drafting list of provisions for SME review (1.9); calls with K. Simille regarding SOW and schedules (0.4); conferring with G. Manter on review of schedules (1.2). | 3.50 |
| 02/10/06 | **Manter, Gregory A.**<br>Call with P. Chandler (.30); discussed schedule with Paul Roy (.20) | 0.50 |
| 02/12/06 | **Manter, Gregory A.**<br>Review of Delphi schedules; SOW; Exhibit 2. | 2.50 |
| 02/13/06 | **Chandler, Paul A.**<br>Conferring with G. Manter on review of SOW and revising service level methodology exhibit from TPI. | 0.30 |
| 02/13/06 | **Manter, Gregory A.**<br>Reviewed and marked up Exhibit 2 (Statement of Work). | 0.80 |
| 02/14/06 | **Chandler, Paul A.**<br>Reviewing draft  ITO Agreement based on comments from Delphi. | 2.00 |
| 02/15/06 | **Chandler, Paul A.**<br>Reviewing comments from Delphi legal to the template MSA and drafting revisions to the MSA to incorporate those comments. | 10.50 |
| 02/15/06 | **Manter, Gregory A.**<br>Marked up SOW, Exhibits 2.1A, 2.2 and 2.3; began markup of 2.1B. | 6.00 |
| 02/16/06 | **Chandler, Paul A.**<br>Call with Delphi to discuss comments to template (2.3); reviewing SOWs and SLA exhibits (6.7). | 9.00 |

Mayer, Brown, Rowe & Maw LLP

06020525
Delphi Corporation
IT Outsourcing Services Contract

Page 4
Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 02/16/06 | **Manter, Gregory A.** <br> Review and marked up Exhibit 2.1B (3.50); call with Delphi re: MSA revisions (3.20). | 6.70 |
| 02/16/06 | **Roy, Paul J. N.** <br> Call with Marjorie Loeb and Isabelle Seipke to discuss comments to form agreement. | 2.50 |
| 02/17/06 | **Chandler, Paul A.** <br> Reviewing Exhibits 1, 1A, 2.1A, 2.1B, 2.2, 2.3 and 2.5 (Definitions, Acronyms and Statements of Work) to the SRD (6.3); call with Delphi to discuss comments to the revised draft of the MSA; drafting revisions to SRD Exhibits and to the MSA based on comments from Delphi (5.4). | 12.80 |
| 02/17/06 | **Manter, Gregory A.** <br> Markup up SOW, Exhibit 2 of the SRD. | 1.50 |
| 02/17/06 | **Roy, Paul J. N.** <br> Conference call to discuss detailed comments by M. Loeb and I. Seipke on draft agreement. | 1.00 |
| 02/18/06 | **Chandler, Paul A.** <br> Conferring with G. Manter on review of Exhibit 2 (SOW) to the SRD (.8); reviewing and revising markups of Exhibit 1 (definitions), 2 (SOW's) and 3 (service levels) (7.2); revising template MSA based on Delphi's comments (2.0). | 10.00 |
| 02/18/06 | **Manter, Gregory A.** <br> Reviewed and marked up Exhibit 2 of the SRD. | 7.20 |
| 02/19/06 | **Chandler, Paul A.** <br> Drafting revisions to Exhibits and MSA. | 8.00 |
| 02/19/06 | **Manter, Gregory A.** <br> Reviewed and marked up Exhibit 2 of the SRD. | 3.70 |
| 02/19/06 | **Roy, Paul J. N.** <br> Review of selected sections of Delphi agreement prepared by Paul Chandler for distribution to Delphi attorneys. | 0.70 |
| 02/20/06 | **Chandler, Paul A.** <br> Drafting markups of Exhibits and revisions to MSA and distribution to Delphi. | 12.00 |
| 02/20/06 | **Manter, Gregory A.** <br> Reviewed and marked up Exhibit 3 (Service Levels) (3.00); marked up Schedule 4 (3.50). | 6.50 |
| 02/20/06 | **Roy, Paul J. N.** <br> Review and comment on Exhibit 4 (pricing) to the SRD, and transmittal of same to Kevin Smilie of TPI. | 1.30 |
| 02/21/06 | **Chandler, Paul A.** <br> Revising/reviewing MSA and SRD exhibits. | 2.50 |

Mayer, Brown, Rowe & Maw LLP

06020525
Delphi Corporation
IT Outsourcing Services Contract

Page 5
Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 02/21/06 | **Manter, Gregory A.**<br>Marked up Exhibit 5 (HR) of the SRD. | 0.70 |
| 02/22/06 | **Chandler, Paul A.**<br>Reviewing, and revising MSA to reflect comments from Delphi (Bayles, Seiphe, Loeb, Twomey) and distribution of draft to Delphi. | 12.00 |
| 02/22/06 | **Manter, Gregory A.**<br>Reviewed and marked up Schedule 5 of the SRD (1.30); reviewed and marked up Schedule 6 of the SRD and attachments 6-A and 6-B and distributed to P. Roy and P. Chandler (3.00) | 4.30 |
| 02/23/06 | **Chandler, Paul A.**<br>Reviewing and revising Ex. 5 (HR) to the SRD (2.5); call with M. Loeb and I. Seipke to discuss comments to MSA draft (2.0); reviewing M. Loeb comments to MSA (0.3); revising MSA and distribution to Delphi (1.0). | 5.80 |
| 02/23/06 | **Manter, Gregory A.**<br>Marked up benchmarking provision (1.5); call with Delphi, P. Roy and P. Chandler (2.0). | 3.50 |
| 02/23/06 | **Roy, Paul J. N.**<br>Review and edit of HR exhibit to SRD (1.0). Call with Marjorie Loeb and Isabelle Seipke to discuss their questions and comments to the revised draft of agreement, including comments from IP and HR specialists. Discussed approach for conforming Agreement form with the overlapping terms in the HR exhibit (2.5). Further edits to HR Exhibits based on comments from Delphi and comments from Paul Chanlder (1.0). | 4.50 |
| 02/27/06 | **Chandler, Paul A.**<br>Reviewing and revising Ex. 6 (Governance) to the SRD and distribution to TPI (K. Smilie) (3.70); call with K. Smilie to discuss comments to Ex. 6 (1.2); call with I. Seipke regarding risk management comments (0.5); reviewing comments from Delphi legal and implementing changes in draft master services agreement (3.6). | 9.00 |
| 02/27/06 | **Manter, Gregory A.**<br>Drafted schedules summary based on precedent (1.50); reviewed precedent for bankruptcy provisions (2.00). | 3.50 |
| 02/28/06 | **Chandler, Paul A.**<br>Call with TPI (L. Guevel) regarding call to discuss potential bankruptcy issues (0.3); reviewing bankruptcy provision matrix and precedent (1.4); reviewing tax comments from M. Loeb and drafting revisions to MSA (.80); reviewing and revising draft master services agreement, including incorporating comments from Delphi legal (8.5). | 11.00 |
| 02/28/06 | **Manter, Gregory A.**<br>Created bankruptcy chart (1.50); met with P. Chandler re: MSA draft and RFP schedule (.30) | 1.80 |

Mayer, Brown, Rowe & Maw LLP

06020525                                                                      Page 6
Delphi Corporation                                                     Roy, Paul J. N.
IT Outsourcing Services Contract

## DESCRIPTION OF LEGAL SERVICES

<u>Date</u>        <u>Timekeeper Name</u>                                        <u>Hours</u>

                                              **Total Hours**          **225.80**

Mayer, Brown, Rowe & Maw LLP

06020525
Delphi Corporation
IT Outsourcing Services Contract

Page 7
Roy, Paul J. N.

## OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| 02/08/06 | **Travel - Airfare**<br>VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692060019 DATE: 2/17/2006 Airline tickets for Detroit trip. | 633.60 |
| 02/08/06 | **Business Meals - Travel**<br>VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692060019 DATE: 2/17/2006 Comments: Meal at airport. | 6.10 |
| 02/09/06 | **Travel - Other**<br>VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692060019 DATE: 2/17/2006 Detroit Trip and Equilend Holdings From 08 Feb 2006 To 09 Feb 2006 | 163.15 |
| 02/09/06 | **Business Meals - Travel**<br>VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692060019 DATE: 2/17/2006 Meal at Detroit airport. | 2.64 |
| 02/21/06 | **Document Reproduction** | 0.30 |
| 02/23/06 | **Document Reproduction** | 0.45 |

**Total Other Charges**    **$806.24**

# MARCH 2006

## CONTEMPORANEOUS DAILY TIME ENTRIES AND EXPENSE DETAIL

Mayer, Brown, Rowe & Maw LLP

06020525
Delphi Corporation
IT Outsourcing Services Contract

Page 2
Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|----------------|-------|
| 01/31/06 | **Chandler, Paul A.**<br>Revising short form outsourcing agreement. | 4.00 |
| 03/01/06 | **Chandler, Paul A.**<br>Reviewing notes on MSA comments (0.3); call with Delphi (M. Loeb, I. Seiphe, L. Eady, C. Egal) and TPI (K. Smille and L. Guevel) regarding MSA (1.4); preparing sample chart and jurisdiction language and distribution to M. Loeb (0.5); review M. Loeb comments to MSA (0.5); reviewing C. Egel comments regarding divestitures (0.4); reviewing markup of Ex. 5 (0.6). | 3.70 |
| 03/01/06 | **Manter, Gregory A.**<br>Arranged for creation of TOC (.30); reviewed MSA (1.00) | 1.30 |
| 03/01/06 | **Manter, Gregory A.**<br>Call with Delphi and TPI (1.40); revised MSA and incorporated MHL comments and finance comments (1.70) | 3.10 |
| 03/01/06 | **Manter, Gregory A.**<br>Reviewed and input proofreading changes. | 1.00 |
| 03/01/06 | **Roy, Paul J. N.**<br>Call with Lynn Eady, TPI, M. Loeb, and I. Seipke to discuss schedule and issues in MSA. | 1.40 |
| 03/01/06 | **Roy, Paul J. N.**<br>Review of and comments to draft MSA. | 3.40 |
| 03/02/06 | **Chandler, Paul A.**<br>Reviewing P. Roy comments and G. Manter revisions to MSA (2.7); call with Delphi to discuss divestiture issues (1.6); conferring with P. Roy on edits to MSA (0.6); reviewing M. Loeb and I. Seipke revisions and implementing into MSA (2.2); reviewing comments to Ex. 5 and reviewing MSA revisions (1.3). | 8.40 |
| 03/02/06 | **Manter, Gregory A.**<br>Created schedule 17-B based upon Delphi input; updated MSA with audit terms from Delphi (.50); reviewed P. Roy's comments to MSA (.50). | 1.00 |
| 03/02/06 | **Manter, Gregory A.**<br>Call with P. Roy, P. Chandler and Delphi to discuss MSA. | 1.60 |
| 03/02/06 | **Manter, Gregory A.**<br>Discussed P. Roy's MSA comments with P. Chandler and P. Roy. | 0.60 |
| 03/02/06 | **Roy, Paul J. N.**<br>Review of and comments to draft MSA and comments to P. Chandler for recommended revisions to selected sections. | 2.80 |
| 03/02/06 | **Roy, Paul J. N.**<br>Meeting with P. Chandler and G. Manter to prepare for call with Delphi regarding MSA protections in the case of divestitures. | 0.50 |

Mayer. Brown, Rowe & Maw LLP

06020525                                                                    Page 3
Delphi Corporation                                                          Roy, Paul J. N.
IT Outsourcing Services Contract

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 03/02/06 | **Roy, Paul J. N.**<br>Call with L. Eady, I. Seipke, and M. Loeb (as well as MR&M participants) to discuss MSA's protections in the event of Delphi's divestitures. | 1.00 |
| 03/02/06 | **Roy, Paul J. N.**<br>Review of and revision to draft HR Exhibit to SRD. | 2.50 |
| 03/03/06 | **Chandler, Paul A.**<br>Call with M. Loeb to discuss MSA comments (2.3); reviewing revisions to MSA and distribution to Delphi (5.1); call with I. Seipke regarding MSA (1.1); call with C. Reimer regarding bankruptcy consents (0.4). | 8.90 |
| 03/03/06 | **Manter, Gregory A.**<br>Call with I. Seipke and P. Chandler re: MSA. | 1.10 |
| 03/03/06 | **Manter, Gregory A.**<br>Update MSA schedule chart to refer to "first references". | 0.80 |
| 03/03/06 | **Roy, Paul J. N.**<br>Review of and edits to the summary of options under the MSA in the event of Delphi's divestiture of business units. | 1.00 |
| 03/03/06 | **Roy, Paul J. N.**<br>Review and revision of HR Exhibit to SRD. Comparison of provisions to corresponding provisions of MSA. | 2.00 |
| 03/03/06 | **Roy, Paul J. N.**<br>Review of and comment to revised MSA. | 0.50 |
| 03/05/06 | **Chandler, Paul A.**<br>Revising divestiture notes from I. Seipke. | 1.10 |
| 03/06/06 | **Chandler, Paul A.**<br>Revising divestiture notes and cross-references for C. Egel scenarios (0.8); call with M. Loeb regarding edits to MSA (0.3); reviewing M. Loeb edits to MSA (0.6); drafting revisions to MSA (2.0); call with Smilie regarding comments to MSA (0.5); distribution of divestiture notes to I. Seipke (0.2). | 4.40 |
| 03/06/06 | **Manter, Gregory A.**<br>Created schedules tracker. | 0.50 |
| 03/06/06 | **Roy, Paul J. N.**<br>Review and edit to memo summarizing options under MSA in the event of Delphi's divestiture of businesses. | 0.50 |
| 03/07/06 | **Chandler, Paul A.**<br>Revising SRD definitions (0.5); call with K. Smilie regarding MSA issues and definitions (0.4); reviewing MSA/Ex. 5 of SRD (3.5); reviewing Ex. 5 markup against Section 8 of MSA and distribution to M. Loeb (3.3). | 7.70 |
| 03/07/06 | **Manter, Gregory A.**<br>Created redline of Exhibit 1 and reviewed changes. | 0.50 |

Mayer, Brown, Rowe & Maw LLP

06020525                                                              Page 4
Delphi Corporation                                          Roy, Paul J. N.
IT Outsourcing Services Contract

### DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 03/07/06 | **Roy, Paul J. N.**<br>Review and response to question from Delphi's labor lawyer re mechanics and timing of transition of Delphi employees to supplier. | 0.30 |
| 03/08/06 | **Chandler, Paul A.**<br>Call with K. Smilie regarding comments to MSA (1.3); reviewing M. Loeb comments and revisions to MSA (1.3); call with Delphi team regarding MSA (1.5); drafting comments to MSA (2.3). | 6.40 |
| 03/08/06 | **Manter, Gregory A.**<br>Call with K. Smilie and P. Chandler. | 1.30 |
| 03/08/06 | **Roy, Paul J. N.**<br>Correspondence with Paul Chandler regarding percentage threshold to be used for the Extraordinary Events provision in MPSA, and review of response to Delphi labor lawyer regarding MPSA mechanics for employee transfers to supplier. | 0.50 |
| 03/09/06 | **Chandler, Paul A.**<br>Call with K. Smilie regarding supplier review of MSA, review of 3rd party contracts, etc (0.3); calls with M. Loeb regarding extraordinary events threshold (.20). | 0.50 |
| 03/09/06 | **Manter, Gregory A.**<br>Discussed deliverables and MSA response schedule with P. Chandler. | 0.30 |
| 03/09/06 | **Manter, Gregory A.**<br>Finished drafting schedules tracker. | 0.50 |
| 03/10/06 | **Chandler, Paul A.**<br>Call with Delphi team regarding extraordinary events (0.8); drafting revisions to MSA and transmittal letter and distributions to Delphi (0.6). | 1.40 |
| 03/10/06 | **Manter, Gregory A.**<br>Drafted Schedules summary and schedules tracker. | 3.80 |
| 03/10/06 | **Manter, Gregory A.**<br>Marked up Exhibit 1 and sent to P. Chandler. | 1.80 |
| 03/10/06 | **Roy, Paul J. N.**<br>Call with L. Eady, M. Loeb, I. Seipke, P. Chandler, and K. Smilie of TPI to discuss (1) percentage threshold in Extraordinary Events provision of the draft MSA to be sent to the suppliers today, and the strategy for various approaches in light of the suppliers' likely concern about the stability of revenues in the deal; and (2) instructions to be sent to suppliers regarding response to form MSA. Review and email of form of instruction letter with MSA. | 1.50 |
| 03/11/06 | **Chandler, Paul A.**<br>Revising/reviewing affidavit of P. Roy. | 0.80 |
| 03/12/06 | **Chandler, Paul A.**<br>Revising Ex. 1 (definitions) and distribution to K. Smilie (2.1); initial review of | 2.30 |

Mayer, Brown, Rowe & Maw LLP

06020525                                                                              Page 5
Delphi Corporation                                                            Roy, Paul J. N.
IT Outsourcing Services Contract

### DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| | schedule descriptions/tracker (0.2). | |
| 03/13/06 | **Manter, Gregory A.**<br>Call with K. Smilie. | 0.20 |
| 03/13/06 | **Manter, Gregory A.**<br>Update schedules tracker and distributed to P. Chandler. | 0.30 |
| 03/13/06 | **Manter, Gregory A.**<br>Ran Deltaview comparisons of SOW drafts and reviewed comparison between MBRM comments and final SRD draft. | 0.50 |
| 03/14/06 | **Chandler, Paul A.**<br>Call with K. Smilie to discuss Ex. 1 definitions (.30). | 0.30 |
| 03/14/06 | **Manter, Gregory A.**<br>Reviewed Exhibit 1 and distributed comments to P. Chandler. | 0.30 |
| 03/14/06 | **Manter, Gregory A.**<br>Call with P. Chandler and K. Smilie re: Exhibit 1. | 0.20 |
| 03/15/06 | **Manter, Gregory A.**<br>Ran Exhibit 1 Deltaview. | 0.40 |
| 03/15/06 | **Roy, Paul J. N.**<br>Prepared rough drafts of the following schedules to the MSA: (1) General pricing schedule; and (2) Termination Charges schedule. Also located form of schedule tracking matrix for development of a Delphi-specific form of that schedule. | 0.50 |
| 03/16/06 | **Chandler, Paul A.**<br>Review and drafting revisions to MSA schedule description (1.5); conferring with G. Manter on schedule descriptions and review of service level definitions (.30) | 1.80 |
| 03/16/06 | **Manter, Gregory A.**<br>Service Level definition; reviewed and created markup with questions. | 5.00 |
| 03/16/06 | **Manter, Gregory A.**<br>Revised Tracker. | 1.50 |
| 03/17/06 | **Chandler, Paul A.**<br>Reviewing revisions to schedule descriptions (0.5); conferring with G. Manter and K. Smilie on comments to exhibits (0.8); drafting comments to service level definitions in Exhibit 3B (4.80). | 6.10 |
| 03/17/06 | **Manter, Gregory A.**<br>Drafted schedules summary and distributed to K. Smilie; reviewed Exhibit 3.B. | 1.80 |
| 03/17/06 | **Manter, Gregory A.**<br>Updated Schedules summary and distributed to K. Smilie and P. Chandler. | 0.50 |
| 03/17/06 | **Manter, Gregory A.**<br>Reviewed Exhibit 3.B. | 1.10 |

Mayer, Brown, Rowe & Maw LLP

06020525                                                                                      Page 6
Delphi Corporation                                                                       Roy, Paul J. N.
IT Outsourcing Services Contract

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 03/20/06 | **Chandler, Paul A.**<br>Drafting comments and revisions to critical services levels in Att. 3-B and distribution to K. Smilie (1.0); drafting comments and revisions to key measurements in Attachment 3B and distribution to K. Smilie (3.5); conferring with P. Roy on drafting pricing schedule (.20); drafting pricing schedule (.50). | 5.20 |
| 03/20/06 | **Manter, Gregory A.**<br>Converted sample SOW exhibit into schedule format. | 0.50 |
| 03/20/06 | **Roy, Paul J. N.**<br>Conferred with P. Chandler re pricing schedule. | 0.50 |
| 03/21/06 | **Chandler, Paul A.**<br>Conferring with G. Manter and call with K. Smilie on drafting SOW schedules (0.3); reviewing Exhibit 4 pricing (1.5); drafting pricing schedule (4.5); drafting transaction change and resource unit schedules (2.8). | 9.10 |
| 03/21/06 | **Manter, Gregory A.**<br>Call with P. Chandler re: schedules. | 0.30 |
| 03/22/06 | **Chandler, Paul A.**<br>Drafting resource and unit definitions based on Exhibit 4 and Attachment 4-D of the SRD (3.3). | 3.30 |
| 03/22/06 | **Manter, Gregory A.**<br>Call with P. Chandler re: SOW. | 0.30 |
| 03/24/06 | **Chandler, Paul A.**<br>Reviewing pricing attachment 4-D (server complexity) and drafting resource definitions (2.5). | 2.50 |
| 03/27/06 | **Chandler, Paul A.**<br>Drafting revisions to resource unit definitions and Schedule 4-F (4.8); drafting response and questions to K. Smilie (.20). | 5.00 |
| 03/27/06 | **Manter, Gregory A.**<br>Created schedule templates (Word and Excel) and distributed to P. Chandler. | 0.50 |
| 03/28/06 | **Chandler, Paul A.**<br>Revising resource unit definitions (2.5). | 2.50 |
| 03/28/06 | **Manter, Gregory A.**<br>Call with P. Chandler re: Delphi tasks and status. | 0.20 |
| 03/29/06 | **Chandler, Paul A.**<br>Reviewing pricing schedule methodoly. | 1.00 |
| 03/30/06 | **Chandler, Paul A.**<br>Drafting revisions to Schedule 4. | 0.80 |
| 03/31/06 | **Chandler, Paul A.**<br>Call with K. Smilie regarding pricing and SLA exhibits (0.6); drafting revisions to pricing schedule and distribution to P. Roy (2.7). | 3.30 |

Mayer, Brown, Rowe & Maw LLP

06020525                                                                                    Page 7
Delphi Corporation                                                                    Roy, Paul J. N.
IT Outsourcing Services Contract

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | | Hours |
|------|-----------------|---|-------|
| | | **Total Hours** | **142.20** |

Mayer, Brown, Rowe & Maw LLP

06020525                                                                                           Page 8
Delphi Corporation                                                                      Roy, Paul J. N.
IT Outsourcing Services Contract

### OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| 02/28/06 | **Document Reproduction** | 0.30 |
| 03/01/06 | **Proofreading - Internal**<br>Performed by Palumbo, Nicholas G. for Chandler, Paul A. | 160.00 |
| 03/03/06 | **Document Reproduction** | 0.45 |
| 03/06/06 | **Document Reproduction** | 0.45 |
| 03/10/06 | **Document Reproduction - Outside**<br>VENDOR: Ikon Document Services; INVOICE#: CHI06030213; DATE: 3/10/2006 -<br>Outside reproduction of documents | 2,754.61 |
| 03/28/06 | **Document Reproduction** | 0.30 |
| | **Total Other Charges** | **$2,916.11** |

Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation
In Re: Delphi Corporation, et al., Debtors - Retention Matter

Page 2
Reimer, Craig E.

### DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 02/28/06 | **Reimer, Craig E.** (ch. 11 retention) Work on preparing retention materials for MBR&M in chapter 11 case of Delphi. | 1.50 |
| 03/01/06 | **Reimer, Craig E.** Emails regarding Section 327(e) retention requirements (.30), review related case orders (.20). | 0.50 |
| 03/02/06 | **Reimer, Craig E.** Work on section 327(e) retention affidavit (2.70) and analysis of related pleadings in Ch. 11 case (.30). | 3.00 |
| 03/07/06 | **Reimer, Craig E.** Emails with Skadden Arps regarding materials needed for retention application. | 0.50 |
| 03/08/06 | **Reimer, Craig E.** Work on affidavit in support of S327(e) application. | 2.00 |
| 03/09/06 | **Roy, Paul J. N.** Review of affidavit and collection of information required for affidavit, including work descriptions (1.30). Correspondence with Craig Reimer and Paul Chandler with information for affidavit (.20). | 1.50 |
| 03/13/06 | **Cantor, Adam N.** Conflict Search for C. Reimer | 7.50 |
| 03/13/06 | **Cantor, Adam N.** Conflict Search for C. Reimer | 0.50 |
| 03/14/06 | **Cantor, Adam N.** Conflict Search for C. Reimer | 7.50 |
| 03/14/06 | **Cantor, Adam N.** Conflict Search for C. Reimer | 0.50 |
| 03/14/06 | **Cantor, Adam N.** Conflict Search for C. Reimer | 0.70 |
| 03/14/06 | **Reimer, Craig E.** Telephone conference with US Trustee's office regarding retention procedures for S327(e) professionals (.20); emails regarding same (.30). | 0.50 |
| 03/15/06 | **Cantor, Adam N.** Conflict Search for C. Reimer; Conflict Search #32136, #32121, #32007, #32005, #32000 | 2.00 |
| 03/15/06 | **Reimer, Craig E.** Emails regarding scope of conflicts search to be performed for retention application. | 0.50 |
| 03/17/06 | **Reimer, Craig E.** Work on affidavit in support of S327(e) retention application. | 1.00 |

## Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation
In Re: Delphi Corporation, et al., Debtors - Retention Matter

Page 3
Reimer, Craig E.

### DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 03/20/06 | **Cantor, Adam N.**<br>Conflict Search for C. Reimer | 2.00 |
| 03/20/06 | **Reimer, Craig E.**<br>Work on retention affidavit (0.5) and implementing conflict check procedures (0.5). | 1.00 |
| 03/20/06 | **Roy, Paul J. N.**<br>Corresponded with Craig Reimer re conflict searches and objections by a client of public disclosure of its possible transaction with Delphi (.20). Call to Margie Loeb to discuss requirements (.30). | 0.50 |
| 03/20/06 | **Rozen, Stuart M.**<br>Conference with Reimer re MBR&M retention affidavit. | 0.30 |
| 03/21/06 | **Cantor, Adam N.**<br>Conflict Search for C. Reimer #32195 | 3.00 |
| 03/21/06 | **Reimer, Craig E.**<br>Emails regarding conflict waiver steps necessary for S327(e) Application (.60); work on affidavit in support (.90). | 1.50 |
| 03/21/06 | **Roy, Paul J. N.**<br>Conferred with C. Reimer (.30), and subsequent call with and M. Loeb to discuss (1) conflict search requirements for affiliates and non-affiliates; and (2) resistance by MBRM clients to public disclosures of their possible transactions with Delphi (.70). | 1.00 |
| 03/22/06 | **Cantor, Adam N.**<br>Conflict Search #32231 for C. Reimer | 0.50 |
| 03/22/06 | **Cantor, Adam N.**<br>Conflict Search #32231 per C. Reimer | 1.50 |
| 03/22/06 | **Cantor, Adam N.**<br>Conflict Search #32231 for C. Reimer | 3.00 |
| 03/22/06 | **Reimer, Craig E.**<br>Work on Affidavit in support of Retention Application. | 1.50 |
| 03/23/06 | **Cantor, Adam N.**<br>Conflict Search #32231 for C. Reimer | 1.00 |
| 03/23/06 | **Cantor, Adam N.**<br>Conflict Search #32231 per C. Reimer | 0.50 |
| 03/23/06 | **Cantor, Adam N.**<br>Conflict Search #32231 per C. Reimer | 1.50 |
| 03/23/06 | **Kelly, Moira E.**<br>.50 hours - Worked on Delphi Search | 0.50 |

Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation                                                                      Page 4
In Re: Delphi Corporation, et al., Debtors - Retention Matter                 Reimer, Craig E.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 03/23/06 | **Kelly, Moira E.**<br>2.0 hours - Worked on Delphi Search | 2.00 |
| 03/23/06 | **Kelly, Moira E.**<br>1.50 hours - Worked on Delphi Search | 1.50 |
| 03/23/06 | **Reimer, Craig E.**<br>Work on Affidavit in Support of Retention. | 2.70 |
| 03/24/06 | **Cantor, Adam N.**<br>Conflict Search #32331 per C. Reimer | 2.00 |
| 03/24/06 | **Cantor, Adam N.**<br>Conflict Search #32231 per C. Reimer | 0.50 |
| 03/24/06 | **Cantor, Adam N.**<br>Conflict Search #32231 per C. Reimer | 1.00 |
| 03/24/06 | **Hampton, Eric S.**<br>Conflict searches for the Lenders. | 2.00 |
| 03/24/06 | **Kelly, Moira E.**<br>2.0 hours - Worked on Delphi Search | 2.00 |
| 03/24/06 | **Kelly, Moira E.**<br>.70 hours - Worked on Delphi Search | 0.80 |
| 03/24/06 | **Kelly, Moira E.**<br>2.0 hours - Worked on Delphi Search | 2.00 |
| 03/24/06 | **Reimer, Craig E.**<br>Work on affidavit in support of Section 327(e) retention application. | 1.00 |
| 03/25/06 | **Hampton, Eric S.**<br>Conflict searches for the Lenders. | 7.50 |
| 03/25/06 | **Walters, Karen L.**<br>Conflict Search for Delphi matter. | 1.50 |
| 03/27/06 | **Hampton, Eric S.**<br>Conflict searches for the lenders (2.80). Checked Delphi spreadsheet (.20). | 3.00 |
| 03/27/06 | **Reimer, Craig E.**<br>Review conflict check on potential parties in interest required by U.S. Trustee's office to be searched. | 0.50 |
| 03/29/06 | **Reimer, Craig E.**<br>Emails regarding conflict search for retention affidavit. | 0.20 |

**Total Hours**                               **79.20**

# APRIL 2006

## CONTEMPORANEOUS DAILY TIME ENTRIES AND EXPENSE DETAIL

Mayer, Brown, Rowe & Maw LLP

06020525
Delphi Corporation                                                                                          Page 2
IT Outsourcing Services Contract                                                              Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 03/31/06 | **Roy, Paul J. N.**<br>Review of selected portions of draft pricing schedule, and comments to P. Chandler re same. | 0.50 |
| 04/02/06 | **Roy, Paul J. N.**<br>Review and revision of form of Pricing Schedule to address key pricing provisions. | 1.50 |
| 04/03/06 | **Chandler, Paul A.**<br>Reviewing comments to HP mark up of MSA; drafting interlineated comments (7.7); call with M. Loeb regarding schedule and approach (0.8); revising resource unit definitions (Sch. 4-F) (1.0). | 9.50 |
| 04/03/06 | **Roy, Paul J. N.**<br>Completion of revisions to Schedule 4 (Pricing) and associated Resource Unit definitions (2.0). Review and annotations of EDS's markup of the main agreement (3.50). | 5.50 |
| 04/04/06 | **Chandler, Paul A.**<br>Meeting with P. Roy on mapping out schedule for HP/EDS negotiations (.40); call with TPI (L. Gueval/K. Smilie) regarding Schedule (1.7); drafting annotations to HP MSA markup (3.2); revising Schedules 4 and 4-K and distribution to TPI (0.9). | 5.80 |
| 04/04/06 | **Roy, Paul J. N.**<br>Call with K. Smilie and L. Guevel re project schedule for meetings with vendors. | 0.80 |
| 04/05/06 | **Chandler, Paul A.**<br>Call with L. Gueval, K. Smilie and T. McCabe to discuss negotiating schedule and process (1.5); reviewing and annotating HP MSA markups (4.3). | 5.80 |
| 04/05/06 | **Roy, Paul J. N.**<br>Follow up call with Delphi to discuss schedule to document review, schedule preparation, and meetings with vendors. | 2.00 |
| 04/06/06 | **Chandler, Paul A.**<br>Drafting annotations to HP markup of MSA and reviewing existing HP agreements with Delphi. | 6.90 |
| 04/06/06 | **Roy, Paul J. N.**<br>Review and annotation of EDS's markup of MSA. | 1.50 |
| 04/07/06 | **Chandler, Paul A.**<br>Drafting annotations to MSA markup from HP (7.6). | 7.60 |
| 04/07/06 | **Roy, Paul J. N.**<br>Review and annotation of EDS's markup of MSA. | 6.30 |
| 04/08/06 | **Roy, Paul J. N.**<br>Review and annotation of EDS's markup of the MSA. | 5.30 |

Mayer, Brown, Rowe & Maw LLP

06020525
Delphi Corporation
IT Outsourcing Services Contract

Page 3
Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 04/09/06 | **Chandler, Paul A.** <br> Reviewing and revising annotations to HP MSA markup, including ARD and employment claim indemnity and infringment defense (5.5). | 5.50 |
| 04/09/06 | **Roy, Paul J. N.** <br> Review and annotation of EDS's markup of MSA. | 10.00 |
| 04/10/06 | **Chandler, Paul A.** <br> Reviewing annotations on HP's markings of MSA (0.8); drafting schedule explanation and tracking matrix and schedule template and distribution to Delphi (2.2); reviewing EDS markup of MSA (0.7); reviewing M. Loeb comments to HP markup (0.6). | 4.30 |
| 04/10/06 | **Manter, Gregory A.** <br> Status update call with Paul Chandler to determine next steps with regard to creation of schedules and exhibits. | 0.20 |
| 04/10/06 | **Roy, Paul J. N.** <br> Review and annotation of EDS's markup of MSA. | 7.80 |
| 04/11/06 | **Chandler, Paul A.** <br> Call with M. Loeb regarding annotations to MSA markups (0.5); reviewing precedent materials from outsourcing deals on issues in dispute (3.0); reviewing questions on EDS markup (0.5); drafting revisions to issues list (2.0). | 6.00 |
| 04/11/06 | **Roy, Paul J. N.** <br> Review of supplementary annotations to EDS's markup to MSA and responses to same. | 3.50 |
| 04/12/06 | **Chandler, Paul A.** <br> Drafting issues list for HP markup and revisions to annotations (6.9); call with I. Seipke to discuss review meeting in Troy, Michigan (0.4). | 7.30 |
| 04/12/06 | **Roy, Paul J. N.** <br> Completed review and annotation of EDS's markup (3.5). Responses to questions from Paul Chandler (0.3). | 3.80 |
| 04/13/06 | **Chandler, Paul A.** <br> Drafting revisions to issues summary and annotations to HP markup (3.5); teleconference with P. Roy regarding email from T. McCabe (0.3). | 3.80 |
| 04/13/06 | **Roy, Paul J. N.** <br> Review and comment on HP's markup of MSA. | 3.50 |
| 04/14/06 | **Chandler, Paul A.** <br> Drafting revisions to HP issues list (2.0); teleconference with P. Roy regarding meeting with Delphi and responses from EDS and HP (0.5). | 2.50 |
| 04/14/06 | **Roy, Paul J. N.** <br> Review and comment on HP's markup of MSA. | 6.30 |

Mayer, Brown, Rowe & Maw LLP

06020525
Delphi Corporation
IT Outsourcing Services Contract

Page 4
Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|---|---|---|
| 04/16/06 | **Chandler, Paul A.**<br>Drafting issues list and reviewing P. Roy comments to HP markup to MSA (4.5). | 4.50 |
| 04/17/06 | **Chandler, Paul A.**<br>Drafting issues list for EDS markups for MSA (6.5); revising HP issues list and distribution to M. Loeb (0.4); reviewing HP markup of MSA in preparation for Meeting at Delphi (2.0). | 8.90 |
| 04/17/06 | **Roy, Paul J. N.**<br>Review and revision of issues list for EDS's markup of MPSA. | 2.50 |
| 04/18/06 | **Chandler, Paul A.**<br>Reviewing issues list and markups and discussing with P. Roy (1.8); meeting at Delphi with T. MCCabe, I. Seipke, M. Loeb and L. Gueval to discuss MSA markups (6.0); reviewing EDS markups in preparation for meeting with Delphi (1.5). | 9.30 |
| 04/18/06 | **Roy, Paul J. N.**<br>Review of annotations in preparation for meeting with Delphi (2.0). Meeting with Delphi to discuss approach and principal issues (6.0). | 8.00 |
| 04/19/06 | **Chandler, Paul A.**<br>Meeting with M. Loeb, T. McCabe, I. Seipke, K. Smilie and L. Gueval to discuss HP and EDS markups of MSA and strategy points (7.0); drafting talking points to HP regarding MSA issues (1.5). | 8.50 |
| 04/19/06 | **Roy, Paul J. N.**<br>Meeting at Delphi with Delphi and TPI to discuss principal issues in HP's and EDS's markups of the MPSA (7.0). Preparation of talking points for T. McCabe's meeting with HP on principal issues.(0.8) | 7.80 |
| 04/24/06 | **Chandler, Paul A.**<br>Reviewing Delphi comments to EDS and HP markups (2.2); continuing detailed review of markpus (2.3). | 4.50 |
| 04/24/06 | **Manter, Gregory A.**<br>E-mailed K. Smilie for SRD responses; call with Paul Chandler. | 0.20 |
| 04/25/06 | **Chandler, Paul A.**<br>Reviewing and commenting on markup of EDS MSA, including Delphi comments to key issues (6.3). | 6.30 |
| 04/25/06 | **Manter, Gregory A.**<br>began review of SRD responses (.20); call with K. Smilie (.20); call with P. Chandler (.20). | 0.60 |
| 04/26/06 | **Chandler, Paul A.**<br>Call with I. Seipke regarding status of Delphi comments (0.3); reviewing EDS markups and T. McCabe issues lists (9.5). | 9.80 |
| 04/27/06 | **Chandler, Paul A.**<br>Reviewing Delphi comments to HP and EDS markups of MSA and drafting | 8.00 |

Mayer, Brown, Rowe & Maw LLP

06020525                                                                                    Page 5
Delphi Corporation                                                                      Roy, Paul J. N.
IT Outsourcing Services Contract

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| | comments/notes in preparation for negotiation with EDS and HP. | |
| 04/27/06 | **Manter, Gregory A.**<br>Reviewed SLA response from HP. | 0.50 |
| 04/28/06 | **Chandler, Paul A.**<br>Drafting comments/notes to markups in preparation for negotiations with HP. | 6.00 |
| 04/28/06 | **Manter, Gregory A.**<br>Call with K. Smilie; marked up Schedule3 - EDS comments. | 2.70 |
| 04/29/06 | **Chandler, Paul A.**<br>Reviewing HP/EDS markups in preparation for negotiations with HP/EDS, including reviewing revised language from Delphi finance on pass through expenses (5.0); reviewing and annotating consolidated Delphi comments to EDS markup of MSA (2.8). | 7.80 |
| 04/30/06 | **Chandler, Paul A.**<br>Reviewing issues on EDS and HP markups (4.0). | 4.00 |
| 04/30/06 | **Roy, Paul J. N.**<br>Review of materials in preparation for meeting with HP. | 2.00 |

**Total Hours**          **225.40**

Mayer, Brown, Rowe & Maw LLP

06020525
Delphi Corporation
IT Outsourcing Services Contract

Page 6
Roy, Paul J. N.

## OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| 02/08/06 | **Long Distance Telephone** (248) 813-6801 at 1351 ( 16 mins) | 1.44 |
| 03/03/06 | **Long Distance Telephone** (248) 813-6801 at 1104 ( 97 mins) | 8.73 |
| 04/07/06 | **Automated Research - Outside** VENDOR: Pacer Service Center; INVOICE#: 0406200607; DATE: 4/7/2006 - Computer searches | 15.76 |
| 04/18/06 | **Travel - Airfare** VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692060035 DATE: 21-Apr-06 air fare to and from Detroit, MI | 573.60 |
| 04/18/06 | **Travel - Other** VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692060035 DATE: 21-Apr-06 cab ride to o'hare | 36.00 |
| 04/18/06 | **Travel - Other** VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692060035 DATE: 21-Apr-06 Paul Chandler's Travel Reimbursement (DETROIT) From 18 Apr 2006 To 18 Apr 2006 | 202.27 |
| 04/18/06 | **Business Meals - Travel** VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692060035 DATE: 21-Apr-06 Paul Chandler's Travel Reimbursement (DETROIT) From 18 Apr 2006 To 18 Apr 2006 | 55.37 |
| 04/19/06 | **Travel - Airfare** VENDOR: Roy, Paul J. N. INVOICE#: MBRM000082962060023 DATE: 05-May-06 Detroit Trip 1 From 18 Apr 2006 To 19 Apr 2006 | 573.60 |
| 04/19/06 | **Travel - Other** VENDOR: Roy, Paul J. N. INVOICE#: MBRM000082962060023 DATE: 05-May-06 Detroit Trip 1 From 18 Apr 2006 To 19 Apr 2006 | 454.45 |
| 04/19/06 | **Travel - Other** VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692060035 DATE: 21-Apr-06 cab ride home from o'hare | 36.00 |
| 04/21/06 | **Document Reproduction** | 1.35 |
| 04/27/06 | **Document Reproduction** | 0.30 |
| 04/27/06 | **Color Document Reproduction** | 786.00 |
| 04/30/06 | **Travel - Airfare** VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692060040 DATE: 05-May-06 Paul Chandler's Travel Reimbursement From 30 Apr 2006 To 30 Apr 2006 | 175.30 |

Mayer, Brown, Rowe & Maw LLP

06020525
Delphi Corporation
IT Outsourcing Services Contract

Page 7
Roy, Paul J. N.

## OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
|      |             |        |
| **Total Other Charges** | | **$2,920.17** |

Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation
In Re: Delphi Corporation, et al., Debtors - Retention Matter

Page 2
Reimer, Craig E.

### DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 04/01/06 | **Reimer, Craig E.**<br>Work on Affidavit in support of retention. | 1.00 |
| 04/03/06 | **Reimer, Craig E.**<br>Work on analysis of conflict search results (.50), work on revisions to affidavit (.50). | 1.00 |
| 04/04/06 | **Reimer, Craig E.**<br>Work on retention affidavit. | 0.50 |
| 04/07/06 | **Reimer, Craig E.**<br>Work on retention affidavit. | 1.50 |
| 04/10/06 | **Reimer, Craig E.**<br>Work on Affidavit in support of retention application. | 2.00 |
| 04/11/06 | **Chandler, Paul A.**<br>Reviewing and drafting revisions to P. Roy affidavit (0.7); teleconference with C. Reimer to discuss revisions to affidavit (0.3). | 1.00 |
| 04/11/06 | **Reimer, Craig E.**<br>Work on Affidavit in support of Retention Application (3.3), e-mails with Skadden Arps re: same (.40), conference with P. Roy (.30). | 4.00 |
| 04/11/06 | **Rozen, Stuart M.**<br>Conference with Reimer re MBR&M retention as special IT counsel (.20); reviewed draft declaration in support of same (.80); provide comments re same (.20). | 1.30 |
| 04/12/06 | **Reimer, Craig E.**<br>Follow-up with Skadden Arps re: retention application (.20); revisions and edits to draft affidavit in support (1.3). | 1.50 |
| 04/13/06 | **Reimer, Craig E.**<br>Edits and revisions to client search results and matches from conflict analysis in affidavit. | 0.50 |
| 04/14/06 | **Reimer, Craig E.**<br>Work on Retention Affidavit (1.4); related e-mails to P. Roy (.20). | 1.60 |
| 04/17/06 | **Reimer, Craig E.**<br>Follow up e-mails re: execution and filing of retention application. | 0.20 |
| 04/18/06 | **Reimer, Craig E.**<br>Work with Skadden on retention application for MBR&M. | 0.70 |
| 04/18/06 | **Rozen, Stuart M.**<br>Reviewed various e-mails re retention pleadings and issues. | 0.20 |
| 04/20/06 | **Reimer, Craig E.**<br>Work with Skadden on edits and revisions to application to retain MBR&M as Section 327(e) counsel. | 0.50 |

## Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation                                                                                  Page 3
In Re: Delphi Corporation, et al., Debtors - Retention Matter                          Reimer, Craig E.

### DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 04/21/06 | **Reimer, Craig E.**<br>Telephone call with Skadden re: further edits required for Delphi to retention application (.50); review related e-mails (.30), work on finalizing Declaration and filing re: same (.80). | 1.60 |
| 04/21/06 | **Rozen, Stuart M.**<br>Reviewed final retention application (.40). Conference with Reimer re final issues re same (.10). Review revised drafts (.30). | 0.80 |
| 04/24/06 | **Reimer, Craig E.**<br>Review materials filed by Skadden Arps re: MBR&M declaration. | 0.20 |
| 04/25/06 | **Reimer, Craig E.**<br>E-mails re: procedures for applying for compensation in Delphi chapter 11 case. | 0.30 |

**Total Hours**                                                                        **20.40**

Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation
In Re: Delphi Corporation, et al., Debtors - Retention Matter

Page 4
Reimer, Craig E.

## OTHER CHARGES

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 03/17/06 | **Long Distance Telephone** (212) 510-0508 at 1153 ( 12 mins) | | 1.08 |
| 03/20/06 | **Long Distance Telephone** (212) 409-1598 at 1019 ( 16 mins) | | 1.44 |
| | **Total Other Charges** | | **$2.52** |

# MAY 2006

CONTEMPORANEOUS DAILY TIME ENTRIES AND EXPENSE DETAIL

Mayer, Brown, Rowe & Maw LLP

06020525
Delphi Corporation
IT Outsourcing Services Contract

Page 2
Roy, Paul J. N.

### DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 05/01/06 | **Chandler, Paul A.** <br> Negotiation with HP of comments to MSA and conferring with Delphi on open issues (11.5); reviewing HP markup and distribution of revised language to HP (2.0). | 13.50 |
| 05/01/06 | **Manter, Gregory A.** <br> Reviewed SOW responses from EDS and HP (1.10). Review SOW reponses from EDS and HP (0.8). | 1.90 |
| 05/01/06 | **Roy, Paul J. N.** <br> Meetings at Delphi with HP to review HP's edits to form of agreement. Conferred with Delphi regarding selected issues. | 10.00 |
| 05/02/06 | **Chandler, Paul A.** <br> Negotiations with HP on MSA and conferring with Delphi on open issues (11.5); reviewing EDS markups of MSA (2.0). | 13.50 |
| 05/02/06 | **Manter, Gregory A.** <br> Reviewed and commented on SOWs. | 2.00 |
| 05/02/06 | **Roy, Paul J. N.** <br> Meetings at Delphi with HP to review HP's edits to form of agreement (9.0). Conferred with Delphi regarding selected issues (1.0). Review of EDS markup in preparation for meeting with EDS (1.5). | 11.50 |
| 05/03/06 | **Chandler, Paul A.** <br> Negotiating with EDS regarding MSA markup(12.0); and internal meetings with Delphi (1.5); reviewing EDS markup (1.0). | 14.50 |
| 05/03/06 | **Manter, Gregory A.** <br> Reviewed and provided comments to EDS SOW and SLA comments. | 2.00 |
| 05/03/06 | **Roy, Paul J. N.** <br> Meetings with EDS to review their markup of the form agreement (11.2). Conferred with Delphi regarding selected issues under review with EDS (1.5). | 11.70 |
| 05/04/06 | **Chandler, Paul A.** <br> Negotiation of MSA with EDS (9.0); conferring with Delphi on selected issues (1.5); reviewing HP IP response (0.7). | 11.20 |
| 05/04/06 | **Manter, Gregory A.** <br> Completed comments to HP SOWs and sent to K. Smilie with cover e-mail (4.5); review SOW comments re: HP and sent markups to K. Smilie (0.8); package and sent EDS SOW comments to K. Smilie with cover e-mail (0.8). | 6.10 |
| 05/04/06 | **Roy, Paul J. N.** <br> Meeting with EDS to review their markup of the form agreement (9.0). Conferred with Delphi regarding selected issues in preparation for following discussions with EDS(1.5). | 10.50 |
| 05/05/06 | **Chandler, Paul A.** <br> Call with HP (Henderson) and IP counsel regarding open issues and follow-up | 8.20 |

Mayer, Brown, Rowe & Maw LLP

06020525
Delphi Corporation
IT Outsourcing Services Contract

Page 3
Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|---|---|---|
| | calls with M. Loeb (2.0); conferring with G. Manter on revisions to HP MSA (2.5); revising EDS mark-up of MSA (1.4); reviewing open issues (2.3). | |
| 05/05/06 | **Manter, Gregory A.** Revised HP MSA based upon P. Chandler's meeting notes. | 4.80 |
| 05/05/06 | **Roy, Paul J. N.** Follow-up call with HP and Delphi to review open issues, including IP issues (2.0).  Preparation of  revised language to selected sections of the Agreement to reflect discussions with HP. (2.0). | 4.00 |
| 05/06/06 | **Chandler, Paul A.** Drafting revisions to EDS markup of MSA. | 3.00 |
| 05/07/06 | **Chandler, Paul A.** Reviewing/revising open issues lists for HP and EDS and drafting open issues revisions for HP (4.0). | 4.00 |
| 05/07/06 | **Manter, Gregory A.** Revised HP agreement based upon P. Chandler's notes. | 4.60 |
| 05/07/06 | **Roy, Paul J. N.** Redrafted sections of HP and EDS agreements to reflect discussions with each service provider. | 2.00 |
| 05/08/06 | **Chandler, Paul A.** Drafting revisions for EDS open issues (2.8); drafting revisions to EDS mark up of MSA (6.5); conferring with G. Manter on revisions to HP markup of MSA (.70); distributing open issues list and revised provisions to Delphi team (0.2). | 10.20 |
| 05/08/06 | **Manter, Gregory A.** Revised HP agreement (5.4); identified inventory obligations in SOW and e-mail to P. Chandler (0.3). meeting with P. Chandler re: HP draft (0.8). | 6.50 |
| 05/08/06 | **Roy, Paul J. N.** Review of and revisions to all proposed revisions of selected sections of HP and EDS agreements. | 6.50 |
| 05/09/06 | **Chandler, Paul A.** Call with M. Loeb to discuss schedule and open issues on EDS (0.4); drafting revisions to provisions from EDS markup of MSA (5.5); reviewing Delphi form terms for confidentiality restrictions and drafting response to M. Loeb (0.7); conferring with P. Roy on open issues for EDS (0.6); reviewing P. Roy comments to EDS revised language and distribution of proposed text to Delphi (0.7). | 7.90 |
| 05/09/06 | **Herrmann, Kristina K.** Meeting with Paul Chandler re: MSA (0.3); reviewed EDS comments and changes to MSA (1.5). | 1.80 |
| 05/09/06 | **Roy, Paul J. N.** Review and revision of open issues list for EDS. | 2.00 |

Mayer, Brown, Rowe & Maw LLP

06020525
Delphi Corporation
IT Outsourcing Services Contract

Page 4
Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 05/10/06 | **Chandler, Paul A.** Distributing issues lists and proposed revisions to K. Smilie and L. Guevel (0.2); reviewing M. Loeb comments to revised language (0.9); reviewing EDS markup for issues not yet discussed (1.0); reviewing EDS outsourcing issues on limitations of liability, termination, disputes and other issues (5.0). | 7.10 |
| 05/10/06 | **Herrmann, Kristina K.** Revised EDS mark-up of MSA (4.1); meeting with Paul Chandler re: same (.2). | 4.30 |
| 05/11/06 | **Chandler, Paul A.** Call with M. Loeb to discuss EDS issues and responses to HP open issues (3.5); drafting revisions to HP revisions document and distribution to HP and Delphi (1.0); reviewing MSA (.50). | 5.00 |
| 05/11/06 | **Roy, Paul J. N.** Call with M. Loeb, I. Siepke and P. Chandler to prepare for call with EDS on remaining indemnity, liability, dispute resolution, and miscellaneous provisions of Agreement (4.0); call with Delphi's domestic and international HR specialists, M. Loeb and I. Siepke to review EDS's proposed revisions to HR section (2.0). | 6.00 |
| 05/12/06 | **Chandler, Paul A.** Preparing for negotiation with EDS (0.5); negotiation call with EDS and Delphi teams (4.2); internal discussions with Delphi team to discuss HP and EDS (3.2); reviewing EDS materials (1.7); drafting revisions to open issues list for EDS and revised language (3.2). | 12.80 |
| 05/12/06 | **Herrmann, Kristina K.** Revised EDS markup of MSA. | 6.50 |
| 05/12/06 | **Roy, Paul J. N.** Call with Delphi and EDS to review remaining provisions of Agreement (4.2); call with Delphi to review the HP open issues to prepare for upcoming meeting with HP (4.0). | 8.20 |
| 05/13/06 | **Chandler, Paul A.** Call with P. Roy regarding open issues for EDS (0.3); revising list and distribution to EDS (0.8); reviewing HP responses to MSA open issues and drafting comments in open issues list (3.2); reviewing HP open issues (1.0). | 5.30 |
| 05/13/06 | **Roy, Paul J. N.** Preparation of revised drafts of selected sections of EDS agreement (1.0). Review and revision of section drafts prepared by P. Chandler (1.0). | 2.00 |
| 05/14/06 | **Chandler, Paul A.** Call with M. Loeb regarding HP open issues (0.3); reviewing HP markup of MSA to prepare for negotiation with HP (3.9). | 4.20 |
| 05/14/06 | **Herrmann, Kristina K.** Revised EDS markup of MSA. | 7.00 |

Mayer, Brown, Rowe & Maw LLP

06020525
Delphi Corporation
IT Outsourcing Services Contract

Page 5
Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 05/14/06 | **Manter, Gregory A.**<br>Revised HP draft of the MSA. | 2.00 |
| 05/14/06 | **Roy, Paul J. N.**<br>Review of HP's responses to selected sections of Agreement (3.0). Review and annotation of issues list to note Delphi positions relative to HP proposals (3.0). | 6.00 |
| 05/15/06 | **Chandler, Paul A.**<br>Negotiation of open issues with HP and Delphi teams. | 12.00 |
| 05/15/06 | **Herrmann, Kristina K.**<br>Revised EDS markup of MSA. | 8.00 |
| 05/15/06 | **Manter, Gregory A.**<br>Revised HP draft of the MSA. | 6.00 |
| 05/15/06 | **Roy, Paul J. N.**<br>Conferred with Delphi team re status of discussions with HP.  Participated in discussions with HP regarding IP issues in conference call. | 3.00 |
| 05/16/06 | **Chandler, Paul A.**<br>Negotiation with HP and Delphi teams, and internal meetings to prepare for EDS negotiation. | 14.50 |
| 05/16/06 | **Herrmann, Kristina K.**<br>Revised EDS markup of MSA. | 0.80 |
| 05/16/06 | **Roy, Paul J. N.**<br>Meeting with HP to review open issues (8.5);  Revision of HP open issues list to reflect discussions with HP (1.00);  Review and annotation of EDS's responses to open issues, and EDS's proposed language revisions; and transmittal of same to Delphi team (2.5). | 12.00 |
| 05/17/06 | **Chandler, Paul A.**<br>Negotiation with EDS and Delphi teams (12.0); reviewing export provision and distribution to M. Loeb (.50). | 12.50 |
| 05/17/06 | **Roy, Paul J. N.**<br>Meeting with Delphi team to prepare for meeting with EDS (2.0);  Meeting with EDS to discuss open issues and language proposals (10.5). | 12.50 |
| 05/18/06 | **Chandler, Paul A.**<br>Negotiations of open issues with EDS and Delphi teams  and internal meetings with Delphi to discuss open issues (10.0). | 10.00 |
| 05/18/06 | **Manter, Gregory A.**<br>Revised HP draft of MSA. | 3.50 |
| 05/18/06 | **Roy, Paul J. N.**<br>Meeting with EDS to discuss open issues and language proposals(7.2).  Meeting with I. Seipke and T. Twomey to discuss patent license back to HP for newly developed patentable inventions (2.0). | 9.20 |

Mayer, Brown, Rowe & Maw LLP

06020525
Delphi Corporation
IT Outsourcing Services Contract

Page 6
Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 05/19/06 | **Chandler, Paul A.**<br>Call with M. Loeb, I. Seipke, J. Henderson, P. Roy and D. Drozenski regarding HP intellectual property issues (1.5); reviewing Delphi proposed patent license for HP (0.6); drafting HP open issues status chart and distribution to J. Henderson (1.6); office mtg with G. Manter to review revisions required to HP markup of MSA (0.8); reviewing notes and revisions from I. Seipke regarding HP and EDS negotiations (1.0). | 5.50 |
| 05/19/06 | **Manter, Gregory A.**<br>Revised HP draft of MSA. | 6.60 |
| 05/19/06 | **Roy, Paul J. N.**<br>Call with HP and Delphi regarding intellectual property sections of HP agreement. | 1.50 |
| 05/22/06 | **Chandler, Paul A.**<br>Revising HP markup of MSA (9.7). | 9.70 |
| 05/22/06 | **Manter, Gregory A.**<br>Discussed HP draft with P. Chandler. | 0.30 |
| 05/22/06 | **Roy, Paul J. N.**<br>Review, comment and revision of EDS open issues list. | 1.00 |
| 05/23/06 | **Chandler, Paul A.**<br>Call with D. Guedry and M. Eisenberg regarding subcontractor revisions (0.8); reviewing proposed language from EDS (0.7); drafting revisions to HP MSA (5.5); reviewing and commenting on HP's revised Section 17.2 and distributing comments to Delphi (1.0); revising HP infringement provisions (1.6). | 9.60 |
| 05/23/06 | **Roy, Paul J. N.**<br>Review, comment and revision of EDS open issues list. | 2.00 |
| 05/24/06 | **Chandler, Paul A.**<br>Reviewing EDS open issues list and distribution to EDS (0.8); revising HP MSA markup (0.7); revising EDS MSA (6.2); commenting on Section 21.13 (export) and distribution to M. Loeb (0.4). | 8.10 |
| 05/24/06 | **Roy, Paul J. N.**<br>Review, comment and revision of EDS open issues list (1.5); Review, comment and revision of Section 11.2 and 11.4 of HP Agreement (1.50); Review, comment and revision of redraft of the HP MSA (2.5). | 5.50 |
| 05/25/06 | **Chandler, Paul A.**<br>Call with M. Loeb regarding 11.2 provisions for HP (0.2); conferring with P. Roy and K. Herrmann on EDS markup (0.7); drafting revisions to EDS MSA (9.0). | 9.90 |
| 05/25/06 | **Roy, Paul J. N.**<br>Review, comment and revision of redraft of the HP MSA. | 6.00 |
| 05/26/06 | **Chandler, Paul A.**<br>Drafting revisions to EDS MSA (3.8); call with D. Berberich regarding Section | 7.60 |

Mayer, Brown, Rowe & Maw LLP

06020525
Delphi Corporation
IT Outsourcing Services Contract

Page 7
Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| | 11.2 (0.5); conferring with P. Roy on HP markup (0.6); revising and distributing HP markup to Delphi (1.3); distirbuting markup of Section 11.2 to HP (0.4); revising and distributing markup of Section 21.13 to EDS (0.6); revising and distributing Section 17.2 to HP (0.4) | |
| 05/26/06 | **Roy, Paul J. N.**<br>Review, comment and revision of redraft of the HP MSA. | 6.80 |
| 05/27/06 | **Roy, Paul J. N.**<br>Review, comment and revision of redraft of the EDS MSA. | 5.00 |
| 05/28/06 | **Roy, Paul J. N.**<br>Review, comment and revision of redraft of the EDS MSA. | 1.50 |
| 05/29/06 | **Roy, Paul J. N.**<br>Review, comment and revision of redraft of the EDS MSA. | 4.00 |
| 05/30/06 | **Chandler, Paul A.**<br>Drafting revisions to EDS markup of MSA (7.7); reviewing I. Seipke comments to open issues (0.2). | 7.90 |
| 05/30/06 | **Roy, Paul J. N.**<br>Review, comment and revision of redraft of the EDS MSA. | 1.70 |
| 05/31/06 | **Chandler, Paul A.**<br>Reviewing and commenting on issues list from HP and distribution of comments to Delphi (0.4); reviewing P. Roy comments to HP markup of MSA (2.7); revising Section 14 of EDS agreement (0.9); call with P. Roy regarding EDS MSA (0.3); distribution of revised EDS draft to P. Roy (0.2); reviewing I. Seipke comments to HP markup (0.3). | 4.80 |
| 05/31/06 | **Roy, Paul J. N.**<br>Review, comment and revision of redraft of the EDS MSA. | 3.50 |

**Total Hours**      **462.80**

Mayer, Brown, Rowe & Maw LLP

06020525
Delphi Corporation
IT Outsourcing Services Contract

Page 8
Roy, Paul J. N.

## OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| 03/06/06 | **Long Distance Telephone** | |
| | (248) 813-6801 at 1146 ( 14 mins) | 1.26 |
| 05/01/06 | **Document Reproduction** | |
| | | 0.30 |
| 05/02/06 | **Business Meals - Travel** | 190.32 |
| | VENDOR: Roy, Paul J. N. INVOICE#: MBRM000082962060024 DATE: 16-May-06 Detroit trip From 30 Apr 2006 To 02 May 2006 | |
| 05/04/06 | **Travel - Airfare** | 283.40 |
| | VENDOR: Roy, Paul J. N. INVOICE#: MBRM000082962060024 DATE: 16-May-06 Detroit trip From 30 Apr 2006 To 04 May 2006 | |
| 05/04/06 | **Travel - Other** | 1,618.70 |
| | VENDOR: Roy, Paul J. N. INVOICE#: MBRM000082962060024 DATE: 16-May-06 Detroit trip From 30 Apr 2006 To 04 May 2006 | |
| 05/04/06 | **Travel - Other** | 1,105.79 |
| | VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692060040 DATE: 05-May-06 Paul Chandler's Travel Reimbursement From 30 Apr 2006 To 04 May 2006 | |
| 05/04/06 | **Business Meals - Travel** | 101.70 |
| | VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692060040 DATE: 05-May-06 Paul Chandler's Travel Reimbursement From 30 Apr 2006 To 04 May 2006 | |
| 05/05/06 | **Document Reproduction** | |
| | | 3.00 |
| 05/05/06 | **Document Reproduction** | |
| | | 0.60 |
| 05/05/06 | **Document Reproduction** | |
| | | 0.30 |
| 05/05/06 | **Document Reproduction** | |
| | | 0.45 |
| 05/08/06 | **Document Reproduction** | |
| | | 0.30 |
| 05/10/06 | **Color Document Reproduction** | |
| | | 209.00 |
| 05/12/06 | **Document Reproduction** | |
| | | 0.30 |
| 05/14/06 | **Travel - Airfare** | 366.90 |
| | VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692060044 DATE: 19-May-06 AIRFARE TO AND FROM MICHIGAN - OUT OF TOWN | |
| 05/15/06 | **Travel - Airfare** | 452.40 |
| | VENDOR: Roy, Paul J. N. INVOICE#: MBRM000082962060026 DATE: 25-May-06 Delphi Trip May 15 From 15 May 2006 To 15 May 2006 | |
| 05/15/06 | **Travel - Other** | 871.83 |
| | VENDOR: Roy, Paul J. N. INVOICE#: MBRM000082962060026 DATE: 25-May-06 Delphi Trip May 15 From 15 May 2006 To 15 May 2006 | |
| 05/16/06 | **Business Meals - Travel** | 101.72 |

Mayer, Brown, Rowe & Maw LLP

06020525
Delphi Corporation
IT Outsourcing Services Contract

Page 9
Roy, Paul J. N.

## OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| | VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692060044 DATE: 19-May-06 PAUL CHANDLER'S TRAVEL REIMBURSEMENT From 14 May 2006 To 16 May 2006 | |
| 05/16/06 | **Document Reproduction** | 0.45 |
| 05/18/06 | **Travel - Other** | 1,324.22 |
| | VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692060044 DATE: 19-May-06 PAUL CHANDLER'S TRAVEL REIMBURSEMENT From 14 May 2006 To 18 May 2006 | |
| 05/18/06 | **Business Meals - Travel** | 172.11 |
| | VENDOR: Roy, Paul J. N. INVOICE#: MBRM000082962060026 DATE: 25-May-06 Delphi Trip May 15 From 15 May 2006 To 18 May 2006 | |
| 05/19/06 | **Document Reproduction** | 3.15 |
| 05/26/06 | **Document Reproduction** | 0.30 |

**Total Other Charges**      **$6,808.50**

Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation                                                          Page 2
In Re: Delphi Corporation, et al., Debtors - Retention Matter              Reimer, Craig E.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 02/27/06 | **Connor, Andrew A.** Obtain and circulate Delphi pleadings per C. Reimer. | 0.30 |
| 02/27/06 | **Reimer, Craig E.** E-mails with P. Roy re: retention issues (.30), review Ordinary Course Professional motion (.20), order and related court papers (.50), telephone call with S. Cocoran re: MBR&M retention (.50), work on same. | 1.50 |
| 03/01/06 | **Connor, Andrew A.** Obtain and circulate retention materials per C. Reimer. | 0.30 |
| 03/10/06 | **Connor, Andrew A.** Obtain and circulate retention application per C. Reimer. | 0.20 |
| 04/05/06 | **Connor, Andrew A.** Work on conflicts list. | 1.00 |
| 04/06/06 | **Connor, Andrew A.** Work on conflict review project per C. Reimer (4.4); forward documents to C. Reimer (0.1). | 4.50 |
| 04/27/06 | **Connor, Andrew A.** Begin culling materials in connection with fee application (0.5); begin draft fee application (1.0). | 1.50 |
| 05/09/06 | **Reimer, Craig E.** Coordinate entry of Order approving retention application via e-mail with Skadden Arps. | 0.10 |
| 05/10/06 | **Connor, Andrew A.** Work on fee application materials. | 0.30 |
| 05/12/06 | **Reimer, Craig E.** E-mails with Skadden Arps re: Mayer, Brown retention application (.10); work with Connor on fee application procedures (.10) | 0.20 |
| 05/15/06 | **Connor, Andrew A.** Work on fee application. | 4.00 |
| 05/15/06 | **Reimer, Craig E.** E-mails re: compliance with fee application procedures (.10), review related materials (.20). | 0.30 |
| 05/17/06 | **Connor, Andrew A.** Work on fee application. | 4.00 |
| 05/19/06 | **Reimer, Craig E.** E-mails re: complying with compensation procedures in chapter 11 case. | 0.10 |
| 05/22/06 | **Connor, Andrew A.** Work on fee application. | 1.00 |

## Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation
In Re: Delphi Corporation, et al., Debtors - Retention Matter

Page 3
Reimer, Craig E.

### DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 05/22/06 | **Reimer, Craig E.** | |
| | Work on interim application for compensation of IT and sourcing expenses. | 0.50 |
| 05/31/06 | **Connor, Andrew A.** | |
| | Work on fee application (2.8); process monthly statements (1.4). | 4.20 |
| | **Total Hours** | **24.00** |

Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation                                                                    Page 4
In Re: Delphi Corporation, et al., Debtors - Retention Matter                    Reimer, Craig E.

## OTHER CHARGES

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 05/15/06 | **Document Reproduction** | | |
| 05/22/06 | **Document Reproduction** | 31 | 4.65 |
| 05/31/06 | **Document Reproduction** | | 0.15 |
| | | 4 | 0.60 |
| | **Total Other Charges** | | **$5.40** |