O'MELVENY & MYERS LLP

1625 Eye Street, NW

Washington, DC 20006

(202) 383-5300

Robert A. Siegel (RS 0922)

Tom A. Jerman (TJ 1129)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:

Toll Free:  (800) 718-5305

International:   (248) 813-2698

Delphi Legal Information Website:

http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CERTIFICATE OF SERVICE OF SECOND INTERIM APPLICATION OF O'MELVENY & MYERS LLP FOR ORDER AUTHORIZING AND APPROVING COMPENSATION AND REIMBURSEMENT OF EXPENSES**

I hereby certify that, pursuant to the Order Under 11 U.S.C. § 331 Establishing

Procedures For Interim Compensation and Reimbursement Of Expenses OfProfessionals, filed

on November 4, 2005, as supplemented ("Interim Compensation Order"), copies of O'Melveny

& Myers LLP's Second Interim Application For Order Authorizing And Approving

Compensation and Reimbursement Of Expenses was served, on this the 31st day of July 2006,

by overnight courier, on:

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Attn:  David Sherbin, Esq.
Attn:  John D. Sheehan

Latham & Watkins LLP
885 Third Avenue
New York, New York 10022-4802
Attn:  Robert J. Rosenberg, Esq.

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
Attn;  John Wm. Butler, Jr., Esq.

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Attn:  Marissa Wesley, Esq.

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
Attn:  Alicia M. Leonhard, Esq.

Davis Polk & Wardell
450 Lexington Avenue
New York, New York 10017
Attn:  Marlane Melican, Esq.

GE Plastics America
9930 Kincey Avenue
Huntersville, NC 28078
Attn:  Valerie Venable

I further certify that, pursuant to the Interim Compensation Order, notice of the filing of

said Application has been provided, via electronic mail, to both the "Master Service List" and the

"2002 List," as provided on the database at www.delphidocket.com, as of the date hereof.

DATED:        New York, New York
              July 31, 2006

                        JESSICA KASTIN (JK 2288)
                        O'MELVENY & MYERS LLP


                        By___/s/ Jessica Kastin_____
                              Jessica Kastin (JK 2288)
                              Attorney for Delphi Corporation,
                              et al., Debtors and Debtors-in-
                              Possession