# EXHIBIT "1"

## TOGUT, SEGAL & SEGAL LLP

### Conflicts Counsel for Delphi Corporation, *et al.* Debtors and Debtors in Possession

### Fee Summary for the Period February 1, 2006 through May 31, 2006

| Name of Professional(s) | Year Admitted | Year Fee Incurred | Hourly Rate | Hours Engaged | Total Value(s) |
|---|---|---|---|---|---|
| Albert Togut[1] | 1975 | 2006 | $795 | 212.9 | $169,255.50 |
| Frank A. Oswald[1] | 1986 | 2006 | $675 | 12.1 | 8,167.50 |
| Neil Berger[1] | 1986 | 2006 | $670 | 469.8 | 314,766.00 |
| Scott E. Ratner[1] | 1987 | 2005 | $665 | 10.7 | 7,115.50 |
| Howard P. Magaliff[2] | 1985 | 2006 | $585 | 99.5 | 58,207.50 |
| Sean McGrath[3] | 1992 | 2006 | $540 | 178.9 | 96,606.00 |
| Anthony Vassallo[3] | 1994 | 2006 | $480 | 166.0 | 79,680.00 |
| Andrew Winchell[3] | CA – 1996 NY – Awaiting Admission | 2006 | $455 | 101.1 | 46,000.50 |
| Daniel F. X. Geoghan[3] | 1999 | 2006 | $340 | 8.3 | 2,822.00 |
| Christopher Lagow[3] | 2001 | 2006 | $325 | 328.5 | 106,762.50 |
| Tally Wiener[3] | 2002 | 2006 | $310 | 117.6 | 36,456.00 |
| Jayme Goldstein[3] | 2003 | 2006 | $280 | 142.5 | 39,900.00 |
| Renee Randazzo[3] | 2005 | 2006 | $210 | 61.9 | 12,999.00 |
| James Lee[3] | 2006 | 2006 | $195 | 4.3 | 838.50 |
| Marianne Mortimer[3] | 2006 | 2006 | $195 | 188.0 | 36,660.00 |
| Dawn Person[5] | N/A | 2006 | $205 | 12.1 | 2,480.50 |
| Denise Cahir[5] | N/A | 2006 | $140 | 66.2 | 9,268.00 |
| Ashleigh Brogan[5] | N/A | 2006 | $115 | 130.4 | 14,996.00 |
| Anthony Del Giudice[4] | N/A | 2006 | $125 | 6.7 | 837.50 |
| Jason J. George[4] | N/A | 2006 | $125 | 13.0 | 1,625.00 |
| **TOTAL:** | | | | **2,330.5** | **$1,045,443.50** |

---

1    Partner
2    Of Counsel
3    Associate
4    Law Clerk
5    Paralegal