## EXHIBIT "2"

## TOGUT, SEGAL & SEGAL LLP

**Conflicts Counsel for Delphi Corporation, *et al.*
Debtors and Debtors in Possession**

## Expense Summary for the Period February 1, 2006 through May 31, 2006

| Expense | Amount |
|---|---|
| Court Reporting/Transcription | $364.75 |
| Fax | $7.93 |
| Long-Distance Telephone | $155.24 |
| Working Meals | $197.37 |
| Messenger | $185.49 |
| Online Research | $904.09 |
| Overnight Courier | $790.15 |
| Photocopies | $6,187.60 |
| Postage | $35.61 |
| Travel-airfare | $1,068.60 |
| Travel-ground | $4,043.25 |
| **TOTAL:** | **$13,940.08** |