UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                                 :

In re                                                      :          Chapter 11

    DELPHI CORPORATION, et al.,          :         Case No. 05-44481 (RDD)

                             Debtors.      :         (Jointly Administered)
-------------------------------------------------------------X

**FOR ELECTRONIC FILING PURPOSES ONLY**

       Due to volume, the time records are <u>not</u> included with the electronically filed copy of the Second Application of Togut, Segal & Segal LLP for an Allowance of Interim Compensation for Services Rendered as Conflicts Counsel for the Debtors for the Period February 1, 2006 through May 31, 2006 and for Reimbursement of Expenses (the "Application"), in accordance with General Order #M-193 - First Amendment to General Order #M-182 Re: Electronic Case Filing Procedures dated May 1, 1998.

       Copies of the time records referenced in the Application may be obtained by contacting Neil Berger, Esq., Togut, Segal & Segal, LLP, One Penn Plaza, New York, New York 10119, (212) 594-5000.