|  |  |
|---|---|
| **Name of Applicant:** | **HEARING DATE:** 10/19/06 |
| TOGUT, SEGAL & SEGAL LLP | **AT:** 10:00 A.M. |
| Conflicts Counsel for |  |
| Debtors and Debtors in Possession | 1st Interim Fees Sought: $ 789,874.00 |
| One Penn Plaza, Suite 3335 | 1st Interim Expenses Sought: $ 14,531.15 |
| New York, New York 10119 | 1st Interim Aggregate Fees |
| (212) 594-5000 | and Expenses Sought: $ 804,405.15 |
| Albert Togut (AT-9759) |  |
| Neil Berger (NB-3599) | 2nd Interim Fees Sought: $ 1,045,443.50 |
|  | 2nd Interim Expenses Sought: $ 13,940.08 |
|  | 2nd Interim Aggregate Fees |
|  | and Expenses Sought: $ 1,059,383.58 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
In re                                                         :    Chapter 11
                                                              :
    DELPHI CORPORATION, et al.,                               :    Case No. 05-44481 (RDD)
                                                              :
                        Debtors.                              :    (Jointly Administered)
                                                              :
-------------------------------------------------------------X

**Schedule of Fees for the Period February 1, 2006 through May 31, 2006**

| Name of Professional(s) | Year Admitted | Year Fee Incurred | Hourly Rate | Hours Engaged | Total Value(s) |
|---|---|---|---|---|---|
| **PARTNERS** | | | | | |
| Albert Togut | 1975 | 2006 | $795 | 212.9 | $169,255.50 |
| Frank A. Oswald | 1986 | 2006 | $675 | 12.1 | 8,167.50 |
| Neil Berger | 1986 | 2006 | $670 | 469.8 | 314,766.00 |
| Scott E. Ratner | 1987 | 2006 | $665 | 10.7 | 7,115.50 |
| **OF COUNSEL** | | | | | |
| Howard P. Magaliff | 1985 | 2006 | $585 | 99.5 | 58,207.50 |
| **ASSOCIATES** | | | | | |
| Sean McGrath | 1992 | 2006 | $540 | 178.9 | 96,606.00 |
| Anthony Vassallo | 1994 | 2006 | $480 | 166.0 | 79,680.00 |
| Andrew Winchell | CA – 1996 NY - Awaiting Admission | 2006 | $455 | 101.1 | 46,000.50 |
| Daniel F. X. Geoghan | 1999 | 2006 | $340 | 8.3 | 2,822.00 |
| Christopher Lagow | 2001 | 2006 | $325 | 328.5 | 106,762.50 |
| Tally Wiener | 2002 | 2006 | $310 | 117.6 | 36,456.00 |
| Jayme Goldstein | 2003 | 2006 | $280 | 142.5 | 39,900.00 |
| Renee Randazzo | 2005 | 2006 | $210 | 61.9 | 12,999.00 |
| James Lee | 2006 | 2006 | $195 | 4.3 | 838.50 |
| Marianne Mortimer | 2006 | 2006 | $195 | 188.0 | 36,660.00 |
| **LAW CLERKS** | | | | | |
| Anthony Del Giudice | N/A | 2006 | $125 | 6.7 | 837.50 |
| Jason J. George | N/A | 2006 | $125 | 13.0 | 1,625.00 |
| **PARALEGALS** | | | | | |
| Dawn Person | N/A | 2006 | $205 | 12.1 | 2,480.50 |

| Denise Cahir | N/A | 2006 | $140 | 66.2 | 9,268.00 |
|---|---|---|---|---|---|
| Ashleigh Brogan | N/A | 2006 | $115 | 130.4 | 14,996.00 |
| **TOTAL** | | | | **2,330.5** | **$1,045,443.50** |

---

1    The rates charged herein are the same rates charged in all other cases on which this firm is engaged.