United States Bankruptcy Court
For the Southern District Of New York

| DELPHI AUTOMOTIVE SYSTEMS LLC | } Chapter 11 |
| --- | --- |
| | } |
| | } Case No.05-44640 |
| Debtor | } Amount $49,788.00 |

**Amended Notice to transfer of Claim pursuant to rule 3001 (e) (1)
To: Transferor: (Related Docket No. 4629)**

ST MARYS CARBON CO INC
1939 STATE STREET
ST MARYS, PA 15857

The transfer of your claim as shown above in the amount of **$49,788.00** amends a previously filed notice of transfer of claim that was filed on 7/20/2006 the claim has been transferred to:

    Liquidity Solutions, Inc.
    D/b/a Capital Markets
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

    By:/s/ James Yenzer
    Liquidity Solutions, Inc.
    d/b/a Capital Markets
    (201) 968-0001

820377

06/16/2006 FRI 9:16 FAX 18148349201 ST MARYS CARBON                    ☒005/005

From: To: study                         Date: 6/5/2006 Time: 3:15:30 PM            Page 5 of 5

## TRANSFER NOTICE

St. Mary Carbon Co Inc. ("Assignor"), transfers and assigns unto CAPITAL MARKETS with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT between Assignor and Assignee, all of its right, title and interest in and to the St. Mary Carbon Co Inc. Claims of Assignor in the aggregate amount of $49,788.00 representing all claims against: DELPHI AUTOMOTIVE SYSTEMS LLC., (herein, the Debtor) in the United State Bankruptcy Court, Southern District of New York administered as Case Number 05-44640.

IN WITNESS WHEREOF, Assignor has signed below as of the ___15th___ day of ___June___, 2006.

CAPITAL MARKETS
~~St. Mary Carbon Co Inc.~~

WITNESS                                                     By _C.J. Ehrensberger_
_____                                           (Signature)
(Signature)

_JAMES VENZER_                                              _C.J. EHRENSBERGER III / TREASURER_
(Print Name of Witness)                                     (Print Name and Title)

820377