**HEARING DATE: October 19, 2006 at 10:00 a.m.**
**RESPONSE DEADLINE: October 12, 2006 at 4:00 p.m.**

LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022-4802
Telephone: (212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (MS-4321)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
      mitchell.seider@lw.com
      mark.broude@lw.com

Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**NOTICE OF SECOND FEE AND EXPENSE APPLICATION OF STEVEN HALL &
PARTNERS, LLC AS COMPENSATION AND EMPLOYMENT AGREEMENT
ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

PLEASE TAKE NOTICE that on July 31, 2006, Steven Hall & Partners, LLC filed its

First Fee and Expense Application of Steven Hall & Partners, LLC as Compensation and

Employment Agreement Advisor for the Official Committee of Unsecured Creditors (the

"Application"), pursuant to Sections 330 and 331 of Title 11 of the United States Bankruptcy

Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedures (the

"Bankruptcy Rules"), and the Administrative Order establishing Procedures for Interim

Compensation and Reimbursement of Expenses of Professionals dated November 4, 2005 (as

NY\1172049.1

amended from time to time, the "Administrative Order"), seeking an Order awarding interim

compensation for professional services provided to the Official Committee of Unsecured

Creditors in the amount of $182,193.75, during the period from February 1, 2006 through May

31, 2006, (the "Second Interim Fee Period").

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the

Application will be held on October 19, 2006, at 10:00 a.m. (Prevailing Eastern Time) (the

"Hearing") before the Honorable Robert D. Drain, in the United States Bankruptcy Court for the

Southern District of New York, Alexander Hamilton Customs House, One Bowling Green, New

York, 10004-1408 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that responses or objections to the Application, if

any, must comply with the Federal Rules of Bankruptcy Procedure and the Local Rules of the

Bankruptcy Court, must be set forth in writing describing the basis therefore, and must be filed

with the Bankruptcy Court electronically in accordance with General Order M-242, as amended

by General Order M-269, by registered users of the Court's electronic case filing system (the

Users' Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov,

the official website for the Bankruptcy Court) and, by all other parties in interest, on a 3-1/2 inch

computer diskette, preferably in Portable Document Format (PDF), or in any other Windows-

based word processing format (with a hard copy delivered directly to Chambers).  Any such

responses or objections must be served in accordance with the Order Under 11 U.S.C. §§ 102(1)

and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007 and 9014 Establishing (I) Omnibus Hearing

Dates, (II) Certain Notice, Case Management, and Administrative Procedures, and (III)

Scheduling an Initial Case Conference in Accordance with Local Bankr. R. 1007-2(e), entered by

the Court in these cases on October 14, 2005 (as amended from time to time), upon each of the

2

NY\1172049.1

following: (i) counsel to the Committee, Latham & Watkins LLP, 885 Third Avenue, New York,

New York 10022, Attn.: Robert J. Rosenberg; (ii) the Office of the United States Trustee for the

Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York  10004,

Attn.: Alicia M. Leonard; (iii) counsel to the Debtors, Skadden, Arps, Slate & Meagher & Flom

LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606, Attn.: John Wm. Butler Jr.,

(iv) special counsel to the Debtors, Shearman & Sterling LLP, 599 Lexington Avenue, New

York, New York 10022, Attn.: Douglas Bartner, (v) counsel to the agent under the Debtors'

prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York,

NY  10017, Attn.: Marissa Wesley, (vi) counsel to the agent under the Debtors' proposed

postpetition credit facility, Davis Polk & Wardell, 450 Lexington Avenue, New York, NY

10017, Attn.: Marlane Melican, and(vii) counsel to the Equity Committee, Fried, Frank, Harris,

Shriver & Jacobson, One New York Plaza, New York, New York, 10004, Attn: Brad Eric

Scheler, (viii) members of the Fee Committee, Delphi Corporation, 5725 Delphi Drive, Troy,

Michigan  48098 Attn: David Sherbin and John Sheehan, (ix) member of the Fee Committee, GE

Plastics, Americas, 9930 Kincey Avenue, Huntersville, NC  28078, Attn: Valerie Venable and

(x) counsel to the Fee Committee, Legal Cost Control, Inc. 255 Kings Highway East,

Haddonfield, NJ  08033, Attn: Joe Sykes, in each case so as to be received no later than 4:00

p.m. (prevailing Eastern Time) on October 12, 2006 (the "Objection Deadline").

3

NY\1172049.1

PLEASE TAKE FURTHER NOTICE that only those objections made in writing and

timely filed and received by the Objection Deadline will be considered by the Bankruptcy Court

during the Hearing.  If no objections to the Application are timely filed and served in accordance

with the procedures set forth herein, the Bankruptcy Court may enter a final order granting the

Application without further notice.

Dated:  July 31, 2006
New York, New York

                                                    **LATHAM & WATKINS LLP**

                                                    By:  /s/ Robert J. Rosenberg
                                                    Robert J. Rosenberg (RR-9585)
                                                    Mitchell A. Seider (MS-4321)
                                                    Mark A. Broude (MB-1902)
                                                    885 Third Avenue, Suite 1000
                                                    New York, New York 10022
                                                    Telephone:  (212) 906-1200

                                                    Attorneys for the Official Committee of
                                                    Unsecured Creditors

NY\1172049.1