**Hearing Date and Time: October 19, 2006 at 10:00 a.m.**
                                                  **Objection Deadline: October 12, 2006 at 4:00 p.m.**

O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5300
Robert A. Siegel (RS 0922)
Tom A. Jerman (TJ 1129)

Attorneys for Delphi Corporation, <u>et al.</u>,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
    In re                                  :        Chapter 11
                                            :
DELPHI CORPORATION, <u>et al.</u>,    :        Case No. 05-44481 (RDD)
                                           :
                            Debtors.    :        (Jointly Administered)
                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**COVER SHEET PURSUANT TO UNITED STATES TRUSTEE**
**GUIDELINES FOR REVIEWING APPLICATIONS FOR COMPENSATION**
<u>**AND REIMBURSEMENT OF EXPENSES FILED UNDER 11 U.S.C. § 330**</u>

**O'MELVENY & MYERS LLP's SECOND INTERIM APPLICATION FOR**
**ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| **NAME OF APPLICANT:** | O'Melveny & Myers LLP |
|---|---|
| **TIME PERIOD:** | February 1, 2006 through May 31, 2006 (4 months) |
| **ROLE IN THE CASE:** | Special Labor Counsel to Debtors |

| | |
|---|---|
| **DATE OF FINAL RETENTION ORDER:** | November 4, 2005 |
| | |
| **CURRENT APPLICATION:** | |
| | |
| Fees Incurred: | $ 3,118,474.00 |
| Expenses Incurred: | $   874,459.13 |
| | |
| **PRIOR APPLICATIONS:** | |
| | |
| Fees Previously Requested:[1] | $ 1,322,746.50 |
| Fees Previously Awarded: | $           0.00 |
| Expenses Previously Requested: | $      90,169.23 |
| Expenses Previously Awarded: | $           0.00 |
| | |
| **INTERIM OR FINAL APPLICATION:** | Interim |

## SCHEDULE OF HOURS AND COMPENSATION

| NAME OF PROFESSIONAL<br><br>PARTNERS | YEAR ADMITTED | DEPARTMENT | BILLING RATES[2] | HOURS BILLED[3] | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Jeffrey Kohn | 1985 | Adversarial/Labor | $ 795.00 | 429.35 | $    341,333.25 |
| Gordon E. Krischer[4] | 1972 | Adversarial/Labor | $ 735.00 | 0.50 | $            367.50 |
| Robert Siegel | 1975 | Adversarial/Labor | $ 735.00 | 293.05 | $    215,391.75 |
| Tom A. Jerman | 1981 | Adversarial/Labor | $ 725.00 | 1,081.30 | $    783,942.50 |
| Barry H. Goldstein | 1990 | Adversarial | $ 660.00 | 319.80 | $    211,068.00 |
| **Total Partners** | | | | **2,124.0** | **$ 1,552,103.00** |

**Blended Hourly Rate = $730.75**

---

[1]   O'Melveny's First Interim Period invoice, dated January 23, 2006, "wrote off" the amount of the 20 percent holdback ($48,542.50) as a "fee adjustment." This fee adjustment was an accounting error that will be corrected in the next billing cycle. O'Melveny's First Interim Application, however, did not reflect this erroneous fee adjustment. As a result, the First Interim Application sought the proper amount of fees and does not require adjustment.

[2]   As disclosed in its Engagement Letter, the hourly rates of all O'Melveny professionals and legal assistants change from time to time based on, among other variables, changes in attorney seniority or status and changes in our rates generally. These adjustments, where applicable, are noted accordingly.

[3]   Although all professionals record time in increments of one-tenth of an hour, due to O'Melveny's voluntary write-off of one-half of travel time, the total hours billed for certain professionals are expressed in one-hundredths of an hour.

[4]   Gordon E. Krischer, a partner in O'Melveny's Labor and Employment Practice Group, was consulted for his expertise in specific matters pertaining to the National Labor Relations Act.

| NAME OF PROFESSIONAL COUNSEL & ASSOCIATES | YEAR ADMITTED | DEPARTMENT | BILLING RATES | HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Rachel S. Janger | 1999 | Adversarial/Labor | $ 495.00 | 741.05 | $ 366,819.75 |
| Jessica Kastin | 2002 | Adversarial/Labor | $ 495.00 | 760.95 | $ 376,670.25 |
| Lani Miller | 1996 | Adversarial | $ 485.00 | 23.60 | $ 11,446.00 |
| Aparna B. Joshi[5] | 2000 | Adversarial/Labor | $ 470.00 | 4.80 | $ 2,256.00 |
| Aparna B. Joshi | 2000 | Adversarial/Labor | $ 425.00 | 0.30 | $ 127.50 |
| Heejung Son | 2001 | Adversarial/Labor | $ 450.00 | 223.00 | $ 100,350.00 |
| Jennifer L. Merzon | 2003 | Adversarial/Labor | $ 480.00 | 23.60 | $ 11,328.00 |
| Raquel A. Millman | 2003 | Adversarial/Labor | $ 480.00 | 25.30 | $ 12,144.00 |
| Kyra Grundeman | 2004 | Adversarial | $ 340.00 | 76.20 | $ 25,908.00 |
| Deepa Ambekar | 2005 | Adversarial/Labor | $ 310.00 | 593.90 | $ 184,109.00 |
| Melissa Janiak-Oliver | 2006 | Adversarial/Labor | $ 310.00 | 578.20 | $ 179,242.00 |
| Stacy Hauf | 2006 | Adversarial/Labor | $ 280.00 | 454.40 | $ 127,232.00 |
| Adam Hellman | 2006 | Adversarial/Labor | $ 280.00 | 194.75 | $ 54,530.00 |
| **Total Counsel & Associates** | | | | **3,700.05** | **$ 1,452,162.50** |

**Blended Hourly Rate = $392.47**

| NAME OF PARA-PROFESSIONAL[6] | DEPARTMENT | BILLING RATES | HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Keith Whitman | Adversarial | $ 275.00 | 3.50 | $ 962.50 |
| Nanci Blaisdell | Adversarial | $ 265.00 | 7.80 | $ 2,067.00 |
| Patricia A. Rowen | Adversarial | $ 245.00 | 10.80 | $ 2,646.00 |
| Steve Mauriello | Adversarial | $ 230.00 | 111.80 | $ 25,714.00 |
| Debra Fisher | Library | $ 225.00 | 3.90 | $ 877.50 |
| Ritvik Purohit | Practice Support | $ 215.00 | 2.80 | $ 602.00 |
| Kim Grotenrath | Transactions | $ 200.00 | 1.30 | $ 260.00 |
| Roy Mwangi | Adversarial | $ 200.00 | 6.50 | $ 1,300.00 |
| Ross Neglia | Adversarial | $ 190.00 | 71.30 | $ 13,547.00 |
| Martha Cocker | Library | $ 175.00 | 4.00 | $ 700.00 |
| James Kubicz | Litigation Services | $ 165.00 | 2.00 | $ 330.00 |
| Michelle Woo | Adversarial | $ 160.00 | 326.70 | $ 52,272.00 |

---

[5]    Aparna B. Joshi, a counsel in O'Melveny's Labor and Employment Practice Group, was consulted for her expertise arising out of her experience in prior labor-related bankruptcy matters.

[6]    O'Melveny has voluntarily written off $156.00 in fees (and 5.2 hours) for secretarial assistance inadvertently charged to the Debtors in the March 2006 invoice. This write-off is reflected in the paraprofessional total hours and fees as listed in the chart above. Details of the write-off are as follows:

| Timekeeper | Dept. | Rate Hours | Hours | Amount |
|---|---|---|---|---|
| Charlene Orozco | Text Editing | $ 30.00 | 0.30 | $ 9.00 |
| Debra Poole | Text Editing | $ 30.00 | 1.40 | $ 42.00 |
| Mee-Lee Szeto | Text Editing | $ 30.00 | 1.10 | $ 33.00 |
| Cassandra Vaugh | Adversarial | $ 30.00 | 1.80 | $ 54.00 |
| Millicent Warnock | Adversarial | $ 30.00 | 0.60 | $ 18.00 |
| **Total** | | | **5.20** | **$ 156.00** |

| NAME OF PARA-PROFESSIONAL[6] | DEPARTMENT | BILLING RATES | HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Kelley Kasischke | Adversarial | $ 160.00 | 58.50 | $ 9,360.00 |
| Kimberly Edwards | Adversarial | $ 160.00 | 11.30 | $ 1,808.00 |
| Jayne Sabolinski | Adversarial | $ 160.00 | 3.00 | $ 480.00 |
| Mary-Lynee Bancone | Library | $ 150.00 | 2.30 | $ 345.00 |
| Samuel S. Lax | Court Services | $ 125.00 | 2.60 | $ 325.00 |
| Penny Pendergrass | Library | $ 125.00 | 2.50 | $ 312.50 |
| Hanayo K. Sekiya | Library | $ 125.00 | 0.30 | $ 37.50 |
| Michael Montalto | Court Services | $ 35.00 | 1.00 | $ 35.00 |
| Anthony Sierra | Court Services | $ 35.00 | 6.50 | $ 227.50 |
| **Total Paraprofessionals** | | | **640.40** | **$ 114,208.50** |

**Blended Hourly Rate = $178.34**