Exhibit "E"

## Summary Chart

*In re: Delphi Corporation, et al.*

**CASE NO. 05-44481 (CHAPTER 11)**

**Name of Applicant:  O'Melveny & Myers LLP**

**Role:  Special Labor Counsel to Debtors**

**Current Application:**          **Fees Requested:**          $ 3,118,474.00
                                 **Expenses Requested:**      $   874,459.13
**RETAINER PAID: $300,000.00**

A.  Summary of Timekeepers[1]

| Timekeeper | Year Admitted | Dept. | Rate Hours | Hours[2] | Amount |
|---|---|---|---|---|---|
| **Attorneys** | | | | | |
| Jeffrey Kohn | 1985 | Adversarial/Labor | $ 795.00 | 429.35 | $ 341,333.25 |
| Gordon E. Krischer[3] | 1972 | Adversarial/Labor | $ 735.00 | 0.50 | $ 367.50 |
| Robert Siegel | 1975 | Adversarial/Labor | $ 735.00 | 293.05 | $ 215,391.75 |
| Tom A. Jerman | 1981 | Adversarial/Labor | $ 725.00 | 1,081.30 | $ 783,942.50 |
| Barry H. Goldstein | 1990 | Adversarial | $ 660.00 | 319.80 | $ 211,068.00 |
| Rachel S. Janger | 1999 | Adversarial/Labor | $ 495.00 | 741.05 | $ 366,819.75 |
| Jessica Kastin | 2002 | Adversarial/Labor | $ 495.00 | 760.95 | $ 376,670.25 |
| Lani Miller | 1996 | Adversarial | $ 485.00 | 23.60 | $ 11,446.00 |
| Jennifer L. Merzon | 2003 | Adversarial/Labor | $ 480.00 | 23.60 | $ 11,328.00 |
| Raquel A. Millman | 2003 | Adversarial/Labor | $ 480.00 | 25.30 | $ 12,144.00 |
| Aparna B. Joshi[4] | 2000 | Adversarial/Labor | $ 470.00 | 4.80 | $ 2,256.00 |
| Aparna B. Joshi | 2000 | Adversarial/Labor | $ 425.00 | 0.30 | $ 127.50 |
| Heejung Son | 2001 | Adversarial/Labor | $ 450.00 | 223.00 | $ 100,350.00 |
| Kyra Grundeman | 2004 | Adversarial | $ 340.00 | 76.20 | $ 25,908.00 |
| Deepa Ambekar | 2005 | Adversarial/Labor | $ 310.00 | 593.90 | $ 184,109.00 |
| Melissa Janiak-Oliver | 2006 | Adversarial/Labor | $ 310.00 | 578.20 | $ 179,242.00 |
| Stacy Hauf | 2006 | Adversarial | $ 280.00 | 454.40 | $ 127,232.00 |

---

[1]    As disclosed in its Engagement Letter, the hourly rates of all O'Melveny professionals and legal assistants change from time to time based on, among other variables, changes in attorney seniority or status and changes in our rates generally.  These adjustments, where applicable, are noted accordingly.

[2]    Although all professionals record time in increments of one-tenth of an hour, due to O'Melveny's voluntary write-off of one-half of travel time, the total hours billed for certain professionals are expressed in one-hundredths of an hour.

[3]    Gordon E. Krischer, a partner in O'Melveny's Labor and Employment Practice Group, was consulted for his expertise in specific matters pertaining to the National Labor Relations Act.

[4]    Aparna B. Joshi, a counsel in O'Melveny's Labor and Employment Practice Group, was consulted for her expertise arising out of her experience in prior labor-related bankruptcy matters.

Due to a clerical error, fees for work done by Aparna B. Joshi in December 2005 were omitted from the First Interim Period invoices;  O'Melveny has corrected this error and included the fee charge in its Second Interim Period invoices.

| Adam Hellman | 2006 | Adversarial/Labor | $ 280.00 | 194.75 | $ 54,530.00 |
|---|---|---|---|---|---|
| | | | | | |
| **Attorney Total** | | | | **5,824.05** | **$ 3,004,265.50** |
| **Attorney Blended Rate** | | | | | **$ 515.84** |
| | | | | | |
| | | | | | |
| **Paraprofessionals**[5] | | | | | |
| Keith Whitman | | Adversarial | $ 275.00 | 3.50 | $ 962.50 |
| Nanci Blaisdell | | Adversarial | $ 265.00 | 7.80 | $ 2,067.00 |
| Patricia A. Rowen | | Adversarial | $ 245.00 | 10.80 | $ 2,646.00 |
| Steve Mauriello | | Adversarial | $ 230.00 | 111.80 | $ 25,714.00 |
| Debra Fisher | | Library | $ 225.00 | 3.90 | $ 877.50 |
| Ritvik Purohit | | Practice Support | $ 215.00 | 2.80 | $ 602.00 |
| Kim Grotenrath | | Transaction | $ 200.00 | 1.30 | $ 260.00 |
| Roy Mwangi | | Adversarial | $ 200.00 | 6.50 | $ 1,300.00 |
| Ross Neglia | | Adversarial | $ 190.00 | 71.30 | $ 13,547.00 |
| Martha A. Cocker | | Library | $ 175.00 | 4.00 | $ 700.00 |
| James Kubicz | | Litigation Services | $ 165.00 | 2.00 | $ 330.00 |
| Michelle Woo | | Adversarial | $ 160.00 | 326.70 | $ 52,272.00 |
| Kelley Kasischke | | Adversarial | $ 160.00 | 58.50 | $ 9,360.00 |
| Kimberly Edwards | | Adversarial | $ 160.00 | 11.30 | $ 1,808.00 |
| Jayne Sabolinski | | Adversarial | $ 160.00 | 3.00 | $ 480.00 |
| Mary-Lynne Bancone | | Library | $ 150.00 | 2.30 | $ 345.00 |
| Samuel S. Lax | | Court Services | $ 125.00 | 2.60 | $ 325.00 |
| Penny Pendergrass | | Library | $ 125.00 | 2.50 | $ 312.50 |
| Hanayo K. Sekiya | | Library | $ 125.00 | 0.30 | $ 37.50 |
| Michael Montalto | | Court Services | $ 35.00 | 1.00 | $ 35.00 |
| Anthony Sierra | | Court Services | $ 35.00 | 6.50 | $ 227.50 |
| | | | | | |
| **Paraprofessional Total** | | | | **640.40** | **$ 114,208.50** |
| **Paraprofessional Blended Rate** | | | | | **$ 178.34** |
| **Attorney and Paraprofessional Total** | | | | **6,464.45** | **$3,118,474.00** |
| | | | | | |
| **Blended Hourly Rate of Attorneys and Paraprofessionals** | | | | | **$ 482.40** |

---

[5]   O'Melveny has voluntarily written off $156.00 in fees (and 5.2 hours) for secretarial assistance inadvertently charged to the Debtors in the March 2006 invoice. This write-off is reflected in the paraprofessional total hours and fees as listed in the chart above. Details of the write-off are as follows:

| **Timekeeper** | **Dept.** | **Rate Hours** | **Hours** | **Amount** |
|---|---|---|---|---|
| Charlene Orozco | Text Editing | $ 30.00 | 0.30 | $ 9.00 |
| Debra Poole | Text Editing | $ 30.00 | 1.40 | $ 42.00 |
| Mee-Lee Szeto | Text Editing | $ 30.00 | 1.10 | $ 33.00 |
| Cassandra Vaugh | Adversarial | $ 30.00 | 1.80 | $ 54.00 |
| Millicent Warnock | Adversarial | $ 30.00 | 0.60 | $ 18.00 |
| **Total** | | | **5.20** | **$ 156.00** |