Exhibit "F"

## Expenses By Type

| Cost Code | Billed Amount | Category |
|---|---|---|
| E101E | $ 14,232.80 | Copying[1] (Equitrac - Internal) |
| E101E | $ 109.40 | Specialty Photocopying |
| E105A | $ 293.15 | Telephone (Accounts Payable) |
| E105E | $ 20.37 | Telephone (Equitrac – Internal) |
| E106W | $ 6,039.65 | Online Research (Westlaw) |
| E106L | $ 3,903.06 | Online Research (Lexis-Nexis) |
| E106M | $ 146.85 | Online Research (Miscellaneous) |
| E107 | $ 2,959.69 | Delivery Services/Messengers |
| E109TX | $ 7,186.48 | Local Travel (Taxi) |
| E109A | $ 3,216.38 | Local Travel (Accounts Payable) |
| E110 | $ 33,793.67 | Expense Report Other - Include Out of Town |
| E110EM | $ 5,439.87 | Out of Town Travel (Expense Report-Meals) |
| E110T | $ 35,427.55 | Out of Town Travel (Direct Bill Firm-Airfare) |
| E111A | $ 1,270.53 | Meals (Business Meeting Meals) |
| E112A | $ 53.00 | Court Fees/Filing Fees |
| E115A | $ 20,361.14 | Deposition Transcripts |
| E119A | $ 2,887.50 | Experts (Accounts Payable) |
| E119H | $ 552,030.34 | Experts (Hold) |
| E123A | $ 187,761.20 | Other Professionals |
| E124B1 | $ 71.75 | Other (Internal Bindery) |
| E130S | $ 790.80 | Scanning Services |
| | | |
| Total Second Interim Period Expenses[2] | $ 877,995.18 | |
| | | |
| First Interim Period Write-Off[3] | $ 3,536.05 | Copying (Equitrac - Internal) |
| | | |
| **Total Expenses Sought in the Second Interim Application** | **$ 874,459.13** | |

---

[1] O'Melveny charged the Debtors $0.15 per page for internal copying, rather than $0.10 per page, during the Second Interim Period. O'Melveny has therefore voluntarily written off $0.05 per page for all regular internal copying, which results in an overall reduction of $7,116.40 in copying expenses charged to the Debtors during the Second Interim Period. This write-off is reflected in the copying total billed amount set forth in the chart above.

[2] Total expenses for the Second Interim Period, as listed in the chart above, reflect a total write-off of $7,158.90. This includes the reduction of $7,116.40 in copying expenses as well as an additional $42.50 in outgoing facsimile expenses inadvertently charged to the Debtors in the February, March, and May invoices.

[3] The Debtors were also charged $0.15 per page, rather than $0.10 per page, for internal copying performed during the First Interim Period. O'Melveny has therefore voluntarily written off $0.05 per page for all regular copying performed from October 9, 2005 through January 31, 2006, which results in an additional reduction of $3,536.05 in copying expenses. O'Melveny has accordingly reduced the total expenses sought in this Second Interim Application by that amount.