United States Bankruptcy Court
For the Southern District of New York

| | |
|---|---|
| DELPHI CORPORATION | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 05-44481 |
| | } |
| Debtor | } **Amount $54,165.90** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**ELEKTRISOLA INC**
**126 HIGH ST**
**BOSCAWEN, NH 2212**

The transfer of your claim as shown above in the amount of **$54,165.90** has been transferred to:

> Liquidity Solutions, Inc.
> Dba Revenue Management
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

> By:/s/ Jeffrey Caress
> Liquidity Solutions, Inc.
> dba Revenue Management
> (201) 968-0001

496717

## TRANSFER NOTICE

Elektrisola Inc. ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: Delphi Automotive Systems LLC. (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the Claims of Assignor in the aggregate amount of $54,165.90 representing all claims against the Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 05-44640, subject to the terms of the Assignment Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the $12^{7h}$ day of June, 2006

Elektrisola Inc.                                    REVENUE MANAGEMENT

(Signature)                                         (Signature)

Peter J. Grondin, Asst. Treasurer                   Jeffrey L. Caress
(Print Name and Title)                              (Print Name of Witness)