**EXHIBIT B**

**DELPHI CORPORATION et al.**

**CREDENTIALS AND SUMMARY OF FEES BY PROFESSIONAL**

**EXHIBIT B**
**DELPHI CORPORATION et al., CASE NO. 05 - 44481 - RDD**
**CREDENTIALS AND SUMMARY OF FEES BY PROFESSIONAL**
*FOR THE PERIOD FEBRUARY 1, 2006 TO MAY 31, 2006*

| Name of Professional Person | Position of the Applicant, Number of Years in that Position[1], Years of Prior Relevant Experience, Licenses and Year Obtained, FTI Consulting Practice Area | Hourly Billing Rate | Total Billed Hours | Total Incurred Fees |
|---|---|---|---|---|
| Eisenberg, Randall | Senior Managing Director for 7.9 years; 8 years of prior relevant experience; CPA-NY-1998; CPA-CA-1989; CTP; Corporate Finance. | $655 | 714.7 | $ 468,128.50 |
| Bartko, Edward | Senior Managing Director for 3.9 years; 34.1 years of prior relevant experience; CPA-VA-1975; CPA-MD-1975; CPA-DC-1975; CFE - 1992; Corporate Finance / Transaction Advisory Services. | $655 | 102.5 | $ 67,137.50 |
| Joffe, Steven | Senior Managing Director for 2.8 years; 26 years of prior relevant experience; JD-NY-1977; LLM 1977; Corporate Finance. | $655 | 1.8 | $ 1,179.00 |
| Caruso, Robert | Senior Managing Director for 5.9 years; 10 years of prior relevant experience; CPA-IL-1984; CIRA; Corporate Finance. | $610 | 308.9 | $ 188,429.00 |
| King, Scott | Senior Managing Director for 8.9 years; 10 years of prior relevant experience; CPA-PA-1986; CPA-OH-1997; CIRA; JD-PA-1991; Corporate Finance. | $610 | 195.8 | $ 119,438.00 |
| Szmadzinski, Joseph | Senior Managing Director for 1.3 years; 29 years of prior relevant experience; CDP-OH-1981; Corporate Finance. | $610 | 28.3 | $ 17,263.00 |
| Smalstig, David | Senior Managing Director for 0.9 years; 23.1 years of prior relevant experience; CPA-PA-1989; CPA-IL-1994; Corporate Finance / Transaction Advisory Services. | $595 | 219.1 | $ 130,364.50 |
| Behnke, Thomas | Managing Director for 13 years; 5.2 years of prior relevant experience; CPA-TX-1989; Corporate Finance / Claims Management. | $590 | 605 | $ 356,950.00 |
| Frankum, Adrian | Managing Director for 4.8 years; 12.1 years of prior relevant experience; CPA-NY-1994; Corporate Finance. | $590 | 546.5 | $ 322,435.00 |
| Guglielmo, James | Managing Director for 4.8 years; 9 years of prior relevant experience; CIRA; Corporate Finance. | $590 | 743.3 | $ 438,547.00 |
| Kuby, Kevin | Managing Director for 3.9 years; 4.1 years of prior relevant experience; CTP; Corporate Finance. | $590 | 432 | $ 254,880.00 |
| Remnitz, David | Senior Managing Director for 4 years; 18 years of prior relevant experience; no licenses held; Technology. | $575 | 5.6 | $ 3,220.00 |
| Farrell, David | Managing Director for 0.5 years; 6.2 years of prior relevant experience; Chartered Accountant of England and Wales - 1992; Corporate Finance / Transaction Advisory Services. | $545 | 165.3 | $ 90,088.50 |
| Janecek, Darin | Managing Director for 0.3 years; 15.5 years of prior relevant experience; CPA-WI-1993; Corporate Finance / Transaction Advisory Services. | $545 | 322.4 | $ 175,708.00 |
| Wehrle, David | Director for 6.4 years; no prior relevant experience; CIRA; CFA; Corporate Finance. | $520 | 614.2 | $ 319,384.00 |
| Yozzo, John | Managing Director for 13 years; 8 years of prior relevant experience; no licenses held; Corporate Finance / Operations. | $520 | 3.8 | $ 1,976.00 |
| Emrikian, Armen | Director for 1.8 years; 8 years of prior relevant experience; no licenses held; Corporate Finance. | $495 | 700.5 | $ 346,747.50 |
| Mack, Chris | Director for 1.9 years; 7.8 years of prior relevant experience; CIRA; Corporate Finance. | $495 | 19.2 | $ 9,504.00 |

**EXHIBIT B**
**DELPHI CORPORATION et al., CASE NO. 05 - 44481 - RDD**
**CREDENTIALS AND SUMMARY OF FEES BY PROFESSIONAL**
*FOR THE PERIOD FEBRUARY 1, 2006 TO MAY 31, 2006*

| Name of Professional Person | Position of the Applicant, Number of Years in that Position[1], Years of Prior Relevant Experience, Licenses and Year Obtained, FTI Consulting Practice Area | Hourly Billing Rate | Total Billed Hours | Total Incurred Fees |
|---|---|---|---|---|
| Wada, Jarod | Director for 3.7 years; 8.4 years of prior relevant experience; no licenses held; Corporate Finance. | $495 | 13.2 | $ 6,534.00 |
| Perfetti, Lisa | Managing Director for 2.7 years; 17.7 years of prior relevant experience; CPA-NY-1991; Forensic and Litigation Consulting. | $475 | 55.4 | $ 26,315.00 |
| Rushing, Sherry | Director for 6 years; 8 years of prior relevant experience; no licenses held; Corporate Finance. | $470 | 18.1 | $ 8,507.00 |
| Li, Danny | Director for 2.1 years; 5.5 years of prior relevant experience; CIRA; CFA; Corporate Finance. | $465 | 106.5 | $ 49,522.50 |
| Wu, Christine | Director for 1.4 years; 5.3 years of prior relevant experience; CIRA; CDBV; Corporate Finance. | $465 | 643.1 | $ 299,041.50 |
| Fletemeyer, Ryan | Director for 0.4 years; 7.7 years of prior relevant experience; no licenses held; Corporate Finance. | $435 | 869.6 | $ 378,276.00 |
| Gildersleeve, Ryan | Director for 0.5 years; 4.5 years of prior relevant experience; no licenses held; Corporate Finance / Claims Management. | $435 | 249.9 | $ 108,706.50 |
| Petropoulos, Marino | Director for 0.8 years; 18 years of prior relevant experience; CPA-IL-1989; Corporate Finance / Transaction Advisory Services. | $435 | 39.6 | $ 17,226.00 |
| Pokrassa, Michael | Director for 0.4 years; 5.9 years of prior relevant experience; CPA-NY-2005; Corporate Finance. | $435 | 702.8 | $ 305,718.00 |
| Robinson, Joshua | Director for 0.6 years; 4.4 years of prior relevant experience; no licenses held; Corporate Finance / Claims Management. | $435 | 46.4 | $ 20,184.00 |
| Teakram, Harry | Director for 0.6 years; 15 years of prior relevant experience; CPA-CA-2006; CFE; Technology. | $425 | 78.3 | $ 33,277.50 |
| O'Malley, Stephen | Director for 0.6 years; 5.9 years of prior relevant experience; no licenses held; Technology. | $400 | 66.2 | $ 26,480.00 |
| Pfromer, Ed | Managing Director for 1 year; 17.4 years of prior relevant experience; no licenses held; Technology. | $400 | 40.9 | $ 16,360.00 |
| Dana, Steven | Consultant for 1.4 years; 3.3 years of prior relevant experience; no licenses held; Corporate Finance. | $385 | 695.4 | $ 267,729.00 |
| Karamanos, Stacy | Consultant for 0.5 years; 6.5 years of prior relevant experience; CPA-IL-2005; TMA; Corporate Finance. | $385 | 368.5 | $ 141,872.50 |
| Kim, John | Director for 2.7 years; 6.4 years of prior relevant experience; CFE; Forensic and Litigation Consulting. | $385 | 36.5 | $ 14,052.50 |
| Lawand, Gilbert | Consultant for 1 year; 4.5 years of prior relevant experience; CPA-GA-2000; Corporate Finance. | $385 | 214.4 | $ 82,544.00 |
| Marbury, Aaron | Consultant for 4.8 years; no prior relevant experience; no licenses held; Corporate Finance. | $385 | 76.5 | $ 29,452.50 |
| Stevning, Johnny | Consultant for 3 years; 5 years of prior relevant experience; no licenses held; Corporate Finance / Claims Management. | $385 | 57.5 | $ 22,137.50 |
| Summers, Joseph | Consultant for 2 years; 4.4 years of prior relevant experience; no licenses held; Corporate Finance / Claims Management. | $385 | 363.3 | $ 139,870.50 |

**EXHIBIT B**
**DELPHI CORPORATION et al., CASE NO. 05 - 44481 - RDD**
**CREDENTIALS AND SUMMARY OF FEES BY PROFESSIONAL**
*FOR THE PERIOD FEBRUARY 1, 2006 TO MAY 31, 2006*

| Name of Professional Person | Position of the Applicant, Number of Years in that Position[1], Years of Prior Relevant Experience, Licenses and Year Obtained, FTI Consulting Practice Area | Hourly Billing Rate | Total Billed Hours | Total Incurred Fees |
|---|---|---|---|---|
| Abbott, Jason | Consultant for 0.5 years; 5.9 years of prior relevant experience; CPA-IA-2004; CPA-IL-2005; Corporate Finance / Transaction Advisory Services. | $355 | 280.3 | $ 99,506.50 |
| Nathan, Robert | Consultant for 1.3 years; 3 years of prior relevant experience; no licenses held; Corporate Finance / Claims Management. | $355 | 20.8 | $ 7,384.00 |
| Tamm, Christopher | Consultant for 1.4 years; 2.3 years of prior relevant experience; no licenses held; Corporate Finance. | $355 | 703.8 | $ 249,849.00 |
| Triana, Jennifer | Consultant for 0.3 years; 4.8 years of prior relevant experience; no licenses held; Corporate Finance / Claims Management. | $355 | 30.6 | $ 10,863.00 |
| Ward, James | Consultant for 1.7 years; 6.5 years of prior relevant experience; CPA-VA-1999; Corporate Finance / Transaction Advisory Services. | $355 | 199 | $ 70,645.00 |
| Weber, Eric | Consultant for 0.4 years; 4.8 years of prior relevant experience; CPA-IL-2002; Corporate Finance. | $355 | 654.2 | $ 232,241.00 |
| Concannon, Joseph | Consultant for 0.4 years; 3.3 years of prior relevant experience; CPA-PA-2004; Corporate Finance. | $325 | 539 | $ 175,175.00 |
| Gujral, Pankaj | Consultant for 0.3 years; 6.8 years of prior relevant experience; no licenses held; Corporate Finance / Claims Management. | $325 | 5 | $ 1,625.00 |
| Uhl, Mike | Consultant for 0.6 years; 3.4 years of prior relevant experience; no licenses held; Corporate Finance / Claims Management. | $325 | 109.9 | $ 35,717.50 |
| Kocica, Anthony | Consultant for 0.4 years; 3.6 years of prior relevant experience; no licenses held; Technology. | $310 | 11.9 | $ 3,689.00 |
| Lewandowski, Douglas | Associate for 1.9 years; 1.6 years of prior relevant experience; no licenses held; Corporate Finance / Claims Management. | $280 | 3.4 | $ 952.00 |
| Ingle, Suann | Director for 3.8 years; 19.1 years of prior relevant experience; no licenses held; Forensic and Litigation Consulting. | $275 | 2.5 | $ 687.50 |
| Amico, Marc | Associate for 1.1 years; no prior relevant experience; no licenses held; Corporate Finance. | $245 | 179.3 | $ 43,928.50 |
| McDonagh, Timothy | Associate for 1.1 years; 0.5 years of prior relevant experience; no licenses held; Corporate Finance. | $245 | 714.8 | $ 175,126.00 |
| Nentin, Sarosh | Associate for 1.1 years; no prior relevant experience; no licenses held; Corporate Finance. | $245 | 21.3 | $ 5,218.50 |
| Ng, William | Associate for 1.1 years; no prior relevant experience; no licenses held; Corporate Finance. | $245 | 17.8 | $ 4,361.00 |
| Panoff, Christopher | Associate for 1.1 years; no prior relevant experience; no licenses held; Corporate Finance. | $245 | 272.7 | $ 66,811.50 |
| Park, Ji Yon | Associate for 1.1 years; no prior relevant experience; no licenses held; Corporate Finance. | $245 | 266.6 | $ 65,317.00 |
| Schondelmeier, Kathryn | Associate for 1 year; no prior relevant experience; no licenses held; Corporate Finance. | $245 | 432.3 | $ 105,913.50 |

**EXHIBIT B**
**DELPHI CORPORATION et al., CASE NO. 05 - 44481 - RDD**
**CREDENTIALS AND SUMMARY OF FEES BY PROFESSIONAL**
*FOR THE PERIOD FEBRUARY 1, 2006 TO MAY 31, 2006*

| Name of Professional Person | Position of the Applicant, Number of Years in that Position[1], Years of Prior Relevant Experience, Licenses and Year Obtained, FTI Consulting Practice Area | Hourly Billing Rate | Total Billed Hours | Total Incurred Fees |
|---|---|---|---|---|
| Shah, Sanket | Associate for 0.9 years; no prior relevant experience; no licenses held; Corporate Finance / Claims Management. | $245 | 97.7 | $ 23,936.50 |
| Suh, Diana | Associate for 0.8 years; no prior relevant experience; no licenses held; Corporate Finance. | $245 | 8.6 | $ 2,107.00 |
| Swanson, David | Associate for 1.1 years; no prior relevant experience; no licenses held; Corporate Finance. | $245 | 56.3 | $ 13,793.50 |
| Nguyen, Liem | Consultant for 1.6 years; no prior relevant experience; no licenses held; Technology. | $225 | 1.1 | $ 247.50 |
| Bowers, Amanda | Paraprofessional/Intern for 0.6 years; no prior relevant experience; no licenses held; Corporate Finance. | $175 | 54.5 | $ 9,537.50 |
| Johnston, Cheryl | Paraprofessional for 13.3 years; 18 years of prior relevant experience; no licenses held; Corporate Finance. | $175 | 436.5 | $ 76,387.50 |
| **Sub-Total** | | | **15,590.9** | **$ 6,786,206.00** |
| **Fee accommodations** | | | | **$ (650,104.45)** |
| **Grand Total for all Professionals** | | | | **$ 6,136,101.55** |

**Notes:**

[1] Years in current position include years at a prior firm if the professional was employed at a firm that was acquired by FTI Consulting, Inc.

**EXHIBIT C**

**DELPHI CORPORATION et al.**

**SUMMARY OF FEES & EXPENSES BY MONTH**

**EXHIBIT C**
**DELPHI CORPORATION et al., CASE NO. 05 - 44481 - RDD**
**SUMMARY OF FEES & EXPENSES BY MONTH**
*FOR THE PERIOD FEBRUARY 1, 2006 TO MAY 31, 2006*

|  | February 1, 2006 - February 28, 2006 | March 1, 2006 - March 31, 2006 | April 1, 2006 - April 30, 2006 | May 1, 2006 - May 31, 2006 | Total |
|---|---|---|---|---|---|
| **FEES** | | | | | |
| Incurred | $ 1,658,042.50 | $ 1,611,188.50 | $ 1,416,476.00 | $ 2,100,499.00 | $ 6,786,206.00 |
| Fee accommodations [1] | (146,420.00) | (124,355.00) | (138,637.50) | (240,691.95) $ | (650,104.45) |
| Billed | $ 1,511,622.50 | $ 1,486,833.50 | $ 1,277,838.50 | $ 1,859,807.05 | $ 6,136,101.55 |
| Paid | (1,209,298.00) | (1,189,466.80) | (1,022,270.80) | (1,487,845.64) $ | (4,908,881.24) |
| Unpaid | $ 302,324.50 | $ 297,366.70 | $ 255,567.70 | $ 371,961.41 $ | 1,227,220.31 |
| *Holdback (Included in Unpaid Amount)* | $ 302,324.50 $ | 297,366.70 $ | 255,567.70 $ | 371,961.41 $ | 1,227,220.31 |
| **EXPENSES** | | | | | |
| Incurred & Billed | $ 168,785.18 $ | 133,388.62 $ | 120,198.56 $ | 183,152.48 $ | 605,524.84 |
| Paid | (168,785.18) | (133,388.62) | (120,198.56) | (183,152.48) | (605,524.84) |
| Unpaid | $ - $ | - $ | - $ | - $ | - |
| **TOTAL** | | | | | |
| Incurred | $ 1,826,827.68 $ | 1,744,577.12 $ | 1,536,674.56 $ | 2,283,651.48 $ | 7,391,730.84 |
| Total Fee accommodations | (146,420.00) | (124,355.00) | (138,637.50) | (240,691.95) | (650,104.45) |
| Billed | $ 1,680,407.68 | 1,620,222.12 | 1,398,037.06 | 2,042,959.53 | 6,741,626.39 |
| Paid | (1,378,083.18) | (1,322,855.42) | (1,142,469.36) | (1,670,998.12) | (5,514,406.08) |
| Unpaid | $ 302,324.50 $ | 297,366.70 $ | 255,567.70 $ | 371,961.41 $ | 1,227,220.31 |
| *Holdback (Included in Unpaid Amount)* | $ 302,324.50 $ | 297,366.70 $ | 255,567.70 $ | 371,961.41 $ | 1,227,220.31 |

**Notes:**

[1] FTI elected to make certain voluntary fee accommodations within several of the task categories in the Application Period. Please refer to Exhibit D for additional details.

**EXHIBIT D**

**DELPHI CORPORATION et al.**

**SUMMARY OF FEES AND HOURS BY PROJECT CATEGORY BY MONTH**

**EXHIBIT D**
**DELPHI CORPORATION et al., CASE NO. 05 - 44481 - RDD**
**SUMMARY OF FEES AND HOURS BY PROJECT CATEGORY BY MONTH**
*FOR THE PERIOD FEBRUARY 1, 2006 TO MAY 31, 2006*

| Category | Category Description | February 1, 2006 - February 28, 2006 | | March 1, 2006 - March 31, 2006 | | April 1, 2006 - April 30, 2006 | | May 1, 2006 - May 31, 2006 | | Gross Total | | Fee Accommodations | Net Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | | Hours | Fees |
| 01 | Fulfill Information Requests and Participate in Meetings with Pre-petition Lenders and their Advisors | 56.1 | $ 30,889.50 | 45.2 | $ 17,700.00 | 26.1 | $ 13,890.50 | 17.7 | $ 8,663.00 | 145.1 | $ 71,143.00 | $ - | 145.1 | $ 71,143.00 |
| 02 | Cash Management & Reporting | 20.1 | $ 10,306.00 | 2.9 | $ 1,398.50 | 4.4 | $ 1,907.00 | 6.4 | $ 2,477.50 | 33.8 | $ 16,089.00 | $ - | 33.8 | $ 16,089.00 |
| 03 | DIP Financing/Treasury | 95.8 | $ 34,998.50 | 9.6 | $ 4,081.00 | 18.2 | $ 6,861.50 | 6.5 | $ 2,695.50 | 130.1 | $ 48,636.50 | $ - | 130.1 | $ 48,636.50 |
| 04 | Business Plan Modeling and Analysis | 767.0 | $ 323,048.00 | 748.8 | $ 307,797.00 | 485.7 | $ 201,557.50 | 476.1 | $ 194,988.50 | 2,477.6 | $ 1,027,391.00 | $ (20,000.00) | 2,477.6 | $ 1,007,391.00 |
| 05 | Budget Business Plan Development | - | $ - | 8.4 | $ 3,355.50 | 23.2 | $ 10,463.00 | 36.8 | $ 18,360.50 | 68.4 | $ 32,179.00 | $ - | 68.4 | $ 32,179.00 |
| 20 | 1113/1114 Analysis and Negotiations Pertaining to Collective Bargaining Agreements | 120.3 | $ 54,083.50 | 122.6 | $ 67,407.50 | 261.1 | $ 142,650.00 | 637.6 | $ 343,578.00 | 1,141.6 | $ 607,719.00 | $ (1,000.00) | 1,141.6 | $ 606,719.00 |
| 22 | A/P Cutoff & Post-petition Operations | - | $ - | 10.9 | $ 5,943.00 | 33.9 | $ 19,480.50 | 297.6 | $ 134,678.50 | 342.4 | $ 160,102.00 | $ (3,000.00) | 342.4 | $ 157,102.00 |
| 23 | Claims Management | 166.8 | $ 80,719.50 | 168.3 | $ 79,268.50 | 111.9 | $ 54,313.00 | 381.6 | $ 177,644.50 | 828.6 | $ 391,945.50 | $ (5,000.00) | 828.6 | $ 386,945.50 |
| 25 | Court Attendance and Expert Witness Testimony | 18.2 | $ 11,921.00 | 37.7 | $ 21,814.50 | 14.1 | $ 9,235.50 | 2.4 | $ 1,572.00 | 72.4 | $ 44,543.00 | $ - | 72.4 | $ 44,543.00 |
| 28 | First Day Orders related to Suppliers - Implementation and Compliance | 133.0 | $ 52,112.00 | 150.8 | $ 59,903.00 | 115.8 | $ 45,924.00 | 119.3 | $ 47,367.50 | 518.9 | $ 205,306.50 | $ - | 518.9 | $ 205,306.50 |
| 29 | First Day Orders related to all Other Motions (Non-Supplier) - Implementation and Compliance | 76.4 | $ 28,597.00 | 58.6 | $ 24,285.00 | 16.0 | $ 6,608.50 | - | $ - | 151.0 | $ 59,490.50 | $ - | 151.0 | $ 59,490.50 |
| 30 | Assistance with various Motions | - | $ - | 5.1 | $ 3,249.50 | - | $ - | - | $ - | 5.1 | $ 3,249.50 | $ - | 5.1 | $ 3,249.50 |
| 31 | Customer Contract Analysis | 272.2 | $ 143,163.50 | 386.8 | $ 187,780.50 | 152.0 | $ 78,683.50 | 176.6 | $ 97,905.00 | 987.6 | $ 507,532.50 | $ (7,000.00) | 987.6 | $ 500,532.50 |
| 32 | General Motors Negotiations | - | $ - | 7.9 | $ 4,372.50 | 4.3 | $ 2,304.50 | 19.1 | $ 9,406.00 | 31.3 | $ 16,083.00 | $ - | 31.3 | $ 16,083.00 |
| 34 | Restructuring Strategy | 39.4 | $ 22,547.00 | 48.5 | $ 27,942.00 | 21.8 | $ 12,751.00 | 21.1 | $ 12,107.50 | 130.8 | $ 75,347.50 | $ (2,000.00) | 130.8 | $ 73,347.50 |
| 35 | Monthly Operating Reports | 20.6 | $ 11,576.50 | 14.6 | $ 8,495.00 | 3.8 | $ 2,242.00 | 3.2 | $ 1,888.00 | 42.2 | $ 24,201.50 | $ (2,000.00) | 42.2 | $ 22,201.50 |
| 38 | Reclamations | 462.6 | $ 163,100.00 | 418.5 | $ 155,017.50 | 285.5 | $ 110,095.00 | 295.0 | $ 107,977.50 | 1,461.6 | $ 536,190.00 | $ (15,000.00) | 1,461.6 | $ 521,190.00 |
| 40 | SOFA/SOAL | 106.5 | $ 41,542.50 | 272.1 | $ 111,277.50 | 279.4 | $ 118,650.00 | 10.0 | $ 3,896.00 | 668.0 | $ 275,366.00 | $ (7,000.00) | 668.0 | $ 268,366.00 |
| 44 | Fulfill Information Requests and Participate in Meetings with Unsecured Creditors Committee ("UCC") and its Advisors | 497.4 | $ 230,486.00 | 291.2 | $ 136,340.00 | 195.4 | $ 94,970.50 | 109.0 | $ 50,035.50 | 1,093.0 | $ 511,832.00 | $ (2,000.00) | 1,093.0 | $ 509,832.00 |
| 45 | PBGC Information Requests and Negotiations | - | $ - | - | $ - | - | $ - | 5.7 | $ 2,586.00 | 5.7 | $ 2,586.00 | $ - | 5.7 | $ 2,586.00 |
| 48 | Set-off Analysis | 30.1 | $ 11,307.50 | 37.8 | $ 16,425.50 | 27.7 | $ 11,929.50 | 36.0 | $ 14,132.00 | 131.6 | $ 53,794.50 | $ - | 131.6 | $ 53,794.50 |
| 49 | Information Requests and Meetings with the Official Committee of Equity Security Holders ("Equity Committee") | - | $ - | - | $ - | - | $ - | 4.2 | $ 2,707.00 | 4.2 | $ 2,707.00 | $ - | 4.2 | $ 2,707.00 |
| 50 | Petitions and Fulfill Information Requests/ Requirements of the U.S. Trustee | 26.1 | $ 16,068.50 | - | $ - | - | $ - | - | $ - | 26.1 | $ 16,068.50 | $ - | 26.1 | $ 16,068.50 |
| 70 | Supplier Call Center | 15.3 | $ 7,448.00 | 66.8 | $ 22,765.50 | 19.7 | $ 6,139.00 | - | $ - | 101.8 | $ 36,352.50 | $ (3,000.00) | 101.8 | $ 33,352.50 |
| 75 | Supplier Relations | 27.4 | $ 14,712.50 | 9.2 | $ 4,883.00 | 28.7 | $ 15,239.00 | 5.3 | $ 2,756.00 | 70.6 | $ 37,590.50 | $ - | 70.6 | $ 37,590.50 |
| 77 | Supplier Contract Assumption /Extension | 233.5 | $ 83,721.50 | 214.7 | $ 81,051.50 | 98.6 | $ 42,554.00 | 133.4 | $ 56,872.00 | 680.2 | $ 264,199.00 | $ - | 680.2 | $ 264,199.00 |
| 80 | Sell-Side Transaction Support | - | $ - | - | $ - | 305.3 | $ 159,662.00 | 1,022.7 | $ 471,843.00 | 1,328.0 | $ 631,505.00 | $ (94,776.45) | 1,328.0 | $ 536,728.55 |
| 90 | Virtual Data Room | 22.0 | $ 8,607.50 | 2.8 | $ 1,120.00 | 7.6 | $ 3,040.00 | 9.1 | $ 3,640.00 | 41.5 | $ 16,407.50 | $ - | 41.5 | $ 16,407.50 |
| 97 | Case Administration | 12.7 | $ 7,763.50 | 11.3 | $ 5,755.00 | 26.7 | $ 14,269.00 | 6.4 | $ 2,648.50 | 57.1 | $ 30,436.00 | $ - | 57.1 | $ 30,436.00 |
| 98 | Fee Application Process | 235.0 | $ 74,483.00 | 290.9 | $ 75,050.00 | 251.8 | $ 61,781.00 | 257.5 | $ 62,242.50 | 1,035.2 | $ 273,556.50 | $ (85,000.00) | 1,035.2 | $ 188,556.50 |
| 99 | Travel | 436.0 | $ 194,840.00 | 408.0 | $ 176,710.00 | 365.0 | $ 169,275.00 | 570.4 | $ 265,831.00 | 1,779.4 | $ 806,656.00 | $ (403,328.00) | 1,779.4 | $ 403,328.00 |
| | Total | 3,890.5 | $ 1,658,042.50 | 3,850.0 | $ 1,611,188.50 | 3,183.7 | $ 1,416,476.00 | 4,666.7 | $ 2,100,499.00 | 15,590.9 | $ 6,786,206.00 | $ (650,104.45) | 15,590.9 | $ 6,136,101.55 |

**EXHIBIT E**

**DELPHI CORPORATION et al.**

**SUMMARY OF EXPENSES BY CATEGORY BY MONTH**

**EXHIBIT E**
**DELPHI CORPORATION et al., CASE NO. 05 - 44481 - RDD**
**SUMMARY OF EXPENSES BY CATEGORY BY MONTH**
*FOR THE PERIOD FEBRUARY 1, 2006 TO MAY 31, 2006*

| Expense Category | February 1, 2006 - February 28, 2006 | March 1, 2006 - March 31, 2006 | April 1, 2006 - April 30, 2006 | May 1, 2006 - May 31, 2006 | Total |
|---|---|---|---|---|---|
| Airfare [1] | $ 71,515.51 | $ 55,711.30 | $ 57,343.90 | $ 91,744.27 | $ 276,314.98 |
| Lodging | 52,101.88 | 37,568.38 | 31,697.24 | $ 46,946.83 | 168,314.33 |
| Meals [2] | 11,258.87 | 10,038.21 | 8,854.98 | $ 12,619.83 | 42,771.89 |
| Transportation [3] | 29,812.73 | 25,601.19 | 20,467.15 | $ 27,771.93 | 103,653.00 |
| Other [4] | 4,096.19 | 4,469.54 | 1,835.29 | $ 4,069.62 | 14,470.64 |
| **Total Out-of-Pocket Expenses** | $ 168,785.18 | $ 133,388.62 | $ 120,198.56 | $ 183,152.48 | $ 605,524.84 |

**Notes:**

[1] All airplane travel is charged at the cost of coach airfare. To the extent that staff travel to locations other than their home destination for the weekend, travel expenses are limited to the lesser cost associated with the alternative destination or their home city.

[2] Meals have been limited to $40 per person per meal. FTI is not seeking reimbursement for lunches in this matter.

[3] Reimbursement for mileage is based on IRS mileage rates. For the period of February 1, 2006 through May 31, 2006, the rate was 44.5 cents-per-mile.

[4] Includes $6000 related to virtual data room fees.