# EXHIBIT A

BANNER & WITCOFF, LTD.
10 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
312-463-5000
Charles W. Shifley
Binal J. Patel

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al. | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

------------------------------X

SUMMARY SHEET
FOR SECOND INTERIM APPLICATION OF BANNER & WITCOFF, LTD.,
INTELLECTUAL PROPERTY COUNSEL TO DELPHI CORPORATION, SEEKING
ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES UNDER 11 U.S.C. SECTIONS 330 AND 331

Banner & Witcoff, Ltd. ("Banner"), intellectual property counsel for Delphi Corporation ("Delphi"), and a Retained Professional, submits this Summary Sheet in support of its second interim application seeking a second interim allowance and payment of compensation and reimbursement of expenses under 11 U.S.C. §§330 and 331 for the period from February 1, 2006 through May 31, 2006 ("the Application Period").

TOTAL COMPENSATION AND EXPENSES REQUESTED AND ANY AMOUNT(S) PREVIOUSLY REQUESTED

Requested: $42,339.32
Previously Requested: $29,992.00

TOTAL COMPENSATION AND EXPENSES PREVIOUSLY AWARDED BY THE COURT

Total Previously Awarded: Zero

NAME AND APPLICABLE BILLING RATE FOR EACH PERSON WHO BILLED TIME DURING THE PERIOD, AND DATE OF BAR ADMISSION FOR EACH ATTORNEY

| Name | Rate | Bar Admission |
|---|---|---|
| Matthew P. Becker | $295.00 | 1998 |
| Ted L. Field | $215.00 | 2002 |
| Matthew S. Phillips | $115.00 | Paralegal |
| Charles W. Shifley | $435.00 | 1976 |
| Binal J. Patel | $320.00 | 1996 |

TOTAL HOURS BILLED AND TOTAL AMOUNT OF BILLING FOR EACH PERSON WHO BILLED TIME DURING BILLING PERIOD

| Name | Hours | Amount |
|---|---|---|
| Matthew P. Becker | 1.00 hours | $295.00 |
| Ted L. Field | 0.20 hours | $ 43.00 |
| Matthew S. Phillips | 0.80 hours | $ 92.00 |
| Charles W. Shifley | 73.6 hours | $32,016.00 |
| Binal J. Patel | 27.4 hours | $8,768.00 |

2

COMPUTATION OF BLENDED HOURLY RATE FOR PERSONS WHO BILLED TIME DURING PERIOD, EXCLUDING PARALEGAL OR OTHER PARAPROFESSIONAL TIME

Blended hourly rate: $298.75 per hour

                                            Respectfully submitted,

                                            */s/ Charles W. Shifley*
                                            Charles W. Shifley
                                            Banner & Witcoff, Ltd.
                                            10 South Wacker Drive
                                            Suite 3000
                                            Chicago, Illinois 60606
                                            Telephone: (312) 463-5000
                                            Facsimile: (312) 463-5001