EXHIBIT H



**BANNER & WITCOFF, LTD.**
INTELLECTUAL PROPERTY LAW

Suite 3000
10 South Wacker Drive
Chicago, IL 60606

Tel: 312.463.5000
Fax: 312.463.5001
www.bannerwitcoff.com

FEIN # 36-4008943

Delphi Technologies, Inc.
Mr. Cosnowski
Legal Staff - Intell. Property
P.O. Box 5052
MC: 480-414-420
Troy, MI 48007-5052

| | |
|---|---|
| Invoice Number | 1621735 |
| Invoice Date | 05/25/06 |
| Client Number | 004588 |
| Matter Number | 00013 |

RE:   00013   Automotive Technologies v. BMW of North America, et al.
      Case No. 01-71700
      Delphi File No. 2001-000762 (ATI I)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/06:

| Date | Tkpr | | | Hours |
|---|---|---|---|---|
| 02/09/06 | CWS | DELP36 | Senior input into the draft status report to the Federal Circuit | 0.40 |
| 02/09/06 | BJP | DELP36 | File 60-day status report with Court regarding status of efforts by ATI to lift the automatic stay | 1.20 |
| 02/10/06 | CWS | DELP36 | Call with Mr. Hosken, Federal Circuit mediation co-ordinator, and e-mail report to Mr. Cosnowski | 0.60 |
| 02/28/06 | CWS | DELP36 | Preparation of a fee application | 3.00 |
| 03/07/06 | CWS | DELP16 | Reading a letter from the CAFC mediation coordinator, forwarding it to Mr. Cosnowski, learning about Mr. Bosses, and forwarding information to Mr. Cosnowski | 0.60 |

| Date | Tkpr | | | Hours |
|---|---|---|---|---|
| 03/08/06 | CWS | DELP16 | Reading an e-mail from Mr. Bosses, and forwarding it to Mr. Cosnowski | 0.40 |
| 03/10/06 | CWS | DELP16 | Reading of Mr. Baniak's letter of March 9, 2006 seeking a settlement | 0.50 |
| 03/20/06 | CWS | DELP16 | Reading email and letters from co-counsel sending materials to the mediator and from the mediation co-ordinator, co-ordinating them with Mr. Patel, and forwarding them to Mr. Cosnowski | 0.40 |
| 03/21/06 | CWS | DELP16 | Review of e-mails about mediation and contact with Mr. Cosnowski through Mr. Patel | 0.90 |
| 03/21/06 | CWS | DELP16 | Continued efforts toward mediation by studying the settlement proposal sent by Mr. Baniak by letter | 2.00 |
| 03/25/06 | CWS | DELP16 | Analyzing Delphi's reorganization plan as reported in the press in relation to mediation of this case, analyzing especially what position to take toward mediation in light of the strength of Delphi's reorganization plan | 0.90 |
| 03/27/06 | CWS | DELP16 | Taking calls from Mr. Baniak, reading e-mail sent by Mr. Baniak, investigating e-mail we are not receiving on mediation, locating the source of errors with other firms, writing e-mail to get the errors corrected, co-ordinating with Mr. Patel, scheduling a call for April 3 with the mediator, and forwarding advice with a screen shot of missing email to Delphi's inhouse counsel Mr. Cosnowski | 3.80 |
| 03/27/06 | CWS | DELP36 | Continued preparation of a fee application | 2.20 |
| 03/28/06 | CWS | DELP36 | Continued preparation of our fee application | 8.60 |
| 03/29/06 | CWS | DELP36 | Continued preparation of a fee application, a certification, a summary schedule, a proposed order, a notice of fee application, an e-mail notice of fee application, and extensive associated exhibits | 5.00 |

| Date | Tkpr | | | Hours |
|---|---|---|---|---|
| 03/31/06 | CWS | DELP36 | Continued preparation of a fee application | 1.70 |
| 04/03/06 | CWS | DELP16 | Final preparation for and representation of Delphi in an extended telephone conference with the mediator, the plaintiff, and other defendants, a follow-up call with defendants alone, a follow-up call with Delphi's Mr. Cosnowski, and follow-up emails to both let other defendants know plaintiff has moved to lift the bankruptcy stay, and to assure we are timely preparing our required 60 day report to the Court of Appeals | 1.90 |
| 04/03/06 | BJP | DELP12 | Prepare for and participate in mediation conference with mediator; conferral with Mr. Cosnowski regarding the same; initiate draft of 60-day status report and forward to Mr. Cosnowski | 1.50 |
| 04/04/06 | CWS | DELP16 | Reading email from Mr. Cosnowski on Delphi availability for mediation, checking own docket, and e-mail to the mediator that Delphi is not available as desired, providing alternate dates | 0.40 |
| 04/05/06 | CWS | DELP16 | Reading email from co-defense-counsel that a variety of possible mediation dates are not acceptable, an email to Delphi's Mr. Cosnowski to free dates and reserve a possible date for Delphi's executive Ms. Kathy Lutgen, | 0.60 |
| 04/06/06 | CWS | DELP16 | Reading and appreciating the Delphi objection to the ATI motion to lift the bankruptcy stay, an email request to Delphi's Mr. Cosnowski for more information, and an email to co-defense-counsel to provide the objection for use in support of Delphi | 0.70 |
| 04/07/06 | MPB | DELP14 | Review Delphi's 60 day status update and supervise filing and service | 1.00 |
| 04/10/06 | TLF | DELP36 | Study Delphi's 60-day Status Report filed April 10 with the Federal Circuit | 0.10 |

| Date | Tkpr | | Description | Hours |
|---|---|---|---|---|
| 04/10/06 | CWS | DELP36 | Editing, conferring, contacting the court and other parties, and associated activities, to file and serve a 60 day status report that excludes mention of mediation, because of Federal Circuit mediation guidelines; email about scheduling mediation | 2.40 |
| 04/10/06 | MSP | DELP36 | Acquire copy of 60-day status report from the Fed. Circuit and prepare the same for attorney review. | 0.80 |
| 04/11/06 | CWS | DELP36 | Receiving our returned filing and assuring its disposal | 0.20 |
| 04/12/06 | CWS | DELP16 | E-mails from Delphi's Mr. Cosnowski on scheduling, to the mediation group on scheduling, and back to Mr. Cosnowski | 0.40 |
| 04/13/06 | TLF | DELP36 | Study ATI's Status Report of April 11, 2006 Regarding Bankruptcy of Delphi Corporation to the Federal Circuit | 0.10 |
| 04/13/06 | CWS | DELP36 | Reading the ATI 60 day status report, analyzing its references to mediation, and resolution to speak to at the mediation, and email of advice to Mr. Cosnowski | 0.90 |
| 04/16/06 | CWS | DELP16 | Review of email on scheduling from the mediator and co-ordination with partner Binal Patel by email | 0.30 |
| 04/17/06 | CWS | DELP16 | Emails with Mr. Cosnowski and Mr. Patel to co-ordinate with the mediator proposal for split mediation | 0.80 |
| 04/18/06 | CWS | DELP16 | Emails with Mr. Cosnowski and Mr. Patel co-ordinating our response to mediation scheduling proposals that would split the mediation, to Delphi detriment | 0.40 |
| 04/19/06 | BJP | DELP16 | Confer with co-defendants and respond to mediator regarding possible dates for mediation and Delphi's desire to conduct a single mediation | 2.20 |
| 04/19/06 | CWS | DELP16 | Email again coordinating our responses about scheduling mediation | 0.80 |

| Date | Tkpr | | | Hours |
|---|---|---|---|---|
| 04/22/06 | CWS | DELP36 | Reading a bankruptcy court order on privilege and the like to determine its application to our efforts | 0.60 |
| 04/26/06 | CWS | DELP16 | Continued preparation of the fee application | 0.80 |
| 04/27/06 | CWS | DELP16 | Continued preparation of the fee application including revisions required by change of hearing date and the like | 0.60 |
| 04/28/06 | CWS | DELP36 | Completing the first interim fee application, serving it, and filing it, service through an administrative assistant and filing through a New York area lawyer | 4.20 |
| | | | TOTAL HOURS | 53.90 |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Matthew P. Becker | 1.00 | at | $295.00 | = | 295.00 |
| Ted Field | 0.20 | at | $215.00 | = | 43.00 |
| Binal J. Patel | 4.90 | at | $320.00 | = | 1,568.00 |
| Matthew S. Phillips | 0.80 | at | $140.00 | = | 112.00 |
| Charles W. Shifley | 47.00 | at | $435.00 | = | 20,445.00 |

CURRENT FEES          22,463.00

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Photocopies at $ .10 per page | 34.50 |
|---|---|
| Telephone charges | 87.12 |
| Courier charges | 122.89 |

CURRENT EXPENSES          244.51

TOTAL THIS MATTER          22,707.51

004588
00013
05/25/06

05-44481-rdd    Doc 4761-9    Filed 07/31/06    Entered 07/31/06 16:13:10    Exhibit
                                Exhibit H    Pg 7 of 7    Invoice Number 1062715
                                                          Page 6

| | |
|---|---|
| TOTAL AMOUNT THIS INVOICE | US $22,707.51 |

For wiring payment, please use the following bank information. SunTrust Bank, 1445 New York Avenue, N.W., Washington, DC 20005, (800) 947-3786; ABA Number: 061000104; Account Number: 514342. Please indicate client, matter and invoice numbers with wire remittance.