# EXHIBIT J



**BANNER & WITCOFF, LTD.**
INTELLECTUAL PROPERTY LAW

TEN SOUTH WACKER DRIVE
SUITE 3000
CHICAGO, ILLINOIS 60606-7407

TEL:  312.463.5000
FAX:  312.463.5001
www.bannerwitcoff.com

**Charles W. Shifley**
Direct Dial:  (312) 463-5441
cshifley@bannerwitcoff.com

March 24, 2006



Mr. David Sherbin
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098-2815

> **Re:**    Delphi Corporation et al. - Chapter 11 Proceedings
> Monthly Statement of Fees and Disbursements

Dear David:

Enclosed please find our monthly statement for legal services rendered to the above referenced debtors and debtors-in-possession (collectively the "Debtors") and for reimbursement of expenses incurred in connection with such representation from January 4, 2006 through January 30, 2006 (the "Fee Period").

The total invoice for the Fee Period is $7,634.18, which is composed of (i) $7,586.00 for fees and (ii) $48.18 for expenses.

Please feel free to contact me with any questions.

Very truly yours,

Charles W. Shifley

CWS/sls
Enclosure

CHICAGO, IL

WASHINGTON, DC

BOSTON, MA

PORTLAND, OR

Mr. David Sherbin
March 24, 2006
Page 2


cc:    Joseph Papelian, Esq.
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098-2815
(Deputy General Counsel)

John Wm. Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606
(Counsel to Debtors)

Delores De Elizalde
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
(Counsel to Debtors)

Alicia M. Leonhard, Esq.
Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY 10004
(United States Trustee)

Robert J. Rosenberg, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4802
(Counsel to Unsecured Creditors Committee)

Marissa Wesley, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
(Counsel for Prepetition Credit Facility Agent)

Marlane Melican, Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
(Counsel to Postpetition Credit Facility Agent)