Mr. David Sherbin
May 25, 2006
Page 2

cc:     Joseph Papelian, Esq.
        Delphi Corporation
        5725 Delphi Drive
        Troy, Michigan 48098-2815
        (Deputy General Counsel)

        John Wm. Butler, Jr., Esq.
        Skadden, Arps, Slate, Meagher & Flom LLP
        333 West Wacker Drive
        Suite 2100
        Chicago, Illinois 60606
        (Counsel to Debtors)

        Delores De Elizalde
        Skadden, Arps, Slate, Meagher & Flom LLP
        Four Times Square
        New York, NY 10036
        (Counsel to Debtors)

        Alicia M. Leonhard, Esq.
        Office of the United States Trustee for the
        Southern District of New York
        33 Whitehall Street
        Suite 2100
        New York, NY 10004
        (United States Trustee)

        Robert J. Rosenberg, Esq.
        Latham & Watkins LLP
        885 Third Avenue
        New York, NY 10022-4802
        (Counsel to Unsecured Creditors Committee)

        Marissa Wesley, Esq.
        Simpson Thacher & Bartlett LLP
        425 Lexington Avenue
        New York, NY 10017
        (Counsel for Prepetition Credit Facility Agent)

        Marlane Melican, Esq.
        Davis Polk & Wardell
        450 Lexington Avenue
        New York, NY 10017
        (Counsel to Postpetition Credit Facility Agent)