# EXHIBIT M

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                              :
    In re                                    :      Chapter 11
                                              :
DELPHI CORPORATION, <u>et al.</u>,              :      Case No. 05-44481 (RDD)
                                              :
                      Debtors.    :      (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - -  x

ORDER GRANTING SECOND INTERIM APPLICATION OF BANNER & WITCOFF, LTD.,
INTELLECTUAL PROPERTY COUNSEL TO DELPHI CORPORATION, FOR
ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

        Upon consideration of the second interim application of Banner & Witcoff, Ltd. for

allowance of interim compensation and reimbursement of expenses (the "Second Interim Banner

Application") for professional services and expenses incurred during the period commencing

February 1, 2006 through May 31, 2006; and a hearing having been held before this court to

consider the Second Interim Banner Application on October 19, 2006; and notice having been

given pursuant to the Federal Rules of Bankruptcy Procedure 2002(a)(7) and (c)(2); and due

consideration having been given to any responses thereto; and sufficient cause having been

shown therefore, it is hereby:

        ORDRED that the Second Interim Banner Application is granted to the extent set forth in

Schedule "A."

Dated:  New York, New York
        October 19, 2006

                           _____
                           United States  Bankruptcy Judge
                           Southern District of New York

Case No. 05-44481(RDD)
Case Name: Delphi Corporation

CURRENT FEE PERIOD: February 1, 2006 through May 31, 2006

| APPLICANT | DATE/DOCUMENT NO. OF APPLICATION | FEES REQUESTED | FEES AWARDED | EXPENSES REQUESTED | EXPENSES AWARDED |
|---|---|---|---|---|---|
| Banner & Witcoff, Ltd. | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |

SCHEDULE A(1)                    DATE: October 19, 2006                    INITIALS:                    USBJ