# EXHIBIT C

## EXHIBIT C

### Summary of Hours Billed by Attorneys and Paraprofessionals
### for the Period February 1, 2006 through May 31, 2006

| Name | Position | Year Admitted to Bar | Hourly Rate | Hours Billed | Total |
|---|---|---|---|---|---|
| **Attorneys** | | | | | |
| Thomas B. Radom | Shareholder | 1974 | $250.00 | 428.50 | $107,125.00 |
| Matthew E. Wilkins | Shareholder | 1983 | $250.00 | 166.60 | $41,650.00 |
| Matthew E. Wilkins | Shareholder | 1983 | $237.90 | 6.20 | $1,475.00 |
| Matthew E. Wilkins | Shareholder | 1983 | $230.00 | .40 | $92.00 |
| Daniel J. Dulworth | Shareholder | 1988 | $228.00 | 10.60 | $2,416.80 |
| John C. Blattner | Shareholder | 1995 | $228.00 | .40 | $91.20 |
| James G. Derian | Shareholder | 1981 | $200.00 | .50 | $100.00 |
| James G. Derian | Shareholder | 1981 | $220.00 | 10.70 | $2,354.00 |
| Daniel N. Sharkey | Shareholder | 1995 | $228.00 | 1.00 | $228.00 |
| Paula Hall | Associate | 2000 | $192.00 | 5.80 | $1,113.60 |
| Charlotte A. Garry | Associate | 1998 | $180.00 | 240.00 | $43,200.00 |
| **Paraprofessionals** | | | | | |
| Lori A. Burke | Paralegal | | $152.00 | 3.50 | $532.00 |
| Christianne Redmond | Paralegal | | $112.00 | 3.00 | $336.00 |
| Leonor Hendricksen | Paralegal | | $100.00 | 2.60 | $260.00 |
| Leonor Hendricksen | Paralegal | | $112.50 | 1.00 | $112.50 |
| **Grand Total** | | | | **880.80** | **$201,086.10** |