# EXHIBIT D

# EXHIBIT D

### Summary of Hours Billed by Attorneys and Paraprofessionals
### for the Period February 1, 2006 through May 31, 2006

| Matter Description | Hours | Amount |
|---|---|---|
| Business Operations | 4.10 | $667.20 |
| Case Administration | 16.20 | $3,511.00 |
| Claims Administration and Objections | 2.10 | 403.20 |
| Employee Benefits/Pensions/Labor | 240.00 | $43,200.00 |
| Fee/Employment Applications/Objections | 17.00 | 4,121.00 |
| Litigation | 20.80 | $4,344.80 |
| Vendor/Supplier Matters | 580.60 | $144,838.90 |
| **Total:** | **880.80** | **$201,086.10** |