# EXHIBIT E

# EXHIBIT E

## Summary of Disbursements
## for the Period February 1, 2006 through May 31, 2006

| Disbursement | Amount |
|---|---|
| Express Delivery Charges | $576.53 |
| Meeting Expenses | $126.63 |
| Evaluations – Vendor: Case Evaluation Clerk | $75.00 |
| Delivery – Car Messenger | $36.50 |
| Telephone Charges | $280.43 |
| Travel Expenses | $122.37 |
| Facilitator – Vendor: Thomas W. Brookover | $625.00 |
| Vendor – Accurate Transcription Services, LLC | $17.20 |
| Secretarial Services | $92.55 |
| Color Copies | $178.00 |
| | |
| | |
| **Total:** | **$2,130.21** |