# EXHIBIT F

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
butzel.com

March 21, 2006

To:  David Sherbin, Esq., Delphi Corp.
John Wm. Butler, Jr., Esq., Skadden, Arps, Slate, Meagher & Flom, LLP
Alicia M. Leonhard, Esq., Office of the United States Trustee
Robert J. Rosenberg, Esq., Latham & Watkins, LLP
Marissa Wesley, Esq., Simpson Thacher & Bartlett, LLP
Marlane Melican, Esq., Davis Polk & Wardell

## Summary of Total Billable Hours by Category
## for the Period February 1, 2006 through February 28, 2006

| Matter Description | Hours | Amount |
|---|---|---|
| Business Operations | .20 | $44.00 |
| Case Administration | 1.60 | $307.20 |
| Claims Administration and Objections | 2.10 | $403.20 |
| Employee Benefits/Pensions/Labor | 56.00 | $10,080.00 |
| Fee/Employment Applications/Objections | 2.00 | $461.00 |
| Litigation | 3.80 | $836.00 |
| Vendor/Supplier Matters | 172.00 | $42,787.50 |
| Totals: | 237.70 | $54,918.90 |

March 21, 2006
Page 2

## Summary of Disbursements
### for the Period February 1, 2006 through February 28, 2006

| Disbursement | Amount |
|---|---|
| Delivery – Car Messenger | $26.26 |
| Express Delivery Charges – Federal Express | $157.61 |
| Meeting Expenses – Thomas Radom | $126.63 |
| Evaluations – Vendor: Case Evaluation Clerk | $75.00 |
| Facilitator – Vendor: Thomas Brookover | $625.00 |
| Miscellaneous Charges – Vendor: Accurate Transcription Services, LLC | $17.20 |
| Secretarial Services | $92.55 |
| Totals: | $1,120.25 |

## Summary of Total Billable Hours by Attorneys and Paraprofessionals
### for the Period February 1, 2006 through February 28, 2006

| Name | Position | Admitted | Rate | Hours | Totals |
|---|---|---|---|---|---|
| **Attorneys** | | | | | |
| Thomas B. Radom | Shareholder | 1974 | $250.00 | 103.30 | $25,825.00 |
| Matthew Wilkins | Shareholder | 1983 | $250.00 | 62.20 | $15,550.00 |
| Matthew Wilkins | Shareholder | 1983 | $237.90 | 6.20 | $1,475.00 |
| James G. Derian | Shareholder | 1981 | $220.00 | 5.30 | $1,166.00 |
| Paula A. Hall | Associate | 2000 | $192.00 | 3.70 | $710.40 |
| Charlotte A. Garry | Associate | 1998 | $180.00 | 56.00 | $10,080.00 |
| Leonor Hendricksen | Paralegal | | $112.50 | 1.00 | 112.50 |
| Grand Total: | | | | 237.70 | $54,918.90 |

\*-----MATTER DESCRIPTION-----\*
EMPLOYMENT SECONDMENT


\*-----CLIENT INFORMATION-----\*
DELPHI AUTOMOTIVE SYSTEMS


\*-----TIME ENTRIES-----\*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 02/01/06 | Charlotte A. Garry | BCC 6 | FLSA research; attention to Allie charge. | 8.00 | 1,440.00 |
| 02/07/06 | Charlotte A. Garry | BCC 6 | Worked on Allie Charge including review of documents and calls to and from Cliff Roberts (6.0); research regarding background checks for the Bureau of Alcohol, Tobacco, Firearms and Explosives (1.0); retention schedule research (1.0). | 8.00 | 1,440.00 |
| 02/08/06 | Charlotte A. Garry | BCC 6 | Drafted first draft of Allie position statement (7.0); FLSA research (1.0). | 8.00 | 1,440.00 |
| 02/14/06 | Charlotte A. Garry | BCC 6 | Continued drafting response to Allie Charge, including editing per answers to follow-up questions asked of Cliff Roberts. | 8.00 | 1,440.00 |
| 02/15/06 | Charlotte A. Garry | BCC 6 | Finalized Allie Charge for mailing (7.0); review of status of all position statements written to date (1.0). | 8.00 | 1,440.00 |
| 02/22/06 | Charlotte A. Garry | BCC 6 | Worked on Bynum Charge (1.0); Bullard Plawecki research regarding Brigolin (6.0); worked on second Howard Charge (first was dismissed) (1.0). | 8.00 | 1,440.00 |
| 02/28/06 | Charlotte A. Garry | BCC 6 | Worked on Bynum charge (4.0); worked on Howard charge (4.0). | 8.00 | 1,440.00 |

|  |  |  |  | TOTAL BILLABLE FEES | -----------<br>10,080.00 |

*-----MATTER DESCRIPTION-----*
LANEKO ENGINEERING

*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS

*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 02/03/06 | James G. Derian | BCC10 | Receive and review a notice of status conference from the US District Court (.2); prepare e-mail status report to C. Brown of Delphi regarding same (.2). | .40 | 88.00 |
| 02/08/06 | James G. Derian | BCC10 | Telephone conference with C. Brown of Delphi regarding Laneko's demand that Delphi move to assume the Settlement Agreement in bankruptcy court; etc. | .20 | 44.00 |
| 02/15/06 | James G. Derian | BCC10 | Telephone call from C. Brown of Delphi regarding stipulation for dismissal with prejudice of Laneko and the future fraudulent conveyance/preference claims against Wachovia Bank. | .20 | 44.00 |
| 02/16/06 | James G. Derian | BCC10 | Dictate proposed stipulation and order for dismissal with prejudice and without costs (.2); dictate letter to defendant Laneko's counsel regarding our proposed order and the upcoming status conference, etc. (.2); receive e-mail from C. Brown of Delphi regarding the proposed stipulated order (.2). | .60 | 132.00 |
| 02/17/06 | James G. Derian | BCC10 | Receive and review letter from defendant Laneko's attorney with signed copy of the stipulation for dismissal with prejudice and without costs (.2); submit the parties' proposed stipulation and order for dismissal with prejudice and without costs electronically (.2). | .40 | 88.00 |
| 02/28/06 | James G. Derian | BCC10 | Telephone call from Judge Cleland's law clerk regarding our proposed dismissal order (.2); review and revise proposed dismissal order for electronic submission to the court (.2); receive and review electronic copy of the dismissal order entered with the court this afternoon and forward copy of same to C. Brown of Delphi Legal (.2). | .60 | 132.00 |

TOTAL BILLABLE FEES    528.00

*-----MATTER DESCRIPTION-----*
GENERAL


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


|  | |
|---|---|
| TOTAL BILLABLE FEES | -----------<br>0.00 |

*-----COST ENTRIES-----*

| DATE | CODE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 02/02/06 | 001 | Photocopy Charges | .00 |
| 02/03/06 | 001 | Photocopy Charges | .00 |
| 02/06/06 | 001 | Photocopy Charges | .00 |
| 02/21/06 | 001 | Photocopy Charges | .00 |
| 02/21/06 | 001 | Photocopy Charges | .00 |
| 02/22/06 | 002 | Special Postal Charges | .00 |
| 02/28/06 | 020 | Express Delivery Charges - - VENDOR: FEDERAL<br>EXPRESS CORPORATION | 13.91 |
| 02/28/06 | 020 | Express Delivery Charges - - VENDOR: FEDERAL<br>EXPRESS CORPORATION | 13.91 |
| 02/28/06 | 020 | Express Delivery Charges - - VENDOR: FEDERAL<br>EXPRESS CORPORATION | 13.91 |
| 02/28/06 | 020 | Express Delivery Charges - - VENDOR: FEDERAL<br>EXPRESS CORPORATION | 10.64 |
| 02/28/06 | 020 | Express Delivery Charges - - VENDOR: FEDERAL<br>EXPRESS CORPORATION | 12.35 |
| 02/28/06 | 020 | Express Delivery Charges - - VENDOR: FEDERAL<br>EXPRESS CORPORATION | 13.91 |
| 02/28/06 | 020 | Express Delivery Charges - - VENDOR: FEDERAL<br>EXPRESS CORPORATION | 13.97 |
| 02/28/06 | 020 | Express Delivery Charges - - VENDOR: FEDERAL<br>EXPRESS CORPORATION | 13.97 |
| 02/28/06 | 020 | Express Delivery Charges - - VENDOR: FEDERAL<br>EXPRESS CORPORATION | 12.41 |
| 02/28/06 | 020 | Express Delivery Charges - - VENDOR: FEDERAL<br>EXPRESS CORPORATION | 13.97 B |
| 02/28/06 | 020 | Express Delivery Charges - - VENDOR: FEDERAL<br>EXPRESS CORPORATION | 10.69 B |
| 02/28/06 | 020 | Express Delivery Charges - - VENDOR: FEDERAL<br>EXPRESS CORPORATION | 13.97 B |

|  | |
|---|---|
| COSTS SUBTOTAL | -----------<br>157.61 |

*-----MATTER DESCRIPTION-----*
U.S. AEROTEAM, INC.

*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS

*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 02/08/06 | Thomas B. Radom | BCC19 | Review fax from J. Papelian regarding asset sale (.20); e-mail to J. Papelian regarding status report (.40); Pacer search regarding court docket (.30). | .90 | 225.00 |

|  |  |  | TOTAL BILLABLE FEES |  | 225.00 |

*-----MATTER DESCRIPTION-----*
TOWER AUTOMOTIVE, INC.


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 02/06/06 | Thomas B. Radom | BCC19 | Review Stipulations and Orders regarding setoffs with vendors and telephone conference with R. Kwasteniet regarding Delphi setoff motion. | .80 | 200.00 |
| 02/14/06 | Thomas B. Radom | BCC19 | Review R. Kwasteniet voicemail regarding setoff. | .20 | 50.00 |
| 02/15/06 | Thomas B. Radom | BCC19 | Telephone conference with Court regarding adjourn hearing on Delphi setoff motion (.20); e-mail to R. Kwasteniet, attorney for Tower, regarding same (.20); review Kwasteniet e-mail, spreadsheets regarding setoff analysis (.50). | .90 | 225.00 |
| 02/20/06 | Thomas B. Radom | BCC19 | Further review of Tower setoff proposal (.50); e-mails to R. Kwasteniet regarding same (.50); e-mail to Delphi team regarding analysis of Tower setoff proposal (.60); telephone conference with J. Hudson regarding Proof of Claim (.20); review file regarding Proof of Claim (.30); review and reply to J. Hudson e-mail regarding same (.50). | 2.60 | 650.00 |
| 02/22/06 | Thomas B. Radom | BCC19 | Conference call with Delphi team regarding setoff proposal. | 1.00 | 250.00 |
| 02/23/06 | Thomas B. Radom | BCC19 | Telephone conference with F. Costa regarding accounting, netting agreement (.40); e-mail to S. Corcoran regarding same (.20); review Delphi analysis of A/P and A/R (.20). | .80 | 200.00 |
| 02/24/06 | Thomas B. Radom | BCC19 | Telephone conference with F. Costa regarding netting agreement (.30); review same (.20); e-mail to F. Costa regarding same (.20). | .70 | 175.00 |
| 02/27/06 | Thomas B. Radom | BCC19 | Telephone conference with F. Costa regarding setoff issue (.30); review letter to Tower regarding same (.20); review Delphi accounting regarding same (.50). | 1.00 | 250.00 |
| 02/28/06 | Thomas B. Radom | BCC19 | Telephone conference with F. Costa regarding setoff/CIA letter. | .20 | 50.00 |

TOTAL BILLABLE FEES    2,050.00

```
*-----MATTER DESCRIPTION-----*
DELPHI V EFTEC NORTH AMERICA, LLC


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*
```

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 02/02/06 | James G. Derian | BCC10 | Telephone call from Colin Studevan of Delphi regarding the Settlement Agreement (.2); review file, scan and e-mail executed copy of the Settlement Agreement between Delphi and EFTEC to Mr. Studevan (.2); telephone call from mediator Tom Brookover regarding payment of his invoice for mediation services (.2); telephone call to C. Brown of Delphi regarding mediation fees (.2). | .80 | 176.00 |
| 02/03/06 | James G. Derian | BCC10 | Telephone call from C. Brown of Delphi regarding change of policy requiring direct payment of the mediator's $625.00 invoice. | .20 | 44.00 |
| 02/06/06 | James G. Derian | BCC10 | Telephone conference with mediator Tom Brookover regarding payment of his invoice for mediation services. | .20 | 44.00 |

```
                                                 -----------
                              TOTAL BILLABLE FEES       264.00


*-----COST ENTRIES-----*
```

| DATE | CODE | DESCRIPTION | AMOUNT |
|------|------|-------------|--------|
| 02/06/06 | 001 | Photocopy Charges | .00 |
| 02/06/06 | 120 | Facilitator - - VENDOR: THOMAS W. BROOKOVER | 625.00 |
| 02/13/06 | 001 | Photocopy Charges | .00 |
| 02/13/06 | 001 | Photocopy Charges | .00 |
| 02/13/06 | 001 | Photocopy Charges | .00 |
| 02/14/06 | 001 | Photocopy Charges | .00 |
| 02/14/06 | 001 | Photocopy Charges | .00 |
| 02/14/06 | 001 | Photocopy Charges | .00 |
| 02/14/06 | 229 | Evaluations - - VENDOR: CASE EVALUATION CLERK | 75.00 |
| 02/15/06 | 105 | Delivery - Car Messenger 2/14/2006 OCCC | 8.90 |

```
                                        -----------
                           COSTS SUBTOTAL    708.90
```

```
*-----MATTER DESCRIPTION-----*
BROCKWAY PRESSED METALS, INC.


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS



*-----TIME ENTRIES-----*
```

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 02/01/06 | Matthew E. Wilkins | BCC19 | Attention to Eynon settlement agreement. | .70 | 175.00 |
| 02/01/06 | Matthew E. Wilkins | BCC19 | Review additional Eynon changes to settlement agreement. | .30 | 75.00 |
| 02/02/06 | Matthew E. Wilkins | BCC19 | Attention to Eynon settlement agreement, Delphi authority, Settlement Agreement. | .40 | 100.00 |
| 02/03/06 | Matthew E. Wilkins | BCC19 | Review Eynon Settlement Agreement. | .30 | 75.00 |
| 02/20/06 | Matthew E. Wilkins | BCC19 | Attention to settlement with sale regarding post-petition tooling. | .20 | 50.00 |

```
                                                          -----------
                              TOTAL BILLABLE FEES            475.00
```

```
*-----MATTER DESCRIPTION-----*
HAYES LEMMERZ INTERNATIONAL, INC.


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS
```

```
*-----TIME ENTRIES-----*
```

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 02/01/06 | James G. Derian | BCC10 | Telephone call from defendant Hayes Lemmerz' attorney regarding dismissal order. | .20 | 44.00 |
| 02/24/06 | James G. Derian | BCC10 | Telephone call from Accurate Transcription Services regarding transcript of summary disposition motion hearing; receive and review faxed invoice from ATS regarding same. | .30 | .00 |

```
                                         -----------
                          TOTAL BILLABLE FEES     44.00
```

```
*-----COST ENTRIES-----*
```

| DATE | CODE | DESCRIPTION | AMOUNT |
|------|------|-------------|--------|
| 02/13/06 | 001 | Photocopy Charges | .00 |
| 02/13/06 | 001 | Photocopy Charges | .00 |
| 02/13/06 | 001 | Photocopy Charges | .00 |
| 02/13/06 | 105 | Delivery - Car Messenger OCCC | 8.90 |
| 02/27/06 | 001 | Photocopy Charges | .00 |
| 02/27/06 | 099 | Miscellaneous Charges - - VENDOR: ACCURATE TRANSCRIPTION SERVICES, LLC | 17.20 |

```
                                 -----------
                 COSTS SUBTOTAL       26.10
```

*-----MATTER DESCRIPTION-----*
TUBE TECH


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 02/01/06 | Matthew E. Wilkins | BCC19 | Email from Tim Monahan regarding remaining open issues. | .20 | 50.00 |
| 02/07/06 | Matthew E. Wilkins | BCC19 | Conference with T. Monahan regarding two open issues (.2); review Accommodation Agreement, and two amendments regarding Delphi setoff rights and inventory setoff rights (.9); voicemail from T. Monahan regarding setoff rights (.1). | 1.20 | 300.00 |
| 02/08/06 | Matthew E. Wilkins | BCC19 | Prepare for and participate in weekly call and conference with T. Monahan regarding application of proceeds of excess inventory. | .50 | 125.00 |
| 02/10/06 | Matthew E. Wilkins | BCC19 | Conference with T. Monahan regarding inventory proceeds issue. | .20 | 50.00 |
| 02/10/06 | Matthew E. Wilkins | BCC19 | Call with T. Monahan and W. Mazzola regarding overall status, inventories purchase issue. | .30 | 75.00 |
| 02/16/06 | Matthew E. Wilkins | BCC19 | Conferences regarding inventory purchase obligation. | .40 | 100.00 |
| 02/23/06 | Matthew E. Wilkins | BCC19 | Review emails regarding ownership of Tube Tech raw materials and inventory. | .20 | 50.00 |
| 02/24/06 | Matthew E. Wilkins | BCC19 | Correspondence and conference with T. Monahan regarding purchase and sale of inventory and miscellaneous items remaining at Tube Tech. | .50 | 125.00 |
| 02/27/06 | Matthew E. Wilkins | BCC19 | Conferences with T. Monahan regarding obligation to purchase inventory (.3) analysis of issue (.2). | .50 | 125.00 |
| 02/28/06 | Matthew E. Wilkins | BCC19 | Review inventory and raw material purchase obligations to develop argument as to why Delphi should not have to purchase all on hand (1.2); discuss conclusions and strategy with Tim Monahan (.3). | 1.50 | 375.00 |

                                        ----------
                    TOTAL BILLABLE FEES          1,375.00

\*-----MATTER DESCRIPTION-----\*
VENDOR SETTLEMENTS


\*-----CLIENT INFORMATION-----\*
DELPHI AUTOMOTIVE SYSTEMS


\*-----TIME ENTRIES-----\*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 02/22/06 | Paula A. Hall | BCC 4 | Research re: critical vendor motion and procedures. | .90 | 172.80 |

|  |  |  | TOTAL BILLABLE FEES | | 172.80 |

*-----MATTER DESCRIPTION-----*
PLASCO


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 02/03/06 | Thomas B. Radom | BCC19 | Review C. Archambault e-mail regarding Metal Seal. | .20 | 50.00 |
| 02/08/06 | Thomas B. Radom | BCC19 | Review T. Dunn e-mail regarding Metal Seal (.20); telephone conference with C. Archambault regarding same (.20). | .40 | 100.00 |
| 02/17/06 | Thomas B. Radom | BCC19 | Worked on vendor agreements. | 1.00 | 250.00 |
| 02/19/06 | Thomas B. Radom | BCC19 | Worked on draft vendor and vendor related agreements (2.0); e-mail to Delphi team regarding same (.20). | 2.20 | 550.00 |
| 02/20/06 | Thomas B. Radom | BCC19 | Review and respond to D. Wollschlager e-mail regarding vendor agreements (.20); review Plasco January financial statement (.40); e-mail to Delphi team regarding same (.20). | .80 | 200.00 |
| 02/21/06 | Thomas B. Radom | BCC19 | Review M. Fortunak e-mail regarding guaranty. | .20 | 50.00 |
| 02/27/06 | Thomas B. Radom | BCC19 | Prepare for and participate in conference call with Delphi team regarding update on supplier relationship. | 1.00 | 250.00 |

```
                                                                    -----------
                                        TOTAL BILLABLE FEES            1,450.00
```

*-----MATTER DESCRIPTION-----*
JACOBS INDUSTRIES


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 02/03/06 | Thomas B. Radom | BCC19 | Review BBK e-mail regarding update on Patriarch sale. | .20 | 50.00 |
| 02/13/06 | Thomas B. Radom | BCC19 | Review BBK e-mail, memo on Patriarch sale (.50); conference call with Customer Group regarding same (.60); review file and e-mail to S. Corcoran regarding status report (1.0); telephone conference with B. Mazzola regarding assignment of purchase orders (.20); review Motion to Assign Executory Contracts (.20). | 2.50 | 625.00 |
| 02/28/06 | Thomas B. Radom | BCC19 | Telephone conference with S. Oury regarding proposed changes to POs by Patriarch. | .20 | 50.00 |

TOTAL BILLABLE FEES          725.00

*-----MATTER DESCRIPTION-----*
POST BANKRUPTCY GENERAL


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS

*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 02/06/06 | Thomas B. Radom | BCC 7 | Reviewed December monthly fee statement, letter to parties regarding same. | .40 | 100.00 |
| 02/22/06 | Thomas B. Radom | BCC 7 | Telephone conference with K. Bambach regarding fees. | .30 | 75.00 |

|  |  |  | TOTAL BILLABLE FEES | | 175.00 |

\*-----MATTER DESCRIPTION-----\*
GRIFFIN THERMAL PRODUCTS, INC.


\*-----CLIENT INFORMATION-----\*
DELPHI AUTOMOTIVE SYSTEMS


\*-----TIME ENTRIES-----\*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 02/09/06 | Thomas B. Radom | BCC19 | Review and reply to M. Eglin e-mail regarding inventory. | .40 | 100.00 |
| 02/20/06 | Thomas B. Radom | BCC19 | Review and reply to M. Eglin e-mail regarding inventory. | .40 | 100.00 |
| 02/21/06 | Thomas B. Radom | BCC19 | Telephone conference with A. Bowman and M. Eglin regarding inventory. | .40 | 100.00 |

TOTAL BILLABLE FEES          300.00

*-----MATTER DESCRIPTION-----*
MRC INDUSTRIAL GROUP, INC.


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 02/01/06 | Matthew E. Wilkins | BCC19 | Attention to sale, carve-out issues. | .10 | 25.00 |
| 02/01/06 | Matthew E. Wilkins | BCC19 | Attention to current production status (review BBK report). | .40 | 100.00 |
| 02/01/06 | Matthew E. Wilkins | BCC19 | Email from BBK regarding immediate funding needs, BBK fees, upcoming calls (.2); correspondence from customer counsel regarding stalking horse bidder (.1). | .30 | 75.00 |
| 02/01/06 | Matthew E. Wilkins | BCC19 | Review proposed payable advance funding. | .20 | 50.00 |
| 02/02/06 | Matthew E. Wilkins | BCC19 | Attention to production status (.2); conferences with BBK, Delphi personnel and Customer Group counsel regarding sale status, potential need for additional two weeks production (2.0). | 2.20 | 550.00 |
| 02/02/06 | Matthew E. Wilkins | BCC19 | Review funding proration, projected BBK fees. | .20 | 50.00 |
| 02/02/06 | Matthew E. Wilkins | BCC19 | Review Foley letter regarding qualifications of competing bidders. | .20 | 50.00 |
| 02/03/06 | Matthew E. Wilkins | BCC19 | Conferences throughout morning with BBK, other customer's counsel regarding auction sale, customer objections, Delphi's need for continued production on two parts. | 2.50 | 625.00 |
| 02/03/06 | Matthew E. Wilkins | BCC19 | Attend auction sale and conferences throughout afternoon with other customers, bidders and debtor's counsel regarding qualification of bids and Delphi's ability to have production two weeks after projected closing date. | 5.00 | 1,250.00 |
| 02/03/06 | Matthew E. Wilkins | BCC19 | Review production status report. | .20 | 50.00 |
| 02/06/06 | Matthew E. Wilkins | BCC19 | Review current cash flow and cash needs and customer professional fee estimates (.4); participate in Customer Group status call (.7); conference with GM counsel following call regarding sale hearing (.2). | 1.30 | 325.00 |
| 02/06/06 | Matthew E. Wilkins | BCC19 | Conference with Paula Hall regarding issues surrounding auction sale. | .30 | 75.00 |
| 02/06/06 | Matthew E. Wilkins | BCC19 | Conference with GM counsel regarding resolution of Customer Group objection to sale. | .30 | 75.00 |
| 02/06/06 | Matthew E. Wilkins | BCC19 | Prepare for and attend hearing on sale motion (2.5); follow-up calls with A. Bowman, D. Wollschlager regarding continued production after 2/11/06 (.4). | 2.90 | 725.00 |
| 02/06/06 | Matthew E. Wilkins | BCC19 | Review First Amended Intercustomer Agreement. | .20 | 50.00 |
| 02/06/06 | Matthew E. Wilkins | BCC19 | Correspondence regarding equipment lessor issues, impediment to post-closing production. | .30 | 75.00 |
| 02/07/06 | Matthew E. Wilkins | BCC19 | Customer call (.3); review correspondence regarding Mathread post-petition claim (.2). | .50 | 125.00 |
| 02/07/06 | Matthew E. Wilkins | BCC19 | Review current production status and participate in internal call regarding | 1.30 | 325.00 |

*-----MATTER DESCRIPTION-----*
MRC INDUSTRIAL GROUP, INC.

*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| | | | production status, ongoing needs. | | |
| 02/07/06 | Matthew E. Wilkins | BCC19 | Emails to and from LaSalle regarding structure of post-closing operations (.1) and discuss with LaSalle counsel Ron Rose (.2). | .30 | 75.00 |
| 02/07/06 | Matthew E. Wilkins | BCC19 | Call with MRC, LaSalle, BBK regarding conditions of Delphi getting continued production (.6); conference with Steve Gross - Hariku counsel, regarding continued operations for Delphi after 2/11/06(.3). | .90 | 225.00 |
| 02/07/06 | Matthew E. Wilkins | BCC19 | Attention to specific part bank supplies and needs, alternative sources. | .20 | 50.00 |
| 02/08/06 | Matthew E. Wilkins | BCC19 | Telephone from D. Wollschlager regarding MRC position on employing union workers post 2/11 (.1); Customer call regarding wind-down status and follow-up with Delphi team (.7); telephone from MRC counsel regarding continued production (.1); telephone to and from union counsel regarding continued production (.3). | 1.20 | 300.00 |
| 02/08/06 | Matthew E. Wilkins | BCC19 | Review updated production report and participate in Delphi internal call (1.2); telephone to Shannon counsel regarding Shannon's employment of workers to run Delphi production (.2). | 1.40 | 350.00 |
| 02/08/06 | Matthew E. Wilkins | BCC19 | Participate in call with all parties to address production through 2/11 and thereafter. | 1.00 | 250.00 |
| 02/08/06 | Matthew E. Wilkins | BCC19 | Delphi team call regarding continued production options. | .30 | 75.00 |
| 02/08/06 | Matthew E. Wilkins | BCC19 | Review and summarize Delphi rights and obligations under Access and Security Agreement and Accommodation Agreement. | 1.40 | 350.00 |
| 02/09/06 | Matthew E. Wilkins | BCC19 | Participate in Customer Group call regarding wind-up of production (.5); two conferences with LaSalle counsel regarding status of Delphi production (.2); Delphi team call (.7). | 1.40 | 350.00 |
| 02/09/06 | Matthew E. Wilkins | BCC19 | Delphi internal call regarding production wind-up. | 1.20 | 300.00 |
| 02/10/06 | Matthew E. Wilkins | BCC19 | Review BBK wind-down summary and tasks (.3); participate in Customer call regarding wind-down status (.8); participate in Delphi team call regarding wind-down issues (.7). | 1.80 | 450.00 |
| 02/10/06 | Matthew E. Wilkins | BCC19 | Review Part Balance to Build statement. | .20 | 50.00 |
| 02/10/06 | Matthew E. Wilkins | BCC19 | Review Delphi Bank Build acknowledgement with notes. | .20 | 50.00 |
| 02/10/06 | Matthew E. Wilkins | BCC19 | Attention to set-off issues. | .40 | 100.00 |
| 02/13/06 | Matthew E. Wilkins | BCC19 | Prepare for and participate in Customer call regarding wind-down status. | .40 | 100.00 |
| 02/13/06 | Matthew E. Wilkins | BCC19 | Participate in internal team call. | .50 | 125.00 |
| 02/14/06 | Matthew E. Wilkins | BCC19 | Review production status (.3) and participate in internal team status call (.6). | .90 | 225.00 |
| 02/15/06 | Matthew E. Wilkins | BCC19 | Customer Group status call (.4); internal Delphi status call (.4). | .80 | 200.00 |
| 02/15/06 | Matthew E. Wilkins | BCC19 | Review revised Order on post-petition loans (.1); review counsel comments and changes | .40 | 100.00 |

*-----MATTER DESCRIPTION-----*
MRC INDUSTRIAL GROUP, INC.


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| | | | (.1); attention to request to pay outside transportation and processing costs (.2). | | |
| 02/16/06 | Matthew E. Wilkins | BCC19 | Review open issues email from BBK. | .10 | 25.00 |
| 02/20/06 | Matthew E. Wilkins | BCC19 | Attention to inventory purchase issues. | .20 | 50.00 |
| 02/21/06 | Matthew E. Wilkins | BCC19 | Review Delphi raw material, WIP, inventory, purchase information from BBK. | .20 | 50.00 |
| 02/23/06 | Matthew E. Wilkins | BCC19 | Review email from BBK regarding Delphi inventory purchase. | .30 | 75.00 |
| 02/24/06 | Matthew E. Wilkins | BCC19 | Attention to inventory purchase issues, set-off rights. | .40 | 100.00 |
| 02/27/06 | Matthew E. Wilkins | BCC19 | Prepare for and participate in status update call and follow up call with Al Bowman regarding set-off rights. | 1.30 | 325.00 |
| 02/28/06 | Matthew E. Wilkins | BCC19 | Attention to Delphi ability to offset additional payables and inventory purchase obligations. | .30 | 75.00 |

```
                                                        -----------
                              TOTAL BILLABLE FEES            9,025.00
```

*-----MATTER DESCRIPTION-----*
PARADIGM SINTERED PRODUCTS


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 02/02/06 | Thomas B. Radom | BCC19 | Review B. Shaw e-mail regarding supplemental agreement. | .20 | 50.00 |
| 02/07/06 | Thomas B. Radom | BCC19 | Review and respond to A. Sabbani e-mails regarding inventory purchase (.60); review bankruptcy court docket, Comerica Motion to Convert to Chapter 7 (.50); e-mail to Delphi team regarding Comerica Motion (.20). | 1.30 | 325.00 |
| 02/08/06 | Thomas B. Radom | BCC19 | Telephone conference with M. Everett regarding Comerica motion. | .20 | 50.00 |
| 02/10/06 | Thomas B. Radom | BCC19 | Review Paradigm response to Bank conversion motion (.40); worked on Delphi response to Bank motion (.50); telephone conference with M. Everett regarding Bank hearing (.20). | 1.10 | 275.00 |
| 02/12/06 | Thomas B. Radom | BCC19 | Drafted and completed response to Bank conversion motion. | 1.50 | 375.00 |
| 02/13/06 | Thomas B. Radom | BCC19 | Telephone conference with M. Fortunak regarding funding (.30); review M. Fortunak e-mail regarding same (.20); telephone conference with B. Shaw regarding Bank conversion motion (.30); prepare for hearing on Bank motion (.50). | 1.30 | 325.00 |
| 02/14/06 | Thomas B. Radom | BCC19 | Attend hearing on Bank conversion motion (9.0); telephone conferences with M. Everett and M. Fortunak regarding results of hearing, strategy going forward (.50). | 9.50 | 2,375.00 |
| 02/15/06 | Thomas B. Radom | BCC19 | E-mails and telephone conferences with A. Sabbani regarding funding, shut down, refusal to ship (.70); telephone conference and e-mails with M. Fortunak regarding same (.50); review and respond to D. Rietberg e-mail regarding appointment of Chapter 11 Trustee (.20). | 1.40 | 350.00 |
| 02/17/06 | Thomas B. Radom | BCC19 | Review M. Fortunak e-mail regarding funding request. | .20 | 50.00 |
| 02/20/06 | Thomas B. Radom | BCC19 | Telephone conference with T. Tibble, Chapter 11 Trustee (.30); telephone conference with S. Grow, attorney for Trustee (.30); e-mails to Delphi team regarding Trustee, remaining production (.50). | 1.10 | 275.00 |
| 02/21/06 | Thomas B. Radom | BCC19 | Telephone conferences with T. Tibble, Chapter 11 Trustee and B. Skilton, attorney, regarding Delphi production issues (.60); e-mails to M. West regarding same (.40). | 1.00 | 250.00 |
| 02/22/06 | Thomas B. Radom | BCC19 | Conference call with Trustee, Sabbani and Delphi team (.50); telephone conference with M. Fortunak regarding production issues (.20). | .70 | 175.00 |
| 02/23/06 | Thomas B. Radom | BCC19 | Telephone conference with T. Tibble, Trustee, regarding production (.30); e-mail to Delphi | .50 | 125.00 |

*-----MATTER DESCRIPTION-----*
PARADIGM SINTERED PRODUCTS

*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| | | | team regarding same (.20). | | |
| 02/24/06 | Thomas B. Radom | BCC19 | Telephone conferences with T. Tibble and R. Skilton regarding production issues and proposal (.50); e-mail to Delphi team regarding same (.20); e-mail to R. Skilton regarding same (.20). | .90 | 225.00 |
| 02/27/06 | Thomas B. Radom | BCC19 | Review M. Fortunak, Tibble e-mails regarding Trustee proposal on production (.50); telephone conferences with M. Fortunak regarding same (.40); telephone conference with B. Skilton regarding same (.30); e-mail to B. Skilton regarding same (.20). | 1.40 | 350.00 |
| 02/28/06 | Thomas B. Radom | BCC19 | Telephone conference with M. Everett regarding status (.20); review M. Fortunak e-mail regarding Trustee proposal (.20). | .40 | 100.00 |

```
                                                        -----------
                              TOTAL BILLABLE FEES            5,675.00
```

*-----COST ENTRIES-----*

| DATE | CODE | DESCRIPTION | AMOUNT |
|------|------|-------------|--------|
| 01/12/06 | 022 | Conference Expenses - - VENDOR: PREMIERE GLOBAL SERVICES | .00 |
| 02/13/06 | 001 | Photocopy Charges | .00 |
| 02/15/06 | 057 | Meeting Expenses - - VENDOR: THOMAS B RADOM | 126.63 |

```
                                                -----------
                              COSTS SUBTOTAL         126.63
```

*-----MATTER DESCRIPTION-----*
POST BANKRUPTCY GENERAL LITIGATION


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 02/02/06 | James G. Derian | BCC 7 | Receive and review e-mail from attorney Haim Zaltzman of Skadden Arps regarding requirements for proper submission of fees/expenses pursuant to the attached Interim Compensation Order. | .30 | 66.00 |
| 02/07/06 | James G. Derian | BCC 3 | Telephone conferences with Don Parshall of Delphi Legal regarding legal services for Delphi's after-market promotions and contests; conferences with Laurie Michelson and Lori Burke regarding same; research MIchigan's lottery statutes. | 1.50 | .00 |
| 02/08/06 | James G. Derian | BCC 7 | Receive and review e-mail instructions from attorney Haim Zaltzman of Skadden Arps regarding requirements for the upcoming March 7 fee application deadline. | .20 | 44.00 |
| 02/09/06 | James G. Derian | BCC 7 | Review e-mail from Haim Zaltzman of Skadden Arps with additional information/steps to be taken in preparation of the March 7 fee application deadline. | .20 | 44.00 |
| 02/14/06 | James G. Derian | BCC 7 | Telephone conference with Don Parshall of Delphi Legal regarding bankruptcy court approval of our proposed alternative fee agreement for the Segway cancellation claim. | .20 | 44.00 |
| 02/15/06 | James G. Derian | BCC 4 | Telephone call from Don Parshall of Delphi Legal regarding the current dispute between XM Satellite Radio and Sirius Satellite Radio over the defection of two high level salespeople to Sirius and the possible need for equitable/legal remedies; perform conflicts check; conferences with Jim Giszczak and Robin Luce regarding their possible involvement in the case; telephone call to Don Parshall regarding staffing issues. | 2.00 | .00 |
| 02/16/06 | James G. Derian | BCC 4 | Telephone call from Don Parshall of Delphi Legal regarding status of the dispute between XM Satellite Radio and Sirius Satellite Radio. | .20 | .00 |
| 02/20/06 | James G. Derian | BCC 7 | Telephone call from Kathy Bambach of Delphi regarding bankruptcy billing (.2); receive and review e-mail from Haim Zaltzman of Skadden Arps regarding same (.2). | .40 | 88.00 |
| 02/20/06 | James G. Derian | BCC 4 | Review state laws governing lotteries and promotional contests to prepare proposal for legal services regarding same; meet with Lori Burke in preparation for meeting with Delphi; travel to and from Delphi offices for meeting with Don Parshall and Beth Bernthal regarding our proposed legal services for the review of | 5.00 | .00 |

*-----MATTER DESCRIPTION-----*
POST BANKRUPTCY GENERAL LITIGATION


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| | | | Delphi's promotional marketing initiatives; prepare proposed retention agreement regarding same for Mr. Parshall's and Ms. Bernthal's consideration; exchange e-mail with Ms. Bernthal regarding same. | | |
| 02/21/06 | James G. Derian | BCC 4 | Telephone calls to client and follow up of proposed legal services for review of promotional marketing initiatives. | .30 | .00 |
| 02/21/06 | James G. Derian | BCC 3 | Telephone call from C. Brown of Delphi Legal regarding scouting report on the Schafer & Weiner law firm representing L & W Engineering; put out e-mail requests for information; telephone conference with Mr. Brown regarding same. | .50 | .00 |
| 02/22/06 | James G. Derian | BCC 3 | Telephone call from Don Parshall of Delphi Legal regarding interview of Gary Cameron regarding the Segway battery development project. | .20 | 44.00 |
| 02/22/06 | James G. Derian | BCC 3 | Receive and review letter from Don Parshall of Delphi Legal with proposed terms of retention with respect to the cancellation claim against Segway, Inc. with attachments. | .30 | .00 |
| 02/24/06 | James G. Derian | BCC 3 | Telephone call from Don Parshall of Delphi Legal regarding status of the Sirius Satellite Radio dispute. | .20 | .00 |

TOTAL BILLABLE FEES                         330.00

*-----COST ENTRIES-----*

| DATE | CODE | DESCRIPTION | AMOUNT |
|------|------|-------------|--------|
| 01/20/06 | 022 | Conference Expenses - - VENDOR: PREMIERE GLOBAL SERVICES | .00 |
| 02/16/06 | 105 | Delivery - Car Messenger 2/16/2006 TROY | 8.46 |

COSTS SUBTOTAL            8.46

*-----MATTER DESCRIPTION-----*
TAYLOR MACHINE PRODUCTS


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS



*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 02/06/06 | Thomas B. Radom | BCC19 | Telephone conference with G. Eynon regarding DIP financing. | .20 | 50.00 |
| 02/28/06 | Thomas B. Radom | BCC19 | Telephone conference with M. Everett regarding exit. | .20 | 50.00 |
| | | | | | ----------- |
| | | | TOTAL BILLABLE FEES | | 100.00 |

*-----MATTER DESCRIPTION-----*
MPC


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS



*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 02/01/06 | Thomas B. Radom | BCC19 | Review e-mails regarding budget issues (.50); review e-mails regarding status of Agreements (.50); telephone conferences with G. Eynon, S. Laplante, J. Applebaum regarding Agreements (1.0); conference call with Customer Group regarding budget (.50); telephone conferences and e-mails with Delphi Team regarding Agreements (.50); e-mail to G. Eynon regarding Agreements (.20); telephone conference with D. Miller regarding Agreements (.20). | 3.40 | 850.00 |
| 02/02/06 | Thomas B. Radom | BCC19 | Telephone conference with E. Erman and D. Miller regarding Agreement (.20); review budget and proposed customer funding analysis (.50); telephone conference with M. Fortunak regarding budget (.20); conference call with Customer Group regarding budget, Agreements (.70); review Delphi e-mails regarding budget (.40); e-mails to Delphi Team regarding Agreements (.40); telephone conference with G. Eynon regarding Accommodation Agreement (.20); review Customer e-mails regarding signed Agreements (.50); telephone conference with M. Everett regarding Agreements (.20); telephone conference with A. Masse regarding Agreements (.20). | 3.50 | 875.00 |
| 02/03/06 | Thomas B. Radom | BCC19 | Revised Intercustomer Agreement (1.0); drafted BBK/Customer Agreement (.60); review Eynon e-mail regarding Sub-Participation Agreement (.20); telephone conferences with M. Everett regarding production issues, Intercustomer Agreement (.50); telephone conferences with A. Masse regarding union, overtime issues (.50). | 2.80 | 700.00 |
| 02/06/06 | Matthew E. Wilkins | BCC19 | Conference with Thomas Radom regarding case status. | .20 | 50.00 |
| 02/06/06 | Thomas B. Radom | BCC19 | Conference call with Customers, MPC regarding status of sale process (.60); telephone conferences with A. Masse regarding Intercustomer Agreement, budget (.50); review and reply to e-mails regarding bank accounts, garnishment issues (.50); telephone conference with M. Everett regarding Accommodation Agreement extension issues (.30); telephone conference and e-mail to G. Eynon regarding extension issues (.40); review and reply to M. Everett e-mail regarding Intercustomer Agreement (.50);. | 3.30 | 825.00 |

*-----MATTER DESCRIPTION-----*
MPC

*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| | | | review financials regarding current funding (.50). | | |
| 02/07/06 | Thomas B. Radom | BCC19 | Review e-mails, report regarding customers A/P (1.0); telephone conference with M. Fortunak regarding Delphi A/P (.30); telephone conference with A. Masse regarding bonus budget, A/P issues (.30); review and reply to e-mails regarding customer funding (.80); e-mail and telephone conference with G. Eynon regarding principal payment (.60); review agreements regarding Bank waiver of principal payments (.30); telephone conference with D. Miller regarding bonus letter (.20); review company's CBA (1.0). | 4.50 | 1,125.00 |
| 02/08/06 | Thomas B. Radom | BCC19 | Telephone conference with M. Everett regarding Intercustomer Agreement (.20); review e-mails from Customers regarding same (.50); review e-mails regarding tooling, supplier owned equipment (.40); review e-mails regarding retention bonus agreement (.60); e-mail to Customer Group regarding same (.20); telephone conference with D. Miller regarding Forbearance Agreement (.20); review same (.30). | 2.40 | 600.00 |
| 02/09/06 | Thomas B. Radom | BCC19 | Review and reply to e-mails regarding employee retention letter (.60); further revisions to employee letter and e-mails to Customer Group, MPC regarding same (.70); telephone conferences with D. Miller, S. Wybo regarding company issues with employee letter (.60); telephone conferences with M. Everett regarding same (.50); e-mail to Customer Group regarding company issues (.40); conference call with Customers, MPC regarding outstanding issues (.60). | 3.20 | 800.00 |
| 02/10/06 | Thomas B. Radom | BCC19 | E-mail to G. Eynon regarding principal payment issue (.20); revised employee retention letter and e-mails to Delphi, Customer Group regarding same (1.0); telephone conference with A. Masse regarding retention letter (.20); review R. Tague e-mail regarding outstanding issues (.20); telephone conferences with M. Everett regarding issues (.30). | 1.90 | 475.00 |
| 02/12/06 | Thomas B. Radom | BCC19 | Review and reply to G. Eynon e-mail regarding return of principal payment. | .20 | 50.00 |
| 02/13/06 | Thomas B. Radom | BCC19 | Telephone conference with A. Masse regarding conference call with Customers, retention bonus issue (.30); conference call with Customers regarding operating, funding issues (1.0); review e-mails regarding retention bonus counter proposal (.50). | 1.80 | 450.00 |
| 02/14/06 | Thomas B. Radom | BCC19 | Telephone conference with M. Everett and A. Masse regarding employee retention bonus | 1.50 | 375.00 |

*-----MATTER DESCRIPTION-----*
MPC


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|---|
| | | | (.50); conference call with Customer Group regarding same (.50); telephone conference with E. Erman regarding Zweig equipment purchase (.50). | | |
| 02/15/06 | Thomas B. Radom | BCC19 | E-mails and telephone conferences with BBK, Customer Group, MPC regarding employee retention letter, Zweig compensation (.50); revised employee retention letter (.50); telephone conferences with D. Miller regarding February 16 conference call with all parties (.50); telephone conference with J. DeVito regarding TK Budd (.30); telephone conference with R. Nucien, Hilco, regarding equipment (.30). | 2.10 | 525.00 |
| 02/16/06 | Thomas B. Radom | BCC19 | Revised employee retention letter and e-mail to parties regarding same (.50); e-mails with MPC, Customer Group, Bank regarding conference call, TK Budd setoff issues (1.0); review Bank letter regarding TK Budd (.30); conference call with Customers, MPC (1.50); telephone conference with T. Dunn regarding exit date, Budd (.30). | 3.60 | 900.00 |
| 02/17/06 | Thomas B. Radom | BCC19 | Further revisions to Intercustomer Agreement and e-mail to Customers regarding same (1.0); conference calls with Customer Group, MPC, Bank regarding funding issues, TK Budd setoffs (2.0); telephone conferences and e-mails with A. Masse regarding Budd setoffs (1.0); telephone conference with T. Dunn regarding vendor payments (.20); telephone conference with G. Eynon regarding Delphi directed payment notice (.40); e-mails with J. Applebaum regarding Budd setoff (.50); review and revise Warn Act Notice, e-mail to D. Miller regarding same (.60); telephone conference with E. Erman regarding asset sale (.30). | 6.00 | 1,500.00 |
| 02/20/06 | Thomas B. Radom | BCC19 | E-mail to G. Eynon regarding directed payment notice. | .20 | 50.00 |
| 02/21/06 | Thomas B. Radom | BCC19 | Telephone conferences with T. Dunn regarding settoff (.50); e-mails with B. Ricutti, BBK, regarding same (.50); e-mails with M. Portunak regarding same (.40); e-mail to G. Eynon regarding same (.20); telephone conference with J. Applebaum regarding Intercustomer Agreement (.20); review Lamb-Hale, LaPlante e-mails regarding same (.40); review and analyze TK Budd setoffs (1.0); telephone conferences with A. Masse regarding Budd setoffs, exit issues (.70); e-mail to Customer Group regarding Budd setoffs (.50); telephone conference with T. Dunn regarding Budd setoffs (.20). | 4.60 | 1,150.00 |
| 02/22/06 | Thomas B. Radom | BCC19 | Telephone conference with A. Masse regarding | 4.80 | 1,200.00 |

*-----MATTER DESCRIPTION-----*
MPC


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| | | | agreements (.50); revised Intercustomer Agreement and e-mail to Customer Group regarding same (1.0); telephone conferences and meeting with T. Dunn regarding production, setoff issues (2.5); review Customers' resourcing notices (.40); review Customers' e-mails regarding Budd setoffs (.40). | | |
| 02/23/06 | Thomas B. Radom | BCC19 | Conference call with Customer Group regarding Intercustomer, BBK Agreements (.70); revised agreements (.70); e-mail to Customer Group regarding same (.20); telephone conference with M. Fortunak regarding setoffs (.20); review Fortunak, BBK e-mails and analyses regarding same (1.0); on-line search and investigation of Continental Press (1.0); e-mail to E. Erman regarding inquiries on Continental Press (.40); e-mail to G. Eynon regarding TK Budd setoffs (.20); telephone conference with G. Eynon regarding Delphi setoffs (.30). | 4.70 | 1,175.00 |
| 02/24/06 | Thomas B. Radom | BCC19 | Telephone conferences and e-mails with A. Masse regarding Customer exit issues, Intercustomer Agreement (.80); e-mails to Customer Group regarding Intercustomer Agreement (.50); conference call with Customer Group regarding same, exit issues (.60); revised Intercustomer Agreement and e-mail to Customer Group regarding same (.50); review e-mails regarding Delphi setoffs (.50); e-mail to G. Eynon regarding Delphi setoffs (.30). | 3.20 | 800.00 |
| 02/26/06 | Thomas B. Radom | BCC19 | Review file regarding open items. | .50 | 125.00 |
| 02/28/06 | Thomas B. Radom | BCC19 | Review and reply to A. Masse e-mail regarding Intercustomer Agreement (.20); e-mails to J. Applebaum, J. DeVito and S. LaPlante regarding same (.20). | .40 | 100.00 |

TOTAL BILLABLE FEES        14,700.00

*-----COST ENTRIES-----*

| DATE | CODE | DESCRIPTION | AMOUNT |
|------|------|-------------|--------|
| 01/23/06 | 022 | Conference Expenses - - VENDOR: PREMIERE GLOBAL SERVICES | .00 |
| 01/24/06 | 022 | Reversal from Void Check Number: 36161 Bank ID: BPETTY Voucher ID: 10294934 Vendor: PAPA JOE'S GOURMET MARKET | .00 |
| 01/25/06 | 022 | Conference Expenses - - VENDOR: PREMIERE GLOBAL SERVICES | .00 |
| 01/25/06 | 022 | Conference Expenses - - VENDOR: PREMIERE GLOBAL SERVICES | .00 |
| 01/27/06 | 022 | Conference Expenses - - VENDOR: PREMIERE GLOBAL SERVICES | .00 |

*-----MATTER DESCRIPTION-----*
MPC


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


| DATE | CODE | DESCRIPTION | AMOUNT |
|------|------|-------------|--------|
| 01/27/06 | 022 | Conference Expenses - - VENDOR: PREMIERE GLOBAL SERVICES | .00 |
| 01/30/06 | 022 | Conference Expenses - - VENDOR: PREMIERE GLOBAL SERVICES | .00 |
| 02/01/06 | 009 | Secretarial Services  1/26/06 | 92.55 |
| 02/23/06 | 113 | Computer Research - Lexis/Nexis | .00 |

```
                                           -----------
                        COSTS SUBTOTAL          92.55
```

*-----MATTER DESCRIPTION-----*
OLSON INTERNATIONAL CORPORATION


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 02/08/06 | Matthew E. Wilkins | BCC19 | Prepare for conference with Olson counsel as to why Access Agreement should be signed by Olson. | 1.20 | 240.00 |
| 02/09/06 | Matthew E. Wilkins | BCC19 | Prepare for and conference with Olson counsel regarding agreements. | .30 | 60.00 |
| 02/22/06 | Matthew E. Wilkins | BCC19 | Review proposed revisions to Access and Security Agreement and Accommodation Agreement. | 1.20 | 300.00 |
| 02/23/06 | Matthew E. Wilkins | BCC19 | Review and analysis of Olson comments to Access and Security Agreement and Accommodation Agreement (2.7); review comments with Marti Everett and Bob Chapman of Delphi (.8). | 3.50 | 875.00 |

                                    TOTAL BILLABLE FEES          1,475.00

\*-----MATTER DESCRIPTION-----\*
PLYMOUTH RUBBER


\*-----CLIENT INFORMATION-----\*
DSLPHI AUTOMOTIVE SYSTEMS


\*-----TIME ENTRIES-----\*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 02/21/06 | Thomas B. Radom | BCC19 | Telephone conference with B. Mazzola regarding status report of chapter 11. | .30 | 75.00 |
| | | | | | ----------- |
| | | | TOTAL BILLABLE FEES | | 75.00 |

*-----MATTER DESCRIPTION-----*
J.L. FRENCH AUTOMOTIVE CASTINGS, INC.


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 02/21/06 | Thomas B. Radom | BCC19 | Review client documents. | .40 | 100.00 |
| 02/22/06 | Leonor Hendricksen | BCC19 | Reviewed the docket and pleadings on the bankruptcy case for the District of Delaware and obtained copies of pleadings. | 1.00 | 112.50 |
| 02/22/06 | Thomas B. Radom | BCC19 | Pacer search of court docket and review pleadings in chapter 11 case. | 1.00 | 250.00 |
| 02/24/06 | Thomas B. Radom | BCC19 | Review and reply to R. Shinaberry e-mail regarding vendor agreement. | .20 | 50.00 |

                                    -----------
                    TOTAL BILLABLE FEES        512.50

*-----MATTER DESCRIPTION-----*
CENTRAL STATES PRECISION GRIDING, INC.


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 02/14/06 | Matthew E. Wilkins | BCC19 | Telephone from Craig Archambault regarding possible distress situation (.3); telephone to supplier's counsel, R. Wardrop, for status (.3); telephone to C. Archambault with report and recommendation (.3). | .90 | 225.00 |
| 02/15/06 | Matthew E. Wilkins | BCC19 | Conferences with Craig Archambault, Robert Waldrop (Central States), Jack Pigman (Steel Parts), Joel Applebaum (Borg Warner) regarding shutdown of supplier, strategy for continuing production. | 1.00 | 250.00 |
| 02/16/06 | Matthew E. Wilkins | BCC19 | Conference with Craig Archambault regarding potential shut-down of supplier (.3); conference with supplier's counsel regarding status (.4); conference with C. Archambault regarding options and strategy going forward (.3). | 1.00 | 250.00 |
| 02/17/06 | Matthew E. Wilkins | BCC19 | Continued calls throughout day regarding shut-down of Central States and options for continuing complete or partial production (calls with corporate counsel for Central States, calls with Delphi internal purchasing staff; calls with counsel for other key customers Borg Warner and Steel Parts). | 6.50 | 1,625.00 |
| 02/21/06 | Matthew E. Wilkins | BCC19 | Conferences with Craig Archambault regarding plant shut-down, removal of Delphi parts, possible purchase of machinery (.9); correspondence to and from Borg Warner counsel regarding operation status, possibility of continued production (.3). | 1.20 | 300.00 |
| 02/23/06 | Matthew E. Wilkins | BCC19 | Work throughout day regarding acquisition of three machines from Central States (ongoing calls with Delphi (1.5); supplier counsel (1.0) and Bank counsel (.5) regarding acquisition; review and revise Bill of Sale (.5); draft Schedule of acquired assets (1.0)). | 4.50 | 1,125.00 |
| 02/24/06 | Matthew E. Wilkins | BCC19 | Attention to acquisition of certain equipment from Central States (conferences with Craig Archambault, correspondence to Central States and lender's counsel). | 1.50 | 375.00 |
| 02/24/06 | Matthew E. Wilkins | BCC19 | Review and revise Bill of Sale regarding equipment acquisition (.4); Bill of Sale signed by Seller (.1). | .50 | 125.00 |
| 02/24/06 | Matthew E. Wilkins | BCC19 | Follow-up work regarding equipment acquisition, payment of purchase price. | 1.20 | 300.00 |
| 02/27/06 | Matthew E. Wilkins | BCC19 | Attention to payment for acquired equipment. | .20 | 50.00 |

TOTAL BILLABLE FEES                4,625.00

*-----MATTER DESCRIPTION-----*
ENNIS MANUFACTURING


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 02/17/06 | Paula A. Hall | BCC 5 | Two correspondence to Judy Ross re: status of Ennis case(.5); review motion to compel payment re: Ennis Mexico assets(1.3); correspondence to T. Dunn re: same(.3). | 2.10 | 403.20 |
| 02/17/06 | Paula A. Hall | BCC 4 | Two correspondence to Judy Ross re: status of Ennis case; review motion to compel payment re: Ennis Mexico assets; correspondence to T. Dunn re: same. | .00 | .00 |
| 02/17/06 | Paula A. Hall | BCC 4 | Telephone call to R. Yaquinto re: motion to compel turnover. | .30 | 57.60 |
| 02/20/06 | Paula A. Hall | BCC 4 | Correspondence to and from J. Ross re: status of distribution under consignment agreement. | .20 | 38.40 |
| 02/22/06 | Paula A. Hall | BCC 4 | Correspondence from J. Ross re: agreement as executed by R. Yaquinto. | .20 | 38.40 |

TOTAL BILLABLE FEES            537.60