# EXHIBIT F

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
butzel.com

April 21, 2006

To:  David Sherbin, Esq., Delphi Corp.
     John Wm. Butler, Jr., Esq., Skadden, Arps, Slate, Meagher & Flom, LLP
     Alicia M. Leonhard, Esq., Office of the United States Trustee
     Robert J. Rosenberg, Esq., Latham & Watkins, LLP
     Marissa Wesley, Esq., Simpson Thacher & Bartlett, LLP
     Marlane Melican, Esq., Davis Polk & Wardell

### Summary of Total Billable Hours by Category
### for the Period March 1, 2006 through March 31, 2006

| Matter Description | Hours | Amount |
|---|---|---|
| Case Administration | 7.50 | $1,460.00 |
| Employee Benefits/Pensions/Labor | 80.00 | $14,400.00 |
| Fee/Employment Applications/Objections | 7.50 | $1,785.00 |
| Litigation | 3.40 | $756.00 |
| Vendor/Supplier Matters | 122.00 | $30,401.40 |
| Totals: | 220.40 | $48,802.40 |

April 21, 2006
Page 2

## Summary of Disbursements
### for the Period March 1, 2006 through March 31, 2006

| Disbursement | Amount |
|---|---|
| Delivery – Car Messenger | $10.24 |
| Express Delivery Charges | $78.98 |
| Travel Expenses | $122.37 |
| Totals: | $211.59 |

## Summary of Total Billable Hours by Attorneys and Paraprofessionals
### for the Period March 1, 2006 through March 31, 2006

| Name | Position | Admitted | Rate | Hours | Totals |
|---|---|---|---|---|---|
| **Attorneys** | | | | | |
| Thomas B. Radom | Shareholder | 1974 | $250.00 | 89.80 | $22,450.00 |
| Matthew Wilkins | Shareholder | 1983 | $250.00 | 39.40 | $9,850.00 |
| Daniel N. Sharkey | Shareholder | 1995 | $228.00 | 1.00 | $228.00 |
| James G. Derian | Shareholder | 1981 | $220.00 | 5.40 | $1,188.00 |
| James G. Derian | Shareholder | 1981 | $200.00 | .50 | $100.00 |
| Paula A. Hall | Associate | 2000 | $192.00 | 1.70 | $326.40 |
| Charlotte A. Garry | Associate | 1998 | $180.00 | 80.00 | $14,400.00 |
| Leonor Hendricksen | Paralegal | | $100.00 | 2.60 | $260.00 |
| Grand Total: | | | | 220.40 | $48,802.40 |

*-----MATTER DESCRIPTION-----*
DRAWN METAL


*-----CLIENT INFORMATION-----*
SUPERVISING--
DELPHI AUTOMOTIVE SYSTEMS



*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 03/16/06 | Thomas B. Radom | BCC19 | Telephone conferences with M. Everett regarding new matter (.30); review A. Bowman e-mail regarding March 17 conference call (.20); telephone conference with M. Wilkins regarding same (.20). | .70 | 175.00 |
| 03/17/06 | Matthew E. Wilkins | BCC19 | Review background memo and participate in internal Delphi call regarding new distressed supplier (1.0) outline strategy going forward (.5). | 1.50 | 375.00 |
| 03/17/06 | Matthew E. Wilkins | BCC19 | Review Settlement Agreement, related memo with supplier (.8); email from Drawn Metals to Delphi (.1); status email from A. Bowman(.1). | 1.00 | 250.00 |
| 03/17/06 | Thomas B. Radom | BCC19 | Conference call with Delphi team regarding status of supplier. | 1.20 | 300.00 |
| 03/20/06 | Matthew E. Wilkins | BCC19 | Prepare for and participate in Delphi status call (.9); draft Promissory Note for funding advance (1.2). | 2.10 | 525.00 |
| 03/20/06 | Paula A. Hall | BCC19 | Review memo re: Drawn Metal. | .20 | 38.40 |
| 03/22/06 | Matthew E. Wilkins | BCC19 | Review correspondence relating to and participate in internal status call. | 1.00 | 250.00 |
| 03/22/06 | Matthew E. Wilkins | BCC19 | Review Mazolla summary and status. | .30 | 75.00 |
| 03/22/06 | Matthew E. Wilkins | BCC19 | Review M. Fortunak proposal for resolution. | .20 | 50.00 |
| 03/22/06 | Paula A. Hall | BCC19 | Conference calls re: status of Drawn Metals. | .70 | 134.40 |
| 03/23/06 | Matthew E. Wilkins | BCC19 | Correspondence regarding proposed settlement with Drawn Metals. | .20 | 50.00 |
| 03/24/06 | Matthew E. Wilkins | BCC19 | Prepare for and participate in internal status call. | .50 | 125.00 |
| 03/28/06 | Matthew E. Wilkins | BCC19 | Internal status call regarding Delphi assessment of cash needs, strategy going forward (.9); draft Access and Security Agreement and Accommodation Agreement (3.5) | 4.40 | 1,100.00 |
| 03/28/06 | Matthew E. Wilkins | BCC19 | Review email from M. Fortunak outlining parameters of Delphi accommodation. | .20 | 50.00 |
| 03/29/06 | Matthew E. Wilkins | BCC19 | Internal status call (.4); revise and draft Accommodation Agreement and Promissory Note to incorporate additional changes in treatment of sums owed to Delphi (2.4) | 2.80 | 700.00 |

|  |  |  | TOTAL | | 4,197.80 |
| 03/22/06 | 001 | Photocopy Charges | | .00 | |

\*-----MATTER DESCRIPTION-----\*

GENERAL

\*-----CLIENT INFORMATION-----\*

DELPHI AUTOMOTIVE SYSTEMS

\*-----TIME ENTRIES-----\*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 03/07/06 | Leonor Hendricksen | BCC 4 | Reviewed the docket and pleadings on the bankruptcy case for the Southern District of New York (Manhattan) and obtained copies of pleadings. | 2.00 | 200.00 |
| 03/08/06 | Leonor Hendricksen | BCC 4 | Reviewed the docket and pleadings on the bankruptcy case for the Southern District of New York (Manhattan) and obtained copies of pleadings. | .60 | 60.00 |
| 03/30/06 | Daniel N. Sharkey | BCC10 | Received voicemail from J. Demma of Skadden re GM v. SDI appeal(.10); telephone conference with J. Demma (.20); research re appeal and drafted email correspondence to J. Demma re trial court decision and GM brief(.40); directed paralegal L. Clark to obtain docket sheet(.10); drafted email correspondence to J. Demma re same(.20). | 1.00 | 228.00 |

```
                                                    -----------
                             TOTAL BILLABLE FEES       488.00
```

\*-----COST ENTRIES-----\*

| DATE | CODE | DESCRIPTION | AMOUNT |
|------|------|-------------|--------|
| 03/01/06 | 001 | Photocopy Charges | .00 |
| 03/03/06 | 001 | Photocopy Charges | .00 |
| 03/03/06 | 001 | Photocopy Charges | .00 |
| 03/09/06 | 001 | Photocopy Charges | .00 |
| 03/10/06 | 001 | Photocopy Charges | .00 |
| 03/20/06 | 020 | Express Delivery Charges - - VENDOR: FEDERAL EXPRESS CORPORATION | 13.97 |
| 03/20/06 | 020 | Express Delivery Charges - - VENDOR: FEDERAL EXPRESS CORPORATION | 13.97 |
| 03/20/06 | 020 | Express Delivery Charges - - VENDOR: FEDERAL EXPRESS CORPORATION | 10.69 |
| 03/20/06 | 020 | Express Delivery Charges - - VENDOR: FEDERAL EXPRESS CORPORATION | 13.97 |
| 03/20/06 | 020 | Express Delivery Charges - - VENDOR: FEDERAL EXPRESS CORPORATION | 13.97 |
| 03/20/06 | 020 | Express Delivery Charges - - VENDOR: FEDERAL EXPRESS CORPORATION | 12.41 |
| 03/27/06 | 001 | Photocopy Charges | .00 |
| 03/27/06 | 001 | Photocopy Charges | .00 |

```
                                    -----------
                 COSTS SUBTOTAL        78.98
```

*------MATTER DESCRIPTION-----*
JONES, LELAND A.

*------CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


| 03/06/06 Denise E. Gau | BCC 4 Review telephone message from D. Sharkey and reply; telephone call to P. Tottis at Delphi; follow-up e-mail to P. Tottis. | .30 | .00 | BNC |

```
                                                     -----------
                               TOTAL BILLABLE FEES        0.00
```

*-----MATTER DESCRIPTION-----*
U.S. AEROTEAM, INC.


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS



*-----TIME ENTRIES-----*


| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 03/31/06 | James G. Derian | BCC 4 | Examine the three boxes of copied documents without bates numbers received from Delphi (.3); conference with paralegal Vanezza Lozzi regarding processing same to make sure they are in our Summation database (.2). | .50 | 100.00 |

|  |  |  |  | TOTAL BILLABLE FEES | 100.00 |

```
*-----MATTER DESCRIPTION-----*
TOWER AUTOMOTIVE, INC.


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS



*-----TIME ENTRIES-----*
```

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 03/01/06 | Thomas B. Radom | BCC19 | E-mail to R. Kwasteniet regarding Delphi letter on setoff, CIA (.20); telephone conference with F. Costa regarding same (.30); telephone conference with R. Kwasteniet regarding same (.40). | .90 | 225.00 |
| 03/02/06 | Thomas B. Radom | BCC19 | Telephone conferences with F. Costa regarding modification of payment proposal (.60); e-mail to R. Kwasteniet regarding same (.30); e-mails with F. Costa regarding same (.50); voicemail to R. Kwasteniet regarding same (.20); conference call with Delphi team regarding payment proposal (.40). | 2.00 | 500.00 |
| 03/06/06 | Thomas B. Radom | BCC19 | Telephone conferences with F. Costa regarding payment of past due. | .50 | 125.00 |
| 03/07/06 | Thomas B. Radom | BCC19 | Telephone conferences with F. Costa regarding status of past due payment, Tower proposal (.80); telephone conferences with R. Bennett, Kirkland & Ellis, regarding same (.60); review and respond to Tower proposal regarding payment of past due, setoff claim (1.0); telephone conference with R. Hulet regarding Tower proposal (.20). | 2.60 | 650.00 |
| 03/08/06 | Thomas B. Radom | BCC19 | Telephone conferences and e-mails with F. Costa regarding agreement on past due, setoff (.70); e-mail and telephone conferences with R. Bennett, Kirkland & Ellis, regarding same (.60); reviewed revised agreement (.20); telephone conference with M. Chema regarding same (.20); e-mails with J. Lyons, S. Tousso regarding setoff procedures (.70); review Tower omnibus claims objections (.50). | 2.90 | 725.00 |
| 03/20/06 | Thomas B. Radom | BCC19 | Telephone conference with F. Costa regarding status. | .20 | 50.00 |

```
                                    TOTAL BILLABLE FEES        2,275.00
```

*-----MATTER DESCRIPTION----*
EMPLOYMENT SECONDMENT


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 03/01/06 | Charlotte A. Garry | BCC 6 | Investigation for Bynum Charge; investigation for second Howard charge. | 8.00 | 1,440.00 |
| 03/07/06 | Charlotte A. Garry | BCC 6 | FMLA research regarding Taylor decision for plants in the Fourth Circuit (7.4); attention to Howard charge (.3); attention to Bynum charge (.3). | 8.00 | 1,440.00 |
| 03/08/06 | Charlotte A. Garry | BCC 6 | Continued ADA and FMLA research. | 8.00 | 1,440.00 |
| 03/14/06 | Charlotte A. Garry | BCC 6 | Attention to two new Charges: Patricia M. Avey (4.0) and Valerie Brown (4.0). | 8.00 | 1,440.00 |
| 03/15/06 | Charlotte A. Garry | BCC 6 | Drafted Promissory Note for Lori Cecutti (1.0); attention to Charges of Discrimination for Howard (1.0), Avey (2.0), Bynum (2.0) and Brown (2.0). | 8.00 | 1,440.00 |
| 03/21/06 | Charlotte A. Garry | BCC 6 | Attention Allie Charge (.3); review of e-mail on Bynum Charge and return e-mail to Linds Grider (.3); attention Avey Charge (.3); review of fax on Brown Charge (.3); drafted position statement on Howard Charge (6.8). | 8.00 | 1,440.00 |
| 03/22/06 | Charlotte A. Garry | BCC 6 | Finalized Howard Charge for Jeff Peterson (1.0); attention to Allie Charge and calls from Rolison; calls to Plant (1.0); attention to Bynum charge and calls to Linds Grider (1.0); drafted position statement for Avey Charge (5.0). | 8.00 | 1,440.00 |
| 03/28/06 | Charlotte A. Garry | BCC 6 | Finished Avey Charge (3.5); response to Rolison regarding Allie Charge (1.0); started Bynum Charge (3.5). | 8.00 | 1,440.00 |
| 03/29/06 | Charlotte A. Garry | BCC 6 | Continued drafting Bynum Charge (4.0); started drafting Brown Charge (4.0). | 8.00 | 1,440.00 |
| 03/30/06 | Charlotte A. Garry | BCC 6 | Finished Brown Charge (3.0); finished Bynum Charge (3.0); started Ward Charge (1.0); started Norman Charge (1.0). | 8.00 | 1,440.00 |

TOTAL BILLABLE FEES          - 14,400.00

*-----MATTER DESCRIPTION-----*
BROCKWAY PRESSED METALS, INC.


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS



*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 03/10/06 | Matthew E. Wilkins | BCC19 | Email from GM counsel regarding Delphi execution of Settlement Agreement (.1); review and forward to Delphi requesting execution (1.3). | 1.40 | 350.00 |
| 03/13/06 | Matthew E. Wilkins | BCC19 | Correspondence from Customer counsel regarding Eynon settlement. | .20 | 50.00 |
| 03/13/06 | Matthew E. Wilkins | BCC19 | Attention to settlement, discussions with M. Everett. | 1.60 | 400.00 |
| 03/15/06 | Matthew E. Wilkins | BCC19 | Attention to finalization and Delphi execution of settlement agreement. | .50 | 125.00 |
| 03/16/06 | Matthew E. Wilkins | BCC19 | Discuss and obtain Delphi signature on Eynon settlement agreement. | .40 | 100.00 |

                                            -----------
                            TOTAL BILLABLE FEES          1,025.00
03/28/06 001    Photocopy Charges                .00

*-----MATTER DESCRIPTION-----*
TUBE TECH


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 03/02/06 | Matthew E. Wilkins | BCC19 | Email from T. Monahan regarding setoff. | .10 | 25.00 |
| 03/09/06 | Matthew E. Wilkins | BCC19 | Conference with T. Monahan regarding inventory purchase (.2); correspondence regarding inventory purchase and offsets (.1). | .30 | 75.00 |

TOTAL BILLABLE FEES          100.00

*-----MATTER DESCRIPTION-----*
DAYTON TOOL


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 03/01/06 | Matthew E. Wilkins | BCC19 | Review Bill of Sale; forward to M. Fortunak. | .30 | 75.00 |
| 03/02/06 | Matthew E. Wilkins | BCC19 | Email from and to M. Fortunak regarding set-off rights and review Accommodation Agreement and Bill of Sale. | .70 | 175.00 |
| 03/02/06 | Matthew E. Wilkins | BCC19 | Conference with M. Rowland - Delphi regarding Plasco receivables (.2); conference with M. Fortunak regarding Plasco receivables (.2). | .40 | 100.00 |
| 03/07/06 | Matthew E. Wilkins | BCC19 | Email from DTC counsel regarding fee payment. | .10 | 25.00 |
| 03/08/06 | Matthew E. Wilkins | BCC19 | Conference with Dan Wohlschlager regarding accounts receivable collection. | .20 | 50.00 |
| 03/21/06 | Matthew E. Wilkins | BCC19 | Review email correspondence regarding DTC's counsel's unpaid fees and discuss with M. Rowland of BBK (.5); review fee statements (.4) | .90 | 225.00 |

```
                                                      -----------
                      TOTAL BILLABLE FEES                 650.00
```

*-----MATTER DESCRIPTION-----*
PLASCO

*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS

*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 03/07/06 | Thomas B. Radom | BCC19 | Telephone conference with C. Archambault regarding vendor agreements. | .20 | 50.00 |
| 03/09/06 | Thomas B. Radom | BCC19 | Review fax from C. Archambault regarding vendor agreements (.50); telephone conference with C. Archambault regarding same (.30). | .80 | 200.00 |
| 03/10/06 | Thomas B. Radom | BCC19 | Revise vendor agreement (.40); e-mail to C. Archambault regarding same (.20); review M. Fortunak e-mail regarding guaranty (.20); response e-mail to M. Fortunak regarding same (.20). | 1.00 | 250.00 |
| 03/21/06 | Thomas B. Radom | BCC19 | Review February financial report and e-mail to Delphi team regarding same. | .50 | 125.00 |
| 03/28/06 | Thomas B. Radom | BCC19 | Review and respond to C. Archambault e-mail regarding vendor agreement. | .20 | 50.00 |

                                                          ----------
                            TOTAL BILLABLE FEES              675.00

\*-----MATTER DESCRIPTION-----\*

ENNIS MANUFACTURING


\*-----CLIENT INFORMATION-----\*

DELPHI AUTOMOTIVE SYSTEMS


\*-----TIME ENTRIES-----\*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 03/15/06 | Paula A. Hall | BCC19 | Attention to case status/auctioneer's report. | .60 | 115.20 |
| 03/21/06 | Paula A. Hall | BCC19 | Correspondence to T. Dunn re: status of payment of auction proceeds. | .20 | 38.40 |
| | | | | | ----------- |
| | | | TOTAL BILLABLE FEES | | 153.60 |

```
*-----MATTER DESCRIPTION-----*
POST BANKRUPTCY GENERAL


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS



*-----TIME ENTRIES-----*
```

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 03/03/06 | Thomas B. Radom | BCC 7 | Finalized Third Monthly Fee Statement. | .20 | 50.00 |
| 03/06/06 | Thomas B. Radom | BCC 7 | Worked on First Interim Fee Application. | .50 | 125.00 |
| 03/06/06 | Thomas B. Radom | BCC 4 | Prepared weekly status report to client. | 1.80 | 450.00 |
| 03/07/06 | Thomas B. Radom | BCC 7 | Worked on First Interim Fee Application (2.0); telephone conference and e-mail with H. Zaltzman regarding same (.40); reviewed Zaltzman e-mails regarding same (.50). | 2.90 | 725.00 |
| 03/09/06 | Thomas B. Radom | BCC 7 | Conference with L. Deitch regarding interim fee application. | .30 | 75.00 |
| 03/13/06 | Thomas B. Radom | BCC 4 | Prepared weekly status report. | 1.00 | 250.00 |
| 03/20/06 | Thomas B. Radom | BCC 7 | Reviewed February fee statement. | .30 | 75.00 |
| 03/20/06 | Thomas B. Radom | BCC 4 | Prepared weekly status report. | .60 | 150.00 |
| 03/28/06 | Thomas B. Radom | BCC 4 | Prepared weekly status report. | 1.00 | 250.00 |
| 03/28/06 | Thomas B. Radom | BCC 7 | Review H. Zaltzman e-mail regarding Interim Fee Application, Notice. | .30 | 75.00 |

```
                                                            -----------
                                      TOTAL BILLABLE FEES      2,225.00
```

\*-----MATTER DESCRIPTION-----\*
GRIFFIN THERMAL PRODUCTS, INC.


\*-----CLIENT INFORMATION-----\*
DELPHI AUTOMOTIVE SYSTEMS


\*-----TIME ENTRIES-----\*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 03/07/06 | Thomas B. Radom | BCC19 | Review and reply to M. Eglin e-mail regarding Griffin proposal on claim. | .40 | 100.00 |
| 03/28/06 | Thomas B. Radom | BCC19 | Review sale motion. | .30 | 75.00 |
| | | | | | ---------- |
| | | | TOTAL BILLABLE FEES | | 175.00 |

*-----MATTER DESCRIPTION-----*
MRC INDUSTRIAL GROUP, INC.


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 03/01/06 | Matthew E. Wilkins | BCC19 | Attention to set-off issue and set-off cap. | .20 | 50.00 |
| 03/02/06 | Matthew E. Wilkins | BCC19 | Review and analysis of Accommodation Agreement (.4); email to BBK and Delphi regarding set-off rights (.3); call with BBK, Delphi team regarding set-off rights and follow-up call A. Bowman, M. Fortunak (.5); voicemail to LaSalle counsel regarding set-off issue (.1). | 1.30 | 325.00 |
| 03/02/06 | Matthew E. Wilkins | BCC19 | Conference with R. Rose, LaSalle counsel, regarding set-off issues. | .30 | 75.00 |
| 03/02/06 | Matthew E. Wilkins | BCC19 | Analysis of cost and benefit to Delphi in exceeding set-off limitations. | 1.50 | 375.00 |
| 03/03/06 | Matthew E. Wilkins | BCC19 | Follow-up on open items including set-off issues. | .70 | 175.00 |
| 03/06/06 | Matthew E. Wilkins | BCC19 | Review Delphi accounts payable to MRC accounts receivable reconciliation from BBK. | 1.00 | 250.00 |
| 03/09/06 | Matthew E. Wilkins | BCC19 | Review additional accounts receivable and accounts payable reconciliation. | .20 | 50.00 |
| 03/10/06 | Matthew E. Wilkins | BCC19 | Attention to Delphi - Shanghai invoice and explanation. | .10 | 25.00 |
| 03/21/06 | Matthew E. Wilkins | BCC19 | Email from and conference with BBK's M. Pizzorno regarding case status (.3); review BBK case summary for case conclusion call (.9). | 1.20 | 300.00 |
| 03/24/06 | Matthew E. Wilkins | BCC19 | Attention to NECP (advisor) fees. | .30 | 75.00 |
| 03/24/06 | Matthew E. Wilkins | BCC19 | Wrap-up call with BBK (.5); attention to tax return issue (.2). | .70 | 175.00 |

TOTAL BILLABLE FEES          1,875.00

\*-----MATTER DESCRIPTION-----\*
PARADIGM SINTERED PRODUCTS


\*-----CLIENT INFORMATION-----\*
DELPHI AUTOMOTIVE SYSTEMS


\*-----TIME ENTRIES-----\*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 03/01/06 | Thomas B. Radom | BCC19 | Telephone conference with R. Skilton and T. Tibble regarding funding proposal. | .30 | 75.00 |
| 03/02/06 | Thomas B. Radom | BCC19 | Telephone conferences and e-mails with B. Skilton regarding production, funding agreement (1.0); e-mails and telephone conferences with Delphi team regarding same (1.0). | 2.00 | 500.00 |
| 03/03/06 | Thomas B. Radom | BCC19 | Voicemails to R. Skilton regarding status of production proposal. | .20 | 50.00 |
| 03/06/06 | Thomas B. Radom | BCC19 | Reviewed revised drafts of production/funding agreement (.50); telephone conferences and e-mails with Delphi team regarding same (.50); telephone conferences and e-mails with B. Skilton regarding same (.70); conference call with B. Skilton, D. Kubiak regarding same (.30). | 2.00 | 500.00 |
| 03/07/06 | Thomas B. Radom | BCC19 | Telephone conferences and e-mails with B. Skilton, attorney for trustee, regarding revised production/funding proposal (1.0); telephone conferences with M. Fortunak regarding same (.60). | 1.60 | 400.00 |
| 03/08/06 | Thomas B. Radom | BCC19 | Telephone conference with M. Everett and M. Fortunak regarding production agreement (.30); telephone conferences and e-mails with B. Skilton regarding same (.60); review production agreement (.50); made further revisions to production agreement (.50); e-mail to Delphi team regarding same (.40). | 2.30 | 575.00 |
| 03/09/06 | Thomas B. Radom | BCC19 | Reviewed and replied to Delphi team e-mails regarding production/funding agreement. | 1.00 | 250.00 |
| 03/10/06 | Thomas B. Radom | BCC19 | Telephone conferences with B. Skilton regarding production agreement (.80); review and revise production agreement (.50); review trustee's ex parte motion for approval of production agreement and order (.30); e-mail to Delphi team regarding same (.30); telephone conferences with M. Everett regarding production agreement (.50); e-mail to Delphi team regarding production agreement (.30). | 2.70 | 675.00 |
| 03/13/06 | Thomas B. Radom | BCC19 | Telephone conferences and e-mails with B. Skilton regarding Production Agreement, funding (.70); telephone conferences with M. Everett regarding same (.50); e-mail to D. Kubiak regarding same (.20); review draft order approving Production Agreement and e-mail to R. Skilton, D. Kubiak regarding same (.50). | 1.90 | 475.00 |

*-----MATTER DESCRIPTION-----*
PARADIGM SINTERED PRODUCTS

*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 03/14/06 | Thomas B. Radom | BCC19 | E-mails to D. Kubiak, R. Skilton regarding Production Agreement. | .50 | 125.00 |
| 03/20/06 | Thomas B. Radom | BCC19 | E-mails with M. Fortunak, D. Kubiak, R. Skilton, T. Tibble regarding wire transfers (1.0); telephone conference with M. Fortunak regarding same (.20). | 1.20 | 300.00 |

TOTAL BILLABLE FEES    3,925.00

*-----COST ENTRIES-----*

| DATE | CODE | DESCRIPTION | AMOUNT |
|------|------|-------------|--------|
| 03/06/06 | 108 | LD Telephone Charges (Office) 1(616)752-2119 GRAND RPDS MI | .00 |
| 03/15/06 | 088 | Travel Expenses - - VENDOR: THOMAS B RADOM | 122.37 |

COSTS SUBTOTAL    122.37

*-----MATTER DESCRIPTION-----*
POST BANKRUPTCY GENERAL LITIGATION


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 03/01/06 | James G. Derian | BCC 7 | Telephone call from Dolores De'Elizade of Skadden Arps regarding any possible objections received by Butzel Long about invoices submitted through 12/31/05 (.2); exchange emails with Ms. De'Elizade regarding same (.2). | .40 | 88.00 |
| 03/02/06 | James G. Derian | BCC 7 | Receive and review email from Haim Zaltzman of Skadden Arps regarding extension of the first quarterly fee application, etc. | .20 | 44.00 |
| 03/22/06 | James G. Derian | BCC 7 | Receive and review e-mail from Attorney Haim Zaltzman of Skadden Arps regarding filing an amended retention application and supporting affidavit, etc. (.20); prepare e-mail to Phil Kessler and Tom Radom regarding same (.20); begin preparation of amended retention application, etc. (.30). | .70 | 154.00 |
| 03/24/06 | James G. Derian | BCC 7 | Exchange e-mail with Phil Kessler and Tom Radom regarding our amended application for retention as commercial and litigation counsel (.2); continue preparation of amended retention application, etc. (.5). | .70 | 154.00 |
| 03/27/06 | James G. Derian | BCC 7 | Exchange e-mail with Phil Kessler and Tom Radom regarding our amended retention application (.2); further work on the amended retention application, etc. (.3). | .50 | 110.00 |
| 03/29/06 | James G. Derian | BCC 7 | Receive and review notice and motion for approval of joint interest agreement between debtors and the official committee of unsecured creditors with attached joint interest agreement. | .50 | 110.00 |

TOTAL BILLABLE FEES    660.00

*-----MATTER DESCRIPTION-----*
TAYLOR MACHINE PRODUCTS


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 03/03/06 | Thomas B. Radom | BCC19 | Telephone conference with M. Everett regarding exit notice (.20); review financing order regarding same (.20); draft exit notice (.20). | .60 | 150.00 |
| 03/06/06 | Thomas B. Radom | BCC19 | Review and reply to J. Durko e-mail regarding resourcing notice (.20); review M. Everett, T. Dickerson e-mails regarding same (.20). | .40 | 100.00 |

|          |     |                          | TOTAL |      |
|----------|-----|--------------------------|-------|------|
| 03/03/06 | 001 | Photocopy Charges        | .00   |
| 03/03/06 | 001 | Photocopy Charges        | .00   |
| 03/03/06 | 012 | Local - Telecopy Charges | .00   |

\*-----MATTER DESCRIPTION-----\*

MPC


\*-----CLIENT INFORMATION-----\*

DELPHI AUTOMOTIVE SYSTEMS




\*-----TIME ENTRIES-----\*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 03/07/06 | Thomas B. Radom | BCC19 | E-mails and telephone conferences with J. DeVito, J. Applebaum regarding Budd signature to Intercustomer Agreement (.50); telephone conference with T. Dunn regarding employee agreements (.20); review employee agreements (.20); e-mail to T. Dunn regarding same (.20); telephone conference with D. Miller regarding union severance (.20). | 1.30 | 325.00 |
| 03/08/06 | Thomas B. Radom | BCC19 | Review and respond to D. Miller e-mail regarding hourly severance (.60); review spreadsheet regarding same (.20); review accommodation agreement regarding same (.30); telephone conferences with A. Masse regarding same (.50); review and reply to B. Riccuti regarding same (.40). | 2.00 | 500.00 |
| 03/09/06 | Thomas B. Radom | BCC19 | Review A. Masse e-mail regarding escrow agreement. | .20 | 50.00 |
| 03/10/06 | Thomas B. Radom | BCC19 | Review e-mail from E. Erman regarding Continental Press (.20); e-mail to C. Carson regarding same (.20); telephone conference with M. Everett regarding Intercustomer Agreement (.20); e-mail to M. Everett regarding same (.20); telephone conference with A. Masse regarding open items (.40); e-mail to A. Masse regarding Intercustomer Agreement (.20). | 1.40 | 350.00 |
| 03/13/06 | Thomas B. Radom | BCC19 | Telephone conference with D. Miller regarding union severance (.20); telephone conference and e-mail with A. Masse regarding union severance (.60); e-mail to Customer Group regarding same (.20); conference call with Customer Group and Company regarding same (1.0); post-calls with A. Masse, T. Dunn regarding same (.60). | 2.60 | 650.00 |
| 03/17/06 | Thomas B. Radom | BCC19 | Review BBK draft true up (.50); conference call with Delphi team and BBK regarding same (1.0); voicemail to J. Applebaum regarding Accommodation Agreement (.20); telephone conference with D. Miller regarding union (.20). | 1.90 | 475.00 |
| 03/20/06 | Thomas B. Radom | BCC19 | Telephone conference with M. Fortunak regarding true up (.20); review G. Eynon e-mail regarding payables (.20); telephone conference with D. Miller regarding union (.30); review creditor letter regarding asset sale (.20). | .90 | 225.00 |
| 03/21/06 | Thomas B. Radom | BCC19 | Telephone conference with J. Sale, attorney for UAW, regarding severance (.30); review J. | 1.70 | 425.00 |

*-----MATTER DESCRIPTION-----*
MPC

*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| | | | Sale letter regarding same (.20); e-mail to Customer group regarding same (.20); e-mails with S. Wybo regarding Delphi payables (.50); review M. Fortunak e-mail regarding payables (.20); telephone conference with C. Carson regarding Continental (.30). | | |
| 03/23/06 | Thomas B. Radom | BCC19 | Telephone conference with T. Dunn regarding Customer payables (.20); review A. Masse voicemail regarding true up (.20). | .40 | 100.00 |
| 03/24/06 | Thomas B. Radom | BCC19 | Telephone conferences with T. Dunn regarding union. | .40 | 100.00 |
| 03/27/06 | Thomas B. Radom | BCC19 | Review e-mails, voicemails regarding possible union strike (.40); telephone conference with T. Dunn regarding same (.20). | .60 | 150.00 |
| 03/28/06 | Thomas B. Radom | BCC19 | Telephone conference with B. Karges, attorney for UAW, regarding severance (.50); e-mail to M. Everett regarding same (.20); telephone conferences with T. Dunn regarding same (.50); e-mail to Delphi team regarding legal issues on severance (.40); review T. Dunn fax regarding UAW materials (.20). | 1.80 | 450.00 |
| 03/29/06 | Thomas B. Radom | BCC19 | Telephone conferences and e-mails with Delphi team regarding ULP charge, severance (1.0); e-mails and telephone conferences with A. Masse, BBK, regarding severance, true up (1.0); e-mails to Customer Group regarding same (.50). | 2.50 | 625.00 |
| 03/30/06 | Thomas B. Radom | BCC19 | Telephone conferences with Delphi Team regarding ULP charge, severance (.70); telephone conferences with A. Masse, BBK, regarding severance (.80); conference calls with Customer Group regarding same (2.0); telephone conference with D. Miller regarding same (.20); review BBK severance analysis (.40). | 4.10 | 1,025.00 |
| 03/31/06 | Thomas B. Radom | BCC19 | Telephone conference with Delphi team and BBK regarding severance, true up (.50); review revised true up (.30); conference calls with Customer group regarding union, severance (2.0). | 2.80 | 700.00 |

                                      TOTAL BILLABLE FEES          6,150.00

\*-----MATTER DESCRIPTION-----\*
OLSON INTERNATIONAL CORPORATION


\*-----CLIENT INFORMATION-----\*
DELPHI AUTOMOTIVE SYSTEMS


\*-----TIME ENTRIES-----\*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 03/01/06 | Matthew E. Wilkins | BCC19 | Review Olson proposed changes, revise Accommodation and Access Agreement. | 2.50 | 625.00 |
| 03/02/06 | Matthew E. Wilkins | BCC19 | Review and revise Accommodation and Access and Security Agreements. | 1.20 | 300.00 |
| 03/02/06 | Matthew E. Wilkins | BCC19 | Revisions to Access Agreement and forward mark-up to M. Everett, R. Chapman for review. | .80 | 200.00 |
| 03/02/06 | Matthew E. Wilkins | BCC19 | Finalize revisions to agreements and forward to M. Everett, R. Chapman. | .50 | 125.00 |
| 03/03/06 | Matthew E. Wilkins | BCC19 | Review and revise Accommodation and Access and Security Agreements (1.4); conference with M. Everett and R. Chapmen regarding revised agreement (.9); revise agreements and forward to Olson counsel (.7). | 3.00 | 750.00 |
| 03/07/06 | Matthew E. Wilkins | BCC19 | Status email to M. Everett, R. Chapman. | .20 | 50.00 |
| 03/08/06 | Matthew E. Wilkins | BCC19 | Correspondence regarding agreement status. | .20 | 50.00 |
| 03/16/06 | Matthew E. Wilkins | BCC19 | Attention to cancellation claims. | .40 | 100.00 |
| 03/17/06 | Matthew E. Wilkins | BCC19 | Voicemail from R. Chapman regarding cancellation claims. | .10 | 25.00 |
| 03/28/06 | Matthew E. Wilkins | BCC19 | Conference with Robert Chapman regarding matter status (.2); letter to M. Sicherman, Olson counsel, regarding status of Access and Accommodation Agreements (.3) | .50 | 125.00 |
| 03/28/06 | Matthew E. Wilkins | BCC19 | Status call from Robert Chapman(.20); letter to Olson counsel inquiring as to completion of documents(.20). | .40 | 100.00 |
| 03/30/06 | Matthew E. Wilkins | BCC19 | Conference with Olson counsel regarding Access Agreement and Accommodation Agreement (.4); email status to Delphi (.2). | .60 | 150.00 |

```
                                                    -----------
                           TOTAL BILLABLE FEES         2,600.00
```

*-----MATTER DESCRIPTION-----*
PLYMOUTH RUBBER


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 03/03/06 | Thomas B. Radom | BCC19 | Conference call with Delphi team and Plymouth Rubber team regarding cash collateral issue, status of chapter 11 (1.0); telephone conference with M. Everett regarding same (.20). | 1.20 | 300.00 |

TOTAL BILLABLE FEES            300.00

*-----MATTER DESCRIPTION-----*
J.L. FRENCH AUTOMOTIVE CASTINGS, INC.


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 03/02/06 | Thomas B. Radom | BCC19 | Telephone conference with R. Shinaberry regarding trade agreement (.20); e-mail to R. Shinaberry regarding legal analysis of trade agreement issues (.60). | .80 | 200.00 |
| 03/10/06 | Thomas B. Radom | BCC19 | Review R. Shinaberry e-mail regarding proposed revisions to Trade Agreement (.20); review client papers regarding same (.50). | .70 | 175.00 |
| 03/13/06 | Thomas B. Radom | BCC19 | Revised Trade Agreement and e-mail to R. Shinaberry regarding same. | .70 | 175.00 |
| 03/27/06 | Thomas B. Radom | BCC19 | Telephone conference with R. Shinaberry regarding revised Trade Agreement (.20); review R. Shinaberry e-mails, voicemails regarding same (.40). | .60 | 150.00 |

```
                                                    -----------
                           TOTAL BILLABLE FEES           700.00
```

*-----MATTER DESCRIPTION-----*
DELPHI CORPORATION VS. SEGWAY, INC.


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 03/03/06 | James G. Derian | BCC10 | Telephone conference with Don Parshall regarding Delphi's supplemental engagement letter and bankruptcy approval of the agreement; exchange email with Jim Wynne regarding the supplemental engagement terms and the initial investigation/interviewing that will need to be done. | .50 | .00 |
| 03/07/06 | James G. Derian | BCC10 | Exchange email with Jim Wynne in preparation for this Friday's meeting with Don Parshall and Lyle Shuey. | .50 | .00 |
| 03/10/06 | James G. Derian | BCC10 | Review file in preparation for interview of Delphi witness Gary Cameron (.7); telephone conference with Gary Cameron, Don Parshall and Jim Wynne regarding Mr. Cameron's knowledge of the battery development project with Segway (.8); conference with Jim Wynne regarding interview of Lyle Shuey and our discovery plan (.3); | 1.80 | 396.00 |
| 03/22/06 | James G. Derian | BCC10 | Telephone calls to and from witness Lyle Shuey regarding his testimony. | .30 | 66.00 |
| 03/24/06 | James G. Derian | BCC10 | Telephone call from witness Lyle Shuey regarding meeting to discuss his testimony (.2); prepare e-mail to Mr. Shuey regarding same (.1). | .30 | 66.00 |

-----------
TOTAL BILLABLE FEES     528.00

*-----COST ENTRIES-----*

| DATE | CODE | DESCRIPTION | AMOUNT : |
|------|------|-------------|----------|
| 03/28/06 | 105 | Delivery - Car Messenger TROY | 10.24 |

-----------
COSTS SUBTOTAL     10.24

*-----MATTER DESCRIPTION-----*
NEFF-PERKINS COMPANY


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 03/14/06 | Thomas B. Radom | BCC19 | Conference calls with Delphi team regarding troubled supplier issues. | 1.60 | 400.00 |
| 03/15/06 | Thomas B. Radom | BCC19 | Drafted Accommodation and Access Agreements (2.5); e-mails with Delphi team regarding same (.50); review and respond to A. Bowman e-mail regarding problems with supplier (.40); conference call with Delphi team regarding strategy (.70). | 4.10 | 1,025.00 |
| 03/16/06 | Thomas B. Radom | BCC19 | Review e-mails regarding financial status of supplier (.40); conference call with Delphi team and supplier team regarding essential supplier matters (1.0); revised Accommodation and Access Agreements and e-mails with Delphi team, supplier attorney regarding same (1.50); review Neff-Perkins annual report (.50). | 3.40 | 850.00 |
| 03/17/06 | Thomas B. Radom | BCC19 | E-mail to D. Neuman regarding agreements. | .20 | 50.00 |
| 03/21/06 | Thomas B. Radom | BCC19 | Review and respond to A. Bowman e-mail regarding status of agreements (.20); review and analyze Neff-Perkins Settlement Agreement (.60); e-mail to Delphi team regarding same (.40). | 1.20 | 300.00 |
| 03/22/06 | Thomas B. Radom | BCC19 | Conference call with Delphi team regarding strategy. | .50 | 125.00 |
| 03/23/06 | Thomas B. Radom | BCC19 | Review A. Bowman e-mail regarding proposed price increases. | .20 | 50.00 |
| 03/27/06 | Thomas B. Radom | BCC19 | Review D. Neuman e-mail regarding settlement agreement (.20); telephone conference with D. Neuman regarding same (.20). | .40 | 100.00 |
| 03/29/06 | Thomas B. Radom | BCC19 | Telephone conference with D. Neuman regarding status of agreement. | .30 | 75.00 |
| 03/30/06 | Thomas B. Radom | BCC19 | Telephone conference with A. Bowman regarding status, Confidentiality Agreement (.20); review draft Confidentiality Agreement (.20); telephone conference with M. Everett regarding financial status (.20). | .60 | 150.00 |
| 03/31/06 | Thomas B. Radom | BCC19 | Revised Confidentiality Agreement (1.0); telephone conference and e-mails with D. Neumann, attorney for Neff-Perkins, regarding same (.70); review Everett, Bowman e-mails regarding strategy with Supplier (.40); telephone conference with M. Everett regarding same (.20). | 2.30 | 575.00 |

                                                                    -----------
                                    TOTAL BILLABLE FEES                3,700.00

*-----MATTER DESCRIPTION-----*
DANA CORPORATION


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 03/13/06 | Thomas B. Radom | BCC19 | Review K. Craft e-mail regarding setoff. | .20 | 50.00 |
| 03/20/06 | Thomas B. Radom | BCC19 | Telephone conference with F. Costa regarding setoffs (.30); review client letters regarding same (.20). | .50 | 125.00 |
| 03/21/06 | Thomas B. Radom | BCC19 | Telephone conference with F. Costa regarding reclamation claim. | .20 | 50.00 |
| 03/27/06 | Thomas B. Radom | BCC19 | Review S. Snell e-mails regarding setoff, reclamation (.40); telephone conference with M. Wilkins regarding same (.20). | .60 | 150.00 |
| 03/28/06 | Thomas B. Radom | BCC19 | Review and respond to S. Snell e-mail regarding reclamation, setoff claims. | .20 | 50.00 |
| 03/29/06 | Thomas B. Radom | BCC19 | Telephone conferences and e-mails with S. Snell regarding reclamation, set off claims. | .70 | 175.00 |
| 03/30/06 | Thomas B. Radom | BCC19 | Reviewed client papers regarding reclamation, set off claims (1.0); telephone conference with S. Snell regarding same (.40). | 1.40 | 350.00 |
| 03/31/06 | Thomas B. Radom | BCC19 | Review additional client documents on reclamation (.60); telephone conference with S. Snell regarding same (.20). | .80 | 200.00 |

```
                                    TOTAL BILLABLE FEES        1,150.00
```

\*-----MATTER DESCRIPTION-----\*

ORIS AUTOMOTIVE PARKS AL, LTD.


\*-----CLIENT INFORMATION-----\*

DELPHI AUTOMOTIVE SYSTEMS


\*-----TIME ENTRIES-----\*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 03/28/06 | Matthew E. Wilkins | BCC19 | Email to Paula Hall regarding Oris reclamation claim. | .20 | 50.00 |
| | | | | | ----------- |
| | | | TOTAL BILLABLE FEES | | 50.00 |

*-----MATTER DESCRIPTION-----*
LEAR CORPORATION


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 03/20/06 | Thomas B. Radom | BCC19 | Telephone conference with F. Costa regarding payment terms. | .40 | 100.00 |
| 03/21/06 | Thomas B. Radom | BCC19 | Telephone conference with F. Costa regarding UPC letter. | .20 | 50.00 |
| 03/22/06 | Thomas B. Radom | BCC19 | Draft adequate assurance letter (1.0); telephone conference with F. Costa regarding same (.20). | 1.20 | 300.00 |

                                                                    -----------
                                        TOTAL BILLABLE FEES              450.00