# EXHIBIT F

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
**butzel.com**

May 31, 2006

To:   David Sherbin, Esq., Delphi Corp.
John Wm. Butler, Jr., Esq., Skadden, Arps, Slate, Meagher & Flom, LLP
Alicia M. Leonhard, Esq., Office of the United States Trustee
Robert J. Rosenberg, Esq., Latham & Watkins, LLP
Marissa Wesley, Esq., Simpson Thacher & Bartlett, LLP
Marlane Melican, Esq., Davis Polk & Wardell

### Summary of Total Billable Hours by Category
### for the Period April 1, 2006 through April 30, 2006

| Matter Description | Hours | Amount |
|---|---|---|
| Business Operations | 3.90 | $623.20 |
| Case Administration | 4.80 | $1,168.80 |
| Employee Benefits/Pensions/Labor | 40.00 | $7,200.00 |
| Fee/Employment Applications/Objections | 6.60 | $1,650.00 |
| Litigation | 3.00 | $336.00 |
| Vendor/Supplier Matters | 123.60 | $30,900.00 |
| Totals: | 181.90 | $41,878.00 |

May 31, 2006
Page 2

## Summary of Disbursements
### for the Period April 1, 2006 through April 30, 2006

| Disbursement | Amount |
|---|---|
| Telephone Charges | $280.43 |
| Express Delivery Charges | $119.95 |
| Color Copies | $178.00 |
| Totals: | $578.38 |

## Summary of Total Billable Hours by Attorneys and Paraprofessionals
### for the Period April 1, 2006 through April 30, 2006

| Name | Position | Admitted | Rate | Hours | Totals |
|---|---|---|---|---|---|
| **Attorneys** | | | | | |
| Thomas B. Radom | Shareholder | 1974 | $250.00 | 110.10 | $27,525.00 |
| Matthew Wilkins | Shareholder | 1983 | $250.00 | 24.10 | $6,025.00 |
| Matthew Wilkins | Shareholder | 1983 | $250.00 | .40 | $92.00 |
| John C. Blattner | Shareholder | 1995 | $228.00 | .40 | $91.20 |
| Paula A. Hall | Associate | 2000 | $192.00 | .40 | $76.80 |
| Charlotte A. Garry | Associate | 1998 | $180.00 | 40.00 | $7,200.00 |
| Lori A. Burke | Associate | 2002 | $152.00 | 3.50 | $532.00 |
| Christianne Redmond | Paralegal | | $112.00 | 3.00 | $336.00 |
| Grand Total: | | | | 181.90 | $41,878.00 |

\*-----MATTER DESCRIPTION-----\*
GENERAL


\*-----CLIENT INFORMATION-----\*
DELPHI AUTOMOTIVE SYSTEMS


\*-----TIME ENTRIES-----\*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 04/10/06 | Matthew E. Wilkins | BCC 4 | Attention to National City-Jamestown Plastic Molders dispute. | .40 | 92.00 |

|  |  |  | TOTAL BILLABLE FEES | | 92.00 |

\*-----COST ENTRIES-----\*

| DATE | CODE | DESCRIPTION | AMOUNT |
|------|------|-------------|--------|
| 04/18/06 | 020 | Express Delivery Charges - - VENDOR: FEDERAL EXPRESS CORPORATION | 14.10 |
| 04/18/06 | 020 | Express Delivery Charges - - VENDOR: FEDERAL EXPRESS CORPORATION | 14.10 |
| 04/18/06 | 020 | Express Delivery Charges - - VENDOR: FEDERAL EXPRESS CORPORATION | 12.52 |
| 04/18/06 | 020 | Express Delivery Charges - - VENDOR: FEDERAL EXPRESS CORPORATION | 14.10 |
| 04/18/06 | 020 | Express Delivery Charges - - VENDOR: FEDERAL EXPRESS CORPORATION | 10.79 |
| 04/18/06 | 020 | Express Delivery Charges - - VENDOR: FEDERAL EXPRESS CORPORATION | 14.10 |
| 04/22/06 | 020 | Express Delivery Charges - - VENDOR: FEDERAL EXPRESS CORPORATION | 14.10 |
| 04/22/06 | 020 | Express Delivery Charges - - VENDOR: FEDERAL EXPRESS CORPORATION | 15.40 |

|  |  | COSTS SUBTOTAL | 109.21 |

*-----MATTER DESCRIPTION-----*
U.S. AEROTEAM, INC.

*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 04/05/06 | Christianne Redmond | BCC10 | Consultation with V. Lozzi and J. Derian re: document organization and compare original documents produced by Delphi with those imaged in Summation to verify that all originals are in order. | 1.00 | 112.00 |
| 04/06/06 | Christianne Redmond | BCC10 | Compare original documents produced by Delphi with those imaged in Summation to verify that all originals are in order. | 2.00 | 224.00 |
| | | | | | ---------- |
| | | | | | 336.00 |

*-----MATTER DESCRIPTION-----*
TOWER AUTOMOTIVE, INC.


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS



*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 04/25/06 | Thomas B. Radom | BCC19 | Telephone conference with J. Snell regarding status. | .20 | 50.00 |

|  |  |  |  |  | ----------- |
|  |  |  | TOTAL BILLABLE FEES |  | 50.00 |

*-----MATTER DESCRIPTION-----*
EMPLOYMENT SECONDMENT


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 04/11/06 | Charlotte A. Garry | BCC 6 | Wrote Ward position statement. | 8.00 | 1,440.00 |
| 04/12/06 | Charlotte A. Garry | BCC 6 | Started investigation for Norman position statement. | 8.00 | 1,440.00 |
| 04/18/06 | Charlotte A. Garry | BCC 6 | Worked on Norman Charge. | 8.00 | 1,440.00 |
| 04/19/06 | Charlotte A. Garry | BCC 6 | Worked on Norman, Shields and Hartfield charges. | 8.00 | 1,440.00 |
| 04/26/06 | Charlotte A. Garry | BCC 6 | Worked on Norman, Hatfield and Shields charges. | 8.00 | 1,440.00 |

                                              -----------
                          TOTAL BILLABLE FEES      7,200.00

```
*-----MATTER DESCRIPTION-----*
BROCKWAY PRESSED METALS, INC.


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS



*-----TIME ENTRIES-----*
```

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 04/05/06 | Matthew E. Wilkins | BCC19 | Attention to setoff and recovery issue raised by M. Fortunak. | .50 | 125.00 |
| 04/06/06 | Matthew E. Wilkins | BCC19 | Attention to settlement and setoff issues and discuss with BBK (Phil Goy) and Customer counsel (A. Silver). | 1.00 | 250.00 |
| | | | TOTAL BILLABLE FEES | | 375.00 |

*-----MATTER DESCRIPTION-----*
TUBE TECH


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS



*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 04/03/06 | Matthew E. Wilkins | BCC19 | Email from T. Monahan and discuss setoff rights with T. Monahan. | .20 | 50.00 |
| 04/03/06 | Matthew E. Wilkins | BCC19 | Follow-up call regarding inventory purchase and review inventory purchase requirements and allowed setoffs. | 1.40 | 350.00 |
| 04/03/06 | Matthew E. Wilkins | BCC19 | Email from N. Boland regarding inventory purchase. | .10 | 25.00 |
| 04/04/06 | Matthew E. Wilkins | BCC19 | Email from M. Fortunak regarding inventory purchase payment. | .10 | 25.00 |
| 04/10/06 | Matthew E. Wilkins | BCC19 | Email from T. Monahan regarding BML threat to shut down Jonesville (.1); telephone from T. Monahan to discuss (.2). | .30 | 75.00 |
| 04/14/06 | Matthew E. Wilkins | BCC19 | Email from and to T. Monahan regarding BML threat to stop producing at Jonesville. | .20 | 50.00 |
| 04/18/06 | Matthew E. Wilkins | BCC19 | Email from T. Monahan regarding BML situation status. | .20 | 50.00 |
| 04/24/06 | Matthew E. Wilkins | BCC19 | BBK email regarding BML status. | .20 | 50.00 |

TOTAL BILLABLE FEES                675.00

*-----MATTER DESCRIPTION-----*
DAYTON TOOL


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 04/03/06 | Matthew E. Wilkins | BCC19 | Review Plasco payables to Dayton Tool, UCC letter advising to make payment direct to Delphi. | .40 | 100.00 |
| 04/11/06 | Matthew E. Wilkins | BCC19 | (Jamestown Plastic Molders) Review National City counsel email, Complaint by Jamestown and analyze Delphi's position. | .90 | 225.00 |
| 04/12/06 | Matthew E. Wilkins | BCC19 | Attention to collection of Plasco and Progressive receivables (owned by Delphi). | 1.70 | 425.00 |
| 04/13/06 | Matthew E. Wilkins | BCC19 | Attention to collection of various receivables (purchased from National City) and discuss same with T. Radom, M. Rowland, C. Archambault and M. Fortunak. | 1.20 | 300.00 |
| 04/13/06 | Matthew E. Wilkins | BCC19 | Letter to Progressive Screw regarding payment of payables directly to Delphi. | .50 | 125.00 |
| 04/13/06 | Matthew E. Wilkins | BCC19 | Emails to and from M. Rowland regarding strategy for collection of accounts receivable. | .30 | 75.00 |
| 04/13/06 | Thomas B. Radom | BCC19 | Telephone conference with M. Wilkins, M. Fortunak, M. Rowland, C. Archambault regarding Plasco A/R. | .50 | 125.00 |
| 04/14/06 | Matthew E. Wilkins | BCC19 | Email from Production Screw (and forward to Delphi team) regarding full payment of Dayton Tool receivables. | .20 | 50.00 |
| 04/24/06 | Matthew E. Wilkins | BCC19 | Email from M. Fortunak regarding Plasco and Production Screw receivables. | .10 | 25.00 |
| 04/25/06 | Matthew E. Wilkins | BCC19 | Email from M. Rowland regarding receivables and attention to outstanding receivables. | .20 | 50.00 |
| 04/25/06 | Matthew E. Wilkins | BCC19 | Attention to receivable collection. | .20 | 50.00 |
| 04/27/06 | Matthew E. Wilkins | BCC19 | Email from C. Archambault regarding Plasco receivable. | .10 | 25.00 |

                                            -----------
                        TOTAL BILLABLE FEES    1,575.00

*-----MATTER DESCRIPTION-----*

PLASCO


*-----CLIENT INFORMATION-----*

DELPHI AUTOMOTIVE SYSTEMS



*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 04/03/06 | Thomas B. Radom | BCC19 | E-mail to C. Archambault regarding Metal Seal (.50); review C. Archambault, M. Pizzorno e-mails regarding vendors (.50). | 1.00 | 250.00 |
| 04/04/06 | Thomas B. Radom | BCC19 | Review file and e-mails regarding vendor issues. | .40 | 100.00 |
| 04/05/06 | Thomas B. Radom | BCC19 | Revised Vendor Agreement regarding Metal Seal (.40); telephone conference and e-mail with C. Archambault regarding same (.40); review M. Everett regarding vendor issues (.20). | 1.00 | 250.00 |
| 04/12/06 | Thomas B. Radom | BCC19 | Review C. Archambault, M. Pizzorno e-mails regarding proposed vendor settlements. | .20 | 50.00 |
| 04/17/06 | Thomas B. Radom | BCC19 | Telephone conference with M. Pizzorno, BBK, regarding vendor issues. | .20 | 50.00 |
| 04/21/06 | Thomas B. Radom | BCC19 | Telephone conference with C. Archambault regarding vendor issues. | .30 | 75.00 |
| 04/24/06 | Thomas B. Radom | BCC19 | Telephone conference with C. Archambault and M. Pizzorno regarding vendor analysis (.50); review spreadsheet regarding same (.30); review Hater counterproposal (.20). | 1.00 | 250.00 |
| 04/25/06 | Thomas B. Radom | BCC19 | Telephone conference with M. Everett regarding status. | .20 | 50.00 |

```
                                                    -----------
                     TOTAL BILLABLE FEES               1,075.00
```

*-----MATTER DESCRIPTION-----*
POST BANKRUPTCY GENERAL


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 04/04/06 | Thomas B. Radom | BCC 4 | Prepared weekly status report. | 1.00 | 250.00 |
| 04/13/06 | Thomas B. Radom | BCC 4 | Completed weekly status report. | 1.00 | 250.00 |
| 04/17/06 | Thomas B. Radom | BCC 7 | Review H. Zaltzman e-mail regarding interim fee application. | .20 | 50.00 |
| 04/20/06 | Thomas B. Radom | BCC 4 | Prepared weekly status report. | .50 | 125.00 |
| 04/21/06 | Thomas B. Radom | BCC 4 | Telephone conference with C. Comerford regarding setoff issue. | .30 | 75.00 |
| 04/21/06 | Thomas B. Radom | BCC 4 | Review monthly fee statement. | .20 | 50.00 |
| 04/26/06 | Thomas B. Radom | BCC 4 | Weekly status report to client. | 1.00 | 250.00 |
| 04/26/06 | Thomas B. Radom | BCC 7 | E-mails with H. Zaltzman regarding First Interim Fee Application (.50); worked on same (1.50). | 2.00 | 500.00 |
| 04/27/06 | Thomas B. Radom | BCC 7 | Work on First Interim Fee Application. | 2.40 | 600.00 |
| 04/28/06 | Thomas B. Radom | BCC 7 | Completed First Interim Fee Application. | 2.00 | 500.00 |

TOTAL BILLABLE FEES        2,650.00

*-----MATTER DESCRIPTION-----*
MRC INDUSTRIAL GROUP, INC.


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS



*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 04/03/06 | Matthew E. Wilkins | BCC19 | Attention to professional fee reconciliation and payment, email on this from T. Sable. | .20 | 50.00 |
| 04/07/06 | Matthew E. Wilkins | BCC19 | Conference with D. Wohlschlager regarding wind-down report, overall status. | .30 | 75.00 |
| 04/12/06 | Matthew E. Wilkins | BCC19 | Email from BBK regarding Delphi execution of Amendment to Trust Agreement. | .10 | 25.00 |
| 04/27/06 | Matthew E. Wilkins | BCC19 | Review stipulation regarding stay relief. | .20 | 50.00 |
| 04/28/06 | Matthew E. Wilkins | BCC19 | Attention to subordinated participation. | .30 | 75.00 |
| 04/28/06 | Matthew E. Wilkins | BCC19 | Attention to proposed stay relief stipulation. | .20 | 50.00 |

TOTAL BILLABLE FEES    325.00

*-----MATTER DESCRIPTION-----*
PARADIGM SINTERED PRODUCTS


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 04/05/06 | Thomas B. Radom | BCC19 | Telephone conference with M. Fortunak regarding wrap up issues. | .20 | 50.00 |
| | | | | | ----------- |
| | | | TOTAL BILLABLE FEES | | 50.00 |

*-----MATTER DESCRIPTION-----*
MPC


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS



*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 04/03/06 | Thomas B. Radom | BCC19 | Conference call with Customer Group, BBK regarding severance, payment of A/P (.50); telephone conference with D. Miller regarding same (.20); review J. DeVito voicemail regarding Budd A/P (.20). | .90 | 225.00 |
| 04/04/06 | Thomas B. Radom | BCC19 | Reviewed J. Applebaum e-mail regarding A/P (.20); telephone conferences with A. Masse regarding severance issues (.50). | .70 | 175.00 |
| 04/05/06 | Thomas B. Radom | BCC19 | Review Participation, Accommodation Agreements regarding borrowing base (.60); telephone conference and e-mails with A. Masse regarding same, Customer payables, salaried bonuses (.40); review Masse fax regarding bonuses (.20); telephone conference with M. Fortunak regarding A/P, bonuses (.20); review and respond to B. Ricciuti e-mail regarding bonuses (.20). | 1.60 | 400.00 |
| 04/06/06 | Thomas B. Radom | BCC19 | Telephone conferences with M. Everett regarding UAW (.50); telephone conferences with A. Masse and M. Everett regarding union severance (.70); review and reply to J. LaPlante e-mail regarding ULP charge (.20); telephone conference with R. Roumayah, NLRB, regarding ULP (.20); worked on BBK Escrow Agreement (1.0). | 2.60 | 650.00 |
| 04/07/06 | Thomas B. Radom | BCC19 | Completed Escrow Agreement and e-mail to Customer Group, MPC regarding same (1.5); telephone conferences with A. Masse regarding escrow (.50); e-mails with BBK, Customer Group regarding A/P, severance, escrow (1.0); telephone conference with M. Fortunak regarding Escrow Agreement (.20); conference calls with Customer Group regarding A/P, severance, escrow (1.8). | 5.00 | 1,250.00 |
| 04/10/06 | Thomas B. Radom | BCC19 | Review e-mails from A. Masse, G. Eynon regarding severance, Participation Agreement (.60); telephone conferences with A. Masse regarding same (.50); telephone conference with T. Dunn regarding status, Escrow Agreement (.30); e-mail to Customer Group, MPC regarding Escrow Agreement (.20); further review of Participation Agreement issues (.60). | 2.20 | 550.00 |
| 04/11/06 | Thomas B. Radom | BCC19 | Telephone conferences and e-mails with M. Everett, M. Fortunak, A. Masse regarding A/P, severance (1.2); telephone conference with E. Erman regarding asset sale (.40); telephone conference with A. Masse regarding asset sale | 2.30 | 575.00 |

*-----MATTER DESCRIPTION-----*
MPC

*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| | | | (.20); telephone conference with Delphi team regarding ULP charge (.50). | | |
| 04/12/06 | Thomas B. Radom | BCC19 | Telephone conferences with T. Dunn, M. Everett, M. Fortunak regarding union claim, A/P (.70); conference calls with Customer Group regarding same (1.0); e-mails with Customer Group, Delphi Team regarding same (.50). | 2.20 | 550.00 |
| 04/13/06 | Thomas B. Radom | BCC19 | Review e-mails from T. Dunn, M. Fortunak regarding Stuckel (.40); review BBK e-mails regarding A/P (.30); e-mail to G. Eynon regarding setoff (.20). | .90 | 225.00 |
| 04/14/06 | Thomas B. Radom | BCC19 | Review BBK e-mail regarding A/P and reply to same (.40); review and reply to G. Eynon e-mail regarding Delphi setoff (.40); e-mail to BBK regarding Culp (.20). | 1.00 | 250.00 |
| 04/17/06 | Thomas B. Radom | BCC19 | Review and reply to A. Masse e-mail regarding Culp (.30); telephone conference and e-mail with E. Erman regarding same (.40). | .70 | 175.00 |
| 04/19/06 | Thomas B. Radom | BCC19 | Telephone conference with E. Erman regarding Culp, release. | .30 | 75.00 |
| 04/20/06 | Thomas B. Radom | BCC19 | Review Culp release; e-mails to D. Freedman, Delphi Team, BBK regarding same. | .60 | 150.00 |
| 04/21/06 | Thomas B. Radom | BCC19 | Respond to D. Freedman e-mail regarding Culp release. | .20 | 50.00 |
| 04/25/06 | Thomas B. Radom | BCC19 | Telephone conference with D. Miller regarding status of asset sale (.20); review D. Freedman e-mail regarding same (.20); telephone conference with C. Carson regarding ULP (.20). | .60 | 150.00 |
| 04/28/06 | Thomas B. Radom | BCC19 | Telephone conference with M. Everett regarding status (.20); review e-mails regarding ULP (.30); review A. Masse e-mail regarding Intercustomer Agreement (.20). | .70 | 175.00 |

                                                                                    -----------
                                                  TOTAL BILLABLE FEES                  5,625.00

*-----COST ENTRIES-----*

| DATE | CODE | DESCRIPTION | AMOUNT |
|------|------|-------------|--------|
| 04/28/06 | 098 | Telephone Charges - - VENDOR: PREMIERE GLOBAL SERVICES | 43.17 |

                                                                    -----------
                                              COSTS SUBTOTAL            43.17

\*-----MATTER DESCRIPTION-----\*
OLSON INTERNATIONAL CORPORATION


\*-----CLIENT INFORMATION-----\*
DELPHI AUTOMOTIVE SYSTEMS


\*-----TIME ENTRIES-----\*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 04/19/06 | Matthew E. Wilkins | BCC19 | Brief review of proposed changes to Accommodation Agreement from Olson counsel. | .30 | 75.00 |
| 04/25/06 | Matthew E. Wilkins | BCC19 | Review and summarize Olson's proposed changes to Accommodation Agreement. | 2.00 | 500.00 |
| 04/25/06 | Matthew E. Wilkins | BCC19 | Status email from R. Chapman. | .10 | 25.00 |
| 04/26/06 | Matthew E. Wilkins | BCC19 | Memo to client regarding key changes to Accommodation Agreement requested by Olson and discuss with R. Chapman at Delphi. | 1.50 | 375.00 |
| 04/27/06 | Matthew E. Wilkins | BCC19 | Emails from M. Everett and R. Chapman regarding strategy going forward. | .20 | 50.00 |

```
                                                                -----------
                                   TOTAL BILLABLE FEES            1,025.00
```

*-----MATTER DESCRIPTION-----*
J.L. FRENCH AUTOMOTIVE CASTINGS, INC.


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS



*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 04/25/06 | Thomas B. Radom | BCC19 | Review and respond to K. Craft e-mail regarding Trade Agreement. | .30 | 75.00 |

|  |  |  |  | TOTAL BILLABLE FEES | 75.00 |

*-----MATTER DESCRIPTION-----*
DELPHI PRODUCT & SERVICE SOLUTIONS


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 04/26/06 | John C. Blattner | BCC 3 | Review and revise Sweepstakes rules and affidavits; direct L. Burke. | .40 | 91.20 |
| 04/26/06 | Lori A. Burke | BCC 3 | Discuss Delphi Race to Win promotion with Mr. Derian (.30);  Review draft rules for the promotion (1.0); draft and revise official rules and an affidavit of eligibility and liability release for the promotion (2.0); send the rules and affidavit to Mr. Derian with an explanatory e-mail(.20). | 3.50 | 532.00 |

```
                                                    -----------
                        TOTAL BILLABLE FEES              623.20
```

*-----MATTER DESCRIPTION-----*
NEFF-PERKINS COMPANY


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS



*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 04/03/06 | Thomas B. Radom | BCC19 | Review and reply to D. Neuman e-mail regarding Confidentiality Agreement (.20); further revise Confidentiality Agreement and e-mail to D. Neuman regarding same (.50); telephone conference with A. Bowman regarding same (.20). | .90 | 225.00 |
| 04/04/06 | Thomas B. Radom | BCC19 | E-mails with N. Neuman, A. Bowman regarding Confidentiality Agreement (1.2); telephone conference with A. Bowman regarding same, April 5 meeting with company (.30). | 1.50 | 375.00 |
| 04/05/06 | Thomas B. Radom | BCC19 | Draft consultant consent to Confidentiality Agreement (.20); e-mail to D. Neuman regarding same (.20); telephone conference with A. Bowman regarding same (.20). | .60 | 150.00 |
| 04/10/06 | Thomas B. Radom | BCC19 | Telephone conference with D. Neuman regarding status (.20); telephone conference with A. Bowman regarding same (.30). | .50 | 125.00 |
| 04/11/06 | Thomas B. Radom | BCC19 | Review CMD analysis (.50); telephone conference with Delphi Team, CMD regarding same (.50). | 1.00 | 250.00 |
| 04/12/06 | Thomas B. Radom | BCC19 | Review e-mails regarding summary of call with supplier, exit course (.50); telephone conference with D. Neuman regarding same (.20). | .70 | 175.00 |
| 04/17/06 | Thomas B. Radom | BCC19 | Worked on Exit Agreement. | 2.00 | 500.00 |
| 04/18/06 | Thomas B. Radom | BCC19 | Finalized Exit Agreement (.50): e-mail to D. Neumann regarding same (.20); review A. Bowman voicemail regarding same (.20). | .90 | 225.00 |
| 04/19/06 | Thomas B. Radom | BCC19 | Review and reply to M. Zaverton e-mail regarding Exit Agreement (.20); telephone conference with K. Hand, CMD, regarding same (.20). | .40 | 100.00 |
| 04/21/06 | Thomas B. Radom | BCC19 | Review revised draft of Exit Agreement (.40); e-mail to Delphi Team regarding same (.20). | .60 | 150.00 |
| 04/24/06 | Thomas B. Radom | BCC19 | Telephone conference with A. Bowman and K. Hand regarding Exit Agreement. | .50 | 125.00 |
| 04/25/06 | Thomas B. Radom | BCC19 | E-mail to D. Neumann regarding Exit Agreement (.20); telephone conference with D. Neumann regarding same (.50); telephone conference with A. Bowman regarding same (.30); telephone conference with M. Everett regarding status (.20). | 1.20 | 300.00 |
| 04/26/06 | Thomas B. Radom | BCC19 | Telephone conference with D. Neumann regarding Exit Agreement (.30); telephone conference with A. Bowman regarding same (.50); e-mail to Delphi Team regarding summary of Neff-Perkins' changes to Exit Agreement (.60). | 1.40 | 350.00 |

*-----MATTER DESCRIPTION-----*
NEFF-PERKINS COMPANY


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 04/27/06 | Thomas B. Radom | BCC19 | Review and reply to D. Neumann e-mail regarding status of Exit Agreement. | .20 | 50.00 |
| 04/28/06 | Thomas B. Radom | BCC19 | Review and reply to D. Neumann e-mails regarding Exit Agreement. | .40 | 100.00 |

-----------

TOTAL BILLABLE FEES          3,200.00

*-----MATTER DESCRIPTION-----*
DRAWN METAL


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 04/03/06 | Matthew E. Wilkins | BCC19 | Internal team status call. | .30 | 75.00 |
| 04/07/06 | Matthew E. Wilkins | BCC19 | Internal team status call. | .40 | 100.00 |
| 04/10/06 | Matthew E. Wilkins | BCC19 | Email from W. Mazzola regarding status. | .20 | 50.00 |
| 04/12/06 | Matthew E. Wilkins | BCC19 | Conference with Draw Metals counsel (.40); review and revise Access Agreement, Accommodation Agreement(1.4). | 1.80 | 450.00 |
| 04/13/06 | Matthew E. Wilkins | BCC19 | Review and revise Access Agreement, Accommodation Agreement, Promissory Note. | 1.30 | 325.00 |
| 04/13/06 | Matthew E. Wilkins | BCC19 | Review and revise Access, Accommodation Agreements. | .40 | 100.00 |
| 04/14/06 | Matthew E. Wilkins | BCC19 | Status email to Delphi team. | .20 | 50.00 |
| 04/17/06 | Matthew E. Wilkins | BCC19 | Email to and from team regarding document status. | .20 | 50.00 |
| 04/18/06 | Matthew E. Wilkins | BCC19 | Revise Access Agreement and circulate for review. | .30 | 75.00 |
| 04/19/06 | Matthew E. Wilkins | BCC19 | Team status conference call. | .30 | 75.00 |
| 04/20/06 | Matthew E. Wilkins | BCC19 | Review E&C parts list (from C. Archambault). | .20 | 50.00 |
| 04/20/06 | Matthew E. Wilkins | BCC19 | Email from W. Mazzola regarding tooling schedule. | .10 | 25.00 |
| 04/24/06 | Matthew E. Wilkins | BCC19 | Internal status call. | .30 | 75.00 |
| 04/25/06 | Matthew E. Wilkins | BCC19 | Review requested changes to Accommodation Agreement. | .30 | 75.00 |
| 04/26/06 | Matthew E. Wilkins | BCC19 | Review and revise Accommodation Agreement, Access Agreement and forward to Drawn's counsel for execution. | 1.50 | 375.00 |
| 04/26/06 | Matthew E. Wilkins | BCC19 | Communications with Delphi personnel regarding terms of Accommodation Agreement. | .30 | 75.00 |
| 04/27/06 | Matthew E. Wilkins | BCC19 | Signature pages from Drawn's counsel. | .10 | 25.00 |
| 04/28/06 | Matthew E. Wilkins | BCC19 | Organize and forward final executed Access Agreement and Accommodation Agreement to all parties. | .50 | 125.00 |

```
                                                      -----------
                          TOTAL BILLABLE FEES            2,175.00
```

\*-----MATTER DESCRIPTION-----\*
DANA CORPORATION


\*-----CLIENT INFORMATION-----\*
DELPHI AUTOMOTIVE SYSTEMS


\*-----TIME ENTRIES-----\*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 04/03/06 | Thomas B. Radom | BCC19 | Telephone conferences and e-mails with S. Snell regarding reclamation, setoff, essential supplier (1.0); completed review of reclamation papers (.70); review reclamation motion and order (.50); letter to Dana regarding reclamation demand (.30). | 2.50 | 625.00 |
| 04/05/06 | Thomas B. Radom | BCC19 | Reviewed essential supplier motions and orders, final DIP financing order, court docket (2.0); telephone conference with S. Snell regarding setoff, essential supplier issues (.80). | 2.80 | 700.00 |
| 04/13/06 | Thomas B. Radom | BCC19 | Telephone conference with S. Snell regarding call with Dana on setoff issues. | .30 | 75.00 |
| 04/18/06 | Thomas B. Radom | BCC19 | Telephone conference with S. Snell regarding conference call with Dana (.20); conference call with Dana representatives regarding proposal on prepetition claims (.70); telephone conference with S. Snell and F. Costa regarding same (.30); e-mail to F. Costa, S. Snell regarding setoff motion and order (.20). | 1.40 | 350.00 |
| 04/19/06 | Thomas B. Radom | BCC19 | Continued review and analysis of setoff, essential supplier pleadings and e-mail to S. Snell, F. Costa regarding same (2.0); telephone conference with S. Snell regarding same (.30). | 2.30 | 575.00 |
| 04/20/06 | Thomas B. Radom | BCC19 | Telephone conference with F. Costa regarding April 20 call with Dana. | .30 | 75.00 |
| 04/21/06 | Thomas B. Radom | BCC19 | Review F. Costa e-mail regarding April 24 conference call. | .20 | 50.00 |
| 04/24/06 | Thomas B. Radom | BCC19 | Telephone conferences with F. Costa and S. Snell regarding setoff, prepetition A/R issues (.60); conference calls with Dana Team regarding same (.70). | 1.30 | 325.00 |
| 04/25/06 | Thomas B. Radom | BCC19 | Telephone conference with S. Snell regarding counterproposal of prepetition A/R (.30); review and reply to F. Costa e-mail regarding same (.40). | .70 | 175.00 |

```
                                                                        -----------
                                     TOTAL BILLABLE FEES                   2,950.00
```

\*-----COST ENTRIES-----\*

| DATE | CODE | DESCRIPTION | AMOUNT |
|------|------|-------------|--------|
| 04/22/06 | 020 | Express Delivery Charges - - VENDOR: FEDERAL EXPRESS CORPORATION | 10.74 |

```
                                                            -----------
                             COSTS SUBTOTAL                     10.74
```

*-----MATTER DESCRIPTION-----*
ORIS AUTOMOTIVE PARKS AL, LTD.


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS



*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 04/14/06 | Paula A. Hall | BCC 4 | Review response to reclamation demand received from Oris(.20); telephone call to Shaundra re: same(.20). | .40 | 76.80 |

|  |  |  | | ----------- |
|  |  |  | TOTAL BILLABLE FEES | 76.80 |

*-----MATTER DESCRIPTION-----*
LEAR CORPORATION


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 04/05/06 | Thomas B. Radom | BCC19 | Telephone conference with S. Snell regarding adequate assurance letter (.20); review Snell e-mail regarding same (.20). | .40 | 100.00 |

```
                                                    -----------
                        TOTAL BILLABLE FEES              100.00
```

\*-----MATTER DESCRIPTION-----\*
CEP PRODUCTS


\*-----CLIENT INFORMATION-----\*
DELPHI AUTOMOTIVE SYSTEMS


\*-----TIME ENTRIES-----\*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 04/06/06 | Thomas B. Radom | BCC19 | Telephone conference with M. Everett regarding background, consultants (.50); review client papers (.70). | 1.20 | 300.00 |
| 04/07/06 | Thomas B. Radom | BCC19 | Telephone conferences with Delphi team, Customers, BBK regarding status with supplier. | 1.20 | 300.00 |
| 04/10/06 | Thomas B. Radom | BCC19 | Review M. Everett e-mails regarding Delphi position (.30); review Delphi position paper (.50); conference call with Delphi team, BBK regarding same (.60); review BBK e-mail regarding status report (.20); review CEP web site regarding legal entities (.50); conference call with Customer Group, BBK regarding liquidity issues (1.4); e-mail to Delphi team regarding same, Customer (.20); conference with M. Galindo regarding Mexican issues (.20). | 3.90 | 975.00 |
| 04/11/06 | Thomas B. Radom | BCC19 | Review e-mails from BBK regarding financials (.50); conference calls with Customer Group regarding accommodation, liquidity issues (2.0); review Reserve Group proposal (.20); review financial analyses (.50); telephone conferences with Delphi Team regarding options (.80). | 4.00 | 1,000.00 |
| 04/12/06 | Thomas B. Radom | BCC19 | Conference calls with Customer Group, BBK regarding funding proposal, Washington Penn (1.0); telephone conferences with Delphi Team regarding same (1.0); telephone conference with B. Wildren regarding same (.30); review Washington Penn letter and telephone conference with M. Hammer, attorney for Visteon, regarding same (.50); review draft term sheet regarding customer funding (.20); e-mail to D. Baty, M. Hammer regarding same (.50). | 3.50 | 875.00 |
| 04/13/06 | Thomas B. Radom | BCC19 | Conference call and e-mails with Delphi Team, Customer Group and CEP regarding vendor issues, financials. | 3.50 | 875.00 |
| 04/14/06 | Thomas B. Radom | BCC19 | Telephone conference with M. Everett, M. Fortunak regarding customer strategy (.50); conference calls with Customer Group, BBK, Delphi Team, CEP regarding vendor, funding issues (2.3); e-mail to J. Hutchinson, CEP attorney, regarding reservation of rights (.20). | 3.00 | 750.00 |
| 04/17/06 | Thomas B. Radom | BCC19 | Telephone conference with M. Pizzorno, BBK, regarding wire transfer (.20); review company financials (1.0); Customer conference call regarding April 18 meeting with CEP and Bank | 1.70 | 425.00 |

*-----MATTER DESCRIPTION-----*
CEP PRODUCTS


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| | | | (.50). | | |
| 04/18/06 | Thomas B. Radom | BCC19 | Reviewed Glass' customer presentation (.50); review BBK financial analysis (.50); telephone conferences with E. Montgomery and M. Fortunak regarding meeting with Customers, CEP and Wachovia (.40); attend meeting (.6.8). | 7.70 | 1,925.00 |
| 04/19/06 | Thomas B. Radom | BCC19 | Review draft term sheet for Accommodation, Access Agreements (.30); review E. Montgomery e-mail regarding summary of April 18 meeting (.20); review BBK e-mails regarding hostage issue (.30); e-mail sign-up sheet to April 18 meeting participants (.10); telephone conference with J. Hutchinson regarding April 18 meeting (.50). | 1.40 | 350.00 |
| 04/20/06 | Thomas B. Radom | BCC19 | E-mail to Customer Group, CEP and Bank regarding revisions to term sheet. | .70 | 175.00 |
| 04/21/06 | Thomas B. Radom | BCC19 | Review draft Accommodation, Access Agreements (.50); e-mail to Delphi Team regarding same (.20); telephone conference with E. Montgomery regarding same, tools (.30). | 1.00 | 250.00 |
| 04/25/06 | Thomas B. Radom | BCC19 | Review Visteon's changes to Access, Accommodation Agreements (.40); worked on Delphi changes to Agreements (2.0); review S. Seewer's e-mails regarding agreements (.30); telephone conference with M. Everett regarding status (.20); review M. Everett e-mail regarding new business (.20); review J. Bambery e-mail regarding financial status of CEP (.20). | 3.30 | 825.00 |
| 04/26/06 | Thomas B. Radom | BCC19 | Completed revisions to Accommodation, Access Agreements (1.50); e-mail to Customer Group regarding same (.20); e-mails to Delphi Team regarding same, new business (.70); telephone conference and e-mails with BBK regarding Agreements, vendors, funding (.80). | 3.20 | 800.00 |
| 04/27/06 | Thomas B. Radom | BCC19 | Telephone conference, conference calls and e-mails with Delphi Team, Customer Group, BBK, CEP regarding vendors, funding, agreements, Bank issues, Intercustomer Agreement. | 2.70 | 675.00 |
| 04/28/06 | Thomas B. Radom | BCC19 | Conference calls and e-mails with Delphi Team, Customer Group and CEP regarding funding issues, agreements (3.5); review revised drafts of agreements (.50); e-mails regarding Intercustomer Agreement (.50). | 4.50 | 1,125.00 |

                                                    -----------
                              TOTAL BILLABLE FEES        11,625.00

*-----COST ENTRIES-----*

| DATE | CODE | DESCRIPTION | AMOUNT |
|------|------|-------------|--------|
| 04/06/06 | 115 | Color Copies | 60.00 |
| 04/10/06 | 115 | Color Copies | 26.00 |
| 04/18/06 | 115 | Color Copies | 92.00 |

*-----MATTER DESCRIPTION-----*
CEP PRODUCTS


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


| DATE | CODE | DESCRIPTION | AMOUNT |
|------|------|-------------|--------|
| 04/28/06 | 098 | Telephone Charges - - VENDOR: PREMIERE GLOBAL SERVICES | 54.00 |
| 04/28/06 | 098 | Telephone Charges - - VENDOR: PREMIERE GLOBAL SERVICES | 64.90 |
| 04/28/06 | 098 | Telephone Charges - - VENDOR: PREMIERE GLOBAL SERVICES | 19.98 |
| 04/28/06 | 098 | Telephone Charges - - VENDOR: PREMIERE GLOBAL SERVICES | 35.65 |
| 04/28/06 | 098 | Telephone Charges - - VENDOR: PREMIERE GLOBAL SERVICES | 30.58 |
| 04/28/06 | 098 | Telephone Charges - - VENDOR: PREMIERE GLOBAL SERVICES | 32.15 |

|  |  | COSTS SUBTOTAL | 415.26 |