# EXHIBIT F

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
butzel.com

June 23, 2006

To:   David Sherbin, Esq., Delphi Corp.
      Mr. John D. Sheehan., Delphi Corp.
      John Wm. Butler, Jr., Esq., Skadden, Arps, Slate, Meagher & Flom, LLP
      Alicia M. Leonhard, Esq., Office of the United States Trustee
      Robert J. Rosenberg, Esq., Latham & Watkins, LLP
      Marissa Wesley, Esq., Simpson Thacher & Bartlett, LLP
      Marlane Melican, Esq., Davis Polk & Wardell
      Ms. Valeria Venable, GE Plastics, Americas

### Summary of Total Billable Hours by Category
### for the Period May 1, 2006 through May 31, 2006

| Matter Description | Hours | Amount |
|---|---|---|
| Case Administration | 2.30 | $575.00 |
| Employee Benefits/Pensions/Labor | 64.00 | $11,520.00 |
| Fee/Employment Applications/Objections | .90 | $225.00 |
| Litigation | 10.60 | $2,416.80 |
| Vendor/Supplier Matters | 163.00 | $40,750.00 |
| Totals: | 240.80 | $55,486.80 |

June 23, 2006
Page 2

### Summary of Disbursements
### for the Period May 1, 2006 through May 31, 2006

| Disbursement | Amount |
|---|---|
| Express Delivery Charges | $219.99 |
| Totals: | $219.99 |

### Summary of Total Billable Hours by Attorneys and Paraprofessionals
### for the Period May 1, 2006 through May 31, 2006

| Name | Position | Admitted | Rate | Hours | Totals |
|---|---|---|---|---|---|
| **Attorneys** | | | | | |
| Thomas B. Radom | Shareholder | 1974 | $250.00 | 125.30 | $31,325.00 |
| Matthew Wilkins | Shareholder | 1983 | $250.00 | 40.90 | $10,225.00 |
| Daniel J. Dulworth | Shareholder | 1988 | $228.00 | 10.60 | $2,416.80 |
| Charlotte A. Garry | Associate | 1998 | $180.00 | 64.00 | $11,520.00 |
| Grand Total: | | | | 240.80 | $55,486.80 |

*-----MATTER DESCRIPTION-----*
GENERAL

*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS

*-----COST ENTRIES-----*

| DATE | CODE | DESCRIPTION | AMOUNT |
|------|------|-------------|--------|
| 05/25/06 | 020 | Express Delivery Charges - - VENDOR: FEDERAL EXPRESS CORPORATION | 12.47 |
| 05/25/06 | 020 | Express Delivery Charges - - VENDOR: FEDERAL EXPRESS CORPORATION | 14.03 |
| 05/25/06 | 020 | Express Delivery Charges - - VENDOR: FEDERAL EXPRESS CORPORATION | 14.03 |
| 05/25/06 | 020 | Express Delivery Charges - - VENDOR: FEDERAL EXPRESS CORPORATION | 10.74 |
| 05/25/06 | 020 | Express Delivery Charges - - VENDOR: FEDERAL EXPRESS CORPORATION | 14.03 |
| 05/25/06 | 020 | Express Delivery Charges - - VENDOR: FEDERAL EXPRESS CORPORATION | 14.03 |
| 05/25/06 | 020 | Express Delivery Charges - - VENDOR: FEDERAL EXPRESS CORPORATION | 23.79 |
| 05/25/06 | 020 | Express Delivery Charges - - VENDOR: FEDERAL EXPRESS CORPORATION | 13.90 |
| 05/25/06 | 020 | Express Delivery Charges - - VENDOR: FEDERAL EXPRESS CORPORATION | 19.13 |
| 05/25/06 | 020 | Express Delivery Charges - - VENDOR: FEDERAL EXPRESS CORPORATION | 23.79 |
| 05/25/06 | 020 | Express Delivery Charges - - VENDOR: FEDERAL EXPRESS CORPORATION | 23.79 |
| 05/25/06 | 020 | Express Delivery Charges - - VENDOR: FEDERAL EXPRESS CORPORATION | 23.79 |

                                         -----------
                    COSTS SUBTOTAL            207.52

*-----MATTER DESCRIPTION-----*
TOWER AUTOMOTIVE, INC.


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 05/02/06 | Thomas B. Radom | BCC19 | Telephone conference with J. Hudson regarding A/P reconciliation (.20); review Hudson e-mail, client documents regarding same (.40); e-mail to J. Hudson regarding same (.20). | .80 | 200.00 |
| 05/03/06 | Thomas B. Radom | BCC19 | Review J. Hudson e-mail regarding PO amendments. | .40 | 100.00 |
| 05/09/06 | Thomas B. Radom | BCC19 | Review client documents on A/P reconciliation (.50); voicemail and e-mails with J. Hudson regarding same (.30); voicemail to Tower counsel regarding same (.20). | 1.00 | 250.00 |
| 05/22/06 | Thomas B. Radom | BCC19 | Review S. Snell e-mail regarding UCC rights (.20); telephone conference with S. Snell regarding same (.20). | .40 | 100.00 |

TOTAL BILLABLE FEES          650.00

*-----MATTER DESCRIPTION-----*
EMPLOYMENT SECONDMENT


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT : |
|------|------|------|-------------|-------|----------|
| 05/02/06 | Charlotte A. Garry | BCC 6 | Allie Charge; Norman Charge. | 8.00 | 1,440.00 |
| 05/03/06 | Charlotte A. Garry | BCC 6 | George Adams QDRO issue; Norman Charge. | 8.00 | 1,440.00 |
| 05/09/06 | Charlotte A. Garry | BCC 6 | Norman Charge; Shields Charge; Hartfield Charge. | 8.00 | 1,440.00 |
| 05/10/06 | Charlotte A. Garry | BCC 6 | Finished Norman Position Statement; continued working on Shields Position Statement. | 8.00 | 1,440.00 |
| 05/16/06 | Charlotte A. Garry | BCC 6 | Worked on Hartfield Position Statement, and finished Shields Position Statement. | 8.00 | 1,440.00 |
| 05/17/06 | Charlotte A. Garry | BCC 6 | Finished Hartfield Position Statement. | 8.00 | 1,440.00 |
| 05/23/06 | Charlotte A. Garry | BCC 6 | Attention to Adams v. Adams case; attention to Hartfield matter; attention to Allie matter. | 8.00 | 1,440.00 |
| 05/24/06 | Charlotte A. Garry | BCC 6 | Attention to Adams v Adams case; attention to Hartfield matter; attention to Allie matter. | 8.00 | 1,440.00 |

```
                                        -----------
            TOTAL BILLABLE FEES            11,520.00
```

*-----MATTER DESCRIPTION-----*
BROCKWAY PRESSED METALS, INC.


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 05/03/06 | Matthew E. Wilkins | BCC19 | Email from M. Fortunak and attention to remaining open issues. | .50 | 125.00 |
| 05/04/06 | Matthew E. Wilkins | BCC19 | Review information from P. Goy regarding resolution of open Brockway issues. | .50 | 125.00 |
| 05/04/06 | Matthew E. Wilkins | BCC19 | Review proposed stipulated order regarding distribution of funds. | .40 | 100.00 |
| 05/04/06 | Matthew E. Wilkins | BCC19 | Email to and from LaSalle counsel regarding proposed stipulation. | .20 | 50.00 |
| 05/05/06 | Matthew E. Wilkins | BCC19 | Review BBK summary and analysis of funds on hand, reconciliation, customer shares. | .50 | 125.00 |
| 05/12/06 | Matthew E. Wilkins | BCC19 | Review draft revised stipulation from Lender's counsel regarding distribution of certain proceeds. | 1.40 | 350.00 |
| 05/15/06 | Matthew E. Wilkins | BCC19 | Attention to revised motion regarding distribution of certain funds. | .50 | 125.00 |
| 05/15/06 | Matthew E. Wilkins | BCC19 | Attention to distribution status. | .20 | 50.00 |
| 05/16/06 | Matthew E. Wilkins | BCC19 | Review revised stipulated order and motion regarding distribution of certain funds (from Beverly Weiss Manne). | .80 | 200.00 |
| 05/16/06 | Matthew E. Wilkins | BCC19 | Review Stipulation Motion, as filed. | .20 | 50.00 |
| 05/16/06 | Matthew E. Wilkins | BCC19 | Email from Aaron Silver with proposed distribution summary. | .50 | 125.00 |
| 05/17/06 | Matthew E. Wilkins | BCC19 | Continue analysis of Delphi position regarding customer objections and distribution. | .80 | 200.00 |
| 05/23/06 | Matthew E. Wilkins | BCC19 | Review BBK analysis regarding final distribution and setoff rights (.8); discuss with M. Everett (.2); discuss with A. Silver and P. Goy (.4); discuss with M. Everett (.1). | 1.50 | 375.00 |

                                                                    ----------
                                        TOTAL BILLABLE FEES            2,000.00

•-----MATTER DESCRIPTION-----•

TUBE TECH


•-----CLIENT INFORMATION-----•

DELPHI AUTOMOTIVE SYSTEMS


•-----TIME ENTRIES-----•

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 05/10/06 | Matthew E. Wilkins | BCC19 | Review Monahan status email regarding BML payment. | .20 | 50.00 |
| 05/10/06 | Matthew E. Wilkins | BCC19 | Additional status email from BBK. | .10 | 25.00 |
| 05/25/06 | Matthew E. Wilkins | BCC19 | Emails regarding BML status. | .20 | 50.00 |
| | | | | | ----------- |
| | | | TOTAL BILLABLE FEES | | 125.00 |

*-----MATTER DESCRIPTION-----*

DAYTON TOOL


*-----CLIENT INFORMATION-----*

DELPHI AUTOMOTIVE SYSTEMS



*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 05/03/06 | Matthew E. Wilkins | BCC19 | Attention to accounts receivable collection, Production Screw, BBK letter to Production Screw, Production Screw response and supporting information. | .40 | 100.00 |
| 05/11/06 | Matthew E. Wilkins | BCC19 | Email from M. Fortunak regarding accounts receivable collection. | .20 | 50.00 |
| 05/11/06 | Matthew E. Wilkins | BCC19 | Email from M. Rowland regarding accounts receivable status. | .10 | 25.00 |

TOTAL BILLABLE FEES     175.00

*-----COST ENTRIES-----*

| DATE | CODE | DESCRIPTION | AMOUNT |
|------|------|-------------|--------|
| 05/18/06 | 020 | Express Delivery Charges - - VENDOR: FEDERAL EXPRESS CORPORATION | 12.47 |

COSTS SUBTOTAL     12.47

\*-----MATTER DESCRIPTION-----\*

PLASCO


\*-----CLIENT INFORMATION-----\*

DELPHI AUTOMOTIVE SYSTEMS


\*-----TIME ENTRIES-----\*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 05/03/06 | Thomas B. Radom | BCC19 | Review Plasco March 2006 financials. | .50 | 125.00 |
| 05/05/06 | Thomas B. Radom | BCC19 | Review Plasco letter regarding long term proposal. | .20 | 50.00 |
| 05/12/06 | Thomas B. Radom | BCC19 | Review C. Archambault e-mail regarding vendor payment. | .20 | 50.00 |
| 05/19/06 | Thomas B. Radom | BCC19 | Review Plasco correspondence regarding vendor (.20); review Plasco April financials (.50). | .70 | 175.00 |

TOTAL BILLABLE FEES       400.00

\*-----MATTER DESCRIPTION-----\*
POST BANKRUPTCY GENERAL


\*-----CLIENT INFORMATION-----\*
DELPHI AUTOMOTIVE SYSTEMS


\*-----TIME ENTRIES-----\*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 05/04/06 | Thomas B. Radom | BCC 4 | Prepared weekly status report. | .60 | 150.00 |
| 05/11/06 | Thomas B. Radom | BCC 4 | Weekly status report to client. | .50 | 125.00 |
| 05/15/06 | Thomas B. Radom | BCC 7 | Review and respond to A. Zsoldos regarding fee statement. | .20 | 50.00 |
| 05/19/06 | Thomas B. Radom | BCC 4 | Prepared weekly status report (.50); telephone conference with M. Wilkins regarding same (.20). | .70 | 175.00 |
| 05/24/06 | Thomas B. Radom | BCC 7 | Reviewed monthly proformas for monthly fee statement. | .50 | 125.00 |
| 05/26/06 | Thomas B. Radom | BCC 4 | Prepared weekly status report. | .50 | 125.00 |
| 05/30/06 | Thomas B. Radom | BCC 7 | Review monthly fee statement. | .20 | 50.00 |

TOTAL BILLABLE FEES                     800.00

*-----MATTER DESCRIPTION-----*
GRIFFIN THERMAL PRODUCTS, INC.


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 05/09/06 | Thomas B. Radom | BCC19 | Review and respond to M. Beal letter regarding Griffin Plan and Disclosure Statement. | .50 | 125.00 |

|  |  |  | TOTAL BILLABLE FEES | | 125.00 |

*-----MATTER DESCRIPTION-----*
MRC INDUSTRIAL GROUP, INC.


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 05/01/06 | Matthew E. Wilkins | BCC19 | Attention to Stipulation regarding collection of receivables and email communications between Customer counsel. | .30 | 75.00 |
| 05/02/06 | Matthew E. Wilkins | BCC19 | Review Stay Relief stipulation as filed with the court. | .30 | 75.00 |
| 05/03/06 | Matthew E. Wilkins | BCC19 | Receive and review Order Granting Stay Relief. | .10 | 25.00 |
| 05/08/06 | Matthew E. Wilkins | BCC19 | Review Hilco agreements. | .30 | 75.00 |
| 05/11/06 | Matthew E. Wilkins | BCC19 | Conference with D. Wollschlager regarding case status. | .30 | 75.00 |
| 05/12/06 | Matthew E. Wilkins | BCC19 | Review Trust Agreement extension (from BBK). | .20 | 50.00 |
| 05/16/06 | Matthew E. Wilkins | BCC19 | Attention to execution of Trust Agreement extension. | .20 | 50.00 |
| 05/30/06 | Matthew E. Wilkins | BCC19 | Email from and telephone to D. Wollschlager regarding Trust Agreement extension, WARN Act issues. | .30 | 75.00 |
| 05/31/06 | Matthew E. Wilkins | BCC19 | Review Agreements with Hilco for collection of MRC receivables. | .30 | 75.00 |

```
                                                       -----------
                              TOTAL BILLABLE FEES          575.00
```

*-----MATTER DESCRIPTION-----*
MPC


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 05/02/06 | Thomas B. Radom | BCC19 | Telephone conference with B. Andary regarding quality issues (.20); telephone conference with A. Masse regarding Culp, BBK agreement (.30); review D. Freedman e-mail regarding Culp (.20); review and revise draft response to ULP (.60); e-mails to J. Petersen regarding same (.60). | 1.90 | 475.00 |
| 05/04/06 | Thomas B. Radom | BCC19 | Review D. Miller e-mail regarding MPC scrap; e-mail to T. Dunn regarding same (.20); review Dunn reply e-mail regarding same (.20). | .40 | 100.00 |
| 05/08/06 | Thomas B. Radom | BCC19 | Review and reply to N. Lamb-Hale e-mail regarding ULP. | .20 | 50.00 |
| 05/19/06 | Thomas B. Radom | BCC19 | E-mail to D. Freedman regarding status of asset sale (.20); review reply e-mail regarding same (.20); e-mail to Customer Group regarding same (.20). | .60 | 150.00 |

                                                      -----------
                                                        775.00

*-----MATTER DESCRIPTION-----*
OLSON INTERNATIONAL CORPORATION


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 05/01/06 | Matthew E. Wilkins | BCC19 | Review and analysis of R. Chapman comments to most recent revision of Accommodation Agreement. | .40 | 100.00 |
| 05/02/06 | Matthew E. Wilkins | BCC19 | Email from Marti Everett; hold off on legal pending their meeting with Olson business people. | .10 | 25.00 |
| 05/16/06 | Matthew E. Wilkins | BCC19 | Email to and from M. Everett regarding agreement with Olson. | .10 | 25.00 |

|  |  |  |  | TOTAL BILLABLE FEES | 150.00 |

*-----MATTER DESCRIPTION-----*
PLYMOUTH RUBBER


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 05/12/06 | Thomas B. Radom | BCC19 | Review court docket regarding Plan, Disclosure Statement. | .50 | 125.00 |

|  |  |  | TOTAL BILLABLE FEES | | 125.00 |

*-----MATTER DESCRIPTION-----*
DELPHI CORPORATION VS. SEGWAY, INC.


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 05/15/06 | Daniel J. Dulworth | BCC10 | Review and analysis of documents from Delphi related to potential lawsuit against Segway(3.3); review case law for potential causes of action against Segway(3.0). | 6.30 | 1,436.40 |
| 05/16/06 | Daniel J. Dulworth | BCC10 | Meeting with Jim Wynne to discuss claims against Segway(1.0); telephone conference with Jim Derian and Jim Wynne regarding litigation(.30); begin organization of documents to support claims against Segway(1.0); legal research regarding claims to form basis of Complaint(2.0). | 4.30 | 980.40 |

```
                                                          -----------
                                    TOTAL BILLABLE FEES          2,416.80
```

```
*-----MATTER DESCRIPTION-----*
NEFF-PERKINS COMPANY


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*
```

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 05/01/06 | Thomas B. Radom | BCC19 | Telephone conference with A. Bowman, K. Hand regarding exit budget (.40); e-mail with client regarding price increase requests (.50); revised Exit Agreement (1.0); e-mails to D. Neumann, M. Zaverton regarding same (.40); review CMD price analysis (.50). | 2.80 | 700.00 |
| 05/02/06 | Thomas B. Radom | BCC19 | Telephone conference with A. Bowman, K. Hand regarding exit budget (.50); e-mails with D. Neumann, M. Zaverton regarding Exit Agreement (.40); review revised Exit Agreement (.40); e-mail to Delphi Team regarding same (.20). | 1.50 | 375.00 |
| 05/03/06 | Thomas B. Radom | BCC19 | Conference call with Delphi Team regarding pricing, Exit Agreement (.50); review Neff-Perkins exit budget (.50); e-mail to K. Hand regarding same (.20); telephone conference with M. Zaverton regarding Exit Agreement (.50); e-mail to M. Zaverton regarding same (.20); review and reply to A. Bowman e-mail regarding Exit Agreement (.40). | 2.30 | 575.00 |
| 05/04/06 | Thomas B. Radom | BCC19 | Review Delphi e-mails regarding shipment interruption (.40); telephone conferences with A. Bowman regarding same (.50); telephone conferences and e-mail with M. Zaverton regarding same (.50); conference call with Delphi team regarding Exit Agreement (.50). | 1.90 | 475.00 |
| 05/05/06 | Thomas B. Radom | BCC19 | Conference call with Delphi Team regarding Exit Agreement (1.0); telephone conference with K. Hand regarding same, budget (.30). | 1.30 | 325.00 |
| 05/08/06 | Thomas B. Radom | BCC19 | Conference call with Delphi Team regarding exit issues. | 1.00 | 250.00 |
| 05/09/06 | Thomas B. Radom | BCC19 | Telephone conference with D. Neumann regarding Exit Agreement (.30); telephone conferences with K. Hand regarding financials, conference call with Neff (.40); telephone conference and e-mails with M. Zaverton regarding May 10 conference call (.50). | 1.20 | 300.00 |
| 05/10/06 | Thomas B. Radom | BCC19 | Telephone conference with K. Hand, A. Bowman regarding Neff call (.20); review K. Hand e-mail regarding issues with exit budget (.20); telephone conference with K. Hand regarding same (.20); conference call with Neff Team, BBK regarding exit budget (1.0); conference call with Delphi Team regarding Exit Agreement (1.0); telephone conference with B. Lendzion regarding same (.40); telephone conference with D. Neumann | 3.30 | 825.00 |

*-----MATTER DESCRIPTION-----*
NEFF-PERKINS COMPANY


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| | | | regarding exit budget (.30). | | |
| 05/11/06 | Thomas B. Radom | BCC19 | Review and respond to M. Zaverton e-mail regarding counterproposal; review K. Hand e-mail regarding same. | .40 | 100.00 |
| 05/12/06 | Thomas B. Radom | BCC19 | Conference call with A. Bowman and K. Hand regarding Exit Agreement (.50); review draft pricing exhibit (.20); review and reply to M. Zaverton e-mail regarding Exit Agreement (.20). | .90 | 225.00 |
| 05/15/06 | Thomas B. Radom | BCC19 | Revised Exit Agreement (1.2); telephone conferences and e-mail with A. Bowman regarding same (.50); review and respond to M. Zaverton e-mail regarding same (.30). | 2.00 | 500.00 |
| 05/16/06 | Thomas B. Radom | BCC19 | Telephone conferences with A. Bowman regarding Exit Agreement, tooling capacity issue (1.0); conference call with Delphi Team regarding Exit Agreement (.50); e-mails to Neff counsel regarding same, tooling issue (.60); telephone conference with D. Neumann regarding same (.30). | 2.40 | 600.00 |
| 05/17/06 | Thomas B. Radom | BCC19 | Telephone conferences with A. Bowman regarding access for tooling inspection; telephone conference and e-mail with M. Zaverton regarding same; telephone conference with M. Everett regarding status of Exit Agreement. | 1.30 | 325.00 |
| 05/18/06 | Thomas B. Radom | BCC19 | Telephone conference with A. Bowman regarding access for tooling inspection (.20); telephone conference with M. Everett regarding status (.20); telephone conferences with D. Neuman and M. Zaverton regarding Exit Agreement (1.0); conference call with Delphi Team regarding same (.50); review K. Hand e-mail regarding counterproposal on pricing (.50); review Neff counterproposal on Exit Agreement (.50); e-mail to Delphi Team regarding counterproposal (.40). | 3.30 | 825.00 |
| 05/19/06 | Thomas B. Radom | BCC19 | E-mails with D. Neuman regarding May 23 meeting (.50); telephone conference with C. Clevenger regarding same (.20); telephone conference with B. Lendzion regarding same (.20). | .90 | 225.00 |
| 05/22/06 | Thomas B. Radom | BCC19 | Telephone conference with B. Lendzion regarding May 23 meeting with Neff (.50); e-mail with D. Neuman regarding same (.20). | .70 | 175.00 |
| 05/23/06 | Thomas B. Radom | BCC19 | Telephone conference with B. Lendzion regarding results of meeting. | .50 | 125.00 |
| 05/24/06 | Thomas B. Radom | BCC19 | Conference call with Delphi Team regarding Exit Agreement (1.0); telephone conferences with M. Zaverton regarding same (1.0); e-mail to Delphi Team regarding counterproposal, tool removal (.30); telephone conference with T. Dunn regarding Exit Agreement (.20). | 2.50 | 625.00 |
| 05/25/06 | Thomas B. Radom | BCC19 | Telephone conferences with B. Lend... | | |

*-----MATTER DESCRIPTION-----*
NEFF-PERKINS COMPANY


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| | | | regarding tooling, production (1.0); draft tooling letter (.60); e-mails with M. Zaverton regarding same (.60); telephone conferences with M. Zaverton regarding same, Exit Agreement (.50); e-mails with Delphi Team regarding same (.50). | | |
| 05/26/06 | Thomas B. Radom | BCC19 | Telephone conference with B. Lendzion regarding Exit Agreement (1.5); telephone conference and e-mails with M. Zaverton regarding weekend production, Exit Agreement (.70); review Zaverton e-mail regarding counterproposal (.30); e-mail to Delphi Team regarding Neff counterproposal (.20). | 2.70 | 675.00 |
| 05/30/06 | Thomas B. Radom | BCC19 | Review K. Hand pricing analysis (.40); conference call with Delphi team regarding Neff counterproposal (1.5); telephone conference and e-mail with M. Zaverton regarding same (.50). | 2.40 | 600.00 |
| 05/31/06 | Thomas B. Radom | BCC19 | Review revised pricing schedule (.50); review revised Bank build schedule (.20); telephone conferences with B. Lendzion regarding counterproposal (1.0); conference call with Delphi Team regarding counterproposal (.80); e-mail to M. Zaverton regarding counterproposal (.70). | 3.20 | 800.00 |

                                                        -----------
                        TOTAL BILLABLE FEES              10,425.00

*-----MATTER DESCRIPTION-----*

DRAWN METAL


*-----CLIENT INFORMATION-----*

DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 05/01/06 | Matthew E. Wilkins | BCC19 | Email communications regarding matter status. | .20 | 50.00 |
| 05/03/06 | Matthew E. Wilkins | BCC19 | Status call with Delphi team. | .50 | 125.00 |
| 05/03/06 | Matthew E. Wilkins | BCC19 | Email from M. Fortunak regarding recovery of advances from Drawn Metals. | .10 | 25.00 |
| 05/03/06 | Matthew E. Wilkins | BCC19 | Email from M. Fortunak and review summary of meeting. | .20 | 50.00 |

```
                                               -----------
                           TOTAL BILLABLE FEES     250.00
```

•-----MATTER DESCRIPTION-----•

DANA CORPORATION


•-----CLIENT INFORMATION-----•

DELPHI AUTOMOTIVE SYSTEMS


•-----TIME ENTRIES-----•

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 05/01/06 | Thomas B. Radom | BCC19 | Telephone conference with F. Costa regarding reclamation claim. | .20 | 50.00 |
| 05/03/06 | Thomas B. Radom | BCC19 | E-mail to F. Costa regarding reclamation letter. | .20 | 50.00 |
| 05/05/06 | Thomas B. Radom | BCC19 | Review and respond to R. Routh e-mail regarding Agreement (.40); telephone conference with S. Snell regarding same (.20). | .60 | 150.00 |
| 05/08/06 | Thomas B. Radom | BCC19 | Worked on revisions to Essential Supplier, Setoff Agreements (2.5); telephone conferences with F. Costa regarding same, Confidentiality Agreement (.80); telephone conference and e-mail with R. Routh regarding same (.50). | 3.80 | 950.00 |
| 05/09/06 | Thomas B. Radom | BCC19 | Review and reply to F. Costa e-mail regarding Essential Supplier Agreement (.20); e-mails with R. Routh regarding same (.60). | .80 | 200.00 |
| 05/11/06 | Thomas B. Radom | BCC19 | Review and reply to R. Routh e-mail regarding Essential Supplier Agreement (.40); review revised Essential Supplier Agreement and made changes to same (1.2); telephone conference with R. Routh regarding same (.60); telephone conferences with F. Costa regarding same (.70); e-mail to F. Costa regarding same (.20). | 3.10 | 775.00 |
| 05/12/06 | Thomas B. Radom | BCC19 | Telephone conference with F. Costa regarding Essential Supplier Agreement (.30); e-mail to R. Routh regarding same (.20); review and reply to R. Routh e-mail regarding same (.20). | .70 | 175.00 |
| 05/15/06 | Thomas B. Radom | BCC19 | Review R. Routh e-mail regarding Essential Supplier Agreement (.20); e-mail to F. Costa, S. Snell regarding same (.20). | .40 | 100.00 |
| 05/16/06 | Thomas B. Radom | BCC19 | Review Dana's revised Essential Supplier Agreement (.30); telephone conference with F. Costa regarding same (.40); revised agreement (.50); e-mail to F. Costa regarding same (.20). | 1.40 | 350.00 |
| 05/17/06 | Thomas B. Radom | BCC19 | Review and respond to R. Routh e-mail regarding Essential Supplier Agreement. | .20 | 50.00 |
| 05/18/06 | Thomas B. Radom | BCC19 | E-mail to R. Routh regarding Essential Supplier Agreement (.20); review Routh e-mails regarding same (.30); telephone conference with R. Routh regarding same (.30); telephone conference with F. Costa regarding same (.30). | 1.10 | 275.00 |
| 05/19/06 | Thomas B. Radom | BCC19 | Conference call with Delphi and Dana Teams regarding Essential Supplier Agreement (.50); reviewed revised Agreement (.30); e-mails to R. Routh regarding same (.40); e-mail to F. | 1.40 | 350.00 |

*-----MATTER DESCRIPTION-----*
DANA CORPORATION


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| | | | Costa regarding same (.20). | | |
| 05/22/06 | Thomas B. Radom | BCC19 | Review R. Routh e-mail regarding revised | .80 | 200.00 |
| | | | Essential Supplier Agreement (.20); e-mail to | | |
| | | | F. Costa regarding same (.20); review F. | | |
| | | | Costa e-mail regarding same (.20); e-mail to | | |
| | | | R. Routh regarding same (.20). | | |

TOTAL BILLABLE FEES          3,675.00

*-----MATTER DESCRIPTION-----*
CEP PRODUCTS


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 05/01/06 | Thomas B. Radom | BCC19 | Conference calls with Customer Group, CEP, Wachovia regarding Agreement (3.0); telephone conferences with M. Everett regarding same, equipment option (.50); review revised drafts of Agreements (.50). | 4.00 | 1,000.00 |
| 05/02/06 | Thomas B. Radom | BCC19 | Customer Group conference calls regarding agreements, funding (1.50); telephone conferences with M. Everett, B. Lendzion regarding same, equipment option (.70); review CEP changes to Agreements (.60); e-mail to M. Everett regarding Access Agreement (.20): telephone conference with M. Fortunak regarding funding (.20); review equipment appraisals (.50). | 3.70 | 925.00 |
| 05/03/06 | Thomas B. Radom | BCC19 | Conference calls with Customer Group, Delphi Team regarding agreements, funding (1.5); e-mails with Delphi Team regarding same (.50); review revisions to agreements (.40); e-mails to J. Bambery regarding Mexican leases (.50); e-mail to Delphi Team regarding Mexican leases (.20). | 3.10 | 775.00 |
| 05/04/06 | Thomas B. Radom | BCC19 | Review e-mails, leases regarding Mexican facilities (1.0); conference calls with Customer Group regarding cash forecast, agreements (1.0); review Delphi tooling summary (.30); review revised agreements and e-mail to Delphi Team regarding same (.70); review e-mails regarding comments to agreements (.60); review and respond to e-mail regarding May 5 conference call (.30). | 3.90 | 975.00 |
| 05/05/06 | Thomas B. Radom | BCC19 | Telephone conferences and e-mails with Delphi Team regarding agreements, equipment (1.0); conference calls and e-mails with Customer Group, CEP, Bank regarding Agreements (2.0); review revised Agreements (1.3); telephone conference with K. Katsma regarding equipment issue (.20); telephone conference with S. Roth regarding equipment issue (.20). | 4.70 | 1,175.00 |
| 05/08/06 | Thomas B. Radom | BCC19 | Telephone conferences and e-mails with M. Everett, M. Fortunak regarding status of Agreements, proposed changes, Delphi A/P (1.0); e-mails with M. Hammer regarding Visteon equipment issue (.40); review revised Agreements (.60); e-mails to Customer Group, CEP, Bank regarding same (.80); telephone conference with M. Fortunak, J. Bambery, M. Pizzorno regarding Delphi A/P (.30); review J. Bambery e-mail regarding Delphi A/P (.30); | 3.80 | 950.00 |

*-----MATTER DESCRIPTION-----*
CEP PRODUCTS


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| | | | telephone conference with J. Hutchinson and Glass consultant regarding Delphi A/P (.40). | | |
| 05/09/06 | Thomas B. Radom | BCC19 | Telephone conferences and e-mails with Delphi Team, BBK regarding Delphi A/P (1.0); telephone conference with J. Bambery regarding same (.20); review and reply to J. Downs e-mail regarding same (.40); review revised Agreements (.30); e-mails and telephone conferences with Delphi Team regarding Agreements, execution of same (.70). | 2.60 | 650.00 |
| 05/10/06 | Thomas B. Radom | BCC19 | E-mails with Delphi Team, CEP regarding signed agreements (.50); review BBK e-mail regarding Mexican leases (.20). | .70 | 175.00 |
| 05/11/06 | Thomas B. Radom | BCC19 | Review e-mails regarding A/P (.50); review executed agreements (.40). | .90 | 225.00 |
| 05/12/06 | Thomas B. Radom | BCC19 | E-mail to Delphi Team regarding Accommodation Agreement. | .50 | 125.00 |
| 05/15/06 | Thomas B. Radom | BCC19 | Review and respond to J. Bambery e-mail regarding A/P. | .20 | 50.00 |
| 05/16/06 | Thomas B. Radom | BCC19 | Review e-mails and analysis regarding cash flow. | .40 | 100.00 |
| 05/17/06 | Thomas B. Radom | BCC19 | Review e-mails regarding vendor issues. | .40 | 100.00 |
| 05/18/06 | Thomas B. Radom | BCC19 | Review e-mails regarding cash flow, vendor issues. | .30 | 75.00 |
| 05/22/06 | Thomas B. Radom | BCC19 | Telephone conference with B. Mazzola regarding equipment list extension (.20); telephone conference with J. Bambery regarding same (.20); e-mail to J. Hutchinson, J. Downs regarding same (.20); review and reply to J. Downs regarding same (.30); e-mail to Delphi Team regarding same (.20); review BBK e-mails regarding cash issues (.40); review client e-mail regarding exit plan for Mexico (.20). | 1.70 | 425.00 |
| 05/23/06 | Thomas B. Radom | BCC19 | Telephone conference and e-mails with M. Everett regarding Mexican subs (.60); e-mail to J. Hutchinson regarding equipment list (.20); review Hutchinson reply e-mail regarding same (.20); e-mail to Delphi Team regarding same (.20); review BBK e-mail regarding forbearance compliance (.30). | 1.50 | 375.00 |
| 05/24/06 | Thomas B. Radom | BCC19 | Review forbearance compliance report (.30); review M. Everett e-mail regarding Mexican operations (.20). | .50 | 125.00 |
| 05/25/06 | Thomas B. Radom | BCC19 | Telephone conference with Delphi Mexican Counsel regarding resourcing issues in Mexico (.30); reviewed Mexican leases (1.0); telephone conferences with B. Lendzion regarding Mexican issues (1.0); prepared for and participated in conference call with Delphi Team regarding same (.80). | 3.10 | 775.00 |
| 05/31/06 | Thomas B. Radom | BCC19 | Review BBK e-mail regarding equipment list. | .20 | 50.00 |

------------

*-----MATTER DESCRIPTION-----*
PIXLEY RICHARDS, INC.


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 05/02/06 | Thomas B. Radom | BCC19 | Telephone conference with T. Dunn regarding Trade, Access Agreements (.20); review client papers regarding financials, essential supplier (.60). | .80 | 200.00 |
| 05/03/06 | Thomas B. Radom | BCC19 | Review client documents (.40); e-mail to T. Dunn and N. Jordan regarding conference call (.20); conference call with T. Dunn and N. Jordan regarding background issues (.50). | 1.10 | 275.00 |
| 05/04/06 | Thomas B. Radom | BCC19 | Review Dunn e-mail regarding cash flow (.20); review forecast (.50). | .70 | 175.00 |
| 05/08/06 | Thomas B. Radom | BCC19 | Review financial forecast. | .50 | 125.00 |
| 05/09/06 | Thomas B. Radom | BCC19 | Further review and analysis of cash flow forecast (.50); e-mail to T. Dunn and N. Jordan regarding same (.20); review T. Dunn e-mails regarding same (.20). | .90 | 225.00 |
| 05/10/06 | Thomas B. Radom | BCC19 | Review revised financial forecast (.50); telephone conference with T. Dunn regarding same (.20). | .70 | 175.00 |
| 05/17/06 | Thomas B. Radom | BCC19 | Review e-mails from T. Dunn; telephone conference with T. Dunn regarding supplier proposal. | .40 | 100.00 |
| 05/18/06 | Thomas B. Radom | BCC19 | Review client e-mails and documents regarding Essential Supplier proposal (.50); telephone conference with T. Dunn regarding same (.40). | .90 | 225.00 |
| 05/19/06 | Thomas B. Radom | BCC19 | Review T. Dunn e-mail regarding draft agreement (.30); review revised financials (.50). | .80 | 200.00 |
| 05/24/06 | Thomas B. Radom | BCC19 | Reviewed client document regarding Vendor Agreement. | .50 | 125.00 |
| 05/26/06 | Thomas B. Radom | BCC19 | Telephone conference with T. Dunn and J. Ruhm regarding trade terms. | .50 | 125.00 |
| 05/31/06 | Thomas B. Radom | BCC19 | Review e-mails regarding trade terms (.30); telephone conference with J. Ruhm regarding Agreement (.20); worked on Agreement (.50). | 1.00 | 250.00 |

```
                                                        -----------
                         TOTAL BILLABLE FEES              2,200.00
```

*-----MATTER DESCRIPTION-----*

MILLER INDUSTRIAL PRODUCTS


*-----CLIENT INFORMATION-----*

DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 05/12/06 | Thomas B. Radom | BCC19 | Telephone conference with C. Archambault and M. Johnson regarding status with supplier. | .50 | 125.00 |

|  |  |  |  | TOTAL BILLABLE FEES | 125.00 |

*-----MATTER DESCRIPTION-----*
INNOVATIVE GROUP GLOBAL, INC.


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 05/10/06 | Matthew E. Wilkins | BCC19 | Brief review of documents relating to new case (.8); brief review of docket (.1); telephone to Debtor's counsel, lender's counsel (.2); emails from M. Everett regarding status (.3). | 1.40 | 350.00 |
| 05/11/06 | Matthew E. Wilkins | BCC19 | Review Access and Security Agreement (.9); review bankruptcy docket (.2); analyze Delphi's position (.4); conferences with Wm. Mazzola, W. Handler, T. Coughlin regarding matter status (1.0). | 2.50 | 625.00 |
| 05/11/06 | Matthew E. Wilkins | BCC19 | Conference with D. Wollschlager regarding case status. | .20 | 50.00 |
| 05/11/06 | Matthew E. Wilkins | BCC19 | Review Refabco, GM correspondence and letter agreement. | .20 | 50.00 |
| 05/18/06 | Matthew E. Wilkins | BCC19 | Work with Delphi team on new distressed supplier matter (team calls, attention to immediate supply needs and direct raw material purchase, review Access Agreement). | 2.00 | 500.00 |
| 05/18/06 | Matthew E. Wilkins | BCC19 | Attention to Supplier hostage demand and conferences with Delphi team, Debtor's counsel in effort to resolve. | 2.50 | 625.00 |
| 05/18/06 | Thomas B. Radom | BCC19 | Telephone conference with T. Dunn and M. Wilkins regarding material issues. | .20 | 50.00 |
| 05/19/06 | Matthew E. Wilkins | BCC19 | Review purchase orders, related agreements (.3); team status call and follow-up work (1.1). | 1.40 | 350.00 |
| 05/19/06 | Matthew E. Wilkins | BCC19 | Conferences with Debtor's counsel regarding operational status (.3); review and revise draft Letter Agreement regarding advance funding (1.2). | 1.50 | 375.00 |
| 05/19/06 | Matthew E. Wilkins | BCC19 | Review and revise Letter Agreement to accommodate hostage demand, bank comments. | .30 | 75.00 |
| 05/22/06 | Matthew E. Wilkins | BCC19 | Correspondence from W. Mazzola, Refabco (.1); revise Letter Agreement and recirculate (.3). | .40 | 100.00 |
| 05/22/06 | Matthew E. Wilkins | BCC19 | Follow-up work and emails regarding distribution and execution of letter agreement and emails to and from team. | .60 | 150.00 |
| 05/24/06 | Matthew E. Wilkins | BCC19 | Email from M. Everett requesting Accommodation and Access Agreement and review prior agreement (.5); outline agreements needed to begin drafting (2.2). | 2.70 | 675.00 |
| 05/24/06 | Matthew E. Wilkins | BCC19 | Ongoing work regarding agreements, funding needed. | .70 | 175.00 |
| 05/25/06 | Matthew E. Wilkins | BCC19 | Emails regarding operational status, cash needs (.5); emails and work on Accommodation Agreement, Access Agreement(1.9). | 2.40 | 600.00 |
| 05/26/06 | Matthew E. Wilkins | BCC19 | Conference with T. Dunn regarding funding needed (.2); draft Access Agreement and Accommodation Agreement(2.3). | 2.50 | 625.00 |

*-- --MATTER DESCRIPTION-----*
INNOVATIVE GROUP GLOBAL, INC.


*-- --CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 05/26/06 | Matthew E. Wilkins | BCC19 | Detailed review of 90-day cash flow. | .40 | 100.00 |
| 05/30/06 | Matthew E. Wilkins | BCC19 | Emails regarding status at Supplier (.2); draft, review, revise and circulate Promissory Note and Accommodation and Access Agreements (2.6); email to M. Everett regarding document status (.1); conference with W. Mazzola regarding Supplier status and status of signing agreements and email regarding open issues from W. Mazzola (.4). | 3.30 | 825.00 |
| 05/31/06 | Matthew E. Wilkins | BCC19 | Revise Accommodation Agreement per Supplier's requests and re-circulate (1.1); emails to and from team regarding status (.7); telephone from Supplier's counsel with open issues and discuss with W. Mazzola (.5); voicemail and email from W. Mazzola regarding open issues (.3). | 2.60 | 650.00 |
| 05/31/06 | Matthew E. Wilkins | BCC19 | Email from Matthew Fortunak regarding amount of funding Note (.1); email from Nicole Boland confirming no need for tooling (.1). | .20 | 50.00 |

```
                                        TOTAL BILLABLE FEES        7,000.00
```

•---- --MATTER DESCRIPTION-----•
STERLING MANUFACTURING COMPANY

•---- --CLIENT INFORMATION-----•
DELPHI AUTOMOTIVE SYSTEMS

•-----TIME ENTRIES-----•

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 05/18/06 | Thomas B. Radom | BCC19 | Review M. Everett e-mails regarding new supplier matter (.30); telephone conferences with M. Everett regarding same (.40); telephone conference with M. Johnson and B. Chapman regarding vendor, liquidity issues (.50). | 1.20 | 300.00 |
| 05/19/06 | Thomas B. Radom | BCC19 | Conference call with M. Johnson, B. Chapman, S. Kunkel regarding financial issues. | .50 | 125.00 |
| 05/22/06 | Thomas B. Radom | BCC19 | Worked on Accommodation Agreement. | 2.00 | 500.00 |
| 05/23/06 | Thomas B. Radom | BCC19 | Completed draft of Accommodation Agreement (1.0); telephone conference with M. Johnson regarding same (.20); telephone conference with B. Chapman regarding same (.20); e-mail to M. Johnson, B. Chapman regarding same (.20). | 1.60 | 400.00 |
| 05/24/06 | Thomas B. Radom | BCC19 | Drafted Access Agreement (.70); telephone conference with M. Johnson and B. Chapman regarding Accommodation Agreement (1.0); revised Accommodation Agreement (1.0); e-mail to M. Johnson and B. Chapman regarding same (.20). | 2.90 | 725.00 |
| 05/25/06 | Thomas B. Radom | BCC19 | Review and respond to M. Everett e-mail regarding Accommodation Agreement. | .30 | 75.00 |
| 05/30/06 | Thomas B. Radom | BCC19 | Telephone conference with D. Rose, BBK, regarding Accommodation Agreement. | .20 | 50.00 |
| 05/31/06 | Thomas B. Radom | BCC19 | Telephone conferences and e-mails with M. Everett regarding Essential Supplier Agreement (.50); revise Agreement (.40); conference call with BBK and Delphi Team regarding strategy (.50). | 1.40 | 350.00 |

                                                              -----------
                              TOTAL BILLABLE FEES                 2,525.00

*-----MATTER DESCRIPTION-----*
I & W INDUSTRIES, INC.


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 05/26/06 | Thomas B. Radom | BCC19 | Telephone conference with M. Fortunak regarding background. | .50 | 125.00 |
| 05/31/06 | Thomas B. Radom | BCC19 | Telephone conference with T. Lindahl, bankruptcy attorney for supplier (.30); telephone conference with M. Fortunak regarding status report (.30). | .60 | 150.00 |

TOTAL BILLABLE FEES                     275.00

*-----MATTER DESCRIPTION-----*
BING METALS GROUP, INC.


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 05/30/06 | Thomas B. Radom | BCC19 | Telephone conference with M. Everett regarding background. | .30 | 75.00 |
| 05/31/06 | Thomas B. Radom | BCC19 | Review and reply to M. Everett e-mail regarding June 1 meeting. | .20 | 50.00 |

|  |  |  |  | ----------- |
|  |  |  | TOTAL BILLABLE FEES | 125.00 |