**Hearing Date and Time: October 19, 2006 at 10:00 a.m.**
**Objection Deadline: October 12, 2006 at 4:00 p.m.**

Paul J. N. Roy, Esq.
Craig E. Reimer, Esq.
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, Illinois 60606
Tel. 312.782.0600
Fax  312.701.7711
(Special Information Technology  Outsourcing
Counsel to Debtors and Debtors-in-Possession)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No.   05-44481 (RDD) |
| DELPHI  CORPORATION, INC., <u>et</u> <u>al</u>., | : | (Jointly Administered) |
| Debtors. | : | |

---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

     Paul J.N. Roy, an attorney, hereby certifies that on July 31, 2006, he caused to be served, via email, a copy of the **NOTICE OF FIRST APPLICATION OF MAYER, BROWN, ROWE & MAW LLP, SPECIAL INFORMATION TECHNOLOGY OUTSOURCING COUNSEL TO DEBTORS, FOR ALLOWANCE OF INTERIM COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM FEBRUARY 1, 2006 THROUGH MAY 31, 2006** upon those parties that constitute the "Master Service List" and the "2002 List" as provided on the database at www.delphidocket.com , and via overnight delivery, a copy of the **FIRST APPLICATION OF MAYER, BROWN, ROWE & MAW LLP, SPECIAL INFORMATION TECHNOLOGY OUTSOURCING COUNSEL TO DEBTORS, FOR ALLOWANCE OF INTERIM COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM FEBRUARY 1, 2006 THROUGH MAY 31, 2006** upon those parties that constitute the Notice Parties, pursuant to the Interim Compensation Order.

Dated:     Chicago, Illinois
           July 31, 2006             /s/ Paul J. N. Roy, Esq.
                                     Paul J. N. Roy, Esq.