**Hearing Date and Time: October 19, 2006, 10:00 a.m.**
**Objection Deadline: October 12, 2006, 4:00 p.m.**

BUTZEL LONG, P.C.
100 Bloomfield Hills Parkway
Suite 200
Bloomfield Hills, MI 48304
(248) 258-1616
Thomas B. Radom (P24631)
Matthew E. Wilkins (P56697)

Commercial and Litigation Counsel to
Delphi Corporation, et al., Debtors and
Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
In re                                                      :    Chapter 11
:
DELPHI CORPORATION, et al.,                                :    Case No. 05-44481 (RDD)
:
Debtors.                                                   :    (Jointly Administered)
-----------------------------------------------------------x

**NOTICE OF SECOND INTERIM APPLICATION OF BUTZEL LONG, P.C., COMMERCIAL AND LITIGATION COUNSEL TO DEBTORS AND DEBTORS-IN-POSSESSION, FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FEBRUARY 1, 2006 THROUGH MAY 31, 2006 UNDER 11 U.S.C. §§ 330 AND 331**

PLEASE TAKE NOTICE that on July 31, 2006, Butzel Long, P.C. ("Applicant"), Commercial and Litigation Counsel to debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed a Second Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period From February 1, 2006 Through May 31, 2006 Under U.S.C. §§ 330 and 331 (the "Application").

PLEASE TAKE FURTHER NOTICE that the Application may be viewed on the Court's website or Debtors' "virtual docket" website; provided that, if a party-in-interest cannot access the Application on either website, upon request, Applicant shall provide a copy of the Application to such party-in-interest.

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held on October 19, 2006, at 10:00 a.m. (Prevailing Eastern Time) (the "Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing (I) Omnibus Hearing Dates, (II) Certain Notice, Case Management, and Administrative Procedures, and (III) Scheduling an Initial Case Conference in Accordance With Local Bankr. R. 1007-2(e) (the "Case Management Order") (Docket No. 245), (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must

file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel), (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom, LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., Esq.), (iii) commercial and litigation counsel to Debtors, Butzel Long, P.C., 100 Bloomfield Hills Parkway, Suite 200, Bloomfield Hills, Michigan 48304 (Att'n: Thomas B. Radom, Esq.), (iv) counsel for the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Att'n: Marissa Wesley, Esq.), (v) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Marlene Melican, Esq.), (vi) counsel for the Official Committee of Unsecured Creditors, Latham & Watkins, LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg, Esq.) and (vii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard, Esq.), in each case so as to be **received** no later than **4:00 p.m. (Prevailing Eastern Time) on October 12, 2006** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein and in accordance with the Case Management Order will be considered by the Bankruptcy Court at the Hearing. If no objections to the Application are timely filed and served in accordance with

the procedures set forth herein and in the Case Management Order, the Bankruptcy Court may enter an Order granting the Application without further notice.

Dated:  Bloomfield Hills, Michigan
        July 31, 2006

                        BUTZEL LONG

                    By    /s/  Thomas B. Radom
                        Thomas B. Radom (P24631)
                        Matthew E. Wilkins (P56697)
                        100 Bloomfield Hills Parkway, Suite 200
                        Bloomfield Hills, MI 48304
                        Telephone:  (248) 258-1416

                        Commercial and Litigation Counsel to
                        Delphi Corporation, et al., Debtors and
                        Debtors-in-Possession