BUTZEL LONG, P.C.
100 Bloomfield Hills Parkway
Suite 200
Bloomfield Hills, MI 48304
(248) 258-1616
Thomas B. Radom (P24631)
Matthew E. Wilkins (P56697)

Commercial and Litigation Counsel to
Delphi Corporation, et al., Debtors and
Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
                                            :
        In re                               :        Chapter 11
                                            :
DELPHI CORPORATION, et al.,                 :        Case No. 05-44481 (RDD)
                                            :
                Debtors.                    :        (Jointly Administered)
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned herein certifies that copies of:

-       Notice of Second Interim Application of Butzel Long, P.C., Commercial
        and Litigation Counsel to Debtors and Debtors-in-Possession, for
        Allowance and Payment of Compensation and Reimbursement of
        Expenses for the Period February 1, 2006 Through May 31, 2006 Under 11
        U.S.C. §§ 330 and 331;

-       Second Interim Application of Butzel Long, P.C., Commercial and
        Litigation Counsel to Debtors and Debtors-in-Possession, for Allowance
        and Payment of Compensation and Reimbursement of Expenses for the
        Period From February 1, 2006 Through May 31, 2006 Under 11 U.S.C. §§
        330 and 331; and

-       Certificate of Service

was served on July 31, 2006 via Federal Express upon the following:

000115900\0015\794546-1

Marlane Melican, Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, NY  10017

Marissa Wesley, Esq.
Simpson Thacher & Barlett, LLP
425 Lexington Avenue
New York, NY  10017

Robert J. Rosenberg, Esq.
Latham & Watkins, LLP
885 Third Avenue
New York, NY  10022-4802

Alicia M. Leonhard, Esq.
Office of the US Trustee
for the District of New York
33 Whitehall Street, Suite 2100
New York, NY  10004

John Wm. Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom
333 West Wacker Drive
Suite 2100
Chicago, IL  60606

David Sherbin, Esq.
Delphi Corporation
5725 Delphi Drive
Troy, MI  48098

John D. Sheehan
Vice President & Chief Restructuring Officer
Delphi Corporation
5725 Delphi Drive
Troy, MI  48098

Valeria Venable
GE Plastics, Americas
Credit Manager
9930 Kincey Avenue
Huntersville, NC  28078

The undersigned herein further certifies that a copy of the Notice of Second Interim Application of Butzel Long, P.C., Commercial and Litigation Counsel to Debtors and Debtors-in-Possession, for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period February 1, 2006 Through May 31, 2006 Under 11 U.S.C. §§ 330 and 331 was served via electronic mail upon the parties listed on the attached Master Service List and 2002 List.

Dated:  Bloomfield Hills, Michigan
        July 31, 2006

By____/s/  Thomas B. Radom_____
        Thomas B. Radom (P24631)
        100 Bloomfield Hills Parkway, Suite 200
        Bloomfield Hills, MI 48304
        Telephone:  (248) 258-1416

        Commercial and Litigation Counsel to
        Delphi Corporation, et al., Debtors and
        Debtors-in-Possession