# **<u>Exhibit C</u>**

**EXHIBIT C**

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate during Fee Period | Total Hours Billed during Fee Period | Total Compensation Requested during Fee Period |
|---|---|---|---|---|
| Donald Carleen | Joined firm in 1983 and became a Partner in 1987. Member of NY and NJ Bar since 1984. | $780 | 15.70 | $12,246.00 |
| Jack Jacobson | Joined firm in 1982 and became a Partner in 1989. Member of NY and NJ Bar since 1984. | $780 | 6.30 | $4,914.00 |
| Dixie Johnson | Joined firm in 1986 and became a Partner in 1993. Member of D.C. Bar since 1987. | $795 | 4.90 | $3,895.50 |
| Jonathan Lewis | Joined firm in 1996 and became a Partner in 2002. Member of NY Bar since 1995. | $690 | 11.10 | $7,659.00 |
| Vivek Melwani | Joined firm in 1995 and became a Partner in 2003. Member of NY Bar since 1996. | $670 | 64.60 | $43,282.00 |
| Brad Eric Scheler | Joined firm in 1981 and became a Partner in 1984. Member of NY Bar since 1978. | $995 | 35.00 | $34,825.00 |
| Bonnie K. Steingart | Joined firm in 1980 and became a Partner in 1986. Member of NY Bar since 1980. | $780 | 138.90 | $108,342.00 |
| Debra Torres | Joined firm in 1981 and became a partner in 1988. Member of NY Bar since 1984. | $750 | 81.20 | $60,900.00 |
| Alan Resnick | Joined firm in 1989. Member of NY Bar since 1973. | $850 | 7.80 | $6,630.00 |
| Kimberly Cain | Joined firm as an Associate in 2005. Member of Virginia Bar since 2005. Admission to DC Bar pending. | $315 | 14.60 | $4,599.00 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate during Fee Period | Total Hours Billed during Fee Period | Total Compensation Requested during Fee Period |
|---|---|---|---|---|
| Marc Feldhamer | Joined firm as an Associate in 2005. Member of NY and NJ Bars since 2006 | $315 | 58.10 | $18,301.50 |
| Darcy M. Goddard | Joined firm as an Associate in 2004. Member of NY Bar since 2005. Member of CO Bar since 2001. | $500 | $110.60 | $55,300.00 |
| Israel Greisman | Joined firm as an Associate in 2003. Member of NY Bar since 2004. | $420 | 15.80 | $6,636.00 |
| Uri Horowitz | Joined firm as an Associate in 2005. Member of NY Bar since 2006. | $315 | 92.70 | $29,200.50 |
| Christina McGill | Joined firm as an Associate in 2004. Member of the NY Bar since 2004. | $420 | 86.10 | $36,162.00 |
| Jennifer Rodburg | Joined firm as an Associate in 2000. Member of the NY Bar since 2000. Member of the NJ Bar since 2002. | $500 | 51.60 | $25,800.00 |
| Andrew Schoulder | Joined firm as an Associate in 2002. Left firm in May 2006. Member of the NY Bar since 2003. | $445 | 30.50 | $13,572.50 |
| Richard Slivinski | Joined firm as an Associate in 2002. Member of the NY and NJ Bars since 2002. | $470 | 193.10 | $90,757.00 |
| Jason R. Wolf | Joined firm as an Associate in 2003. Member of the NY Bar since 2003. Member of the NJ Bar since 2002. | $445 | 45.40 | $20,203.00 |
| Laura Guido | Paralegal since 2001. Joined firm in 2004. | $185 | 10.40 | $1,924.00 |
| James Jenner | Paralegal since 2003. Joined firm in 2005. | $200 | 6.90 | $1,380.00 |
| Omar Solivan | Paralegal Clerk since 1993. | $165 | 50.80 | $8,382.00 |
| Other Professionals[1] | Various | $110 - $525 | 16.00 | $4,734.00 |

---

[1] This entry reflects charges incurred by associates and paralegals with less than 5 hours billed to the engagement.

2

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate during Fee Period | Total Hours Billed during Fee Period | Total Compensation Requested during Fee Period |
|---|---|---|---|---|
| **TOTAL** | | | **1,141.20** | **$598,265.00** |

Blended Rate (including paraprofessionals)  $508.00
Blended Rate (excluding paraprofessionals)  $588.00