# **Exhibit D**

**EXHIBIT D**

**STATEMENT OF EXPENSES INCURRED AND POSTED BY
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP,
COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS,
FOR THE PERIOD OF
MAY 8, 2006 THROUGH MAY 31, 2006**

| **NATURE OF DISBURSEMENTS** | **AMOUNT** |
|---|---:|
| Duplicating | $4,389.48 |
| Meals | $535.46 |
| Local Transportation | $331.42 |
| Lexis | $179.13 |
| Secretarial Services | $16.14 |
| **TOTAL** | **$5,451.63** |

559526