# **Exhibit E**

**EXHIBIT E**

**SERVICES RENDERED BY PARTNER(S), COUNSEL(S), ASSOCIATE(S) AND PARAPROFESSIONAL(S) BY PROJECT CATEGORY FOR THE PERIOD OF MAY 8, 2006 THROUGH MAY 31, 2006**

00002  GENERAL

| Partners | HOURS | TOTAL FEES |
|---|---|---|
| CARLEEN, D. | 1.40 | $1,092.00 |
| JACOBSON, J. | 6.30 | $4,914.00 |
| JOHNSON, D. | 4.90 | $3,895.50 |
| MELWANI, V. | 32.50 | $21,775.00 |
| SCHELER, B. | 13.30 | $13,233.50 |
| STEINGART, B. | 15.70 | $12,246.00 |
| TORRES, D. | 0.20 | $150.00 |
| **Total Partners** | **74.30** | **$57,306.00** |

| Counsel | | |
|---|---|---|
| RESNICK, A. | 0.80 | $680.00 |
| **Total Counsel** | **0.80** | **$680.00** |

| Associates | | |
|---|---|---|
| CAIN, K. | 6.60 | $2,079.00 |
| FELDHAMER, M. | 29.00 | $9,135.00 |
| GREISMAN, I. | 15.80 | $6,636.00 |
| HOROWITZ, U. | 0.70 | $220.50 |
| MCGILL, C. | 1.60 | $672.00 |
| RODBURG, J. | 16.00 | $8,000.00 |
| SCHOULDER, A. | 4.30 | $1,913.50 |
| SLIVINSKI, R. | 75.70 | $35,579.00 |
| WOLF, J. | 11.90 | $5,295.50 |
| **Total Associates** | **161.60** | **$69,530.50** |

| Paraprofessionals | | |
|---|---|---|
| GUIDO, L. | 5.40 | $999.00 |
| JENNER, J. | 6.90 | $1,380.00 |
| **Total Paraprofessionals** | **12.30** | **$2,379.00** |

| | | |
|---|---|---|
| **CUMULATIVE TOTALS** | **249.00** | **$129,895.50** |

00003  FEE APPLICATIONS AND RETENTION

| **Partners** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| STEINGART, B. | 0.80 | $624.00 |
| **Total Partners** | **0.80** | **$624.00** |
| **Counsel** | | |
| RESNICK, A. | 2.30 | $1,955.00 |
| **Total Counsel** | **2.30** | **$1,955.00** |
| **Associates** | | |
| SLIVINSKI, R. | 4.90 | $2,303.00 |
| WOLF, J. | 11.70 | $5,206.50 |
| **Total Associates** | **16.60** | **$7,509.50** |
| **CUMULATIVE TOTALS** | **19.70** | **$10,088.50** |

00005  MEETINGS AND COMMUNICATIONS WITH EQUITY HOLDERS

| Partners | HOURS | TOTAL FEES |
|---|---|---|
| LEWIS, J. | 4.60 | $3,174.00 |
| MELWANI, V. | 21.40 | $14,338.00 |
| SCHELER, B. | 21.70 | $21,591.50 |
| STEINGART, B. | 16.80 | $13,104.00 |
| TORRES, D. | 5.70 | $4,275.00 |
| **Total Partners** | **70.20** | **$56,482.50** |

| Counsel | | |
|---|---|---|
| RESNICK, A. | 2.70 | $2,295.00 |
| **Total Counsel** | **2.70** | **$2,295.00** |

| Associates | | |
|---|---|---|
| FELDHAMER, M. | 18.80 | $5,922.00 |
| HOROWITZ, U. | 5.70 | $1,795.50 |
| MCGILL, C. | 2.40 | $1,008.00 |
| RODBURG, J. | 6.50 | $3,250.00 |
| SLIVINSKI, R. | 28.30 | $13,301.00 |
| WOLF, J. | 5.90 | $2,625.50 |
| **Total Associates** | **67.60** | **$27,902.00** |

| Paraprofessionals | | |
|---|---|---|
| GUIDO, L. | 0.20 | $37.00 |
| **Total Paraprofessionals** | **0.20** | **$37.00** |

| | | |
|---|---|---|
| **CUMULATIVE TOTALS** | **140.70** | **$86,716.50** |

00006  HEARINGS

| **Partners** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| STEINGART, B. | **34.20** | **$26,676.00** |
| TORRES, D. | **33.80** | **$25,350.00** |
| **Total Partners** | **68.00** | **$52,026.00** |

**Associates**

| | HOURS | TOTAL FEES |
|---|---|---|
| FELDHAMER, M. | **1.00** | **$315.00** |
| GODDARD, D. | **12.30** | **$6,150.00** |
| MCGILL, C. | **6.70** | **$2,814.00** |
| RODBURG, J. | **13.30** | **$6,650.00** |
| SCHOULDER, A. | **8.40** | **$3,738.00** |
| **Total Associates** | **41.70** | **$19,667.00** |
| **CUMULATIVE TOTALS** | **109.70** | **$71,693.00** |

00009  PENSION ISSUES

| **Partners** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| CARLEEN, D. | 5.70 | $4,446.00 |
| **Total Partners** | **5.70** | **$4,446.00** |
| **Associates** | | |
| HOROWITZ, U. | 11.30 | $3,559.50 |
| RODBURG, J. | 0.60 | $300.00 |
| SCHOULDER, A. | 0.80 | $356.00 |
| SLIVINSKI, R. | 0.30 | $141.00 |
| **Total Associates** | **13.00** | **$4,356.50** |
| **CUMULATIVE TOTALS** | **18.70** | **$8,802.50** |

00011  1113/1114 ISSUES

| **Partners** | **HOURS** | **TOTAL FEES** |
|---|---:|---:|
| CARLEEN, D. | 1.20 | $936.00 |
| LEWIS, J. | 1.80 | $1,242.00 |
| MELWANI, V. | 5.30 | $3,551.00 |
| STEINGART, B. | 51.70 | $40,326.00 |
| TORRES, D. | 31.80 | $23,850.00 |
| **Total Partners** | **91.80** | **$69,905.00** |
| **Counsel** | | |
| RESNICK, A. | 1.70 | $1,445.00 |
| **Total Counsel** | **1.70** | **$1,445.00** |
| **Associates** | | |
| FELDHAMER, M. | 1.80 | $567.00 |
| GODDARD, D. | 76.10 | $38,050.00 |
| HOROWITZ, U. | 36.50 | $11,497.50 |
| MCGILL, C. | 72.60 | $30,492.00 |
| RODBURG, J. | 13.70 | $6,850.00 |
| SCHOULDER, A. | 16.80 | $7,476.00 |
| SLIVINSKI, R. | 27.10 | $12,737.00 |
| WOLF, J. | 15.40 | $6,853.00 |
| **Total Associates** | **260.00** | **$114,522.50** |
| **Paraprofessionals** | | |
| GUIDO, L. | 1.20 | $222.00 |
| SOLIVAN, O. | 50.80 | $8,382.00 |
| **Total Paraprofessionals** | **52.00** | **$8,604.00** |
| **CUMULATIVE TOTALS** | **405.50** | **$194,476.50** |

00012  OTHER LABOR MATTERS

| **Partners** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| CARLEEN, D. | 6.60 | $5,148.00 |
| LEWIS, J. | 1.40 | $966.00 |
| MELWANI, V. | 2.30 | $1,541.00 |
| STEINGART, B. | 1.90 | $1,482.00 |
| TORRES, D. | 5.50 | $4,125.00 |
| **Total Partners** | **17.70** | **$13,262.00** |
| **Associates** | | |
| FELDHAMER, M. | 0.70 | $220.50 |
| HOROWITZ, U. | 38.30 | $12,064.50 |
| SLIVINSKI, R. | 13.90 | $6,533.00 |
| **Total Associates** | **52.90** | **$18,818.00** |
| **CUMULATIVE TOTALS** | **70.60** | **$32,080.00** |

00013  RELATIONSHIP WITH PRIMARY CUSTOMER

| Partners | HOURS | TOTAL FEES |
|---|---|---|
| CARLEEN, D. | 0.80 | $624.00 |
| LEWIS, J. | 3.30 | $2,277.00 |
| MELWANI, V. | 3.10 | $2,077.00 |
| STEINGART, B. | 17.80 | $13,884.00 |
| TORRES, D. | 4.20 | $3,150.00 |
| **Total Partners** | **29.20** | **$22,012.00** |

| Counsel | | |
|---|---|---|
| RESNICK, A. | 0.30 | $255.00 |
| **Total Counsel** | **0.30** | **$255.00** |

| Associates | | |
|---|---|---|
| CAIN, K. | 8.00 | $2,520.00 |
| FELDHAMER, M. | 6.80 | $2,142.00 |
| GODDARD, D. | 22.20 | $11,100.00 |
| HOROWITZ, U. | 0.20 | $63.00 |
| MCGILL, C. | 2.80 | $1,176.00 |
| RODBURG, J. | 1.50 | $750.00 |
| SCHOULDER, A. | 0.20 | $89.00 |
| SLIVINSKI, R. | 42.90 | $20,163.00 |
| WOLF, J. | 0.50 | $222.50 |
| **Total Associates** | **85.10** | **$38,225.50** |

| Paraprofessionals | | |
|---|---|---|
| GUIDO, L. | 3.60 | $666.00 |
| **Total Paraprofessionals** | **3.60** | **$666.00** |

| **CUMULATIVE TOTALS** | **118.20** | **$61,158.50** |