# EXHIBIT B

# Exhibit B

| | |
|---|---|
| TOTAL COMPENSATION REQUESTED | $257,086.00 |
| TOTAL COMPENSATION PREVIOUSLY REQUESTED | $281,801.50 |

NAME AND APPLICABLE BILLING RATE FOR EACH PERSON WHO BILLED TIME DURING THE SECOND FEE PERIOD

| Attorney Name | Initials | Title | Date Admitted | Billing Rate | Hours | Hours Billed |
|---|---|---|---|---|---|---|
| Philmore Colburn | PHC | Attorney | Jun-91 | $375.00 | 7.30 | $2,737.50 |
| David Fox | DAF | Attorney | Nov-95 | $320.00 | 0.30 | $100.50 |
| Keith Murphy | KJM | Attorney | Jan-94 | $315.00 | 21.10 | $6,752.00 |
| Pamela Curbelo | PJC | Attorney | Dec-91 | $315.00 | 20.00 | $6,400.00 |
| Christopher Boehm | CCB | Attorney | Apr-98 | $300.00 | 528.80 | $163,928.00 |
| Daniel Lent | DPL | Attorney | Nov-95 | $280.00 | 25.10 | $7,028.00 |
| Mary Golota | MEG | Attorney | Nov-91 | $275.00 | 2.50 | $687.50 |
| Steven Bartholomew | SRB | Attorney | Jan-89 | $270.00 | 235.70 | $63,639.00 |
| John Buckert | JFB | Attorney | May-98 | $260.00 | 271.80 | $70,668.00 |
| Daniel Bruso | DEB | Attorney | Jun-96 | $255.00 | 17.50 | $4,462.50 |
| Marisa Dubuc | MJD | Attorney | Jun-01 | $235.00 | 1.30 | $305.50 |
| Karen Jalbert | KAJ | Agent | May-95 | $190.00 | 6.50 | $1,235.00 |
| Ira Turner | IMT | Attorney | Jan-02 | $185.00 | 42.10 | $7,788.50 |
| Fred Krieger | FAK | Attorney | Jun-03 | $170.00 | 517.50 | $87,975.00 |
| Robert Svoboda | RJS | Attorney | Nov-05 | $170.00 | 1.30 | $221.00 |
| Theodosis Kountotsis | TK | Agent | Apr-03 | $160.00 | 126.00 | $20,160.00 |
| Michael Sansoucy | MRS | Agent | Dec-05 | $155.00 | 42.00 | $6,510.00 |
| Daniel Gilmour | DG | Tech. Expert | n/a | $130.00 | 97.60 | $12,688.00 |
| Gregory Albin | GJA | Agent | Jan-05 | $120.00 | 47.70 | $5,724.00 |
| James Larsen | JLL | Tech. Expert | n/a | $120.00 | 68.50 | $8,220.00 |
| Lindsay Hersh | LHH | Tech. Expert | n/a | $120.00 | 2.00 | $240.00 |
| Sandy McLaughlin | SEM | Paraprof. | n/a | $100.00 | 0.30 | $30.00 |

| | |
|---|---|
| TOTAL HOURS | 2082.90 |
| TOTAL BILLED | $477,500.00 |
| ADJUSTMENT | ($220,414.00) |
| TOTAL COMPENSATION SOUGHT | $257,086.00 |
| BLENDED PROFESSIONAL HOURLY RATE | $123.43 |