# EXHIBIT C

# Exhibit C

| Debtors' Reference/Title | Cantor Colburn Reference Number | Total Hours | Total Compensation | Total Expenses | Total |
|---|---|---|---|---|---|
| Post-Petition Services | D20-0002GA | 17.50 | $4,462.50 | $813.90 | $5,276.40 |
| 2003-001097 | DE4-0082AN | 2.50 | $775.00 | | $775.00 |
| DP-311883 | DE4-0090AN | 0.50 | $155.00 | | $155.00 |
| Analysis of U.S. Patent No. 5,748,075 | DE4-0128AN | 2.50 | $775.00 | $348.30 | $1,123.30 |
| DP-314113 | DE4-0135AN | 0.50 | $155.00 | | $155.00 |
| 2003-001203 | DE4-0138I | 0.60 | $186.00 | | $186.00 |
| 2005-000715 | DE4-0146AN | 87.60 | $27,190.50 | $945.60 | $28,136.10 |
| Analysis of Mercedes Instrument Panels in View of Tipp Engineering | DE4-0161AN | 20.40 | $6,324.00 | $101.78 | $0.00 $6,425.78 |
| Analysis of Set Belt Retractor Design | DE4-0165AN | 15.50 | $4,805.00 | $218.40 | $5,023.40 |
| Analysis of U.S. Patent No. 5,536,042 | DE4-0169AN | 16.30 | $5,053.00 | | $5,053.00 |
| Analysis of U.S. Patent No. 5,788,270 | DE4-0170AN | 21.60 | $6,696.00 | $199.97 | $6,895.97 |
| Analysis of U.S. Patent No. 6,099,029 | DE4-0171AN | 10.00 | $3,100.00 | $166.20 | $3,266.20 |
| Sensor Analysis | DE5-0012AN | 0.60 | $186.00 | | $186.00 |
| Analysis of Siemens Patent No. 5,435,344 | DE8-0024AN | 12.30 | $3,813.00 | $164.00 | $3,977.00 |
| Analysis of USPN's 6,354,528; 6,598,822; 6,318,662; 6,352,213 | DE8-0025AN | 53.60 | $16,616.00 | $494.41 | $0.00 $17,110.41 |
| DP-313924 | D22-0001 | 3.10 | $0.00 | $70.00 | $70.00 |
| DP-314951 | D22-0002 | 33.30 | $0.00 | $447.20 | $447.20 |
| DP-306878 | DE1-0132F | 7.10 | $1,165.00 | $2.43 | $1,167.43 |
| DP-304449 | DE1-0147 | 1.00 | $260.00 | | $260.00 |
| DP-305014 | DE2-0085 | 5.50 | $1,588.00 | $1.50 | $1,589.50 |
| DP-310001 | DE2-0104 | 0.80 | $248.00 | | $248.00 |
| DP-310043 | DE2-0106 | 17.20 | $1,650.00 | $630.00 | $2,280.00 |
| H-200000 | DE3-0002F | 0.50 | $160.00 | $277.60 | $437.60 |
| DP-301245 | DE3-0025 | 20.20 | $3,482.00 | $790.00 | $4,272.00 |
| DP-304335 | DE3-0185 | 4.80 | $1,336.00 | | $1,336.00 |
| DP-304036 | DE3-0204 | | | $130.00 | $130.00 |
| DP-304139 | DE3-0206 | 2.70 | $754.00 | | $754.00 |
| DP-304136 | DE3-0208 | 1.60 | $296.00 | | $296.00 |
| DP-301830 | DE3-0209 | 1.20 | $222.00 | | $222.00 |
| DP-304592 | DE3-0214 | 5.80 | $1,950.00 | | $1,950.00 |
| DP-303108 | DE3-0222F | 6.80 | $1,331.00 | | $1,331.00 |
| DP-305828 | DE3-0239 | 2.20 | $584.00 | $790.00 | $1,374.00 |
| DP-304796 | DE3-0253 | 0.50 | $160.00 | | $160.00 |
| DP-306554 | DE3-0257 | 2.50 | $700.00 | | $700.00 |
| DP-301377 | DE3-0260 | 9.90 | $921.00 | $1,190.00 | $2,111.00 |
| DP-305590 | DE3-0261 | 7.70 | $1,650.00 | | $1,650.00 |
| DP-305829 | DE3-0269 | 4.50 | $1,265.00 | | $1,265.00 |
| DP-306725 | DE3-0274 | 20.90 | $1,900.00 | $808.60 | $2,708.60 |
| DP-308346 | DE3-0302 | 6.60 | $1,734.00 | | $1,734.00 |
| DP-309906 | DE3-0323 | 10.90 | $2,876.00 | | $2,876.00 |
| DP-309906 | DE3-0323C | 4.80 | $1,248.00 | $1,868.00 | $3,116.00 |
| DP-309666 | DE3-0324 | 16.40 | $1,650.00 | $7.42 | $1,657.42 |
| DP-308248 | DE3-0327 | 0.50 | $160.00 | | $160.00 |
| DP-312326 | DE3-0348 | 9.00 | $1,350.00 | | $1,350.00 |

| | | | | | |
|---|---|---|---|---|---|
| DP-309972 | DE3-0351 | 1.00 | $260.00 | $1,130.00 | $1,390.00 |
| DP-310072 | DE3-0352 | 1.10 | $286.00 | $1,174.40 | $1,460.40 |
| DP-312124 | DE3-0355 | 8.50 | $1,120.00 | | $1,120.00 |
| DP-312717 | DE3-0361 | 16.10 | $3,715.50 | $1,723.58 | $5,439.08 |
| DP-313387 | DE3-0367 | 57.10 | $4,455.00 | | $4,455.00 |
| DP-307433CIP2/DP-313325 | DE3-0368 | | | $1,087.03 | $1,087.03 |
| DP-313866 | DE3-0371 | 22.30 | $1,438.00 | | $1,438.00 |
| DP-313884 | DE3-0372 | 18.70 | $4,840.00 | | $4,840.00 |
| DP-312664/DP312665 | DE3-0374 | 21.50 | $2,166.00 | $1,454.40 | $3,620.40 |
| DP-312657 | DE3-0375 | 2.20 | $250.00 | | $250.00 |
| DP-314483 | DE3-0379 | 10.10 | $2,626.00 | | $2,626.00 |
| DP-314735 | DE3-0381 | 74.40 | $1,006.00 | | $1,006.00 |
| DP-314169 | DE3-0382 | 56.60 | $4,840.00 | $1,054.40 | $5,894.40 |
| DP-314869 | DE3-0383 | 33.00 | $5,000.00 | | $5,000.00 |
| DP-312415 | DE3-0384 | 21.90 | $4,904.00 | | $4,904.00 |
| DP-314868 | DE3-0385 | 23.00 | $4,840.00 | | $4,840.00 |
| DP-314394 | DE3-0386 | 49.40 | $5,000.00 | $1,054.40 | $6,054.40 |
| DP-314874 | DE3-0387 | 0.50 | $160.00 | | $160.00 |
| DP-315276 | DE3-0388 | 0.50 | $160.00 | | $160.00 |
| DP-308641 | DE4-0029F | 1.00 | $310.00 | $0.63 | $310.63 |
| DP-309969 | DE4-0055 | 0.80 | $248.00 | | $248.00 |
| DP-310488 | DE4-0066 | 0.80 | $248.00 | $180.00 | $428.00 |
| DP-310434 | DE4-0073 | 1.00 | $310.00 | | $310.00 |
| DP-311922 | DE4-0101 | 9.80 | $2,856.00 | $1,433.00 | $4,289.00 |
| DP-313018 | DE4-0108 | 1.00 | $310.00 | $1,970.00 | $2,280.00 |
| DP-312965 | DE4-0111 | 1.00 | $310.00 | $13.60 | $323.60 |
| DP-313710 | DE4-0129 | 12.10 | $3,395.00 | $1,363.75 | $4,758.75 |
| DP-313710 | DE4-0129F | 3.20 | $992.00 | $3,409.40 | $4,401.40 |
| DP-313710 | DE4-0129P | 4.60 | $1,426.00 | | $1,426.00 |
| DP-314049 | DE4-0130 | 20.60 | $5,000.00 | $220.00 | $5,220.00 |
| DP-314049 | DE4-0130F | 2.80 | $868.00 | $3,679.00 | $4,547.00 |
| DP-314113 | DE4-0149 | 0.50 | $155.00 | | $155.00 |
| DP-314114 | DE4-0151 | 49.80 | $1,968.00 | | $1,968.00 |
| DP-314115 | DE4-0152 | 30.70 | $1,968.00 | | $1,968.00 |
| DP-314208 | DE4-0153 | 44.70 | $3,658.00 | | $3,658.00 |
| DP-314380 | DE4-0154 | 1.50 | $465.00 | $200.00 | $665.00 |
| DP-312861 | DE4-0163 | 20.60 | $4,814.00 | $1,069.47 | $5,883.47 |
| DP-313915 | DE4-0164 | 52.40 | $5,000.00 | $35.80 | $5,035.80 |
| DP-313915 | DE4-0164F | 3.50 | $910.00 | $37.80 | $947.80 |
| DP-315148 | DE4-0168 | 6.50 | $2,015.00 | | $2,015.00 |
| DP-312857 | DE5-0005 | 12.30 | $3,813.00 | $1,750.75 | $5,563.75 |
| DP-312857 | DE5-0005F | 1.00 | $310.00 | | $310.00 |
| DP-314167 | DE5-0006 | 2.50 | $0.00 | | $0.00 |
| DP-314945 | DE5-0007 | 3.00 | $930.00 | $0.39 | $930.39 |
| DP-314779 | DE5-0008 | 0.20 | $62.00 | $0.39 | $62.39 |
| DP-314875 | DE5-0009 | 2.40 | $744.00 | $0.39 | $744.39 |
| DP-314131 | DE5-0010 | 27.70 | $4,845.00 | $1,504.79 | $6,349.79 |
| DP-315086 | DE5-0011 | 1.50 | $465.00 | | $465.00 |
| DP-310842 | DE8-0011 | 42.60 | $1,650.00 | | $1,650.00 |
| DP-313503 | DE9-0046 | 16.40 | $4,876.00 | $1,857.95 | $6,733.95 |
| DP-313505 | DE9-0047 | 2.70 | $717.00 | $1,195.75 | $1,912.75 |
| DP-314445 | DE9-0047F | 3.00 | $780.00 | $3,285.40 | $4,065.40 |

| | | | | | |
|---|---|---|---|---|---|
| DP-313504 | DE9-0048 | 4.00 | $1,055.00 | $1,200.47 | $2,255.47 |
| DP-314445 | DE9-0048F | 3.00 | $780.00 | $3,289.40 | $4,069.40 |
| DP-313543 | DE9-0053 | 4.00 | $0.00 | $1,054.40 | $1,054.40 |
| DP-313576 | DE9-0054 | 3.70 | $984.00 | | $984.00 |
| DP-313617 | DE9-0055 | 7.20 | $2,104.00 | | $2,104.00 |
| DP-314028 | DE9-0057 | 1.00 | $310.00 | $1,844.00 | $2,154.00 |
| DP-314175 | DE9-0061 | 34.40 | $0.00 | | $0.00 |
| DP-314434 | DE9-0062 | 0.20 | $0.00 | | $0.00 |
| DP-314165 | DE9-0064 | 173.00 | $0.00 | | $0.00 |
| DP-314453 | DE9-0065 | 20.10 | $4,235.00 | $1,247.40 | $5,482.40 |
| DP-314757 | DE9-0067 | 2.00 | $0.00 | $214.40 | $214.40 |
| DP-312661 | DE9-0068 | 1.00 | $260.00 | $1,220.00 | $1,480.00 |
| DP-313599 | DE9-0069 | 101.20 | $0.00 | $250.00 | $250.00 |
| DP-313898 | DE9-0070 | 16.40 | $0.00 | | $0.00 |
| DP-314518 | DE9-0071 | 38.00 | $4,101.00 | | $4,101.00 |
| DP-314519 | DE9-0072 | 42.20 | $4,256.00 | | $4,256.00 |
| DP-314520 | DE9-0073 | 54.10 | $4,101.00 | | $4,101.00 |
| DP-314452 | DE9-0074 | 29.60 | $3,915.00 | | $3,915.00 |
| DP-314600 | DE9-0075 | 4.00 | $0.00 | $219.00 | $219.00 |
| DP-314782 | DE9-0076 | 56.50 | $23.00 | | $23.00 |
| DP-314851 | DE9-0077 | 135.00 | $4,287.00 | | $4,287.00 |
| DP-314995 | DE9-0078 | 1.50 | $465.00 | $334.26 | $799.26 |
| DP-314523 | DE9-0079 | 2.30 | $736.00 | | $736.00 |
| DP-314511 | DE9-0080 | 35.50 | $4,840.00 | | $4,340.00 |
| DP-314512 | DE9-0081 | 4.00 | $702.50 | | $702.50 |
| DP-315079 | DE9-0082 | 2.50 | $775.00 | | $775.00 |
| DP-314521 | DE9-0083 | 0.30 | $93.00 | | $93.00 |
| DP-315262 | DE9-0084 | 1.50 | $465.00 | | $465.00 |
| DP-315103 | DE9-0085 | 23.30 | $3,466.00 | | $3,466.00 |
| DP-315278 | DE9-0086 | 1.50 | $465.00 | | $465.00 |
| DP-305003 | DEP-0210 | 0.50 | $155.00 | | $155.00 |
| DP-309198 | DEP-0338 | 7.30 | $96.00 | $500.00 | $596.00 |
| **TOTALS** | | | $257,086.00 | $53,725.11 | $310,811.11 |