# EXHIBIT D
# (REDACTED)

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


July 28, 2006


Delphi
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052
Attn: Thomas Twomey


Services Thru: 05/31/06

Our Reference D20-0002GA   Post-Petition Services


| Professional Services | Hours | Value |
|---|---|---|
| 03/13/2006 DEB Review and edit invoices ( $255.00/Hr) | 1.00 | 255.00 |
| 03/28/2006 DEB Draft First Interim Fee Application; prepare exhibits and certification; legal research regarding compensation of professionals under 11 U.S.C. 330, 331 ( $255.00/Hr) | 7.50 | 1,912.50 |
| 04/13/2006 DEB Review and edit March invoices ( $255.00/Hr) | .80 | 204.00 |
| 04/28/2006 DEB Continue drafting First Interim Fee Application; draft exhibits B and C; draft proposed Order allowing same; edit same; file and serve same ( $255.00/Hr) | 6.50 | 1,657.50 |
| 05/04/2006 DEB Correspondence with Debtor's counsel (Zsoldos) regarding March Fee Statement ( $255.00/Hr) | .20 | 51.00 |
| 05/17/2006 DEB Review and approve April invoices ( $255.00/Hr) | 1.50 | 382.50 |

Total Professional Services . . . . . . . . . . . .   $4,462.50

Disbursements

| 03/28/2006 | Disbursement to Database | 197.57 |
|---|---|---|
| | Federal Express | 616.33 |

Total Disbursements . . . . . . . . . . . . . . .   $813.90

Total This Bill . . . . . . . . . . . . . . . . . .   $5,276.40

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 05/31/06

Our Reference DE4-0082AN  2003-001097: Study of USPN 


| Professional Services | Hours | Value |
|---|---|---|
| 02/28/2006 CCB Prepare for meeting with ▮▮▮ Engineering ( $310.00/Hr) | .50 | 155.00 |
| 03/01/2006 CCB Prepare for meeting and telephone conference with Scott McBain, Mark Winters, Mike Schenck, Jim Webber, Ryan Pinshshaum re: new curtain designs (diode bags) ( $310.00/Hr) | 2.00 | 620.00 |
| Total Professional Services . . . . . . . . . . | $775.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | $775.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


July 28, 2006


Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 05/31/06

Our Reference DE4-0090AN  DP-311883: Analysis of Shock Tube .


| Professional Services | Hours | Value |
|---|---|---|
| 03/17/2006 CCB Telephone conference with Shawn Ryan re: shock tube matter ( $310.00/Hr) | .30 | 93.00 |
| 03/20/2006 CCB Telephone conference with Mike Schenck re: record of invention related to shock tube ( $310.00/Hr) | .20 | 62.00 |
| Total Professional Services . . . . . . . . . . | $155.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | $155.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 05/31/06

Our Reference DE4-0128AN  Analysis of U.S. Patent  No. 


| Professional Services | Hours | Value |
|---|---|---|
| 02/02/2006 CCB Review prior art for invalidity opinion ( $310.00/Hr) | .50 | 155.00 |
| 03/16/2006 CCB Review art cited in opposition filed in Germany ( $310.00/Hr) | 2.00 | 620.00 |
| Total Professional Services . . . . . . . . . . | $775.00 | |
| Disbursements | | |
| 02/13/2006    Professional Fees paid to Shreiber Translations, Inc. | | 348.30 |
| Total Disbursements . . . . . . . . . . . . . . | $348.30 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . | | $1,123.30 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra

Services Thru: 05/31/06

Our Reference DE4-0135AN  DP-314113: Side Impact 3rd Row Coverage Option

| Professional Services | Hours | Value |
|---|---|---|
| 02/06/2006 CCB Provide patent information to Todd Tesch; review art provided by Delphi engineers ( $310.00/Hr) | .30 | 93.00 |
| 02/07/2006 CCB Provide information to Todd Tesch ( $310.00/Hr) | .20 | 62.00 |
| Total Professional Services . . . . . . . . . . | $155.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | $155.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 05/31/06

Our Reference DE4-0138I   2003-001203: Opinion for US Patent No. 


| Professional Services | Hours | Value |
|---|---|---|
| 05/01/2006 CCB Prepare opinion on U.S. Patent No. ( $310.00/Hr) | .60 | 186.00 |
| Total Professional Services . . . . . . . . . . | $186.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | $186.00 |

```
                      CANTOR COLBURN LLP
                      55 GRIFFIN ROAD SOUTH
                      BLOOMFIELD, CT 06002
                      PHONE: (860)286-2929

                         July 28, 2006

          Delphi Technologies, Inc.
          Legal Staff M/C 480-410-202
          P.O. Box 5052
          Troy, Michigan 48007-5052
          Chuck Veenstra
```

Services Thru: 05/31/06

Our Reference DE4-0146AN  2005-000715: USPN ███████

| Professional Services | | | Hours | Value |
|---|---|---|---|---|
| 02/01/2006 | CCB | Prepare for meeting with Scott McBain re: ███ Patents ( $310.00/Hr) | .80 | 248.00 |
| 02/01/2006 | CCB | Meet with Scott McBain to discuss prior art and U.S. Patent No. ███ abd Delphi designs ( $310.00/Hr) | 1.50 | 465.00 |
| 02/02/2006 | CCB | Review prior art; request translation of Japanese prior art ( $310.00/Hr) | .50 | 155.00 |
| 02/02/2006 | CCB | Review prior art and claims of U.S. Patent No.███ ( $310.00/Hr) | .50 | 155.00 |
| 02/14/2006 | CCB | Prepare opinion ( $310.00/Hr) | 1.00 | 310.00 |
| 02/16/2006 | CCB | Prepare opinion ( $310.00/Hr) | 1.00 | 310.00 |
| 02/20/2006 | CCB | Prepare opinion ( $310.00/Hr) | 1.00 | 310.00 |
| 02/21/2006 | CCB | Prepare opinion ( $310.00/Hr) | 2.00 | 620.00 |
| 02/22/2006 | CCB | Prepare opinion. ( $310.00/Hr) | 6.00 | 1,860.00 |
| 02/24/2006 | CCB | Prepare opinion. ( $310.00/Hr) | 6.00 | 1,860.00 |
| 02/25/2006 | CCB | Prepare opinion. ( $310.00/Hr) | 3.00 | 930.00 |
| 02/26/2006 | CCB | Prepare opinion. ( $310.00/Hr) | 2.00 | 620.00 |
| 02/27/2006 | CCB | Prepare opinion. ( $310.00/Hr) | 3.50 | 1,085.00 |
| 02/28/2006 | CCB | Discuss opinion with Scott McBain ( $310.00/Hr) | 1.00 | 310.00 |
| 02/28/2006 | CCB | Prepare opinion ( $310.00/Hr) | .50 | 155.00 |
| 03/03/2006 | CCB | Prepare opinion ( $310.00/Hr) | 1.00 | 310.00 |
| 03/06/2006 | CCB | Prepare opinions ( $310.00/Hr) | 4.00 | 1,240.00 |
| 03/07/2006 | CCB | Prepare opinion ( $310.00/Hr) | 5.00 | 1,550.00 |
| 03/08/2006 | CCB | Prepare opinions on nine Delphi airbag designs ( $310.00/Hr) | 5.00 | 1,550.00 |
| 03/08/2006 | SEM | Post Issue search and search for involvement in litigation ( $100.00/Hr) | .30 | 30.00 |
| 03/09/2006 | CCB | Finalize opinions ( $310.00/Hr) | 9.00 | 2,790.00 |
| 03/10/2006 | CCB | Prepare and finalize opinions ( $310.00/Hr) | 8.00 | 2,480.00 |

DE4-0146AN                                                    Page    2

| | | | | |
|---|---|---|---|---|
| 03/11/2006 | CCB | Finalize opinions ( $310.00/Hr) | 1.00 | 310.00 |
| 03/13/2006 | PHC | Review and revise opinion ( $375.00/Hr) | 1.50 | 562.50 |
| 03/13/2006 | CCB | Finalize opinions ( $310.00/Hr) | 7.00 | 2,170.00 |
| 03/14/2006 | CCB | Finalize opinions with regard to Milliken ( $310.00/Hr) | 11.50 | 3,565.00 |
| 03/15/2006 | CCB | Finalize opinions; meet with Scott McBain ( $310.00/Hr) | 3.00 | 930.00 |
| 05/09/2006 | CCB | Review ten opinions and prepare chart with analysis of each proposed Delphi design ( $310.00/Hr) | 1.00 | 310.00 |

Total Professional Services . . . . . . . . . . .   $27,190.50

Disbursements

| | | | |
|---|---|---|---|
| 03/15/2006 | | Copying and Binding Fees for Opinions | 419.00 |
| | | Photocopies | 526.60 |

Total Disbursements . . . . . . . . . . . . . . .   $945.60

Total This Bill . . . . . . . . . . . . . . . . . . . . .   $28,136.10

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra

Services Thru: 05/31/06

Our Reference DE4-0161AN    Analysis of ███████ Instrument Panels in View
of ██ Engineering

| Professional Services | Hours | Value |
|---|---|---|
| 02/01/2006 CCB Prepare for meeting/meet with Scott McBain to discuss patents associated by ███ Engineering ( $310.00/Hr) | 2.20 | 682.00 |
| 02/28/2006 CCB Meet with ████ Engineering and preparation therefor ( $310.00/Hr) | 3.00 | 930.00 |
| 02/28/2006 CCB Review new references cited by ███ Engineering ( $310.00/Hr) | 2.00 | 620.00 |
| 03/15/2006 CCB Review claims and file histories of ███ patents ( $310.00/Hr) | 3.00 | 930.00 |
| 03/21/2006 CCB Prepare charts for Bill Shaw and review seven patents issued to ███ Engineering ( $310.00/Hr) | .40 | 124.00 |
| 03/22/2006 CCB Review claims and file histories of ███ patents ( $310.00/Hr) | 1.00 | 310.00 |
| 03/23/2006 CCB Prepare charts for Bill Shaw ( $310.00/Hr) | 1.00 | 310.00 |
| 03/24/2006 CCB Telephone conference with Scott McBain, Bill Shaw et al., regarding ███ IP panels and preparation therefore ( $310.00/Hr) | 1.20 | 372.00 |
| 04/04/2006 CCB Review ███ patents ( $310.00/Hr) | .40 | 124.00 |
| 04/06/2006 CCB Prepare for meeting with Bill Shaw, Scott McBain, Rick Sorg and Frank Blockhaus ( $310.00/Hr) | 1.00 | 310.00 |
| 04/07/2006 CCB Meet with Bill Shaw, Scott McBain, Rick Sorg and Frank Blockhaus – discuss various ███ patents and ███ Instrument panels and preparation therefore ( $310.00/Hr) | 4.00 | 1,240.00 |
| 04/07/2006 CCB Review EP opposition and U.S. patents issued to ███ Engineering ( $310.00/Hr) | 1.20 | 372.00 |

DE4-0161AN                                              Page    2


Total Professional Services . . . . . . . . . . .    $6,324.00

Disbursements

01/27/2006      File history                                 71.10
                Federal Express                              30.68

Total Disbursements . . . . . . . . . . . . . . .     $101.78

Total This Bill . . . . . . . . . . . . . . . . . . . . .    $6,425.78

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra

Services Thru: 05/31/06

Our Reference DE4-0165AN   Analysis of Seat Belt Retractor Design

| Professional Services | Hours | Value |
|---|---|---|
| 02/16/2006 CCB Review retractor patent ( $310.00/Hr) | 1.00 | 310.00 |
| 02/20/2006 CCB Meet with Jim Webber and review belt patents as well as proposed designs ( $310.00/Hr) | 2.00 | 620.00 |
| 03/30/2006 CCB Review new materials provided by Doug Weston ( $310.00/Hr) | .40 | 124.00 |
| 04/03/2006 CCB Review prior art ( $310.00/Hr) | .70 | 217.00 |
| 04/04/2006 CCB Review file wrapper of U.S. Patent No. ████████; review U.S. Patent No. ████████ and products from Autoliv and Key Safety Systems; conduct prior art search; review patents issued to Key Safety Systems, Breed ( $310.00/Hr) | 5.00 | 1,550.00 |
| 04/06/2006 CCB Meet with Jim Webber, Todd Moury, Dave Hlavity re: █████y patents and █████████ patents and preparation therefore ( $310.00/Hr) | 4.00 | 1,240.00 |
| 04/07/2006 CCB Discuss proposed design from Jim Webber and █████████ patent application ( $310.00/Hr) | 1.00 | 310.00 |
| 04/11/2006 CCB Telephone conference with Jim Webber; discuss ████████y patent application and proposed design ( $310.00/Hr) | .40 | 124.00 |
| 04/25/2006 CCB Meet with Jim Webber and review █████ patent and proposed design ( $310.00/Hr) | 1.00 | 310.00 |
| Total Professional Services . . . . . . . . . . . | $4,805.00 | |

Disbursements

| | | |
|---|---|---|
| 04/03/2006 | File History | 218.40 |

DE4-0165AN                                                      Page    2


Total Disbursements . . . . . . . . . . . . . .        $218.40

Total This Bill . . . . . . . . . . . . . . . . . . . . . .        $5,023.40

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra

Services Thru: 05/31/06

Our Reference DE4-0169AN   Analysis of USPN ███████

| Professional Services | | Hours | Value |
|---|---|---|---|
| 04/28/2006 CCB Review U.S. Patent ████ ( $310.00/Hr) | | 1.00 | 310.00 |
| 05/01/2006 CCB Meet with Scott McBain re: claims of U.S. Patent No. ████; review same ( $310.00/Hr) | | 3.00 | 930.00 |
| 05/03/2006 CCB Review case law of section 112 paragraph 6 and claims of ████ patent as well as proposed design; review file wrapper of USPN ████ and cited art ( $310.00/Hr) | | 3.00 | 930.00 |
| 05/04/2006 CCB Review case law of section 112 paragraph 6 and claims of ████ patent as well as proposed design; review file wrapper of USPN ████ and cited art ( $310.00/Hr) | | 4.00 | 1,240.00 |
| 05/05/2006 CCB Review prior art ( $310.00/Hr) | | .30 | 93.00 |
| 05/10/2006 CCB Telephone conference with Dave White concerning proposed designs and U.S. Patent No. ████ ( $310.00/Hr) | | .50 | 155.00 |
| 05/11/2006 CCB Telephone conference with Dave White concerning proposed designs and U.S. Patent No. ████ ( $310.00/Hr) | | .50 | 155.00 |
| 05/12/2006 CCB Telephone conference and meeting with Dave White concerning Indiana Mills patents ( $310.00/Hr) | | 2.00 | 620.00 |
| 05/15/2006 CCB Telephone conference with Jim Funke concerning Indiana Mills patents and design ( $310.00/Hr) | | 2.00 | 620.00 |

Total Professional Services . . . . . . . . . .   $5,053.00

Total This Bill . . . . . . . . . . . . . . . .           $5,053.00

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929

                              July 28, 2006
        Delphi Technologies, Inc.
        Legal Staff M/C 480-410-202
        P.O. Box 5052
        Troy, Michigan 48007-5052
        Chuck Veenstra
```

Services Thru: 05/31/06

Our Reference DE4-0170AN   Analysis of USPN 

| Professional Services | Hours | Value |
|---|---|---|
| 05/09/2006 CCB Telephone conference with Mark Winters re: proposed cushion design and prior opinions and patents ( $310.00/Hr) | .30 | 93.00 |
| 05/11/2006 CCB Review U.S. Patent No. ▮ and proposed GMT 360 cushion ( $310.00/Hr) | 1.50 | 465.00 |
| 05/12/2006 CCB Review of U.S. Patent No. ▮ and cushion ( $310.00/Hr) | 1.00 | 310.00 |
| 05/15/2006 CCB Review U.S. Patent No. ▮ and ▮ cushion ( $310.00/Hr) | 1.50 | 465.00 |
| 05/16/2006 CCB Review ▮0 cushion and review U.S. Patent Nos. ▮ ; and ▮ ( $310.00/Hr) | 2.00 | 620.00 |
| 05/17/2006 CCB Review GMT 360 cushion and file histories of U.S. Patent Nos. ▮ ; and ▮ ( $310.00/Hr) | 1.50 | 465.00 |
| 05/18/2006 CCB Review proposed ▮ cushion and file histories of U.S. Patent Nos. ▮ and ▮ ( $310.00/Hr) | 1.00 | 310.00 |
| 05/19/2006 CCB Review proposed ▮ cushion and file histories of U.S. Patent Nos. ▮ and ▮ ( $310.00/Hr) | 1.80 | 558.00 |
| 05/22/2006 CCB Telephone conference with Mark Winters, Ryan Pinchshaum, and Doug Weston regarding ▮ patents and review of U.S. Patent No. ▮ ( $310.00/Hr) | 2.50 | 775.00 |
| 05/23/2006 CCB Telephone conference with Mark Winter, Ryan Pinchshaum and Doug Weston regarding ▮ patents | | |

DE4-0170AN                                                    Page    2


                          and review of U.S. Patent Nos.
                          ████████████; ███████████;
                          ████ and ████████
                          ( $310.00/Hr)                          3.20        992.00
05/24/2006 CCB Telephone conference with Mark
              Winters, Ryan Pinschaum and Doug
              Weston; review opinions proposed
              for Delphi and ████ ( $310.00/Hr)                  2.80        868.00
05/31/2006 CCB Review of file histories and prior
              art related to U.S. Patent Nos.
              ████████; ███████; ██████████
              ████ and ████████
              ( $310.00/Hr)                                      2.50        775.00

       Total Professional Services . . . . . . . . . . .    $6,696.00

       Disbursements

       05/11/2006      File History                                         155.70
                       Federal Express                                       44.27

       Total Disbursements . . . . . . . . . . . . . .       $199.97

       Total This Bill . . . . . . . . . . . . . . . . . . .  $6,895.97

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 05/31/06

Our Reference DE4-0171AN  Analysis of USPN ▓▓▓▓▓▓

| Professional Services | | Hours | Value |
|---|---|---|---|
| 05/11/2006 CCB Review of U.S. Patent No. ▓▓▓▓▓ and proposed ▓▓▓▓ cushion ( $310.00/Hr) | | 1.50 | 465.00 |
| 05/12/2006 CCB Review of U.S. Patent No. ▓▓▓▓29 and proposed ▓▓▓▓ cushion ( $310.00/Hr) | | 1.00 | 310.00 |
| 05/15/2006 CCB Review of U.S. Patent No. ▓▓▓▓ and proposed ▓▓▓▓ cushion ( $310.00/Hr) | | 1.50 | 465.00 |
| 05/16/2006 CCB Review file wrapper of U.S. Patent No.▓▓▓▓9 and ▓▓▓▓▓ cushion ( $310.00/Hr) | | 2.00 | 620.00 |
| 05/17/2006 CCB Review of U.S. Patent No. ▓▓▓▓9 and ▓▓▓▓ cushion ( $310.00/Hr) | | 1.50 | 465.00 |
| 05/31/2006 CCB Review of file histories and prior art ( $310.00/Hr) | | 2.50 | 775.00 |
| Total Professional Services . . . . . . . . . . | $3,100.00 | | |

Disbursements

| 05/11/2006 | File History | | 124.20 |
|---|---|---|---|
| | Federal Express | | 42.00 |
| Total Disbursements . . . . . . . . . . . . . . | $166.20 | | |

Total This Bill . . . . . . . . . . . . . . . . . . . .          $3,266.20

```
                   CANTOR COLBURN LLP
                   55 GRIFFIN ROAD SOUTH
                   BLOOMFIELD, CT 06002
                   PHONE: (860)286-2929


                        July 28, 2006

        Delphi Technologies, Inc.
        Legal Staff M/C 480-410-202
        P.O. Box 5052
        Troy, Michigan 48007
        Attn: Patrick M. Griffin
```

Services Thru: 05/31/06

Our Reference DE5-0012AN    Sensor Analysis


| Professional Services | Hours | Value |
|---|---|---|
| 04/20/2006 CCB Review information on new disclosure and U.S. Patent ▉▉▉▉▉; telephone conference with Pat Griffin on new proposed Delphi design ( $310.00/Hr) | .60 | 186.00 |
| Total Professional Services . . . . . . . . . . . | $186.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | $186.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

July 28, 2006

Delphi Technologies, Inc.
P.O. Box 5052
Troy, MI 48007
Attn: Jimmy L. Funke

Services Thru: 05/31/06

Our Reference DE8-0024AN   Analysis of Siemens Patent No. ████████

| Professional Services | Hours | Value |
|---|---|---|
| 02/21/2006 CCB Telephone conference with Pat Griffin and Jim Funke re: patents; review ████ patent ( $310.00/Hr) | 1.00 | 310.00 |
| 02/24/2006 CCB Review patent ( $310.00/Hr) | 2.00 | 620.00 |
| 03/08/2006 CCB Perform search and review results, review file wrappers of U.S. Patent Nos. ████ 4 and ████ ( $310.00/Hr) | 1.00 | 310.00 |
| 03/19/2006 CCB Perform search and review results, review file wrappers of U.S. Patent Nos. 5████ and ████ 6 ( $310.00/Hr) | 2.50 | 775.00 |
| 03/21/2006 CCB Review search results ( $310.00/Hr) | 2.20 | 682.00 |
| 03/22/2006 CCB Telephone conference with Jim Funke and Grover Prestone re: prior art search ( $310.00/Hr) | 3.20 | 992.00 |
| 04/03/2006 CCB Telephone conference with Jimmy Funke concerning status of design and prior art search ( $310.00/Hr) | .10 | 31.00 |
| 05/19/2006 CCB Telephone conference with Grover re: status of proposed design ( $310.00/Hr) | .30 | 93.00 |
| Total Professional Services . . . . . . . . . . . | | $3,813.00 |

Disbursements

| | | |
|---|---|---|
| 02/24/2006    File History | | 164.00 |
| Total Disbursements . . . . . . . . . . . . . . . | $164.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . | | $3,977.00 |