```
                        CANTOR COLBURN LLP
                        55 GRIFFIN ROAD SOUTH
                        BLOOMFIELD, CT 06002
                        PHONE: (860)286-2929

                             July 28, 2006
Delphi Technologies, Inc.
P.O. Box 5052
Troy, MI 48007
Attn: Jimmy L. Funke
```

Services Thru: 05/31/06

Our Reference DE8-0025AN   Analysis of USPN's ▓▓▓▓28; ▓▓▓▓; ▓▓▓▓2; ▓▓▓▓;

| Professional Services | Hours | Value |
|---|---|---|
| 05/01/2006 CCB Telephone conference with Jim Funke and Scott McBain re: proposed retractor design ( $310.00/Hr) | .50 | 155.00 |
| 05/04/2006 CCB Review patents issued to ▓▓▓▓ ( $310.00/Hr) | 3.30 | 1,023.00 |
| 05/05/2006 CCB Telephone conference with Jeff Zolkower re: information and patents; review information and patents ( $310.00/Hr) | 4.00 | 1,240.00 |
| 05/08/2006 CCB Telephone conference with Jeff Zolkower re: information and patents; review information and patents ( $310.00/Hr) | 4.00 | 1,240.00 |
| 05/09/2006 CCB Review U.S. Patent Nos. ▓▓▓▓; ▓▓▓▓2; ▓▓▓▓; ▓▓▓▓3; ▓▓▓▓; ▓▓▓▓0; ▓▓▓▓3 and ▓▓▓▓, there file histories and corresponding European applications ( $310.00/Hr) | 3.00 | 930.00 |
| 05/10/2006 CCB Review multiple Patent Nos., there file histories and corresponding European applications ( $310.00/Hr) | 1.00 | 310.00 |
| 05/11/2006 CCB Telephone conference with Jeff Zolkower re: multiple Patent Nos., there file histories and corresponding European applications ( $310.00/Hr) | 2.90 | 899.00 |
| 05/12/2006 CCB Review of multiple Patent Nos., there file histories and corresponding European applications ( $310.00/Hr) | 3.00 | 930.00 |
| 05/15/2006 CCB Review of multiple Patent Nos., there file histories and corresponding European applications ( $310.00/Hr) | 2.00 | 620.00 |

DE8-0025AN                                                                                      Page    2

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 05/16/2006 | CCB | Meet with Jeff Zolkower re: patents ( $310.00/Hr) | 3.00 | 930.00 |
| 05/17/2006 | CCB | Review of multiple Patent Nos., there file histories and corresponding European applications ( $310.00/Hr) | 2.00 | 620.00 |
| 05/18/2006 | CCB | Review multiple Patent Nos., there file histories and corresponding European applications ( $310.00/Hr) | 1.00 | 310.00 |
| 05/19/2006 | CCB | Telephone conference with Jeff Zolkower and Jim Funke re: patents ( $310.00/Hr) | 5.50 | 1,705.00 |
| 05/22/2006 | CCB | Review U.S. Patent No. ███████, and new design ( $310.00/Hr) | 2.50 | 775.00 |
| 05/24/2006 | CCB | Meet with Jeff Zolkower re: patents ( $310.00/Hr) | 4.00 | 1,240.00 |
| 05/25/2006 | CCB | Review multiple Patent Nos., there file history and corresponding European applications ( $310.00/Hr) | 8.00 | 2,480.00 |
| 05/26/2006 | CCB | Telephone conference with Jeff Gilbert re: patents and charts; review same ( $310.00/Hr) | 3.70 | 1,147.00 |
| 05/30/2006 | CCB | Telephone conference with Jeff Zolkower regarding retractor designs and prior art ( $310.00/Hr) | .20 | 62.00 |

Total Professional Services . . . . . . . . . . . .    $16,616.00

Disbursements

| 05/17/2006 | File History | 180.00 |
| 05/18/2006 | File History | 276.30 |
| | Federal Express | 38.11 |

Total Disbursements . . . . . . . . . . . . . . . .    $494.41

Total This Bill . . . . . . . . . . . . . . . . . . . . . . .    $17,110.41

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

July 28, 2006

Delphi Technologies, Inc.
Attn: David P. Wood
P.O. Box 5052
Troy, MI  48007

Services Thru: 05/31/06

Our Reference D22-0001    DP-313924: Strain Tolerant Metal Side
                          Electrode Designs For …

| Professional Services | Hours | Amount |
|---|---|---|
| 04/18/2006 CCB Prepare Application ( $310.00/Hr) | .90 | 279.00 |
| 04/25/2006 CCB Prepare Application ( $310.00/Hr) | 1.00 | 310.00 |
| 04/27/2006 CCB Prepare Application and add additional extra embodiments ( $310.00/Hr) | 1.00 | 310.00 |
| 04/28/2006 CCB Prepare Application ( $310.00/Hr) | .20 | 62.00 |

Total Professional Services . . . . . . . . . . . .    $961.00

Adjustment . . . . . . . . . . . . . . . . . . . .    ($961.00)

Total Professional Services . . . . . . . . . . . .    $0.00

Disbursements

05/29/2006        Drawings                                  70.00

Total Disbursements . . . . . . . . . . . . . . . .    $70.00

Total This Bill . . . . . . . . . . . . . . . . . . . . . .    $70.00

```
                        CANTOR COLBURN LLP
                        55 GRIFFIN ROAD SOUTH
                        BLOOMFIELD, CT 06002
                        PHONE: (860)286-2929

                        July 28, 2006

   Delphi Technologies, Inc.
   Attn: David P. Wood
   P.O. Box 5052
   Troy, MI   48007



Services Thru: 05/31/06

Our Reference D22-0002      DP-314951: Method for Predicting Fiber
                            Orientation in Short


  Professional Services                                  Hours         Value

  02/07/2006 JFB Prepare Application ( $260.00/Hr)         .80          208.00
  02/15/2006 JFB Prepare Application ( $260.00/Hr)         .50          130.00
  02/16/2006 JFB Prepare Application ( $260.00/Hr)        3.50          910.00
  03/06/2006 JFB Prepare Application ( $260.00/Hr)        2.30          598.00
  03/07/2006 JFB Prepare Application ( $260.00/Hr)        7.50        1,950.00
  03/08/2006 JFB Prepare Application ( $260.00/Hr)        6.90        1,794.00
  03/14/2006 JFB Prepare Application ( $260.00/Hr)         .50          130.00
  04/10/2006 JFB Prepare Application ( $260.00/Hr)        1.00          260.00
  04/11/2006 JFB Prepare Application ( $260.00/Hr)        5.00        1,300.00
  04/17/2006 JFB Prepare Application ( $260.00/Hr)         .50          130.00
  04/24/2006 JFB Prepare Application ( $260.00/Hr)        1.00          260.00
  04/25/2006 JFB Prepare Application ( $260.00/Hr)         .60          156.00
  04/26/2006 JFB Prepare Application ( $260.00/Hr)         .50          130.00
  04/27/2006 JFB Prepare Application ( $260.00/Hr)         .50          130.00
  04/28/2006 CCB Prepare Application ( $310.00/Hr)         .20           62.00
  05/02/2006 JFB Prepare Application ( $260.00/Hr)         .80          208.00
  05/04/2006 JFB Prepare Application ( $260.00/Hr)        1.20          312.00

  Total Professional Services . . . . . . . . . . .    $8,668.00

  Adjustment . . . . . . . . . . . . . . . . . . .    ($8,668.00)

  Total Professional Services . . . . . . . . . .         $0.00

  Disbursements

  04/17/2006     Drawings                                               400.00
                 Photocopies                                             30.00
                 Federal Express                                         17.20

  Total Disbursements . . . . . . . . . . . . . . .     $447.20

  Total This Bill . . . . . . . . . . . . . . . . . . . . . .          $447.20
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                    July 28, 2006

Delphi Technologies, Inc
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007
Attn: Kathryn A. Marra, Esq.


Services Thru: 05/31/06

Our Reference DE1-0132F    DP-306878: Decorative Badge and Method of
                           Making


  Professional Services                                 Hours         Value

  02/10/2006 CCB Prepare response for Japanese
                 associate ( $310.00/Hr)                 2.00        620.00
  02/13/2006 CCB Prepare response for Japanese
                 associate ( $310.00/Hr)                 2.00        620.00
  02/14/2006 CCB Prepare response to Japanese office
                 action ( $310.00/Hr)                     .60        186.00
  02/15/2006 CCB Prepare response to Japanese office
                 action ( $310.00/Hr)                    2.50        775.00

  Total Professional Services . . . . . . . . . .       $2,201.00

  Adjustment . . . . . . . . . . . . . . . . . .       ($1,036.00)

  Total Professional Services . . . . . . . . . .       $1,165.00

  Disbursements

              Postage                                                  2.43

  Total Disbursements . . . . . . . . . . . . . .         $2.43

  Total This Bill . . . . . . . . . . . . . . . . . . . . . . .    $1,167.43
```

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

July 28, 2006

Delphi Technologies, Inc
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007
Attn: Kathryn A. Marra, Esq.

Services Thru: 05/31/06

Our Reference DE1-0147    DP-304449: Method and Apparatus for
                          Manufacturing Packaging

| Professional Services | Hours | Value |
|---|---|---|
| 02/24/2006 JFB Telephone conference with the examiner regarding the allowability of the claims and an examiner's amendment ( $260.00/Hr) | .50 | 130.00 |
| 03/21/2006 JFB Examined Notice of Allowance for accuracy ( $260.00/Hr) | .50 | 130.00 |
| Total Professional Services . . . . . . . . . . . . | $260.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . | | $260.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

July 28, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007
Attn: James L. Funke
(Dobrowitsky)

Services Thru: 05/31/06

Our Reference DE2-0085    DP-305014: Method for Producing Torque Sensor
                          Using High Coercivity Low

| Professional Services | Hours | Value |
|---|---|---|
| 02/10/2006 CCB Prepare Amendment ( $310.00/Hr) | 2.00 | 620.00 |
| 02/16/2006 CCB Prepare Amendment ( $310.00/Hr) | 2.50 | 775.00 |
| 02/21/2006 CCB Prepare and file Amendment ( $310.00/Hr) | 1.00 | 310.00 |

Total Professional Services . . . . . . . . . . .    $1,705.00

Adjustment . . . . . . . . . . . . . . . . . . . .    ($117.00)

Total Professional Services . . . . . . . . . . .    $1,588.00

Disbursements

          Postage                                                    1.50

Total Disbursements . . . . . . . . . . . . . . .      $1.50

Total This Bill . . . . . . . . . . . . . . . . . . . .           $1,589.50

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         July 28, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007
Attn: James L. Funke
(Dobrowitsky)


Services Thru: 05/31/06

Our Reference DE2-0104    DP-310001: Passenger Occupant Devices



      Professional Services                         Hours          Value

      03/30/2006 CCB Information Disclosure Statement
                 ( $310.00/Hr)                        .80          248.00

      Total Professional Services . . . . . . . . .  $248.00

      Total This Bill . . . . . . . . . . . . . . . . . . .       $248.00
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                    July 28, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007
Attn: James L. Funke
(Dobrowitsky)


Services Thru: 05/31/06

Our Reference DE2-0106      DP-310043: Hybrid Vehicle with Solid Oxidefuel
                            Cell Propulsion Auxillary
```

| Professional Services | Hours | Value |
|---|---|---|
| 02/14/2006 CCB Prepare Amendment ( $310.00/Hr) | 1.00 | 310.00 |
| 03/06/2006 TK  Prepare Amendment ( $160.00/Hr) | 4.00 | 640.00 |
| 03/07/2006 TK  Prepare Amendment ( $160.00/Hr) | 4.00 | 640.00 |
| 03/08/2006 TK  Prepare Amendment ( $160.00/Hr) | 4.00 | 640.00 |
| 03/21/2006 CCB Prepare Amendment ( $310.00/Hr) | .20 | 62.00 |
| 03/30/2006 CCB Prepare Amendment ( $310.00/Hr) | 4.00 | 1,240.00 |

Total Professional Services . . . . . . . . . . .  $3,532.00

Adjustment . . . . . . . . . . . . . . . . . . .  ($1,882.00)

Total Professional Services . . . . . . . . . . .  $1,650.00


Disbursements

| | | |
|---|---|---|
| 03/31/2006 | Government Fee for Filing | 120.00 |
| 04/07/2006 | Government Fee for Filing | 180.00 |
| 04/11/2006 | Government Fee for Filing | 330.00 |

Total Disbursements . . . . . . . . . . . . . . .  $630.00

Total This Bill . . . . . . . . . . . . . . . . . . . . . .  $2,280.00

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929



                         July 28, 2006

    Delphi Technologies, Inc.
    Legal Staff - M/C 480-410-202
    P.O. Box 5052
    Troy, Michigan 48007-5052
    Michael D. Smith



Services Thru: 05/31/06

Our Reference DE3-0002F    H-200000 Torque Pepple Free Electric Power
                           Steering Drive



     Professional Services                         Hours           Value

     02/21/2006 KJM Review file and review letter;
                update records and prepare letter
                to associate ( $320.00/Hr)           .50          160.00

     Total Professional Services . . . . . . . . .  $160.00

     Disbursements

     03/03/2006    Disbursement to Foreign Associate
                   for reporting fee including
                   translation (Japan, 2002-524938)                277.60

     Total Disbursements . . . . . . . . . . . . .  $277.60

     Total This Bill . . . . . . . . . . . . . . . . . . . . .   $437.60
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         July 28, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 05/31/06

Our Reference DE3-0025    DP-301245; Manufacturing Process Modeling Using Vi
                          rtual Machining


     Professional Services                              Hours          Value

  02/02/2006 MJD Review final office action and
                 cited art references; prepare and
                 send analysis of issues to client
                 ( $235.00/Hr)                           1.00          235.00
  02/23/2006 IMT Prepare Amendment ( $185.00/Hr)         2.00          370.00
  02/24/2006 IMT Prepare Amendment ( $185.00/Hr)          .70          129.50
  02/27/2006 IMT Prepare Amendment ( $185.00/Hr)         3.30          610.50
  03/01/2006 MJD Review office action response
                 ( $235.00/Hr)                            .30           70.50
  03/08/2006 IMT Prepare response to Final Office
                 Action ( $185.00/Hr)                     .90          166.50
  04/04/2006 IMT Prepare amendment for Request for
                 Continued Examination
                 ( $185.00/Hr)                           1.80          333.00
  04/06/2006 IMT Prepare amendment for Request for
                 Continued Examination
                 ( $185.00/Hr)                           1.70          314.50
  04/07/2006 IMT Prepare amendment for Request for
                 Continued Examination
                 ( $185.00/Hr)                           3.70          684.50
  04/10/2006 IMT File Request for Continued
                 Examination ( $185.00/Hr)               2.70          499.50
  04/18/2006 IMT Correspondence with client
                 ( $185.00/Hr)                           1.40          259.00
  04/19/2006 IMT Send copy of previously filed
                 Request for Continued
                 Examination/Amendment to client as
                 requested ( $185.00/Hr)                  .70          129.50

       Total Professional Services . . . . . . . . . . .             $3,802.00
```

DE3-0025                                                                               Page 2

Adjustment . . . . . . . . . . . . . . . . . . . .                    ($320.00)

Total Professional Services . . . . . . . . . . .                     $3,482.00

Disbursements

04/11/2006      Government Fee for Filing                                               790.00

Total Disbursements . . . . . . . . . . . . . . .                     $790.00

Total This Bill . . . . . . . . . . . . . . . . . . . . .                               $4,272.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

July 28, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 05/31/06

Our Reference DE3-0185     DP-304335: Sense Lines for the Motor Shorting Relay

| Professional Services | Hours | Value |
|---|---|---|
| 03/31/2006 KJM Review application ( $320.00/Hr) | .50 | 160.00 |
| 03/31/2006 SRB Review of outstanding Office Action ( $270.00/Hr) | 1.50 | 405.00 |
| 04/11/2006 KJM Office Conference with Attorney Bartholomew regarding office action. ( $320.00/Hr) | .30 | 96.00 |
| 04/12/2006 SRB Review consideration of Office Action, analysis of cited references, preparation of client recommendation letter. ( $270.00/Hr) | 2.50 | 675.00 |

Total Professional Services . . . . . . . . . . . .  $1,336.00

Total This Bill . . . . . . . . . . . . . . . . . . . . . . .  $1,336.00

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         July 28, 2006
```

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 05/31/06

Our Reference DE3-0204    DP-304036: Enhancement to Horizontally Structured CAD CAM Modeling


    Disbursements

    04/18/2006    Government Fee for Filing                        130.00

    Total Disbursements . . . . . . . . . . . . . . . .    $130.00

    Total This Bill . . . . . . . . . . . . . . . . . . . . . .    $130.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

July 28, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 05/31/06

Our Reference DE3-0206     DP-304139: Horizontally Structured Process
                           Modeling with Multiple

| Professional Services | Hours | Amount |
|---|---|---|
| 04/12/2006 KJM Review office action ( $320.00/Hr) | .50 | 160.00 |
| 05/04/2006 SRB Telephone conference with inventor re: analysis of prior art in relation to 145 pending claims ( $270.00/Hr) | 2.20 | 594.00 |
| Total Professional Services . . . . . . . . . . . . | | $754.00 |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . . | | $754.00 |

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         July 28, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 05/31/06

Our Reference DE3-0208    DP-304136: Virtual Fixture Tooling Process



    Professional Services                          Hours         Value

    05/18/2006 IMT Review Notice of Allowance
               ( $185.00/Hr)                         .70        129.50
    05/19/2006 IMT Review Notice of Allowance
               ( $185.00/Hr)                         .90        166.50

    Total Professional Services . . . . . . . . .  $296.00

    Total This Bill . . . . . . . . . . . . . . . . . .          $296.00
```

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


July 28, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 05/31/06

Our Reference DE3-0209    DP-301830: Automated Manufacturing Process
                          Design


| Professional Services | Hours | Value |
|---|---|---|
| 03/23/2006 IMT Telephone conference with Examiner re: amendment; Agree on Examiner's amendment ( $185.00/Hr) | 1.20 | 222.00 |
| Total Professional Services . . . . . . . . . . . | $222.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . | | $222.00 |

```
                        CANTOR COLBURN LLP
                        55 GRIFFIN ROAD SOUTH
                        BLOOMFIELD, CT 06002
                        PHONE: (860)286-2929


                        July 28, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 05/31/06

Our Reference DE3-0214     DP-304592: Rear Sensor Diagnostics for
                           Quadrasteer


    Professional Services                            Hours              Value

    04/04/2006 PHC Review Final Office Action and
                   report to client ( $375.00/Hr)     1.00             375.00
    04/20/2006 PHC Prepare response to Office Action
                   ( $375.00/Hr)                      3.00           1,125.00
    04/28/2006 PHC Revise and file amendment
                   ( $375.00/Hr)                      1.00             375.00
    05/30/2006 PHC Review file and Advisory Action
                   from PTO; prepare and file Notice
                   of Appeal ( $375.00/Hr)             .80             300.00

    Total Professional Services . . . . . . . . . . . $2,175.00

    Adjustment . . . . . . . . . . . . . . . . . . . .  ($225.00)

    Total Professional Services . . . . . . . . . . . $1,950.00


    Total This Bill . . . . . . . . . . . . . . . . . . . . . .    $1,950.00
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                    July 28, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 05/31/06

Our Reference DE3-0222F    DP-303108: Ball-Screw Assembly Isolator
```

| Professional Services | Hours | Value |
|---|---|---|
| 03/13/2006 KJM Office Conference with client re: action ( $320.00/Hr) | .30 | 96.00 |
| 04/23/2006 KAJ Review Japanese associate's final office action; review applied reference; review letter from Japanese associates; prepare letter to Japanese associates for Mike Smith's review and signature ( $190.00/Hr) | 6.00 | 1,140.00 |
| 04/30/2006 KAJ Finalize letter and forward to Mike Smith ( $190.00/Hr) | .50 | 95.00 |
| Total Professional Services . . . . . . . . . . . . | $1,331.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | $1,331.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

July 28, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 05/31/06

Our Reference DE3-0239    DP-305828: Velocity Compensation for GEN-II (Voltage Mode) EPS

| Professional Services | Hours | Value |
|---|---|---|
| 02/09/2006 KJM Review correspondence ( $320.00/Hr) | .20 | 64.00 |
| 02/13/2006 JFB Prepare and file a request for continued examination of the patent application with the USPTO ( $260.00/Hr) | 2.00 | 520.00 |

Total Professional Services . . . . . . . . . . . .     $584.00

Disbursements

02/13/2006    Government Fee for Filing                      790.00

Total Disbursements . . . . . . . . . . . . . . . .    $790.00

Total This Bill . . . . . . . . . . . . . . . . . . . . . .    $1,374.00