CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

July 28, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 05/31/06

Our Reference DE3-0253     DP-304796: Elimination of Current Error Due to
                           Dynamics for Parameter

| Professional Services | Hours | Amount |
|---|---|---|
| 04/12/2006 KJM Review office action.<br>( $320.00/Hr) | .50 | 160.00 |
| Total Professional Services . . . . . . . . . . . | $160.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | $160.00 |

CANTOR COLBURN LLP  
55 GRIFFIN ROAD SOUTH  
BLOOMFIELD, CT 06002  
PHONE: (860)286-2929

July 28, 2006

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

Services Thru: 05/31/06

Our Reference DE3-0257    DP-306554: Virtual Concurrent Product & Process Design

| Professional Services | Hours | Value |
|---|---|---|
| 04/12/2006 KJM Review office action. ( $320.00/Hr) | .50 | 160.00 |
| 05/02/2006 SRB Telephone conference with inventor re: analysis of prior art in relation to 92 pending claims; review analysis ( $270.00/Hr) | 2.00 | 540.00 |

Total Professional Services . . . . . . . . . . . .    $700.00

Total This Bill . . . . . . . . . . . . . . . . . . . . .    $700.00

```
                        CANTOR COLBURN LLP
                        55 GRIFFIN ROAD SOUTH
                        BLOOMFIELD, CT 06002
                        PHONE: (860)286-2929


                        July 28, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 05/31/06

Our Reference DE3-0260      DP-301377: Transient Compensation Voltage
                            Feedforward for …


  Professional Services                              Hours             Value

  02/10/2006 KJM Office Conference with client
                 regarding response ( $320.00/Hr)     .20              64.00
  02/14/2006 KJM Review letter from Attorney
                 Bartholomew ( $320.00/Hr)            .30              96.00
  02/14/2006 SRB Analyze outstanding office action;
                 prepare recommendation letter for
                 the client. ( $270.00/Hr)           1.20             324.00
  02/28/2006 KJM Review office action response
                 ( $320.00/Hr)                        .50             160.00
  03/03/2006 SRB Prepare Amendment and consideration
                 of prior art ( $270.00/Hr)          4.50           1,215.00
  03/06/2006 SRB Prepare Amendment ( $270.00/Hr)     1.20             324.00
  03/07/2006 SRB Prepare Amendment ( $270.00/Hr)     1.20             324.00
  03/08/2006 DAF Review response to Office Action
                 ( $335.00/Hr)                        .30             100.50
  04/28/2006 KJM review office action ( $320.00/Hr)   .50             160.00

  Total Professional Services . . . . . . . . . . . $2,767.50

  Adjustment . . . . . . . . . . . . . . . . . . .  ($1,846.50)

  Total Professional Services . . . . . . . . . .    $921.00


  Disbursements

  03/10/2006      Government Fee for Filing                           790.00
  03/10/2006      Government Fee for Filing                           400.00

  Total Disbursements . . . . . . . . . . . . . .   $1,190.00

     Total This Bill . . . . . . . . . . . . . . . . . . . . . .   $2,111.00
```

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

July 28, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 05/31/06

Our Reference DE3-0261   DP-305590: A Synchronous Parallel Algorithm for Distributed Chassis

| Professional Services | Hours | Amount |
|---|---|---|
| 03/16/2006 KJM Review art ( $320.00/Hr) | .50 | 160.00 |
| 03/30/2006 SRB Review of outstanding Office Action ( $270.00/Hr) | 1.00 | 270.00 |
| 05/31/2006 SRB Prepare Amendment ( $270.00/Hr) | 6.20 | 1,674.00 |

Total Professional Services . . . . . . . . . . . .   $2,104.00

Adjustment . . . . . . . . . . . . . . . . . . . . .   ($454.00)

Total Professional Services . . . . . . . . . . . .   $1,650.00


Total This Bill . . . . . . . . . . . . . . . . . . . . . . .   $1,650.00

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                        July 28, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith
```

Services Thru: 05/31/06

Our Reference DE3-0269    DP-305829: Exterior Linked Representational Embodiment

| Professional Services | Hours | Amount |
|---|---|---|
| 04/12/2006 KJM Review office action. ( $320.00/Hr) | .50 | 160.00 |
| 05/08/2006 SRB Telephone conference and email correspondence with inventor regarding outstanding office action and cited references, and analysis of references in view of pending claims ( $270.00/Hr) | 1.70 | 459.00 |
| 05/15/2006 KJM Review response strategy and report letter with recommendation ( $320.00/Hr) | .50 | 160.00 |
| 05/15/2006 SRB Telephone conference and email correspondence with inventor to discuss claims and references ( $270.00/Hr) | 1.30 | 351.00 |
| 05/25/2006 SRB Telephone conference and email correspondence with client and inventor re: claims and references ( $270.00/Hr) | .50 | 135.00 |
| Total Professional Services . . . . . . . . . . . . | $1,265.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . . | | $1,265.00 |

```
                         CANTOR COLBURN LLP
                         55 GRIFFIN ROAD SOUTH
                         BLOOMFIELD, CT 06002
                         PHONE: (860)286-2929

                              July 28, 2006

   Delphi Technologies, Inc.
   Legal Staff - M/C 480-410-202
   P.O. Box 5052
   Troy, Michigan 48007-5052
   Michael D. Smith

Services Thru: 05/31/06

Our Reference DE3-0274     DP-306725: Virtual Inspection of Math Based
                           Machined Parts

   Professional Services                            Hours           Value

   03/07/2006 IMT Review file for client; Suggest
                  Actions ( $185.00/Hr)              4.30          795.50
   03/08/2006 IMT Prepare report letter
                  ( $185.00/Hr)                      1.30          240.50
   03/09/2006 IMT Review client response
                  ( $185.00/Hr)                      2.00          370.00
   04/04/2006 IMT Prepare amendment for Request for
                  Continued Examination
                  ( $185.00/Hr)                      5.20          962.00
   04/05/2006 IMT Prepare amendment for Request for
                  Continued Examination
                  ( $185.00/Hr)                      2.80          518.00
   04/06/2006 IMT Review Request for Continued
                  Examination ( $185.00/Hr)           .90          166.50
   04/07/2006 IMT Prepare amendment for Request for
                  Continued Examination
                  ( $185.00/Hr)                      1.20          222.00
   04/10/2006 IMT File Request for Continued
                  Examination ( $185.00/Hr)          2.70          499.50
   05/18/2006 KJM Review office action ( $320.00/Hr)  .50          160.00

   Total Professional Services . . . . . . . . . .  $3,934.00

   Adjustment . . . . . . . . . . . . . . . . . .  ($2,034.00)

   Total Professional Services . . . . . . . . . .  $1,900.00

   Disbursements

   04/11/2006    Government Fee for Filing                         790.00
                 Express Mail                                       14.40
                 Postage                                             4.20

   Total Disbursements . . . . . . . . . . . . . .  $808.60

   Total This Bill . . . . . . . . . . . . . . . .               $2,708.60
```

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

July 28, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 05/31/06

Our Reference DE3-0302    DP-308346: Fault Tolerant Torque Sensor Signal Processing

| Professional Services | Hours | Value |
|---|---|---|
| 03/13/2006 KJM Review Examiner answer ( $320.00/Hr) | .30 | 96.00 |
| 03/22/2006 JFB Prepare Reply brief in response to Examiner's answer ( $260.00/Hr) | 2.50 | 650.00 |
| 03/23/2006 JFB Prepare reply brief in response to examiner's answer ( $260.00/Hr) | 3.00 | 780.00 |
| 03/27/2006 JFB Prepare reply brief ( $260.00/Hr) | .50 | 130.00 |
| 03/30/2006 JFB Filed reply brief with USPTO ( $260.00/Hr) | .30 | 78.00 |

Total Professional Services . . . . . . . . . . . .   $1,734.00

Total This Bill . . . . . . . . . . . . . . . . . . . . .   $1,734.00

```
                      CANTOR COLBURN LLP
                      55 GRIFFIN ROAD SOUTH
                      BLOOMFIELD, CT 06002
                      PHONE: (860)286-2929


                      July 28, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 05/31/06

Our Reference DE3-0323    DP-309906: Vehicle Speed Dependent Compensator
```

| Professional Services | | Hours | Value |
|---|---|---:|---:|
| 02/06/2006 JFB | Telephone conference with inventor regarding prior office action ( $260.00/Hr) | 2.00 | 520.00 |
| 02/07/2006 KJM | Office Conference with Attorney Buckert regarding claims of application versus prior art ( $320.00/Hr) | .50 | 160.00 |
| 02/13/2006 JFB | Telephone conference with J. Kleinan regarding amended claims for filing the continuation; prepare amended claims for review by the co-inventors ( $260.00/Hr) | 6.20 | 1,612.00 |
| 02/15/2006 JFB | Prepare amended claims for filing a continuation ( $260.00/Hr) | 2.00 | 520.00 |
| 02/20/2006 KJM | Office Conference with Attorney Buckert re: action ( $320.00/Hr) | .20 | 64.00 |
| Total Professional Services . . . . . . . . . . . | | $2,876.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | | $2,876.00 |

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                    July 28, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith



Services Thru: 05/31/06

Our Reference DE3-0323C   DP-309906: Vehicle Speed Dependent Compensator



    Professional Services                              Hours            Value

    03/23/2006 JFB Prepare continuation application
                   ( $260.00/Hr)                        4.00         1,040.00
    03/27/2006 JFB Prepare and file continuation
                   application with USPTO
                   ( $260.00/Hr)                         .80           208.00

    Total Professional Services . . . . . . . . . .  $1,248.00

    Disbursements

    03/27/2006      Government Fee for Filing                         1,000.00
    03/27/2006      Government Fee for Filing                           800.00
    03/27/2006      Government Fee for Filing                            40.00
                    Express Mail                                         14.40
                    Photocopies                                          13.60

    Total Disbursements . . . . . . . . . . . . . .  $1,868.00

    Total This Bill . . . . . . . . . . . . . . . . . . . . . . .   $3,116.00
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929

                    July 28, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 05/31/06

Our Reference DE3-0324    DP-309666: Marine Steer By Wire Vessel Dynamic
                          Low Speed Control Scheme


  Professional Services                                    Hours           Value

  02/09/2006 FAK Prepare response to office action
               ( $170.00/Hr)                                2.50          425.00
  02/10/2006 FAK Prepare response to office action
               ( $170.00/Hr)                                2.00          340.00
  02/13/2006 FAK Prepare response to office action
               ( $170.00/Hr)                                1.00          170.00
  02/14/2006 FAK Prepare response to office action
               ( $170.00/Hr)                                2.50          425.00
  02/15/2006 JFB Prepare response to Office Action
               ( $260.00/Hr)                                 .90          234.00
  02/15/2006 FAK Prepare response to office action
               ( $170.00/Hr)                                2.50          425.00
  02/16/2006 JFB Prepare response to office action
               ( $260.00/Hr)                                1.50          390.00
  02/16/2006 FAK Prepare response to office action
               ( $170.00/Hr)                                3.50          595.00

  Total Professional Services . . . . . . . . . . . .    $3,004.00

  Adjustment . . . . . . . . . . . . . . . . . . . .    ($1,354.00)

  Total Professional Services . . . . . . . . . . .      $1,650.00


  Disbursements

            Photocopies                                                     5.20
            Postage                                                         2.22

  Total Disbursements . . . . . . . . . . . . . . .         $7.42

  Total This Bill . . . . . . . . . . . . . . . . . . . . . . . .      $1,657.42
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         July 28, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith
```

Services Thru: 05/31/06

Our Reference DE3-0327    DP-308248: Controllable Ratio Actuator with Zero Lash


| Professional Services | Hours | Amount |
|---|---|---|
| 05/10/2006 KJM Review office action ( $320.00/Hr) | .50 | 160.00 |
| Total Professional Services . . . . . . . . . . . | $160.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | $160.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

July 28, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 05/31/06

Our Reference DE3-0348      DP-312326: Motor Phase Current Measurement Using a Single DC Bus Shunt

| Professional Services | Hours | Value |
|---|---|---|
| 03/14/2006 DPL Prepare Amendment and email to Dan Schafer at Delphi ( $280.00/Hr) | 6.00 | 1,680.00 |
| 03/22/2006 DPL Prepare Amendment and Email Second Draft of Request for Reconsideration to Dan Schafer ( $280.00/Hr) | 2.00 | 560.00 |
| 03/23/2006 DPL Prepare Amendment and Incorporate changes into third draft of Reconsideration; file in the USPTO on March 23, 2006 ( $280.00/Hr) | 1.00 | 280.00 |

Total Professional Services . . . . . . . . . . . .   $2,520.00

Adjustment . . . . . . . . . . . . . . . . . . . .   ($1,170.00)

Total Professional Services . . . . . . . . . . .   $1,350.00

Total This Bill . . . . . . . . . . . . . . . . . . . . .   $1,350.00

```
                        CANTOR COLBURN LLP
                        55 GRIFFIN ROAD SOUTH
                        BLOOMFIELD, CT 06002
                        PHONE: (860)286-2929


                        July 28, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith
```

Services Thru: 05/31/06

Our Reference DE3-0351    DP-309972: Software System for Verification of Manufacturing Process

| Professional Services | Hours | Value |
|---|---|---|
| 02/24/2006 JFB Prepare and file "Missing Parts" in U.S. Patent and Trademark Office ( $260.00/Hr) | 1.00 | 260.00 |
| Total Professional Services . . . . . . . . . . . . | | $260.00 |

Disbursements

| Date | Description | Amount |
|---|---|---|
| 02/24/2006 | Government Fee for Filing | 1,000.00 |
| 02/24/2006 | Government Fee for Filing | 130.00 |
| Total Disbursements . . . . . . . . . . . . . . . . | | $1,130.00 |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . | | $1,390.00 |

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         July 28, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 05/31/06

Our Reference DE3-0352     DP-310072: Software System for MSD
                           (Manufacturing System
```

| Professional Services | Hours | Value |
|---|---|---|
| 03/03/2006 JFB Prepare and file Missing Parts with Assignment ( $260.00/Hr) | 1.10 | 286.00 |
| Total Professional Services . . . . . . . . . . . | $286.00 | |

Disbursements

| | | |
|---|---|---|
| 03/03/2006 | Government Fee for Filing | 1,000.00 |
| 03/03/2006 | Government Fee for Filing | 130.00 |
| 03/03/2006 | Government Fee for Filing | 40.00 |
| | Photocopies | 2.40 |
| | Postage | 2.00 |

Total Disbursements . . . . . . . . . . . . . . . . $1,174.40

Total This Bill . . . . . . . . . . . . . . . . . . . . $1,460.40

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         July 28, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith
```

Services Thru: 05/31/06

Our Reference DE3-0355    DP-312124: Method for 3D Visualization of Feature-Based Models

| Professional Services | Hours | Amount |
|---|---|---|
| 03/31/2006 KJM Review office action ( $320.00/Hr) | .50 | 160.00 |
| 05/17/2006 JCL Prepare Amendment ( $120.00/Hr) | 6.50 | 780.00 |
| 05/18/2006 JCL Prepare Amendment ( $120.00/Hr) | 1.00 | 120.00 |
| 05/19/2006 JCL Prepare Amendment ( $120.00/Hr) | .50 | 60.00 |

Total Professional Services . . . . . . . . . . . .    $1,120.00

Total This Bill . . . . . . . . . . . . . . . . . . . . . .    $1,120.00

```
                        CANTOR COLBURN LLP
                        55 GRIFFIN ROAD SOUTH
                        BLOOMFIELD, CT 06002
                        PHONE: (860)286-2929

                            July 28, 2006

  Delphi Technologies, Inc.
  Legal Staff - M/C 480-410-202
  P.O. Box 5052
  Troy, Michigan 48007-5052
  Michael D. Smith


Services Thru: 05/31/06

Our Reference DE3-0361     DP-312717: Parking Assist Utilizing Rear and
                           Front Steering Systems


   Professional Services                              Hours           Value

   02/07/2006 DPL Prepare Application and Email to
                  Farhad Bolourchi ( $280.00/Hr)       8.00        2,240.00
   02/08/2006 DPL Telephone conference with Farhad
                  Bolourchi re: application; email to
                  Mike Smith; prepare Application
                  ( $280.00/Hr)                        3.00          840.00
   02/10/2006 DPL Incorporate inventors' changes;
                  file Utility Application in the
                  USPTO on February 10, 2006; send
                  email to Mike Smith confirming that
                  ███████████████████████████████
                  ( $280.00/Hr)                        4.00        1,120.00
   05/05/2006 DPL Prepare and file "Missing Parts" in
                  U.S. Patent and Trademark Office
                  with Assignment ( $280.00/Hr)        1.10          308.00

   Total Professional Services . . . . . . . . . .   $4,508.00

   Adjustment . . . . . . . . . . . . . . . . . .   ($792.50)

   Total Professional Services . . . . . . . . .    $3,715.50

   Disbursements

   01/06/2006      Professional Fees for patent search              536.00
   02/10/2006      Government Fee for Filing                      1,000.00
   05/05/2006      Government Fee for Filing                        130.00
   05/05/2006      Government Fee for Filing                         40.00
                   Express Mail                                      14.40
                   Postage                                            3.18

   Total Disbursements . . . . . . . . . . . . . .   $1,723.58

   Total This Bill . . . . . . . . . . . . . . . . . . . .       $5,439.08
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         July 28, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith
```

Services Thru: 05/31/06

Our Reference DE3-0367    DP-313387: Robust Assembly for Gears

| Professional Services | | | Hours | Amount |
|---|---|---|---:|---:|
| 02/13/2006 | DG | Prepare Application ( $130.00/Hr) | .50 | 65.00 |
| 02/15/2006 | KJM | Telephone conference with inventor regarding new disclaimers best made and requirements ( $320.00/Hr) | 1.00 | 320.00 |
| 02/15/2006 | DG | Prepare Application ( $130.00/Hr) | 3.00 | 390.00 |
| 02/28/2006 | DG | Prepare Application ( $130.00/Hr) | 7.70 | 1,001.00 |
| 03/01/2006 | DG | Prepare Application ( $130.00/Hr) | 7.20 | 936.00 |
| 03/07/2006 | DG | Prepare Application ( $130.00/Hr) | 7.50 | 975.00 |
| 03/08/2006 | DG | Prepare Application ( $130.00/Hr) | 2.50 | 325.00 |
| 03/22/2006 | KJM | Review application ( $320.00/Hr) | 2.00 | 640.00 |
| 03/22/2006 | DG | Prepare Application ( $130.00/Hr) | 3.50 | 455.00 |
| 03/28/2006 | DG | Prepare Application ( $130.00/Hr) | 1.00 | 130.00 |
| 04/20/2006 | DG | Prepare Application ( $130.00/Hr) | 3.50 | 455.00 |
| 04/21/2006 | KJM | Review application. ( $320.00/Hr) | .30 | 96.00 |
| 04/21/2006 | DG | Prepare Application ( $130.00/Hr) | 7.70 | 1,001.00 |
| 04/24/2006 | KJM | Review application ( $320.00/Hr) | .20 | 64.00 |
| 04/24/2006 | DG | Prepare Application ( $130.00/Hr) | 4.80 | 624.00 |
| 04/25/2006 | KJM | Review application ( $320.00/Hr) | .50 | 160.00 |
| 04/25/2006 | DG | Prepare Application ( $130.00/Hr) | 1.00 | 130.00 |
| 04/26/2006 | DG | Prepare Application ( $130.00/Hr) | 3.00 | 390.00 |
| 05/31/2006 | KJM | Review application ( $320.00/Hr) | .20 | 64.00 |

Total Professional Services . . . . . . . . . . . .    $8,221.00

Adjustment . . . . . . . . . . . . . . . . . . . . .    ($3,766.00)

Total Professional Services . . . . . . . . . . . .    $4,455.00

Total This Bill . . . . . . . . . . . . . . . . . . . . . . .    $4,455.00

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         July 28, 2006

   Delphi Technologies, Inc.
   Legal Staff - M/C 480-410-202
   P.O. Box 5052
   Troy, Michigan 48007-5052
   Michael D. Smith



Services Thru: 05/31/06

Our Reference DE3-0368    DP-307433-CIP2 & DP-313325: Marine Steer
                          by Wireless



   Disbursements

   02/08/2006      Government Fee for Filing                        40.00
   02/09/2006      Government Fee for Filing                     1,000.00
                   Photocopies                                      21.80
                   Express Mail                                     22.20
                   Postage                                           3.03

   Total Disbursements . . . . . . . . . . . . . . .    $1,087.03

   Total This Bill . . . . . . . . . . . . . . . . . .  $1,087.03
```

```
                       CANTOR COLBURN LLP
                       55 GRIFFIN ROAD SOUTH
                       BLOOMFIELD, CT 06002
                       PHONE: (860)286-2929


                            July 28, 2006

       Delphi Technologies, Inc.
       Legal Staff - M/C 480-410-202
       P.O. Box 5052
       Troy, Michigan 48007-5052
       Michael D. Smith


Services Thru: 05/31/06

Our Reference DE3-0371    DP-313866: Active Front Steering System and
                          Method


       Professional Services                           Hours         Amount

       02/27/2006 JFB Telephone conference with inventors
                     re: application ( $260.00/Hr)      2.90          754.00
       03/03/2006 JFB Prepare Application ( $260.00/Hr) 4.70        1,222.00
       04/12/2006 JFB Prepare Application ( $260.00/Hr)  .50          130.00
       04/20/2006 JFB Telephone conference with inventors
                     re: application ( $260.00/Hr)      1.70          442.00
       04/24/2006 JFB Prepare Application ( $260.00/Hr) 2.50          650.00
       04/25/2006 JFB Prepare Application ( $260.00/Hr) 2.80          728.00
       05/02/2006 JFB Prepare Application ( $260.00/Hr)  .80          208.00
       05/15/2006 JFB Prepare Application ( $260.00/Hr) 6.00        1,560.00
       05/16/2006 JFB Prepare Application ( $260.00/Hr)  .40          104.00

       Total Professional Services . . . . . . . . . .  $5,798.00

       Adjustment . . . . . . . . . . . . . . . . . .  ($4,360.00)

       Total Professional Services . . . . . . . . . .  $1,438.00

       Total This Bill . . . . . . . . . . . . . . . . . . . .   $1,438.00
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                    July 28, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith



Services Thru: 05/31/06

Our Reference DE3-0372    DP-313884: Chassis Diagnostic Supervisor
                          (CDS)



   Professional Services                              Hours         Amount

   03/31/2006 JFB Examined invention disclosure;
                  telephone conference with inventors
                  re: application ( $260.00/Hr)        2.20          572.00
   05/03/2006 JFB Prepare Application ( $260.00/Hr)    3.20          832.00
   05/09/2006 JFB Prepare Application ( $260.00/Hr)    5.70        1,482.00
   05/23/2006 JFB Prepare Application ( $260.00/Hr)     .50          130.00
   05/25/2006 JFB Prepare Application ( $260.00/Hr)     .80          208.00
   05/26/2006 JFB Prepare Application ( $260.00/Hr)    4.30        1,118.00
   05/29/2006 JFB Prepare Application ( $260.00/Hr)    1.50          390.00
   05/30/2006 JFB Prepare Application ( $260.00/Hr)     .50          130.00

   Total Professional Services . . . . . . . . . . .  $4,862.00

   Adjustment . . . . . . . . . . . . . . . . . . .    ($22.00)

   Total Professional Services . . . . . . . . . .    $4,840.00

   Total This Bill . . . . . . . . . . . . . . . . . . . . . .    $4,840.00
```