```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         July 28, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 05/31/06

Our Reference DE3-0374    DP-312664 & DP-312665: Vehicle Stability and
                          Sensor Fault Indicator


  Professional Services                              Hours            Value

  02/03/2006 JFB Meet with inventors to discuss
                 invention and the claims
                 ( $260.00/Hr)                        1.70           442.00
  02/07/2006 JFB Prepare Application ( $260.00/Hr)    1.20           312.00
  02/09/2006 JFB Prepare Application ( $260.00/Hr)    5.30         1,378.00
  02/10/2006 JFB Prepare Application ( $260.00/Hr)    5.40         1,404.00
  02/13/2006 JFB Prepare Application ( $260.00/Hr)     .30            78.00
  02/17/2006 JFB Telephone conference with inventors
                 re: application ( $260.00/Hr)         .70           182.00
  02/20/2006 JFB Prepare Application ( $260.00/Hr)    4.00         1,040.00
  03/01/2006 JFB Prepare Application ( $260.00/Hr)    1.50           390.00
  03/06/2006 JFB Prepare Application ( $260.00/Hr)     .60           156.00
  03/08/2006 JFB Prepare Application ( $260.00/Hr)     .40           104.00
  03/13/2006 JFB Prepare foreign filing claims
                 ( $260.00/Hr)                         .40           104.00

  Total Professional Services . . . . . . . . . .          $5,590.00

  Adjustment . . . . . . . . . . . . . . . . . .          ($3,424.00)

  Total Professional Services . . . . . . . . . .          $2,166.00

  Disbursements

  03/07/2006      Drawings                                                400.00
  03/08/2006      Government Fee for Filing                             1,000.00
  03/08/2006      Government Fee for Filing                                40.00
                  Express Mail                                             14.40

  Total Disbursements . . . . . . . . . . . . . .         $1,454.40

  Total This Bill . . . . . . . . . . . . . . . .                      $3,620.40
```

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

July 28, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 05/31/06

Our Reference DE3-0375    DP-312657: Enhanced Digital Process Design
                          Methodology for Process


| Professional Services | Hours | Value |
|---|---|---|
| 04/03/2006 SRB Prepare Information Disclosure Statement; Consideration of numerous prior art references and art cited in related cases, updating status info as required. ( $270.00/Hr) | 2.20 | 594.00 |

Total Professional Services . . . . . . . . . . . .    $594.00

Adjustment . . . . . . . . . . . . . . . . . . . .    ($344.00)

Total Professional Services . . . . . . . . . . .     $250.00

Total This Bill . . . . . . . . . . . . . . . . . . . . . .    $250.00

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         July 28, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 05/31/06

Our Reference DE3-0379    DP-314483: Surface Estimation
```

| Professional Services | Hours | Amount |
|---|---|---|
| 02/27/2006 JFB Telephone conference with inventors re: application ( $260.00/Hr) | 3.00 | 780.00 |
| 04/28/2006 JFB Prepare Application ( $260.00/Hr) | 2.00 | 520.00 |
| 05/01/2006 JFB Prepare Application ( $260.00/Hr) | 3.00 | 780.00 |
| 05/02/2006 JFB Telephone conference with an inventor re: application ( $260.00/Hr) | .90 | 234.00 |
| 05/31/2006 JFB Prepare Application ( $260.00/Hr) | 1.20 | 312.00 |
| Total Professional Services . . . . . . . . . . . . | $2,626.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . . . | | $2,626.00 |

```
                         CANTOR COLBURN LLP
                         55 GRIFFIN ROAD SOUTH
                         BLOOMFIELD, CT 06002
                         PHONE: (860)286-2929

                              July 28, 2006

   Delphi Technologies, Inc.
   Legal Staff - M/C 480-410-202
   P.O. Box 5052
   Troy, Michigan 48007-5052
   Michael D. Smith

Services Thru: 05/31/06

Our Reference DE3-0381    DP-314735: Integrated and Compact Sine Motor
                          for Electric Power

   Professional Services                              Hours         Amount

   02/01/2006 SRB Prepare Application ( $270.00/Hr)    4.70       1,269.00
   02/03/2006 SRB Prepare Application ( $270.00/Hr)    5.00       1,350.00
   02/06/2006 SRB Prepare Application ( $270.00/Hr)    3.50         945.00
   02/07/2006 SRB Prepare Application ( $270.00/Hr)    1.20         324.00
   02/10/2006 SRB Prepare block diagram and
                  description related thereto.
                  ( $270.00/Hr)                        3.50         945.00
   02/13/2006 SRB Prepare Application ( $270.00/Hr)    2.20         594.00
   03/14/2006 SRB Prepare Application and prior art
                  search ( $270.00/Hr)                 3.70         999.00
   04/07/2006 KJM Office Conference with Attorney
                  Bartholomew re: application
                  ( $320.00/Hr)                         .20          64.00
   04/11/2006 SRB Prepare Application ( $270.00/Hr)    1.30         351.00
   04/17/2006 SRB Prepare Application ( $270.00/Hr)    2.50         675.00
   04/18/2006 SRB Prepare Application ( $270.00/Hr)    2.70         729.00
   04/20/2006 SRB Prepare Application ( $270.00/Hr)    1.70         459.00
   04/21/2006 SRB Prepare Application ( $270.00/Hr)    1.30         351.00
   04/27/2006 SRB Prepare Application ( $270.00/Hr)    4.00       1,080.00
   04/28/2006 SRB Prepare Application ( $270.00/Hr)    3.70         999.00
   05/01/2006 SRB Prepare Application ( $270.00/Hr)    1.70         459.00
   05/02/2006 SRB Prepare Application ( $270.00/Hr)    6.00       1,620.00
   05/03/2006 SRB Prepare Application ( $270.00/Hr)    5.50       1,485.00
   05/04/2006 SRB Prepare Application ( $270.00/Hr)    6.50       1,755.00
   05/05/2006 SRB Prepare Application ( $270.00/Hr)    6.30       1,701.00
   05/08/2006 SRB Prepare Application ( $270.00/Hr)    6.20       1,674.00
   05/11/2006 KJM Review Application ( $320.00/Hr)      .50         160.00
   05/31/2006 KJM Review application ( $320.00/Hr)      .50         160.00

   Total Professional Services . . . . . . . . . . .           $20,148.00

   Adjustment . . . . . . . . . . . . . . . . . . .           ($19,142.00)

   Total Professional Services . . . . . . . . . . .            $1,106.00

   Total This Bill . . . . . . . . . . . . . . . . . . . .     $1,006.00
```

```
                        CANTOR COLBURN LLP
                        55 GRIFFIN ROAD SOUTH
                        BLOOMFIELD, CT 06002
                        PHONE: (860)286-2929

                           July 28, 2006

    Delphi Technologies, Inc.
    Legal Staff - M/C 480-410-202
    P.O. Box 5052
    Troy, Michigan 48007-5052
    Michael D. Smith

Services Thru: 05/31/06

Our Reference DE3-0382    DP-314169: Position Sensor with Back EMF
                          Generating Target

    Professional Services                              Hours          Amount

    02/06/2006 SRB Prepare Application ( $270.00/Hr)    3.20           864.00
    03/08/2006 SRB Prepare Application and prior art
                   search ( $270.00/Hr)                 4.20         1,134.00
    03/09/2006 SRB Prepare Application ( $270.00/Hr)    4.30         1,161.00
    03/10/2006 SRB Prepare Application ( $270.00/Hr)    3.20           864.00
    03/15/2006 SRB Prepare Application ( $270.00/Hr)    3.50           945.00
    03/16/2006 SRB Prepare Application ( $270.00/Hr)    4.80         1,296.00
    03/17/2006 SRB Prepare Application ( $270.00/Hr)    4.00         1,080.00
    03/21/2006 SRB Prepare Application ( $270.00/Hr)    3.50           945.00
    03/22/2006 SRB Prepare Application ( $270.00/Hr)    3.20           864.00
    03/27/2006 SRB Prepare Application ( $270.00/Hr)    1.30           351.00
    04/04/2006 SRB Prepare Application ( $270.00/Hr)    6.00         1,620.00
    04/05/2006 SRB Prepare Application ( $270.00/Hr)    6.20         1,674.00
    04/06/2006 SRB Prepare Application ( $270.00/Hr)    2.80           756.00
    04/07/2006 KJM Review Application ( $320.00/Hr)      .20            64.00
    04/07/2006 SRB Prepare Application ( $270.00/Hr)    4.20         1,134.00
    04/10/2006 SRB Prepare Application and addition of
                   further embodiments. ( $270.00/Hr)   2.00           540.00

    Total Professional Services . . . . . . . . . . .  $15,292.00

    Adjustment . . . . . . . . . . . . . . . . . . .  ($10,452.00)

    Total Professional Services . . . . . . . . . . .   $4,840.00

    Disbursement

    05/03/2006      Government Fee for Filing                        1,000.00
    05/03/2006      Government Fee for Filing                           40.00
                    Express Mail                                        14.40

    Total Disbursement . . . . . . . . . . . . . . .    $1,054.40

    Total This Bill . . . . . . . . . . . . . . . . . . . . . .     $5,894.40
```

```
                         CANTOR COLBURN LLP
                         55 GRIFFIN ROAD SOUTH
                         BLOOMFIELD, CT 06002
                         PHONE: (860)286-2929
```

July 28, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 05/31/06

Our Reference DE3-0383   DP-314869: Enhanced Pull Compensation

| Professional Services | Hours | Amount |
|---|---|---|
| 03/01/2006 SRB Review disclosure materials; preparation of patent application ( $270.00/Hr) | 2.20 | 594.00 |
| 03/23/2006 SRB Prepare application, prior art search ( $270.00/Hr) | 2.30 | 621.00 |
| 05/09/2006 SRB Prepare Application ( $270.00/Hr) | 4.20 | 1,134.00 |
| 05/10/2006 SRB Prepare Application ( $270.00/Hr) | 4.30 | 1,161.00 |
| 05/11/2006 SRB Prepare Application ( $270.00/Hr) | 4.50 | 1,215.00 |
| 05/12/2006 SRB Prepare Application ( $270.00/Hr) | 3.70 | 999.00 |
| 05/15/2006 SRB Prepare Application ( $270.00/Hr) | 2.80 | 756.00 |
| 05/17/2006 SRB Prepare Application ( $270.00/Hr) | 4.70 | 1,269.00 |
| 05/18/2006 SRB Prepare Application and correspondence with inventors regarding claims ( $270.00/Hr) | 2.80 | 756.00 |
| 05/19/2006 SRB Prepare Application ( $270.00/Hr) | 1.50 | 405.00 |

Total Professional Services . . . . . . . . . . . .   $8,910.00

Adjustment . . . . . . . . . . . . . . . . . . . . . .   ($3,910.00)

Total Professional Services . . . . . . . . . . . .   $5,000.00

Total This Bill . . . . . . . . . . . . . . . . . . . . . . .   $5,000.00

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                    July 28, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 05/31/06

Our Reference DE3-0384    DP-312415: Elimination Of Periodic Sensor and
                          Error Content



   Professional Services                                     Hours         Amount

   02/02/2006  SRB  Prepare Application  ( $270.00/Hr)        5.20       1,404.00
   02/07/2006  SRB  Prepare Application  ( $270.00/Hr)        4.30       1,161.00
   02/09/2006  SRB  Prepare Application  ( $270.00/Hr)        2.70         729.00
   03/07/2006  SRB  Prepare Application  ( $270.00/Hr)        2.20         594.00
   05/05/2006  SRB  Prepare Application  ( $270.00/Hr)        1.20         324.00
   05/30/2006  SRB  Prepare Application  ( $270.00/Hr)        5.80       1,566.00
   05/31/2006  KJM  Review Application   ( $320.00/Hr)         .50         160.00

   Total Professional Services . . . . . . . . . . . .     $5,938.00

   Adjustment . . . . . . . . . . . . . . . . . . . .     ($1,034.00)

   Total Professional Services . . . . . . . . . . .       $4,904.00

   Total This Bill . . . . . . . . . . . . . . . . . . . . . . .      $4,904.00
```

```
                        CANTOR COLBURN LLP
                        55 GRIFFIN ROAD SOUTH
                        BLOOMFIELD, CT 06002
                        PHONE: (860)286-2929


                             July 28, 2006

     Delphi Technologies, Inc.
     Legal Staff - M/C 480-410-202
     P.O. Box 5052
     Troy, Michigan 48007-5052
     Michael D. Smith



Services Thru: 05/31/06

Our Reference DE3-0385      DP-314868: Quadrant Dependent Active Damping
                            for Electric Power



     Professional Services                                Hours         Amount

     02/08/2006 SRB Prepare Application ( $270.00/Hr)      5.50        1,485.00
     02/09/2006 SRB Prepare hardware block diagrams
                  ( $270.00/Hr)                            2.50          675.00
     02/15/2006 SRB Prepare Application ( $270.00/Hr)      2.20          594.00
     02/16/2006 SRB Prepare Application ( $270.00/Hr)      4.30        1,161.00
     02/17/2006 SRB Prepare Application ( $270.00/Hr)      3.50          945.00
     05/22/2006 SRB Prepare Application ( $270.00/Hr)      2.20          594.00
     05/31/2006 KJM Review Application ( $320.00/Hr)        .50          160.00
     05/31/2006 SRB Prepare Application ( $270.00/Hr)      2.30          621.00

     Total Professional Services . . . . . . . . . . .    $6,235.00

     Adjustment . . . . . . . . . . . . . . . . . . .    ($1,395.00)

     Total Professional Services . . . . . . . . . . .    $4,840.00

     Total This Bill . . . . . . . . . . . . . . . . . . . . . .      $4,840.00
```

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

July 28, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 05/31/06

Our Reference DE3-0386    DP-314394: External WG Actuator with Hydraulic and EPS at Pinion

| Professional Services | | | Hours | Value |
|---|---|---|---|---|
| 02/02/2006 | KJM | Review material, application and claims ( $320.00/Hr) | 1.00 | 320.00 |
| 03/03/2006 | DG | Prepare Application ( $130.00/Hr) | 1.50 | 195.00 |
| 03/10/2006 | DG | Prepare Application ( $130.00/Hr) | 2.70 | 351.00 |
| 03/13/2006 | DG | Prepare Application ( $130.00/Hr) | 3.00 | 390.00 |
| 03/14/2006 | DG | Prepare Application ( $130.00/Hr) | 2.80 | 364.00 |
| 03/17/2006 | KJM | Review application ( $320.00/Hr) | 1.00 | 320.00 |
| 03/17/2006 | DG | Prepare Application ( $130.00/Hr) | 5.70 | 741.00 |
| 03/20/2006 | DG | Prepare Application ( $130.00/Hr) | 4.00 | 520.00 |
| 03/21/2006 | KJM | Office Conference and telephone conference with client re: claims and CIP status ( $320.00/Hr) | 1.00 | 320.00 |
| 03/21/2006 | DG | Prepare Application ( $130.00/Hr) | 2.20 | 286.00 |
| 03/22/2006 | DG | Prepare Application ( $130.00/Hr) | 5.80 | 754.00 |
| 03/23/2006 | DG | Prepare Application ( $130.00/Hr) | 1.00 | 130.00 |
| 03/24/2006 | KJM | Review application. ( $320.00/Hr) | .70 | 224.00 |
| 03/27/2006 | DG | Prepare Application ( $130.00/Hr) | 3.00 | 390.00 |
| 03/28/2006 | KJM | Review application ( $320.00/Hr) | .30 | 96.00 |
| 03/28/2006 | DG | Prepare Application ( $130.00/Hr) | 6.50 | 845.00 |
| 04/12/2006 | DG | Prepare Application ( $130.00/Hr) | 2.00 | 260.00 |
| 04/13/2006 | KJM | Review application ( $320.00/Hr) | .20 | 64.00 |
| 04/14/2006 | DG | Prepare Application ( $130.00/Hr) | 2.00 | 260.00 |
| 05/02/2006 | DG | Prepare Application ( $130.00/Hr) | 2.50 | 325.00 |
| 05/15/2006 | KJM | File Application ( $320.00/Hr) | .50 | 160.00 |

Total Professional Services . . . . . . . . . . .    $7,315.00

Adjustment . . . . . . . . . . . . . . . . . . .    ($2,315.00)

Total Professional Services . . . . . . . . . . .    $5,000.00

Disbursements

| | | |
|---|---|---:|
| 05/16/2006 | Government Fee for Filing | 1,000.00 |
| 05/16/2006 | Government Fee for Filing | 40.00 |
| | Express Mail | 14.40 |

Total Disbursements . . . . . . . . . . . . . . .  $1,054.40

Total This Bill . . . . . . . . . . . . . . . . . . . . . .  $6,054.40

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         July 28, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith
```

Services Thru: 05/31/06

Our Reference DE3-0387     DP-314874: Method and Circuit for Determining
                           the State of the Motor

```
     Professional Services                              Hours        Amount

     05/16/2006 KJM Review application ( $320.00/Hr)      .50         160.00

     Total Professional Services . . . . . . . . . .  $160.00

     Total This Bill . . . . . . . . . . . . . . . . . .              $160.00
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         July 28, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith
```

Services Thru: 05/31/06

Our Reference DE3-0388      DP-315276: Dynamic PMW Dead-Time to Improve
                            Torque Ripple


| Professional Services | Hours | Amount |
|---|---|---|
| 05/16/2006 KJM Review application ( $320.00/Hr) | .50 | 160.00 |
| Total Professional Services . . . . . . . . . . . | | $160.00 |
| Total This Bill . . . . . . . . . . . . . . . . . . . . | | $160.00 |

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                    July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 05/31/06

Our Reference DE4-0029F    DP-308641: Apparatus and Method for
                           Maintaining a Uniform Gap
```

| Professional Services | Hours | Value |
|---|---|---|
| 02/01/2006 CCB Prepare response to Japanese office action. ( $310.00/Hr) | 1.00 | 310.00 |
| Total Professional Services . . . . . . . . . . . | $310.00 | |
| Disbursements | | |
| Postage | | .63 |
| Total Disbursements . . . . . . . . . . . . . . . | $ .63 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . | | $310.63 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra

Services Thru: 05/31/06

Our Reference DE4-0055    DP-309969: Isolated Ground

| Professional Services | Hours | Value |
|---|---|---|
| 04/03/2006 CCB Telephone conference with Examiner re: restriction requirement ( $310.00/Hr) | .30 | 93.00 |
| 04/05/2006 CCB Review claims and provisional election with traverse ( $310.00/Hr) | .50 | 155.00 |
| Total Professional Services . . . . . . . . . . . . | $248.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . | | $248.00 |

```
                         CANTOR COLBURN LLP
                         55 GRIFFIN ROAD SOUTH
                         BLOOMFIELD, CT 06002
                         PHONE: (860)286-2929


                            July 28, 2006

   Delphi Technologies, Inc.
   Legal Staff M/C 480-410-202
   P.O. Box 5052
   Troy, Michigan 48007-5052
   Chuck Veenstra


Services Thru: 05/31/06
```

Our Reference DE4-0066     DP-310488: 

```
   Professional Services                              Hours           Value

   03/20/2006 CCB Information Disclosure Statement
              ( $310.00/Hr)                            .80           248.00

   Total Professional Services . . . . . . . . . . .  $248.00

   Disbursements

   04/11/2006     Government Fee for Filing                           180.00

   Total Disbursements . . . . . . . . . . . . . . .  $180.00

   Total This Bill . . . . . . . . . . . . . . . . . . . . . . .    $428.00
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra



Services Thru: 05/31/06

Our Reference DE4-0073    DP-310434: Method and Apparatus for Accessing
                         Vehicle Systems



    Professional Services                           Hours         Value

    03/07/2006 CCB Meet with Barry Worrell and Mike
               Schenck to discuss new product and
               existing claims ( $310.00/Hr)         1.00        310.00

    Total Professional Services . . . . . . . . . . .      $310.00

    Total This Bill . . . . . . . . . . . . . . . . . . .  $310.00
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                    July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra



Services Thru: 05/31/06

Our Reference DE4-0101    DP-311922: Lifestyle Receiver/Transmitter for
                          Differentiated Consumer



   Professional Services                                 Hours         Value

   03/07/2006 RJS Researched Bluetooth Technology
                  ( $170.00/Hr)                           1.30        221.00
   03/08/2006 CCB Prepare Application ( $310.00/Hr)       1.00        310.00
   03/10/2006 CCB Prepare Application ( $310.00/Hr)       1.00        310.00
   03/12/2006 CCB Prepare Application ( $310.00/Hr)       3.00        930.00
   03/13/2006 CCB Prepare Application and revise
                  nonprovisional patent application
                  for filing ( $310.00/Hr)                3.00        930.00
   03/14/2006 CCB Prepare Application ( $310.00/Hr)        .50        155.00

   Total Professional Services . . . . . . . . . . .   $2,856.00

   Disbursements

   03/15/2006      Government Fee for Filing                        1,000.00
   03/15/2006      Government Fee for Filing                          250.00
   03/15/2006      Government Fee for Filing                           40.00
   05/08/2006      Drawings                                           120.00
                   Photocopies                                         23.00

   Total Disbursements . . . . . . . . . . . . . . .   $1,433.00

   Total This Bill . . . . . . . . . . . . . . . . . . . . . .    $4,289.00
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                    July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra



Services Thru: 05/31/06

Our Reference DE4-0108    DP-313018: Hood Hinge Release & Lift Mechanism
                          for Pedestrian Protection



   Professional Services                           Hours              Value

   03/02/2006 CCB Prepare and file "Missing Parts" in
                  U.S. Patent and Trademark Office
                  with Assignment ( $310.00/Hr)     1.00             310.00

   Total Professional Services . . . . . . . . .   $310.00

   Disbursements

   03/02/2006      Government Fee for Filing                          40.00
   03/02/2006      Government Fee for Filing                       1,000.00
   03/02/2006      Government Fee for Filing                         800.00
   03/02/2006      Government Fee for Filing                         130.00

   Total Disbursements . . . . . . . . . . . . .   $1,970.00

   Total This Bill . . . . . . . . . . . . . . . . . . .          $2,280.00
```

```
                        CANTOR COLBURN LLP
                        55 GRIFFIN ROAD SOUTH
                        BLOOMFIELD, CT 06002
                        PHONE: (860)286-2929


                        July 28, 2006

   Delphi Technologies, Inc.
   Legal Staff M/C 480-410-202
   P.O. Box 5052
   Troy, Michigan 48007-5052
   Chuck Veenstra



Services Thru: 05/31/06

Our Reference DE4-0111    DP-312965: Side Curtain Airbag Blind Airbag Snap
                          Attachment


     Professional Services                         Hours          Value

     04/21/2006 CCB Prepare Response to Missing Parts
                    and Petition to Accept Unsigned
                    Declaration ( $310.00/Hr)       1.00          310.00

     Total Professional Services . . . . . . . . . . .  $310.00

     Disbursements

                 Photocopies                                       13.60

     Total Disbursements . . . . . . . . . . . . . . .  $13.60

     Total This Bill . . . . . . . . . . . . . . . . . . . . .   $323.60
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra



Services Thru: 05/31/06

Our Reference DE4-0129    DP-313710: Seat Belt Buckle


  Professional Services                                  Hours             Value

  04/18/2006 CCB Prepare Application ( $310.00/Hr)        .80            248.00
  04/20/2006 CCB Prepare Application ( $310.00/Hr)       1.50            465.00
  04/21/2006 CCB Prepare Application ( $310.00/Hr)       1.00            310.00
  04/24/2006 CCB Prepare Application ( $310.00/Hr)       4.00          1,240.00
  04/25/2006 CCB Prepare Application ( $310.00/Hr)       2.80            868.00
  05/08/2006 CCB Prepare Application ( $310.00/Hr)       1.00            310.00
  05/11/2006 CCB Prepare Application ( $310.00/Hr)       1.00            310.00

  Total Professional Services . . . . . . . . . . .    $3,751.00

  Adjustment . . . . . . . . . . . . . . . . . . .     ($356.00)

  Total Professional Services . . . . . . . . . .      $3,395.00

  Disbursements

  05/17/2006     Government Fee for Filing                              1,250.00
  05/17/2006     Government Fee for Filing                                 40.00
                 Photocopies                                               52.40
                 Express Mail                                              18.80
                 Postage                                                    2.55

  Total Disbursements . . . . . . . . . . . . . .      $1,363.75

  Total This Bill . . . . . . . . . . . . . . . . . . . . . .          $4,758.75
```