CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra

Services Thru: 05/31/06

Our Reference DE4-0129F    DP-313710: Seat Belt Buckle

| Professional Services | Hours | Value |
|---|---|---|
| 05/22/2006 CCB Prepare and file PCT Application ( $310.00/Hr) | 3.20 | 992.00 |
| Total Professional Services . . . . . . . . . . . . | $992.00 | |

Disbursements

| 05/22/2006 | Government Fee for Filing | 3,379.00 |
| | Photocopies | 16.00 |
| | Express Mail | 14.40 |

Total Disbursements . . . . . . . . . . . . . . . . $3,409.40

Total This Bill . . . . . . . . . . . . . . . . . . . . . . . . $4,401.40

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         July 28, 2006

    Delphi Technologies, Inc.
    Legal Staff M/C 480-410-202
    P.O. Box 5052
    Troy, Michigan 48007-5052
    Chuck Veenstra



Services Thru: 05/31/06

Our Reference DE4-0129P    DP-313710: Seat Belt Buckle



    Professional Services                              Hours            Amount

    04/26/2006 CCB Prepare Application ( $310.00/Hr)    1.50            465.00
    05/01/2006 CCB Prepare Application ( $310.00/Hr)    1.20            372.00
    05/02/2006 CCB Prepare Application ( $310.00/Hr)     .50            155.00
    05/04/2006 CCB Prepare Application ( $310.00/Hr)    1.00            310.00
    05/05/2006 CCB Prepare Application ( $310.00/Hr)     .40            124.00

    Total Professional Services . . . . . . . . . . .  $1,426.00

    Total This Bill . . . . . . . . . . . . . . . . . . . . . .    $1,426.00
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                    July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra



Services Thru: 05/31/06

Our Reference DE4-0130    DP-314049: Emergency Closing Assembly and
                          Method for Immediate



   Professional Services                                    Hours         Value

   04/12/2006 CCB Prepare Application ( $310.00/Hr)          1.00        310.00
   04/18/2006 CCB Prepare Application ( $310.00/Hr)          2.00        620.00
   04/20/2006 CCB Prepare Application ( $310.00/Hr)          1.50        465.00
   04/24/2006 CCB Prepare Application ( $310.00/Hr)           .50        155.00
   04/28/2006 CCB Prepare Application ( $310.00/Hr)           .60        186.00
   05/01/2006 CCB Prepare Application ( $310.00/Hr)          1.20        372.00
   05/02/2006 CCB Prepare Application ( $310.00/Hr)           .50        155.00
   05/05/2006 CCB Prepare Application ( $310.00/Hr)          1.00        310.00
   05/18/2006 CCB Prepare Application ( $310.00/Hr)         10.00      3,100.00
   05/23/2006 CCB Prepare Application ( $310.00/Hr)          2.30        713.00

   Total Professional Services . . . . . . . . . . . .     $6,386.00

   Adjustment . . . . . . . . . . . . . . . . . . . . .   ($1,386.00)

   Total Professional Services . . . . . . . . . . .       $5,000.00


   Disbursements

   04/21/2006      Drawings                                               220.00

   Total Disbursements . . . . . . . . . . . . . . . .      $220.00

   Total This Bill . . . . . . . . . . . . . . . . . . . . . .         $5,220.00
```

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra

Services Thru: 05/31/06

Our Reference DE4-0130F    DP-314049: Apparatus and Method for Closing a Fluid Path

| Professional Services | Hours | Value |
|---|---|---|
| 05/23/2006 CCB Prepare PCT application ( $310.00/Hr) | 2.80 | 868.00 |
| Total Professional Services | | $868.00 |

Disbursements

| | | |
|---|---|---|
| 05/24/2006   Government Fee for Filing | | 3,679.00 |
| Total Disbursements | | $3,679.00 |
| Total This Bill | | $4,547.00 |

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         July 28, 2006
```

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 05/31/06

Our Reference DE4-0149      DP-314113: Side Airbag Module and Method of
                            Manufacture


| Professional Services | Hours | Amount |
|---|---|---|
| 02/07/2006 CCB Prepare Application ( $310.00/Hr) | .50 | 155.00 |
| Total Professional Services . . . . . . . . . . . | | $155.00 |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . | | $155.00 |

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                    July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra



Services Thru: 05/31/06

Our Reference DE4-0151     DP-314114: Variable Venting Inflation Safety
                           System to Provide



   Professional Services                                    Hours         Amount

   02/01/2006 TK   Prepare Application ( $160.00/Hr)         4.00         640.00
   02/02/2006 TK   Prepare Application ( $160.00/Hr)         4.00         640.00
   02/03/2006 TK   Prepare Application ( $160.00/Hr)         4.00         640.00
   02/15/2006 CCB  Prepare Application ( $310.00/Hr)          .30          93.00
   03/01/2006 TK   Prepare Application ( $160.00/Hr)         4.00         640.00
   03/10/2006 CCB  Prepare Application ( $310.00/Hr)          .30          93.00
   04/10/2006 CCB  Prepare Application ( $310.00/Hr)          .50         155.00
   04/13/2006 CCB  Prepare Application ( $310.00/Hr)          .50         155.00
   04/18/2006 CCB  Prepare Application ( $310.00/Hr)         1.20         372.00
   04/24/2006 CCB  Prepare Application ( $310.00/Hr)         2.00         620.00
   05/01/2006 CCB  Prepare Application ( $310.00/Hr)          .50         155.00
   05/02/2006 CCB  Prepare Application ( $310.00/Hr)         4.00       1,240.00
   05/15/2006 JCL  Prepare Application ( $120.00/Hr)         7.00         840.00
   05/16/2006 JCL  Prepare Application ( $120.00/Hr)         8.50       1,020.00
   05/19/2006 CCB  Prepare Application ( $310.00/Hr)          .50         155.00
   05/22/2006 JCL  Prepare Application ( $120.00/Hr)         5.00         600.00
   05/26/2006 JCL  Prepare Application ( $120.00/Hr)         1.50         180.00
   05/30/2006 CCB  Prepare Application ( $310.00/Hr)         1.00         310.00
   05/31/2006 CCB  Prepare Application ( $310.00/Hr)         1.00         310.00

   Total Professional Services . . . . . . . . . . . .    $8,858.00

   Adjustment . . . . . . . . . . . . . . . . . . . . .  ($6,890.00)

   Total Professional Services . . . . . . . . . . . .    $1,968.00

   Total This Bill . . . . . . . . . . . . . . . . . . . . . .    $1,968.00
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                    July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra



Services Thru: 05/31/06

Our Reference DE4-0152      DP-314115: Secondary Non-Electrically
                            Initiated Inflation for …



   Professional Services                               Hours         Amount

   02/06/2006 TK   Prepare Application ( $160.00/Hr)    4.00          640.00
   02/07/2006 TK   Prepare Application ( $160.00/Hr)    4.00          640.00
   02/08/2006 TK   Prepare Application ( $160.00/Hr)    4.00          640.00
   02/09/2006 TK   Prepare Application ( $160.00/Hr)    4.00          640.00
   02/10/2006 TK   Prepare Application ( $160.00/Hr)    4.00          640.00
   03/02/2006 TK   Prepare Application ( $160.00/Hr)    4.00          640.00
   03/10/2006 CCB  Prepare Application ( $310.00/Hr)     .30           93.00
   04/10/2006 CCB  Prepare Application ( $310.00/Hr)     .50          155.00
   04/13/2006 CCB  Prepare Application ( $310.00/Hr)     .50          155.00
   04/18/2006 CCB  Prepare Application ( $310.00/Hr)    1.40          434.00
   05/30/2006 CCB  Prepare Application ( $310.00/Hr)    4.00        1,240.00

   Total Professional Services . . . . . . . . . . .  $5,917.00

   Adjustment . . . . . . . . . . . . . . . . . . .  ($3,949.00)

   Total Professional Services . . . . . . . . . . .  $1,968.00

   Total This Bill . . . . . . . . . . . . . . . . . . . . . .      $1,968.00
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                    July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra



Services Thru: 05/31/06

Our Reference DE4-0153    DP-314208: Method of Providing Extended Output
                          Inflation for Rollover



   Professional Services                              Hours           Amount

   02/10/2006 CCB Prepare Application ( $310.00/Hr)    2.00           620.00
   02/13/2006 CCB Prepare Application ( $310.00/Hr)     .50           155.00
   02/13/2006 TK  Prepare Application ( $160.00/Hr)    4.00           640.00
   02/14/2006 TK  Prepare Application ( $160.00/Hr)    4.00           640.00
   02/15/2006 TK  Prepare Application ( $160.00/Hr)    4.00           640.00
   02/16/2006 TK  Prepare Application ( $160.00/Hr)    4.00           640.00
   02/17/2006 TK  Prepare Application ( $160.00/Hr)    4.00           640.00
   02/20/2006 CCB Prepare Application ( $310.00/Hr)     .30            93.00
   02/27/2006 TK  Prepare Application ( $160.00/Hr)    4.00           640.00
   02/28/2006 TK  Prepare Application ( $160.00/Hr)    4.00           640.00
   03/03/2006 TK  Prepare Application ( $160.00/Hr)    4.00           640.00
   03/28/2006 CCB Prepare Application ( $310.00/Hr)     .80           248.00
   03/29/2006 CCB Prepare Application ( $310.00/Hr)    1.50           465.00
   04/03/2006 CCB Prepare Application ( $310.00/Hr)    7.60         2,356.00

   Total Professional Services . . . . . . . . . . .  $9,057.00

   Adjustment . . . . . . . . . . . . . . . . . . .  ($5,399.00)

   Total Professional Services . . . . . . . . . . .  $3,658.00

   Total This Bill . . . . . . . . . . . . . . . . . . . . . .    $3,658.00
```

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra

Services Thru: 05/31/06

Our Reference DE4-0154    DP-314380: Driver Airbag Universal Attachment Adapter

| Professional Services | Hours | Amount |
|---|---|---|
| 03/23/2006 CCB Prepare Application ( $310.00/Hr) | .30 | 93.00 |
| 04/05/2006 CCB Prepare Application ( $310.00/Hr) | 1.20 | 372.00 |
| Total Professional Services . . . . . . . . . . . . | $465.00 | |

Disbursements

| | | |
|---|---|---|
| 04/07/2006    Drawings | | 200.00 |
| Total Disbursements . . . . . . . . . . . . . . . . | $200.00 | |

Total This Bill . . . . . . . . . . . . . . . . . . . . . . .  $665.00

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                    July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra



Services Thru: 05/31/06

Our Reference DE4-0163    DP-312861: Compact Disc Player with Compensated
                          Compact Disc Motion



    Professional Services                              Hours            Value

    02/01/2006 CCB Telephone conference with Robert
                   Stanley re: application; prepare
                   application ( $310.00/Hr)            .50            155.00
    02/02/2006 CCB Prepare Application ( $310.00/Hr)   1.00            310.00
    02/06/2006 CCB Prepare Application ( $310.00/Hr)    .50            155.00
    02/06/2006 JFB Examine invention disclosure
                   ( $260.00/Hr)                       1.60            416.00
    02/07/2006 JFB Prepare Application ( $260.00/Hr)   5.10          1,326.00
    02/08/2006 JFB Prepare Application ( $260.00/Hr)   9.60          2,496.00
    02/10/2006 JFB Prepare Application ( $260.00/Hr)   2.00            520.00
    02/15/2006 CCB Prepare Application ( $310.00/Hr)    .30             93.00

    Total Professional Services . . . . . . . . . .     $5,471.00

    Adjustment . . . . . . . . . . . . . . . . . .       ($657.00)

    Total Professional Services . . . . . . . . .        $4,814.00

    Disbursements

    02/10/2006     Government Fee for Filing                        1,000.00
    02/10/2006     Government Fee for Filing                           40.00
                   Photocopies                                         13.00
                   Express Mail                                        14.40
                   Postage                                              2.07

    Total Disbursements . . . . . . . . . . . . .        $1,069.47

    Total This Bill . . . . . . . . . . . . . . . . . . . . . .    $5,883.47
```

```
                         CANTOR COLBURN LLP
                         55 GRIFFIN ROAD SOUTH
                         BLOOMFIELD, CT 06002
                         PHONE: (860)286-2929

                              July 28, 2006
        Delphi Technologies, Inc.
        Legal Staff M/C 480-410-202
        P.O. Box 5052
        Troy, Michigan 48007-5052
        Chuck Veenstra

Services Thru: 05/31/06

Our Reference DE4-0164    DP-313915: Rapid Algorithm Development
                          Process
     Professional Services                              Hours          Amount

     02/06/2006 CCB Prepare Application ( $310.00/Hr)    .50            155.00
     02/07/2006 CCB Prepare Application ( $310.00/Hr)    .20             62.00
     02/27/2006 CCB Prepare Application ( $310.00/Hr)    .30             93.00
     04/10/2006 JFB Prepare Application ( $260.00/Hr)   2.00            520.00
     04/12/2006 JFB Telephone conference with inventors
                    re: application ( $260.00/Hr)       2.00            520.00
     04/13/2006 JFB Prepare Application ( $260.00/Hr)   2.70            702.00
     04/14/2006 JFB Prepare Application ( $260.00/Hr)    .80            208.00
     04/19/2006 JFB Telephone conference with inventors
                    re: application ( $260.00/Hr)       2.00            520.00
     04/20/2006 JFB Telephone conference with inventors
                    re: application ( $260.00/Hr)       1.70            442.00
     04/24/2006 JFB Prepare Application ( $260.00/Hr)   4.10          1,066.00
     04/25/2006 JFB Prepare Application ( $260.00/Hr)    .80            208.00
     05/02/2006 JFB Prepare Application ( $260.00/Hr)   2.70            702.00
     05/03/2006 JFB Prepare Application ( $260.00/Hr)   1.00            260.00
     05/10/2006 JFB Prepare Application ( $260.00/Hr)   7.50          1,950.00
     05/11/2006 JFB Prepare Application ( $260.00/Hr)   3.50            910.00
     05/12/2006 JFB Prepare Application ( $260.00/Hr)   6.00          1,560.00
     05/22/2006 JFB Prepare Application ( $260.00/Hr)   6.70          1,742.00
     05/23/2006 JFB Prepare Application ( $260.00/Hr)   2.80            728.00
     05/24/2006 JFB Prepare Application ( $260.00/Hr)   2.50            650.00
     05/25/2006 JFB Prepare Application ( $260.00/Hr)   1.60            416.00
     05/26/2006 JFB Prepare Application ( $260.00/Hr)   1.00            260.00

     Total Professional Services . . . . . . . . . . . $13,674.00

     Adjustment . . . . . . . . . . . . . . . . . . .  ($8,674.00)

     Total Professional Services . . . . . . . . . . .  $5,000.00

     Disbursements

              Photocopies                                                21.40
              Express Mail                                               14.40

     Total Disbursements . . . . . . . . . . . . . . .     $35.80

     Total This Bill . . . . . . . . . . . . . . . . . . . . . . .  $5,035.80
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 05/31/06

Our Reference DE4-0164F    DP-313915: Rapid Algorithm Development
                           Process
```

| Professional Services | Hours | Value |
|---|---|---|
| 05/26/2006 JFB Prepare Application ( $260.00/Hr) | 3.50 | 910.00 |
| Total Professional Services . . . . . . . . . . . . | $910.00 | |
| Disbursements | | |
|     Photocopies | | 23.40 |
|     Express Mail | | 14.40 |
| Total Disbursements . . . . . . . . . . . . . . . . | $37.80 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | $947.80 |

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         July 28, 2006

    Delphi Technologies, Inc.
    Legal Staff M/C 480-410-202
    P.O. Box 5052
    Troy, Michigan 48007-5052
    Chuck Veenstra



Services Thru: 05/31/06

Our Reference DE4-0168      DP-315148: Quick Acting Clutch for Motorized
                            Seatbelt Retractor



     Professional Services                              Hours           Amount

     04/26/2006 CCB Prepare Application ( $310.00/Hr)     .50            155.00
     05/02/2006 CCB Prepare Application ( $310.00/Hr)    3.00            930.00
     05/22/2006 CCB Prepare Application ( $310.00/Hr)    2.00            620.00
     05/26/2006 CCB Prepare Application ( $310.00/Hr)    1.00            310.00

     Total Professional Services . . . . . . . . . .    $2,015.00

     Total This Bill . . . . . . . . . . . . . . . . . . . . .         $2,015.00
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929
```

July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007
Attn: Patrick M. Griffin

Services Thru: 05/31/06

Our Reference DE5-0005       DP-312857: Speed and Position Sensor for a
                             Powered Door Integrated

| Professional Services | Hours | Value |
|---|---|---|
| 03/16/2006 CCB Prepare Application ( $310.00/Hr) | .30 | 93.00 |
| 03/17/2006 CCB Telephone conference with Mike Denton and Ron Haag re: application; prepare application ( $310.00/Hr) | .50 | 155.00 |
| 03/22/2006 CCB Prepare Application ( $310.00/Hr) | 1.50 | 465.00 |
| 03/23/2006 CCB Prepare Application and review provisional patent application and drawings ( $310.00/Hr) | 2.50 | 775.00 |
| 03/24/2006 CCB Prepare Application ( $310.00/Hr) | 1.50 | 465.00 |
| 03/25/2006 CCB Prepare Application ( $310.00/Hr) | 1.00 | 310.00 |
| 03/26/2006 CCB Prepare Application ( $310.00/Hr) | 5.00 | 1,550.00 |

Total Professional Services . . . . . . . . . . . .    $3,813.00

Disbursements

| 03/19/2006 | Drawings | 300.00 |
| 04/07/2006 | Government Fee for Filing | 1,300.00 |
| 04/07/2006 | Government Fee for Filing | 40.00 |
|  | Photocopies | 82.00 |
|  | Express Mail | 28.75 |

Total Disbursements . . . . . . . . . . . . . . . .    $1,750.75

Total This Bill . . . . . . . . . . . . . . . . . . . . . . .    $5,563.75

```
                        CANTOR COLBURN LLP
                        55 GRIFFIN ROAD SOUTH
                        BLOOMFIELD, CT 06002
                        PHONE: (860)286-2929


                           July 28, 2006

  Delphi Technologies, Inc.
  Legal Staff M/C 480-410-202
  P.O. Box 5052
  Troy, Michigan 48007
  Attn: Patrick M. Griffin



Services Thru: 05/31/06

Our Reference DE5-0005F    DP-312857: Apparatus and Method for Providing
                           a Drive Device for a …



   Professional Services                             Hours        Value

   03/28/2006 CCB Provide application to our Chinese
                  associate for filing in China
                  ( $310.00/Hr)                       1.00        310.00

   Total Professional Services . . . . . . . . . .   $310.00

   Total This Bill . . . . . . . . . . . . . . . . . . . .       $310.00
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007
Attn: Patrick M. Griffin



Services Thru: 05/31/06

Our Reference DE5-0006    DP-314167: TPO with Better Paint Adhesion



       Professional Services                              Hours            Amount

       02/24/2006 MEG Review inventor comments and
                      incorporate revisions
                      ( $275.00/Hr)                        2.50            687.50

       Total Professional Services . . . . . . . . . . .           $687.50

       Adjustment . . . . . . . . . . . . . . . . . . .            ($687.50)

       Total Professional Services . . . . . . . . . . .              $0.00

       Total This Bill . . . . . . . . . . . . . . . . . . . . .              $0.00
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         July 28, 2006

   Delphi Technologies, Inc.
   Legal Staff M/C 480-410-202
   P.O. Box 5052
   Troy, Michigan 48007
   Attn: Patrick M. Griffin



Services Thru: 05/31/06

Our Reference DE5-0007     DP-314945: In-Door Power Sliding Door Unit



   Professional Services                               Hours         Amount

   02/02/2006 CCB Prepare Application ( $310.00/Hr)     .20           62.00
   02/15/2006 CCB Prepare Application ( $310.00/Hr)     .50          155.00
   02/20/2006 CCB Prepare Application ( $310.00/Hr)    2.00          620.00
   04/28/2006 CCB Prepare Application ( $310.00/Hr)     .30           93.00

   Total Professional Services . . . . . . . . . . .  $930.00

   Disbursements

              Postage                                                    .39

   Total Disbursements . . . . . . . . . . . . . . .  $ .39

   Total This Bill . . . . . . . . . . . . . . . . . . . . .       $930.39
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007
Attn: Patrick M. Griffin



Services Thru: 05/31/06

Our Reference DE5-0008    DP-314779: Process for Fabricating a Non Visable
                          Tear Seam in an …


    Professional Services                            Hours         Amount

    02/02/2006 CCB Prepare Application ( $310.00/Hr)   .20          62.00

    Total Professional Services . . . . . . . . . .  $62.00

    Disbursements

                   Postage                                            .39

    Total Disbursements . . . . . . . . . . . . . .   $ .39

    Total This Bill . . . . . . . . . . . . . . . . . . .            $62.39
```

```
                        CANTOR COLBURN LLP
                        55 GRIFFIN ROAD SOUTH
                        BLOOMFIELD, CT 06002
                        PHONE: (860)286-2929


                        July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007
Attn: Patrick M. Griffin



Services Thru: 05/31/06

Our Reference DE5-0009      DP-314875: A Compact Linear Hydraulic Actuator
                            System



    Professional Services                              Hours         Amount

    02/02/2006 CCB Prepare Application ( $310.00/Hr)     .20          62.00
    02/07/2006 CCB Prepare Application ( $310.00/Hr)     .20          62.00
    02/20/2006 CCB Prepare Application ( $310.00/Hr)    2.00         620.00

    Total Professional Services . . . . . . . . . . .  $744.00

    Disbursements

              Postage                                                    .39

    Total Disbursements . . . . . . . . . . . . . .    $  .39

    Total This Bill . . . . . . . . . . . . . . . . . . . . . . .   $744.39
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929

                    July 28, 2006

    Delphi Technologies, Inc.
    Legal Staff M/C 480-410-202
    P.O. Box 5052
    Troy, Michigan 48007
    Attn: Patrick M. Griffin

Services Thru: 05/31/06

Our Reference DE5-0010      DP-314131: Hidden PAB Door with Module Attached
                            to the Instrument Panel

    Professional Services                            Hours           Value

    02/02/2006 CCB Prepare Application ( $310.00/Hr)   .20            62.00
    02/08/2006 CCB Prepare Application ( $310.00/Hr)   .20            62.00
    02/09/2006 CCB Prepare Application ( $310.00/Hr)  1.20           372.00
    03/16/2006 CCB Prepare Application ( $310.00/Hr)   .30            93.00
    03/23/2006 CCB Prepare Application ( $310.00/Hr)   .50           155.00
    03/30/2006 CCB Prepare Application ( $310.00/Hr)   .50           155.00
    03/31/2006 CCB Prepare Application ( $310.00/Hr)  3.00           930.00
    04/04/2006 CCB Prepare Application ( $310.00/Hr)  3.30         1,023.00
    04/05/2006 CCB Prepare Application ( $310.00/Hr)  4.00         1,240.00
    04/06/2006 CCB Prepare Application ( $310.00/Hr)  4.00         1,240.00
    04/07/2006 CCB Prepare Application ( $310.00/Hr)  1.00           310.00
    04/11/2006 CCB Prepare Application ( $310.00/Hr)   .50           155.00
    04/13/2006 CCB Prepare Application ( $310.00/Hr)  2.00           620.00
    04/14/2006 CCB Prepare Application ( $310.00/Hr)  2.00           620.00
    04/18/2006 CCB Prepare Application ( $310.00/Hr)  1.00           310.00
    04/19/2006 CCB Prepare Application ( $310.00/Hr)  4.00         1,240.00

    Total Professional Services . . . . . . . . . .  $8,587.00

    Adjustment . . . . . . . . . . . . . . . . . . . ($3,742.00)

    Total Professional Services . . . . . . . . . .  $4,845.00

Disbursements

    04/23/2006      Drawings                                         300.00
    04/24/2006      Government Fee for Filing                      1,000.00
    04/24/2006      Government Fee for Filing                        150.00
    04/24/2006      Government Fee for Filing                         40.00
                    Postage                                             .39
                    Express Mail                                      14.40

    Total Disbursements . . . . . . . . . . . . . .  $1,504.79

    Total This Bill . . . . . . . . . . . . . . . . . . . . . . .  $6,349.79
```