```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929
```

July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007
Attn: Patrick M. Griffin

Services Thru: 05/31/06

Our Reference DE5-0011     DP-315086: Drums with Error Proof for Assembly

| Professional Services | Hours | Amount |
|---|---|---|
| 04/21/2006 CCB Prepare Application ( $310.00/Hr) | .50 | 155.00 |
| 05/19/2006 CCB Prepare Application ( $310.00/Hr) | 1.00 | 310.00 |
| Total Professional Services | | $465.00 |
| Total This Bill | | $465.00 |

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         July 28, 2006

Delphi Technologies, Inc.
P.O. Box 5052
Troy, MI 48007
Attn: Jimmy L. Funke




Services Thru: 05/31/06

Our Reference DE8-0011    DP-310842: Variable Area Nozzle with Colliding
                          Sprays



    Professional Services                                Hours         Amount

    03/28/2006 CCB Prepare Amendment ( $310.00/Hr)         .40         124.00
    05/19/2006 JCL Prepare Amendment ( $120.00/Hr)        3.00         360.00
    05/22/2006 JCL Prepare Amendment ( $120.00/Hr)        1.50         180.00
    05/23/2006 JCL Prepare Amendment ( $120.00/Hr)        3.00         360.00
    05/24/2006 JCL Prepare Amendment ( $120.00/Hr)        5.50         660.00
    05/24/2006 JCL Prepare Amendment ( $120.00/Hr)        4.50         540.00
    05/26/2006 CCB Prepare Amendment ( $310.00/Hr)         .30          93.00
    05/26/2006 JCL Prepare Amendment ( $120.00/Hr)        6.50         780.00
    05/30/2006 JCL Prepare Amendment ( $120.00/Hr)        8.30         996.00
    05/31/2006 CCB Prepare Amendment ( $310.00/Hr)        3.40       1,054.00
    05/31/2006 JCL Prepare Amendment ( $120.00/Hr)        6.20         744.00

    Total Professional Services . . . . . . . . . . .   $5,891.00

    Adjustment . . . . . . . . . . . . . . . . . . .   ($4,241.00)

    Total Professional Services . . . . . . . . . .     $1,650.00

    Total This Bill . . . . . . . . . . . . . . . . . . . . . .     $1,650.00
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall


Services Thru: 05/31/06

Our Reference DE9-0046    DP-313503: Heat Flow Control for Thermal
                          Imaging Devices
```

| Professional Services | | Hours | Value |
|---|---|---|---|
| 02/01/2006 CCB | Telephone conference with John Troxellre: application; prepare application ( $310.00/Hr) | .50 | 155.00 |
| 02/02/2006 CCB | Prepare Application ( $310.00/Hr) | 2.00 | 620.00 |
| 02/03/2006 CCB | Prepare Application ( $310.00/Hr) | .50 | 155.00 |
| 02/06/2006 CCB | Prepare Application ( $310.00/Hr) | 4.00 | 1,240.00 |
| 02/07/2006 CCB | Revise application to include new embodiments ( $310.00/Hr) | 4.30 | 1,333.00 |
| 02/08/2006 CCB | Prepare Application ( $310.00/Hr) | .50 | 155.00 |
| 02/09/2006 CCB | Prepare Application ( $310.00/Hr) | 3.00 | 930.00 |
| 02/10/2006 CCB | Prepare Application ( $310.00/Hr) | 1.60 | 496.00 |

```
Total Professional Services . . . . . . . . . . .    $5,084.00

Adjustment . . . . . . . . . . . . . . . . . . . .    ($208.00)

Total Professional Services . . . . . . . . . . .    $4,876.00

Disbursements
```

| Date | Description | | Amount |
|---|---|---|---|
| 02/01/2006 | Drawings | | 230.00 |
| 02/14/2006 | Government Fee for Filing | | 1,550.00 |
| 02/14/2006 | Government Fee for Filing | | 40.00 |
| | Photocopies | | 21.00 |
| | Express Mail | | 14.40 |
| | Postage | | 2.55 |

```
Total Disbursements . . . . . . . . . . . . . . .    $1,857.95

Total This Bill . . . . . . . . . . . . . . . . .    $6,733.95
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         July 28, 2006

    Delphi Technologies, Inc.
    Legal Staff M/C 480-410-202
    P.O Box 5052
    Troy, MI 48007
    Attn: Paul Marshall



Services Thru: 05/31/06

Our Reference DE9-0047     DP-313505: Method and Apparatus for the Focal
                           Plane Array Spectral
```

| Professional Services | Hours | Value |
|---|---|---|
| 02/02/2006 JFB Prepare Application ( $260.00/Hr) | .50 | 130.00 |
| 02/03/2006 JFB Prepare Application ( $260.00/Hr) | .40 | 104.00 |
| 02/14/2006 CCB Prepare Application ( $310.00/Hr) | .30 | 93.00 |
| 02/14/2006 JFB Prepare filing documents for filing nonprovisional patent application; file same with USPTO ( $260.00/Hr) | .50 | 130.00 |
| 04/13/2006 JFB Prepare and file "Missing Parts" in U.S. Patent and Trademark Office; file Assignment ( $260.00/Hr) | 1.00 | 260.00 |
| Total Professional Services . . . . . . . . . . . | $717.00 | |

Disbursements

| | | |
|---|---|---|
| 02/15/2006 | Government Fee for Filing | 1,000.00 |
| 04/13/2006 | Government Fee for Filing | 130.00 |
| 04/13/2006 | Government Fee for Filing | 40.00 |
| | Photocopies | 8.80 |
| | Express Mail | 14.40 |
| | Postage | 2.55 |

Total Disbursements . . . . . . . . . . . . . . . . .    $1,195.75

Total This Bill . . . . . . . . . . . . . . . . . . . . . .    $1,912.75

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                    July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall
```

Services Thru: 05/31/06

Our Reference DE9-0047F    DP-314445: Filter Assembly and Method of Controlling the …

| Professional Services | Hours | Value |
|---|---|---|
| 02/14/2006 JFB Prepare filing documents for filing PCT application; file same ( $260.00/Hr) | 3.00 | 780.00 |

Total Professional Services . . . . . . . . . . . .    $780.00

Disbursements

| 02/15/2006 | Government Fee for Filing | 3,277.00 |
| | Photocopies | 8.40 |

Total Disbursements . . . . . . . . . . . . . . . .    $3,285.40

Total This Bill . . . . . . . . . . . . . . . . . . . . . . . .    $4,065.40

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                    July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall
```

Services Thru: 05/31/06

Our Reference DE9-0048    DP-313504: Method and    Apparatus for Individual
                          Pixel Control of the

| Professional Services | Hours | Value |
|---|---|---|
| 02/01/2006 JFB Prepare Application ( $260.00/Hr) | 1.20 | 312.00 |
| 02/02/2006 JFB Prepare Application ( $260.00/Hr) | .50 | 130.00 |
| 02/03/2006 JFB Prepare Application ( $260.00/Hr) | .40 | 104.00 |
| 02/14/2006 CCB Prepare Application ( $310.00/Hr) | .30 | 93.00 |
| 02/14/2006 JFB Prepare filing documents for filing nonprovisional patent application; file same with USPTO ( $260.00/Hr) | .50 | 130.00 |
| 03/31/2006 JFB Prepare documents regarding assignment, and response to missing parts ( $260.00/Hr) | 1.10 | 286.00 |

Total Professional Services . . . . . . . . . . . .    $1,055.00

Disbursements

| | | |
|---|---|---|
| 02/15/2006 | Government Fee for Filing | 1,000.00 |
| 04/04/2006 | Government Fee for Filing | 130.00 |
| 04/04/2006 | Government Fee for Filing | 40.00 |
| | Photocopies | 12.80 |
| | Express Mail | 14.40 |
| | Postage | 3.27 |

Total Disbursements . . . . . . . . . . . . . . . .    $1,200.47

Total This Bill . . . . . . . . . . . . . . . . . . . . . .    $2,255.47

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall
```

Services Thru: 05/31/06

Our Reference DE9-0048F    DP-314445: System and Method for Controlling
                           Pyroeletric Sensors in a ...

| Professional Services | Hours | Value |
|---|---|---|
| 02/14/2006 JFB Prepare filing documents for filing PCT patent application; file same ( $260.00/Hr) | 3.00 | 780.00 |
| Total Professional Services | | $780.00 |

Disbursements

| | | |
|---|---|---|
| 02/15/2006   Government Fee for Filing | | 3,277.00 |
| Photocopies | | 12.40 |
| Total Disbursements | | $3,289.40 |
| Total This Bill | | $4,069.40 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall

Services Thru: 05/31/06

Our Reference DE9-0053    DP-313543: Doped ▉ Based Mixed Oxides As▉
Materials for Application

| Professional Services | Hours | Value |
|---|---|---|
| 02/02/2006 PJC Telephone conference with the inventors re: application ( $320.00/Hr) | 1.00 | 320.00 |
| 02/10/2006 PJC Telephone conference with the inventor re: application; review background ( $320.00/Hr) | .50 | 160.00 |
| 02/27/2006 PJC Prepare Application ( $320.00/Hr) | 1.50 | 480.00 |
| 03/07/2006 PJC Prepare Application ( $320.00/Hr) | 1.00 | 320.00 |

Total Professional Services . . . . . . . . . . . .    $1,280.00

Adjustment . . . . . . . . . . . . . . . . . . . . .    ($1,280.00)

Total Professional Services . . . . . . . . . . . .    $0.00

Disbursements

| 04/14/2006 | Government Fee for Filing | 1,000.00 |
| 04/14/2006 | Government Fee for Filing | 40.00 |
| | Express Mail | 14.40 |

Total Disbursements . . . . . . . . . . . . . . . .    $1,054.40

Total This Bill . . . . . . . . . . . . . . . . . . . . .    $1,054.40

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         July 28, 2006

    Delphi Technologies, Inc.
    Legal Staff M/C 480-410-202
    P.O Box 5052
    Troy, MI 48007
    Attn: Paul Marshall



Services Thru: 05/31/06

Our Reference DE9-0054    DP-313576: Dual Cell Ammonia Sensor
```
---

| Professional Services | Hours | Amount |
|---|---|---|
| 02/24/2006 PJC Prepare Application ( $320.00/Hr) | 2.70 | 864.00 |
| 05/22/2006 LHH Prepare Application ( $120.00/Hr) | 1.00 | 120.00 |
| Total Professional Services . . . . . . . . . . . | $984.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . | | $984.00 |

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall



Services Thru: 05/31/06

Our Reference DE9-0055    DP-313617: Nox Sensing Materials and Nox Sensing
                                     Methods



  Professional Services                              Hours           Amount

  02/24/2006 PJC Prepare Application ( $320.00/Hr)    .70            224.00
  02/28/2006 PJC Prepare Application ( $320.00/Hr)   5.00          1,600.00
  05/22/2006 PJC Review inventor comments
                 ( $320.00/Hr)                        .50            160.00
  05/23/2006 LHH Prepare Application ( $120.00/Hr)   1.00            120.00

  Total Professional Services . . . . . . . . . . . $2,104.00

  Total This Bill . . . . . . . . . . . . . . . . .              $2,104.00
```

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall

Services Thru: 05/31/06

Our Reference DE9-0057    DP-314028: Nanocompositions for Electronic Packaging

| Professional Services | Hours | Value |
|---|---|---|
| 05/01/2006 CCB Prepare Response to Missing Parts and file with USPTO ( $310.00/Hr) | 1.00 | 310.00 |
| Total Professional Services | | $310.00 |

Disbursements

| | | |
|---|---|---|
| 05/04/2006 | Government Fee for Filing | 1,650.00 |
| 05/04/2006 | Government Fee for Filing | 130.00 |
| 05/04/2006 | Government Fee for Filing | 40.00 |
| | Federal Express | 16.00 |
| | Photocopies | 8.00 |

Total Disbursements . . . . . . . . . . . . . . . . $1,844.00

Total This Bill . . . . . . . . . . . . . . . . . . . . $2,154.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall

Services Thru: 05/31/06

Our Reference DE9-0061     DP-314175: Modified Y Hole Sensor Shield for Low Temperature

| Professional Services | Hours | Value |
|---|---|---|
| 02/09/2006 CCB Prepare Application ( $310.00/Hr) | .30 | 93.00 |
| 02/10/2006 CCB Prepare Application ( $310.00/Hr) | .20 | 62.00 |
| 02/15/2006 FAK Prepare Application ( $170.00/Hr) | 2.50 | 425.00 |
| 02/16/2006 FAK Prepare Application ( $170.00/Hr) | 3.50 | 595.00 |
| 02/17/2006 FAK Prepare Application ( $170.00/Hr) | 4.00 | 680.00 |
| 02/20/2006 FAK Prepare Application ( $170.00/Hr) | 3.00 | 510.00 |
| 03/02/2006 CCB Prepare Application ( $310.00/Hr) | .30 | 93.00 |
| 03/03/2006 FAK Prepare Application ( $170.00/Hr) | 2.00 | 340.00 |
| 03/06/2006 CCB Prepare Application ( $310.00/Hr) | .50 | 155.00 |
| 03/06/2006 FAK Prepare Application ( $170.00/Hr) | 4.00 | 680.00 |
| 03/07/2006 FAK Prepare Application ( $170.00/Hr) | 2.50 | 425.00 |
| 03/08/2006 CCB Prepare Application ( $310.00/Hr) | .20 | 62.00 |
| 03/08/2006 FAK Prepare Application ( $170.00/Hr) | 3.00 | 510.00 |
| 03/21/2006 CCB Prepare Application ( $310.00/Hr) | .20 | 62.00 |
| 04/21/2006 CCB Prepare Application ( $310.00/Hr) | 1.00 | 310.00 |
| 05/03/2006 JFB Prepare Application ( $260.00/Hr) | 1.00 | 260.00 |
| 05/04/2006 CCB Prepare Application ( $310.00/Hr) | 1.00 | 310.00 |
| 05/04/2006 JFB Prepare Application ( $260.00/Hr) | .40 | 104.00 |
| 05/05/2006 CCB Prepare Application ( $310.00/Hr) | .30 | 93.00 |
| 05/08/2006 CCB Prepare Application ( $310.00/Hr) | 1.00 | 310.00 |
| 05/09/2006 CCB Prepare Application ( $310.00/Hr) | 2.50 | 775.00 |
| 05/19/2006 CCB Prepare Application ( $310.00/Hr) | .50 | 155.00 |
| 05/31/2006 CCB Prepare Application ( $310.00/Hr) | .50 | 155.00 |

Total Professional Services . . . . . . . . . . . .   $7,164.00

Adjustment . . . . . . . . . . . . . . . . . . . .   ($7,164.00)

Total Professional Services . . . . . . . . . . .   $0.00

Total This Bill . . . . . . . . . . . . . . . . . . . . . . . .   $0.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall

Services Thru: 05/31/06

Our Reference DE9-0062    DP-314434: Lean Shift Correcting Intermetallic Alloy

| Professional Services | Hours | Amount |
|---|---|---|
| 03/20/2006 CCB Prepare Application ( $310.00/Hr) | .20 | 62.00 |
| Total Professional Services . . . . . . . . . . . | | $62.00 |
| Adjustment . . . . . . . . . . . . . . . . . . . | | ($62.00) |
| Total Professional Services . . . . . . . . . . . | | $0.00 |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | $0.00 |

```
                        CANTOR COLBURN LLP
                        55 GRIFFIN ROAD SOUTH
                        BLOOMFIELD, CT 06002
                        PHONE: (860)286-2929

                        July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall


Services Thru: 05/31/06

Our Reference DE9-0064    DP-314165: Driver State Estimator

     Professional Services                              Hours          Amount

  02/01/2006 JFB Prepare Application ( $260.00/Hr)       1.10          286.00
  02/01/2006 FAK Prepare Application ( $170.00/Hr)       3.00          510.00
  02/02/2006 FAK Prepare Application ( $170.00/Hr)       3.00          510.00
  02/06/2006 FAK Prepare Application ( $170.00/Hr)       2.50          425.00
  02/07/2006 FAK Prepare Application ( $170.00/Hr)       3.00          510.00
  02/08/2006 FAK Prepare Application ( $170.00/Hr)       2.50          425.00
  02/10/2006 FAK Prepare Application ( $170.00/Hr)       2.50          425.00
  02/13/2006 FAK Prepare Application ( $170.00/Hr)       3.00          510.00
  02/14/2006 FAK Prepare Application ( $170.00/Hr)       3.00          510.00
  02/15/2006 FAK Prepare Application ( $170.00/Hr)       2.00          340.00
  02/24/2006 FAK Prepare Application ( $170.00/Hr)       4.00          680.00
  02/27/2006 FAK Prepare Application ( $170.00/Hr)       3.00          510.00
  02/28/2006 FAK Prepare Application ( $170.00/Hr)       3.50          595.00
  03/07/2006 FAK Prepare Application ( $170.00/Hr)       1.00          170.00
  03/09/2006 FAK Prepare Application ( $170.00/Hr)       1.00          170.00
  03/14/2006 FAK Prepare Application ( $170.00/Hr)       1.50          255.00
  03/15/2006 FAK Prepare Application ( $170.00/Hr)       2.50          425.00
  03/16/2006 FAK Prepare Application ( $170.00/Hr)       1.50          255.00
  03/20/2006 CCB Prepare Application ( $310.00/Hr)        .20           62.00
  04/03/2006 FAK Prepare Application ( $170.00/Hr)       1.00          170.00
  04/04/2006 JFB Prepare Application ( $260.00/Hr)        .80          208.00
  04/04/2006 FAK Telephone conference with inventor
                 re: application ( $170.00/Hr)           1.00          170.00
  04/05/2006 FAK Prepare Application ( $170.00/Hr)       4.50          765.00
  04/06/2006 FAK Prepare Application ( $170.00/Hr)       2.00          340.00
  04/11/2006 FAK Prepare Application ( $170.00/Hr)       2.50          425.00
  04/12/2006 FAK Prepare Application ( $170.00/Hr)       6.00        1,020.00
  04/13/2006 FAK Prepare Application ( $170.00/Hr)       7.00        1,190.00
  04/14/2006 FAK Prepare Application ( $170.00/Hr)       7.00        1,190.00
  04/17/2006 FAK Prepare Application ( $170.00/Hr)       1.50          255.00
  04/18/2006 FAK Prepare Application ( $170.00/Hr)       8.50        1,445.00
  04/19/2006 JFB Prepare Application ( $260.00/Hr)        .70          182.00
  04/19/2006 FAK Prepare Application ( $170.00/Hr)       7.50        1,275.00
  04/20/2006 FAK Prepare Application ( $170.00/Hr)       7.50        1,275.00
  04/21/2006 FAK Prepare Application ( $170.00/Hr)       7.50        1,275.00
```

DE9-0064                                                                  Page    2

```
04/24/2006 FAK Prepare Application ( $170.00/Hr)         8.50         1,445.00
04/25/2006 FAK Prepare Application ( $170.00/Hr)         4.00           680.00
04/26/2006 FAK Prepare Application ( $170.00/Hr)         3.00           510.00
04/27/2006 JFB Prepare Application ( $260.00/Hr)          .50           130.00
04/27/2006 FAK Prepare Application ( $170.00/Hr)         1.50           255.00
04/28/2006 FAK Prepare Application ( $170.00/Hr)         1.50           255.00
05/08/2006 JFB Prepare Application ( $260.00/Hr)         3.00           780.00
05/08/2006 FAK Prepare Application ( $170.00/Hr)         4.50           765.00
05/09/2006 FAK Prepare Application ( $170.00/Hr)         5.50           935.00
05/12/2006 JFB Prepare Application ( $260.00/Hr)          .70           182.00
05/12/2006 FAK Prepare Application ( $170.00/Hr)         5.50           935.00
05/15/2006 FAK Prepare Application ( $170.00/Hr)         3.00           510.00
05/16/2006 FAK Prepare Application ( $170.00/Hr)         7.50         1,275.00
05/18/2006 FAK Prepare Application ( $170.00/Hr)         5.00           850.00
05/19/2006 FAK Prepare Application ( $170.00/Hr)         2.50           425.00
05/25/2006 FAK Prepare Application ( $170.00/Hr)         3.00           510.00
05/26/2006 FAK Prepare Application ( $170.00/Hr)         2.50           425.00
05/30/2006 FAK Prepare Application ( $170.00/Hr)         2.50           425.00

Total Professional Services . . . . . . . . . . .     $30,050.00

Adjustment . . . . . . . . . . . . . . . . . . . .   ($30,050.00)

Total Professional Services . . . . . . . . . . .          $0.00

Total This Bill . . . . . . . . . . . . . . . . . . . . .  $0.00
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall



Services Thru: 05/31/06

Our Reference DE9-0065    DP-314453: Personalized Media Center
```

| Professional Services | Hours | Value |
|---|---|---|
| 02/02/2006 JFB Prepare Application ( $260.00/Hr) | 5.60 | 1,456.00 |
| 03/06/2006 JFB Telephone conference with inventor re: application ( $260.00/Hr) | 1.00 | 260.00 |
| 04/04/2006 JFB Prepare Application ( $260.00/Hr) | 2.20 | 572.00 |
| 04/05/2006 JFB Prepare Application ( $260.00/Hr) | 5.30 | 1,378.00 |
| 04/06/2006 JFB Prepare Application ( $260.00/Hr) | 5.10 | 1,326.00 |
| 05/08/2006 JFB Prepare Application ( $260.00/Hr) | .40 | 104.00 |
| 05/09/2006 JFB Prepare Application and file with USPTO ( $260.00/Hr) | .50 | 130.00 |

```
Total Professional Services . . . . . . . . . . .     $5,226.00

Adjustment . . . . . . . . . . . . . . . . . . . .     ($991.00)

Total Professional Services . . . . . . . . . . .     $4,235.00

Disbursements

05/09/2006     Government Fee for Filing                1,000.00
05/09/2006     Government Fee for Filing                   40.00
05/22/2006     Drawings                                   195.00
               Photocopies                                 12.40

Total Disbursements . . . . . . . . . . . . . . .     $1,247.40

Total This Bill . . . . . . . . . . . . . . . . . . . . $5,482.40
```

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall

Services Thru: 05/31/06

Our Reference DE9-0067    DP-314757: Thermal Activation of Hydrogen Generation

| Professional Services | Hours | Value |
|---|---|---|
| 02/01/2006 CCB Telephone conference with inventor re: application ( $310.00/Hr) | .50 | 155.00 |
| 02/08/2006 CCB Prepare Application ( $310.00/Hr) | 1.50 | 465.00 |
| Total Professional Services | | $620.00 |
| Adjustment | | ($620.00) |
| Total Professional Services | | $0.00 |

Disbursements

| 02/22/2006 | Government Fee for Filing | 200.00 |
| | Express Mail | 14.40 |
| Total Disbursements | | $214.40 |
| Total This Bill | | $214.40 |

```
                        CANTOR COLBURN LLP
                        55 GRIFFIN ROAD SOUTH
                        BLOOMFIELD, CT 06002
                        PHONE: (860)286-2929



                            July 28, 2006

     Delphi Technologies, Inc.
     Legal Staff M/C 480-410-202
     P.O Box 5052
     Troy, MI 48007
     Attn: Paul Marshall



Services Thru: 05/31/06

Our Reference DE9-0068    DP-312661: Focal Plane  Array Pixel Element for a
                          Ferroelectric Switching


     Professional Services                          Hours           Value

     03/27/2006 JFB Prepare and filed response to
                   notice to file missing parts
                   ( $260.00/Hr)                     .50           130.00
     03/31/2006 JFB Prepare documents regarding
                   assignment, and response to missing
                   parts ( $260.00/Hr)               .50           130.00

     Total Professional Services . . . . . . . . . . .      $260.00

     Disbursements

     04/04/2006      Government Fee for Filing                   1,050.00
     04/04/2006      Government Fee for Filing                     130.00
     04/04/2006      Government Fee for Filing                      40.00

     Total Disbursements . . . . . . . . . . . . . .   $1,220.00

     Total This Bill . . . . . . . . . . . . . . . . . . . . .   $1,480.00
```

```
                         CANTOR COLBURN LLP
                         55 GRIFFIN ROAD SOUTH
                         BLOOMFIELD, CT 06002
                         PHONE: (860)286-2929

                         July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall


Services Thru: 05/31/06

Our Reference DE9-0069    DP-313599: Sensor Lower Shield Brace


  Professional Services                                    Hours           Value

  02/01/2006 JFB Prepare Application ( $260.00/Hr)          .60           156.00
  02/01/2006 FAK Prepare Application ( $170.00/Hr)         2.00           340.00
  02/02/2006 FAK Prepare Application ( $170.00/Hr)         3.50           595.00
  02/03/2006 FAK Prepare Application ( $170.00/Hr)         2.50           425.00
  02/06/2006 FAK Prepare Application ( $170.00/Hr)         2.00           340.00
  02/07/2006 FAK Prepare Application ( $170.00/Hr)         2.00           340.00
  02/08/2006 FAK Prepare Application ( $170.00/Hr)         2.00           340.00
  02/09/2006 FAK Prepare Application ( $170.00/Hr)         1.00           170.00
  02/10/2006 FAK Prepare Application ( $170.00/Hr)         1.00           170.00
  02/14/2006 FAK Prepare Application ( $170.00/Hr)         1.00           170.00
  02/15/2006 FAK Prepare Application ( $170.00/Hr)         1.00           170.00
  02/16/2006 FAK Prepare Application ( $170.00/Hr)         1.00           170.00
  02/17/2006 FAK Prepare Application ( $170.00/Hr)         3.00           510.00
  02/20/2006 FAK Prepare Application ( $170.00/Hr)         3.00           510.00
  02/22/2006 FAK Prepare Application ( $170.00/Hr)         2.00           340.00
  02/23/2006 FAK Prepare Application ( $170.00/Hr)         3.00           510.00
  03/01/2006 FAK Prepare Application ( $170.00/Hr)         6.00         1,020.00
  03/02/2006 FAK Prepare Application ( $170.00/Hr)         5.50           935.00
  03/03/2006 FAK Prepare Application ( $170.00/Hr)         4.50           765.00
  03/06/2006 FAK Prepare Application ( $170.00/Hr)         4.00           680.00
  03/07/2006 FAK Prepare Application ( $170.00/Hr)         4.00           680.00
  03/08/2006 FAK Prepare Application ( $170.00/Hr)         2.00           340.00
  03/20/2006 CCB Prepare Application ( $310.00/Hr)          .10            31.00
  03/22/2006 CCB Prepare Application ( $310.00/Hr)          .20            62.00
  03/29/2006 CCB Prepare Application ( $310.00/Hr)         1.00           310.00
  03/29/2006 FAK Prepare Application ( $170.00/Hr)         2.00           340.00
  03/30/2006 CCB Prepare Application ( $310.00/Hr)         1.00           310.00
  03/30/2006 FAK Prepare Application ( $170.00/Hr)         2.00           340.00
  03/31/2006 CCB Prepare Application ( $310.00/Hr)         1.50           465.00
  04/01/2006 CCB Prepare Application ( $310.00/Hr)         5.00         1,550.00
  04/03/2006 CCB Prepare Application ( $310.00/Hr)          .50           155.00
  04/03/2006 FAK Prepare Application ( $170.00/Hr)         2.00           340.00
  04/04/2006 FAK Prepare Application ( $170.00/Hr)         1.50           255.00
  04/05/2006 FAK Prepare Application ( $170.00/Hr)         2.00           340.00
  04/26/2006 FAK Prepare Application ( $170.00/Hr)         1.50           255.00
```

DE9-0069                                                                                          Page    2

```
04/27/2006 FAK Prepare Application ( $170.00/Hr)      1.50         255.00
04/28/2006 FAK Prepare Application ( $170.00/Hr)       .50          85.00
05/04/2006 CCB Prepare Application ( $310.00/Hr)      1.00         310.00
05/22/2006 FAK Prepare Application ( $170.00/Hr)      2.50         425.00
05/23/2006 FAK Prepare Application ( $170.00/Hr)      6.50       1,105.00
05/24/2006 JFB Prepare Application ( $260.00/Hr)      1.20         312.00
05/24/2006 FAK Prepare Application ( $170.00/Hr)      2.00         340.00
05/25/2006 FAK Prepare Application ( $170.00/Hr)      2.00         340.00
05/26/2006 JFB Prepare Application ( $260.00/Hr)      2.10         546.00
05/26/2006 FAK Prepare Application ( $170.00/Hr)      2.50         425.00
05/30/2006 FAK Prepare Application ( $170.00/Hr)      2.50         425.00
```

Total Professional Services . . . . . . . . . . .      $18,997.00

Adjustment . . . . . . . . . . . . . . . . . . .      ($18,997.00)

Total Professional Services . . . . . . . . . . .            $0.00

Disbursements

04/07/2006        Drawings                                                      250.00

Total Disbursements . . . . . . . . . . . . . . .          $250.00

Total This Bill . . . . . . . . . . . . . . . . . . . . .                      $250.00