```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                    July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall



Services Thru: 05/31/06

Our Reference DE9-0070    DP-313898: Reduced Coverage Electrodes for
                          Exhaust Sensors and Fuel



   Professional Services                              Hours         Value

   02/07/2006 CCB Prepare Application ( $310.00/Hr)    1.50         465.00
   03/21/2006 CCB Prepare Application ( $310.00/Hr)    1.00         310.00
   03/22/2006 CCB Prepare Application ( $310.00/Hr)    1.00         310.00
   03/28/2006 CCB Prepare Application ( $310.00/Hr)    1.00         310.00
   04/26/2006 CCB Prepare Application ( $310.00/Hr)    4.50       1,395.00
   04/27/2006 CCB Prepare Application ( $310.00/Hr) ·  7.00       2,170.00
   04/28/2006 CCB Prepare Application ( $310.00/Hr)     .40         124.00

   Total Professional Services . . . . . . . . . . .           $5,084.00

   Adjustment . . . . . . . . . . . . . . . . . . .           ($5,084.00)

   Total Professional Services . . . . . . . . . .                  $0.00

   Total This Bill . . . . . . . . . . . . . . . . . . . . .         $0.00
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall



Services Thru: 05/31/06

Our Reference DE9-0071    DP-314518: Bi-Directional Air Flow Measurement



    Professional Services                              Hours          Amount

    03/29/2006 CCB Prepare Application ( $310.00/Hr)     .50           155.00
    04/12/2006 CCB Prepare Application ( $310.00/Hr)    6.00         1,860.00
    04/17/2006 CCB Prepare Application ( $310.00/Hr)    2.60           806.00
    05/15/2006 GJA Prepare Application ( $120.00/Hr)     .90           108.00
    05/16/2006 GJA Prepare Application ( $120.00/Hr)    2.30           276.00
    05/17/2006 GJA Prepare Application ( $120.00/Hr)    5.50           660.00
    05/18/2006 GJA Prepare Application ( $120.00/Hr)    3.60           432.00
    05/19/2006 GJA Prepare Application ( $120.00/Hr)    3.50           420.00
    05/22/2006 GJA Prepare Application ( $120.00/Hr)    5.60           672.00
    05/23/2006 GJA Prepare Application ( $120.00/Hr)    4.90           588.00
    05/24/2006 GJA Prepare Application ( $120.00/Hr)    2.60           312.00

    Total Professional Services . . . . . . . . . . .  $6,289.00

    Adjustment . . . . . . . . . . . . . . . . . . .  ($2,188.00)

    Total Professional Services . . . . . . . . . . .  $4,101.00

    Total This Bill . . . . . . . . . . . . . . . . . . . . . . .    $4,101.00
```

```
               CANTOR COLBURN LLP
               55 GRIFFIN ROAD SOUTH
               BLOOMFIELD, CT 06002
               PHONE: (860)286-2929


                    July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall


Services Thru: 05/31/06

Our Reference DE9-0072    DP-314519: Integrated Sensor - Mesh Assembly



   Professional Services                                     Hours           Amount

   03/29/2006 CCB Prepare Application ( $310.00/Hr)           .50            155.00
   04/25/2006 FAK Prepare Application ( $170.00/Hr)          2.50            425.00
   04/26/2006 FAK Prepare Application ( $170.00/Hr)          3.50            595.00
   04/27/2006 FAK Prepare Application ( $170.00/Hr)          5.00            850.00
   04/28/2006 FAK Prepare Application ( $170.00/Hr)          6.50          1,105.00
   05/01/2006 FAK Prepare Application ( $170.00/Hr)           .50             85.00
   05/03/2006 FAK Prepare Application ( $170.00/Hr)          6.00          1,020.00
   05/04/2006 FAK Prepare Application ( $170.00/Hr)          3.00            510.00
   05/05/2006 FAK Prepare Application ( $170.00/Hr)          6.50          1,105.00
   05/08/2006 FAK Prepare Application ( $170.00/Hr)          2.50            425.00
   05/16/2006 FAK Prepare Application ( $170.00/Hr)          3.00            510.00
   05/25/2006 JFB Prepare Application ( $260.00/Hr)           .50            130.00
   05/26/2006 FAK Prepare Application ( $170.00/Hr)           .50             85.00
   05/31/2006 JFB Prepare Application ( $260.00/Hr)           .20             52.00
   05/31/2006 FAK Prepare Application ( $170.00/Hr)          1.50            255.00

   Total Professional Services . . . . . . . . . . .       $7,307.00

   Adjustment . . . . . . . . . . . . . . . . . . .       ($3,051.00)

   Total Professional Services . . . . . . . . . . .       $4,256.00

   Total This Bill . . . . . . . . . . . . . . . . . . . . .        $4,256.00
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929

                    July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall


Services Thru: 05/31/06

Our Reference DE9-0073    DP-314520: Ultrasonic Mesh Neblizer


  Professional Services                               Hours          Amount

  02/13/2006 CCB Prepare Application ( $310.00/Hr)     1.00          310.00
  03/09/2006 TK  Prepare Application ( $160.00/Hr)     4.00          640.00
  03/10/2006 TK  Prepare Application ( $160.00/Hr)     2.00          320.00
  03/13/2006 TK  Prepare Application ( $160.00/Hr)     4.00          640.00
  03/14/2006 TK  Prepare Application ( $160.00/Hr)     4.00          640.00
  03/15/2006 TK  Prepare Application ( $160.00/Hr)     4.00          640.00
  03/16/2006 TK  Prepare Application ( $160.00/Hr)     4.00          640.00
  03/17/2006 TK  Prepare Application ( $160.00/Hr)     2.00          320.00
  03/27/2006 TK  Prepare Application ( $160.00/Hr)     4.00          640.00
  03/28/2006 TK  Prepare Application ( $160.00/Hr)     4.00          640.00
  03/29/2006 TK  Prepare Application ( $160.00/Hr)     4.00          640.00
  03/30/2006 TK  Prepare Application ( $160.00/Hr)     4.00          640.00
  03/31/2006 TK  Prepare Application ( $160.00/Hr)     2.00          320.00
  04/05/2006 CCB Telephone conference with Inventor
                 re: application; prepare patent
                 application ( $310.00/Hr)              .60          186.00
  04/05/2006 JFB Prepare Application ( $260.00/Hr)     2.50          650.00
  04/06/2006 JFB Prepare Application ( $260.00/Hr)      .40          104.00
  04/10/2006 JFB Prepare Application ( $260.00/Hr)     1.20          312.00
  04/12/2006 JFB Prepare Application ( $260.00/Hr)     1.70          442.00
  04/17/2006 JFB Prepare Application ( $260.00/Hr)     1.70          442.00
  04/21/2006 JFB Prepare Application ( $260.00/Hr)     1.00          260.00
  04/26/2006 JFB Prepare Application ( $260.00/Hr)     1.10          286.00
  04/27/2006 JFB Prepare Application ( $260.00/Hr)      .90          234.00

  Total Professional Services . . . . . . . . . . .   $9,946.00

  Adjustment . . . . . . . . . . . . . . . . . . .   ($5,845.00)

  Total Professional Services . . . . . . . . . . .   $4,101.00

  Total This Bill . . . . . . . . . . . . . . . . . . . . . .     $4,101.00
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929

                         July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall


Services Thru: 05/31/06

Our Reference DE9-0074    DP-314452: Method of and Apparatus of a
                          Universal Infrared

     Professional Services                        Hours         Amount

02/10/2006 CCB Review PowerPoint file
               ( $310.00/Hr)                       1.00         310.00
02/13/2006 CCB Prepare Application ( $310.00/Hr)   1.00         310.00
02/14/2006 CCB Prepare Application ( $310.00/Hr)    .40         124.00
02/15/2006 CCB Prepare Application ( $310.00/Hr)    .30          93.00
02/28/2006 CCB Prepare Application ( $310.00/Hr)    .50         155.00
03/02/2006 CCB Prepare Application ( $310.00/Hr)   1.50         465.00
03/03/2006 CCB Prepare Application ( $310.00/Hr)   1.00         310.00
03/06/2006 CCB Prepare Application ( $310.00/Hr)   4.00       1,240.00
03/07/2006 CCB Prepare Application ( $310.00/Hr)   1.00         310.00
03/13/2006 CCB Prepare Application ( $310.00/Hr)    .30          93.00
03/21/2006 CCB Prepare Application ( $310.00/Hr)    .30          93.00
03/28/2006 CCB Prepare Application ( $310.00/Hr)   2.00         620.00
04/09/2006 CCB Prepare Application ( $310.00/Hr)   2.00         620.00
04/10/2006 CCB Telephone conference with Andrzej
               Pawlak re: U.S. Patent 6,985,233
               ( $310.00/Hr)                        .50         155.00
04/21/2006 CCB Prepare Application ( $310.00/Hr)   1.00         310.00
04/24/2006 CCB Prepare Application ( $310.00/Hr)   3.00         930.00
05/05/2006 CCB Prepare Application ( $310.00/Hr)    .30          93.00
05/08/2006 CCB Prepare Application ( $310.00/Hr)    .30          93.00
05/10/2006 CCB Prepare Application ( $310.00/Hr)   7.00       2,170.00
05/26/2006 CCB Prepare Application ( $310.00/Hr)   1.20         372.00
05/31/2006 CCB Prepare Application ( $310.00/Hr)   1.00         310.00

Total Professional Services . . . . . . . . . . .       $9,176.00

Adjustment . . . . . . . . . . . . . . . . . . . .     ($5,261.00)

Total Professional Services . . . . . . . . . . .       $3,915.00

Total This Bill . . . . . . . . . . . . . . . . . . . . .   $3,915.00
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929

                    July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall


Services Thru: 05/31/06

Our Reference DE9-0075     DP-314600: Converter Shell Exhaust Oxygen
                           Sensor Mount



  Professional Services                              Hours           Value

  02/01/2006 CCB Prepare provisional patent
                 application ( $310.00/Hr)            1.50          465.00
  02/07/2006 CCB Prepare Application and review for
                 CIP application ( $310.00/Hr)         .50          155.00
  02/09/2006 CCB Prepare Application ( $310.00/Hr)    2.00          620.00

  Total Professional Services . . . . . . . . . .   $1,240.00

  Adjustment . . . . . . . . . . . . . . . . . .   ($1,240.00)

  Total Professional Services . . . . . . . . . .     $0.00

  Disbursements

  02/02/2006      Government Fee for Filing                         200.00
                  Photocopies                                        19.00

  Total Disbursements . . . . . . . . . . . . . .    $219.00

  Total This Bill . . . . . . . . . . . . . . . . . . . . . . .    $219.00
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         July 28, 2006

     Delphi Technologies, Inc.
     Legal Staff M/C 480-410-202
     P.O Box 5052
     Troy, MI 48007
     Attn: Paul Marshall
```

Services Thru: 05/31/06

Our Reference DE9-0076    DP-314782: Inner End-Cone Stabilizing Dimples

| Professional Services | Hours | Amount |
|---|---|---|
| 03/18/2006 CCB Prepare Application ( $310.00/Hr) | .30 | 93.00 |
| 04/10/2006 CCB Prepare Application and review prior art ( $310.00/Hr) | 1.50 | 465.00 |
| 04/17/2006 CCB Prepare Application ( $310.00/Hr) | .30 | 93.00 |
| 04/25/2006 FAK Prepare Application ( $170.00/Hr) | 2.50 | 425.00 |
| 05/01/2006 FAK Prepare Application ( $170.00/Hr) | 9.50 | 1,615.00 |
| 05/02/2006 FAK Prepare Application ( $170.00/Hr) | 8.50 | 1,445.00 |
| 05/03/2006 FAK Prepare Application ( $170.00/Hr) | 4.50 | 765.00 |
| 05/04/2006 FAK Prepare Application ( $170.00/Hr) | 6.50 | 1,105.00 |
| 05/05/2006 FAK Prepare Application ( $170.00/Hr) | 2.00 | 340.00 |
| 05/08/2006 FAK Prepare Application ( $170.00/Hr) | 2.50 | 425.00 |
| 05/15/2006 FAK Prepare Application ( $170.00/Hr) | 2.50 | 425.00 |
| 05/23/2006 FAK Prepare Application ( $170.00/Hr) | 1.00 | 170.00 |
| 05/25/2006 JFB Prepare Application ( $260.00/Hr) | 1.10 | 286.00 |
| 05/25/2006 FAK Prepare Application ( $170.00/Hr) | 4.50 | 765.00 |
| 05/30/2006 JFB Prepare Application ( $260.00/Hr) | 1.70 | 442.00 |
| 05/30/2006 FAK Prepare Application ( $170.00/Hr) | 2.50 | 425.00 |
| 05/31/2006 JFB Prepare Application ( $260.00/Hr) | 1.10 | 286.00 |
| 05/31/2006 FAK Prepare Application ( $170.00/Hr) | 4.00 | 680.00 |

Total Professional Services . . . . . . . . . . .   $10,250.00

Adjustment . . . . . . . . . . . . . . . . . . .   ($10,227.00)

Total Professional Services . . . . . . . . . . .        $23.00

Total This Bill . . . . . . . . . . . . . . . . . . . .   $23.00

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929

                         July 28, 2006

     Delphi Technologies, Inc.
     Legal Staff M/C 480-410-202
     P.O Box 5052
     Troy, MI 48007
     Attn: Paul Marshall

Services Thru: 05/31/06

Our Reference DE9-0077    DP-314851: Catalytic Converter with Helmholtz
                          Resonator

     Professional Services                         Hours         Amount

     02/01/2006 FAK Prepare Application ( $170.00/Hr)    .50          85.00
     02/02/2006 FAK Prepare Application ( $170.00/Hr)   1.00         170.00
     02/03/2006 FAK Prepare Application ( $170.00/Hr)   1.50         255.00
     02/06/2006 FAK Prepare Application ( $170.00/Hr)   1.00         170.00
     02/09/2006 FAK Prepare Application ( $170.00/Hr)   1.50         255.00
     02/10/2006 FAK Prepare Application ( $170.00/Hr)   1.00         170.00
     02/13/2006 FAK Prepare Application ( $170.00/Hr)   1.00         170.00
     02/23/2006 FAK Prepare Application ( $170.00/Hr)   1.00         170.00
     02/24/2006 FAK Prepare Application ( $170.00/Hr)   2.50         425.00
     02/27/2006 FAK Prepare Application ( $170.00/Hr)   3.50         595.00
     02/28/2006 FAK Prepare Application ( $170.00/Hr)   3.50         595.00
     03/01/2006 FAK Prepare Application ( $170.00/Hr)   3.00         510.00
     03/02/2006 FAK Prepare Application ( $170.00/Hr)   3.00         510.00
     03/03/2006 FAK Prepare Application ( $170.00/Hr)   3.00         510.00
     03/06/2006 FAK Prepare Application ( $170.00/Hr)   2.00         340.00
     03/09/2006 FAK Prepare Application ( $170.00/Hr)   3.00         510.00
     03/10/2006 FAK Prepare Application ( $170.00/Hr)   4.50         765.00
     03/13/2006 FAK Prepare Application ( $170.00/Hr)   5.00         850.00
     03/14/2006 FAK Prepare Application ( $170.00/Hr)   4.00         680.00
     03/15/2006 FAK Prepare Application ( $170.00/Hr)   4.50         765.00
     03/16/2006 FAK Prepare Application ( $170.00/Hr)   4.50         765.00
     03/17/2006 FAK Prepare Application ( $170.00/Hr)   5.00         850.00
     03/21/2006 FAK Prepare Application ( $170.00/Hr)   6.00       1,020.00
     03/22/2006 FAK Prepare Application ( $170.00/Hr)   2.50         425.00
     03/23/2006 FAK Prepare Application ( $170.00/Hr)   1.50         255.00
     03/24/2006 FAK Prepare Application ( $170.00/Hr)   1.50         255.00
     03/28/2006 FAK Prepare Application ( $170.00/Hr)   5.50         935.00
     03/29/2006 FAK Prepare Application ( $170.00/Hr)   3.50         595.00
     03/30/2006 FAK Prepare Application ( $170.00/Hr)   5.00         850.00
     03/31/2006 FAK Prepare Application ( $170.00/Hr)   7.50       1,275.00
     04/03/2006 FAK Prepare Application ( $170.00/Hr)   6.00       1,020.00
     04/04/2006 FAK Prepare Application ( $170.00/Hr)   6.50       1,105.00
     04/05/2006 FAK Prepare Application ( $170.00/Hr)   3.00         510.00
     04/06/2006 FAK Prepare Application ( $170.00/Hr)   5.50         935.00
     04/07/2006 FAK Prepare Application ( $170.00/Hr)   6.50       1,105.00
```

```
DE9-0077                                                       Page     2


04/10/2006 FAK Prepare Application ( $170.00/Hr)        5.50          935.00
04/11/2006 FAK Prepare Application ( $170.00/Hr)        2.00          340.00
04/19/2006 FAK Prepare Application ( $170.00/Hr)        2.50          425.00
04/20/2006 CCB Prepare Application ( $310.00/Hr)         .50          155.00
04/20/2006 FAK Prepare Application ( $170.00/Hr)        2.00          340.00
05/16/2006 FAK Prepare Application ( $170.00/Hr)        2.50          425.00

Total Professional Services . . . . . . . . . . .    $23,020.00

Adjustment . . . . . . . . . . . . . . . . . . .    ($18,733.00)

Total Professional Services . . . . . . . . . . .     $4,287.00

Total This Bill . . . . . . . . . . . . . . . . . . . . .        $4,287.00
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall
```

Services Thru: 05/31/06

Our Reference DE9-0078    DP-314995: Internally Insulated Converter Design with Mid-Bed

| Professional Services | Hours | Value |
|---|---|---|
| 02/01/2006 CCB Prepare provisional patent application ( $310.00/Hr) | 1.50 | 465.00 |
| Total Professional Services . . . . . . . . . . . | $465.00 | |

Disbursements

| | | |
|---|---|---|
| 02/01/2006 | Drawings | 120.00 |
| 02/02/2006 | Government Fee for Filing | 200.00 |
| | Photocopies | 10.60 |
| | Postage | 3.66 |
| Total Disbursements . . . . . . . . . . . . . . . | $334.26 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . | | $799.26 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall

Services Thru: 05/31/06

Our Reference DE9-0079    DP-314523: Multimetal ████████████ s for ██ Oxidation Catalysis

| Professional Services | Hours | Amount |
|---|---|---|
| 02/28/2006 PJC Prepare Application ( $320.00/Hr) | 1.00 | 320.00 |
| 04/03/2006 PJC Telephone conference with the inventors re: application ( $320.00/Hr) | .50 | 160.00 |
| 04/06/2006 PJC Telephone conference with the inventors re: application ( $320.00/Hr) | .80 | 256.00 |
| Total Professional Services . . . . . . . . . . . . | | $736.00 |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | $736.00 |

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         July 28, 2006

    Delphi Technologies, Inc.
    Legal Staff M/C 480-410-202
    P.O Box 5052
    Troy, MI 48007
    Attn: Paul Marshall



Services Thru: 05/31/06

Our Reference DE9-0080     DP-314511: Combined ▆ with ▆▆▆▆ for
                           DNT/DCPT Applications



   Professional Services                              Hours        Amount

   03/15/2006 PJC Prepare Application ( $320.00/Hr)     .50         160.00
   03/15/2006 MRS Prepare Application ( $155.00/Hr)    5.00         775.00
   03/16/2006 PJC Telephone conference with the
                  inventors re: application
                  ( $320.00/Hr)                        1.00         320.00
   03/16/2006 MRS Prepare Application ( $155.00/Hr)    3.00         465.00
   03/17/2006 MRS Prepare Application ( $155.00/Hr)    2.00         310.00
   03/20/2006 MRS Prepare Application ( $155.00/Hr)    6.00         930.00
   03/23/2006 MRS Prepare Application ( $155.00/Hr)    3.00         465.00
   03/24/2006 MRS Prepare Application ( $155.00/Hr)    6.00         930.00
   03/27/2006 MRS Prepare Application ( $155.00/Hr)    4.00         620.00
   03/29/2006 MRS Prepare Application ( $155.00/Hr)    3.00         465.00
   03/31/2006 PJC Review Application  ( $320.00/Hr)    2.00         640.00

   Total Professional Services . . . . . . . . . .   $6,080.00

   Adjustment . . . . . . . . . . . . . . . . . .   ($1,240.00)

   Total Professional Services . . . . . . . . . .   $4,840.00

   Total This Bill . . . . . . . . . . . . . . . . . . . . .     $4,840.00
```

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall


Services Thru: 05/31/06

Our Reference DE9-0081    DP-314512: ▊ with ▊ Scavenger Function for Low Temperature Passive

| Professional Services | Hours | Amount |
|---|---|---|
| 03/29/2006 MRS Prepare Application ( $155.00/Hr) | 1.00 | 155.00 |
| 04/04/2006 MRS Evaluate inventor disclosure ( $155.00/Hr) | 1.00 | 155.00 |
| 04/06/2006 PJC Telephone conference with the inventor re: application ( $320.00/Hr) | .50 | 160.00 |
| 04/06/2006 MRS Prepare Application ( $155.00/Hr) | .50 | 77.50 |
| 05/01/2006 MRS Review presentation forwarded by B. Southward ( $155.00/Hr) | 1.00 | 155.00 |

Total Professional Services . . . . . . . . . . . .    $702.50

Total This Bill . . . . . . . . . . . . . . . . . . . . . .    $702.50

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929
```

July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall

Services Thru: 05/31/06

Our Reference DE9-0082        DP-315079: Axial Compression Canning
                              Technology for DPF's

| Professional Services | Hours | Amount |
|---|---|---|
| 03/13/2006 CCB Prepare Application ( $310.00/Hr) | 1.00 | 310.00 |
| 03/16/2006 CCB Prepare Application ( $310.00/Hr) | .50 | 155.00 |
| 03/21/2006 CCB Prepare Application ( $310.00/Hr) | 1.00 | 310.00 |
| Total Professional Services . . . . . . . . . . . | | $775.00 |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . | | $775.00 |

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall



Services Thru: 05/31/06

Our Reference DE9-0083    DP-314521: Smart Nebulizer



    Professional Services                               Hours          Amount

    03/30/2006 CCB Prepare Application ( $310.00/Hr)     .30            93.00

    Total Professional Services . . . . . . . . . . .   $93.00

    Total This Bill . . . . . . . . . . . . . . . . . . . . .           $93.00
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall



Services Thru: 05/31/06

Our Reference DE9-0084     DP-315262: Catalyst Anneal or Durable
                           Stoichimetric Shift



     Professional Services                        Hours         Amount

     05/10/2006 CCB Prepare Application ( $310.00/Hr)   .50      155.00
     05/12/2006 CCB Prepare Application ( $310.00/Hr)   .50      155.00
     05/26/2006 CCB Prepare Application ( $310.00/Hr)   .50      155.00

     Total Professional Services . . . . . . . . . .   $465.00

     Total This Bill . . . . . . . . . . . . . . . . . . . . .  $465.00
```

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


July 28, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall


Services Thru: 05/31/06

Our Reference DE9-0085      DP-315103: Species Exhaust Gas Sensors


| Professional Services | Hours | Amount |
|---|---:|---:|
| 05/12/2006 CCB Prepare Application ( $310.00/Hr) | .50 | 155.00 |
| 05/25/2006 GJA Prepare Application ( $120.00/Hr) | 4.00 | 480.00 |
| 05/26/2006 GJA Prepare Application ( $120.00/Hr) | 5.60 | 672.00 |
| 05/30/2006 JFB Examined invention disclosure ( $260.00/Hr) | 1.20 | 312.00 |
| 05/30/2006 GJA Prepare Application ( $120.00/Hr) | 3.10 | 372.00 |
| 05/31/2006 CCB Prepare Application ( $310.00/Hr) | .30 | 93.00 |
| 05/31/2006 JFB Examined invention disclosure ( $260.00/Hr) | 2.50 | 650.00 |
| 05/31/2006 GJA Prepare Application ( $120.00/Hr) | 6.10 | 732.00 |

Total Professional Services . . . . . . . . . . .    $3,466.00

Total This Bill . . . . . . . . . . . . . . . . . . . . . .    $3,466.00

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929



                         July 28, 2006

    Delphi Technologies, Inc.
    Legal Staff M/C 480-410-202
    P.O Box 5052
    Troy, MI 48007
    Attn: Paul Marshall



Services Thru: 05/31/06

Our Reference DE9-0086     DP-315278: Independent Converter Catalyst
                           Support Systems



         Professional Services                       Hours            Amount

    05/26/2006 CCB Prepare Application ( $310.00/Hr)    .50            155.00
    05/30/2006 CCB Prepare Application ( $310.00/Hr)   1.00            310.00

    Total Professional Services . . . . . . . . . .   $465.00

    Total This Bill . . . . . . . . . . . . . . . . . . . . .        $465.00
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         July 28, 2006

Delphi Technologies Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007
Attn: James L. Funke
(Cichosz)


Services Thru: 05/31/06

Our Reference DEP-0210    DP-305003: Catalytic Converter wit Integral
                          Oxygen Sensor Bushing



      Professional Services                        Hours          Value

    02/07/2006 CCB Prepare Application and review for
               CIP application ( $310.00/Hr)         .50         155.00

    Total Professional Services . . . . . . . . . . . $155.00

    Total This Bill . . . . . . . . . . . . . . . . . . . . . $155.00
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         July 28, 2006

    Delphi Technologies Inc.
    Legal Staff-M/C 480-410-202
    P.O. Box 5052
    Troy, Michigan 48007
    AttN: James L. Funke
    (Cichosz)


Services Thru: 05/31/06

Our Reference DEP-0338      DP-309198: An Integrated Catalytic System for
                            Automotive Exhaust
```

| Professional Services | Hours | Value |
|---|---|---|
| 02/06/2006 MRS Prepare Amendment ( $155.00/Hr) | 4.00 | 620.00 |
| 02/07/2006 MRS Prepare Amendment ( $155.00/Hr) | 2.00 | 310.00 |
| 02/23/2006 PJC Review and update Amendment; prepare Amendment for filing ( $320.00/Hr) | .50 | 160.00 |
| 03/06/2006 MRS Prepare Amendment ( $155.00/Hr) | .50 | 77.50 |
| 05/15/2006 PJC Review Notice; Contact United States Patent and Trademark Office ( $320.00/Hr) | .30 | 96.00 |

Total Professional Services . . . . . . . . . . .   $1,263.50

Adjustment . . . . . . . . . . . . . . . . . . .   ($1,167.50)

Total Professional Services . . . . . . . . . . .     $96.00

Disbursements

03/07/2006    Government Fee for Filing                              500.00

Total Disbursements . . . . . . . . . . . . . .      $500.00

Total This Bill . . . . . . . . . . . . . . . . . . . . . .          $596.00