EXHIBIT G



**BANNER & WITCOFF, LTD.**
INTELLECTUAL PROPERTY LAW

Suite 3000
10 South Wacker Drive
Chicago, IL 60606

Tel: 312.463.5000
Fax: 312.463.5001
www.bannerwitcoff.com

FEIN # 36-4008943

Delphi Technologies, Inc.
 Mr. Cosnowski
Legal Staff - Intell. Property
P.O. Box 5052
MC: 480-414-420
Troy, MI 48007-5052

| | |
|---|---:|
| Invoice Number | 1616698 |
| Invoice Date | 03/21/06 |
| Client Number | 004588 |
| Matter Number | 00013 |

RE:   00013   **Automotive Technologies v. BMW of North America, et al.**
**Case No. 01-71700**
**Delphi File No. 2001-000762 (ATI I)**

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/06:

| Date | Tkpr | | | Hours |
|---|---|---|---|---:|
| 01/04/06 | CWS | DELP36 | Reading of e-mail and orders, including the one that we are approved by the bankruptcy court to represent Delphi, necessary following actions here at B&W, and e-mail of the orders to Mr. Cosnowski and Mr. Twomey | 1.00 |
| 01/13/06 | CWS | DELP36 | Taking an extended call from Mr. Hosken, the CAFC mediation administrator, reviewing filings and mediation administration materials, conferrals with Mr. Patel, and a call and e-mail to Mr. Cosnowski | 1.00 |
| 01/19/06 | CWS | DELP36 | Voice mail to Mr. Hosken, report to Mr. Cosnowski | 0.40 |

004588
00013
03/21/06

Invoice Number 1010098
Page 2

| Date | Tkpr | | Description | Hours |
|------|------|------|-------------|-------|
| 01/19/06 | BJP | DELP36 | Review Federal Rules regarding filing of a Docketing Statement; conferral with Court regarding said submission; prepare Docketing Statement for filing; conferral with team regarding response to Court regarding possible mediation | 2.50 |
| 01/20/06 | CWS | DELP36 | Gathering mediator information | 5.00 |
| 01/23/06 | CWS | DELP36 | Continued collection of mediator information | 4.00 |
| 01/24/06 | CWS | DELP36 | Taking a call from Mr. Hosken the mediation administrator, considering the available mediators, choosing a recommendation, e-mail to Mr. Cosnowski and instructions to Mr. Patel | 1.00 |
| 01/25/06 | CWS | DELP36 | Continued study of potential mediators | 2.00 |
| 01/30/06 | CWS | DELP36 | Response to Mr. Baniak's call, including the message that Delphi is not taking an initiative to mediation but responding to Mr. Hosken's initiative; email report to Mr. Cosnowski; live report to Mr. Patel; telephone conferral with Mr. Cosnowski | 1.20 |

TOTAL HOURS  18.10

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| Binal J. Patel | 2.50 | at | $320.00 | = | 800.00 |
| Charles W. Shifley | 15.60 | at | $435.00 | = | 6,786.00 |

CURRENT FEES  7,586.00

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Photocopies at $ .10 per page | 6.00 |
| Telephone charges | 11.88 |
| Courier charges | 30.30 |

004588
00013
03/21/06

Invoice Number 1616698
Page 3

|  |  |
|---|---|
| CURRENT EXPENSES | 48.18 |
| TOTAL THIS MATTER | 7,634.18 |
| TOTAL AMOUNT THIS INVOICE | US $7,634.18 |

For wiring payment, please use the following bank information. SunTrust Bank, 1445 New York Avenue, N.W., Washington, DC 20005, (800) 947-3786; ABA Number: 061000104; Account Number: 514342. Please indicate client, matter and invoice numbers with wire remittance.