# EXHIBIT I

**BANNER & WITCOFF, LTD.**
INTELLECTUAL PROPERTY LAW

Suite 3000
10 South Wacker Drive
Chicago, IL 60606

Tel: 312.463.5000
Fax: 312.463.5001
www.bannerwitcoff.com

FEIN # 36-4008943

Delphi Technologies, Inc.
 Mr. Cosnowski
Legal Staff - Intell. Property
P.O. Box 5052
MC: 480-414-420
Troy, MI 48007-5052

| | |
|---|---|
| Invoice Number | 1624090 |
| Invoice Date | 06/15/06 |
| Client Number | 004588 |
| Matter Number | 00013 |

RE:   00013   Automotive Technologies v. BMW of North America, et al.
Case No. 01-71700
Delphi File No. 2001-000762 (ATI I)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/06:

| Date | Tkpr | | | Hours |
|---|---|---|---|---|
| 05/01/06 | CWS | DELP36 | Handling the issue of whether the fee application should be filed under seal, resolving against filing under seal, after consultation with Mr. Zaltsman at Skadden and Mr. Cosnowski at Delphi | 0.90 |
| 05/03/06 | CWS | DELP36 | Continued handling of the filing of the fee application not under seal in relation to preserving interests in the pending case | 0.30 |
| 05/09/06 | CWS | DELP36 | Handling our engagement with General Motors at the request of Delphi in greater detail than the past in light of mediation and bankruptcy | 0.50 |

004588-00013
06/15/06

05-44481-rdd    Doc 4777-10    Filed 07/31/06    Entered 07/31/06 17:16:37    Exhibit I
Pg 3 of 4

Invoice Number 1624090
Page 2

| Date | Tkpr | | | Hours |
|---|---|---|---|---|
| 05/09/06 | BJP | DELP16 | Coordinate with clients regarding scheduling of mediation | 0.80 |
| 05/10/06 | CWS | DELP36 | Continued handling of the relationship to General Motors, including analysis and a call with Delphi's Mr. Cosnowski, e-mail with a GM representative; and continued work on scheduling mediation | 1.20 |
| 05/15/06 | CWS | DELP36 | Extended consideration of the potential for mediation | 1.50 |
| 05/17/06 | CWS | DELP16 | Detailed review of the proposed mediation agreement, and direction to Mr. Patel to contact Mr. Cosnowski about its need for revisions; after revisions by Mr. Cosnowski, further revisions; e-mail to all concerned | 1.70 |
| 05/22/06 | BJP | DELP16 | Initiate preparation of mediation brief | 3.20 |
| 05/23/06 | BJP | DELP16 | Continued preparation of mediation brief including review of pending cases and providing a summary of the status of each case | 6.30 |
| 05/24/06 | CWS | DELP16 | Continued senior input into the draft mediation statement, and conferral with Mr. Cosnowski about representation at the mediation | 1.80 |
| 05/24/06 | BJP | DELP16 | Finalize initial draft of mediation brief providing an overview of all pending matters with ATI regarding side sensors; coordinate with Mr. Cosnowski, General Motors and co-defendants regarding strategy for mediation | 6.50 |
| 05/30/06 | CWS | DELP16 | Review of the latest draft mediation statement, review of settlement related information, and suggestion for the phrasing of our settlement section of the statement | 2.20 |
| 05/31/06 | BJP | DELP16 | Review and revise mediation brief in preparation for submission to the mediator; conferral with co-defendants regarding strategy for mediation | 3.20 |

004588-00013
06/15/06

05-44481-rdd    Doc 4777-10    Filed 07/31/06    Entered 07/31/06 17:16:37    Exhibit I
Pg 4 of 4

Invoice Number 162409
Page 3

| Date | Tkpr | | | Hours |
|---|---|---|---|---|
| 05/31/06 | CWS | DELP16 | Continued senior input into the editing of the mediation statement and next status report, and into our mediation positions and plan to have information for the mediator | 0.90 |

TOTAL HOURS     31.00

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Binal J. Patel | 20.00 | at | $320.00 | = | 6,400.00 |
| Charles W. Shifley | 11.00 | at | $435.00 | = | 4,785.00 |

CURRENT FEES     11,185.00

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Computer Assisted Research - Westlaw | 99.85 |
| Photocopies at $ .10 per page | 11.00 |
| Telephone charges | 72.27 |
| Courier charges | 76.85 |

CURRENT EXPENSES     259.97

TOTAL THIS MATTER     11,444.97

TOTAL AMOUNT THIS INVOICE     US $11,444.97

For wiring payment, please use the following bank information. SunTrust Bank, 1445 New York Avenue, N.W., Washington, DC 20005, (800) 947-3786; ABA Number: 061000104; Account Number: 514342. Please indicate client, matter and invoice numbers with wire remittance.