# EXHIBIT L

BANNER & WITCOFF, LTD.
INTELLECTUAL PROPERTY LAW

TEN SOUTH WACKER DRIVE
SUITE 3000
CHICAGO, ILLINOIS 60606-7407

TEL: 312.463.5000
FAX: 312.463.5001
www.bannerwitcoff.com

**Charles W. Shifley**
Direct Dial: (312) 463-5441
cshifley@bannerwitcoff.com

June 19, 2006

Mr. David Sherbin
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098-2815

Re:   Delphi Corporation et al. - Chapter 11 Proceedings
       Monthly Statement of Fees and Disbursements

Dear David:

Enclosed please find our monthly statement for legal services rendered to the above referenced debtors and debtors-in-possession (collectively the "Debtors") and for reimbursement of expenses incurred in connection with such representation from May 1, 2006 through May 31, 2006 (the "Fee Period").

The total invoice for the Fee Period is $11,444.97, which is composed of (i) $11,185.00 for fees and (ii) $259.97 for expenses.

Please feel free to contact me with any questions.

Very truly yours,

Charles W. Shifley
Charles W. Shifley

CWS/sls
Enclosure

CHICAGO, IL
WASHINGTON, DC
BOSTON, MA
PORTLAND, OR

Mr. David Sherbin
June 19, 2006
Page 2

cc:  Joseph Papelian, Esq.
     Delphi Corporation
     5725 Delphi Drive
     Troy, Michigan 48098-2815
     (Deputy General Counsel)

     John Wm. Butler, Jr., Esq.
     Skadden, Arps, Slate, Meagher & Flom LLP
     333 West Wacker Drive
     Suite 2100
     Chicago, Illinois 60606
     (Counsel to Debtors)

     Delores De Elizalde
     Skadden, Arps, Slate, Meagher & Flom LLP
     Four Times Square
     New York, NY 10036
     (Counsel to Debtors)

     Alicia M. Leonhard, Esq.
     Office of the United States Trustee for the
     Southern District of New York
     33 Whitehall Street
     Suite 2100
     New York, NY 10004
     (United States Trustee)

     Robert J. Rosenberg, Esq.
     Latham & Watkins LLP
     885 Third Avenue
     New York, NY 10022-4802
     (Counsel to Unsecured Creditors Committee)

     Marissa Wesley, Esq.
     Simpson Thacher & Bartlett LLP
     425 Lexington Avenue
     New York, NY 10017
     (Counsel for Prepetition Credit Facility Agent)

     Marlane Melican, Esq.
     Davis Polk & Wardell
     450 Lexington Avenue
     New York, NY 10017
     (Counsel to Postpetition Credit Facility Agent)

| | | |
|---|---|---|
| From:  Origin ID: (312)463-5568<br>Shannon Salamone<br>Banner and Witcoff LTD<br>10 South Wacker Drive<br>Suite 3000<br>Chicago, IL 60606 |   **E**  CLS052506/17/22 | Ship Date: 19JUN06<br>ActWgt: 1 LB<br>System#: 8193833/INET2500<br>Account#: S ********<br><br>REF: 004588.00013/1433<br><br>Delivery Address Bar Code |
| SHIP TO: (312)463-5000    BILL SENDER<br>**Marlane Melican, Esq.**<br>**Davis Polk & Wardell**<br>**450 Lexington Avenue**<br><br>**New York, NY 10017**<br><br> | | **PRIORITY OVERNIGHT**    **TUE**<br>Deliver By:<br>TRK#  **7927 7366 5384**  FORM 0201   **20JUN06**<br>                                                                EWR  A1<br>**10017**   -NY-US<br>                                               **05 OGSA** |

Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

From:   Origin ID: (312)463-5568
Shannon Salamone
Banner and Witcoff LTD
10 South Wacker Drive
Suite 3000
Chicago, IL 60606



Ship Date: 19JUN06
ActWgt: 1 LB
System#: 8193833/INET2500
Account#: S ********

REF: 004588.00013/1433



Delivery Address Bar Code

SHIP TO: (312)463-5000    BILL SENDER
**Marissa Wesley, Esq.**
**Simpson Thacher & Bartlett LLP**
**425 Lexington Avenue**

**New York, NY 10017**



**PRIORITY OVERNIGHT**                    **TUE**
                                          Deliver By:
TRK#  7921 3039 0892   FORM    20JUN06
                       0201
                               EWR    A1

10017    -NY-US
                               **05 OGSA**

---

Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

From:  Origin ID: (312)463-5568
Shannon Salamone
Banner and Witcoff LTD
10 South Wacker Drive
Suite 3000
Chicago, IL 60606



Ship Date: 19JUN06
ActWgt: 1 LB
System#: 8193833/INET2500
Account#: S ********

REF: 004588.00013/1433



Delivery Address Bar Code

SHIP TO: (312)463-5000    BILL SENDER
**Delores De Elizalde Esq.
Skadden Arps Slate Meagher & Flom L
Four Times Square**

**New York, NY 10036**



**PRIORITY OVERNIGHT**    **TUE**
Deliver By:
TRK#  7909 6274 4395    FORM 0201    20JUN06
                                         EWR    A1

10036    -NY-US

**05 NYCA**

---

Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

From:    Origin ID: (312)463-5568
Shannon Salamone
Banner and Witcoff LTD
10 South Wacker Drive
Suite 3000
Chicago, IL 60606



Ship Date: 19JUN06
ActWgt: 1 LB
System#: 8193833/INET2500
Account#: S ********

REF: 004588.00013/1433



Delivery Address Bar Code

SHIP TO: (312)407-0700        BILL SENDER
**John Wm. Butler, Jr., Esq.**
**Skadden Arps Slate Meagher & Flom**
**333 West Wacker Drive**
**Suite 2100**
**Chicago, IL 60606**



**PRIORITY OVERNIGHT**                    **TUE**
                                          Deliver By:
TRK#  7909 6274 3090   FORM 0201          20JUN06
                                          ORD    A1

60606    -IL-US        **79 LOTA**



---

Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.