Hearing Date and Time: October 19, 2006 at 10:00 a.m.
Objection Deadline: October 12, 2006 at 4:00 p.m.

SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
Douglas P. Bartner (DB-2301)
Andrew V. Tenzer (AT-2263)

Special Counsel to the Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re:                                                      :   Chapter 11
                                                            :
**DELPHI CORPORATION, et al.,**                             :   Case No. 05 – 44481 (RDD)
                                                            :
                        **Debtors.**                        :   (Jointly Administered)
                                                            :
------------------------------------------------------------x

COVER SHEET PURSUANT TO UNITED STATES TRUSTEE
GUIDELINES FOR REVIEWING APPLICATIONS FOR INTERIM COMPENSATION
AND REIMBURSEMENT OF EXPENSES FILED UNDER 11 U.S.C. § 330

| | |
|---|---|
| NAME OF APPLICANT: | Shearman & Sterling LLP |
| TIME PERIOD: | February 1, 2006 through May 31, 2006 |
| ROLE IN THE CASE: | Special Counsel to the Debtors and the Debtors in Possession |
| DATE OF FINAL RETENTION: | November 4, 2005 |
| APPLICATION: | Fees Requested:             $750,297.60<br>Expenses Requested:          $69,454.96<br>Existing Holdback Requested (20%):  $150,059.52 |
| PRIOR APPLICATION: | April 27, 2006 |
| THIS IS A(N): | X  Interim     ___ Final Application |

NYDOCS03/808681.7