February 1, 2006 – May 31, 2006

## TIMEKEEPER SUMMARY

| Name of Professional Person | *Position of the Applicant, Area of Expertise, Date of Initial Employment, Year of Obtaining License to Practice | Hourly Billing Rate♦ (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Bartner, Douglas P. | Partner since 1991, BR<br>1982<br>1983 | $791.87 | 26.9 | $18,042.00 |
| Baskin, Stuart | Partner since 1989, LT<br>1989<br>1976 | $705.99 | 54.5 | $35,296.50 |
| Evans, Robert III | Partner since 1996, CM<br>1990<br>1991 | $795.00 | 0.6 | $477.00 |
| Fratianni, Constance A. | Partner since 2000, BR<br>1985<br>1986 | $765.00 | 6.5 | $4,972.50 |
| Laverriere, Kenneth | Partner since 1996, ECEB<br>1987<br>1987 | $795.00 | 1.3 | $1,033.50 |
| Polovoy, Brian H. | Partner since 2003, LT<br>1992<br>1993 | $586.22 | 109.0 | $63,898.20 |
| Roll III, William J. | Partner since 1988, LT<br>1980<br>1980 | $795.00 | 6.9 | $5,485.50 |
| Tenzer, Andrew V. | Partner since 2002, BR<br>1995<br>1991 | $705.92 | 82.6 | $58,309.30 |
| Kelly, Lynette Carol | Counsel BR<br>1995<br>1988 | $600.00 | 119.2 | $71,520.00 |
| Ashley, Marc D. | Associate LT<br>2002<br>1995 | $445.30 | 161.6 | $71,960.70 |
| Baker, Michael S. | Associate F<br>1998<br>1999 | $510.00 | 27.2 | $13,872.00 |
| Chanda, Parthapratim | Associate LT<br>2004<br>2005 | $298.16 | 501.2 | $149,438.50 |
| Deering, Abigail | Associate BR<br>2005<br>Not yet admitted. | $245.00 | 28.2 | $6,909.00 |

| Frizzley, Jill K. | Associate BR<br>2000<br>2002 | $478.80 | 15.0 | $7,182.00 |
|---|---|---|---|---|
| Gruber, Alan S. | Associate LT<br>2003<br>2004 | $365.76 | 271.9 | $99,449.55 |
| Kaplan, Bryan R. | Associate BR<br>2004<br>2002 | $485.00 | 12.4 | $6,014.00 |
| Kuhn, Patricia | Associate ECEB<br>2000<br>1990 | $510.00 | 0.8 | $408.00 |
| Marckesano, Patricia | Associate BR<br>2004<br>2005 | $385.00 | 105.6 | $40,656.00 |
| Nguyen, Henry | Associate BR<br>2003<br>2004 | $435.00 | 3.4 | $1,479.00 |
| Spraggs, Cherie L. | Associate BR<br>2001<br>2002 | $485.00 | 50.3 | $24,395.50 |
| Wiener, Ira E. | Managing Attorney<br>1993<br>1977 | $292.50 | 0.3 | $87.75 |
| Luketic, Marian D. | Specialist BR<br>2000<br>1997 | $235.00 | 52.9 | $12,431.50 |
| Nadvornik, Kristi A. | Legal Assistant Coordinator CM<br>1999 | $210.00 | 7.5 | $1,575.00 |
| Sirin, Ojen | Legal Assistant Coordinator LT<br>2005 | $210.00 | 2.2 | $462.00 |
| Mentz, Lawrence G. | Legal Assistant LT<br>2005 | $137.30 | 162.0 | $22,243.05 |
| Pullen, Nicholas W. | Legal Assistant BR<br>2005 | $155.00 | 1.4 | $217.00 |
| Reilly, Erin | Legal Assistant BR<br>2005 | $154.75 | 179.4 | $27,762.20 |
| Quintos, Jose | Litigation Support<br>2005 | $99.00 | 1.8 | $178.20 |
| Yau, Tommy | Litigation Support<br>2000 | $166.50 | 3.2 | $532.80 |
| Eikenbrod, Thomas | Corporate Research Specialist<br>1995 | $165.00 | 1.5 | $247.50 |
| Burke, Barbara | Research Specialist<br>1997 | $148.50 | 0.3 | $44.55 |

| Molinelli, Maria | Law Clerk Supervisor 1988 | $153.82 | 6.2 | $953.70 |
|---|---|---|---|---|
| Feliciano, Luis | Law Clerk 1990 | $165.00 | 6.0 | $825.00 |
| Flores, Alfredo | Law Clerk 1988 | $157.55 | 6.0 | $879.30 |
| Gonzalez, Luis | Law Clerk 1996 | $159.12 | 2.5 | $249.30 |
| Tillet, Margaret | Docket Clerk 1993 | $139.66 | 5.8 | $810.00 |
| Grand Total Fees: $750,297.60 | | | | |
| Total Hours: 2,024.1 | | | | |
| Total Professional Hours: 1,585.1 | | | | |
| Blended Rate for Professionals: $429.50 | | | | |

BR    -    Bankruptcy & Reorganization
CM    -    Capital Markets
ECEB -    Executive Compensation & Employee Benefits
F    -    Finance
IP    -    Intellectual Property
LT    -    Litigation

*All attorneys are licensed in New York State unless otherwise indicated.
♦Due to changes in billing rates and previously agreed upon rate reductions, where applicable, an Average Hourly Billing Rate has been calculated by dividing total compensation of the professional or paraprofessional by their total hours billed.