**SHEARMAN & STERLING LLP**  February 1, 2006 – May 31, 2006

| DISBURSEMENTS | LITIGATION | BANKRUPTCY |
|---|---|---|
| Offsite Client Meals | $417.63 | $146.40 |
| Inhouse Photocopies | $4,852.80 | $3,593.88 |
| Court Reporting and Transcripts | $235.00 | $19.09 |
| Facsimile Transmission | | $48.75 |
| Federal Express | $775.90 | $1,385.94 |
| Lexis Research | $8,902.94 | $1,275.30 |
| Messengers | $150.00 | $58.00 |
| Other Information Services | $1,399.85 | $2,436.19 |
| Other Outside Services | $971.37 | 1,437.80 |
| Overtime Taxis | $391.00 | $52.00 |
| Secretarial Overtime | | $270.00 |
| Parking Costs for Clients | | $53.00 |
| Postage & Courier | $653.54 | $4.29 |
| Printing | $27.50 | |
| Proofreading | $1,930.00 | $220.00 |
| Telephone Charges | $167.51 | $74.97 |
| Travel & Incidental | $3,057.90 | $858.57 |
| Travel Meals | $62.74 | $12.04 |
| Radio Taxis | $280.66 | $737.11 |
| Local Taxi | $46.00 | |
| Velo Binding | $744.00 | $120.00 |
| WestLaw | $24,474.39 | $5,468.40 |
| Word Processing | $1,631.25 | $11.25 |
| **SUBTOTALS:** | **$51,171.98** | **$18,282.98** |
| **TOTAL DISBURSEMENTS:** | | **$69,454.96** |