# PROJECT SUMMARY

**SHEARMAN & STERLING LLP**  October 8, 2005 – January 31, 2006

| PROJECT CATEGORY | HOURS | FEES |
|---|---|---|
| Matter 20 – Securities Class Action | 732.2 | $254,584.35 |
| Matter 21 – Derivative Lawsuits | 2.0 | $492.30 |
| Matter 22 – ERISA Class Action | 531.3 | $185,516.55 |
| Matter 23 – SEC OPEB Investigation | 4.0 | $1,175.40 |
| Matter 25 – Business Issues/Operations | 1.8 | $1,090.00 |
| Matter 26 – Case Administration | 27.1 | $4,282.50 |
| Matter 28 – DIP Financing | 178.8 | $85,419.00 |
| Matter 30 – Employee Benefits/Pensions | 2.9 | $1,829.50 |
| Matter 31 – Employment Applications & Objections | 342.3 | $162,371.50 |
| Matter 32 – Executory Contracts/Leases | 0.3 | $168.00 |
| Matter 33 – Fee Applications & Objections | 157.6 | $35,585.00 |
| Matter 34 – First Day Matters | 1.0 | $485.00 |
| Matter 36 – Litigation | 3.9 | $1,939.50 |
| Matter 38 – Non-Working Travel | 20.8 | $6,819.00 |
| Matter 41 – Relief from Stay Proceedings | 0.1 | $48.50 |
| Matter 43 – Utilities Matters | 0.2 | $97.00 |
| Matter 44 – Strategic Planning | 7.4 | $5,832.00 |
| Matter 47 – Intellectual Property | 0.1 | $48.50 |
| Matter 48 – Securities Advice | 10.3 | $2,514.00 |
| **TOTAL:** | **2,024.1** | **$750,297.60** |