Hearing Date and Time: October 19, 2006, 10:00 a.m.<br>
Objection Deadline: October 12, 2006, 4:00 p.m.

BANNER & WITCOFF, LTD.
10 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
312-463-5000
Charles W. Shifley
Binal J. Patel

Intellectual Property Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                             :
   In re                           :    Chapter 11
                             :
DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
                             :
                  Debtors.    :    (Jointly Administered)
                             :
------------------------------ x

NOTICE OF SECOND INTERIM APPLICATION OF BANNER & WITCOFF, LTD.,
INTELLECTUAL PROPERTY COUNSEL TO DELPHI CORPORATION, SEEKING
ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES UNDER 11 U.S.C. SECTIONS 300 AND 331, AND
HEARING ON OCTOBER 19, 2006, AND OBJECTION DEADLINE OF
OCTOBER 12, 2006, 2006

PLEASE TAKE NOTICE that on July 31, 2006 Banner & Witcoff, Ltd., intellectual property counsel for Delphi Corporation, and a Retained Professional, filed a second interim application seeking a second interim allowance and payment of compensation and reimbursement of expenses under 11 U.S.C. Sections 330 and 331, for the period from February 1, 2006 through May 31, 2006 together with the following exhibits: A, Summary sheet; B, Certification; C, Banner Retention Order; D, Shifley Affidavit; E and F, Banner engagement letters; G, H and I, Banner Invoices; J, K, L, records of notices to those entitled to receive same; and M, proposed order on the application.

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the application will be held on October 19, 2006, at 10:00 a.m. (Prevailing Eastern Time) (the "Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the application must be made by October 12, 2006, at 4:00 p.m. (Prevailing Eastern Time).

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein and in accordance with the Order under 11 U.S.C. Section 331 Establishing Procedures For Interim Compensation and Reimbursement of Expenses for Professionals will be considered by the Bankruptcy Court at the Hearing. If no objections to the application are timely made and served in accordance with the procedures set forth herein and in the Interim Order, the Bankruptcy Court may enter an order granting the application without further notice.

Dated:  Whitestone, New York

      July 31, 2006

                            PANTERIS  & PANTERIS, LLP
                            Attorneys for Banner & Witcoff, LTD

                            By:   /s/ *George Panteris*
                                George Panteris (GP3235)
                            19-02 Whitestone Expressway, Suite 401
                            Whitestone, NY 11357
                            (718) 746-2154