Respectfully submitted,

7-31-06

                                        */s/ Charles W. Shifley*
                                        Charles W. Shifley
                                        Binal J. Patel
                                        Banner & Witcoff, Ltd.
                                        10 South Wacker Drive
                                        Suite 3000
                                        Chicago, Illinois 60606
                                        Telephone: (312) 463-5000
                                        Facsimile:  (312) 463-5001