**Hearing Date and Time: October 19, 2006 at 10:00 a.m.**
**Objection Deadline: October 12, 2006 at 4:00 p.m. Eastern**

Joseph D. Frank (JF-6085)
Jeremy C. Kleinman (JK-0080)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60610
(312) 276-1400 – telephone
(312) 276-0035 – facsimile

Counsel for Jones Lang LaSalle Americas, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, *et al.*, | ) | Case No. 05-44481 (RDD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## SUMMARY SHEET FOR
## JONES LANG LASALLE AMERICAS, INC.'S SECOND INTERIM
## APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND
## REIMBURSEMENT OF EXPENSES PURSUANT TO 11 U.S.C. §§ 328, 330 AND 331

| | |
|---|---|
| Name of Applicant: | Jones Lang LaSalle Americas, Inc. |
| Authorized to Provide Professional Services to: | Delphi Corporation, *et al.* |
| Date of Retention: | December 1, 2006 (retroactive to November 3, 2005) |
| Period for which compensation and expense reimbursement is sought: | February 28, 2006 through May 31, 2006 |
| Amount of Compensation requested: | $226,598.36 |
| Amount of Expense Reimbursement requested: | $11,066.58 |
| This is an: __X__ interim _____ monthly application _____ final application. | |

Jones Lang LaSalle Americas, Inc. ("JLL") has filed one prior fee application in this case. As of the date hereof, JLL has received interim monthly payments for the first application period in the amount of $122,291.40 and interim monthly payments totaling $93,309.81 for the Second Application Period.