# EXHIBIT D

05-44481-rdd    Doc 4786-6    Filed 07/31/06    Entered 07/31/06 20:01:15    Exhibit D
Pg 1 of 17

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re: | ) | Chapter 11 |
|---|---|---|
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case No.: 005-44481 (RDD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: July 17, 2006 |

## STATEMENT OF MONTHLY INTERIM
## COMPENSATION AND EXPENSES

To: The Notice Parties as defined in the Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals

Name of Applicant: Jones Lang LaSalle Americas, Inc.

Authorized to Provide Professional Services to: Delphi Corporation, et al.

Date of retention: December 1, 2005 (retroactive to November 3, 2005)

Period for which compensation and expense reimbursement is sought: May 1, 2006 through May 31, 2006

Amount of compensation and expense reimbursement sought for period: $60,910.48

Summary of Monthly Fee and Expense Statements:

| Date Served | Period Covered | REQUESTED Fees | REQUESTED Expenses | PAID Fees | PAID Expenses |
|---|---|---|---|---|---|
| 12/14/05 | 11/01/05 – 11/30/05 | $44,948.34 | -0- | $25,393.12[1] | -0- |
| 12/14/05 | 12/01/05 – 12/31/05 | $52,827.75 | -0- | $42,262.20 | -0- |
| 02/28/06 | 01/01/06 – 01/31/06 | $52,827.75 | -0- | $44,070.53[2] | -0- |

---

[1] Due to a clerical error, Jones Lang LaSalle Americas, Inc. received payment, on January 2, 2006 of the full amount of all fees assessed during December 2005, without the intended 20% holdback. In order to correct this error, $10,565.55, representing 20% of the fees assessed and paid for December 2005 was subtracted from the amount otherwise payable as monthly interim compensation on account of services rendered during November 2005, when that compensation paid on February 2, 2006.

[2] Due to a clerical error, this amount constituted an overpayment in the amount of $1,808.33. JLL accounted for this overpayment in its first interim application for compensation seeking allowance and payment of all compensation, including the amount held back each month for professional services rendered through January 2006.

{ JLL / 004 / 00006742.DOC /}

| Date Served | Period Covered | REQUESTED | | PAID | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 03/31/06 | 02/01/06 – 02/28/06 | $54,327.75 | $2,314.64 | $35,028.86[3] | $2,314.64 |
| 04/28/06 | 03/01/06 – 03/31/06 | $54,327.75 | $1,670.77 | $43,462.20 | $1,67.77 |
| 05/31/06 | 04/01/06 – 04/30/06 | $57,327.75 | $282.42 | Pending | Pending |
| 6/30/06 | 05/01/06 – 05/31/06 | $60,615.11 | $295.37 | Pending | Pending |

PLEASE TAKE NOTICE that Jones Lang LaSalle Americas, Inc. (the "Applicant") has today served this Notice of Monthly Statement of Interim Compensation and Expenses, for May 1, 2006 through May 31, 2006 (this "Monthly Statement") pursuant to the Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Compensation Order"), by which Applicant seeks allowance of $60,615.11 for services rendered from May 1, 2006 through May 31, 2006 (the "Statement Period"), allowance of expenses incurred during the Statement Period in connection with such services in the amount of $295.37, payment of interim compensation in the amount of $48,492.09, and payment of interim expenses in the amount of $295.37, unless an objection to such compensation and reimbursement is timely interposed.

Delphi Corporation and its related debtor entities (collectively, the "Debtors") have retained the Applicant as Real Estate Administrative and Transaction Services Provider to the Debtors. The terms of the Debtors' engagement of the Applicant are set forth in the Real Estate Services Agreement between Delphi Automotive Systems LLC and Jones Lang LaSalle Americas, Inc., dated September 2, 2005, as amended by that certain First Amendment to Real Estate Services Agreement dated November 9, 2005 (the "Engagement Agreement"). The

---

[3] The Applicant has not yet received the full interim amount to which it is entitled for services rendered and costs incurred during February, 2006. The Debtors are withholding an extra $1,808.33 pending ruling on the First Interim Application. The Applicant has not received an objection to the compensation and reimbursement requested and is presently working with Debtors' counsel to investigate this issue further.

{ JLL / 004 / 00006742.DOC /}    - 2 -

Debtors' employment of the Applicant was approved by the Court on December 1, 2005, retroactive to November 3, 2005.

As contemplated by the Engagement Agreement, the Applicant has dedicated 100% of certain professionals' time to assist the Debtors with respect to domestic and international real estate transactions, including lease renewals, new space acquisitions and building and lease dispositions. As set forth in the Engagement Agreement, Applicant is entitled to compensation on account of the monthly efforts rendered by both Administrative Services Account Personnel and Transaction Services Account Personnel according to the following formula:

> Jones Lang LaSalle will be entitled to a fee for Administrative Services in an amount equal to the sum of: (i) the cost of salary of all Administrative Services Account Personnel working exclusively on the Delphi account (excluding bonuses, benefit expenses and payroll taxes) in accordance with a salary schedule acceptable to Delphi . . . and (ii) an overhead allocation and profit factor equal to seventy-five (75%) percent for Administrative Services Account Personnel of (i) above.
>
> and
>
> Jones Lang LaSalle will be entitled to a fee for Transaction Services Account Personnel in an amount equal to the sum of: (i) the cost of salary of all Transaction Services Account Personnel working exclusively on the Delphi account (excluding bonuses, benefit expenses and payroll taxes) in accordance with a salary schedule acceptable to Delphi . . . and (ii) an overhead allocation and profit factor equal to fifty-five (55%) percent for Transaction Services Account Personnel of (i) above.

Engagement Agreement, Exhibit B ¶¶ IA, IIA.

The Applicant seeks compensation for the services rendered during the Statement Period by seven individuals: Janice Lannoo and Lois Jankow, each of whom provided services as a Lease Analyst; Eric Zhang, Chauncey Hitchcock, Monica Lee and Jas Lozinski, each of whom served as a Transaction Manager in the engagement with the Debtors; and Kim Robinson, who provided services as a Transaction Coordinator. Ms. Lannoo, Ms. Jankow and Mr. Hitchcock are each stationed at the Debtors' headquarters in Troy, Michigan. Mr. Zhang holds an office in

Shanghai and provides services to the Debtors with respect to transactions throughout Asia. Mr. Lozinski and Ms. Robinson are based in Luton, England, and provide services to the Debtors with respect to transactions throughout Europe. Ms. Lee is based in Sao Paulo, Brazil and provides services to the Debtors with respect to transactions throughout South America.

A general description of the services rendered by the Applicants' Lease Analysts, Transaction Managers and Transaction Coordinator to the Debtors is attached hereto as **Exhibit A**. The detailed amount of compensation to which Applicant is entitled for services rendered during the Statement Period for each of the Transaction Services Account Personnel and Administrative Services Account Personnel dedicated exclusively to assist the Debtors is set forth in the invoices attached hereto as **Group Exhibit B**.

During the Statement Period, JLL incurred expenses totaling $295.37 connection with the professional services rendered by Monica Lee for local transportation and telephone charges related to pending and potential real estate transactions. Such expenses were incurred at the Debtors' direction and/or for the Debtors' benefit and represent Applicant's professional's actual out-of-pocket expenses. An invoice for these expenses is attached as **Exhibit C**.

In addition, Applicant maintains the Delphi+ Lease Administration System database, for which JLL is entitled to receive an additional monthly fee of $1,500.00. An invoice for this fee is attached as **Exhibit D**.

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Statement, if any, must be served upon the undersigned counsel on or before July 17, 2006 (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties identified in the Compensation Order so as to be received by the Notice Parties on or before the Objection Deadline.

{ JLL / 004 / 00006742.DOC /}                                - 4 -

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, so long as no objection has been served in the time and manner required in this Notice, the Debtors shall pay to the Applicant an amount equal to the lesser of (i) 80 percent of the fees and 100 percent of the expenses requested in this Monthly Statement or (ii) 80 percent of the fees and 100 percent of the expenses not subject to an objection. All fees and expenses in this Monthly Statement will be included in the next interim application for compensation and reimbursement of expenses to be filed and served by the Applicant at a later date, and will be subject to objection at such time.

PLEASE TAKE FURTHER NOTICE that Applicant reserves the right to correct, supplement or amend this request for interim compensation until a final application is filed.

Dated: June 30, 2006                     JONES LANG LASALLE AMERICAS, INC.

                                         By: _____
                                              One of its attorneys

Joseph D. Frank (IL ARDC # 6216085)
Jeremy C. Kleinman (IL ARDC # 6270080)
FRANK/GECKER LLP
325 North LaSalle Street
Suite 625
Chicago, Illinois 60610
(312) 276-1400 – telephone
(312) 276-0035 – facsimile

# EXHIBIT A

**Lease Analyst**

The Lease Analyst position is 100% dedicated on-site with Delphi Corporation and is responsible for a full scope of Lease Administration services including: Abstracting and interpreting commercial lease documents (leases, amendments, subleases), rent analysis and rent payment processing, client/vendor/landlord relationship management, resolution of rent and other Landlord/Tenant issues, reviewing annual landlord reconciliation statements and calculations to ensure accuracy and lease compliance, data entry and data management of lease documents, tracking and maintaining critical dates, financial analysis, subtenant account management, and billing/collections of third party tenant rents. Position is also responsible for reviewing Escalation/CAM & real estate tax invoices as well as special projects as assigned by manager.

**Transaction Manager**

The Transaction Manager position is 100% dedicated on site with Delphi Corporation and is responsible for a full scope of real estate transaction management services including: leading the site selection process for new leased and owned facilities, leading the negotiation process for new lease and purchase transactions with landlords, collaborating with legal (internal and external to the client) to memorialize terms in documentation. The Transaction Manager also manages the process of entering into new license agreements, easements, and other real estate related matters, as well as renewals of the same. The Transaction Manager carries out these responsibilities both individually and through management of third-party brokers when necessary (both within and external to Jones Lang LaSalle). The Transaction Manager also contributes to the development of real estate requirements on both a one-off basis and portfolio basis for Delphi's real estate portfolio, working closely with contacts in the Facilities Services Group (FSG), environmental services, and business divisions.

**Transaction Coordinator**

The Transaction Manager position is 100% dedicated on site with Delphi Corporation and is responsible for assisting the European Real Estate Manager with all tasks, including: developing and coordinating approval of internal approval documents; developing financial analyses used in decision-making and approval documents; interfacing with Delphi, Jones Lang LaSalle, and landlord/investor contacts within the European region to facilitate completion of real estate transactions and receipt of all pertinent documentation; and interfacing with Delphi's FSG group and Jones Lang LaSalle in the United States to provide necessary documentation for leased and owned properties.

# EXHIBIT B



**JONES LANG LASALLE.**

Jones Lang LaSalle Americas, Inc.
Attn: Janice Hebron
P.O. Box 71700
Chicago, IL 60694-1700
(312) 228-2428

- Delphi Corporation
  5725 Delphi Drive
  Troy, MI 48098
- Attention: Mark Kamischke

Date: June 26, 2006

Invoice No: 16787

Services of:

| | |
|---|---|
| Lois Jankow / Troy, MI: May 1 – May 31, 2006 | $8,750.00 |
| Janice Lannoo / Troy, MI: May 1 – May 31, 2006 | $6,125.00 |

| | |
|---|---|
| Amount currently due and payable: | $14,875.00 |

Please return remittance to:

Jones Lang LaSalle Americas, Inc.
P. O. Box 71700
Chicago, IL 60694-1700
**Tax ID # 36-416-0760**

Chicago • London • Los Angeles • Mexico City • New York • Washington, D.C.



Jones Lang LaSalle Americas, Inc.
Attn: Janice Hebron
P.O. Box 71700
Chicago, IL 60694-1700
(312) 228-2428

- Delphi Corporation
  5725 Delphi Drive
  Troy, MI 48098
- Attention: Mark Kamischke

Date: June 26, 2006

Invoice No: 16788

| | |
|---|---|
| Services of Chauncey Hitchcock/ Troy MI: May 1 – May 31, 2006 | $9,041.67 |
| Amount currently due and payable: | $9,041.67 |

Please return remittance to:

Jones Lang LaSalle Americas, Inc.
P. O. Box 71700
Chicago, IL 60694-1700
**Tax ID # 36-416-0760**

Chicago • London • Los Angeles • Mexico City • New York • Washington, D.C.


**JONES LANG LASALLE.**

Jones Lang LaSalle Americas, Inc.
Attn: Janice Hebron
P.O. Box 71700
Chicago, IL 60694-1700
(312) 228-2428

- Delphi Corporation
  5725 Delphi Drive
  Troy, MI 48098
- Attention: Mark Kamischke

Date: June 26, 2006

Invoice No: 16789

Services of:

| | |
|---|---:|
| Eric Zhang / China: May 1 – May 31, 2006 | $6,491.91 |
| Jas Lozinski / England: May 1 – May 31, 2006 | $22,419.17 |
| Kim Robinson / England: May 1 – May 31, 2006 | $3,287.36 |
| Monica Lee / Brazil: May 1 – May 31, 2006 | $3,000.00 |
| **Amount currently due and payable:** | **$35,198.44** |

Please return remittance to:

Jones Lang LaSalle Americas, Inc.
P. O. Box 71700
Chicago, IL 60694-1700
**Tax ID # 36-416-0760**

# EXHIBIT C



**JONES LANG LASALLE.**

Jones Lang LaSalle Americas, Inc.
Attn: Janice Hebron
P.O. Box 71700
Chicago, IL 60694-1700
(312) 228-2428

- Delphi Corporation
  5725 Delphi Drive
  Troy, MI 48098
- Attention: Mark Kamischke

Date: June 26, 2006

Invoice No: 16790

Travel Expenses for Monica Lee – May 2006

| | |
|---|---|
| Taxi | $54.08 |
| Telephone | $241.29 |

| | |
|---|---|
| Amount currently due and payable: | $295.37 |

Please return remittance to:  Jones Lang LaSalle Americas, Inc.
P. O. Box 71700
Chicago, IL 60694-1700
**Tax ID # 36-416-0760**

# EXHIBIT D



# JONES LANG LASALLE.

Jones Lang LaSalle Americas, Inc.
Attn: Janice Hebron
P.O. Box 71700
Chicago, IL 60694-1700
(312) 228-2428

- Delphi Corporation
  5725 Delphi Drive
  Troy, MI 48098
- Attention: Mark Kamischke

Date: June 26, 2006

Invoice No: 16786

| | |
|---|---|
| Lease Administration Delphi Plus Fee - May | $1,500.00 |
| Amount currently due and payable: | $1,500.00 |

Please return remittance to:

Jones Lang LaSalle Americas, Inc.
P. O. Box 71700
Chicago, IL 60694-1700
**Tax ID # 36-416-0760**

Chicago • London • Los Angeles • Mexico City • New York • Washington, D.C.

## CERTIFICATE OF SERVICE

I, Jeremy C. Kleinman, an attorney, hereby certify that on June 30, 2006, I caused the attached **Statement of Monthly Interim Compensation and Reimbursement of Expenses** to be served by hand delivery or Federal Express overnight delivery, as indicated, upon each of the parties listed below.

*Via Electronic Mail*
David M. Sherbin
Vice President and General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
david.sherbin@delphi.com

*Via Electronic Mail*
John D. Sheehan
Vice President and
Chief Restructuring Officer
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
john.sheehan@delphi.com

*Via Electronic Mail*
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
Att'n: Alicia M. Leonhard
alicia.m.leonhard@usdoj.gov

*Via Federal Express*
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Att'n: Marissa Wesley

*Via Federal Express*
Skadden, Arps, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606
Att'n: John Wm. Butler, Jr.

*Via Electronic Mail*
Valerie Venable
Credit Manager
GE Plastics, Americas
9930 Kincey Avenue
Huntersville, North Carolina 28078
valerie.venable@ge.com

*Via Federal Express*
Latham & Watkins LLP
885 Third Avenue
New York, New York 10017
Att'n: Robert J. Rosenberg

*Via Federal Express*
Davis Polk & Wardell
450 Lexington Avenue
New York, New York 10017
Att'n: Marlane Milican

_____
Jeremy C. Kleinman

{JLL / 004 / 00006742.DOC /}