# EXHIBIT E

**FRANKGECKER LLP**
325 N. LaSalle Street, Suite 625
CHICAGO, ILLINOIS 60610
(312) 276-1400 • www.fgllp.com

March 22, 2006

FEIN 20-1952153

David Brian Montgomery
Jones Lang LaSalle Americas, Inc.
200 East Randolph Street
45th Floor
Chicago IL 60601

**Regarding:** Delphi

For Professional Services Rendered Through February 28, 2006

Invoice #: 1691

Per Attached Description:

| | |
|---|---|
| Fees......................................................................................................................... | $2,450.00 |
| Disbursements......................................................................................................... | $16.00 |
| **Total New Charges**............................................................................................... | **$2,466.00** |

David Brian Montgomery                                                                                      Page    2

Invoice Dated:   March 22, 2006

---

**Regarding:    Delphi**

For Professional Services Rendered Through February 28, 2006                        Invoice #:   1691
Per Attached Description:

|  |  | Hours | Amount |
|---|---|---|---|
| 2/16/2006 | Conference call with client and Dolores De Elizalde regarding Jones Lang's first interim fee application; telephone conference with Catherine Danz regarding same.<br>Jeremy C. Kleinman | 0.60 | $180.00 |
|  | Participated in conference calls with Delphi and client regarding billing procedures, fee applications.<br>Joseph D. Frank | 0.50 | $250.00 |
| 2/17/2006 | Telephone conference with Maria from JLL Chicago regarding invoices; review JLL's Application, Affidavit and Order.<br>Jeremy C. Kleinman | 0.40 | $120.00 |
| 2/20/2006 | Review November and December 2005 invoices and review contract language governing compensation.<br>Jeremy C. Kleinman | 0.10 | $30.00 |
| 2/23/2006 | Telephone conference with Maria Smolden regarding back-up documents to support invoices for fee statement.<br>Jeremy C. Kleinman | 0.40 | $120.00 |
| 2/27/2006 | Prepare format for interim monthly fee statements.<br>Jeremy C. Kleinman | 1.60 | $480.00 |
| 2/28/2006 | Telephone conferences with E. Stephee and K. Franklin regarding services rendered during January 2006 to Delphi; revise monthly statement for compensation and reimbursement; telephone conference with E. Stephee regarding preparation of first interim fee application.<br>Jeremy C. Kleinman | 2.40 | $720.00 |
|  | Work on form of monthly fee/expense notice.<br>Joseph D. Frank | 1.10 | $550.00 |
|  |  |  | $2,450.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Joseph D. Frank | 1.60 | 500.00 | $800.00 |
| Jeremy C. Kleinman | 5.50 | 300.00 | $1,650.00 |
|  | **7.10** |  | **$2,450.00** |

David Brian Montgomery  Page  3

Invoice Dated:   March 22, 2006

---

**Regarding:   Delphi**

For Professional Services Rendered Through February 28, 2006  Invoice #:  1691
Per Attached Description:

    Disbursements:

|  |  | Amount |
|---|---|---:|
| 2/28/2006 | Cab fare to Federal Express depot. | 16.00 |
|  | Total Expenses | $16.00 |

**FRANK/GECKER LLP**
325 N. LaSalle Street, Suite 625
CHICAGO, ILLINOIS 60610
(312) 276-1400 • www.fgllp.com

April 25, 2006

David Brian Montgomery
Jones Lang LaSalle Americas, Inc.
200 East Randolph Street
45th Floor
Chicago IL 60601

FEIN 20-1952153

---

**Regarding:    Delphi**

For Professional Services Rendered Through March 31, 2006

Invoice #:    1745

Per Attached Description:

| | |
|---|---:|
| Fees | $5,630.00 |
| Disbursements | $103.75 |
| **Total New Charges** | **$5,733.75** |

David Brian Montgomery

Invoice Dated: April 25, 2006

Page 2

---

**Regarding:   Delphi**

For Professional Services Rendered Through March 31, 2006  
Per Attached Description:

Invoice #:  1745

| Date | Description | Hours | Amount |
|---|---|---:|---:|
| 3/3/2006 | Telephone conference with Eric Steffe regarding contents of First Interim Application.<br>Jeremy C. Kleinman | 0.60 | $180.00 |
|  | Begin drafting First Interim Application for Compensation.<br>Jeremy C. Kleinman | 2.20 | $660.00 |
| 3/6/2006 | Continue drafting fee application; telephone conference with Catherine Danz regarding extension of deadline for fee application; telephone conference with M. Smolen regarding fee application.<br>Jeremy C. Kleinman | 4.70 | $1,410.00 |
| 3/7/2006 | Revise First Interim Fee Application.<br>Jeremy C. Kleinman | 1.10 | $330.00 |
| 3/20/2006 | Worked on form of fee application.<br>Joseph D. Frank | 1.00 | $500.00 |
| 3/21/2006 | Telephone conference with E. Steffe regarding interim compensation application; revise interim fee application.<br>Jeremy C. Kleinman | 0.60 | $180.00 |
|  | Telephone conference with Katheryn Dittmars and reviewed material regarding Marlin Leasing lawsuit in New Jersey.<br>Joseph D. Frank | 0.40 | $200.00 |
| 3/22/2006 | Review Marlin Leasing complaint for Delphi equipment lease default.<br>Jeremy C. Kleinman | 0.20 | $60.00 |
|  | Revise First Interim Fee Application per comments of Joseph Frank.<br>Jeremy C. Kleinman | 0.60 | $180.00 |
|  | Worked on initial form of fee application; office conference with Jeremy Kleinman regarding same.<br>Joseph D. Frank | 1.10 | $550.00 |
| 3/24/2006 | Draft Suggestion of Bankruptcy for Marlin Leasing matter.<br>Jeremy C. Kleinman | 0.30 | $90.00 |
| 3/30/2006 | Revise First Interim Fee Application.<br>Jeremy C. Kleinman | 1.30 | $390.00 |
| 3/31/2006 | Draft monthly statement for interim compensation (1.2); email exchange with Eric Steffe and K. Franklin regarding monthly application (.2); telephone conference with Eric Steffe and M. Wexler regarding steps necessary to | 2.50 | $750.00 |

David Brian Montgomery

Page    3

Invoice Dated:   April 25, 2006

---

**Regarding:   Delphi**

For Professional Services Rendered Through March 31, 2006  
Per Attached Description:

Invoice #:   1745

| | Hours | Amount |
|---|---|---|
| Review documents and prepare file maintenance system, confidentiality of Delphi business trips; draft email to M. Wexler regarding same.<br>Jeremy C. Kleinman | | |
| 3/31/2006 Office conference with Jeremy Kleinman regarding further revisions to fee application.<br>Joseph D. Frank | 0.30 | $150.00 |

$5,630.00

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Joseph D. Frank | 2.80 | 500.00 | $1,400.00 |
| Jeremy C. Kleinman | 14.10 | 300.00 | $4,230.00 |
| | **16.90** | | **$5,630.00** |

Disbursements:

| | | |
|---|---|---|
| 2/28/2006 Federal Express delivery on 2/28/06. | | 13.75 |
| Federal Express delivery on 2/28/06. | | 74.04 |
| Federal Express delivery on 2/28/06. | | 15.96 |
| Total Expenses | | $103.75 |

**FRANK/GECKER LLP**
325 N. LaSalle Street, Suite 625
CHICAGO IL 60610
(312) 276-1400 • www.fgllp.com

May 31, 2006

David Brian Montgomery
Jones Lang LaSalle Americas, Inc.
200 East Randolph Street
45th Floor
Chicago IL 60601

FEIN 20-1952153

---

**Regarding:   Delphi**

For Professional Services Rendered Through April 30, 2006

Invoice #:   1794

Per Attached Description:

| | |
|---|---:|
| Fees | $2,718.00 |
| Disbursements | $0.63 |
| **Total New Charges** | **$2,718.63** |

David Brian Montgomery

Invoice Dated: May 31, 2006

---

**Regarding:   Delphi**

For Professional Services Rendered Through April 30, 2006                    Invoice #:   1794
Per Attached Description:

| Date | Description | Hours | Amount |
|---|---|---|---|
| 4/19/2006 | Telephone conference with A. Baird regarding Delphi invoicing question and recording of expenses.<br>Jeremy C. Kleinman | 0.20 | $60.00 |
| | Telephone conference with Scott Miller regarding issues concerning structure of real estate sales in bankruptcy.<br>Joseph D. Frank | 0.30 | $150.00 |
| 4/21/2006 | Revise First Interim Application for allowance and payment of compensation.<br>Jeremy C. Kleinman | 1.10 | $330.00 |
| 4/24/2006 | Telephone conference with K. Franklin regarding expense invoices and payment of monthly fees; email exchange with V. Ziegler regarding February fees.<br>Jeremy C. Kleinman | 0.40 | $120.00 |
| 4/26/2006 | Telephone conference with A. Baird regarding March fees and costs; draft monthly statement for compensation and reimbursement of expenses.<br>Jeremy C. Kleinman | 0.70 | $210.00 |
| 4/27/2006 | Revise statement of monthly compensation for March 2006.<br>Jeremy C. Kleinman | 0.40 | $120.00 |
| | Conference call with Jeremy Kleinman and Allison Harriet regarding procedures for First Interim Application; reviewed case management orders and case docket; prepared Notice of Hearing and letter to Judge Drain; proofread Monthly Statement and assembled exhibits.<br>Christina Carpenter | 0.80 | $116.00 |
| | Worked on final revisions to Delphi interim fee application.<br>Joseph D. Frank | 0.30 | $150.00 |
| | Telephone conference with James Becker regarding affidavit in support of interim fee application.<br>Jeremy C. Kleinman | 0.30 | $90.00 |
| | Revise application for interim compensation and include summary of expenses; telephone conference with Catherine Danz regarding expense reimbursements requested in application.<br>Jeremy C. Kleinman | 1.60 | $480.00 |
| | Telephone conference with A. Harriet regarding service of interim fee application.<br>Jeremy C. Kleinman | 0.30 | $90.00 |

David Brian Montgomery                                                                                          Page    3
Invoice Dated:  May 31, 2006

---

**Regarding:    Delphi**

For Professional Services Rendered Through April 30, 2006                          Invoice #:   1794
Per Attached Description:

|  |  | Hours | Amount |
|---|---|---:|---:|
| 4/28/2006 | Revise proposed order for fee application and coordinate filing.<br>Jeremy C. Kleinman | 0.40 | $120.00 |
|  | Prepared Notice of Hearing of First Interim APplication and revised Summary Sheet and proposed Order; electronically filed First Interim Application and Notice of Hearing with Southern District of New York Bankruptcy Court; served all parties entitled to service of Application by overnight courier and all parties entitled to service of Notice via email; sent courtesy copy to of Application and proposed Order on disk to Judge Drain.<br>Christina Carpenter | 1.60 | $232.00 |
|  | Worked on finalizing interim fee application.<br>Joseph D. Frank | 0.90 | $450.00 |

$2,718.00

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Joseph D. Frank | 1.50 | 500.00 | $750.00 |
| Jeremy C. Kleinman | 5.40 | 300.00 | $1,620.00 |
| Christina Carpenter | 2.40 | 145.00 | $348.00 |
| | **9.30** | | **$2,718.00** |

Disbursements:

| 4/4/2006 | Postage | 0.63 |
|---|---|---:|
| | Total Expenses | $0.63 |

David Brian Montgomery

Invoice Dated:  May 31, 2006

---

**Regarding:   General Bankruptcy Matters**

For Professional Services Rendered Through April 30, 2006                              Invoice #:   1795

Per Attached Description:

| | |
|---|---:|
| Fees.................................................................................................................. | $1,050.00 |
| Disbursements................................................................................................. | $0.00 |
| **Total New Charges**....................................................................................... | **$1,050.00** |

**FRANK/GECKER LLP**

325 North LaSalle Street, Suite 625
CHICAGO, ILLINOIS 60610
(312) 276-1400 • www.fgllp.com

June 23, 2006

David Brian Montgomery
Jones Lang LaSalle Americas, Inc.
200 East Randolph Street
45th Floor
Chicago IL 60601

FEIN 20-1952153

Regarding:    Delphi

For Professional Services Rendered Through May 31, 2006

Per Attached Description:                                            Invoice #:    1832

Fees..................................................................................................................    $1,770.00
Disbursements.................................................................................................    $422.12
**Total New Charges**........................................................................................    **$2,192.12**

David Brian Montgomery

Invoice Dated:  June 23, 2006

---

**Regarding:**   Delphi

For Professional Services Rendered Through May 31, 2006

Per Attached Description:

Invoice #:   1832

| Date | Description | Hours | Amount |
|---|---|---|---|
| 5/11/2006 | Telephone conference with Eric Steffe regarding preparation of budget; draft monthly statement for interim compensation for services rendered during April 2006; draft proposed budget for June - September 2006 budget period.<br>Jeremy C. Kleinman | 2.40 | $720.00 |
| 5/18/2006 | Telephone conference with Venera Ziegler regarding preparation of proposed budget.<br>Jeremy C. Kleinman | 0.30 | $90.00 |
| 5/26/2006 | Telephone conference with A. Baird regarding interim statement for April 2006 services; revise proposed budget; telephone conference with Eric Steffe regarding same.<br>Jeremy C. Kleinman | 0.80 | $240.00 |
| 5/30/2006 | Telephone conference with Venera Ziegler regarding proposed budgets; revise proposed budget and review April monthly invoices; office conference with Joseph Frank regarding status.<br>Jeremy C. Kleinman | 0.70 | $210.00 |
| 5/31/2006 | Revise April statement for interim compensation and prepare same for service; telephone conference with K. Franklin regarding payment received; telephone conference with V. Ziegler regarding same; telephone conference with E. Steffe regarding unpaid invoices.<br>Jeremy C. Kleinman | 1.70 | $510.00 |

$1,770.00

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jeremy C. Kleinman | 5.90 | 300.00 | $1,770.00 |
|  | **5.90** |  | **$1,770.00** |

Disbursements:

| Date | Description | Amount |
|---|---|---|
| 2/28/2006 | Federal Express delivery on 2/28/06. | 74.04 |
|  | Federal Express delivery on 2/28/06. | 13.75 |
|  | Federal Express delivery on 2/28/06. | 15.96 |
| 3/31/2006 | Federal Express delivery on 3/31/06. | 9.87 |
|  | Federal Express delivery on 3/31/06. | 19.74 |
|  | Federal Express delivery on 3/31/06. | 8.75 |
|  | Federal Express delivery on 3/31/06. | 8.61 |
|  | Federal Express delivery on 3/31/06. | 9.87 |
| 4/4/2006 | Federal Express delivery on 4/4/06. | 18.59 |

David Brian Montgomery

Invoice Dated: June 23, 2006

Page 3

**Regarding:    Delphi**

For Professional Services Rendered Through May 31, 2006  
Per Attached Description:

Invoice #:   1832

| Date | Description | Amount |
|---|---|---|
| 4/4/2006 | Federal Express delivery on 4/4/06. | 18.59 |
| 4/28/2006 | Federal Express delivery on 4/28/06. | 67.72 |
| | Federal Express delivery on 4/28/06. | 13.85 |
| | Federal Express delivery on 4/28/06. | 25.30 |
| | Federal Express delivery on 4/28/06. | 11.89 |
| 5/31/2006 | Federal Express delivery on 5/31/06. | 13.99 |
| | Federal Express delivery on 5/31/06. | 16.24 |
| | Federal Express delivery on 5/31/06. | 75.36 |
| | Total Expenses | $422.12 |

David Brian Montgomery

Page 4

Invoice Dated:   June 23, 2006

---

**Regarding:**   **Northwest Airlines**

For Professional Services Rendered Through May 31, 2006

Invoice #:   1833

Per Attached Description:

| | |
|---|---:|
| Fees............................................................................................................................ | $2,910.00 |
| Disbursements........................................................................................................... | $0.00 |
| **Total New Charges**............................................................................................... | **$2,910.00** |