IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, *et al.*, | ) | Case No. 05-44481 (RDD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### AFFIDAVIT OF JAMES C. BECKER
### PURSUANT TO 11 U.S.C. § 504 AND FED. R. BANKR. P. 2016

| | |
|---|---|
| COUNTY OF WAYNE | ) |
| | ) ss: |
| STATE OF MICHIGAN | ) |

James C. Becker, being duly sworn, deposes and states as follows:

1. I am a Managing Director of the firm of Jones Lang LaSalle Americas, Inc. ("JLL"), real estate administrative and transaction services provider for Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors").

2. I submit this affidavit (the "Affidavit") pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure in support of Jones Lang LaSalle Americas, Inc.'s Second Interim Application of for Compensation for Services Rendered and Reimbursement of Expenses as Real Estate Administrative and Transaction Services Provider to Delphi Corporation and its Related Debtor Entities for the Period February 1, 2006 through May 31, 2006 (the "Second Interim Application").

3. By order dated December 1, 2005 (Docket No. 1385), JLL was retained as the Debtors' real estate administrative and transaction services provider, retroactive to November 3, 2005.

{ JLL / 004 / 00007338.DOC /}

4. During the period between February 1, 2006 and May 31, 2006 (the "Application Period"), JLL sought interim monthly payments from the Debtors pursuant to the Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Compensation Order").

5. To date, JLL has received $41,653.87[1] in fees and $2,314.64 in expenses for the time period February 1, 2006 through February 28, 2006 (the "February Statement"), $43,462.20 in fees and $1,670.77 in expenses for the time period March 1, 2006 through March 31, 2006 (the "March Statement") and $45,862.20 in fees for the time period April 1, 2006 through April 30, 2006 (the "April Statement").

6. As of the date hereof, JLL has neither received payment of $282.45 in expenses for the April Statement nor the compensation and expenses sought for the time period May 1, 2006 through May 31, 2006 (the "May Statement"). I have been advised that pursuant to the Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, JLL will receive one half of the funds held back and retained by the Debtors for all periods ended on or before May 31, 2006. As of the date hereof, JLL has not yet received such funds.

---

[1] The Applicant has not yet received the full interim amount to which it is entitled for services rendered and costs incurred during February, 2006. The Debtors are withholding an extra $1,808.33 pending ruling on the First Interim Application.

{ JLL / 004 / 00007338.DOC /}    - 2 -

- 3 -

7. Except as permitted pursuant to 11 U.S.C. § 504(b)(1), no agreement or understanding exists between JLL and any person for a division of compensation or reimbursement received or to be received herein or in connection with the within cases.

FURTHER AFFIANT SAYETH NOT.

_____
James C. Becker

Subscribed and sworn to before me this
28 day of July, 2006.

_Linda L. McCown_
NOTARY PUBLIC

My Commission expires on _February 23, 2011_