Joseph D. Frank (JF-6085)
Jeremy C. Kleinman (JK-0080)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60610
(312) 276-1400 – telephone
(312) 276-0035 – facsimile

Counsel for Jones Lang LaSalle Americas, Inc.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, *et al.*, | ) | Case No. 05-44481 (RDD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**CERTIFICATE OF SERVICE**

I, Joseph D. Frank, an attorney, hereby certify that, consistent with the terms of the Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated November 4, 2005 (Docket No. 869) and the supplemental orders dated March 8, 2006 (Docket No. 2747, March 28, 2006 (Docket No. 2986), May 5, 2006 (Docket No. 3630) and July 12, 2006 (Docket No. 4545) (the "Interim Compensation Orders"), on April 28, 2006, I caused copies of **Jones Lang LaSalle Americas, Inc.'s Second Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 328, 330 and 331** (the "Second Interim Application"), attached hereto, to be served by overnight courier upon each of the parties listed below, with a copy to chambers.

I further certify that on July 31, 2006, pursuant to the Interim Compensation Orders, notice of the filing of Second Interim Application was provided via electronic mail or by first-class U.S. mail, postage prepaid (when no email address has been provided) to both the "Master Service List" and the "2002 List," as provided at www.delphidocket.com.

{ JLL / 004 / 00006281.DOC / 2}

<table>
<tr><td>

*Via Electronic Mail*
David M. Sherbin
Vice President and General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, Michigan  48098
david.sherbin@delphi.com

</td><td>

*Via Federal Express*
Skadden, Arps, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois  60606
Att'n:  John Wm. Butler, Jr.

</td></tr>
<tr><td>

*Via Electronic Mail*
John D. Sheehan
Vice President and
Chief Restructuring Officer
Delphi Corporation
5725 Delphi Drive
Troy, Michigan  48098
john.sheehan@delphi.com

</td><td>

*Via Electronic Mail*
Valerie Venable
Credit Manager
GE Plastics, Americas
9930 Kincey Avenue
Huntersville, North Carolina  28078
valerie.venable@ge.com

</td></tr>
<tr><td>

*Via Electronic Mail*
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York  10004
Att'n:  Alicia M. Leonhard
alicia.m.leonhard@usdoj.gov

</td><td>

*Via Federal Express*
Latham & Watkins LLP
885 Third Avenue
New York, New York  10017
Att'n:  Robert J. Rosenberg

</td></tr>
<tr><td>

*Via Federal Express*
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York  10017
Att'n:  Marissa Wesley

</td><td>

*Via Federal Express*
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York  10017
Att'n:  Marlane Milican

</td></tr>
</table>

Dated: July 31, 2006

By:    */s/ Joseph D. Frank*

Joseph D. Frank (JF-6085)
Jeremy C. Kleinman (JK 0080)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60610
(312) 276-1400 – telephone
(312) 276-0035 – facsimile

Counsel to Jones Lang LaSalle Americas, Inc.