**Delphi Corporation, et al.**
**Chapter 11 Case 05-44481 (RDD)**
**Deloitte and Touche LLP**
**Second Interim Application**
**(02/01/06 - 05/31/06)**
**Exhibit A**

| | | |
|---|---:|---:|
| Fees Related to Audit Services | $ | 9,582,349.90 |
| Fees Related to Government Reports Services [1] | | 11,737.50 |
| **Total Fees** | | **9,594,087.40** |
| | | |
| Discount [2] | | (1,918,817.48) |
| Total Adjusted Fees | | 7,675,269.92 |
| Total Expenses [3] | | - |
| **Total Due** | $ | **7,675,269.92** |

*(1) This interim application includes services related to Deloitte & Touche LLP's government reports engagement, as detailed in the application to retain Deloitte & Touche LLP, dated November 23, 2005. Such services, as detailed herein, encompass the period from bankruptcy petition through the period encompassed by this interim application. Entries in this statement which precede February 1, 2006 have not been included in any previous Deloitte & Touche interim application.*

*(2) The discount above reflects a reduction in fees for the period covered by this interim application, consistent with the engagement letter dated August 29, 2005, and the retention affidavit of Brock E. Plumb.*

*(3) This interim application excludes expenses incurred by Deloitte & Touche LLP personnel while providing professional services to Delphi, during the period encompassed by this application. Deloitte & Touche LLP is voluntarily waiving the collection of the expenses for the period encompassed by this interim application.*