**Delphi Corporation, et al.**
**Chapter 11 Case 05-44481 (RDD)**
**Deloitte and Touche LLP**
**Second Interim Application**
**(02/01/06 - 05/31/06)**
**Exhibit C**

| Names Of Professionals/ Paraprofessionals | Rates | Hours | Total |
|---|---|---|---|
| **Senior Manager** | | | |
| Ausnehmer, Jeffrey J | 525.00 | 1.2 | 630.00 |
| Beverage, Richard M | 525.00 | 10.4 | 5,460.00 |
| Cabeca, Anthony J | 525.00 | 4.9 | 2,572.50 |
| Cloniger, Melissa Ann | 525.00 | 1.0 | 525.00 |
| Dehart, Laura A | 525.00 | 3.0 | 1,575.00 |
| Favor, Richard A | 525.00 | 462.9 | 243,022.50 |
| Hakken, Jon | 525.00 | 43.3 | 22,732.50 |
| Hurley, Timothy R | 525.00 | 12.2 | 6,405.00 |
| Kapecki, Kenneth Walter | 525.00 | 15.2 | 7,980.00 |
| Kosonog, Michael S | 525.00 | 28.0 | 14,700.00 |
| Lacoudre, Anthony F | 520.00 | 1.0 | 520.00 |
| Laudermilch, Steven William | 525.00 | 8.4 | 4,410.00 |
| Livorsi, Thomas J | 525.00 | 12.3 | 6,457.50 |
| Mano, Patrice M | 525.00 | 0.5 | 262.50 |
| Miocic, Gregory G | 525.00 | 10.5 | 5,512.50 |
| Moyer, Denny L | 490.00 | 825.1 | 404,299.00 |
| Olmore, David S | 450.00 | 18.0 | 8,100.00 |
| Pena, Salvador | 525.00 | 2.0 | 1,050.00 |
| Penelle, Philippe G | 525.00 | 1.2 | 630.00 |
| Rijkaart Van Cappellen, Wijnand Gerard | 525.00 | 0.5 | 262.50 |
| Snyder, Bill L | 490.00 | 1.7 | 833.00 |
| Sullivan, Brian J | 525.00 | 16.4 | 8,610.00 |
| Szalony, Scott P | 440.00 | 753.9 | 331,716.00 |
| Tomlinson, Marc E | 510.00 | 5.0 | 2,550.00 |
| Tropea, Leonard A | 525.00 | 683.4 | 358,785.00 |
| Van Namen, Eric | 440.00 | 7.5 | 3,300.00 |
| Waller, Mary F | 525.00 | 6.0 | 3,150.00 |

**Delphi Corporation, et al.**
**Chapter 11 Case 05-44481 (RDD)**
**Deloitte and Touche LLP**
**Second Interim Application**
**(02/01/06 - 05/31/06)**
**Exhibit C**

| Names Of Professionals/Paraprofessionals | Rates | Hours | Total |
|---|---:|---:|---:|
| **Manager** | | | |
| Bahan, Natalie J | 390.00 | 41.0 | 15,990.00 |
| Beatty, Jack W | 340.00 | 2.9 | 986.00 |
| Clark, Jill M | 390.00 | 446.1 | 173,979.00 |
| Ferrer, Kim Ann G | 390.00 | 579.1 | 225,849.00 |
| Fleming, Katherine Evelyn | 390.00 | 658.8 | 256,932.00 |
| Kyriakakis, Jonathan George | 490.00 | 1.9 | 931.00 |
| Lee, Ying | 525.00 | 25.9 | 13,597.50 |
| Lehner, Joanna C | 390.00 | 3.0 | 1,170.00 |
| Noetzel, Richard Kenneth | 450.00 | 318.3 | 143,235.00 |
| Patel, Bhavesh A | 390.00 | 9.5 | 3,705.00 |
| Peterson, John D G | 500.00 | 127.6 | 63,800.00 |
| Shah, Shahid A | 340.00 | 170.9 | 58,106.00 |
| Snyder, Clayton A | 480.00 | 761.1 | 365,328.00 |
| Sticklinski, Patricia A | 450.00 | 198.7 | 89,415.00 |
| Thomas, Daniel Joseph | 490.00 | 165.9 | 81,291.00 |
| Urbaniak, Julie Johnson | 525.00 | 109.9 | 57,697.50 |
| Ziemke, Valerie Lea | 480.00 | 632.2 | 303,456.00 |
| **Senior Associate** | | | |
| Alsager, Christina C | 270.00 | 905.6 | 244,512.00 |
| Bacarella, Angela M | 270.00 | 562.6 | 151,902.00 |
| Badie, Jermaine N | 270.00 | 885.0 | 238,950.00 |
| Belen, Jeffrey Scott | 390.00 | 3.5 | 1,365.00 |
| Brenman, Milana | 240.00 | 275.1 | 66,024.00 |
| Butt, Waqar A | 375.00 | 17.5 | 6,562.50 |
| Fales, Aaron M | 390.00 | 4.4 | 1,716.00 |
| Fleming, L Michael | 375.00 | 61.1 | 22,912.50 |
| Hamilton, Brian J | 280.00 | 236.5 | 66,220.00 |
| Holliday, Bradley Sean | 300.00 | 150.9 | 45,270.00 |
| Kargela, Michael W | 390.00 | 414.2 | 161,538.00 |
| Lovelady, Susan L | 270.00 | 245.7 | 66,339.00 |
| Miller, Ashley Elaine | 390.00 | 460.2 | 179,478.00 |
| Northrop, Thomas Vincent | 315.00 | 0.7 | 220.50 |
| Potter, Scott Alan | 390.00 | 203.5 | 79,365.00 |
| Ralbusky, Deanna M | 270.00 | 894.6 | 241,542.00 |
| Shrestha, Ashish A | 375.00 | 115.4 | 43,275.00 |
| Springer, Rick | 375.00 | 106.1 | 39,787.50 |
| Tang, Weiwei | 250.00 | 78.8 | 19,700.00 |
| Underwood, Dawn Rene | 270.00 | 72.1 | 19,467.00 |
| Urek, Kyle M | 270.00 | 873.0 | 235,710.00 |

**Delphi Corporation, et al.**
**Chapter 11 Case 05-44481 (RDD)**
**Deloitte and Touche LLP**
**Second Interim Application**
**(02/01/06 - 05/31/06)**
**Exhibit C**

| Names Of Professionals/ Paraprofessionals | Rates | Hours | Total |
|---|---|---|---|
| Walker, Jacqueline M | 360.00 | 181.5 | 65,340.00 |
| Warnack, Sarah A | 360.00 | 475.7 | 171,252.00 |
| **Associate** | | | |
| Al Qamari, Nishreen Abbas | 335.00 | 20.3 | 6,800.50 |
| Blank, Marina Alexandrovna | 240.00 | 44.1 | 10,584.00 |
| Cheng, Xiangyu | 255.00 | 19.3 | 4,921.50 |
| Eldam, Rami D | 315.00 | 7.0 | 2,205.00 |
| Goenka, Ankit | 27.00 | 29.5 | 796.50 |
| Green, Jonathan David | 280.00 | 787.4 | 220,472.00 |
| Grozdanovski, Natali | 75.00 | 156.5 | 11,737.50 |
| Grozdanovski, Natali | 100.00 | 106.7 | 10,670.00 |
| Harding, David James | 200.00 | 12.8 | 2,560.00 |
| Harrison, Joseph E Jr | 200.00 | 38.7 | 7,740.00 |
| Hoch, Erin Nicole | 240.00 | 837.1 | 200,904.00 |
| Jian, Shuling | 280.00 | 259.4 | 72,632.00 |
| Joshi, Amitesh | 27.00 | 26.1 | 704.70 |
| Krishna Shastrula, Santosh Kumar | 27.00 | 14.0 | 378.00 |
| Kwok, Kaki | 280.00 | 230.8 | 64,624.00 |
| Kwok, Wynette Kaki | 280.00 | 178.3 | 49,924.00 |
| Ludtke, Emily Irene | 200.00 | 490.9 | 98,180.00 |
| Macauda, Allison Nichole | 290.00 | 19.5 | 5,655.00 |
| Maheshwari, Shradha | 27.00 | 32.0 | 864.00 |
| McCoy, Kathryn Anne | 200.00 | 880.0 | 176,000.00 |
| Miffleton, Catherine Taylor | 300.00 | 19.3 | 5,790.00 |
| Nellis, Amanda Marie | 295.00 | 36.1 | 10,649.50 |
| Pathak, Devendra Mohan | 27.00 | 20.0 | 540.00 |
| Patnaik, Sudhakar | 27.00 | 7.5 | 202.50 |
| Popiel, Walter Edward Ii | 280.00 | 315.1 | 88,228.00 |
| Pulis, Jason Alexander | 290.00 | 33.9 | 9,831.00 |
| Reed, Megan Amanda | 200.00 | 12.5 | 2,500.00 |
| Rhoades, Daisha Kristi | 280.00 | 799.0 | 223,720.00 |
| Riegling, Ryan J | 290.00 | 273.4 | 79,286.00 |
| Ruhlig, Aaron Vaughan | 290.00 | 278.7 | 80,823.00 |
| Schroeder, Amanda Jeanne | 200.00 | 224.7 | 44,940.00 |
| Schrot, Erica Lynne | 200.00 | 931.8 | 186,360.00 |
| Sharma, Aditya Kumar | 27.00 | 9.0 | 243.00 |
| Singh, Amrendra | 27.00 | 3.0 | 81.00 |
| Stamenkovic, Miodrag | 200.00 | 329.1 | 65,820.00 |
| Strzempek, Eric Matthew | 280.00 | 411.7 | 115,276.00 |
| Tanielian, Kevork Krikor | 290.00 | 675.3 | 195,837.00 |
| Tanno, Kelly K | 200.00 | 34.1 | 6,820.00 |

**Delphi Corporation, et al.**
**Chapter 11 Case 05-44481 (RDD)**
**Deloitte and Touche LLP**
**Second Interim Application**
**(02/01/06 - 05/31/06)**
**Exhibit C**

| Names Of Professionals/ Paraprofessionals | Rates | Hours | Total |
|---|---:|---:|---:|
| Tauro, Dimpi F | 275.00 | 169.9 | 46,722.50 |
| Tomas, John Dimitri | 240.00 | 400.5 | 96,120.00 |
| Venkataraman, Srividhya | 27.00 | 1.1 | 29.70 |
| Wang, Ning | 305.00 | 9.5 | 2,897.50 |
| White, Julie R | 300.00 | 46.1 | 13,830.00 |
| Zmuda, Shaun Stanley | 240.00 | 862.4 | 206,976.00 |
| **Total**[1] | | 27,075.6 | $ 9,594,087.40 |

(1) For the months of March and April 2006, Senior Manager David Olmore's rate was inadvertently billed at $350 per hour rather than the correct rate of $450 an hour. This interim fee application corrects this error, resulting in a variance to the monthly statements for this interim period of $1,200.00.