**Delphi Corporation, et al.**
**Chapter 11 Case 05-44481 (RDD)**
**Deloitte and Touche LLP**
**Second Interim Application**
**(02/01/06 - 05/31/06)**
**Exhibit D**

| CATEGORY DESCRIPTION | HOURS |
|---|---|
| AUDIT PROCEDURES FOR AHG | 567.9 |
| AUDIT PROCEDURES FOR DELPHI HEADQUARTERS | 6,276.1 |
| AUDIT PROCEDURES FOR DPSS | 1,176.6 |
| AUDIT PROCEDURES FOR ELECTRONICS & SAFETY | 1,255.0 |
| AUDIT PROCEDURES FOR EMPLOYEE BENEFIT OBLIGATIONS | 1,161.5 |
| AUDIT PROCEDURES FOR ENERGY & CHASSIS | 2,008.6 |
| AUDIT PROCEDURES FOR PACKARD | 1,719.7 |
| AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | 551.6 |
| AUDIT PROCEDURES FOR STEERING | 1,231.6 |
| AUDIT PROCEDURES FOR THERMAL & INTERIOR | 1,180.4 |
| AUDIT PROCEDURES ON INCOME TAXES | 1,508.7 |
| AUDIT PROCEDURES PLANNING AND DEVELOPMENT | 165.4 |
| ENGAGEMENT ADMINISTRATION, PLANNING, AND MANAGEMENT | 1,391.3 |
| GOVERNMENTAL REPORTS | 156.5 |
| IMPAIRMENT | 89.0 |
| INTERNAL CONTROL TESTING | 5,385.4 |
| PREPARATION OF FEE/EXPENSE APPLICATIONS | 382.4 |
| REVIEW OF AUDIT WORKPAPERS AND SUPERVISION | 456.7 |
| REVIEW PROCEDURES FOR FIRST QUARTER | 16.2 |
| REVIEW PROCEDURES FOR SECOND QUARTER | 10.9 |
| REVIEW PROCEDURES FOR THIRD QUARTER | 8.3 |
| SAS 99 / JOURNAL ENTRY TESTING | 341.8 |
| TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | 34.0 |
| **Grand Total** | **27,075.6** |