# Exhibit B

# EXHIBIT B

# SUMMARY SHEET

*In re: Delphi Corporation*

CASE NO. 05-44481 (RDD) (CHAPTER 11)

Name of Applicant: Dickinson Wright PLLC

Role: A Key Ordinary Course Counsel to the Debtors

| Current Application: | Fees Requested: | $172,133.50 |
|---|---|---|
| | Expenses Requested: | $8,835.21 |

**RETAINER PAID: $0**

### A.    Summary of Timekeepers

| Timekeeper | Year Admitted | Dept. | Rate | Hours | Amount |
|---|---|---|---|---|---|
| <u>Attorneys</u> | | | | | |
| Edgar C. Howbert | 1966 | Bankruptcy | $425 | 29.5 | $12,537.50 |
| Roger H. Cummings | 1974 | Corporate | $385 | 2.4 | $924.00 |
| James H. Novis | 1979 | Tax | $325 | 22.5 | $7,312.50 |
| Michael A. Schaldenbrand | 2003 | Corporate | $295 | 2.8 | $826.00 |
| Harold W. Milton | 1964 | Intellectual Property | 4250 | 10.9 | $2,725.00 |
| Christopher C. Maeso | 1995 | Corporate | $220 | 130.5 | $28,710.00 |
| Peter J. Kulick | 2001 | Tax | $200 | 11.1 | $2,220.00 |
| Jeffrey T. Gendzwill | | Intellectual Property | $105 | 213.5 | $22,417.50 |
| Patrick R. Anderson | | Intellectual Property | $105 | 130.5 | $13,702.50 |
| James P. Bonnamy | | Intellectual Property | $85 | 163.4 | $13,889.00 |
| Jeremy J. Klobucar | | Intellectual Property | $85 | 318.0 | $27,030.00 |
| Stacey A. Fluhart | | Intellectual Property | $85 | 311.5 | $26,477.50 |
| Matteo D. Pedini | | Intellectual Property | $85 | 157.20 | $13,362.00 |
| **Total Hours** | | | | 1518.4 | |
| **Attorney Totals** | | | | | $172,133.50 |
| **Attorney Blended Rate** | | | | | $216.79 |

## COSTS

| | |
|---|---|
| Copying | $403.50 |
| Filing Fee | $125.00 |
| Patent Searches | $1,023.75 |
| Long Distance Phone Calls | $33.93 |
| Delivery | $140.52 |
| Patent Drawings | $6,207.50 |
| Patent Recording Fee | $500.00 |
| Patent Office Extra Claims Fees | $400.00 |
| Legal Research Access Fee | $101.00 |
| TOTAL: | $8,835.21 |

DETROIT 25980-99 948886v1