Exhibit C

# EXHIBIT C

## INDEX OF INVOICES BY MATTER NUMBER

1.  UPS 25980-93
2.  Carquest 25980-94
3.  Motion Computing 25980-95
4.  General Commercial Contracts 25980-96
5.  Retention and Fee Applicatioin Work 25980-99
6.  US Patent application capillary assisted Thermosiphon 604080-2
7.  US Patent application liquid cooled Thermosiphon w/condenser coil 604080-12
8.  US Patent applicationThermosiphon w/flexible boiler 604080-18
9.  US Patent application high proformance Thermosiphon w/condensation 604080-19
10. UPS 25980-93
11. Motion Computing 25980-95
12. General Commercial Contracts 25980-96
13. Property Tax-Coopersville 25980-98
14. Retention and fee application work 25980-99
15. US Patent application evaporatively cooled Thermosiphon 604080-1
16. US Patent application capillary-assisted Thermosiphon w/remote condenser 604080-2
17. US Patent application Thermosiphon w/thermoelectrically ehanced plate 604080-3
18. US Patent application capillary assisted compact Thermosiphon 604080-4
19. US Patent application low profile Thermosiphon 604080-5
20. US Patent application porcupine-shaped orientation 604080-6
21. US Patent application igloo-shaped orientation Thermosiphon 604080-7
22. US Patent application orientation insensitive Thermosiphon of squirrel cage 604080-10
23. US Patent application orientation insensitive Thermosiphon of V configuration 604080-11
24. US Patent application liquid cooled Thermosiphon . . . in liquid refrigerant 604080-12
25. US Patent application vapor compression AC system  604080-15
26. US Patent application compact liquid cooling unit for high end servers  604080-16
27. US Patent application Thermosiphon w/flexible boiler plate 604080-18
28. US Patent application high proformance Thermosiphon w/enhanced condensation 604080-19
29. General Commercial Contracts 25980-96
30. Single Business Tax 25980-97
31. Property Tax – Coopersville 25980-98
32. Retention and Fee Application work 25980-99
33. US Patent application Thermosiphon w/thermoelectrically enhanced plate 604080-3
34. US Patent application capillary-assisted Thermosiphon 604080-4
35. US Patent application low profile Thermosiphon 604080-5
36. US Patent application porcupine-shaped orientation Thermosiphon 604080-6
37. US Patent application igloo-shaped orientation Thermosiphon 604080-7
38. US Patent application orientation insensitive compact Thermosiphon w/flat condenser 604080-8
39. US Patent application orientation insensitive Thermosiphon capable of operation upside down 604080-9
40. US Patent application orientation insensitive Thermosipon of squirrel cage 604080-10
41. US Patent application orientation insensitive Thermosiphon of V configuration 604080-11

42.  US Patent application liquid cooled Thermosiphon w/immersed condenser coil 604080-12
43.  US Patent application Thermosiphon w/flexible boiler plate 604080-18
44.  General IP Matters 604080-999
45.  Connie Fournier as PR of the Estate of Stela Demeniuk 25980-78
46.  General Commercial Contracts 25980-96
47.  Single Business Tax 25980-97
48.  Property Tax – Coopersville 25980-98
49.  Retention and Fee Application work 25980-99
50.  US Patent application Thermosiphon w/Thermoelectrically enhanced plate 604080-3
51.  US Patent application porcupine-shaped orientation 604080-6
52.  US Patent application igloo-shaped orientation 604080-7
53.  US Patent application orientation insensitive compact Thermosiphon w/flat condenser 604080-8
54.  US Patent application orientation insensitive Thermosiphon capable of operation upside down 604080-9
55.  US Patent application microchannel flat tube heat 604080-13
56.  US Patent application inserted sheet metal tube 604080-14
57.  US Patent application vapor compression ac system w/cooler asst. evaporator 604080-15
58.  US Patent application compact liquid cooling unit for high end servers 604080-16
59.  US Patent application low profile air inlet 604080-17
60.  US Patent application high proformance Thermosiphon w/enhanced condensation 604080-19
61.  US Patent application low pressure drop liquid cooling unit 604080-20
62.  US Patent application liquid cooled Thermosiphon w/flexible partition 604080-21
63.  US Patent application engine cooling fan w/upstream motor 604080-22
64.  US Patent application flexible HVAC module w/add on multi zone assembly 60408-23
65.  US Patent application portable evaporative cooler 604080-24
66.  US Patent application air cooled computer chip 604080-25
67.  US Patent application integrally molded blower motor 604080-26
68.  US Patent application high efficiency water desalination unit 604080-29
69.  US Patent application thermally conditioned vehicle seat 604080-30
70.  US Patent application hermetic refrigenat fitting  604080-32
71.  General IP Matters 604080-999

DETROIT 25980-99 948879v1

2

IN ACCOUNT WITH

DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI CORPORATION
LEGAL DEPARTMENT - M/C 483-400-603
5725 DELPHI DRIVE
TROY, MI  48098-2815

ATTN:  MICHELE PISCITELLI

Invoice No.   528480
March 31, 2006
Page    1

DW Attorney:   C C MAESO
Our File No.:  025980-00093

Re:  UPS

For Legal Services from Feb  1, 2006 through Feb 28, 2006

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | **B200 - OPERATIONS** | | | | |
| | B210 - | | | | |
| 02/01/06 | Reviewed and commented on UPS Agreement; reviewed correspondence regarding agreement | C C MAESO | .50 | $220 | $110.00 |
| A104 | | | | | |
| 02/03/06 | Finalized comments on UPS program | C C MAESO | .20 | $220 | $44.00 |
| A104 | | | | | |
| | Task Subtotal | | | | $154.00 |
| | Phase Subtotal | | | | $154.00 |
| | Fee Subtotal | | | | $154.00 |
| | Total Hours | | .70 | | |
| | Grand Total | | | | $154.00 |

In Account With

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

025980-00093                                    Invoice No.   528480
DELPHI CORPORATION                              March 31, 2006
UPS                                            Page    2


Summary:
--------

    C C MAESO          MEMBER              .7 hours at $220      $154.00

# DICKINSON WRIGHT PLLC

DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI CORPORATION                                Invoice No.  528481
LEGAL DEPARTMENT - M/C 483-400-603                March 31, 2006
5725 DELPHI DRIVE                                 Page    1
TROY, MI  48098-2815

ATTN:  MICHELE PISCITELLI


DW Attorney:    C C MAESO
Our File No.:   025980-00094


              Re:  CARQUEST


     For Legal Services from Feb  1, 2006 through Feb 28, 2006


Date     Professional Services      Professional      Hours Rate   Charge
----     ---------------------      ------------      ----- ----   ------


         B200 - OPERATIONS

              B210 -

02/01/06 Discuss key issues raised   R H CUMMINGS       .30 $385   $115.50
         by Carquest proposed
         warranty agreement, and
         pass through to Carquest
         customers, for C Maeso
         followup with Delphi
    A104

02/01/06 Review and analysis of      C C MAESO          .80 $220   $176.00
         Carquest Warranty Claims.
    A104

02/01/06 Interoffice conference      C C MAESO          .30 $220    $66.00
         w/RHC.
    A105

02/01/06 Call with K. Niedermaier;   C C MAESO          .50 $220   $110.00
         conference call with C.
         Cannon
    A106

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

025980-00094
DELPHI CORPORATION
CARQUEST

Invoice No.  528481
March 31, 2006
Page   2

| Date | Professional Services | Professional | Hours | Rate | Charge |
|------|----------------------|--------------|-------|------|--------|
| 02/02/06 | Finalized revisions to and distributed comments on Carquest Warranty policy | C C MAESO | .70 | $220 | $154.00 |
| A103 | | | | | |
| 02/06/06 | Conf C Maeso regarding Carquest warranty and related agreement, certain provisions, issues, precedents, suggested revisions. | R H CUMMINGS | .40 | $385 | $154.00 |
| A105 | | | | | |

| | | |
|---|---|---|
| Task Subtotal | | $775.50 |
| Phase Subtotal | | $775.50 |
| Fee Subtotal | | $775.50 |
| Total Hours | 3.00 | |
| Grand Total | | $775.50 |

Summary:
--------

| | | | |
|---|---|---|---|
| R H CUMMINGS | MEMBER | .7 hours at $385 | $269.50 |
| C C MAESO | MEMBER | 2.3 hours at $220 | $506.00 |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI CORPORATION
LEGAL DEPARTMENT - M/C 483-400-603
5725 DELPHI DRIVE
TROY, MI  48098-2815

ATTN:  MICHELE PISCITELLI

Invoice No.  528483
March 31, 2006
Page   1

DW Attorney:   C C MAESO
Our File No.:  025980-00095

Re:  MOTION COMPUTING. INC.

For Legal Services from Feb  1, 2006 through Feb 28, 2006

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | **B200 - OPERATIONS** | | | | |
| | **B210 -** | | | | |
| 02/01/06 | Reviewed revised Motion Computing Agreement; drafted correspondence to S. Brigolin regarding outstanding issues and finalizing contract | C C MAESO | .60 | $220 | $132.00 |
| A103 | | | | | |
| 02/13/06 | Correspondence with R. Staunch and R. Baxter regarding draft agreement and necessary changes | C C MAESO | .30 | $220 | $66.00 |
| A106 | | | | | |
| | | Task Subtotal | | | $198.00 |
| | | Phase Subtotal | | | $198.00 |
| | Fee Subtotal | | | | $198.00 |
| | | Total Hours | .90 | | |

DICKINSON
WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

025980-00095                                    Invoice No.  528483
DELPHI CORPORATION                              March 31, 2006
MOTION COMPUTING. INC.                          Page    2


                        Grand Total                        $198.00


        Summary:
        --------

            C  C  MAESO          MEMBER          .9 hours at $220      $198.00

In Account With

# DICKINSON WRIGHT PLLC

DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI CORPORATION
LEGAL DEPARTMENT - M/C 483-400-603
5725 DELPHI DRIVE
TROY, MI  48098-2815

ATTN:  MICHELE PISCITELLI

DW Attorney:   C C MAESO
Our File No.:  025980-00096

Invoice No.  528482
March 31, 2006
Page   1

Re:  GENERAL COMMERCIAL CONTRACTS

For Legal Services from Feb  1, 2006 through Feb 28, 2006

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | B200 - OPERATIONS | | | | |
| | B210 - | | | | |
| 02/01/06 | Reviewed and drafted revisions to Internet Licensing Contract; reviewed correspondence from retailer's counsel | C C MAESO | .60 | $220 | $132.00 |
| A103 | | | | | |
| 02/01/06 | Worked on-site at Delphi's offices on general contract matters | C C MAESO | 3.10 | $220 | $682.00 |
| A103 | | | | | |
| 02/06/06 | Worked on site at Delphi | C C MAESO | 1.50 | $220 | $330.00 |
| A103 | | | | | |
| 02/06/06 | Conferences with R. Baxter and S. Corcoran on commercial contracts. | C C MAESO | .40 | $220 | $88.00 |
| A106 | | | | | |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

025980-00096
DELPHI CORPORATION
GENERAL COMMERCIAL CONTRACTS

Invoice No.  528482
March 31, 2006
Page    2

| Date | Professional Services | Professional | Hours | Rate | Charge |
|------|----------------------|--------------|-------|------|--------|
| 02/06/06 | Reviewed, revised and commented on Non-Disclosure Agreement with Rochester Institute of Technology. | C C MAESO | .50 | $220 | $110.00 |
| A104 | | | | | |
| 02/06/06 | Call with B. Johnson on non-disclosure agreement. | C C MAESO | .20 | $220 | $44.00 |
| A106 | | | | | |
| 02/06/06 | Reviewed, analyzed and commented on Long Term Supply Agreement with Progressive Molded Products. | C C MAESO | .60 | $220 | $132.00 |
| A103 | | | | | |
| 02/09/06 | Worked on site at Delphi regarding (a) Master Warehouse Agreement, including call with B. Goerke; review of correspondence, reviewing, analyzing and drafting Master Warehouse Agreement. | C C MAESO | 2.10 | $220 | $462.00 |
| A103 | | | | | |
| 02/09/06 | Worked on site at Delphi regarding Letter of Credit Banking Services Agreement, including reviewing, analyzing and commented on agreement, drafting correspondence regarding changes | C C MAESO | 1.10 | $220 | $242.00 |
| A103 | | | | | |
| 02/09/06 | Review and analysis of Techcentral correspondence and issues and correspondence with R. Baxter. | C C MAESO | .40 | $220 | $88.00 |
| A103 | | | | | |
| 02/09/06 | Cursory, initial review of Master Services Agreement with Jabil. | C C MAESO | .30 | $220 | $66.00 |
| A104 | | | | | |

IN ACCOUNT WITH

**DICKINSON WRIGHT** PLLC

●●● WOODWARD AVENUE, SUITE ●●●
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

025980-00096                              Invoice No.   528482
DELPHI CORPORATION                        March 31, 2006
GENERAL COMMERCIAL CONTRACTS              Page     3

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| 02/13/06<br>A106 | Correspondence with B. Johnson on RIT Confidentiality Agreement; review of revised agreement. | C C MAESO | .30 | $220 | $66.00 |
| 02/13/06<br>A103 | Reviewed, analyzed and commented on Bose Reseller Agreement. | C C MAESO | .50 | $220 | $110.00 |
| 02/14/06<br>A103 | Drafted and distributed memo on Bose Reseller Agreement issues. | C C MAESO | .40 | $220 | $88.00 |
| 02/14/06<br>A106 | Correspondence with Omar regarding UPS Returns on Web Agreement. | C C MAESO | .20 | $220 | $44.00 |
| 02/21/06<br>A103 | Drafting master warehouse agreement. | C C MAESO | 2.10 | $220 | $462.00 |
| 02/21/06<br>A106 | Call with Bjoern on master warehouse agreement. | C C MAESO | .30 | $220 | $66.00 |
| 02/22/06<br>A106 | Call with D. Eady on Confidentiality Agreement with Mitsubishi. | C C MAESO | .30 | $220 | $66.00 |
| 02/23/06<br>A104 | Attention to Terms and Conditions in review and analysis of Arkay contract. | C C MAESO | .50 | $220 | $110.00 |
| 02/23/06<br>A106 | Call with P. Holdsworth. | C C MAESO | .20 | $220 | $44.00 |
| 02/23/06<br>A103 | Drafting revisions to agreement with Arkay. | C C MAESO | 1.80 | $220 | $396.00 |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

025980-00096
DELPHI CORPORATION
GENERAL COMMERCIAL CONTRACTS

Invoice No.   528482
March 31, 2006
Page   4

| Date | Professional Services | Professional | Hours | Rate | Charge |
|------|----------------------|--------------|-------|------|--------|
| 02/23/06 | Drafting confidentiality agreement for Mitsubishi; correspondence with D. Eady. | C C MAESO | .60 | $220 | $132.00 |
| A103 | | | | | |
| 02/24/06 | Call with B. Werner regarding Exxon terms and conditions and necessary negotiating issues. | C C MAESO | .50 | $220 | $110.00 |
| A106 | | | | | |
| 02/24/06 | Review of Exxon file | C C MAESO | .50 | $220 | $110.00 |
| A104 | | | | | |
| 02/24/06 | Reviewing 2002 and 2006 Terms and Conditions and comparing to Delphi's Terms; drafting master memorandum. | C C MAESO | 3.20 | $220 | $704.00 |
| A103 | | | | | |
| 02/25/06 | Reviewing 2002 and 2006 Lear Corp. Terms and Conditions and comparing to Delphi's Terms; drafting master memorandum | C C MAESO | 4.00 | $220 | $880.00 |
| A103 | | | | | |
| 02/26/06 | Reviewing 2002 and 2006 Lear Corp.Terms and Conditions and comparing to Delphi's Terms; drafting master memorandum | C C MAESO | 6.30 | $220 | $1,386.00 |
| A103 | | | | | |
| 02/27/06 | Correspondence with Omar regarding UPS contract; finalized and distributed revisions to the agreement. | C C MAESO | .50 | $220 | $110.00 |
| A103 | | | | | |
| 02/27/06 | Portion of attn Lear amended terms, differences from 2002 terms, followup C Maeso re significant changes, matters for | R H CUMMINGS | .50 | $385 | $192.50 |

IN ACCOUNT WITH
DICKINSON WRIGHT PLLC

DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

025980-00096                              Invoice No.  528482
DELPHI CORPORATION                        March 31, 2006
GENERAL COMMERCIAL CONTRACTS              Page    5

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | followup with Delphi re same; | | | | |
| A106 | | | | | |
| 02/27/06 | Interoffice conference with Baxter regarding issues raised by new Lear terms | C C MAESO | 1.10 | $220 | $242.00 |
| A106 | | | | | |
| 02/27/06 | Reviewing and analyzing Lear and Delphi Terms and drafted comparison chart. | C C MAESO | 3.30 | $220 | $726.00 |
| A103 | | | | | |
| 02/28/06 | Interoffice conference with Baxter. | C C MAESO | .30 | $220 | $66.00 |
| A106 | | | | | |
| 02/28/06 | Drafted correspondence to M. Keitel on generally objecting to new purchase order terms . | C C MAESO | .70 | $220 | $154.00 |
| A103 | | | | | |
| 02/28/06 | Portion conf C Maeso and followup email re responding to Tier Ones re changes in Tier One p/o terms, and re certain tier one p/o changes for consideration by Delphi. | R H CUMMINGS | .40 | $385 | $154.00 |
| A106 | | | | | |
| 02/28/06 | Completed and distributed draft of memorandum highlighting certain key changes to Lear Corp.Terms and Conditions; completed and distributed comparison chart on Lear Terms. | C C MAESO | 2.00 | $220 | $440.00 |
| A103 | | | | | |

                              Task Subtotal          $9,234.50

                              Phase Subtotal         $9,234.50

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

025980-00096
DELPHI CORPORATION
GENERAL COMMERCIAL CONTRACTS

Invoice No.  528482
March 31, 2006
Page    6

| Date | Professional Services | Professional | Hours | Rate | Charge |
|------|----------------------|--------------|-------|------|--------|
| | | Fee Subtotal | | | $9,234.50 |

Total Hours  41.30

| | Expenses | | | | Amount |
|--|----------|--|--|--|--------|
| E101 | COPYING | | | | 5.60 |
| | Expense Subtotal | | | | 5.60 |
| | Grand Total | | | | $9,240.10 |

Summary:

| | | | | Amount |
|--|--|--|--|--------|
| R H CUMMINGS | MEMBER | .9 hours at $385 | | $346.50 |
| C C MAESO | MEMBER | 40.4 hours at $220 | | $8,888.00 |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI CORPORATION                                    Invoice No.  528484
LEGAL DEPARTMENT - M/C 483-400-603                    March 31, 2006
5725 DELPHI DRIVE                                     Page    1
TROY, MI  48098-2815

ATTN:  MICHELE PISCITELLI


DW Attorney:    E C HOWBERT
Our File No.:   025980-00099


                Re:  RETENTION AND FEE APPLICATION WORK


        For Legal Services from Feb  1, 2006 through Feb 28, 2006


| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | | | | | |
| | **B100 - ADMINISTRATION** | | | | |
| | **B160 - FEE/EMPLOYMENT APPLICATIONS** | | | | |
| 02/01/06 | Forward motion for retention and other documents to honaker, and discuss with him. | E C HOWBERT | .30 | $425 | $127.50 |
| A105 | COMMUNICATE (IN FIRM) | | | | |
| 02/01/06 | Email from zaltzman, ; review proposed application, affidavit and order, email to zaltzman on open items | E C HOWBERT | .90 | $425 | $382.50 |
| A104 | REVIEW/ANALYZE | | | | |
| 02/02/06 | Email from honaker on services description, draft email on this to zaltzman, review billing memo from him | E C HOWBERT | .20 | $425 | $85.00 |
| A105 | COMMUNICATE (IN FIRM) | | | | |
| 02/02/06 | Review billing memo from zaltzman | E C HOWBERT | .20 | $425 | $85.00 |
| A104 | REVIEW/ANALYZE | | | | |

IN ACCOUNT WITH

DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

025980-00099
DELPHI CORPORATION
RETENTION AND FEE APPLICATION WORK

Invoice No.  528484
March 31, 2006
Page    2

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| 02/02/06 | Draft memo to zaltzman on motion contents | E C HOWBERT | .30 | $425 | $127.50 |
| A107 | COMMUNICATE (OTHER OUTSIDE COUNSEL) | | | | |

|  | | | |
| --- | --- | --- | --- |
| | Task Subtotal | | $807.50 |
| | Phase Subtotal | | $807.50 |
| Fee Subtotal | | | $807.50 |
| | Total Hours | 1.90 | |
| | Grand Total | | $807.50 |

Summary:
--------

| | | | |
| --- | --- | --- | --- |
| E C HOWBERT | MEMBER | 1.9 hours at $425 | $807.50 |

In Account With

# DICKINSON
## WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI TECHNOLOGIES, INC.                     Invoice No.  528476
5825 DELPHI DRIVE                             March 31, 2006
MAIL CODE 480-410-202                         Page    1
TROY, MI 48098-2815

ATTN:  TOM TWOMEY, LEGAL STAFF - IP

DW Attorney:   W H HONAKER
Our File No.:  604080-00002
Client Reference: DP-314795-PG

Re:  US PAT APP 'CAPILLARY-ASSISTED THERMOSIPHON WITH
     REMOTE CONDENSER' (DELPHI REF. DP-314795-PG)

For Legal Services from Feb 27, 2006 through Feb 28, 2006

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | | | | | |
| | B200 - OPERATIONS | | | | |
| | B210 - | | | | |
| 02/27/06 | Determined the classification of the subject concept and conducted a patentability search in the USPTO database. | J P BONNAMY | 4.00 | $85 | $340.00 |
| A103 | | | | | |
| 02/28/06 | Finished conducting patentability search in the USPTO database. Reviewed the results of the search conducted in the USPTO.  Reviewed prior art uncovered in search. | J P BONNAMY | 2.40 | $85 | $204.00 |
| A104 | | | | | |
| 02/28/06 | Working with patent draftsman to begin drafting claims. | J P BONNAMY | 1.00 | $85 | $85.00 |
| A103 | | | | | |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

---

604080-00002
DELPHI TECHNOLOGIES, INC.
US PAT APP 'CAPILLARY-ASSISTED THERMOSIPHON WITH

Invoice No.  528476
March 31, 2006
Page    2

| Date | Professional Services | Professional | Hours Rate | Charge |
| ---- | --------------------- | ------------ | ----- ---- | ------ |
| | | Task Subtotal | | $629.00 |
| | | Phase Subtotal | | $629.00 |
| | Fee Subtotal | | | $629.00 |
| | | Total Hours   7.40 | | |
| | Grand Total | | | $629.00 |

Summary:
--------

| J P BONNAMY | IP TRAINEE | 7.4 hours at  $85 | $629.00 |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364335

DELPHI TECHNOLOGIES, INC.                    Invoice No.  528477
5825 DELPHI DRIVE                            March 31, 2006
MAIL CODE 480-410-202                        Page    1
TROY, MI 48098-2815

ATTN:  TOM TWOMEY, LEGAL STAFF - IP

DW Attorney:  W H HONAKER
Our File No.:  604080-00012
Client Reference: DP-314803-PG

Re:  US PAT APP 'LIQUID COOLED THERMOSIPHON WITH
     PARTIALLY IMMERSED CONDENSER COIL IN LIQUID
     REFRIGERANT' DELPHI REF. DP-314803-PG)

For Legal Services from Feb 24, 2006 through Feb 28, 2006

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | **B200 - OPERATIONS** | | | | |
| | B210 - | | | | |
| 02/24/06 | Reviewing the ROI and the prior art accompanying the ROI. | S A FLUHART | 1.00 | $85 | $85.00 |
| A104 | | | | | |
| 02/27/06 | Reviewing previous Delphi files, and reviewing additional prior art. | S A FLUHART | 4.50 | $85 | $382.50 |
| A104 | | | | | |
| | | Task Subtotal | | | $467.50 |
| | | Phase Subtotal | | | $467.50 |
| | Fee Subtotal | | | | $467.50 |
| | | Total Hours | 5.50 | | |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE. SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00012                                          Invoice No.  528477
DELPHI TECHNOLOGIES, INC.                             March 31, 2006
US PAT APP 'LIQUID COOLED THERMOSIPHON WITH          Page    2

                        Grand Total                              $467.50

Summary:
--------

    S A FLUHART        IP TRAINEE        5.5 hours at  $85      $467.50

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI TECHNOLOGIES, INC.
5825 DELPHI DRIVE
MAIL CODE 480-410-202
TROY, MI 48098-2815

Invoice No.   528478
March 31, 2006
Page   1

ATTN:  TOM TWOMEY, LEGAL STAFF - IP

DW Attorney:  W H HONAKER
Our File No.:  604080-00018
Client Reference: DP-314804-PG

Re:  US PAT APP 'THERMOSIPHON WITH FLEXIBLE BOILER
     PLATE'
     DELPHI REF. DP-314804-PG)

For Legal Services from Feb 15, 2006 through Feb 28, 2006

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | **B200 - OPERATIONS** | | | | |
| | **B210 -** | | | | |
| 02/15/06<br>A104 | Reviewing Prior Art related to case | J J KLOBUCAR | 1.00 | $85 | $85.00 |
| 02/16/06<br>A104 | Reviewing Prior Art related to case and reviewing various design concepts in order to determine novelty of invention. | J J KLOBUCAR | 5.00 | $85 | $425.00 |
| 02/17/06<br>A104 | Reviewing Prior Art related to case and reviewing various design concepts in order to determine novelty of invention. | J J KLOBUCAR | 7.00 | $85 | $595.00 |



IN ACCOUNT WITH

DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00018
DELPHI TECHNOLOGIES, INC.
US PAT APP 'THERMOSIPHON WITH FLEXIBLE BOILER

Invoice No.  528478
March 31, 2006
Page   2

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| 02/20/06 | Preparing Claims that disclose the novelty of the invention.<br>A103 | J J KLOBUCAR | 5.00 | $85 | $425.00 |
| 02/21/06 | Preparing Claims that disclose the novelty of the invention.<br>A103 | J J KLOBUCAR | 4.00 | $85 | $340.00 |
| 02/23/06 | Preparing Claims that disclose the novelty of the invention.<br>A103 | J J KLOBUCAR | 5.00 | $85 | $425.00 |
| 02/24/06 | Preparing Claims that disclose the novelty of the invention.<br>A103 | J J KLOBUCAR | 3.00 | $85 | $255.00 |
| 02/27/06 | Revising Claims that disclose the novelty of the invention.<br>A103 | J J KLOBUCAR | 3.50 | $85 | $297.50 |
| 02/28/06 | Revising Claims that disclose the novelty of the invention.<br>A103 | J J KLOBUCAR | 5.00 | $85 | $425.00 |

Task Subtotal                           $3,272.50

Phase Subtotal                          $3,272.50

Fee Subtotal                            $3,272.50

Total Hours  38.50

Grand Total                             $3,272.50

Summary:
--------

J J KLOBUCAR          IP TRAINEE          38.5 hours at  $85   $3,272.50

IN ACCOUNT WITH

## DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI TECHNOLOGIES, INC.
5825 DELPHI DRIVE
MAIL CODE 480-410-202
TROY, MI 48098-2815

Invoice No.   528479
March 31, 2006
Page    1

ATTN:  TOM TWOMEY, LEGAL STAFF - IP

DW Attorney:   W H HONAKER
Our File No.:   604080-00019
Client Reference: DP-314802-PG

Re:   US PAT APP 'HIGH PROFORMANCE THERMOSIPHON WITH
INTERNALLY ENHANCED CONDENSATION'
DELPHI REF. DP-314802-PG)

For Legal Services from Feb 24, 2006 through Feb 28, 2006

| Date | Professional Services | Professional | Hours | Rate | Charge |
|------|----------------------|--------------|-------|------|--------|
| 02/24/06 | Reading over invention and Prior art. | J J KLOBUCAR | 1.00 | $85 | $85.00 |
| A104 | | | | | |
| 02/27/06 | Reading over invention disclosure and Prior art. | J J KLOBUCAR | 1.00 | $85 | $85.00 |
| A104 | | | | | |

|  |  |
|--|--|
| Task Subtotal | $170.00 |
| Phase Subtotal | $170.00 |
| Fee Subtotal | $170.00 |
| Total Hours    2.00 | |
| Grand Total | $170.00 |

In Account With

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00019
DELPHI TECHNOLOGIES, INC.
US PAT APP 'HIGH PROFORMANCE THERMOSIPHON WITH

Invoice No.   528479
March 31, 2006
Page    2

Summary:
--------

  J J KLOBUCAR       IP TRAINEE     2.0 hours at   $85      $170.00

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI CORPORATION
LEGAL DEPARTMENT - M/C 483-400-603
5725 DELPHI DRIVE
TROY, MI  48098-2815

ATTN:  MICHELE PISCITELLI

Invoice No. 532554
April 26, 2006
Page   1

DW Attorney:   C C MAESO
Our File No.:  025980-00093

Re:  UPS

For Legal Services from Mar  6, 2006 through Mar 31, 2006

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | **B200 - OPERATIONS** | | | | |
| | **B210 - BUSINESS OPERATIONS** | | | | |
| 03/06/06 | Correspondence and call regarding UPS contract | C C MAESO | .30 | $220 | $66.00 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |
| 03/08/06 | Reviewed, analyzed and drafted final comments to UPS Agreement | C C MAESO | .50 | $220 | $110.00 |
| A104 | REVIEW/ANALYZE | | | | |
| | Task Subtotal | | | | $176.00 |
| | Phase Subtotal | | | | $176.00 |
| | Fee Subtotal | | | | $176.00 |
| | Total Hours | | .80 | | |
| | Grand Total | | | | $176.00 |

Summary:
--------

| C C MAESO | MEMBER | .8 hours at $220 | $176.00 |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI CORPORATION                          Invoice No. 532555
LEGAL DEPARTMENT - M/C 483-400-603          April 26, 2006
5725 DELPHI DRIVE                           Page   1
TROY, MI  48098-2815

ATTN:  MICHELE PISCITELLI


DW Attorney:  C C MAESO
Our File No.:  025980-00095


         Re:  MOTION COMPUTING. INC.


    For Legal Services from Mar  3, 2006 through Mar 31, 2006


Date     Professional Services      Professional      Hours Rate    Charge
----     ---------------------      ------------      ----- ----    ------


        B200 - OPERATIONS

          B210 - BUSINESS OPERATIONS

03/03/06 Drafted and distributed     C C MAESO          .40 $220    $88.00
         correspondence regarding
         Motion Computing agreement
   A106  COMMUNICATE (WITH CLIENT)

                                        Task Subtotal              $88.00

                                        Phase Subtotal            $88.00

                        Fee Subtotal                              $88.00

                              Total Hours      .40


                        Grand Total                               $88.00

Summary:
--------

   C C MAESO          MEMBER            .4 hours at $220      $88.00

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI CORPORATION                          Invoice No. 532556
LEGAL DEPARTMENT - M/C 483-400-603          April 26, 2006
5725 DELPHI DRIVE                           Page   1
TROY, MI  48098-2815

ATTN:  MICHELE PISCITELLI


DW Attorney:  C C MAESO
Our File No.:  025980-00096


              Re:  GENERAL COMMERCIAL CONTRACTS


        For Legal Services from Mar  1, 2006 through Mar 31, 2006


| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | **B100 - ADMINISTRATION** | | | | |
| | **B120 - ASSET ANALYSIS AND RECOVERY** | | | | |
| 03/06/06 | Preparation for and conference call with W/ Jennings and M. Banks regarding Jabil Manufacturing Services Agreement | C C MAESO | 1.30 | $220 | $286.00 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |

                              Task Subtotal              $286.00

                              Phase Subtotal             $286.00

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | **B200 - OPERATIONS** | | | | |
| | **B210 - BUSINESS OPERATIONS** | | | | |
| 03/01/06 | Call with Bjoern on Master Warehouse Agreement ( .5); Call with S. Harter regarding comments on Terms and Conditions (.3); review and analysis of comments to Delphi's Terms | C C MAESO | 1.20 | $220 | $264.00 |

IN ACCOUNT WITH

# DICKINSON
# WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

---

025980-00096
DELPHI CORPORATION
GENERAL COMMERCIAL CONTRACTS

Invoice No. 532556
April 26, 2006
Page   2

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | (.5) A104 REVIEW/ANALYZE | | | | |
| 03/01/06 | Reviewed and analyzed comments of Loughborough University Enterprises to Delphi's Purchase Order Terms and Conditions A104 REVIEW/ANALYZE | C C MAESO | .50 | $220 | $110.00 |
| 03/02/06 | Call with Roxanne regarding Mobile Computing contract A106 COMMUNICATE (WITH CLIENT) | C C MAESO | .20 | $220 | $44.00 |
| 03/02/06 | Drafted and distributed correspondence to S. Halter regarding comments on Terms and Conditions; review and analysis of Statement of Work regarding Loughborough University A103 DRAFT/REVISE | C C MAESO | .70 | $220 | $154.00 |
| 03/03/06 | Call and correspondence with R. Warren on Motion Computing contract A106 COMMUNICATE (WITH CLIENT) | C C MAESO | .30 | $220 | $66.00 |
| 03/06/06 | Drafting revised Jabil Services agreement based on call A103 DRAFT/REVISE | C C MAESO | .50 | $220 | $110.00 |
| 03/06/06 | Call with W. Jennings on Jabil Circuit A106 COMMUNICATE (WITH CLIENT) | C C MAESO | .20 | $220 | $44.00 |
| 03/06/06 | Reviewed, analyzed and revised Exxon Terms and Conditions A104 REVIEW/ANALYZE | C C MAESO | .90 | $220 | $198.00 |
| 03/07/06 | Calls with B. Warner regarding Exxon Mobile Terms A106 COMMUNICATE (WITH CLIENT) | C C MAESO | .20 | $220 | $44.00 |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

025980-00096                                          Invoice No. 532556
DELPHI CORPORATION                                    April 26, 2006
GENERAL COMMERCIAL CONTRACTS                          Page    3

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| 03/07/06 | Correspondence with Delphi regarding execution of Confidentiality Agreement and Consignment Agreement with Mitsubishi | C C MAESO | .20 | $220 | $44.00 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |
| 03/08/06 | Drafted revisions to Letter of Credit Agreement with Deutsche Bank and distributed revised agreement. | C C MAESO | .40 | $220 | $88.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/09/06 | Call with counsel for Exxon regarding Terms and Conditions | C C MAESO | .60 | $220 | $132.00 |
| A107 | COMMUNICATE (OTHER OUTSIDE COUNSEL) | | | | |
| 03/09/06 | Call with B. Werner regarding Exxon Contract | C C MAESO | .90 | $220 | $198.00 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |
| 03/10/06 | Call with B. Werner on Exxon Mobil contract | C C MAESO | .20 | $220 | $44.00 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |
| 03/13/06 | Call and correspondence with B. Werner regarding Exxon terms | C C MAESO | .20 | $220 | $44.00 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |
| 03/14/06 | Call with B. Werner on Exxon | C C MAESO | .30 | $220 | $66.00 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |
| 03/14/06 | Drafting and distributed revisions to master terms with Exxon Mobile | C C MAESO | .80 | $220 | $176.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/15/06 | Call with B. Werner to discuss revisions to Exxon terms | C C MAESO | .30 | $220 | $66.00 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

---

025980-00096
DELPHI CORPORATION
GENERAL COMMERCIAL CONTRACTS

Invoice No. 532556
April 26, 2006
Page    4

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| 03/15/06 | Drafted and distributed revised Terms to Exxon's council | C C MAESO | .40 | $220 | $88.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/16/06 | Call and correspondence with M. Keitel regarding Lear Terms and Conditions | C C MAESO | .30 | $220 | $66.00 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |
| 03/20/06 | Review of escrow agreement for Exxon | C C MAESO | .30 | $220 | $66.00 |
| A104 | REVIEW/ANALYZE | | | | |
| 03/20/06 | Reviewed agreement and drafted revisions to proposed agreement with Arkey | C C MAESO | .50 | $220 | $110.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/20/06 | Reviewed and analyzed comments of Penske on Master Warehouse Agreement | C C MAESO | .40 | $220 | $88.00 |
| A104 | REVIEW/ANALYZE | | | | |
| 03/20/06 | Call and meeting with B. Goeke to discuss proposed revisions to Master Warehouse Agreement with Penske | C C MAESO | .80 | $220 | $176.00 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |
| 03/20/06 | Call with client regarding Exxon issues | C C MAESO | .10 | $220 | $22.00 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |
| 03/20/06 | Correspondence regarding TRW/Timko dispute and potential non-shipment; conference with S. Corcoran regarding Timko and Kmart; correspondence regarding Independent Services Agreement | C C MAESO | .40 | $220 | $88.00 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364533

025980-00096
DELPHI CORPORATION
GENERAL COMMERCIAL CONTRACTS

Invoice No. 532556
April 26, 2006
Page   5

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| 03/20/06 | Drafted and reviewed correspondence regarding Deposit Agreement with Exxon and changes thereto | C C MAESO | .30 | $220 | $66.00 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |
| 03/20/06 | Drafting revisions to Penske Master Warehouse Agreement | C C MAESO | .20 | $220 | $44.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/21/06 | Call and correspondence with P. Holdsworth regarding proposed changes to Arkay Agreement | C C MAESO | .40 | $220 | $88.00 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |
| 03/21/06 | Drafted and distributed revisions to Warehouse Agreement | C C MAESO | .60 | $220 | $132.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/21/06 | Correspondence with client regarding Exxon | C C MAESO | .20 | $220 | $44.00 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |
| 03/22/06 | Reviewed questions and excel spreadsheet regarding Lear terms; preparation for meeting | C C MAESO | .70 | $220 | $154.00 |
| A104 | REVIEW/ANALYZE | | | | |
| 03/22/06 | Call with B. Goeke regarding open issues on warehouse agreement | C C MAESO | .20 | $220 | $44.00 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |
| 03/22/06 | Reviewed proposed changes to terms and conditions and call with client regarding response to 3M | C C MAESO | .40 | $220 | $88.00 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |
| 03/22/06 | Call with bankruptcy counsel on assumption agreement issues | C C MAESO | .20 | $220 | $44.00 |
| A108 | COMMUNICATE (OTHER EXTERNAL) | | | | |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

025980-00096
DELPHI CORPORATION
GENERAL COMMERCIAL CONTRACTS

Invoice No. 532556
April 26, 2006
Page   6

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| 03/23/06 | Revised supply agreement with Arkay | C C MAESO | .60 | $220 | $132.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/23/06 | Reviewed and analyzed and revised warehouse agreement in response to Penske's comments | C C MAESO | .40 | $220 | $88.00 |
| A104 | REVIEW/ANALYZE | | | | |
| 03/23/06 | Drafted independent sales representative agreement for Delphi Medical | C C MAESO | .80 | $220 | $176.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/23/06 | Call and correspondence with B. Goeke regarding proposed changes to warehouse agreement | C C MAESO | .20 | $220 | $44.00 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |
| 03/23/06 | Attended in-house meeting to discuss Lear's new terms and conditions and areas of concern for Delphi | C C MAESO | 4.50 | $220 | $990.00 |
| A109 | APPEAR FOR/ATTEND | | | | |
| 03/23/06 | Call with B. Werner to discuss open issues regarding Exxon terms and conditions | C C MAESO | .30 | $220 | $66.00 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |
| 03/24/06 | Call with P. Holdsworth ; drafted correspondence to P. Holdsworth; distributed revised Arkay agreement | C C MAESO | .40 | $220 | $88.00 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |
| 03/24/06 | Conference call with all parties regarding Exxon Master Agreement | C C MAESO | 2.10 | $220 | $462.00 |
| A108 | COMMUNICATE (OTHER EXTERNAL) | | | | |
| 03/24/06 | Call with B. Goeke; drafted correspondence to B. Goeke and distributed revised warehouse agreement | C C MAESO | .30 | $220 | $66.00 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |

In Account With

# DICKINSON
# WRIGHT PLLC

500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-3425
Telephone: (313) 223-3500
http://www.dickinsonwright.com
Federal I.D. #38-1364333

025980-00096
DELPHI CORPORATION
GENERAL COMMERCIAL CONTRACTS

Invoice No. 532556
April 26, 2006
Page   7

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| 03/24/06 | Revised and finalized master warehouse agreement with Penske | C C MAESO | .40 | $220 | $88.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/26/06 | Finalized drafting Manufacturing Sales Representative Agreement for Delphi Medical | C C MAESO | .40 | $220 | $88.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/27/06 | Call with A. Khaldi in the 3M legal department on Terms and Conditions | C C MAESO | .10 | $220 | $22.00 |
| A107 | COMMUNICATE (OTHER OUTSIDE COUNSEL) | | | | |
| 03/27/06 | Call with KMart regarding Reseller Agreement | C C MAESO | .20 | $220 | $44.00 |
| A107 | COMMUNICATE (OTHER OUTSIDE COUNSEL) | | | | |
| 03/27/06 | Finalized and distributed Independent Sales Rep Agmt for Delphi Medical | C C MAESO | .50 | $220 | $110.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/27/06 | Review and analysis of Exxon Price Index Agreement | C C MAESO | .40 | $220 | $88.00 |
| A104 | REVIEW/ANALYZE | | | | |
| 03/27/06 | Call and correspondence with K. Lukasik on 3M Terms and Conditions | C C MAESO | .20 | $220 | $44.00 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |
| 03/28/06 | Revised and finalized terms and conditions with Loughborough University | C C MAESO | .50 | $220 | $110.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/29/06 | Reviewed and analyzed agreement between Delphi and The Automotive Plastic Coatings Group | C C MAESO | .40 | $220 | $88.00 |
| A104 | REVIEW/ANALYZE | | | | |
| 03/30/06 | Call with S. Calcatera on long term supply agreement with Akzo Nobel | C C MAESO | .70 | $220 | $154.00 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

025980-00096
DELPHI CORPORATION
GENERAL COMMERCIAL CONTRACTS

Invoice No. 532556
April 26, 2006
Page    8

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| 03/30/06 | Call with Penske's counsel to finalize warehouse agreement t | C C MAESO | .20 | $220 | $44.00 |
| A107 | COMMUNICATE (OTHER OUTSIDE COUNSEL) | | | | |

|  |  | Task Subtotal | | | $6,292.00 |

### B260 - BOARD OF DIRECTORS MATTERS

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| 03/06/06 | Reviewed, analyzed and commented on Jabil Manufacturing Services Agreement | C C MAESO | 1.60 | $220 | $352.00 |
| A104 | REVIEW/ANALYZE | | | | |

|  | Task Subtotal | $352.00 |
| --- | --- | --- |
|  | Phase Subtotal | $6,644.00 |
| Fee Subtotal | | $6,930.00 |
| Total Hours | 31.50 | |
| Grand Total | | $6,930.00 |

Summary:
--------

| C C MAESO | MEMBER | 31.5 hours at $220 | $6,930.00 |

IN ACCOUNT WITH

## DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI CORPORATION
LEGAL DEPARTMENT - M/C 483-400-603
5725 DELPHI DRIVE
TROY, MI 48098-2815

ATTN: MICHELE PISCITELLI

DW Attorney:   J H NOVIS
Our File No.:  025980-00098

Invoice No. 532811
April 27, 2006
Page   1

Re:  PROPERTY TAX - COOPERSVILLE

For Legal Services from Mar  6, 2006 through Mar 31, 2006

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | **B200 - OPERATIONS** | | | | |
| | **B240 - TAX ISSUES** | | | | |
| 03/06/06 | Draft Substitution of Counsel in Michigan Tax Tribunal; research concerning pleading issues after recent Michigan Tax Tribunal release. draft proposed Order in Michigan Tax Tribunal; discuss same with W. Leuthge; discuss same with S.Mandell of HMSC. | J H NOVIS | 2.80 | $325 | $910.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/07/06 | Review files and pleading received from client; draft substitution of counsel and motion to extend valuation disclosure; discuss same with P. Kulick. | J H NOVIS | .80 | $325 | $260.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/07/06 | Legal research. | P J KULICK | 1.70 | $200 | $340.00 |
| A102 | RESEARCH | | | | |

In Account With

DICKINSON
WRIGHT pllc

500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-3425
Telephone: (313) 223-3500
http://www.dickinsonwright.com
Federal I.D. #38-1364333

025980-00098                          Invoice No. 532811
DELPHI CORPORATION                    April 27, 2006
PROPERTY TAX - COOPERSVILLE           Page    2

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| 03/07/06 | Telephone conference with Michigan Tax Tribunal regarding filing matters. | P J KULICK | .20 | $200 | $40.00 |
| A108 | COMMUNICATE (OTHER EXTERNAL) | | | | |
| 03/07/06 | Conference with J. Novis regarding property tax proceedings. | P J KULICK | .70 | $200 | $140.00 |
| A105 | COMMUNICATE (IN FIRM) | | | | |
| 03/07/06 | Drafting and editing motion to be filed in property tax matters. | P J KULICK | 1.00 | $200 | $200.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/08/06 | Draft and revise pleading for property tax appeal. | P J KULICK | 3.60 | $200 | $720.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/08/06 | Review and revise draft motion to extend deadlines. | J H NOVIS | .40 | $325 | $130.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/08/06 | Telephone call back to W. Luethge to discuss joint motion, prehearing statement and other pleading deadlines. | J H NOVIS | .50 | $325 | $162.50 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |
| 03/08/06 | Telephone call to T. Boven counsel for Coopersville to address filing valuation disclosure deadline and joint motion and stipulated order to extend same; discuss motion with P. Kulick . | J H NOVIS | .70 | $325 | $227.50 |
| A108 | COMMUNICATE (OTHER EXTERNAL) | | | | |
| 03/09/06 | Revise and finalize Joint Motion and research whether Ottawa County was to be included as a party based on mere appearance by Coopervilles counsel; finalize proof of service and cover letter. | J H NOVIS | .70 | $325 | $227.50 |
| A103 | DRAFT/REVISE | | | | |



IN ACCOUNT WITH

DICKINSON
WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

025980-00098
DELPHI CORPORATION
PROPERTY TAX - COOPERSVILLE

Invoice No. 532811
April 27, 2006
Page    3

| Date | Professional Services | Professional | Hours | Rate | Charge |
| --- | --- | --- | --- | --- | --- |
| 03/09/06 | Draft correspondence to and review correspondence from opposing counsel Attorney Thomas Boven on property tax matters. | P J KULICK | .40 | $200 | $80.00 |
| A107 | COMMUNICATE (OTHER OUTSIDE COUNSEL) | | | | |
| 03/09/06 | Draft and revise pleadings for Michigan Tax Tribunal proceeding and prepare motions for filings. | P J KULICK | 3.00 | $200 | $600.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/09/06 | Interoffice conference with Attorney J. Novis regarding Michigan Tax Tribunal proceedings. | P J KULICK | .50 | $200 | $100.00 |
| A105 | COMMUNICATE (IN FIRM) | | | | |

|  |  |
| --- | --- |
| Task Subtotal | $4,137.50 |
| Phase Subtotal | $4,137.50 |
| Fee Subtotal | $4,137.50 |
| Total Hours | 17.00 |

| Expenses | | Amount |
| --- | --- | --- |
| | E101   COPYING | 3.50 |
| | E107   DELIVERY SERVICES/MESSENGERS | 1.78 |
| 03/09/06 | E112   FILING FEES | 25.00 |
| 03/09/06 | E112   FILING FEES | 25.00 |
| 03/09/06 | E112   FILING FEES | 25.00 |
| 03/09/06 | E112   FILING FEES | 25.00 |
| 03/09/06 | E112   FILING FEES | 25.00 |
| | Expense Subtotal | 130.28 |
| | Grand Total | $4,267.78 |

Summary:

| | | | |
| --- | --- | --- | --- |
| J H NOVIS | MEMBER | 5.9 hours at $325 | $1,917.50 |
| P J KULICK | ASSOCIATE | 11.1 hours at $200 | $2,220.00 |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

```
DELPHI CORPORATION                      Invoice No. 532812
LEGAL DEPARTMENT - M/C 483-400-603      April 27, 2006
5725 DELPHI DRIVE                       Page   1
TROY, MI  48098-2815

ATTN:  MICHELE PISCITELLI


DW Attorney:   E C HOWBERT
Our File No.:  025980-00099
```

Re:  RETENTION AND FEE APPLICATION WORK

For Legal Services from Mar  1, 2006 through Mar 31, 2006

| Date | Professional Services | Professional | Hours | Rate | Charge |
| --- | --- | --- | --- | --- | --- |
| | **B100 - ADMINISTRATION** | | | | |
| | **B160 - FEE/EMPLOYMENT APPLICATIONS** | | | | |
| 03/01/06 | Begin drafting fee application | E C HOWBERT | 1.80 | $425 | $765.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/01/06 | Calls to rains, honaker, zaltzman; conf heinrich on fee applications | E C HOWBERT | .60 | $425 | $255.00 |
| A105 | COMMUNICATE (IN FIRM) | | | | |
| 03/02/06 | Work on billing procedures, advise applicable lawyers | E C HOWBERT | .50 | $425 | $212.50 |
| A103 | DRAFT/REVISE | | | | |
| 03/03/06 | Call from zaltzman on billing issues; review his email | E C HOWBERT | .40 | $425 | $170.00 |
| A107 | COMMUNICATE (OTHER OUTSIDE COUNSEL) | | | | |
| 03/20/06 | Work on fee application, check order and Zaltzman communications for requirements | E C HOWBERT | 1.50 | $425 | $637.50 |
| A103 | DRAFT/REVISE | | | | |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

025980-00099                                    Invoice No. 532812
DELPHI CORPORATION                              April 27, 2006
RETENTION AND FEE APPLICATION WORK             Page   2

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| 03/21/06 A103 | Work on fee application DRAFT/REVISE | E C HOWBERT | 2.00 | $425 | $850.00 |
| 03/22/06 A103 | Work on fee application DRAFT/REVISE | E C HOWBERT | 1.20 | $425 | $510.00 |
| 03/27/06 A103 | Work on application for compensation DRAFT/REVISE | E C HOWBERT | 1.30 | $425 | $552.50 |
| 03/28/06 A103 | Work on fee application and exhibits DRAFT/REVISE | E C HOWBERT | 3.00 | $425 | $1,275.00 |
| 03/31/06 A103 | Work on two monthly statements, send by fedex to notice parties DRAFT/REVISE | E C HOWBERT | 1.90 | $425 | $807.50 |

                              Task Subtotal          $6,035.00

                              Phase Subtotal         $6,035.00

                    Fee Subtotal                     $6,035.00

                              Total Hours  14.20

| Expenses | | Amount |
| -------- | | ------ |
| E101 | COPYING | 19.90 |
| E105 | TELEPHONE | 5.85 |

                         Expense Subtotal            25.75

                    Grand Total                      $6,060.75

Summary:
--------

| E C HOWBERT | MEMBER | 14.2 hours at $425 | $6,035.00 |

IN ACCOUNT WITH

## DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

---

DELPHI TECHNOLOGIES, INC.
5825 DELPHI DRIVE
MAIL CODE 480-410-202
TROY, MI 48098-2815

Invoice No. 532813
April 27, 2006
Page   1

ATTN:  TOM TWOMEY, LEGAL STAFF - IP


DW Attorney:   W H HONAKER
Our File No.:  604080-00001


     Re:  US PAT APP 'EVAPORATIVELY COOLED THERMOSIPHON'
        (DELPHI REF. DP-31-314805 - PG


  For Legal Services from Mar  6, 2006 through Mar 31, 2006


| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
|      | **B200 - OPERATIONS** |              |       |      |        |
|      |   **B210 - BUSINESS OPERATIONS** |  |  |      |        |
| 03/06/06 | Reviewing the ROI and the art accompanying the ROI. | J P BONNAMY | 3.00 | $85 | $255.00 |
| A103 | DRAFT/REVISE |  |  |  |  |
| 03/07/06 | Reviewing previous Delphi files.  Reviewing additional prior art. Working with patent draftsman to formulate formal patent drawings. | J P BONNAMY | 4.00 | $85 | $340.00 |
| A103 | DRAFT/REVISE |  |  |  |  |
| 03/08/06 | Drafting a picture claim of the preferred embodiment of the invention to account for every aspect of the ROI, including every line of the drawings, and to verify a full understanding of the structure and function of the preferred embodiment. | J P BONNAMY | 7.00 | $85 | $595.00 |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00001
DELPHI TECHNOLOGIES, INC.
US PAT APP 'EVAPORATIVELY COOLED THERMOSIPHON'

Invoice No. 532813
April 27, 2006
Page   2

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | A103    DRAFT/REVISE | | | | |
| 03/09/06 | Drafting the broadest claim. | J P BONNAMY | 6.00 | $85 | $510.00 |
| | A103    DRAFT/REVISE | | | | |
| 03/10/06 | Reconciling terminology between the picture claim and the broadest claim. | J P BONNAMY | 3.00 | $85 | $255.00 |
| | A103    DRAFT/REVISE | | | | |
| 03/13/06 | Drafting dependent claims. | J P BONNAMY | 7.00 | $85 | $595.00 |
| | A103    DRAFT/REVISE | | | | |
| 03/14/06 | Drafting the detailed description of the preferred embodiment of the patent application based upon the claims. | J P BONNAMY | 7.00 | $85 | $595.00 |
| | A103    DRAFT/REVISE | | | | |
| 03/15/06 | Drafting the introductory section of the patent application based upon the prior art and the broadest claim.  Drafting the abstract section of the patent application from the description. | J P BONNAMY | 4.00 | $85 | $340.00 |
| | A103    DRAFT/REVISE | | | | |
| 03/16/06 | Reviewing and editing the patent application. Forwarding the application to the inventor for review. | J P BONNAMY | 5.00 | $85 | $425.00 |
| | A103    DRAFT/REVISE | | | | |
| 03/17/06 | Conferring with the inventor.  Revising the application based upon the inventor's comments and forwarding the revised application to the inventor.  Conferring with the inventor for final approval.  Formalizing the application and forwarding to Pat Griffin. | J P BONNAMY | 6.00 | $85 | $510.00 |
| | A103    DRAFT/REVISE | | | | |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00001
DELPHI TECHNOLOGIES, INC.
US PAT APP 'EVAPORATIVELY COOLED THERMOSIPHON'

Invoice No. 532813
April 27, 2006
Page   3

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | | Task Subtotal | | | $4,420.00 |
| | | Phase Subtotal | | | $4,420.00 |
| | Fee Subtotal | | | | $4,420.00 |
| | | Total Hours | 52.00 | | |

| Expenses | | Amount |
| -------- | --- | ------ |
| E101 | COPYING | 10.70 |
| E106 | ONLINE RESEARCH | 260.00 |
| | Expense Subtotal | 270.70 |
| | Grand Total | $4,690.70 |

Summary:
--------

| | | | |
| --- | --- | --- | --- |
| J P BONNAMY | IP TRAINEE | 52.0 hours at $85 | $4,420.00 |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI TECHNOLOGIES, INC.
5825 DELPHI DRIVE
MAIL CODE 480-410-202
TROY, MI 48098-2815

Invoice No. 532560
April 26, 2006
Page    1

ATTN:  TOM TWOMEY, LEGAL STAFF - IP

DW Attorney:  W H HONAKER
Our File No.:  604080-00002
Client Reference: DP-314795-PG

Re:  US PAT APP 'CAPILLARY-ASSISTED THERMOSIPHON WITH
     REMOTE CONDENSER' (DELPHI REF. DP-314795-PG)

For Legal Services from              through Mar 31, 2006

                 Fee Subtotal                        $.00

                   Total Hours      .00

        Expenses                            Amount
        --------                            ------

  E106   ONLINE RESEARCH                     146.25

            Expense Subtotal                 146.25

            Grand Total                     $146.25

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI TECHNOLOGIES, INC.
5825 DELPHI DRIVE
MAIL CODE 480-410-202
TROY, MI 48098-2815

Invoice No. 532561
April 26, 2006
Page   1

ATTN:  TOM TWOMEY, LEGAL STAFF - IP

DW Attorney:   W H HONAKER
Our File No.:  604080-00003
Client Reference: DP-314794-PG

Re:  US PAT APP 'THERMOSIPHON WITH THERMOELECTRICALLY
     ENHANCED SPREADER PLATE'
     DELPHI REF. DP-314794-PG)

For Legal Services from          through Mar 31, 2006

            Fee Subtotal                    $.00

                    Total Hours    .00

        Expenses                        Amount
        --------                        ------

    E105   TELEPHONE                      13.26

            Expense Subtotal             13.26

            Grand Total                 $13.26

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI TECHNOLOGIES, INC.
5825 DELPHI DRIVE
MAIL CODE 480-410-202
TROY, MI 48098-2815

Invoice No. 532562
April 26, 2006
Page   1

ATTN:  TOM TWOMEY, LEGAL STAFF - IP

DW Attorney:   W H HONAKER
Our File No.:  604080-00004
Client Reference: DP-314796-PG

Re:  US PAT APP 'CAPILLARY-ASSISTED COMPACT
     THERMOSIPHON'
     DELPHI REF. DP-314796-PG)

For Legal Services from Mar 20, 2006 through Mar 31, 2006

| Date | Professional Services | Professional | Hours | Rate | Charge |
|------|----------------------|--------------|-------|------|--------|
| | B200 - OPERATIONS | | | | |
| | B210 - BUSINESS OPERATIONS | | | | |
| 03/20/06 | Reviewing the ROI and the prior art accompanying the ROI.  Reviewing previous Delphi files. Reviewing additional prior art. Working with patent draftsman to formulate formal patent drawings. | J P BONNAMY | 7.00 | $85 | $595.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/21/06 | Drafting a picture claim of the preferred embodiment of the invention to account for every aspect of the ROI, including every line of the drawings, and to verify a full understanding of the structure and function of the preferred embodiment. | J P BONNAMY | 7.00 | $85 | $595.00 |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00004
DELPHI TECHNOLOGIES, INC.
US PAT APP 'CAPILLARY-ASSISTED COMPACT

Invoice No. 532562
April 26, 2006
Page    2

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | A103 DRAFT/REVISE | | | | |
| 03/22/06 | Drafting the broadest claim. | J P BONNAMY | 6.00 | $85 | $510.00 |
| | A103 DRAFT/REVISE | | | | |
| 03/23/06 | Reconciling terminology between the picture claim and the broadest claim. | J P BONNAMY | 3.00 | $85 | $255.00 |
| | A103 DRAFT/REVISE | | | | |
| 03/24/06 | Drafting dependent claims. | J P BONNAMY | 7.00 | $85 | $595.00 |
| | A103 DRAFT/REVISE | | | | |
| 03/27/06 | Drafting the detailed description of the preferred embodiment of the patent application based upon the claims. | J P BONNAMY | 7.00 | $85 | $595.00 |
| | A103 DRAFT/REVISE | | | | |
| 03/28/06 | Drafting the introductory section of the patent application based upon the prior art and the broadest claim. Drafting the abstract section of the patent application from the description. | J P BONNAMY | 4.00 | $85 | $340.00 |
| | A103 DRAFT/REVISE | | | | |
| 03/29/06 | Reviewing and editing the patent application. Forwarding the application to the inventor for review. | J P BONNAMY | 5.00 | $85 | $425.00 |
| | A103 DRAFT/REVISE | | | | |
| 03/30/06 | Conferring with the inventor. Revising the application based upon the inventor's's comments and forwarding the revised application to the inventor. Conferring with the inventor for final approval. Formalizing the application and forwarding to Pat Griffin. | J P BONNAMY | 6.00 | $85 | $510.00 |
| | A103 DRAFT/REVISE | | | | |

IN ACCOUNT WITH

# DICKINSON
WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00004                                        Invoice No. 532562
DELPHI TECHNOLOGIES, INC.                           April 26, 2006
US PAT APP 'CAPILLARY-ASSISTED COMPACT              Page   3

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |

|  |  | Task Subtotal |  |  | $4,420.00 |
|  |  | Phase Subtotal |  |  | $4,420.00 |
|  | Fee Subtotal |  |  |  | $4,420.00 |
|  |  | Total Hours | 52.00 |  |  |
|  | Grand Total |  |  |  | $4,420.00 |

Summary:
--------

  J P BONNAMY       1P TRAINEE      52.0 hours at  $85   $4,420.00

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI TECHNOLOGIES, INC.
5825 DELPHI DRIVE
MAIL CODE 480-410-202
TROY, MI 48098-2815

Invoice No. 532814
April 27, 2006
Page    1

ATTN:  TOM TWOMEY, LEGAL STAFF - IP

DW Attorney:  W H HONAKER
Our File No.:  604080-00005
Client Reference: DP-314798-PG

Re:  US PAT APP 'LOW PROFILE THERMOSIPHON'
DELPHI REF. DP-314798-PG)

For Legal Services from Mar 15, 2006 through Mar 31, 2006

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | B200 - OPERATIONS | | | | |
| | B210 - BUSINESS OPERATIONS | | | | |
| 03/15/06 | Reviewing Record of Invention and the Prior Art included w/ the ROI; Reviewing Cited Delphi Files; Reviewing Additional Relevant Prior Art | M D PEDINI | 5.00 | $85 | $425.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/16/06 | Discussing formal drawings w/ draftsman | M D PEDINI | 1.00 | $85 | $85.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/16/06 | Drafting picture Claim of the preferred embodiment of the invention to account for every aspect of the ROI, including all | M D PEDINI | 5.50 | $85 | $467.50 |

IN ACCOUNT WITH

# DICKINSON
# WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00005
DELPHI TECHNOLOGIES, INC.
US PAT APP 'LOW PROFILE THERMOSIPHON'

Invoice No. 532814
April 27, 2006
Page   2

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | elements shown in the drawings and verifying full understanding of the structure and function of the preferred embodiment. | | | | |
| A103 | DRAFT/REVISE | | | | |
| 03/17/06 | Finalizing Picture Claim | M D PEDINI | 1.50 | $85 | $127.50 |
| A103 | DRAFT/REVISE | | | | |
| 03/17/06 | Drafting broadest apparatus claim | M D PEDINI | 5.30 | $85 | $450.50 |
| A103 | DRAFT/REVISE | | | | |
| 03/20/06 | Drafting dependent claims. | M D PEDINI | 3.50 | $85 | $297.50 |
| A103 | DRAFT/REVISE | | | | |
| 03/20/06 | Finalizing broadest apparatus claim; Reconciling terminology between the picture claim and broadest apparatus claim | M D PEDINI | 3.70 | $85 | $314.50 |
| A103 | DRAFT/REVISE | | | | |
| 03/21/06 | Finalizing dependent claims | M D PEDINI | 3.50 | $85 | $297.50 |
| A103 | DRAFT/REVISE | | | | |
| 03/21/06 | Starting work on detailed description of the preferred embodiment of the patent application based upon the claims | M D PEDINI | 3.00 | $85 | $255.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/22/06 | Completing initial description | M D PEDINI | 4.00 | $85 | $340.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/22/06 | Drafting introductory section of the patent application from the description based on prior art. | M D PEDINI | 1.80 | $85 | $153.00 |
| A103 | DRAFT/REVISE | | | | |

IN ACCOUNT WITH

# DICKINSON
# WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00005
DELPHI TECHNOLOGIES, INC.
US PAT APP 'LOW PROFILE THERMOSIPHON'

Invoice No. 532814
April 27, 2006
Page   3

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| 03/23/06 | Completing introductory section; completing abstract section of the patent | M D PEDINI | 1.20 | $85 | $102.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/23/06 | Reviewing an editing the patent application; forwarding application to the inventor | M D PEDINI | 5.00 | $85 | $425.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/24/06 | Conferring with the inventor, revising the application based upon the inventor's's comments and forwarding the revised application to the inventor; conferring with the inventor for final approval; formalizing the application and forwarding to Pat Griffin | M D PEDINI | 7.00 | $85 | $595.00 |
| A103 | DRAFT/REVISE | | | | |

|  |  |
| --- | --- |
| Task Subtotal | $4,335.00 |
| Phase Subtotal | $4,335.00 |
| Fee Subtotal | $4,335.00 |
| Total Hours   51.00 | |

| Expenses | Amount |
| -------- | ------ |
| E101   COPYING | 6.10 |
| Expense Subtotal | 6.10 |
| Grand Total | $4,341.10 |

Summary:
--------

| M D PEDINI | IP TRAINEE | 51.0 hours at | $85 | $4,335.00 |
| --- | --- | --- | --- | --- |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

---

DELPHI TECHNOLOGIES, INC.
5825 DELPHI DRIVE
MAIL CODE 480-410-202
TROY, MI 48098-2815

Invoice No. 532815
April 27, 2006
Page    1

ATTN:  TOM TWOMEY, LEGAL STAFF - IP

DW Attorney:  W H HONAKER
Our File No.:  604080-00006
Client Reference: DP-314800-PG

Re:  US PAT APP 'PORCUPINE-SHAPED ORIENTATION
     INSENSITIVE THERMOSIPHON'
     DELPHI REF. DP-314800-PG)

For Legal Services from Mar 15, 2006 through Mar 31, 2006

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
|  |  |  |  |  |  |
| | **B200 - OPERATIONS** | | | | |
| | **B210 - BUSINESS OPERATIONS** | | | | |
| 03/15/06 | Review of ROI, previous files and the prior art. Work with draftsman to formulate formal patent drawings. | J  GENDZWILL | 4.00 | $105 | $420.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/16/06 | Drafting a picture claim of the preferred embodiment of the invention to account for every aspect of the ROI, including every line of the drawings, and verify a full understanding of the structure and function of the preferred embodiment. Drafting the broadest claim. | J  GENDZWILL | 8.00 | $105 | $840.00 |
| A103 | DRAFT/REVISE | | | | |

IN ACCOUNT WITH

# DICKINSON
# WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00006                                      Invoice No. 532815
DELPHI TECHNOLOGIES, INC.                         April 27, 2006
US PAT APP 'PORCUPINE-SHAPED ORIENTATION          Page    2

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| 03/17/06 | Drafting the broadest claim.  Reconciling terminology between the picture claim and the broadest claim. | J  GENDZWILL | 7.00 | $105 | $735.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/20/06 | Drafting dependent claims.  Drafting the detailed description of the preferred embodiment of the patent application based upon the claims. | J  GENDZWILL | 8.00 | $105 | $840.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/21/06 | Drafting the detailed description of the preferred embodiment of the patent application based upon the claims. Drafting the introductory section of the patent application based upon the prior art and the broadest claim. | J  GENDZWILL | 8.00 | $105 | $840.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/22/06 | Drafting the abstract section of the patent application from the description. Reviewing and editing the patent application.  Forwarding the application to the inventor for review. Conferring with the inventor. | J  GENDZWILL | 7.00 | $105 | $735.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/23/06 | Revising the application based upon the inventor's's comments and forwarding the revised application to the | J  GENDZWILL | 5.00 | $105 | $525.00 |

IN ACCOUNT WITH

# DICKINSON
# WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00006
DELPHI TECHNOLOGIES, INC.
US PAT APP 'PORCUPINE-SHAPED ORIENTATION

Invoice No. 532815
April 27, 2006
Page    3

| Date | Professional Services | Professional | Hours Rate | Charge |
| ---- | --------------------- | ------------ | ---------- | ------ |
|      | inventor. Conferring with the inventor for final approval.  Formalizing the application and forwarding to Pat Griffin. | | | |
| A103 | DRAFT/REVISE | | | |

|  |  |
| --- | --- |
| Task Subtotal | $4,935.00 |
| Phase Subtotal | $4,935.00 |
| Fee Subtotal | $4,935.00 |
| Total Hours   47.00 | |

| Expenses | Amount |
| -------- | ------ |
| E101   COPYING | 1.60 |
| Expense Subtotal | 1.60 |
| Grand Total | $4,936.60 |

Summary:
--------

J   GENDZWILL     IP TRAINEE      47.0 hours at $105    $4,935.00

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI TECHNOLOGIES, INC.                          Invoice No. 532816
5825 DELPHI DRIVE                                  April 27, 2006
MAIL CODE 480-410-202                              Page    1
TROY, MI 48098-2815

ATTN:  TOM TWOMEY, LEGAL STAFF - IP

DW Attorney:  W H HONAKER
Our File No.:  604080-00007
Client Reference: DP-314799-PG

              Re:  US PAT APP 'IGLOO-SHAPED ORIENTATION
                   INSENSITIVE THERMOSIPHON'
                   DELPHI REF. DP-314799-PG)

     For Legal Services from Mar 24, 2006 through Mar 31, 2006

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
|      | **B200 - OPERATIONS** | | | | |
|      | **B210 - BUSINESS OPERATIONS** | | | | |
| 03/24/06 | Reviewing the ROI, previous Delphi files and the prior art.  Drafting a picture claim of the preferred embodiment of the invention to account for every aspect of the ROI, including every line of the drawings, and to verify a full understanding of the structure and function of the preferred embodiment. | J   GENDZWILL | 8.00 | $105 | $840.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/25/06 | Drafting a picture claim of the preferred embodiment of the invention to account for every aspect of the ROI, | J   GENDZWILL | 4.00 | $105 | $420.00 |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

---

604080-00007                                    Invoice No. 532816
DELPHI TECHNOLOGIES, INC.                        April 27, 2006
US PAT APP 'IGLOO-SHAPED ORIENTATION             Page   2

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | including every line of the drawings, and to verify a full understanding of the structure and function of the preferred embodiment. Drafting the broadest claim. | | | | |
| A103 | DRAFT/REVISE | | | | |
| 03/26/06 | Drafting the broadest claim. | J  GENDZWILL | 4.00 | $105 | $420.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/27/06 | Reconciling terminology between the picture claim and the broadest claim. Drafting dependent claims. | J  GENDZWILL | 8.00 | $105 | $840.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/28/06 | Drafting dependent claims. Drafting the detailed description of the preferred embodiment of the patent application based upon the claims. | J  GENDZWILL | 8.00 | $105 | $840.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/29/06 | Drafting the introductory section of the patent application based upon the prior art and the broadest claim. Drafting the abstract section of the patent application from the description. Reviewing and editing the patent application. | J  GENDZWILL | 8.00 | $105 | $840.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/30/06 | Forwarding the application to the inventor for review.  Conferring with the inventor. Revising the application based upon the inventor's's comments and forwarding the revised application to the inventor. | J  GENDZWILL | 5.00 | $105 | $525.00 |
| A103 | DRAFT/REVISE | | | | |

IN ACCOUNT WITH

DICKINSON
WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00007
DELPHI TECHNOLOGIES, INC.
US PAT APP 'IGLOO-SHAPED ORIENTATION

Invoice No. 532816
April 27, 2006
Page   3

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| 03/31/06 | Conferring with the inventor for final approval. Formalizing the application and forwarding to Pat Griffin. | J  GENDZWILL | 2.00 | $105 | $210.00 |
| A103 | DRAFT/REVISE | | | | |

| | | |
| --- | --- | --- |
| Task Subtotal | | $4,935.00 |
| Phase Subtotal | | $4,935.00 |
| Fee Subtotal | | $4,935.00 |
| Total Hours | 47.00 | |

| Expenses | | Amount |
| -------- | --- | ------ |
| E101   COPYING | | .70 |
| Expense Subtotal | | .70 |
| Grand Total | | $4,935.70 |

Summary:
--------

| J  GENDZWILL | IP TRAINEE | 47.0 hours at $105 | $4,935.00 |
| --- | --- | --- | --- |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI TECHNOLOGIES, INC.
5825 DELPHI DRIVE
MAIL CODE 480-410-202
TROY, MI 48098-2815

Invoice No. 532817
April 27, 2006
Page   1

ATTN:  TOM TWOMEY, LEGAL STAFF - IP

DW Attorney:  W H HONAKER
Our File No.:  604080-00010
Client Reference: DP-314469-PG

Re:  US PAT APP 'ORIENTATION INSENSITIVE THERMOSIPHON
OF SQUIRREL CAGE CONFIGURATION'
DELPHI REF. DP-314469-PG)

For Legal Services from Mar 13, 2006 through Mar 31, 2006

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | B200 - OPERATIONS | | | | |
| | B210 - BUSINESS OPERATIONS | | | | |
| 03/13/06 | Reviewing the ROI and the prior accompanying the ROI; reviewing previous Delphi files; reviewing additional prior art; and working with patent draftsman to formulate formal patent drawings. | S A FLUHART | 7.00 | $85 | $595.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/14/06 | Drafting a picture claim of the preferred embodiment of the invention to account for every aspect of the ROI, including every line of the drawings, and to verify a full understanding of the structure and function of the preferred embodiment. | S A FLUHART | 7.00 | $85 | $595.00 |

In Account With

# Dickinson Wright PLLC

500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-3425
Telephone: (313) 223-3500
http://www.dickinsonwright.com
Federal I.D. #38-1364333

604080-00010
DELPHI TECHNOLOGIES, INC.
US PAT APP 'ORIENTATION INSENSITIVE THERMOSIPHON

Invoice No. 532817
April 27, 2006
Page    2

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | A103   DRAFT/REVISE | | | | |
| 03/15/06 | Drafting the broadest claims. | S A FLUHART | 6.00 | $85 | $510.00 |
| | A103   DRAFT/REVISE | | | | |
| 03/16/06 | Reconciling terminology between the picture claim and the broadest claim. | S A FLUHART | 3.00 | $85 | $255.00 |
| | A103   DRAFT/REVISE | | | | |
| 03/17/06 | Drafting dependant claims. | S A FLUHART | 7.00 | $85 | $595.00 |
| | A103   DRAFT/REVISE | | | | |
| 03/18/06 | Drafting detailed description of the preferred embodiment of the patent application based upon the claims. | S A FLUHART | 7.00 | $85 | $595.00 |
| | A103   DRAFT/REVISE | | | | |
| 03/20/06 | Drafting the introductory section of the patent application based upon the prior art and the broadest claim; drafting the abstract section of the patent application from the description; and reviewing and editing the patent application. | S A FLUHART | 8.00 | $85 | $680.00 |
| | A103   DRAFT/REVISE | | | | |
| 03/21/06 | Forwarding the application to the inventor for review; conferring with the inventor; revising the application based upon the inventor's's comments and forwarding the revised application to the inventor; conferring with the inventor for final approval; and formalizing the application and forwarding to Pat Griffin. | S A FLUHART | 7.00 | $85 | $595.00 |
| | A103   DRAFT/REVISE | | | | |

In Account With

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00010
DELPHI TECHNOLOGIES, INC.
US PAT APP 'ORIENTATION INSENSITIVE THERMOSIPHON

Invoice No. 532817
April 27, 2006
Page   3

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
|      |                       | Task Subtotal |      |      | $4,420.00 |
|      |                       | Phase Subtotal |     |      | $4,420.00 |
|      | Fee Subtotal          |              |       |      | $4,420.00 |
|      |                       | Total Hours  | 52.00 |      |        |

| Expenses |  | Amount |
| -------- | --- | ------ |
| E101  COPYING |  | 9.10 |
| Expense Subtotal |  | 9.10 |
| Grand Total |  | $4,429.10 |

Summary:
--------

| S A FLUHART | IP TRAINEE | 52.0 hours at | $85 | $4,420.00 |

In Account With

# DICKINSON WRIGHT PLLC

500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-3425
Telephone: (313) 223-3500
http://www.dickinsonwright.com
Federal I.D. #38-1364333

DELPHI TECHNOLOGIES, INC.
5825 DELPHI DRIVE
MAIL CODE 480-410-202
TROY, MI 48098-2815

Invoice No. 532818
April 27, 2006
Page    1

ATTN:  TOM TWOMEY, LEGAL STAFF - IP


DW Attorney:  W H HONAKER
Our File No.:  604080-00011
Client Reference: DP-314470-PG


Re:  US PAT APP 'ORIENTATION INSENSITIVE THERMOSIPHON
     OF V-CONFIGURATION'
     DELPHI REF. DP-314470-PG)


For Legal Services from Mar 22, 2006 through Mar 31, 2006

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | B200 - OPERATIONS | | | | |
| | B210 - BUSINESS OPERATIONS | | | | |
| 03/22/06 | Reviewing the ROI and the prior art accompanying the ROI; reviewing previous Delphi files; reviewing additional prior art; and working with patent draftsman to formulate formal patent drawings. | S A FLUHART | 7.00 | $85 | $595.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/23/06 | Drafting a picture claim of the preferred embodiment of the invention to account for every aspect of the TOI, including every line of the drawings, and to verify a full understanding of the structure and function of the preferred embodiment. | S A FLUHART | 7.00 | $85 | $595.00 |

In Account With

# DICKINSON
# WRIGHT PLLC

500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-3425
Telephone: (313) 223-3500
http://www.dickinsonwright.com
Federal I.D. #38-1364333

604080-00011
DELPHI TECHNOLOGIES, INC.
US PAT APP 'ORIENTATION INSENSITIVE THERMOSIPHON

Invoice No. 532818
April 27, 2006
Page    2

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | A103    DRAFT/REVISE | | | | |
| 03/24/06 | Drafting the broadest claim. | S A FLUHART | 6.00 | $85 | $510.00 |
| | A103    DRAFT/REVISE | | | | |
| 03/25/06 | Reconciling terminology between the picture claim and the broadest claim. | S A FLUHART | 3.00 | $85 | $255.00 |
| | A103    DRAFT/REVISE | | | | |
| 03/27/06 | Drafting dependant claims. | S A FLUHART | 7.00 | $85 | $595.00 |
| | A103    DRAFT/REVISE | | | | |
| 03/28/06 | Drafting the detailed description of the preferred embodiment of the patent application based upon the claims. | S A FLUHART | 7.00 | $85 | $595.00 |
| | A103    DRAFT/REVISE | | | | |
| 03/30/06 | Drafting the introductory section of the patent application based upon the prior art and the broadest claim; drafting the abstract section of the patent application; and reviewing and editing the patent application. | S A FLUHART | 8.00 | $85 | $680.00 |
| | A103    DRAFT/REVISE | | | | |
| 03/31/06 | Forwarding the application to the inventor for review; conferring with the inventor; revising the application based upon the inventor's's comments and forwarding the revised application to the inventor; conferring with the inventor for final approval; and formalizing the application and forwarding to Pat Griffin. | S A FLUHART | 7.00 | $85 | $595.00 |
| | A103    DRAFT/REVISE | | | | |

IN ACCOUNT WITH

# DICKINSON
# WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00011
DELPHI TECHNOLOGIES, INC.
US PAT APP 'ORIENTATION INSENSITIVE THERMOSIPHON

Invoice No. 532818
April 27, 2006
Page    3

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
|      |                       | Task Subtotal |      |      | $4,420.00 |
|      |                       | Phase Subtotal |     |      | $4,420.00 |
|      | Fee Subtotal          |              |       |      | $4,420.00 |
|      |                       | Total Hours 52.00 |  |      |        |

| Expenses | | Amount |
| -------- | | ------ |
| E101  COPYING | | 3.00 |
| E105  TELEPHONE | | 5.46 |
| Expense Subtotal | | 8.46 |
| Grand Total | | $4,428.46 |

Summary:
--------

S A FLUHART        IP TRAINEE        52.0 hours at  $85    $4,420.00

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI TECHNOLOGIES, INC.
5825 DELPHI DRIVE
MAIL CODE 480-410-202
TROY, MI 48098-2815

Invoice No. 532819
April 27, 2006
Page   1

ATTN:  TOM TWOMEY, LEGAL STAFF - IP

DW Attorney:   W H HONAKER
Our File No.:  604080-00012
Client Reference: DP-314803-PG

Re:  US PAT APP 'LIQUID COOLED THERMOSIPHON WITH
PARTIALLY IMMERSED CONDENSER COIL IN LIQUID
REFRIGERANT' DELPHI REF. DP-314803-PG)

For Legal Services from Mar  2, 2006 through Mar 31, 2006

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | **B200 - OPERATIONS** | | | | |
| | **B210 - BUSINESS OPERATIONS** | | | | |
| 03/02/06 | Working with patent draftsman to formulate formal patent drawings; and drafting a picture claim of the preferred embodiment of the invention to account for every aspect of the ROI, including every line of the drawings, and to verify a full understanding of the structure and function of the preferred embodiment. | S A FLUHART | 8.00 | $85 | $680.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/03/06 | Drafting the broadest claim. | S A FLUHART | 6.00 | $85 | $510.00 |
| A103 | DRAFT/REVISE | | | | |

In Account With

DICKINSON
WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00012                                      Invoice No. 532819
DELPHI TECHNOLOGIES, INC.                         April 27, 2006
US PAT APP 'LIQUID COOLED THERMOSIPHON WITH       Page   2

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| 03/04/06 | Reconciling terminology between the picture claim and the broadest claim. | S A FLUHART | 3.00 | $85 | $255.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/06/06 | Drafting dependent claims. | S A FLUHART | 7.00 | $85 | $595.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/08/06 | Drafting the detailed description of the preferred embodiment of the patent application based upon the claims. | S A FLUHART | 7.00 | $85 | $595.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/10/06 | Drafting the introductory section of the patent application from the description; drafting the abstract section of the patent application based upon the prior art and the broadest claim. | S A FLUHART | 8.00 | $85 | $680.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/11/06 | Forwarding the application to the inventor for review; conferring with the inventor revising the application based upon the inventor's's comments and forwarding the revised application to the inventor; conferring with the inventor for final approval; and finalizing the application and forwarding to Pat Griffin. | S A FLUHART | 7.00 | $85 | $595.00 |
| A103 | DRAFT/REVISE | | | | |

|                  |           |
| ---------------- | --------- |
| Task Subtotal    | $3,910.00 |
| Phase Subtotal   | $3,910.00 |
| Fee Subtotal     | $3,910.00 |
| Total Hours      | 46.00     |

In Account With

# DICKINSON
# WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00012                                    Invoice No. 532819
DELPHI TECHNOLOGIES, INC.                       April 27, 2006
US PAT APP 'LIQUID COOLED THERMOSIPHON WITH     Page   3

| Expenses | | Amount |
|---|---|---|
| E101 | COPYING | 6.60 |
| E106 | ONLINE RESEARCH | 390.00 |
| | Expense Subtotal | 396.60 |
| | Grand Total | $4,306.60 |

Summary:
--------

  S A FLUHART        IP TRAINEE        46.0 hours at  $85    $3,910.00

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI TECHNOLOGIES, INC.
5825 DELPHI DRIVE
MAIL CODE 480-410-202
TROY, MI 48098-2815

Invoice No. 532820
April 27, 2006
Page    1

ATTN:  TOM TWOMEY, LEGAL STAFF - IP

DW Attorney:  W H HONAKER
Our File No.:  604080-00015
Client Reference: DP-313515-PG

Re:  US PAT APP 'VAPOR COMPRESSION AC SYSTEM WITH
     EVAPORATIVE COOLER ASSISTED EVAPORATOR'
     DELPHI REF. DP-313515-PG)

For Legal Services from              through Mar 31, 2006

                    Fee Subtotal                          $.00

                         Total Hours       .00

        Expenses                                    Amount
        --------                                    ------

   E101   COPYING                                     3.00

             Expense Subtotal                         3.00

             Grand Total                             $3.00

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI TECHNOLOGIES, INC.
5825 DELPHI DRIVE
MAIL CODE 480-410-202
TROY, MI 48098-2815

ATTN:  TOM TWOMEY, LEGAL STAFF - IP


DW Attorney:   W H HONAKER
Our File No.:  604080-00016
Client Reference: DP-314813-PG

Invoice No. 532570
April 26, 2006
Page   1


                Re:  US PAT APP 'COMPACT LIQUID COOLING UNIT FOR HIGH
                     END SERVERS'
                     DELPHI REF. DP-314813-PG)


For Legal Services from          through Mar 31, 2006


                     Fee Subtotal                          $.00

                  Total Hours         .00


        Expenses                              Amount
        --------                              ------

    E124  OTHER                                13.00

          Expense Subtotal                     13.00

          Grand Total                        $13.00

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI TECHNOLOGIES, INC.
5825 DELPHI DRIVE
MAIL CODE 480-410-202
TROY, MI 48098-2815

Invoice No. 532821
April 27, 2006
Page   1

ATTN:  TOM TWOMEY, LEGAL STAFF - IP

DW Attorney:   W H HONAKER
Our File No.:  604080-00018
Client Reference: DP-314804-PG

Re:  US PAT APP 'THERMOSIPHON WITH FLEXIBLE BOILER
     PLATE'
     DELPHI REF. DP-314804-PG)

For Legal Services from Mar  1, 2006 through Mar 31, 2006

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | **B200 - OPERATIONS** | | | | |
| | **B210 - BUSINESS OPERATIONS** | | | | |
| 03/01/06 | Drafting the introductory section of the patent application based upon the prior art and the broadest claim. | J J KLOBUCAR | 3.50 | $85 | $297.50 |
| A103 | DRAFT/REVISE | | | | |
| 03/02/06 | Reviewing and editing the patent application. | J J KLOBUCAR | 3.00 | $85 | $255.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/06/06 | Conferring with the inventor; Revising the application based upon the inventor's's comments and forward to inventor. | J J KLOBUCAR | 5.00 | $85 | $425.00 |
| A103 | DRAFT/REVISE | | | | |



In Account With

DICKINSON
WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00018
DELPHI TECHNOLOGIES, INC.
US PAT APP 'THERMOSIPHON WITH FLEXIBLE BOILER

Invoice No. 532821
April 27, 2006
Page    2

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| 03/10/06 | Conferring with the inventor for final approval. | J J KLOBUCAR | 1.00 | $85 | $85.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/11/06 | Formalizing the application and forwarding to Pat Griffin. | J J KLOBUCAR | 1.00 | $85 | $85.00 |
| A103 | DRAFT/REVISE | | | | |

|  |  |  |
| --- | --- | --- |
| | Task Subtotal | $1,147.50 |
| | Phase Subtotal | $1,147.50 |
| Fee Subtotal | | $1,147.50 |
| | Total Hours  13.50 | |

| Expenses | | Amount |
| -------- | --- | ------ |
| E101 | COPYING | 8.20 |
| E106 | ONLINE RESEARCH | 227.50 |
| E124 | OTHER | 1.00 |
| | Expense Subtotal | 236.70 |
| | Grand Total | $1,384.20 |

Summary:
--------

| J J KLOBUCAR | IP TRAINEE | 13.5 hours at | $85 | $1,147.50 |
| --- | --- | --- | --- | --- |

IN ACCOUNT WITH

# DICKINSON
# WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI TECHNOLOGIES, INC.
5825 DELPHI DRIVE
MAIL CODE 480-410-202
TROY, MI 48098-2815

Invoice No. 532822
April 27, 2006
Page    1

ATTN:  TOM TWOMEY, LEGAL STAFF - IP

DW Attorney:    W H HONAKER
Our File No.:  604080-00019
Client Reference: DP-314802-PG

Re:  US PAT APP 'HIGH PROFORMANCE THERMOSIPHON WITH
     INTERNALLY ENHANCED CONDENSATION'
     DELPHI REF. DP-314802-PG)

For Legal Services from Mar 15, 2006 through Mar 31, 2006

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | **B200 - OPERATIONS** | | | | |
| | **B210 - BUSINESS OPERATIONS** | | | | |
| 03/15/06 | Reviewing the ROI and the prior art accompanying the ROI. | J J KLOBUCAR | 1.00 | $85 | $85.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/16/06 | Reviewing previous Delphi files; Reviewing additional prior art; Working with patent draftsman to formulate formal patent drawings. | J J KLOBUCAR | 4.00 | $85 | $340.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/17/06 | Drafting a picture claim of the preferred embodiment of the invention to account for every aspect of the ROI, | J J KLOBUCAR | 7.00 | $85 | $595.00 |

In Account With

# DICKINSON
## WRIGHT PLLC

500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-3425
Telephone: (313) 223-3500
http://www.dickinsonwright.com
Federal I.D. #38-1364333

604080-00019                                  Invoice No. 532822
DELPHI TECHNOLOGIES, INC.                     April 27, 2006
US PAT APP 'HIGH PROFORMANCE THERMOSIPHON WITH    Page    2

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | including every line of the drawings, and to verify a full understanding of the structure and function of the preferred embodiment. | | | | |
| A103 | DRAFT/REVISE | | | | |
| 03/20/06 | Drafting the broadest claim. | J J KLOBUCAR | 6.00 | $85 | $510.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/21/06 | Reconciling terminology between the picture claim and the broadest claim. | J J KLOBUCAR | 3.00 | $85 | $255.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/22/06 | Drafting dependant claims. | J J KLOBUCAR | 7.00 | $85 | $595.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/25/06 | Drafting the detailed description of the preferred embodiment of the patent application based upon the claims. | J J KLOBUCAR | 7.00 | $85 | $595.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/27/06 | Drafting the introductory section of the patent application based upon the prior art and the broadest claim. | J J KLOBUCAR | 3.00 | $85 | $255.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/28/06 | Drafting the abstract section of the patent application from the description; Reviewing and editing the application; Forwarding the application to the inventor for review. | J J KLOBUCAR | 6.00 | $85 | $510.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/29/06 | Conferring with the inventor; Revising the application based upon the inventor's's comment and forwarding the revised | J J KLOBUCAR | 6.00 | $85 | $510.00 |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00019
DELPHI TECHNOLOGIES, INC.
US PAT APP 'HIGH PROFORMANCE THERMOSIPHON WITH

Invoice No. 532822
April 27, 2006
Page   3

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | application to the inventor; Conferring with the inventor for final approval; Formalizing the application and forwarding to Pat Griffin. | | | | |
| A103 | DRAFT/REVISE | | | | |

|  |  |
| --- | --- |
| Task Subtotal | $4,250.00 |
| Phase Subtotal | $4,250.00 |
| Fee Subtotal | $4,250.00 |
| Total Hours   50.00 | |

| Expenses | Amount |
| -------- | ------ |
| E101   COPYING | 3.30 |
| Expense Subtotal | 3.30 |
| Grand Total | $4,253.30 |

Summary:
--------

| J J KLOBUCAR | IP TRAINEE | 50.0 hours at | $85 | $4,250.00 |
| --- | --- | --- | --- | --- |