Exhibit C

cont'd #1

IN ACCOUNT WITH

## DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI CORPORATION
LEGAL DEPARTMENT - M/C 483-400-603
5725 DELPHI DRIVE
TROY, MI  48098-2815

ATTN:  MICHELE PISCITELLI

Invoice No. 535222
May 22, 2006
Page    1

DW Attorney:    C C MAESO
Our File No.:   025980-00096

Re:  GENERAL COMMERCIAL CONTRACTS

For Legal Services from Apr  4, 2006 through Apr 30, 2006

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | **B200 - OPERATIONS** | | | | |
| | **B210 - BUSINESS OPERATIONS** | | | | |
| 04/04/06 | Conference call with C. Reider on Sovereign Agreement; follow-up conference call with group on Sovereign Agreement | C C MAESO | 1.10 | $220 | $242.00 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |
| 04/04/06 | Correspondence with counsel for Exxon on Long Term Supply Agreement | C C MAESO | .10 | $220 | $22.00 |
| A107 | COMMUNICATE (OTHER OUTSIDE COUNSEL) | | | | |
| 04/04/06 | Call with B. Werner on Exxon Agreement | C C MAESO | .10 | $220 | $22.00 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |
| 04/04/06 | Conference call with S. Corcoran regarding outstanding projects | C C MAESO | .60 | $220 | $132.00 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

025980-00096
DELPHI CORPORATION
GENERAL COMMERCIAL CONTRACTS

Invoice No. 535222
May 22, 2006
Page    2

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | -------------------- | ------------ | ----- | ---- | ------ |
| 04/04/06 | Reviewed and analyzed Supplier Agreement with Sovereign | C C MAESO | .60 | $220 | $132.00 |
| A104 | REVIEW/ANALYZE | | | | |
| 04/04/06 | Phone conference with C. Reider and others re: Sovereign | M A SCHALDENBRAN | .60 | $295 | $177.00 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |
| 04/04/06 | Meeting with Chris Maeso and follow up re: Sovereign Agreement | M A SCHALDENBRAN | 1.70 | $295 | $501.50 |
| A105 | COMMUNICATE (IN FIRM) | | | | |
| 04/04/06 | Phone conference with C. Reider and others re: Sovereign; | M A SCHALDENBRAN | .50 | $295 | $147.50 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |
| 04/05/06 | Call with B. Werner to discuss Exxon terms | C C MAESO | .40 | $220 | $88.00 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |
| 04/05/06 | Call with K. Neidermaier on KMart issues; call with S. Corcoran; correspondence with K. Niedermaier | C C MAESO | .20 | $220 | $44.00 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |
| 04/05/06 | Call with D. Wood and correspondence with C. Reider regarding Sovereign | C C MAESO | .20 | $220 | $44.00 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |
| 04/05/06 | Reviewed and analyzed revised Exxon Master Terms and drafted revisions thereto | C C MAESO | .50 | $220 | $110.00 |
| A104 | REVIEW/ANALYZE | | | | |
| 04/05/06 | Drafted revisions to supply agreement with Akzo Nobel | C C MAESO | .90 | $220 | $198.00 |
| A103 | DRAFT/REVISE | | | | |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

025980-00096
DELPHI CORPORATION
GENERAL COMMERCIAL CONTRACTS

Invoice No. 535222
May 22, 2006
Page   3

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| 04/05/06<br>A106 | Call with S. Calcatera on Akzo Nobel supply agreement; drafted memo to S. Calcatera on business issues<br>COMMUNICATE (WITH CLIENT) | C C MAESO | .90 | $220 | $198.00 |
| 04/05/06<br>A104 | Reviewed, analyzed and drafted revisions to Penske Warehouse Agreement<br>REVIEW/ANALYZE | C C MAESO | 1.10 | $220 | $242.00 |
| 04/05/06<br>A106 | Call with B. Goeke; correspondence with E. Wright on Warehouse Agreement; drafted correspondence distributing revised agreement<br>COMMUNICATE (WITH CLIENT) | C C MAESO | .40 | $220 | $88.00 |
| 04/06/06<br>A107 | Call with counsel for Exxon on revisions to Terms and Conditions<br>COMMUNICATE (OTHER OUTSIDE COUNSEL) | C C MAESO | .30 | $220 | $66.00 |
| 04/06/06<br>A103 | Drafting revisions to Manufacturer's Rep Agreement for Delphi Medical Systems<br>DRAFT/REVISE | C C MAESO | .90 | $220 | $198.00 |
| 04/06/06<br>A106 | Correspondence with P. Marshall on Delphi Medical Rep Agreement<br>COMMUNICATE (WITH CLIENT) | C C MAESO | .20 | $220 | $44.00 |
| 04/06/06<br>A107 | Call and correspondence with counsel for Kmart<br>COMMUNICATE (OTHER OUTSIDE COUNSEL) | C C MAESO | .30 | $220 | $66.00 |
| 04/06/06<br>A106 | Call and correspondence with K. Niedermaier on Kmart<br>COMMUNICATE (WITH CLIENT) | C C MAESO | .20 | $220 | $44.00 |

IN ACCOUNT WITH

**DICKINSON WRIGHT** PLLC

600 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

025980-00096                              Invoice No. 535222
DELPHI CORPORATION                        May 22, 2006
GENERAL COMMERCIAL CONTRACTS              Page   4

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| 04/06/06 | Drafted memo to B. Werner on significant issues to consider regarding Exxon's Terms | C C MAESO | .60 | $220 | $132.00 |
| A103 | DRAFT/REVISE | | | | |
| 04/06/06 | Call with K. Niedermaier to discuss Kmart agreement | C C MAESO | .60 | $220 | $132.00 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |
| 04/06/06 | Review and analyze of Delphi vendor and supplier agreements in connection with Kmart agreement | C C MAESO | .80 | $220 | $176.00 |
| A104 | REVIEW/ANALYZE | | | | |
| 04/10/06 | Drafted and distributed revisions to Kmart Master Vendor Agreement | C C MAESO | 2.40 | $220 | $528.00 |
| A103 | DRAFT/REVISE | | | | |
| 04/11/06 | Reviewed and analyzed cost letter and warehouse agreement for Penske | C C MAESO | .20 | $220 | $44.00 |
| A104 | REVIEW/ANALYZE | | | | |
| 04/11/06 | Correspondence with B. Goeke regarding cost reduction program for Penske | C C MAESO | .10 | $220 | $22.00 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |
| 04/11/06 | Drafted and reviewed correspondence regarding Master Distributor Agreement | C C MAESO | .20 | $220 | $44.00 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |
| 04/11/06 | Reviewing and analyzing proposed form Distributor Agreement | C C MAESO | 1.50 | $220 | $330.00 |
| A104 | REVIEW/ANALYZE | | | | |
| 04/12/06 | Call with C. Anzalone; correspondence with C. Anzalone and M. Lewis on Distributor Agreement | C C MAESO | .30 | $220 | $66.00 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |

IN ACCOUNT WITH

**DICKINSON WRIGHT** PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

025980-00096
DELPHI CORPORATION
GENERAL COMMERCIAL CONTRACTS

Invoice No. 535222
May 22, 2006
Page   5

| Date | Professional Services | Professional | Hours | Rate | Charge |
|------|----------------------|--------------|-------|------|--------|
| 04/12/06 | Drafting revisions to Master Distributor Agreement | C C MAESO | 4.80 | $220 | $1,056.00 |
| A103 | DRAFT/REVISE | | | | |
| 04/12/06 | Followup, email to C Maeso re certain distributorship provisions / precedents. | R H CUMMINGS | .20 | $385 | $77.00 |
| A105 | COMMUNICATE (IN FIRM) | | | | |
| 04/13/06 | Conference call regarding distributor agreement with C. Anzalone and M. Leslie; follow up call and correspondence with C. Anzalone; call with S. Corcoran | C C MAESO | 1.50 | $220 | $330.00 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |
| 04/13/06 | Drafting revisions to Distributor Agreement | C C MAESO | 1.20 | $220 | $264.00 |
| A103 | DRAFT/REVISE | | | | |
| 04/13/06 | C Maeso email re distributorship agreement, followup re precedents including various provisions/precedents, including advisability of incorporating sales terms as an attachment, related matters | R H CUMMINGS | .40 | $385 | $154.00 |
| A105 | COMMUNICATE (IN FIRM) | | | | |
| 04/14/06 | Drafting revisions to Distributor Agreement | C C MAESO | 1.50 | $220 | $330.00 |
| A103 | DRAFT/REVISE | | | | |
| 04/17/06 | Drafting revisions to Distributor Agreement | C C MAESO | .30 | $220 | $66.00 |
| A103 | DRAFT/REVISE | | | | |
| 04/18/06 | Drafting and revising Distributor Agreement | C C MAESO | 3.50 | $220 | $770.00 |
| A103 | DRAFT/REVISE | | | | |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

---

025980-00096
DELPHI CORPORATION
GENERAL COMMERCIAL CONTRACTS

Invoice No. 535222
May 22, 2006
Page   6

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| 04/18/06 | Conference call with S. Calcatera and business people and counsel for Akzo Nobel; second conference call with all of the foregoing | C C MAESO | 1.50 | $220 | $330.00 |
| A108 | COMMUNICATE (OTHER EXTERNAL) | | | | |
| 04/19/06 | Revising and finalizing draft of Distributor Agreement | C C MAESO | 4.30 | $220 | $946.00 |
| A103 | DRAFT/REVISE | | | | |
| 04/19/06 | Correspondence with and conference call with S. Calcatera to discuss revised agreement with Akzo Nobel | C C MAESO | .50 | $220 | $110.00 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |
| 04/19/06 | Call with C. Alzone regarding distribution agreement | C C MAESO | .10 | $220 | $22.00 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |
| 04/19/06 | Call and correspondence with K. Niedermaier on Kmart contract; follow-up call with K. Niedermaier; third call with K. Niedermaier | C C MAESO | .60 | $220 | $132.00 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |
| 04/19/06 | Conf C Maeso regarding distribution agreement provision, related matters and counseling email re same. | R H CUMMINGS | .20 | $385 | $77.00 |
| A105 | COMMUNICATE (IN FIRM) | | | | |
| 04/20/06 | Correspondence with R. Rees regarding 3M issues | C C MAESO | .20 | $220 | $44.00 |
| A108 | COMMUNICATE (OTHER EXTERNAL) | | | | |
| 04/21/06 | Drafted revisions to and finalized draft of Distributor Agreement | C C MAESO | .40 | $220 | $88.00 |
| A103 | DRAFT/REVISE | | | | |



IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

025980-00096                                    Invoice No. 535222
DELPHI CORPORATION                              May 22, 2006
GENERAL COMMERCIAL CONTRACTS                    Page    7

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| 04/21/06 | Call with M. Leslie regarding Distributor Agreement; distributed revised agreement | C C MAESO | .40 | $220 | $88.00 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |
| 04/23/06 | Correspondence with R. Rees regarding 3M Terms | C C MAESO | .10 | $220 | $22.00 |
| A107 | COMMUNICATE (OTHER OUTSIDE COUNSEL) | | | | |
| 04/27/06 | Correspondence with S. Calcatera on Akzo contract | C C MAESO | .10 | $220 | $22.00 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |

                              Task Subtotal              $9,208.00

                              Phase Subtotal             $9,208.00


                Fee Subtotal                             $9,208.00

                        Total Hours   40.30


| Expenses | | Amount |
| -------- | --- | ------ |
| E101   COPYING | | 3.40 |
| | Expense Subtotal | 3.40 |
| | Grand Total | $9,211.40 |

Summary:
--------

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| R H CUMMINGS | MEMBER | | .8 hours at $385 | $308.00 |
| C C MAESO | MEMBER | | 36.7 hours at $220 | $8,074.00 |
| M A SCHALDENBRAND | OF COUNSEL | | 2.8 hours at $295 | $826.00 |

IN ACCOUNT WITH

# DICKINSON
# WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI CORPORATION
LEGAL DEPARTMENT - M/C 483-400-603
5725 DELPHI DRIVE
TROY, MI  48098-2815

ATTN:  MICHELE PISCITELLI

Invoice No. 535223
May 22, 2006
Page    1

DW Attorney:    J H NOVIS
Our File No.:   025980-00097

Re:  SINGLE BUSINESS TAX

For Legal Services from Apr  5, 2006 through Apr 30, 2006

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | **B200 - OPERATIONS** | | | | |
| | **B240 - TAX ISSUES** | | | | |
| 04/05/06 | Discuss background and file transfers with J. Haas, prior counsel. | J H NOVIS | .80 | $325 | $260.00 |
| A107 | COMMUNICATE (OTHER OUTSIDE COUNSEL) | | | | |
| 04/06/06 | Meeting with prior attorney to transition file. | J H NOVIS | .80 | $325 | $260.00 |
| A107 | COMMUNICATE (OTHER OUTSIDE COUNSEL) | | | | |
| 04/10/06 | Respond to e-mail from client and review file and SBT returns. | J H NOVIS | .80 | $325 | $260.00 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |
| 04/11/06 | Reply to e-mail from D. Olbrecht; review files received from prior counsel. | J H NOVIS | .50 | $325 | $162.50 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

025980-00097                                      Invoice No. 535223
DELPHI CORPORATION                                May 22, 2006
SINGLE BUSINESS TAX                               Page    2

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| 04/13/06 | Review and analyze prior counsel's files in preparation for call with D. Olbrecht; telephone call to D.Olbrecht to address background and status of SBT appeals. | J H NOVIS | 3.70 | $325 | $1,202.50 |
| A104 | REVIEW/ANALYZE | | | | |
| 04/14/06 | Review file in preparation for meeting; meeting with J. Haas to address background fact and strategy going forward. | J H NOVIS | 1.20 | $325 | $390.00 |
| A107 | COMMUNICATE (OTHER OUTSIDE COUNSEL) | | | | |
| 04/24/06 | Prepare for meeting concerning strategy and background for Single Business Tax appeal including review of prior file note and documents related to issues; meeting with D. Olbrecht to discuss strategy and address Power of Attorney. | J H NOVIS | 2.50 | $325 | $812.50 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |

                          Task Subtotal              $3,347.50

                          Phase Subtotal             $3,347.50

              Fee Subtotal                           $3,347.50

                    Total Hours  10.30

              Grand Total                            $3,347.50

Summary:
--------

   J H NOVIS          MEMBER          10.3 hours at $325   $3,347.50

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI CORPORATION                         Invoice No. 535224
LEGAL DEPARTMENT - M/C 483-400-603         May 22, 2006
5725 DELPHI DRIVE                          Page    1
TROY, MI   48098-2815

ATTN:  MICHELE PISCITELLI

DW Attorney:   J H NOVIS
Our File No.:  025980-00098

Re:  PROPERTY TAX - COOPERSVILLE

For Legal Services from Apr 24, 2006 through Apr 30, 2006

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | B200 - OPERATIONS | | | | |
| | B240 - TAX ISSUES | | | | |
| 04/24/06 | Prepare for meeting with W. Luethge concerning personal property tax issues including review of software criteria in statute and case law; meeting with W. Luethge to address background and strategy for proceeding with Michigan Tax Tribunal case negotiations. | J H NOVIS | 2.50 | $325 | $812.50 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |

|  |  |
| --- | --- |
| Task Subtotal | $812.50 |
| Phase Subtotal | $812.50 |
| Fee Subtotal | $812.50 |
| Total Hours   2.50 | |
| Grand Total | $812.50 |

Summary:
--------

| | | | |
| --- | --- | --- | --- |
| J H NOVIS | MEMBER | 2.5 hours at $325 | $812.50 |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI CORPORATION                          Invoice No. 535225
LEGAL DEPARTMENT - M/C 483-400-603          May 22, 2006
5725 DELPHI DRIVE                           Page    1
TROY, MI  48098-2815

ATTN:  MICHELE PISCITELLI


DW Attorney:    E C HOWBERT
Our File No.:   025980-00099


             Re:  RETENTION AND FEE APPLICATION WORK


      For Legal Services from Apr  3, 2006 through Apr 30, 2006


| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | **B100 - ADMINISTRATION** | | | | |
| | **B160 - FEE/EMPLOYMENT APPLICATIONS** | | | | |
| 04/03/06 | Call to piscitelli on monthly report issues | E C HOWBERT | .20 | $425 | $85.00 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |
| 04/05/06 | Messages to IP lawyers on billing procedures, send corrective notice on fee statements to notice parties.  Call from Piscitelli on internal Delphi billing procedures | E C HOWBERT | .50 | $425 | $212.50 |
| A105 | COMMUNICATE (IN FIRM) | | | | |
| 04/06/06 | Conf honaker on billing requirements under court order | E C HOWBERT | .20 | $425 | $85.00 |
| A105 | COMMUNICATE (IN FIRM) | | | | |
| 04/13/06 | Call from piscitelli on invoice issue | E C HOWBERT | .20 | $425 | $85.00 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

---

025980-00099
DELPHI CORPORATION
RETENTION AND FEE APPLICATION WORK

Invoice No. 535225
May 22, 2006
Page    2

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| 04/18/06 | Work on fee application for January | E C HOWBERT | 2.00 | $425 | $850.00 |
| A103 | DRAFT/REVISE | | | | |
| 04/24/06 | Work on application and exhibits | E C HOWBERT | 3.10 | $425 | $1,317.50 |
| A103 | DRAFT/REVISE | | | | |
| 04/25/06 | Work on application exhibits, on monthly report, prep of notice of hearing, of certificate of service; | E C HOWBERT | 3.30 | $425 | $1,402.50 |
| A103 | DRAFT/REVISE | | | | |
| 04/25/06 | Conf drc on filing of application and notice | E C HOWBERT | .30 | $425 | $127.50 |
| A105 | COMMUNICATE (IN FIRM) | | | | |
| 04/26/06 | Prep of monthly fee report | E C HOWBERT | .80 | $425 | $340.00 |
| A103 | DRAFT/REVISE | | | | |

|  |  |
| --- | --- |
| Task Subtotal | $4,505.00 |
| Phase Subtotal | $4,505.00 |
| Fee Subtotal | $4,505.00 |
| Total Hours | 10.60 |

| Expenses | | Amount |
| -------- | --- | ------ |
| E101 | COPYING | 134.00 |
| E105 | TELEPHONE | 1.95 |
| E107 | DELIVERY SERVICES/MESSENGERS | 138.74 |
| | Expense Subtotal | 274.69 |
| | Grand Total | $4,779.69 |

Summary:
--------

| E C HOWBERT | MEMBER | 10.6 hours at $425 | $4,505.00 |
| --- | --- | --- | --- |



IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI TECHNOLOGIES, INC.                          Invoice No. 535226
5825 DELPHI DRIVE                                  May 22, 2006
MAIL CODE 480-410-202                              Page    1
TROY, MI 48098-2815

ATTN:  TOM TWOMEY, LEGAL STAFF - IP

DW Attorney:   W H HONAKER
Our File No.:  604080-00003
Client Reference: DP-314794-PG

                    Re:   US PAT APP 'THERMOSIPHON WITH THERMOELECTRICALLY
                          ENHANCED SPREADER PLATE'
                          DELPHI REF. DP-314794-PG)

        For Legal Services from Mar 23, 2006 through Apr 30, 2006

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | **B200 - OPERATIONS** | | | | |
| | **B210 - BUSINESS OPERATIONS** | | | | |
| 03/23/06 | Reviewing the ROI and the prior art accompany the ROI.  Reviewing the previous Delphi files. | J J KLOBUCAR | 4.00 | $85 | $340.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/24/06 | Reviewing additional prior art; Working with patent draftsman to formulate formal patent drawings. | J J KLOBUCAR | 3.00 | $85 | $255.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/27/06 | Drafting a picture claim of the preferred embodiment of the invention to account for every aspect of the ROI, | J J KLOBUCAR | 7.00 | $85 | $595.00 |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00003                                    Invoice No. 535226
DELPHI TECHNOLOGIES, INC.                        May 22, 2006
US PAT APP 'THERMOSIPHON WITH THERMOELECTRICALLY  Page   2

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | including every line of the drawings, and to verify a full understanding of the structure and function of the preferred embodiment. | | | | |
| A103 | DRAFT/REVISE | | | | |
| 03/28/06 | Drafting the broadest claim. | J J KLOBUCAR | 6.00 | $85 | $510.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/29/06 | Reconciling terminology between the picture claim and the broadest claim. | J J KLOBUCAR | 3.00 | $85 | $255.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/30/06 | Drafting dependant claims. | J J KLOBUCAR | 7.00 | $85 | $595.00 |
| A103 | DRAFT/REVISE | | | | |
| 04/04/06 | Drafting the detailed description of the preferred embodiment of the patent application based upon the claims. | J J KLOBUCAR | 7.00 | $85 | $595.00 |
| A103 | DRAFT/REVISE | | | | |
| 04/05/06 | Drafting the introductory section of the patent application based upon the prior art and the broadest claim; drafting the abstract section of the patent application from the description. | J J KLOBUCAR | 4.00 | $85 | $340.00 |
| A103 | DRAFT/REVISE | | | | |
| 04/18/06 | Reviewing and editing the patent application; Forwarding the application to the inventor for review. | J J KLOBUCAR | 5.00 | $85 | $425.00 |
| A103 | DRAFT/REVISE | | | | |
| 04/19/06 | Conferring with the inventor. | J J KLOBUCAR | 1.00 | $85 | $85.00 |
| A103 | DRAFT/REVISE | | | | |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

600 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

---

604080-00003
DELPHI TECHNOLOGIES, INC.
US PAT APP 'THERMOSIPHON WITH THERMOELECTRICALLY

Invoice No. 535226
May 22, 2006
Page   3

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| 04/20/06 | Revising the application based upon the inventor's comments and forwarding the revised application to the inventor. | J J KLOBUCAR | 3.00 | $85 | $255.00 |
| A103 | DRAFT/REVISE | | | | |
| 04/21/06 | Conferring with the inventor for final approval; Formalizing the application and forwarding to Pat Griffin. | J J KLOBUCAR | 2.00 | $85 | $170.00 |
| A103 | DRAFT/REVISE | | | | |

|  |  |  |
| --- | --- | --- |
| | Task Subtotal | $4,420.00 |
| | Phase Subtotal | $4,420.00 |
| Fee Subtotal | | $4,420.00 |
| | Total Hours   52.00 | |

| Expenses | | Amount |
| -------- | | ------ |
| E101   COPYING | | 4.60 |
| E124   OTHER | | 2.00 |
| Expense Subtotal | | 6.60 |
| Grand Total | | $4,426.60 |

Summary:
--------

|  |  |  |  |  |
| --- | --- | --- | --- | --- |
| J J KLOBUCAR | IP TRAINEE | 52.0 hours at | $85 | $4,420.00 |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

---

DELPHI TECHNOLOGIES, INC.
5825 DELPHI DRIVE
MAIL CODE 480-410-202
TROY, MI 48098-2815

Invoice No. 535227
May 22, 2006
Page   1

ATTN:  TOM TWOMEY, LEGAL STAFF - IP

DW Attorney:   W H HONAKER
Our File No.:   604080-00004
Client Reference: DP-314796-PG

Re:   US PAT APP 'CAPILLARY-ASSISTED COMPACT
       THERMOSIPHON'
       DELPHI REF. DP-314796-PG)

For Legal Services from           through Apr 30, 2006

Fee Subtotal                                     $.00

Total Hours     .00

| Expenses | | Amount |
|----------|--|--------|
| E101  COPYING | | 10.60 |
| E106  PATENT DRAWINGS FROM PATENT DRAFTSMAN | | 585.00 |
| Expense Subtotal | | 595.60 |
| Grand Total | | $595.60 |

IN ACCOUNT WITH

# DICKINSON
# WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI TECHNOLOGIES, INC.
5825 DELPHI DRIVE
MAIL CODE 480-410-202
TROY, MI 48098-2815

Invoice No. 535228
May 22, 2006
Page    1

ATTN:  TOM TWOMEY, LEGAL STAFF - IP

DW Attorney:    W H HONAKER
Our File No.:  604080-00005
Client Reference: DP-314798-PG

Re:  US PAT APP 'LOW PROFILE THERMOSIPHON'
     DELPHI REF. DP-314798-PG)

For Legal Services from              through Apr 30, 2006

                 Fee Subtotal                              $.00

                      Total Hours      .00


          Expenses                              Amount
          --------                              ------

     E106  PATENT DRAWINGS FROM PATENT DRAFTSMAN        487.50

               Expense Subtotal                         487.50

               Grand Total                             $487.50



IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI TECHNOLOGIES, INC.
5825 DELPHI DRIVE
MAIL CODE 480-410-202
TROY, MI 48098-2815

Invoice No. 535229
May 22, 2006
Page    1

ATTN:  TOM TWOMEY, LEGAL STAFF - IP

DW Attorney:  W H HONAKER
Our File No.:  604080-00006
Client Reference: DP-314800-PG

Re:  US PAT APP 'PORCUPINE-SHAPED ORIENTATION
     INSENSITIVE THERMOSIPHON'
     DELPHI REF. DP-314800-PG)

For Legal Services from            through Apr 30, 2006

                    Fee Subtotal                          $.00

                         Total Hours       .00

         Expenses                                    Amount
         --------                                    ------

    E101  COPYING                                      6.00

              Expense Subtotal                         6.00

              Grand Total                            $6.00



IN ACCOUNT WITH

**DICKINSON WRIGHT** PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI TECHNOLOGIES, INC.
5825 DELPHI DRIVE
MAIL CODE 480-410-202
TROY, MI 48098-2815

Invoice No. 535230
May 22, 2006
Page    1

ATTN:  TOM TWOMEY, LEGAL STAFF - IP

DW Attorney:  W H HONAKER
Our File No.:  604080-00007
Client Reference: DP-314799-PG

Re:  US PAT APP 'IGLOO-SHAPED ORIENTATION
INSENSITIVE THERMOSIPHON'
DELPHI REF. DP-314799-PG)

For Legal Services from          through Apr 30, 2006

|  | |
|---|---|
| Fee Subtotal | $.00 |

Total Hours    .00

| Expenses | Amount |
|---|---|
| E101   COPYING | 3.60 |
| E105   TELEPHONE | .39 |
| Expense Subtotal | 3.99 |
| Grand Total | $3.99 |

In Account With

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI TECHNOLOGIES, INC.
5825 DELPHI DRIVE
MAIL CODE 480-410-202
TROY, MI 48098-2815

Invoice No. 535231
May 22, 2006
Page    1

ATTN:  TOM TWOMEY, LEGAL STAFF - IP

DW Attorney:  W H HONAKER
Our File No.:  604080-00008
Client Reference: DP-314801-PG

Re:   US PAT APP 'ORIENTATION INSENSITIVE COMPACT
      THERMOSIPHON WITH A FLAT AUXILIARY CONDENSER'
      DELPHI REF. DP-314801-PG)

For Legal Services from Apr  6, 2006 through Apr 30, 2006

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | **B200 - OPERATIONS** | | | | |
| | **B210 - BUSINESS OPERATIONS** | | | | |
| 04/06/06 | Reviewing the ROI and the prior art accompanying the ROI; reviewing previous Delphi files; reviewing additional prior art; and working with patent draftsman to formulate formal patent drawings. | S A FLUHART | 7.00 | $85 | $595.00 |
| A103 | DRAFT/REVISE | | | | |
| 04/07/06 | Drafting a picture claim of the preferred embodiment of the invention to account for every aspect of the ROI, including every line of the drawings, and to verify a full understanding of the structure and function of the preferred embodiment. | S A FLUHART | 7.00 | $85 | $595.00 |

In Account With

# DICKINSON WRIGHT PLLC

500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-3425
Telephone: (313) 223-3500
http://www.dickinsonwright.com
Federal I.D. #38-1364333

604080-00008
DELPHI TECHNOLOGIES, INC.
US PAT APP 'ORIENTATION INSENSITIVE COMPACT

Invoice No. 535231
May 22, 2006
Page   2

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| A103 | DRAFT/REVISE | | | | |
| 04/11/06 | Drafting the broadest claim. | S A FLUHART | 6.00 | $85 | $510.00 |
| A103 | DRAFT/REVISE | | | | |
| 04/12/06 | Reconciling terminology between the picture claim and the broadest claim. | S A FLUHART | 3.00 | $85 | $255.00 |
| A103 | DRAFT/REVISE | | | | |
| 04/13/06 | Drafting dependent claims. | S A FLUHART | 7.00 | $85 | $595.00 |
| A103 | DRAFT/REVISE | | | | |
| 04/14/06 | Drafting the detailed description of the preferred embodiment of the patent application based upon the claims. | S A FLUHART | 7.00 | $85 | $595.00 |
| A103 | DRAFT/REVISE | | | | |
| 04/17/06 | Drafting the introductory section of the patent application based upon the prior art and the broadest claim; drafting the abstract section of the patent application from the description; and reviewing and editing the patent application. | S A FLUHART | 8.00 | $85 | $680.00 |
| A103 | DRAFT/REVISE | | | | |
| 04/18/06 | Forwarding the application to the inventor for review; conferring with the inventor; revising the application based upon the inventor's comments and forwarding the revised application to the inventor; conferring with the inventor for final approval; and formalizing the application and forwarding to Pat Griffin. | S A FLUHART | 7.00 | $85 | $595.00 |
| A103 | DRAFT/REVISE | | | | |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00008                                          Invoice No. 535231
DELPHI TECHNOLOGIES, INC.                             May 22, 2006
US PAT APP 'ORIENTATION INSENSITIVE COMPACT           Page   3

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
|      |                       | Task Subtotal |      |      | $4,420.00 |
|      |                       | Phase Subtotal |     |      | $4,420.00 |
|      | Fee Subtotal          |              |       |      | $4,420.00 |
|      |                       | Total Hours  | 52.00 |     |        |

| Expenses | | Amount |
| -------- | | ------ |
| E101   COPYING | | 7.50 |
| E105   TELEPHONE | | .78 |
| Expense Subtotal | | 8.28 |
| Grand Total | | $4,428.28 |

Summary:
--------

| | | | |
| --- | --- | --- | --- |
| S A FLUHART | IP TRAINEE | 52.0 hours at  $85 | $4,420.00 |

IN ACCOUNT WITH

# DICKINSON
# WRIGHT PLLC

600 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI TECHNOLOGIES, INC.
5825 DELPHI DRIVE
MAIL CODE 480-410-202
TROY, MI 48098-2815

Invoice No. 535232
May 22, 2006
Page    1

ATTN:  TOM TWOMEY, LEGAL STAFF - IP

DW Attorney:  W H HONAKER
Our File No.:  604080-00009
Client Reference: DP-314471-PG

Re:  US PAT APP 'ORIENTATION INSENSITIVE THERMOSIPHON
CAPABLE OF OPERATION IN UPSIDE DOWN POSITION'
DELPHI REF. DP-314471-PG)

For Legal Services from Apr 1, 2006 through Apr 30, 2006

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | **B200 - OPERATIONS** | | | | |
| | **B210 - BUSINESS OPERATIONS** | | | | |
| 04/01/06 | Reviewing the ROI and the prior art accompanying the ROI; reviewing previous Delphi files; reviewing additional prior art; and working with patent draftsman to formulate formal patent drawings. | S A FLUHART | 7.00 | $85 | $595.00 |
| A103 | DRAFT/REVISE | | | | |
| 04/03/06 | Drafting a picture claim of the preferred embodiment of the invention to account for every aspect of the ROI, including every line of the drawing, and to verify a full understanding of the structure and function of the preferred embodiment.. | S A FLUHART | 7.00 | $85 | $595.00 |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00009
DELPHI TECHNOLOGIES, INC.
US PAT APP 'ORIENTATION INSENSITIVE THERMOSIPHON

Invoice No. 535232
May 22, 2006
Page    2

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| A103 | DRAFT/REVISE | | | | |
| 04/04/06 | Drafting the broadest claims and reconciling terminology between the picture claim and the broadest claim. | S A FLUHART | 8.00 | $85 | $680.00 |
| A103 | DRAFT/REVISE | | | | |
| 04/05/06 | Drafting dependant claims. | S A FLUHART | 8.00 | $85 | $680.00 |
| A103 | DRAFT/REVISE | | | | |
| 04/10/06 | Drafting the detailed description of the preferred embodiment of the patent application based upon the claims. | S A FLUHART | 7.00 | $85 | $595.00 |
| A103 | DRAFT/REVISE | | | | |
| 04/20/06 | Drafting the introductory section of the patent application based upon the prior art and the broadest claim; drafting the abstract section of the patent application from the description; and reviewing and editing the patent application. | S A FLUHART | 8.00 | $85 | $680.00 |
| A103 | DRAFT/REVISE | | | | |
| 04/21/06 | Forwarding the application to the inventor for review; conferring with the inventor; revising the application based upon the inventor's comments and forwarding the revised application to the inventor; conferring with the inventor for final approval; and formalizing the application and forwarding to Pat Griffin. | S A FLUHART | 7.00 | $85 | $595.00 |
| A103 | DRAFT/REVISE | | | | |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

```
604080-00009                                    Invoice No. 535232
DELPHI TECHNOLOGIES, INC.                       May 22, 2006
US PAT APP 'ORIENTATION INSENSITIVE THERMOSIPHON   Page   3
```

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |

|  |  | Task Subtotal |  |  | $4,420.00 |
|  |  | Phase Subtotal |  |  | $4,420.00 |
|  | Fee Subtotal |  |  |  | $4,420.00 |
|  |  | Total Hours   52.00 |  |  |  |

| Expenses |  |  | Amount |
| -------- | --- | --- | ------ |
| E101   COPYING |  |  | .60 |
|  | Expense Subtotal |  | .60 |
|  | Grand Total |  | $4,420.60 |

Summary:
--------

| S A FLUHART | IP TRAINEE | 52.0 hours at | $85 | $4,420.00 |

In Account With

DICKINSON
WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI TECHNOLOGIES, INC.
5825 DELPHI DRIVE
MAIL CODE 480-410-202
TROY, MI 48098-2815

Invoice No. 535233
May 22, 2006
Page    1

ATTN:  TOM TWOMEY, LEGAL STAFF - IP

DW Attorney:   W H HONAKER
Our File No.:  604080-00010
Client Reference: DP-314469-PG

               Re:  US PAT APP 'ORIENTATION INSENSITIVE THERMOSIPHON
                    OF SQUIRREL CAGE CONFIGURATION'
                    DELPHI REF. DP-314469-PG)

     For Legal Services from            through Apr 30, 2006

                    Fee Subtotal                          $.00

                         Total Hours      .00


          Expenses                              Amount
          --------                              ------

     E106   PATENT DRAWINGS FROM PATENT DRAFTSMAN        325.00

               Expense Subtotal                          325.00

               Grand Total                             $325.00

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI TECHNOLOGIES, INC.                    Invoice No. 535234
5825 DELPHI DRIVE                            May 22, 2006
MAIL CODE 480-410-202                        Page    1
TROY, MI 48098-2815

ATTN:  TOM TWOMEY, LEGAL STAFF - IP


DW Attorney:   W H HONAKER
Our File No.:  604080-00011
Client Reference: DP-314470-PG


          Re:   US PAT APP 'ORIENTATION INSENSITIVE THERMOSIPHON
                OF V-CONFIGURATION'
                DELPHI REF. DP-314470-PG)


For Legal Services from            through Apr 30, 2006


              Fee Subtotal                          $.00

                    Total Hours      .00


        Expenses                              Amount
        --------                              ------

     E105    TELEPHONE                           .78
     E106    PATENT DRAWINGS FROM PATENT DRAFTSMAN    260.00

              Expense Subtotal                 260.78

              Grand Total                    $260.78

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI TECHNOLOGIES, INC.
5825 DELPHI DRIVE
MAIL CODE 480-410-202
TROY, MI 48098-2815

Invoice No. 535235
May 22, 2006
Page    1

ATTN:  TOM TWOMEY, LEGAL STAFF - IP

DW Attorney:   W H HONAKER
Our File No.:  604080-00012
Client Reference: DP-314803-PG

Re:   US PAT APP 'LIQUID COOLED THERMOSIPHON WITH
      PARTIALLY IMMERSED CONDENSER COIL IN LIQUID
      REFRIGERANT' DELPHI REF. DP-314803-PG)

For Legal Services from              through Apr 30, 2006

                    Fee Subtotal                          $.00

                        Total Hours      .00

        Expenses                                Amount
        --------                                ------

  E106   PATENT DRAWINGS FROM PATENT DRAFTSMAN      32.50

               Expense Subtotal                     32.50

               Grand Total                         $32.50



IN ACCOUNT WITH

DICKINSON
WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI TECHNOLOGIES, INC.
5825 DELPHI DRIVE
MAIL CODE 480-410-202
TROY, MI 48098-2815

Invoice No. 535236
May 22, 2006
Page    1

ATTN:  TOM TWOMEY, LEGAL STAFF - IP


DW Attorney:   W H HONAKER
Our File No.:  604080-00018
Client Reference: DP-314804-PG


                  Re:  US PAT APP 'THERMOSIPHON WITH FLEXIBLE BOILER
                       PLATE'
                       DELPHI REF. DP-314804-PG)


     For Legal Services from              through Apr 30, 2006


                       Fee Subtotal                          $.00

                              Total Hours      .00


          Expenses                                 Amount
          --------                                 ------

          E106   PATENT DRAWINGS FROM PATENT DRAFTSMAN        97.50

                       Expense Subtotal                       97.50

                       Grand Total                           $97.50



IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

700 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI TECHNOLOGIES, INC.
5825 DELPHI DRIVE
MAIL CODE 480-410-202
TROY, MI 48098-2815

Invoice No. 535237
May 22, 2006
Page    1

ATTN:  TOM TWOMEY, LEGAL STAFF - IP

DW Attorney:   W H HONAKER
Our File No.:  604080-00999

Re:  GENERAL IP MATTERS

For Legal Services from              through Apr 30, 2006

Fee Subtotal                                    $.00

Total Hours      .00

| Expenses | Amount |
|----------|--------|
| E101  COPYING | 33.90 |
| Expense Subtotal | 33.90 |
| Grand Total | $33.90 |

DICKINSON
WRIGHT PLLC

DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI
DELPHI WORLD HEADQUARTERS - LEGAL STAFF
5825 DELPHI DRIVE
TROY, MI 48098-2815

ATTN: CHARLES E. BROWN

DW Attorney:   K S WOOD
Our File No.:  025980-00078

Invoice No. 539031
June 22, 2006
Page   1

Re:  CONNIE FOURNIER AS PR OF THE ESTATE OF STELLA
     DEMENIUK, DEC. AND JAMES AND RITA GRIMES

For Legal Services from                through May 31, 2006

                    Fee Subtotal                              $.00

                         Total Hours    .00

        Expenses                                      Amount
        --------                                      ------

        E101  COPYING                                   2.00

                    Expense Subtotal                    2.00

                    Grand Total                        $2.00

**DICKINSON WRIGHT** PLLC

DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

```
DELPHI CORPORATION                          Invoice No. 539032
LEGAL DEPARTMENT - M/C 483-400-603          June 22, 2006
5725 DELPHI DRIVE                           Page   1
TROY, MI  48098-2815

ATTN:  MICHELE PISCITELLI


DW Attorney:   C C MAESO
Our File No.:  025980-00096
```

Re:  GENERAL COMMERCIAL CONTRACTS


For Legal Services from May  1, 2006 through May 31, 2006

| Date | Professional Services | Professional | Hours | Rate | Charge |
|------|----------------------|--------------|-------|------|--------|
| | | | | | |

B200 - OPERATIONS

B210 - BUSINESS OPERATIONS

| Date | Professional Services | Professional | Hours | Rate | Charge |
|------|----------------------|--------------|-------|------|--------|
| 05/01/06<br>A106 | Drafted and reviewed correspondence and call regarding Sovereign Agreement<br>COMMUNICATE (WITH CLIENT) | C C MAESO | .30 | $220 | $66.00 |
| 05/02/06<br>A103 | Drafting revisions to Sovereign Agreement<br>DRAFT/REVISE | C C MAESO | 1.10 | $220 | $242.00 |
| 05/02/06<br>A106 | Call with S. Corcoran on Sovereign; call with B. Goeke<br>COMMUNICATE (WITH CLIENT) | C C MAESO | .20 | $220 | $44.00 |
| 05/02/06<br>A103 | Drafted revisions to Delphi's Terms and Conditions based on comments of 3M<br>DRAFT/REVISE | C C MAESO | .70 | $220 | $154.00 |
| 05/03/06<br>A106 | Call and correspondence with B. Goeke<br>COMMUNICATE (WITH CLIENT) | C C MAESO | .20 | $220 | $44.00 |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

025980-00096
DELPHI CORPORATION
GENERAL COMMERCIAL CONTRACTS

Invoice No. 539032
June 22, 2006
Page    2

| Date | Professional Services | Professional | Hours | Rate | Charge |
|------|----------------------|--------------|-------|------|--------|
| 05/03/06<br>A106 | Drafting correspondence to R. Reese and K. Lukasik regarding 3M issues<br>COMMUNICATE (WITH CLIENT) | C C MAESO | .20 | $220 | $44.00 |
| 05/03/06<br>A103 | Revising and finalizing draft of Sovereign Agreement to reflect additional client changes between the business parties<br>DRAFT/REVISE | C C MAESO | 2.00 | $220 | $440.00 |
| 05/03/06<br>A103 | Revised and distributed draft of 3M Terms and Conditions<br>DRAFT/REVISE | C C MAESO | .50 | $220 | $110.00 |
| 05/04/06<br>A106 | Correspondence and call regarding Sovereign and parent guaranty<br>COMMUNICATE (WITH CLIENT) | C C MAESO | .20 | $220 | $44.00 |
| 05/04/06<br>A106 | Conference call with L. Searles to discuss 3M changes to Terms and Conditions; correspondence with K. Lukasik; call with K. Lukasik on 3M's changes<br>COMMUNICATE (WITH CLIENT) | C C MAESO | .90 | $220 | $198.00 |
| 05/08/06<br>A103 | Drafting guaranty for Sovereign<br>DRAFT/REVISE | C C MAESO | .80 | $220 | $176.00 |
| 05/08/06<br>A106 | Correspondence regarding new conference call to discuss 3M terms<br>COMMUNICATE (WITH CLIENT) | C C MAESO | .10 | $220 | $22.00 |
| 05/08/06<br>A106 | Call and correspondence with C. Reider on Sovereign Agreement<br>COMMUNICATE (WITH CLIENT) | C C MAESO | .30 | $220 | $66.00 |

**DICKINSON WRIGHT** PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

025980-00096
DELPHI CORPORATION
GENERAL COMMERCIAL CONTRACTS

Invoice No. 539032
June 22, 2006
Page    3

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| 05/09/06<br>A103 | Revising Supply Agreement with Sovereign Circuits to add them as a party to the agreement for all production phase work<br>DRAFT/REVISE | C C MAESO | 1.40 | $220 | $308.00 |
| 05/09/06<br>A106 | Calls and correspondence with C. Reider regarding necessary changes to the agreement to add Sovereign and to discuss guaranty issues<br>COMMUNICATE (WITH CLIENT) | C C MAESO | .50 | $220 | $110.00 |
| 05/09/06<br>A103 | Drafted and distributed guaranty for Sovereign Circuits<br>DRAFT/REVISE | C C MAESO | .40 | $220 | $88.00 |
| 05/10/06<br>A104 | Preparation for conference call regarding 3M<br>REVIEW/ANALYZE | C C MAESO | .20 | $220 | $44.00 |
| 05/10/06<br>A106 | Conference call with Delphi purchasing and engineering regarding 3M terms and conditions<br>COMMUNICATE (WITH CLIENT) | C C MAESO | .90 | $220 | $198.00 |
| 05/10/06<br>A103 | Reviewing, revising and finalizing agreement for Sovereign reflecting revised production and development changes<br>DRAFT/REVISE | C C MAESO | .40 | $220 | $88.00 |
| 05/10/06<br>A106 | Call with C. Reider<br>COMMUNICATE (WITH CLIENT) | C C MAESO | .20 | $220 | $44.00 |
| 05/11/06<br>A106 | Call and correspondence with M. Mcgann<br>COMMUNICATE (WITH CLIENT) | C C MAESO | .20 | $220 | $44.00 |
| 05/15/06 | Correspondence with K. Lukasik regarding 3M; correspondence with O. Elder regarding UPS agreement | C C MAESO | .20 | $220 | $44.00 |

IN ACCOUNT WITH

DICKINSON
WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

025980-00096
DELPHI CORPORATION
GENERAL COMMERCIAL CONTRACTS

Invoice No. 539032
June 22, 2006
Page    4

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | A106    COMMUNICATE (WITH CLIENT) | | | | |
| 05/16/06 | Correspondence with M. Leslie regarding revised distributor agreement | C C MAESO | .20 | $220 | $44.00 |
| | A106    COMMUNICATE (WITH CLIENT) | | | | |
| 05/16/06 | Initial review and analysis of changes to agreement from master form | C C MAESO | .30 | $220 | $66.00 |
| | A104    REVIEW/ANALYZE | | | | |
| 05/16/06 | Conference call with Delphi team regarding 3M assumption process and terms and conditions | C C MAESO | .30 | $220 | $66.00 |
| | A106    COMMUNICATE (WITH CLIENT) | | | | |
| 05/16/06 | Correspondence regarding OfficeMax contract | C C MAESO | .20 | $220 | $44.00 |
| | A106    COMMUNICATE (WITH CLIENT) | | | | |
| 05/19/06 | Cursory review of UPS Return on the Web Carrier Agreement and drafted comments thereon | C C MAESO | .30 | $220 | $66.00 |
| | A104    REVIEW/ANALYZE | | | | |
| 05/22/06 | Conference call with Delphi and 3M personnel regarding 3M Terms and Conditions; correspondence with O. Epps regarding UPS Return on the Web agreement | C C MAESO | .90 | $220 | $198.00 |
| | A106    COMMUNICATE (WITH CLIENT) | | | | |
| 05/24/06 | Call with K. Niedermeyer regarding OfficeMax agreement; cursory review of agreement for call | C C MAESO | .50 | $220 | $110.00 |
| | A106    COMMUNICATE (WITH CLIENT) | | | | |
| 05/24/06 | Call with M. Leslie regarding negotiations on distributor agreement | C C MAESO | .50 | $220 | $110.00 |
| | A106    COMMUNICATE (WITH CLIENT) | | | | |
| 05/25/06 | Conference calls regarding 3M Terms and Conditions | C C MAESO | 1.00 | $220 | $220.00 |
| | A106    COMMUNICATE (WITH CLIENT) | | | | |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

025980-00096                                Invoice No. 539032
DELPHI CORPORATION                          June 22, 2006
GENERAL COMMERCIAL CONTRACTS                Page    5

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| 05/25/06 | Call with S. Calcaterra regarding revisions to supply agreement with Ashland | C C MAESO | .60 | $220 | $132.00 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |
| 05/31/06 | Correspondence with K. Lukasik regarding 3M Terms | C C MAESO | .10 | $220 | $22.00 |
| A106 | COMMUNICATE (WITH CLIENT) | | | | |

|  |  |
| --- | --- |
| Task Subtotal | $3,696.00 |
| Phase Subtotal | $3,696.00 |
| Fee Subtotal | $3,696.00 |
| Total Hours    16.80 | |
| Grand Total | $3,696.00 |

Summary:
--------

| C C MAESO | MEMBER | 16.8 hours at $220 | $3,696.00 |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

●00 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

---

DELPHI CORPORATION
LEGAL DEPARTMENT - M/C 483-400-603
5725 DELPHI DRIVE
TROY, MI  48098-2815

Invoice No. 539033
June 22, 2006
Page   1

ATTN:  MICHELE PISCITELLI

DW Attorney:   J H NOVIS
Our File No.:  025980-00097

Re:  SINGLE BUSINESS TAX

For Legal Services from May 17, 2006 through May 31, 2006

| Date | Professional Services | Professional | Hours | Rate | Charge |
| --- | --- | --- | --- | --- | --- |
| | **B200 - OPERATIONS** | | | | |
| | **B240 - TAX ISSUES** | | | | |
| 05/17/06<br>A108 | Review file in preparation for call to Michigan Department of Treasury.<br>COMMUNICATE (OTHER EXTERNAL) | J H NOVIS | 1.00 | $325 | $325.00 |
| 05/18/06<br>A108 | Telephone call to Michigan Department of Treasury.<br>COMMUNICATE (OTHER EXTERNAL) | J H NOVIS | .50 | $325 | $162.50 |
| 05/24/06<br>A108 | Draft outline of issues and telephone call to Michigan Department of Treasury re status of hearing issues.<br>COMMUNICATE (OTHER EXTERNAL) | J H NOVIS | .80 | $325 | $260.00 |

|  |  |
| --- | --- |
| Task Subtotal | $747.50 |
| Phase Subtotal | $747.50 |
| Fee Subtotal | $747.50 |
| Total Hours   2.30 | |
| Grand Total | $747.50 |

Summary:
--------

| J H NOVIS | MEMBER | 2.3 hours at $325 | $747.50 |
| --- | --- | --- | --- |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI CORPORATION                          Invoice No. 539034
LEGAL DEPARTMENT - M/C 483-400-603          June 22, 2006
5725 DELPHI DRIVE                           Page   1
TROY, MI  48098-2815

ATTN:  MICHELE PISCITELLI


DW Attorney:   J H NOVIS
Our File No.:  025980-00098


                Re:  PROPERTY TAX - COOPERSVILLE


     For Legal Services from May 24, 2006 through May 31, 2006

Date      Professional Services      Professional      Hours Rate    Charge
----      --------------------       ------------      ----- ----    ------


         B200 - OPERATIONS

             B240 - TAX ISSUES

05/24/06 Review background           J H NOVIS          1.50 $325    $487.50
         information from client
         and analyze settlement
         alternatives.
    A101   PLAN AND PREPARE FOR

                                     Task Subtotal                  $487.50

                                     Phase Subtotal                 $487.50


                      Fee Subtotal                                  $487.50

                                  Total Hours    1.50


                      Grand Total                                   $487.50
Summary:
--------

    J H NOVIS         MEMBER          1.5 hours at $325      $487.50

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-3425
Telephone: (313) 223-3500
http://www.dickinsonwright.com
Federal I.D. #38-1364333

```
DELPHI CORPORATION                          Invoice No. 539035
LEGAL DEPARTMENT - M/C 483-400-603          June 22, 2006
5725 DELPHI DRIVE                           Page    1
TROY, MI  48098-2815

ATTN:  MICHELE PISCITELLI

DW Attorney:    E C HOWBERT
Our File No.:  025980-00099
```

Re:  RETENTION AND FEE APPLICATION WORK

For Legal Services from May 16, 2006 through May 31, 2006

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |

B100 - ADMINISTRATION

B160 - FEE/EMPLOYMENT APPLICATIONS

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| 05/16/06 | Review orders on fee applications and outstanding time for April, process invoices to start prep of monthly statement. | E C HOWBERT | 1.60 | $425 | $680.00 |
| A103 | DRAFT/REVISE | | | | |
| 05/25/06 | Review time and expense reports and prepare monthly report for April | E C HOWBERT | 1.20 | $425 | $510.00 |
| A103 | DRAFT/REVISE | | | | |

|  |  |
| --- | --- |
| Task Subtotal | $1,190.00 |
| Phase Subtotal | $1,190.00 |
| Fee Subtotal | $1,190.00 |
| Total Hours | 2.80 |

| Expenses | Amount |
| -------- | ------ |
| E101   COPYING | 27.60 |
| Expense Subtotal | 27.60 |
| Grand Total | $1,217.60 |

Summary:
--------

| E C HOWBERT | MEMBER | 2.8 hours at $425 | $1,190.00 |
| --- | --- | --- | --- |

IN ACCOUNT WITH

DICKINSON
WRIGHT PLLC

...DWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI TECHNOLOGIES, INC.                        Invoice No. 539036
5825 DELPHI DRIVE                                June 22, 2006
MAIL CODE 480-410-202                            Page    1
TROY, MI 48098-2815

ATTN:  TOM TWOMEY, LEGAL STAFF - IP


DW Attorney:   W H HONAKER
Our File No.:  604080-00003
Client Reference: DP-314794-PG


        Re:   US PAT APP 'THERMOSIPHON WITH THERMOELECTRICALLY
              ENHANCED SPREADER PLATE'
              DELPHI REF. DP-314794-PG)


     For Legal Services from May 19, 2006 through May 31, 2006

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
|      | **B200 - OPERATIONS** | | | | |
|      | **B210 - BUSINESS OPERATIONS** | | | | |
| 05/19/06 | Created additional Figure to show temperature drop across the grease layer, which was not in the ROI; Created additional Figure to show heat flux at grease layer, which was not in the ROI; worked with draftsman to make edits to Figures 1 and 3 to add an epoxy layer, which was not in the ROI; made edits to specification and claims in view of comments by the inventor. | J J KLOBUCAR | 6.00 | $85 | $510.00 |
| A103 | DRAFT/REVISE | | | | |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00003                                           Invoice No. 539036
DELPHI TECHNOLOGIES, INC.                               June 22, 2006
US PAT APP 'THERMOSIPHON WITH THERMOELECTRICALLY       Page    2

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| 05/23/06 | Drafted additional description regarding the addition of Figures showing the temperature drop, heat flux, and epoxy layer, which were not in the ROI. | J J KLOBUCAR | 4.50 | $85 | $382.50 |
| A103 | DRAFT/REVISE | | | | |
| 05/24/06 | Editing the additional disclosure regarding the addition of Figures showing the temperature drop, heat flux, and epoxy layer, which were not in the ROI; Final review of the patent application and drawings and forwarding to Pat Griffin. | J J KLOBUCAR | 2.50 | $85 | $212.50 |
| A103 | DRAFT/REVISE | | | | |

|  | |
| --- | --- |
| Task Subtotal | $1,105.00 |
| Phase Subtotal | $1,105.00 |
| Fee Subtotal | $1,105.00 |
| Total Hours    13.00 | |

| | Expenses | Amount |
| --- | --- | --- |
| | -------- | ------ |
| | E101    COPYING | 5.00 |
| 04/24/06 | E124    OTHER | 130.00 |
| | Expense Subtotal | 135.00 |
| | Grand Total | $1,240.00 |

Summary:
--------

|  |  |  |  |  |
| --- | --- | --- | --- | --- |
| J J KLOBUCAR | IP TRAINEE | 13.0 hours at | $85 | $1,105.00 |



IN ACCOUNT WITH

DICKINSON WRIGHT PLLC

400 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI TECHNOLOGIES, INC.                    Invoice No. 539037
5825 DELPHI DRIVE                            June 22, 2006
MAIL CODE 480-410-202                        Page    1
TROY, MI 48098-2815

ATTN: TOM TWOMEY, LEGAL STAFF - IP

DW Attorney:   W H HONAKER
Our File No.:  604080-00006
Client Reference: DP-314800-PG

                    Re:   US PAT APP 'PORCUPINE-SHAPED ORIENTATION
                          INSENSITIVE THERMOSIPHON'
                          DELPHI REF. DP-314800-PG)

        For Legal Services from Apr 11, 2006 through May 31, 2006

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |

        B200 - OPERATIONS

            B210 - BUSINESS OPERATIONS

| 04/11/06 | Delphi 604080-6,7. Conference with Mo Bhatti and Deb Ghosh. | J GENDZWILL | 1.50 | $105 | $157.50 |
| A103 | DRAFT/REVISE | | | | |
| 04/12/06 | Changed and added DRAWINGS to show a charge port, which was added by inventors and not in the ROI; Drafted additional CLAIMS to include the charge port; Added to the DESCRIPTION the inventors' additional disclosure regarding the charge port, which was not in the ROI; Changed and added DRAWINGS to show a fuse plug, which was added by inventors and not in the ROI; Drafted | J GENDZWILL | 5.00 | $105 | $525.00 |



IN ACCOUNT WITH

DICKINSON
WRIGHT PLLC

300 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00006                                        Invoice No. 539037
DELPHI TECHNOLOGIES, INC.                           June 22, 2006
US PAT APP 'PORCUPINE-SHAPED ORIENTATION            Page   2

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
|      | additional CLAIMS to include the fuse plug; Added to the DESCRIPTION the inventors' additional disclosure regarding the fuse plug, which was not in the ROI; Changed and added DRAWINGS to show a hexagonal packing pattern, which was added by inventors and not in the ROI; Drafted additional CLAIMS to include the hexagonal packing pattern; Added to the DESCRIPTION the inventors' additional disclosure regarding the hexagonal packing pattern which was not in the ROI; Changed and added DRAWINGS to show pin fins, which were added by inventors and not in the ROI; Drafted additional CLAIMS to include the pin fins; Added to the DESCRIPTION the inventors' additional disclosure regarding the pin fins, which was not in the ROI; Changed and added DRAWINGS to show an evaporator plate, which was added by inventors and not in the ROI; Drafted and edited CLAIMS to include the evaporator plate; Added to the DESCRIPTION the inventors' additional disclosure regarding the evaporator plate, which was not in the ROI; Added to the DESCRIPTION the inventors' additional disclosure regarding fluid inventory in general and as it pertains to the embodiments, which was not in the ROI; | | | | |
| A103 | DRAFT/REVISE | | | | |

DICKINSON WRIGHT PLLC

DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00006                                    Invoice No. 539037
DELPHI TECHNOLOGIES, INC.                       June 22, 2006
US PAT APP 'PORCUPINE-SHAPED ORIENTATION        Page   3

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| 04/14/06 | Added to the DESCRIPTION the inventors' additional disclosure regarding dome height in general and as it pertains to the embodiments, which was not in the ROI; Added to the DESCRIPTION the inventors' additional disclosure regarding the invention's scalability, which was not in the ROI; Added to the DESCRIPTION the inventors' additional disclosure regarding the invention's ability to accommodate manufacturing imperfections, which was not in the ROI; Added to the DESCRIPTION the inventors' additional disclosure regarding the added benefit of engineering the thickness at distal ends to serve as a potential pressure relief device, which was not in the ROI;<br>A103   DRAFT/REVISE | J   GENDZWILL | 2.00 | $105 | $210.00 |
| 04/17/06 | Re-ordered, changed and added DRAWINGS to show additional method steps, which were added by the inventors and not in the ROI; Drafted additional CLAIMS to include additional method steps; Added to the DESCRIPTION the inventors' additional disclosure regarding the additional method steps, which was not in the ROI; Changed and added DRAWINGS to show cross supports, which were added by inventors and not in the | J   GENDZWILL | 5.50 | $105 | $577.50 |

IN ACCOUNT WITH
DICKINSON
WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00006
DELPHI TECHNOLOGIES, INC.
US PAT APP 'PORCUPINE-SHAPED ORIENTATION

Invoice No. 539037
June 22, 2006
Page    4

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | ROI; Drafted additional CLAIMS to include the cross supports; Added to the DESCRIPTION the inventors' additional disclosure regarding the cross supports, which was not in the ROI; Edited and forwarded revised application to inventors for review; | | | | |
| A103 | DRAFT/REVISE | | | | |
| 04/21/06 | Discussion with inventors regarding their second review; Changed DRAWINGS to show domed distal ends, which were added by inventors and not in the ROI; Added to the DESCRIPTION the inventors' additional disclosure regarding the domed distal ends, which was not in the ROI; | J  GENDZWILL | 1.50 | $105 | $157.50 |
| A103 | DRAFT/REVISE | | | | |
| 04/25/06 | Changed and added DRAWINGS to show a flange, which was added by inventors and not in the ROI; Re-drafted and edited CLAIMS to include the flange; Added to the DESCRIPTION the inventors' additional disclosure regarding the flange, which was not in the ROI; Changed and added DRAWINGS to show a boiler plate, which was added by inventors and not in the ROI; Re-drafted and edited CLAIMS to include a boiler plate; Added to the DESCRIPTION the inventors' additional disclosure regarding the boiler plate, which was not in the ROI; Changed and added DRAWINGS to show the | J  GENDZWILL | 3.00 | $105 | $315.00 |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00006
DELPHI TECHNOLOGIES, INC.
US PAT APP 'PORCUPINE-SHAPED ORIENTATION

Invoice No. 539037
June 22, 2006
Page    5

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | addition of an optional method step, which was added by inventors and not in the ROI; Added to the DESCRIPTION the inventors' additional disclosure regarding the addition of an optional method step, which was not in the ROI; forwarded to inventors, discussions with inventors and forwarding to Pat Griffin. | | | | |
| A103 | DRAFT/REVISE | | | | |

| | | |
| --- | --- | --- |
| | Task Subtotal | $1,942.50 |
| | Phase Subtotal | $1,942.50 |
| | Fee Subtotal | $1,942.50 |
| | Total Hours | 18.50 |

| | Expenses | | Amount |
| --- | --- | --- | --- |
| | -------- | | ------ |
| | E101 | COPYING | 11.50 |
| 04/04/06 | E124 | OTHER | 32.50 |
| 05/09/06 | E124 | OTHER | 32.50 |
| 04/30/06 | E124 | OTHER | 195.00 |
| 03/31/06 | E124 | OTHER | 585.00 |
| 04/24/06 | E124 | OTHER | 276.25 |
| | Expense Subtotal | | 1,132.75 |
| | Grand Total | | $3,075.25 |

Summary:
--------

| | | | | |
| --- | --- | --- | --- | --- |
| J | GENDZWILL | IP TRAINEE | 18.5 hours at $105 | $1,942.50 |