Exhibit C

cont'd  #2

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI TECHNOLOGIES, INC.                      Invoice No. 539038
5825 DELPHI DRIVE                              June 22, 2006
MAIL CODE 480-410-202                          Page    1
TROY, MI 48098-2815

ATTN:  TOM TWOMEY, LEGAL STAFF - IP

DW Attorney:   W H HONAKER
Our File No.:  604080-00007
Client Reference: DP-314799-PG

                Re:  US PAT APP 'IGLOO-SHAPED ORIENTATION
                     INSENSITIVE THERMOSIPHON'
                     DELPHI REF. DP-314799-PG)

     For Legal Services from Apr 13, 2006 through May 31, 2006

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | **B200 - OPERATIONS** | | | | |
| | **B210 - BUSINESS OPERATIONS** | | | | |
| 04/13/06 | Changed and added DRAWINGS to show a charge port, which was added by inventors and not in the ROI; Drafted additional CLAIMS to include the charge port; Added to the DESCRIPTION the inventors' additional disclosure regarding the charge port, which was not in the ROI; Changed and added DRAWINGS to show a fuse plug, which was added by inventors and not in the ROI; Drafted additional CLAIMS to include the fuse plug; Added to the DESCRIPTION the inventors' additional disclosure regarding the | J GENDZWILL | 2.00 | $105 | $210.00 |

In Account With

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00007                                              Invoice No. 539038
DELPHI TECHNOLOGIES, INC.                                 June 22, 2006
US PAT APP 'IGLOO-SHAPED ORIENTATION                      Page    2

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
|      | fuse plug, which was not in the ROI; Changed and added DRAWINGS to show an evaporator plate, which was added by inventors and not in the ROI; Drafted and edited CLAIMS to include the evaporator plate; Added to the DESCRIPTION the inventors' additional disclosure regarding the evaporator plate, which was not in the ROI; | | | | |
| A103 | DRAFT/REVISE | | | | |
| 04/17/06 | Added to the DESCRIPTION the inventors' additional disclosure regarding high fin effectiveness, which was not in the ROI; Added to the DESCRIPTION the inventors' additional disclosure regarding the invention's scalability, which was not in the ROI; Edited and forwarded revised application to inventors for review; | J GENDZWILL | 1.50 | $105 | $157.50 |
| A103 | DRAFT/REVISE | | | | |
| 04/24/06 | Changed and added DRAWINGS to show a flange, which was added by inventors and not in the ROI; Re-drafted and edited CLAIMS to include the flange; Added to the DESCRIPTION the inventors' additional disclosure regarding the flange, which was not in the ROI; Changed and added DRAWINGS to show a boiler plate, which was added by inventors and not in the ROI; Re-drafted and edited CLAIMS to include a boiler plate; Added to the | J GENDZWILL | 2.50 | $105 | $262.50 |

In Account With

# DICKINSON WRIGHT PLLC

700 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00007                               Invoice No. 539038
DELPHI TECHNOLOGIES, INC.                  June 22, 2006
US PAT APP 'IGLOO-SHAPED ORIENTATION       Page    3

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
|      | DESCRIPTION the inventors' additional disclosure regarding the boiler plate, which was not in the ROI; reviewing with inventors and forwarding to Pat Griffin. | | | | |
| A103 | DRAFT/REVISE | | | | |

|  | Task Subtotal | $630.00 |
| --- | --- | --- |
|  | Phase Subtotal | $630.00 |
|  | Fee Subtotal | $630.00 |
|  | Total Hours    6.00 | |

| Date | Expenses | | Amount |
| ---- | -------- | --- | ------ |
|          | E101 | COPYING | 4.30 |
| 04/04/06 | E124 | OTHER | 32.50 |
| 04/24/06 | E124 | OTHER | 48.75 |
| 03/31/06 | E124 | OTHER | 455.00 |
|          |      | Expense Subtotal | 540.55 |
|          |      | Grand Total | $1,170.55 |

Summary:
--------

| J | GENDZWILL | IP TRAINEE | 6.0 hours at $105 | $630.00 |
| --- | --- | --- | --- | --- |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI TECHNOLOGIES, INC.
5825 DELPHI DRIVE
MAIL CODE 480-410-202
TROY, MI 48098-2815

Invoice No. 539039
June 22, 2006
Page    1

ATTN:  TOM TWOMEY, LEGAL STAFF - IP

DW Attorney:  W H HONAKER
Our File No.:  604080-00008
Client Reference: DP-314801-PG

Re:    US PAT APP 'ORIENTATION INSENSITIVE COMPACT
       THERMOSIPHON WITH A FLAT AUXILIARY CONDENSER'
       DELPHI REF. DP-314801-PG)

For Legal Services from                through May 31, 2006

                  Fee Subtotal                          $.00

                          Total Hours      .00

          Expenses                                 Amount
          --------                                 ------

          E101   COPYING                              .10
04/12/06  E124   OTHER                             292.50

                  Expense Subtotal                 292.60

                  Grand Total                     $292.60

IN ACCOUNT WITH

# DICKINSON
# WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI TECHNOLOGIES, INC.                    Invoice No. 539040
5825 DELPHI DRIVE                            June 22, 2006
MAIL CODE 480-410-202                        Page    1
TROY, MI 48098-2815

ATTN:  TOM TWOMEY, LEGAL STAFF - IP

DW Attorney:  W H HONAKER
Our File No.:  604080-00009
Client Reference: DP-314471-PG

              Re:  US PAT APP 'ORIENTATION INSENSITIVE THERMOSIPHON
                   CAPABLE OF OPERATION IN UPSIDE DOWN POSITION'
                   DELPHI REF. DP-314471-PG)

For Legal Services from              through May 31, 2006

              Fee Subtotal                              $.00

                   Total Hours      .00


         Expenses                              Amount
         --------                              ------
         E101   COPYING                          3.00
04/24/06 E124   OTHER                           65.00

              Expense Subtotal                  68.00

              Grand Total                      $68.00

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WWARJWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI TECHNOLOGIES, INC.                          Invoice No. 539041
5825 DELPHI DRIVE                                  June 22, 2006
MAIL CODE 480-410-202                              Page   1
TROY, MI 48098-2815

ATTN:  TOM TWOMEY, LEGAL STAFF - IP


DW Attorney:   W H HONAKER
Our File No.:  604080-00013
Client Reference: DP-314817-PG

           Re:  US PAT APP 'MICROCHANNEL, FLAT TUBE HEAT
                EXCHANGER WITH BENT TUBE CONFIGURATION'
                DELPHI REF. DP-314817-PG)


    For Legal Services from Apr  1, 2006 through May 31, 2006

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
|  |  |  |  |  |  |
|  | **B200 - OPERATIONS** |  |  |  |  |
|  | **B210 - BUSINESS OPERATIONS** |  |  |  |  |
| 04/01/06<br><br>A103 | Initialized reviewing the ROI and the prior art accompanying the ROI DRAFT/REVISE | J J KLOBUCAR | 1.00 | $85 | $85.00 |
| 04/06/06 | Continued and Finalized reviewing the ROI and the prior art accompanying the ROI (2); Reviewing previous Delphi files (1); Reviewing additional prior art (2); Working with patent draftsman to formulate formal patent drawings (1); Initialized drafting a picture claim of the preferred embodiment of the invention to account for every aspect of the ROI, | J J KLOBUCAR | 8.00 | $85 | $680.00 |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

●●0 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00013
DELPHI TECHNOLOGIES, INC.
US PAT APP 'MICROCHANNEL, FLAT TUBE HEAT

Invoice No. 539041
June 22, 2006
Page    3

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| 04/14/06 | Continued and finalized drafting the detailed description of the preferred embodiment of the patent application based upon the claims. | J J KLOBUCAR | 2.00 | $85 | $170.00 |
| A103 | DRAFT/REVISE | | | | |
| 04/18/06 | Drafting the introductory section of the patent application based upon the prior art and the broadest claim. | J J KLOBUCAR | 2.50 | $85 | $212.50 |
| A103 | DRAFT/REVISE | | | | |
| 04/20/06 | Drafting the abstract section of the patent application from the description. | J J KLOBUCAR | 1.00 | $85 | $85.00 |
| A103 | DRAFT/REVISE | | | | |
| 04/21/06 | Reviewing and editing the patent application. | J J KLOBUCAR | 4.00 | $85 | $340.00 |
| A103 | DRAFT/REVISE | | | | |
| 05/02/06 | Conferring with the inventor (0.5), revising the application to incorporate inventor's comments (1.5), conferring with the inventor and forwarding the application to Pat Griffin (0.5)/ | H W MILTON | 2.50 | $250 | $625.00 |
| A103 | DRAFT/REVISE | | | | |

|  |  |
| --- | --- |
| Task Subtotal | $4,450.00 |
| Phase Subtotal | $4,450.00 |
| Fee Subtotal | $4,450.00 |
| Total Hours | 47.50 |

| Expenses | Amount |
| -------- | ------ |
| E101   COPYING | 5.60 |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00013                                    Invoice No. 539041
DELPHI TECHNOLOGIES, INC.                        June 22, 2006
US PAT APP 'MICROCHANNEL, FLAT TUBE HEAT         Page    4

         Expenses                                          Amount
         --------                                          ------

05/09/06  E124  OTHER                                       32.50
04/24/06  E124  OTHER                                      227.50

                 Expense Subtotal                          265.60

                 Grand Total                           $4,715.60

Summary:
--------

  H W MILTON          OF COUNSEL     2.5 hours at $250     $625.00
  J J KLOBUCAR        IP TRAINEE    45.0 hours at  $85   $3,825.00

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI TECHNOLOGIES, INC.
5825 DELPHI DRIVE
MAIL CODE 480-410-202
TROY, MI 48098-2815

Invoice No. 539042
June 22, 2006
Page    1

ATTN:  TOM TWOMEY, LEGAL STAFF - IP

DW Attorney:  W H HONAKER
Our File No.:  604080-00014
Client Reference: DP-314816-PG

Re:  US PAT APP 'INSERTED SHEET METAL DISTRIBUTOR
     TUBE'
     DELPHI REF. DP-314816-PG)

For Legal Services from Apr  6, 2006 through May 31, 2006

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | B200 - OPERATIONS | | | | |
| | B210 - BUSINESS OPERATIONS | | | | |
| 04/06/06 | Working with patent draftsman to formulate formal patent drawings. | P R ANDERSON | 1.00 | $105 | $105.00 |
| A103 | DRAFT/REVISE | | | | |
| 04/06/06 | Reviewing ROI, prior art included in file, prior Delphi cases, and additional prior art. | P R ANDERSON | 3.00 | $105 | $315.00 |
| A103 | DRAFT/REVISE | | | | |
| 04/07/06 | Initiating drafting the broadest method claim. | P R ANDERSON | 2.00 | $105 | $210.00 |
| A103 | DRAFT/REVISE | | | | |
| 04/07/06 | Drafting a picture claim of the preferred embodiment. | P R ANDERSON | 5.00 | $105 | $525.00 |
| A103 | DRAFT/REVISE | | | | |

IN ACCOUNT WITH

**DICKINSON WRIGHT** PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00014
DELPHI TECHNOLOGIES, INC.
US PAT APP 'INSERTED SHEET METAL DISTRIBUTOR

Invoice No. 539042
June 22, 2006
Page   2

| Date | Professional Services | Professional | Hours | Rate | Charge |
|------|----------------------|--------------|-------|------|--------|
| 04/10/06<br>A103 | Drafting the broadest article claim.<br>DRAFT/REVISE | P R ANDERSON | 2.00 | $105 | $210.00 |
| 04/10/06<br><br><br>A103 | Reconciling terminology between the picture claim and the broadest claim.<br>DRAFT/REVISE | P R ANDERSON | 3.00 | $105 | $315.00 |
| 04/10/06<br>A103 | Finishing drafting the broadest method claim.<br>DRAFT/REVISE | P R ANDERSON | 2.00 | $105 | $210.00 |
| 04/11/06<br>A103 | Drafting the dependent article claims.<br>DRAFT/REVISE | P R ANDERSON | 3.00 | $105 | $315.00 |
| 04/11/06<br>A103 | Drafting dependent method claims.<br>DRAFT/REVISE | P R ANDERSON | 3.00 | $105 | $315.00 |
| 04/12/06<br><br><br><br><br>A103 | Drafting the detailed description of the preferred embodiment of the patent application based upon the claims.<br>DRAFT/REVISE | P R ANDERSON | 7.00 | $105 | $735.00 |
| 04/13/06<br><br><br>A103 | Drafting the abstract section of the patent application from the description.<br>DRAFT/REVISE | P R ANDERSON | 1.00 | $105 | $105.00 |
| 04/13/06<br><br><br><br>A103 | Drafting the introductory section of the patent application based upon the prior art and the broadest claim.<br>DRAFT/REVISE | P R ANDERSON | 2.00 | $105 | $210.00 |
| 04/17/06<br>A103 | Reviewing and editing the patent application.<br>DRAFT/REVISE | P R ANDERSON | 3.00 | $105 | $315.00 |
| 05/09/06<br>A103 | Forwarding the application to inventor for review.<br>DRAFT/REVISE | P R ANDERSON | 1.00 | $105 | $105.00 |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00014                                    Invoice No. 539042
DELPHI TECHNOLOGIES, INC.                       June 22, 2006
US PAT APP 'INSERTED SHEET METAL DISTRIBUTOR    Page   3

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| 05/10/06 | Conferring with the inventor. | P R ANDERSON | 1.00 | $105 | $105.00 |
| A103 | DRAFT/REVISE | | | | |
| 05/11/06 | Revising the application based upon the inventor's comments and forwarding the revised application to the inventor. | P R ANDERSON | 3.00 | $105 | $315.00 |
| A103 | DRAFT/REVISE | | | | |

|                      |             |
| -------------------- | ----------- |
| Task Subtotal        | $4,410.00   |
| Phase Subtotal       | $4,410.00   |
| Fee Subtotal         | $4,410.00   |

Total Hours   42.00

| Expenses |           |       | Amount |
| -------- | --------- | ----- | ------ |
| 05/09/06 | E124      | OTHER | 113.75 |
| 04/24/06 | E124      | OTHER | 520.00 |
| 05/16/06 | E124      | OTHER | 16.25  |
|          | Expense Subtotal | | 650.00 |
|          | Grand Total | | $5,060.00 |

Summary:
--------

| P R ANDERSON | IP TRAINEE | 42.0 hours at $105 | $4,410.00 |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

00 W●●WARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI TECHNOLOGIES, INC.                          Invoice No. 539043
5825 DELPHI DRIVE                                  June 22, 2006
MAIL CODE 480-410-202                              Page    1
TROY, MI 48098-2815

ATTN:  TOM TWOMEY, LEGAL STAFF - IP


DW Attorney:   W H HONAKER
Our File No.:  604080-00015
Client Reference: DP-313515-PG


                    Re:  US PAT APP 'VAPOR COMPRESSION AC SYSTEM WITH
                         EVAPORATIVE COOLER ASSISTED EVAPORATOR'
                         DELPHI REF. DP-313515-PG)


       For Legal Services from May  2, 2006 through May 31, 2006

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | **B200 - OPERATIONS** | | | | |
| | **B210 - BUSINESS OPERATIONS** | | | | |
| 05/02/06 | Initiating reviewing the ROI, previous Delphi files and the prior art. | P R ANDERSON | 3.00 | $105 | $315.00 |
| A103 | DRAFT/REVISE | | | | |
| 05/02/06 | Working with patent draftsman to formulate formal patent drawings. | P R ANDERSON | 1.00 | $105 | $105.00 |
| A103 | DRAFT/REVISE | | | | |
| 05/03/06 | Drafting a picture claim of the preferred embodiment of the invention to account for every aspect of the ROI, including every line of the drawings, and to verify a full understanding of the structure and function of the preferred embodiment. | P R ANDERSON | 6.00 | $105 | $630.00 |

IN ACCOUNT WITH

**DICKINSON WRIGHT** PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00015                                    Invoice No. 539043
DELPHI TECHNOLOGIES, INC.                        June 22, 2006
US PAT APP 'VAPOR COMPRESSION AC SYSTEM WITH     Page   2

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | A103    DRAFT/REVISE | | | | |
| 05/03/06 | Completing reviewing the ROI, previous Delphi files and the prior art. | P R ANDERSON | 1.00 | $105 | $105.00 |
| | A103    DRAFT/REVISE | | | | |
| 05/04/06 | Drafting the broadest claim. | P R ANDERSON | 6.00 | $105 | $630.00 |
| | A103    DRAFT/REVISE | | | | |
| 05/05/06 | Reconciling terminology between the picture claim and the broadest claim. | P R ANDERSON | 4.00 | $105 | $420.00 |
| | A103    DRAFT/REVISE | | | | |
| 05/08/06 | Drafting dependent claims. | P R ANDERSON | 6.00 | $105 | $630.00 |
| | A103    DRAFT/REVISE | | | | |
| 05/09/06 | Drafting the detailed description of the preferred embodiment of the patent application based upon the claims. | P R ANDERSON | 7.00 | $105 | $735.00 |
| | A103    DRAFT/REVISE | | | | |
| 05/10/06 | Drafting the introductory section of the patent application based upon the prior art and the broadest claim. | P R ANDERSON | 3.00 | $105 | $315.00 |
| | A103    DRAFT/REVISE | | | | |
| 05/11/06 | Drafting the abstract section of the patent application from the description. | P R ANDERSON | 1.00 | $105 | $105.00 |
| | A103    DRAFT/REVISE | | | | |
| 05/12/06 | Reviewing and editing the application. | P R ANDERSON | 3.00 | $105 | $315.00 |
| | A103    DRAFT/REVISE | | | | |
| 05/16/06 | Forwarding the application to the inventor for review. | P R ANDERSON | 1.00 | $105 | $105.00 |
| | A103    DRAFT/REVISE | | | | |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00015                                      Invoice No. 539043
DELPHI TECHNOLOGIES, INC.                         June 22, 2006
US PAT APP 'VAPOR COMPRESSION AC SYSTEM WITH      Page    3

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| 05/16/06 | Changed and added DRAWINGS to show a linear actuator, which was added by the inventors and not in the ROI; Drafted additional CLAIMS to include the linear actuator; Added to the DESCRIPTION the inventors' additional disclosure regarding the linear actuator, which was not in the ROI; A103 DRAFT/REVISE | P R ANDERSON | 1.00 | $105 | $105.00 |
| 05/16/06 | Changed and added DRAWINGS to show a slide cover which was added by the inventors and not in the ROI; Drafted additional CLAIMS to include the slide cover; Added to the DESCRIPTION the inventor's additional disclosure regarding the slide cover, which was not in the ROI; A103 DRAFT/REVISE | P R ANDERSON | 1.00 | $105 | $105.00 |
| 05/17/06 | Changed and added DRAWINGS to show a rotary actuator, which was added by the inventors and not in the ROI; Drafted additional CLAIMS to include the rotary actuator; Added to the DESCRIPTION the inventors' additional disclosure regarding the rotary actuator, which was not in the ROI; A103 DRAFT/REVISE | P R ANDERSON | 1.00 | $105 | $105.00 |
| 05/17/06 | Changed and added DRAWINGS to show a slide cover actuated by a rotary actuator, which was added by the inventors and not | P R ANDERSON | .50 | $105 | $52.50 |



IN ACCOUNT WITH

## DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00015
DELPHI TECHNOLOGIES, INC.
US PAT APP 'VAPOR COMPRESSION AC SYSTEM WITH

Invoice No. 539043
June 22, 2006
Page   4

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | -------------------- | ------------ | ----- | ---- | ------ |
| | in the ROI; Added to the DESCRIPTION the inventors' additional disclosure regarding the rotary actuator, which was not in the ROI; | | | | |
| A103 | DRAFT/REVISE | | | | |
| 05/17/06 | Changed and added DRAWINGS to show a hinge cover, which was added by the inventors and not in the ROI; Drafted additional claims to include the hinge cover; Added to the DESCRIPTION the inventors' additional disclosure regarding the hinge cover, which was not in the ROI; | P R ANDERSON | 1.00 | $105 | $105.00 |
| A103 | DRAFT/REVISE | | | | |

|  |  |  |
| --- | --- | --- |
| Task Subtotal | | $4,882.50 |
| Phase Subtotal | | $4,882.50 |
| Fee Subtotal | | $4,882.50 |
| Total Hours | 46.50 | |

| | Expenses | | Amount |
| --- | -------- | --- | ------ |
| | -------- | | ------ |
| | E101 | COPYING | 7.00 |
| 04/12/06 | E124 | OTHER | 243.75 |
| 05/16/06 | E124 | OTHER | 48.75 |
| | Expense Subtotal | | 299.50 |
| | Grand Total | | $5,182.00 |

Summary:
--------

| | | | |
| --- | --- | --- | --- |
| P R ANDERSON | IP TRAINEE | 46.5 hours at $105 | $4,882.50 |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI TECHNOLOGIES, INC.
5825 DELPHI DRIVE
MAIL CODE 480-410-202
TROY, MI 48098-2815

Invoice No. 539044
June 22, 2006
Page   1

ATTN:  TOM TWOMEY, LEGAL STAFF - IP

DW Attorney:   W H HONAKER
Our File No.:  604080-00016
Client Reference: DP-314813-PG

Re:  US PAT APP 'COMPACT LIQUID COOLING UNIT FOR HIGH
END SERVERS'
DELPHI REF. DP-314813-PG)

For Legal Services from Mar 27, 2006 through May 31, 2006

| Date | Professional Services | Professional | Hours | Rate | Charge |
|------|----------------------|--------------|-------|------|--------|

B200 - OPERATIONS

B210 - BUSINESS OPERATIONS

| Date | Professional Services | Professional | Hours | Rate | Charge |
|------|----------------------|--------------|-------|------|--------|
| 03/27/06 | Reviewing additional relevant prior art. | M D PEDINI | 3.50 | $85 | $297.50 |
| A103 | DRAFT/REVISE | | | | |
| 03/27/06 | Reviewing the ROI and the prior art accompanying the ROI; | M D PEDINI | 1.50 | $85 | $127.50 |
| A103 | DRAFT/REVISE | | | | |
| 03/28/06 | Reviewing additional prior art and additional Delphi files subsequently provided by Delphi | M D PEDINI | 3.00 | $85 | $255.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/28/06 | Conferring to reconcile questions raised by describing details in the pictures submitted with the ROI, revising the | M D PEDINI | 3.00 | $85 | $255.00 |



IN ACCOUNT WITH

DICKINSON
WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00016
DELPHI TECHNOLOGIES, INC.
US PAT APP 'COMPACT LIQUID COOLING UNIT FOR HIGH

Invoice No. 539044
June 22, 2006
Page   2

| Date | Professional Services | Professional | Hours | Rate | Charge |
|------|----------------------|--------------|-------|------|--------|
| | figures, redrafting the picture claim. | | | | |
| A103 | DRAFT/REVISE | | | | |
| 03/28/06 | Working w/ patent draftsman to formulate formal patent drawings. | M D PEDINI | 1.00 | $85 | $85.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/29/06 | Initial drafting of the broadest claim | M D PEDINI | 1.30 | $85 | $110.50 |
| A103 | DRAFT/REVISE | | | | |
| 03/29/06 | Completing initial drafting of picture Claim of the preferred embodiment of the invention to account for every aspect of the ROI, including all elements shown in the drawings and verifying full understanding of the structure and function of the preferred embodiment. | M D PEDINI | 6.50 | $85 | $552.50 |
| A103 | DRAFT/REVISE | | | | |
| 03/30/06 | Completing initial Broadest Claim | M D PEDINI | 2.00 | $85 | $170.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/30/06 | Reconciling terminology between the picture claim and the broadest claim | M D PEDINI | 5.40 | $85 | $459.00 |
| A103 | DRAFT/REVISE | | | | |
| 03/31/06 | Drafting Dependent Claims | M D PEDINI | 6.50 | $85 | $552.50 |
| A103 | DRAFT/REVISE | | | | |
| 04/03/06 | Drafting the detailed description of the preferred embodiment of the patent application based upon the claims | M D PEDINI | 2.00 | $85 | $170.00 |
| A103 | DRAFT/REVISE | | | | |
| 04/03/06 | Revising picture claim based on inventor(s) comments | M D PEDINI | 1.30 | $85 | $110.50 |
| A103 | DRAFT/REVISE | | | | |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00016
DELPHI TECHNOLOGIES, INC.
US PAT APP 'COMPACT LIQUID COOLING UNIT FOR HIGH

Invoice No. 539044
June 22, 2006
Page   3

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| 04/04/06<br>A103 | Continued drafting the detailed description of the preferred embodiment of the patent application based upon the claims<br>DRAFT/REVISE | M D PEDINI | 3.00 | $85 | $255.00 |
| 04/05/06<br>A103 | Completed drafting the detailed description of the preferred embodiment of the patent application based upon the claims<br>DRAFT/REVISE | M D PEDINI | 2.00 | $85 | $170.00 |
| 04/06/06<br>A103 | Teleconference with Inventor(s) to discuss additional ROI and additional embodiments added by inventors subsequent to initial preparation.<br>DRAFT/REVISE | M D PEDINI | 1.00 | $85 | $85.00 |
| 04/10/06<br>A103 | Drafting the introductory section of the patent application from the description<br>DRAFT/REVISE | M D PEDINI | 3.00 | $85 | $255.00 |
| 04/11/06<br>A103 | Amending detailed description of the preferred embodiment of the patent application based upon the claims.<br>DRAFT/REVISE | M D PEDINI | 2.50 | $85 | $212.50 |
| 04/12/06<br>A103 | Reviewing and editing the patent application<br>DRAFT/REVISE | M D PEDINI | 1.50 | $85 | $127.50 |
| 04/12/06<br>A103 | Drafting the abstract section of the patent application from the description<br>DRAFT/REVISE | M D PEDINI | 1.00 | $85 | $85.00 |

IN ACCOUNT WITH

**DICKINSON WRIGHT** PLLC

800 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00016
DELPHI TECHNOLOGIES, INC.
US PAT APP 'COMPACT LIQUID COOLING UNIT FOR HIGH

Invoice No. 539044
June 22, 2006
Page    4

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| 04/28/06 | Forwarding inventor for review; and later forwarding to Pat Griffin. | M D PEDINI | 1.00 | $85 | $85.00 |
| A103 | DRAFT/REVISE | | | | |

|  | | |
| --- | --- | --- |
| Task Subtotal | | $4,420.00 |
| Phase Subtotal | | $4,420.00 |
| Fee Subtotal | | $4,420.00 |
| Total Hours | 52.00 | |

| Date | Expenses | | Amount |
| ---- | -------- | --- | ------ |
| | E101 | COPYING | 7.80 |
| 04/30/06 | E124 | OTHER | 162.50 |
| 04/24/06 | E124 | OTHER | 585.00 |
| | Expense Subtotal | | 755.30 |
| | Grand Total | | $5,175.30 |

Summary:
--------

| M D PEDINI | IP TRAINEE | 52.0 hours at | $85 | $4,420.00 |
| --- | --- | --- | --- | --- |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI TECHNOLOGIES, INC.                         Invoice No. 539045
5825 DELPHI DRIVE                                 June 22, 2006
MAIL CODE 480-410-202                             Page    1
TROY, MI 48098-2815

ATTN:  TOM TWOMEY, LEGAL STAFF - IP


DW Attorney:  W H HONAKER
Our File No.:  604080-00017
Client Reference: DP-314811-PG


                Re:  US PAT APP 'LOW PROFILE AIR INLET AND CONICAL
                     MOVING FILTER-VALVE ASSEMBLY'
                     DELPHI REF. DP-314811-PG)


        For Legal Services from Apr 17, 2006 through May 31, 2006

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | B200 - OPERATIONS | | | | |
| | B210 - BUSINESS OPERATIONS | | | | |
| 04/17/06 | Reviewing the ROI and the prior art accompanying the ROI | M D PEDINI | 3.00 | $85 | $255.00 |
| A103 | DRAFT/REVISE | | | | |
| 04/18/06 | Developing figures for the drawing, formulating a layout for formal patent drawings. | M D PEDINI | 1.00 | $85 | $85.00 |
| A103 | DRAFT/REVISE | | | | |
| 04/18/06 | Reviewing previous Delphi files and reviewing additional prior art. | M D PEDINI | 2.50 | $85 | $212.50 |
| A103 | DRAFT/REVISE | | | | |
| 04/19/06 | Completed drafting picture Claim of the preferred embodiment of the invention to account for every aspect of the ROI, | M D PEDINI | 7.00 | $85 | $595.00 |

IN ACCOUNT WITH

**DICKINSON WRIGHT** PLLC

●00 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN  48226-3425
TELEPHONE:  (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00017
DELPHI TECHNOLOGIES, INC.
US PAT APP 'LOW PROFILE AIR INLET AND CONICAL

Invoice No. 539045
June 22, 2006
Page   2

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
|  | including all elements shown in the drawings and verifying full understanding of the structure and function of the preferred embodiment. | | | | |
| A103 | DRAFT/REVISE | | | | |
| 05/02/06 | Drafting the broadest claim | M D PEDINI | 4.00 | $85 | $340.00 |
| A103 | DRAFT/REVISE | | | | |
| 05/10/06 | Completed drafting the broadest claim | M D PEDINI | 2.00 | $85 | $170.00 |
| A103 | DRAFT/REVISE | | | | |
| 05/11/06 | Reconciling terminology between the picture claim and the broadest claim. | M D PEDINI | 3.00 | $85 | $255.00 |
| A103 | DRAFT/REVISE | | | | |
| 05/11/06 | Beginning draft of initial dependant claims | M D PEDINI | 2.00 | $85 | $170.00 |
| A103 | DRAFT/REVISE | | | | |
| 05/12/06 | Continuing drafting of initial dependant claims | M D PEDINI | 2.00 | $85 | $170.00 |
| A103 | DRAFT/REVISE | | | | |
| 05/15/06 | Continuing drafting dependant claims | M D PEDINI | 2.00 | $85 | $170.00 |
| A103 | DRAFT/REVISE | | | | |
| 05/16/06 | Conferring to reconcile questions raised by describing details in the pictures submitted with the ROI, revising the figures, re-drafting the picture claim. | M D PEDINI | 3.00 | $85 | $255.00 |
| A103 | DRAFT/REVISE | | | | |
| 05/17/06 | Drafting of the introductory section of the patent application based upon the prior art and the broadest claims. | M D PEDINI | 3.00 | $85 | $255.00 |
| A103 | DRAFT/REVISE | | | | |

IN ACCOUNT WITH

# DICKINSON
WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00017
DELPHI TECHNOLOGIES, INC.
US PAT APP 'LOW PROFILE AIR INLET AND CONICAL

Invoice No. 539045
June 22, 2006
Page    3

| Date | Professional Services | Professional | Hours | Rate | Charge |
|------|----------------------|--------------|-------|------|--------|
| 05/18/06<br>A103 | Amending picture claim to include claims protecting Delphi tooling used to manufacture the invention<br>DRAFT/REVISE | M D PEDINI | 4.00 | $85 | $340.00 |
| 05/22/06<br>A103 | Starting drafting the detailed description of the preferred embodiment of the patent application based upon the claims.<br>DRAFT/REVISE | M D PEDINI | 1.50 | $85 | $127.50 |
| 05/22/06<br>A103 | Finalizing drafting a picture claim of the preferred embodiment of the invention to account for every aspect of the ROI, including every line of the drawings, and to verify a full understanding of the structure and function of the preferred embodiment.<br>DRAFT/REVISE | M D PEDINI | 2.20 | $85 | $187.00 |
| 05/23/06<br>A103 | Continuing drafting the detailed description of the preferred embodiment of the patent application based upon the claims.<br>DRAFT/REVISE | M D PEDINI | 3.20 | $85 | $272.00 |
| 05/24/06<br>A103 | Completed drafting the detailed description of the preferred embodiment of the patent application based upon the claims<br>DRAFT/REVISE | M D PEDINI | 2.30 | $85 | $195.50 |
| 05/25/06<br>A103 | Drafting the abstract section of the patent from the description.<br>DRAFT/REVISE | M D PEDINI | 1.00 | $85 | $85.00 |
| 05/30/06<br>A103 | Forwarding the application to the inventor for review.<br>DRAFT/REVISE | M D PEDINI | 1.00 | $85 | $85.00 |

IN ACCOUNT WITH

**DICKINSON WRIGHT** PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00017
DELPHI TECHNOLOGIES, INC.
US PAT APP 'LOW PROFILE AIR INLET AND CONICAL

Invoice No. 539045
June 22, 2006
Page    4

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| 05/30/06 | Reviewing and editing the patent; returning to inventors for review. | M D PEDINI | 2.30 | $85 | $195.50 |
| A103 | DRAFT/REVISE | | | | |

|  | | |
| --- | --- | --- |
| | Task Subtotal | $4,420.00 |
| | Phase Subtotal | $4,420.00 |
| Fee Subtotal | | $4,420.00 |
| | Total Hours   52.00 | |
| | Grand Total | $4,420.00 |

Summary:
--------

| M D PEDINI | IP TRAINEE | 52.0 hours at  $85 | $4,420.00 |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI TECHNOLOGIES, INC.
5825 DELPHI DRIVE
MAIL CODE 480-410-202
TROY, MI 48098-2815

Invoice No. 539046
June 22, 2006
Page    1

ATTN:  TOM TWOMEY, LEGAL STAFF - IP

DW Attorney:  W H HONAKER
Our File No.:  604080-00019
Client Reference: DP-314802-PG

Re:    US PAT APP 'HIGH PROFORMANCE THERMOSIPHON WITH
       INTERNALLY ENHANCED CONDENSATION'
       DELPHI REF. DP-314802-PG)

For Legal Services from                through May 31, 2006

                    Fee Subtotal                                $.00

                         Total Hours     .00

        Expenses                                         Amount
        --------                                         ------
03/31/06  E124   OTHER                                    32.50
03/23/06  E124   OTHER                                   113.75

            Expense Subtotal                             146.25

            Grand Total                                 $146.25

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI TECHNOLOGIES, INC.
5825 DELPHI DRIVE
MAIL CODE 480-410-202
TROY, MI 48098-2815

Invoice No. 539047
June 22, 2006
Page    1

ATTN:  TOM TWOMEY, LEGAL STAFF - IP


DW Attorney:  W H HONAKER
Our File No.:  604080-00020
Client Reference: DP-314812-PG


Re:  US PAT APP 'LOW PRESSURE DROP LIQUID COOLING
UNIT WITH SELECTIVELY METERED COOLANT FLOW'
DELPHI REF. DP-314812-PG)


For Legal Services from Apr  3, 2006 through May 31, 2006

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | **B200 - OPERATIONS** | | | | |
| | **B210 - BUSINESS OPERATIONS** | | | | |
| 04/03/06 | Reviewing the ROI, previous Delphi files and the prior art.  Working with the patent draftsman to formulate formal patent drawings.<br>A103    DRAFT/REVISE | J   GENDZWILL | 4.00 | $105 | $420.00 |
| 04/04/06 | Drafting a picture claim of the preferred embodiment of the invention to account for every aspect of the ROI, including every line of the drawings, and to verify a full understanding of the structure and function of the preferred embodiment. | J   GENDZWILL | 6.00 | $105 | $630.00 |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00020
DELPHI TECHNOLOGIES, INC.
US PAT APP 'LOW PRESSURE DROP LIQUID COOLING

Invoice No. 539047
June 22, 2006
Page    2

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | Drafting the broadest claim. | | | | |
| A103 | DRAFT/REVISE | | | | |
| 04/05/06 | Drafting the broadest claim.  Reconciling terminology between the picture claim and the broadest claim. Drafting dependent claims. | J   GENDZWILL | 6.00 | $105 | $630.00 |
| A103 | DRAFT/REVISE | | | | |
| 04/06/06 | Drafting dependent claims. Drafting the detailed description of the preferred embodiment of the patent application based upon the claims. | J   GENDZWILL | 7.00 | $105 | $735.00 |
| A103 | DRAFT/REVISE | | | | |
| 04/07/06 | Drafting the detailed description of the preferred embodiment of the patent application based upon the claims. Drafting the introductory section of the patent application based upon the prior art and the broadest claim. Drafting the abstract section of the patent application from the description. | J   GENDZWILL | 8.00 | $105 | $840.00 |
| A103 | DRAFT/REVISE | | | | |
| 04/10/06 | Reviewing and editing the patent application. Forwarding the application to the inventor for review.  Conferring with the inventor. Revising the invention based upon the inventor's comments and forwarding the revised application to the inventor. | J   GENDZWILL | 8.00 | $105 | $840.00 |
| A103 | DRAFT/REVISE | | | | |



IN ACCOUNT WITH

# DICKINSON
# WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00020
DELPHI TECHNOLOGIES, INC.
US PAT APP 'LOW PRESSURE DROP LIQUID COOLING

Invoice No. 539047
June 22, 2006
Page   3

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| 04/11/06 | Revising the invention based upon the inventor's comments and forwarding the revised application to the inventor.  Conferring with the inventor for final approval. | J   GENDZWILL | 3.00 | $105 | $315.00 |
| A103 | DRAFT/REVISE | | | | |
| 04/26/06 | Changed and added DRAWINGS to show an expansion notch, which was added by inventors and not in the ROI; Drafted additional CLAIMS to include the expansion notch; Added to the DESCRIPTION the inventors' additional disclosure regarding the expansion notch, which was not in the ROI; Changed and added DRAWINGS to show an expansion recess, which was added by inventors and not in the ROI; Drafted additional CLAIMS to include the expansion recess; Added to the DESCRIPTION the inventors' additional disclosure regarding the expansion recess, which was not in the ROI; | J   GENDZWILL | 4.00 | $105 | $420.00 |
| A103 | DRAFT/REVISE | | | | |
| 04/27/06 | Added to the DESCRIPTION the inventors' additional disclosure regarding fins of equal height, which was not in the ROI; Added to the DESCRIPTION the inventors' additional disclosure regarding heat flux localization, which was not in the ROI; Added to the DESCRIPTION the | J   GENDZWILL | 6.00 | $105 | $630.00 |



IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00020
DELPHI TECHNOLOGIES, INC.
US PAT APP 'LOW PRESSURE DROP LIQUID COOLING

Invoice No. 539047
June 22, 2006
Page    4

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | inventors' additional disclosure regarding cold plate composition, which was not in the ROI; Added to the DESCRIPTION the inventors' additional disclosure regarding pressure drop, which was not in the ROI; Added to the DESCRIPTION the inventors' additional disclosure regarding heat transfer rates, which was not in the ROI; Changed and added DRAWINGS to show additional variables, which were added by inventors and not in the ROI; Re-drafted and edited additional CLAIMS to include the additional variables; Added to the DESCRIPTION the inventors' additional disclosure regarding additional variables, which was not in the ROI; Formalizing the application and forwarding to Pat Griffin. | | | | |
| A103 | DRAFT/REVISE | | | | |

|  |  |
| --- | --- |
| Task Subtotal | $5,460.00 |
| Phase Subtotal | $5,460.00 |
| Fee Subtotal | $5,460.00 |
| Total Hours    52.00 | |

| | Expenses | | Amount |
| ---- | -------- | | ------ |
| | E101    COPYING | | 16.50 |
| 05/09/06 | E124    OTHER | | 48.75 |
| 04/24/06 | E124    OTHER | | 130.00 |
| | Expense Subtotal | | 195.25 |

IN ACCOUNT WITH
DICKINSON WRIGHT PLLC

500 W[illegible]DWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00020
DELPHI TECHNOLOGIES, INC.
US PAT APP 'LOW PRESSURE DROP LIQUID COOLING

Invoice No. 539047
June 22, 2006
Page 5

Grand Total $5,655.25

Summary:
--------

| | | | | |
|---|---|---|---|---|
| J | GENDZWILL | IP TRAINEE | 52.0 hours at $105 | $5,460.00 |



IN ACCOUNT WITH

DICKINSON
WRIGHT PLLC

300 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI TECHNOLOGIES, INC.                    Invoice No. 539048
5825 DELPHI DRIVE                            June 22, 2006
MAIL CODE 480-410-202                        Page    1
TROY, MI 48098-2815

ATTN:  TOM TWOMEY, LEGAL STAFF - IP


DW Attorney:   W H HONAKER
Our File No.:  604080-00021
Client Reference: DP-311409


                Re:  US PAT APP 'LIQUID COOLED THERMOSIPHON WITH
                     FLEXIBLE PARTITION' - DELPHI REF. NO.:  DP311409


        For Legal Services from May  1, 2006 through May 31, 2006

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
|      | B200 - OPERATIONS     |              |       |      |        |
|      | B210 - BUSINESS OPERATIONS |         |       |      |        |
| 05/01/06 | Reviewing the file and previous amendments, reviewing the final rejection, preparing and filing a notice of appeal, preparing and filing a Pre-Appeal Brief Request for Review. | H W MILTON | 3.40 | $250 | $850.00 |
| A103 | DRAFT/REVISE |  |  |  |  |

                              Task Subtotal              $850.00

                              Phase Subtotal             $850.00


                   Fee Subtotal                          $850.00

                              Total Hours    3.40

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00021
DELPHI TECHNOLOGIES, INC.
US PAT APP 'LIQUID COOLED THERMOSIPHON WITH

Invoice No. 539048
June 22, 2006
Page    2

| | Expenses | | Amount |
|---|---|---|---|
| | -------- | | ------ |
| | Expenses | | Amount |
| | -------- | | ------ |
| | E101 | COPYING | 3.20 |
| 05/08/06 | E112 | FILING FEES | 500.00 |
| | | Expense Subtotal | 503.20 |
| | | Grand Total | $1,353.20 |

Summary:
--------

| H W MILTON | OF COUNSEL | 3.4 hours at $250 | $850.00 |
|---|---|---|---|

IN ACCOUNT WITH

# DICKINSON
# WRIGHT PLLC

700 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI TECHNOLOGIES, INC.                      Invoice No. 539049
5825 DELPHI DRIVE                              June 22, 2006
MAIL CODE 480-410-202                          Page    1
TROY, MI 48098-2815

ATTN:  TOM TWOMEY, LEGAL STAFF - IP

DW Attorney:   W H HONAKER
Our File No.: 604080-00022
Client Reference: DP-315237

          Re:  US PAT APP 'ENGINE COOLING FAN ASSEMBLY WITH UP-STREAM
               MOTOR STRATORS & CONFORMAL TIP TREATMENT'

     For Legal Services from May 31, 2006 through May 31, 2006

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | B200 - OPERATIONS | | | | |
| | B210 - BUSINESS OPERATIONS | | | | |
| 05/31/06 | Resolving discrepancy between the submitted points of novelty and the submitted ROI; Searching and reviewing additional relevant prior art and comparing the prior art found with the invention. | M D PEDINI | 2.20 | $85 | $187.00 |
| A103 | DRAFT/REVISE | | | | |

                                    Task Subtotal              $187.00

                                    Phase Subtotal             $187.00

                    Fee Subtotal                               $187.00

                          Total Hours    2.20

                    Grand Total                                $187.00

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00022                                    Invoice No. 539049
DELPHI TECHNOLOGIES, INC.                       June 22, 2006
US PAT APP 'ENGINE COOLING FAN ASSEMBLY WITH UP-STREAM    Page    2


Summary:
--------

  M D PEDINI          IP TRAINEE          2.2 hours at  $85      $187.00

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI TECHNOLOGIES, INC.
5825 DELPHI DRIVE
MAIL CODE 480-410-202
TROY, MI 48098-2815

Invoice No. 539050
June 22, 2006
Page    1

ATTN:  TOM TWOMEY, LEGAL STAFF - IP

DW Attorney:   W H HONAKER
Our File No.:  604080-00023
Client Reference: DP-314827

Re:   US PAT APP 'FLEXIBLE HVAC MODULE WITH ADD-ON
       MULTI-ZONE ASSEMBLY'

For Legal Services from May 10, 2006 through May 31, 2006

| Date | Professional Services | Professional | Hours | Rate | Charge |
|------|----------------------|--------------|-------|------|--------|
| | B200 - OPERATIONS | | | | |
| | B210 - BUSINESS OPERATIONS | | | | |
| 05/10/06 | Began reviewing the ROI for 604080-23. Reviewed a portion of the relevant prior art including the provisional application and the drawings therein. | J   GENDZWILL | 2.00 | $105 | $210.00 |
| A103 | DRAFT/REVISE | | | | |
| 05/11/06 | Continued and completed review of ROI including prior art.  Reviewed existing patent to Kinmartin et al.  Reviewed existing patent to Auer et al. | J   GENDZWILL | 2.00 | $105 | $210.00 |
| A103 | DRAFT/REVISE | | | | |
| 05/11/06 | Began drafting the picture claim of the preferred embodiment of the invention so as to account for every aspect of the | J   GENDZWILL | 1.00 | $105 | $105.00 |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00023
DELPHI TECHNOLOGIES, INC.
US PAT APP 'FLEXIBLE HVAC MODULE WITH ADD-ON

Invoice No. 539050
June 22, 2006
Page   2

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | ROI and every line in the submitted drawings as well as to verify a complete comprehension of the structure and function of the embodiments. | | | | |
| A103 | DRAFT/REVISE | | | | |
| 05/12/06 | Continued to draft the picture claims of the preferred embodiment of the invention as well as the method claim for using the invention so as to account for every aspect of the ROI and every line in the submitted drawings as well as to verify a complete comprehension of the structure and function of the embodiments. E-mailed Jeffrey Kinmartin with request for electronic copies of entire drawings. | J   GENDZWILL | 3.00 | $105 | $315.00 |
| A103 | DRAFT/REVISE | | | | |
| 05/15/06 | Completed drafting of the picture claim of the preferred embodiment of the invention as well as the method claim for using the invention also added picture claim for the sub-assembly. | J   GENDZWILL | 5.00 | $105 | $525.00 |
| A103 | DRAFT/REVISE | | | | |
| 05/16/06 | Began drafting of broadest claim for the preferred embodiment, also began drafting of broadest method claim for the fabrication process. | J   GENDZWILL | 5.00 | $105 | $525.00 |
| A103 | DRAFT/REVISE | | | | |
| 05/17/06 | Drafted broadest claim on HVAC unit. Reconciled terminology between broadest claim and picture claim.   Drafted broadest | J   GENDZWILL | 6.00 | $105 | $630.00 |

IN ACCOUNT WITH

## DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00023
DELPHI TECHNOLOGIES, INC.
US PAT APP 'FLEXIBLE HVAC MODULE WITH ADD-ON

Invoice No. 539050
June 22, 2006
Page   3

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | method claim. Reconciled terminology between broadest claim and picture claim.  Began drafting broadest claim for sub-assembly, separate of HVAC unit. | | | | |
| | A103   DRAFT/REVISE | | | | |
| 05/18/06 | Drafting dependent claims for assembly and method claim.  Began drafting the introductory section of the patent application based upon the prior art and the broadest claim. | J   GENDZWILL | 6.00 | $105 | $630.00 |
| | A103   DRAFT/REVISE | | | | |
| 05/19/06 | Began drafting the detailed description of the assembly based upon the assembly claims. | J   GENDZWILL | 6.00 | $105 | $630.00 |
| | A103   DRAFT/REVISE | | | | |
| 05/22/06 | Completed the drafting the detailed description of the assembly based upon the assembly claims. Began drafting the detailed description of the method claim based on the method claim. Completed drafting of the introductory section. | J   GENDZWILL | 5.00 | $105 | $525.00 |
| | A103   DRAFT/REVISE | | | | |
| 05/23/06 | Drafted the abstract section of the patent application from the description, and forwarded to inventors. | J   GENDZWILL | 2.00 | $105 | $210.00 |
| | A103   DRAFT/REVISE | | | | |

|  |  |  |
| --- | --- | --- |
| Task Subtotal | | $4,515.00 |
| Phase Subtotal | | $4,515.00 |

In Account With

DICKINSON
WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00023                                    Invoice No. 539050
DELPHI TECHNOLOGIES, INC.                       June 22, 2006
US PAT APP 'FLEXIBLE HVAC MODULE WITH ADD-ON    Page   4

Date      Professional Services    Professional     Hours Rate   Charge
----      --------------------     ------------     ----- ----   ------

                Fee Subtotal                                 $4,515.00

                        Total Hours   43.00


                Grand Total                                  $4,515.00
Summary:
--------

   J   GENDZWILL      IP TRAINEE      43.0 hours at $105   $4,515.00

In Account With

# DICKINSON WRIGHT PLLC

500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-3425
Telephone: (313) 223-3500
http://www.dickinsonwright.com
Federal I.D. #38-1364333

DELPHI TECHNOLOGIES, INC.
5825 DELPHI DRIVE
MAIL CODE 480-410-202
TROY, MI 48098-2815

Invoice No. 539051
June 22, 2006
Page    1

ATTN:  TOM TWOMEY, LEGAL STAFF - IP


DW Attorney:   W H HONAKER
Our File No.:  604080-00024
Client Reference: DP-315166


Re:   US PAT APP 'PORTABLE EVAPORATIVE COOLER'


For Legal Services from May  9, 2006 through May 31, 2006

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | **B200 - OPERATIONS** | | | | |
| | **B210 - BUSINESS OPERATIONS** | | | | |
| 05/09/06 | Reviewing the ROI and the prior art accompanying the ROI.  Reviewing previous Delphi files. Reviewing additional prior art. | J P BONNAMY | 7.00 | $85 | $595.00 |
| A103 | DRAFT/REVISE | | | | |
| 05/10/06 | Developing figures for the drawing, formulating a layout for formal patent drawings.  Drafting a picture claim of the preferred embodiment of the invention to account for every aspect of the ROI, including every line of the drawings, and to verify a full understanding of the structure and function of the preferred embodiment. | J P BONNAMY | 8.00 | $85 | $680.00 |
| A103 | DRAFT/REVISE | | | | |

IN ACCOUNT WITH

**DICKINSON WRIGHT** PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00024
DELPHI TECHNOLOGIES, INC.
US PAT APP 'PORTABLE EVAPORATIVE COOLER'

Invoice No. 539051
June 22, 2006
Page    2

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| 05/11/06 | Conferring to reconcile questions raised by describing details in the pictures submitted with the ROI, revising the figures, re-drafting the picture claim. | J P BONNAMY | 5.00 | $85 | $425.00 |
| A103 | DRAFT/REVISE | | | | |
| 05/12/06 | Drafting the broadest claim. Reconciling terminology between the picture claim and the broadest claim. | J P BONNAMY | 8.00 | $85 | $680.00 |
| A103 | DRAFT/REVISE | | | | |
| 05/15/06 | Drafting dependent claims. | J P BONNAMY | 8.00 | $85 | $680.00 |
| A103 | DRAFT/REVISE | | | | |
| 05/16/06 | Drafting the detailed description of the preferred embodiment of the patent application based upon the claims. | J P BONNAMY | 7.00 | $85 | $595.00 |
| A103 | DRAFT/REVISE | | | | |
| 05/17/06 | Drafting the introductory section of the patent application based upon the prior art and the broadest claim. Drafting the abstract section of the patent application from the description. Reviewing and editing the patent application. | J P BONNAMY | 8.00 | $85 | $680.00 |
| A103 | DRAFT/REVISE | | | | |
| 05/22/06 | Forwarding the application to the inventor for review. | J P BONNAMY | 1.00 | $85 | $85.00 |
| A103 | DRAFT/REVISE | | | | |

|  |  |  |
| --- | --- | --- |
| Task Subtotal | | $4,420.00 |
| Phase Subtotal | | $4,420.00 |

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

```
604080-00024                                    Invoice No. 539051
DELPHI TECHNOLOGIES, INC.                       June 22, 2006
US PAT APP 'PORTABLE EVAPORATIVE COOLER'        Page    3
```

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | Fee Subtotal | | | | $4,420.00 |
| | | Total Hours | 52.00 | | |

| Expenses | | | Amount |
| -------- | --- | --- | ------ |
| E101   COPYING | | | .30 |
| | Expense Subtotal | | .30 |
| | Grand Total | | $4,420.30 |

Summary:
--------

| J P BONNAMY | IP TRAINEE | 52.0 hours at  $85 | $4,420.00 |



IN ACCOUNT WITH

DICKINSON
WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

```
DELPHI TECHNOLOGIES, INC.                    Invoice No. 539052
5825 DELPHI DRIVE                            June 22, 2006
MAIL CODE 480-410-202                        Page    1
TROY, MI 48098-2815

ATTN:  TOM TWOMEY, LEGAL STAFF - IP


DW Attorney:   W H HONAKER
Our File No.:  604080-00025
Client Reference: DP-315169


            Re:  US PAT APP 'AIR COOLED COMPUTER CHIP'


   For Legal Services from May 10, 2006 through May 31, 2006
```

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | **B200 - OPERATIONS** | | | | |
| | **B210 - BUSINESS OPERATIONS** | | | | |
| 05/10/06 | Reviewing the ROI and the prior art accompanying the ROI (3); Reviewing previous Delphi files (1); Initialize reviewing additional prior art (1.5). | J J KLOBUCAR | 5.50 | $85 | $467.50 |
| A103 | DRAFT/REVISE | | | | |
| 05/11/06 | Continue and finalize reviewing additional prior art (1.5); Developing figures for the drawings, formulating a layout for formal patent drawings (1); Initialize drafting a picture claim of the preferred embodiment of the invention to account for every aspect of the ROI, including every line of the drawings, and to verify a full understanding of the | J J KLOBUCAR | 8.00 | $85 | $680.00 |

IN ACCOUNT WITH

# DICKINSON
# WRIGHT PLLC

300 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00025
DELPHI TECHNOLOGIES, INC.
US PAT APP 'AIR COOLED COMPUTER CHIP'

Invoice No. 539052
June 22, 2006
Page    2

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
|          | structure and function of the preferred embodiment (5.5). | | | | |
| A103 | DRAFT/REVISE | | | | |
| 05/12/06 | Continue and finalize drafting a picture claim of the preferred embodiment of the invention to account for every aspect of the ROI, including every line of the drawings, and to verify a full understanding of the structure and function of the preferred embodiment. | J J KLOBUCAR | 1.50 | $85 | $127.50 |
| A103 | DRAFT/REVISE | | | | |
| 05/15/06 | Initialize conferring to reconcile questions raised by describing details in the pictures submitted with the ROI, revising the figures, re-drafting the picture claim. | J J KLOBUCAR | 3.50 | $85 | $297.50 |
| A103 | DRAFT/REVISE | | | | |
| 05/16/06 | Continue and finalize conferring to reconcile questions raised by describing details in the pictures submitted with the ROI, revising the figures, re-drafting the picture claim (1.5); Initialize drafting the broadest claim (5). | J J KLOBUCAR | 6.50 | $85 | $552.50 |
| A103 | DRAFT/REVISE | | | | |
| 05/17/06 | Continue and finalize drafting the broadest claim (1); Initialize reconciling terminology between the picture claim and the broadest claim (1.5). | J J KLOBUCAR | 2.50 | $85 | $212.50 |
| A103 | DRAFT/REVISE | | | | |



IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00025
DELPHI TECHNOLOGIES, INC.
US PAT APP 'AIR COOLED COMPUTER CHIP'

Invoice No. 539052
June 22, 2006
Page   3

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| 05/23/06 | Continue and finalize reconciling terminology between the picture claim and the broadest claim. | J J KLOBUCAR | 1.50 | $85 | $127.50 |
| A103 | DRAFT/REVISE | | | | |
| 05/24/06 | Initialize drafting dependent claims. | J J KLOBUCAR | 5.00 | $85 | $425.00 |
| A103 | DRAFT/REVISE | | | | |
| 05/25/06 | Continue and finalize drafting dependent claims (2); Initialize drafting the detailed description of the preferred embodiment of the patent application based upon the claims (6). | J J KLOBUCAR | 8.00 | $85 | $680.00 |
| A103 | DRAFT/REVISE | | | | |
| 05/26/06 | Continue and finalize drafting the detailed description of the preferred embodiment of the patent application based upon the claims (1); Initialize drafting the introductory section of the patent application based upon the prior art and the broadest claim (2). | J J KLOBUCAR | 3.00 | $85 | $255.00 |
| A103 | DRAFT/REVISE | | | | |
| 05/30/06 | Continue and finalize drafting the introductory section of the patent application based upon the prior art and the broadest claim (2); Drafting the abstract section of the patent application from the description (1); Reviewing and editing the patent application (3); Forwarding the application to the inventor for review (1). | J J KLOBUCAR | 7.00 | $85 | $595.00 |
| A103 | DRAFT/REVISE | | | | |



IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00025
DELPHI TECHNOLOGIES, INC.
US PAT APP 'AIR COOLED COMPUTER CHIP'

Invoice No. 539052
June 22, 2006
Page   4

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
|      |                       | Task Subtotal |      |      | $4,420.00 |
|      |                       | Phase Subtotal |     |      | $4,420.00 |
|      | Fee Subtotal          |              |       |      | $4,420.00 |
|      | Total Hours           |              | 52.00 |      |        |

| Expenses | | Amount |
| -------- | | ------ |
| E105   TELEPHONE | | 1.17 |
| Expense Subtotal | | 1.17 |
| Grand Total | | $4,421.17 |

Summary:
--------

| | | | | |
| --- | --- | --- | --- | --- |
| J J KLOBUCAR | IP TRAINEE | 52.0 hours at | $85 | $4,420.00 |

In Account With



DICKINSON
WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI TECHNOLOGIES, INC.
5825 DELPHI DRIVE
MAIL CODE 480-410-202
TROY, MI 48098-2815

Invoice No. 539053
June 22, 2006
Page   1

ATTN:  TOM TWOMEY, LEGAL STAFF - IP

DW Attorney:   W H HONAKER
Our File No.:  604080-00026
Client Reference: DP-315031

Re:  US PAT APP 'INTEGRALLY MOLDED BLOWER MOTOR
     PLASTIC ISOLATION SYSTEM'

For Legal Services from May  5, 2006 through May 31, 2006

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | B200 - OPERATIONS | | | | |
| | B210 - BUSINESS OPERATIONS | | | | |
| 05/05/06 | Reviewing the ROI and the prior art accompanying the ROI; reviewing previous Delphi files; reviewing additional prior art; and developing figures for the drawings, formulating a layout for formal patent drawings. | S A FLUHART | 8.00 | $85 | $680.00 |
| A103 | DRAFT/REVISE | | | | |
| 05/08/06 | Drafting a generic picture claim and two dependant claims for the two embodiments of the invention to account for every aspect of the ROI, including every line of the drawings, and to verify a full understanding of the structure and function of | S A FLUHART | 7.00 | $85 | $595.00 |

In Account With

# DICKINSON WRIGHT PLLC

500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-3425
Telephone: (313) 223-3500
http://www.dickinsonwright.com
Federal I.D. #38-1364333



604080-00026
DELPHI TECHNOLOGIES, INC.
US PAT APP 'INTEGRALLY MOLDED BLOWER MOTOR

Invoice No. 539053
June 22, 2006
Page    2

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | the preferred embodiment. | | | | |
| A103 | DRAFT/REVISE | | | | |
| 05/09/06 | Drafting the broadest claim for the generic invention and two broad dependant claims for the two embodiments of the invention. | S A FLUHART | 7.00 | $85 | $595.00 |
| A103 | DRAFT/REVISE | | | | |
| 05/10/06 | Reconciling terminology between the picture claim and the broadest claim. | S A FLUHART | 3.00 | $85 | $255.00 |
| A103 | DRAFT/REVISE | | | | |
| 05/11/06 | Drafting dependant claims. | S A FLUHART | 7.00 | $85 | $595.00 |
| A103 | DRAFT/REVISE | | | | |
| 05/12/06 | Drafting the detailed description of the embodiments of the patent application based upon the claims. | S A FLUHART | 8.00 | $85 | $680.00 |
| A103 | DRAFT/REVISE | | | | |
| 05/15/06 | Drafting the introductory section of the patent application based upon the prior art and the broadest claim; and drafting the abstract section of the patent application from the description. | S A FLUHART | 7.00 | $85 | $595.00 |
| A103 | DRAFT/REVISE | | | | |
| 05/16/06 | Reviewing and editing the patent application and forwarding to the inventor. | S A FLUHART | 5.00 | $85 | $425.00 |
| A103 | DRAFT/REVISE | | | | |

| | | |
| --- | --- | --- |
| Task Subtotal | | $4,420.00 |
| Phase Subtotal | | $4,420.00 |
| Fee Subtotal | | $4,420.00 |
| Total Hours | 52.00 | |

IN ACCOUNT WITH

**DICKINSON WRIGHT** PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

---

604080-00026
DELPHI TECHNOLOGIES, INC.
US PAT APP 'INTEGRALLY MOLDED BLOWER MOTOR

Invoice No. 539053
June 22, 2006
Page    3

| Expenses | Amount |
|---|---|
| E105   TELEPHONE | 2.34 |
| Expense Subtotal | 2.34 |
| Grand Total | $4,422.34 |

Summary:
--------

| | | | | |
|---|---|---|---|---|
| S A FLUHART | IP TRAINFE | 52.0 hours at | $85 | $4,420.00 |

In Account With

# DICKINSON WRIGHT PLLC

500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-3425
Telephone: (313) 223-3500
http://www.dickinsonwright.com
Federal I.D. #38-1364333

DELPHI TECHNOLOGIES, INC.                    Invoice No. 539054
5825 DELPHI DRIVE                            June 22, 2006
MAIL CODE 480-410-202                        Page    1
TROY, MI 48098-2815

ATTN:  TOM TWOMEY, LEGAL STAFF - IP


DW Attorney:   W H HONAKER
Our File No.:  604080-00029
Client Reference: DP-315027


               Re:  US PAT APP 'HIGH EFFIENCY WATER DESALINATION UNIT'


        For Legal Services from May  1, 2006 through May 31, 2006


| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |

B200 - OPERATIONS

B210 - BUSINESS OPERATIONS

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| 05/01/06<br>A103 | Reviewing the ROI and the prior art accompanying the ROI (2).  Reviewing previous Delphi files (1).<br>DRAFT/REVISE | P R ANDERSON | 3.00 | $105 | $315.00 |
| 05/02/06<br>A103 | Initiating reviewing additional prior art.<br>DRAFT/REVISE | P R ANDERSON | 1.50 | $105 | $157.50 |
| 05/04/06<br>A103 | Completing reviewing additional prior art.<br>DRAFT/REVISE | P R ANDERSON | 1.50 | $105 | $157.50 |
| 05/05/06<br>A103 | Developing figures for the drawing, formulating a layout for formal patent drawings.<br>DRAFT/REVISE | P R ANDERSON | 1.00 | $105 | $105.00 |

IN ACCOUNT WITH

DICKINSON
WRIGHT PLLC

●00 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00029                                    Invoice No. 539054
DELPHI TECHNOLOGIES, INC.                       June 22, 2006
US PAT APP 'HIGH EFFIENCY WATER DESALINATION UNIT'    Page    2

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| 05/16/06 | Drafting a picture claim of the preferred embodiment of the invention to account for every aspect of the ROI, including every line of the drawings, and to verify a full understanding of the structure and function of the preferred embodiment. | P R ANDERSON | 6.00 | $105 | $630.00 |
| | A103    DRAFT/REVISE | | | | |
| 05/17/06 | Conferring to reconcile questions raised by describing details in the pictures submitted with the ROI, revising the figures, re-drafting the picture claim. | P R ANDERSON | 4.00 | $105 | $420.00 |
| | A103    DRAFT/REVISE | | | | |
| 05/18/06 | Drafting the broadest apparatus claim. | P R ANDERSON | 3.00 | $105 | $315.00 |
| | A103    DRAFT/REVISE | | | | |
| 05/19/06 | Drafting the broadest method claim. | P R ANDERSON | 2.00 | $105 | $210.00 |
| | A103    DRAFT/REVISE | | | | |
| 05/19/06 | Reconciling terminology between the picture claim and the broadest claim. | P R ANDERSON | 3.00 | $105 | $315.00 |
| | A103    DRAFT/REVISE | | | | |
| 05/23/06 | Drafting dependent claims. | P R ANDERSON | 6.00 | $105 | $630.00 |
| | A103    DRAFT/REVISE | | | | |
| 05/24/06 | Drafting the detailed description of the preferred embodiment of the patent application based upon the claims. | P R ANDERSON | 5.00 | $105 | $525.00 |
| | A103    DRAFT/REVISE | | | | |

IN ACCOUNT WITH

DICKINSON
WRIGHT PLLC

●00 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00029                            Invoice No. 539054
DELPHI TECHNOLOGIES, INC.               June 22, 2006
US PAT APP 'HIGH EFFIENCY WATER DESALINATION UNIT'   Page   3

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| 05/25/06 | Drafting the introductory section of the patent application based upon the prior art and the broadest claim. | P R ANDERSON | 2.00 | $105 | $210.00 |
| A103 | DRAFT/REVISE | | | | |
| 05/30/06 | Drafting the abstract section of the patent application from the description. | P R ANDERSON | 1.00 | $105 | $105.00 |
| A103 | DRAFT/REVISE | | | | |
| 05/31/06 | Forwarding the application to the inventor for review. | P R ANDERSON | 1.00 | $105 | $105.00 |
| A103 | DRAFT/REVISE | | | | |
| 05/31/06 | Reviewing and editing the patent application. | P R ANDERSON | 2.00 | $105 | $210.00 |
| A103 | DRAFT/REVISE | | | | |

                        Task Subtotal           $4,410.00

                        Phase Subtotal          $4,410.00

              Fee Subtotal                       $4,410.00

                   Total Hours  42.00


              Grand Total                        $4,410.00

Summary:
--------

  P R ANDERSON     IP TRAINEE      42.0 hours at $105   $4,410.00

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI TECHNOLOGIES, INC.
5825 DELPHI DRIVE
MAIL CODE 480-410-202
TROY, MI 48098-2815

Invoice No. 539055
June 22, 2006
Page    1

ATTN:  TOM TWOMEY, LEGAL STAFF - IP

DW Attorney:   W H HONAKER
Our File No.:  604080-00030
Client Reference: DP-312219

Re:  US PAT APP 'THERMALLY CONDITIONED VEHICLE SEAT'

For Legal Services from May 16, 2006 through May 31, 2006

| Date | Professional Services | Professional | Hours | Rate | Charge |
|------|----------------------|--------------|-------|------|--------|
| | B200 - OPERATIONS | | | | |
| | B210 - BUSINESS OPERATIONS | | | | |
| 05/16/06 | Studying the official action from the USPTO (0.5), reviewing the application and claims (0.5), studying the references relied upon in the rejections (2), preparing a responsive amendment with amendments and arguments for submission to the USPTO (2). | H W MILTON | 5.00 | $250 | $1,250.00 |
| A103 | DRAFT/REVISE | | | | |

Task Subtotal                    $1,250.00

Phase Subtotal                   $1,250.00

Fee Subtotal                    $1,250.00

Total Hours   5.00

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00030                                    Invoice No. 539055
DELPHI TECHNOLOGIES, INC.                       June 22, 2006
US PAT APP 'THERMALLY CONDITIONED VEHICLE SEAT'  Page    2


              Expenses                                      Amount
              --------                                      ------

              E101   COPYING                                  5.40
05/24/06      E124   OTHER                                  400.00

                     Expense Subtotal                       405.40

                     Grand Total                         $1,655.40

Summary:
--------

   H W MILTON          OF COUNSEL        5.0 hours at $250    $1,250.00

In Account With

# DICKINSON WRIGHT PLLC

500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-3425
Telephone: (313) 223-3500
http://www.dickinsonwright.com
Federal I.D. #38-1364333

DELPHI TECHNOLOGIES, INC.                          Invoice No. 539056
5825 DELPHI DRIVE                                  June 22, 2006
MAIL CODE 480-410-202                              Page   1
TROY, MI 48098-2815

ATTN:  TOM TWOMEY, LEGAL STAFF - IP


DW Attorney:   W H HONAKER
Our File No.:  604080-00032
Client Reference: DP-313690


        Re:   US PAT APP 'HERMETIC REFRIGERNAT FITTING'


    For Legal Services from May 18, 2006 through May 31, 2006


| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| | **B200 - OPERATIONS** | | | | |
| | **B210 - BUSINESS OPERATIONS** | | | | |
| 05/18/06 | Reviewing the ROI and the prior art accompanying the ROI; reviewing previous Delphi files; reviewing additional prior art; and developing figures for the drawings, formulating a layout for formal patent drawings. | S A FLUHART | 7.00 | $85 | $595.00 |
| A103 | DRAFT/REVISE | | | | |
| 05/19/06 | Drafting a picture claim of the preferred embodiment of the invention to account for every aspect of the ROI, including every line of the drawings, and to verify a fill understanding of the structure and function of the preferred embodiment. | S A FLUHART | 7.00 | $85 | $595.00 |
| A103 | DRAFT/REVISE | | | | |

IN ACCOUNT WITH

**DICKINSON WRIGHT** PLLC

300 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

604080-00032
DELPHI TECHNOLOGIES, INC.
US PAT APP 'HERMETIC REFRIGERNAT FITTING'

Invoice No. 539056
June 22, 2006
Page    2

| Date | Professional Services | Professional | Hours | Rate | Charge |
| ---- | --------------------- | ------------ | ----- | ---- | ------ |
| 05/22/06 | Drafting the broadest claim. | S A FLUHART | 7.00 | $85 | $595.00 |
| A103 | DRAFT/REVISE | | | | |
| 05/23/06 | Reconciling terminology between the picture claim and the broadest claim. | S A FLUHART | 4.00 | $85 | $340.00 |
| A103 | DRAFT/REVISE | | | | |
| 05/25/06 | Drafting dependent claims. | S A FLUHART | 7.00 | $85 | $595.00 |
| A103 | DRAFT/REVISE | | | | |
| 05/26/06 | Drafting the detailed description of the preferred embodiment of the patent application based upon the claims. | S A FLUHART | 8.00 | $85 | $680.00 |
| A103 | DRAFT/REVISE | | | | |
| 05/30/06 | Drafting the introductory section of the patent application based upon the prior art and the broadest claim; and drafting the abstract section of the patent application from the description. | S A FLUHART | 7.00 | $85 | $595.00 |
| A103 | DRAFT/REVISE | | | | |
| 05/31/06 | Reviewing and editing the patent application and forwarding the application to the inventor for review. | S A FLUHART | 5.00 | $85 | $425.00 |
| A103 | DRAFT/REVISE | | | | |

Task Subtotal            $4,420.00

Phase Subtotal           $4,420.00

Fee Subtotal             $4,420.00

Total Hours   52.00

| Expenses | Amount |
| -------- | ------ |
| E101  COPYING | 2.30 |

IN ACCOUNT WITH

# DICKINSON
# WRIGHT PLLC

●●00 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

---

604080-00032                                        Invoice No. 539056
DELPHI TECHNOLOGIES, INC.                           June 22, 2006
US PAT APP 'HERMETIC REFRIGERNAT FITTING'           Page    3

| Expenses | | Amount |
|----------|--|-------:|
| E106   ONLINE RESEARCH | | 1.01 |
| | Expense Subtotal | 3.31 |
| | Grand Total | $4,423.31 |

Summary:
--------

| S A FLUHART | IP TRAINEE | 52.0 hours at | $85 | $4,420.00 |

IN ACCOUNT WITH

DICKINSON
WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DELPHI TECHNOLOGIES, INC.                     Invoice No. 539057
5825 DELPHI DRIVE                             June 22, 2006
MAIL CODE 480-410-202                         Page   1
TROY, MI 48098-2815

ATTN:  TOM TWOMEY, LEGAL STAFF - IP


DW Attorney:   W H HONAKER
Our File No.:  604080-00999


          Re:  GENERAL IP MATTERS


For Legal Services from        through May 31, 2006


                    Fee Subtotal                    $.00

               Total Hours     .00


     Expenses                              Amount
     --------                              ------

     E101   COPYING                           .40
     E105   TELEPHONE                         1.95

               Expense Subtotal              2.35

          Grand Total                       $2.35