**COVINGTON & BURLING LLP**
1330 Avenue of the Americas
New York, New York  10019-5400
(212) 841-1000
Aaron Marcu (AM-6309)
Susan Power Johnston (SJ-9386)

Foreign Trade and Special Corporate Committee
Counsel to the Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                  :

    In re                             :      Chapter 11

                                    :

DELPHI CORPORATION, <u>et</u> <u>al.</u>,         :      Case No. 05-44481 (RDD)

                                    :

                  Debtors.    :      (Jointly Administered)

                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF HEARING ON SECOND INTERIM APPLICATION OF
COVINGTON & BURLING LLP,
FOREIGN TRADE AND SPECIAL CORPORATE COMMITTEE LEGAL COUNSEL
TO THE DEBTORS AND DEBTORS-IN-POSSESSION,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
<u>FOR THE PERIOD FROM FEBRUARY 1, 2006 THROUGH MAY 31, 2006</u>**

**PLEASE TAKE NOTICE** that on October 19, 2006 at 10:00 a.m., Covington &

Burling LLP, as foreign trade and special corporate committee legal counsel to the above-

captioned debtors and debtors-in-possession, will move before the Honorable Robert D. Drain,

United States Bankruptcy Judge for the Southern District of New York, in Courtroom 610 of the

United States Bankruptcy Court, One Bowling Green, New York, New York 10004, for entry of

NY: 519192-1

an order approving its second interim application for allowance of compensation for professional

services rendered and reimbursement of expenses incurred from February 1, 2006, through May

31, 2006 (the "**Compensation Period**") totaling $551,937.00, and for reimbursement of its

actual and necessary expenses incurred during the Compensation Period totaling $22,773.74.

        **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the proposed

order must be made in writing and delivered to Judge Drain's chambers and the undersigned so

as to be received not later than 4:00 p.m. on October 12, 2006.  If no objections are received by

that time, the order may be entered.


Dated:  July 31**,** 2006


                        **COVINGTON & BURLING LLP**


                        By: /s/ Susan Johnston
                              Aaron R. Marcu (AM-6309)
                              Susan Power Johnston (SJ 9386)

                        1330 Avenue of the Americas
                        New York, NY  10019-5400
                        (212) 841-1000


                        **Foreign Trade and Special Corporate**
                        **Committee Counsel to the Debtors and**
                        **Debtors-in-Possession**