**Covington & Burling LLP**
**Delphi Timekeeper Summary**
**02/01/06 - 05/31/06**

### Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---:|---:|---:|
| Barbara Hoffman | Partner | 490.00 | 160.90 | 78,841.00 |
| Aaron Marcu | Partner | 720.00 | $51.40 | 37,008.00 |
| Peter Trooboff | Partner | 580.00 | 22.10 | 12,818.00 |
| Corinne A. Goldstein | Partner | 500.00 | 50.60 | 25,300.00 |
| Charles H. Jeanfreau | Special Counsel | 440.00 | 11.20 | 4,928.00 |
| Susan Power Johnston | Of Counsel | 490.00 | 44.80 | 21,952.00 |
| David W. Addis | Of Counsel | 550.00 | 3.30 | 1,815.00 |
| Michael J. Naft | Associate | 390.00 | 214.10 | 83,499.00 |
| Martin Beeler | Associate | 410.00 | 4.30 | 1,763.00 |
| Jessamy K. Thomison | Associate | 320.00 | 95.90 | 30,688.00 |
| Gina Renee Merrill | Associate | 250.00 | 426.30 | 106,575.00 |
| Jimmy L. Kirby, Jr. | Associate | 340.00 | 98.50 | 33,490.00 |
| Kimberly A. Strosnider | Associate | 365.00 | 188.50 | 68,802.50 |
| Eric R. Carlson | Associate | 260.00 | 32.10 | 8,346.00 |
| Samuel D. Brotman | Paralegal | 160.00 | 67.00 | 10,720.00 |
| Meredith I. Friedman | Paralegal | 165.00 | 137.00 | 22,605.00 |
| Kathryn E. Snyder | Paralegal | 165.00 | 13.60 | 2,244.00 |
| **Grand Total** | | | **1,624.70** | **551,937.00** |

Delphi Fee Petition_Exhibit_July (4).xls

**Covington & Burling LLP**
**Delphi Matter Summary**
**02/01/06 - 05/31/06**

**Matter Summary**

| Matter | Description | Hours | Amount |
|---|---|---|---|
| 30175.00002 | Special Committee | 1,762.40 | $ 396,217.50 |
| 30175.00003 | Auditor Selection | 42.40 | 4,605.50 |
| 26186.06101 | General Foreign Trade Controls | 406.00 | 151,114.00 |
| **Grand Total** | | **2,210.80** | **$551,937.00** |

Delphi Fee Petition_Exhibit_July (4).xls