# Covington & Burling LLP
## Delphi Disbursement Summary
### 02/01/06 - 05/31/06

**Disbursement Summary**

| Description | Amount |
|---|---:|
| Air Rail Travel | $ 3,480.80 |
| Business Meals | 1,485.87 |
| Color Printing | 9.00 |
| Computer Research | 41.24 |
| Couriers and Messengers | 70.00 |
| Document Retrieval Services | 110.00 |
| Duplicating | 3,642.95 |
| Facsimile | 16.50 |
| Fax Long Distance | 2.43 |
| Federal Express | 452.03 |
| Lexis Research | 5,496.26 |
| Local Transportation | 1,373.65 |
| Long Distance Calls | 268.38 |
| Metered Mail | 5.89 |
| OT Word Processing | 1,001.25 |
| Outside Library Services | 360.00 |
| Outside Printing | 183.66 |
| Outside Word Processing | 322.50 |
| Overtime Meals | 50.94 |
| Overtime Transportation | 209.00 |
| Scanning | 72.90 |
| Supplies | 131.50 |
| Telephone Calls | 99.36 |
| Travel | 234.40 |
| Westlaw Research | 2,953.23 |
| Word Processing | 700.00 |
| **Grand Total** | **$ 22,773.74** |

Delphi Fee Petition_Exhibit_July (5).xls