UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

I, Jessamy K. Thomison, certify and say:

I am not a party to the action, am over 18 years of age, am employed by Covington & Burling LLP, and reside in New York, New York.

On July 31, 2006, I served or caused to be served true and correct copies of the Second Interim Application of Covington & Burling LLP as Foreign Trade and Special Corporate Committee Legal Counsel to the Debtors and Debtors-in-Possession, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2006 to May 31, 2006 (the "**Second Application**") upon the following via overnight mail:

(i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098, Att'n: General Counsel, (ii) Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606, Att'n: John Wm. Butler, Jr., Esq., and Skadden, Arps, Slate, Meagher & Flom LLP Four Times Square New York, New York 10036, Att'n: Kayalyn A. Marafioti, Esq., (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004, Att'n: Alicia M. Leonhard, Esq., (iv) counsel for the official committee of unsecured creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York, 10022-4802, Att'n: Robert J. Rosenberg, Esq.

I served or caused to be served by overnight mail redacted copies of the Second Application to (i) counsel for the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York, 10017, Att'n: Marissa Wesley, Esq., and (ii) counsel for the agent under the Debtors' postpetition credit facility, Davis Polk & Wardell, 450 Lexington Avenue, New York, New York, 10017, Att'n: Marlane Melican, Esq. pursuant to the Order Approving Joint Interest Agreement Between Debtors and Official Committee of Unsecured Creditors, Implementing Protective Order And Approving Procedures to Protect Information in Fee Statements (the "**Joint Interest Agreement Order**").

2

In addition, I served or caused to be served a notice of the filing of the Second Application and via email upon all parties in the Delphi docket 2002 Entities List, pursuant to paragraph 8 of the Interim Compensation Order.

_____
Jessamy K. Thomison