EXHIBIT C

| Matter # | Matter Name |
|---|---|
| 0001 | General Corporate Advice |
| 0002 | Asset Analysis and Recovery |
| 0003 | Asset Dispositions (General) |
| 0005 | Asset Dispositions (Real Property) |
| 0006 | Automatic Stay (Relief Actions) |
| 0007 | Business Operations / Strategic Planning |
| 0008 | Case Administration |
| 0009 | Claims Administration (General) |
| 0010 | Claims Administration (Reclamation/Trust Funds) |
| 0013 | Creditor Meetings / Statutory Committees |
| 0014 | Disclosure Statement / Voting Issues |
| 0015 | Employee Matters (General) |
| 0016 | Employee Matters (Labor Unions) |
| 0017 | Environmental Matters |
| 0018 | Executory Contracts (Personalty) |
| 0019 | Financing (DIP and Emergence) |
| 0020 | Government Affairs |
| 0021 | Insurance |
| 0022 | Intellectual Property |
| 0024 | Leases (Real Property) |
| 0025 | Litigation (General) |
| 0026 | Litigation (Insurance Recovery) |
| 0027 | Liquidation / Feasibility |
| 0028 | Nonworking Travel Time |
| 0029 | Real Estate (Owned) |
| 0030 | Regulatory and SEC Matters |
| 0031 | Reorganization Plan / Plan Sponsors |
| 0032 | Reports and Schedules |

| Matter # | Matter Name |
|---|---|
| 0033 | Retention / Fee Matters (SASM&F) |
| 0034 | Retention / Fee Matters / Objections (Others) |
| 0035 | Secured Claims |
| 0036 | Tax Matters |
| 0037 | U.S. Trustee Matters |
| 0038 | Utilities |
| 0039 | Supplier Matters |
| 0040 | Customer Matters (General) |
| 0041 | Customer Matters (GM) |
| 0042 | Employee Matters (Pension) |
| 0043 | Employee Matters (Retirees/OPEB) |
| 0044 | Financing (Global Subsidiaries) |
| 0045 | Global Subsidiaries (Non-U.S.) |

**SKADDEN BUSINESS STATISTICS
AND SUMMARY OF ATTORNEY TIME
FOR THE APPLICATION PERIOD
FEBRUARY 1, 2006 THROUGH MAY 31, 2006**

Total Fees Recorded:                                     $12,352,197

Actual Fees Requested:                                   $11,310,231

Total Hours Recorded
    Partners:                                        5,033.9   (19%)
    Counsel:                                         1,999.5   ( 7%)
    Associates:                                      13,986.9  (52%)
    Legal Assistants:                                5,751.1   (21%)
    Total Hours:                                     26,771.4

Total Hours Requested
    Partners:                                        4,891.2   (32%)
    Counsel:                                         1,922.6   ( 9%)
    Associates:                                      13,373.7  (52%)
    Legal Assistants:                                3,959.1   ( 6%)
    Total Hours:                                     24,146.6

Blended Hourly Rate:                                     $422

Total Charges And Disbursements Recorded:                $903,980

Actual Charges And Disbursements Billed:                 $825,854