## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | TOTAL OUT-OF-TOWN TRAVEL | $1,128.00 |
| Messengers/ Courier | 05/01/06 | Dist Serv/Mail/Page, D | 9.23 |
| Messengers/ Courier | 05/01/06 | Dist Serv/Mail/Page, D | 9.23 |
| Messengers/ Courier | 05/02/06 | Dist Serv/Mail/Page, D | 15.38 |
| Messengers/ Courier | 05/05/06 | Straightline Courier | 40.66 |
| Messengers/ Courier | 05/05/06 | Straightline Courier | 40.66 |
| Messengers/ Courier | 05/05/06 | Dist Serv/Mail/Page, D | 34.01 |
| Messengers/ Courier | 05/05/06 | Dist Serv/Mail/Page, D | 29.42 |
| Messengers/ Courier | 05/05/06 | Dist Serv/Mail/Page, D | 31.51 |
| Messengers/ Courier | 05/05/06 | Dist Serv/Mail/Page, D | 29.41 |
| Messengers/ Courier | 05/05/06 | Dist Serv/Mail/Page, D | 29.41 |
| Messengers/ Courier | 05/05/06 | Dist Serv/Mail/Page, D | 76.20 |
| Messengers/ Courier | 05/05/06 | Dist Serv/Mail/Page, D | 29.41 |
| Messengers/ Courier | 05/15/06 | Dist Serv/Mail/Page, D | 245.95 |
| Messengers/ Courier | 05/15/06 | Dist Serv/Mail/Page, D | 87.48 |
| Messengers/ Courier | 05/15/06 | Dist Serv/Mail/Page, D | 68.03 |
| Messengers/ Courier | 05/15/06 | Dist Serv/Mail/Page, D | 68.03 |
| Messengers/ Courier | 05/15/06 | Dist Serv/Mail/Page, D | 51.83 |
| Messengers/ Courier | 05/15/06 | Dist Serv/Mail/Page, D | 100.44 |
| Messengers/ Courier | 05/15/06 | Dist Serv/Mail/Page, D | 100.44 |
| Messengers/ Courier | 05/15/06 | Dist Serv/Mail/Page, D | 100.44 |
| Messengers/ Courier | 05/15/06 | Dist Serv/Mail/Page, D | 100.44 |
| Messengers/ Courier | 05/15/06 | Dist Serv/Mail/Page, D | 100.44 |
| Messengers/ Courier | 05/15/06 | Dist Serv/Mail/Page, D | 100.44 |
| Messengers/ Courier | 05/15/06 | Dist Serv/Mail/Page, D | 100.44 |
| Messengers/ Courier | 05/15/06 | Dist Serv/Mail/Page, D | 100.44 |
| Messengers/ Courier | 05/15/06 | Dist Serv/Mail/Page, D | 84.24 |
| Messengers/ Courier | 05/15/06 | Dist Serv/Mail/Page, D | 84.24 |
| Messengers/ Courier | 05/15/06 | Dist Serv/Mail/Page, D | 84.28 |
| Messengers/ Courier | 05/15/06 | Dist Serv/Mail/Page, D | 9.23 |
| Messengers/ Courier | 05/15/06 | Dist Serv/Mail/Page, D | 9.23 |
| Messengers/ Courier | 05/15/06 | Dist Serv/Mail/Page, D | 9.23 |
| Messengers/ Courier | 05/22/06 | Dist Serv/Mail/Page, D | 77.92 |
| Messengers/ Courier | 05/22/06 | Dist Serv/Mail/Page, D | 76.16 |

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 05/23/06 | Dist Serv/Mail/Page, D | 6.28 |
| Messengers/ Courier | 05/26/06 | Dist Serv/Mail/Page, D | 71.91 |
| Messengers/ Courier | 05/26/06 | Dist Serv/Mail/Page, D | 26.10 |
| Messengers/ Courier | 05/26/06 | Dist Serv/Mail/Page, D | 26.10 |
| Messengers/ Courier | 05/26/06 | Dist Serv/Mail/Page, D | 26.10 |
| Messengers/ Courier | 05/26/06 | Dist Serv/Mail/Page, D | 26.10 |
| Messengers/ Courier | 05/26/06 | Dist Serv/Mail/Page, D | 26.10 |
| Messengers/ Courier | 05/26/06 | Dist Serv/Mail/Page, D | 26.10 |
| Messengers/ Courier | 05/26/06 | Dist Serv/Mail/Page, D | 26.10 |
| Messengers/ Courier | 05/26/06 | Dist Serv/Mail/Page, D | 26.10 |
| Messengers/ Courier | 05/26/06 | Dist Serv/Mail/Page, D | 26.10 |
| Messengers/ Courier | 05/26/06 | Dist Serv/Mail/Page, D | 26.10 |
| Messengers/ Courier | 05/26/06 | Dist Serv/Mail/Page, D | 26.10 |
| Messengers/ Courier | 05/26/06 | Dist Serv/Mail/Page, D | 26.10 |
| Messengers/ Courier | 05/26/06 | Dist Serv/Mail/Page, D | 83.80 |
| Messengers/ Courier | 05/26/06 | Dist Serv/Mail/Page, D | 26.10 |
| Messengers/ Courier | 05/26/06 | Dist Serv/Mail/Page, D | 20.70 |
| Messengers/ Courier | 05/26/06 | Dist Serv/Mail/Page, D | 23.40 |
| Messengers/ Courier | 05/26/06 | Dist Serv/Mail/Page, D | 18.89 |
| Messengers/ Courier | 05/26/06 | Dist Serv/Mail/Page, D | 27.00 |
| Messengers/ Courier | 05/26/06 | Dist Serv/Mail/Page, D | 20.70 |
| Messengers/ Courier | 05/26/06 | Dist Serv/Mail/Page, D | 20.70 |
| Messengers/ Courier | 05/26/06 | Dist Serv/Mail/Page, D | 27.00 |
| Messengers/ Courier | 05/26/06 | Dist Serv/Mail/Page, D | 23.40 |
| Messengers/ Courier | 05/26/06 | Dist Serv/Mail/Page, D | 27.00 |
| Messengers/ Courier | 05/26/06 | Dist Serv/Mail/Page, D | 27.00 |
| Messengers/ Courier | 05/26/06 | Dist Serv/Mail/Page, D | 11.69 |
| Messengers/ Courier | 05/26/06 | Dist Serv/Mail/Page, D | 25.13 |
| Messengers/ Courier | 05/31/06 | Dist Serv/Mail/Page, D | 23.97 |
| Messengers/ Courier | 05/31/06 | Dist Serv/Mail/Page, D | 32.33 |
| Messengers/ Courier | 05/31/06 | Dist Serv/Mail/Page, D | 6.28 |
| Messengers/ Courier | 05/31/06 | Dist Serv/Mail/Page, D | 6.28 |
| Messengers/ Courier | 05/31/06 | Dist Serv/Mail/Page, D | 103.34 |

**TOTAL MESSENGERS/ COURIER**    **$3,080.00**

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Meals | 05/14/06 | Butler, Jr. J | 10.66 |
| Out-of-Town Meals | 05/16/06 | Guzzardo J | 23.34 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$34.00** |
| Media Duplication | 05/03/06 | Mead I | 320.00 |
| | | **TOTAL MEDIA DUPLICATION** | **$320.00** |
| Printing to paper from TIF | 05/12/06 | Lopez N | 4,354.00 |
| | | **TOTAL PRINTING TO PAPER FROM TIF** | **$4,354.00** |
| File Conversion (Multi-page to Single-page) | 05/10/06 | Poon MY | 1,055.49 |
| File Conversion (Multi-page to Single-page) | 05/17/06 | Poon MY | 33.51 |
| | | **TOTAL FILE CONVERSION (MULTI-PAGE TO SINGLE-PAGE)** | **$1,089.00** |
| Wireless - Mobile/Cellular/Pager | 04/13/06 | Meisler RE | 0.20 |
| Wireless - Mobile/Cellular/Pager | 04/15/06 | Meisler RE | 3.80 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$4.00** |
| | | **TOTAL MATTER** | **$39,914.00** |

B43E