SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

EXHIBIT D-7
NONWORKING TRAVEL TIME
1,312.3 HOURS

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                  Bill Date: 03/31/06
Nonworking Travel Time                                    Bill Number: 1108452

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| ATKINS PA | 02/13/06 | 2.70 | TO TROY FROM NEW YORK CITY (2.7). |
| ATKINS PA | 02/14/06 | 2.70 | TO NYC FROM TROY (2.7). |
| | | **5.40** | |
| BUTLER, JR. J | 02/01/06 | 2.80 | TO NEW YORK FROM TROY (2.8). |
| BUTLER, JR. J | 02/03/06 | 4.90 | TO CHICAGO FROM NEW YORK (4.9). |
| BUTLER, JR. J | 02/06/06 | 8.60 | TO DETROIT FROM CHICAGO (4.8); TO NEW YORK FROM DETROIT (3.8). |
| BUTLER, JR. J | 02/08/06 | 5.60 | TO DETROIT FROM NEW YORK (3.7); TO NEW YORK FROM DETROIT (1.9). |
| BUTLER, JR. J | 02/11/06 | 4.30 | TO CHICAGO FROM NEW YORK (4.3). |
| BUTLER, JR. J | 02/12/06 | 3.80 | TO TROY FROM CHICAGO (3.8). |
| BUTLER, JR. J | 02/14/06 | 4.60 | TO CHICAGO FROM DETROIT (4.6). |
| BUTLER, JR. J | 02/15/06 | 3.90 | TO NEW YORK FROM CHICAGO (3.9). |
| BUTLER, JR. J | 02/16/06 | 4.20 | TO DETROIT FROM NEW YORK (4.2). |
| BUTLER, JR. J | 02/17/06 | 4.40 | TO CHICAGO FROM DETROIT (4.4). |
| BUTLER, JR. J | 02/19/06 | 4.30 | TO DETROIT FROM CHICAGO (4.3). |
| BUTLER, JR. J | 02/20/06 | 3.80 | TO CHICAGO FROM DETROIT (3.8). |
| BUTLER, JR. J | 02/26/06 | 3.80 | TO DETROIT FROM CHICAGO (3.8). |
| BUTLER, JR. J | 02/28/06 | 2.70 | TO NEW YORK FROM DETROIT (2.7). |
| | | **61.70** | |
| COCHRAN EL | 02/06/06 | 8.80 | TO DETROIT FROM NEW YORK (4.5); TO NEW YORK FROM DETROIT (4.3). |
| COCHRAN EL | 02/13/06 | 5.20 | TO DETROIT FROM NEW YORK (5.2). |
| COCHRAN EL | 02/14/06 | 4.90 | TO NEW YORK FROM DETROIT (4.9). |
| | | **18.90** | |
| FURFARO JP | 02/06/06 | 3.00 | TO TROY FROM NEW YORK (3.0). |
| FURFARO JP | 02/07/06 | 1.50 | TO NEW YORK FROM TROY (1.5). |
| | | **4.50** | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LYONS JK | 02/02/06 | 4.40 | TO CHICAGO FROM TROY (4.4). |
| LYONS JK | 02/07/06 | 4.00 | TO TROY FROM NYC (4.0). |
| LYONS JK | 02/09/06 | 3.80 | TO CHICAGO FROM TROY (3.8). |
| LYONS JK | 02/13/06 | 4.50 | TO TROY FROM CHICAGO (4.5). |
| LYONS JK | 02/14/06 | 4.00 | TO CHICAGO FROM TROY (4.0). |
| LYONS JK | 02/22/06 | 4.10 | TO TROY FROM CHICAGO (4.1). |
| LYONS JK | 02/23/06 | 4.90 | TO CHICAGO FROM TROY (4.9). |
| LYONS JK | 02/27/06 | 4.00 | TO TROY FROM CHICAGO (4.0). |
| LYONS JK | 02/28/06 | 3.50 | TO CHICAGO FROM TROY (3.5). |
| | | **37.20** | |
| SPRINGER DE | 02/03/06 | 4.50 | TO CHICAGO FROM NEW YORK (4.5). |
| SPRINGER DE | 02/07/06 | 3.00 | TO NEW YORK FROM CHICAGO (3.0). |
| SPRINGER DE | 02/10/06 | 4.20 | TO CHICAGO FROM NEW YORK (4.2). |
| SPRINGER DE | 02/27/06 | 3.00 | TO NEW YORK FROM CHICAGO (3.0). |
| | | **14.70** | |
| **Total Partner** | | **142.40** | |
| SHIVAKUMAR D | 02/01/06 | 3.60 | TO TROY FROM CHICAGO (3.6). |
| SHIVAKUMAR D | 02/02/06 | 4.10 | TO CHICAGO FROM TROY (4.1). |
| | | **7.70** | |
| **Total Counsel** | | **7.70** | |
| CAMPANARIO ND | 02/14/06 | 4.80 | TO CHICAGO FROM NEW YORK (4.8). |
| | | **4.80** | |
| FERN BM | 02/02/06 | 4.30 | TO NEW YORK FROM CHICAGO (4.3). |
| FERN BM | 02/04/06 | 3.80 | TO CHICAGO FROM NEW YORK (3.8). |
| FERN BM | 02/06/06 | 2.70 | TO NEW YORK FROM CHICAGO (2.7). |
| FERN BM | 02/10/06 | 3.50 | TO CHICAGO FROM NEW YORK (3.5). |
| | | **14.30** | |
| HERRIOTT AV | 02/01/06 | 4.30 | TO NEW YORK FROM CHICAGO (4.3). |
| HERRIOTT AV | 02/03/06 | 5.80 | TO CHICAGO FROM NEW YORK (5.8). |
| HERRIOTT AV | 02/15/06 | 4.30 | TO NEW YORK FROM CHICAGO (4.3). |
| HERRIOTT AV | 02/16/06 | 5.60 | TO CHICAGO FROM NEW YORK (5.6). |
| HERRIOTT AV | 02/28/06 | 5.30 | TO NEW YORK FROM CHICAGO (5.3). |
| | | **25.30** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| KAHN MT | 02/10/06 | 6.50 | TO LOS ANGELES FROM CHICAGO (6.5). |
| | | **6.50** | |
| MACDONALD N | 02/13/06 | 4.50 | TO CHICAGO FROM NEW YORK (4.5). |
| | | **4.50** | |
| MEISLER RE | 02/01/06 | 3.90 | TO NEW YORK FROM CHICAGO (3.9). |
| MEISLER RE | 02/03/06 | 4.80 | TO CHICAGO FROM NEW YORK (4.8). |
| MEISLER RE | 02/15/06 | 4.80 | TO NEW YORK FROM CHICAGO (4.8). |
| MEISLER RE | 02/16/06 | 4.10 | TO TROY FROM NEW YORK (4.1). |
| MEISLER RE | 02/17/06 | 2.90 | TO CHICAGO FROM TROY (2.9). |
| MEISLER RE | 02/28/06 | 3.70 | TO NEW YORK FROM CHICAGO (3.7). |
| | | **24.20** | |
| MICHELI MJ | 02/07/06 | 3.10 | TO NEW YORK FROM CHICAGO (3.1). |
| MICHELI MJ | 02/10/06 | 3.80 | TO EAGLE COLORADO FROM NEW YORK (3.8). |
| MICHELI MJ | 02/15/06 | 3.40 | TO TROY FROM CHICAGO (3.4). |
| MICHELI MJ | 02/16/06 | 5.80 | TO CHICAGO FROM TROY (5.8). |
| MICHELI MJ | 02/21/06 | 6.40 | TO TROY FROM CHICAGO (3.5); TO CHICAGO FROM TROY (2.9). |
| | | **22.50** | |
| OLASKY P | 02/02/06 | 4.50 | TO NEW YORK FROM TROY (4.5). |
| | | **4.50** | |
| REESE RG | 02/02/06 | 4.30 | TO NEW YORK FROM TROY (4.3). |
| REESE RG | 02/03/06 | 5.20 | TO CHICAGO FROM NEW YORK (5.2). |
| REESE RG | 02/07/06 | 4.10 | TO TROY FROM CHICAGO (4.1). |
| REESE RG | 02/10/06 | 4.20 | TO CHICAGO FROM TROY (4.2). |
| REESE RG | 02/13/06 | 4.40 | TO TROY FROM CHICAGO (4.4). |
| REESE RG | 02/17/06 | 4.60 | TO CHICAGO FROM TROY (4.6). |
| REESE RG | 02/19/06 | 4.10 | TO TROY FROM CHICAGO (4.1). |
| REESE RG | 02/22/06 | 4.30 | TO CHICAGO FROM TROY (4.3). |
| | | **35.20** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| STUART NL | 02/02/06 | 4.20 | TO CHICAGO FROM TROY (4.2). |
| | | 4.20 | |
| ZALTZMAN H | 02/02/06 | 3.80 | TO NEW YORK FROM TROY (3.8). |
| | | 3.80 | |
| **Total Associate** | | **149.80** | |
| BUCKMAN K | 02/01/06 | 5.70 | TO/FROM BOSTON TO CHICAGO (5.7). |
| BUCKMAN K | 02/04/06 | 4.60 | TRAVEL TO/FROM CHICAGO TO BOSTON (4.6). |
| BUCKMAN K | 02/06/06 | 4.50 | TRAVEL TO/FROM BOSTON TO CHICAGO (4.5). |
| BUCKMAN K | 02/19/06 | 4.60 | TO/FROM CHICAGO TO BOSTON (4.6). |
| | | 19.40 | |
| HENDRICK D | 02/01/06 | 6.70 | TO CHICAGO FROM NEW YORK (6.7). |
| HENDRICK D | 02/18/06 | 4.40 | TO NEW YORK FROM CHICAGO (4.4). |
| | | 11.10 | |
| JIN D | 02/01/06 | 10.20 | TO CHICAGO FROM SAN FRANCISCO (10.2). |
| JIN D | 02/12/06 | 6.20 | TO SAN FRANCISCO FROM CHICAGO (6.2). |
| | | 16.40 | |
| SCHER S | 02/01/06 | 4.80 | TO CHICAGO FROM NEW YORK (4.8). |
| SCHER S | 02/14/06 | 4.00 | TO NEW YORK FROM CHICAGO (4.0). |
| | | 8.80 | |
| **Total Legal Assistant** | | **55.70** | |
| **TOTAL TIME** | | **355.60** | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  Bill Date: 04/30/06
Nonworking Travel Time  Bill Number: 1108601

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 03/01/06 | 4.70 | TO DENVER FROM NEW YORK (4.7). |
| BUTLER, JR. J | 03/05/06 | 5.80 | TO DETROIT FROM CHICAGO (4.3). |
| BUTLER, JR. J | 03/06/06 | 4.70 | TO CHICAGO FROM DETROIT (4.7). |
| BUTLER, JR. J | 03/08/06 | 4.60 | TO NEW YORK FROM CHICAGO (4.6). |
| BUTLER, JR. J | 03/09/06 | 4.80 | TO CHICAGO FROM NEW YORK (4.8). |
| BUTLER, JR. J | 03/12/06 | 4.80 | TO DETROIT FROM CHICAGO (4.8). |
| BUTLER, JR. J | 03/15/06 | 4.70 | TO NEW YORK FROM DETROIT (4.7). |
| BUTLER, JR. J | 03/16/06 | 4.40 | TO CHICAGO FROM NEW YORK (4.4). |
| BUTLER, JR. J | 03/19/06 | 4.10 | TO DETROIT FROM CHICAGO (4.1). |
| BUTLER, JR. J | 03/20/06 | 2.80 | TO NEW YORK FROM DETROIT (2.8). |
| BUTLER, JR. J | 03/22/06 | 2.80 | TO SAVANNAH FROM NEW YORK (2.8). |
| BUTLER, JR. J | 03/23/06 | 2.80 | TO DETROIT FROM SAVANNAH (VIA ATLANTA) (2.8). |
| BUTLER, JR. J | 03/24/06 | 4.30 | TO CHICAGO FROM DETROIT (4.3). |
| BUTLER, JR. J | 03/26/06 | 4.30 | TO DETROIT FROM CHICAGO (4.3). |
| BUTLER, JR. J | 03/29/06 | 2.90 | TO NEW YORK FROM DETROIT FROM NEW YORK (2.9). |
| BUTLER, JR. J | 03/30/06 | 2.70 | TO DETROIT FROM NEW YORK (2.7). |
| BUTLER, JR. J | 03/31/06 | 5.70 | TO CHICAGO FROM DETROIT (5.7). |
| | | **70.90** | |
| COCHRAN EL | 03/28/06 | 4.00 | TO TROY FROM NEW YORK (4.0). |
| COCHRAN EL | 03/29/06 | 3.60 | TO NEW YORK FROM DETROIT (3.6). |
| | | **7.60** | |
| FURFARO JP | 03/06/06 | 3.80 | TO/FROM TROY FROM NEW YORK (3.8). |
| | | **3.80** | |
| LYONS JK | 03/07/06 | 3.80 | TO TROY FROM CHICAGO (3.8). |
| LYONS JK | 03/09/06 | 4.80 | TO CHICAGO FROM TROY (4.8). |
| LYONS JK | 03/15/06 | 4.00 | TO TROY FROM CHICAGO (4.0). |
| LYONS JK | 03/16/06 | 4.30 | TO CHICAGO FROM TROY (4.3). |
| LYONS JK | 03/21/06 | 4.50 | TO TROY FROM CHICAGO (4.5). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LYONS JK | 03/23/06 | 3.90 | TO CHICAGO FROM TROY (3.9). |
| | | 25.30 | |
| SPRINGER DE | 03/02/06 | 2.80 | TO CHICAGO FROM NEW YORK (2.8). |
| SPRINGER DE | 03/05/06 | 2.70 | TO TROY FROM CHICAGO (2.7). |
| SPRINGER DE | 03/06/06 | 2.90 | TO NEW YORK FROM DETROIT (2.9). |
| SPRINGER DE | 03/08/06 | 4.40 | TO CHICAGO FROM NEW YORK (4.4). |
| SPRINGER DE | 03/12/06 | 2.30 | TO NEW YORK FROM CHICAGO (2.3). |
| SPRINGER DE | 03/22/06 | 3.00 | TO CHICAGO FROM NEW YORK (3.0). |
| SPRINGER DE | 03/29/06 | 3.90 | TO NEW YORK FROM CHICAGO (3.9). |
| SPRINGER DE | 03/31/06 | 4.80 | TO CHICAGO FROM NEW YORK (4.8). |
| | | 26.80 | |
| **Total Partner** | | **134.40** | |
| SHIVAKUMAR D | 03/05/06 | 2.40 | TO TROY FROM CHICAGO (2.4). |
| SHIVAKUMAR D | 03/06/06 | 4.40 | TO NEW YORK FROM TROY (4.4). |
| SHIVAKUMAR D | 03/08/06 | 4.70 | TO CHICAGO FROM NEW YORK (4.7). |
| SHIVAKUMAR D | 03/12/06 | 4.40 | TO NEW YORK FROM CHICAGO (4.4). |
| SHIVAKUMAR D | 03/23/06 | 4.20 | TO CHICAGO FROM NEW YORK (4.2). |
| SHIVAKUMAR D | 03/28/06 | 4.70 | TO NEW YORK FROM CHICAGO (4.7). |
| SHIVAKUMAR D | 03/31/06 | 5.20 | TO CHICAGO FROM NEW YORK (5.2). |
| | | 30.00 | |
| **Total Counsel** | | **30.00** | |
| CAMPANARIO ND | 03/23/06 | 5.40 | TO KANSAS CITY FROM CHICAGO (2.7); TO DENVER FROM KANSAS CITY (2.7). |
| CAMPANARIO ND | 03/24/06 | 3.50 | TO CHICAGO FROM DENVER (3.5). |
| | | 8.90 | |
| FERN BM | 03/06/06 | 2.70 | TO NEW YORK FROM CHICAGO (2.7). |
| FERN BM | 03/08/06 | 3.50 | TO CHICAGO FROM NEW YORK (3.5). |
| FERN BM | 03/13/06 | 4.70 | TO NEW YORK FROM CHICAGO (4.7). |
| FERN BM | 03/22/06 | 4.90 | TO CHICAGO FROM NEW YORK (4.9). |
| | | 15.80 | |
| GUZZARDO J | 03/04/06 | 4.20 | TO TROY FROM CHICAGO (4.2). |
| GUZZARDO J | 03/06/06 | 3.90 | TO NEW YORK FROM DETROIT (3.9). |
| GUZZARDO J | 03/08/06 | 4.20 | TO CHICAGO FROM NEW YORK (4.2). |
| GUZZARDO J | 03/12/06 | 3.70 | TO NEW YORK FROM CHICAGO (3.7). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GUZZARDO J | 03/17/06 | 2.30 | TO CHICAGO FROM NEW YORK (2.3). |
| GUZZARDO J | 03/21/06 | 2.70 | TO NEW YORK FROM CHICAGO (2.7). |
| GUZZARDO J | 03/23/06 | 3.80 | TO CHICAGO FROM NEW YORK (3.8). |
| | | **24.80** | |
| HERRIOTT AV | 03/01/06 | 4.70 | TO CHICAGO FROM NEW YORK (4.7). |
| HERRIOTT AV | 03/03/06 | 4.30 | TO TROY FROM CHICAGO (4.3). |
| HERRIOTT AV | 03/04/06 | 4.10 | TO CHICAGO FROM TROY (4.1). |
| HERRIOTT AV | 03/29/06 | 4.10 | TO NEW YORK FROM CHICAGO (4.1). |
| HERRIOTT AV | 03/31/06 | 5.60 | TO CHICAGO FROM NEW YORK (5.6). |
| | | **22.80** | |
| MACDONALD N | 03/04/06 | 4.20 | TO DETROIT FROM CHICAGO (4.2). |
| MACDONALD N | 03/06/06 | 3.90 | TO NEW YORK FROM DETROIT (3.9). |
| MACDONALD N | 03/08/06 | 5.40 | TO CHICAGO FROM NEW YORK (5.4). |
| MACDONALD N | 03/12/06 | 3.40 | TO NEW YORK FROM CHICAGO (3.4). |
| MACDONALD N | 03/23/06 | 3.90 | TO CHICAGO FROM NEW YORK (3.9). |
| | | **20.80** | |
| MEISLER RE | 03/01/06 | 4.20 | TO TROY FROM NEW YORK (4.2). |
| MEISLER RE | 03/04/06 | 3.30 | TO CHICAGO FROM TROY (3.3). |
| MEISLER RE | 03/15/06 | 4.30 | TO TROY FROM CHICAGO (4.3). |
| MEISLER RE | 03/16/06 | 4.00 | TO CHICAGO FROM TROY (4.0). |
| MEISLER RE | 03/20/06 | 3.50 | TO TROY FROM CHICAGO (3.5). |
| MEISLER RE | 03/21/06 | 3.70 | TO CHICAGO FROM DETROIT (3.7). |
| MEISLER RE | 03/27/06 | 4.80 | TO TROY FROM CHICAGO (4.8). |
| MEISLER RE | 03/29/06 | 3.50 | TO NEW YORK FROM TROY (3.5). |
| MEISLER RE | 03/31/06 | 4.90 | TO CHICAGO FROM NEW YORK (4.9). |
| | | **36.20** | |
| MICHELI MJ | 03/01/06 | 6.80 | TO DETROIT FROM CHICAGO (2.7); TO CHICAGO FROM DETROIT (4.1). |
| MICHELI MJ | 03/08/06 | 6.60 | TO DETROIT FROM CHICAGO (3.4); TO CHICAGO FROM DETROIT (3.2). |
| MICHELI MJ | 03/22/06 | 8.10 | TO DETROIT FROM CHICAGO (3.8); TO KANSAS CITY FROM DETROIT (4.3). |
| MICHELI MJ | 03/23/06 | 4.40 | TO DENVER FROM KANSAS CITY (4.4). |
| MICHELI MJ | 03/24/06 | 5.90 | TO CHICAGO FROM DENVER (5.9). |
| | | **31.80** | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| REESE RG | 03/07/06 | 4.40 | TO TROY FROM CHICAGO (4.4). |
| REESE RG | 03/10/06 | 4.30 | TO CHICAGO FROM TROY (4.3). |
| REESE RG | 03/19/06 | 3.90 | TO TROY FROM CHICAGO (3.9). |
| REESE RG | 03/23/06 | 3.60 | TO CHICAGO FROM DETROIT (3.6). |
| REESE RG | 03/27/06 | 4.10 | TO TROY FROM CHICAGO (4.1). |
| REESE RG | 03/31/06 | 5.70 | TO CHICAGO FROM TROY VIA CAR (5.7). |
| | | **26.00** | |
| STUART NL | 03/28/06 | 3.40 | TO NEW YORK FROM CHICAGO (3.4). |
| STUART NL | 03/31/06 | 5.70 | TO CHICAGO FROM NEW YORK (5.7). |
| | | **9.10** | |
| ZALTZMAN H | 03/03/06 | 4.20 | TO TROY FROM NEW YORK (4.2). |
| ZALTZMAN H | 03/06/06 | 4.80 | TO NEW YORK FROM TROY (4.8). |
| | | **9.00** | |
| **Total Associate** | | **205.20** | |
| **TOTAL TIME** | | **369.60** | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  
Nonworking Travel Time

Bill Date: 05/31/06  
Bill Number: 1108515

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 04/03/06 | 8.60 | TO DETROIT FROM CHICAGO (4.4); TO CHICAGO FROM DETROIT (4.2). |
| BUTLER, JR. J | 04/05/06 | 3.80 | TO DETROIT FROM CHICAGO (3.8). |
| BUTLER, JR. J | 04/06/06 | 2.30 | TO NEW YORK FROM DETROIT (2.3). |
| BUTLER, JR. J | 04/07/06 | 4.60 | TO CHICAGO FROM NEW YORK (4.6). |
| BUTLER, JR. J | 04/09/06 | 3.90 | TO DETROIT FROM CHICAGO (3.9). |
| BUTLER, JR. J | 04/10/06 | 3.70 | TO CHICAGO FROM DETROIT (3.7). |
| BUTLER, JR. J | 04/23/06 | 3.80 | TO DETROIT FROM CHICAGO (3.8). |
| BUTLER, JR. J | 04/26/06 | 2.70 | TO CHICAGO FROM DETROIT (2.7). |
| BUTLER, JR. J | 04/28/06 | 4.60 | TO NEW YORK FROM SAVANNAH (FLIGHT CANCELLED-MECHANICAL) TO CHICAGO FROM SAVANNAH (4.6). |
| BUTLER, JR. J | 04/30/06 | 3.60 | TO DETROIT FROM CHICAGO (3.6). |
| | | **41.60** | |
| FURFARO JP | 04/26/06 | 3.00 | TO TROY FROM NEW YORK (3.0). |
| FURFARO JP | 04/27/06 | 2.50 | TO NEW YORK FROM TROY (2.5). |
| | | **5.50** | |
| LYONS JK | 04/05/06 | 3.30 | TO ATLANTA FROM TROY (3.3). |
| LYONS JK | 04/10/06 | 4.10 | TO TROY FROM CHICAGO (4.1). |
| LYONS JK | 04/12/06 | 4.20 | TO CHICAGO FROM TROY (4.2). |
| LYONS JK | 04/18/06 | 3.80 | TO TROY FROM CHICAGO (3.8). |
| LYONS JK | 04/20/06 | 4.30 | TO CHICAGO FROM TROY (4.3). |
| LYONS JK | 04/26/06 | 3.80 | TO TROY FROM CHICAGO (3.8). |
| LYONS JK | 04/28/06 | 4.60 | TO CHICAGO FROM TROY (4.6). |
| | | **28.10** | |
| SPRINGER DE | 04/04/06 | 1.50 | TO TROY FROM CHICAGO (1.5). |
| SPRINGER DE | 04/07/06 | 4.00 | TO CHICAGO FROM TROY (4.0). |
| | | **5.50** | |
| **Total Partner** | | **80.70** | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| HERRIOTT AV | 04/05/06 | 4.70 | TO NEW YORK FROM CHICAGO (4.7). |
| HERRIOTT AV | 04/07/06 | 5.40 | TO CHICAGO FROM NEW YORK (5.4). |
| | | **10.10** | |
| MEISLER RE | 04/05/06 | 4.70 | TO NEW YORK FROM CHICAGO (4.7). |
| MEISLER RE | 04/07/06 | 4.30 | TO CHICAGO FROM NEW YORK (4.3). |
| MEISLER RE | 04/11/06 | 4.50 | TO DETROIT FROM CHICAGO (4.5). |
| MEISLER RE | 04/18/06 | 4.10 | TO TROY FROM CHICAGO (4.1). |
| MEISLER RE | 04/19/06 | 4.00 | TO CHICAGO FROM TROY (4.0). |
| MEISLER RE | 04/25/06 | 4.30 | TO TROY FROM CHICAGO (4.3). |
| MEISLER RE | 04/26/06 | 3.30 | TO CHICAGO FROM TROY (3.3). |
| | | **29.20** | |
| MICHELI MJ | 04/04/06 | 7.70 | TO DETROIT FROM CHICAGO (4.5); TO NEW YORK FROM DETROIT (3.2). |
| MICHELI MJ | 04/07/06 | 4.90 | TO CHICAGO FROM NEW YORK (4.9). |
| MICHELI MJ | 04/12/06 | 6.70 | TO DETROIT FROM CHICAGO (3.2); TO CHICAGO FROM DETROIT (3.5). |
| MICHELI MJ | 04/19/06 | 6.20 | TO DETROIT FROM CHICAGO (3.2); TO CHICAGO FROM DETROIT (3.0). |
| | | **25.50** | |
| REESE RG | 04/05/06 | 4.10 | TO NEW YORK FROM CHICAGO (4.1). |
| REESE RG | 04/07/06 | 4.70 | TO CHICAGO FROM NEW YORK (4.7). |
| REESE RG | 04/11/06 | 4.60 | TO TROY FROM CHICAGO (4.6). |
| REESE RG | 04/13/06 | 4.70 | TO CHICAGO FROM TROY (4.7). |
| REESE RG | 04/18/06 | 3.10 | TO DETROIT FROM CHICAGO (3.1). |
| REESE RG | 04/21/06 | 4.30 | TO CHICAGO FROM TROY (4.3). |
| REESE RG | 04/23/06 | 3.00 | TO DETROIT FROM CHICAGO (3.0). |
| REESE RG | 04/26/06 | 3.90 | TO CHICAGO FROM TROY (3.9). |
| | | **32.40** | |
| WHARTON JN | 04/27/06 | 6.20 | TO TROY FROM CHICAGO (2.8); TO CHICAGO FROM TROY (3.4). |
| | | **6.20** | |
| **Total Associate** | | **103.40** | |
| **TOTAL TIME** | | **184.10** | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  
Nonworking Travel Time

Bill Date: 06/30/06  
Bill Number: 1112661

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BERLIN K | 05/03/06 | 5.90 | TO TROY, MI AND RETURN (5.9). |
|  |  | **5.90** |  |
| BUTLER, JR. J | 05/02/06 | 2.80 | TO NEW YORK FROM DETROIT (2.8). |
| BUTLER, JR. J | 05/04/06 | 4.10 | TO DETROIT FROM CHICAGO (4.1). |
| BUTLER, JR. J | 05/07/06 | 3.90 | TO NEW YORK FROM CHICAGO (3.9). |
| BUTLER, JR. J | 05/12/06 | 4.20 | TO CHICAGO FROM NEW YORK CITY (4.2). |
| BUTLER, JR. J | 05/14/06 | 3.30 | TO DETROIT FROM CHICAGO (3.3). |
| BUTLER, JR. J | 05/15/06 | 3.60 | TO CHICAGO FROM DETROIT (3.6). |
| BUTLER, JR. J | 05/21/06 | 3.70 | TO DETROIT FROM CHICAGO (3.7). |
| BUTLER, JR. J | 05/23/06 | 2.90 | TO NEW YORK FROM DETROIT (2.9). |
| BUTLER, JR. J | 05/24/06 | 3.10 | TO DETROIT FROM NEW YORK (3.1). |
| BUTLER, JR. J | 05/25/06 | 3.40 | TO NEW YORK FROM DETROIT (3.4). |
| BUTLER, JR. J | 05/26/06 | 3.90 | TO CHICAGO FROM NEW YORK (3.9). |
| BUTLER, JR. J | 05/30/06 | 4.50 | TO DETROIT FROM CHICAGO (4.5). |
|  |  | **43.40** |  |
| HOGAN III AL | 05/22/06 | 2.50 | TO CHICAGO FROM TROY (2.5). |
|  |  | **2.50** |  |
| LYONS JK | 05/02/06 | 3.50 | TO TROY FROM CHICAGO (3.5). |
| LYONS JK | 05/04/06 | 4.30 | TO CHICAGO FROM TROY (4.3). |
| LYONS JK | 05/08/06 | 3.30 | TO TROY FROM CHICAGO (3.3). |
| LYONS JK | 05/09/06 | 3.50 | TO CHICAGO FROM TROY (3.5). |
| LYONS JK | 05/11/06 | 3.40 | TO TROY FROM CHICAGO (3.4). |
| LYONS JK | 05/12/06 | 4.90 | TO CHICAGO FROM TROY (4.9). |
| LYONS JK | 05/17/06 | 3.80 | TO TROY FROM CHICAGO (3.8). |
| LYONS JK | 05/19/06 | 4.00 | TO CHICAGO FROM TROY (4.0). |
| LYONS JK | 05/24/06 | 3.30 | TO TROY FROM CHICAGO (3.3). |
| LYONS JK | 05/25/06 | 6.40 | TO CHICAGO FROM TROY (BY CAR) (6.4). |
|  |  | **40.40** |  |
| PANAGAKIS GN | 05/03/06 | 4.00 | TO NEW YORK FROM CHICAGO (4.0). |
| PANAGAKIS GN | 05/05/06 | 3.80 | TO CHICAGO FROM NEW YORK (3.8). |
| PANAGAKIS GN | 05/07/06 | 3.80 | TO NEW YORK FROM CHICAGO (3.8). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| PANAGAKIS GN | 05/12/06 | 5.20 | TO CHICAGO FROM NEW YORK (5.2). |
| PANAGAKIS GN | 05/21/06 | 2.00 | TO TROY FROM CHICAGO (2.0). |
| PANAGAKIS GN | 05/22/06 | 3.60 | TO NEW YORK FROM TROY (3.6). |
| PANAGAKIS GN | 05/26/06 | 4.20 | TO CHICAGO FROM NEW YORK (4.2). |
| PANAGAKIS GN | 05/31/06 | 3.90 | TO NEW YORK FROM CHICAGO (3.9). |
| | | **30.50** | |
| WEXLER MP | 05/03/06 | 7.90 | TO TROY FROM CHICAGO (3.8); TO CHICAGO FROM TROY (4.1). |
| | | **7.90** | |
| **Total Partner** | | **130.60** | |
| SHIVAKUMAR D | 05/10/06 | 5.70 | TO NEW YORK FROM CHICAGO (5.7). |
| SHIVAKUMAR D | 05/12/06 | 5.30 | TO CHICAGO FROM NEW YORK (5.3). |
| SHIVAKUMAR D | 05/15/06 | 4.10 | TO TROY FROM CHICAGO (4.1). |
| SHIVAKUMAR D | 05/16/06 | 3.70 | TO CHICAGO FROM TROY (3.7). |
| SHIVAKUMAR D | 05/23/06 | 8.30 | TO TROY FROM CHICAGO (3.8); TO CHICAGO FROM TROY (4.5). |
| SHIVAKUMAR D | 05/29/06 | 5.80 | TO NEW YORK FROM CHICAGO (5.8). |
| | | **32.90** | |
| **Total Counsel** | | **32.90** | |
| CAMPANARIO ND | 05/01/06 | 4.50 | TO NEW YORK FROM CHICAGO (4.5). |
| CAMPANARIO ND | 05/13/06 | 4.90 | TO CHICAGO FROM NEW YORK (4.9). |
| CAMPANARIO ND | 05/22/06 | 5.00 | TO NEW YORK FROM CHICAGO (5.0). |
| CAMPANARIO ND | 05/31/06 | 5.00 | TO NEW YORK FROM CHICAGO (5.0). |
| | | **19.40** | |
| FERN BM | 05/04/06 | 2.30 | TO NEW YORK FROM CHICAGO (2.3). |
| FERN BM | 05/05/06 | 5.10 | TO CHICAGO FROM NEW YORK (5.1). |
| FERN BM | 05/07/06 | 4.60 | TO NEW YORK FROM CHICAGO (4.6). |
| FERN BM | 05/12/06 | 5.30 | TO CHICAGO FROM NEW YORK (5.3). |
| FERN BM | 05/29/06 | 5.40 | TO NEW YORK FROM CHICAGO (5.4). |
| FERN BM | 05/30/06 | 5.70 | FROM NEW YORK TO CHICAGO (5.7). |
| | | **28.40** | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GUZZARDO J    | 05/16/06 | 5.80 | TO NEW YORK FROM CHICAGO (5.8). |
| GUZZARDO J    | 05/17/06 | 4.90 | TO CHICAGO FROM NEW YORK (4.9). |
| GUZZARDO J    | 05/30/06 | 5.70 | TO NEW YORK FROM CHICAGO (5.7). |
| | | **16.40** | |
| HERRIOTT AV   | 05/02/06 | 4.70 | TO NEW YORK FROM CHICAGO (4.7). |
| HERRIOTT AV   | 05/03/06 | 5.30 | TO NEW YORK FROM CHICAGO (5.3). |
| HERRIOTT AV   | 05/22/06 | 4.20 | TO TROY FROM CHICAGO (4.2). |
| HERRIOTT AV   | 05/25/06 | 6.40 | TO CHICAGO FROM TROY (BY CAR) (6.4). |
| | | **20.60** | |
| MACDONALD N   | 05/01/06 | 4.20 | TO NEW YORK FROM CHICAGO (4.2). |
| MACDONALD N   | 05/12/06 | 3.60 | TO CHICAGO FROM NEW YORK (3.6). |
| MACDONALD N   | 05/23/06 | 5.10 | TO NEW YORK FROM CHICAGO (5.1). |
| MACDONALD N   | 05/25/06 | 4.50 | TO CHICAGO FROM NEW YORK (4.5). |
| | | **17.40** | |
| MEISLER RE    | 05/02/06 | 5.30 | TO NEW YORK FROM CHICAGO (5.3). |
| MEISLER RE    | 05/04/06 | 3.50 | TO CHICAGO FROM NEW YORK (3.5). |
| MEISLER RE    | 05/10/06 | 4.30 | TO TROY FROM CHICAGO (4.3). |
| MEISLER RE    | 05/11/06 | 3.50 | TO CHICAGO FROM TROY (3.5). |
| MEISLER RE    | 05/15/06 | 3.80 | TO TROY FROM TROY (3.8). |
| MEISLER RE    | 05/16/06 | 4.00 | TO CHICAGO FROM TROY (4.0). |
| MEISLER RE    | 05/22/06 | 3.90 | TO TROY FROM CHICAGO (3.9). |
| MEISLER RE    | 05/24/06 | 5.20 | TO CHICAGO FROM TROY (5.2). |
| MEISLER RE    | 05/29/06 | 4.20 | TO NEW YORK FROM CHICAGO (4.2). |
| MEISLER RE    | 05/30/06 | 5.90 | TO CHICAGO FROM CHICAGO (5.9). |
| | | **43.60** | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| REESE RG | 05/02/06 | 3.40 | TO DETROIT AIRPORT FROM CHICAGO (3.4). |
| REESE RG | 05/05/06 | 4.40 | TO CHICAGO FROM TROY (4.4). |
| REESE RG | 05/07/06 | 4.70 | TO TROY FROM CHICAGO (4.7). |
| REESE RG | 05/12/06 | 4.90 | TO CHICAGO FROM TROY (4.9). |
| REESE RG | 05/14/06 | 3.80 | TO TROY FROM CHICAGO (3.8). |
| REESE RG | 05/17/06 | 4.80 | TO CHICAGO FROM TROY (4.8). |
| REESE RG | 05/21/06 | 3.90 | TO TROY FROM CHICAGO (3.9). |
| REESE RG | 05/25/06 | 6.40 | TO CHICAGO FROM TROY (BY CAR) (6.9). |
| REESE RG | 05/30/06 | 4.20 | TO DETROIT AIRPORT FROM CHICAGO (4.2). |
| | | **40.50** | |
| STUART NL | 05/15/06 | 3.70 | TO TROY FROM CHICAGO (3.7). |
| STUART NL | 05/16/06 | 4.40 | TO CHICAGO FROM TROY (4.4). |
| STUART NL | 05/23/06 | 7.90 | TO TROY FROM CHICAGO (3.6); TO CHICAGO FROM TROY (4.3). |
| STUART NL | 05/29/06 | 4.40 | TO NEW YORK FROM CHICAGO (4.4). |
| | | **20.40** | |
| VANLONKHUYZEN CE | 05/15/06 | 3.90 | TO TROY FROM CHICAGO (3.9). |
| VANLONKHUYZEN CE | 05/16/06 | 3.70 | TO CHICAGO FROM TROY (3.7). |
| | | **7.60** | |
| WHARTON JN | 05/03/06 | 7.20 | TO TROY FROM CHICAGO (3.5) AND TO CHICAGO FROM TROY (3.7). |
| WHARTON JN | 05/10/06 | 5.10 | TO TROY FROM CHICAGO (2.3); TO CHICAGO FROM TROY (2.8). |
| WHARTON JN | 05/17/06 | 8.40 | TO TROY FROM CHICAGO (3.5); TO CHICAGO FROM TROY (4.9). |
| WHARTON JN | 05/30/06 | 5.20 | TO TROY FROM CHICAGO (5.2). |
| WHARTON JN | 05/31/06 | 4.90 | TO TROY FROM CHICAGO (4.9). |
| | | **30.80** | |
| **Total Associate** | | **245.10** | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| ROSEN R | 05/02/06 | 5.50 | TO NEW YORK FROM CHICAGO (5.5). |
| ROSEN R | 05/05/06 | 5.60 | TO CHICAGO FROM NEW YORK (5.6). |
| ROSEN R | 05/28/06 | 4.90 | TO NEW YORK FROM CHICAGO (4.9). |
| ROSEN R | 05/31/06 | 5.30 | TO CHICAGO FROM NEW YORK (5.3). |
| | | **21.30** | |
| **Total Legal Assistant** | | **21.30** | |
| **TOTAL TIME** | | **429.90** | |