**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  
Leases (Real Property)

Bill Date: 06/30/06  
Bill Number: 1112661

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MARAFIOTI KA | 05/18/06 | 0.50 | ANALYZE UTE ISSUES (0.5). |
| MARAFIOTI KA | 05/19/06 | 1.40 | WORK ON RESPONSE TO OBJECTION RE: UTE & ANALYZE ISSUES RE: SAME (1.4). |
|  |  | **1.90** |  |
| WEXLER MP | 05/02/06 | 1.10 | FOLLOW UP ON STATUS OF OBJECTION TO REJECTION OF INDIANAPOLIS LEASE AND STRATEGY FOR DEALING WITH SAME (0.3); REVIEW STATUS OF LEASING ISSUES IN PREPARATION FOR MEETING AT DELPHI (0.8). |
| WEXLER MP | 05/03/06 | 1.10 | MEETING WITH M. HESTER, C. COMERFORD AND TELECONFERENCE WITH OTHERS RE: IRVINE, CA LEASE (0.7); REVIEW ISSUES AND STRATEGY IN CONNECTION WITH WARREN, OH LANDLORD POTENTIAL SET OFF OF MAINTENANCE FUNDS AND DISCUSS WITH C. HITCHCOCK (0.3); FOLLOW UP ON RESPONSES TO LEASE AND REJECTION NOTICES (0.1). |
| WEXLER MP | 05/04/06 | 0.90 | FOLLOW UP ON STRATEGY FOR DEALING WITH WARREN DISTRIBUTION CENTER LANDLORD AND SET OFF OF AMOUNTS HELD (0.4); CONSIDER STRATEGY FOR RESPONSE TO OBJECTION TO REJECTION OF INDIANAPOLIS LEASE (0.3); REVIEW CORRESPONDENCE RE: TESTING AT IRVINE, CA SITE AND FOLLOW UP (0.2). |
| WEXLER MP | 05/05/06 | 0.40 | CORRESPONDENCE WITH CLIENT RE: IRVINE, CA (0.2); REVIEW STATUS AND ISSUES RE: PARTIAL TERMINATION OF ANDERSON, IN LEASE (0.2). |
| WEXLER MP | 05/08/06 | 1.10 | REVIEW STATUS OF COLUMBIA, TN NEGOTIATIONS AND STRATEGY, ISSUES AND PROCESS IN CONNECTION WITH TRANSACTION (0.4); FOLLOW UP ON POTENTIAL TERMINATION OF ANDERSON, IN PROPERTY, ISSUES, STRATEGY AND PROCESS FOR FINALIZING SAME (0.7). |
| WEXLER MP | 05/10/06 | 0.60 | REVIEW STATUS OF DISCUSSIONS WITH UTE FOR INDIANAPOLIS PROPERTY AND CONSIDER STRATEGY FOR DEALING THEREWITH (0.6). |
| WEXLER MP | 05/11/06 | 0.70 | REVIEW STRATEGY FOR RESPONSE TO UTE ON OBJECTION TO LEASE REJECTION IN INDIANAPOLIS AND HEARING (0.3); REVIEW AND COMMENT ON LEASE ISSUES RAISED BY CLIENT (0.4). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| WEXLER MP | 05/12/06 | 0.30 | CONSIDER STRATEGY FOR DEALING WITH UTE OBJECTION IN LIGHT OF OMNIBUS HEARING RESCHEDULE (0.3). |
| WEXLER MP | 05/15/06 | 0.40 | REVIEW CORRESPONDENCE AND EXAMPLES OF LEASE TERMINATION TRANSACTIONS AND CONSIDER STRATEGY FOR ANDERSON, INDIANA (0.4). |
| WEXLER MP | 05/16/06 | 2.30 | REVIEW AND COMMENT ON RESPONSE TO OBJECTION OF UTE TO REJECTION OF LEASES AND FOLLOW UP ON ISSUES RAISED RE: ABANDONMENT OF PROPERTY AND ENVIRONMENTAL MATTERS (1.8); REVIEW INFORMATION ON ANDERSON, IN LEASE TERMINATION AND RELATED TRANSACTIONS (0.3); REVIEW STATUS OF COLUMBIA, TN LEASE NEGOTIATION AND STRATEGY FOR MOVING FORWARD (0.2). |
| WEXLER MP | 05/17/06 | 1.30 | REVIEW SETTLEMENT OFFER FROM WARREN, OHIO LANDLORD AND CORRESPONDENCE FROM CLIENT AND CONSIDER ISSUES/STRATEGY RE: SAME (0.5); REVIEW AND COMMENT ON REVISED DRAFT OF RESPONSE TO UTE OBJECTION TO LEASE REJECTION AND FOLLOW UP ON ISSUES RAISED THEREIN (0.8). |
| WEXLER MP | 05/18/06 | 0.40 | REVIEW CORRESPONDENCE RE: TURNOVER OF INDIANAPOLIS LEASEHOLD AND FOLLOW UP ON RESPONSE TO UTE OBJECTION (0.4). |
| WEXLER MP | 05/19/06 | 1.10 | REVIEW AND COMMENT ON REVISED DRAFT OF RESPONSE TO UTE OBJECTION TO REJECTION OF INDIANAPOLIS LEASE (0.6); CONSIDER STRATEGY FOR TIMING OF FILING OF RESPONSE AND NEGOTIATIONS WITH LANDLORD TO POSTPONE HEARING (0.3); REVIEW COLUMBIA, TN ISSUES AND STRATEGY (0.2). |
| WEXLER MP | 05/22/06 | 0.90 | REVIEW SETTLEMENT PROPOSAL FROM WARREN, OH LANDLORD AND CONSIDER STRATEGY FOR RESPONSE (0.6); CONSIDER ISSUES AND STATUS OF COLUMBIA, TN LEASE PROPOSAL (0.3). |
| WEXLER MP | 05/23/06 | 0.20 | REVIEW STRATEGY FOR SETTLEMENT OF WARREN, OH TAX AND MAINTENANCE PAYMENT DISPUTE (0.2). |
| | | 12.80 | |
| **Total Partner** | | **14.70** | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| AMODEO JA | 05/16/06 | 6.50 | RESEARCH ON ABANDONMENT OF LEASES AND ENVIRONMENTALLY IMPAIRED PROPERTY (6.5). |
| AMODEO JA | 05/17/06 | 7.60 | REDRAFT RESPONSE TO OPPOSITION TO MOTION TO ABANDON LEASED PROPERTY IN INDIANAPOLIS (7.6). |
| AMODEO JA | 05/24/06 | 1.50 | REVIEW MOTION ON NEW BRUNSWICK PROPERTY (1.5). |
| AMODEO JA | 05/25/06 | 2.90 | REVIEW MOTION ON NEW BRUNSWICK PROPERTY; OBTAIN SERVICE ADDRESSES (2.9). |
| AMODEO JA | 05/26/06 | 1.50 | REVIEW NEW BRUNSWICK MOTION AND DISCUSS WITH CREDITOR COMMITTEE LAWYER (1.5). |
| | | **20.00** | |
| **Total Counsel** | | **20.00** | |
| CAMPANARIO ND | 04/01/06 | 1.50 | COMPLETE ABSTRACT OF W. KERR DEPOSITION IN CONNECTION WITH CHEROKEE LEASE MOTION (1.5). |
| | | **1.50** | |
| DANZ CE | 05/04/06 | 2.30 | TELECONFERENCE WITH C. RAFORTH RE: WARREN, OHIO LEASE ESCROW ISSUE AND FOLLOW-UP COMMUNICATION WITH W. KRYGOWSKI AND C. HITCHCOCK RE: THE ISSUE (1.1); TELECONFERENCE RE: LAUREL, MISSISSIPPI FINANCING/LEASE ISSUE (0.8); UPDATED AND DISTRIBUTED THE IRVINE MEMO (0.4). |
| DANZ CE | 05/05/06 | 1.00 | TELECONFERENCE WITH D. SOKOL AND J. BEAUDOEN RE: COLUMBIA, ANDERSON AND INDIANAPOLIS (0.4); REVIEW OF THE CORRESPONDENCE ON COLUMBIA (0.3); REVIEW OF THE DOCKET (0.3). |
| DANZ CE | 05/08/06 | 1.60 | FOLLOW-UP ON THE CREDITORS' COMMITTEE POSITION ON THE ANDERSON, INDIANA LEASE AMENDMENT (0.4); TELECONFERENCE WITH J. BEAUDOEN RE: OUTSTANDING REAL ESTATE ITEMS AND RELATED REVIEW OF ANDERSON DOCUMENT (0.6); REVIEW AND REVISION OF DISCLOSURE STATEMENT LANGUAGE RE: LEASES (0.6). |
| DANZ CE | 05/09/06 | 2.10 | TELECONFERENCE WITH J. BEAUDOEN AND RELATED FOLLOW UP AND ATTENTION TO REJECTION ISSUE (0.6); COORDINATED INQUIRY ON FEE PROPERTY (0.4); DEVELOPED APPROVAL STRATEGY RELATING TO ANDERSON, INDIANA (0.4); ATTENTION TO THE INDIANAPOLIS LEASE REJECTION ISSUE AND STRATEGY RE: RESPONSE (0.7). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| DANZ CE | 05/10/06 | 0.40 | STRATEGY TELECONFERENCE ON INDIANAPOLIS LEASE REJECTION (0.4). |
| DANZ CE | 05/11/06 | 1.30 | TELECONFERENCE WITH J. BEAUDOEN, AND LOCAL SITE PERSONNEL ON THE INDIANAPOLIS SITE RE: THE REJECTION OBJECTION (0.8); TELECONFERENCE WITH J. BEAUDOEN RE: STATUS OF VARIOUS LEASE RELATED REAL ESTATE ITEMS (0.4), TELECONFERENCE TO D. STANKLOFF (0.1). |
| DANZ CE | 05/15/06 | 0.80 | FOLLOW UP RE: THE APPROVALS NEEDED FOR ANDERSON, INDIANA (0.5) EMAIL TO J. BEAUDOEN (0.3). |
| DANZ CE | 05/16/06 | 1.50 | FOLLOW UP ON AUTHORITY FOR ANDERSON INDIANA (0.4), DRAFTED COMMUNICATION TO J. BEAUDOEN (0.3), TELECONFERENCE WITH S. COCHRAN, REVIEW OF COLUMBIA, TN AND DRAFTED COMMUNICATION TO A. CARGILE IN FOLLOW-UP (0.8). |
| DANZ CE | 05/17/06 | 1.20 | REVIEW OF THE UNIVERSAL TOOL RESPONSE AND COORDINATED SERVICE PARTIES (0.4); REVIEW OF THE WARREN, OHIO ISSUE AND REVIEWED LEASE AND SPECIFIC CASELAW RE: SETOFF UNDER LEASES (0.8). |
| DANZ CE | 05/18/06 | 1.70 | TELECONFERENCE WITH J. BEAUDOEN AND D. SOKOL RE: LEASE RELATED ISSUES AND COLUMBIA, TN (0.7), TELECONFERENCE TO A. CARGILE (0.3), TELECONFERENCE WITH J. PRICE RE: SAN DUSKY, OH (0.4), CONTINUED ATTENTION TO LEASE REJECTION ISSUE (0.3). |
| DANZ CE | 05/19/06 | 1.60 | NUMEROUS DISCUSSIONS WITH COUNSEL FOR UTE RE: THE OBJECTION, SETTLEMENT AND SCHEDULING THE HEARING (1.6). |
| DANZ CE | 05/23/06 | 1.50 | REVIEW OF THE WASHINGTON DC LEASE (0.4), REVIEW OF DOCKET (0.3); ATTENTION TO THE MOTION SUMMARY CHART (0.4); REVIEW OF THE REJECTION OF LEASES (0.4). |
| DANZ CE | 05/24/06 | 0.10 | REVIEW OF THE LEASE AUTHORIZATION DOCUMENTS FOR IRVINE, CA (0.1). |
| DANZ CE | 05/31/06 | 0.90 | TELECONFERENCE WITH C. COMERFORD RE: OUTSTANDING LEASE RELATED ISSUES (0.4), DRAFTED COMMUNICATION TO C. RAFORTH AND TELECONFERENCE TO C. RAFORTH RE: THE TAX ESCROW ISSUE (0.5). |
| | | **18.00** | |
| JJINGO MJ* | 05/26/06 | 3.60 | RESEARCH ISSUES RELATED TO UTE'S OBJECTION TO REJECTION OF LEASE IN INDIANAPOLIS, INDIANA (3.6). |

133                                                                 B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| JJINGO MJ* | 05/30/06 | 2.00 | CONTINUE RESEARCH RELATED TO ISSUES RAISED IN UTE'S OBJECTION (2.0). |
| JJINGO MJ* | 05/31/06 | 0.30 | CONTINUE TO RESEARCH ISSUES RELATED TO RESPONSE TO UTE'S OBJECTION (0.3). |
| | | **5.90** | |
| MEISLER RE | 05/01/06 | 0.90 | ATTENTION TO RESEARCH RE: LAUREL, MS LEASE (0.9). |
| MEISLER RE | 05/02/06 | 0.50 | CONTINUED ATTENTION TO RESEARCH RE: LAUREL, MS LEASE (0.5). |
| MEISLER RE | 05/03/06 | 0.80 | REVIEW SETOFF REQUEST BY LANDLORD AND RESEARCH RE: SAME (0.5); CONTINUED ATTENTION TO LAUREL, MS LEASE (0.3). |
| MEISLER RE | 05/04/06 | 0.50 | WORKED ON VARIOUS REAL PROPERTY LEASE MATTERS (0.5). |
| MEISLER RE | 05/05/06 | 0.30 | ATTENTION TO ANDERSON, INDIANA LEASE (0.3). |
| MEISLER RE | 05/08/06 | 0.70 | CONTINUED ATTENTION TO LAUREL, MS LEASE (0.2); CONTINUED ATTENTION ANDERSON, INDIANA LEASE TERMINATION (0.3); CONFERENCE WITH J. BUTLER RE: SAME (0.2). |
| MEISLER RE | 05/10/06 | 0.60 | REVIEW AND ANALYZE UTE OBJECTION TO LEASE REJECTION NOTICE (0.6). |
| MEISLER RE | 05/11/06 | 0.20 | CONTINUED ATTENTION TO UTE OBJECTION TO LEASE REJECTION NOTICE (0.2). |
| MEISLER RE | 05/12/06 | 0.10 | CONFERENCE WITH S. TOUSSI RE: UTE OBJECTION (0.1). |
| MEISLER RE | 05/15/06 | 0.40 | ATTENTION TO ANDERSON, INDIANA LEASE (0.4). |
| MEISLER RE | 05/16/06 | 0.80 | CONTINUED ATTENTION TO ANDERSON, INDIANA LEASE (0.3); ATTENTION TO UTE OBJECTION TO LEASE REJECTION (0.5). |
| MEISLER RE | 05/17/06 | 1.00 | CONTINUED ATTENTION TO UTE OBJECTION TO LEASE REJECTION AND REVIEWED DRAFT RESPONSE TO SAME (1.0). |
| MEISLER RE | 05/19/06 | 0.70 | CONTINUED ATTENTION TO UTE OBJECTION TO LEASE REJECTION (0.7). |
| | | **7.50** | |
| REESE RG | 05/01/06 | 1.30 | REVIEW ISSUES RE: FACILITY AGREEMENTS (1.3). |
| REESE RG | 05/02/06 | 1.90 | REVIEW OF ISSUES RELATING TO CERTAIN FACILITY AGREEMENTS (1.9). |
| REESE RG | 05/03/06 | 1.60 | REVIEW AND RESPOND TO ISSUES RE: FACILITY AGREEMENTS (1.6). |
| | | **4.80** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| TOUSSI S | 05/02/06 | 3.10 | RESEARCH ISSUES RE REJECTION OF LEASES IN CONTEXT OF ENVIRONMENTAL CONTAMINATION (1.0) AND ABANDONMENT (0.5); REVIEW MONTGOMERY WARD DOCKET AND REVIEW FILINGS RE SIMILAR ISSUE (1.0); DISCUSS STATUS WITH TEAM RE OBJECTION (0.6). |
| TOUSSI S | 05/03/06 | 2.80 | RESEARCH UTE LEASE REJECTION ISSUES (1.0), PREPARE OUTLINE OF MOTION RE SAME (1.0); ADDRESS WARREN LEASE REJECTION ISSUES AND RESEARCH SAME (0.8). |
| TOUSSI S | 05/10/06 | 6.70 | RESEARCH ISSUES RE REJECTION OF LEASES IN CONTEXT OF ENVIRONMENTAL CONTAMINATION AND ABANDONMENT OF PROPERTY (1.5); EDIT AND REVISE DRAFT RESPONSE TO UTE'S OBJECTION (3.5); PREPARE NOTICE AND PROPOSED ORDER RE SAME (1.0); VARIOUS CORRESPONDENCE RE SAME (0.7). |
| TOUSSI S | 05/12/06 | 2.20 | ADDRESS ISSUES RE RESPONSE TO UTE'S OBJECTION TO DEBTORS' LEASE REJECTION MOTIONS (1.0); EDIT AND REVISE BRIEF AND REVIEW COMMENTS TO SAME (1.2). |
| TOUSSI S | 05/15/06 | 2.50 | ADDRESS ISSUES RE DRAFT RESPONSE TO UTE OBJECTION TO DEBTORS' LEASE REJECTION MOTION (1.5); FOLLOW UP RESEARCH RE SAME (1.0). |
| TOUSSI S | 05/17/06 | 4.30 | REVIEW LATEST DRAFT OF RESPONSE TO UTE'S OBJECTION TO DEBTOR'S LEASE REJECTION NOTICE (0.8); EDIT AND REVISE SAME (1.0); INCORPORATE COMMENTS TO SAME (0.5); CITE CHECK DOCUMENT (1.0); PREPARE NOTICE OF HEARING AND PROPOSED ORDER (1.0). |
| | | 21.60 | |
| **Total Associate/Law Clerk** | | 59.30 | |
| **TOTAL TIME** | | **94.00** | |

\* Law clerks are law school graduates who are not presently admitted to practice.

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                    Bill Date: 06/30/06
Leases (Real Property)                                      Bill Number: 1112661

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
| --- | --- | --- | ---: |
| Telephone Expense | 04/28/06 | Telecommunications, D | 1.99 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.49 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.51 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.01 |
| | | **TOTAL TELEPHONE EXPENSE** | **$3.00** |
| Court Reporting | 05/02/06 | Sasm&F Chicago | -580.00 |
| | | **TOTAL COURT REPORTING** | **$-580.00** |
| | | **TOTAL MATTER** | **$-577.00** |

B43E