SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
        In re                                 :      Chapter 11
                                              :
DELPHI CORPORATION, et al.,                   :      Case No. 05–44481 (RDD)
                                              :
                        Debtors.              :      (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


EXHIBIT D-12
GENERAL CORPORATE ADVICE
373.9 HOURS

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                              Bill Date: 03/31/06
General Corporate Advice                              Bill Number: 1108452

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| ATKINS PA | 02/01/06 | 2.60 | PREPARATION FOR AND ATTENDANCE AT TELEPHONIC BOD MEETING (2.6). |
| ATKINS PA | 02/13/06 | 1.20 | CONFERENCE WITH J. BUTLER AND E. COCHRAN (SASM&F) TO REVIEW STATUS OF VARIOUS MATTERS IN PREPARATION FOR BOD MEETING (1.2). |
| ATKINS PA | 02/14/06 | 7.00 | ATTEND BOD MEETING (7.0). |
| | | 10.80 | |
| BUTLER, JR. J | 02/01/06 | 4.60 | PREPARE FOR (WITH S. MILLER AND OTHERS AT COMPANY IN TROY) (1.6) AND PARTICIPATE IN (2.8) BOARD OF DIRECTORS TELECONFERENCE MEETING AT COMPANY IN TROY; REVIEW AGENDA FOR FEBRUARY 14TH BOARD OF DIRECTORS MEETING (0.2). |
| BUTLER, JR. J | 02/04/06 | 0.40 | REVIEW MATERIALS FROM M. WALLACE RE: PREPARATION FOR FEBRUARY 14TH BOARD OF DIRECTORS MEETING (0.4). |
| BUTLER, JR. J | 02/07/06 | 1.30 | REVIEW AND REVISE DRAFT DIRECTOR LETTER (0.4); EMAILS FROM/TO AND TELECONFERENCE WITH D. SHERBIN (0.2); TELECONFERENCE WITH M. LOEB RE: FEBRUARY 14TH BOARD OF DIRECTORS PACKAGE AND 2006 MEETING SCHEDULE (0.3); BEGIN TO REVIEW PROJECT GRAPEVINE MATERIALS (0.4). |
| BUTLER, JR. J | 02/11/06 | 1.50 | CONTINUE TO REVIEW AND COMMENT ON PROJECT GRAPEVINE MATERIALS (0.7); BEGIN TO PREPARE FOR FEBRUARY 14TH BOARD OF DIRECTORS MEETING IN TROY INCLUDING PRELIMINARY REVIEW OF PRESENTATION MATERIALS (0.8). |
| BUTLER, JR. J | 02/12/06 | 1.90 | CONTINUE TO REVIEW AND COMMENT ON PROJECT GRAPEVINE MATERIALS (0.3); CONTINUE TO PREPARE FOR FEBRUARY 14TH BOARD OF DIRECTORS MEETING IN TROY INCLUDING REVIEW AND REVISION OF PRESENTATION MATERIALS (1.6). |
| BUTLER, JR. J | 02/13/06 | 6.40 | PREPARE FOR FEBRUARY 14TH BOARD OF DIRECTORS MEETING WITH SENIOR MANAGEMENT TEAM AT COMPANY IN TROY INCLUDING REVIEW AND REVISION OF PRESENTATION MATERIALS (3.8) AND INTERNAL MANAGEMENT PREPARATION MEETINGS RE: SAME (1.2); INTERNAL WORKING GROUP MEETING RE: SAME (1.4). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BUTLER, JR. J | 02/14/06 | 7.30 | PREPARE FOR (0.3) AND ATTEND (6.3) BOARD OF DIRECTORS MEETING AT COMPANY IN TROY; ATTEND POST-MEETING WRAP-UP WITH S. MILLER AND EXECUTIVE TEAM IN TROY (0.7). |
| BUTLER, JR. J | 02/15/06 | 0.30 | REVIEW AND REVISE PRESS RELEASES (0.3). |
| BUTLER, JR. J | 02/16/06 | 0.70 | PREPARE FOR (0.3) AND ATTEND (0.4) BOARD OF DIRECTORS TELEPHONIC MEETING IN NEW YORK CITY. |
| BUTLER, JR. J | 02/27/06 | 0.60 | PREPARE FOR FEBRUARY 28TH BOARD OF DIRECTORS TELECONFERENCE MEETING AT COMPANY IN TROY WITH SENIOR MANAGEMENT (0.6). |
| BUTLER, JR. J | 02/28/06 | 1.90 | PREPARE FOR (0.3) AND ATTEND (1.6) BOARD OF DIRECTORS TELECONFERENCE MEETING AT COMPANY IN TROY. |
| | | **26.90** | |
| COCHRAN EL | 02/01/06 | 3.20 | PARTICIPATED IN BOARD MEETING (2.6); REVIEW 8-KS (0.6). |
| COCHRAN EL | 02/10/06 | 4.20 | MONITOR FOR DISCLOSURE ISSUES (4.2). |
| COCHRAN EL | 02/13/06 | 1.60 | PREPARE FOR BOARD MEETING (1.6). |
| COCHRAN EL | 02/14/06 | 7.20 | PARTICIPATED IN BOARD MEETING (7.2). |
| COCHRAN EL | 02/15/06 | 0.80 | REVIEW BOARD MATTERS WITH TEAM (0.8). |
| COCHRAN EL | 02/16/06 | 0.80 | PARTICIPATED IN BOARD MEETING (0.8). |
| COCHRAN EL | 02/17/06 | 1.40 | REVIEW ISSUES RELATING TO KECP 8-K (1.4). |
| COCHRAN EL | 02/18/06 | 1.80 | REVIEW KECP 8-K ISSUES (1.8). |
| COCHRAN EL | 02/20/06 | 1.50 | REVIEW 8-K/KECP ISSUES (1.5). |
| COCHRAN EL | 02/21/06 | 1.80 | FINALIZE 8-K FOR KECP (1.8). |
| COCHRAN EL | 02/22/06 | 0.40 | STATUS CALL UPDATE (0.4). |
| COCHRAN EL | 02/27/06 | 0.90 | REVIEW BOARD MINUTES (0.9). |
| COCHRAN EL | 02/28/06 | 1.70 | PARTICIPATED IN BOARD MEETING (1.7). |
| | | **27.30** | |
| FRISHMAN LD | 02/04/06 | 0.20 | EMAIL CORRESPONDENCE WITH M. GIBSON RE: 8-K (0.2). |
| FRISHMAN LD | 02/06/06 | 1.10 | REVIEW AND GIVE COMMENTS ON DESCRIPTION OF DIP IN DRAFT 10-K (1.1). |
| FRISHMAN LD | 02/07/06 | 0.40 | REVIEW AND GIVE COMMENTS ON REVISIONS TO 8-K RE: DIP AMENDMENT (0.4). |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| FRISHMAN LD | 02/08/06 | 0.20 | REVIEW AND GIVE COMMENTS ON REVISIONS TO DRAFT 8-K RE: DIP AMENDMENT (0.2). |
| | | **1.90** | |
| LEFF NM | 02/06/06 | 0.20 | TELECONFERENCE WITH M. GIBSON RE: 10-K FILING (0.2). |
| LEFF NM | 02/14/06 | 0.20 | TELECONFERENCE WITH GIBSON RE: 8K FILING FOR KECP (0.2). |
| LEFF NM | 02/16/06 | 0.70 | TELECONFERENCE WITH GIBSON AND COCHRAN RE: 8-K ISSUES (0.7). |
| LEFF NM | 02/17/06 | 0.50 | TELECONFERENCE WITH GIBSON RE: 8-K FILING (0.5). |
| LEFF NM | 02/20/06 | 0.60 | TELECONFERENCE WITH SCHOHN RE: 8-K ISSUES (0.6). |
| LEFF NM | 02/21/06 | 0.40 | CONTINUED DISCUSSIONS WITH SCHOHN RE: 8-K ISSUES; REVIEW LETTER TO IRS (0.4). |
| LEFF NM | 02/22/06 | 0.40 | EMAIL WITH E. SCHOHN RE: 8-K FUNDING ISSUES (0.4). |
| LEFF NM | 02/27/06 | 0.80 | REVIEW 10-K AND TELECONFERENCE WITH SCHOHN (0.8). |
| LEFF NM | 02/28/06 | 0.50 | CONFERENCE WITH E. SCHOHN RE: 10-K DISCLOSURE (0.5). |
| | | **4.30** | |
| MARAFIOTI KA | 02/14/06 | 0.10 | WORK ON ISSUES RE: 8K (0.1). |
| MARAFIOTI KA | 02/20/06 | 0.30 | ANALYZE 8K ISSUES (0.3). |
| MARAFIOTI KA | 02/21/06 | 0.60 | WORK ON ISSUES RE: 8K (0.6). |
| MARAFIOTI KA | 02/22/06 | 0.30 | WORK ON 8K MATTERS (0.3). |
| MARAFIOTI KA | 02/27/06 | 1.10 | REVIEWED AND REVISED BOARD MINUTES (0.8); CORRESPONDENCE FROM AND TO TRUSTEE FOR TOPRS (0.3). |
| | | **2.40** | |
| WEXLER MP | 02/06/06 | 0.40 | REVIEW REAL ESTATE ISSUES FOR FORM 10-K (0.4). |
| WEXLER MP | 02/07/06 | 0.70 | REVIEW AND COMMENT ON LANGUAGE TO BE INCORPORATED INTO FORM 10-K RE: LEASES, INCLUDING REVIEW OF PRECEDENT (0.7). |
| | | **1.10** | |
| **Total Partner** | | **74.70** | |
| MATZ TJ | 02/06/06 | 0.60 | REVIEW AND COMMENT ON DRAFT SECTIONS OF 10-K (0.6). |
| MATZ TJ | 02/22/06 | 0.40 | WORK ON 8-K RE: AIP (0.4). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| Total Counsel | | 1.00 | |
| | | 1.00 | |
| FERN BM | 02/18/06 | 1.50 | ATTENTION TO ISSUES RE: 8-K FOR REVISED AIP (1.1); REVIEWED AND REVISED 8-K RE: SAME (0.4). |
| FERN BM | 02/19/06 | 0.70 | ADDITIONAL ATTENTION TO ISSUES RE: 8-K FOR IMPLEMENTATION OF REVISED AIP (0.7). |
| FERN BM | 02/20/06 | 0.60 | ADDITIONAL REVIEW OF 8-K RE: AIP ORDER (0.3); ATTENTION TO ISSUES RE: 8-K FOR REVISED AIP (0.3). |
| FERN BM | 02/22/06 | 2.40 | ATTENTION TO EXHIBITS FOR 8-K ON REVISED AIP (2.4). |
| | | 5.20 | |
| GIBSON ML | 02/01/06 | 0.20 | REVIEWED LANGUAGE FOR 8-K ON 341 MEETING AND MULTIPLE CORRESPONDENCE/CALLS RE: SAME (0.2). |
| GIBSON ML | 02/02/06 | 1.10 | REVISED 8-K DRAFT FOR 341 MEETING AND SCHEDULES AMENDMENT AND MULTIPLE TELECONFERENCE /CORRESPONDENCE RE: SAME (1.1). |
| GIBSON ML | 02/03/06 | 4.60 | REVIEWED AND COMMENTED ON KEY MESSAGES (0.4); MULTIPLE TELECONFERENCES, DISCUSSIONS AND MEETINGS RE: AND REDRAFTING OF, 8-K ON STATEMENTS AND SCHEDULES (2.6); DRAFTED 8-K FOR DIP AMENDMENT AND MULTIPLE TELECONFERENCES/DISCUSSIONS RE: SAME (0.8); ALL HANDS TELECONFERENCE (0.5); TELECONFERENCES RE: 10-K MATTERS AND REVIEWED CERTAIN PROVISIONS OF IT (0.3). |
| GIBSON ML | 02/05/06 | 1.90 | EMAILS RE: 8-K ON DIP (0.1); REVIEWED FORM 10-K AND CORRESPONDENCE WITH WORKING GROUP RE: SAME (1.8). |
| GIBSON ML | 02/06/06 | 2.20 | REVIEWED FINAL LANGUAGE FOR 8-K AND CORRESPONDENCE RE: SAME (0.2); MULTIPLE TELECONFERENCES RE: 10-K MATTERS (0.6); REVIEWED COMMENTS ON KEY MESSAGES AND MARKED UP AND DISTRIBUTED COMMENTS THEREON (0.8); REVIEWED GM MATERIALS (0.2); REVISED AND DISTRIBUTED 8-K RE: DIP AMENDMENT AND PREPARED EXHIBITS (0.4). |
| GIBSON ML | 02/07/06 | 2.70 | FINALIZED AND DISTRIBUTED COMMENTS ON 10-K AND MULTIPLE TELECONFERENCES/CORRESPONDENCE RE: SAME (2.5); CORRESPONDENCE RE: 8-K FOR DIP AMENDMENT (0.2). |
| GIBSON ML | 02/08/06 | 0.20 | CORRESPONDENCE/REVIEWED NEW LANGUAGE FOR 8-K DRAFT (0.2). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GIBSON ML | 02/10/06 | 0.10 | 13G CORRESPONDENCE (0.1). |
| GIBSON ML | 02/13/06 | 0.10 | CORRESPONDENCE RE: RESEARCH MATTERS (0.1). |
| GIBSON ML | 02/14/06 | 1.20 | REVIEWED 13G RESEARCH AND TELECONFERENCE WITH TAX ASSOCIATES (0.7); MULTIPLE TELECONFERENCES/ CORRESPONDENCE RE: DIP LENDER PRESENTATION (0.3); MULTIPLE TELECONFERENCES/CORRESPONDENCE RE: 8-K FOR KECP (0.2). |
| GIBSON ML | 02/15/06 | 0.10 | TELECONFERENCES RE: RESEARCH QUESTION ON INVESTMENT BANK (0.1). |
| GIBSON ML | 02/17/06 | 0.50 | MULTIPLE TELECONFERENCES RE: 8-K FOR KECP; GATHERED MATERIALS FOR 8-K (0.5). |
| GIBSON ML | 02/18/06 | 1.50 | DRAFTED 8-K AND REVIEWED COMMENTS THEREON AND MULTIPLE CORRESPONDENCE/DISCUSSIONS WITH WORKING GROUP RE: SAME (1.5). |
| GIBSON ML | 02/19/06 | 0.50 | MULTIPLE TELECONFERENCES/CORRESPONDENCE WITH WORKING GROUP RE: 8-K AND REVIEWED REVISIONS THERETO (0.5). |
| GIBSON ML | 02/20/06 | 0.90 | MULTIPLE TELECONFERENCES AND CORRESPONDENCE RE: 8-K ON KECP AND REVISED AND DISTRIBUTED SAME (0.9). |
| GIBSON ML | 02/21/06 | 0.10 | CORRESPONDENCE (0.1). |
| GIBSON ML | 02/22/06 | 0.40 | MULTIPLE DISCUSSIONS/CORRESPONDENCE RE: FINALIZING 8-K AND EXHIBITS AND REVIEW OF SAME (0.4). |
| GIBSON ML | 02/23/06 | 0.10 | REVIEWED FINAL DRAFT OF 8-K (0.1). |
| | | 18.40 | |
| OGUNSANYA GO | 02/01/06 | 5.20 | DRAFTING OF 341 PRESENTATION 8-K (5.2). |
| | | 5.20 | |
| SCHOHN E | 02/20/06 | 1.20 | COMMENT ON 8-K DISCLOSURE REQUIREMENTS FOR FILING OF ANNUAL INCENTIVE PLAN (1.2). |
| SCHOHN E | 02/21/06 | 0.80 | PREPARE 8-K ON ANNUAL INCENTIVE PLAN (0.8). |
| SCHOHN E | 02/22/06 | 1.80 | REVISE 8-K RE: ANNUAL INCENTIVE PLAN (1.8). |
| SCHOHN E | 02/27/06 | 1.10 | REVIEW DISCLOSURE OF SERP IN 10-K (1.1). |
| SCHOHN E | 02/28/06 | 0.80 | DRAFT SERP 10-K DISCLOSURE (0.8). |
| | | 5.70 | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| TOUSSI S | 02/06/06 | 1.00 | REVIEW DRAFT 10K TO ADDRESS BANKRUPTCY RELATED MATTERS (1.0). |
| TOUSSI S | 02/07/06 | 1.80 | EDIT AND REVISE SECTIONS OF PROPOSED 10K RELATED TO BANKRUPTCY AND DISCUSS SAME WITH M. GIBSON (1.8). |
| TOUSSI S | 02/15/06 | 2.70 | ADDRESS ISSUES RE: TOPRS (0.3); PREPARE SUMMARY OF OUTSTANDING ISSUES AND STATUS OF LIQUIDATION/TERMINATION OF TRUST (1.5); REVIEW AND ANALYZE DRAFT CONFIDENTIALITY AGREEMENT (0.4); ADDRESS ISSUES RE: CONFIDENTIALITY AGREEMENT (0.5). |
| TOUSSI S | 02/27/06 | 0.70 | ADDRESS ISSUES RE: TOPRS (0.3); REVIEW AND ANALYZE CORRESPONDENCE RE: SAME (0.4). |
| | | **6.20** | |
| TURMAN III RE | 02/05/06 | 0.50 | REVIEW AND COMMENT ON 8-K & 10-K (0.5). |
| TURMAN III RE | 02/06/06 | 2.10 | REVIEW AND REVISE 8-K AND 10-K FINANCING SECTIONS (1.3, 0.8). |
| | | **2.60** | |
| **Total Associate** | | **43.30** | |
| DEMMA J | 02/22/06 | 2.10 | PREPARE MATERIALS RE: LAW DEBENTURE TRUST COMPANY OF NEW YORK FOR ATTORNEY REVIEW (2.1). |
| | | **2.10** | |
| **Total Legal Assistant** | | **2.10** | |
| **TOTAL TIME** | | **121.10** | |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                          Bill Date: 03/31/06
General Corporate Advice                          Bill Number: 1108452

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 02/02/06 | Olasky P | 534.36 |
| Air/Rail Travel - vendor feed | 02/06/06 | Cochran EL | 1,030.53 |
| Air/Rail Travel - vendor feed | 02/06/06 | Cochran EL | 532.86 |
| Air/Rail Travel - vendor feed | 02/06/06 | Cochran EL | 752.38 |
| Air/Rail Travel - vendor feed | 02/06/06 | Cochran EL | -985.52 |
| Air/Rail Travel - vendor feed | 02/13/06 | Cochran EL | 1,112.22 |
| Air/Rail Travel - vendor feed | 02/13/06 | Atkins PA | 1,112.22 |
| Air/Rail Travel - vendor feed | 02/28/06 | Cochran EL | 184.95 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$4,274.00** |
| In-house Reproduction | 02/07/06 | Copy Center, D | 32.93 |
| In-house Reproduction | 02/10/06 | Copy Center, D | 36.63 |
| In-house Reproduction | 02/14/06 | Copy Center, D | 14.01 |
| In-house Reproduction | 02/14/06 | Copy Center, D | 3.22 |
| In-house Reproduction | 02/17/06 | Copy Center, D | 4.70 |
| In-house Reproduction | 02/17/06 | Copy Center, D | 3.10 |
| In-house Reproduction | 02/17/06 | Copy Center, D | 2.00 |
| In-house Reproduction | 02/21/06 | Copy Center, D | 34.03 |
| In-house Reproduction | 02/24/06 | Copy Center, D | 93.38 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$224.00** |
| Telephone Expense | 02/24/06 | Telecommunications, D | 3.83 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 4.09 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.08 |
| | | **TOTAL TELEPHONE EXPENSE** | **$8.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Postage | 02/21/06 | Office Admin, D | 3.24 |
| Postage | 02/28/06 | Office Admin, D | 1.76 |
| | | **TOTAL POSTAGE** | **$5.00** |
| Westlaw | 02/20/06 | Cleary MA | 10.00 |
| | | **TOTAL WESTLAW** | **$10.00** |
| Reproduction - color | 02/27/06 | Copy Center, D | 48.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$48.00** |
| Air/Rail Travel (external) | 02/12/06 | Butler, Jr. J | 220.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$220.00** |
| Out-of-Town Travel | 02/06/06 | Cochran EL | 98.00 |
| Out-of-Town Travel | 02/12/06 | Butler, Jr. J | 95.60 |
| Out-of-Town Travel | 02/12/06 | Butler, Jr. J | 39.00 |
| Out-of-Town Travel | 02/12/06 | Butler, Jr. J | 276.33 |
| Out-of-Town Travel | 02/12/06 | Butler, Jr. J | 10.50 |
| Out-of-Town Travel | 02/13/06 | Atkins PA | 202.29 |
| Out-of-Town Travel | 02/14/06 | Cochran EL | 202.28 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$924.00** |
| Messengers/ Courier | 02/01/06 | Dist Serv/Mail/Page, D | 14.55 |
| Messengers/ Courier | 02/01/06 | Dist Serv/Mail/Page, D | 24.29 |
| Messengers/ Courier | 02/27/06 | Dist Serv/Mail/Page, D | 15.16 |
| | | **TOTAL MESSENGERS/ COURIER** | **$54.00** |
| Out-of-Town Meals | 02/12/06 | Butler, Jr. J | 14.00 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$14.00** |

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Outside Research/Internet Services | 02/11/06 | Parcels Inc. | 60.00 |
| Outside Research/Internet Services | 02/11/06 | Parcels Inc. | 30.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$90.00** |
| Contracted Catering-NY | 02/07/06 | Cochran EL | 395.00 |
| | | **TOTAL CONTRACTED CATERING-NY** | **$395.00** |
| CLR/Disclosure | 02/18/06 | Office Admin, D | 61.82 |
| CLR/Disclosure | 02/28/06 | Global Securities | 15.14 |
| CLR/Disclosure | 02/28/06 | Global Securities | 128.74 |
| CLR/Disclosure | 02/28/06 | Global Securities | 30.30 |
| | | **TOTAL CLR/DISCLOSURE** | **$236.00** |
| | | **TOTAL MATTER** | **$6,502.00** |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                          Bill Date: 04/30/06
General Corporate Advice                          Bill Number: 1108601

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 03/03/06 | 0.70 | REVIEW BOARD OF DIRECTORS MINUTES (0.6); REVIEW AGENDA FOR MARCH 14TH BOARD OF DIRECTORS MEETING (0.1). |
| BUTLER, JR. J | 03/08/06 | 0.40 | REVIEW DRAFT PRESENTATION FOR MARCH 14 BOARD OF DIRECTORS TELECONFERENCE MEETING NEW YORK CITY (0.4). |
| BUTLER, JR. J | 03/09/06 | 0.90 | PREPARE FOR (0.2) AND ATTEND (0.7) BOARD OF DIRECTORS TELECONFERENCE MEETING IN NEW YORK CITY. |
| BUTLER, JR. J | 03/10/06 | 1.40 | REVIEW AND REVISE PRESENTATION FOR MARCH 14TH BOARD OF DIRECTORS MEETING AT COMPANY IN TROY (0.8); REVIEW DISTRIBUTION MATERIALS TO BOARD FOR MEETING (0.6). |
| BUTLER, JR. J | 03/11/06 | 0.30 | EMAIL FROM B. ADRIAN AND REVIEW LATEST DRAFT OF MARCH 31ST TRANSFORMATION ANNOUNCEMENT (0.3). |
| BUTLER, JR. J | 03/13/06 | 0.90 | PREPARE FOR MARCH 14TH BOARD OF DIRECTORS MEETING INCLUDING REVIEW AND REVISION OF PRESENTATION MATERIALS (0.9). |
| BUTLER, JR. J | 03/14/06 | 2.60 | PREPARE FOR (0.2) AND PARTICIPATE IN (2.1) BOARD OF DIRECTORS MEETING AT COMPANY IN TROY; POST-MEETING CONFERENCE WITH SENIOR MANAGEMENT TEAM, RE: SAME (0.3). |
| BUTLER, JR. J | 03/15/06 | 0.90 | PREPARE FOR MARCH 17TH BOARD OF DIRECTORS MEETING WITH S. MILLER AT THE COMPANY IN TROY INCLUDING TELECONFERENCE WITH J. OPIE (0.4); PREPARE FOR (0.2) AND ATTEND (0.9) MEETING WITH S. MILLER AND K. HEALY AND EXECUTIVE MANAGEMENT TEAM RE: MARCH 17TH COMMUNICATIONS ROLL-OUT PROGRAM ON SPECIAL ATTRITION PROGRAM; REVIEW AND BEGIN TO EVALUATE APPALOOSA LETTER RE BOARD OF DIRECTORS DEMAND (0.9). |
| BUTLER, JR. J | 03/16/06 | 1.60 | PREPARE FOR MARCH 17TH BOARD OF DIRECTORS TELECONFERENCE MEETING (0.3); CONTINUE TO REVIEW AND EVALUATE APPALOOSA LETTER RE BOARD OF DIRECTORS DEMAND (1.3). |
| BUTLER, JR. J | 03/17/06 | 2.90 | PREPARE FOR (0.9) AND PARTICIPATE IN (1.4) BOARD OF DIRECTORS TELECONFERENCE MEETING; REVIEW AND REVISE PRESS RELEASE (0.6). |

1                                                                B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BUTLER, JR. J | 03/23/06 | 0.30 | REVIEW DRAFT FORM 8-K (0.3). |
| BUTLER, JR. J | 03/25/06 | 0.60 | EMAIL FROM B. ADRIAN AND BEGIN TO REVIEW AND COMMENT ON REVISED TRANSFORMATION PLAN RELEASE (0.6). |
| BUTLER, JR. J | 03/27/06 | 0.30 | REVIEW COMMENTS ON FORM 8-K AND RESPOND (0.3). |
| BUTLER, JR. J | 03/28/06 | 6.10 | CONTINUE TO ADVISE RE: COMMUNICATIONS LAUNCH FOR TRANSFORMATION PLAN ANNOUNCEMENT INCLUDING REVISIONS TO COMMUNICATIONS PACKAGE AND CONFERENCES WITH COMPANY WORKING GROUP AND SITRICK AT COMPANY IN TROY (3.8); PREPARE FOR (0.8) AND ATTEND (1.2) BOARD OF DIRECTORS MEETING RECEPTION IN BIRMINGHAM RE: EQUITY COMMITTEE AND TRANSFORMATION PLAN PRELIMINARY PRESENTATIONS; REVIEW AND COMMENT ON DETROIT ECONOMIC CLUB SPEECH (0.3). |
| BUTLER, JR. J | 03/29/06 | 8.60 | PREPARE FOR (0.4) AND ATTEND (INCLUDING RECESSES) (5.3) BOARD OF DIRECTORS MEETING IN TROY, MICHIGAN; CONTINUE TO ADVISE RE: COMMUNICATIONS LAUNCH FOR TRANSFORMATION PLAN ANNOUNCEMENT INCLUDING REVISIONS TO COMMUNICATIONS PACKAGE AND CONFERENCES WITH COMPANY WORKING GROUP AND SITRICK AT COMPANY IN TROY (1.6); REVIEW AND REVISE PRESS RELEASE (1.3). |
| BUTLER, JR. J | 03/30/06 | 2.60 | CONTINUE TO ADVISE RE: COMMUNICATIONS LAUNCH FOR TRANSFORMATION PLAN ANNOUNCEMENT INCLUDING REVISIONS TO COMMUNICATIONS PACKAGE AND CONFERENCES WITH COMPANY WORKING GROUP AND SITRICK (1.9); REVIEW FINAL PRESS RELEASE AND MAKE LAST MINUTE CHANGES BASED ON VARIOUS FINANCE, OPERATING AND LEGAL REVIEWS (0.7). |
| BUTLER, JR. J | 03/31/06 | 2.70 | PREPARE FOR (0.4) AND ATTEND (0.7) SENIOR LEADERSHIP TELECONFERENCE MEETING AT COMPANY IN TROY; AT COMPANY AND PARTICIPATE IN/ADVISE RE: COMMUNICATIONS LAUNCH RE: TRANSFORMATION PLAN ANNOUNCEMENT (1.6). |
| | | **33.80** | |
| COCHRAN EL | 03/01/06 | 1.10 | REVIEW BOARD MATTERS (1.1). |
| COCHRAN EL | 03/02/06 | 0.60 | REVIEW KEY MESSAGES (0.6). |
| COCHRAN EL | 03/03/06 | 0.60 | REVIEW KEY MESSAGES DISCLOSURE (0.6). |
| COCHRAN EL | 03/14/06 | 2.60 | PARTICIPATE IN BOARD CALL (2.6). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| COCHRAN EL | 03/15/06 | 4.00 | REVIEW APPALOOSA LETTER (1.9); REVIEW 12B-25 FILING (2.1). |
| COCHRAN EL | 03/16/06 | 2.30 | REVIEW BOARD PRESENTATION (2.3). |
| COCHRAN EL | 03/17/06 | 5.10 | BOARD MEETING (1.6); REVIEW DISCLOSURES RE: ATTRITION PLAN (2.1); REVIEW BOARD MINUTES (1.4). |
| COCHRAN EL | 03/20/06 | 0.90 | REVIEW ISSUES RE: ATTRITION PLAN AND DISCLOSURE (0.9). |
| COCHRAN EL | 03/22/06 | 1.60 | REVIEW DISCLOSURE ISSUES RE: ATTRITION PLAN (1.6). |
| COCHRAN EL | 03/23/06 | 0.60 | REVIEW DISCLOSURE ISSUES (0.6). |
| COCHRAN EL | 03/25/06 | 1.90 | REVIEW BOARD PRESENTATION (1.9). |
| COCHRAN EL | 03/27/06 | 1.30 | REVIEW MATERIAL FOR DTM IN CONNECTION WITH BOARD PRESENTATION (1.3). |
| COCHRAN EL | 03/28/06 | 2.10 | REVIEW MATERIALS FOR BOARD MATERIALS (2.1). |
| COCHRAN EL | 03/29/06 | 8.50 | PARTICIPATE IN BOARD MEETING (6.2); REVIEW COMMUNICATION PACKAGE FOR POSSIBLE ANNOUNCEMENT (2.3). |
| COCHRAN EL | 03/30/06 | 3.60 | REVIEW 8-K RE: DIRECTOR RESIGNATION (1.1); REVIEW COMMUNICATION PACKAGE (2.5). |
| COCHRAN EL | 03/31/06 | 1.60 | REVIEW SEC DISCLOSURES RE: PRESS ANNOUNCEMENT (1.6). |
| | | **38.40** | |
| MARAFIOTI KA | 03/09/06 | 0.60 | REVIEW BOARD PRESENTATION (0.6). |
| MARAFIOTI KA | 03/15/06 | 0.30 | REVIEW CORRESPONDENCE FROM APPALOOSA TO BOARD OF DIRECTORS (0.3). |
| MARAFIOTI KA | 03/16/06 | 3.00 | CONTINUE WORK ON BOARD PRESENTATION RE: APPALOOSA (2.8); REVIEW APPALOOSA 13D (0.2). |
| MARAFIOTI KA | 03/22/06 | 0.50 | REVIEW DRAFT PRESS RELEASE AND RELATED CORRESPONDENCE (0.2); REVIEW AND REVISE DRAFT 8K (0.3). |
| | | **4.40** | |
| **Total Partner** | | **76.60** | |
| GIBSON ML | 03/17/06 | 1.70 | ALL HANDS CALL (0.8); REVIEWED MATERIALS AND DISCUSSION RE: ATTRITION PLAN AND DRAFTED 8-K RE: SAME (0.9). |
| GIBSON ML | 03/22/06 | 1.80 | MULTIPLE TELECONFERENCES/CORRESPONDENCE RE: EXTENSION PLAN AND 8-K, REVIEWED FINAL MATERIALS AND DRAFTED AND REVIEWED SUBSEQUENT DRAFTS (1.8). |

3

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| GIBSON ML | 03/23/06 | 0.70 | MULTIPLE TELECONFERENCES/CORRESPONDENCE RE: 8-K AND REVISE AND DISTRIBUTED (0.6); INTERNAL DISCUSSIONS RE: UPDATE RE: HEARING AND RELATED DISCLOSURES (0.1). |
|---|---|---|---|
| GIBSON ML | 03/24/06 | 1.60 | ALL HANDS MEETING (1.3); MULTIPLE TELECONFERENCES/ CORRESPONDENCE WITH CLIENT AND INTERNAL TEAM RE: 8-K (0.3). |
| GIBSON ML | 03/27/06 | 0.10 | TELECONFERENCES/CORRESPONDENCE RE: 8-K (0.1). |
| GIBSON ML | 03/28/06 | 0.20 | REVIEW COMMUNICATIONS MATERIALS FOR MOBILEARIA (0.2). |
| GIBSON ML | 03/29/06 | 0.50 | REVIEW AND COMMENT ON 8-K LANGUAGE FOR RESIGNATION AND RESEARCH AND CALLS RE: SAME (0.5). |
| GIBSON ML | 03/30/06 | 0.10 | REVIEW PRESS RELEASE AND 8-K (0.1). |
| | | **6.70** | |
| HERRIOTT AV | 03/28/06 | 0.20 | REVIEW COMMUNICATION MATERIALS RE: MOBILEARIA'S BUSINESSES (0.2). |
| HERRIOTT AV | 03/29/06 | 0.30 | REVIEW BOARD OF DIRECTORS' MATERIALS FOR MOBILEARIA MEETING (0.3). |
| HERRIOTT AV | 03/30/06 | 1.20 | PREPARE FOR (0.4) AND ATTEND (0.8) PORTION OF MOBILEARIA BOARD OF DIRECTORS MEETING. |
| | | **1.70** | |
| MEISLER RE | 03/07/06 | 0.40 | BEGAN WORKING ON PRESENTATION TO THE BOARD RE: 3/14 BOARD MEETING (0.4). |
| MEISLER RE | 03/08/06 | 2.90 | CONTINUE TO WORK ON BOARD PRESENTATION (2.9). |
| MEISLER RE | 03/13/06 | 3.90 | REVIEW AND REVISE PRESENTATION FOR 3/14 BOARD OF DIRECTORS MEETING (3.7); TELECONFERENCES WITH S. SALRIN RE: SAME (0.1, 0.1). |
| MEISLER RE | 03/22/06 | 0.20 | REVIEW AND COMMENT ON 8-K RE: ATTRITION PLAN(0.2.). |
| MEISLER RE | 03/23/06 | 1.40 | CONTINUE TO REVIEW 8-K (0.4) AS WELL AS UPDATED DRAFTS RE: SAME (0.3); TELECONFERENCE WITH M. GIBSON RE: SAME (0.1); TELECONFERENCE WITH B. SAX RE: SAME (0.2); TELECONFERENCE WITH D. SHERBIN RE: SAME (0.1). |
| MEISLER RE | 03/24/06 | 0.20 | FINAL REVIEW OF 8-K (0.2). |
| MEISLER RE | 03/27/06 | 2.10 | REVIEW BOARD PRESENTATION (2.1). |
| MEISLER RE | 03/28/06 | 0.70 | REVIEW MATERIALS FOR BOARD OF DIRECTORS MEETING (0.7). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MEISLER RE | 03/30/06 | 9.60 | CONTINUE TO REVIEW AND COMMENT ON COMMUNICATIONS MATERIALS (9.6). |
| | | 21.40 | |
| OGUNSANYA GO | 03/17/06 | 5.40 | RESEARCH: UCC DEFENSES (5.4). |
| | | 5.40 | |
| REESE RG | 03/11/06 | 0.70 | RESPOND TO ISSUES RE: BOARD OF DIRECTORS MATERIALS FOR MARCH 14 MEETING (0.7). |
| REESE RG | 03/12/06 | 0.80 | REVISE BOARD OF DIRECTORS MATERIALS FOR MARCH 14 MEETING (0.8). |
| REESE RG | 03/13/06 | 5.00 | REVISE PRESENTATION TO BOARD OF DIRECTORS FOR MARCH 14 MEETING (5.0). |
| REESE RG | 03/28/06 | 0.40 | REVIEW AND PROPOSE REVISIONS TO MOBILEARIA COMMUNICATIONS MATERIALS (0.4). |
| REESE RG | 03/30/06 | 1.80 | PREPARATIONS FOR AND PARTICIPATION ON BOARD OF DIRECTORS CONFERENCE CALL FOR MOBILEARIA (1.8). |
| | | 8.70 | |
| TOUSSI S | 03/15/06 | 7.50 | VARIOUS TELECONFERENCES RE: APPALOOSA LETTER TO THE BOARD RE: BREACHES OF FIDUCIARY DUTY AND APPOINTING NEW DIRECTORS (1.2); RESEARCH ISSUES RE: SAME (2.5); DRAFT AND REVISE PRESENTATION TO THE BOARD RE: APPALOOSA ALLEGATIONS AND POTENTIAL RESPONSES AND CIRCULATE SAME (3.8). |
| TOUSSI S | 03/16/06 | 7.00 | EDIT AND REVISE DRAFT PRESENTATION TO BOARD OF DIRECTORS RE: APPALOOSA LETTER RE: BREACHES OF FIDUCIARY DUTIES (2.8); MEETING TO DISCUSS SAME AND ADDRESS COMMENTS ON PRESENTATION (2.3);  REVIEW RECENTLY FILED 13D (0.5); FOLLOWUP ISSUES RE: PRESENTATION (1.4). |
| TOUSSI S | 03/17/06 | 3.50 | WORK ON PRESENTATION RE: APPALOOSA' 3/15 LETTER TO DELPHI BOARD (2.2), FOLLOW UP ISSUES RE: SAME (1.3). |
| | | 18.00 | |
| **Total Associate** | | **61.90** | |
| SALAZAR AG | 03/29/06 | 1.30 | RESPOND TO REQUEST FOR 8K AND DISTRIBUTE (1.3) |
| | | 1.30 | |
| Total Legal Assistant | | 1.30 | |
| **TOTAL TIME** | | **139.80** | |

5

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                              Bill Date: 04/30/06
General Corporate Advice                              Bill Number: 1108601

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 03/28/06 | Cochran EL | -457.23 |
| Air/Rail Travel - vendor feed | 03/28/06 | Cochran EL | 1,002.96 |
| Air/Rail Travel - vendor feed | 03/29/06 | Cochran EL | 539.27 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$1,085.00** |
| In-house Reproduction | 03/03/06 | Copy Center, D | 0.80 |
| In-house Reproduction | 03/07/06 | Copy Center, D | 5.19 |
| In-house Reproduction | 03/10/06 | Copy Center, D | 1.00 |
| In-house Reproduction | 03/14/06 | Copy Center, D | 18.27 |
| In-house Reproduction | 03/21/06 | Copy Center, D | 60.59 |
| In-house Reproduction | 03/21/06 | Copy Center, D | 66.88 |
| In-house Reproduction | 03/31/06 | Copy Center, D | 15.27 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$168.00** |
| Telephone Expense | 03/31/06 | Telecommunications, D | 1.84 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 2.08 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.07 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.01 |
| | | **TOTAL TELEPHONE EXPENSE** | **$4.00** |
| Lexis/Nexis | 03/20/06 | Ogunsanya GO | 147.93 |
| Lexis/Nexis | 03/21/06 | Ogunsanya GO | 182.07 |
| | | **TOTAL LEXIS/NEXIS** | **$330.00** |
| Vendor Hosted Teleconferencing | 03/31/06 | Teleconferencing Services, LLC | 37.90 |
| Vendor Hosted Teleconferencing | 03/31/06 | Teleconferencing Services, LLC | 19.43 |
| Vendor Hosted Teleconferencing | 03/31/06 | Teleconferencing Services, LLC | 8.67 |
| | | **TOTAL VENDOR HOSTED TELEFERENCING** | **$66.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel (external) | 03/12/06 | Butler, Jr. J | 288.72 |
| Air/Rail Travel (external) | 03/26/06 | Butler, Jr. J | 135.12 |
| Air/Rail Travel (external) | 03/30/06 | Butler, Jr. J | 518.16 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$942.00** |
| Out-of-Town Travel | 03/12/06 | Butler, Jr. J | 164.97 |
| Out-of-Town Travel | 03/12/06 | Butler, Jr. J | 20.49 |
| Out-of-Town Travel | 03/12/06 | Butler, Jr. J | 340.62 |
| Out-of-Town Travel | 03/26/06 | Butler, Jr. J | 327.84 |
| Out-of-Town Travel | 03/26/06 | Butler, Jr. J | 123.80 |
| Out-of-Town Travel | 03/26/06 | Butler, Jr. J | 16.99 |
| Out-of-Town Travel | 03/30/06 | Butler, Jr. J | 159.95 |
| Out-of-Town Travel | 03/30/06 | Butler, Jr. J | 48.02 |
| Out-of-Town Travel | 03/30/06 | Butler, Jr. J | 153.33 |
| Out-of-Town Travel | 03/30/06 | Butler, Jr. J | 18.99 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$1,375.00** |
| Messengers/ Courier | 03/24/06 | Straightline Courier | 32.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$32.00** |
| Out-of-Town Meals | 03/12/06 | Butler, Jr. J | 45.68 |
| Out-of-Town Meals | 03/12/06 | Butler, Jr. J | 15.96 |
| Out-of-Town Meals | 03/26/06 | Butler, Jr. J | 38.41 |
| Out-of-Town Meals | 03/30/06 | Butler, Jr. J | 21.95 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$122.00** |
| CLR/Disclosure | 03/31/06 | Global Securities | 50.00 |
| | | **TOTAL CLR/DISCLOSURE** | **$50.00** |
| | | **TOTAL MATTER** | **$4,174.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                              Bill Date: 05/31/06
General Corporate Advice                              Bill Number: 1108515

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 04/03/06 | 0.20 | REVIEW FORM 8-K (0.2). |
| BUTLER, JR. J | 04/04/06 | 0.20 | REVIEW AND COMMENT ON FORM 8-K (0.2). |
| BUTLER, JR. J | 04/05/06 | 0.90 | REVIEW COMPENSATION COMMITTEE MATERIALS (0.7); EMAILS FROM/TO D. ALEXANDER RE SAME (0.2). |
| BUTLER, JR. J | 04/18/06 | 3.10 | PREPARE FOR (0.8) AND PARTICIPATE IN (1.4) BOARD OF DIRECTORS TELECONFERENCE MEETING; PREPARE FOR (0.4); PARTICIPATE IN COMPENSATION COMMITTEE MEETING (0.5). |
| BUTLER, JR. J | 04/19/06 | 1.70 | PREPARE FOR APRIL 20TH BOARD OF DIRECTORS TELECONFERENCE MEETING (0.4); REVIEW MATERIALS FOR SAME (0.2); EMAILS FROM/TO M. LOEB AND D. SHERBIN AND REVIEW AND EVALUATE NEED FOR PUBLIC RELEASE ON INTERNAL REORGANIZATION ANNOUNCEMENT BEYOND MARCH 31ST TRANSFORMATION RELEASE (0.3); REVIEW AND REVISE BOARD MATERIALS WITH B. DELLINGER, B. SHAW AND R. EISENBERG (0.8). |
| BUTLER, JR. J | 04/20/06 | 2.00 | PREPARE FOR (0.3) AND PARTICIPATE IN (0.9) BOARD OF DIRECTORS TELECONFERENCE MEETING; REVIEW APRIL 24TH ANNOUNCEMENT MATERIALS (0.4); EMAILS FROM/TO D. SHERBIN RE: COMPENSATION COMMITTEE MATTERS (0.1); CONTINUED ANALYSIS RE: POTENTIAL APRIL 24TH PRESS RELEASE (0.3). |
| BUTLER, JR. J | 04/22/06 | 0.30 | EMAILS FROM/TO R. O'NEAL RE FOLLOW-UP BOARD OF DIRECTORS TELECONFERENCE MEETING AND PREPARATION FOR MAY 1ST MEETING (0.3). |
| BUTLER, JR. J | 04/24/06 | 1.40 | PREPARE FOR (0.3) AND PARTICIPATE (1.1) SENIOR LEADERSHIP MEETING RE: SF&A ROLL-OUT COMMUNICATIONS PROGRAM. |
| BUTLER, JR. J | 04/25/06 | 0.30 | BEGIN TO PREPARE FOR MAY 1ST BOARD OF DIRECTORS TELECONFERENCE MEETING AT COMPANY IN TROY INCLUDING OUTLINE OF PRESENTATION MATERIALS (0.3). |
| BUTLER, JR. J | 04/30/06 | 0.40 | REVIEW MATERIALS AND CONTINUE TO PREPARE FOR MAY 1ST BOARD OF DIRECTORS TELECONFERENCE MEETING AT COMPANY IN TROY (0.4). |

                                   10.50

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| COCHRAN EL | 04/03/06 | 2.30 | REVIEW 8-K DISCLOSURE FOR RESIGNING DIRECTOR (1.2); REVIEW 8-K DISCLOSURE FOR EQUITY COMMITTEE ORDER (1.1). |
| COCHRAN EL | 04/04/06 | 2.50 | REVIEW 8-K RE: EQUITY COMMITTEE (1.2); REVIEW 8-K RE: CREDIT AGREEMENT AMENDMENT (0.6); REVIEW 8-K RE: PENSION CONTRIBUTION (0.7). |
| COCHRAN EL | 04/05/06 | 0.40 | REVIEW REVISED EQUITY COMMITTEE 8-K (0.4). |
| COCHRAN EL | 04/07/06 | 2.40 | REVIEW APRIL KEY MESSAGES (1.8); REVIEW 10-K DRAFT (0.6). |
| COCHRAN EL | 04/10/06 | 2.10 | REVIEW 10-K (2.1). |
| COCHRAN EL | 04/11/06 | 0.80 | REVIEW 10-K (0.8). |
| COCHRAN EL | 04/12/06 | 1.60 | REVIEW 10-K AND 8-K FOR CREDIT AGREEMENT (1.6). |
| COCHRAN EL | 04/13/06 | 0.80 | PARTICIPATE IN UPDATE CALL (0.8). |
| COCHRAN EL | 04/20/06 | 0.80 | REVIEW DISCLOSURE ISSUE RE: SOALS (0.8). |
| COCHRAN EL | 04/26/06 | 1.60 | REVIEW 10-K COMMENTS (1.6). |
| | | **15.30** | |
| FRISHMAN LD | 04/12/06 | 0.70 | REVIEW AND GIVE COMMENTS ON DRAFT 8-K (0.7). |
| FRISHMAN LD | 04/16/06 | 0.20 | REVIEW REVISED DRAFT 8-K (0.2). |
| FRISHMAN LD | 04/25/06 | 1.20 | REVIEW DEBT RELATED SECTIONS OF DRAFT 10-K (1.2). |
| FRISHMAN LD | 04/26/06 | 0.30 | GIVE COMMENTS ON DRAFT 10-K (0.3). |
| | | **2.40** | |
| GIBSON ML | 04/03/06 | 0.10 | REVIEW DRAFTS OF 8-KS AND DISCUSSION RE: SAME (0.1). |
| GIBSON ML | 04/04/06 | 0.10 | REVIEW 8-K MATERIALS (0.1). |
| GIBSON ML | 04/11/06 | 0.10 | DISCUSSIONS WITH WORKING GROUP RE: STATUS AND NEXT STEPS ON 10-K, GM AND SALES AND CORRESPONDENCE RE: SAME (0.1). |
| GIBSON ML | 04/12/06 | 0.20 | REVIEW AND COMMENT ON DIP 8-K (0.2). |
| GIBSON ML | 04/23/06 | 0.50 | REVIEW PORTION OF 10-K DRAFTS, 14.5 AND TRANSACTION (0.5). |
| GIBSON ML | 04/24/06 | 0.20 | TELECONFERENCES/CORRESPONDENCE RE: 10-K DRAFT REVIEW (0.2). |
| GIBSON ML | 04/25/06 | 3.10 | REVIEW AND COMMENT ON MULTIPLE REVISED DRAFTS OF FORM 10-K AND TELECONFERENCES/CORRESPONDENCE WITH WORKING GROUP RE: SAME (3.1). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GIBSON ML | 04/26/06 | 1.80 | TELECONFERENCES WITH INTERNAL WORKING GROUP AND REVIEW, FINALIZE AND DISTRIBUTE DRAFT OF 10-K (1.8). |
| GIBSON ML | 04/27/06 | 1.20 | DISCUSSIONS RE: AND TELECONFERENCE RE: DIVESTITURES (0.6); REVIEW CORRESPONDENCE AND DISCUSSIONS RE: GM ISSUES (0.4); FOLLOW UP ON 10-K ISSUES (0.2). |
| GIBSON ML | 04/28/06 | 1.10 | ALL HANDS TELECONFERENCE RE: 10-K (1.1). |
| | | **8.40** | |
| MARAFIOTI KA | 04/03/06 | 0.30 | REVIEW 8K RE: EQUITY COMMITTEE APPOINTMENT (0.3). |
| MARAFIOTI KA | 04/12/06 | 2.40 | REVIEW AND REVISE 10K (2.4). |
| MARAFIOTI KA | 04/13/06 | 1.70 | REVIEW AND REVISE 10K (1.7). |
| MARAFIOTI KA | 04/17/06 | 0.20 | ANALYZE ISSUE RE: AUDIT (0.2). |
| MARAFIOTI KA | 04/29/06 | 1.00 | REVIEW AND REVISE BOARD PRESENTATION (1.0). |
| | | **5.60** | |
| WEXLER MP | 04/24/06 | 0.60 | REVIEW REAL ESTATE RELATED SECTIONS OF 10-K AND FOLLOW UP ON SAME (0.6). |
| WEXLER MP | 04/25/06 | 0.60 | CONTINUE REVIEW AND REVISIONS TO DRAFT OF 10-K (0.6). |
| | | **1.20** | |
| **Total Partner** | | **43.40** | |
| DANZ CE | 04/25/06 | 1.20 | RESEARCH INTO 10K DISCLOSURE MATERIALS ISSUES (1.2) |
| | | 1.20 | |
| MEISLER RE | 04/12/06 | 0.60 | REVIEW AND COMMENT ON UNANIMOUS WRITTEN CONSENT OF MANAGERS RE: DIVIDEND FROM PBR KNOXVILLE (0.5); TELECONFERENCE WITH K. CRAFT RE: SAME (0.1). |
| MEISLER RE | 04/17/06 | 1.20 | ATTENTION TO INQUIRIES RE: 2005 AUDIT (0.7); TELECONFERENCE WITH S. CORCORAN RE: SAME (0.3); NOTES TO FILE RE: SAME (0.2). |
| MEISLER RE | 04/18/06 | 0.10 | TELECONFERENCE WITH J. SHEEHAN RE: 2005 AUDIT (0.1). |
| MEISLER RE | 04/28/06 | 2.50 | REVIEW RECENT 8-KS (0.1); REVIEW BOARD PRESENTATION (2.4). |
| MEISLER RE | 04/29/06 | 0.40 | CONTINUE TO REVIEW BOARD PRESENTATION (0.4). |
| | | **4.80** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| OLASKY P | 04/03/06 | 0.80 | DRAFT 8-K DISCLOSING COURT ORDER RE: EQUITY COMMITTEE (0.8). |
| OLASKY P | 04/19/06 | 1.20 | REVIEW AND REVISE DRAFT 10-K BASED ON COMMENTS RECEIVED (1.2). |
| OLASKY P | 04/24/06 | 6.70 | FORM 10-K RULES CHECK AND GENERAL REVIEW (6.7). |
| OLASKY P | 04/25/06 | 3.70 | CONTINUE REVIEW OF FORM 10-K (3.7). |
| | | **12.40** | |
| STUART NL | 04/10/06 | 2.40 | REVIEW PROPOSED 10K LANGUAGE RE: GM CONTRACTS AND TRANSFORMATION PLAN, AND REVISE SAME (2.4). |
| STUART NL | 04/11/06 | 1.80 | DRAFT LANGUAGE FOR 10K (1.8). |
| | | **4.20** | |
| TOUSSI S | 04/06/06 | 0.50 | REVIEW RECENTLY FILED 8-K (0.5). |
| TOUSSI S | 04/10/06 | 1.10 | ADDRESS ISSUES RE: UPDATED 10K FOR RECENT DEVELOPMENTS IN BANKRUPTCY CASE (1.1). |
| TOUSSI S | 04/11/06 | 6.00 | REVIEW RECENTLY FILED DELPHI 8-KS TO INCORPORATE INTO 10K MARKUP FOR CLIENT (1.5); PREPARE VARIOUS RIDERS TO 10K RELATED TO GENERAL ORDERS IN BANKRUPTCY CASE, EQUITY COMMITTEE MOTION BY APPALOOSA, LITIGATION, GM LOSS CONTRACTS AND ATTRITION PLAN, AND 1113/1114 MOTION (2.5); REVIEW AND EDIT REMAINING SECTIONS OF 10K RELATED TO BANKRUPTCY (2.0). |
| TOUSSI S | 04/12/06 | 1.50 | REVIEW AND FINALIZE MARKUP OF 10K FOR DISTRIBUTION (1.5). |
| TOUSSI S | 04/24/06 | 2.00 | REVIEW 10K FOR BANKRUPTCY DISCLOSURES AND INCORPORATE COMMENTS INTO GENERAL MARKUP (1.5); FOLLOWUP WITH VARIOUS PEOPLE RE: SECTIONS ON LITIGATION, GM, AND 1113/1114 SECTIONS (0.5). |
| | | **11.10** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| WILSON LD | 04/27/06 | 1.00 | REVIEW AND PREPARE COMMENTS ON 10-K (1.0). |
| | | 1.00 | |
| **Total Associate** | | **34.70** | |
| DEMMA J | 04/28/06 | 4.30 | PREPARE 8-K FILINGS FOR GM AND DELPHI FOR ATTORNEY REVIEW (4.3). |
| | | 4.30 | |
| SALAZAR AG | 04/04/06 | 1.50 | ENTER EQUITY COMMITTEE ORDER IN SYSTEM FOR 8K (1.5) |
| SALAZAR AG | 04/29/06 | 0.40 | COORDINATE PRODUCTION OF BOARD MATERIALS AND PREPARE FOR DELIVERY TO CLIENTS VIA COURIER (0.4) |
| | | 1.90 | |
| **Total Legal Assistant** | | **6.20** | |
| **TOTAL TIME** | | **84.30** | |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                              Bill Date: 05/31/06
General Corporate Advice                              Bill Number: 1108515

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 04/13/06 | Cochran EL | 1,142.69 |
| Air/Rail Travel - vendor feed | 04/13/06 | Cochran EL | -1,142.69 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$0.00** |
| In-house Reproduction | 04/04/06 | Copy Center, D | 4.57 |
| In-house Reproduction | 04/07/06 | Copy Center, D | 2.23 |
| In-house Reproduction | 04/07/06 | Copy Center, D | 0.20 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$7.00** |
| Telephone Expense | 04/28/06 | Telecommunications, D | 2.62 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 3.32 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 0.06 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 0.35 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 0.65 |
| | | **TOTAL TELEPHONE EXPENSE** | **$7.00** |
| Air/Rail Travel (external) | 04/09/06 | Butler, Jr. J | 100.00 |
| Air/Rail Travel (external) | 04/23/06 | Butler, Jr. J | 50.00 |
| Air/Rail Travel (external) | 04/30/06 | Butler, Jr. J | 50.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$200.00** |
| Telco-Non Astra | 04/14/06 | Telecommunications, D | 15.00 |
| | | **TOTAL TELCO-NON ASTRA** | **$15.00** |
| Printing to paper from TIF | 04/06/06 | Copy Center, D | 209.00 |
| | | **TOTAL PRINTING TO PAPER FROM TIF** | **$209.00** |
| | | **TOTAL MATTER** | **$438.00** |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                              Bill Date: 06/30/06
General Corporate Advice                              Bill Number: 1112661

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 05/01/06 | 1.20 | PREPARE FOR (0.3) AND PARTICIPATE IN (0.9) BOARD OF DIRECTORS TELECONFERENCE MEETING. |
| BUTLER, JR. J | 05/15/06 | 0.40 | PREPARE FOR MAY 16TH BOARD OF DIRECTORS MEETING WITH SENIOR MANAGEMENT TEAM AT COMPANY IN TROY (0.4). |
| BUTLER, JR. J | 05/16/06 | 2.40 | PREPARE FOR (0.3) AND PARTICIPATE IN (1.6) BOARD OF DIRECTORS TELECONFERENCE MEETING; TELECONFERENCE WITH D. SHERBIN (0.2) AND EMAILS FROM/TO S. MILLER AND D. SHERBIN (0.3) RE: BOARD CANDIDATE SELECTION PROCESS. |
| BUTLER, JR. J | 05/19/06 | 0.40 | BEGIN TO REVIEW DRAFT OF FORM 10-K FOR MAY 24TH BOARD OF DIRECTORS MEETING (0.4). |
| BUTLER, JR. J | 05/22/06 | 3.30 | PREPARE FOR (1.8) AND PARTICIPATE IN (1.3) BOARD OF DIRECTORS TELECONFERENCE MEETING; BEGIN TO PREPARE FOR MAY 24TH BOARD OF DIRECTORS MEETING (0.2). |
| BUTLER, JR. J | 05/23/06 | 1.00 | PREPARE FOR MAY 24TH BOARD OF DIRECTORS TELECONFERENCE MEETING (0.3); CONTINUE TO REVIEW FORM 10-K (0.5); REVIEW AND COMMENT ON DRAFT JUNE 6-7, 2006 MEETING AGENDA FOR BOARD OF DIRECTORS (0.2). |
| BUTLER, JR. J | 05/24/06 | 0.70 | PREPARE FOR (0.2) AND PARTICIPATE IN (0.5) BOARD OF DIRECTORS TELECONFERENCE MEETING. |
| | | **9.40** | |
| COCHRAN EL | 05/01/06 | 3.80 | PARTICIPATED IN BOARD TELECONFERENCE (2.1); REVIEW DISCLOSURE ISSUE WITH M. LOEB (1.7). |
| COCHRAN EL | 05/02/06 | 0.50 | TELECONFERENCE WITH M. LOEB RE: DISCLOSURES (0.5). |
| COCHRAN EL | 05/15/06 | 1.10 | REVIEW 10-K COMMENTS (1.1). |
| COCHRAN EL | 05/16/06 | 2.20 | PARTICIPATED IN BOARD MEETING (2.2). |
| COCHRAN EL | 05/22/06 | 1.40 | PARTICIPATED IN BOARD MEETING (1.4). |
| COCHRAN EL | 05/24/06 | 0.70 | PARTICIPATED IN BOARD MEETING (0.7). |
| | | **9.70** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| FUREARO JP | 05/15/06 | 1.20 | REVIEW OF 10K REVISIONS (1.2). |
| | | 1.20 | |
| GIBSON ML | 05/10/06 | 0.10 | REVIEWED AND COMMENTED ON FORM 12B-25 (0.1). |
| GIBSON ML | 05/12/06 | 0.10 | COORDINATED REVIEW FOR FORM 10-K (0.1). |
| GIBSON ML | 05/14/06 | 1.60 | REVIEWED AND REVISED DRAFT 10-K AND MULTIPLE CORRESPONDENCE WITH INTERNAL WORKING GROUP RE: SAME (1.6). |
| GIBSON ML | 05/15/06 | 1.60 | REVISED AND DISTRIBUTED MULTIPLE SETS OF 10-K COMMENTS AND MULTIPLE DISCUSSIONS/CORRESPONDENCE WITH WORKING GROUP RE: SAME (1.6). |
| GIBSON ML | 05/16/06 | 0.10 | CORRESPONDENCE RE: 10-K ISSUES (0.1). |
| GIBSON ML | 05/25/06 | 0.10 | CORRESPONDENCE/TELECONFERENCES RE: CONFIDENTIALITY AGREEMENT AND 8-K MATTER (0.1). |
| | | 3.60 | |
| MARAFIOTI KA | 05/14/06 | 1.50 | REVIEW AND REVISE 10K (1.5). |
| MARAFIOTI KA | 05/15/06 | 0.50 | CORRESPONDENCE RE: 10K (0.2); REVIEWED DEMAND LETTER FROM CREDITORS' COMMITTEE (0.3). |
| MARAFIOTI KA | 05/23/06 | 0.10 | TELECONFERENCE WITH R. STARK RE: TOPRS WINDDOWN AND LAW DEBENTURE MEETING (0.1). |
| MARAFIOTI KA | 05/31/06 | 0.20 | CORRESPONDENCE RE: TOPRS ISSUES AND MEETING WITH LAW DEBENTURE (0.2) . |
| | | 2.30 | |
| **Total Partner** | | **26.20** | |
| HERRIOTT AV | 05/15/06 | 1.10 | DRAFT RECUSAL LETTER FOR PBR KNOXVILLE BOARD MEMBER (1.1). |
| HERRIOTT AV | 05/19/06 | 0.20 | EDIT RECUSAL LETTER FOR PBR BOARD MEMBER (0.2). |
| | | 1.30 | |
| TOUSSI S | 05/14/06 | 2.00 | REVIEW COMPANY'S 10K DRAFT AND EDIT AND REVISE SAME (2.0). |
| TOUSSI S | 05/18/06 | 2.20 | REVIEW LATEST DRAFT OF 10K AND RELATED 8-K (1.0); PREPARE COMMENTS TO SAME (1.2). |
| | | 4.20 | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| WILSON LD | 05/14/06 | 1.00 | REVIEW DRAFT 10-K MATERIALS (0.4); DRAFT LANGUAGE FOR SAME (0.6). |
| WILSON LD | 05/15/06 | 1.90 | REVIEW AND COMMENT ON 10-K (1.4); REVIEW COMMENTS FORWARDED (0.5). |
| WILSON LD | 05/16/06 | 1.30 | CONFER FURFARO ON 10-K COMMENTS (0.3); REVIEW PAPERS FILED BY APPARENT CUSTOMER (0.5); DRAFT RIDER TO 10-K AND CIRCULATE (0.5). |
| | | **4.20** | |
| **Total Associate** | | **9.70** | |
| DEMMA J | 05/02/06 | 2.60 | PREPARE 8-K FILINGS FOR DELPHI AND GENERAL MOTORS FOR ATTORNEY REVIEW (2.6). |
| DEMMA J | 05/03/06 | 5.10 | CONTINUE PREPARING INDEX OF DELPHI AND GENERAL MOTORS 8-K FILINGS FOR ATTORNEY REVIEW (5.1). |
| | | **7.70** | |
| **Total Legal Assistant** | | **7.70** | |
| **TOTAL TIME** | | **43.60** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Delphi Corporation (DIP) | | | |
|---|---|---|---|
| General Corporate Advice | | | |

Bill Date: 06/30/06
Bill Number: 1112661

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 05/02/06 | Copy Center, D | 0.20 |
| In-house Reproduction | 05/05/06 | Copy Center, D | 1.00 |
| In-house Reproduction | 05/19/06 | Copy Center, D | 0.80 |
| In-house Reproduction | 05/23/06 | Copy Center, D | 107.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$109.00** |
| Lexis/Nexis | 05/01/06 | Poggioli C | 115.00 |
| | | **TOTAL LEXIS/NEXIS** | **$115.00** |
| Westlaw | 05/23/06 | Wharton JN | 10.00 |
| | | **TOTAL WESTLAW** | **$10.00** |
| Messengers/ Courier | 05/03/06 | Dist Serv/Mail/Page, D | 21.70 |
| Messengers/ Courier | 05/10/06 | Dist Serv/Mail/Page, D | 107.30 |
| | | **TOTAL MESSENGERS/ COURIER** | **$129.00** |
| Printing to paper from TIF | 05/15/06 | Copy Center, D | 403.00 |
| | | **TOTAL PRINTING TO PAPER FROM TIF** | **$403.00** |
| Wireless - Mobile/Cellular/Pager | 04/09/06 | Meisler RE | 22.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$22.00** |
| | | **TOTAL MATTER** | **$788.00** |