SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
        In re                             :      Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :      Case No. 05–44481 (RDD)
                                          :
                        Debtors.          :      (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


EXHIBIT D-13
GLOBAL SUBSIDIARIES (NON-U.S.)
337.4 HOURS

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                    Bill Date: 03/31/06
Global Subsidiaries (Non-US)                               Bill Number: 1108452

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HIESTAND NL | 02/01/06 | 1.30 | CONTINUED WORK ON JV ISSUE (1.3). |
| HIESTAND NL | 02/03/06 | 2.10 | PREPARE AND ATTEND SENIOR ADVISORY MEETING (2.1). |
| HIESTAND NL | 02/07/06 | 0.20 | ATTEND TO SBERBANK ISSUES (0.2). |
| HIESTAND NL | 02/08/06 | 2.10 | CONTINUED ANALYSIS ON CITIBANK/DHB BRAZIL ISSUES (2.1). |
| HIESTAND NL | 02/10/06 | 0.90 | CONTINUED REVIEW OF EQUITY TRANSFER ADN BRAZIL ISSUES (0.9). |
| HIESTAND NL | 02/13/06 | 3.40 | REVIEW CRED. COM. AND 541 MEETING MATTERS (2.2); REVIEW WITH FARIS ISSUE RE DHBC (1.2). |
| HIESTAND NL | 02/14/06 | 0.80 | CONTINUED ATTENTION TO D&B ISSUES (0.8). |
| HIESTAND NL | 02/15/06 | 1.60 | ATTEND TO FINAL MOTION FOR SALE OF JV; DITB ISSUE (1.6). |
| HIESTAND NL | 02/16/06 | 1.40 | CONTINUED REVIEW AND FILING (1.4). |
| HIESTAND NL | 02/17/06 | 1.80 | FINALIZE MOTION FOR SALE OF JV (1.8). |
| HIESTAND NL | 02/20/06 | 1.30 | REVIEW CURRENT ISSUES (1.3). |
| HIESTAND NL | 02/21/06 | 0.40 | ATTEND TO MISCELLAENOUS EUROPEAN ISSUES, INCLUDING SALES (0.4). |
| HIESTAND NL | 02/22/06 | 0.40 | ATTEND TO JV SALES (0.4). |
| HIESTAND NL | 02/24/06 | 1.10 | REVIEW ISSUES RE: PREPARATION AND CONTINGENCY PLANNING (1.1). |
| | | **18.80** | |
| MARAFIOTI KA | 02/01/06 | 1.70 | ANALYZE ISSUES RE: SHANGHAI DELCO SALE (1.7). |
| MARAFIOTI KA | 02/14/06 | 1.60 | REVIEW AND REVISE FURAKAWA MOTION (1.2) AND ORDER (0.2); FURTHER REVISIONS TO EACH (0.2). |
| MARAFIOTI KA | 02/15/06 | 0.50 | REVIEW AND REVISE MOTION TO APPROVE SALE OF EQUITY INTEREST IN IN CHINESE JOINT VENTURE (0.5). |
| MARAFIOTI KA | 02/17/06 | 1.00 | FINALIZE FURAKAWA MOTION (0.3), NOTICE (0.1), ORDER (0.2); WORK ON FINAL REVISIONS TO CHINESE JOINT VENTURE SALE MOTION (0.4). |
| | | **4.80** | |
| **Total Partner** | | **23.60** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| HERRIOTT AV | 02/02/06 | 1.80 | READ AND REVIEW RESEARCH MATERIALS IN PREPARATION FOR DRAFTING OF JOINT VENTURE FUNDING MOTION (1.8). |
| HERRIOTT AV | 02/05/06 | 0.90 | CONTINUE RESEARCH RE: FURUKAWA INVESTMENT (0.9). |
| HERRIOTT AV | 02/06/06 | 1.00 | CONTINUE REVIEWING FURUKAWA CORPORATE DOCUMENTS AND DRAFTING MOTION RE: CAPITAL INFUSIONS IN FURUKAWA (1.0). |
| HERRIOTT AV | 02/07/06 | 4.80 | BEGIN DRAFTING MOTION TO FUND JOINT VENTURE DELPHI FURUKAWA WIRING SYSTEMS (4.8). |
| HERRIOTT AV | 02/08/06 | 1.00 | CONTINUE DRAFTING MOTION TO FUND JOINT VENTURE (1.0). |
| HERRIOTT AV | 02/09/06 | 5.10 | CONTINUE TO DRAFT, REVIEW AND REVISE MOTION TO FUND JOINT VENTURE DFWS (4.7); TELECONFERENCE WITH E. HOFIUS AND L. AGASSE RE: SAME (0.4). |
| HERRIOTT AV | 02/10/06 | 1.80 | CONTINUE REVIEWING AND REDRAFTING MOTION TO FUND JOINT VENTURE DFWS (1.5); CONFERENCE WITH E. HOFIUS AND L. AGASSE RE: SAME (0.3). |
| HERRIOTT AV | 02/13/06 | 1.10 | CONTINUE TO REVIEW AND REVISE MOTION TO FUND JOINT VENTURE (0.3); PARTICIPATE IN WORKING GROUP STRATEGY MEETING (0.8). |
| HERRIOTT AV | 02/14/06 | 2.00 | CONTINUE TO REVIEW AND REVISE MOTION TO FUND JOINT VENTURE DFWS (2.0). |
| HERRIOTT AV | 02/15/06 | 1.70 | CONTINUE TO REVIEW AND REVISE MOTION TO FUND JOINT VENTURE DFWS (1.7). |
| HERRIOTT AV | 02/16/06 | 1.30 | CONTINUE REVIEWING AND REVISING MOTION TO FUND JOINT VENTURE DELPHI FURUKAWA WIRING SYSTEMS (0.9); TELECONFERENCE WITH E. HOFIUS AND M. DENSMORE RE: SAME (0.4). |
| HERRIOTT AV | 02/17/06 | 6.40 | CONTINUE REVIEWING AND REVISING MOTION, ORDER AND NOTICE TO FUND JOINT VENTURE FURUKAWA AND PREPARE FOR FILING (5.4); CONFERENCE WITH E. HOFIUS AND M. DENSMORE RE: SAME (0.7); COMPILE NOTICE PARTIES FOR MOTION (0.3). |
| HERRIOTT AV | 02/23/06 | 0.40 | REVIEW INFORMATION REQUEST FROM CREDITORS' COMMITTEE RE: DELPHI'S MOTION TO FUND ITS JOINT VENTURE DFWS AND BEGIN RESEARCHING RESPONSE (0.4). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| HERRIOTT AV | 02/24/06 | 0.70 | REVIEW COMPANY'S RESPONSE TO CREDITORS' COMMITTEE ADVISOR'S REQUEST FOR ADDITIONAL INFORMATION IN CONNECTION WITH MOTION TO FUND DFWS (0.4); CONFERENCE WITH M. DENSMORE RE: SAME (0.1); FOLLOW UP FROM CONVERSATION (0.2). |
| | | **30.00** | |
| MEISLER RE | 02/08/06 | 0.70 | REVIEW AND COMMENT ON MOTION TO PERMIT INVESTMENTS IN DFWS (0.7). |
| MEISLER RE | 02/09/06 | 0.70 | CONTINUED TO REVIEW AND COMMENT ON MOTION TO PERMIT INVESTMENTS IN DFWS (0.7). |
| MEISLER RE | 02/14/06 | 0.10 | ATTENTION TO JOINT VENTURE ISSUE (0.1). |
| MEISLER RE | 02/16/06 | 0.70 | REVIEW FURUKAWA MOTION (0.4); CONFERENCE WITH S. CORCORAN RE: SAME (0.3). |
| MEISLER RE | 02/17/06 | 3.00 | REVIEWED AND COMMENTED ON FURUKAWA MOTION (1.4); REVIEW AND RESPONDED TO CORRESPONDENCE (1.5); CONFERENCE WITH M. MCGUIRE RE: DELPHI DEUTSCHLAND (0.1). |
| MEISLER RE | 02/27/06 | 1.90 | TELECONFERENCE WITH S. CORCORAN RE: FURKUWA (0.1); ATTENTION TO SAME (0.3); TELECONFERENCE WITH J. GUGLIELMO RE: SAME (0.2); PARTICIPATE ON WEEKLY ACTION ITEM CALL (0.6); FOLLOW UP RE: SAME (0.2); TELECONFERENCE WITH T. MATZ RE: STRATEGY (0.5). |
| MEISLER RE | 02/28/06 | 0.60 | TELECONFERENCE WITH S. CORCORAN RE: INTERCOMPANY LOANS (0.1); ATTENTION TO SAME (0.5). |
| | | **7.70** | |
| PILKINGTON C | 02/01/06 | 2.40 | ADVICE TO S. DANIELS RE "INSIDER" ISSUE RE PROJECT DISH AND NECESSARY BANKRUPTCY COURT APPROVAL (0.9); REVIEW CORRESPONDENCE AND ISSUES RE MEXICAN "MAQUILADORA" OPERATIONS (0.9); REVIEW CORRESPONDENCE/ISSUES RE INTERNATIONAL SET-OFFS (0.6). |
| PILKINGTON C | 02/02/06 | 3.20 | REVIEW DISTRIBUTION LIST FILE CORRESPONDENCE (01/3/06) (0.9); DRAFTING AND AMENDING MOTION FOR SALE OF CHINESE JV (PROJECT DISH) (1.1); DRAFTING ORDER RE PROJECT DISH (1.2). |
| PILKINGTON C | 02/06/06 | 1.20 | PREPARATION FOR AND ATTENDING WEEKLY UPDATE CONFERENCE CALL (1.2). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| PILKINGTON C | 02/07/06 | 3.40 | ARRANGING US PROCEDURAL LAW AMENDMENTS TO EQUITY TRANSFER AGREEMENT RE PROJECT DISH (0.4); REVIEW OF UPDATED CASE ADMINISTRATION FILE MATERIALS (1.1); REVIEW OF CHINESE JV CONTRACT; ANALYSIS OF PRE-EMPTION/NOTICE PROVISIONS THERETO (1.9). |
| PILKINGTON C | 02/08/06 | 6.50 | REVIEW OF UCC PRESENTATION (2.2.06) MATERIALS (1.8); REVIEW OF S.341 PRESENTATION MATERIALS (0.9); AMENDMENTS TO PROJECT DISH TRANSFER AGREEMENT RE: BANKRUPTCY COURT REQUIREMENTS (1.9); REVIEW DISTRIBUTION LIST FILE CORRESPONDENCE (1.2.06; 3/2/06) (0.6); REVIEW/ANALYSIS AND ADVICE TO R. BERRY RE DHB/CITIBANK SETTLEMENT ISSUE AND TERMS/MECHANICS OF PAYMENT OF CITIBANK'S LEGAL FEES (1.3). |
| PILKINGTON C | 02/09/06 | 3.70 | REVIEW OGF CASH MANAGEMENT ORDER AND ADVICE TO R. BERRY RE SET-OFF OF $1.3M RE DHB/SETTLEMENT MONIES AND AMOUNTS OWED TO/FROM DELPHI US/BRAZIL (1.2); ADVICE TO F. ALSAGOFF RE AMENDMENTS TO PROJECT DISH TRANSFER AGREEMENT AND BANKRUPTCY COURT APPROVAL WORKING (1.3); DRAFTING SUMMARY OF INTERNATIONAL WARRANTIES (1.2). |
| PILKINGTON C | 02/10/06 | 1.00 | ATTENDING SENIOR STRATEGY MEETING CONFERENCE CALL (0.7); ADVICE TO F. ALSAGOFF/S. DANIELS RE PROJECT DISH (0.3). |
| PILKINGTON C | 02/13/06 | 3.40 | DISCUSSIONS WITH /ADVICE TO L. HIESTAND RE SHB/CITIBANK SETTLEMENT (0.8); REVIEW DISTRIBUTION LIST FILE CORRESPONDENCE (2.7/06) (0.9); REVIEW OF STATEMENT OF AFFAIRS (1.7). |
| PILKINGTON C | 02/14/06 | 1.70 | REVIEW/ANALYSIS OF UPDATED TASK LIST AND INTERNATIONAL ISSUES (1.1); REVIEW R. BERRY EMAIL RE: DHB SETTLEMENT AND ANALYSIS OF QUERIES (0.6). |
| PILKINGTON C | 02/15/06 | 1.70 | FINALIZING MOTION, ORDER AND NOTICE PARTIES FOR PROJECT DISH (1.7). |
| PILKINGTON C | 02/16/06 | 4.10 | FINALIZING MOTION/ORDER/NOTICE PARTIES FOR PROJECT DISH (2.9); DRAFTING NOTICE RE PROJECT DISH. (1.2). |
| PILKINGTON C | 02/17/06 | 5.70 | AMENDING, FINALIZING AND ARRANGING FILING OF ORDER, SALE NOTICE, TRANSFER AGREEMENT AND LIST OF NOTICE PARTIES RE: PROJECT DISH (4.6); REVIEW DISTRIBUTION LIST FILE CORRESPONDENCE (1.1). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| PILKINGTON C | 02/21/06 | 0.90 | REVIEW OF UPDATED CORE ADMINISTRATION MATERIAL (0.9). |
| PILKINGTON C | 02/22/06 | 1.30 | REVIEW UPDATED TASK LIST (1.3). |
| PILKINGTON C | 02/24/06 | 1.20 | REVIEW OF PRESENTATION MATERIALS RE: MEETING OF UCC (2/16/2006) (1.2). |
| PILKINGTON C | 02/25/06 | 1.60 | ANALYSIS AND AMENDMENTS TO UCC PRESENTATION SLIDES RE: PROJECT DISH (1.3); ANALYSIS OF INFORMATION RE: PROJECT DISH TO BE SUPPLIED TO THE UCC (0.3). |
| PILKINGTON C | 02/27/06 | 0.30 | REQUESTING INFORMATION RE: PROJECT DISH TO RESPOND TO VCC IF NECESSARY (0.3). |
| PILKINGTON C | 02/28/06 | 1.10 | REVIEW/ANALYSIS OF UPDATED TASK LIST AND ONGOING INTERNATIONAL ISSUES; REVIEW DISTRIBUTION LIST CORRESPONENCE (1.1). |

**44.40**

| | | | |
|---|---|---|---|
| STUART NL | 02/28/06 | 5.30 | RESEARCH RE: INTERCOMPANY TRANSFERS AND SUBSIDIARY FINANCING (1.1); DRAFT MEMO RE: SAME (1.9); TELECONFERENCE WITH CLIENT RE: FINANCINGS (0.6); CONTINUE WITH RESEARCH RE: SUBSIDIARY FINANCINGS (1.7). |

**5.30**

| | | | |
|---|---|---|---|
| TOUSSI S | 02/01/06 | 1.60 | ADDRESS ISSUES RE: SALE OF CHINESE JOINT VENTURE (PROJECT DISH) INCLUDING CONDITIONS TO CLOSING TO BE INCLUDED IN DRAFT TRANSFER AGREEMENT (1.2); VARIOUS CORRESPONDENCE AND FOLLOWUP RE: SAME (0.4). |
| TOUSSI S | 02/02/06 | 2.70 | REVIEW DRAFT OF PROJECT DISH MOTION ON SALE OF CHINESE JOINT VENTURE ASSETS (1.4); ADDRESS AND RESEARCH ISSUES RELATED TO AKEBOMO SALE OF ASSETS AND RELATED SETOFF ISSUES (1.3). |
| TOUSSI S | 02/08/06 | 4.90 | REVIEW DRAFT OF TRANSFER AGREEMENT FOR SALE OF CHINESE JV INTEREST AND EDIT SAME (1.7); REVIEW COMPARABLE APA IN CONNECTION WITH SAME (1.0); EDIT AND REVISE DRAFT MOTION RE: PROJECT DISH AND DISCUSS SAME (1.5); ADDRESS CORRESPONDENCE RE: MOTION AND AGREEMENT (0.7). |
| TOUSSI S | 02/09/06 | 2.30 | EDIT AND REVISE MOTION TO APPROVE SALE OF CHINESE JOINT VENTURE (1.2); REVIEW COMDISCO AND RELATED PRECEDENT RE: BIDDING PROCEDURES (0.8); VARIOUS CORRESPONDENCE RE: MOTION AND NOTICE ISSUES RE: BIDDING PROCEDURES (0.3). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| TOUSSI S | 02/10/06 | 3.50 | EDIT AND REVISE MOTION TO APPROVE SALE OF CHINESE JV EQUITY INTEREST (2.0); DRAFT AND REVISE PROPOSED ORDER RE: SAME (1.0); ADDRESS NOTICE AND SERVICE ISSUES AND VARIOUS CORRESPONDENCE RE: SAME (0.5). |
| TOUSSI S | 02/13/06 | 1.10 | ADDRESS ISSUES RE: SALE OF CHINESE JOINT VENTURE INTEREST AND SERVICE RELATED ISSUES (1.1). |
| TOUSSI S | 02/15/06 | 2.00 | ADDRESS AND RESOLVE ISSUES RE: MOTION TO SELL EQUITY INTERESTS (0.6); EDIT AND REVISE NOTICE/ORDER/MOTION AND INCORPORATE COMMENTS (1.4). |
| TOUSSI S | 02/16/06 | 3.60 | REVIEW 2/9 HEARING TRANSCRIPT (0.5); EDIT AND REVISE MOTION, ORDER AND NOTICE RE: PROJECT DISH (1.5); ADDRESS AND RESOLVE ISSUES RE: SAME (1.6). |
| TOUSSI S | 02/17/06 | 3.40 | EDIT AND REVISE PROJECT DISH MOTION ON TRANFER OF CHINESE JOINT VENTURE EQUITY INTEREST (2.2); ADDRESS ISSUES RE: FILING SAME (1.2). |

|  |  |
|---|---|
|  | 25.10 |
| Total Associate | 112.50 |
| TOTAL TIME | <u>136.10</u> |
| CLIENT TOTAL | <u>5868.50</u> |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                    Bill Date: 03/31/06
Global Subsidiaries (Non-US)                               Bill Number: 1108452

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 02/24/06 | Telecommunications, D | 1.82 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 2.15 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.03 |
| | | **TOTAL TELEPHONE EXPENSE** | **$4.00** |
| Out-of-Town Travel | 02/16/06 | Butler, Jr. J | 9.51 |
| Out-of-Town Travel | 02/17/06 | Meisler RE | 120.66 |
| Out-of-Town Travel | 02/17/06 | Meisler RE | 41.30 |
| Out-of-Town Travel | 02/17/06 | Meisler RE | 202.53 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$374.00** |
| Wireless - Mobile/Cellular/Pager | 02/28/06 | Hiestand NL | 302.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$302.00** |
| | | **TOTAL MATTER** | **$680.00** |
| | | **TOTAL CLIENT** | **$207,364.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                    Bill Date: 04/30/06
Global Subsidiaries (Non-US)                               Bill Number: 1108601

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HIESTAND NL | 03/03/06 | 3.30 | BEGIN WORK ON CATALYST TRANSACTION (3.3). |
| HIESTAND NL | 03/05/06 | 0.40 | PREPARING FOR CALL (0.4). |
| HIESTAND NL | 03/06/06 | 1.10 | ATTEND TO SALE ISSUES (1.1). |
| HIESTAND NL | 03/07/06 | 1.40 | SIGN REVIEW OF UCC ISSUES, OTHER MATTERS, INCLUDING CATALYST SALE (1.4). |
| HIESTAND NL | 03/08/06 | 2.60 | REVIEW SBERBANK RESPONSE (1.8); PREVIEW CATALYST ISSUES AND CONFERENCE CALL (0.8). |
| HIESTAND NL | 03/10/06 | 2.80 | PREPARE FOR AND ATTEND CONFERENCE CALL; FOLLOW UP (2.8). |
| HIESTAND NL | 03/13/06 | 0.30 | ATTENTION TO SALE RIDER AND PEGASUS MATTER (0.3). |
| HIESTAND NL | 03/15/06 | 0.40 | REVIEW SALE ISSUES RE. PEGASUS (0.4). |
| HIESTAND NL | 03/20/06 | 1.30 | ATTEND TO ISSUE RE: SALE OF GERMAN ASSETS AND PATENT; OTHER MATTERS (1.3). |
| HIESTAND NL | 03/21/06 | 0.40 | REVIEW VARIOUS ISSUES (0.4). |
| HIESTAND NL | 03/24/06 | 1.70 | CONFERENCE CALL (1.7). |
| HIESTAND NL | 03/30/06 | 1.90 | CONTINUE TO WORK ON DD/DTI IP MATTER; REVIEW BOARD MATERIALS (1.9). |
| | | 17.60 | |
| **Total Partner** | | **17.60** | |
| MATZ TJ | 03/07/06 | 0.40 | WORK ON KELLY DRYE RE: INTERCOMPANY LOAN TRANSACTIONS AND NOTICES (0.4). |
| MATZ TJ | 03/09/06 | 0.40 | FURTHER WORK ON CHINESE JOINT VENTURE ORDER (0.4). |
| MATZ TJ | 03/10/06 | 0.60 | FOLLOW UP WORK AND CORRESPONDENCE RE: CHINESE JOINT VENTURE ORDER (0.6). |
| MATZ TJ | 03/13/06 | 0.50 | FOLLOW UP WORK RE: FINAL FORM OF ORDER RE: SAME OF CHINESE JOINT VENTURE INTEREST (0.4); FORWARD SAME TO CHAMBER (0.1). |
| MATZ TJ | 03/15/06 | 0.10 | TELECONFERENCE WITH CHAMBERS RE: CHINESE JOINT VENTURE STATUS (0.1). |
| | | 2.00 | |
| **Total Counsel** | | **2.00** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| HERRIOTT AV | 03/01/06 | 1.00 | DRAFT FURUKAWA PROFFER (0.7); STRATEGY MEETING WITH CLIENT (0.3). |
| | | **1.00** | |
| PILKINGTON C | 03/03/06 | 2.50 | PREPARATION FOR AND ATTENDING DELPHI SENIOR STRATEGY CONFERENCE CALL (1.6); REVIEW OF DISTRIBUTION LIST FILE CORRESPONDENCE (0.9). |
| PILKINGTON C | 03/06/06 | 2.30 | REVIEW DISTRIBUTION LIST CORRESPONDENCE AND UCC PRESENTATION MATERIALS (1.3); ATTENDING/PREPARATIONS FOR WEEKLY TASK LIST ASSOCIATES CONFERENCE CALL (1.0). |
| PILKINGTON C | 03/07/06 | 4.80 | REVIEW REVISED DRAFT OF CODE; RESEARCH RE: EMBARGOS IN UK, AND DEPARTMENT OF DEFENCE CODES OF CONDUCT; WORDING RE: PERSONNEL REPORTING QUERIES/CONCERN (4.8). |
| PILKINGTON C | 03/08/06 | 1.30 | DRAFTING SECTIONS FOR HANDBOOK ON UK EMBARGO/SANCTIONS AND REQUIREMENTS FOR CODES OF CONDUCT ISSUES (1.3). |
| PILKINGTON C | 03/09/06 | 2.30 | LIAISING WITH J. LOSEY/D. NORLINGER RE: UK/INTERNATIONAL EMBARGO REWORDING; TELECONFERENCE WITH D. OUDERK AND RESEARCH RE: ANTI-CORRUPTION WORDING IN CODE; LEGAL RESEARCH THERETO (2.3). |
| PILKINGTON C | 03/10/06 | 3.70 | REVIEW CLEAN/BLACKLINED AMENDED VERSIONS OF HANDBOOK; COMMENTS ON UK ISSUES INCLUDING ANTI-CORRUPTION AND EMBARGOES/SANCTIONS ISSUES (1.9); PREPARATION FOR AND ATTENDING SENIOR STRATEGY MEETING CONFERENCE CALL (1.8). |
| PILKINGTON C | 03/13/06 | 1.90 | REVIEW/ANALYSIS REVISED HANDBOOK; RESEARCH RE: REMEDIES AVAILABLE TO EMPLOYER IF EMPLOYEE FAILS TO RETURN COMPANY PROPERTY (1.9). |
| PILKINGTON C | 03/17/06 | 1.50 | PREPARATION FOR AND ATTENDING SENIOR STRATEGY MEETING CONFERENCE CALL (1.5). |
| PILKINGTON C | 03/20/06 | 0.30 | REVIEW/FORWARDING PROJECT DISH DOCKETED MOTION (0.3). |
| PILKINGTON C | 03/21/06 | 1.40 | REVIEW TASK LIST AND OUTSTANDING INTERNATIONAL ISSUES (0.8); REVIEW UPDATED CASE BINDER MATERIALS (0.6). |
| PILKINGTON C | 03/22/06 | 1.50 | REVIEW OF 9 MARCH 2006 BC HEARING TRANSCRIPT (1.2); REVIEW FILE CORRESPONDENCE (0.3). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| PILKINGTON C | 03/27/06 | 3.80 | REVIEW/ANALYSIS S. 1102 KA HEARING TRANSCRIPT. (1.3); REVIEW/ANALYSIS OF BERLIN DIVESTITURE AND ABILITY TO ELL PATENTS/IP UNDER UK AND GERMAN LAW (1.1); PREPARATION FOR AND ATTENDING DELPHI WEEKLY CALL (0.6); REVIEWING/ANALYSIS ONGOING INTERNATIONAL ISSUES (0.8). |
| PILKINGTON C | 03/28/06 | 2.40 | REVIEW UPDATED CASE ADMINISTRATION MATERIALS (0.8); RESEARCH-RECOGNITION OF US PLEDGES AFTER UK ASSETS (1.6). |
| PILKINGTON C | 03/29/06 | 3.70 | CE RE: EQUITABLE OWNERSHIP OF IP UNDER UK LAW (1.6); RESEARCH RE. ABILITY OF DELPHI US TO ASSERT LIENS OVER ASSETS OF DELPHI UK (1.8); REVIEW FILE CORRESPONDENCE (0.3). |
| PILKINGTON C | 03/30/06 | 0.80 | REVIEW FILE CORRESPONDENCE (0.3); TELECONFERENCE WITH L. HIESTAND RE: LEGAL/BENEFICIAL OWNERSHIP OF UK IP (0.2); ANALYSIS OF ISSUES THERETO (0.3). |
| PILKINGTON C | 03/31/06 | 1.10 | REVIEW DISTRIBUTION LIST CORRESPONDENCE (0.6); REVIEW CORRESPONDENCE AS IP OWNERSHIP IN BERLIN'S DIVESTITURE AND ANALYSIS THERETO (0.5). |
| | | **35.30** | |
| STUART NL | 03/08/06 | 1.50 | RESEARCH RE: VARIOUS FOREIGN SUBSIDIARY FINANCING ISSUES (1.3); TELECONFERENCE WITH CLIENT RE: SAME (0.2). |
| | | **1.50** | |
| TOUSSI S | 03/08/06 | 1.20 | PREPARE PROFFERS FOR VARIOUS MOTIONS TO BE HEARD ON 3/9, INCLUDING CHINESE JOINT VENTURE SALE (1.2). |
| TOUSSI S | 03/09/06 | 0.70 | ADDRESS ISSUES RE: HEARING ON CHINESE JOINT VENTURE SALES (0.7). |
| TOUSSI S | 03/10/06 | 0.80 | ADDRESS ISSUES RE: CHINESE JOINT VENTURE SALE (0.3); RESEARCH ISSUES RE: SAME (0.5). |
| | | **2.70** | |
| **Total Associate** | | **40.50** | |
| FARRAG SK | 03/27/06 | 4.80 | RESEARCH ON THE CONDITIONS FOR ACQUIRING EQUITABLE OWNERSHIP OF A PATENT REGISTERED IN ANOTHER'S NAME UNDER ENGLISH LAW (4.8). |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| FARRAG SK | 03/28/06 | 7.70 | FURTHER RESEARCH ON DELPHI DEUTSCHLAND'S POTENTIAL ARGUMENT THAT IT ACQUIRED EQUITABLE OWNERSHIP OF UK PATENTS BY PAYING FOR THEIR DEVELOPMENT (7.7). |
| | | 12.50 | |
| Total Research Assistant/Solicitor Trainee | | 12.50 | |

**TOTAL TIME**          72.60

**CLIENT TOTAL**          6256.60

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                    Bill Date: 04/30/06
Global Subsidiaries (Non-US)                               Bill Number: 1108601

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 03/17/06 | Copy Center, D | 22.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$22.00** |
| Telephone Expense | 03/09/06 | Telecommunications, D | 12.91 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 1.91 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 2.10 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.07 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.01 |
| | | **TOTAL TELEPHONE EXPENSE** | **$17.00** |
| Wireless - Mobile/Cellular/Pager | 03/31/06 | Hiestand NL | 210.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$210.00** |
| | | **TOTAL MATTER** | **$249.00** |
| | | **TOTAL CLIENT** | **$229,991.68** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                          Bill Date: 05/31/06
Global Subsidiaries (Non-US)                      Bill Number: 1108515

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 04/19/06 | 0.60 | REVIEW AND EVALUATE MESIROW REQUEST RE INTERCOMPANY TRANSACTIONS (0.6). |
| BUTLER, JR. J | 04/29/06 | 0.40 | REVIEW AND EVALUATE BERLIN DIVESTITURE MATTERS (0.4). |
| | | 1.00 | |
| HIESTAND NL | 04/03/06 | 2.80 | PREPARE FOR AND ATTEND WEEKLY SENIOR STAFF CALL; FOLLOW UP AND ATTENTION TO PEGASUS (2.8). |
| HIESTAND NL | 04/04/06 | 2.60 | PREPARE FOR AND ATTEND CALL RE: PEGASUS (2.6). |
| HIESTAND NL | 04/05/06 | 1.40 | REVIEW AND ANALYZE PBGC LIEN ISSUES; OTHERS (1.4). |
| HIESTAND NL | 04/06/06 | 0.80 | CONTINUE ATTENTION TO PEGASUS (0.8). |
| HIESTAND NL | 04/09/06 | 0.90 | REVIEW OPEN MATTERS (0.9). |
| HIESTAND NL | 04/10/06 | 3.20 | PREPARE FOR AND ATTEND CALL RE: PEGASUS (3.2). |
| HIESTAND NL | 04/11/06 | 0.70 | REVIEW PEGASUS ISSUES (0.7). |
| HIESTAND NL | 04/12/06 | 2.20 | REVIEW PEGASUS MATERIALS AND UCC MATERIALS (2.2). |
| HIESTAND NL | 04/13/06 | 3.20 | PREPARE FOR AND ATTEND SENIOR STRATEGY CALL (2.1); REVIEW PEGASUS AND OTHER ISSUES (1.1). |
| HIESTAND NL | 04/20/06 | 0.30 | ATTEND TO OPEN ITEMS (0.3). |
| HIESTAND NL | 04/21/06 | 0.40 | BERLIN DIVESTITURE AND OTHER MATTERS (0.4). |
| HIESTAND NL | 04/25/06 | 0.90 | ATTEND TO BERLIN DIVESTITURE (0.9). |
| HIESTAND NL | 04/26/06 | 1.80 | REVIEW AND ANALYZE BERLIN DD PATENT MATTER (1.8). |
| HIESTAND NL | 04/27/06 | 3.10 | REVIEW MATERIALS RELATING TO BERLIN DIVESTITURE PATENT SALE; TELECONFERENCE RE: SAME; DRAFT NOTE TO CLIENT (3.1). |
| HIESTAND NL | 04/28/06 | 4.20 | PREPARE FOR AND ATTEND SENIOR STRATEGY MEETING CALL (1.9); CONTINUE WORK ON BERLIN DIVESTITURE (1.9); OTHER ISSUES (0.4). |
| | | 28.50 | |
| Total Partner | | 29.50 | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MEISLER RE | 04/27/06 | 3.00 | REVIEW BERLIN DIVESTITURE TRANSACTION (1.8); CONFERENCE WITH WORKING GROUP RE: SAME (0.8); REVIEW AND COMMENT ON CORRESPONDENCE RE: SAME (0.4). |
| | | **3.00** | |
| PILKINGTON C | 04/03/06 | 0.90 | PREPARATION FOR AND ATTENDING WEEKLY STRATEGY CALL (0.9). |
| PILKINGTON C | 04/04/06 | 1.90 | REVIEW REVISED CASE ADMINISTRATION MATERIALS (0.7); REVIEW ONGOING TASK LIST AND OUTSTANDING INTERNATIONAL ISSUES (1.2). |
| PILKINGTON C | 04/05/06 | 2.90 | ADVICE RE: WHETHER US LIENS CAN BE ASSERTED OVER UK ASSETS; RESEARCH THERETO (2.9). |
| PILKINGTON C | 04/07/06 | 4.60 | REVIEW/RESEARCH RE: ENFORCEABILITY OF US LIEN OVER UK ASSETS (1.1); REVIEW PRESENTATION MATERIALS RE: MEETING OF UCC 30 MARCH 2006 (1.7); REVIEW TRANSCRIPTS OF US BANKRUPTCY COURT HEARINGS (22 MARCH 2006 AND 10 FEBRUARY 2006) (1.8). |
| PILKINGTON C | 04/10/06 | 1.90 | PREPARATION FOR AND ATTENDING DELPHI TASK LIST CONFERENCE CALL (1.0); REVIEW OUTSTANDING INTERNATIONAL ISSUES (0.6); CHASING STATUS OF BERLIN DIVESTITURE (0.3). |
| PILKINGTON C | 04/11/06 | 1.10 | REVIEW REVISED CASE ADMINISTRATION MATERIAL (1.1). |
| PILKINGTON C | 04/13/06 | 1.10 | REVIEW FILE CORRESPONDENCE (0.7); ANALYSIS OF POSITION RE: MECEL DIVESTITURE AND LIAISON WITH COMPANY (0.4). |
| PILKINGTON C | 04/18/06 | 2.10 | REVIEW UPDATED CASE ADMINISTRATION MATERIAL (0.8); LIAISON/ADVICE RE: MECEL DIVESTITURE (0.7); REVIEW DISTRIBUTION LIST CORRESPONDENCE (0.6). |
| PILKINGTON C | 04/19/06 | 1.10 | REVIEW/ANALYSIS OF MECEL DIVESTITURE AND BC APPROVAL ISSUE (1.1). |
| PILKINGTON C | 04/21/06 | 1.10 | REVIEW OF MEMORANDUM RE: DTI/DD OWNERSHIP OF PATENTS AND UK ADVICE (1.1). |
| PILKINGTON C | 04/24/06 | 2.40 | REVIEW DISTRIBUTION LIST FILE CORRESPONDENCE (0.8); PREPARATION FOR AND ATTENDING WEEKLY CALL (0.7); ANALYSIS OUTSTANDING INTERNATIONAL ISSUES (0.9). |
| PILKINGTON C | 04/25/06 | 1.50 | REVIEW REVISED CASE ADMINISTRATION MATERIALS (0.8); ADVICE TO R. MEISLER RE: DIVESTITURE OF MECEL AB (0.7). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| PILKINGTON C | 04/26/06 | 0.40 | REVIEW BERLIN DIVESTITURE ISSUE (0.4). |
| PILKINGTON C | 04/27/06 | 3.10 | REVIEW OF DISTRIBUTION LIST CORRESPONDENCE AND TRANSCRIPT OF 7 JULY 2006 HEARING (1.3); PREPARATION FOR, ATTENDING AND FOLLOW UP RE: TELECONFERENCE ON DIVESTITURE OF BERLIN AND IP ISSUES (1.8). |
| PILKINGTON C | 04/28/06 | 0.80 | PREPARATION FOR AND ATTENDING WEEKLY STRATEGY CALL (0.8). |
| | | 26.90 | |
| ZIEGLER VE | 04/06/06 | 4.50 | DRAFT DE MINIMIS ASSETS NOTICE RE: SALE OF BERLIN PATENTS (2.1); REVIEW AND ANALYZE DOCUMENTS SENT BY DELPHI WITH RESPECT TO THE TRANSACTION (2.4). |
| ZIEGLER VE | 04/07/06 | 5.40 | LEGAL RESEARCH AND DRAFT MEMO AND CASE LAW ANALYSIS RE: DISTRIBUTION OF PROFITS BETWEEN LEGAL AND BENEFICIARY OWNER OF PATENTS UNDER US AND EU LAW (4.1); DRAFT ANALYSIS AND EMAIL CORRESPONDENCE WITH T. TWOMEY AND J. STRZEBNIOK RE: FACTUAL BACKGROUND AND FOLLOW UP QUESTIONS (1.3). |
| ZIEGLER VE | 04/10/06 | 0.90 | ATTEND CONFERENCE CALL WITH T. TWOMEY AND J. STRZEBNIOK RE: DILIGENCE AND EMPLOYMENT AGREEMENT WITH RESPECT TO THE PATENTS (0.9). |
| ZIEGLER VE | 04/11/06 | 8.30 | ANALYSIS OF PROPOSED SALE OF BERLIN PATENTS (2.1) LEGAL RESEARCH RE: BENEFICIAL OWNERSHIP OF PATENTS UNDER EU AND US LAW (5.1); DRAFT EMAIL OF ANALYSIS AND QUESTIONS RE: BENEFICIAL OWNERSHIP AND EVIDENCE (1.1). |
| ZIEGLER VE | 04/17/06 | 4.50 | DRAFT PART OF MEMO AND CASE LAW ANALYSIS RE: DISTRIBUTION OF PROFITS BETWEEN LEGAL AND BENEFICIARY OWNER OF PATENTS UNDER US AND EU LAW (3.1); DRAFT ANALYSIS AND EMAIL CORRESPONDENCE WITH T. TWOMEY AND J. STRZEBNIOK RE: FACTUAL BACKGROUND (1.4). |
| ZIEGLER VE | 04/18/06 | 4.10 | DRAFT PART OF MEMO AND CASE LAW ANALYSIS RE: DISTRIBUTION OF PROFITS BETWEEN LEGAL AND BENEFICIARY OWNER OF PATENTS UNDER US AND EU LAW (4.1). |
| ZIEGLER VE | 04/19/06 | 2.10 | REVIEW AND REVISE MEMO RE: DISTRIBUTION OF ASSETS PURSUANT TO SALE OF BERLIN OPERATIONS (2.1). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| ZIEGLER VE | 04/21/06 | 1.20 | EMAIL CORRESPONDENCE WITH L. HIESTAND RE: BERLIN PATENTS (0.2); REVISE MEMO RE: DIVISION OF PROCEEDS BETWEEN DELPHI DEUTSCHLAN AND DELPHI TECHNOLOGY (1.0). |
| ZIEGLER VE | 04/25/06 | 0.20 | EMAIL CORRESPONDENCE WITH L. HEISTAND RE: SALE AND LICENSE OF BERLIN PATENTS (0.2). |
| ZIEGLER VE | 04/26/06 | 4.60 | DRAFT ANALYSIS RE: SALE AND LICENSE OF BERLIN PATENTS (2.1); EMAIL CORRESPONDENCE WITH L. HIESTAND AND J. STRZEBNIOK RE: SAME (2.0); TELECONFERENCE WITH E. ZIFF RE: "BENEFICIAL OWNERSHIP" ISSUE AND BERLIN PATENTS (0.5). |
| ZIEGLER VE | 04/27/06 | 1.40 | PREPARE AND PARTICIPATE IN CONFERENCE CALL WITH WORKING GROUP RE: SALE AND LEASE OF BERLIN PATENTS (1.4). |
| ZIEGLER VE | 04/28/06 | 2.30 | EMAIL CORRESPONDENCE WITH L. HIESTAND AND J. STRZEBNIOK RE: ANALYSIS RE: SALE AND LICENSE OF BERLIN PATENTS (1.0); REVISE NOTICE OF SALE OF DE MINIMIS ASSETS AD AFFIDAVIT (1.3). |
| ZIEGLER VE | 04/29/06 | 1.30 | PREPARE SLIDES FOR CREDITORS' COMMITTEE PRESENTATION RE: SALE AND LICENSE OF BERLIN ASSETS (1.3). |
| | | 40.80 | |

| | |
|---|---|
| Total Associate | 70.70 |
| **TOTAL TIME** | **100.20** |
| | |
| **CLIENT TOTAL** | **5202.00** |

B43E

### SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Global Subsidiaries (Non-US)**

**Bill Date: 05/31/06**
**Bill Number: 1108515**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 04/17/06 | Telecommunications, D | 8.69 |
| Telephone Expense | 04/20/06 | Telecommunications, D | 25.02 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 1.39 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 1.86 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 0.04 |
| | | **TOTAL TELEPHONE EXPENSE** | **$37.00** |
| | | **TOTAL MATTER** | **$37.00** |
| | | **TOTAL CLIENT** | **$123,607.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                    Bill Date: 06/30/06
Global Subsidiaries (Non-US)                               Bill Number: 1112661

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HIESTAND NL | 05/01/06 | 3.60 | PREPARE FOR AND ATTEND CONFERENCE CALL RE: BERLIN DIVESTITURE; PRELIMINARY REVIEW AND CALLS WITH S. CORCORAN (3.6). |
| HIESTAND NL | 05/02/06 | 2.80 | CONTINUED WORK ON BERLIN DIVESTITURE (2.8). |
| HIESTAND NL | 05/03/06 | 0.60 | CONTINUED ATTENTION TO BERLIN (0.6). |
| HIESTAND NL | 05/05/06 | 1.10 | PREPARE FOR AND ATTEND SENIOR CONFERENCE CALL; FOLLOW UP (1.1). |
| HIESTAND NL | 05/10/06 | 3.90 | PREPARE FOR AND ATTEND CATALYST CONFERENCE CALL (2.6); PREPARE FOR AND ATTEND JV DISPOSAL TELECONFERENCE (1.3). |
| HIESTAND NL | 05/11/06 | 0.30 | ATTENTION TO PENSION ISSUE (0.3). |
| HIESTAND NL | 05/15/06 | 4.40 | ATTENTION TO JV SHARE PURCHASE AND ISSUES RELATED THERETO, INCLUDING PBGC AND CALLS RE. SAME (2.9); ATTEND TO LABOUR AND OTHER ISSUES (1.5). |
| HIESTAND NL | 05/17/06 | 0.70 | CONTINUED ATTENTION TO PURCHASE OF JV, BERLIN (0.7). |
| HIESTAND NL | 05/18/06 | 0.80 | REVIEW PATENT AGREEMENT (0.8). |
| HIESTAND NL | 05/19/06 | 5.10 | REVIEW PATENT AGREEMENT AND CALLS/EMAIL RE. SAME (3.1); TELECONFERENCE RE: JV PURCHASE (2.0). |
| HIESTAND NL | 05/22/06 | 1.60 | REVIEW PATENT ASSIGNMENT AND LICENCE (1.6). |
| HIESTAND NL | 05/23/06 | 2.70 | REVIEW ICC MATERIALS (1.1); ATTEND TO ASHIMORI AND BERLIN DEALS (1.6). |
| HIESTAND NL | 05/24/06 | 1.80 | REVIEW WITH CLIENT BERLIN DIVESTITURE (1.8). |
| HIESTAND NL | 05/25/06 | 2.70 | PREPARE FOR AND ATTEND TELECONFERENCE RE BERLIN DIVESTITURE, OTHER MATTERS (2.7). |
| HIESTAND NL | 05/31/06 | 0.60 | ATTENTION TO UCC PRESENTATION OF TRANSACTIONS (0.6). |
| | | 32.70 | |
| Total Partner | | 32.70 | |
| MEISLER RE | 05/11/06 | 0.20 | CONFERENCE WITH M. MCGUIRE RE: INTERNATIONAL TRANSACTIONS (0.2). |
| MEISLER RE | 05/12/06 | 0.30 | REVIEW PROPOSED JV TRANSACTION (0.3). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MEISLER RE | 05/13/06 | 0.60 | ANALYSIS OF JV TRANSACTION RISKS AND BENEFITS (0.6). |
| MEISLER RE | 05/15/06 | 0.40 | ATTENTION TO POTENTIAL TRANSACTION WITH GLOBAL JV PARTNER (0.2); TELECONFERENCE WITH L. HIESTAND RE: SAME (0.2). |
| MEISLER RE | 05/17/06 | 0.70 | CONTINUED ATTENTION TO POTENTIAL TRANSACTION WITH GLOBAL JV PARTNER (0.7). |
| MEISLER RE | 05/19/06 | 0.80 | TELECONFERENCE WITH L. HIESTAND RE: POTENTIAL TRANSACTION WITH GLOBAL JV PARTNER (0.3); PARTICIPATE ON TELECONFERENCE WITH COMPANY RE: SAME (0.5). |
| MEISLER RE | 05/22/06 | 0.30 | REVIEW PROJECT FREE THROW (0.3). |
| | | **3.30** | |
| PILKINGTON C | 05/02/06 | 1.60 | REVIEW REVISED CASE ADMINISTRATION MATERIAL (1.6). |
| PILKINGTON C | 05/05/06 | 0.70 | PREPARING FOR/ATTENDING STRATEGIC CONFERENCE CALL (0.7). |
| PILKINGTON C | 05/09/06 | 1.10 | REVIEW CASE TASK LIST AND OUTSTANDING ISSUES (0.6); REVIEW REVISED CASE ADMINISTRATION MATERIALS (0.5). |
| PILKINGTON C | 05/11/06 | 1.80 | REVIEW OF STATUS OF UK PENSIONS SCHEMES AND ANALYSIS OF CONTINGENCY PLANNING COUNSEL'S ADVICE RE. THE SAME; SUMMARY TO R. MEILSER (1.8). |
| PILKINGTON C | 05/15/06 | 1.40 | PREPARATION FOR AND ATTENDING WEEKLY UPDATE TELECONFERENCE (0.8); ANALYSIS OUTSTANDING INTERNATIONAL ISSUES (0.6). |
| PILKINGTON C | 05/19/06 | 3.10 | REVIEW STATUS OF MECEL AB DIVESTITURE (0.4); PREPARATION FOR AND ATTENDING STRATEGIC CONFERENCE CALL (0.9); REVIEW VCC 3/5/06 MEETING MATERIALS AND EQUITY COMMITTEE 3/5/06 MEETING MATERIAL (1.8). |
| PILKINGTON C | 05/22/06 | 1.70 | REVIEW OF PROJECT ASHIMONI BACKGROUND AND CORRESPONDENCE (1.7). |
| PILKINGTON C | 05/23/06 | 3.60 | REVIEW/ANALYSIS OUTSTANDING INTERNATIONAL ISSUES AND ONGOING TASK LIST MATTERS (1.1); REVIEW OF PROJECT FREETHROW STRUCTURE PAPER AND ADVICE TO L. HIESTAND RE. ISSUES (1.3); REVIEW DE MINIMIS ASSET SALE ORDER (1.2). |
| PILKINGTON C | 05/25/06 | 0.90 | ATTENDING DELPHI STRATEGY TELECONFERENCE (0.9). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

PILKINGTON C    05/30/06    3.10    DRAFTING UCC PRESENTATION RE: PROJECT
                                    AUTONOMY AND PROJECT FREETHROW AND
                                    ALL ANALYSIS THERETO (1.9); REVIEW
                                    FILE CORRESPONDENCE (1.2).

PILKINGTON C    05/31/06    1.00    REVIEW REVISED CASE ADMINISTRATION
                                    MATERIALS (0.4); FINALIZING VCC
                                    SLIDES RE. PROJECTS
                                    AUTONOMY/FREETHROW (0.6).

                            20.00

**Total Associate**          23.30

**TOTAL TIME**               <u>56.00</u>


**CLIENT TOTAL**            <u>7724.80</u>

B43E

### SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)
Global Subsidiaries (Non-US)

Bill Date: 06/30/06
Bill Number: 1112661

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 05/10/06 | Telecommunications, D | 13.60 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 2.41 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 2.95 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.04 |
| | | **TOTAL TELEPHONE EXPENSE** | **$19.00** |
| | | **TOTAL MATTER** | **$19.00** |
| | | **TOTAL CLIENT** | **$264,902.00** |

B43E