SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
        In re                                 :        Chapter 11
                                              :
DELPHI CORPORATION, et al.,                   :        Case No. 05–44481 (RDD)
                                              :
                        Debtors.              :        (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-14
BUSINESS OPERATIONS / STRATEGIC PLANNING
264.7 HOURS

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                    Bill Date: 03/31/06
Business Operations/Strategic Planning                     Bill Number: 1108452

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 02/04/06 | 0.40 | BEGIN TO PREPARE FOR FEBRUARY 6TH DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY INCLUDING EMAILS FROM/TO S. MILLER AND J. SHEEHAN (0.4). |
| BUTLER, JR. J | 02/05/06 | 0.90 | CONTINUE TO PREPARE FOR FEBRUARY 6TH DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY INCLUDING SMALL GROUP STRATEGY REVIEW (0.8); EMAIL TO B. ROSENBERG RE: IRVINE PLANT CLOSURE LETTER AGREEMENT (0.1). |
| BUTLER, JR. J | 02/06/06 | 6.10 | PREPARE FOR (0.6) AND ATTEND (5.5) DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY. |
| BUTLER, JR. J | 02/10/06 | 1.20 | CONFERENCE WITH S. MILLER AND J. SHEEHAN RE: FEBRUARY 12TH SENIOR MANAGEMENT MEETING IN TROY (0.2); TELECONFERENCE WITH D. RESNICK RE: SAME (0.2); BEGIN TO PREPARE FOR SAME (0.4); BEGIN TO PREPARE FOR FEBRUARY 13TH DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY (0.4). |
| BUTLER, JR. J | 02/11/06 | 1.60 | CONTINUE TO PREPARE FOR FEBRUARY 12TH SENIOR MANAGEMENT MEETING IN TROY (0.8); CONTINUE TO PREPARE FOR FEBRUARY 13TH DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY (0.8). |
| BUTLER, JR. J | 02/12/06 | 2.60 | PREPARE FOR (0.7) AND ATTEND (1.9) EXECUTIVE MANAGEMENT MEETING IN TROY. |
| BUTLER, JR. J | 02/17/06 | 7.10 | PREPARE FOR (0.4) AND ATTEND (1.9) SENIOR EXECUTIVE LEADERSHIP MEETING AT COMPANY IN TROY; PREPARE FOR (0.6) AND ATTEND (4.2) STRATEGY MEETINGS AT COMPANY IN TROY RE: TRANSFORMATION PLAN DEVELOPMENT AND RELATED MATTERS. |
| BUTLER, JR. J | 02/19/06 | 0.80 | PREPARE FOR FEBRUARY 20TH  DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY (0.8). |
| BUTLER, JR. J | 02/20/06 | 4.40 | PREPARE FOR (0.4) AND ATTEND (2.2) DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY; ATTEND VARIOUS SENIOR MANAGEMENT MEETINGS RE: STRATEGIC MATTERS AT COMPANY IN TROY INCLUDING WITH S. MILLER, B. DELLINGER, D. SHERBIN AND K. BUTLER (1.1); REVIEW AND CONSIDER TRANSFORMATION PLAN MATTERS (0.7). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BUTLER, JR. J | 02/24/06 | 0.60 | PREPARE FOR (0.2) AND PARTICIPATE IN (0.4) WEEKLY STRATEGY MEETING WITH DELPHI LEGAL DEPARTMENT. |
| BUTLER, JR. J | 02/26/06 | 1.20 | PREPARE FOR FEBRUARY 27TH  DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY (1.2). |
| BUTLER, JR. J | 02/27/06 | 3.80 | PREPARE FOR (0.3) AND ATTEND (2.0) DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY; PREPARE FOR (0.2) AND ATTEND (1.3) SENIOR MANAGEMENT STRATEGY MEETING AT COMPANY IN TROY. |
| BUTLER, JR. J | 02/28/06 | 1.60 | PREPARE FOR (0.2) AND ATTEND (1.4) SENIOR MANAGEMENT STRATEGY MEETING AT COMPANY IN TROY. |
| | | **32.30** | |
| COCHRAN EL | 02/05/06 | 1.90 | PREPARED FOR DTM (1.9). |
| COCHRAN EL | 02/06/06 | 7.30 | PARTICIPATED IN DTM (5.2); PREPARED FOR DTM (2.1). |
| COCHRAN EL | 02/10/06 | 0.70 | PARTICIPATED IN SENIOR STRATEGY CALL (0.7). |
| COCHRAN EL | 02/19/06 | 2.80 | PARTICIPATED IN DTM (2.8). |
| COCHRAN EL | 02/26/06 | 1.40 | REVISED SLIDES FOR DTM (1.4). |
| COCHRAN EL | 02/27/06 | 2.30 | PARTICIPATED IN DTM (2.3). |
| | | **16.40** | |
| MARAFIOTI KA | 02/10/06 | 0.80 | SENIOR SKADDEN STRATEGY TELECONFERENCE (0.8). |
| MARAFIOTI KA | 02/15/06 | 0.90 | MEETING WITH S. CORCORAN, J. SHEEHAN RE: NISSAN, DELOITTE, AND OTHER PENDING MATTERS (0.9). |
| MARAFIOTI KA | 02/16/06 | 0.90 | MEETING WITH CLIENT RE: MISCELLANEOUS PRESS AND MEDIA ISSUES (0.2), GERMAN DE MINIMIS SALE (0.2), GM MEDIATION (0.2), AND OTHER MISCELLANEOUS MATTERS (0.3). |
| MARAFIOTI KA | 02/17/06 | 0.20 | REPORT TO PARTIES RE: MEDIA ISSUES (0.2). |
| MARAFIOTI KA | 02/20/06 | 0.50 | REVIEWED PORTION OF DTM PRESENTATION (0.5). |
| MARAFIOTI KA | 02/24/06 | 0.80 | REPORT RE: MATTERS RAISED AT SKADDEN SENIOR STRATEGY MEETING (0.8). |
| | | **4.10** | |
| **Total Partner** | | **52.80** | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MATZ TJ | 02/01/06 | 1.20 | WORK ON BANK ACCOUNT DEPOSITORY MATTER FOR U.S. TRUSTEE WITH FTI (0.8); CORRESPONDENCE WITH R. EISENBERG AND J. GUGLIELMO RE: SAME (0.2); TELECONFERENCE WITH J. GUGLIELMO RE: MATERIALS FOR U.S. TRUSTEE (0.2). |
| MATZ TJ | 02/02/06 | 0.30 | FOLLOW UP WORK RE: BANK ACCOUNTS MATTERS (0.2); TELECONFERENCE WITH FTI RE: SAME (0.1). |
| MATZ TJ | 02/06/06 | 0.50 | CORRESPONDENCE WITH FTI RE: CASH MANAGEMENT MATTERS (0.2); CORRESPONDENCE WITH FTI RE: BANK ACCOUNTS UPDATE AND INFORMATION (0.3). |
| MATZ TJ | 02/07/06 | 0.90 | REVIEW CHART RE: BANK ACCOUNT INFORMATION (0.3); TELECONFERENCE WITH R. FLETMEYER AND T. KRAUSE RE: SAME (0.6). |
| MATZ TJ | 02/27/06 | 1.10 | CORRESPONDENCE RE: NEW AND CLOSED BANK ACCOUNTS, REVIEW AND FORWARD TO U.S. TRUSTEE (0.2); PARTICIPATE IN WEEKLY ASSOCIATES STATUS TELECONFERENCE (0.6); FOLLOW UP WORK RE: SAME (0.3). |
| | | **4.00** | |
| **Total Counsel** | | **4.00** | |
| MEISLER RE | 02/01/06 | 0.20 | CONFERENCE WITH J. BUTLER RE: ACTION ITEMS (0.1); TELECONFERENCE WITH A. HILL OF SITRICK RE: PRE-HEARING MATTERS (0.1). |
| MEISLER RE | 02/02/06 | 0.50 | REVIEWED AND COMMENTED ON SENIOR STRATEGY AGENDA (0.5). |
| MEISLER RE | 02/03/06 | 0.70 | PARTICIPATED ON SENIOR STRATEGY CALL (0.7). |
| MEISLER RE | 02/06/06 | 2.40 | PREPARED FOR WEEKLY CONFERENCE CALL RE: ACTION ITEMS (1.3); TELECONFERENCE WITH A. HILL RE: SAME (0.1); PARTICIPATE ON CALL (0.7); FOLLOW-UP (0.3). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MEISLER RE | 02/10/06 | 0.80 | PARTICIPATE ON SENIOR STRATEGY CALL (0.8). |
| MEISLER RE | 02/21/06 | 0.80 | PARTICIPATE ON WEEKLY TELECONFERENCE RE: ACTION ITEMS (0.6); FOLLOW UP RE: SAME (0.2). |
| | | **5.40** | |
| TOUSSI S | 02/06/06 | 1.30 | MEETING TO DISCUSS STATUS OF BANKRUPTCY CASE (0.8); ADDRESS FOLLOWUP MATTERS RE: SAME (0.5). |
| TOUSSI S | 02/13/06 | 1.30 | WEEKLY STATUS MEETING RE: BANKRUPTCY CASE (0.8); FOLLOWUP ISSUES RE: VARIOUS MATTERS (0.5). |
| | | **2.60** | |
| **Total Associate** | | **8.00** | |
| **TOTAL TIME** | | **64.80** | |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                      Bill Date: 03/31/06
Business Operations/Strategic Planning                       Bill Number: 1108452

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 02/14/06 | Copy Center, D | 64.37 |
| In-house Reproduction | 02/17/06 | Copy Center, D | 84.63 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$149.00** |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.44 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.56 |
| | | **TOTAL TELEPHONE EXPENSE** | **$1.00** |
| Lexis/Nexis | 02/07/06 | Hallan CF | 75.00 |
| | | **TOTAL LEXIS/NEXIS** | **$75.00** |
| Westlaw | 02/05/06 | Herriott AV | 44.68 |
| Westlaw | 02/07/06 | Hallan CF | 27.32 |
| | | **TOTAL WESTLAW** | **$72.00** |
| Reproduction - color | 02/17/06 | Copy Center, D | 1,203.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$1,203.00** |
| Vendor Hosted Teleconferencing | 02/28/06 | Teleconferencing Services, LLC | 29.76 |
| Vendor Hosted Teleconferencing | 02/28/06 | Teleconferencing Services, LLC | 90.56 |
| Vendor Hosted Teleconferencing | 02/28/06 | Teleconferencing Services, LLC | 0.36 |
| Vendor Hosted Teleconferencing | 02/28/06 | Teleconferencing Services, LLC | 65.08 |
| Vendor Hosted Teleconferencing | 02/28/06 | Teleconferencing Services, LLC | 9.08 |
| Vendor Hosted Teleconferencing | 02/28/06 | Teleconferencing Services, LLC | 13.16 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$208.00** |

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel (external) | 02/06/06 | Butler, Jr. J | 275.19 |
| Air/Rail Travel (external) | 02/12/06 | Butler, Jr. J | 220.29 |
| Air/Rail Travel (external) | 02/16/06 | Butler, Jr. J | 251.64 |
| Air/Rail Travel (external) | 02/19/06 | Butler, Jr. J | 290.60 |
| Air/Rail Travel (external) | 02/26/06 | Butler, Jr. J | 270.28 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$1,308.00** |
| Out-of-Town Travel | 02/06/06 | Butler, Jr. J | 87.70 |
| Out-of-Town Travel | 02/06/06 | Butler, Jr. J | 11.00 |
| Out-of-Town Travel | 02/12/06 | Butler, Jr. J | 95.61 |
| Out-of-Town Travel | 02/12/06 | Butler, Jr. J | 38.99 |
| Out-of-Town Travel | 02/12/06 | Butler, Jr. J | 276.32 |
| Out-of-Town Travel | 02/12/06 | Butler, Jr. J | 10.50 |
| Out-of-Town Travel | 02/16/06 | Butler, Jr. J | 64.34 |
| Out-of-Town Travel | 02/16/06 | Butler, Jr. J | 48.00 |
| Out-of-Town Travel | 02/16/06 | Butler, Jr. J | 124.71 |
| Out-of-Town Travel | 02/19/06 | Butler, Jr. J | 247.47 |
| Out-of-Town Travel | 02/19/06 | Butler, Jr. J | 17.00 |
| Out-of-Town Travel | 02/19/06 | Butler, Jr. J | 99.49 |
| Out-of-Town Travel | 02/19/06 | Butler, Jr. J | 40.00 |
| Out-of-Town Travel | 02/26/06 | Butler, Jr. J | 173.59 |
| Out-of-Town Travel | 02/26/06 | Butler, Jr. J | 26.00 |
| Out-of-Town Travel | 02/26/06 | Butler, Jr. J | 488.28 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$1,849.00** |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Meals | 02/06/06 | Butler, Jr. J | 21.03 |
| Out-of-Town Meals | 02/12/06 | Butler, Jr. J | 13.52 |
| Out-of-Town Meals | 02/16/06 | Butler, Jr. J | 20.03 |
| Out-of-Town Meals | 02/16/06 | Butler, Jr. J | 10.52 |
| Out-of-Town Meals | 02/17/06 | Meisler RE | 4.08 |
| Out-of-Town Meals | 02/17/06 | Meisler RE | 6.31 |
| Out-of-Town Meals | 02/17/06 | Meisler RE | 14.36 |
| Out-of-Town Meals | 02/19/06 | Butler, Jr. J | 26.04 |
| Out-of-Town Meals | 02/26/06 | Butler, Jr. J | 89.11 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$205.00** |
| Wireless - Mobile/Cellular/Pager | 02/03/06 | Butler, Jr. J | 41.44 |
| Wireless - Mobile/Cellular/Pager | 02/09/06 | Meisler RE | 1.90 |
| Wireless - Mobile/Cellular/Pager | 02/24/06 | Butler, Jr. J | 45.66 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$89.00** |
| | | **TOTAL MATTER** | **$5,159.00** |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 04/30/06
Business Operations/Strategic Planning                     Bill Number: 1108601

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 03/02/06 | 0.40 | EMAIL FROM D. SHERBIN RE STRATEGIC ALTERNATIVES AND CONTINUE TO EVALUATE SAME (0.4). |
| BUTLER, JR. J | 03/03/06 | 0.20 | EMAIL TO D. SHERBIN RE STRATEGIC ALTERNATIVES AND FOLLOW-UP ON SAME (0.2). |
| BUTLER, JR. J | 03/05/06 | 0.90 | PREPARE FOR MARCH 6TH DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY (0.9). |
| BUTLER, JR. J | 03/06/06 | 4.40 | PREPARE FOR (0.6) AND ATTEND (3.8) DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY. |
| BUTLER, JR. J | 03/11/06 | 0.60 | EMAIL FROM J. SHEEHAN AND REVIEW STRATEGIC TRANSFORMATION PRESENTATION MATERIALS (0.6). |
| BUTLER, JR. J | 03/12/06 | 0.60 | PREPARE FOR MARCH 13TH DELPHI TRANSFORMATION COMMITTEE MEETING AT THE COMPANY IN TROY (0.6). |
| BUTLER, JR. J | 03/13/06 | 4.20 | PREPARE FOR (0.2) AND ATTEND (1.4) SENIOR MANAGEMENT STRATEGY MEETING AT COMPANY IN TROY; PREPARE FOR (0.3) AND ATTEND (2.3) DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY. |
| BUTLER, JR. J | 03/17/06 | 1.10 | PREPARE FOR (0.3) AND PARTICIPATE IN (0.8) WEEKLY WORKING GROUP MEETING WITH DELPHI LAW DEPARTMENT AND TOGUT. |
| BUTLER, JR. J | 03/19/06 | 0.40 | PREPARE FOR MARCH 29TH DELPHI TRANSFORMATION COMMITTEE MEETING AT THE COMPANY IN TROY (0.4). |
| BUTLER, JR. J | 03/20/06 | 3.10 | PREPARE FOR (0.4) AND ATTEND (2.7) DELPHI TRANSFORMATION COMMITTEE MEETING AT THE COMPANY IN TROY. |
| BUTLER, JR. J | 03/23/06 | 0.60 | REVIE FINANCIAL PRESENTATON MATERIALS FROM B. DELLINER AND EVALUATE NEXT STEPS (0.6). |
| BUTLER, JR. J | 03/24/06 | 2.70 | PREPARE FOR (0.3) AND ATTEND (1.8) STRATEGIC UPDATE MEETING WITH S. MILLER AND DIRECT REPORTS AT THE COMPANY IN TROY; FOLLOW UP ON FINANCIAL FORECAST PRESENTATION MATERIALS AT COMPANY (0.3); EVALUATE NON-CORE WIND-DOWN ISSUES FOR MARCH 31ST TRANSFORMATION ANNOUNCEMENT INCLUDING EMAIL FROM K. BUTLER (0.3). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BUTLER, JR. J | 03/26/06 | 1.80 | PREPARE FOR MARCH 27TH DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY INCLUDING REVIEW OF DTM PRESENTATION MATERIAL (1.8). |
| BUTLER, JR. J | 03/27/06 | 6.70 | PREPARE FOR (0.6) AND ATTEND (4.5) DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY; CONTINUE TO ADVISE RE: COMMUNICATIONS LAUNCH FOR TRANSFORMATION PLAN ANNOUNCEMENT INCLUDING REVISIONS TO COMMUNICATIONS PACKAGE AND CONFERENCES WITH COMPANY WORKING GROUP AND SITRICK AT COMPANY IN TROY (1.6). |
| BUTLER, JR. J | 03/28/06 | 1.90 | CONTINUE TO ADVISE RE TRANSFORMATION PLAN LAUNCH INCLUDING MEETINGS WITH SENIOR EXECUTIVES (S. MILLER, R. O'NEAL, J. SHEEHAN, B. DELLINGER, M. WEBER AND OTHERS) AT COMPANY IN TROY (1.6); EMAILS WITH B. DELLINGER AND K. HEALY RE SECTORS VS. PBUS ETC. (0.3). |
| | | **29.60** | |
| COCHRAN EL | 03/03/06 | 0.80 | PARTICIPATE IN SENIOR STRATEGY CALL (0.8). |
| COCHRAN EL | 03/06/06 | 4.20 | PARTICIPATE IN DTM (4.2). |
| COCHRAN EL | 03/10/06 | 1.60 | PARTICIPATE IN SENIOR ADVISORS CALL (1.6). |
| COCHRAN EL | 03/13/06 | 2.60 | PARTICIPATE IN DTM (2.6). |
| COCHRAN EL | 03/17/06 | 1.20 | PARTICIPATED IN SENIOR STRATEGY CALL (1.2). |
| COCHRAN EL | 03/24/06 | 1.80 | PARTICIPATED IN SENIOR STRATEGY CALL (1.8). |
| | | **12.20** | |
| LYONS JK | 03/03/06 | 1.00 | PARTICIPATION IN SENIOR STRATEGY CALL (1.0). |
| LYONS JK | 03/10/06 | 1.20 | PARTICIPATION IN SENIOR STRATEGY CALL AND PREPARATION RE: THE SAME (1.2). |
| LYONS JK | 03/17/06 | 0.30 | SENIOR STRATEGY CALL. |
| LYONS JK | 03/24/06 | 1.00 | PARTICIPATION IN SENIOR STRATEGY CALL (1.0). |
| | | **3.50** | |
| MARAFIOTI KA | 03/03/06 | 1.90 | SENIOR STRATEGY CALL (1.2); CORRESPONDENCE RE: INCORRECT MEDIA REPORT (0.7). |
| MARAFIOTI KA | 03/10/06 | 1.50 | SENIOR STRATEGY CALL (1.5). |
| MARAFIOTI KA | 03/13/06 | 1.20 | REPORT RE: DTM AND REVIEWED PORTION OF DTM MATERIAL (1.2). |

15

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MARAFIOTI KA | 03/15/06 | 1.00 | STRATEGY CALL RE: PENDING MATTERS (1.0). |
| MARAFIOTI KA | 03/17/06 | 1.30 | SENIOR STRATEGY CALL (1.3). |
| MARAFIOTI KA | 03/20/06 | 2.40 | ATTEND DTM CALL (2.4). |
| MARAFIOTI KA | 03/24/06 | 1.70 | SENIOR STRATEGY CALL (1.4); WORK ON ADMINISTRATIVE MATTERS (0.3). |
| MARAFIOTI KA | 03/27/06 | 5.10 | ATTEND DTM AND FOLLOWUP CALLS (5.1). |
| | | **16.10** | |
| SPRINGER DE | 03/03/06 | 1.50 | PREPARATION FOR AND ATTENDANCE AT SENIOR WORKING GROUP CONFERENCE (1.5). |
| SPRINGER DE | 03/10/06 | 1.90 | PREPARATION FOR AND ATTEND SENIOR WORKING GROUP CONFERENCE CALL (1.9). |
| SPRINGER DE | 03/24/06 | 1.10 | SENIOR STRATEGY CONFERENCE CALL (1.1). |
| | | **4.50** | |
| **Total Partner** | | **65.90** | |
| MATZ TJ | 03/02/06 | 0.40 | PREPARE AGENDA FOR MARCH 3 SENIOR STRATEGY CONFERENCE CALL (0.4). |
| MATZ TJ | 03/03/06 | 1.20 | PARTICIPATE IN WEEKLY SENIOR STRATEGY CONFERENCE CALL (1.2). |
| MATZ TJ | 03/09/06 | 1.50 | MEETING WITH CLIENT RE: ONGOING BUSINESS ISSUES (1.5). |
| MATZ TJ | 03/16/06 | 0.50 | PREPARING AGENDA FOR WEEKLY SENIOR STRATEGY CONFERENCE CALL (0.5). |
| MATZ TJ | 03/17/06 | 1.60 | PARTICIPATING IN WEEKLY SENIOR STRATEGY CONFERENCE CALL (1.3); FOLLOW UP WORK IN RESPECT THEREOF (0.3). |
| MATZ TJ | 03/24/06 | 1.40 | PARTICIPATE IN SENIOR STRATEGY CONFERENCE CALL (1.4). |
| | | **6.60** | |
| **Total Counsel** | | **6.60** | |
| HERRIOTT AV | 03/02/06 | 1.20 | CONTINUE DRAFTING PROFFER FOR DFWS MATTER (1.2). |
| HERRIOTT AV | 03/06/06 | 1.70 | REVIEW AND REVISE DFWS PROFFER (1.0); WORKING GROUP STRATEGY MEETING (0.5); FOLLOW UP RE: SAME (0.2). |
| HERRIOTT AV | 03/07/06 | 0.60 | CONTINUE TO REVIEW AND REVISE DFWS PROFFER (0.6). |
| HERRIOTT AV | 03/09/06 | 0.10 | CORRESPOND WITH DELPHI RE: OUTCOME OF 3/9 HEARING WITH RESPECT TO DFWS (0.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| HERRIOTT AV | 03/10/06 | 0.10 | CONFER WITH M. DENSMORE RE: AUTHORITY TO ACT WITH RESPECT TO DFWS (0.1). |
| HERRIOTT AV | 03/20/06 | 1.90 | STRATEGY MEETING WITH WORKING GROUP (0.4); CONFERENCE WITH C. BRANSON RE: MOBILEARIA AND STRATEGIC DECISIONS RELATED THERETO (0.6); PREPARE FOR AND COMPLETE FOLLOW UP FROM MEETING (0.8); REVIEW ORDER RE: DFWS AND COMMUNICATE WITH DELPHI RE: SAME (0.1). |
| HERRIOTT AV | 03/24/06 | 1.00 | REVIEW AND EVALUATE MATERIALS RE: MOBILEARIA AND STRATEGY WITH RESPECT TO BUSINESS (1.0). |
| | | **6.60** | |
| MEISLER RE | 03/01/06 | 4.50 | MEETINGS WITH CLIENT (2.5); STRATEGY SESSION (2.0). |
| MEISLER RE | 03/05/06 | 0.10 | CONFERENCE WITH J. BUTLER RE: ACTION ITEMS (0.1). |
| MEISLER RE | 03/09/06 | 0.90 | REVIEW SENIOR STRATEGY AGENDA (0.2); REVIEW AND UPDATE ACTION ITEM LIST (0.7). |
| MEISLER RE | 03/10/06 | 4.50 | PREPARE FOR SENIOR STRATEGY CALL (0.5); PARTICIPATED ON SAME (1.6); CONTINUE TO REVISE PRESENTATION FOR 3/14 MEETING (2.4). |
| MEISLER RE | 03/14/06 | 0.50 | BEGAN LIST OF AGENDA ITEMS FOR SENIOR STRATEGY CALL (0.2); TELECONFERENCE WITH A. HILL RE: UPDATE (0.3). |
| MEISLER RE | 03/15/06 | 0.30 | ANALYSIS OF STRATEGIC ALTERNATIVES RE: MOBILEARIA (0.3). |
| MEISLER RE | 03/17/06 | 1.20 | PARTICIPATE ON SENIOR STRATEGY CALL (1.2). |
| MEISLER RE | 03/23/06 | 0.40 | ATTENTION TO STRATEGIC ALTERNATIVES RE: MOBILEARIA (0.4). |
| MEISLER RE | 03/24/06 | 3.30 | PREPARE FOR SENIOR CALL (0.2); ATTEND SAME (1.5); STRATEGIZE RE: ACTION ITEMS FOR WEEK AHEAD (1.6). |
| | | **15.70** | |
| REESE RG | 03/09/06 | 0.50 | REVIEW AND REVISE DTM PRESENTATION (0.5). |
| REESE RG | 03/11/06 | 0.60 | REVISE PRESENTATION FOR MARCH 13 DTM MEETING (0.6). |
| REESE RG | 03/12/06 | 1.40 | REVISE MATERIALS FOR MARCH 13 DTM MEETING (1.4). |
| REESE RG | 03/15/06 | 0.30 | TELECONFERENCE WITH C. BRANSON RE: MOBILEARIA ISSUES (0.3). |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| REESE RG | 03/16/06 | 0.50 | REVIEW ISSUES RE: MOBILEARIA (0.5). |
| | | 3.30 | |
| STUART NL | 03/24/06 | 2.50 | DRAFT DTM PRESENTATION (2.5). |
| STUART NL | 03/27/06 | 1.60 | REVISE DTM PRESENTATION (1.6). |
| | | 4.10 | |

**Total Associate**                29.70

DEMMA J        03/28/06    1.10    UPDATE DELPHI TRANSFORMATION
                                   MATERIALS FOR ATTORNEY USE (1.1)
                           1.10
Total Legal Assistant      1.10

**TOTAL TIME**                 **103.30**

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                          Bill Date: 04/30/06
Business Operations/Strategic Planning            Bill Number: 1108601

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 03/10/06 | Copy Center, D | 6.35 |
| In-house Reproduction | 03/14/06 | Copy Center, D | 5.65 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$12.00** |
| Telephone Expense | 03/31/06 | Telecommunications, D | 2.31 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 2.61 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.07 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.01 |
| | | **TOTAL TELEPHONE EXPENSE** | **$5.00** |
| Reproduction - color | 03/14/06 | Copy Center, D | 12.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$12.00** |
| Vendor Hosted Teleconferencing | 03/31/06 | Teleconferencing Services, LLC | 57.29 |
| Vendor Hosted Teleconferencing | 03/31/06 | Teleconferencing Services, LLC | 13.78 |
| Vendor Hosted Teleconferencing | 03/31/06 | Teleconferencing Services, LLC | 9.88 |
| Vendor Hosted Teleconferencing | 03/31/06 | Teleconferencing Services, LLC | 25.66 |
| Vendor Hosted Teleconferencing | 03/31/06 | Teleconferencing Services, LLC | 8.26 |
| Vendor Hosted Teleconferencing | 03/31/06 | Teleconferencing Services, LLC | 1.01 |
| Vendor Hosted Teleconferencing | 03/31/06 | Teleconferencing Services, LLC | 24.12 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$140.00** |
| Air/Rail Travel (external) | 03/05/06 | Butler, Jr. J | 455.67 |
| Air/Rail Travel (external) | 03/12/06 | Butler, Jr. J | 288.84 |
| Air/Rail Travel (external) | 03/19/06 | Butler, Jr. J | 170.32 |
| Air/Rail Travel (external) | 03/26/06 | Butler, Jr. J | 135.17 |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$1,050.00** |
| Out-of-Town Travel | 03/05/06 | Butler, Jr. J | 42.00 |
| Out-of-Town Travel | 03/05/06 | Butler, Jr. J | 101.79 |
| Out-of-Town Travel | 03/05/06 | Butler, Jr. J | 21.00 |
| Out-of-Town Travel | 03/05/06 | Butler, Jr. J | 216.28 |
| Out-of-Town Travel | 03/12/06 | Butler, Jr. J | 165.04 |
| Out-of-Town Travel | 03/12/06 | Butler, Jr. J | 20.50 |
| Out-of-Town Travel | 03/12/06 | Butler, Jr. J | 340.75 |
| Out-of-Town Travel | 03/19/06 | Butler, Jr. J | 93.85 |
| Out-of-Town Travel | 03/19/06 | Butler, Jr. J | 272.04 |
| Out-of-Town Travel | 03/19/06 | Butler, Jr. J | 17.00 |
| Out-of-Town Travel | 03/26/06 | Butler, Jr. J | 123.85 |
| Out-of-Town Travel | 03/26/06 | Butler, Jr. J | 17.00 |
| Out-of-Town Travel | 03/26/06 | Butler, Jr. J | 327.98 |
| Out-of-Town Travel | 03/29/06 | Meisler RE | 280.51 |
| Out-of-Town Travel | 03/29/06 | Meisler RE | 822.41 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$2,862.00** |
| Messengers/ Courier | 03/10/06 | Dist Serv/Mail/Page, D | 25.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$25.00** |
| Out-of-Town Meals | 03/05/06 | Butler, Jr. J | 32.69 |
| Out-of-Town Meals | 03/05/06 | Butler, Jr. J | 18.98 |
| Out-of-Town Meals | 03/12/06 | Butler, Jr. J | 15.99 |
| Out-of-Town Meals | 03/12/06 | Butler, Jr. J | 45.75 |
| Out-of-Town Meals | 03/19/06 | Butler, Jr. J | 20.97 |
| Out-of-Town Meals | 03/26/06 | Butler, Jr. J | 38.47 |
| Out-of-Town Meals | 03/27/06 | Meisler RE | 5.45 |
| Out-of-Town Meals | 03/27/06 | Meisler RE | 5.46 |
| Out-of-Town Meals | 03/27/06 | Meisler RE | 44.96 |
| Out-of-Town Meals | 03/29/06 | Meisler RE | 5.84 |
| Out-of-Town Meals | 03/30/06 | Meisler RE | 4.00 |
| Out-of-Town Meals | 03/30/06 | Meisler RE | 32.44 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$271.00** |

B43E

### SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air Phone Charges | 03/10/06 | Butler, Jr. J | 85.00 |
| | | **TOTAL AIR PHONE CHARGES** | **$85.00** |
| Wireless - Mobile/Cellular/Pager | 03/09/06 | Meisler RE | 56.67 |
| Wireless - Mobile/Cellular/Pager | 03/24/06 | Butler, Jr. J | 41.33 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$98.00** |
| | | **TOTAL MATTER** | **$4,560.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                               Bill Date: 05/31/06
Business Operations/Strategic Planning                 Bill Number: 1108515

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 04/02/06 | 0.60 | PREPARE FOR APRIL 3RD DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY (0.4); REVIEW AND COMMENT ON ECONOMIC CLUB SPEECH (0.2). |
| BUTLER, JR. J | 04/03/06 | 2.80 | PREPARE FOR (0.3) AND PARTICIPATE IN (0.4); STRATEGY MEETING AT COMPANY WITH S. CORCORAN ET. AL. INCLUDING WORKING GROUP TELECONFERENCE; PREPARE FOR (0.3) AND PARTICIPATE IN (1.4); DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY; ATTEND MEETING WITH B. DELLINGER, D. SHERBIN AND OTHERS AT COMPANY IN TROY RE: TRANSFORMATION PLAN NON-CORE BUSINESS MARKETING AND DISPOSITION STRATEGY (0.4). |
| BUTLER, JR. J | 04/09/06 | 0.90 | CONTINUE TO PREPARE FOR APRIL 10TH DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY (0.7); REVIEW EMAILS RE: 3+9 FORECAST (0.2). |
| BUTLER, JR. J | 04/10/06 | 2.90 | PREPARE FOR (0.6) AND ATTEND (2.3) DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY. |
| BUTLER, JR. J | 04/11/06 | 1.00 | PREPARE FOR APRIL 12TH TELECONFERENCE WITH B. DELLINGER, R. EISENBERG AND OTHERS RE PRELIMINARY Q106 FINANCIAL RESULTS INCLUDING REVIEW OF PRESENTATION MATERIALS (0.4). |
| BUTLER, JR. J | 04/12/06 | 0.60 | PREPARE FOR (0.2) AND PARTICIPATE IN (0.4) TELECONFERENCE WITH B. DELLINGER, R. EISENBERG, AND OTHERS RE: PRELIMINARY Q106 FINANCIAL RESULTS AND ANALYTIC APPROACHES TO EVALUATE VARIANCE ANALYSES. |
| BUTLER, JR. J | 04/14/06 | 0.90 | REVIEW AND EVALUATE COMPANY BUSINESS ORGANIZATION COMMUNICATION PACKAGE AND RELATED MATERIALS (0.9). |
| BUTLER, JR. J | 04/17/06 | 2.60 | PREPARE FOR (0.3) AND PARTICIPATE IN (2.3); TELECONFERENCE WITH R. O'NEAL, B. DELLINGER, M. WEBER, R. EISENBERG, B. SHAW AND OTHERS RE: Q106 FINANCIAL RESULTS, VARIANCE ANALYSIS TO FIRST HALF 2006 OPERATING PLAN AND TRANSFORMATION MODELS, ETC. AND NEXT STEPS. |
| BUTLER, JR. J | 04/18/06 | 0.80 | REVIEW AND COMMENT ON PRESENTATION MATERIALS RE Q106 FINANCIAL RESULTS, VARIANCE ANALYSIS TO FIRST HALF 2006 OPERATING PLAN AND TRANSFORMATION MODELS, ETC. (0.8). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BUTLER, JR. J | 04/19/06 | 2.70 | CONTINUE TO EVALUATE MATERIALS RE Q106 FINANCIAL RESULTS, VARIANCE ANALYSIS TO FIRST HALF 2006 OPERATING PLAN AND TRANSFORMATION MODELS, ETC. (1.8); TELECONFERENCE WITH B. DELLINGER RE STRATEGIC MATTERS (0.2); CONTINUE TO REVIEW DELPHI CORPORATE REORGANIZATION AND SG&A INTERNAL PLAN AND COMMUNICATION MATERIALS (0.7). |
| BUTLER, JR. J | 04/23/06 | 0.80 | PREPARE FOR APRIL 24TH DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY (0.8). |
| BUTLER, JR. J | 04/24/06 | 5.30 | PREPARE (0.6) AND ATTEND (3.4) DELPHI TRANSFORMATION COMMITTEE MEETING (INCLUDING BREAKOUT MEETING) AT COMPANY IN TROY; PREPARE FOR (0.2) AND PARTICIPATE IN (0.9) STRATEGIC BUSINESS PLANNING SESSION WITH B. DILLINGER, A. PASRICHA, S. CORCORAN AND ROTHSCHILD PROFESSIONALS AT COMPANY IN TROY REVIEW DOM MEETING PRESENTATION MATERIALS (0.2). |
| BUTLER, JR. J | 04/26/06 | 1.90 | PREPARE (0.4) AND ATTEND (0.9) DELPHI STRATEGY MEETING AT COMPANY IN TROY WITH S. MILLER, B. DELLINGER, J. SHEEHAN, D. RESNICK AND OTHERS; CONFERENCES WITH S. MILLER AND J. SHEEHAN RE STRATEGIC ALTERNATIVES (0.2, 0.4). |
| BUTLER, JR. J | 04/30/06 | 0.80 | PREPARE FOR MAY 1ST DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY (0.4); REVIEW FINANCIAL PRESENTATION MATERIALS FROM B. DELLINGER (0.4). |
| | | **24.60** | |
| COCHRAN EL | 04/03/06 | 2.70 | PARTICIPATE IN CLIENT SENIOR STRATEGY CALL (1.1); PARTICIPATE IN DTM (1.6). |
| COCHRAN EL | 04/10/06 | 2.20 | PARTICIPATE IN DTM (2.2). |
| COCHRAN EL | 04/24/06 | 3.50 | PARTICIPATE IN DTM (3.5). |
| | | **8.40** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MARAFIOTI KA | 04/03/06 | 1.30 | SENIOR STRATEGY CALL AND FOLLOWUP CONFERENCES (0.9); REPORT ON DTM AND DEVELOP STRATEGY RE: CASE (0.4). |
| MARAFIOTI KA | 04/10/06 | 0.10 | UPDATE RE: DTM (0.1). |
| MARAFIOTI KA | 04/11/06 | 0.70 | TELECONFERENCE WITH B. SHAW RE: STRATEGIC ISSUES (0.2); CORRESPONDENCE RE: MEDIA INQUIRY AND RESEARCH ANSWERS RE: SAME (0.3); MESSAGE FROM K. HEALY AND TELECONFERENCE WITH D. SHERBIN (0.2). |
| MARAFIOTI KA | 04/13/06 | 0.80 | CORRESPONDENCE RE: PRESS INQUIRY (0.1); SENIOR STRATEGY CALL (0.7). |
| MARAFIOTI KA | 04/24/06 | 0.20 | UPDATE RE: DTM (0.2). |
| MARAFIOTI KA | 04/28/06 | 1.50 | SENIOR STRATEGY TELECONFERENCE (1.3); REVIEW S. MILLER MATERIAL FOR STRATEGY BOARD AND CORRESPONDENCE RE: SAME (0.2). |
| | | **4.60** | |
| **Total Partner** | | **37.60** | |
| MATZ TJ | 04/03/06 | 0.90 | PARTICIPATE IN SENIOR STRATEGY CONFERENCE CALL (0.6); FOLLOW UP WORK RE: SAME (0.3). |
| MATZ TJ | 04/13/06 | 0.70 | PARTICIPATE IN WEEKLY SENIOR STRATEGY CONFERENCE CALL (0.7). |
| MATZ TJ | 04/28/06 | 1.10 | PARTICIPATE IN SENIOR STRATEGY CONFERENCE CALL (0.8); CONTINUE WORK RE: SAME (0.3). |
| | | **2.70** | |
| **Total Counsel** | | **2.70** | |
| HERRIOTT AV | 04/24/06 | 3.80 | BEGIN DRAFTING PRESENTATION FOR DELPHI STRATEGY BOARD RE: EQUITY COMMITTEE AND CASE PROGRESS (3.8). |
| | | **3.80** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MEISLER RE | 04/03/06 | 1.80 | PARTICIPATE ON SENIOR STRATEGY CALL (0.8); REVIEW AND UPDATE TASK LIST RE: ACTION ITEMS (0.5); PARTICIPATE ON CONFERENCE CALL RE: SAME (0.5). |
| MEISLER RE | 04/27/06 | 0.20 | REVIEW AGENDA FOR SENIOR STRATEGY MEETING (0.2). |
| MEISLER RE | 04/28/06 | 1.40 | PARTICIPATE ON SENIOR STRATEGY MEETING (1.4). |
| | | 3.40 | |
| Total Associate | | 7.20 | |
| DEMMA J | 04/11/06 | 1.10 | INDEX DELPHI TRANSFORMATION MATERIALS (1.1). |
| | | 1.10 | |
| SALAZAR AG | 04/11/06 | 1.20 | UPDATE DTM BINDER (1.2). |
| SALAZAR AG | 04/27/06 | 0.50 | UPDATE DTM BINDER (0.5). |
| | | 1.70 | |
| Total Legal Assistant | | 2.80 | |

**TOTAL TIME**                     <u>**50.30**</u>

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                    Bill Date: 05/31/06
Business Operations/Strategic Planning                      Bill Number: 1108515

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 04/18/06 | Meisler RE | 165.50 |
| Air/Rail Travel - vendor feed | 04/19/06 | Meisler RE | 165.50 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$331.00** |
| In-house Reproduction | 04/11/06 | Copy Center, D | 19.70 |
| In-house Reproduction | 04/21/06 | Copy Center, D | 0.30 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$20.00** |
| Telephone Expense | 04/28/06 | Telecommunications, D | 1.27 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 1.69 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 0.04 |
| | | **TOTAL TELEPHONE EXPENSE** | **$3.00** |
| Vendor Hosted Teleconferencing | 04/30/06 | Teleconferencing Services, LLC | 18.34 |
| Vendor Hosted Teleconferencing | 04/30/06 | Teleconferencing Services, LLC | 10.46 |
| Vendor Hosted Teleconferencing | 04/30/06 | Teleconferencing Services, LLC | 16.20 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$45.00** |
| Air/Rail Travel (external) | 04/02/06 | Butler, Jr. J | 244.65 |
| Air/Rail Travel (external) | 04/09/06 | Butler, Jr. J | 290.67 |
| Air/Rail Travel (external) | 04/23/06 | Butler, Jr. J | 195.33 |
| Air/Rail Travel (external) | 04/30/06 | Butler, Jr. J | 248.35 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$979.00** |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Travel | 04/02/06 | Butler, Jr. J | 110.76 |
| Out-of-Town Travel | 04/02/06 | Butler, Jr. J | 57.98 |
| Out-of-Town Travel | 04/02/06 | Butler, Jr. J | 17.00 |
| Out-of-Town Travel | 04/09/06 | Butler, Jr. J | 212.76 |
| Out-of-Town Travel | 04/09/06 | Butler, Jr. J | 110.35 |
| Out-of-Town Travel | 04/09/06 | Butler, Jr. J | 37.99 |
| Out-of-Town Travel | 04/09/06 | Butler, Jr. J | 17.00 |
| Out-of-Town Travel | 04/23/06 | Butler, Jr. J | 13.50 |
| Out-of-Town Travel | 04/23/06 | Butler, Jr. J | 137.11 |
| Out-of-Town Travel | 04/23/06 | Butler, Jr. J | 50.99 |
| Out-of-Town Travel | 04/23/06 | Butler, Jr. J | 320.86 |
| Out-of-Town Travel | 04/30/06 | Butler, Jr. J | 428.97 |
| Out-of-Town Travel | 04/30/06 | Butler, Jr. J | 172.73 |
| Out-of-Town Travel | 04/30/06 | Butler, Jr. J | 18.00 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$1,706.00** |
| Out-of-Town Meals | 04/02/06 | Butler, Jr. J | 22.08 |
| Out-of-Town Meals | 04/09/06 | Butler, Jr. J | 38.75 |
| Out-of-Town Meals | 04/09/06 | Butler, Jr. J | 12.04 |
| Out-of-Town Meals | 04/23/06 | Butler, Jr. J | 18.07 |
| Out-of-Town Meals | 04/30/06 | Butler, Jr. J | 17.06 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$108.00** |
| | | **TOTAL MATTER** | **$3,192.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                    Bill Date: 06/30/06
Business Operations/Strategic Planning                      Bill Number: 1112661

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 05/01/06 | 3.50 | PREPARE FOR (0.3) AND ATTEND (3.2) DELPHI TRANSFORMATION COMMITTEE MEETING AND MISCELLANEOUS STRATEGY MEETINGS AT COMPANY IN TROY. |
| BUTLER, JR. J | 05/07/06 | 0.30 | PREPARE FOR MAY 8TH DELPHI TRANSFORMATION COMMITTEE MEETING WITH COMPANY IN NEW YORK CITY (0.3). |
| BUTLER, JR. J | 05/08/06 | 1.60 | PREPARE FOR (0.3) AND PARTICIPATE IN (1.3) DELPHI TRANSFORMATION COMMITTEE WITH COMPANY IN NEW YORK CITY. |
| BUTLER, JR. J | 05/11/06 | 0.60 | EMAILS FROM/TO R. EISENBERG RE: COORDINATION OF 2007 BUSINESS PLAN TIMETABLE AND RELATED MATTERS AND FOLLOW-UP ON SAME (0.4); EMAILS FROM/TO R. O'NEAL RE: STEERING DIVISION (0.2). |
| BUTLER, JR. J | 05/13/06 | 0.60 | REVIEW AND EVALUATE FINANCIAL PERFORMANCE MATERIALS FROM B. DELLINGER (0.6). |
| BUTLER, JR. J | 05/14/06 | 1.60 | PREPARE FOR MAY 15TH DELPHI TRANSFORMATION COMMITTEE WITH COMPANY IN NEW YORK CITY (0.6); EMAILS FROM/TO R. EISENBERG RE: 2007 BUSINESS PLAN TIMETABLE AND RELATED MATTERS (0.3); REVIEW AND EVALUATE TIMETABLE (0.3); REVIEW AND EVALUATE MATERIALS FROM J. SHEEHAN RE: 3+9 FORECAST AND PRELIMINARY APRIL 2006 FINANCIAL PERFORMANCE (0.4). |
| BUTLER, JR. J | 05/15/06 | 4.10 | PREPARE FOR (0.4) AND PARTICIPATE IN (1.8) TRANSFORMATION COMMITTEE AT COMPANY IN TROY; PREPARE FOR (0.2) AND PARTICIPATE IN (1.7) SENIOR MANAGEMENT MEETINGS AT COMPANY IN TROY RE: STRATEGIC PLANNING MATTERS, STRATEGIC ALTERNATIVES AND FINANCIAL PERFORMANCE. |
| BUTLER, JR. J | 05/16/06 | 0.60 | PREPARE FOR (0.2) AND PARTICIPATE IN (0.4) DELPHI OPERATING COMMITTEE MEETING AT COMPANY IN TROY. |
| BUTLER, JR. J | 05/19/06 | 1.20 | PREPARE FOR (0.3) AND PARTICIPATE IN (0.9) WEEKLY STRATEGIC TELECONFERENCE WITH DELPHI LAW DEPARTMENT, N. BERGER AND WORKING GROUP. |
| BUTLER, JR. J | 05/20/06 | 0.70 | EMAILS FROM/TO R. O'NEAL RE: TRANSFORMATION PLAN FUNDING ISSUES AND RELATED MATTERS (0.3); BEING TO PREPARE FOR MAY 22ND DELPHI TRANSFORMATION COMMITTEE WITH COMPANY AT COMPANY IN TROY (0.4). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BUTLER, JR. J | 05/21/06 | 0.40 | PREPARE FOR MAY 22ND DELPHI TRANSFORMATION COMMITTEE WITH COMPANY AT COMPANY IN TROY (0.4). |
| BUTLER, JR. J | 05/22/06 | 0.90 | PREPARE FOR (0.4) AND ATTEND (0.5) DELPHI TRANSFORMATION COMMITTEE AT COMPANY IN TROY. |
| BUTLER, JR. J | 05/25/06 | 0.90 | PREPARE FOR (0.2) AND ATTEND (0.7) WEEKLY SENIOR STRATEGY TELECONFERENCE WITH DELPHI LAW DEPARTMENT AND SENIOR PROFESSIONAL ADVISORS. |
| BUTLER, JR. J | 05/30/06 | 0.90 | PREPARE FOR MAY 31ST DELPHI TRANSFORMATION COMMITTEE AT COMPANY IN TROY (0.3); WORKING GROUP TELECONFERENCES RE: SAME (0.6). |
| BUTLER, JR. J | 05/31/06 | 1.50 | PREPARE FOR (0.3) AND ATTEND (1.2) DELPHI TRANSFORMATION COMMITTEE AT COMPANY IN TROY. |
| | | **19.40** | |
| COCHRAN EL | 05/01/06 | 2.30 | PARTICIPATED IN DTM (2.3). |
| COCHRAN EL | 05/05/06 | 0.60 | PARTICIPATED IN SENIOR STRATEGY TELECONFERENCE (0.6). |
| COCHRAN EL | 05/08/06 | 1.30 | PARTICIPATED IN DTM (1.3). |
| COCHRAN EL | 05/15/06 | 2.60 | PARTICIPATED IN DTM (2.6). |
| COCHRAN EL | 05/22/06 | 1.10 | PARTICIPATED IN DTM (1.1). |
| COCHRAN EL | 05/25/06 | 1.00 | PARTICIPATED IN SENIOR STRATEGY TELECONFERENCE WITH DELPHI LAW DEPARTMENT (1.0). |
| | | **8.90** | |
| GIBSON ML | 05/25/06 | 0.70 | PARTICIPATED IN SENIOR STRATEGY TELECONFERENCE WITH DELPHI LAW DEPARTMENT.(0.7). |
| GIBSON ML | 05/31/06 | 2.10 | PARTICIPATED IN DTM TELECONFERENCE (2.1). |
| | | **2.80** | |
| HOGAN III AL | 05/05/06 | 0.80 | PARTICIPATE IN WEEKLY STRATEGY CONFERENCE (0.8). |
| HOGAN III AL | 05/19/06 | 0.80 | PARTICIPATE IN SENIOR STRATEGY CONFERENCE WITH CLIENT (0.8). |
| | | **1.60** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LYONS JK | 05/05/06 | 1.20 | PARTICIPATED IN SENIOR STRATEGY TELECONFERENCE WITH CLIENT. (1.2). |
| LYONS JK | 05/19/06 | 1.00 | PARTICIPATED IN SENIOR STRATEGY TELECONFERENCE WITH CLIENT. (1.0). |
| LYONS JK | 05/25/06 | 1.00 | PARTICIPATED IN SENIOR STRATEGY TELECONFERENCE WITH CLIENT. (1.0). |
| | | **3.20** | |
| MARAFIOTI KA | 05/05/06 | 0.20 | SENIOR STRATEGY TELECONFERENCE WITH CLIENT. (0.2). |
| MARAFIOTI KA | 05/19/06 | 1.00 | SENIOR STRATEGY TELECONFERENCE WITH CLIENT. (1.0). |
| MARAFIOTI KA | 05/22/06 | 1.50 | REVIEWED MEMO RE: DAS LLC GOVERNMENT-FUNDED PROGRAMS (1.3) AND CONSIDER ISSUES RE: SAME (0.2). |
| MARAFIOTI KA | 05/25/06 | 0.70 | SENIOR STRATEGY TELECONFERENCE WITH CLIENT. (0.7). |
| MARAFIOTI KA | 05/30/06 | 1.70 | SENIOR STRATEGY MEETING WITH CLIENT. (1.7). |
| | | **5.10** | |
| **Total Partner** | | **41.00** | |
| MATZ TJ | 05/05/06 | 0.60 | PARTICIPATE IN SENIOR STRATEGY CONFERENCE CALL WITH CLIENT RE: OUTSTANDING MATTERS (0.6). |
| MATZ TJ | 05/15/06 | 0.70 | PARTICIPATE IN WEEKLY TELECONFERENCE WITH K. CRAFT, J. GUGLIELMO, N. BERGER RE: OMNIBUS HEARING MATTERS (0.7). |
| MATZ TJ | 05/18/06 | 0.50 | PREPARING AGENDA FOR SENIOR STRATEGY CONFERENCE CALL (0.5). |
| MATZ TJ | 05/25/06 | 0.70 | PARTICIPATE IN SENIOR STRATEGY CONFERENCE CALL WITH CLIENT (0.7). |
| MATZ TJ | 05/30/06 | 1.70 | PARTICIPATE IN SENIOR STRATEGY MEETING WITH CLIENT (1.7). |
| | | **4.20** | |
| **Total Counsel** | | **4.20** | |
| MEISLER RE | 05/19/06 | 1.10 | PARTICIPATE ON SENIOR STRATEGY TELECONFERENCE WITH CLIENT (1.1). |
| MEISLER RE | 05/25/06 | 0.70 | PARTICIPATE ON SENIOR STRATEGY TELECONFERENCE WITH CLIENT (0.7). |
| | | **1.80** | |
| **Total Associate** | | **1.80** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| KLIMEK MV | 05/09/06 | 4.80 | COMPILE DTM PRESENTATION BINDER (4.8). |
|-----------|----------|------|-----------------------------------------|
|           |          | **4.80** |                                     |
| **Total Legal Assistant** |  | **4.80** |                          |
| **TOTAL TIME** |  | **51.80** |                                    |

B43E

### SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 06/30/06
Business Operations/Strategic Planning                     Bill Number: 1112661

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 05/02/06 | Copy Center, D | 0.30 |
| In-house Reproduction | 05/09/06 | Copy Center, D | 7.21 |
| In-house Reproduction | 05/23/06 | Copy Center, D | 36.03 |
| In-house Reproduction | 05/26/06 | Copy Center, D | 255.23 |
| In-house Reproduction | 05/30/06 | Copy Center, D | 37.23 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$336.00** |
| Vendor Hosted Teleconferencing | 04/30/06 | Teleconferencing Services, LLC | 22.23 |
| Vendor Hosted Teleconferencing | 04/30/06 | Teleconferencing Services, LLC | 48.77 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$71.00** |
| Air/Rail Travel (external) | 05/14/06 | Butler, Jr. J | 120.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$120.00** |
| Out-of-Town Travel | 05/14/06 | Butler, Jr. J | 108.13 |
| Out-of-Town Travel | 05/14/06 | Butler, Jr. J | 52.37 |
| Out-of-Town Travel | 05/14/06 | Butler, Jr. J | 16.00 |
| Out-of-Town Travel | 05/14/06 | Butler, Jr. J | 5.50 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$182.00** |
| Messengers/ Courier | 05/19/06 | Dist Serv/Mail/Page, D | 21.82 |
| Messengers/ Courier | 05/22/06 | Dist Serv/Mail/Page, D | 25.18 |
| | | **TOTAL MESSENGERS/ COURIER** | **$47.00** |
| Out-of-Town Meals | 05/14/06 | Butler, Jr. J | 11.00 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$11.00** |
| Wireless - Mobile/Cellular/Pager | 04/09/06 | Meisler RE | 48.93 |
| Wireless - Mobile/Cellular/Pager | 05/05/06 | Butler, Jr. J | 98.46 |
| Wireless - Mobile/Cellular/Pager | 05/16/06 | Butler, Jr. J | 73.61 |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | TOTAL WIRELESS –<br>MOBILE/CELLULAR/PAGER | $221.00 |
| | | TOTAL MATTER | $988.00 |