SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

EXHIBIT D-15
UTILITIES
379.3 HOURS

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  Bill Date: 03/31/06
Utilities  Bill Number: 1108452

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MARAFIOTI KA | 02/16/06 | 1.50 | REVIEW AND REVISE LOCKPORT MOTION (0.8); AFFIDAVIT (0.5), AND ORDER (0.2). |
| MARAFIOTI KA | 02/17/06 | 3.90 | CORRESPONDENCE RE: LOCKPORT ISSUES (0.5); WORKING ON FINAL REVISIONS TO LOCKPORT MOTION (1.4), SUPPORTING AFFIDAVIT (1.0), ORDER (0.4); TELECONFERENCE WITH MARK HESTER (0.6). |
|  |  | 5.40 |  |
| **Total Partner** |  | **5.40** |  |
| MATZ TJ | 02/01/06 | 0.90 | WORK ON LOCKPORT ELECTRIC SETTLEMENT AGREEMENT, LETTER OF CREDIT MATTER, AND STRUCTURE (0.9). |
| MATZ TJ | 02/02/06 | 0.40 | CONTINUING WORK ON LOCKPORT ELECTRIC SETTLEMENT AGREEMENT (0.4). |
| MATZ TJ | 02/09/06 | 0.40 | REVIEW AND COMMENT ON LOCKPORT ENERGY ASSOCIATES CONTRACT MODIFICATION (0.4). |
| MATZ TJ | 02/10/06 | 1.60 | REVIEW AND COMMENT ON LOCKPORT ENERGY ASSOCIATES MOTION RE: CONTRACT AMENDMENTS (1.3); FOLLOW UP WORK RE: SAME (0.3). |
| MATZ TJ | 02/15/06 | 1.10 | WORK ON LOCKPORT ENERGY MOTION AND REVISE CONTRACT (1.1). |
| MATZ TJ | 02/17/06 | 0.40 | CONTINUING WORK ON LOCKPORT ENERGY MOTION (0.4). |
| MATZ TJ | 02/21/06 | 0.30 | WORK ON CONTRACT ASSUMPTION MATTER RE: LOCKPORT (0.3). |
| MATZ TJ | 02/24/06 | 0.30 | REVIEW AND REVISE LOCKPORT ENERGY PROFFER (0.3). |
| MATZ TJ | 02/27/06 | 0.90 | TELECONFERENCE WITH N. BERGER RE: ENTERGY SETOFF PREFERENCE/UTILITY CLAIM (0.2); FOLLOW UP WORK RE: SAME (0.4); WORK ON LOCKPORT ENERGY MODIFIED CONTRACTS (0.3). |
|  |  | 6.30 |  |
| **Total Counsel** |  | **6.30** |  |
| TOUSSI S | 02/01/06 | 1.50 | FOLLOWUP ISSUES RE: NEW AGREEMENT WITH CES, INCLUDING EDITING NOTICE OF ENTERING INTO NEW CONTRACT AND SERVING SAME (1.5). |
|  |  | 1.50 |  |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| ZALTZMAN H | 02/13/06 | 2.10 | DRAFT 363+365 ASSUMPTION FOR LOCKPORT CONTRACTS ORDER (0.8) DRAFT 363+365 AFFODAVOT OM SUPPORT OF LOCKPORT CONTRACT (0.8) DRAFT 362+363 ORDER TO MODIFY LOCKPORT CONTRACTS (0.3) DRAFT 362+363 AFFIDAVIT IN SUPPORT OF ORDER TO MODIFY LOCKPORT CONTRACTS (0.2). |
| ZALTZMAN H | 02/16/06 | 4.20 | RESEARCH ASSUMPTION OF CONTRACT PROVISIONS RE: LOCKPORT ENERGY CONTRACTS (1.8); RESEARCH DEFINITION OF "TRANSFER" UNDER 363 (N) + 363 (F) OF THE CODE RE: LOCKPORT CONTRACTS (2.0); RESEARCH WAIVER OF AN OPTION TO PURCHASE UNDER 363(N) AND 363(F) RE: LOCKPORT CONTRACTS (0.4). |
| ZALTZMAN H | 02/17/06 | 8.20 | RESEARCH THE APPLICATION OF SECTION 362 AUTOMATIC STAY TO RECORDING OF SECURED INTERESTS (0.5); DRAFT EDIT LOCKPORT ENERGY ASSUMPTION PLEADINGS (5.5); RESEARCH ISSUES INVOLVED/IMPLICATED IN LOCKPORT PLEADINGS (2.2). |
| | | **14.50** | |
| ZIEGLER VE | 02/01/06 | 9.70 | CONTINUE WORKING ON LETTER AGREEMENT WITH SOUTHERN CALIFORNIA EDISON (2.1); WORK ON LETTER AGREEMENT WITH ALABAMA POWER (3.1); DRAFT LETTER RE: LATE FEES (2.1); TELECONFERENCES WITH M. HESTER, M. RATHKE, AND R. LOGNEY, NYSEG, NYPA AND LOCKPORT RE: LOCKPORT MODIFICATION AGREEMENT AND NYPA APPLICATION ISSUES (2.4). |
| ZIEGLER VE | 02/02/06 | 9.80 | WORK ON OBJECTION TO SOUTHERN CALIFORNIA EDISON'S MOTION TO VACATE (2.4); WORK ON STIPULATION RE: SAME (1.9); WORK ON GEORGIA POWER'S LETTER AGREEMENT (1.4); WORK ON KOKOMO AND KGF LETTER AGREEMENT (1.5); TELECONFERENCES, EMAIL CORRESPONDENCE WITH D. POOLE AND M. FISK RE: SAME (2.6). |
| ZIEGLER VE | 02/03/06 | 11.30 | RESEARCH PRECEDENTS RE: MODIFICATION MOTIONS (2.1); START WORKING ON FACTUAL BACKGROUND RE: MOTION TO MODIFY CONTRACTS WITH LOCKPORT (5.1); REVIEW ENERGY SALES AGREEMENT AND SETTLEMENT AGREEMENT (4.1). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| ZIEGLER VE | 02/06/06 | 9.80 | TELECONFERENCE WITH M. ZARNOSKY AND M. HESTER RE: OUTSTANDING PREPETITION AMOUNTS OWED BY DELPHI TO NYPA UNDER THE NIMO AGREEMENT (0.9); TELECONFERENCE WITH J. CARLINE FROM NYPA RE: SAME (0.9). EMAIL CORRESPONDENCE AND ANALYSIS RE: SAME (3.8); EMAIL CORRESPONDENCE WITH M. HALL RE: DUKE ENERGY AND GEORGIA POWER'S REQUEST FOR ADEQUATE ASSURANCE (1.3); TELECONFERENCE AND EMAIL CORRESPONDENCE WITH C. TURNER RE: GEORGIA POWER'S REQUEST FOR ADEQUATE ASSURANCE (0.9); DRAFT LETTER AGREEMENT RE: SETTLEMENT WITH GEORGIA POWER (1.3); EMAIL CORRESPONDENCE WITH M. HESTER RE: TIMELY REQUESTS FOR ADEQUATE ASSURANCE (0.7). |
| ZIEGLER VE | 02/07/06 | 9.70 | WORK ON UTILITY ISSUES (1.8); EMAIL CORRESPONDENCE WITH D. POOLE AND C. TURNER RE: GEORGIA POWER'S ADEQUATE ASSURANCE REQUEST (0.6); FOLLOW UP ON NIAGARA MOHAWK PAYMENT (0.4); EMAIL CORRESPONDENCE WITH M. FISK RE: COLUMBIA GAS OF OHIO'S REQUEST FOR ADEQUATE ASSURANCE (1.2): REVISE LETTER AGREEMENT RE: SAME (1.1); EMAIL CORRESPONDENCE WITH N. MACMAHON RE: PREPETITION UTILITY INVOICES (0.4); EMAIL CORRESPONDENCE WITH R. KAZANSKI RE: PSE&G MISAPPLICATION OF POSTPETITION SECURITY DEPOSIT (0.5); DRAFT SETTLEMENT AGREEMENT WITH NYPA (3.7). |
| ZIEGLER VE | 02/08/06 | 10.70 | PARTICIPATE IN VARIOUS TELECONFERENCES RE: NYSEG, LOCKPORT AND NYPA QUESTIONS AND STATUS OF REVISIONS OF MOU AND ENERGY SALES AGREEMENT (2.2); DRAFT MOTION LOCKPORT TO ADDRESS ASSUMPTION OF ENERGY SALES AGREEMENT (3.5); EMAIL CORRESPONDENCE AND TELECONFERENCES WITH M. HESTER, M. RATHKE, AND R. LOGNEY RE: FACTUAL BACKGROUND (1.5); REVISE SAME (1.4); WORK ON ORDERS AND AFFIDAVITS RE: LOCKPORT MOTIONS (2.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| ZIEGLER VE | 02/09/06 | 9.30 | PARTICIPATE IN VARIOUS TELECONFERENCES RE: NYSEG, LOCKPORT AND NYPA QUESTIONS AND STATUS OF REVISIONS OF MOU AND ENERGY SALES AGREEMENT (2.8); WORK ON MOTION TO MODIFY ENERGY SALES CONTRACT (3.2); TELECONFERENCES WITH M. HESTER RE: NEGOTIATION OF SAME (0.5); EMAIL CORRESPONDENCE WITH M. RATHKE RE: OUTSTANDING PREPETITION AMOUNTS UNDER THE ENERGY SALES AGREEMENT (0.8); EMAIL CORRESPONDENCE WITH M. FISK RE: COLUMBIA GAS OF OHIO'S AND KOKOMO'S REQUEST FOR ADEQUATE ASSURANCE (0.9); WORK ON LETTER AGREEMENTS RE: SAME (1.1). |
| ZIEGLER VE | 02/10/06 | 11.60 | CONTINUE WORKING ON MOTION TO LIFT THE AUTOMATIC STAY TO MODIFY LOCKPORT CONTRACTS (3.5); REVIEW ENERGY SALES AGREEMENT WITH LOCKPORT (2.1); PREPARE AND PARTICIPATE IN A CALL WITH NYSEG, NYPA & LOCKPORT RE: BANKRUPTCY ISSUES AND PROTECTIONS SOUGHT BY LOCKPORT (2.5); RESEARCH CASE LAW RE: APPLICABILITY OF SECTION 1146(C) TO LOCKPORT MOTION (3.1); EMAIL CORRESPONDENCE WITH R. DEHNEY RE: SAME (0.4). |
| ZIEGLER VE | 02/13/06 | 11.10 | REVISE MOTION LOCKPORT TO ADDRESS ASSUMPTION OF ENERGY SALES AGREEMENT (3.5); EMAIL CORRESPONDENCE AND CALLS WITH M. HESTER, M. RATHKE, AND R. LOGNEY RE: FACTUAL BACKGROUND (1.5); REVISE SAME (1.4); PARTICIPATE IN VARIOUS CONFERENCE CALLS RE: NYSEG, LOCKPORT AND NYPA QUESTIONS AND STATUS OF REVISIONS OF MOU AND ENERGY SALES AGREEMENT (2.6); WORK ON ORDERS AND AFFIDAVITS RE: LOCKPORT MOTIONS (2.1). |
| ZIEGLER VE | 02/14/06 | 10.60 | WORK ON MOTION TO ASSUME ENERGY SALES CONTRACT (1.2); TELECONFERENCES WITH M. HESTER RE: NEGOTIATION OF SAME (0.5); EMAIL CORRESPONDENCE WITH M. RATHKE RE: OUTSTANDING PREPETITION AMOUNTS UNDER THE ENERGY SALES AGREEMENT (0.8); EMAIL CORRESPONDENCE WITH J. LYONS RE: ASSUMPTION ISSUES (0.3); LEGAL RESEARCH RE: APPLICABILITY OF SECTIONS 363(F) AND (M) TO MODIFICATION AND ASSUMPTION MOTION (3.9); EXTENSIVE CORRESPONDENCE AND NEGOTIATION WITH R. DEHNEY RE: SAME AND CARVE OUT FROM PLAN (3.1); REVISE ORDERS, MOTIONS AND AFFIDAVITS (0.8). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Name | Date | Hours | Description |
|---|---|---|---|
| ZIEGLER VE | 02/15/06 | 12.40 | WORK ON MOTION TO ASSUME ENERGY SALES CONTRACT (3.9); DISCUSS EASEMENTS ISSUES WITH M. HESTER AND NEGOTIATION OF SAME (1.1); LEGAL RESEARCH RE: EASEMENTS AND SECTIONS 363(F) AND (M) TO MODIFICATION AND ASSUMPTION MOTION (4.1); EMAIL CORRESPONDENCE AND NEGOTIATION WITH R. DEHNEY RE: SAME AND CARVE OUT FROM PLAN (2.1); ATTEND VARIOUS TELECONFERENCES WITH M. HESTER, M. RATHKE, AND R. LOGNEY RE: MOTION (1.2). |
| ZIEGLER VE | 02/16/06 | 13.40 | CONTINUE NEGOTIATIONS WITH LOCKPORT ENERGY RE: CONTENT OF LOCKPORT PROPOSED ORDER (2.1); WORK ON MOTION TO ASSUME ENERGY SALES CONTRACT (4.2); EMAIL CORRESPONDENCE AND NEGOTIATION WITH R. DEHNEY RE: SAME (2.1); PARTICIPATE IN VARIOUS TELECONFERENCES WITH M. HESTER, M. RATHKE, AND R. LOGNEY, NYSEG, NYPA AND LOCKPORT RE: MOTION, MODIFIED AGREEMENT AND (3.5); REVISE LOCKPORT MOTION, ORDER AND AFFIDAVIT (1.5). |
| ZIEGLER VE | 02/17/06 | 13.90 | REVISE LOCKPORT MOTION, ORDER AND AFFIDAVIT TO INCLUDE CONSENT TO MODIFICATION OF AUTOMATIC STAY (4.5); CONTINUE NEGOTIATIONS WITH LOCKPORT ENERGY RE: CONTENT OF LOCKPORT PROPOSED ORDER (2.1); WORK ON MOTION TO ASSUME ENERGY SALES CONTRACT (1.2); EMAIL CORRESPONDENCE AND NEGOTIATION WITH R. DEHNEY RE: SAME (2.3); PARTICIPATE IN VARIOUS TELECONFERENCES WITH M. HESTER, M. RATHKE, AND R. LOGNEY, NYSEG, NYPA AND LOCKPORT RE: MOTION, MODIFIED AGREEMENT AND (3.8). |
| ZIEGLER VE | 02/21/06 | 9.90 | LEGAL RESEARCH AND ANALYSIS RE: NYPA'S REQUEST FOR REIMBURSEMENT OF PREPETITION AMOUNTS DUE UNDER A CONTRACT WITH NYSEG (3.4); EMAIL CORRESPONDENCE AND TELECONFERENCES WITH M. HESTER, M. RATHKE, AND R. LOGNEY RE: SAME (1.3); WORK ON VARIOUS REQUESTS FOR ADEQUATE ASSURANCE AND LATE FEE CHARGES (2.1); DRAFT LETTER AGREEMENT WITH COLUMBIA GAS OF OHIO (3.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| ZIEGLER VE | 02/22/06 | 9.30 | DRAFT SCRIPT RE: LOCKPORT MOTION (3.6); DRAFT SLIDES FOR CREDITORS' COMMITTEE MEETING RE: LOCKPORT MOTION (1.3); REVIEW AFFIDAVIT OF SERVICE AND FOLLOW UP (1.2); EMAIL CORRESPONDENCE WITH M. FISK RE: COLUMBIA GAS OF OHIO'S REQUEST FOR ADEQUATE ASSURANCE (1.2): REVISE LETTER AGREEMENT RE: SAME (1.1); EMAIL CORRESPONDENCE WITH N. MACMAHON RE: PREPETITION UTILITY INVOICES (0.4); EMAIL CORRESPONDENCE WITH R. KAZANSKI RE: PSE&G MISAPPLICATION OF POSTPETITION SECURITY DEPOSIT (0.5). |
| ZIEGLER VE | 02/23/06 | 9.70 | RESEARCH AND EMAIL CORRESPONDENCE WITH S. MCGRATH RE: ENTERGY DISCLOSURE AND 366 ISSUES (1.8); EMAIL CORRESPONDENCE WITH D. POOLE AND C. TURNER RE: GEORGIA POWER'S ADEQUATE ASSURANCE REQUEST (0.6); FOLLOW UP ON NIAGARA MOHAWK PAYMENT (0.4); EMAIL CORRESPONDENCE WITH M. FISK RE: COLUMBIA GAS OF OHIO'S REQUEST FOR ADEQUATE ASSURANCE (1.2): REVISE LETTER AGREEMENT RE: SAME (1.1); EMAIL CORRESPONDENCE WITH N. MACMAHON RE: PREPETITION UTILITY INVOICES (0.4); EMAIL CORRESPONDENCE WITH RUTH KAZANSKI RE: PSE&G MISAPPLICATION OF POSTPETITION SECURITY DEPOSIT (0.5); DRAFT SETTLEMENT AGREEMENT WITH NYPA (3.7). |
| ZIEGLER VE | 02/24/06 | 7.50 | EMAIL CORRESPONDENCE WITH M. FISK RE: COLUMBIA GAS OF OHIO'S REQUEST FOR ADEQUATE ASSURANCE AND TERMINATION RIGHTS (2.5); REVISE LETTER AGREEMENT RE: SAME (1.3); WORK ON LATE FEES REQUESTS (1.7); TELECONFERENCES WITH T. BERRY FROM CITY OF ADRIAN RE: DELPHI'S PREPETITION UTILITY INVOICES (1.1); EMAIL CORRESPONDENCE WITH D. POOLE RE: OUTSTANDING UTILITY MATTERS (0.9). |
| ZIEGLER VE | 02/27/06 | 10.40 | REVIEW COLUMBIA GAS OF OHIO RULES AND REGULATIONS (2.1); EMAIL CORRESPONDENCE WITH M. FISK RE: SAME (0.7); VARIOUS TELECONFERENCES WITH D. POOLE RE: LATE FEES REQUESTS (0.7); LEGAL RESEARCH RE: SAME (2.9); DRAFT LETTERS RE: SAME (2.1); DRAFT LETTER TO CENTER POINT ENERGY RE: LATE ADEQUATE ASSURANCE REQUEST (1.9). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| ZIEGLER VE | 02/28/06 | 8.80 | TELECONFERENCES RE: CENTER POINT ENERGY'S REQUEST FOR ADEQUATE ASSURANCE (2.1); TELECONFERENCE AND EMAIL CORRESPONDENCE WITH R. LOGHNEY RE: NYSEG, NYPA ISSUES RE: LOCKPORT MOTION (1.2); REVISE LOCKPORT MOTION SCRIPT (1.0); RESPOND TO UTILITY COMPANIES REQUESTS RE: LATE FEE CHARGES (0.7); TELECONFERENCES WITH D. POOLE RE: GEORGIA POWER AND COLUMBIA GAS OF OHIO REQUESTS FOR ADEQUATE ASSURANCE (0.8); EMAIL CORRESPONDENCE WITH M. HESTER RE: COLUMBIA GAS OF OHIO TERMINATION RIGHTS ISSUE (1.2); RESEARCH RE: SAME (1.8). |
| | | 198.90 | |
| **Total Associate** | | 214.90 | |
| **TOTAL TIME** | | **226.60** | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

**Delphi Corporation (DIP)**  Bill Date: 03/31/06
**Utilities**  Bill Number: 1108452

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 02/07/06 | Copy Center, D | 2.14 |
| In-house Reproduction | 02/24/06 | Copy Center, D | 0.22 |
| In-house Reproduction | 02/28/06 | Copy Center, D | 0.64 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$3.00** |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.42 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.58 |
| | | **TOTAL TELEPHONE EXPENSE** | **$1.00** |
| Lexis/Nexis | 02/13/06 | Ziegler VE | 268.89 |
| Lexis/Nexis | 02/16/06 | Zaltzman H | 414.31 |
| Lexis/Nexis | 02/17/06 | Zaltzman H | 91.80 |
| | | **TOTAL LEXIS/NEXIS** | **$775.00** |
| Westlaw | 02/08/06 | Ziegler VE | 386.17 |
| Westlaw | 02/08/06 | Ziegler VE | 107.12 |
| Westlaw | 02/09/06 | Ziegler VE | 7.42 |
| Westlaw | 02/15/06 | Ziegler VE | 56.46 |
| Westlaw | 02/15/06 | Ziegler VE | 4.34 |
| Westlaw | 02/16/06 | Ziegler VE | 227.99 |
| Westlaw | 02/22/06 | Ziegler VE | 204.13 |
| Westlaw | 02/24/06 | Ziegler VE | 275.23 |
| Westlaw | 02/27/06 | Ziegler VE | 55.38 |
| Westlaw | 02/28/06 | Ziegler VE | 11.76 |
| | | **TOTAL WESTLAW** | **$1,336.00** |
| | | **TOTAL MATTER** | **$2,115.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                      Bill Date: 04/30/06
Utilities                                                     Bill Number: 1108601

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| ZIEGLER VE | 03/01/06 | 10.10 | EMAIL CORRESPONDENCE WITH M. HESTER RE: COLUMBIA GAS OF OHIO'S REQUEST AND ANALYSIS RE: SAME (1.2); RESEARCH RECENT BANKRUPTCY AND J. DRAIN CASES FOR REQUESTS FOR SECURITY DEPOSITS IN THE FORM OF GAS STORAGE (3.5); NEGOTIATED LANGUAGE IN LETTER AGREEMENT WITH COLUMBIA GAS WITH M. FISK (1.2); TELECONFERENCE WITH J. SIMPSON FROM CENTER POINT ENERGY RE: REQUEST FOR ADEQUATE ASSURANCE AND FOLLOW UP WITH D. POOLE ON WITHDRAWAL OF SUCH REQUEST (2.6); WORK ON PROFFER RE: LOCKPORT ENERGY MOTION (1.6). |
| ZIEGLER VE | 03/02/06 | 9.70 | EMAIL CORRESPONDENCE WITH M. HESTER AND D. POOLE RE: COLUMBIA GAS OF OHIO'S REQUEST (1.1); ANALYSIS OF CASE LAW RE: SAME (4.2); EMAIL CORRESPONDENCE WITH M. FISK RE: SAME (0.5); FOLLOW UP ON ALABAMA POWER LETTER AGREEMENT (0.5); EMAIL CORRESPONDENCE WITH M. HEASTER, R. LOUGHNEY AND D. BUTZ RE: LOCKPORT ENERGY MODIFICATION AGREEMENTS (1.1); REVIEW SAME (2.3). |
| ZIEGLER VE | 03/06/06 | 10.30 | WORK ON COLUMBIA GAS OF OHIO'S LETTER AGREEMENT (2.1); EMAIL CORRESPONDENCE RE: SAME (0.6); EMAIL CORRESPONDENCE WITH M. HEASTER, R. LOUGHNEY AND D. BUTZ RE: LOCKPORT ENERGY MOTION (1.1); REVIEW AND ANALYZE AGREEMENTS AND PETITIONS RE: SAME (5.6); TELECONFERENCE WITH M. HEASTER RE: SAME (0.9). |
| ZIEGLER VE | 03/07/06 | 11.40 | WORK ON PROFFER RE: LOCKPORT ENERGY MOTION (1.7); LEGAL RESEARCH RE: ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACT (4.1); RESEARCH AND ANALYZE TSU'S RECOUPMENT REQUEST (4.4); EMAIL CORRESPONDENCE WITH S. HOMER RE: SAME (0.7); FOLLOW UP ON SOUTHERN CALIFORNIA EDISON REQUEST (0.5). |
| ZIEGLER VE | 03/08/06 | 11.40 | EMAIL CORRESPONDENCE WITH M. HEASTER, R. LOUGHNEY AND D. BUTZ RE: LOCKPORT ENERGY MOTION (1.2) REVIEW AND ANALYZE AGREEMENTS AND PETITIONS FOR APPLICATION OF POWER RE: SAME (5.3); WORK ON PROFFER RE: LOCKPORT ENERGY PROFFER (0.7); LEGAL RESEARCH RE: ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACT (4.2). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| ZIEGLER VE | 03/09/06 | 8.30 | PREPARE FOR AFFIANT FOR HEARING ON LOCKPORT MOTION (1.8); EMAIL CORRESPONDENCE WITH M. HEASTER, R. LOUGHNEY AND M. RATHKE RE: HEARING AND STATUS OF MOTION (0.9); WORK ON COLUMBIA GAS OF OHIO'S LETTER AGREEMENT (2.1); EMAIL CORRESPONDENCE RE: SAME (0.6); EXCHANGE SIGNATURE PAGES RE: SAME (0.5); WORK ON TSU RECOUPMENT REQUEST (2.4). |
| ZIEGLER VE | 03/10/06 | 2.40 | TELECONFERENCE WITH B. LUETHGE RE: REJECTION OF ENTERPRISE ZONE AGREEMENT (1.1); REVIEW AGREEMENTS RE: SAME (1.3). |
| ZIEGLER VE | 03/14/06 | 5.30 | LEGAL RESEARCH RE: REJECTION OF AN EXECUTORY CONTRACT AND LIQUIDATED DAMAGES CLAUSE (4.8); TELECONFERENCE WITH B. LUETHGE RE: SAME (0.5). |
| ZIEGLER VE | 03/15/06 | 3.90 | FOLLOW UP ON ALABAMA POWER'S REQUEST FOR ADEQUATE ASSURANCE (0.9); TELECONFERENCES WITH D. POOLE RE: PAYMENT OF SECURITY DEPOSITS (0.6); DRAFT LETTER RE: AND LATE FEES REQUESTS (2.4). |
| ZIEGLER VE | 03/16/06 | 5.00 | LEGAL RESEARCH RE: PENALTY CLAUSES AND REJECTION OF EXECUTORY CONTRACT (5.0). |
| ZIEGLER VE | 03/17/06 | 7.80 | TELECONFERENCE WITH M. HESTER AND R. LOUGNEY RE: ENTRY OF LOCKPORT ENERGY ORDER AND EFFECT THEREOF (1.3); EMAIL CORRESPONDENCE RE: SAME (0.9); FOLLOW UP ON PAYMENTS OF SECURITY DEPOSITS WITH RESPECT TO GEOPRGIA POWER AND COLUMBIA GAS OF OHIO (1.2); WORK ON TSU RECOUPMENT REQUEST (3.8); TELECONFERENCE WITH D. POOLE RE: SAME (0.6). |
| ZIEGLER VE | 03/20/06 | 1.60 | EMAIL CORRESPONDENCE RE: LOCKPORT ENERGY ORDER AND EFFECT THEREOF (1.6). |
| ZIEGLER VE | 03/21/06 | 6.20 | FOLLOW UP ON PAYMENTS OF SECURITY DEPOSITS WITH RESPECT TO GEOPRGIA POWER AND COLUMBIA GAS OF OHIO (1.2); WORK ON TSU RECOUPMENT REQUEST (4.4); TELECONFERENCE WITH D. POOLE RE: SAME (0.6). |
| ZIEGLER VE | 03/27/06 | 3.90 | ANALYSIS OF ENTERPRISE ZONE AGREEMENTS (2.1); WORK ON MOTION RE: REJECTION OF SAME (1.4); EMAIL CORRESPONDENCE RE: LOCKPORT ENERGY ORDER (0.4). |
| ZIEGLER VE | 03/28/06 | 7.50 | ANALYSIS OF ENTERPRISE ZONE AGREEMENTS (2.1); DRAFT MOTION RE: REJECTION OF SAME (5.4). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| ZIEGLER VE | 03/29/06 | 1.30 | FOLLOW UP ON ALABAMA POWER LETTER AGREEMENT (0.3); EMAIL CORRESPONDENCE RE: MISAPPLICATION OF SECURITY DEPOSIT (0.5); EMAIL CORRESPONDENCE RE: OVERPAYMENT OF UTILITY BILL (0.5). |
| ZIEGLER VE | 03/30/06 | 5.30 | CONTINUE WORKING ON MOTION TO REJECT ZONE ENTERPRISE AGREEMENTS (5.3). |
| ZIEGLER VE | 03/31/06 | 9.80 | TELECONFERENCE WITH W. LUETHGE RE: REJECTION OF ENTERPRISE ZONE AGREEMENTS (0.5); REVIEW AGREEMENTS AND DRAFT MOTION RE: SAME (9.3). |
| | | **121.20** | |
| **Total Associate** | | **121.20** | |
| **TOTAL TIME** | | **121.20** | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                                     Bill Date: 04/30/06
Utilities                                                                    Bill Number: 1108601

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 03/03/06 | Copy Center, D | 0.69 |
| In-house Reproduction | 03/17/06 | Copy Center, D | 0.35 |
| In-house Reproduction | 03/24/06 | Copy Center, D | 0.96 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$2.00** |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.47 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.53 |
| | | **TOTAL TELEPHONE EXPENSE** | **$1.00** |
| Westlaw | 03/06/06 | Ziegler VE | 289.85 |
| Westlaw | 03/10/06 | Ziegler VE | 215.67 |
| Westlaw | 03/13/06 | Ziegler VE | 1,118.48 |
| | | **TOTAL WESTLAW** | **$1,624.00** |
| Messengers/ Courier | 03/24/06 | Dist Serv/Mail/Page, D | 22.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$22.00** |
| | | **TOTAL MATTER** | **$1,649.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)             Bill Date: 05/31/06
Utilities             Bill Number: 1108515

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| ZALTZMAN H | 04/27/06 | 4.00 | RESEARCH DEFINITION OF UTILITY IN CASE LAW (1.5); REVIEW MATERIALS RE: EDS SERVICES PROVIDED (0.3); DRAFT EMAIL MEMO RE: EDS STATUS AS A UTILITY (0.8); REVIEW TERIS OVERPAYMENT MATERIALS (0.4); DRAFT LETTER TO TERIS RE: OVERPAYMENT (1.0). |
| | | 4.00 | |
| ZIEGLER VE | 04/03/06 | 3.40 | DRAFT LETTER TO TERRIS, UTILITY COMPANY RE: OVERPAYMENT OF FEES (1.3); LEGAL RESEARCH RE: UNAUTHORIZED PAYMENT OF PREPETITION FEES (2.1). |
| ZIEGLER VE | 04/13/06 | 4.10 | CASE LAW AND FACTUAL ANALYSIS WHETHER EDS IS A UTILITY (4.1). |
| ZIEGLER VE | 04/24/06 | 5.20 | LEGAL RESEARCH RE: SECTION 549 OF THE BANKRUPTCY CODE AND ORDINARY COURSE OF BUSINESS TRANSACTIONS (3.6); DRAFT EMAIL ANALYSIS TO R. REYES RE: SAME (1.2); TELECONFERENCE WITH D. YEATER RE: DOMINION EAST OHIO'S REQUEST FOR ADEQUATE ASSURANCE (0.4). |
| ZIEGLER VE | 04/26/06 | 3.00 | ANALYSIS OF DOMINION EAST REQUEST FOR ADEQUATE ASSURANCE (2.1); TELECONFERENCES WITH D. YEATER AND M. HALL RE: DOMINION EAST REQUEST FOR ADEQUATE ASSURANCE (0.7); EMAIL CORRESPONDENCE WITH M. HALL RE: SAME (0.2). |
| ZIEGLER VE | 04/27/06 | 2.50 | EMAIL CORRESPONDENCE WITH R. REYES RE: AVAYA ORDINARY COURSE ANALYSIS (0.2); WORK ON LETTER TO TERRIS RE: OVERPAYMENT OF UTILITY BILLS (1.2); ANALYSIS OF WHETHER ELECTRONIC DATA SYSTEMS IS A UTILITY (1.1). |
| | | 18.20 | |
| Total Associate | | 22.20 | |
| **TOTAL TIME** | | **22.20** | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                    Bill Date: 05/31/06
Utilities                                                   Bill Number: 1108515

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---:|
| In-house Reproduction | 04/28/06 | Copy Center, D | 2.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$2.00** |
| Lexis/Nexis | 04/05/06 | Ziegler VE | 183.16 |
| Lexis/Nexis | 04/24/06 | Ziegler VE | 268.33 |
| Lexis/Nexis | 04/27/06 | Zaltzman H | 712.51 |
| | | **TOTAL LEXIS/NEXIS** | **$1,164.00** |
| Westlaw | 04/24/06 | Ziegler VE | 145.00 |
| | | **TOTAL WESTLAW** | **$145.00** |
| Messengers/ Courier | 04/04/06 | Dist Serv/Mail/Page, D | 8.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$8.00** |
| Outside Research/Internet Services | 04/06/06 | Pacer Service Center | 50.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$50.00** |
| CLR/Disclosure | 04/18/06 | Office Admin, D | 62.00 |
| | | **TOTAL CLR/DISCLOSURE** | **$62.00** |
| | | **TOTAL MATTER** | **$1,431.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  Bill Date: 06/30/06
Utilities  Bill Number: 1112661

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| ZIEGLER VE | 05/09/06 | 7.10 | LEGAL RESEARCH RE: APPLICABILITY OF SECTION 549 ON UTILITY CONTRACT TERMS (3.8); DRAFT EMAIL ANALYSIS RE: WITH R. REYES RE: AVAYA'S REQUEST (2.1); TELECONFERENCE WITH AVAYA AND R. REYES RE: SAME (1.2). |
| ZIEGLER VE | 05/12/06 | 3.70 | REVIEW UTILITY CONTRACT BETWEEN AVAYA AND DELPHI (2.1); TELECONFERENCE WITH R. REYES RE: SAME (0.5); PARTICIPATE IN TELECONFERENCE WITH AVAYA AND R. REYES RE: REQUEST BY AVAYA FOR COURT APPROVAL OF PURCHASE OF EQUIPMENT (1.1). |
|  |  | 10.80 |  |
| **Total Associate** |  | 10.80 |  |
| **TOTAL TIME** |  | **10.80** |  |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                    Bill Date: 06/30/06
Utilities                                                   Bill Number: 1112661

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 05/05/06 | Copy Center, D | 0.24 |
| In-house Reproduction | 05/09/06 | Copy Center, D | 2.97 |
| In-house Reproduction | 05/12/06 | Copy Center, D | 0.57 |
| In-house Reproduction | 05/19/06 | Copy Center, D | 0.11 |
| In-house Reproduction | 05/23/06 | Copy Center, D | 0.11 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$4.00** |
| Lexis/Nexis | 05/01/06 | Ziegler VE | 156.17 |
| Lexis/Nexis | 05/11/06 | Ziegler VE | 135.83 |
| | | **TOTAL LEXIS/NEXIS** | **$292.00** |
| Westlaw | 05/12/06 | Ziegler VE | 301.00 |
| | | **TOTAL WESTLAW** | **$301.00** |
| Messengers/ Courier | 05/05/06 | Dist Serv/Mail/Page, D | 11.73 |
| Messengers/ Courier | 05/16/06 | Dist Serv/Mail/Page, D | 180.24 |
| Messengers/ Courier | 05/16/06 | Dist Serv/Mail/Page, D | 135.03 |
| | | **TOTAL MESSENGERS/ COURIER** | **$327.00** |
| | | **TOTAL MATTER** | **$924.00** |

B43E