SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-16
RETENTION / FEE MATTERS (SASM&F)
465.2 HOURS

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                      Bill Date: 03/31/06
Retention /Fee Matters (SASM&F)                               Bill Number: 1108452

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GROSS C | 02/15/06 | 1.20 | REVIEW AND DRAFT DESCRIPTION OF TAX WORK FOR FEE APPLICATION (1.2) |
|  |  | 1.20 |  |
| **Total Partner** |  | **1.20** |  |
| MATZ TJ | 02/27/06 | 0.80 | WORK ON FIRST INTERIM FEE APPLICATION (0.8). |
| MATZ TJ | 02/28/06 | 1.20 | WORK ON FIRST INTERIM FEE APPLICATION (0.9); TELECONFERENCES WITH CHAMBERS RE: TIMING OF SAME AND INTERIM COMPENSATION ORDER (0.3). |
|  |  | 2.00 |  |
| SENSENBRENNER EB | 02/15/06 | 2.60 | REVIEW AND REVISE FEE APPLICATION (2.6). |
|  |  | 2.60 |  |
| **Total Counsel** |  | **4.60** |  |
| DANZ CE | 02/06/06 | 0.50 | BEGAN WORK ON THE FEE APPLICATION FOR REAL ESTATE SECTIONS (0.5). |
| DANZ CE | 02/14/06 | 0.70 | DRAFTED FEE APPLICATION SECTION RELATING TO REAL ESTATE (0.7). |
|  |  | 1.20 |  |
| DE ELIZALDE D | 02/12/06 | 1.20 | FURTHER ANALYSIS OF HOURS BILLED DURING THE APPLICATION PERIOD TO DRAFT FIRST INTERIM FEE APPLICATION (1.2). |
| DE ELIZALDE D | 02/14/06 | 2.80 | REVIEWED AND REVISED FIRST INTERIM FEE APPLICATION (2.8). |
| DE ELIZALDE D | 02/20/06 | 0.50 | REVIEWED DISCLOSURE FOR SUPPLEMENTAL AFFIDAVIT (0.5). |
| DE ELIZALDE D | 02/21/06 | 1.90 | REVIEWED AND REVISED SUPPLEMENTAL DECLARATION (1.9). |
| DE ELIZALDE D | 02/23/06 | 1.80 | REVIEWED AND REVISED SUPPLEMENTAL DECLARATION (1.8). |
| DE ELIZALDE D | 02/27/06 | 2.50 | REVIEWED AND REVISED SUPPLEMENTAL DECLARATION (2.5). |
|  |  | 10.70 |  |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| FERN BM | 02/14/06 | 2.20 | DRAFTED RIDERS TO FEE APPLICATION RE: EMPLOYEE MATTERS, RETIREES, AND INSURANCE (1.8); REVISED FEE APPLICATION RIDERS (0.4). |
| FERN BM | 02/15/06 | 1.30 | REVISED FEE APPLICATION RIDERS RE: EMPLOYEE MATTERS AND INSURANCE (1.3). |
| | | **3.50** | |
| HERRIOTT AV | 02/06/06 | 2.30 | BEGIN DRAFTING FIRST INTERIM FEE APPLICATION (2.3). |
| HERRIOTT AV | 02/07/06 | 1.00 | DRAFTING OF FIRST INTERIM FEE STATEMENT (1.0). |
| HERRIOTT AV | 02/08/06 | 1.80 | CONTINUE DRAFTING FIRST INTERIM FEE APPLICATION (1.8). |
| HERRIOTT AV | 02/20/06 | 3.70 | CONTINUE TO DRAFT, REVIEW AND REVISE FIRST INTERIM FEE APPLICATION (3.7). |
| HERRIOTT AV | 02/21/06 | 3.90 | CONTINUE TO DRAFT FIRST INTERIM FEE APPLICATION (3.9). |
| HERRIOTT AV | 02/22/06 | 5.30 | CONTINUE TO DRAFT, REVIEW, AND REVISE FEE APPLICATION (5.3). |
| HERRIOTT AV | 02/23/06 | 3.80 | CONTINUE TO DRAFT, REVIEW AND REVISE FIRST INTERIM FEE APPLICATION (3.8). |
| HERRIOTT AV | 02/25/06 | 3.20 | CONTINUE REVIEWING AND REVISING FIRST INTERIM FEE APPLICATION (3.2). |
| HERRIOTT AV | 02/27/06 | 2.30 | CONTINUE TO REVIEW AND REVISE MATTER DESCRIPTIONS FOR FIRST INTERIM FEE APPLICATION (2.3). |
| | | **27.30** | |
| MEISLER RE | 02/06/06 | 1.30 | WORKED ON FIRST INTERIM FEE APPLICATION (1.3). |
| MEISLER RE | 02/23/06 | 1.40 | CONTINUED TO REVIEW FIRST INTERIM FEE APPLICATION (1.4). |
| MEISLER RE | 02/26/06 | 5.60 | CONTINUED TO REVIEW AND COMMENT ON FIRST INTERIM FEE APPLICATION (5.6). |
| MEISLER RE | 02/27/06 | 4.90 | CONTINUED TO REVIEW AND COMMENT ON FIRST INTERIM FEE APPLICATION (4.9). |
| | | **13.20** | |
| MICHELI MJ | 02/21/06 | 2.50 | BEGAN DRAFTING FIRST INTERIM FEE APPLICATION (2.5). |
| MICHELI MJ | 02/24/06 | 1.10 | REVIEW FEE APPLICATION AND MATERIALS TO BE COMPLETED IN CONNECTION THEREWITH (1.1). |
| | | **3.60** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| PHILLIPS DP | 02/14/06 | 4.20 | REVIEW TAX TIME DETAIL AND DRAFT TAX PORTION OF FEE APPLICATION (4.2). |
| PHILLIPS DP | 02/15/06 | 1.60 | DRAFT AND REVISE TAX SECTION OF FEE APPLICATION (1.6). |
| PHILLIPS DP | 02/28/06 | 0.40 | REVISE TAX PORTION OF FEE APPLICATION (0.4). |
| | | **6.20** | |
| REESE RG | 02/15/06 | 0.60 | BEGIN DRAFTING PORTION OF FIRST INTERIM FEE APPLICATION (0.6). |
| REESE RG | 02/16/06 | 1.20 | CONTINUE DRAFTING PORTION OF FIRST INTERIM FEE APPLICATION (1.2). |
| REESE RG | 02/17/06 | 0.40 | REVISE DRAFT FIRST INTERIM FEE APPLICATION SECTIONS (0.4). |
| REESE RG | 02/25/06 | 3.40 | REVIEW AND REVISE INTERIM FEE APPLICATION (3.4). |
| | | **5.60** | |
| TOUSSI S | 02/10/06 | 0.40 | REVIEW RETENTION MATTERS AND CHARTS (0.4). |
| TOUSSI S | 02/22/06 | 1.20 | EDIT AND REVISE VARIOUS SECTIONS OF FEE APPLICATION (1.2). |
| TOUSSI S | 02/24/06 | 3.40 | EDIT AND REVISE VARIOUS SECTIONS OF SKADDEN'S FEE APPLICATION, INCLUDING GM MATTERS (1.2), SECURED MATTERS (1.0), AND GENERAL CORPORATE MATTERS (1.2). |
| TOUSSI S | 02/26/06 | 2.80 | DRAFT AND REVISE VARIOUS SECTIONS OF FEE APPLICATION (2.8). |
| TOUSSI S | 02/28/06 | 1.50 | EDIT AND REVISE VARIOUS SECTIONS OF FEE APPLICATION (1.5). |
| | | **9.30** | |
| TURMAN III RE | 02/14/06 | 2.20 | PREPARE FEE APPLICATION RE: FINANCING (2.2). |
| TURMAN III RE | 02/15/06 | 2.50 | DRAFT FEE APPLICATION RIDER RE: FINANCING (2.5). |
| | | **4.70** | |
| WILSON LD | 02/11/06 | 1.80 | REVIEW DRAFT RIDER ON LABOR MATTERS (1.8). |
| WILSON LD | 02/15/06 | 2.00 | REVIEW AND REVISE DRAFT RIDER SUMMARY OF LABOR WORK (2.0). |
| | | **3.80** | |

128

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| ZALTZMAN H | 02/06/06 | 1.00 | DEVELOP STRATEGIES RE: CASE ADMINISTRATION NEXT STEPS FOR FEE APP AND SUPP AFFIDAVIT (1.0). |
| ZALTZMAN H | 02/09/06 | 4.90 | PREPARE SKADDEN'S SUPP. AFFIDAVIT (2.4); REVIEW ALL "DISINTERESTEDNESS QUESTIONNAIRES" RE: SUPP. AFF PREPARATION (2.5). |
| ZALTZMAN H | 02/10/06 | 2.70 | CONTINUE PREPARATION OF SKADDEN'S SUPP. AFFIDAVIT (2.5); REVIEW DISCLOSURE RESEARCH DOCUMENTS FOR SUPP. AFFIDAVIT PREPARATION (0.2). |
| ZALTZMAN H | 02/11/06 | 5.20 | REVIEW DISCLOSURE RESEARCH FOR SUPP. AFFIDAVIT (5.2). |
| ZALTZMAN H | 02/13/06 | 4.10 | CONTINUE REVIEWING DISCLOSURE RESEARCH FOR SUPP AFF PURPOSES (4.1). |
| ZALTZMAN H | 02/14/06 | 3.70 | CONTINUE REVIEW OF DISCLOSURE RESEARCH IN PREPARATION OF SUPP AFFIDAVIT (2.5); CONTINUE REVIEW OF SUPPLEMENTAL AFFIDAVIT DRAFT (1.2). |
| ZALTZMAN H | 02/15/06 | 6.90 | CONTINUE DISCLOSURE RESEARCH REVIEW FOR PREPARATION OF SUPP. AFFIDAVIT (5.1); CONTINUE UPDATING/EDITING SUPPLEMENTAL AFFIDAVIT DRAFT (1.8). |
| ZALTZMAN H | 02/18/06 | 1.40 | REVIEW SET OF DISCLOSURE RESEARCH PAPERS (1.4). |
| ZALTZMAN H | 02/20/06 | 1.70 | PREPARE SUPP AFF BY INCORPORATING ALL INFORMATION (1.7). |
| ZALTZMAN H | 02/22/06 | 4.50 | PREPARE SUPPLEMTENTAL AFFIDAVIT WITH DISCLOSURE RESEARCH REVIEW INFORMATION (3.5); REVIEW MORE DISCLOSURE RESEARCH FOR SUPPLEMENTAL AFFIDAVIT (1.0). |
| ZALTZMAN H | 02/23/06 | 2.00 | DRAFT SUPP AFFIDAVIT (2.0). |
| ZALTZMAN H | 02/24/06 | 3.80 | EDIT/CONFORM SUPPLEMENTAL AFFIDAVIT (3.8). |
| ZALTZMAN H | 02/27/06 | 1.80 | CONTINUE EDITS ON SUPP AFF MARKUP (1.8). |
| | | 43.70 | |
| **Total Associate** | | **132.80** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Name | Date | Hours | Description |
|---|---|---|---|
| SALAZAR AG | 02/16/06 | 0.40 | REVIEW RETENTION SCREENING FORMS RECEIVED AND UPDATE CHARTS (0.4). |
| SALAZAR AG | 02/20/06 | 1.40 | REVIEW AND UPDATE CHART WITH SCREENING QUESTIONNAIRE'S RECEIVED (0.2); PREPARE AND SEND FIFTH REQUEST FOR SCREENING RESPONSES (1.2). |
| SALAZAR AG | 02/22/06 | 0.40 | REVIEW AND ENTER RESPONSES RECEIVED FROM SCREENING QUESTIONNAIRE (0.4). |
| SALAZAR AG | 02/23/06 | 0.40 | REVIEW AND UPDATE CHART WITH BRSQ RESPONSES RECEIVED (0.4). |
| | | 2.60 | |
| ZSOLDOS AF | 02/01/06 | 1.20 | DISCLOSURE RESEARCH ANALYSIS ENTRY INTO CHART (1.2). |
| ZSOLDOS AF | 02/02/06 | 2.60 | DISCLOSURE RESEARCH ANALYSIS ENTRY INTO CHART (2.6). |
| ZSOLDOS AF | 02/07/06 | 1.00 | DISCLOSURE RESEARCH ANALYSIS ENTRY INTO CHART (1.0). |
| ZSOLDOS AF | 02/13/06 | 1.90 | PRINT AND ORGANIZE SUPPLEMENTAL RESULTS FOR SUPPLEMENTAL AFFIDAVIT OF RETENTION APPLICATION (1.2); REVISE SUPPLEMENTAL AFFIDAVIT TO REFLECT CATEGORIES OF DISCLOSURE AT VARIOUS STAGES OF CASE (0.7). |
| ZSOLDOS AF | 02/22/06 | 1.10 | UPDATE SUPPLEMENTAL AFFIDAVIT (1.1). |
| ZSOLDOS AF | 02/23/06 | 1.40 | UPDATE SUPPLEMENTAL AFFIDAVIT (1.4). |
| ZSOLDOS AF | 02/24/06 | 3.70 | EDIT SUPPLEMENTAL AFFIDAVIT (3.7). |
| | | 12.90 | |
| **Total Legal Assistant** | | **15.50** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| ROGERS D | 02/01/06 | 8.70 | ORGANIZE AND UPDATE MASTER DISCLOSURE RESEARCH (8.7). |
| ROGERS D | 02/02/06 | 7.70 | ORGANIZE AND UPDATE MASTER DISCLOSURE RESEARCH CHART (7.7). |
| ROGERS D | 02/03/06 | 8.60 | ORGANIZE AND UPDATE DISCLOSURE RESEARCH CHARTS (8.6). |
| ROGERS D | 02/06/06 | 7.40 | ORGANIZE AND UPDATE DISCLOSURE RESEARCH CHARTS (7.4). |
| ROGERS D | 02/07/06 | 9.50 | ORGANIZE AND UPDATE DISCLOSURE RESEARCH CHART (9.5). |
| ROGERS D | 02/08/06 | 7.40 | ORGANIZE AND UPDATE DISCLOSURE RESEARCH CHART (7.4). |
| ROGERS D | 02/09/06 | 9.50 | ORGANIZE AND UPDATE DISCLOSURE RESEARCH CHART (9.5). |
| ROGERS D | 02/10/06 | 9.80 | ORGANIZE AND UPDATE DISCLOSURE RESEARCH CHART (9.8). |
| ROGERS D | 02/13/06 | 4.90 | ORGANIZE AND UPDATE DISCLOSURE RESEARCH CHART (4.9). |
| ROGERS D | 02/14/06 | 9.80 | ORGANIZE AND UPDATE DISCLOSURE RESEARCH CHART (9.8). |
| ROGERS D | 02/15/06 | 9.50 | ORGANIZE AND UPDATE DISCLOSURE RESEARCH CHART (9.5). |
| ROGERS D | 02/16/06 | 9.30 | ORGANIZE AND UPDATE DISCLOSURE RESEARCH CHART (9.3). |
| ROGERS D | 02/17/06 | 8.50 | ORGANIZE AND UPDATE DISCLOSURE RESEARCH CHART (8.5). |
| ROGERS D | 02/20/06 | 3.10 | ORGANIZE AND UPDATE DISCLOSURE RESEARCH CHART (3.1). |
| | | 113.70 | |
| Total Legal Assistant Support | | 113.70 | |

**TOTAL TIME**   <u>267.80</u>

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Delphi Corporation (DIP) | | | Bill Date: 03/31/06 |
|---|---|---|---|
| Retention /Fee Matters (SASM&F) | | | Bill Number: 1108452 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 02/17/06 | Copy Center, D | 28.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$28.00** |
| Telephone Expense | 02/24/06 | Telecommunications, D | 1.38 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 1.61 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.01 |
| | | **TOTAL TELEPHONE EXPENSE** | **$3.00** |
| Westlaw | 02/08/06 | Herriott AV | 18.00 |
| | | **TOTAL WESTLAW** | **$18.00** |
| | | **TOTAL MATTER** | **$49.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  
Retention /Fee Matters (SASM&F)

Bill Date: 04/30/06  
Bill Number: 1108601

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| DE ELIZALDE D | 03/08/06 | 1.20 | ANALYSIS OF PROFESSIONALS' FEE STATEMENTS (1.2). |
| DE ELIZALDE D | 03/13/06 | 3.40 | REVIEW RESULTS FROM QUESTIONNAIRE RE: DISCLOSURE RESEARCH (1.5); REVIEW AND REVISE FIRST SUPPLEMENTAL DECLARATION IN SUPPORT OF SKADDEN RETENTION (1.9). |
| DE ELIZALDE D | 03/14/06 | 0.50 | SUPERVISED ANALYSIS OF RESPONSES TO "DISINTERESTEDNESS QUESTIONNAIRE" (0.5). |
| DE ELIZALDE D | 03/18/06 | 1.90 | REVIEW AND REVISE SUPPLEMENTAL DECLARATION (1.9). |
| DE ELIZALDE D | 03/19/06 | 1.30 | FURTHER REVIEWED AND REVISED SUPPLEMENTAL DECLARATION (1.3). |
| DE ELIZALDE D | 03/20/06 | 3.80 | FURTHER REVIEWED AND REVISED SUPPLEMENTAL DECLARATION (1.2); ANALYSIS OF DISCLOSURE RESEARCH (2.6). |
| DE ELIZALDE D | 03/22/06 | 2.90 | REVISE SUPPLEMENTAL DECLARATION (0.8); ANALYSIS OF DISCLOSURE RESEARCH (2.1). |
| | | **15.00** | |
| HERRIOTT AV | 03/20/06 | 2.80 | REVIEW AND REVISE FIRST INTERIM FEE APPLICATION (2.8). |
| HERRIOTT AV | 03/21/06 | 6.90 | RESEARCH CASE LAW RE: FEE APPLICATIONS (0.7); REVIEW AND REVISE FIRST INTERIM FEE APPLICATION (6.2). |
| HERRIOTT AV | 03/22/06 | 6.40 | CONTINUE TO REVIEW AND REVISE FIRST INTERIM FEE APPLICATION (6.4). |
| | | **16.10** | |
| MEISLER RE | 03/14/06 | 3.10 | CONTINUE TO REVIEW AND COMMENT ON SUPPLEMENTAL DECLARATION (3.1). |
| MEISLER RE | 03/18/06 | 1.70 | REVIEW AND COMMENT ON FIRST INTERIM FEE APPLICATION (1.7). |
| MEISLER RE | 03/19/06 | 2.00 | CONTINUE TO REVIEW AND COMMENT ON FIRST INTERIM FEE APPLICATION (2.0). |
| MEISLER RE | 03/20/06 | 1.00 | CONTINUE TO REVIEW AND COMMENT ON FIRST INTERIM FEE APPLICATION (0.5); CONTINUE TO REVIEW AND COMMENT ON SUPPLEMENTAL DECLARATION (0.5). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MEISLER RE | 03/22/06 | 3.70 | CONTINUE TO REVIEW AND COMMENT ON SUPPLEMENTAL DECLARATION (0.6); CONTINUE TO REVIEW AND COMMENT ON FIRST INTERIM FEE APPLICATION (3.1). |
| | | **11.50** | |
| STUART NL | 03/22/06 | 3.20 | REVIEW AND REVISE SUPPLEMENTAL AFFIDAVIT (3.2). |
| | | **3.20** | |
| ZALTZMAN H | 03/01/06 | 2.80 | EDIT SUPPLEMENTAL DECLARATION (2.8). |
| ZALTZMAN H | 03/02/06 | 1.10 | REVIEW SUPPLEMENTAL AFFIDAVIT (0.5); REVIEW DISCLOSURE RESEARCH FOR SUPPLEMENTAL AFFIDAVIT (0.6). |
| ZALTZMAN H | 03/13/06 | 1.00 | UPDATE SUPPLEMENTAL DECLARATION WITH NEW INFORMATION FROM DISINTERESTEDNESS QUESTIONNAIRES (0.4); CONTACT REMAINING LAWYER RE: DISINTERESTEDNESS QUESTIONNAIRES (0.6). |
| ZALTZMAN H | 03/14/06 | 0.30 | BEGIN REVIEWING MOST RECENT MARKUP OF SUPPLEMENTAL DECLARATION (0.3). |
| ZALTZMAN H | 03/15/06 | 3.50 | REVIEW/EDIT SUPPLEMENTAL AFFIDAVIT (3.5). |
| ZALTZMAN H | 03/16/06 | 0.80 | CONTINUE EDITING SUPP DECLARATION (0.8). |
| ZALTZMAN H | 03/19/06 | 2.60 | REVIEW/EDIT/DRAFT SUPP. DECLARATION (2.6). |
| | | **12.10** | |
| **Total Associate** | | **57.90** | |
| ZSOLDOS AF | 03/01/06 | 1.80 | DISCLOSURE RESEARCH RE: NEW 2002 PARTIES AND NEWLY RETAINED PROFESSIONALS (1.3); UPDATE MASTER CHART WITH NEW ENTITIES (0.5). |
| ZSOLDOS AF | 03/03/06 | 0.60 | REVIEW DISCLOSURE RESEARCH AND PREPARE TO ORGANIZE SUPPLEMENTAL CONFLICTS RESULTS (0.6). |
| ZSOLDOS AF | 03/10/06 | 1.40 | CHECK NEW PARTIES FOR DISCLOSURE RESEARCH, INCLUDING: CHECKING AGAINST MASTER LIST (1.4). |
| ZSOLDOS AF | 03/23/06 | 1.50 | CHECK DOCKET FOR NEW ENTITIES TO SUBMIT (0.8); UPDATE MASTER LIST (0.3); RUN DISCLOSURE RESEARCH (0.4). |
| | | **5.30** | |
| **Total Legal Assistant** | | **5.30** | |
| **TOTAL TIME** | | **63.20** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Delphi Corporation (DIP) | | | Bill Date: 04/30/06 |
|---|---|---|---|
| Retention /Fee Matters (SASM&F) | | | Bill Number: 1108601 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 03/03/06 | Copy Center, D | 46.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$46.00** |
| Telephone Expense | 03/31/06 | Telecommunications, D | 1.03 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.96 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.01 |
| | | **TOTAL TELEPHONE EXPENSE** | **$2.00** |
| Westlaw | 03/21/06 | Herriott AV | 218.24 |
| Westlaw | 03/22/06 | Herriott AV | 34.76 |
| | | **TOTAL WESTLAW** | **$253.00** |
| Messengers/ Courier | 03/03/06 | Straightline Courier | 32.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$32.00** |
| Wireless - Mobile/Cellular/Pager | 03/09/06 | Meisler RE | 2.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$2.00** |
| | | **TOTAL MATTER** | **$335.00** |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  
Retention /Fee Matters (SASM&F)

Bill Date: 05/31/06  
Bill Number: 1108515

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| DIAZ LB | 04/17/06 | 0.50 | STRATEGY MEETING RE: DISCLOSURE ANALYSIS (0.5). |
| DIAZ LB | 04/21/06 | 0.30 | ANALYZE MATERIAL RESULTING FROM DISCLOSURE CHECK (0.3). |
| DIAZ LB | 04/28/06 | 2.40 | STRATEGY MEETING RE: FIRST SUPPLEMENTAL DECLARATION AND FEE APPLICATIONS FROM PROFESSIONALS (2.4). |
| | | **3.20** | |
| HERRIOTT AV | 04/19/06 | 1.60 | CONTINUE TO REVIEW AND REVISE FIRST INTERIM FEE APPLICATION (1.6). |
| HERRIOTT AV | 04/20/06 | 3.30 | CONTINUE TO REVIEW AND REVISE FIRST INTERIM FEE APPLICATION (3.3). |
| HERRIOTT AV | 04/24/06 | 0.80 | REVIEW AND REVISE FIRST INTERIM FEE APPLICATION (0.8). |
| HERRIOTT AV | 04/25/06 | 0.20 | CONTINUE TO REVIEW AND REVISE FIRST INTERIM FEE APPLICATION (0.2). |
| | | **5.90** | |
| MEISLER RE | 04/13/06 | 0.50 | ATTENTION TO DISCLOSURE RESEARCH (0.5). |
| MEISLER RE | 04/19/06 | 0.20 | ATTENTION TO FIRST INTERIM FEE APPLICATION (0.2). |
| MEISLER RE | 04/21/06 | 0.30 | ATTENTION TO DISCLOSURE RESEARCH (0.3). |
| MEISLER RE | 04/24/06 | 0.20 | CONTINUE ATTENTION TO FIRST INTERIM FEE APPLICATION (0.2). |
| | | **1.20** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| WHARTON JN | 04/13/06 | 0.70 | REVIEW TASKS RE: DISCLOSURE RESEARCH (0.7). |
| WHARTON JN | 04/17/06 | 0.50 | CONTINUE TO WORK ON DISCLOSURE RESEARCH AND DRAFTING OF SUPPLEMENTAL DISCLOSURE AFFIDAVIT (0.5). |
| WHARTON JN | 04/26/06 | 0.40 | CONNECTIONS AND DISCLOSURE RESEARCH (0.4). |
| WHARTON JN | 04/28/06 | 0.80 | CONDUCT CONNECTIONS AND DISCLOSURE RESEARCH (0.5) AND REVIEW FIRST SUPPLEMENTAL DISCLOSURE DECLARATION (0.3). |
| | | 2.40 | |
| **Total Associate** | | **12.70** | |
| **TOTAL TIME** | | **12.70** | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  Bill Date: 05/31/06
Retention /Fee Matters (SASM&F)  Bill Number: 1108515

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 04/14/06 | Copy Center, D | 8.57 |
| In-house Reproduction | 04/18/06 | Copy Center, D | 7.43 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$16.00** |
| | | **TOTAL MATTER** | **$16.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  
Retention /Fee Matters (SASM&F)

Bill Date: 06/30/06  
Bill Number: 1112661

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 05/13/06 | 1.70 | BEGIN TO REVIEW REVISED FIRST FEE APPLICATION (0.4); CONTINUE TO WORK ON MONTHLY COMPENSATION PACKAGES THROUGH APRIL 2006 (1.3). |
| BUTLER, JR. J | 05/27/06 | 6.60 | CONTINUE TO REVIEW AND REVISE MONTHLY COMPENSATION PACKAGES FOR JANUARY - APRIL, 2006 (6.6). |
| BUTLER, JR. J | 05/28/06 | 5.80 | CONTINUE TO REVIEW AND REVISE MONTHLY COMPENSATION PACKAGES FOR JANUARY - APRIL, 2006 (5.8). |
| BUTLER, JR. J | 05/29/06 | 6.10 | CONTINUE TO REVIEW AND REVISE MONTHLY COMPENSATION PACKAGES FOR FEBRUARY - APRIL, 2006 (5.6); BEGIN TO REVIEW AND COMMENT ON FIRST FEE APPLICATION (0.5). |
| BUTLER, JR. J | 05/30/06 | 3.10 | REVIEW AND FINALIZE MONTHLY COMPENSATION PACKAGES FOR FEBRUARY - APRIL, 2006 (1.6); DRAFT TRANSMITTAL LETTERS FOR JANUARY - APRIL, 2006 COMPENSATION PACKAGES (0.9); CONTINUE TO REVIEW AND COMMENT ON FIRST FEE APPLICATION (0.6). |
| BUTLER, JR. J | 05/31/06 | 2.60 | FINALIZE FIRST FEE APPLICATION (1.9); REVIEW AND FINALIZE SUPPLEMENTAL AFFIDAVIT (0.7). |
|  |  | **25.90** |  |
| MARAFIOTI KA | 05/16/06 | 0.30 | REVIEW RULE RE: FORM OF NOTICE (0.2); REVIEW AND REVISE NOTICE OF HEARING ON INTERIM FEE APPLICATIONS (0.1). |
| MARAFIOTI KA | 05/17/06 | 0.20 | WORK ON FEE APPLICATION (0.2). |
| MARAFIOTI KA | 05/31/06 | 3.70 | WORK ON BUTLER SUPPLEMENTAL DECLARATION (0.7); REVIEW AND REVISE FEE APPLICATION (3.0). |
|  |  | **4.20** |  |
| **Total Partner** |  | **30.10** |  |
| MATZ TJ | 05/31/06 | 2.90 | REVIEW AND COMMENT ON BUTLER SUPPLEMENTAL DECLARATION (0.9); CONTINUING REVIEW OF FIRST INTERIM FEE APPLICATION (0.7); CONTINUING REVIEW AND DRAFT OF FIRST INTERIM FEE APPLICATION (1.3). |
|  |  | **2.90** |  |
| **Total Counsel** |  | **2.90** |  |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| DIAZ LB | 05/01/06 | 0.40 | ANALYZED DISCLOSURE CHECK (0.4). |
| DIAZ LB | 05/10/06 | 0.80 | ANALYZED DISCLOSURE CHECKS (0.8). |
| DIAZ LB | 05/15/06 | 1.90 | ANALYZED DISCLOSURE CHECK RESULTS (1.9). |
| DIAZ LB | 05/16/06 | 6.30 | ANALYZED DISCLOSURE CHECKS FOR SUPPLEMENTAL DECLARATION (6.3). |
| DIAZ LB | 05/17/06 | 7.80 | ANALYZED DISCLOSURE CHECKS FOR SUPPLEMENTAL DECLARATION (7.8). |
| DIAZ LB | 05/18/06 | 5.50 | CONTINUED TO ANALYZE DISCLOSURE CHECKS (5.5). |
| DIAZ LB | 05/22/06 | 8.20 | ANALYZED DISCLOSURE FOR SUPPLEMENTAL DECLARATION (8.2). |
| DIAZ LB | 05/23/06 | 7.40 | ANALYZED DISCLOSURE CHECKS (7.4). |
| DIAZ LB | 05/24/06 | 9.10 | ANALYZED DISCLOSURE FOR SUPPLEMENTAL DECLARATION (9.1). |
| DIAZ LB | 05/25/06 | 8.90 | ANALYZED DISCLOSURE CHECKS (8.9). |
| DIAZ LB | 05/26/06 | 4.90 | ANALYZED DISCLOSURE FOR SUPPLEMENTAL DECLARATION (4.9). |
| DIAZ LB | 05/27/06 | 5.40 | ANALYZED DISCLOSURE FOR SUPPLEMENTAL DECLARATION (5.4). |
| DIAZ LB | 05/28/06 | 1.70 | CONTINUED TO ANALYZE DISCLOSURE AND REVISE SUPPLEMENTAL DECLARATION (1.7). |
| DIAZ LB | 05/29/06 | 2.10 | CONTINUED TO REVISED SUPPLEMENTAL DECLARATION (2.1). |
| DIAZ LB | 05/30/06 | 7.00 | PROOFREAD AND REVISED FEE APPLICATION (3.3); REVISED SUPPLEMENTAL DECLARATION (3.7). |
| DIAZ LB | 05/31/06 | 7.20 | FINALIZED SUPPLEMENTAL DECLARATION (7.2). |
| | | **84.60** | |
| HERRIOTT AV | 05/15/06 | 0.40 | RESPOND TO QUESTION RE: DISCLOSURE ISSUES (0.3); REVIEW ISSUE IN INTERIM COMPENSATION ORDER (0.1). |
| HERRIOTT AV | 05/17/06 | 0.70 | REVIEW SKADDEN DISCLOSURE ISSUES (0.7). |
| HERRIOTT AV | 05/26/06 | 2.60 | REVIEW AND REVISE FEE APPLICATION (2.6). |
| HERRIOTT AV | 05/27/06 | 6.10 | REVIEW AND REVISE JANUARY MONTHLY COMPENSATION PACKAGE (6.1). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| HERRIOTT AV | 05/28/06 | 13.00 | CONTINUE TO REVIEW AND REVISE FIRST INTERIM FEE APPLICATION AFTER ANALYSIS OF JANUARY MONTHLY COMPENSATION PACKAGE (6.6); REVIEW AND REVISE FEBRUARY MONTHLY COMPENSATION PACKAGE (6.4). |
| HERRIOTT AV | 05/29/06 | 10.90 | REVIEW AND REVISE FIRST INTERIM FEE APPLICATION (5.6); REVIEW AND REVISE MONTHLY COMPENSATION PACKAGE FOR THE MONTH OF APRIL (5.3). |
| HERRIOTT AV | 05/30/06 | 4.70 | REVIEW AND REVISE MARCH COMPENSATION PACKAGE (4.4); REVIEW FEE APPLICATION (0.3). |
| HERRIOTT AV | 05/31/06 | 6.30 | REVIEW, REVISE AND PREPARE FIRST INTERIM FEE APPLICATION FOR FILING (6.3). |
| | | **44.70** | |
| MEISLER RE | 05/28/06 | 4.20 | REVIEW AND COMMENT ON FEE APPLICATION (4.2). |
| MEISLER RE | 05/29/06 | 3.60 | CONTINUED TO REVIEW AND COMMENT ON FEE APPLICATION (3.6). |
| MEISLER RE | 05/30/06 | 1.10 | CONTINUED REVIEW OF FEE APPLICATION (0.3); REVIEW SUPPLEMENTAL DECLARATION (0.8). |
| MEISLER RE | 05/31/06 | 6.80 | CONTINUED TO REVIEW AND REVISE FEE APPLICATION (6.5); REVIEW SUPPLEMENTAL DECLARATION (0.3). |
| | | **15.70** | |
| PERL MW | 05/23/06 | 1.80 | REVIEW DRAFT OF FEE APPLICATION AND STRATEGIZE AND COORDINATE RE: SAME (1.8). |
| PERL MW | 05/24/06 | 1.10 | REVIEW MONTHLY STATEMENTS AND PREPARE TEMPLATES FOR FEE APPLICATION (1.1). |
| PERL MW | 05/26/06 | 2.60 | COORDINATE RE: DATA IN CONNECTION WITH FIRST INTERIM FEE APPLICATION (0.7); PREPARE AND REVIEW DOCUMENT TEMPLATES IN CONNECTION WITH SAME (1.3); REVIEW DRAFT OF FEE APPLICATION (0.6). |
| PERL MW | 05/27/06 | 0.20 | CORRESPONDENCE RE: STATUS OF FIRST FEE APPLICATION (0.2). |
| PERL MW | 05/28/06 | 5.70 | VARIOUS TELECONFERENCES WITH WORKING GROUP RE: STATUS, PREPARATION AND STRATEGY IN CONNECTION WITH FIRST INTERIM FEE APPLICATION (0.3, 0.5, 0.3); FOLLOW UP CORRESPONDENCES RE: SAME (0.6); REVIEW FEE DATA (0.7) AND FOLLOW UP CORRESPONDENCE RE: SAME (0.2); BEGIN WORK ON FIRST INTERIM FEE APPLICATION (3.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| PERL MW | 05/29/06 | 7.90 | CONTINUE TO WORK ON AND PREPARE FIRST INTERIM FEE APPLICATION (6.2); TELECONFERENCE WITH WORKING GROUP RE: SAME (0.4); FOLLOW UP CORRESPONDENCES RE: SAME (0.4); CONSIDER ISSUE RELATED TO SUPPLEMENTAL DISCLOSURE (0.3) AND REVIEW PRECEDENT RE: SAME (0.4); FOLLOW UP CORRESPONDENCE RE: SAME (0.2). |
| PERL MW | 05/30/06 | 4.30 | REVIEW AND REVISE SKADDEN'S FIRST INTERIM FEE APPLICATION (4.3). |
| PERL MW | 05/31/06 | 5.30 | CONTINUE TO REVIEW AND REVISE SKADDEN'S FIRST INTERIM FEE APPLICATION AND PROVIDE COMMENTS TO SAME (2.7); COORDINATE RE: SERVICE OF FEE APPLICATION, INCLUDING EXHIBITS (2.6). |
| | | **28.90** | |
| WHARTON JN | 05/01/06 | 0.30 | REVIEW AND REVISE SUPPLEMENTAL DISCLOSURE DECLARATION (0.3). |
| WHARTON JN | 05/15/06 | 1.40 | CONTINUE RESEARCH RE: CONNECTIONS AND RELATIONSHIPS (1.1); CONTINUE TO REVIEW DRAFT SUPPLEMENTAL DISCLOSURE AFFIDAVIT (0.3). |
| WHARTON JN | 05/16/06 | 0.70 | CONTINUE DISCLOSURE RESEARCH FOR SUPPLEMENTAL DISCLOSURE DECLARATION (0.7). |
| WHARTON JN | 05/22/06 | 1.90 | CONTINUE DISCLOSURE RESEARCH FOR SUPPLEMENTAL DISCLOSURE DECLARATION (1.9). |
| WHARTON JN | 05/24/06 | 2.50 | CONTINUE RESEARCH RE: SUPPLEMENTAL DISCLOSURE DECLARATION (2.5). |
| WHARTON JN | 05/25/06 | 0.80 | CONTINUE TO RESEARCH DISCLOSURE FOR SUPPLEMENTAL DISCLOSURE DECLARATION AND REVIEW DRAFT DECLARATION (0.8). |
| WHARTON JN | 05/26/06 | 1.50 | CONTINUE TO REVIEW DISCLOSURE RESULTS AND PREPARE FIRST SUPPLEMENTAL DISCLOSURE DECLARATION (1.5). |
| WHARTON JN | 05/27/06 | 4.70 | CONTINUE TO RESEARCH DISCLOSURE FOR SUPPLEMENTAL DISCLOSURE AFFIDAVIT AND REVIEW DRAFT DISCLOSURE AFFIDAVIT (4.7). |
| WHARTON JN | 05/28/06 | 3.20 | CONTINUE TO RESEARCH DISCLOSURE FOR SUPPLEMENTAL DISCLOSURE AFFIDAVIT AND REVIEW DRAFT DISCLOSURE AFFIDAVIT (3.2). |
| WHARTON JN | 05/29/06 | 3.60 | CONTINUE TO RESEARCH DISCLOSURE FOR SUPPLEMENTAL DISCLOSURE AFFIDAVIT AND REVIEW DRAFT DISCLOSURE AFFIDAVIT (3.6). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| WHARTON JN | 05/30/06 | 4.90 | CONTINUE TO RESEARCH DISCLOSURE FOR SUPPLEMENTAL DISCLOSURE AFFIDAVIT AND REVIEW DRAFT DISCLOSURE AFFIDAVIT (4.9). |
| WHARTON JN | 05/31/06 | 3.20 | FINISH PREPARING AND FINALIZE FOR FILING OF SUPPLEMENTAL DISCLOSURE DECLARATION OF J. BUTLER (3.2). |
| | | 28.70 | |
| **Total Associate** | | 202.60 | |
| DEMMA J | 05/30/06 | 1.90 | ASSIST WITH DISCLOSURE CHECK (1.9). |
| DEMMA J | 05/31/06 | 7.40 | PREPARE DOCUMENTS FOR ATTORNEY REVIEW (1.1); PREPARE EXHIBITS FOR FILING OF FIRST INTERIM FEE APPLICATION (2.1); PREPARE/FILE DOCUMENTS FOR FIRST INTERIM FEE APPLICATION (3.6); PREPARE/FILE FIRST SUPPLEMENTAL DECLARATION OF J. BUTLER IN SUPPORT OF FIRST INTERIM FEE APPLICATION (0.6). |
| | | 9.30 | |
| **Total Legal Assistant** | | 9.30 | |
| **TOTAL TIME** | | **244.90** | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                        Bill Date: 06/30/06
Retention /Fee Matters (SASM&F)                     Bill Number: 1112661

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 05/02/06 | Copy Center, D | 4.80 |
| In-house Reproduction | 05/02/06 | Copy Center, D | 8.00 |
| In-house Reproduction | 05/12/06 | Copy Center, D | 591.56 |
| In-house Reproduction | 05/12/06 | Copy Center, D | 258.63 |
| In-house Reproduction | 05/26/06 | Copy Center, D | 70.01 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$933.00** |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.49 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.50 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.01 |
| | | **TOTAL TELEPHONE EXPENSE** | **$1.00** |
| Wireless - Mobile/Cellular/Pager | 04/09/06 | Meisler RE | 18.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$18.00** |
| | | **TOTAL MATTER** | **$952.00** |

B43E