SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                           :

In re                              :      Chapter 11
                               :

DELPHI CORPORATION, et al.,     :      Case No. 05–44481 (RDD)
                               :

            Debtors.     :      (Jointly Administered)
                               :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


EXHIBIT D-17
CLAIMS ADMIN. (GENERAL)
338.3 HOURS

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 03/31/06
Claims Admin. (General)                                     Bill Number: 1108452

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| LYONS JK | 02/08/06 | 1.20 | CONFERENCE WITH CLIENT, FTI AND OTHERS RE: CLAIMS PROCESS, SCHEDULE AMENDMENTS, AND OTHER DIVISION OF TASKS (1.2). |
| LYONS JK | 02/28/06 | 2.20 | DEVELOPED STRATEGIES RE: BAR DATE AND REVIEW OF PRECEDENT RE: THE SAME (2.2). |
| | | 3.40 | |
| Total Partner | | 3.40 | |
| HERRIOTT AV | 02/02/06 | 0.10 | REVIEW CLAIMS ISSUE (0.1). |
| HERRIOTT AV | 02/07/06 | 0.10 | REVIEW CLAIMS ISSUE (0.1). |
| HERRIOTT AV | 02/08/06 | 0.30 | REVIEW AND EVALUATE CLAIMS ISSUE (0.3). |
| HERRIOTT AV | 02/21/06 | 0.10 | RESPOND TO CLAIMS QUESTION (0.1). |
| HERRIOTT AV | 02/22/06 | 0.40 | REVIEW CLAIMS FILED BY ALLEGED CREDITOR OF THE ESTATE (0.4). |
| | | 1.00 | |
| REESE RG | 02/08/06 | 1.70 | MEETING WITH D. FIDLER, S. KIHN, J. DELUCA, T. BEHNKE, S. KING, A. FRANKUM RE: CLAIMS RELATED ISSUES (1.7). |
| REESE RG | 02/14/06 | 1.20 | MEETING WITH D. FIDLER, S. KIHN, J. DELUCA, T. BEHNKE, S. KING, A. FRANKUM RE: VARIOUS CLAIMS PROCESS ISSUES (1.2). |
| REESE RG | 02/22/06 | 0.90 | MEETING WITH D. FIDLER, S. KIHN, J. DELUCA, T. BEHNKE, S. KING RE: VARIOUS CLAIMS ISSUES (0.9). |
| | | 3.80 | |
| ZALTZMAN H | 02/24/06 | 2.10 | REVIEW UPDATED EDITS FOR BAR DATE MOTION (1.6); REVIEW MOTIONS FILED UNDER SEAL RE: CONFIDENTIALITY PROVISIONS FOR BAR DATE PLEADINGS (0.5). |
| ZALTZMAN H | 02/27/06 | 0.80 | CONTINUE DRAFTING/EDITING OF BAR DATE PLEADINGS (0.8). |
| ZALTZMAN H | 02/28/06 | 4.60 | CONTINUE WORKING ON BAR DATE PLEADINGS (2.1); CORRESPOND TO MARK DIAMOND OF THE SDNY COURTS RE: GENERAL BAR DATE (0.2); CORRESPOND WITH DEXTER GILLIES OF THE SDNY COURT RE: GENERAL BAR DATE (0.2); REVIEW SDNY PRECEDENT RE: CONFIDENTIALITY OF PROOF OF CLAIMS (2.1). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

|  |  |  |  |
|---|---|---|---|
|  |  | 7.50 |  |
| **Total Associate** |  | **12.30** |  |
| DEMMA J | 02/10/06 | 4.20 | DRAFT/UPDATE LETTERS TO VARIOUS CREDITORS RE: SHARES OF DELPHI STOCK (4.2). |
| DEMMA J | 02/17/06 | 0.80 | TELECONFERENCE WITH VARIOUS CREDITORS RE: STOCK (0.8). |
|  |  | 5.00 |  |
| ZSOLDOS AF | 02/09/06 | 2.80 | RESEARCH RE: OBJECTIONS IN GENTEK CASE FOR DELPHI PLEADING (1.3); REMOVAL PLEADING PRECEDENT RESEARCH IN MAJOR SDNY AND OTHER DISTRICT CASES (1.5). |
| ZSOLDOS AF | 02/28/06 | 0.60 | PRECEDENT RESEARCH RE: BAR DATE MOTION IN COLLINS & AIKMAN (0.6). |
|  |  | 3.40 |  |
| **Total Legal Assistant** |  | **8.40** |  |
| **TOTAL TIME** |  | **24.10** |  |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Claims Admin. (General)**

**Bill Date: 03/31/06**
**Bill Number: 1108452**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 02/14/06 | Copy Center, D | 73.73 |
| In-house Reproduction | 02/24/06 | Copy Center, D | 33.27 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$107.00** |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.44 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.56 |
| | | **TOTAL TELEPHONE EXPENSE** | **$1.00** |
| | | **TOTAL MATTER** | **$108.00** |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 04/30/06
Claims Admin. (General)                                     Bill Number: 1108601

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 03/07/06 | 0.30 | REVIEW BAR DATE ISSUES AND TIMETABLE (0.3). |
| BUTLER, JR. J | 03/12/06 | 0.40 | REVIEW BAR DATE PRESENTATION AND NEXT STEPS (0.4). |
| BUTLER, JR. J | 03/15/06 | 0.30 | REVIEW BAR DATE TIMETABLE AND NEXT STEPS (0.3). |
| | | **1.00** | |
| LYONS JK | 03/07/06 | 1.10 | CONFERENCE WITH D. FIDLER AND FTI RE: PROOF OF CLAIM FORM AND CLAIMS ADMINISTRATION ISSUES AND REVIEW OF THE SAME (1.1). |
| LYONS JK | 03/08/06 | 2.20 | CONFERENCE WITH DELPHI CORPORATE TEAM RE: BAR DATE AND CLAIMS ADMINISTRATION MATTERS AND REVIEW OF MATERIALS RE: THE SAME (2.2). |
| LYONS JK | 03/09/06 | 2.50 | MEETING WITH D. FIDLER, FTI AND CORPORATE STAFF RE: BAR DATE, CLAIMS ADMINISTRATION AND OTHER MATTERS (2.5). |
| LYONS JK | 03/13/06 | 2.10 | INITIAL REVIEW OF BAR DATE PLEADINGS AND COMMENTS RE: THE SAME (2.1). |
| LYONS JK | 03/14/06 | 2.30 | REVIEW OF BAR DATE EXCLUSIONS AND PRECEDENT RE: THE SAME AND DEVELOPED STRATEGIES (2.3). |
| LYONS JK | 03/15/06 | 4.20 | REVIEW AND EXTENSIVE REVISIONS TO BAR DATE PLEADINGS AND DEVELOPED STRATEGIES RE: THE SAME (4.2). |
| LYONS JK | 03/16/06 | 2.20 | REVIEW OF BAR DATE PLEADINGS AND FOLLOW UP RE: PUBLICATION STRATEGY AND COSTS (2.2). |
| LYONS JK | 03/23/06 | 3.30 | REVIEW OF, AND DEVELOP STRATEGIES RE: CLAIMS ADMINISTRATION, SCHEDULE AMENDMENTS, BAR DATE ISSUES AND OTHER MATTERS (3.3). |
| | | **19.90** | |
| MARAFIOTI KA | 03/14/06 | 2.50 | WORK ON BAR DATE MOTION (1.2) AND NOTICE OF BAR DATE (0.8); DEVELOP STRATEGY RE: BAR DATE ISSUES (0.5). |
| MARAFIOTI KA | 03/15/06 | 2.10 | CONTINUE REVIEW AND REVISION OF BAR DATE PLEADINGS (1.8); ANALYZE ENVIRONMENTAL CLAIM ISSUES (0.3). |
| MARAFIOTI KA | 03/16/06 | 2.20 | ANALYZE BAR DATE ISSUES (2.2). |
| MARAFIOTI KA | 03/17/06 | 0.40 | FINAL REVIEW OF BAR DATE PLEADINGS (0.4). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MARAFIOTI KA | 03/23/06 | 0.80 | TELECONFERENCE WITH PREPETITION BANKS AND COUNSEL AND JOHN SHEEHAN RE: LABOR ISSUES (0.8). |
| | | 8.00 | |
| **Total Partner** | | **28.90** | |
| MATZ TJ | 03/03/06 | 0.40 | WORK ON BAR DATE NOTICE, MOTION, AND DATES FOR SAME (0.4). |
| MATZ TJ | 03/05/06 | 0.30 | REVIEW BAR DATE MATERIALS (0.3). |
| MATZ TJ | 03/09/06 | 0.70 | WORKING ON BAR DATE MATERIALS (0.7). |
| MATZ TJ | 03/10/06 | 0.90 | WORK ON BAR DATE MATTERS AND PLEADINGS (0.9). |
| MATZ TJ | 03/13/06 | 3.10 | REVIEW AND COMMENT ON BAR DATE MOTION, ORDER AND NOTICE OF BAR DATE (2.7); TELECONFERENCE WITH CHAMBERS RE: BAR DATE TIMETABLES (0.2); FOLLOW UP WORK RE: SAME (0.2). |
| MATZ TJ | 03/14/06 | 2.00 | FOLLOW UP RE: CLAIMS REGISTER (0.2); REVIEWING AND WORK ON SAME (0.4); CONTINUING WORK ON BAR DATE MOTION AND ISSUES RE: STATUS OF TRUSTS AND OUTSTANDING DEBT SECURITIES (1.4). |
| MATZ TJ | 03/15/06 | 2.50 | REVIEWING AND COMMENTING ON REVISED DRAFTS OF BAR DATE MOTION, ORDER AND NOTICE (1.7); FOLLOW UP WORK RE: MOTION AND PUBLICATION MATTERS (0.5); TELECONFERENCES FROM CREDITORS RE: CLAIMS (0.3). |
| MATZ TJ | 03/17/06 | 0.60 | CONTINUED REVIEW AND REVISE OF BAR DATE PLEADINGS (0.6). |
| MATZ TJ | 03/19/06 | 0.30 | WORKING ON SETOFF CLAIMS AND OUTSTANDING MATTERS (0.3). |
| MATZ TJ | 03/21/06 | 0.90 | CONTINUE WORK RE: MOTION TO APPROVE ATTRITION PLAN (0.9). |
| MATZ TJ | 03/22/06 | 1.40 | FOLLOW UP WORK RE: CORRESPONDENCE (0.2); TELECONFERENCES FROM L. WASHINGTON (0.1); 3 TELECONFERENCES RE: BAR DATE PLEADINGS (0.6); CONTINUE TO WORK ON ATTRITION PROGRAM MOTION (0.5). |
| MATZ TJ | 03/27/06 | 0.50 | CORRESPONDENCE WITH B. CECOTTI RE: BAR DATE (0.2); TELECONFERENCE WITH S. THACHER RE: POSSIBLE REVISION TO BAR DATE ORDER (0.3). |
| | | 13.60 | |
| **Total Counsel** | | **13.60** | |
| HERRIOTT AV | 03/01/06 | 0.60 | CONFERENCE WITH D. FIDLER AND T. BEHNKE RE: CLAIMS PROCESS (0.6). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| HERRIOTT AV | 03/02/06 | 0.10 | ANSWER QUESTION RE: CLAIMS (0.1). |
|---|---|---|---|
| HERRIOTT AV | 03/07/06 | 0.20 | RESPOND TO QUESTIONS RE: CLAIMS ADMINISTRATION (0.2). |
| HERRIOTT AV | 03/10/06 | 0.30 | BEGIN REVIEWING CLAIMS TRADING ACTION ON DOCKET (0.3). |
| HERRIOTT AV | 03/20/06 | 0.30 | RESPOND TO BAR DATE AND CLAIMS QUESTION (0.3). |
| | | **1.50** | |
| MEISLER RE | 03/09/06 | 0.30 | REVIEW AND ANALYZE S. CORCORAN EMAIL RE: SETTLEMENT OF CLAIMS (0.2); TELECONFERENCE WITH S. CORCORAN RE: SAME (0.1). |
| MEISLER RE | 03/14/06 | 1.00 | TELECONFERENCE WITH S. WACHSTEIN RE: CLAIM INQUIRIES (0.1); ATTENTION TO INQUIRIES RE: BAR DATE PLEADINGS (0.9). |
| MEISLER RE | 03/17/06 | 0.10 | TELECONFERENCE WITH E. FOX RE: INFORMATION REQUEST (0.1). |
| MEISLER RE | 03/30/06 | 0.50 | CONFERENCE WITH COUNSEL TO UAW RE: BAR DATE PLEADINGS (0.2); FOLLOW UP RE: SAME (0.3). |
| | | **1.90** | |
| MICHELI MJ | 03/08/06 | 2.00 | REVIEW OF BAR DATE MOTION (0.4); BEGAN REVIEW AND REVISIONS TO BAR DATE SCRIPT (1.6). |
| MICHELI MJ | 03/17/06 | 0.20 | REVIEW BAR DATE MATERIALS (0.2). |
| | | **2.20** | |
| REESE RG | 03/07/06 | 1.70 | PARTICIPATE IN MEETING RE: VARIOUS CLAIMS ISSUES WITH DELPHI AND FTI (1.1); RESPOND TO INQUIRIES MADE TO DELPHI LEGAL INFORMATION HOTLINES (0.6). |
| REESE RG | 03/08/06 | 0.60 | TELECONFERENCE RE: SETOFF ISSUES (0.3); REVIEW AND COMMENT ON BAR DATE PLEADINGS (0.3). |
| REESE RG | 03/09/06 | 0.80 | REVIEW AND COMMENT ON BAR DATE ISSUES (0.8). |
| REESE RG | 03/14/06 | 1.10 | REVIEW AND RESPOND TO ISSUES RE: BAR DATE PLEADINGS (1.1). |
| REESE RG | 03/15/06 | 4.40 | REVIEW AND RESPOND TO DRAFT BAR DATE PLEADINGS AND ISSUES RELATED THERETO (3.8); TELECONFERENCES RE: SAME (0.6). |
| REESE RG | 03/16/06 | 2.20 | REVIEW AND RESPOND TO PLEADINGS AND ISSUES RE: BAR DATE (2.2). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| REESE RG | 03/17/06 | 0.70 | RESPOND TO ISSUES RE: BAR DATE PLEADINGS (0.7). |
| REESE RG | 03/20/06 | 0.50 | RESPOND TO INQUIRIES TO DELPHI LEGAL INFORMATION HOTLINE (0.5). |
| REESE RG | 03/22/06 | 1.20 | REVIEW OF ISSUES RE: CLAIMANT (0.6); PARTICIPATE IN MEETING WITH DELPHI AND FTI RE: VARIOUS CLAIMS ISSUES (0.6). |
| REESE RG | 03/27/06 | 0.60 | REVIEW REQUESTS FOR MODIFICATION TO BAR DATE ORDER (0.6). |
| REESE RG | 03/28/06 | 0.90 | REVIEW REQUESTS FOR REVISIONS TO BAR DATE ORDER AND PROVIDE COMMENTS ON DOCUMENTS RELATED THERETO (0.9). |
| REESE RG | 03/29/06 | 1.00 | REVIEW OF DOCUMENTS RE: HEARING ON BAR DATE MOTION (1.0). |
| REESE RG | 03/30/06 | 1.20 | REVIEW PRECEDENT RE: BAR DATE ORDER ISSUES (1.2). |
| | | **16.90** | |
| ZALTZMAN H | 03/02/06 | 0.80 | CONTINUE REVIEW OF BAR DATE PLEADINGS (0.8). |
| ZALTZMAN H | 03/08/06 | 1.00 | REVIEW BAR DATE PLEADINGS (1.0). |
| ZALTZMAN H | 03/09/06 | 1.40 | EDIT BAR DATE PLEADINGS (0.4); REVIEW FIRST DRAFTS OF BAR DATE PLEADINGS (1.0). |
| ZALTZMAN H | 03/10/06 | 0.30 | DEVELOP BAR DATE STRATEGY FOR NEXT WEEK'S POSSIBLE FILING (0.3). |
| ZALTZMAN H | 03/13/06 | 2.90 | REVIEW/EDIT BAR DATE PLEADINGS (2.9). |
| ZALTZMAN H | 03/14/06 | 5.20 | CONTINUE EDITING/DRAFTING BAR DATE PLEADINGS (4.1); CORRESPOND WITH MARK DIAMOND AND DEXTER GILLIES OF THE US BANKR COURT RE: THE BAR DATE NOTICES (0.4); DRAFT REGULAR NOTICE FOR BAR DATE PLEADINGS (0.5); CORRESPOND WITH S. CORCORAN AND K. KRAFT OF DELPHI RE: BAR DATE PLEADINGS (0.2). |
| ZALTZMAN H | 03/15/06 | 6.50 | CORRESPOND WITH M. DIAMOND OF THE US BANKR COURT RE: BAR DATE NOTICE (0.3); CORRESPOND WITH D. GILLIES OF THE US BANKR COURT RE: BAR DATE NOTICE (0.1); EDIT BAR DATE NOTICE (0.3); CORRESPOND WITH E. GERSHBEIN AND J. LE OF KCC RE: BAR DATE NOTICE (0.4); REVIEW/EDIT BAR DATE PLEADINGS (5.2); CORRESPOND WITH A. FRANKUM OF FTI RE: BAR DATE NOTICE (0.1); CORRESPOND WITH K. CRAFT RE: BAR DATE PLEADINGS (0.1). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| ZALTZMAN H | 03/16/06 | 6.30 | CORRESPOND WITH A. FRANKUM OF FTI RE: BAR DATE NOTICE(0.4); CONTINUE EDITING/DRAFTING BAR DATE PLEADINGS (5.1); CORRESPOND WITH K. CRAFT OF DELPHI RE: BAR DATE PLEADINGS (0.3); CORRESPOND WITH M. DIAMOND OF THE US BANKR COURT RE: BAR DATE NOTICE (0.2); CORRESPOND WITH E. GERSHBEIN OF KCC RE: BAR DATE NOTICE (0.1); CORRESPOND WITH S. CORCORAN & K. CRAFT OF DELPHI RE: BAR DATE PLEADINGS (0.2). |
| ZALTZMAN H | 03/17/06 | 5.50 | FINAL REVIEW OF BAR DATE PLEADINGS PRE-FILING (5.0); CORRESPOND WITH ADRIAN FRANKUM OF FTI RE: BAR DATE NOTICE THROUGHOUT DAY (0.5). |
| ZALTZMAN H | 03/21/06 | 0.50 | REVIEW BAR DATE SERVICE (0.4) CORRESPOND WITH T. BEHNKE OF FTI RE: BAR DATE PLEADINGS (0.1). |
| ZALTZMAN H | 03/23/06 | 1.70 | REVIEW POSSIBLE SETTLEMENTS NEGOTIATED BY CROWELL AND MORING ON BEHALF OF DELPHI AND WHETHER THE "ORDINARY COURSE OF BUSINESS" IS STANDARD IS MET (1.7). |
| ZALTZMAN H | 03/27/06 | 1.00 | DRAFT BAR DATE SCRIPT (1.0). |
| ZALTZMAN H | 03/28/06 | 3.90 | REVIEW UAW BAR DATE PROPOSED LANGUAGE AND RESEARCH OTHER PRECEDENTS FOR SIMILAR LANGUAGE (1.3); CONTINUE DRAFTING BAR DATE SCRIPT (1.9); REVIEW PREPETITION LENDERS' PROPOSED CHANGE TO BAR DATE (0.4); INCORPORATE PROPOSED CHANGES FROM PREPETITION LENDERS AND UAW INTO BAR DATE SCRIPT (0.3). |
| ZALTZMAN H | 03/29/06 | 2.20 | REVIEW/EDIT BAR DATE SCRIPT (2.2). |
| | | **39.20** | |
| **Total Associate** | | **61.70** | |
| DEMMA J | 03/10/06 | 1.70 | PREPARE CLAIMS ANALYSIS CHART FOR ATTORNEY REVIEW (1.7). |
| DEMMA J | 03/20/06 | 0.40 | PREPARE CLAIMS ANALYST REPORT (0.4). |
| DEMMA J | 03/27/06 | 0.60 | PREPARE RELEVANT CORRESPONDENCE RE: LAFONZA WASHINGTON FOR FILES (0.6). |
| DEMMA J | 03/29/06 | 0.60 | PREPARE PRECEDENT RE: BAR DATE (0.6). |
| DEMMA J | 03/30/06 | 1.70 | PREPARE PROOF OF CLAIMS TO BE SENT TO KURTZMAN CARSON CONSULTANTS (1.1); TELECONFERENCE WITH VARIOUS CREDITORS (0.6). |
| DEMMA J | 03/31/06 | 0.60 | UPDATE CLAIMS ANALYSIS CHART (0.6). |
| | | **5.60** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| SALAZAR AG | 03/06/06 | 0.20 | SEND KCC COPIES OF PROOFS OF CLAIM RECEIVED (0.2). |
| SALAZAR AG | 03/13/06 | 0.50 | COLLECT PROOFS OF AND SUBMIT FOR UPLOAD IN DATABASE (0.5). |
| SALAZAR AG | 03/14/06 | 0.20 | SEND PROOFS OF CLAIM TO KCC FOR PROCESSING (0.2). |
| SALAZAR AG | 03/17/06 | 5.00 | REVIEW RECENT BAR DATE PLEADINGS (0.5); SEND PROOF OF CLAIM FORMS TO KCC FOR PROCESSING (0.5); PREPARE AND ELECTRONICALLY FILE BAR DATE PLEADINGS   (3.5); PREPARE COURTESY COPIES AND COURIER TO APPROPRIATE PARTIES (0.5). |
| | | 5.90 | |

| | | |
|---|---|---|
| Total Legal Assistant | 11.50 | |
| TOTAL TIME | **115.70** | |

43                                                                                       B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                    Bill Date: 04/30/06
Claims Admin. (General)                                     Bill Number: 1108601

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 03/14/06 | Copy Center, D | 12.19 |
| In-house Reproduction | 03/24/06 | Copy Center, D | 4.81 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$17.00** |
| Telephone Expense | 03/31/06 | Telecommunications, D | 3.74 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 4.16 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.08 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.02 |
| | | **TOTAL TELEPHONE EXPENSE** | **$8.00** |
| | | **TOTAL MATTER** | **$25.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                    Bill Date: 05/31/06
Claims Admin. (General)                                     Bill Number: 1108515

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 04/01/06 | 0.30 | CONTINUE TO REVIEW UAW AND CREDITORS' COMMITTEE COMMENTS TO FORM OF BAR DATE ORDER (0.3). |
| BUTLER, JR. J | 04/02/06 | 0.40 | CONTINUE TO CONSIDER CREDITORS' COMMITTEE COMMENTS TO FORM OF BAR DATE ORDER (0.2); EMAILS FROM/TO M. BROUDE RE: BAR DATE COMMENTS (0.2). |
| BUTLER, JR. J | 04/04/06 | 0.40 | CONTINUE TO REVIEW COMMENTS TO FORM OF BAR DATE ORDER INCLUDING NEW PROVISION REGARDING MASTER PROOFS OF CLAIMS (0.4). |
| BUTLER, JR. J | 04/06/06 | 0.90 | PREPARE FOR (0.3) AND PARTICIPATE IN (0.6) MEETING WITH J. SHEEHAN AND OTHERS AT COMPANY IN TROY RE: CLAIMS ADMINISTRATION MATTERS. |
|  |  | **2.00** | |
| LYONS JK | 04/03/06 | 1.50 | REVIEW OF BAR DATE OBJECTIONS, TELECONFERENCES WITH UAW COUNSEL AND RESOLUTION OF ISSUES (1.5). |
| LYONS JK | 04/06/06 | 2.20 | STRATEGY CALL RE: CLAIMS ADMINISTRATION ISSUES, SCHEDULE AMENDMENTS AND PREPARATION RE: THE SAME (2.2). |
| LYONS JK | 04/11/06 | 3.30 | CONFERENCE RE: BAR DATE ISSUES, SCHEDULES AMENDMENTS, MEETING WITH J. SHEEHAN, AND DEVELOPMENT OF STRATEGIES (3.3). |
| LYONS JK | 04/12/06 | 2.30 | EXTENSIVE MARK UP TO EMPLOYEE COMMUNICATIONS MATERIALS RE: POC AND CONFERENCES WITH CLIENT RE: THE SAME (2.3). |
| LYONS JK | 04/13/06 | 2.70 | EXTENSIVE REVISIONS TO POC EMPLOYEE MATERIALS (2.7). |
| LYONS JK | 04/17/06 | 2.20 | REVIEW OF WIRE TRANSFER APPLICATION MEMO AND REVISIONS RE: THE SAME (2.2). |
| LYONS JK | 04/19/06 | 1.10 | MEETING RE: CLAIMS PROCESS AND WIRE TRANSFER APPLICATION METHODOLOGY (1.1). |
|  |  | **15.30** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MARAFIOTI KA | 04/11/06 | 0.20 | ANALYZE BAR DATE ISSUES (0.2). |
| MARAFIOTI KA | 04/12/06 | 1.10 | WORK ON PROOF OF CLAIM QS & AS (0.7); REVIEW AND REVISE FLEXTRONICS AND STIPULATION AND CORRESPONDENCE RE: SAME (0.4). |
| | | **1.30** | |
| **Total Partner** | | **18.60** | |
| MATZ TJ | 04/03/06 | 0.40 | FOLLOW UP WORK RE: BAR DATE ORDER (0.4). |
| MATZ TJ | 04/04/06 | 1.20 | CONTINUING WORK ON POSSIBLE REVISIONS TO BAR DATE ORDER (0.9); TELECONFERENCE WITH CHAMBERS RE: BAR DATE AND KEY DATES (0.3). |
| MATZ TJ | 04/10/06 | 0.60 | FOLLOW UP RE: BAR DATE ORDER AMENDMENT RE: GM AND UCC (0.3); FINAL REVIEW AND FORWARDING SAME TO CHAMBERS (0.3). |
| MATZ TJ | 04/12/06 | 0.70 | TELECONFERENCE FROM CHAMBERS RE: EDITS TO BAR DATE ORDER, NOTICE (0.2); REVISE ORDER, NOTICE AS PER CHAMBERS' COMMENTS FOR SERVICE (0.3); ADVISE RE: SERVICE AND NOTICE PROCEDURES (0.2). |
| MATZ TJ | 04/18/06 | 0.20 | TELECONFERENCE FORM VIKING GLOBAL INVESTORS RE: BAR DATE (0.2). |
| | | **3.10** | |
| **Total Counsel** | | **3.10** | |
| DIAZ LB | 04/26/06 | 0.20 | ADDRESS DELPHI HOTLINE CALLS RE: CLAIM FORMS FOR BAR DATE (0.2). |
| DIAZ LB | 04/27/06 | 3.00 | STRATEGY MEETING RE: HANDLING OF PROOF OF CLAIM RELATED CALLS (0.9); REVIEW RELEVANT MATERIALS, SUCH AS BAR NOTICE AND PRESS RELEASES, IN PREPARATION OF RETURNING PROOF OF CLAIM CALLS (2.1). |
| DIAZ LB | 04/28/06 | 1.30 | RETURN CALLS FROM DELPHI INFORMATION LINE RE: PROOF OF CLAIMS (1.3). |
| | | **4.50** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| HERRIOTT AV | 04/04/06 | 0.20 | CONFERENCE WITH T. MADISON RE: CLAIMS QUESTION (0.2). |
| HERRIOTT AV | 04/11/06 | 0.30 | RESPOND TO CLAIMS ISSUE (0.1); DRAFT RESPONSE LETTER TO SHAREHOLDER (0.2). |
| HERRIOTT AV | 04/12/06 | 1.60 | REVIEW PROOF OF PUBLICATION NOTICE FOR BAR DATE (0.7); RESPOND TO UCC QUESTIONS RE: CLAIMS (0.4); RESPOND TO HOTLINE QUESTIONS RE: CLAIMS (0.5). |
| HERRIOTT AV | 04/13/06 | 0.50 | RESPOND TO HOTLINE QUESTIONS RE: CLAIMS (0.5). |
| HERRIOTT AV | 04/17/06 | 1.30 | REVIEW PROOF OF CLAIM FORM FOR DISTRIBUTION (1.3). |
| HERRIOTT AV | 04/19/06 | 1.20 | REVIEW SAMPLE PROOFS OF CLAIM FOR MAILING (0.4); BEGIN DRAFTING LETTER RESPONDING TO QUESTION RE: CLAIMS (0.6); RESPOND TO QUESTION RE: SCHEDULED CLAIMS (0.2). |
| HERRIOTT AV | 04/20/06 | 0.20 | RESPOND TO LETTER RE: CLAIMS (0.2). |
| HERRIOTT AV | 04/24/06 | 0.60 | REVIEW PROOF OF CLAIM FORMS SENT TO PARTIES (0.3); RESPOND TO QUESTION RE: CLAIMS (0.3). |
| HERRIOTT AV | 04/25/06 | 0.90 | RESPOND TO QUESTION FROM CLAIMHOLDERS (0.9). |
| HERRIOTT AV | 04/26/06 | 1.10 | RESPOND TO HOTLINE CALLS RE: CLAIMS AND PROOFS OF CLAIM (1.1). |
| HERRIOTT AV | 04/27/06 | 2.40 | PARTICIPATE IN MEETING RE: PROOF OF CLAIM PROCESS AND FORMULATING STRATEGY TO RESPOND TO PROOFS OF CLAIM (1.4); REVIEW AND RESPOND TO CLAIMS QUESTION FROM D. BORDERS (1.0). |
| | | **10.30** | |
| MEISLER RE | 04/02/06 | 0.50 | REVIEW BAR DATE PLEADINGS (0.5). |
| MEISLER RE | 04/11/06 | 0.50 | TELECONFERENCE WITH J. WHARTON RE: SETTLEMENT PROCEDURES (0.2); ATTENTION TO SAME (0.3). |
| MEISLER RE | 04/14/06 | 1.00 | REVIEW AND ANALYZE SETTLEMENT PROCEDURES (1.0). |
| MEISLER RE | 04/21/06 | 0.30 | TELECONFERENCE WITH S. CORCORAN RE: CLAIMS (0.3). |
| MEISLER RE | 04/25/06 | 0.50 | CONFERENCE WITH M. MCGUIRE: RE: CLAIMS (0.2); FOLLOW UP RE: SAME (0.1); RESPOND TO OTHER CLAIM RELATED INQUIRIES (0.2). |
| MEISLER RE | 04/28/06 | 0.30 | TELECONFERENCE WITH D. SHERBIN RE: CLAIMS (0.3). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MEISLER RE | 04/29/06 | 0.40 | RESPOND TO D. SHERBIN REQUEST RE: CLAIMS (0.4). |
| | | 3.50 | |
| REESE RG | 04/06/06 | 0.80 | PREPARATIONS FOR HEARING ON BAR DATE MOTION (0.8). |
| REESE RG | 04/09/06 | 0.20 | RESPOND TO QUESTIONS RE: CLAIMS FILING (0.2). |
| REESE RG | 04/10/06 | 0.70 | RESPOND TO QUESTIONS RE: BAR DATE ORDER AND NOTICING (0.7). |
| REESE RG | 04/11/06 | 2.30 | PARTICIPATE IN CONFERENCE CALLS RE: PROOF OF CLAIM ISSUES (1.1); RESPOND TO ISSUES RAISED RE: NOTICING ISSUES (0.7); REVISE COMMUNICATIONS MATERIALS RE: SAME (0.5). |
| REESE RG | 04/12/06 | 3.70 | REVIEW AND RESPOND TO ISSUES RE: BAR DATE NOTICING (2.6); TELECONFERENCE WITH J. LE RE: SAME (0.2); REVISE COMMUNICATIONS MATERIALS RE: SAME (0.9). |
| REESE RG | 04/13/06 | 1.00 | RESPOND TO ISSUES RE: NOTICING OF BAR DATE AND PROOFS OF CLAIM (0.4); REVISE COMMUNICATIONS MATERIALS RE: SAME (0.6). |
| REESE RG | 04/14/06 | 0.40 | RESPOND TO ISSUES RE: NOTICE OF BAR DATE (0.4). |
| REESE RG | 04/18/06 | 0.50 | RESPOND TO ISSUES RE: MAILING OF NOTICE OF BAR DATE AND CLAIM FORMS (0.5). |
| REESE RG | 04/19/06 | 6.90 | REVIEW AND REVISE COMMUNICATION MATERIALS (0.3); TELECONFERENCES WITH D. PETTYES RE: SAME (0.4); REVIEW AND RESPOND TO NUMEROUS ISSUES RE: SERVICE OF NOTICES OF BAR DATE AND PROOFS OF CLAIM (4.1); NUMEROUS TELECONFERENCES WITH J. LE, S. BETANCE, AND T. BEHNKE RE: SAME (1.4); PARTICIPATE IN GENERAL CLAIMS ISSUES MEETING WITH D. FIDLER, J. DELUCA, T. BEHNKE AND A. FRANKUM (0.7). |
| REESE RG | 04/20/06 | 1.60 | RESPOND TO COMMUNICATIONS ISSUES RE: BAR DATE NOTICE (0.6); RESPOND TO VARIOUS ISSUES RE: SERVICE OF NOTICE OF BAR DATE (1.0). |
| REESE RG | 04/24/06 | 2.20 | DRAFT LETTERS RE: RESPONSES TO PROOF OF CLAIM ISSUES (1.0); RESEARCH RE: ISSUES RE: SAME (0.8); TELECONFERENCES RE: SAME (0.4). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| REESE RG | 04/26/06 | 0.60 | REVIEW AND RESPOND TO ISSUES RE: COMMUNICATIONS RE: BAR DATE NOTICE (0.4); RESPOND TO REQUEST TO COURT FOR CLAIM INFORMATION (0.2). |
| REESE RG | 04/27/06 | 0.30 | REVIEW AND RESPOND TO ISSUE RE: NOTICE OF BAR DATE (0.3). |
| REESE RG | 04/28/06 | 0.60 | REVIEW AND RESPOND TO ISSUES RE: PROOF OF CLAIM AND BAR DATE NOTICING (0.6). |
| | | 21.80 | |
| ZALTZMAN H | 04/12/06 | 0.10 | REVIEW BAR DATE MOTION EXHIBIT LIST (0.1). |
| ZALTZMAN H | 04/24/06 | 0.20 | SPEAK WITH J. FINK OF MFG RE: BAR DATE NOTICE (0.2); RESPOND TO INFORMATION REQUEST BY UCC RE: ELECTRICAL CARBON 9019 MOTION (0.2). |
| ZALTZMAN H | 04/26/06 | 1.90 | CORRESPOND WITH E. GERSHBEIN AND J. LE RE: LITIGATION PARTIES LIST (0.2); DRAFT EMAIL RE: LITIGATION PARTY LIST (0.4); CORRESPOND WITH T. BEHNKE OF FTI RE: LITIGATION LISTS (0.3); REVIEW LITIGATION PARTIES LIST RE: REMOVAL (1.0). |
| | | 2.20 | |
| ZAMBRANO K | 04/27/06 | 1.00 | REVIEW PROOF OF CLAIM RE: INPLAY (0.3) AND CONTACT R. SMOLEV RE: DISCUSSIONS RE: INPLAY'S PROOF OF CLAIM (0.2); REVIEW ISSUES RE: H.E. SERVICES' PROOF OF CLAIM (0.5). |
| | | 1.00 | |
| **Total Associate** | | **43.30** | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| DEMMA J | 04/06/06 | 1.90 | PREPARE PROOFS OF CLAIM TO SEND TO KURTZMAN CARSON CONSULTANTS (0.6); TELECONFERENCE WITH TURTLE AND HUGHES RE: PROOF OF CLAIM (0.6); PREPARE DOCUMENTS FOR ATTORNEY REVIEW (0.7). |
| DEMMA J | 04/07/06 | 0.60 | UPDATE CLAIMS ANALYSIS REPORT FOR WEEK ENDING APRIL 7, 2006 (0.6). |
| DEMMA J | 04/13/06 | 0.60 | TELECONFERENCE WITH VARIOUS CREDITORS (0.6). |
| DEMMA J | 04/14/06 | 0.60 | UPDATE CLAIMS ANALYSIS CHART (0.6). |
| DEMMA J | 04/24/06 | 0.60 | TELECONFERENCE WITH VARIOUS CREDITORS (0.6). |
| DEMMA J | 04/26/06 | 0.40 | UPDATE CLAIMS ANALYSIS CHART (0.4). |
| | | 4.70 | |
| SALAZAR AG | 04/04/06 | 2.00 | SEARCH COURT WEBSITE FOR BAR DATE INFORMATION (0.5); RUN BLACKLINE OF BAR DATE ORDER TO STANDARD COURT FORM (1.5). |
| SALAZAR AG | 04/10/06 | 1.30 | CONTACT ASSOCIATE RE: BAR DATE TO SEND TO CHAMBERS (0.4); REVIEW FEE COMMITTEE PROPOSED ORDER AND MAKE CHANGES, CIRCULATING BLACKLINES (0.9). |
| SALAZAR AG | 04/11/06 | 0.50 | PREPARE BAR DATE PROPOSED ORDER AND SEND TO CHAMBERS (0.5). |
| SALAZAR AG | 04/12/06 | 0.20 | REVIEW FORM OF BAR DATE TO FINALIZE FOR COURT APPROVAL (0.2). |
| SALAZAR AG | 04/17/06 | 0.30 | RESPOND TO REQUESTS FOR BAR DATE ORDER (0.3). |
| SALAZAR AG | 04/26/06 | 0.50 | TELECONFERENCE TO KCC TO ANSWER INQUIRY ON CLAIM (0.3); DISTRIBUTE DOCUMENTS AS REQUESTED (0.2). |
| SALAZAR AG | 04/27/06 | 0.80 | RESPOND TO INQUIRY ON CLAIMS (0.1); TELECONFERENCE WITH KCC RE: SERVICE OF DOCUMENTS (0.7). |
| | | 5.60 | |
| **Total Legal Assistant** | | 10.30 | |
| **TOTAL TIME** | | **75.30** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                    Bill Date: 05/31/06
Claims Admin. (General)                                     Bill Number: 1108515

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 04/14/06 | Copy Center, D | 16.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$16.00** |
| Telephone Expense | 04/28/06 | Telecommunications, D | 1.28 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 1.69 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 0.03 |
| | | **TOTAL TELEPHONE EXPENSE** | **$3.00** |
| Westlaw | 04/11/06 | Wharton JN | 351.33 |
| Westlaw | 04/17/06 | Reese RG | 27.67 |
| | | **TOTAL WESTLAW** | **$379.00** |
| Messengers/ Courier | 04/20/06 | Dist Serv/Mail/Page, D | 6.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$6.00** |
| Outside Research/Internet Services | 04/06/06 | Pacer Service Center | 24.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$24.00** |
| | | **TOTAL MATTER** | **$428.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                    Bill Date: 06/30/06
Claims Admin. (General)                                     Bill Number: 1112661

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 05/18/06 | 0.20 | REVIEW PBGC CLAIMS STIPULATION MATTERS (0.2). |
| BUTLER, JR. J | 05/19/06 | 0.20 | EMAILS FROM/TO J. SHEEHAN RE: JUNE 8TH LAW DEBENTURE MEETING IN NEW YORK CITY AND FOLLOW-UP ON SAME (0.2). |
| BUTLER, JR. J | 05/25/06 | 0.20 | FOLLOW-UP ON LAW DEBENTURE MEETING FOR JUNE 8TH IN NEW YORK CITY (0.2). |
| BUTLER, JR. J | 05/27/06 | 0.50 | CONTINUE TO EVALUATE PROPOSED MOTION RE: CLAIMS SETTLEMENT PROCEDURES (0.4); EMAIL TO/FROM B. ROSENBERG RE: TIMING OF FILING AND UCC REVIEW AND CONSENT (0.1). |
| | | **1.10** | |
| LYONS JK | 05/02/06 | 1.50 | REVIEW AND ADVICE RE: BAR DATE NOTICE AND INTERNATIONAL EMPLOYEES/OPTIONHOLDERS (1.5). |
| LYONS JK | 05/17/06 | 0.60 | REVIEW OF CLAIM FORM ISSUES AND NOTICES TO OVERSEAS EMPLOYEES (0.6). |
| | | **2.10** | |
| MARAFIOTI KA | 05/02/06 | 0.30 | TELECONFERENCE FROM LA FONZA EARL WASHINGTON RE: HIS ALLEGED CLAIMS (0.3). |
| MARAFIOTI KA | 05/25/06 | 1.10 | WORK ON SETTLEMENT PROCEDURES MOTION (0.8); WORK ON SETTLEMENT PROCEDURES ORDER (0.3). |
| MARAFIOTI KA | 05/30/06 | 0.10 | CORRESPONDENCE RE: CLAIMS TRANSFER OBJECTIONS (0.1) . |
| | | **1.50** | |
| **Total Partner** | | **4.70** | |
| MATZ TJ | 05/16/06 | 0.80 | TELECONFERENCE FROM CHAMBERS RE: WASHINGTON CLAIM (0.2); CONFIRMATION RE: SAME (0.1); CORRESPONDENCE WITH S. CORCORAN RE: POSSIBLE VENTURE HOLDINGS CHAPTER 7 CLAIM (0.2); REVIEWING SAME (0.3). |
| MATZ TJ | 05/31/06 | 0.40 | TELECONFERENCE WITH T. COHEN RE: CLAIM, INSURANCE (0.2); CORRESPONDENCE TO T. COHEN RE: SAME (0.2). |
| | | **1.20** | |
| **Total Counsel** | | **1.20** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| DANZ GE | 05/22/06 | 0.60 | TELECONFERENCE FROM C. HITCHCOCK RE: CLAIM ISSUE AND RELATED FOLLOW-UP WITH KCC (0.6). |
| DANZ CE | 05/24/06 | 0.40 | COMMUNICATION WITH C. HITCHCOCK RE: CLAIM (0.4). |
| | | 1.00 | |
| DIAZ LB | 05/02/06 | 0.40 | RESPONDED TO CALLERS FROM DELPHI INFORMATION PHONE LINE RE: BAR DATE (0.4). |
| DIAZ LB | 05/03/06 | 1.60 | RESPONDED TO INQUIRES MADE ON THE DELPHI INFORMATION LINE (1.6). |
| DIAZ LB | 05/04/06 | 0.70 | RESPONDED TO DELPHI INFORMATION LINE CALLS (0.7). |
| DIAZ LB | 05/05/06 | 0.40 | RESPONDED TO CALLS FROM DELPHI INFORMATION LINE (0.4). |
| DIAZ LB | 05/08/06 | 0.70 | RESPONDED TO DELPHI INFORMATION LINE CALLS (0.7). |
| DIAZ LB | 05/09/06 | 0.70 | RESPONDED TO CALLS FROM THE DELPHI INFORMATION LINE (0.7). |
| DIAZ LB | 05/10/06 | 0.70 | RESPONDED TO CALLS FROM DELPHI INFORMATION LINE (0.7). |
| DIAZ LB | 05/11/06 | 0.60 | RESPONDED TO TELECONFERENCE TO DELPHI INFORMATION LINE (0.6). |
| DIAZ LB | 05/15/06 | 1.30 | RESPONDED TO DELPHI INFORMATION LINE CALLS (1.3). |
| DIAZ LB | 05/16/06 | 0.70 | RESPONDED TO CALLS FROM DELPHI INFORMATION LINE (0.7). |
| DIAZ LB | 05/17/06 | 0.40 | RESPONDED TO CALLS FROM DELPHI INFORMATION LINE (0.4). |
| DIAZ LB | 05/22/06 | 0.60 | RESPONDED TO TELECONFERENCE FROM DELPHI INFORMATION LINE (0.6). |
| DIAZ LB | 05/24/06 | 1.20 | RESPONDED TO CALLS FROM DELPHI INFORMATION LINE (1.2). |
| DIAZ LB | 05/25/06 | 0.40 | RESPONDED TO TELECONFERENCE FROM DELPHI INFORMATION LINE (0.4). |
| DIAZ LB | 05/31/06 | 0.60 | RESPONDED TO CALLS FROM DELPHI INFORMATION LINE (0.6). |

**11.00**

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| FERN BM | 05/18/06 | 0.90 | REVIEWED AND REVISED SETTLEMENT PROCEDURES MOTION (0.9). |
| FERN BM | 05/19/06 | 1.10 | REVISED SETTLEMENT PROCEDURE MOTION (1.1). |
| FERN BM | 05/23/06 | 3.80 | REVIEWED AND REVISED SETTLEMENT PROCEDURE MOTION (3.8). |
| FERN BM | 05/24/06 | 2.00 | REVIEWED PBGC'S CONSOLIDATED CLAIM MOTION (0.3); ATTENTION TO DOCUMENTS RE: IMPLEMENTATION OF SETTLEMENT PROCEDURES (0.7); REVISED SETTLEMENT PROCEDURES (1.0). |
| FERN BM | 05/25/06 | 4.00 | DRAFTED NOTICE RE: SETTLEMENT PROCEDURE MOTION (0.3); REVIEWED AND REVISED SETTLEMENT PROCEDURE MOTION (2.2); REVIEWED PRECEDENT RE: SETTLEMENT PROCEDURES (1.5). |
| FERN BM | 05/26/06 | 1.40 | REVISED SETTLEMENT PROCEDURE MOTION (1.4). |
| FERN BM | 05/30/06 | 0.70 | REVIEWED DOCUMENTS RE: D&O CLAIMS (0.7). |
| FERN BM | 05/31/06 | 0.90 | REVISED SETTLEMENT PROCEDURES (0.4); ATTENTION TO INFORMATION SHARING COMPONENT OF SETTLEMENT PROCEDURES (0.5). |
| | | **14.80** | |
| HERRIOTT AV | 05/02/06 | 0.10 | RESPOND TO QUESTION RE: PROOF OF CLAIM (0.1). |
| HERRIOTT AV | 05/04/06 | 0.40 | REVIEW PROOF OF CLAIMS QUESTIONS (0.4). |
| HERRIOTT AV | 05/09/06 | 0.40 | RESPOND TO QUESTION RE: PROOFS OF CLAIM (0.2); REVIEW CHART OF CLAIMS FILED (0.2). |
| HERRIOTT AV | 05/10/06 | 0.70 | REVIEW AND RESPOND TO MISCELLANEOUS CLAIMS ISSUES AND QUESTIONS (0.7). |
| HERRIOTT AV | 05/11/06 | 0.30 | RESPOND TO MISCELLANEOUS CLAIMS ISSUES (0.3). |
| HERRIOTT AV | 05/12/06 | 2.80 | ADDRESS CLAIMS ISSUE OF PBR KNOXVILLE (0.9); REVIEW AND RESPOND TO MISCELLANEOUS CLAIMS ISSUES (1.9). |
| HERRIOTT AV | 05/15/06 | 1.50 | REVIEW CLAIMS ISSUES AND BEGIN DEVELOPING CLAIMS RECONCILIATION STRATEGY (1.5). |
| HERRIOTT AV | 05/16/06 | 1.00 | REVIEW AND RESPOND TO CLAIMS QUESTION FROM CLIENT (0.9); REVIEW BAR DATE NOTICE (0.1). |
| HERRIOTT AV | 05/17/06 | 0.20 | RESPOND TO CLAIMS QUESTION (0.2). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| HERRIOTT AV | 05/18/06 | 0.70 | REVIEW PBR CLAIMS ISSUE (0.2); REVIEW AND RESPOND TO MISCELLANEOUS CLAIMS QUESTIONS IN PREPARATION FOR MEETINGS (0.5). |
|---|---|---|---|
| HERRIOTT AV | 05/19/06 | 0.10 | REVIEW MATERIALS FOR CLAIMS MEETING (0.1). |
| HERRIOTT AV | 05/22/06 | 5.00 | ATTEND MEETING WITH D. UNRUE, J. DELUCA, T. BEHNKE AND OTHER CLAIMS WORKING GROUP MEMBERS TO REVIEW AND REVIEW MATERIALS FOR CLAIMS RECONCILIATION TRAINING AND DEVELOP STRATEGY FOR MEETINGS GOING FORWARD (4.1); PREPARE TALKING POINTS FOR PRESENTATION RE: SAME (0.9). |
| HERRIOTT AV | 05/23/06 | 7.20 | ATTEND AND PARTICIPATE IN TRAINING EMPLOYEES AND CONTRACT EMPLOYEES FOR CLAIMS RECONCILIATION PROCESS (7.2). |
| HERRIOTT AV | 05/24/06 | 8.90 | CONTINUE ASSISTING IN PLANNING AND ATTENDING TRAINING SESSIONS FOR CLAIMS RECONCILIATION TEAMS (8.9). |
| HERRIOTT AV | 05/25/06 | 1.40 | ATTEND AND PARTICIPATE IN CLAIMS RECONCILIATION TRAINING QUESTION AND ANSWER SESSION (1.4). |
| HERRIOTT AV | 05/31/06 | 0.30 | ADDRESS MISCELLANEOUS CLAIMS ISSUES IN LIFT STAY PROCEDURES (0.3). |
| | | **31.00** | |
| MEISLER RE | 05/01/06 | 0.30 | TELECONFERENCE WITH S. CORCORAN RE: LITIGATION SETTLEMENT INQUIRIES (0.3). |
| MEISLER RE | 05/05/06 | 0.50 | RESPOND TO INQUIRIES RE: CLAIMS (0.3); ATTENTION TO EMPLOYEE CLAIM (0.2). |
| MEISLER RE | 05/09/06 | 0.50 | REVIEW REQUEST BY PBR RE: CLAIMS (0.5). |
| MEISLER RE | 05/10/06 | 0.90 | CONTINUE TO REVIEW REQUEST BY PBR RE: CLAIMS (0.7); TELECONFERENCE WITH T. LEWIS RE: SAME (0.2). |
| MEISLER RE | 05/11/06 | 0.40 | CONTINUE ATTENTION TO REQUEST BY PBR RE: CLAIMS (0.4). |
| MEISLER RE | 05/12/06 | 1.10 | CONTINUED ATTENTION TO PBR REQUEST AND IMPLICATIONS RE: SAME (0.4); TELECONFERENCE WITH T. LEWIS RE: SAME (0.2); TELECONFERENCE WITH D. KAY RE: SAME (0.3); REVIEW T. LEWIS RECUSAL EMAIL RE: SAME (0.1); CONFERENCE WITH S. TOUSSI RE: 9019 SETTLEMENTS (0.1). |
| MEISLER RE | 05/16/06 | 0.30 | REVIEW SETTLEMENT PROCEDURES (0.3). |
| MEISLER RE | 05/23/06 | 1.20 | REVIEW AND COMMENT ON MOTION RE: SETTLEMENT PROCEDURES (1.2). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MEISLER RE | 05/25/06 | 0.50 | TELECONFERENCE WITH K. CRAFT RE: XM SETTLEMENT (0.1); CONFERENCE WITH H. BAER RE: SETTLEMENT PROCEDURES (0.2); WORKED ON SAME (0.2). |
| MEISLER RE | 05/29/06 | 1.90 | REVIEWED 9019 SETTLEMENT IN PREPARATION FOR 5/30 HEARING (1.1); INTERNAL CONFERENCE RE: SAME (0.6); TELECONFERENCE WITH S. TOUSSI RE: XM SETTLEMENT (0.2). |
| MEISLER RE | 05/31/06 | 0.30 | REVIEW SETTLEMENT PROCEDURES MOTION (0.3). |
| | | 7.90 | |
| REESE RG | 05/02/06 | 0.60 | REVIEW AND RESPOND TO INQUIRIES RE: BAR DATE NOTICING (0.6). |
| REESE RG | 05/03/06 | 2.00 | PARTICIPATE IN CLAIMS-RELATED MEETING WITH T. BEHNKE, D. FIDLER AND OTHERS (1.2); RESPOND TO VARIOUS EMAILS FROM DELPHI, FTI AND OTHERS RE: CLAIMS AND BAR DATE ISSUES (0.8). |
| REESE RG | 05/04/06 | 2.40 | MEETING RE: CLAIMS RECONCILIATION PROCESS (1.1); RESPOND TO VARIOUS QUESTIONS RE: CLAIMS AND BAR DATE NOTICING (1.3). |
| REESE RG | 05/08/06 | 6.80 | MEETINGS WITH DELPHI AND FTI RE: CLAIMS RECONCILIATION PROCESS (6.8). |
| REESE RG | 05/09/06 | 4.40 | MEETINGS WITH DELPHI AND FTI RE: CLAIMS RECONCILIATION PROCESS (3.7); REVIEW AND RESPOND TO ISSUES RE: FILED AND SCHEDULED CLAIMS (0.7). |
| REESE RG | 05/10/06 | 0.80 | RESPOND TO CLAIMS-RELATED ISSUES (0.8). |
| REESE RG | 05/16/06 | 1.30 | REVIEW AND RESPOND TO QUESTIONS RE: NOTICE OF BAR DATE (1.3). |
| REESE RG | 05/19/06 | 0.90 | REVIEW OF CLAIMS AND BAR DATE ISSUES (0.9). |
| REESE RG | 05/22/06 | 5.50 | MEETINGS RE: CLAIMS RECONCILIATION PROCESS (4.1); PREPARE DOCUMENTS RE: SAME (0.9); REVIEW AND REVISE PRESENTATION MATERIALS RE: SAME (0.5). |
| REESE RG | 05/23/06 | 7.20 | MEETINGS RE: CLAIMS RECONCILIATION PROCESS (7.2). |
| REESE RG | 05/24/06 | 6.80 | MEETINGS RE: CLAIMS RECONCILIATION PROCESS (6.8). |
| REESE RG | 05/25/06 | 1.40 | MEETINGS RE: CLAIMS RECONCILIATION (1.4). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| REESE RG | 05/30/06 | 0.70 | REVIEW OF INFORMATION RE: SETTLEMENT AND LIFT STAY PROCEDURES IN PREPARATION FOR MEETINGS WITH CLIENT (0.7). |
| REESE RG | 05/31/06 | 2.90 | MEETING WITH J. DELUCA, D. UNRUE AND D. PETTYES RE: HR-RELATED CLAIMS PROCESSING ISSUES (1.0); MEETING WITH J. DELUCA, D. UNRUE AND J. PAPELIAN RE: LEGAL-RELATED CLAIMS PROCESSING ISSUES (0.6); PREPARATION RE: SAME (0.9); REVIEW AND COMMENT ON DRAFT LIFT STAY AND SETTLEMENT PROCEDURES (0.4). |

43.70

| | | | |
|---|---|---|---|
| WHARTON JN | 05/01/06 | 0.70 | CONTINUE TO REVISE MOTION FOR AUTHORITY TO ESTABLISH SETTLEMENT PROCEDURES (0.7). |
| WHARTON JN | 05/15/06 | 0.40 | CONTINUE WORK ON MOTION TO APPROVE DE MINIMIS SETTLEMENT PROCEDURES (0.4). |

1.10

**Total Associate**          110.50

| | | | |
|---|---|---|---|
| DEMMA J | 05/04/06 | 1.10 | PREPARE LETTERS TO VARIOUS CREDITORS RE: RESUBMISSION OF PROOF OF CLAIM FORMS (1.1). |
| DEMMA J | 05/05/06 | 3.00 | UPDATE CLAIMS TRADING ANALYSIS CHART (1.6); PREPARE LETTERS TO VARIOUS CREDITORS RE: RESUBMISSION OF PROOF OF CLAIM FORMS (1.4). |
| DEMMA J | 05/09/06 | 1.20 | PREPARE LETTERS FOR MIS-SENT PROOF OF CLAIM FORM (1.2). |
| DEMMA J | 05/10/06 | 1.10 | PREPARE LETTERS RE: MIS-SENT PROOF OF CLAIM FORMS (1.1). |
| DEMMA J | 05/12/06 | 2.30 | PREPARE MATERIALS FOR ATTORNEY REVIEW (2.3). |
| DEMMA J | 05/22/06 | 1.10 | PREPARE LETTER RE: MIS-SENT PROOF OF CLAIM FORM (1.1). |
| DEMMA J | 05/26/06 | 1.10 | UPDATE CLAIMS ANALYSIS TRACKING CHART (1.1). |

10.90

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| ROSEN R | 05/01/06 | 0.70 | REVIEW, FORWARD NATIONAL LEAD INDUSTRIES' RETURNED BAR DATE NOTICE, PROOF OF CLAIM FORM TO KCC RE: SECURING ADDITIONAL SERVICE INFORMATION RE: SAME (0.3); RESEARCH RE: COMPANY LOCATION, NAME STATUS RE: SAME (0.3); TELECONFERENCE WITH KCC RE: SAME (0.1). |
| ROSEN R | 05/09/06 | 1.10 | INVESTIGATION, RESEARCH, REVIEW SCHEDULES OF ASSETS AND LIABILITIES RE: CREDITORS' STATUS AND CLAIMS AMOUNTS (0.9); PREPARE, FORWARD REPORT TO REQUESTING TEAM ATTORNEYS RE: SAME (0.2). |
| ROSEN R | 05/10/06 | 0.70 | REVIEW CLAIMS DATABASE, COMPILATION OF INFORMATION, PREPARATION OF CLAIMS REPORTS WITH E. GERSHBEIN, KCC (0.7). |
| ROSEN R | 05/23/06 | 1.20 | WORK WITH ATTORNEYS RE: SECURING 9019 HEARING BINDER DOCUMENTS, DRAFT ORDERS (1.2). |
| ROSEN R | 05/25/06 | 0.90 | COMPILE, PREPARE DENSO DOCUMENTS FOR 5/30 OMNIBUS HEARING (0.7); FORWARD COPIES TO NY OFFICE RE: SAME (0.2). |
| | | 4.60 | |

**Total Legal Assistant**      15.50

| | | | |
|---|---|---|---|
| WORSCHECK TM | 05/01/06 | 1.30 | PREPARE PROOF OF CLAIMS TO BE SENT TO KCC (0.4); UPDATE PROOF OF CLAIM FILES (0.9). |
| WORSCHECK TM | 05/05/06 | 0.90 | UPDATE PROOF OF CLAIM FILES (0.9). |
| WORSCHECK TM | 05/08/06 | 0.70 | UPDATE PROOF OF CLAIM FILES (0.7). |
| WORSCHECK TM | 05/22/06 | 0.60 | PREPARE PROOF OF CLAIM FOR DISTRIBUTION/MAILING (0.6). |
| WORSCHECK TM | 05/23/06 | 0.80 | UPDATE PROOF OF CLAIMS FILES (0.8). |
| WORSCHECK TM | 05/24/06 | 0.60 | UPDATE PROOF OF CLAIMS FILES (0.6). |
| WORSCHECK TM | 05/25/06 | 0.70 | UPDATE PROOF OF CLAIMS FILES (0.7). |
| WORSCHECK TM | 05/26/06 | 0.60 | UPDATE PROOF OF CLAIMS FILES (0.6). |
| | | 6.20 | |
| Total Legal Assistant Support | | 6.20 | |

**TOTAL TIME**      <u>138.10</u>

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                Bill Date: 06/30/06
Claims Admin. (General)                                 Bill Number: 1112661

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 05/07/06 | Reese RG | 853.73 |
| Air/Rail Travel - vendor feed | 05/07/06 | Reese RG | 44.99 |
| Air/Rail Travel - vendor feed | 05/21/06 | Reese RG | 686.73 |
| Air/Rail Travel - vendor feed | 05/22/06 | Herriott AV | 640.24 |
| Air/Rail Travel - vendor feed | 05/25/06 | Herriott AV | 254.65 |
| Air/Rail Travel - vendor feed | 05/25/06 | Reese RG | 254.66 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$2,735.00** |
| In-house Reproduction | 05/30/06 | Copy Center, D | 12.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$12.00** |
| Telephone Expense | 05/26/06 | Telecommunications, D | 1.39 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 1.57 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.04 |
| | | **TOTAL TELEPHONE EXPENSE** | **$3.00** |
| Lexis/Nexis | 05/02/06 | Zaltzman H | 596.96 |
| Lexis/Nexis | 05/03/06 | Zaltzman H | 467.35 |
| Lexis/Nexis | 05/05/06 | Zaltzman H | 145.49 |
| Lexis/Nexis | 05/08/06 | Zaltzman H | 115.45 |
| Lexis/Nexis | 05/15/06 | Jjingo MJ | 429.21 |
| Lexis/Nexis | 05/16/06 | Jjingo MJ | 602.50 |
| Lexis/Nexis | 05/17/06 | Jjingo MJ | 691.69 |
| Lexis/Nexis | 05/18/06 | Jjingo MJ | 490.16 |
| Lexis/Nexis | 05/19/06 | Jjingo MJ | 357.65 |
| Lexis/Nexis | 05/23/06 | Jjingo MJ | 378.18 |
| Lexis/Nexis | 05/25/06 | Jjingo MJ | 287.73 |
| Lexis/Nexis | 05/26/06 | Fern BM | 153.63 |
| | | **TOTAL LEXIS/NEXIS** | **$4,716.00** |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 05/10/06 | Reese RG | 25.61 |
| Westlaw | 05/18/06 | Reese RG | 117.39 |
| | | **TOTAL WESTLAW** | **$143.00** |
| Messengers/ Courier | 05/22/06 | Dist Serv/Mail/Page, D | 11.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$11.00** |
| File Conversion (Multi-page to Single-page) | 05/09/06 | Poon MY | 1.00 |
| | | **TOTAL FILE CONVERSION (MULTI-PAGE TO SINGLE-PAGE)** | **$1.00** |
| | | **TOTAL MATTER** | **$7,621.00** |

B43E