SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-18
CLAIMS ADMIN. (RECLAMATION/TRUST FUNDS)
351.6 HOURS

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                    Bill Date: 03/31/06
Claims Admin. (Reclamation/Trust Funds)                    Bill Number: 1108452

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| LYONS JK | 02/01/06 | 3.90 | CONFERENCE WITH COMMITTEE ADVISORS AND PREPARATION RE: THE SAME RE: POST-STATEMENT PROTOCOL, RECLAMATION METHODOLOGY AND RESERVED DEFENSES AND REVIEW OF LEGAL ASSUMPTIONS (3.9). |
| LYONS JK | 02/02/06 | 2.10 | DEVELOPED RECLAMATION PROTOCOL RE: RESERVED DEFENSES AND OTHER RECLAMATION ISSUES (2.1). |
| LYONS JK | 02/08/06 | 1.30 | REVIEW OF RECLAMATION PROTOCOL AND REVISIONS (1.3). |
| LYONS JK | 02/14/06 | 2.10 | REVIEW AND REVISE RECLAMATION PROTOCOL AND OTHER ISSUES (2.1). |
| LYONS JK | 02/15/06 | 0.60 | REVIEW OF RECLAMATION ISSUES, PROTOCOL AND OTHER MATTERS (0.6). |
| LYONS JK | 02/27/06 | 1.10 | REVIEW OF RECLAMATION PROTOCOL ISSUES (1.1). |
| | | 11.10 | |
| Total Partner | | 11.10 | |
| MEISLER RE | 02/01/06 | 0.20 | REVIEW RECLAMATION CLAIMS (0.2). |
| MEISLER RE | 02/03/06 | 0.60 | TELECONFERENCE WITH M. BROUDE RE: RECLAMATION REPORT (0.2); TELECONFERENCE WITH M. MICHELI RE: SAME (0.1); ANALYSIS OF SAME (0.3). |
| MEISLER RE | 02/17/06 | 1.10 | REVIEW AND EDIT DEBTOR'S RESPONSE TO RECLAMATION DEMANDS (0.9); TELECONFERENCE WITH H. BAER RE: SAME (0.2). |
| MEISLER RE | 02/18/06 | 0.50 | REVIEWED RECLAMATION LETTER (0.5). |
| | | 2.40 | |
| MICHELI MJ | 02/01/06 | 3.90 | BEGAN REVIEW OF RECLAMATION MATERIALS IN CONNECTION WITH COMMITTEE MEETING AND SUMMARY RE: LEAGL ISSUES (1.8); TELECONFERENCES WITH T. MCDONAGH RE: RECLAMATION CLAIM STATUS (0.2, 0.2); REVIEW AND ANALYSIS OF RECLAMATION STATISTICS (0.5); PREPARATION FOR TELECONFERENCE WITH COMMITTEE RE: STATUS OF RECLAMATION (0.3); TELECONFERENCE WITH H. BAER AND M. BROUDE RE: RECLAMATION PROCESS AND LEGAL ISSUES (0.5); TELECONFERENCE WITH R. CARUSO RE: COMMITTEE ISSUES (0.4). |
| MICHELI MJ | 02/02/06 | 0.20 | TELECONFERENCE WITH H. SHERRY RE: RECLAMATION STATUS (0.2). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MICHELI MJ | 02/03/06 | 4.90 | BEGAN REVIEW OF TYCO AND PBR RECLAMATION CLAIMS AND RECONCILIATIONS (0.3); CORRESPONDENCE WITH T. MCDONAGH RE: SAME (0.1); BEGAN DRAFTING RECLAMATION PROTOCOL RE: CONDUCT GOING FORWARD ON RECLAMATION CLAIM SETTLEMENTS (2.8); BEGAN REVSIONS TO RECLAMAITON PROTOCOL RE: CONDUCT GOING FORWARD ON RECLAMATION CLAIM SETTLEMENTS (1.7). |
| MICHELI MJ | 02/06/06 | 0.30 | ANALYSIS OF RECLAMATION CLOSING STATISTICS (0.3). |
| MICHELI MJ | 02/07/06 | 0.30 | TELECONFERENCE WITH A. FRANKUM RE: RECLAMATION RECONCILIATION STATUS (0.3). |
| MICHELI MJ | 02/08/06 | 3.40 | CONTINUED DRAFTING RECLAMATION PROTOCOL GOVERNING SETTLEMENT OF RECLAMATION CLAIMS (1.5); BEGAN REVISIONS TO RECLAMATION PROTOCOL GOVERNING SETTLEMENT OF RECLAMATION CLAIMS (1.4); DRAFTED CORRESPONDENCE TO C. CATTELL, A. FRANKUM, AND T. MCDONAGH RE: STATUS OF COMMITTEE REVIEW OF RECLAMATION CLAIMS AND SETTLEMENTS GOING FORWARD (0.5). |
| MICHELI MJ | 02/09/06 | 2.40 | TELECONFERENCE WITH A. FRANKUM, C. CATTELL, T. MCDONAGH AND R. EMANUEL RE: STATUS OF RECLAMATION RECONCILIATIONS AND PROCESS FOR PHASE 2 AND 3 OF RECLAMATION PROCESS (2.0); ANALYSIS OF PLYMOUTH RUBBER CLAIM RE: INFORMATION REQUEST RECEIVED (0.4). |
| MICHELI MJ | 02/10/06 | 2.70 | BEGAN REVISIONS TO THE FORM STATEMENT OF RECLAMATION RE: COMMENTS RECEIVED FROM THE COMMITTEE (0.7); BEGAN REVISIONS TO THE RECLAMATION PROTOCOL GOVERNING SETTLEMENT OF RECLAMATION CLAIMS (1.1); CONTINUED ANALYSIS OF PLYMOUTH RUBBER RECLAMATION CLAIM (0.2); ANALYSIS OF RECLAMATION RECONCILIATION STATUS (0.7). |
| MICHELI MJ | 02/14/06 | 2.10 | BEGAN REVIEW OF PBR  KNOXVILLE MEETING SUMMARY (0.3); BEGAN REVISIONS TO SAME (0.8); TELECONFERENCE WITH J. LE AND T. MCDONAGH RE: RECLAMATION STATEMENTS AND SERVICE ISSUES (0.3); CONTINUED REVISIONS TO RECLAMATION PROTOCOL GOVERNING SETTLEMENTS GOING FORWARD (0.7). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MICHELI MJ | 02/15/06 | 5.10 | CONTINUED REVISIONS TO STATEMENT OF RECLAMATION RE: COMMENTS RECEIVED (0.2); CORRESPONDENCE TO GROUP RE: SAME (0.3); MEETING WITH C. CATTELL RE: RECLAMATION STATUS (0.2); MEETING WITH C. CATTELL, A. FRANKUM, R. CARUSO, T. MCDONAGH, H. SHERRY, R. EMANUEL, AND C. WU RE: RESOLUTION OF RECLAMATION CLAIMS IN PHASE 2 AND 3 (4.1); REVIEW MATERIALS FROM MEETING RE: SAME (0.3). |
| MICHELI MJ | 02/16/06 | 4.00 | REVIEW RECLAMATION CLAIM SETTLEMENT STATUS (0.3); DRAFTED CORRESPONDENCE TO RECLAMATION GROUP RE: STATEMENT OF RECLAMATION (0.4); MEETING WITH C. CATTELL, A. FRANKUM, R. CARUSO, T. MCDONAGH, H. SHERRY, R. EMANUEL, AND C. WU RE: RESOLUTION OF RECLAMATION CLAIMS IN PHASE 2 AND 3 (2.9); CONTINUED REVIEW OF RECLAMATION TRAINING MATERIALS (0.2); TELECONFERENCE WITH J. DREW RE: PLYMOUTH RUBBER (0.2). |
| MICHELI MJ | 02/17/06 | 4.00 | REVIEW STATUS OF RECLAMATION CLAIM RECONCILIATION (0.2); REVISE STATEMENT OF RECLAMATION RE: COMMENTS RECEIVED (2.4); CORRESPONDENCE WITH PLYMOUTH RUBBER (0.1); TELECONFERENCE WITH M. FLEMING RE: RECLAMATION STATUS (0.2); TELECONFERENCE WITH J. WILSON RE: SAME (0.2); CORRESPONDENCE WITH H. BAER RE: COMMENTS TO STATEMENT OF RECLAMATION (0.2); BEGAN REVIEW OF GSM RECLAMATION MATERIALS (0.2); TELECONFERENCE WITH H. BAER RE: STATEMENT OF RECLAMATION (0.4); CORESPONDENCE WITH J. LE RE: SAME (0.1). |
| MICHELI MJ | 02/18/06 | 4.10 | CONTINUED REVISIONS TO STATEMENT OF RECLAMATION RE: ADDITIONAL COMMENTS RECEIVED (1.0); BEGAN DRAFTING REVISIONS TO GSM RECLAMATION TRAINING MATERIALS (2.6); FINAL REVIEW OF STATEMENT OF RECLAMATION IN PREPARATION OF PRODUCTION (0.2); TELECONFERNCE WITH H. BAER RE: SAME (0.1); TELECONFERENCE WITH J. LE RE: SAME (0.2). |
| MICHELI MJ | 02/19/06 | 1.50 | DRAFTED CORRESPONDENCE RE: STATEMENT OF RECLAMATION (0.2); CONTINUED REVISIONS TO GSM RECLAMATION TRAINING MATERIALS (1.3). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| MICHELI MJ | 02/20/06 | 7.40 | CONTINUED REVISIONS TO GSM RECLAMATION TRAINING MATERIALS (0.3); BEGAN PROOF OF STATEMENTS OF RECLAMATION (2.9); REVIEW PAX LIEN AND RECLAMATION CLAIM SETTLEMENT (0.4); TELECONFERENCE WITH A. FRANK RE: RECLAMATION STATEMENTS (0.4); BEGAN REVISIONS TO RECLAMATION PROTOCOL GOVERNING SETTLEMENTS GOING FORARD (0.6); DRAFT LANGUAGE SUMMARIZING RESERVED DEFENSES (0.2); DRAFTED CORRESPONDENCE RE: SENDING STATEMENTS OF RECLAMATION (0.4); CONTINUED REVISIONS TO GSM RECLAMATION TRAINING MATERIALS (2.2). |
| --- | --- | --- | --- |
| MICHELI MJ | 02/21/06 | 3.90 | MEETING WITH C. CATTELL RE: PREPARATION FOR GSM MEETING (0.7); MEETING WITH C. CATTELL, A. FRANKUM, B. CARUSO, H. SHERRY, R. EMANUAL, C. WU, AND T. MCDONAGH (1.5); MEETING WITH GSM RE: RECLAMATION PROCESS (1.4); CORRESPONDENCE WITH KCC RE: STATUS OF STATEMENTS OF RECLAMATION (0.3). |
| MICHELI MJ | 02/22/06 | 3.60 | RECLAMATION CORRESPONDECE WITH KCC ABOUT INCORRECT ADDRESSES (0.3); BEGAN REVISIONS TO RECLAMATION TRAINING MATERIALS (1.5); TELECONFERENCE WITH D. BARRETT RE: UNDERLYING CLAIM (0.5); TELECONFERENCE WITH C. WU AND T. MCDONAGH RE: CLAIMS RECONCILIATIONS (0.4); BEGAN PREPARING RECLAMATION LOG RE: CORRESPONDECE WITH SUPPLIERS (0.6); REVISIONS TO RECLAMATION PROTOCOL (0.3). |
| MICHELI MJ | 02/23/06 | 2.30 | REVIEW TYCO RECLAMATION MATERIALS (0.2); REVIEW RECLAMATION TIMELINE (0.1); TELECONFERENCES WITH E. DOLAN (0.1) AND D. HUTCHENSON (0.1) RE: RECLAMATION; TELECONFERENCE WITH C. CATTELL RE: RECLAMATION (0.3); REVIEW RECLAMATION MATERIALS FOR COMMITTEE MEETING (0.3); TELECONFERENCE WITH T. MCDONAGH, R. EMANUAL, H. SHERRY AND C. WU RE: RECLAMATION (1.0); REVIEW RECLAMATION TRAINING MATERIALS (0.2). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MICHELI MJ | 02/24/06 | 1.60 | TELECONFERENCE WITH T. MCDONAGH RE: RECLAMATION (0.1); TELECONFERENCE WITH J. DREW RE: PLYMOUTH RUBBER (0.3); TELECONFERENCE WITH B. BUCHANAN RE: RECLAMATION STATEMENTS (0.1); ANALYSIS OF RECLAMATION CLAIM RE: CALLS RECEIVED (0.2); TELECONFERENCE WITH C. CATTELL RE: RECONCILING RECLAMATION CLAIMS (0.3); REVIEW PAX MACHINE WORKS SETTLEMENT MATERIALS RE: WAIVER OF RECLAMATION CLAIM (0.3); CONTINUED REVISIONS TO RECLAMATION MATERIALS FOR COMMITTEE PRESENTATION (0.3). |
| MICHELI MJ | 02/27/06 | 1.90 | REVIEW EMAIL CORRESPONDENCE RE: RECLAMATION CLAIMS (0.2); TELECONFERENCE WITH J. DREW RE: PLYMOUTH RUBBER (0.2); REVIEW MATERIALS IN CONNECTION WITH TYCO RECLAMATION (0.7); TELECONFERENCES WITH T. MCDONAGH (0.2), C. CATTELL (0.1), J. LYONS (0.2) RE: SAME; TELECONFERENCE WITH M. COLLINS RE: FURIKAWA RECLAMATION (0.3). |
| MICHELI MJ | 02/28/06 | 0.60 | TELECONFERENCE WITH V. BASS RE: PLYMOUTH RUBBER (0.2); ANALYSIS OF PLYMOUTH RUBBER MATERIALS RE: SAME (0.4). |
| | | 60.20 | |
| **Total Associate** | | 62.60 | |
| NEGRON AM | 02/03/06 | 0.80 | FILE/ORGANIZE RECLAMATION CLAIMS FILES (0.8). |
| NEGRON AM | 02/08/06 | 1.00 | REVIEW AND ORGANIZE RECLAMATION CLAIMS FILES (1.0). |
| NEGRON AM | 02/09/06 | 0.60 | UPDATE AND ORGANIZE RECLAMATION CLAIMS FILES (0.6). |
| NEGRON AM | 02/24/06 | 0.80 | REVIEW AND ORGANIZE RECLAMATION CLAIMS FILES (0.8). |
| NEGRON AM | 02/27/06 | 1.80 | UPDATE DISPUTED RECLAMATIONS FILES (0.8); FILE ORIGINAL RECLAMATION CLAIMS (1.0). |
| NEGRON AM | 02/28/06 | 0.80 | FILE RECLAMATION CLAIMS (0.8). |
| | | 5.80 | |
| **Total Legal Assistant Support** | | 5.80 | |
| **TOTAL TIME** | | **79.50** | |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 03/31/06
Claims Admin. (Reclamation/Trust Funds)                     Bill Number: 1108452

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 02/14/06 | Michael MD | 163.79 |
| Air/Rail Travel - vendor feed | 02/15/06 | Micheli MJ | 284.07 |
| Air/Rail Travel - vendor feed | 02/21/06 | Micheli MJ | 284.07 |
| Air/Rail Travel - vendor feed | 02/23/06 | Micheli MJ | 305.07 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$1,037.00** |
| In-house Reproduction | 02/17/06 | Copy Center, D | 34.09 |
| In-house Reproduction | 02/24/06 | Copy Center, D | 0.91 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$35.00** |
| Out-of-Town Travel | 02/16/06 | Micheli MJ | 219.82 |
| Out-of-Town Travel | 02/16/06 | Micheli MJ | 247.28 |
| Out-of-Town Travel | 02/16/06 | Micheli MJ | 27.63 |
| Out-of-Town Travel | 02/21/06 | Micheli MJ | 101.29 |
| Out-of-Town Travel | 02/21/06 | Micheli MJ | 30.98 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$627.00** |
| Out-of-Town Meals | 02/16/06 | Micheli MJ | 22.00 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$22.00** |
| | | **TOTAL MATTER** | **$1,721.00** |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                          Bill Date: 04/30/06
Claims Admin. (Reclamation/Trust Funds)                          Bill Number: 1108601

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| MICHELI MJ | 03/01/06 | 3.70 | MEETING WITH C. CATTELL RE: RECLAMATION STATUS (0.3); WEEKLY RECLAMATION STATUS MEETING WITH C. CATTELL, A. FRANKUM, T. MCDONAGH, C. WU, H. SHERRY, AND R. EMANUEL (1.1); FOLLOW ISSUES RE: SAME (0.3); REVIEW CORRESPONDENCE RE: RECLAMATION RESPONSES RECEIVED (0.2); RECLAMATION PROCESS MEETING WITH C. CATTELL, A. FRANKUM, T. MCDONAGH, C. WU, H. SHERRY, AND R. EMANUEL (1.5); CORRESPONDENCE WITH M. FLEMING RE: E&R INDUSTRIAL SALES (0.1); TELECONFERENCE RE: PLYMOUTH RUBBER (0.2). |
| MICHELI MJ | 03/02/06 | 1.30 | DRAFT CORRESPONDENCE RE: DATES AND UNSECURED CLAIMS (0.3); REVIEW OF E&R INDUSTRIAL SALES AND OPEN ISSUES (0.3); TELECONFERENCE WITH M. FLEMING RE: SAME (0.2); TELECONFERENCE WITH M. DEBEACKE RE: ALPINE RECLAMATION CLAIM (0.5). |
| MICHELI MJ | 03/03/06 | 2.20 | REVIEW OF E&R INDUSTRIAL SALES AND OPEN ISSUES (0.3); ANALYSIS OF PLYMOUTH RUBBER CLAIM ISSUES (0.3); REVIEW RECLAMATION REPORT (0.5); BEGAN DRAFTING RECLAMATION DEMAND FOR DELPHI IN CONNECTION WITH A SUPPLIER BANKRUPTCY (1.1). |
| MICHELI MJ | 03/04/06 | 1.10 | REVIEW RECLAMATION CORRESPONDENCE RE: AGREEMENTS OR DISAGREEMENTS TO STATEMENTS OF RECLAMATION (1.1). |
| MICHELI MJ | 03/06/06 | 1.10 | REVIEW RECLAMATION CORRESPONDENCE RE: AGREEMENTS OR DISAGREEMENTS TO STATEMENTS OF RECLAMATION (0.4); REVIEW AND ANALYSIS RE: RECLAMATION CLOSING STATISTICS (0.2); RESPOND TO CORRESPONDENCE FROM I. GOLDBERG RE: RECLAMATION CLAIMS (0.2); REVISE RECLAMATION LOG (0.2); ANALYSIS OF THE RECLAMATION PROTOCOL (0.1). |
| MICHELI MJ | 03/07/06 | 1.80 | CORRESPONDENCE WITH T. MCDONAGH RE: RECLAMATION STATUS (0.1); CONTINUE REVIEW OF RECLAMATION RESPONSES RECEIVED (1.3); TELECONFERENCE WITH A. FRANKUM RE: RECLAMATION STATUS (0.2); CORRESPONDENCE WITH M. BROUDE RE: RECLAMATION PROTOCOL (0.2). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MICHELI MJ | 03/08/06 | 3.90 | REVIEW RECLAMATION RESPONSES RECEIVED IN PREPARATION FOR RECLAMATION GROUP MEETINGS (0.6); WEEKLY RECLAMATION STATUS MEETING WITH C. CATTELL, A. FRANKUM, T. MCDONAGH, C. WU, H. SHERRY, AND R. EMANUEL (2.2); REVIEW SETECH RELATED AGREEMENTS (1.1). |
| MICHELI MJ | 03/09/06 | 4.30 | REVIEW ESCALATED RECLAMATION ISSUES (0.5); ANALYSIS OF E&R INDUSTRIAL SALES (0.1); REVIEW NEC RECLAMATION ISSUES (1.0); TELECONFERENCE WITH K. LAMARA RE: RECLAMATION CLAIMS (0.2); TELECONFERENCE WITH ENCAT RE: SAME (0.2); REVISE FORM STATEMENT OF RECLAMATION RE: AMENDED LANGUAGE (1.1); ANALYSIS OF RECLAMATION STATUS REPORT (0.2); CORRESPONDENCE RE: SAME (0.3); REVISE RECLAMATION CONTACT LOG RE: CORRESPONDENCE RECEIVED (0.7). |
| MICHELI MJ | 03/10/06 | 0.30 | REVIEW HSS RECLAMATION AGREEMENT (0.3). |
| MICHELI MJ | 03/13/06 | 0.50 | CONTINUE REVIEW OF RECLAMATION RESPONSES RECEIVED (0.3); REVISE STATEMENT OF RECLAMATION RE: COMMENTS RECEIVED (0.2). |
| MICHELI MJ | 03/16/06 | 0.50 | CONTINUE REVIEW OF RECLAMATION RESPONSES RECEIVED (0.5). |
| MICHELI MJ | 03/17/06 | 0.50 | TELECONFERENCE WITH S. KEISELSTIEN RE: NEC RECLAMATION CLAIM (0.3); TELECONFERENCE WITH I. GOLDBERG RE: SETTLEMENT OF RECLAMATION CLAIMS (0.2). |
| MICHELI MJ | 03/18/06 | 4.00 | CONTINUE REVIEW OF RECLAMATION RESPONSES RECEIVED (1.1); UPDATE RECLAMATION CONTACT LOG (0.3); REVISE RECLAMATION PROTOCOL RE: COMMENTS RECEIVED FROM THE COMMITTEE (1.6); REVISE STATEMENT OF RECLAMATION TO REFLECT PRIOR STATEMENTS OF RECLAMATION SENT (0.7); REVIEW ATF RECLAMATION RESPONSE AND CORRESPONDING LETTER (0.3). |
| MICHELI MJ | 03/20/06 | 2.00 | CONTINUE TO REVIEW OF RECLAMATION RESPONSES RECEIVED (1.5); TELECONFERENCE WITH A. FRANKUM RE: RECLAMATION (0.2); TELECONFERENCE WITH C. WU RE: OPEN RECLAMATION ISSUES (0.3). |
| MICHELI MJ | 03/21/06 | 1.80 | REVIEW OF ESCALATED RECLAMATION ISSUES (0.4); BEGAN RESEARCH RE: SAME (0.5); CONTINUE REVIEW OF RECLAMATION RESPONSES RECEIVED (0.6); ANALYSIS OF PAX RECLAMATION CLAIM (0.3). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

MICHELI MJ        03/22/06        4.10   WEEKLY RECLAMATION STATUS MEETING
                                         WITH C. CATTELL, A. FRANKUM, T.
                                         MCDONAGH, C. WU, H. SHERRY, AND R.
                                         EMANUEL (2.6); MEETING WITH A.
                                         FRANKUM RE: RECLAMATION PROTOCOL
                                         (0.4); REVIEW RECLAMATION PROTOCOL
                                         (0.2); CONTINUE REVIEW OF RECLAMATION
                                         RESPONSES RECEIVED (0.4);
                                         TELECONFERENCE WITH J. WOOL RE:
                                         INVENTORY RECLAMATION ISSUES (0.2);
                                         REVIEW AND ANALYSIS OF INVENTORY DATA
                                         (0.3).

MICHELI MJ        03/23/06        0.60   REVIEW RECLAMATION ESCALATION OF
                                         CLAIM 402 (0.2); REVIEW OTHER OPEN
                                         RECLAMATION MATTERS ESCALATED (0.4).

MICHELI MJ        03/27/06        1.90   DRAFT RECLAMATION CORRESPONDENCE RE:
                                         ESCALATED ITEMS (0.4); REVISE
                                         STATEMENT OF RECLAMATION RE: COMMENTS
                                         RECEIVED (0.2); TELECONFERENCE WITH
                                         S. KEISELSTEIN RE: NEC RECLAMATION
                                         (0.3); CONTINUE REVIEW OF RECLAMATION
                                         RESPONSES RECEIVED (0.7); REVIEW AND
                                         ANALYSIS OF TDK RECLAMATION ISSUES
                                         (0.3).

MICHELI MJ        03/28/06        6.70   CONTINUE REVIEW OF RECLAMATION
                                         RESPONSES RECEIVED (1.7);
                                         CORRESPONDENCE WITH I. GOLDBERG RE:
                                         RECLAMATION CLAIMS (0.2); REVISED
                                         RECLAMATION CONTACT LOG (1.1); REVIEW
                                         OF 3M CLAIM (0.2); TELECONFERENCE
                                         WITH C. WU RE: RECLAMATION OPEN ITEMS
                                         (0.3); TELECONFERENCE WITH T.
                                         MCDONAGH RE: PAX AND 3M (0.1);
                                         TELECONFERENCE WITH M. O'NEIL RE:
                                         RECLAMATION CLAIM (0.2);
                                         TELECONFERENCE WITH J. BARROW RE:
                                         RECLAMATION CLAIM OF MILIKEN (0.7);
                                         TELECONFERENCE WITH M. MEYERS RE:
                                         ALPS AUTOMOTIVE (0.2); DRAFT
                                         CORRESPONDENCE RE: SAME (0.3); REVIEW
                                         AND ANALYZE ESCALATED ITEMS (1.4);
                                         REVISED RECLAMATION PROTOCOL (0.3).

MICHELI MJ        03/29/06        4.70   CONTINUE REVIEW OF RECLAMATION
                                         RESPONSES RECEIVED (0.5);
                                         TELECONFERENCE WITH M. BROUDE RE:
                                         RECLAMATION PROTOCOL (0.2); ANALYSIS
                                         OF RECLAMATION PROTOCOL (0.2); WEEKLY
                                         RECLAMATION STATUS MEETING WITH C.
                                         CATTELL, A. FRANKUM, T. MCDONAGH, C.
                                         WU, H. SHERRY, AND R. EMANUEL (1.9);
                                         DRAFT EMAIL TO COMMITTEE RE: NEC
                                         RECLAMATION CLAIM (0.6); REVIEW PAX
                                         RECLAMATION CLAIMS (0.3); ANALYSIS OF
                                         ESCALATED RECLAMATION ISSUES (1.0).

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MICHELI MJ | 03/30/06 | 3.40 | CONTINUE REVIEW OF RECLAMATION RESPONSES RECEIVED (2.1); TELECONFERENCE WITH L. STARK RE: RECLAMATION CLAIMS (0.3); REVIEW RECLAMATION CLAIMS RE: SAME (0.3); REVIEW AND ANALYSIS OF ESCALATED RECLAMATION ITEMS (0.6); TELECONFERENCE WITH S. KEISELSTEIN RE: NEC RECLAMATION (0.1). |
| MICHELI MJ | 03/31/06 | 1.80 | REVIEW NEC RECLAMATION CLAIM (0.2); TELECONFERENCE WITH S. KEISELSTEIN RE: NEC RECLAMATION (0.3); TELECONFERENCE WITH A. FRANKUM RE: SAME AND RECLAMATION PROTOCOL (0.3); DRAFT SETTLEMENT DOCUMENTS RE: NEC (0.7); CORRESPONDENCE TO RECLAMATION WORKING GROUP RE: SAME (0.3). |
| | | **52.20** | |
| **Total Associate** | | **52.20** | |
| DEMMA J | 03/03/06 | 0.30 | UPDATE RECLAMATION RESPONSE LOG (0.3). |
| DEMMA J | 03/06/06 | 0.60 | UPDATE RECLAMATION RESPONSE LOG (0.6). |
| DEMMA J | 03/07/06 | 1.10 | PREPARE RECLAMATION AGREEMENTS FOR DISTRIBUTION TO DELPHI (0.3); UPDATE RECLAMATION RESPONSE LOG (0.8). |
| DEMMA J | 03/09/06 | 0.40 | UPDATE RECLAMATION LOG (0.4). |
| DEMMA J | 03/13/06 | 1.10 | UPDATE RECLAMATION RESPONSE FILE (1.1). |
| DEMMA J | 03/15/06 | 2.10 | PREPARE/DISTRIBUTE RECLAMATION RESPONSE FORMS (1.5); UPDATE RECLAMATION RESPONSE LOG (0.6). |
| DEMMA J | 03/20/06 | 0.60 | UPDATE RECLAMATION LOG (0.6). |
| DEMMA J | 03/22/06 | 0.60 | UPDATE RECLAMATION RESPONSE LOG (0.6). |
| DEMMA J | 03/23/06 | 0.80 | UPDATE RECLAMATION RESPONSE LOG (0.8). |
| DEMMA J | 03/27/06 | 0.60 | UPDATE RECLAMATION RESPONSE LOG (0.6). |
| DEMMA J | 03/28/06 | 0.60 | UPDATE RECLAMATION RESPONSE LOG (0.6). |
| DEMMA J | 03/29/06 | 0.60 | UPDATE RECLAMATION RESPONSE LOG (0.6). |
| DEMMA J | 03/30/06 | 1.80 | UPDATE RECLAMATION RESPONSE LOG (1.8). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| DEMMA J | 03/31/06 | 0.70 | UPDATE RECLAMATION RESPONSE LOG (0.7). |
|---|---|---|---|
| | . | 11.90 | |
| **Total Legal Assistant** | | **11.90** | |
| NEGRON AM | 03/06/06 | 3.10 | REVIEW, INDEX AND FILE RECLAMATION CLAIMS RESPONSES (1.2); REVIEW AND ORGANIZE RECLAMATION CLAIMS FILES (1.9). |
| NEGRON AM | 03/07/06 | 1.10 | REVIEW AND INDEX RECLAMATION RESPONSE CLAIMS (1.1). |
| NEGRON AM | 03/08/06 | 0.80 | REVIEW AND INDEX RECLAMATION CLAIM RESPONSES (0.8). |
| NEGRON AM | 03/09/06 | 0.70 | REVIEW AND INDEX RECLAMATION CLAIM RESPONSES (0.7). |
| NEGRON AM | 03/10/06 | 2.60 | REVIEW, INDEX AND FILE RECLAMATION CLAIM RESPONSES (1.3) AND REVIEW AND ORGANIZE RECLAMATION CLAIMS FILES (1.3). |
| NEGRON AM | 03/13/06 | 2.80 | REVIEW AND INDEX RECLAMATION CLAIMS RESPONSES (1.1) AND REVIEW AND ORGANIZE RECLAMATION CLAIMS FILES (1.7). |
| NEGRON AM | 03/14/06 | 1.30 | REVIEW AND INDEX RECLAMATION CLAIMS RESPONSES (1.3). |
| NEGRON AM | 03/15/06 | 1.10 | REVIEW, INDEX AND FILE RECLAMATION CLAIM RESPONSES (1.1). |
| NEGRON AM | 03/16/06 | 2.50 | REVIEW AND INDEX RECLAMATION CLAIM RESPONSES (1.4) AND REVIEW, FILE AND ORGANIZE RECLAMATION CLAIMS (1.1). |
| NEGRON AM | 03/17/06 | 2.50 | REVIEW AND INDEX RECLAMATION CLAIM RESPONSES (1.1); REVIEW AND FILE RECLAMATION CLAIMS (1.4). |
| NEGRON AM | 03/20/06 | 1.40 | REVIEW, INDEX AND FILE RECLAMATION CLAIM RESPONSES (1.4). |
| NEGRON AM | 03/21/06 | 0.90 | REVIEW AND INDEX RECLAMATION RESPONSES (0.9). |
| | | 20.80 | |
| **Total Legal Assistant Support** | | **20.80** | |
| **TOTAL TIME** | | **84.90** | |

48

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                      Bill Date: 04/30/06
Claims Admin. (Reclamation/Trust Funds)                      Bill Number: 1108601

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 03/01/06 | Micheli MJ | 284.00 |
| Air/Rail Travel - vendor feed | 03/08/06 | Micheli MJ | 284.00 |
| Air/Rail Travel - vendor feed | 03/22/06 | Micheli MJ | 284.00 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$852.00** |
| In-house Reproduction | 03/07/06 | Copy Center, D | 28.67 |
| In-house Reproduction | 03/10/06 | Copy Center, D | 8.99 |
| In-house Reproduction | 03/14/06 | Copy Center, D | 9.59 |
| In-house Reproduction | 03/17/06 | Copy Center, D | 4.20 |
| In-house Reproduction | 03/31/06 | Copy Center, D | 38.55 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$90.00** |
| Westlaw | 03/21/06 | Micheli MJ | 60.34 |
| Westlaw | 03/26/06 | Toussi S | 158.66 |
| | | **TOTAL WESTLAW** | **$219.00** |
| Out-of-Town Travel | 03/01/06 | Micheli MJ | 104.08 |
| Out-of-Town Travel | 03/01/06 | Micheli MJ | 11.29 |
| Out-of-Town Travel | 03/01/06 | Micheli MJ | 31.97 |
| Out-of-Town Travel | 03/08/06 | Micheli MJ | 127.69 |
| Out-of-Town Travel | 03/08/06 | Micheli MJ | 34.97 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$310.00** |
| Messengers/ Courier | 03/05/06 | United Parcel Service | 29.20 |
| Messengers/ Courier | 03/05/06 | United Parcel Service | 228.02 |
| Messengers/ Courier | 03/16/06 | Dist Serv/Mail/Page, D | 16.78 |
| | | **TOTAL MESSENGERS/ COURIER** | **$274.00** |
| Out-of-Town Meals | 03/01/06 | Micheli MJ | 2.41 |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Meals | 03/01/06 | Micheli MJ | 6.59 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$9.00** |
| | | **TOTAL MATTER** | **$1,754.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                    Bill Date: 05/31/06
Claims Admin. (Reclamation/Trust Funds)                    Bill Number: 1108515

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| MICHELI MJ | 04/03/06 | 1.80 | CONTINUE REVIEW OF RECLAMATION CORRESPONDENCE RE: AGREEMENTS OR DISAGREEMENTS TO STATEMENTS OF RECLAMATION (1.0); BEGAN REVIEW OF ESCALATED RECLAMATION CLAIMS (0.8). |
| MICHELI MJ | 04/04/06 | 0.70 | CONTINUE REVIEW OF RECLAMATION CORRESPONDENCE RE: AGREEMENTS OR DISAGREEMENTS TO STATEMENTS OF RECLAMATION (0.7). |
| MICHELI MJ | 04/05/06 | 2.10 | CONTINUE REVIEW OF RECLAMATION CORRESPONDENCE RE: AGREEMENTS OR DISAGREEMENTS TO STATEMENTS OF RECLAMATION (0.4); TELECONFERENCE WITH RECLAMATION TEAM RE: RECLAMATION STATUS (1.7). |
| MICHELI MJ | 04/06/06 | 1.40 | CORRESPONDENCE WITH I. GOLDBERG RE: RECLAMATION CLAIM (0.2); TELECONFERENCE WITH I GOLDBERG RE: SAME (0.4); CORRESPONDENCE WITH L. NORWOOD RE: RECLAMATION CLAIMS (0.1); DRAFT AMENDED STATEMENT OF RECLAMATION (0.7). |
| MICHELI MJ | 04/10/06 | 6.20 | REVIEW OF OPEN RECLAMATION ISSUES (1.4); TELECONFERENCE WITH G. NOVAT RE: RECLAMATION CLAIM (0.1); TELECONFERENCE WITH J. WILSON RE: RECLAMATION CLAIM (0.2); TELECONFERENCE WITH J. WILIBINSKY RE: RECLAMATION CLAIM (0.2); TELECONFERENCE WITH C. WU RE: OPEN RECLAMATION ISSUES (0.6); CONTINUED REVIEW OF RECLAMATION CORRESPONDENCE RE: AGREEMENTS OR DISAGREEMENTS TO STATEMENTS OF RECLAMATION (1.0); TELECONFERENCE WITH B. RICHARDS RE: RECLAMATION CLAIM (0.1); TELECONFERENCE WITH D. BARRETT RE: RECLAMATION CLAIM (0.1); TELECONFERENCE WITH T. MCDONAGH RE: OPEN RECLAMATION CLAIMS (0.2); TELECONFERENCE WITH Y. ELISSA AND T. MCDONAGH RE: RECLAMATION CLAIM (0.3); REVIEW CLAIM RE: SAME (0.2); REVIEW RECLAMATION STATUS REPORT (0.3); RESPOND TO ESCALATED CLAIMS (1.5). |
| MICHELI MJ | 04/11/06 | 4.90 | REVIEW OF OPEN RECLAMATION CLAIMS (2.3); CONTINUE REVIEW OF RECLAMATION CORRESPONDENCE RE: AGREEMENTS OR DISAGREEMENTS TO STATEMENTS OF RECLAMATION (2.6). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MICHELI MJ | 04/12/06 | 9.00 | REVIEW PRESENTATION FOR RECLAMATION MEETING (0.7); MEETING WITH RECLAMATION TEAM (2.3); CONTINUE REVIEW OF RECLAMATION CORRESPONDENCE RE: AGREEMENTS OR DISAGREEMENTS TO STATEMENTS OF RECLAMATION (1.9); BEGIN RESEARCH RE: PRIOR PERFECTED SECURITY INTEREST IN GOODS (2.9); MEETING WITH C. CATTELL AND A. FRANKUM RE: RECLAMATION STATUS (0.3); REVIEW OF OPEN RECLAMATION CLAIMS (0.9). |
| MICHELI MJ | 04/13/06 | 7.50 | REVIEW OF OPEN RECLAMATION ISSUES (0.3); TELECONFERENCE WITH H. STEEL RE: RECLAMATION CLAIM (0.3); TELECONFERENCE WITH J. BARROW RE: RECLAMATION CLAIM (0.2); TELECONFERENCE WITH J. HARRINGTON RE: RECLAMATION CLAIM (0.4); CORRESPONDENCE WITH GROUP RE: OPEN RECLAMATION CLAIMS (0.3); CONTINUE REVIEW OF RECLAMATION CORRESPONDENCE RE: AGREEMENTS OR DISAGREEMENTS TO STATEMENTS OF RECLAMATION (4.0); TELECONFERENCE WITH CLAIMANT RE: RECLAMATION CLAIM (0.2); TELECONFERENCE WITH M. MCCREERY RE: RECLAMATION CLAIMS (1.0); REVIEW STATUS OF RECLAMATION CLAIM RELATED TO RETURN OF MEDICAL GOODS (0.5); TELECONFERENCE WITH M. MEYERS RE: RECLAMATION CLAIM (0.3). |
| MICHELI MJ | 04/14/06 | 2.80 | CONTINUE REVIEW OF OPEN RECLAMATION CLAIMS AND RESPONSES RECEIVED (2.5); TELECONFERENCE WITH P. IVY RE: RECLAMATION CLAIM (0.3). |
| MICHELI MJ | 04/17/06 | 3.50 | CORRESPONDENCE WITH A. FRANKUM RE: RECLAMATION CLAIM STATUS (0.4); CONTINUE REVIEW OF RECLAMATION CORRESPONDENCE RE: AGREEMENTS OR DISAGREEMENTS TO STATEMENTS OF RECLAMATION (3.1). |
| MICHELI MJ | 04/18/06 | 7.40 | CONTINUE REVIEW OF RECLAMATION CORRESPONDENCE RE: AGREEMENTS OR DISAGREEMENTS TO STATEMENTS OF RECLAMATION (5.2); TELECONFERENCE WITH N. BERGER RE: RECLAMATION RESPONSE DEADLINE (0.2); TELECONFERENCE WITH G. NOVAT RE: RECLAMATION CLAIM (0.2); REVIEW CORRESPONDENCE LOG RE: AGREEMENTS OR DISAGREEMENTS RECEIVED TO STATEMENTS OF RECLAMATION (1.0); CORRESPONDENCE WITH M. MCCREERY RE: RECLAMATION CLAIM (0.2); BEGIN REVISIONS TO STANDARD SETTLEMENT LETTER (0.6). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MICHELI MJ | 04/19/06 | 7.90 | REVIEW PRESENTATION FOR RECLAMATION MEETING (0.9); MEETING WITH RECLAMATION TEAM (2.4); CONTINUE REVIEW OF RECLAMATION CORRESPONDENCE RE: AGREEMENTS OR DISAGREEMENTS TO STATEMENTS OF RECLAMATION (4.4); TELECONFERENCE WITH A. THAW RE: RECLAMATION CLAIM (0.2). |
| MICHELI MJ | 04/20/06 | 6.40 | CONTINUE TO REVIEW OF RECLAMATION CORRESPONDENCE RE: AGREEMENTS OR DISAGREEMENTS TO STATEMENTS OF RECLAMATION (4.7); CORRESPONDENCE WITH J. HARRINGTON RE: RECLAMATION CLAIMS (0.4); REVIEW REQUESTS FOR INVENTORY INFORMATION AND STATUS THEREOF (0.3); TELECONFERENCE WITH M. MACHEN RE: RECLAMATION (0.2); TELECONFERENCE WITH A. THAW RE: RECLAMATION CLAIMS (0.2); CORRESPONDENCE WITH A. THAW RE: SAME (0.2); TELECONFERENCE WITH D. DRAGICH RE: RECLAMATION CLAIMS (0.1); CORRESPONDENCE RE: SAME (0.3). |
| MICHELI MJ | 04/21/06 | 4.50 | CONTINUE TO REVIEW OF RECLAMATION CORRESPONDENCE RE: AGREEMENTS OR DISAGREEMENTS TO STATEMENTS OF RECLAMATION (4.5). |
| MICHELI MJ | 04/24/06 | 7.30 | CONTINUE REVIEW OF RECLAMATION CORRESPONDENCE RE: AGREEMENTS OR DISAGREEMENTS TO STATEMENTS OF RECLAMATION (4.2); CORRESPONDENCE WITH RECLAMATION CLAIMANTS RE: DEADLINE TO RESPOND TO STATEMENTS OF RECLAMATION (2.3); TELECONFERENCE WITH V. MASTROMARCO RE: PALMER AND BACKIE (0.2); BEGIN DRAFTING LETTER RE: SAME (0.6). |
| MICHELI MJ | 04/25/06 | 4.80 | CONTINUE REVIEW OF RECLAMATION CORRESPONDENCE RE: AGREEMENTS OR DISAGREEMENTS TO STATEMENTS OF RECLAMATION (3.1); MEETING WITH J. WHARTON RE: TRANSITION OF RECLAMATION MATERIALS (1.7). |
| MICHELI MJ | 04/26/06 | 3.40 | REVIEW OPEN RECLAMATION MATTERS (0.8); CONTINUE REVIEW OF RECLAMATION CORRESPONDENCE RE: AGREEMENTS OR DISAGREEMENTS TO STATEMENTS OF RECLAMATION (2.6). |
| MICHELI MJ | 04/27/06 | 2.00 | MEETING WITH RECLAMATION TEAM (1.4); CONTINUE REVIEW OF RECLAMATION CORRESPONDENCE RE: AGREEMENTS OR DISAGREEMENTS TO STATEMENTS OF RECLAMATION (0.6). |

**83.60**

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| WHARTON JN | 04/24/06 | 1.50 | REVIEW RECLAMATION MOTION AND ORDER (0.5), RECLAMATION STATUS REPORT (0.2), AND RECLAMATION CLAIMANTS' RETURNED STATEMENTS OF RECLAMATION (0.8). |
| WHARTON JN | 04/25/06 | 2.70 | REVIEW AND ANALYZE STATUS REPORT (0.3); FORMULATE STRATEGY RE: RECLAMATION PROCESS (1.4); REVIEW AND ANALYZE RESPONSES TO STATEMENTS OF RECONCILIATION (1.0). |
| WHARTON JN | 04/26/06 | 2.80 | REVIEW DAILY STATUS REPORT (0.2); FORMULATE STRATEGY RE: RECLAMATION PROCESS (1.6); ANALYZE LIEN DEFENSE ISSUE (0.3); CONTINUE TO REVIEW RESPONSES TO STATEMENTS OF RECONCILIATION (0.7). |
| WHARTON JN | 04/27/06 | 4.70 | ATTEND WEEKLY RECLAMATION MEETING WITH C. CATTEL AND R. EMANUEL OF DELPHI, AND A. FRANKUM, B. CARUSO, C. WU AND T. MCDONAGH OF FTI (1.4); CONTINUE TO REVIEW STATUS REPORTS AND PRESENTATIONS ON RECLAMATION PROCESS (1.6); CONTINUE TO REVIEW RESPONSES TO STATEMENTS OF RECONCILIATION (0.8); AND FORMULATE STRATEGY RE: RECLAMATION PROCESS (0.9). |
| WHARTON JN | 04/28/06 | 1.90 | CONTINUE TO REVIEW RESPONSES TO STATEMENTS OF RECONCILIATION (1.9). |
| | | 13.60 | |
| **Total Associate** | | **97.20** | |
| DEMMA J | 04/04/06 | 0.70 | UPDATE RECLAMATION RESPONSE LOG (0.7). |
| DEMMA J | 04/10/06 | 0.70 | UPDATE RECLAMATION RESPONSE LOG (0.7). |
| DEMMA J | 04/11/06 | 1.60 | UPDATE RECLAMATION RESPONSE LOG (1.6). |
| DEMMA J | 04/12/06 | 2.70 | UPDATE RECLAMATION RESPONSE LOG (2.7). |
| DEMMA J | 04/13/06 | 5.70 | COMPARE CHART SENT FROM DELPHI RE: RECLAMATION RESPONSES THAT HAVE NOT BEEN CATALOGED (4.6); UPDATE RECLAMATION RESPONSE LOG (1.1). |
| DEMMA J | 04/14/06 | 3.40 | UPDATE RECLAMATION LOG (1.3); PREPARE RECLAMATION RESPONSES TO SEND TO DELPHI (2.1). |
| DEMMA J | 04/24/06 | 4.10 | UPDATE/INDEX RECEIVED RECLAMATION RESPONSES FROM VARIOUS PARTIES (4.1). |
| DEMMA J | 04/25/06 | 3.60 | UPDATE/INDEX RECEIVED RECLAMATION RESPONSES FROM VARIOUS PARTIES (3.6). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| DEMMA J | 04/26/06 | 5.10 | UPDATE/INDEX RECEIVED RECLAMATION RESPONSES FROM VARIOUS PARTIES (5.1). |
|---|---|---|---|
| DEMMA J | 04/27/06 | 4.60 | UPDATE/INDEX RECEIVED RECLAMATION RESPONSES FROM VARIOUS PARTIES (4.6). |

32.20

| MIRKOVIC M | 04/18/06 | 1.40 | REVIEW AND CATALOG RECLAMATION CLAIM RESPONSES (1.4). |
|---|---|---|---|
| MIRKOVIC M | 04/19/06 | 1.20 | REVIEW AND CATALOG RECLAMATION CLAIM RESPONSES (1.2). |
| MIRKOVIC M | 04/20/06 | 2.30 | REVIEW AND CATALOG RECLAMATION CLAIM RESPONSES (2.3). |
| MIRKOVIC M | 04/21/06 | 4.40 | REVIEW AND CATALOG RECLAMATION CLAIM RESPONSES (4.4). |
| MIRKOVIC M | 04/24/06 | 6.40 | REVIEW AND CATALOG RECLAMATION CLAIM RESPONSES (6.4). |
| MIRKOVIC M | 04/25/06 | 7.90 | REVIEW AND CATALOG RECLAMATION CLAIM RESPONSES (7.9). |
| MIRKOVIC M | 04/26/06 | 4.60 | REVIEW AND CATALOG RECLAMATION CLAIM RESPONSES (4.6). |

28.20

Total Legal Assistant       60.40

**TOTAL TIME**       **157.60**

59

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| Delphi Corporation (DIP)<br>Claims Admin. (Reclamation/Trust Funds) | | | Bill Date: 05/31/06<br>Bill Number: 1108515 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 04/12/06 | Micheli MJ | 284.04 |
| Air/Rail Travel - vendor feed | 04/19/06 | Micheli MJ | 284.04 |
| Air/Rail Travel - vendor feed | 04/27/06 | Wharton JN | 554.92 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$1,123.00** |
| In-house Reproduction | 04/18/06 | Copy Center, D | 2.40 |
| In-house Reproduction | 04/21/06 | Copy Center, D | 376.99 |
| In-house Reproduction | 04/25/06 | Copy Center, D | 753.39 |
| In-house Reproduction | 04/28/06 | Copy Center, D | 483.22 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1,616.00** |
| Telephone Expense | 04/28/06 | Telecommunications, D | 2.64 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 3.29 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 0.07 |
| | | **TOTAL TELEPHONE EXPENSE** | **$6.00** |
| Non-standard/Outside Reproduction | 04/25/06 | 24 Seven Discovere, L.L.C. | 1,269.00 |
| | | **TOTAL NON-STANDARD/OUTSIDE REPRODUCTION** | **$1,269.00** |
| Westlaw | 04/12/06 | Micheli MJ | 96.98 |
| Westlaw | 04/21/06 | Micheli MJ | 42.02 |
| | | **TOTAL WESTLAW** | **$139.00** |
| Out-of-Town Travel | 04/12/06 | Micheli MJ | 94.62 |
| Out-of-Town Travel | 04/12/06 | Micheli MJ | 11.26 |
| Out-of-Town Travel | 04/19/06 | Micheli MJ | 6.99 |
| Out-of-Town Travel | 04/19/06 | Micheli MJ | 33.02 |
| Out-of-Town Travel | 04/19/06 | Micheli MJ | 85.01 |
| Out-of-Town Travel | 04/27/06 | Wharton JN | 77.05 |
| Out-of-Town Travel | 04/27/06 | Wharton JN | 78.05 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$386.00** |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 04/20/06 | Dist Serv/Mail/Page, D | 42.84 |
| Messengers/ Courier | 04/21/06 | Dist Serv/Mail/Page, D | 22.23 |
| Messengers/ Courier | 04/21/06 | Dist Serv/Mail/Page, D | 54.57 |
| Messengers/ Courier | 04/21/06 | Dist Serv/Mail/Page, D | 17.02 |
| Messengers/ Courier | 04/21/06 | Dist Serv/Mail/Page, D | 29.21 |
| Messengers/ Courier | 04/24/06 | Dist Serv/Mail/Page, D | 23.65 |
| Messengers/ Courier | 04/25/06 | Dist Serv/Mail/Page, D | 41.94 |
| Messengers/ Courier | 04/26/06 | Dist Serv/Mail/Page, D | 18.87 |
| Messengers/ Courier | 04/27/06 | Dist Serv/Mail/Page, D | 16.69 |
| Messengers/ Courier | 04/28/06 | Dist Serv/Mail/Page, D | 28.66 |
| Messengers/ Courier | 04/30/06 | United Parcel Service | 32.32 |
| | | **TOTAL MESSENGERS/ COURIER** | **$328.00** |
| Out-of-Town Meals | 04/12/06 | Micheli MJ | 12.94 |
| Out-of-Town Meals | 04/19/06 | Micheli MJ | 4.25 |
| Out-of-Town Meals | 04/27/06 | Wharton JN | 9.41 |
| Out-of-Town Meals | 04/27/06 | Wharton JN | 11.40 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$38.00** |
| Court Reporting | 04/25/06 | Sasm&F Chicago | 66.00 |
| | | **TOTAL COURT REPORTING** | **$66.00** |
| | | **TOTAL MATTER** | **$4,971.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                    Bill Date: 06/30/06
Claims Admin. (Reclamation/Trust Funds)                    Bill Number: 1112661

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| WHARTON JN | 05/01/06 | 1.70 | CONTINUE TO REVIEW RESPONSES TO STATEMENTS OF RECONCILIATION (0.9) AND REPORTS AND PRESENTATIONS RE: RECLAMATION PROCESS (0.8). |
| WHARTON JN | 05/02/06 | 1.50 | REVIEW STATUS REPORT (0.2); RESEARCH CASE LAW RE: EFFECT OF LIEN ON RECLAMATION CLAIMS (0.8); REVIEW REPORT TO CREDITORS COMMITTEE (0.5). |
| WHARTON JN | 05/03/06 | 3.30 | REVIEW AND ANALYZE STATUS REPORT (0.3) AND WEEKLY MEETING PRESENTATION (0.5); CONTINUE TO RESEARCH CASE LAW RE: EFFECT OF LIEN ON RECLAMATION CLAIM (0.4); TELECONFERENCE WITH B. PICKERING OF MESIROW RE: STATUS OF RECLAMATION PROCESS (0.4); MEETING WITH C. CATTEL, R. EMANUEL AND H. SHERRY OF DELPHI AND A. FRANKUM, C. WU, AND T. MCDONAGH OF FTI RE: STATUS OF RECLAMATION CLAIMS PROCESS AND FORMULATE STRATEGY FOR FUTURE (1.7). |
| WHARTON JN | 05/10/06 | 4.30 | REVIEW, ANALYZE AND WORK ON RESOLVING CLAIMS OF SPEEDLINE TECHNOLOGIES (0.1), ANGEL-DEMMEL NORTH AMERICA (0.1), TADIRAN BATTERIES (0.1), AND FLEXTRONICS (0.1); REVIEW AND ANALYZE STATUS REPORTS AND REPORTS TO RECLAMATION EXECUTIVE BOARD (0.4); ANALYZE WIRE APPLICATION ISSUE (0.4); RESEARCH CASE LAW RE: BANK LIEN DEFENSE (1.4); MEETING WITH A. FRANKUM OF FTI RE: FORMULATE STRATEGY RE: NEGOTIATING TACTICS TO BE EMPLOYED BY CASE MANAGERS (0.4); MEETING WITH C. CATTEL, R. EMANUEL AND H. SHERRY OF DELPHI AND A. FRANKUM, C. WU AND T. MCDONAGH OF FTI RE: WEEKLY REVIEW OF RECLAMATION MATTERS (0.8); DRAFT LETTER TO BE SENT TO CLAIMANTS WHO DID NOT COMPLY WITH RECLAMATION ORDER BECAUSE THEIR RESPONSE TO STATEMENT OF RECLAMATION DID NOT PROVIDE SUFFICIENT INFORMATION FOR DISAGREEMENT (0.5). |
| WHARTON JN | 05/11/06 | 0.30 | REVIEW AND ANALYZE MEMO SUMMARIZING ISSUES ARISING OUT OF APPLICATIONS OF WIRE TRANSFERS TO PRE-PETITION CLAIMS, INCLUDING RECLAMATION CLAIMS (0.3). |
| WHARTON JN | 05/12/06 | 0.30 | DRAFT LETTER TO BE SENT TO RECLAMATION CLAIMANTS RE: ADJUSTMENT OF CLAIMS IN CONNECTION WITH APPLICATION OF WIRE TRANSFERS (0.3). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| WHARTON JN | 05/15/06 | 0.90 | TELECONFERENCES RE: RECLAMATION CLAIMS WITH S. GRAFTON, COUNSEL TO MATERIAL SCIENCE CORP., (0.1) AND S. VASSER, COUNSEL TO SPEEDLINE (0.1); TELECONFERENCE WITH R. EMANUEL OF DELPHI RE: PRESTOLITE CLAIM (0.1); ANALYZE SPEEDLINE DEMAND FOR IMMEDIATE PAYMENT (0.1); FORMULATE STRATEGY FOR NEGOTIATION TACTICS WITH DISAGREEING CLAIMANTS (0.5). |
| WHARTON JN | 05/16/06 | 2.00 | REVIEW AND ANALYZE PRESENTATION FOR WEEKLY RECLAMATION MEETING AND STATUS REPORTS (0.5); ANALYZE AND WORK TO RESOLVE CLAIMS OF RECLAMATION CLAIMANTS ANGEL-DEMMELL NORTH AMERICA (0.2), TYZ-ALL PLASTICS (0.2); TADIRAN BATTERIES (0.4), CITATION CORP (0.4) AND SCIENTIFIC TUBE (0.3). |
| WHARTON JN | 05/17/06 | 4.00 | TELECONFERENCE WITH B. PICKERING OF MESIROW RE: STATUS OF RECLAMATION CLAIMS (0.4) AND MEETING RE: STATUS OF RECLAMATION PROCESS WITH C. CATTELL, R. EMANUEL AND H. SHERRY OF DELPHI AND A. FRANKUM, C. WU AND T. MCDONAGH OF FTI CONSULTING (1.9); ANALYZE AND WORK TO RESOLVE CLAIMS OF RECLAMATION CLAIMANTS SCIENTIFIC TUBE (0.2), ANGEL-DEMMELL (0.3), TDK (0.2), TYZ-ALL PLASTICS (0.2), AND TADIRAN BATTERIES (0.2), ANALYZE ISSUES RE: INVENTORY TESTING (0.2) AND RE-APPLICATION OF WIRE PAYMENTS (0.4). |
| WHARTON JN | 05/18/06 | 2.80 | ANALYZE AND WORK TO RESOLVE CLAIMS OF RECLAMATION CLAIMANTS ATF, INC. (0.1), TDK (0.1), SCIENTIFIC TUBE (0.2), CENTURY MOLD AND TOOL (0.2), AND FEINTOOL (0.1); ANALYZE ISSUES RE: WIRE RE-APPLICATION (0.8) AND INVENTORY TESTING (0.2); RESEARCH CASE LAW RE: LIEN DEFENSE (1.1). |
| WHARTON JN | 05/19/06 | 2.30 | TELECONFERENCES WITH G. DICONZA, ATTORNEY FOR TYZ-ALL PLASTICS (0.1), L. AGOSTO, ATTORNEY FOR TADIRAN BATTERIES (0.1), T. BUTERA AND D. MURDOCH, ATTORNEYS FOR PPG INDUSTRIES (0.2), AND I. GOLDBERG, ATTORNEY FOR SCIENTIFIC TUBE AND CENTURY MOLD (0.2); ANALYZE AND WORK TO RESOLVE CLAIMS OF RECLAMATION CLAIMANTS ANGEL-DEMMELL (0.3), TYZ-ALL PLASTICS (0.1), TADIRAN BATTERIES (0.3), AND CITATION CORP (0.1); CONTINUE RESEARCH RE: LIEN DEFENSE (0.9). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| WHARTON JN | 05/22/06 | 3.90 | TELECONFERENCE WITH C. WU OF FTI RE: STATUS OF OPEN ITEMS (0.1); TELECONFERENCE WITH R. EMANUEL OF DELPHI RE: SCIENTIFIC TUBE, CENTURY MOLD, AND SPEEDLINE RECLAMATION CLAIMS (0.2); ANALYZE AND WORK TO RESOLVE CLAIMS OF RECLAMATION CLAIMANTS TADIRAN BATTERIES (0.3), SCIENTIFIC TUBE (0.1), CENTURY MOLD (0.2), FLEXTRONICS (0.3). CITATION CORP (0.2), AND ATF, INC. (0.2); TELECONFERENCE WITH M. SOLOMON, COUNSEL TO CITATION CORP RE: CLAIM (0.1); RESEARCH CASE LAW RE: LIEN DEFENSE (1.4) AND ALTERATION DEFENSE (0.8). |
| WHARTON JN | 05/23/06 | 1.30 | TELECONFERENCE WITH C. CATTELL OF DELPHI RE: STATUS OF RECLAMATIONS PROCESS (0.2); ANALYZE AND WORK TO RESOLVE CLAIMS OF RECLAMATION CLAIMANTS WAKO ELECTRONICS (0.2), ALEXANDER MFG (0.2), BRAZEWAY INC. (0.2), CITATION CORP (0.3), AND TADIRAN BATTERIES (0.2). |
| WHARTON JN | 05/24/06 | 4.10 | TELECONFERENCE WITH B. PICKERING OF MESIROW RE: STATUS OF RECLAMATION PROCESS (0.2); TELECONFERENCE WITH H. SHERRY OF DELPHI, AND C. WU AND T. MCDONAGH OF FTI RE: STATUS OF RECLAMATION PROCESS (1.5); REVIEW PRESENTATION FOR WEEKLY RECLAMATION MEETING (0.3); ANALYZE AND WORK TO RESOLVE CLAIMS OF RECLAMATION CLAIMANTS CITATION CORP (0.2); TADIRAN BATTERIES (0.3), FLEXTRONICS (0.4), NOMA CO. (0.2), FUJITSU COMPONENTS (0.2), WAKO ELECTRONICS (0.2), ALEXANDER MFG (0.3), AND ADVANTECH PLASTICS (0.3). |
| WHARTON JN | 05/25/06 | 1.30 | CONTINUE TO ANALYZE WIRE RE-APPLICATION ISSUE (0.2); TELECONFERENCES WITH B. RICHARDS OF SONNENSCHEIN RE: MOLEX'S RECLAMATION CLAIM (0.1) AND M. MACHEN OF SONNENSCHEIN RE: UNITED PLASTICS GROUP'S RECLAMATION CLAIM (0.1); ANALYZE AND WORK TO RESOLVE CLAIMS OF RECLAMATION CLAIMANTS SPEEDLINE (0.2), SCIENTIFIC TUBE (0.3), CENTURY MOLD (0.2), AND CITATION CORP (0.2). |
| WHARTON JN | 05/30/06 | 2.80 | CONTINUE TO RESEARCH LIEN DEFENSE (1.6); ANALYZE AND WORK TO RESOLVE CLAIMS OF RECLAMATION CLAIMANTS ALPINE ELECTRONICS (0.2), MOLEX CO. (0.1), UNITED PLASTICS GROUP (0.2), NOMA CO. (0.1), FUJITSUE COMPONENTS (0.2), CITATION CORP (0.1), ALEXANDER MFG (0.2), AND WAKO ELECTRONICS (0.1). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| WHARTON JN | 05/31/06 | 5.80 | CONTINUE TO ANALYZE AND WORK TO RESOLVE RECLAMATION CLAIMS OF ANGELL-DEMMEL (0.3), BRAZEWAY (0.3), THYSSENKRUPP WAUPACA (0.4), CITATION CORP (0.2), TADIRAN BATTERIES (0.3), ADVANTECH PLASTICS (0.3), PPG INDUSTRIES (0.2), AND TYZ-ALL PLASTICS (0.3), TELECONFERENCE WITH A. THAU, COUNSEL TO FLEXTRONICS RE: PROPOSED STIPULATION TO RESOLVE RECLAMATION CLAIM (0.1) AND ANALYZE FLEXTRONICS CLAIM (0.2), REVIEW PRESENTATION FOR WEEKLY RECLAMATION MEETING (0.3), FORMULATE STRATEGY RE: NEGOTIATION TACTICS (0.3), CONTINUE RESEARCH RE: VALIDITY OF LIEN DEFENSE (0.3), ATTEND WEEKLY RECLAMATION STRATEGY MEETING (2.3). |
| | | **42.60** | |
| **Total Associate** | | **42.60** | |
| DEMMA J | 05/01/06 | 2.10 | UPDATE RECLAMATION RESPONSE LOG (2.1). |
| DEMMA J | 05/02/06 | 1.60 | UPDATE RECLAMATION RESPONSE FILE (1.6). |
| DEMMA J | 05/03/06 | 0.60 | UPDATE RECLAMATION RESPONSE LOG (0.6). |
| DEMMA J | 05/04/06 | 1.70 | UPDATE RECLAMATION RESPONSE LOG (1.7). |
| DEMMA J | 05/05/06 | 1.70 | UPDATE RECLAMATION RESPONSE LOG (1.7). |
| DEMMA J | 05/10/06 | 0.60 | UPDATE RECLAMATION RESPONSE LOG (0.6). |
| DEMMA J | 05/22/06 | 0.60 | UPDATE RECLAMATION RESPONSE LOG (0.6). |
| DEMMA J | 05/24/06 | 3.20 | UPDATE RECLAMATION RESPONSE LOG (3.2). |
| DEMMA J | 05/26/06 | 1.10 | UPDATE RECLAMATION RESPONSE LOG (1.1). |
| | | **13.20** | |
| GILCHRIST JM | 05/17/06 | 6.30 | REVIEWING AND ORGANIZING RECLAMATION CLAIM RESPONSES (6.3). |
| | | **6.30** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| NOWICKI JA | 05/15/06 | 4.90 | REVIEWING AND ORGANIZING RECLAMATION CLAIM RESPONSES (4.9). |
| NOWICKI JA | 05/16/06 | 8.60 | REVIEWING AND ORGANIZING RECLAMATION CLAIM RESPONSES (8.6). |
| NOWICKI JA | 05/17/06 | 8.80 | REVIEWING AND ORGANIZING RECLAMATION CLAIM RESPONSES (8.8). |
| | | 22.30 | |

**Total Legal Assistant**          41.80

| | | | |
|---|---|---|---|
| WORSCHECK TM | 05/17/06 | 1.10 | REVIEWING AND ORGANIZING RECLAMATION CLAIM RESPONSES (1.1). |
| | | 1.10 | |
| Total Legal Assistant Support | | 1.10 | |

**TOTAL TIME**          <u>85.50</u>

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 06/30/06
Claims Admin. (Reclamation/Trust Funds)                    Bill Number: 1112661

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 05/03/06 | Wharton JN | 815.25 |
| Air/Rail Travel - vendor feed | 05/10/06 | Wharton JN | 417.44 |
| Air/Rail Travel - vendor feed | 05/17/06 | Wharton JN | 471.99 |
| Air/Rail Travel - vendor feed | 05/17/06 | Wharton JN | 120.31 |
| Air/Rail Travel - vendor feed | 05/23/06 | Wharton JN | 120.31 |
| Air/Rail Travel - vendor feed | 05/23/06 | Wharton JN | -120.31 |
| Air/Rail Travel - vendor feed | 05/24/06 | Wharton JN | 204.12 |
| Air/Rail Travel - vendor feed | 05/24/06 | Wharton JN | 120.31 |
| Air/Rail Travel - vendor feed | 05/24/06 | Wharton JN | -120.31 |
| Air/Rail Travel - vendor feed | 05/24/06 | Wharton JN | -159.12 |
| Air/Rail Travel - vendor feed | 05/30/06 | Wharton JN | 677.61 |
| Air/Rail Travel - vendor feed | 05/30/06 | Wharton JN | -632.60 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$1,915.00** |
| In-house Reproduction | 05/02/06 | Copy Center, D | 169.08 |
| In-house Reproduction | 05/05/06 | Copy Center, D | 13.42 |
| In-house Reproduction | 05/09/06 | Copy Center, D | 33.72 |
| In-house Reproduction | 05/12/06 | Copy Center, D | 23.51 |
| In-house Reproduction | 05/16/06 | Copy Center, D | 26.31 |
| In-house Reproduction | 05/19/06 | Copy Center, D | 5.60 |
| In-house Reproduction | 05/19/06 | Copy Center, D | 2.00 |
| In-house Reproduction | 05/23/06 | Copy Center, D | 114.36 |
| In-house Reproduction | 05/26/06 | Copy Center, D | 8.40 |
| In-house Reproduction | 05/30/06 | Copy Center, D | 5.60 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$402.00** |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 05/26/06 | Telecommunications, D | 2.23 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 2.73 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.04 |
| | | **TOTAL TELEPHONE EXPENSE** | **$5.00** |
| Westlaw | 05/22/06 | Terwilleger ZD | 4.00 |
| | | **TOTAL WESTLAW** | **$4.00** |
| Out-of-Town Travel | 05/03/06 | Wharton JN | 77.00 |
| Out-of-Town Travel | 05/03/06 | Wharton JN | 80.00 |
| Out-of-Town Travel | 05/10/06 | Wharton JN | 77.00 |
| Out-of-Town Travel | 05/10/06 | Wharton JN | 80.00 |
| Out-of-Town Travel | 05/17/06 | Wharton JN | 80.00 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$394.00** |
| Messengers/ Courier | 05/02/06 | Dist Serv/Mail/Page, D | 147.22 |
| Messengers/ Courier | 05/02/06 | Dist Serv/Mail/Page, D | 10.33 |
| Messengers/ Courier | 05/07/06 | United Parcel Service | 62.20 |
| Messengers/ Courier | 05/30/06 | Dist Serv/Mail/Page, D | 9.24 |
| Messengers/ Courier | 05/31/06 | Dist Serv/Mail/Page, D | 73.01 |
| | | **TOTAL MESSENGERS/ COURIER** | **$302.00** |
| Out-of-Town Meals | 05/03/06 | Wharton JN | 7.29 |
| Out-of-Town Meals | 05/03/06 | Wharton JN | 5.29 |
| Out-of-Town Meals | 05/10/06 | Wharton JN | 7.29 |
| Out-of-Town Meals | 05/10/06 | Wharton JN | 4.22 |
| Out-of-Town Meals | 05/17/06 | Wharton JN | 7.18 |
| Out-of-Town Meals | 05/17/06 | Wharton JN | 8.15 |
| Out-of-Town Meals | 05/17/06 | Wharton JN | 9.58 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$49.00** |
| | | **TOTAL MATTER** | **$3,071.00** |

B43E