SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

          - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


EXHIBIT D-19
AUTOMATIC STAY (RELIEF ACTIONS)
304.0 HOURS

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                          Bill Date: 03/31/06
Automatic Stay (Relief Actions)                              Bill Number: 1108452

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| MATZ TJ | 02/06/06 | 0.90 | TELECONFERENCES WITH CHAMBERS RE: BANK OF AMERICA STAY MOTION (0.2); TELECONFERENCE WITH D. KANEY RE: SAME (0.2); FOLLOW UP RE: SAME (0.2); TELECONFERENCE WITH M. ETHIN RE: ADJOURNMENT (0.3). |
| MATZ TJ | 02/07/06 | 1.30 | FOLLOW UP RE: EXTENDING CNA TOLLING PERIOD (0.2); TELECONFERENCE WITH IRS RE: CLOSING VARIOUS DEBTORS' FILE FROM 2002 (0.4); CORRESPONDENCE WITH D. KANEY RE: STAY OF ADVERSARY PROCEEDINGS (0.2); TELECONFERENCE WITH H. LONGMAN RE: SAME (0.2); TELECONFERENCE WITH M. ETKIN RE: STAY OF ADVERSARY PROCEEDINGS (0.2); TELECONFERENCE WITH CHAMBERS RE: SAME (0.1). |
| MATZ TJ | 02/08/06 | 0.30 | TELECONFERENCE WITH H. LONGMAN RE: PLEADING SCHEDULING (0.3). |
| MATZ TJ | 02/27/06 | 0.20 | REVIEW AND REVISE ORLICK LIFT STAY REQUEST (0.2). |
| MATZ TJ | 02/28/06 | 0.20 | CORRESPONDENCE AND FOLLOW UP WORK RE: E. ORLIK LIFT STAY MOTION (0.2). |
|  |  | **2.90** |  |
| **Total Counsel** |  | **2.90** |  |
| MEISLER RE | 02/23/06 | 1.30 | REVIEW E. ORLIK PLEADINGS (0.8); TELECONFERENCE WITH F. KUPLICKI RE: SAME (0.5). |
| MEISLER RE | 02/27/06 | 0.20 | REVIEW E. ORLIK MATTER (0.2). |
|  |  | **1.50** |  |
| MICHELI MJ | 02/01/06 | 1.80 | DRAFT CORRESPONDENCE TO J. PAPELIAN RE: BUTTITTA (0.1); TELECONFERENCE WITH F. FRIEDSTEDT RE: BUTTITTA MOTION TO QUASH (0.5); ANALYSIS OF BUTTITTA PLEADINGS RE: SAME (0.2); BEGAN DRAFTING DISCOVERY RESPONSES TO BUTTITTA'S DISCOVERY REQUESTS (1.0). |
| MICHELI MJ | 02/02/06 | 3.20 | CONTINUED DRAFTING BUTTITTA DISCOVERY RESPONSES (1.9); ANALYSIS OF BUTTITTA DISCOVERY REQUESTS RE: REPONSES TO BE FILED (0.4); TELECONFERENCES WITH D. MATTESON RE: MOTLEY LIFT STAY (0.2, 0.2); TELECONFERENCE WITH F. FRIEDSTEDT RE: BUTTITTA DISCOVERY RESPONSES (0.4); TELECONFERENCE WITH D. STABB RE: SHAW LIFT STAY (0.1). |

11

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MICHELI MJ | 02/03/06 | 3.00 | TELECONFERENCE WITH D. STABB RE: LIFT STAY CLAIMANT (0.1); CONTINUED DRAFTING DISCOVERY RESPONSES TO BUTTITTA DISCOVERY REQUESTS (1.2); TELECONFERENCE WITH F. FRIEDSTADT RE: SAME (0.2); CORRESPONDENCE WITH J. PAPELIAN RE: SAME (0.2); DRAFTED TRANSMITTAL LETTER RE: BUTTITTA DISCOVERY RESPONSES (0.4); FINALIZED DISCOVERY RESPONSES TO BUTTITTA DISCOVERY REQUESTS (0.9). |
| MICHELI MJ | 02/17/06 | 0.30 | REVIEW ORLIK LIFT STAY REQUEST (0.1); REVIEW PREVIOUS CORRESPONDENCE RE: BUTTITTA (0.2). |
| MICHELI MJ | 02/23/06 | 1.60 | TELECONFERENCE WITH F. KUPLICKI RE: ORLIK LIFT STAY (0.4); REVIEW ORLIK PLEADINGS (0.3); DRAFTED LETTER TO E. ORLIK (0.9). |
| MICHELI MJ | 02/24/06 | 1.50 | REVISED LETTER TO ORLIK RE: COMMENTS RECEIVED (0.7); REVIEW ORLIK MATERIALS RE: LETTER AND LIFT STAY REQUEST (0.8). |
| MICHELI MJ | 02/27/06 | 0.50 | TELECONFERENCE WITH E. ORLIK (0.2); CORRESPONDENCE WITH E. ORLIK RE: SAME (0.1); TELECONFERENCE WITH R. MCGONGIGLE RE: BUTTITTA LIFT STAY (0.2). |
| MICHELI MJ | 02/28/06 | 0.60 | CORRESPONDENCE WITH T. MATZ RE: ORLIK REQUEST TO LIFT THE STAY (0.1); REVIEW BUTTITTA STATUS (0.1); TELECONFERENCE WITH R. MCGONIGIGLE RE: SAME (0.2); CORRESPONDENCE WITH J. PAPELIAN RE: SAME (0.2). |
| | | **12.50** | |
| **Total Associate** | | **14.00** | |
| **TOTAL TIME** | | **16.90** | |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Automatic Stay (Relief Actions)**

**Bill Date: 03/31/06**
**Bill Number: 1108452**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 02/17/06 | Copy Center, D | 17.05 |
| In-house Reproduction | 02/24/06 | Copy Center, D | 37.59 |
| In-house Reproduction | 02/28/06 | Copy Center, D | 2.99 |
| In-house Reproduction | 02/28/06 | Copy Center, D | 8.37 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$66.00** |
| Messengers/ Courier | 02/03/06 | Dist Serv/Mail/Page, D | 6.14 |
| Messengers/ Courier | 02/03/06 | Dist Serv/Mail/Page, D | 6.14 |
| Messengers/ Courier | 02/03/06 | Dist Serv/Mail/Page, D | 6.14 |
| Messengers/ Courier | 02/10/06 | Dist Serv/Mail/Page, D | 21.58 |
| | | **TOTAL MESSENGERS/ COURIER** | **$40.00** |
| | | **TOTAL MATTER** | **$106.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                    Bill Date: 04/30/06
Automatic Stay (Relief Actions)                            Bill Number: 1108601

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| DIAZ LB | 03/31/06 | 5.20 | REVIEW LIFT STAY MOTIONS AND CREATED A SPECIAL SERVICE LIST OF DELPHI'S OBJECTIONS (0.9); RESEARCH NOTICE FILING REQUIREMENTS RE: PREVIOUSLY FILED LIFT STAY MOTIONS (0.6); DRAFT DOCUMENTS IN PREPARATION FOR OMNIBUS HEARING RE: LIFT STAY MOTIONS (3.7). |
|  |  | **5.20** |  |
| FERN BM | 03/27/06 | 3.50 | ATTENTION TO ISSUES RE: LIFT STAY PROCEDURES (0.5); TELECONFERENCE WITH B. TELGEN RE: VARIOUS LIFT-STAY MATTERS (0.3); REVIEWED VARIOUS LIFT STAY MOTIONS FILED AGAINST THE DEBTORS (2.2); FORMULATE STRATEGY RE: RESPONDING TO VARIOUS LIFT STAY MOTIONS (0.5). |
| FERN BM | 03/28/06 | 4.90 | DRAFT OMNIBUS OBJECTION TO LIFT-STAY MOTIONS (3.7); REVISE OMNIBUS OBJECTION TO LIFT-STAY MOTIONS (1.2). |
| FERN BM | 03/29/06 | 7.30 | REVIEWED (0.3) AND ANALYZED ISSUES (0.5) RE: AUTO TECHNOLOGIES' LIFT STAY MOTION; TELECONFERENCE WITH W. KOZOWSKI RE: AUTO TECH (0.3); FORMULATE STRATEGY RE: RESPONSE TO AUTO TECH'S MOTION TO LIFT STAY (0.8); REVIEWED ISSUES RE: LIFT STAY PROCEDURES (1.0); RESEARCH RE: AUTOMATIC STAY AND THIRD-PARTY SUBPOENAS (1.2); RESEARCH RE: EXTENSION OF AUTOMATIC STAY (1.4); REVIEWED AND REVISED OMNIBUS LIFT-STAY OBJECTION (1.6); CORRESPONDENCE TO B. TELGEN RE: LIFT STAY OBJECTION (0.2). |
| FERN BM | 03/30/06 | 7.50 | EMAILS TO/FROM B. TELGEN RE: OMNIBUS LIFT-STAY OBJECTION (0.3); REVIEW DOCUMENTS RE: VARIOUS LIFT-STAY PROCEDURES (0.7); BEGIN DRAFTING LIST OF KEY ISSUES RE: LIFT STAY PROCEDURES (0.5); DRAFT MEMO RE: AUTO TECH (2.8); ATTENTION TO ISSUES RE: AUTO TECH'S LIFT STAY MOTION (0.4); FORMULATE STRATEGY RE: RESPONDING TO AUTO TECH'S MOTION TO LIFT AUTOMATIC STAY (0.4); FORMULATE STRATEGY RE: LIFT STAY PROCEDURES (2.4). |
| FERN BM | 03/31/06 | 7.50 | ATTENTION TO ISSUES RE: AUTO TECH'S MOTION TO LIFT STAY (0.4); REVIEW AND REVISE OMNIBUS LIFT-STAY OBJECTION (3.9); BEGIN DRAFTING OBJECTION TO AUTO TECH'S LIFT-STAY MOTION (3.2). |
|  |  | **30.70** |  |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MEISLER RE | 03/02/06 | 0.20 | TELECONFERENCE WITH G. DICONZA RE: E. ORLIK MOTION TO LIFT STAY (0.2). |
| MEISLER RE | 03/08/06 | 0.20 | REVIEW LIFT STAY PLEADINGS FILED FOR APRIL OMNIBUS (0.2). |
| MEISLER RE | 03/10/06 | 0.40 | BEGIN TO ANALYZE LIFT STAY PROCEDURES (0.4). |
| MEISLER RE | 03/12/06 | 2.50 | BEGAN ANALYSIS OF LIFT STAY PROCEDURES (2.5). |
| MEISLER RE | 03/13/06 | 0.50 | REVIEW VARIOUS ALTERNATIVES FOR LIFT STAY PROCEDURES (0.5). |
| MEISLER RE | 03/14/06 | 0.80 | CONTINUE TO REVIEW VARIOUS ALTERNATIVES FOR LIFT STAY PROCEDURES (0.8). |
| MEISLER RE | 03/18/06 | 0.30 | CONTINUE REVIEW OF MOTIONS REQUESTING LIFT STAY (0.3). |
| MEISLER RE | 03/27/06 | 0.70 | ATTENTION TO LIFT STAY MOTIONS (0.4) AND LIFT STAY PROTOCOLS (0.3). |
| MEISLER RE | 03/29/06 | 1.50 | REVIEW LIFT STAY MATTERS UP AT THE HEARING ON APRIL 7 (0.3); COMMENT ON DRAFT OMNIBUS OBJECTION RE: SAME (1.2). |
| MEISLER RE | 03/30/06 | 0.30 | CONTINUE TO REVIEW AND COMMENT ON LIFT STAY OBJECTION (0.3). |
| MEISLER RE | 03/31/06 | 2.60 | CONTINUE TO REVIEW AND COMMENT ON LIFT STAY OBJECTION (2.6). |
| | | **10.00** | |
| MICHELI MJ | 03/03/06 | 0.40 | DRAFT ORLIK LIFT STAY CONTINUANCE SCRIPT (0.4). |
| MICHELI MJ | 03/06/06 | 0.20 | TELECONFERENCE WITH F. FRIEDSTEDT RE: BUTTITTA (0.1); CORRESPONDENCE WITH R. MCGONIGLE RE: SAME (0.1). |
| MICHELI MJ | 03/08/06 | 0.70 | REVIEW OPEN ISSUES FOR THE BUTTITTA MATTER (0.2); DRAFT CORRESPONDENCE RE: SAME (0.2); REVIEW LIFT STAY MOTION FILED BY ELMORE (0.3). |
| MICHELI MJ | 03/09/06 | 0.50 | REVIEW OPEN ISSUES FOR THE BUTTITTA MATTER (0.2); TELECONFERENCE WITH R. MCGONIGLE RE: SAME (0.1); DRAFTED CORRESPONDENCE RE: SAME (0.2). |
| MICHELI MJ | 03/10/06 | 0.60 | TELECONFERENCE WITH J. PAPELIAN, G. JACKSON, G. SIDRONE, F. FRIEDSTEDT RE: BUTTITTA (0.6). |
| MICHELI MJ | 03/13/06 | 0.20 | CORRESPONDENCE WITH BUTTITTA RE: MEET AND CONFER (0.2). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MICHELI MJ | 03/17/06 | 0.70 | REVIEW BUTTITTA MATERIALS IN PREPARATION FOR MEET AND CONFER (0.3); BUTTITTA MEET AND CONFER (0.4). |
| MICHELI MJ | 03/18/06 | 0.50 | DRAFT SUMMARY OF BUTTITTA MEET AND CONFER (0.3); DRAFT CORRESPONDENCE TO J. PAPELIAN RE: SAME (0.2). |
| MICHELI MJ | 03/20/06 | 2.00 | ANALYSIS OF BUTTITTA MATTER (0.3); REVIEW FILED LIFT STAY MOTIONS (1.1); TELECONFERENCE WITH G. MOORE RE: ELMORE (0.3); TELECONFERENCE WITH A. LOWELL RE: LIFT STAY ACTION (0.3). |
| MICHELI MJ | 03/21/06 | 1.20 | REVIEW DISCLOSURE RESEARCH RE: LIFT STAY CLAIMANTS (0.3); CONTINUE ANALYSIS OF LIFT STAY MOTIONS (0.4); DRAFT CORRESPONDENCE RE: CONTINUANCE OF LIFT STAY MOTIONS (0.5). |
| MICHELI MJ | 03/27/06 | 5.50 | CONTINUE REVIEW OF FILED MOTIONS TO LIFT THE AUTOMATIC STAY (0.3); CONTINUE DRAFTING OBJECTION TO ELMORE AND O'NEIL MOTIONS TO LIFT THE AUTOMATIC STAY (0.4); CORRESPONDENCE RE: BUTTITTA DISCOVERY (0.3); TELECONFERENCE WITH G. MOORE RE: ELMORE MATTER (0.2); REVIEW MATERIALS RE: SAME (0.2); TELECONFERENCE WITH G. DICONZA RE: ORLIK LIFT STAY (0.2); DRAFT CORRESPONDENCE TO G. DICONZA RE: SAME (0.3); BEGIN REVIEW OF AUTOMOTIVE TECHNOLOGIES MOTION TO MODIFY THE AUTOMATIC STAY (0.5); TELECONFERENCE WITH C. BATTIGLIA RE: SAME (0.2); TELECONFERENCE WITH W. TELIGENT RE: INSURANCE ISSUES (0.3); REVIEW AND ANALYSIS OF INSURANCE ISSUES (0.4); REVISE OBJECTION TO ELMORE AND O'NEIL MOTIONS TO LIFT THE AUTOMATIC STAY (2.2). |
| MICHELI MJ | 03/28/06 | 2.80 | REVISE OBJECTION TO ELMORE AND O'NEIL MOTIONS TO LIFT THE AUTOMATIC STAY (2.5); CORRESPONDENCE WITH G. MOORE AND M. MAZZA RE: INSURANCE ISSUES AND ELMORE AND O'NEIL MOTIONS (0.3). |
| MICHELI MJ | 03/29/06 | 2.20 | CONTINUE REVIEW OF AUTOMOTIVE TECHNOLOGIES MOTION TO MODIFY THE AUTOMATIC STAY (0.6); TELECONFERENCE WITH C. BATTIGLIA RE: SAME (0.3); CORRESPONDENCE WITH WORKING GROUP RE: SAME (0.4); CONTINUE REVISIONS TO OBJECTION TO ELMORE AND O'NEIL MOTIONS TO LIFT THE AUTOMATIC STAY (0.4); TELECONFERENCE WITH W. COSNOWSKY RE: AUTOMOTIVE TECHNOLOGIES (0.2); DRAFT SCRIPT RE: OBJECTION TO ELMORE AND O'NEIL MOTIONS (0.3). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MICHELI MJ | 03/30/06 | 2.10 | CORRESPONDENCE WITH M. MAZZA RE: O'NEIL LIFT STAY (0.3); REVIEW OPEN ITEMS TO BE COMPLETED RE: AUTO STAY MOTIONS (0.3); TELECONFERENCE WITH W. COSNOWSKY RE: AUTOMOTIVE TECHNOLOGIES (0.2); CORRESPONDENCE TO W. COSNOWSKY RE: SAME (0.2); REVIEW AUTOMOTIVE TECHNOLOGIES MEMO (0.3); TELECONFERENCE WITH G. MOORE RE: ELMORE LIFT STAY (0.3); DRAFT SCRIPT RE: OBJECTION TO ELMORE AND O'NEIL MOTIONS (0.5). |
| MICHELI MJ | 03/31/06 | 4.00 | DRAFT SCRIPT RE: OBJECTION TO ELMORE AND O'NEIL MOTIONS (0.9); CORRESPONDENCE WITH COUNSEL FOR PALMER AND BACKIE (0.2); TELECONFERENCE WITH C. BATTIGLIA RE: AUTO TECHNOLOGIES (0.2); REVIEW SCRIPT RE: OBJECTION TO ELMORE AND O'NEIL MOTIONS (0.4); REVIEW OBJECTION TO ELMORE AND O'NEIL MOTIONS TO LIFT THE AUTOMATIC STAY (1.0); TELECONFERENCE WITH V. MASTROMARCO RE: PALMER AND BACKIE (0.4); TELECONFERENCE WITH J. PAPELIAN RE: OBJECTION TO ELMORE AND O'NEIL MOTIONS (0.2); REVIEW OBJECTION RE: SAME (0.4); CORRESPONDENCE TO W. COSNOWSKY RE: AUTO TECHNOLOGIES (0.3). |
| | | 23.60 | |
| **Total Associate** | | **69.50** | |
| DEMMA J | 03/10/06 | 5.60 | RESEARCH PRECEDENT IN VARIOUS CASES RE: LIFT STAY PROCEDURES FOR PERSONAL INJURY RELATED MATTERS (5.6). |
| | | 5.60 | |
| **Total Legal Assistant** | | **5.60** | |
| **TOTAL TIME** | | **75.10** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                        Bill Date: 04/30/06
Automatic Stay (Relief Actions)                                Bill Number: 1108601

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 03/10/06 | Copy Center, D | 144.39 |
| In-house Reproduction | 03/14/06 | Copy Center, D | 7.71 |
| In-house Reproduction | 03/31/06 | Copy Center, D | 77.90 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$230.00** |
| Telephone Expense | 03/31/06 | Telecommunications, D | 1.09 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.91 |
| | | **TOTAL TELEPHONE EXPENSE** | **$2.00** |
| Lexis/Nexis | 03/29/06 | Fern BM | 90.00 |
| | | **TOTAL LEXIS/NEXIS** | **$90.00** |
| Westlaw | 03/29/06 | Fern BM | 180.00 |
| | | **TOTAL WESTLAW** | **$180.00** |
| Vendor Hosted Teleconferencing | 03/31/06 | Teleconferencing Services, LLC | 13.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$13.00** |
| Messengers/ Courier | 03/10/06 | Straightline Courier | 31.84 |
| Messengers/ Courier | 03/17/06 | Quick Int'l - Ny | 363.38 |
| Messengers/ Courier | 03/27/06 | Dist Serv/Mail/Page, D | 16.78 |
| | | **TOTAL MESSENGERS/ COURIER** | **$412.00** |
| Out-of-Town Meals | 03/31/06 | Meisler RE | 34.05 |
| Out-of-Town Meals | 03/31/06 | Meisler RE | 3.95 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$38.00** |
| | | **TOTAL MATTER** | **$965.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                  Bill Date: 05/31/06
Automatic Stay (Relief Actions)                          Bill Number: 1108515

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| MARAFIOTI KA | 04/03/06 | 1.00 | REVIEW LEGAL MEMO RE: AUTO TECHNOLOGIES (0.4); REVIEW UNDERLYING PLEADINGS RE: SAME (0.6). |
| MARAFIOTI KA | 04/04/06 | 0.50 | ANALYSIS OF AUTOMOTIVE TECHNOLOGIES MOTION FOR RELIEF FROM AUTOMATIC STAY (0.2); REVIEW STAY MOTION OF C. PALMER AND H.E. SERVICES. (0.3). |
| MARAFIOTI KA | 04/05/06 | 1.50 | WORK ON OBJECTION TO ATI MOTION FOR RELIEF FROM AUTOMATIC STAY (1.3); CORRESPONDENCE TO MOVANTS IN AUTOMATIC STAY LITIGATION (0.2). |
| MARAFIOTI KA | 04/06/06 | 0.80 | WORK ON REPLY IN SUPPORT OF O'NEILL MOTION FOR RELIEF FROM AUTOMATIC STAY (0.4); WORK ON ATI OUTLINE FOR HEARING (0.4). |
| MARAFIOTI KA | 04/10/06 | 0.20 | WORK ON PROPOSED ATI ORDER AND RELATED CORRESPONDENCE (0.2). |
| MARAFIOTI KA | 04/18/06 | 0.40 | REVIEW DRAFT SETTLEMENT PROCEDURES PLEADINGS AND AUTOMATIC STAY PLEADINGS (0.4). |
| | | **4.40** | |
| **Total Partner** | | **4.40** | |
| MATZ TJ | 04/03/06 | 1.50 | WORK ON PALMER, HE SERVICES LIFT STAY MOTIONS AND POSSIBLE RESPONSE (0.6); WORK ON AUTOMOTIVE TECHNOLOGIES LIFT STAY RESPONSE (0.9). |
| MATZ TJ | 04/05/06 | 1.20 | WORK ON OBJECTION TO AUTOMATED TECHNOLOGIES LIFT STAY MOTION (1.2). |
| MATZ TJ | 04/06/06 | 0.20 | REVIEW AND COMMENT ON DRAFT LIFT STAY ORDER (0.2). |
| MATZ TJ | 04/13/06 | 0.30 | REVIEW BORG WARNER RELIEF FROM AUTOMATIC STAY MOTION (0.3). |
| MATZ TJ | 04/17/06 | 0.20 | FOLLOW UP WORK RE: TOLLING AGREEMENT WITH CNA EXTENSION TO 6/15 (0.2). |
| MATZ TJ | 04/19/06 | 0.20 | REVIEW RE: DISCOVERY REQUEST RE: O'NEILL LIFT STAY MOTION (0.2). |
| | | **3.60** | |
| **Total Counsel** | | **3.60** | |

17

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| DIAZ LB | 04/03/06 | 1.90 | RESEARCH CASE LAW RELATED TO LIFT STAY MOTIONS (1.9). |
| DIAZ LB | 04/04/06 | 11.30 | DRAFT OBJECTIONS TO LIFT STAY MOTIONS SUBMITTED BY H.E. SERVICES AND C. PALMER (7.1); CONTINUE TO RESEARCH CASE LAW RELATED LIFT STAY MOTIONS (4.2). |
| DIAZ LB | 04/05/06 | 4.80 | RESEARCH LIFT STAY MOTIONS IN RELATION TO PATENT LITIGATION (0.7); CONTINUE TO DRAFT OBJECTIONS TO MOTIONS FILED BY H.E. SERVICES AND C. PALMER (4.1). |
| DIAZ LB | 04/06/06 | 14.30 | CONTINUE TO DRAFT OBJECTIONS TO H.E. SERVICES AND CINDY PALMER MOTIONS RE: LIFTING OF THE AUTOMATIC STAY (4.7); DRAFT SCRIPTS/PROFFER FOR LIFT STAY MOTIONS FOR H.E. SERVICES AND CINDY PALMER (9.6). |
| DIAZ LB | 04/24/06 | 0.30 | ATTEND, MEET AND CONFER RE: H.E. SERVICES AND C. PALMER LIFT STAY MOTIONS (0.3). |
| | | **32.60** | |
| FERN BM | 04/03/06 | 5.10 | FORMULATE STRATEGY RE: VARIOUS LIFT STAY MOTIONS (0.9); DRAFT OUTLINE RE: PROPOSED LIST STAY PROCEDURES (4.2). |
| FERN BM | 04/04/06 | 1.30 | REVIEW AND REVISE ATI OBJECTION (0.5); CORRESPONDENCE TO W. COSNOWSKY RE: SAME (0.2); REVISE OBJECTION TO ATI LIFT STAY MOTION (0.6). |
| FERN BM | 04/05/06 | 2.90 | REVIEW AND REVISE ATI OBJECTION (0.5); PREPARE SCRIPT FOR ATI LIFT STAY MOTION (2.4). |
| FERN BM | 04/06/06 | 6.80 | FORMULATE STRATEGY RE: PALMER AND HE SERVICES LIFT STAY MOTIONS (0.5); OUTLINE ISSUES RE: VARIOUS LIFT STAY MOTIONS (0.6); REVIEW AND REVISE OBJECTION TO PALMER LIFT STAY MOTION (2.2); ATTENTION TO ISSUES RE: STATUS OF PALMER AND HE SERVICES MOTIONS (0.4); REVIEW AND COMMENT ON ATI STATUS REPORT FOR FEDERAL CIRCUIT (0.7); REVIEW SCRIPTS TO PALMER AND HE SERVICES MOTIONS (1.0); REVIEW AND REVISE SCRIPT FOR O'NEIL MOTION (1.4). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

FERN BM         04/07/06        3.20    DRAFT LIFT STAY ORDERS FOR ATI AND
                                        O'NEIL (0.7); REVISE ATI AND O'NEILL
                                        ORDERS (0.5); REVISE ATI ORDER TO
                                        REFLECT MEDIATION (0.4); EMAIL TO D.
                                        SHERBIN AND J. PAPELIAN RE: O'NEILL
                                        MOTION (0.4); REVISE ATI ORDER PER
                                        COURT ORDER (0.5); TELECONFERENCE
                                        WITH W. TELGEN RE: O'NEIL DISCOVERY
                                        REQUEST (0.3); DOCUMENT O'NEIL FILE
                                        RE: SAME (0.4).

FERN BM         04/10/06        8.70    REVISE ORDER RE: ATI LIFT STAY MOTION
                                        (0.3); DRAFT MOTION RE: LIFT STAY
                                        PROCEDURES (4.2); DRAFT PROCEDURES
                                        RE: RELIEF FROM AUTOMATIC STAY (3.7);
                                        DRAFT EXHIBITS TO LIFT STAY MOTION
                                        (0.5).

FERN BM         04/11/06        5.90    ANALYSIS OF ISSUES RE: LIFT STAY
                                        PROCEDURES (0.8); BEGIN DRAFTING
                                        QUESTIONNAIRE FOR LIFT STAY
                                        PROCEDURES (3.7); REVIEW APRIL 7
                                        TRANSCRIPT RE: VARIOUS LIFT STAY
                                        MOTIONS (0.5); COMPLETE DRAFT OF
                                        QUESTIONNAIRE FOR LIFT STAY
                                        PROCEDURES (0.9).

FERN BM         04/12/06        2.60    DRAFT AGENDA FOR LIFT STAY PROCEDURES
                                        MEETING (2.1); REVIEW O'NEILL
                                        DISCOVERY REQUESTS (0.3);
                                        TELECONFERENCE WITH M. MAZZA RE:
                                        DISCOVERY REQUESTS (0.2).

FERN BM         04/13/06        0.40    REVIEW DATA RE: ESTIMATED LIABILITIES
                                        UNDER INSURANCE AGREEMENTS (0.4).

FERN BM         04/17/06        2.90    BEGIN DRAFTING RESPONSE TO O'NEILL
                                        DISCOVERY REQUEST (2.9).

FERN BM         04/18/06        7.00    EMAILS TO/FROM B. TELGEN RE: O'NEILL
                                        DISCOVERY REQUEST (0.4); REVIEW
                                        DOCUMENTS FOR RELEVANCE AND PRIVILEGE
                                        RE: O'NEILL DISCOVERY REQUEST (0.9);
                                        TELECONFERENCE WITH B. TELGEN RE:
                                        O'NEILL DISCOVERY (0.3); CONTINUE
                                        DRAFTING RESPONSE TO O'NEILL
                                        DISCOVERY REQUEST (4.5); ATTENTION TO
                                        ISSUES RE: PRODUCTION OF DOCUMENTS
                                        RE: O'NEILL (0.4); DRAFT PROTECTIVE
                                        ORDER RE: O'NEILL DISCOVERY REQUEST
                                        (0.3); EMAIL TO M. MAZZA RE: SAME
                                        (0.2).

FERN BM         04/19/06        3.30    REVISE AGENDA FOR LIFT STAY PROCEDURE
                                        MEETING (0.9); FORMULATE STRATEGY RE:
                                        LIFT STAY PROCEDURES (1.3);
                                        TELECONFERENCE WITH M. MAZZA RE:
                                        O'NEILL (0.3); COMPLETE DRAFT OF
                                        O'NEILL DISCOVERY RESPONSE (0.8).

FERN BM         04/20/06        0.90    EMAILS TO/FROM B. FRANTANGELLO RE:
                                        O'NEILL (0.2); REVISE LIFT-STAY
                                        PROCEDURE MOTION (0.7).

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| FERN BM | 04/21/06 | 0.70 | FORMULATE STRATEGY RE: LIFT STAY PROCEDURES (0.7). |
| FERN BM | 04/25/06 | 1.00 | REVISE RESPONSE TO O'NEILL DISCOVERY REQUEST (1.0). |
| FERN BM | 04/26/06 | 0.80 | REVISE O'NEILL DISCOVERY RESPONSE (0.8). |
| FERN BM | 04/27/06 | 0.50 | REVIEW AND REVISE FEDERAL CIRCUIT REPORT RE: ATI (0.5). |
| | | **54.00** | |
| MEISLER RE | 04/02/06 | 0.60 | REVIEW ATI MOTION TO LIFT STAY (0.6). |
| MEISLER RE | 04/03/06 | 0.50 | CONTINUE TO REVIEW TO LIFT STAY MATTERS ON AGENDA FOR APRIL 7TH HEARING (0.5). |
| MEISLER RE | 04/04/06 | 1.50 | REVIEW LIFT STAY PLEADINGS FILED BY PALMER (0.4) AND H.E. SERVICES (0.4); TELECONFERENCE WITH COUNSEL RE: SAME (0.2); PLANNING RE: SAME (0.5). |
| MEISLER RE | 04/05/06 | 1.70 | DRAFT CORRESPONDENCE TO COUNSEL FOR PALMER AND H.E. SERVICES RE: CONTINUANCE (1.0) AND REVISED SAME (0.2); CONTINUE PREPARATION FOR HEARING RE: SAME (0.5). |
| MEISLER RE | 04/11/06 | 0.80 | CONTINUE TO WORK ON LIFT STAY PROCEDURES (0.8). |
| MEISLER RE | 04/12/06 | 0.80 | REVIEW AGENDA FOR MEETING WITH J. PAPELIAN RE: LIFT STAY PROCEDURES (0.3); REVIEW STATUS OF O'NEILL DOCUMENT PRODUCTION (0.5). |
| MEISLER RE | 04/13/06 | 0.30 | REVIEW BORGWARNER MOTION TO LIFT STAY (0.3). |
| MEISLER RE | 04/14/06 | 1.00 | CONTINUE TO REVIEW BORGWARNER MOTION TO LIFT STAY (0.3); TELECONFERENCE WITH N. BERGER RE: SAME (0.7). |
| MEISLER RE | 04/18/06 | 0.70 | CONFERENCE WITH G. BERTOLINI RE: BORGWARNER MOTION (0.2); REVIEW AGENDA FOR LIFT STAY MEETING WITH J. PAPELIAN AND PREPARE FOR SAME (0.3); REVIEW SUPPLEMENTAL OBJECTIONS FILED BY H.E. SERVICES AND PALMER (0.2). |
| MEISLER RE | 04/19/06 | 1.60 | CONTINUE PREPARATION FOR MEETING WITH J. PAPELIAN RE: LIFT STAY PROCEDURES (0.7); CONFERENCE WITH J. PAPELIAN AND B. TELGEN RE: SAME (0.9). |
| MEISLER RE | 04/24/06 | 2.00 | REVIEW DOCUMENT PRODUCTION AND RESPONSES TO INTERROGATORIES IN RESPONSE TO O'NEILL LIFT STAY DISCOVERY REQUEST (2.0). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MEISLER RE | 04/25/06 | 0.40 | DRAFT CORRESPONDENCE TO D. SHERBIN RE: INQUIRIES FROM DOM (0.4). |
| MEISLER RE | 04/26/06 | 0.10 | WORK ON LIFT STAY MATTERS (0.1). |
| | | **12.00** | |
| MICHELI MJ | 04/01/06 | 1.20 | BEGIN DRAFTING SCRIPTS RE: AUTOMATIC STAY OBJECTIONS (1.2). |
| MICHELI MJ | 04/02/06 | 1.20 | BEGIN REVIEW OF OBJECTION TO ATI LIFT STAY MOTION (0.6); BEGIN REVISIONS RE: SAME (0.6). |
| MICHELI MJ | 04/03/06 | 3.20 | CONTINUE REVISIONS TO OBJECTION TO ATI LIFT STAY MOTION (1.1); CONTINUE REVIEW OF OPEN LIFT STAY MATTERS (0.9); TELECONFERENCE WITH G. MOORE RE: ELMORE LIFT STAY (0.3); BEGIN REVIEW OF LETTER RE: PALMER AND BACKIE LIFT STAY MATTERS (0.3); BEGIN DRAFTING RESPONSE TO LETTER RE: PALMER AND BACKIE LIFT STAY MATTERS (0.6). |
| MICHELI MJ | 04/04/06 | 1.00 | CONTINUE REVIEW OF OPEN LIFT STAY MATTERS (0.4); TELECONFERENCE WITH C. BROWN RE: PALMER LIFT STAY MOTION (0.2); ANALYSIS OF PALMER AND BACKIE LIFT STAY MATTERS (0.4). |
| MICHELI MJ | 04/05/06 | 5.30 | REVIEW OBJECTION TO PALMER LIFT STAY MOTION (0.3); CONTINUE REVIEW OF OPEN LIFT STAY MATTERS (0.2); BEGIN REVISIONS TO OBJECTION TO ATI LIFT STAY MOTION (1.6); FINALIZE OBJECTION TO ATI LIFT STAY MOTION (0.4); CORRESPONDENCE WITH C. BATTALIGIA RE: SAME (0.3); BEGIN REVISIONS TO OBJECTION TO BACKIE AND PALMER LIFT STAY MOTIONS (1.1); DRAFT AND REVISE LETTER TO V. MASTROMARCO RE: BACKIE AND PALMER LIFT STAY MOTIONS (1.4). |
| MICHELI MJ | 04/06/06 | 2.70 | BEGIN REVISIONS TO SCRIPT FOR BACKIE AND PALMER LIFT STAY MATTERS (0.7); BEGIN REVIEW OF SCRIPTS AND PROFFERS RE: LIFT STAY MOTIONS AND OBJECTIONS (2.0). |
| MICHELI MJ | 04/10/06 | 1.00 | TELECONFERENCE WITH F. FRIEDSTEDT RE: BUTTITTA LIFT STAY MOTION (0.1); DRAFT ORDER ON THE ATI MATTER (0.9). |
| MICHELI MJ | 04/11/06 | 0.50 | REVIEW ATI ORDER RE: LIFT STAY MOTION (0.2); REVIEW STIPULATION RE: BUTTITTA LIFT STAY MOTION (0.3). |
| MICHELI MJ | 04/18/06 | 0.40 | REVIEW SUPPLEMENTAL MOTIONS OF PALMER AND BACKIE LIFTING THE STAY (0.4). |
| MICHELI MJ | 04/20/06 | 0.40 | BEGIN DRAFTING LETTER TO V. MASTROMARCO RE: BAKIE AND PALMER LIFT STAY MOTIONS (0.4). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

16.90

| ZAMBRANO K | 04/26/06 | 1.30 | ADDRESS ISSUES RE: ORLIK LIFT STAY MOTION (0.2); PALMER LIFT STAY MOTION (0.3); H.E. SERVICES LIFT STAY MOTION (0.4); BUTTITTA LIFT STAY MOTION (0.2); AND ELMORE LIFT STAY MOTION (0.2) |
| ZAMBRANO K | 04/28/06 | 5.40 | REVIEW ISSUES RE: PALMER LIFT STAY MOTION (0.4); DRAFT STIPULATION RE: SAME (1.2); AND DRAFT LETTER TO PALMER'S ATTORNEY RE: SAME (0.4); REVIEW ISSUES RE: HE SERVICES LIFT STAY MOTION (0.5); REVIEW AND REVISE OBJECTION RE: SAME (0.8); REVIEW ISSUES RE: AUTOMATIC STAY REQUEST FROM GROCE (0.6); TELECONFERENCE WITH P. NEWTON RE: SAME (0.3); REVIEW ISSUES RE: ORLICK LIFT STAY MOTIONS (0.3); REVIEW ISSUES RE: BUTTITTA LIFT STAY MOTION (0.4); DRAFT LETTER TO V. MASTROMARCO RE: PALMER AND H.E. SERVICES (0.5). |

6.70

Total Associate          122.20

**TOTAL TIME**          130.20

B43E

### SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)  
Automatic Stay (Relief Actions)

Bill Date: 05/31/06  
Bill Number: 1108515

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 04/07/06 | Copy Center, D | 63.60 |
| In-house Reproduction | 04/11/06 | Copy Center, D | 5.70 |
| In-house Reproduction | 04/21/06 | Copy Center, D | 0.70 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$70.00** |
| Telephone Expense | 04/28/06 | Telecommunications, D | 4.88 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 6.00 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 0.12 |
| | | **TOTAL TELEPHONE EXPENSE** | **$11.00** |
| Westlaw | 04/05/06 | Ziegler VE | 1,285.88 |
| Westlaw | 04/06/06 | Ziegler VE | 319.12 |
| | | **TOTAL WESTLAW** | **$1,605.00** |
| Messengers/ Courier | 04/05/06 | Dist Serv/Mail/Page, D | 6.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$6.00** |
| Outside Research/Internet Services | 04/06/06 | Pacer Service Center | 16.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$16.00** |
| | | **TOTAL MATTER** | **$1,708.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                    Bill Date: 06/30/06
Automatic Stay (Relief Actions)                            Bill Number: 1112661

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| MARAFIOTI KA | 05/25/06 | 1.60 | WORK ON AUTOMATIC STAY PROCEDURES MOTION (1.1); WORK ON AUTOMATIC STAY PROCEDURES ORDER (0.5). |
| MARAFIOTI KA | 05/29/06 | 1.50 | PREPARE FOR EXPECTED CONTESTED HEARING FOR O"NEILL MOTION FOR RELIEF FROM AUTOMATIC STAY (1.5). |
| MARAFIOTI KA | 05/30/06 | 1.20 | MEET WITH W. TELGEN IN PREPARATION FOR POSSIBLE TESTIMONY AT HEARING ON O'NEILL MOTION FOR RELIEF FROM THE AUTOMATIC STAY (1.2). |
| MARAFIOTI KA | 05/31/06 | 1.40 | REVIEWED MARKED L&W COMPLAINT (0.2); REVIEW AND REVISE ANSWER TO COMPLAINT (1.2). |
| | | **5.70** | |
| **Total Partner** | | **5.70** | |
| MATZ TJ | 05/11/06 | 0.20 | FOLLOW UP WORK RE: ADJOURNMENT OF LIFT STAY MATTERS (PALMER, H.E. SERVICES) (0.2). |
| MATZ TJ | 05/29/06 | 0.20 | REVIEWING AND FORWARDING TO CHAMBERS O'NEIL STIPULATION AND PROTECTIVE ORDER (0.2). |
| MATZ TJ | 05/30/06 | 0.60 | WITNESS PREPARATION OF W. TELGEN RE: O'NEIL MOTION TO LIFT STAY (0.6). |
| | | **1.00** | |
| **Total Counsel** | | **1.00** | |
| FERN BM | 05/02/06 | 0.20 | EMAIL TO M. MAZZA RE: O'NEILL (0.2). |
| FERN BM | 05/05/06 | 0.30 | REVIEWED DOCUMENTS IN RESPONSE TO O'NEILL DISCOVERY REQUEST (0.3). |
| FERN BM | 05/08/06 | 0.70 | ATTENTION TO ISSUES RE: O'NEILLS' DISCOVERY REQUEST (0.4); EMAIL TO J. CROTTY RE: O'NEILL (0.3). |
| FERN BM | 05/11/06 | 0.60 | ATTENTION TO ISSUES RE: O'NEILL DISCOVERY (0.4); REVIEW CORRESPONDENCE RE: ALFARO LIFT-STAY MOTION (0.2). |
| FERN BM | 05/15/06 | 1.40 | ATTENTION TO ISSUES RE: O'NEILL DISCOVERY (0.3); REVIEWED DATA RE: LIFT STAY PROCEDURES (0.5); TELECONFERENCE WITH J. CROTTY RE: O'NEILL (0.3); EMAIL TO/FROM J. CROTTY RE: SAME (0.3). |
| FERN BM | 05/16/06 | 5.90 | DRAFTED LIFT STAY PROCEDURE MOTION (4.2); CONTINUED DRAFTING LIFT STAY PROCEDURE MOTION (1.7). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| FERN BM | 05/17/06 | 7.80 | TELECONFERENCE WITH J. CROTTY RE: O'NEILL (0.2); EMAIL TO J. CROTTY RE: SAME (0.3); COMPLETED DRAFT OF LIFT STAY PROCEDURE MOTION (5.4); DRAFTED LIFT STAY PROCEDURE ORDER (1.9). |
|---|---|---|---|
| FERN BM | 05/19/06 | 5.30 | REVISED LIFT STAY PROCEDURE ORDER (0.7); REVISED LIFT STAY PROCEDURE MOTION (1.9); FORMULATE STRATEGY RE: LIFT STAY PROCEDURES (0.6); EMAIL TO W. TELGEN RE: LIFT STAY PROCEDURES (0.4); EMAIL TO/FROM J. CROTTY RE: O'NEILL (0.3); REVIEWED O'NEILLS' COMMENTS TO PROTECTIVE ORDER (0.5): FORMULATE STRATEGY RE; SAME (0.4); REVIEWED CORRESPONDENCE RE: PARKER LIFT-STAY MOTION (0.2); ATTENTION TO ISSUES RE: LIFT STAY PROCEDURES (0.3). |
| FERN BM | 05/22/06 | 3.90 | EMAIL FROM B. TELGEN RE: LIFT STAY PROCEDURES (0.3); TELECONFERENCE WITH B. TELGEN RE: SAME (0.2); REVISED LIFT STAY PROCEDURES (1.2); TELECONFERENCE WITH D. STAAB RE: AMARO (0.3); EMAIL TO P. FUGEE RE: PARKER (0.2); REVIEWED PARKER LIFT STAY MOTION AND SUPPORTING DOCUMENTATION (1.2); FORMULATE STRATEGY RE: VARIOUS LIFT STAY MOTIONS (0.5). |
| FERN BM | 05/23/06 | 6.70 | TELECONFERENCE WITH M. SOBIERAY RE: GROCE (0.2); TELECONFERENCE WITH G. DICORZA RE: ORLIK (0.4); TELECONFERENCE WITH W. TELGEN RE: ORLIK (0.3); EMAIL TO M. SOBIERAY RE: GROCE (0.2); EMAILS TO/FROM G. DICONZA RE: ORLIK (0.5); EMAIL TO I. HESSING RE: LIFT STAY PROCEDURES (0.2); ATTENTION TO ISSUES RE: O'NEIL DISCOVERY (0.3); EMAIL TO J. CROTTY RE: PROTECTIVE ORDER (0.4); ATTENTION TO SERVICE LIST FOR LIFT STAY PROCEDURES MOTION (0.8); ATTENTION TO ISSUES RE: LIFT STAY PROCEDURES (0.9); EMAILS TO/FROM K. SCHAFTER RE: LIFT STAY PROCEDURES (0.3); RESEARCH RE: THIRD PARTY DISCOVERY (2.2). |
| FERN BM | 05/24/06 | 5.70 | REVIEWED AND REVISED SCRIPT TO O'NEILL MOTION (0.6); ADDITIONAL RESEARCH RE: NON-PARTY DISCOVERY TO DEBTOR (1.9); ADDITIONAL REVIEW OF O'NEILL SCRIPT (0.7); ATTENTION TO O'NEILL DISCOVERY ISSUES (0.4); REVISED LIFT STAY PROCEDURE MOTION (2.1). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| FERN BM | 05/25/06 | 6.00 | REVIEW SERVICE OF LIFT STAY PROCEDURES MOTION (0.3); DRAFTED NOTICE RE: LIFT-STAY PROCEDURES MOTION (0.3); TELECONFERENCE WITH J. CROTTY RE: O'NEILL DISCOVERY (0.4); REVISED LIFT STAY PROCEDURES (2.9); REVISED LIFT STAY PROCEDURE ORDER (0.8); ADDITIONAL REVISIONS TO O'NEILL PROTECTIVE ORDER (0.7); PREPPED FROM O'NEILL HEARING (0.6). |
| FERN BM | 05/26/06 | 4.40 | TELECONFERENCE WITH B. TELGEN RE: O'NEILL (0.3); REVISED LIFT STAY PROCEDURE MOTION (0.6); REVISED SCRIPT TO O'NEILL MOTION (2.8); EMAILS TO/FROM J. CROTTY RE: O'NEILL PROTECTIVE ORDER (0.4); CORRESPONDENCE TO J. CROTTY RE: RESPONSE TO DISCOVERY (0.3). |
| FERN BM | 05/29/06 | 2.20 | FORMULATE STRATEGY RE: O'NEILL HEARING (0.9); TELECONFERENCE WITH W. TELGEN RE: O'NEILL (0.3); REVISED O'NEILL SCRIPT (1.0). |
| FERN BM | 05/30/06 | 5.20 | PREPARED FOR O'NEILL HEARING (3.5); ATTENDED MAY 30 OMNIBUS HEARING (0.9); REVIEWED VARIOUS CORRESPONDENCE RE: O'NEILL DISCOVERY (0.6); TELECONFERENCE WITH J. CROTTY RE: O'NEILL (0.2). |
| FERN BM | 05/31/06 | 3.90 | EMAIL TO J. CROTTY RE: PROTECTIVE ORDER (0.2); EMAIL TO J. PAPELIAN AND J. DERIAN RE: SAME (0.2); RESEARCH PLEADINGS RE: FLEX-TECH (0.5); TELECONFERENCE WITH D. SCHAEFER RE: FLEX-TECH LITIGATION (0.3); ANALYZED ISSUES RE: PARKER LIFT STAY MOTION (1.8); VARIOUS EMAILS TO/FROM P. FUGEE RE: PARKER LIFT STAY MOTION (0.6); EMAIL TO J. PAPELIAN RE: PARKER (0.3). |
| | | **60.20** | |
| MEISLER RE | 05/01/06 | 0.90 | REVIEW AND REVISE OBJECTION TO LIFT STAY MOTIONS (0.9). |
| MEISLER RE | 05/03/06 | 1.10 | CONTINUED TO WORK ON OBJECTIONS TO LIFT STAY MOTIONS (0.3) AND REQUEST FOR DOCUMENT PRODUCTION RE: O'NEILL (0.5); REVIEW PROPOSED RESOLUTION OF PALMER LIFT STAY MOTION (0.3). |
| MEISLER RE | 05/04/06 | 0.60 | TELECONFERENCE WITH C. BROWN RE: LIFT STAY (0.2); PREPARE FOR TELECONFERENCE WITH J. PAPELIAN RE: O'NEILL (0.2); TELECONFERENCE WITH J. PAPELIAN RE: SAME (0.2). |
| MEISLER RE | 05/05/06 | 0.50 | CONTINUED TO EVALUATE LIFT STAY MATTERS (0.5). |

19

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MEISLER RE | 05/08/06 | 1.80 | WORK ON LIFT STAY PROCEDURES (0.7); CONTINUED TO WORK ON O'NEILL RE: COMMENTS TO PROTECTIVE ORDER (0.2); TELECONFERENCE WITH J. PAPELIAN AND J. DERIAN RE: SAME (0.2); FOLLOW UP TELECONFERENCE WITH J. DERIAN RE: SAME (0.1); FOLLOW UP RE: SAME (0.6). |
| MEISLER RE | 05/09/06 | 1.00 | REVIEW AND REVISE OBJECTION TO H.E. SERVICES MOTION TO LIFT STAY (1.0). |
| MEISLER RE | 05/11/06 | 0.50 | REVIEW CORRESPONDENCE RE: LIFT STAYS (0.2); CONFERENCE WITH J. PAPELIAN RE: LIFT STAY MOTIONS (0.3). |
| MEISLER RE | 05/12/06 | 0.30 | REVIEW E. PARKER LIFT STAY MOTION (0.3). |
| MEISLER RE | 05/18/06 | 0.80 | ATTENTION TO LIFT STAY MOTIONS (0.8). |
| MEISLER RE | 05/19/06 | 1.00 | REVIEW LIFT STAY PROCEDURES (1.0). |
| MEISLER RE | 05/21/06 | 0.30 | REVIEW AND EDIT LIFT STAY PROCEDURES (0.3). |
| MEISLER RE | 05/23/06 | 0.70 | REVIEW STATUS OF O'NEILL LIFT STAY MATTER AND REVIEW COUNSEL'S COMMENTS TO PROTECTIVE ORDER (0.3); TELECONFERENCE WITH J. PAPELIAN RE: SAME (0.1); REVIEW INQUIRY RE: INTERPLAY BETWEEN THIRD-PARTY SUBPOENAS AND THE AUTOMATIC STAY (0.3). |
| MEISLER RE | 05/25/06 | 0.60 | CONTINUED ATTENTION TO O'NEILL LIFT STAY MATTER (0.6). |
| MEISLER RE | 05/29/06 | 1.80 | CONFERENCE RE: O'NEILL LIFT STAY IN PREPARATION FOR 5/30 HEARING (0.8); CONTINUED ATTENTION TO SAME (1.0). |
| MEISLER RE | 05/30/06 | 2.00 | CONTINUED PREPARATION FOR O'NEILL LIFT STAY (2.0). |

                                    **13.90**

| | | | |
|---|---|---|---|
| ZAMBRANO K | 05/17/06 | 3.20 | CONTINUE DRAFTING OBJECTION TO PALMER LIFT STAY MOTION (1.3); ADDRESS ISSUES RE: CHANGE IN HEARING DATE AND NUMEROUS LIFT STAY MOTIONS, INCLUDING OBTAINING EXECUTED AGREEMENT FROM H.E. SERVICES AND PALMER ATTORNEY (0.8); REVIEW ISSUES RE: FLEX-TECH LIFT STAY MOTION, INCLUDING ANALYZING DOCUMENTS RE: SAME (1.1). |
| | | 3.20 | |

**Total Associate**                **77.30**

| | | | |
|---|---|---|---|
| DEMMA J | 05/23/06 | 1.60 | PREPARE SERVICE LIST RE: LIFT STAY PROCEDURES (1.6). |

                                    **1.60**

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | | |
|---|---|---|---|---|
| ROSEN R | 05/19/06 | 0.40 | COMPILE, FORWARD 7TH SUPPLEMENTAL CASE MANAGEMENT ORDER TO P. FUGEE (RE: E. PARKER, CH. 7 TRUSTEE STAY MOTION) AND V. MASTROMARCO (RE: PALMER AND H.E. SERVICES STAY MOTIONS) (0.4). | |
| ROSEN R | 05/23/06 | 0.70 | COMPILE AND FORWARD 9019 STAY MOTIONS TO REQUESTING TEAM ATTORNEY (0.7). | |
| ROSEN R | 05/25/06 | 2.40 | REVIEW O'NEILL LIFT STAY MOTION, DEBTOR'S OMNIBUS REPLY AND COMPILE, PREPARE CASE LAW BINDER RE: SAME (1.6); PREPARE, FORWARD CASE LAW BINDER TO NY OFFICE RE: SAME (0.2); COMPILE, PREPARE EXCERPTS OF 1/5/06 AND 4/7/06 HEARING TRANSCRIPTS (0.6). | |
| ROSEN R | 05/29/06 | 2.60 | PREPARE, COMPILE SETS OF DOCUMENTS PRODUCED TO O'NEILL COUNSEL ON 5/26 AS POTENTIAL COURT EXHIBITS (0.9); UPDATE HEARING BINDERS RE: REVISED O'NEILL SUPPORTING DOCUMENTS (0.9); PREPARE, FINALIZE O'NEILL CASE LAW BINDERS (0.8). | |
| | | 6.10 | | |
| **Total Legal Assistant** | | 7.70 | | |
| **TOTAL TIME** | | **91.70** | | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                          Bill Date: 06/30/06
Automatic Stay (Relief Actions)                   Bill Number: 1112661

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 05/29/06 | Fern BM | 346.00 |
| Air/Rail Travel - vendor feed | 05/29/06 | Fern BM | 346.00 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$692.00** |
| In-house Reproduction | 05/04/06 | Copy Center, D | 1,437.89 |
| In-house Reproduction | 05/05/06 | Copy Center, D | 1.80 |
| In-house Reproduction | 05/09/06 | Copy Center, D | 3.20 |
| In-house Reproduction | 05/16/06 | Copy Center, D | 0.60 |
| In-house Reproduction | 05/23/06 | Copy Center, D | 5.60 |
| In-house Reproduction | 05/26/06 | Copy Center, D | 16.40 |
| In-house Reproduction | 05/30/06 | Copy Center, D | 23.51 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1,489.00** |
| Lexis/Nexis | 05/02/06 | Zambrano K | 67.38 |
| Lexis/Nexis | 05/10/06 | Zambrano K | 56.26 |
| Lexis/Nexis | 05/23/06 | Fern BM | 170.36 |
| | | **TOTAL LEXIS/NEXIS** | **$294.00** |
| Westlaw | 05/23/06 | Fern BM | 19.16 |
| Westlaw | 05/24/06 | Fern BM | 39.75 |
| Westlaw | 05/24/06 | Diaz LB | 49.32 |
| Westlaw | 05/25/06 | Fern BM | 12.77 |
| | | **TOTAL WESTLAW** | **$121.00** |
| Messengers/ Courier | 05/15/06 | Dist Serv/Mail/Page, D | 6.33 |
| Messengers/ Courier | 05/15/06 | Dist Serv/Mail/Page, D | 6.34 |
| Messengers/ Courier | 05/15/06 | Dist Serv/Mail/Page, D | 6.33 |
| | | **TOTAL MESSENGERS/ COURIER** | **$19.00** |
| Wireless - Mobile/Cellular/Pager | 04/09/06 | Meisler RE | 21.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$21.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | **TOTAL MATTER** | **$2,636.00** |