SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
    In re                                 :    Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :    Case No. 05–44481 (RDD)
                                          :
                    Debtors.              :    (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


EXHIBIT D-20
ENVIRONMENTAL MATTERS
201.2 HOURS

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 03/31/06
Environmental Matters                                      Bill Number: 1108452

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BERLIN K | 02/06/06 | 0.70 | REVIEW OF UNIVERSAL TOOL OBJECTION (0.7). |
| BERLIN K | 02/07/06 | 0.20 | TELECONFERENCE WITH M. HESTER RE: RECENT DEVELOPMENTS (0.2). |
| BERLIN K | 02/08/06 | 1.20 | TELECONFERENCE WITH D. BICKNELL RE: NEW BRUNSWICK SITE (0.2); TELECONFERENCE WITH M. WEXLER RE: SAME AND RE: REQUEST TO PROVIDE DOCUMENTS FOR CALIFORNIA ASBESTOS CASE (0.2); REVIEW OF NEW BRUNSWICK DOCUMENTS AND TELECONFERENCE WITH WORKING GROUP RE: SAME (0.8). |
| BERLIN K | 02/09/06 | 4.40 | PREPARE FOR AND TELECONFERENCE WITH M. HESTER ET AL. RE: FIN 47 (1.7); TELECONFERENCE WITH D. MUNRO AND LETTER TO NYS DEC GENERAL COUNSEL RE: FEE CHARGE ISSUE (0.7); REVIEW OF LATEST MOTION SUMMARY CHART (0.5); REVIEW OF FEBRUARY 2 AND FEBRUARY 3RD PRESENTATIONS TO CREDITORS (1.5). |
| BERLIN K | 02/10/06 | 2.10 | TAKE PART IN SKADDEN TELECONFERENCE RE: EVENTS NEXT WEEK, GM NEGOTIATIONS, NEW BRUNSWICK ISRA ISSUES AND I0-K DISCLOSURE ISSUES (0.5); DRAFT APPEAL LETTER TO NEW YORK DEC RE: PENALITIES FOR FAILURE TO PAY PRE-PETITION REGULATORY FEES (0.5); TELECONFERENCE WITH M. HESTER RE: GM ISSUES (0.2); PREPARE FOR AND TAKE PART IN TELECONFERENCE WITH M. HESTER AND K. JONES RE: NEW BRUNSWICK, ANAHEIM, OLEANTIA AND TRW ISSUES (0.9). |
| BERLIN K | 02/13/06 | 0.20 | TELECONFERENCE WITH M. WEXLER RE: IRVINE LEASE ISSUES (0.2). |
| BERLIN K | 02/14/06 | 0.70 | REVIEW OF IRVINE LEASE AND ENVIRONMENTAL REPORT (0.7). |
| BERLIN K | 02/15/06 | 0.60 | TELECONFERENCE WITH M. WEXLER RE: IRVINE REPORT AND MICHIGAN LAND DONATION (0.3); TELECONFERENCE WITH K. JONES RE: KETTERING, OHIO PENALTY MATTER (0.3). |
| BERLIN K | 02/17/06 | 0.40 | FURTHER REVIEW OF OHIO PENALTY ISSUE AND TELEPHONE CONFERENCE WITH R. MEISLER RE: SAME (0.4). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BERLIN K | 02/20/06 | 2.60 | REVIEW OF BACKGROUND DOCUMENTS ON IRVINE ENVIRONMENTAL ISSUES IN PREPARATION FOR TELECONFERENCE WITH DELPHI RE: SAME AND TELECONFERENCE WITH WORKING GROUP RE: SAME (1.4); TAKE PART IN TELECONFERENCE WITH M. WEXLER, K. DANZ, M. HESTER ET AL. RE: SAME (1.2). |
| BERLIN K | 02/23/06 | 0.90 | REVIEW OF NEW IRVINE DOCUMENTS AND TEAM TELECONFERENCE WITH M. WEXLER, M. HESTER, D. BICKNELL ET AL. RE: IRVINE PHASE 1 AND TURNING IT OVER TO LANDLORD (0.7); TELECONFERENCE WITH K. JONES RE: OHIO PERMITTING ACTIONS (0.2). |
| BERLIN K | 02/24/06 | 0.90 | PREPARE FOR AND TAKE PART IN SKADDEN CONFERENCE CALL ON STATUS AND OPEN ISSUES INCLUDING ENVIRONMENTAL ISSUES (0.9). |
| BERLIN K | 02/28/06 | 1.40 | TELECONFERENCE WITH M. HESTER RE: GM EMA ISSUES (0.2); TELECONFERENCE WITH C. SULLIVAN OF NEW YORK DEPARTMENT OF ENVIRONMENTAL CONSERVATION AND EMAIL RE: SAME (0.4); PREPARE DESCRIPTION OF LEGAL WORK TO DATE (0.8). |
| | | **16.30** | |
| WEXLER MP | 02/08/06 | 1.00 | REVIEW MEMORANDUM RE: ENVIRONMENTAL ISSUES IN CONNECTION WITH ABANDONMENT OF PROPERTY (1.0). |
| WEXLER MP | 02/10/06 | 0.30 | TELECONFERENCE WITH M. HESTER AND K. JONES RE: ENVIRONMENTAL ISSUES AND CLEAN UP AT EUROPEAN PROPERTIES PURCHASED FROM TRW (0.3). |
| WEXLER MP | 02/14/06 | 0.40 | REVIEW MATERIALS RE: ABILITY TO ABANDON REAL ESTATE IN CHAPTER 11 IN THE EVENT OF ENVIRONMENTAL ISSUES (0.4). |
| WEXLER MP | 02/15/06 | 0.60 | FOLLOW UP ON ISSUES OF DONATION OF PROPERTY AND RESULTING ENVIRONMENTAL OBLIGATIONS (0.6). |
| | | **2.30** | |
| **Total Partner** | | **18.60** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| JACKSON JL | 02/10/06 | 4.20 | LOCATE AND REVIEW FIN47 AND RELATED MATERIALS AND BEGIN DRAFTING MEMORANDUM ON SAME (4.2). |
| JACKSON JL | 02/13/06 | 8.10 | CONTINUE REVIEW FIN 47, FAS 143, DRAFTING MEMORANDUM ON SAME (8.1). |
| JACKSON JL | 02/14/06 | 8.40 | CONTINUE DRAFTING AND REVISING MEMORANDUM ON FIN 47; REVIEWING RELATED MATERIALS (8.4). |
| JACKSON JL | 02/15/06 | 7.10 | CONTINUE DRAFTING, REVISING FIN 47 MEMORANDUM (7.1). |
| JACKSON JL | 02/16/06 | 1.00 | COMPLETE DRAFTING OF FIN 47 MEMORANDUM (1.0). |
| | | **28.80** | |
| **Total Counsel** | | **28.80** | |
| MEISLER RE | 02/08/06 | 2.30 | ANALYSIS OF ENVIRONMENTAL CONCERNS IN CONNECTION WITH POTENTIAL SALE (0.6) AND REVIEW CASE LAW RE: SAME (0.8); TELECONFERENCE WITH WORKING GROUP RE: SAME (0.9). |
| | | **2.30** | |
| **Total Associate** | | **2.30** | |
| **TOTAL TIME** | | **49.70** | |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                        Bill Date: 03/31/06
**Environmental Matters**                                          Bill Number: 1108452

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 02/10/06 | Copy Center, D | 3.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$3.00** |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.90 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 1.10 |
| | | **TOTAL TELEPHONE EXPENSE** | **$2.00** |
| Messengers/ Courier | 02/09/06 | Dist Serv/Mail/Page, D | 6.10 |
| Messengers/ Courier | 02/09/06 | Dist Serv/Mail/Page, D | 5.94 |
| Messengers/ Courier | 02/09/06 | Dist Serv/Mail/Page, D | 5.93 |
| Messengers/ Courier | 02/10/06 | Dist Serv/Mail/Page, D | 5.93 |
| Messengers/ Courier | 02/10/06 | Dist Serv/Mail/Page, D | 6.10 |
| | | **TOTAL MESSENGERS/ COURIER** | **$30.00** |
| | | **TOTAL MATTER** | **$35.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                    Bill Date: 04/30/06
Environmental Matters                                       Bill Number: 1108601

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BERLIN K | 03/01/06 | 0.40 | REVIEW OF CASE CALENDAR (0.4). |
| BERLIN K | 03/02/06 | 0.30 | TELECONFERENCE WITH M. HESTER RE: IRVINE, CALIFORNIA ISSUES (0.3). |
| BERLIN K | 03/03/06 | 0.50 | TAKE PART IN SKADDEN STRATEGY TEAM TELEPHONE CONFERENCE (0.5). |
| BERLIN K | 03/07/06 | 1.30 | REVIEW UNSECURED CREDITORS PRESENTATION AND LATEST CALENDAR OF MATTER (1.3). |
| BERLIN K | 03/08/06 | 0.80 | PREPARE FOR AND TAKE PART IN TELEPHONE CONFERENCE WITH K. JONES RE: NEW BRUNSWICK ISRA ISSUES (0.8). |
| BERLIN K | 03/14/06 | 1.30 | PREPARE FOR TELECONFERENCE WITH FINANCIAL ADVISORS RE: ENVIRONMENTAL LIABILITIES (1.3). |
| BERLIN K | 03/15/06 | 0.50 | TELECONFERENCE WITH A. FRANKUM RE: ENVIRONMENTAL LIABILITIES (0.5). |
| BERLIN K | 03/16/06 | 1.90 | TELECONFERENCE WITH M. HESTER RE: TEAM CALL TODAY ON ENVIRONMENTAL ACCOUNTING ISSUES (0.2); PREPARE EMAIL ON GM EMA ISSUES (0.9); PREPARE FOR AND TELECONFERENCE WITH M. HESTER ET AL. RE: ACCOUNTING ISSUES (0.8). |
| BERLIN K | 03/17/06 | 0.30 | TELECONFERENCE WITH M. HESTER RE: IRVINE ENVIRONMENTAL ISSUES (0.3). |
| BERLIN K | 03/21/06 | 2.50 | PREPARE FOR MARCH 22 TELECONFERENCE ON SALES OF PROPERTY, INCLUDING REVIEW OF PRESENTATION AND TELECONFERENCE WITH M. WEXLER RE: SAME (1.6); REVIEW OF KANSAS DEPARTMENT OF NATURAL RESOURCES NRD CLAIM (0.5); TELECONFERENCE WITH M. HESTER AND K. JONES RE: SALE OF CORRECTIVE ACTION FACILITIES (0.4). |
| BERLIN K | 03/22/06 | 1.90 | PREPARE FOR AND TAKE PART IN TELECONFERENCE WITH M. HESTER, ET AL. RE: REAL ESTATE SALES (1.9). |
| BERLIN K | 03/27/06 | 2.10 | REVIEW AND MARKUP OF ANAHEIM CONSENT ORDER AND TELECONFERENCE WITH K. JONES RE: SAME (1.3); REVIEW OF MARKUP OF ACCOUNTANTS' DESCRIPTION OF ENVIRONMENTAL MATTERS (0.6); TELECONFERENCE WITH K. JONES RE: AIR PERMIT PAYMENT ISSUES (0.2). |
| BERLIN K | 03/28/06 | 1.10 | PREPARE EMAIL ON LANGUAGE IN ACCOUNTANTS' MEMORANDUM ON CLEANUP ISSUE (0.4); REVIEW OF LATEST LITIGATION DOCKET AND TIMELINE (0.7). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BERLIN K | 03/30/06 | 0.40 | TELECONFERENCE WITH J. AMODEO AND M. HESTER RE: OLANTHE, KANSAS ISSUE AND TELECONFERENCE FROM CITY LAWYER (0.4). |
| | | 15.30 | |
| LYONS JK | 03/08/06 | 1.10 | CONFERENCE WITH CLIENT RE: NEW BRUNSWICK PUT TRANSACTION AND ENVIRONMENTAL ISSUES (1.1). |
| | | 1.10 | |

Total Partner                16.40

TOTAL TIME                   <u>16.40</u>

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

**Delphi Corporation (DIP)**                                         **Bill Date: 04/30/06**
**Environmental Matters**                                          **Bill Number: 1108601**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.48 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.52 |
| | | **TOTAL TELEPHONE EXPENSE** | **$1.00** |
| Westlaw | 03/14/06 | Ziegler VE | 137.00 |
| | | **TOTAL WESTLAW** | **$137.00** |
| | | **TOTAL MATTER** | **$138.00** |

B43E

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 05/31/06
Environmental Matters                                       Bill Number: 1108515

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BERLIN K | 04/03/06 | 1.60 | TAKE PART IN TEAM TELECONFERENCE (0.7); PREPARE FOR APRIL 4 TELECONFERENCE (0.6); REVIEW OF DAYTON SETTLEMENT LANGUAGE (0.3). |
| BERLIN K | 04/04/06 | 2.00 | PREPARE FOR AND TAKE PART IN TELECONFERENCE WITH M. HESTER AND K. JONES ET AL. RE: ENVIRONMENTAL AUDITS, DUE DILIGENCE AND REMEDIATION (2.0). |
| BERLIN K | 04/06/06 | 1.10 | TELECONFERENCE WITH M. HESTER RE: IRVINE ISSUES (0.3); REVIEW OF MINUTES OF MARCH 30 MEETING OF UNSECURED CREDITORS (0.8). |
| BERLIN K | 04/12/06 | 0.60 | REVIEW NEW BRUNSWICK ISRA MOTION (0.6). |
| BERLIN K | 04/17/06 | 1.20 | REVIEW OF NEW BRUNSWICK PUT MOTION (1.2). |
| BERLIN K | 04/19/06 | 0.90 | REVIEW OF LATEST CASE CALENDAR (0.3); REVIEW OF NEW BRUNSWICK PUT AGREEMENT (0.6). |
| BERLIN K | 04/21/06 | 1.20 | TELECONFERENCE WITH M. HESTER, ET AL. RE: IRVINE LEASE REJECTION ISSUES AND REVIEW OF SAME (1.2). |
| BERLIN K | 04/26/06 | 2.90 | REVIEW AND ANALYZE RE: IRVINE ENVIRONMENTAL ISSUES, RESEARCH RE: SAME AND MEMORANDUM TO CLIENT RE: SAME (2.9). |
| BERLIN K | 04/27/06 | 5.10 | REVIEW OF LATEST OBJECTION BY UNIVERSAL TOOL TO LEASE REJECTION AND EMAILS RE: SAME (1.4); PREPARE MEMORANDUM ON IRVINE ISSUE (2.1); REVIEW OF NEW BRUNSWICK EMA (1.1); REVIEW OF LATEST MOTION SUMMARY CHART AND CASE TABLE (0.5). |
| BERLIN K | 04/28/06 | 1.50 | REVIEW OF REVISED JCI EMAIL (0.3); REVIEW OF GM LEASE AMENDMENT AND PREPARE EMAIL RE: SAME (1.2). |

                                        **18.10**

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| WEXLER MP | 04/03/06 | 2.50 | REVIEW CLIENT MATERIALS RE: ENVIRONMENTAL ISSUES AT OWNED AND CLOSING PLANTS IN PREPARATION FOR CONFERENCE CALL (1.4); REVIEW CLIENT MATERIALS RE: ENVIRONMENTAL ISSUES AT LEASED FACILITIES AND FOLLOW UP ON ISSUES RAISED BY CLIENT IN PREPARATION FOR CONFERENCE CALL (1.1). |
| WEXLER MP | 04/04/06 | 4.30 | PREPARATION FOR (0.5) AND TELECONFERENCE WITH CLIENT RE: ENVIRONMENTAL OBLIGATIONS IN CONNECTION WITH POTENTIAL SALES OF PROPERTY (2.3) AND FOLLOW UP ON MATTERS DISCUSSED (0.8); REVIEW ISSUES IN CONNECTION WITH ENVIRONMENTAL TESTING AT IRVINE, CALIFORNIA LEASED PROPERTY AND CONSIDER STRATEGY FOR DEALING WITH SAME (0.7). |
| WEXLER MP | 04/06/06 | 2.90 | PREPARE FOR (0.6) AND PARTICIPATE IN TELECONFERENCE WITH CLIENT TO DISCUSS ENVIRONMENTAL TESTING/REMEDIATION OBLIGATIONS AT IRVINE, CALIFORNIA LEASED PREMISES (1.3) AND FOLLOW UP ON ISSUES (0.8); REVIEW CORRESPONDENCE FROM D. BICKNELL RE: IRVINE ISSUES (0.2). |
| WEXLER MP | 04/07/06 | 1.20 | REVIEW ISSUES IN CONNECTION WITH IRVINE LEASE AND ENVIRONMENTAL MATTERS AND REVIEW UNDERLYING DOCUMENTATION IN CONNECTION THEREWITH (0.6); REVIEW CORRESPONDENCE FROM BICKNELL RE: ENVIRONMENTAL TESTING AT IRVINE AND FOLLOW UP ON ISSUES PRESENTED (0.6). |
| WEXLER MP | 04/18/06 | 0.60 | REVIEW CORRESPONDENCE FROM LANDLORD RE: ACCESS TO IRVINE, CA PROPERTY FOR TESTING AND FOLLOW UP WITH CLIENT ON RESPONSE TO SAME (0.6). |
| WEXLER MP | 04/25/06 | 2.20 | REVIEW AND COMMENT ON SEVERAL DRAFTS OF MEMO TO CLIENT RE: ENVIRONMENTAL CLEANUP ISSUES AT IRVINE, CA (1.4) AND FOLLOW UP ON RESEARCH AND ISSUES REQUIRED TO COMPLETE SAME (0.8). |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| WEXLER MP | 04/26/06 | 2.90 | REVIEW STRATEGIC ISSUES IN CONNECTION WITH ENVIRONMENTAL REMEDIATION AND LANDLORD DISCOVERY IN CONNECTION WITH IRVINE, CA LEASE AND STATUS OF RESEARCH IN CONNECTION THEREWITH (1.3); REVIEW AND COMMENT ON REVISED DRAFT OF MEMO TO CLIENT RE: SAME (0.5); REVIEW RESULTS OF RESEARCH ON ISSUES AND EXPAND RESEARCH ITEMS (0.5); REVIEW ISSUES AND STRATEGY IN CONNECTION WITH AMENDING GM LEASE TO TERMINATE PLANT 11 AND WASTE WATER TREATMENT PLANT (0.6). |
| WEXLER MP | 04/27/06 | 1.90 | REVIEW AND COMMENT ON REVISED MEMO TO CLIENT RE: ENVIRONMENTAL AND REJECTION ISSUES AT IRVINE, CA (1.2); FOLLOW UP ON OPEN ISSUES (0.4); CORRESPONDENCE AND FOLLOW UP WITH CLIENT IN CONNECTION THEREWITH (0.3). |
| | | 18.50 | |
| **Total Partner** | | **36.60** | |
| AMODEO JA | 04/26/06 | 2.50 | RESEARCH TREATMENT OF ENVIRONMENTAL COSTS FOLLOWING REJECTION OF LEASE (2.5). |
| AMODEO JA | 04/27/06 | 7.60 | RESEARCH ENVIRONMENTAL COSTS ON ADMINISTRATIVE EXPENSE FOLLOWING REJECTION OF LEASE (7.6). |
| AMODEO JA | 04/28/06 | 7.90 | RESEARCH TREATMENT OF ENVIRONMENTAL EXPENSES FOLLOWING LEASE REJECTION; DRAFT MEMORANDUM (7.9). |
| | | 18.00 | |
| **Total Counsel** | | **18.00** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MEISLER RE | 04/26/06 | 2.00 | REVIEW AND EVALUATE ENVIRONMENTAL MATTERS (2.0). |
| | | **2.00** | |
| TOUSSI S | 04/25/06 | 1.50 | RESEARCH ENVIRONMENTAL LIABILITY MATTERS RELATED TO PROPERTY LEASES (1.5). |
| TOUSSI S | 04/26/06 | 5.60 | RESEARCH ISSUES RELATED TO WHEN ENVIRONMENTAL CLAIMS ACCRUE PREPETITION OR POSTPETITION (2.5), PREPARE MEMO RE: SAME IN CONNECTION WITH REJECTING REAL ESTATE LEASE IN IRVINE CA (1.5); VARIOUS CONFERENCE CALLS TO DISCUSS SAME (0.8); REVIEW LEASES AND RELATED DOCUMENTS IN CONNECTION WITH PREPARING MEMO (0.8). |
| | | **7.10** | |
| **Total Associate** | | **9.10** | |
| **TOTAL TIME** | | **63.70** | |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Environmental Matters**

**Bill Date: 05/31/06**
**Bill Number: 1108515**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Lexis/Nexis | 04/26/06 | Eisenberg MG | 38.00 |
| | | **TOTAL LEXIS/NEXIS** | **$38.00** |
| Westlaw | 04/26/06 | Amodeo JA | 358.11 |
| Westlaw | 04/27/06 | Amodeo JA | 226.26 |
| Westlaw | 04/28/06 | Amodeo JA | 317.63 |
| | | **TOTAL WESTLAW** | **$902.00** |
| | | **TOTAL MATTER** | **$940.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                      Bill Date: 06/30/06
Environmental Matters                                         Bill Number: 1112661

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BERLIN K | 05/01/06 | 4.40 | REVIEW OF MOTION BY CALIFORNIA ATTORNEY GENERAL'S OFFICE TO APPEAR IN CASE; EMAIL RE: SAME AND REVIEW OF IMPLICATIONS FOR IRVINE MATTER (0.6); PREPARE MEMORANDUM ON SETTING UP TRUST, REVIEW ISSUES RE: SAME AND TELEPHONE CONFERENCE WITH M. HESTER RE: SAME (3.8). |
| BERLIN K | 05/02/06 | 1.90 | REVIEW OF MATERIALS ON PROPERTIES FOR MAY 3 MEETING IN DETROIT AND EMAIL RE: SAME (1.3); TELECONFERENCE WITH M. FUKUDA RE: NEW BRUNSWICK ISSUES AND REVIEW OF SAME (0.6). |
| BERLIN K | 05/03/06 | 6.20 | PREPARE FOR AND ATTEND MEETINGS IN TROY, MI WITH M. HESTER, K. JONES AND J. HUNT, ET AL. RE: TRUST AGREEMENT (6.2). |
| BERLIN K | 05/04/06 | 4.80 | PREPARE FOR AND TAKE PART IN TELEPHONE CONFERENCE WITH M. FUKUDA AND JCI RE: NEW BRUNSWICK ISSUE (1.2); DRAFT POWERPOINT ON PROPERTY TRUST (3.4); TELECONFERENCE WITH K. JONES RE: NEW BRUNSWICK ISSUE (0.2). |
| BERLIN K | 05/05/06 | 2.20 | REVIEW MATERIALS ON POSSIBLE EXPERTS FOR TRUST MATTER AND EMAILS RE: SAME (0.7); REVISE TRUST POWERPOINT (1.3); TELECONFERENCE WITH M. HESTER RE: TRUST AGREEMENT (0.2). |
| BERLIN K | 05/08/06 | 2.20 | CONTINUE DRAFTING OF TRUST PRESENTATION AND EMAIL RE: SAME (1.8); REVIEW OF LATEST CASE CALENDAR AND MOTION SUMMARY CHART (0.4). |
| BERLIN K | 05/09/06 | 0.30 | REVISE TRUST PRESENTATION (0.3). |
| BERLIN K | 05/10/06 | 0.90 | REVIEW AND MARKUP OF NEW BRUNSWICK MOTION (0.9). |
| BERLIN K | 05/11/06 | 1.20 | TELECONFERENCE WITH M. HESTER RE: INDIANAPOLIS MOTION AND REVIEW OF SAME (0.7); CONTINUED REVIEW OF TRUST ISSUES (0.5). |
| BERLIN K | 05/16/06 | 1.40 | REVIEW OF UNIVERSAL TOOL OBJECTION, ISSUES RAISED BY SAME (1.4). |
| BERLIN K | 05/17/06 | 3.20 | REVIEW OF MEMORANDUM ON LEASES AND ABANDONMENT AND PREPARE INSERT TO IT BRIEF RE: SAME (2.2); REVIEW OF POWERPOINT ON MAY 3 MEETING OF CREDITORS (0.7); TELECONFERENCE WITH M. HESTER RE: TREMONT LANDFILL (0.3). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BERLIN K | 05/18/06 | 3.30 | REVIEW OF DOCUMENTS ON MICHIGAN SITE (1.2); REVIEW OF PHASE 1 FOR WARREN, OHIO SITE (0.7); REVIEW OF NEW BRUNSWICK DRAFT ORDER, LETTER AND TRANSFER AGREEMENT (1.4). |
| BERLIN K | 05/19/06 | 3.40 | PREPARE FOR AND TAKE PART IN DELPHI TEAM WEEKLY TELECONFERENCE DISCUSSING PROPERTY TRUST AND GM EMA (1.4); REVIEW OF LATEST DRAFT OF UNIVERSAL TOOL MOTION (0.6); TELECONFERENCE WITH M. HESTER RE: NEXT STEPS (0.3); REVIEW OF EPA NOTICE LETTER AND PROPOSED ORDER FOR TREMONT SITE (1.1). |
| BERLIN K | 05/20/06 | 1.20 | MARKUP OF M. HESTER'S MATERIALS ON GM EMA (1.2). |
| BERLIN K | 05/24/06 | 0.70 | REVIEW OF NEW BRUNSWICK MOTION PAPERS (0.7). |
| BERLIN K | 05/30/06 | 1.20 | TELEPHONE CONFERENCE WITH K. JONES ET AL. RE: NEW BRUNSWICK PRESENTATION TO CREDITORS (0.4); REVIEW OF NEW BRUNSWICK PLEADINGS (0.8). |
| BERLIN K | 05/31/06 | 0.40 | TELECONFERENCE WITH M. HESTER RE: JUNE 9 MEETING IN TROY, MI (0.4). |
| | | **38.90** | |
| WEXLER MP | 05/02/06 | 3.10 | PREPARATION FOR MEETING IN TROY RE: PROPERTIES WITH ENVIRONMENTAL ISSUES, INCLUDING REVIEW OF SUMMARY OF TRUST ISSUES AND FORM OF TRUST AGREEMENT (2.3); REVIEW STATUS OF LAUREL, MS AND OTHER PROPERTIES IN PREPARATION FOR MEETING IN TROY (0.8). |
| WEXLER MP | 05/03/06 | 6.10 | MEETING WITH M. HESTER, K. JONES, C. COMERFORD, J. HUNT RE: ENVIRONMENTAL ISSUES ON PROPERTIES TO BE CLOSED AND STRATEGIES FOR DEALING WITH SAME (5.3); REVIEW ISSUES WITH C. COMERFORD ON TREATMENT OF LAUREL, MS PROPERTY AND FOLLOW UP ON SAME (0.8). |
| WEXLER MP | 05/04/06 | 2.20 | REVIEW AND CONSIDER TREATMENT/SPECIFICS OF LAUREL, MS PROPERTY (0.7); REVIEW MORTGAGED PROPERTIES AND ISSUES RELATING THERETO (0.6); REVIEW OWNED PROPERTY INFORMATION AND CONSIDER ENVIRONMENTAL STRATEGY IN CONNECTION THEREWITH (0.9). |
| WEXLER MP | 05/08/06 | 2.30 | REVIEW ENVIRONMENTAL MATERIALS RE: ADRIAN, MI AND WARREN, OH FACILITIES (1.6); REVIEW AND COMMENT ON DRAFT OF POWER POINT PRESENTATION FOR MANAGEMENT RE: CREATION OF TRUST FOR PROPERTIES (0.7). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| WEXLER MP | 05/09/06 | 0.30 | REVISIONS TO MEMO RE: DISPOSITION OF PROPERTIES WITH ENVIRONMENTAL ISSUES (0.3). |
| WEXLER MP | 05/19/06 | 1.80 | FOLLOW UP ON ISSUES RAISED IN CONNECTION WITH A POTENTIAL TRUST FOR CLOSING OPERATION PROPERTIES AND CORRESPONDENCE WITH CLIENT RE: SAME (1.4); REVIEW STATUS AND STRATEGY FOR POTENTIAL CLOSE OF WICHITA FALLS PLANT (0.4). |
| WEXLER MP | 05/23/06 | 0.40 | FOLLOW UP CORRESPONDENCE RE: MEETING WITH CLIENT ON ENVIRONMENTAL PROPERTY TRUST AND PREPARATION (0.4). |
| WEXLER MP | 05/25/06 | 0.20 | CORRESPONDENCE WITH CLIENT RE: ENVIRONMENTAL TRUST MEETING AND ISSUES (0.2). |
| | | 16.40 | |
| **Total Partner** | | **55.30** | |
| AMODEO JA | 05/01/06 | 7.60 | RESEARCH TREATMENT OF ENVIRONMENTAL EXPENSES AS ADMINISTRATIVE EXPENSE FOLLOWING LEASE REJECTION (7.6). |
| AMODEO JA | 05/02/06 | 3.80 | DRAFT MEMORANDUM ON ENVIRONMENTAL CLEAN UP COSTS AS ADMINISTRATIVE EXPENSE (3.8). |
| AMODEO JA | 05/03/06 | 1.50 | RESEARCH ISRA FOR MEMORANDUM ON SALE OF NEW BRUNSWICK SITE (1.5). |
| AMODEO JA | 05/11/06 | 4.30 | RESEARCH TREATMENT OF CLEANUP COSTS ON LEASE REJECTION (4.3). |
| | | 17.20 | |
| **Total Counsel** | | **17.20** | |
| **TOTAL TIME** | | **72.50** | |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 06/30/06
Environmental Matters                                       Bill Number: 1112661

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 05/03/06 | Berlin K | 1,037.77 |
| Air/Rail Travel - vendor feed | 05/03/06 | Wexler MP | 485.97 |
| Air/Rail Travel - vendor feed | 05/03/06 | Wexler MP | 835.26 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$2,359.00** |
| In-house Reproduction | 05/02/06 | Copy Center, D | 1.80 |
| In-house Reproduction | 05/26/06 | Copy Center, D | 0.20 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$2.00** |
| Telephone Expense | 05/26/06 | Telecommunications, D | 1.43 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 1.56 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.01 |
| | | **TOTAL TELEPHONE EXPENSE** | **$3.00** |
| Westlaw | 05/01/06 | Amodeo JA | 76.17 |
| Westlaw | 05/16/06 | Amodeo JA | 398.74 |
| Westlaw | 05/17/06 | Amodeo JA | 103.09 |
| | | **TOTAL WESTLAW** | **$578.00** |
| Printing to paper from TIF | 05/24/06 | Copy Center, D | 23.00 |
| | | **TOTAL PRINTING TO PAPER FROM TIF** | **$23.00** |
| | | **TOTAL MATTER** | **$2,965.00** |

B43E