SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-21
LITIGATION (INSURANCE RECOVERY)
208.1 HOURS

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                                 Bill Date: 03/31/06
Litigation (Insurance Recovery)                                          Bill Number: 1108452

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 02/01/06 | 1.10 | CONSIDER JOINT PROTOCOL APPROACH FOR CREDITORS' COMMITTEE INVOLVEMENT INCLUDING LIASE WITH D. SHERBIN (0.9); BEGIN TO PREPARE FOR FEBRUARY 8TH STATUS CONFERENCE BEFORE JUDGE ROSEN IN DETROIT FEDERAL COURT RE: ERISA AND FEDERAL SECURITIES CONSOLIDATED LITIGATION (0.2). |
| BUTLER, JR. J | 02/07/06 | 1.70 | PREPARE FOR (0.2) AND PARTICIPATE IN (0.9) TELECONFERENCE WITH D. SHERBIN, J. PAPELIAN AND B. TELGEN AND OTHERS RE: ERISA AND FEDERAL SECURITIES LITIGATION MATTERS; PREPARE FOR FEBRUARY 8TH STATUS CONFERENCE BEFORE JUDGE ROSEN IN DETROIT FEDERAL COURT RE: ERISA AND FEDERAL SECURITIES CONSOLIDATED LITIGATION INCLUDING TELECONFERENCES AND EMAILS WITH J. PAPELIAN (0.4); EMAILS FROM/TO A. TENZER AND B. POLOVOY RE: UNDERWRITERS MOTION TO EXTEND STAY AND NEXT STEPS (0.2). |
| BUTLER, JR. J | 02/08/06 | 3.30 | PREPARE FOR (1.0) AND ATTEND (2.3) STATUS CONFERENCE BEFORE JUDGE ROSEN IN DETROIT FEDERAL COURT RE: ERISA AND FEDERAL SECURITIES CONSOLIDATED LITIGATION. |
| BUTLER, JR. J | 02/21/06 | 1.30 | CONTINUE TO EVALUATE UNDERWRITERS' REQUEST TO STAY FEDERAL MDL LITIGAITON IN DETROIT (0.3); EMAIL TO D. KUNEY RE LIKELY DEBTORS' OPPOSITION TO SAME (0.1); REVIEW WHITE PAPERS AND RELATED MATERIALS (0.9). |
| BUTLER, JR. J | 02/24/06 | 0.40 | EMAILS FROM/TO D. KUNEY RE DEBTORS' OPPOSITION TO UNDERWRITERS REQUEST TO STAY FEDERAL MDL LITIGATION IN DETROIT (0.3); EMAILS TO/FROM J. PAPELIAN RE SAME (0.1). |
|  |  | **7.80** |  |
| SPRINGER DE | 02/15/06 | 0.80 | DRAFT MESSAGE TO J. PAPELIAN RE: ISSUES IN SECURITIES LITIGATION (0.8). |
| SPRINGER DE | 02/20/06 | 1.70 | TELECONFERENCES WITH D. KUNEY RE: UNDERWRITERS' ADVERSARY (0.3); CONFERENCE WITH N. MACDONALD RE: APPALOOSA, ERISA, AND UNDERWRITERS' ADVERSARY (0.6); REVIEW ERISA CLAIMANTS' MOTION FOR CLASS CERTIFICATION AND SUPPORTING MEMORANDUM (0.8). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| SPRINGER DE | 02/21/06 | 1.30 | TELECONFERENCES WITH J. BUTLER (0.3); REVIEW ERISA STIPULATION AND PROPOSED ORDER (0.5); TELECONFERENCES WITH R. ROSENBERG AND M. BROUDE RE: ERISA AND SCALP ADVERSARIES (0.5). |
| SPRINGER DE | 02/22/06 | 1.50 | TELECONFERENCES WITH J. PAPELIAN RE: ERISA ISSUES (0.5); REVIEW TRANSCRIPT OF MDL LITIGATION HEARING (1.0). |
| SPRINGER DE | 02/23/06 | 0.50 | TELECONFERENCES WITH M. BROUDE RE: ERISA CLAIMANTS STIPULATION (0.5). |
| SPRINGER DE | 02/26/06 | 2.20 | DRAFT STATEMENT RE: UNDERWRITERS' MOTION TO EXTEND STAY (2.2). |
| | | 8.00 | |
| **Total Partner** | | **15.80** | |
| MATZ TJ | 02/08/06 | 0.70 | FOLLOW UP WORK RE: SECURITIES, ERISA CLASS ACTIONS, AND UNDERWRITERS ADVERSARY PROCEEDING (0.7). |
| MATZ TJ | 02/27/06 | 0.40 | REVIEW ERISA PLAINTIFFS CLASS ACTION STIPULATION (0.2); FOLLOW UP TELECONFERENCE WITH CHAMBERS RE: SAME (0.1); FORWARD SAME TO CHAMBERS (0.1). |
| | | 1.10 | |
| **Total Counsel** | | **1.10** | |
| FERN BM | 02/21/06 | 4.20 | REVIEWED RESEARCH RE: ERISA CLASS CERTIFICATION (0.4); ADDITIONAL RESERACH RE: CLASS CERTIFICATION (0.3); FORMULATE STRATEGY RE: ERISA CLASS CERTIFICATION (0.6); DRAFTED PROPOSED STIPULATION RE: ERISA CLASS CERTIFICATION (2.4); REVIEWED DISTRICT COURT FILINGS RE: ERISA LITIGATION (0.5). |
| FERN BM | 02/22/06 | 0.90 | REVISED PROPOSED STIPULATION FOR ERISA MOTION (0.4); ADDITIONAL REVISIONS TO ERISA STIPULATION (0.3); EMAIL TO G. GOTTO RE: ERISA STIPULATION (0.2). |
| FERN BM | 02/24/06 | 1.10 | TELECONFERENCE WITH G. GOTTO RE: ERISA CLASS CERTIFICATION MOTION (0.3); EMAILS TO/FROM M. BROUDE RE: MOTION TO CERTIFY ERISA CLASS (0.3); DRAFTED PRESENTATION SLIDES RE: MOTION TO CERTIFY ERISA CLASS (0.5). |
| FERN BM | 02/27/06 | 2.20 | ATTENTION TO ISSUES RE: PROVISIONS OF ERISA STIPULATION (1.7); EMAILS TO/FROM G. GOTTO RE: ERISA STIPULATION (0.3); EMAILS TO/FROM M. BROUDE RE: ERISA STIPULATION (0.2). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Name | Date | Hours | Description |
|---|---|---|---|
| FERN BM | 02/28/06 | 0.90 | DRAFTED SCRIPT FOR PRESENTATION OF ERISA MOTION (0.9). |
| | | **9.30** | |
| MACDONALD N | 02/20/06 | 8.80 | REVIEW ERISA-RELATED LITIGATION PLEADINGS AND MEMORANDA RELATED TO SAME (8.8). |
| MACDONALD N | 02/21/06 | 3.20 | MEET AND CONFER WITH COUNSEL FOR CREDITORS' COMMITTEE ABOUT PENDING MATTERS AND FOLLOW-UP DISCUSSIONS RE: SAME (0.7); CONTINUE REVIEW OF ERISA-BASED PLEADINGS (2.5). |
| | | **12.00** | |
| MEISLER RE | 02/01/06 | 0.80 | RESEARCHED AND REVIEWED ORDERS RE: JOINT REVIEW PROTOCOLS (0.8). |
| MEISLER RE | 02/03/06 | 1.30 | REVIEWED AND ANALYZED UNDERWRITER'S MOTION AND COMPLAINT TO EXTEND STAY (0.7); TELECONFERENCES WITH M. BROUDE RE: SAME (0.1, 0.1); TELECONFERENCE WITH D. KUNEY (COUNSEL TO UNDERWRITERS) RE: SAME (0.4). |
| MEISLER RE | 02/07/06 | 0.20 | TELECONFERENCE WITH J. PAPELIAN RE: MOTION FILED BY UNDERWRITERS (0.2). |
| MEISLER RE | 02/16/06 | 2.10 | REVIEW MOTION AND MEMORANDUM FOR CERTIFICATION OF ERISA CLASS ACTION (1.4); REVIEW CASE LAW RE: SAME (0.7). |
| MEISLER RE | 02/20/06 | 0.40 | REVIEW ERISA CLASS CERTIFICATION MOTION (0.4). |
| MEISLER RE | 02/22/06 | 0.30 | CONTINUED ANALYSIS OF UNDERWRITERS' MOTION AND COMPLAINT TO EXTEND STAY (0.3). |
| | | **5.10** | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MICHELI MJ | 02/01/06 | 0.70 | CORRESPONDENCE RE: SHAW LIFT STAY MOTION (0.2); BEGAN REVIEW OF UNDERWRITERS ADVERSARY PROCEEDING TO EXTEND THE AUTOMATIC STAY (0.3); CORRESPONDENCE WIRH J. PAPELIAN RE: SAME (0.2). |
| MICHELI MJ | 02/03/06 | 0.30 | BEGAN REVIEW OF PLEADINGS SEEKING TO EXTEND THE AUTOMATIC STAY RE: UNDERWRITERS (0.3). |
| MICHELI MJ | 02/06/06 | 0.30 | BEGAN DRAFTING SCRIPT RE: UNDERWRITERS MOTION FOR EXTENSION OF STAY (0.3). |
| MICHELI MJ | 02/26/06 | 2.70 | BEGAN RESEARCH IN CONNECTION WITH THE UNDERWRITERS MOTION FOR EXTENTION OF THE AUTOMATIC STAY (2.7). |
| | | 4.00 | |
| **Total Associate** | | 30.40 | |
| ZSOLDOS AF | 02/20/06 | 1.20 | RESEARCH FOR PRECEDENTS IN ENRON AND WORLDCOM RE: LEAD PLAINTIFF'S CLASS ACTION ERISA LITIGATION CERTIFICATION OF CLASS DOCUMENTS (1.2). |
| | | 1.20 | |
| **Total Legal Assistant** | | 1.20 | |
| **TOTAL TIME** | | **48.50** | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  Bill Date: 03/31/06
Litigation (Insurance Recovery)  Bill Number: 1108452

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel (external) | 02/08/06 | Butler, Jr. J | 156.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$156.00** |
| Out-of-Town Travel | 02/08/06 | Butler, Jr. J | 60.00 |
| Out-of-Town Travel | 02/08/06 | Butler, Jr. J | 9.00 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$69.00** |
| Out-of-Town Meals | 02/08/06 | Butler, Jr. J | 17.00 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$17.00** |
| | | **TOTAL MATTER** | **$242.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                          Bill Date: 04/30/06
Litigation (Insurance Recovery)                                   Bill Number: 1108601

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 03/12/06 | 0.40 | REVIEW DRAFTS OF JOINT REVIEW PROTOCOL PLEADINGS (0.4). |
| BUTLER, JR. J | 03/28/06 | 0.90 | REVIEW AND FINALIZE JOINT REVIEW MOTION AND RELATED PLEADINGS FOR FILING (0.9). |
| | | **1.30** | |
| MARAFIOTI KA | 03/14/06 | 1.70 | REVIEW AND REVISE JOINT INTEREST AGREEMENT (0.5); REVIEW AND REVISE JOINT INTEREST MOTION (0.9); REVIEW AND REVISE JOINT INTEREST ORDER (0.3). |
| MARAFIOTI KA | 03/15/06 | 0.70 | REVIEW AND REVISE JOINT INTEREST PLEADINGS (0.7). |
| MARAFIOTI KA | 03/28/06 | 0.60 | REVIEW COMMITTEE COMMENTS RE: JOINT REVIEW PROTOCOL MOTION AND CORRESPONDENCE RE: SAME (0.2); REVIEW AND REVISE JOINT PROTOCOL PLEADINGS (0.4). |
| MARAFIOTI KA | 03/30/06 | 0.30 | TELECONFERENCE FROM J. PATRICK AT JUSTICE DEPARTMENT RE: PROTOCOL MOTION (0.1); CONFERRED WITH D. SHERBIN RE: SAME (0.1); TELECONFERENCE WITH P. UROFSKY RE: SAME (0.1). |
| | | **3.30** | |
| SPRINGER DE | 03/02/06 | 1.40 | TELECONFERENCES WITH J. PAPELIAN AND N. BERGER RE: CONSULTATION ON RESPONSE TO UNDERWRITERS' MOTION TO EXTEND AUTOMATIC STAY (0.9); CONFERENCES WITH WORKING GROUP RE: NILES AND GENERATOR ISSUES (0.5). |
| | | **1.40** | |
| **Total Partner** | | **6.00** | |
| DIAZ LB | 03/14/06 | 6.60 | RESEARCH RE: A JOINT INTEREST AGREEMENT MOTION (6.6). |
| DIAZ LB | 03/15/06 | 7.20 | CONTINUE RESEARCHING CASE LAW RE: JOINT INTEREST AGREEMENT MOTION (7.2). |
| DIAZ LB | 03/21/06 | 5.80 | CONTINUE TO RESEARCH CASE LAW AND RELEVANT UCC PROVISIONS RE: CONTRACT MODIFICATION AND INTEGRATION CLAUSES (5.8). |
| | | **19.60** | |

132                                                                             B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| FERN BM | 03/01/06 | 3.10 | REVIEW RESEARCH RE: PROTOCOL FOR DISCLOSURE OF PRIVILEGE INFORMATION (3.1). |
| FERN BM | 03/02/06 | 2.90 | BEGIN TO DRAFT MOTION TO ENTER INTO JOINT INTEREST AGREEMENT (2.9). |
| FERN BM | 03/03/06 | 1.10 | REVIEW JOINT INTEREST AGREEMENT RESEARCH (1.1). |
| | | **7.10** | |
| MEISLER RE | 03/08/06 | 2.00 | BEGAN REVIEW OF JOINT REVIEW PAPERS (1.2); REVIEWED CORRESPONDENCE RE: REMOVAL MOTION AND ORDER (0.5); REVIEWED SCRIPT RE: SAME (0.3). |
| MEISLER RE | 03/09/06 | 1.10 | CONTINUE TO WORK ON JOINT REVIEW PAPERS (0.8); TELECONFERENCE WITH B. POLOVOY RE: ERISA LITIGATION (0.3). |
| MEISLER RE | 03/10/06 | 3.70 | CONTINUE TO WORK ON JOINT PROTOCOL PLEADINGS (3.7). |
| MEISLER RE | 03/11/06 | 0.50 | CONTINUE TO WORK ON JOINT PROTOCOL PLEADINGS (0.5). |
| MEISLER RE | 03/15/06 | 3.80 | REVIEW AND REVISE MOTION RE: JOINT REVIEW PROTOCOL (3.8). |
| MEISLER RE | 03/16/06 | 0.30 | CONTINUE TO REVIEW AND REVISE JOINT REVIEW PROTOCOL MOTION (0.3). |
| MEISLER RE | 03/27/06 | 0.40 | REVIEW JOINT REVIEW PROTOCOL (0.4). |
| MEISLER RE | 03/28/06 | 7.30 | REVIEW AND REVISE MOTION AND ORDER REQUESTING APPROVAL OF JOINT INTEREST AGREEMENT (4.6); TELECONFERENCE WITH B. POLOVOY RE: SAME (0.1); TELECONFERENCES WITH M. BROUDE RE: COMMENTS TO SAME (0.2, 0.1); TELECONFERENCES WITH J. PAPELIAN RE: SAME (0.2, 0.1); REVISE AGREEMENT RE: SAME (0.7); FINALIZE MOTION AND ORDER AND PREPARE SAME FOR FILING (1.0); TELECONFERENCES WITH KCC RE: SAME (0.2, 0.1). |
| | | **19.10** | |
| STUART NL | 03/08/06 | 2.20 | RESEARCH RE: JOINT INTEREST MOTION (2.2). |
| STUART NL | 03/09/06 | 10.70 | CONTINUE RESEARCH RE: JOINT INTEREST AGREEMENT (1.2); STRATEGIZE RE: SAME (0.4); RESEARCH RE: INVESTIGATIONS (1.7); BEGIN DRAFTING MOTION (2.1), ORDER (1.8), AND AGREEMENT (1.9); REVIEW BACKGROUND CERTAIN INVESTIGATORY MATTERS (1.6). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| STUART NL | 03/10/06 | 9.10 | CONTINUE TO DRAFT JOINT INTEREST PLEADINGS (1.6); STRATEGY DISCUSSION RE: MOTION AND AGREEMENT (0.6); REVISE JOINT INTEREST PLEADINGS AND AGREEMENT BASED ON DISCUSSION (6.9). |
| STUART NL | 03/11/06 | 4.90 | REVIEW JOINT INTEREST AGREEMENT (1.3); REVISE JOINT INTEREST AGREEMENT PLEADINGS (3.6). |
| STUART NL | 03/14/06 | 5.30 | STRATEGY SESSION RE: JOINT INTEREST PLEADINGS (0.4); REVISE JOINT INTEREST MOTION BASED ON COMMENTS (1.2); REVISE JOINT INTEREST AGREEMENT (1.3); REVISE JOINT INTEREST ORDER (1.2); ADDITIONAL REVISIONS TO JOINT INTEREST PLEADINGS (1.2). |
| STUART NL | 03/15/06 | 11.70 | REVIEW CASELAW ON COMMON INTEREST DOCTRINE (1.6); REVISE JOINT INTEREST PLEADINGS (0.7); REVIEW JOINT INTEREST FILINGS (0.6); ADDITIONAL REVISIONS TO JOINT INTEREST MOTION (2.9), JOINT INTEREST ORDER (2.8), AND AGREEMENT (3.1). |
| STUART NL | 03/23/06 | 1.20 | DRAFT PRESENTATION FOR JOINT INTEREST AGREEMENT (1.2). |
| STUART NL | 03/27/06 | 1.70 | REVISE JOINT INTEREST PAPERS (1.7). |
| STUART NL | 03/28/06 | 3.70 | REVISE, FINALIZE AND FILE JOINT INTEREST AGREEMENT AND CORRESPONDING PLEADINGS (3.7). |
| | | 50.50 | |
| **Total Associate** | | 96.30 | |
| SALAZAR AG | 03/28/06 | 1.10 | DRAFT NOTICE FOR JOINT REVIEW MOTION (0.4); PREPARE AND ELECTRONICALLY FILE JOINT REVIEW MOTION AND COORDINATE SERVICE (0.7). |
| SALAZAR AG | 03/30/06 | 0.90 | REVIEW AFFIDAVIT FOR SERVICE OF JOINT REVIEW (0.9). |
| SALAZAR AG | 03/31/06 | 0.50 | FINALIZE AND ELECTRONICALLY FILE AFFIDAVIT OF SERVICE FOR JOINT REVIEW (0.5). |
| | | 2.50 | |
| **Total Legal Assistant** | | 2.50 | |
| **TOTAL TIME** | | **104.80** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  Bill Date: 04/30/06
Litigation (Insurance Recovery)  Bill Number: 1108601

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Travel | 03/28/06 | Meisler RE | 202.35 |
| Out-of-Town Travel | 03/28/06 | Meisler RE | 9.62 |
| Out-of-Town Travel | 03/28/06 | Meisler RE | 174.03 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$386.00** |
| Out-of-Town Meals | 03/15/06 | Meisler RE | 22.49 |
| Out-of-Town Meals | 03/15/06 | Meisler RE | 5.38 |
| Out-of-Town Meals | 03/15/06 | Meisler RE | 5.19 |
| Out-of-Town Meals | 03/15/06 | Meisler RE | 3.62 |
| Out-of-Town Meals | 03/28/06 | Meisler RE | 14.98 |
| Out-of-Town Meals | 03/28/06 | Meisler RE | 16.34 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$68.00** |
| | | **TOTAL MATTER** | **$454.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                            Bill Date: 05/31/06
Litigation (Insurance Recovery)                                     Bill Number: 1108515

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 04/02/06 | 0.60 | CONTINUE TO PREPARE FOR APRIL 7TH OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: JOINT INTEREST MOTION INCLUDING REVIEW OF UCC REQUESTS FOR CHANGES TO PROTOCOL (0.4); FOLLOW-UP ON UCC COMMENTS RE: JOINT REVIEW PROTOCOL (0.2). |
| BUTLER, JR. J | 04/03/06 | 0.40 | CONTINUE TO PREPARE FOR APRIL 7TH OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: JOINT INTEREST MOTION INCLUDING SEC REVIEW OF PROPOSED JOINT INTEREST ORDER (0.4). |
| BUTLER, JR. J | 04/04/06 | 0.60 | CONTINUE TO PREPARE FOR APRIL 7TH OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: JOINT INTEREST MOTION INCLUDING GM OBJECTION TO JOINT INTEREST ORDER (0.6). |
| BUTLER, JR. J | 04/06/06 | 0.30 | CONTINUE TO PREPARE FOR APRIL 7TH OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: JOINT INTEREST MOTION INCLUDING REVIEW AND REVISE OMNIBUS REPLY (0.3). |
| BUTLER, JR. J | 04/07/06 | 0.70 | PREPARE FOR (0.3) AND PARTICIPATE IN (0.4) OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: JOINT INTEREST MOTION. |
| BUTLER, JR. J | 04/25/06 | 0.30 | REVIEW UCC MATERIALS RE: JOINT REVIEW INFORMATION SHARING REQUEST (0.2); CONFERENCE WITH J. PAPELIAN RE: POTENTIAL FORMER EMPLOYEE INDEMNITY PAYMENTS MOTION (0.1). |
|  |  | **2.90** |  |
| MARAFIOTI KA | 04/04/06 | 0.40 | CORRESPONDENCE RE: JOINT PROTOCOL (0.2); REVIEW GM OBJECTION TO JOINT INTEREST AGREEMENT PROTOCOL MOTION (0.2). |
| MARAFIOTI KA | 04/06/06 | 0.30 | WORK ON REPLY TO GM RESPONSE TO JOINT INTEREST AGREEMENT (0.3). |
| MARAFIOTI KA | 04/10/06 | 0.80 | REVIEW REVISED JOINT INTEREST AGREEMENT ORDER (0.8). |
|  |  | **1.50** |  |
| **Total Partner** |  | **4.40** |  |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MATZ TJ | 04/05/06 | 0.80 | REVIEW AND COMMENT ON JOINT INTEREST AGREEMENT AND REPLY TO OBJECTION THERETO (0.8). |
| MATZ TJ | 04/06/06 | 0.90 | REVIEW AND COMMENT ON REPLY RE: GM RESPONSE TO JOINT INTEREST MOTION (0.7); FINALIZE SAME FOR FILING (0.2). |
| | | 1.70 | |
| **Total Counsel** | | **1.70** | |
| MEISLER RE | 04/03/06 | 2.60 | WORK ON SUPPORT FOR MOTION TO APPROVE JOINT INTEREST AGREEMENT (2.6). |
| MEISLER RE | 04/04/06 | 0.90 | CONTINUE WORKING ON SUPPORT FOR MOTION TO APPROVE JOINT INTEREST AGREEMENT (0.9). |
| MEISLER RE | 04/05/06 | 4.20 | CONTINUE WORKING ON SUPPORT FOR JOINT INTEREST AGREEMENT (0.9); REVIEW AND ANALYZE GM OBJECTION RE: SAME (0.6); TELECONFERENCES WITH J. PAPELIAN RE: SAME (0.1, 0.1); REVIEW AND REVISE RESPONSE RE: SAME (2.5). |
| MEISLER RE | 04/06/06 | 3.40 | CONTINUE WORKING ON TRIAL PREPARATIONS RE: SUPPORT FOR JOINT INTEREST AGREEMENT (1.6); REVIEW AND REVISE RESPONSE TO GM OBJECTION RE: SAME (1.8). |
| MEISLER RE | 04/10/06 | 0.30 | FOLLOW UP ON CHANGES TO JOINT INTEREST AGREEMENT ORDER (0.3). |
| MEISLER RE | 04/11/06 | 0.30 | CONTINUE FOLLOW UP ON CHANGES TO JOINT INTEREST AGREEMENT ORDER (0.3). |
| MEISLER RE | 04/19/06 | 0.30 | RESPOND TO M. BROUDE RE: JOINT INTEREST AGREEMENT (0.3). |
| MEISLER RE | 04/27/06 | 0.20 | TELECONFERENCE WITH J. PAPELIAN RE: UPDATED LIST OF PARTIES TO LITIGATION (0.2). |
| MEISLER RE | 04/28/06 | 0.20 | TELECONFERENCE WITH J. PAPELIAN RE: UPDATED LIST OF PARTIES TO LITIGATION (0.2). |
| | | **12.40** | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| STUART NL | 04/04/06 | 1.60 | RESEARCH RE: COMMON INTEREST DOCTRINE (1.6). |
| STUART NL | 04/05/06 | 10.10 | DRAFT REPLY FOR JOINT INTEREST AGREEMENT MOTION (3.6); REVISE REPLY FOR JOINT INTEREST AGREEMENT (4.2); RESEARCH FOR JOINT INTEREST AGREEMENT REPLY (2.3). |
| STUART NL | 04/06/06 | 10.60 | RESEARCH RE: REPLY FOR JOINT INTEREST AGREEMENT (2.4); CONTINUE TO DRAFT AND REVISE REPLY FOR JOINT INTEREST AGREEMENT (4.3); DRAFT AND REVISE SCRIPT FOR JOINT INTEREST AGREEMENT (3.9). |
| STUART NL | 04/07/06 | 0.60 | REVIEW AND REVISE JOINT INTEREST AGREEMENT ORDER (0.6). |
| STUART NL | 04/10/06 | 1.80 | EDIT REVISIONS TO JOINT INTEREST ORDER (0.6); CIRCULATE SAME AND REVIEW COMMENTS (1.2). |
| STUART NL | 04/11/06 | 1.80 | FINALIZE JOINT INTEREST AGREEMENT AND ORDER (1.8). |
| | | **26.50** | |
| ZIEGLER VE | 04/04/06 | 3.70 | LEGAL RESEARCH RE: APPLICABILITY OF COMMON INTEREST PRIVILEGE DOCTRINE (3.7). |
| ZIEGLER VE | 04/05/06 | 9.80 | LEGAL RESEARCH RE: APPLICABILITY OF COMMON INTEREST PRIVILEGE DOCTRINE (5.7); DRAFT REPLY TO GM'S RESPONSE TO JOINT PROTOCOL MOTION (4.1). |
| | | **13.50** | |
| **Total Associate** | | **52.40** | |
| **TOTAL TIME** | | **58.50** | |

136                                                                   B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  Bill Date: 05/31/06
Litigation (Insurance Recovery)  Bill Number: 1108515

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 04/04/06 | Stuart NL | 150.23 |
| Westlaw | 04/05/06 | Stuart NL | 134.77 |
| | | **TOTAL WESTLAW** | **$285.00** |
| | | **TOTAL MATTER** | **$285.00** |

B43E