SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


EXHIBIT D-22
TAX MATTERS
145.7 HOURS

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Delphi Corporation (DIP) | | | Bill Date: 03/31/06 |
|---|---|---|---|
| Tax Matters | | | Bill Number: 1108452 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GROSS C | 02/03/06 | 2.40 | WORK RE: IRS CAP PROGRAM ANALYSIS (2.4). |
| GROSS C | 02/16/06 | 4.20 | ANALYSIS OF TAX DEDUCTIBILITY OF POST-PETITION INTEREST ACCRUING ON UNSECURED DEBT (PER S. GALE) (4.2). |
| GROSS C | 02/17/06 | 0.60 | TAX WORK RE: IRS PENSION INQUIRY RE: S. GALE (0.6). |
| GROSS C | 02/20/06 | 0.40 | WORK RE: IRS CAP SUBMISSION ANALYSIS (0.4). |
| GROSS C | 02/23/06 | 2.40 | WORK RE: RESPONSE TO IRS REQUEST FOR PENSION INFORMATION (2.4). |
| | | **10.00** | |
| MARAFIOTI KA | 02/06/06 | 0.40 | WORK ON ISSUES RE: INTERNAL REVENUE CODE SECTION 382 ANALYSIS (0.4). |
| MARAFIOTI KA | 02/20/06 | 2.30 | REVIEWED DELPHI TAX MEMO RE: INTEREST DEDUCTIONS (1.0); LETTEER FROM IRS RE: DEFINED BENEFIT PENSION PLANS (0.8) AND DEVELOPED STRATEGY RE: SAME (0.5). |
| MARAFIOTI KA | 02/21/06 | 0.50 | CONTINUED REVIEW OF LETTER TO IRS RE: DEFINED PENSION PLANS (0.5). |
| MARAFIOTI KA | 02/22/06 | 0.50 | WORK ON RESPONSE TO IRS INQUIRY RE: PENSIONS (0.5). |
| MARAFIOTI KA | 02/23/06 | 1.00 | CONTINUED WORK ON RESPONSE TO IRS INQUIRY RE: PENSIONS (1.0). |
| MARAFIOTI KA | 02/27/06 | 0.10 | REVIEWED CORRESPONDENCE RE: IRS CAP PROGRAM (0.1). |
| | | **4.80** | |
| **Total Partner** | | **14.80** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MATZ TJ | 02/01/06 | 1.60 | REVIEW NOTICES OF CONSENT RE: CLAIMS TRADING (JP MORGAN & CHASE MANHATTAN) (0.1); FOLLOW UP WORK RE: STATUS OF NOL CLAIMS AND IRS POSITION (1.5). |
| MATZ TJ | 02/03/06 | 0.40 | FOLLOW-UP WORK RE: CLAIMS TRADING AND VARIOUS NOTICES RE: THE CLAIMS TRADING ORDER (0.4). |
| MATZ TJ | 02/06/06 | 0.40 | WORK ON POTENTIAL MATERIAL FOR IRS TAX LOSSES (0.4). |
| MATZ TJ | 02/20/06 | 1.60 | REVIEW LETTER FROM PBGC RE: PENSION PLAN CONTRIBUTIONS, PROPOSED RESPONSE AND FORMER 8-K (0.6); TELECONFERENCE RE: SAME WITH C. GROSS (0.6); REVIEW AND COMMENT ON DEBT MEMO (0.4). |
| MATZ TJ | 02/22/06 | 0.40 | WORK ON RESPONSE TO IRS INQUIRY RE: PENSIONS (0.4). |
| MATZ TJ | 02/24/06 | 0.50 | RESPONSE TO IRS PENSION INQUIRY (0.2); FOLLOW UP WORK RE: CLAIMS TRADING, SUBSTANTIAL CLAIM HOLDER NOTICES AND ORDERS (0.3). |
| | | **4.90** | |
| SENSENBRENNER EB | 02/14/06 | 1.70 | REVIEW FORM 13G (0.3); TAX ANALYSIS RE: FORM 13G, IMPACT ON SECTION 382 (1.4). |
| SENSENBRENNER EB | 02/16/06 | 3.10 | TAX ANALYSIS RE: ACCRUAL OF INTEREST RE: PRE-PETITION DEBT (2.7); REVIEW MEMO OF S. GALE RE: SAME (0.4). |
| SENSENBRENNER EB | 02/24/06 | 1.80 | TAX WORK AND ANALYSIS RE: 382, CAP PROGRAM (1.2); REVIEW FORMS 13G, OTHER MATERIALS RE: 382 (0.6). |
| SENSENBRENNER EB | 02/27/06 | 0.40 | TAX ANALYSIS RE: TOPRS (0.4). |
| | | **7.00** | |
| **Total Counsel** | | **11.90** | |
| PHILLIPS DP | 02/01/06 | 5.30 | RESEARCH SECTION 382 REQUIREMENTS (3.1); TELECONFERENCE WITH J. WHITSON AND TEAM AND E&Y (1.2); RESEARCH CAPITALIZATION ISSUE (0.8); TELECONFERENCE WITH S. GALE (0.2). |
| PHILLIPS DP | 02/02/06 | 5.30 | RESEARCH SECTION 382 ISSUES (4.2); COORDINATE TRACKING OF RESPONSES TO TRADING ORDER (1.1). |
| PHILLIPS DP | 02/03/06 | 1.70 | TELECONFERENCE WITH J. WHITSON AND TEAM AND J. BLANK RE: SECTION 382 (1.3); TRACK RESPONSES TO NOTICES TO TRADING ORDER (0.4). |
| PHILLIPS DP | 02/06/06 | 2.00 | REVIEWS IRS SECTION 382 RULING (0.9); RESEARCH ISSUE RE: SECTION 382 ANALYSIS AND PRESENTATION (1.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| PHILLIPS DP | 02/07/06 | 0.30 | REVIEW DOCKET FILINGS FOR TAX MATTERS (0.3). |
| PHILLIPS DP | 02/10/06 | 4.40 | RESEARCH FORM 13G ISSUES RELATED TO SECTION 382 (4.1); TRACK FILING OF RESPONSES TO TRADING ORDER (0.3). |
| PHILLIPS DP | 02/13/06 | 0.90 | RESPOND TO INQUIRIES RE: TRADING ORDER FROM CLAIMS AND EQUITY HOLDERS (0.9). |
| PHILLIPS DP | 02/14/06 | 1.30 | RESEARCH ISSUES RELATING TO 13GS AND SECTION 382 (1.3). |
| PHILLIPS DP | 02/15/06 | 4.50 | RESEARCH ISSUES RELATED TO INTEREST DEDUCTION (4.1); REVIEW BARKRUPTCY FILINGS FOR TAX RELATED ISSUES (0.4). |
| PHILLIPS DP | 02/16/06 | 6.90 | WORK AND ANALYSIS RE: DEDUCTION OF INTEREST (4.1); PREPARATION FOR RESPONSE TO EQUITY HOLDER WISHING TO SELL PURSUANT TO THE TRADING ORDER (2.4); RESEARCH ON DEDUCTIBILITY OF BANKRUPTCY EXPENSES (0.4). |
| PHILLIPS DP | 02/17/06 | 2.50 | TAX WORK ON INTEREST DEDUCTION ISSUE (2.5). |
| PHILLIPS DP | 02/20/06 | 1.30 | REVIEW AND WORK ON RESPONSE TO IRS RE: FUNDING OF BENEFIT PLANS (1.3). |
| PHILLIPS DP | 02/21/06 | 3.20 | TAX WORK ON RESPONSE TO IRS (0.4); RESEARCH DEDUCTIBILITY OF POST PETITION INTEREST (0.5); COORDINATE RE: IMPLICATION OF 13GS TO 5% SHAREHOLDER ANALYSIS (1.2); RESEARCH HOLDERS OF CLAIMS FOR APPLICATION OF TRADING ORDER (1.1). |
| PHILLIPS DP | 02/22/06 | 1.10 | RESPOND TO IRS INQUIRY (0.4); WORK ON DEDUCTION OF INTEREST ISSUE (0.7). |
| PHILLIPS DP | 02/23/06 | 0.60 | WORK ON RESPONSE TO IRS INQUIRY (0.3); RESEARCH 13GS AND SECTION 382 IMPLICATIONS (0.3). |
| PHILLIPS DP | 02/24/06 | 0.20 | WORK ON RESPONSE TO IRS INQUIRY RE: PENSION PLANS (0.2). |
| | | **41.50** | |
| **Total Associate** | | **41.50** | |
| **TOTAL TIME** | | **68.20** | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  Bill Date: 03/31/06
Tax Matters  Bill Number: 1108452

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 02/10/06 | Copy Center, D | 31.95 |
| In-house Reproduction | 02/17/06 | Copy Center, D | 13.72 |
| In-house Reproduction | 02/24/06 | Copy Center, D | 24.33 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$70.00** |
| Telephone Expense | 02/24/06 | Telecommunications, D | 1.82 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 2.15 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.03 |
| | | **TOTAL TELEPHONE EXPENSE** | **$4.00** |
| Lexis/Nexis | 02/16/06 | Phillips DP | 10.26 |
| Lexis/Nexis | 02/16/06 | Feinberg AS | 9.47 |
| Lexis/Nexis | 02/21/06 | Hirtz C | 50.96 |
| Lexis/Nexis | 02/22/06 | Phillips DP | 21.31 |
| | | **TOTAL LEXIS/NEXIS** | **$92.00** |
| Vendor Hosted Teleconferencing | 02/28/06 | Teleconferencing Services, LLC | 15.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$15.00** |
| Outside Research/Internet Services | 02/28/06 | Global Securities | 40.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$40.00** |
| | | **TOTAL MATTER** | **$221.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  Bill Date: 04/30/06
Tax Matters  Bill Number: 1108601

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GROSS C | 03/03/06 | 2.20 | WORK RE: IRS CAP PROGRAM ANALYSIS (0.8); WORK ON STRATEGY RE: INTERACTION OF APPALOOSA EQUITY COMMITTEE REQUEST AND CLAIMS TRADING ORDER PROVISION (1.4). |
| GROSS C | 03/10/06 | 1.20 | WORK RE: IRS CAP PROGRAM; STRATEGY/ANALYSIS CONFERENCE (1.2). |
| | | **3.40** | |
| MARAFIOTI KA | 03/02/06 | 0.10 | ANALYZE IRS CAP ISSUE (0.1). |
| MARAFIOTI KA | 03/13/06 | 0.20 | CORRESPONDENCE RE: SECTION 382 (0.2). |
| MARAFIOTI KA | 03/23/06 | 0.80 | ANALYZE TAX ISSUES RE: PBGC, UK PENSION PLAN, AND TRADING ORDER (0.8). |
| | | **1.10** | |
| **Total Partner** | | **4.50** | |
| SENSENBRENNER EB | 03/03/06 | 1.90 | REVIEW 382 MATERIALS RE: CAP PROGRAM (0.7); DEVELOP STRATEGY FOR ADDRESSING REQUESTS TO TRADE IN DELPHI SECURITIES UNDER NOL TRADING ORDER (1.2). |
| SENSENBRENNER EB | 03/06/06 | 2.60 | WORK ON DEVELOPING STRATEGY FOR RESPONDING TO REQUESTS BY EQUITY HOLDERS TO TRADE IN SHARES OF DELPHI (1.8); REVIEW PROVISIONS OF NOL TRADING ORDER; WAIVER LETTERS RE: PROCEDURES FOR OBJECTING TO AND ENJOINING TRADING IN DELPHI STOCK (0.8). |
| SENSENBRENNER EB | 03/07/06 | 1.60 | REVIEW 382 STATEMENTS, OTHER MATERIALS RE: 382 (1.2); DISCUSS 382 STATEMENTS WITH S. GALE (0.4). |
| SENSENBRENNER EB | 03/17/06 | 0.60 | WORK ON DEVELOPING STRATEGY FOR RESPONDING TO NOTICES OF PROPOSED TRANSFER (0.6). |
| SENSENBRENNER EB | 03/18/06 | 0.40 | TAX WORK RE: NOTICE OF PROPOSED TRANSFER, STRATEGY FOR RESPONDING (0.4). |
| SENSENBRENNER EB | 03/20/06 | 3.10 | TAX ANALYSIS RE: 382/CAP PROGRAM (1.4); REVIEW DRAFT 382 STATEMENTS (0.8); TELECONFERENCE WITH J. WHITSON, S. GALE, J. BLANK, H. TUCKER AND OTHERS RE: CAP PROGRAM (0.9). |
| SENSENBRENNER EB | 03/21/06 | 0.50 | TAX ANALYSIS RE: 382 AND CAP PROGRAM (0.5). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| SENSENBRENNER EB | 03/23/06 | 0.80 | TAX ANALYSIS RE: 412(N) LIEN (0.5); TAX WORK RE: 382 (0.3). |
| | | 11.50 | |
| **Total Counsel** | | **11.50** | |
| HERRIOTT AV | 03/22/06 | 0.30 | BEGIN RESEARCHING RESPONSE TO QUESTION RE: TAX TREATMENT OF POTENTIAL PENSION OBLIGATION (0.3). |
| HERRIOTT AV | 03/23/06 | 0.70 | CONTINUE TO ANALYZE QUESTION RE: POTENTIAL TAX PAYMENT RELATING TO PENSION ISSUE (0.7). |
| HERRIOTT AV | 03/24/06 | 0.40 | CONTINUE TO EVALUATE TAX ISSUE RE: EXISTENCE OF POTENTIAL PENSION LIABILITY (0.4). |
| HERRIOTT AV | 03/28/06 | 0.60 | CONTINUE TO EVALUATE POTENTIAL TAX ISSUE RE: POTENTIAL LIABILITY FOR PENSION PAYMENT (0.6). |
| HERRIOTT AV | 03/29/06 | 0.70 | CONTINUE DEVELOPING RESPONSE TO QUESTION RE: TAX TREATMENT OF CERTAIN POTENTIAL PENSION OBLIGATIONS (0.7). |
| HERRIOTT AV | 03/31/06 | 0.20 | CONFERENCE WITH K. COBB RE: POTENTIAL TAX LIABILITY FOR OBLIGATION (0.2). |
| | | **2.90** | |
| PHILLIPS DP | 03/01/06 | 0.30 | MONITOR FILINGS FOR TAX RELATED ISSUES (0.3). |
| PHILLIPS DP | 03/03/06 | 0.60 | TAX WORK ON SECTION 382 AND ANALYSIS OF SUBSTANTIAL CLAIMHOLDER STATUS (0.6). |
| PHILLIPS DP | 03/06/06 | 0.80 | WORK ON SECTION 382 REPORTING ISSUE (0.8). |
| PHILLIPS DP | 03/08/06 | 1.40 | RESEARCH TRADING ORDERS IN OTHER BANKRUPTCY CASES (1.4). |
| PHILLIPS DP | 03/15/06 | 0.40 | TAX ANALYSIS RE: POSSIBLE SALE OF SHARES BY SUBSTANTIAL EQUITYHOLDER (0.4). |
| PHILLIPS DP | 03/16/06 | 0.70 | WORK ON TAX ISSUE RELATED TO SECTION 382 REPORTING (0.2); ANALYZE FORM 13D FILED FOR TRADING ORDER IMPACT (0.5). |
| PHILLIPS DP | 03/17/06 | 2.00 | ANALYSIS RE: TAX IMPLICATION OF SALE OF DELPHI STOCK; COORDINATE RESPONSE TO IRS INQUIRY (2.0). |
| PHILLIPS DP | 03/18/06 | 1.70 | OUTLINE RESPONSE TO SALE OF DELPHI STOCK AND POSSIBLE NOL LIMITATION IMPLICATION (1.7). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| PHILLIPS DP | 03/20/06 | 3.90 | REVIEW RETENTION LETTER RE: 382 ISSUE (0.4); REVISE STEPS TO BE TAKEN TO PROTECT NOLS FOLLOWING STOCK SALE (0.6); TELECONFERENCE WITH DELPHI TAX TEAM AND E&Y RE: SECTION 382 INFORMATION STATEMENT (1.0); REVIEW SECTION 382 INFORMATION STATEMENT (1.9). |
| PHILLIPS DP | 03/21/06 | 2.50 | WORK ON SECTION 382 STATEMENT TO BE GIVEN TO IRS (1.2); RESEARCH PENSION ISSUES UNDER BANKRUPTCY ORDERS (1.3). |
| PHILLIPS DP | 03/22/06 | 2.60 | RESEARCH TAX LIENS IN SECTION 412(N) AND PBGC LIEN (2.2); WORK ON PENSION PAYMENT AND BANKRUPTCY LIMITATIONS (0.4). |
| PHILLIPS DP | 03/23/06 | 3.20 | ANALYSIS RE: LIEN ON ASSETS (1.8); WORK ON PAYMENT OF PENSION AND WITHHOLDING TAXES (1.4). |
| PHILLIPS DP | 03/24/06 | 2.10 | RESEARCH TAX WITHHOLDING ISSUES WITH RESPECT TO PENSIONS (2.1). |
| PHILLIPS DP | 03/26/06 | 5.60 | RESEARCH AND ANALYSIS ON PENSION PAYMENTS AND WITHHOLDING TAX WITH RESPECT THERETO (5.1); ANALYSIS AND COORDINATING RESPONSE TO TX TAXING AUTHORITY (0.5). |
| PHILLIPS DP | 03/27/06 | 0.30 | WORK ON TAX ISSUES RELATED TO PENSION PLAN (0.3). |
| PHILLIPS DP | 03/28/06 | 5.50 | WORK ON TAX LIEN ISSUE RELATED TO PBGC (4.4); TAX ANALYSIS RE: WITHHOLDING TAX ON PENSION PAYMENT (1.1). |
| PHILLIPS DP | 03/29/06 | 1.10 | ANALYZE ISSUES RELATED TO TAX WITHHOLDING ON PENSION PAYMENTS (1.1). |
| PHILLIPS DP | 03/30/06 | 0.80 | WORK ON TAX WITHHOLDING ISSUE RELATED TO PENSIONS (0.4); TAX ANALYSIS OF PBGC ISSUES (0.4). |
| PHILLIPS DP | 03/31/06 | 1.60 | ANALYSIS OF TAX ISSUES RELATING TO PENSION PAYMENTS (1.1); TELECONFERENCE WITH K. COBB RE: SAME (0.5). |
| | | **37.10** | |
| ZIEGLER VE | 03/17/06 | 2.10 | LEGAL RESEARCH RE: TAXING AUTHORITY'S ABILITY TO CONVERT A CHAPTER 11 CASE (2.1). |
| ZIEGLER VE | 03/20/06 | 4.70 | LEGAL RESEARCH RE: TAXING AUTHORITY'S ABILITY TO CONVERT A CHAPTER 11 CASE (4.7). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| ZIEGLER VE | 03/22/06 | 4.10 | LEGAL RESEARCH RE: TAXING AUTHORITY'S ABILITY TO CONVERT A CHAPTER 11 CASE (4.1). |
| | | 10.90 | |
| **Total Associate** | | 50.90 | |
| **TOTAL TIME** | | <u>**66.90**</u> | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  
Tax Matters

Bill Date: 04/30/06  
Bill Number: 1108601

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 03/03/06 | Copy Center, D | 3.89 |
| In-house Reproduction | 03/07/06 | Copy Center, D | 0.90 |
| In-house Reproduction | 03/10/06 | Copy Center, D | 93.81 |
| In-house Reproduction | 03/24/06 | Copy Center, D | 1.60 |
| In-house Reproduction | 03/24/06 | Copy Center, D | 0.60 |
| In-house Reproduction | 03/31/06 | Copy Center, D | 0.20 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$101.00** |
| Telephone Expense | 03/31/06 | Telecommunications, D | 1.85 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 2.07 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.07 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.01 |
| | | **TOTAL TELEPHONE EXPENSE** | **$4.00** |
| Westlaw | 03/21/06 | Ziegler VE | 221.67 |
| Westlaw | 03/22/06 | Ziegler VE | 192.33 |
| | | **TOTAL WESTLAW** | **$414.00** |
| | | **TOTAL MATTER** | **$519.00** |

B43E

### SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)  Bill Date: 05/31/06
Tax Matters  Bill Number: 1108515

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| ZIEGLER VE | 04/07/06 | 5.10 | LEGAL RESEARCH RE: TAXING AUTHORITY'S CONDUCT IN A CHAPTER 11 CASE (4.2); EMAIL CORRESPONDENCE RE: SAME (0.9). |
|  |  | 5.10 |  |
| Total Associate |  | 5.10 |  |
| **TOTAL TIME** |  | **5.10** |  |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  Bill Date: 05/31/06
Tax Matters  Bill Number: 1108515

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 04/14/06 | Copy Center, D | 1.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1.00** |
| Outside Research/Internet Services | 04/06/06 | Pacer Service Center | 1.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$1.00** |
| | | **TOTAL MATTER** | **$2.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  Bill Date: 06/30/06
Tax Matters  Bill Number: 1112661

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| FEINBERG AS | 05/15/06 | 1.20 | ANALYSIS RE: WITHHOLDING TAX PROTEST (1.2). |
| FEINBERG AS | 05/16/06 | 3.40 | ANALYSIS RE: FICA AND FUTA TAX PROTEST (3.4). |
| FEINBERG AS | 05/17/06 | 0.70 | ANALYSIS RE: FICA AND FUTA TAX PROTEST (0.7). |
| FEINBERG AS | 05/18/06 | 1.20 | ANALYSIS RE: FICA AND FUTA TAX PROTEST (1.2). |
| FEINBERG AS | 05/19/06 | 1.10 | ANALYSIS RE: FICA AND FUTA TAX PROTEST (1.10). |
| | | 7.60 | |
| PHILLIPS DP | 05/03/06 | 0.70 | REVIEW STATE TAX CLAIMS (0.3); TAX WORK ON FICA ISSUE (0.4). |
| PHILLIPS DP | 05/08/06 | 0.40 | REVIEW COURT FILINGS FOR TAX RELATED MATTERS, INCLUDING THOSE RELATED TO SUBSTANTIAL EQUITY HOLDERS (0.4). |
| PHILLIPS DP | 05/11/06 | 0.30 | ANALYSIS OF STATE TAX CLAIMS (0.3). |
| PHILLIPS DP | 05/18/06 | 2.70 | TAX WORK ON FICA/FUTA REFUND ISSUE (2.3); COORDINATE RESPONSE TO TEXAS SALES TAX ISSUE (0.4). |
| PHILLIPS DP | 05/19/06 | 1.20 | WORK ON FICA/FUTA APPEALS ISSUE (0.7); COORDINATE RESPONSE TO AZ COUNTY TAX FILING (0.5). |
| PHILLIPS DP | 05/22/06 | 0.20 | RESPONSE TO COUNTY TAX INQUIRY (0.2). |
| | | 5.50 | |
| **Total Associate** | | 13.10 | |
| **TOTAL TIME** | | **13.10** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP) | Bill Date: 06/30/06
Tax Matters | Bill Number: 1112661

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 05/05/06 | Copy Center, D | 28.28 |
| In-house Reproduction | 05/09/06 | Copy Center, D | 0.60 |
| In-house Reproduction | 05/16/06 | Copy Center, D | 10.12 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$39.00** |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.50 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.48 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.02 |
| | | **TOTAL TELEPHONE EXPENSE** | **$1.00** |
| | | **TOTAL MATTER** | **$40.00** |

B43E