SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-23
INTELLECTUAL PROPERTY
126.6 HOURS

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  
Intellectual Property

Bill Date: 03/31/06  
Bill Number: 1108452

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| ZIFF ED | 02/01/06 | 0.20 | DISCUSS PATENT IN PROPOSED SALE OF DTI ASSETS CORRESPONDENCE RE: PATENT ISSUES (0.2). |
| ZIFF ED | 02/03/06 | 1.00 | LEGAL RESEARCH ON BENEFICIAL OWNERSHIP OF PATENTS (1.0). |
| ZIFF ED | 02/07/06 | 3.00 | REVIEW LEGAL RESEARCH ON BENEFICIAL OWNERSHIP OF PATENTS (2.0); WRITE ANALYSIS (1.0). |
| ZIFF ED | 02/10/06 | 2.00 | RESPOND TO CLIENT QUESTION ON COMPUWARE LICENSE (0.5); LEGAL RESEARCH ON EXECUTING IP LICENSES (1.0); REVIEW LICENSE (0.5). |
| | | 6.20 | |
| **Total Counsel** | | **6.20** | |
| DE ELIZALDE D | 02/01/06 | 1.90 | ANALYSIS OF TRANSACTION RE: IP TO DETERMINE WHETHER (I) IP IS PROPERTY OF THE ESTATE AND (II) WHETHER THE TRANSACTION IS ORDINARY COURSE OF BUSINESS (1.9). |
| DE ELIZALDE D | 02/06/06 | 0.90 | RESEARCHED BENEFICIAL OWNERSHIP OF PATENTS (0.9). |
| DE ELIZALDE D | 02/14/06 | 0.30 | TELECONFERENCE WITH P. MARSHALL RE: ASSIGNABILITY OF PATENT (0.3). |
| DE ELIZALDE D | 02/20/06 | 0.50 | EVALUATED CLAIM FROM SAP (0.5). |
| | | **3.60** | |
| SHELDEN SV | 02/02/06 | 2.10 | RESEARCHING ISSUE RE: BIFURCATION OF LEGAL AND EQUITABLE OWNERSHIP OF A PATENT (2.1). |
| SHELDEN SV | 02/03/06 | 4.20 | FURTHER RESEARC RE: BIFURCATION OF LEGAL AND EQUITABLE OWNERSHIP OF A PATENT, DRAFTING MEMO (4.2). |
| SHELDEN SV | 02/06/06 | 0.70 | REVIEWING EMAILS RE: QUESTION OF BENEFICIAL PATENT OWNERSHIP AND REVISING AS PER RESEARCH (0.7). |
| | | 7.00 | |
| **Total Associate** | | **10.60** | |
| **TOTAL TIME** | | **16.80** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  Bill Date: 03/31/06
Intellectual Property  Bill Number: 1108452

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.42 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.58 |
| | | **TOTAL TELEPHONE EXPENSE** | **$1.00** |
| Lexis/Nexis | 02/03/06 | Shelden SV | 133.00 |
| | | **TOTAL LEXIS/NEXIS** | **$133.00** |
| | | **TOTAL MATTER** | **$134.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                    Bill Date: 04/30/06
Intellectual Property                                       Bill Number: 1108601

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| TOUSSI S | 03/30/06 | 2.50 | REVIEW AND ANALYZE DENSO SETTLEMENT AGREEMENT RE PATENT DISPUTE (1.0); FOLLOW UP ISSUES RE APPROVING SETTLEMENT AND 9019 MOTION (1.2); CORRESPONDENCE RE SAME (0.3). |
|  |  | 2.50 |  |
| ZIEGLER VE | 03/22/06 | 8.30 | REVIEW AND ANALYZE LICENSE AGREEMENT, ASSIGNMENT AGREEMENT, AND EMAIL CORRESPONDENCE RE: SAME (2.3); LEGAL RESEARCH RE: OWNERSHIP OF PATENTS UNDER EU AND US LAW (3.9); REVIEW AND ANALYZE INFORMATION PROVIDED BY DELPHI (2.1). |
| ZIEGLER VE | 03/24/06 | 7.00 | CONTINUE ANALYSIS OF DIFFERENT ISSUES RELATED TO SALE OF BERLIN PATENTS (3.2); PREPARE A INFORMATION REQUEST MEMO TO CLIENT (3.2); EMAIL CORRESPONDENCE RE: SAME (0.6). |
| ZIEGLER VE | 03/26/06 | 11.80 | REVIEW AND ANALYZE LICENSE AGREEMENT AND ASSIGNMENT AGREEMENT (2.3); LEGAL RESEARCH RE: INTELLECTUAL PROPERTY AND ORDINARY COURSE OF BUSINESS (3.2); LEGAL RESEARCH RE: OWNERSHIP OF PATENTS UNDER EU AND US LAW (4.2); REVIEW AND ANALYZE INFORMATION PROVIDED BY DELPHI (2.1). |
| ZIEGLER VE | 03/27/06 | 1.40 | TELECONFERENCE WITH S. NELSON RE: CALCULATION OF ROYALTIES AND OWNERSHIP OF PATENTS (0.8); FOLLOW UP EMAIL RE: SAME (0.6). |
| ZIEGLER VE | 03/29/06 | 6.20 | LEGAL RESEARCH RE: SALE OF BERLIN PATENTS (4.1); ANALYSIS AND EMAIL CORRESPONDENCE RE: SAME (2.1). |
| ZIEGLER VE | 03/30/06 | 7.20 | LEGAL RESEARCH RE: SALE OF BERLIN PATENTS (4.1); ANALYSIS AND EMAIL CORRESPONDENCE RE: SAME (3.1). |
|  |  | 41.90 |  |
| **Total Associate** |  | **44.40** |  |
| **TOTAL TIME** |  | **44.40** |  |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  Bill Date: 04/30/06
Intellectual Property  Bill Number: 1108601

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 03/31/06 | Telecommunications, D | 1.45 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 1.53 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.02 |
| | | **TOTAL TELEPHONE EXPENSE** | **$3.00** |
| Lexis/Nexis | 03/20/06 | Shelden SV | 204.92 |
| Lexis/Nexis | 03/21/06 | Shelden SV | 471.64 |
| Lexis/Nexis | 03/22/06 | Shelden SV | 265.92 |
| Lexis/Nexis | 03/23/06 | Shelden SV | 142.52 |
| | | **TOTAL LEXIS/NEXIS** | **$1,085.00** |
| Westlaw | 03/22/06 | Ziegler VE | 289.60 |
| Westlaw | 03/30/06 | Ziegler VE | 72.40 |
| | | **TOTAL WESTLAW** | **$362.00** |
| Other Professional Fees | 03/29/06 | Jennison & Shultz, P.C. | 62.67 |
| Other Professional Fees | 03/29/06 | Jennison & Shultz, P.C. | 62.66 |
| Other Professional Fees | 03/29/06 | Jennison & Shultz, P.C. | 62.67 |
| | | **TOTAL OTHER PROFESSIONAL FEES** | **$188.00** |
| Messengers/ Courier | 03/03/06 | Dist Serv/Mail/Page, D | 59.39 |
| Messengers/ Courier | 03/03/06 | Dist Serv/Mail/Page, D | 59.39 |
| Messengers/ Courier | 03/06/06 | Dist Serv/Mail/Page, D | 6.22 |
| | | **TOTAL MESSENGERS/ COURIER** | **$125.00** |
| Outside Research/Internet Services | 03/05/06 | Dialog Corporation | 24.21 |
| Outside Research/Internet Services | 03/05/06 | Dialog Corporation | 95.79 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$120.00** |
| | | **TOTAL MATTER** | **$1,883.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  
Intellectual Property

Bill Date: 05/31/06  
Bill Number: 1108515

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MARAFIOTI KA | 04/19/06 | 1.00 | WORK ON DENSO SETTLEMENT MOTION AND ORDER (1.0). |
| MARAFIOTI KA | 04/20/06 | 2.70 | REVIEW DENSO SETTLEMENT PAPERS (0.6); TELECONFERENCE WITH J. FUNKE (0.4); REVISE MOTION TO APPROVE SETTLEMENT (0.5); WORK ON MOTION TO FILE PORTIONS OF SETTLEMENT PLEADINGS UNDER SEAL (1.2). |
| MARAFIOTI KA | 04/21/06 | 0.50 | FINALIZE DENSO SETTLEMENT PLEADINGS (0.5). |
|  |  | **4.20** |  |
| **Total Partner** |  | **4.20** |  |
| MATZ TJ | 04/13/06 | 0.90 | REVIEW AND REVISE DENSO CORPORATION 9019 SETTLEMENT MOTION (0.9). |
| MATZ TJ | 04/17/06 | 0.40 | CONTINUE REVIEW AND COMMENT ON DENSO 9019 SETTLEMENT PLEADINGS (0.4). |
| MATZ TJ | 04/18/06 | 0.40 | CONTINUE REVIEW OF DENSO 9019 STIPULATION AND MOTION (0.4). |
| MATZ TJ | 04/20/06 | 4.50 | REVIEW AND REVISE TO DENSO PATENT INFRINGEMENT SETTLEMENT MOTION, ORDER AND CONFIDENTIAL INFORMATION ISSUES (2.0); TELECONFERENCE WITH J. FUNKE RE: SAME (0.4); CORRESPONDENCE WITH J. FUNKE RE: SAME (0.4); REVIEW AND REVISE DRAFT MOTION TO SEAL AND SEALING ORDER (0.7); FOLLOW UP REDACTION WORK RE: DENSO MOTION (0.2); CONTINUE TO REVIEW AND REVISION TO DENSO 9019 MOTIONS (0.8). |
| MATZ TJ | 04/21/06 | 2.30 | REVIEW, REVISE AND FINALIZE FOR FILING MOTION TO FILE UNDER SEAL RE: DENSO PATENT STIPULATION (0.8); TELECONFERENCE WITH CHAMBERS RE: SAME (0.2); REVIEW, REVISE, AND FINALIZE FOR FILING DENSO PATENT LITIGATION SETTLEMENT STIPULATION AND MOTION (1.3). |
| MATZ TJ | 04/24/06 | 0.10 | REVIEW DENSO CORPORATION 9019 SETTLEMENT SEALING ORDER (0.1). |
|  |  | **8.60** |  |
| **Total Counsel** |  | **8.60** |  |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| SHELDEN SV | 04/11/06 | 4.20 | RESEARCH WHETHER BENEFICIAL OWNER OF PATENT IS ENTITLED TO PAYMENT (4.2). |
| SHELDEN SV | 04/12/06 | 0.80 | FOLLOW-UP RESEARCH FROM YESTERDAY, DRAFTING RESEARCH RESULTS (0.8). |
| SHELDEN SV | 04/14/06 | 2.60 | REVISE PATENT DIVISIBILITY MEMO, CONDUCTING SUPPLEMENTAL RESEARCH (2.6). |
| SHELDEN SV | 04/15/06 | 0.20 | FOLLOW-UP RESEARCH RE: PATENT DIVISIBILITY MEMO (0.2). |
| SHELDEN SV | 04/26/06 | 3.60 | RESEARCH NEW CASES FOR PATENT DIVISIBILITY MEMO, REVISE MEMO (3.6). |
| SHELDEN SV | 04/27/06 | 0.30 | REVISE PATENT DIVISIBILITY MEMO, SENDING TO E. ZIFF (0.3). |
| SHELDEN SV | 04/28/06 | 0.30 | TELECONFERENCE WITH CORPORATE ATTORNEY RE: RESEARCH (0.3). |
|  |  | 12.00 |  |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| TOUSSI S | 04/06/06 | 1.30 | REVIEW LATEST DRAFT OF DENSO PATENT INFRINGEMENT SETTLEMENT AND AGREEMENT (1.0); CORRESPOND WITH CLIENT RE: SAME (0.3). |
| TOUSSI S | 04/10/06 | 1.50 | VARIOUS CORRESPONDENCE RE: DENSE PATENT LITIGATION SETTLEMENT (0.7); DISCUSS CHANGES TO LICENSING AGREEMENT AND PROCEDURES FOR COURT APPROVAL WITH CLIENT (0.8). |
| TOUSSI S | 04/12/06 | 1.40 | ADDRESS ISSUES RE: DENSO LICENSING AGREEMENT AND PATENT DISPUTE (1.0); REVIEW RELATED MOTIONS IN CONNECTION WITH OBTAINING 9019 APPROVAL (0.4). |
| TOUSSI S | 04/19/06 | 5.60 | REVIEW DENSO LICENSING AGREEMENT AND SETTLEMENT (0.5); EDIT AND REVISE MOTION TO APPROVE DENSO SETTLEMENT (1.2); VARIOUS TELECONFERENCE TO DISCUSS STATUS OF SAME (1.2); DRAFT AND REVISE MOTION TO FILE DENSO SETTLEMENT MOTION UNDER SEAL (1.5); CORRESPONDENCE RE: SAME (0.5); INPUT CHANGES RE: MOTION (0.4); REVIEW ORDER TO FILE UNDER SEAL (0.3). |
| TOUSSI S | 04/20/06 | 4.50 | EDIT AND REVISE UNDER SEAL MOTION/ORDER TO FILE DENSE LICENSING AGREEMENT UNDER SEAL (1.2); REVIEW AND ADDRESS COMMENTS TO SAME (0.6); FINALIZE DOCUMENTS FOR FILING (0.5); EDIT AND REVISE UNDERLYING MOTION AND ORDER TO APPROVE DENSO SETTLEMENT (1.2); FINALIZE MOTION/ORDER/NOTICE RE: DENSO SETTLEMENT FOR FILING (1.0). |
| TOUSSI S | 04/24/06 | 0.70 | ADDRESS ISSUES RE: DENSO LICENSING AGREEMENT SETTLEMENT (0.4); FOLLOWUP WITH DENSO'S COUNSEL ON MOTION (0.3). |
| | | **15.00** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| WHARTON JN | 04/11/06 | 1.60 | BEGIN TO DRAFT MOTION TO APPROVE SETTLEMENT WITH DENSO RE: PATENT INFRINGEMENT LAWSUIT (1.6). |
| WHARTON JN | 04/12/06 | 3.20 | CONTINUE TO DRAFT MOTION TO APPROVE SETTLEMENT WITH DENSO (3.2). |
| WHARTON JN | 04/13/06 | 1.50 | CONTINUE TO DRAFT MOTION TO APPROVE SETTLEMENT WITH DENSO (1.5). |
| WHARTON JN | 04/14/06 | 1.60 | CONTINUE TO DRAFT MOTION TO APPROVE SETTLEMENT WITH DENSO (1.6). |
| WHARTON JN | 04/18/06 | 0.80 | CONTINUE TO REVISE MOTION TO APPROVE SETTLEMENT OF DENSO PATENT INFRINGEMENT LITIGATION (0.8). |
| WHARTON JN | 04/20/06 | 2.80 | CONTINUE TO REVISE MOTION TO APPROVE SETTLEMENT OF PATENT INFRINGEMENT LITIGATION WITH DENSO (2.8). |
| WHARTON JN | 04/21/06 | 0.70 | FINISH REVISING MOTION TO APPROVE SETTLEMENT WITH DENSO RE: PATENT INFRINGEMENT DISPUTE (0.7). |
| | | **12.20** | |
| ZALTZMAN H | 04/20/06 | 4.10 | DRAFT DENSO 9019 ORDER (0.5); EDIT DENSO 9019 MOTION (1.3); DRAFT ORDER TO FILE DENSO MOTION UNDER SEAL (1.0); EDIT DENSO ORDER TO FILE UNDER SEAL (0.8); EDIT DENSO MOTION TO FILE UNDER SEAL (0.5). |
| ZALTZMAN H | 04/21/06 | 0.30 | DRAFT DENSO UNDER SEAL NOTICE (0.2); DRAFT DENSO MOTION 9019 NOTICE (0.1). |
| ZALTZMAN H | 04/25/06 | 0.10 | REVIEW SIGNED DENSO UNDER SEAL ORDER (0.1). |
| | | **4.50** | |
| ZIEGLER VE | 04/04/06 | 4.10 | LEGAL RESEARCH RE: OWNERSHIP OF PATENTS UNDER EU AND US LAW (4.1). |
| | | **4.10** | |
| **Total Associate** | | **47.80** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| SALAZAR AG | 04/13/06 | 0.70 | PREPARE AND FILE LEASE NOTICES AND COORDINATE SERVICE (0.7). |
| SALAZAR AG | 04/19/06 | 0.30 | CORRESPOND RE: LEASE NOTICES AND AFFIDAVITS OF SERVICE (0.3). |
| SALAZAR AG | 04/20/06 | 0.30 | PREPARE AND ELECTRONICALLY FILE LEASE NOTICE AND COORDINATE SERVICE (0.3). |
| SALAZAR AG | 04/21/06 | 0.60 | REVIEW DRAFT AFFIDAVITS OF SERVICE FOR LEASES (0.4); DISCUSS EDITS RE: AFFIDAVITS OF SERVICE (0.2) |
| SALAZAR AG | 04/25/06 | 0.40 | REVIEW LEASE NOTICE AFFIDAVITS OF SERVICE AND CONFIRM FOR FILING (0.3); DISTRIBUTE AFFIDAVITS OF SERVICE TO CLIENT (0.1). |
| SALAZAR AG | 04/27/06 | 0.30 | DISTRIBUTE OBJECTION TO LEASE NOTICE (0.3). |
| | | 2.60 | |
| ZSOLDOS AF | 04/06/06 | 4.30 | PREPARE, UPDATE, AND COORDINATE COPIES AND DISTRIBUTION OF CHEROKEE EXHIBIT BINDER IN PREPARATION FOR HEARING (4.3). |
| | | 4.30 | |
| Total Legal Assistant | | 6.90 | |

**TOTAL TIME**          <u>67.50</u>

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)  Bill Date: 05/31/06
Intellectual Property  Bill Number: 1108515

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Lexis/Nexis | 04/11/06 | Shelden SV | 134.24 |
| Lexis/Nexis | 04/14/06 | Shelden SV | 460.76 |
| Lexis/Nexis | 04/17/06 | Ziegler VE | 13.00 |
| Lexis/Nexis | 04/26/06 | Shelden SV | 26.00 |
| | | **TOTAL LEXIS/NEXIS** | **$634.00** |
| Vendor Hosted Teleconferencing | 04/30/06 | Teleconferencing Services, LLC | 22.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$22.00** |
| | | **TOTAL MATTER** | **$656.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  Bill Date: 06/30/06
Intellectual Property  Bill Number: 1112661

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MEISLER RE | 05/01/06 | 2.80 | REVIEW PROPOSED TRANSFER AND CONVEYANCE OF IP (0.3); PREPARE FOR TELECONFERENCE WITH CLIENT RE: SAME (0.4); PARTICIPATE ON TELECONFERENCE RE: SAME (1.3); FOLLOW UP ON ISSUES THAT AROSE RE: SAME (0.8). |
| MEISLER RE | 05/02/06 | 1.60 | CONTINUE TO REVIEW PROPOSED TRANSFER AND CONVEYANCE OF IP (0.5); WORK ON POSSIBLE SETTLEMENT OF IP LITIGATIONS (0.8); TELECONFERENCE WITH D. DONAGHUE RE: SAME (0.3). |
| MEISLER RE | 05/08/06 | 1.00 | PREPARE FOR CONFERENCE CALL WITH CLIENT RE: POTENTIAL SETTLEMENT OF LITIGATION (0.5); PARTICIPATE ON CONFERENCE CALL RE: SAME (0.3); FOLLOW UP RE: SAME (0.2). |
| MEISLER RE | 05/13/06 | 0.20 | REVIEW CORRESPONDENCE FROM WILMER HALE (0.2). |
| MEISLER RE | 05/22/06 | 2.00 | CONTINUED ANALYSIS OF POTENTIAL SALE AND LICENSE OF PATENTS RE: BERLIN DIVESTITURE (1.5); TELECONFERENCE WITH S. CORCORAN RE: SAME (0.2); TELECONFERENCE WITH L. HIESTAND RE: SAME (0.3). |
| MEISLER RE | 05/23/06 | 0.60 | ANALYSIS OF LITIGATION INQUIRY POSED BY F. KUPLICKI (0.4); TELECONFERENCE WITH F. KUPLICKI RE: SAME (0.1); REVIEW STATUS OF POTENTIAL IT DISPUTE (0.1). |
| MEISLER RE | 05/24/06 | 0.30 | TELECONFERENCE WITH S. CORCORAN RE: SALE OF PATENTS (BERLIN DIVESTITURE) (0.3). |
| MEISLER RE | 05/25/06 | 0.90 | CONTINUED ANALYSIS OF SALE OF PATENTS AND LICENSE OF SAME RE: BERLIN DIVESTITURE (0.3); TELECONFERENCE WITH M. MCGUIRE AND T. TWOMEY RE: SAME (0.6). |
| | | **9.40** | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| ZIEGLER VE | 05/02/06 | 4.10 | DRAFT ANALYSIS RE: SALE AND LICENSE OF BERLIN PATENTS (2.1); EMAIL CORRESPONDENCE WITH J. STRZEBNIOK RE: SAME (2.0). |
| ZIEGLER VE | 05/05/06 | 1.80 | REVIEW PATENT TRANSFER AGREEMENT (1.8). |
| ZIEGLER VE | 05/17/06 | 5.30 | ANALYZE AND REVISE PATENT TRANSFER AGREEMENT RE: SALE AND LICENSE OF BERLIN PATENTS (4.2) EMAIL CORRESPONDENCE WITH J. STRZEBNIOK RE: SAME (1.1). |
| ZIEGLER VE | 05/19/06 | 4.10 | DRAFT ANALYSIS AND REVISE PATENT TRANSFER AGREEMENT E: SALE AND LICENSE OF BERLIN PATENTS (4.1). |
| ZIEGLER VE | 05/22/06 | 2.10 | DRAFT ANALYSIS RE: SALE AND LICENSE OF BERLIN PATENTS (2.1). |
| ZIEGLER VE | 05/23/06 | 3.20 | RESEARCH ISSUES RE: LICENSING AND ORDINARY COURSE OF BUSINESS (3.2). |
| | | 20.60 | |
| **Total Associate** | | 30.00 | |
| **TOTAL TIME** | | **30.00** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  Bill Date: 06/30/06
Intellectual Property  Bill Number: 1112661

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.99 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 1.00 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.01 |
| | | **TOTAL TELEPHONE EXPENSE** | **$2.00** |
| | | **TOTAL MATTER** | **$2.00** |

B43E