SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

EXHIBIT D-24
EMPLOYEE MATTERS (PENSION)
98.7 HOURS

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                    Bill Date: 03/31/06
Employee Matters (Pension)                                  Bill Number: 1108452

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MEISLER RE | 02/22/06 | 2.30 | REVIEW CORRESPONDENCE AND ANALYZE RE: PENSION OBLIGATIONS (1.6); TELECONFERENCES WITH S. KING RE: SAME (0.2, 0.5). |
| MEISLER RE | 02/23/06 | 0.40 | TELECONFERENCE WITH J. SHEEHAN RE: PENSION (0.1); ATTENTION TO SAME (0.3). |
|  |  | 2.70 |  |
| **Total Associate** |  | 2.70 |  |
| **TOTAL TIME** |  | **2.70** |  |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                    Bill Date: 04/30/06
Employee Matters (Pension)                                  Bill Number: 1108601

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HIESTAND NL | 03/27/06 | 1.90 | REVIEW ISSUES RE. PBGC (1.9). |
| HIESTAND NL | 03/28/06 | 0.60 | ATTEND TO PBGC ISSUES (0.6). |
|  |  | 2.50 |  |
| MARAFIOTI KA | 03/10/06 | 1.50 | ANALYSIS OF PBGC REMEDY ENFORCEMENT OPTIONS (0.8) AND DIRECT RESEARCH RE: SAME (0.6); TELECONFERENCE WITH J. SHEEHAN RE: SAME (0.1). |
| MARAFIOTI KA | 03/11/06 | 3.00 | TELECONFERENCE WITH A. PASRICHA, S. CORCORAN, D. RESNICK, B. SHAW RE: TERM SHEET (1.5); FOLLOWUP WORK (0.3); REVIEW REVISED TERM SHEET AND RELATED CORRESPONDENCE (1.2). |
| MARAFIOTI KA | 03/13/06 | 0.30 | TELECONFERENCE WITH J. SHEEHAN RE: PBGC LIEN ISSUE (0.1) AND ANALYZE SAME (0.2). |
| MARAFIOTI KA | 03/14/06 | 0.20 | TELECONFERENCES AND COMMUNICATIONS WITH L. HASSEL RE: PBGC (0.2). |
| MARAFIOTI KA | 03/15/06 | 1.70 | CORRESPONDENCE RE: PBGC LIENS (0.2); ANALYZE RELATED FACTS (0.7) AND LAW (0.7); TELECONFERENCE WITH S. CORCORAN RE: PBGC (0.1). |
| MARAFIOTI KA | 03/16/06 | 1.20 | TELECONFERENCE WITH L. HASSEL RE: PBGC (0.1); REVIEW APPLICABLE CREDIT AGREEMENT DEFAULT PROVISIONS (0.6); DID RESEARCH RE: PBGC ISSUES (0.4); CORRESPONDENCE RE: PBGC LIENS (0.1). |
| MARAFIOTI KA | 03/20/06 | 0.30 | CORRESPONDENCE FROM PBGC AND AMONG COUNSEL RE: PBGC ISSUES (0.3). |
| MARAFIOTI KA | 03/22/06 | 0.10 | TELECONFERENCE FROM R. LUNA AT THE PBGC (0.1). |
| MARAFIOTI KA | 03/23/06 | 1.10 | UPDATE RE: PBGC NEGOTIATIONS (0.3); TELECONFERENCE WITH S. GALE RE: PBGC (0.4) AND FOLLOWUP TELECONFERENCES (0.4). |
| MARAFIOTI KA | 03/27/06 | 0.10 | TELECONFERENCE WITH J. SEGAL AT PBGC RE: FILING OF CLAIMS (0.1). |
| MARAFIOTI KA | 03/28/06 | 0.50 | CORRESPONDENCE RE: PBGC (0.3); ANALYZE FOREIGN ENFORCEMENT ISSUES (0.2). |
| MARAFIOTI KA | 03/29/06 | 1.10 | REVIEW PBGC STIPULATION (0.4); TELECONFERENCES FROM AND TO J. SEGAL (0.1); CORRESPONDENCE TO CLIENT AND L. HASSEL (0.1); DID RESEARCH (0.4); ANALYZE UK PENSION ISSUE (0.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MARAFIOTI KA | 03/31/06 | 0.10 | TELECONFERENCE WITH J. SEGAL (0.1). |
| | | 11.20 | |
| **Total Partner** | | **13.70** | |
| MATZ TJ | 03/10/06 | 1.20 | WORK ON PBGC MATTERS (1.2). |
| MATZ TJ | 03/13/06 | 1.60 | CONTINUING WORK ON PBGC REMEDIAL RIGHTS (1.6). |
| MATZ TJ | 03/14/06 | 2.20 | WORK ON PBGC LIENS, RIGHTS MEMORANDUM, PARTICULARS OF PENSIONS, REQUIRED AND OUTSTANDING CONTRIBUTIONS (1.9); CALLS W. S. KING OF FTI RE: SAME (0.3). |
| MATZ TJ | 03/17/06 | 0.30 | TELECONFERENCE WITH R. LUNA OF PBGC RE; PBGC CLAIMS AND LIEN (0.3). |
| MATZ TJ | 03/23/06 | 2.40 | CONTINUING WORK ON PBGC "MINIMUM CONTACTS" ISSUE (0.8); CONTINUING WORK ON PBGC LIEN RIGHTS, ALTERNATIVE RESOLUTIONS TO LEGISLATIVE APPROACH, AND AGREED UPON PROPOSED STIPULATION (1.6). |
| MATZ TJ | 03/24/06 | 1.30 | FOLLOW-UP WORK ON LIEN ANALYSIS (0.5); CONTINUING WORK ON PBGC LIEN AND RESPONSE MATTERS (0.8). |
| MATZ TJ | 03/28/06 | 0.20 | WORK ON RESPONSE TO PBGC LIEN ENQUIRY (0.2). |
| | | 9.20 | |
| **Total Counsel** | | **9.20** | |
| FERN BM | 03/01/06 | 0.30 | REVISE SCRIPT TO ERISA MOTION (0.3). |
| FERN BM | 03/03/06 | 0.50 | EMAILS TO/FROM N. BUBNOVICH RE: REVISED AIP (0.2); EMAILS TO/FROM N. BERGER AND A. TOGUT RE: ERISA STIPULATION (0.3). |
| FERN BM | 03/06/06 | 0.20 | EMAIL TO G. GOTTO RE: ERISA STIPULATION (0.2). |
| FERN BM | 03/07/06 | 0.30 | REVISE SCRIPT TO ERISA MOTION (0.3). |
| | | 1.30 | |
| MCFARLANE DS | 03/10/06 | 1.90 | REVIEW ERISA MATTERS INCLUDING PENSION PLAN PBGC LIENS AND PROVIDE INFORMATION RE: SAME (1.9). |
| MCFARLANE DS | 03/13/06 | 2.40 | CONSIDER PENSION PLAN CONTRIBUTION AND LIEN ISSUES (0.3); RESEARCH ISSUES RELATING TO PBGC ENFORCEMENT OF LIENS AGAINST FOREIGN ENTITIES (2.1). |
| | | 4.30 | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| ZIEGLER VE | 03/10/06 | 6.50 | LEGAL RESEARCH RE: ENFORCEABILITY OF PBGC LIENS AGAINST FOREIGN MEMBERS OF THE CONTROLLED GROUP (6.5). |
| ZIEGLER VE | 03/11/06 | 6.30 | RESEARCH CASE LAW RE: ENFORCEABILITY OF PBGC LIENS AGAINST FOREIGN MEMBERS OF THE CONTROLLED GROUP (6.3). |
| ZIEGLER VE | 03/12/06 | 8.40 | LEGAL RESEARCH RE: ENFORCEABILITY OF PBGC LIENS AGAINST FOREIGN MEMBERS OF THE CONTROLLED GROUP (7.3); DRAFT MEMO RE: SAME (1.1). |
| ZIEGLER VE | 03/13/06 | 11.40 | LEGAL RESEARCH RE: ENFORCEABILITY OF PBGC LIENS AGAINST FOREIGN MEMBERS OF THE CONTROLLED GROUP (6.3); DRAFT MEMO RE: SAME (5.1). |
| ZIEGLER VE | 03/14/06 | 6.70 | CONTINUE DRAFTING MEMO RE: ENFORCEABILITY OF PBGC LIENS AGAINST FOREIGN MEMBERS OF THE CONTROLLED GROUP (6.7). |
| ZIEGLER VE | 03/15/06 | 6.70 | REVIEW AND ANALYZE PBGC EMAIL CORRESPONDENCE (2.0) AND 8KS (1.2); REVISE MEMO RE: PBGC'S LIENS (3.5). |
| ZIEGLER VE | 03/16/06 | 6.50 | CONTINUE RESEARCHING ISSUES RE: PBGC'S ABILITY TO ENFORCE A LIEN AGAINST A FOREIGN ENTITY AND ITS ASSETS IN THE US (6.5). |
| ZIEGLER VE | 03/24/06 | 3.20 | DRAFT AND REVISE PRESENTATION RE: PBGC ISSUES (3.2). |
| ZIEGLER VE | 03/28/06 | 1.20 | WORK ON PBGC LIEN ISSUES (0.6); EMAIL CORRESPONDENCE RE: SAME (0.6). |
| ZIEGLER VE | 03/29/06 | 4.60 | REVIEW STIPULATION WITH PBGC RE: PROOF OF CLAIM (1.0) CASE LAW RESEARCH RE: SAME (3.1); EMAIL CORRESPONDENCE RE: SAME (0.5). |
| | | 61.50 | |
| **Total Associate** | | 67.10 | |
| **TOTAL TIME** | | **90.00** | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

**Delphi Corporation (DIP)**  Bill Date: 04/30/06
**Employee Matters (Pension)**  Bill Number: 1108601

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 03/31/06 | Telecommunications, D | 1.83 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 2.09 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.07 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.01 |
| | | **TOTAL TELEPHONE EXPENSE** | **$4.00** |
| Lexis/Nexis | 03/28/06 | Zaltzman H | 147.00 |
| | | **TOTAL LEXIS/NEXIS** | **$147.00** |
| Westlaw | 03/13/06 | Ziegler VE | 961.72 |
| Westlaw | 03/14/06 | Ziegler VE | 188.11 |
| Westlaw | 03/16/06 | Ziegler VE | 836.17 |
| | | **TOTAL WESTLAW** | **$1,986.00** |
| CLR/Disclosure | 03/31/06 | Global Securities | 28.00 |
| | | **TOTAL CLR/DISCLOSURE** | **$28.00** |
| Wireless - Mobile/Cellular/Pager | 03/09/06 | Meisler RE | 13.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$13.00** |
| | | **TOTAL MATTER** | **$2,178.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  Bill Date: 05/31/06
Employee Matters (Pension)  Bill Number: 1108515

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| COCHRAN EL | 04/04/06 | 1.40 | REVIEW CONFIDENTIALITY AGREEMENT ISSUES RE: PBGC (1.4). |
| | | **1.40** | |
| MARAFIOTI KA | 04/03/06 | 1.00 | CORRESPONDENCE RE: PBGC (0.1); TELECONFERENCE WITH F. KUPLICKI AND L. HASSEL RE: PBGC ISSUES (0.2); ADDITIONAL CORRESPONDENCE RE: SAME (0.3); TELECONFERENCE WITH HASSEL AND ANALYZE FOIA ISSUES (0.4). |
| MARAFIOTI KA | 04/04/06 | 0.10 | ANALYZE FOIA ISSUES IN CONNECTION WITH PBGC (0.1). |
| MARAFIOTI KA | 04/05/06 | 0.90 | TELECONFERENCE WITH K. MORRIS (0.1); ANALYZE FOIA ISSUES (0.2); REVIEW RESEARCH MEMO RE: SAME (0.4) AND REVIEW RELATED CORRESPONDENCE (0.2). |
| MARAFIOTI KA | 04/06/06 | 1.60 | REVIEW PROPOSED CONFIDENTIALITY AGREEMENT WITH PBGC (0.7); TELECONFERENCE WITH L. HASSEL, SABRIN AND MICHAEL IN PREPARATION FOR PBGC CALL (0.3); TELECONFERENCES WITH PBGC, HASSEL (0.3); CORRESPONDENCE TO CLIENT RE: SAME (0.3). |
| MARAFIOTI KA | 04/07/06 | 0.20 | CORRESPONDENCE RE: PBGC (0.2). |
| MARAFIOTI KA | 04/17/06 | 0.10 | TELECONFERENCE WITH E. WILSON RE: PBGC STIPULATIONS RE: 1113 AND PROOFS OF CLAIM (0.1). |
| MARAFIOTI KA | 04/19/06 | 1.70 | REVIEW PROPOSED STIPULATIONS RE: 1113/1114 (0.3); PROOF OF CLAIM (0.3); E. WILSON (0.1); CORRESPONDENCE TO CLIENT AND LONIE HASSEL RE: SAME (0.2); ANALYZE ISSUES RE: SAME (0.3); TELECONFERENCE FROM B. SHAW RE: PBGC ISSUES (0.1); TELECONFERENCE WITH HASSEL AND FRANK KUPLICKI RE: PROPOSED PBGC 1113/1114 STIPULATION AND FOLLOWUP MESSAGE TO WILSON (0.2); CORRESPONDENCE TO PBGC RE: SAME (0.2). |
| MARAFIOTI KA | 04/21/06 | 0.40 | CORRESPONDENCE FROM PBGC RE: SECTION 1113/1114 STIPULATION (0.2); CORRESPONDENCE TO J. SHEEHAN RE: PBGC MATTERS (0.2). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MARAFIOTI KA | 04/24/06 | 1.40 | TELECONFERENCE WITH J. SEGAL (0.1); CORRESPONDENCE RE: 1113 STIPULATION (0.2); CORRESPONDENCE RE: COMPASS ISSUES (0.2); TELECONFERENCE WITH L. HASSEL (0.1); TELECONFERENCE WITH SEGAL WITH HASSEL (0.1); TELECONFERENCE WITH F. KUPLICKI WITH HASSEL (0.1); ADDITIONAL TELECONFERENCE WITH SEGAL (0.1); TELECONFERENCE WITH J. SHEEHAN RE: PBGC ISSUES (0.2); CONSIDER FOIA ISSUES (0.3). |
| MARAFIOTI KA | 04/25/06 | 0.10 | CONFERRED WITH J. SHEEHAN RE: PBGC ISSUES (0.1). |
| MARAFIOTI KA | 04/27/06 | 0.10 | TELECONFERENCE FROM E. WILSON RE: PBGC CLAIMS STIPULATION (0.1). |
| MARAFIOTI KA | 04/28/06 | 0.90 | REVIEW PBGC CLAIMS STIPULATION (0.4); TELECONFERENCE FROM J.SEGAL (0.2); MESSAGE HASSEL (0.1); TELECONFERENCES WITH J. SHEEHAN RE: PBGC (0.2). |
| | | 8.50 | |
| **Total Partner** | | 9.90 | |
| MICHAEL MD | 04/04/06 | 1.20 | REVIEW CORRESPONDENCE AND DOCUMENTS RELATING TO ISSUE (0.3); BEGIN REVIEWING RESEARCH INTO CONFIDENTIALITY ISSUES (0.9). |
| MICHAEL MD | 04/05/06 | 4.00 | CONTINUE LEGAL RESEARCH INTO CONFIDENTIALITY ISSUES (2.6); DRAFT CONFIDENTIALITY ORDER AND LETTER AGREEMENT WITH PBGC (1.4). |
| MICHAEL MD | 04/06/06 | 2.00 | REVISE CONFIDENTIALITY ORDER AND LETTER AGREEMENT WITH PBGC (0.6); PARTICIPATE IN PRE-CALL (0.4) AND TELECONFERENCE WITH PBGC (0.4); REVISE DOCUMENTS IN LIGHT OF COMMENTS AND CIRCULATE DRAFTS INTERNALLY (0.6). |
| MICHAEL MD | 04/24/06 | 1.00 | REVIEW AGREEMENT FROM PBGC AND ANALYZE DIFFERENCES FROM CLIENT PROPOSAL (1.0). |
| | | 8.20 | |
| **Total Associate** | | 8.20 | |
| **TOTAL TIME** | | **18.10** | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  Bill Date: 05/31/06
Employee Matters (Pension)  Bill Number: 1108515

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
| --- | --- | --- | --- |
| Westlaw | 04/04/06 | Geller LS | 1,225.51 |
| Westlaw | 04/05/06 | Michael MD | 105.72 |
| Westlaw | 04/05/06 | Geller LS | 1,309.59 |
| Westlaw | 04/06/06 | Geller LS | 19.18 |
| | | **TOTAL WESTLAW** | **$2,660.00** |
| Vendor Hosted Teleconferencing | 04/30/06 | Teleconferencing Services, LLC | 3.77 |
| Vendor Hosted Teleconferencing | 04/30/06 | Teleconferencing Services, LLC | 0.23 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$4.00** |
| | | **TOTAL MATTER** | **$2,664.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  Bill Date: 06/30/06
Employee Matters (Pension)  Bill Number: 1112661

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MARAFIOTI KA | 05/02/06 | 0.20 | TELECONFERENCES WITH SHEEHAN, SHAW RE: PBGC (0.2). |
| MARAFIOTI KA | 05/04/06 | 0.10 | CORRESPONDENCE FROM F. KUPLICKI RE: PBGC (0.1). |
| MARAFIOTI KA | 05/15/06 | 0.60 | REVIEWED REVISED PBGC STIPULATION, MOTION AND PROPOSED ORDER RE: JOINT PROOFS OF CLAIM (0.5); TELECONFERENCE WITH E. WILSON RE: SAME (0.1). |
| MARAFIOTI KA | 05/17/06 | 0.20 | REVIEWED AND EXECUTED FINAL STIPULATION RE: PBGC PROOFS OF CLAIM AND CORRESPONDENCE RE: SAME (0.2). |
| MARAFIOTI KA | 05/21/06 | 0.50 | RESEARCH PENSION ISSUES (0.5). |
| MARAFIOTI KA | 05/25/06 | 0.10 | TELECONFERENCE FROM N. TORRACO RE: COMPASS REQUEST (0.1). |
|  |  | 1.70 |  |
| Total Partner |  | 1.70 |  |
| **TOTAL TIME** |  | **1.70** |  |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                       Bill Date: 06/30/06
Employee Matters (Pension)                                     Bill Number: 1112661

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 04/30/06 | Teleconferencing Services, LLC | 5.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$5.00** |
| | | **TOTAL MATTER** | **$5.00** |

B43E