SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

EXHIBIT D-25
REAL ESTATE (OWNED)
73.7 HOURS

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                          Bill Date: 03/31/06
Real Estate (Owned)                                               Bill Number: 1108452

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| WEXLER MP | 02/02/06 | 0.20 | REVIEW REAL ESTATE AGENDA ITEMS FOR SENIOR STRATEGY TELECONFERENCE (0.2). |
| WEXLER MP | 02/03/06 | 0.80 | PARTICIPATE IN SENIOR STRATEGY TELECONFERENCE RE: REAL ESTATE AND OTHER MATTERS (0.8). |
| WEXLER MP | 02/07/06 | 0.30 | REVIEW STATUS OF PROPERTIES TO BE DONATED AND ISSUES IN CONNECTION THEREWITH (0.3). |
| WEXLER MP | 02/08/06 | 0.60 | REVIEW AND STRATEGIZE ON REAL PROPERTY QUESTIONS FROM CLIENT (0.4); REVIEW AND DISCUSS RESPONSE TO CALL FROM R. LOFKO RE: ASBESTOS LITIGATION INVOLVING OHIO PLANT (0.2). |
| WEXLER MP | 02/09/06 | 0.30 | CONSIDER REAL ESTATE ITEMS TO BE PLACED ON AGENDA FOR SENIOR STRATEGY MEETING (0.3). |
| WEXLER MP | 02/10/06 | 0.80 | PARTICIPATE IN SENIOR STRATEGY TELECONFERENCE RE: REAL ESTATE AND OTHER MATTERS (0.8). |
| WEXLER MP | 02/13/06 | 1.10 | REVIEW ISSUES RE: DONATION OF OWNED PROPERTIES IN LIGHT OF C. HITCHCOCK EMAIL (0.4); REVIEW ISSUES RE: TERMINATION OF LICENSE AGREEMENTS PER C. HITCHCOCK (0.3); REVIEW ISSUES RE: PROCEDURES TO REJECT LICENSES AND CORRESPONDENCE WITH CLIENT RE: NATURE OF LICENSES (0.4). |
| WEXLER MP | 02/14/06 | 2.10 | PREPARE FOR TELECONFERENCE WITH CLIENT RE: DONATION OF PROPERTY AND OTHER REAL ESTATE ISSUES (0.8); TELECONFERENCE WITH C. COMERFORD, SOKOL, J. BEAUDOEN AND C. HITCHCOCK RE: REAL ESTATE MATTERS (1.3). |
| WEXLER MP | 02/23/06 | 0.20 | CONSIDER ITEMS TO BE INCLUDED ON SENIOR STRATEGY AGENDA (0.2). |
| WEXLER MP | 02/24/06 | 0.80 | PARTICIPATE IN SENIOR STRATEGY TELECONFERENCE RE: REAL ESTATE AND RELATED MATTERS (0.8). |
|  |  | 7.20 |  |
| **Total Partner** |  | **7.20** |  |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| DANZ CE | 02/07/06 | 0.40 | REVIEW OF INCOMING CORRESPONDENCE (0.4). |
| DANZ CE | 02/10/06 | 1.10 | REVIEW OF JONES LANG LASALLE FACILITY CHARGES AND GOVERNING CONTRACT (0.5); DISCUSSIONS WITH M. KAMISCHKE RE: CURRENT AND PAST CHARGES (0.3); TELECONFERENCE WITH J. WEISS (0.3). |
| DANZ CE | 02/13/06 | 0.80 | ASSISTED WITH CONFIRMING MANUFACTURING PLANT SITES AND COMMUNICATION WITH M. KAMISCHKE (0.3), COMMUNICATION WITH J. WEISS RE: JLL CHARGES (0.3); TELECONFERENCE WITH J. BECKER (0.2). |
| DANZ CE | 02/14/06 | 2.30 | COORDINATED WITH DELPHI RE: MANUFACUTING SITES IN CONNECTION WITH UPCOMING COURT FILINGS (0.5); REVIEWED FIRST DAY MATERIALS RE: SITE NUMBERS (0.4); FOLLOWUP WITH J. BECKER ON FACILITY SERVICES WORK ANALYSIS FOR COMMITTEE (0.4); COMMUNICATION WITH B. ECKBLAD RE: HEADCOUNT ANALYSIS (0.3); REVIEW OF RELATED INVOICES FOR RESPONSE TO CREDITORS' COMMITTEE (0.7). |
| DANZ CE | 02/15/06 | 0.60 | REVIEW OF RECENTLY RECEIVED CORRESPONDENCE (0.6). |
| DANZ CE | 02/23/06 | 0.70 | COMMUNICATION TO J. WEISS (0.2), REVIEW OF PROPERTY CHART REPORT FOR MOTION INFORMATION CONFIRMATING FOR UPCOMING FILING (0.5). |
| DANZ CE | 02/24/06 | 0.50 | TELECONFERENCES WITH C. COMERFORD RE: GENERAL REAL PROPERTY LEASE MATTERS (0.5). |
| | | 6.40 | |
| MEISLER RE | 02/08/06 | 1.40 | REVIEW POTENTIAL REAL ESTATE TRANSACTIONS (1.4). |
| | | 1.40 | |
| **Total Associate** | | 7.80 | |
| **TOTAL TIME** | | **15.00** | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                    Bill Date: 03/31/06
Real Estate (Owned)                                         Bill Number: 1108452

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Wireless - Mobile/Cellular/Pager | 02/24/06 | Wexler MP | 17.00 |
| | | TOTAL WIRELESS - MOBILE/CELLULAR/PAGER | $17.00 |
| | | TOTAL MATTER | $17.00 |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | |
|---|---|
| Delphi Corporation (DIP) | Bill Date: 04/30/06 |
| Real Estate (Owned) | Bill Number: 1108601 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| WEXLER MP | 03/01/06 | 0.40 | CORRESPONDENCE WITH C. HITCHCOCK RE: LAUREL, MS BOND PROPERTY (0.1) AND FOLLOW UP ON ISSUES (0.3). |
| WEXLER MP | 03/02/06 | 0.20 | CONSIDER REAL ESTATE ITEMS TO INCLUDE ON SENIOR STRATEGY AGENDA AND CORRESPONDENCE IN CONNECTION THEREWITH (0.2). |
| WEXLER MP | 03/03/06 | 1.80 | PARTICIPATE IN SENIOR STRATEGY TELECONFERENCE RE: REAL ESTATE AND RELATED MATTERS (1.4); FOLLOW UP ON BOND ISSUES AND ALTERNATIVES RE: LAUREL, MS (0.4). |
| WEXLER MP | 03/13/06 | 0.70 | REVIEW AND COMMENT ON CLIENT MEMO RE: PAYMENT AND ALLOCATION OF REAL ESTATE TAXES (0.3); REVIEW CORRESPONDENCE FROM AND WITH CLIENT RE: REAL ESTATE ISSUES (0.4). |
| WEXLER MP | 03/14/06 | 0.30 | CORRESPONDENCE WITH C. HITCHCOCK RE: LAUREL, MS BOND FINANCING AND ALTERNATIVES (0.3). |
| WEXLER MP | 03/15/06 | 0.50 | REVIEW ISSUES RE: PROPERTY AND BOND FINANCING IN LAUREL, MICHIGAN AND STRATEGY FOR DEALING WITH SAME (0.5). |
| WEXLER MP | 03/16/06 | 0.30 | REVIEW STATUS OF DISCUSSIONS ON LAUREL, MS AND ISSUES TO BE CONSIDERED (0.3). |
| WEXLER MP | 03/17/06 | 1.30 | PARTICIPATE IN SENIOR STRATEGY TELECONFERENCE RE: REAL ESTATE AND OTHER MATTERS (1.3). |
| WEXLER MP | 03/21/06 | 0.40 | PREPARE FOR TELECONFERENCE WITH COMPANY RE: ENVIRONMENTAL ISSUES IN CONNECTION WITH PLANT CLOSINGS, INCLUDING REVIEW OF MATERIALS PREPARED BY D. BICKNELL IN CONNECTION THEREWITH (0.4). |
| WEXLER MP | 03/22/06 | 2.20 | REVIEW MATERIALS IN PREPARATION FOR (0.4) AND PARTICIPATE IN CONFERENCE CALL WITH CLIENT (FACILITIES, ENVIRONMENTAL, IN-HOUSE ATTORNEYS) RE: ENVIRONMENTAL INVESTIGATION/REMEDIATION AT DELPHI PROPERTIES (1.8). |
| WEXLER MP | 03/24/06 | 1.50 | PARTICIPATE IN SENIOR STRATEGY TELECONFERENCE RE: REAL ESTATE AND OTHER MATTERS (1.5). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| WEXLER MP | 03/31/06 | 1.50 | TELECONFERENCES AND CORRESPONDENCE WITH ATTORNEY FOR JLL RE: FEE AND EXPENSE STATEMENT (0.4); REVIEW PROPOSED EXPENSE STATEMENTS FOR CONFIDENTIALITY ISSUES (0.2); REVIEW UNDERLYING JLL AGREEMENT RE: APPROPRIATE EXPENSES (0.6); AND FOLLOW UP WITH CLIENT IN CONNECTION THEREWITH (0.3). |
| | | **11.10** | |
| **Total Partner** | | **11.10** | |
| DANZ CE | 03/01/06 | 2.50 | ATTENTION TO THE OPUS WEST MATTER AND RELATED FOLLOWUP (0.4); REVIEW OF THE CSX CORRESPONDENCE AND FURTHER INVESTIGATION WITH THE COMPANY (0.7); FURTHER REVIEW OF THE LAUREL, MISSISSIPPI LEASE FINANCING ISSUE AND BEGAN RESEARCH ON ISSUE (1.4). |
| DANZ CE | 03/02/06 | 0.30 | TELECONFERENCE WITH J. BEAUDOEN RE: OWNED PROPERTY ISSUES (0.3). |
| DANZ CE | 03/16/06 | 0.40 | REVIEW RECENTLY RECEIVED CORRESPONDENCE (0.4). |
| | | **3.20** | |
| **Total Associate** | | **3.20** | |
| **TOTAL TIME** | | **14.30** | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)   Bill Date: 04/30/06
Real Estate (Owned)        Bill Number: 1108601

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 03/10/06 | Copy Center, D | 1.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1.00** |
| Messengers/ Courier | 03/07/06 | Dist Serv/Mail/Page, D | 6.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$6.00** |
| | | **TOTAL MATTER** | **$7.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  
Real Estate (Owned)

Bill Date: 05/31/06  
Bill Number: 1108515

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| WEXLER MP | 04/03/06 | 1.70 | PARTICIPATE IN SENIOR STRATEGY CALL RE: REAL ESTATE AND OTHER MATTERS (0.9); REVIEW ISSUES RE: PURCHASE OF TUSCALOOSA, ALABAMA PLANT AND RECORDATION OF DEED AND TRANSFER TAX MATTERS AND FOLLOW UP ON SAME (0.8). |
| WEXLER MP | 04/04/06 | 0.70 | REVIEW ISSUES IN CONNECTION WITH RECORDATION OF TUSCALOOSA DEED AND PAYMENT OF THE TRANSFER TAX (0.4) AND REVIEW PRIOR ORDERS ENTERED (0.3). |
| WEXLER MP | 04/07/06 | 0.90 | REVIEW ALABAMA STATUTE RE: TRANSFER TAX AND CONSIDER STRATEGY FOR RECORDATION OF TUSCALOOSA, AL DEED AND UNDERLYING REAL ESTATE TAX ISSUES (0.6); REVIEW AND COMMENT ON CORRESPONDENCE TO TUSCALOOSA TAX COLLECTOR (0.3). |
| WEXLER MP | 04/10/06 | 0.20 | REVIEW ISSUES IN CONNECTION WITH RECORDATION OF TUSCALOOSA DEED (0.2). |
| WEXLER MP | 04/11/06 | 0.20 | FOLLOW UP ON DEED RECORDATION FOR TUSCALOOSA ALABAMA SITE (0.2). |
| WEXLER MP | 04/12/06 | 0.20 | FOLLOW UP ON PAYMENT OF TRANSFER TAX ON TUSCALOOSA SITE (0.2). |
| WEXLER MP | 04/13/06 | 1.20 | PARTICIPATE IN SENIOR STRATEGY TELECONFERENCE RE: REAL ESTATE AND RELATED MATTERS (0.8); FOLLOW UP ON PREPARATION OF MOTION TO EXERCISE PUT FOR NEW BRUNSWICK PLANT (0.2); REVIEW CLIENT CORRESPONDENCE AND FOLLOW UP ON RECORDATION OF TUSCALOOSA DEED AND PAYMENT OF RECORDING TAX (0.2). |
| WEXLER MP | 04/19/06 | 0.60 | REVIEW PROPOSAL TO GRANT EASEMENT OVER OWNED PROPERTY AND PROCEDURES TO BE FOLLOWED, INCLUDING REVIEW OF PRECEDENT (0.6). |
| WEXLER MP | 04/22/06 | 0.30 | CONSIDER POSSIBLE STRATEGIES FOR ENVIRONMENTAL ISSUES WITH OWNED REAL ESTATE (0.3). |
| WEXLER MP | 04/25/06 | 1.40 | CONSIDER ISSUES IN PREPARATION FOR 5/3 MEETING IN TROY RE: DISPOSITION OF PROPERTIES (1.4). |
| WEXLER MP | 04/26/06 | 0.40 | CONSIDER AGENDA AND ISSUES TO BE COVERED AT 5/3 MEETING IN TROY (0.4). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| WEXLER MP | 04/27/06 | 1.10 | REVIEW CORRESPONDENCE FROM J. KLEINMAN RE: JLL INTERIM FEE AND EXPENSE REIMBURSEMENT AND FOLLOW UP ON SAME (0.3); REVIEW SPECIFICS FOR ENVIRONMENTAL MEETING IN TROY ON MAY 3 AND PREPARE THEREFOR (0.6); REVIEW AND COMMENT ON AGENDA FOR SENIOR STRATEGY MEETING ON REAL ESTATE RELATED AND OTHER MATTERS AND CORRESPONDENCE IN CONNECTION THEREWITH (0.2). |
| WEXLER MP | 04/28/06 | 0.50 | FOLLOW UP ON PREPARATION FOR 5/3 MEETING IN TROY (0.5). |
| | | 9.40 | |
| **Total Partner** | | **9.40** | |
| DANZ CE | 04/06/06 | 1.10 | COMMUNICATION WITH J. WEISS RE: THE JLL CHARGES (0.3) AND FOLLOWUP WITH M. KAMISCHKE RE: THE SAME (0.3); COMMUNICATION WITH J. BEAUDOEN (0.2); COMMUNICATION WITH C. COMERFORD (0.3). |
| DANZ CE | 04/07/06 | 1.50 | DRAFT LETTER TO P. COCHRANE AND DISTRIBUTED THE SAME (1.3); COMMUNICATION WITH J. BEAUDOEN RE: TUSCALOOSA (0.2). |
| DANZ CE | 04/12/06 | 0.50 | REVIEW OF INCOMING CORRESPONDENCE (0.5). |
| DANZ CE | 04/21/06 | 0.30 | ATTENTION TO REAL ESTATE TAX ISSUE ON OWNED REAL PROPERTY (0.3). |
| DANZ CE | 04/24/06 | 1.30 | REVIEW AND RESEARCH IN TO 10K REAL PROPERTY RELATED ISSUES (1.3). |
| DANZ CE | 04/25/06 | 0.70 | REVIEW OF THE IRVINE, CA ENVIRONMENTAL ISSUE AND STRATEGY DEVELOPMENT (0.7). |
| DANZ CE | 04/26/06 | 0.70 | REVIEW OF THE DOCKET (0.3); ATTENTION TO OWNED ISSUES AT LAUREL, MISSISSIPPI (0.4). |
| | | 6.10 | |
| **Total Associate** | | **6.10** | |
| **TOTAL TIME** | | **15.50** | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                  Bill Date: 06/30/06
Real Estate (Owned)                                       Bill Number: 1112661

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| WEXLER MP | 05/01/06 | 0.60 | PREPARATION FOR 5/3 MEETING IN TROY ON PLANNING FOR CLOSING FACILITIES ON OWNED PROPERTIES (0.6). |
| WEXLER MP | 05/05/06 | 3.10 | PARTICIPATE IN SENIOR STRATEGY TELECONFERENCE RE: REAL ESTATE AND OTHER MATTERS (0.6); REVIEW CLIENT COMMENTS AND REVIEW AND COMMENT ON MEMO RE: ENVIRONMENTAL STRATEGY FOR OWNED PROPERTIES (0.8); REVIEW UNDERLYING DOCUMENTS FOR BROOKHAVEN AND CONSIDER STRATEGY RE: LAUREL, BROOKHAVEN AND MONROE PROPERTIES (1.7). |
| WEXLER MP | 05/08/06 | 0.80 | REVIEW CLIENT CORRESPONDENCE RE: TREATMENT OF LAUREL AND BROOKHAVEN PROPERTIES AND FOLLOW UP ON SAME (0.4); CORRESPONDENCE WITH CLIENT RE: OWNED AND CLOSING PROPERTIES AND POSSIBLE ISSUES FOR DISPOSITION (0.4). |
| WEXLER MP | 05/10/06 | 1.40 | REVIEW CLIENT MATERIALS RE: PLANTS TO BE CLOSED (0.8) AND CONSIDER STRATEGY FOR DEALING WITH SAME (0.6). |
| WEXLER MP | 05/15/06 | 0.40 | REVIEW CORRESPONDENCE AND STRATEGY FOR CLOSURE OF WICHITA, TX PLANT (0.4). |
| WEXLER MP | 05/18/06 | 0.20 | REVIEW ISSUES TO BE CONSIDERED FOR SENIOR STRATEGY TELECONFERENCE AND CORRESPONDENCE RE: SAME (0.2). |
| WEXLER MP | 05/19/06 | 1.00 | PARTICIPATE IN SENIOR STRATEGY TELECONFERENCE RE: REAL ESTATE AND OTHER MATTERS (1.0). |
| WEXLER MP | 05/22/06 | 1.40 | REVIEW ISSUES IN CONNECTION WITH C. HITCHCOCK DEPARTURE FROM JLL (0.2); REVIEW APPRAISAL AND OTHER MATERIALS IN CONNECTION WITH THE CLOSING OF THE WICHITA FALLS PLANT (0.6); REVIEW ISSUES IN CONNECTION WITH PAYMENTS MADE BY GM ON LAURAL AND BROOKHAVEN PLANTS AND STRATEGY GOING FORWARD (0.6). |
| WEXLER MP | 05/30/06 | 0.40 | REVIEW ISSUES RE: PAYMENT OF SPECIAL ASSESSMENT ON TROY HEADQUARTERS BUILDING (0.4). |
| WEXLER MP | 05/31/06 | 0.40 | REVIEW ISSUES RELATING TO PAYMENT OF SPECIAL ASSESSMENT ON CORPORATE HEADQUARTERS AND LEASE PAYMENT ON BROOKHAVEN (0.4). |
|  |  | **9.70** |  |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| **Total Partner** | | 9.70 | |
| DANZ CE | 05/08/06 | 0.70 | REVIEW OF THE COMPANY'S ACCOUNTING PRACTICES FOR LAUREL, MISSISSIPPI AND SIMILARLY SITUATED PROPERTIES (0.4); REVIEW OF DISCLOSURE STATEMENT LANGUAGE RE: OWNED PROPERTY (0.3). |
| DANZ CE | 05/17/06 | 0.60 | ATTENTION TO THE MARICOPA INQUIRY AND FOLLOW-UP COMMUNICATION WITH W. KRYGOWSKI AND C. COMERFORD (0.6). |
| DANZ CE | 05/22/06 | 0.90 | DISCUSSION OF THE WICHITA FALLS ISSUES (0.5); PRELIMINARY REVIEW OF THE DONATION ISSUES (0.4). |
| DANZ CE | 05/30/06 | 2.40 | TELECONFERENCE FROM B. LUETHGE (0.3), BEGAN REVIEWING SPECIAL ASSESSMENT TAX ISSUE AT HEADQUARTERS (1.7), ATTENTION TO THE DONATION ISSUES (0.4). |
| DANZ CE | 05/31/06 | 4.90 | DEVELOPMENT OF STRATEGY IN MEETING FOR BROOKHAVEN RE: POSSIBLE ASSIGNMENT PROBLEMS (0.2) AND ATTENTION TO THE FLINT DONATION ISSUE (0.4), PARTICIPATION IN STRATEGY SESSION ON THE SPECIAL ASSESSMENT ISSUE (0.4), RESEARCH TROY CITY CODE AND OTHER BANKRUPTCY RELATED CASE LAW RE: THE SPECIAL ASSESSMENT (2.5), COMMUNICATION WITH B. LUETHGE RE: THE ASSESSMENT (0.4), REVIEW OF THE FLINT WEST DONATION DOCUMENTS (1.0). |
| | | 9.50 | |
| DIAZ LB | 05/02/06 | 8.20 | RESEARCHED RE: POSTPETITION INTEREST PAYMENT (8.2). |
| | | 8.20 | |
| MEISLER RE | 05/31/06 | 1.50 | REVIEW REAL PROPERTY DONATION DOCUMENTS (0.2); CONFERENCE WITH M. WEXLER AND C. DANZ RE: SAME (0.6), AND TROY SPECIAL ASSESSMENT (0.4); CONTINUED ATTENTION TO TROY SPECIAL ASSESSMENT (0.3). |
| | | 1.50 | |
| **Total Associate** | | 19.20 | |
| **TOTAL TIME** | | **28.90** | |

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)  Bill Date: 06/30/06
Real Estate (Owned)  Bill Number: 1112661

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 05/12/06 | Copy Center, D | 749.70 |
| In-house Reproduction | 05/23/06 | Copy Center, D | 2.30 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$752.00** |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.49 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.49 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.02 |
| | | **TOTAL TELEPHONE EXPENSE** | **$1.00** |
| Westlaw | 05/02/06 | Diaz LB | 202.29 |
| Westlaw | 05/24/06 | Diaz LB | 54.71 |
| | | **TOTAL WESTLAW** | **$257.00** |
| Outside Research/Internet Services | 05/28/06 | ChoicePoint Inc. | 147.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$147.00** |
| Scanning to PDF with Full Text | 05/05/06 | Patmos D | 2.00 |
| | | **TOTAL SCANNING TO PDF WITH FULL TEXT** | **$2.00** |
| | | **TOTAL MATTER** | **$1,159.00** |

B43E