SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05–44481 (RDD) |
| Debtors. | (Jointly Administered) |

EXHIBIT D-26
EXECUTORY CONTRACTS (PERSONALTY)
84.4 HOURS

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)　　　　　　　　　　　　　　　　　　Bill Date: 03/31/06
Executory Contracts (Personalty)　　　　　　　　　　　　　Bill Number: 1108452

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| FERN BM | 02/15/06 | 1.20 | REVIEWED EMAIL FROM K. CRAFT RE: LEASESD EQUIPMENT IN LANDRUM, SC (0.3); REVIEWED PACIFIC RIM PLEADINGS (0.2); DRAFTED CORRESPONDENCE TO BANK OF LINCOLNWOOD RE: PACIFIC RIM EQUIPMENT (0.7). |
| FERN BM | 02/16/06 | 0.70 | REVISED BANK OF LINCOLNWOOD LETTER RE: PACIFIC RIM EQUIPMENT (0.7). |
| FERN BM | 02/17/06 | 0.30 | REVIEWED RESEARCH RESULTS RE: REMOVAL OF PERSONAL PROPERTY (0.3). |
| FERN BM | 02/21/06 | 1.10 | REVISED LETTER TO BANK OF LINCOLNWOOD (0.8); FORMULATE STRATEGY RE: GM CONTRACTS (0.3). |
|  |  | **3.30** |  |
| MEISLER RE | 02/08/06 | 0.70 | ANALYSIS OF CERTAIN GOVERNMENTAL CONTRACTS RE: R&D (0.7). |
| MEISLER RE | 02/10/06 | 0.70 | CONTINUED ANALYSIS OF CERTAIN GOVERNMENTAL CONTRACTS RE: R&D (0.7). |
| MEISLER RE | 02/21/06 | 0.40 | TELECONFERENCE WITH K. CRAFT RE: CORRESPONDENCE TO BANK OF LINCOLNWOOD RE: PERSONAL PROPERTY LEASE REJECTION (0.1); ANALYSIS OF SAME (0.3). |
| MEISLER RE | 02/24/06 | 0.50 | ATTENTION TO IT CONTRACT (0.5). |
| MEISLER RE | 02/27/06 | 0.20 | TELECONFERENCE WITH A. VANDENBERGH RE: ASSIGNMENT OF CONTRACTS (0.2). |
|  |  | **2.50** |  |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| ZALTZMAN H | 02/16/06 | 3.00 | RESEARCH THE PROCESS FOR REMOVING EQUIPMENT POST-CONTRACT REJECTION (3.0). |
| ZALTZMAN H | 02/18/06 | 1.00 | RESEARCH APPLICATION OF UCC "GOOD FAITH" AND OTHER PROVISIONS TO A POSSIBLE REMOVAL OF EQUIPMENT ISSUE RE: AN EXECUTORY LEASE (1.0). |
| ZALTZMAN H | 02/22/06 | 0.80 | REVIEW EDS MEMO AND CORRESPONDING CASE LAW IN PREPARATION FOR DISCUSSION WITH P. STURKENBOOM OF DELPHI (0.8). |
| ZALTZMAN H | 02/23/06 | 0.30 | CONTINUE REVIEW OF EDS MINIMUM COMMITMENT CONTRACTS WITH DELPHI RE: PRORATION ISSUE (0.3). |
| | | 5.10 | |
| **Total Associate** | | 10.90 | |
| SCHER S | 02/14/06 | 5.50 | REVIEW CONTRACTS FOR CODING IN CONCORDANCE (3.0); ASSEMBLE CLIENT CONTRACTS (2.5). |
| | | 5.50 | |
| Total Legal Assistant | | 5.50 | |
| NEGRON AM | 02/02/06 | 1.50 | REVIEW AND INDEX EXECUTORY CONTRACT DOCUMENTS (1.5). |
| | | 1.50 | |
| Total Legal Assistant Support | | 1.50 | |
| **TOTAL TIME** | | **17.90** | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP) Bill Date: 03/31/06
Executory Contracts (Personalty) Bill Number: 1108452

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 02/17/06 | Copy Center, D | 40.58 |
| In-house Reproduction | 02/17/06 | Copy Center, D | 2.42 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$43.00** |
| Telephone Expense | 02/24/06 | Telecommunications, D | 49.53 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 51.34 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 1.13 |
| | | **TOTAL TELEPHONE EXPENSE** | **$102.00** |
| | | **TOTAL MATTER** | **$145.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  Bill Date: 04/30/06
Executory Contracts (Personalty)  Bill Number: 1108601

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| ~~MICHELI MJ~~ | ~~03/17/06~~ | ~~0.80~~ | ~~TELECONFERENCE WITH Y. ELISSA RE: PILLARHOUSE PAYMENTS (0.7); TELECONFERENCE WITH T. DONOVAN RE: SAME (0.1).~~ |
| ~~MICHELI MJ~~ | ~~03/18/06~~ | ~~0.20~~ | ~~REVIEW R. REYNOLDS MATERIALS RE: EXECUTORY CONTRACT PERFORMANCE (0.2).~~ |
| ~~MICHELI MJ~~ | ~~03/21/06~~ | ~~0.20~~ | ~~TELECONFERENCE WITH Y. ELISSA RE: PILLARHOUSE PAYMENTS (0.2).~~ |
| | | ~~1.20~~ | |
| STUART NL | 03/02/06 | 0.90 | TELECONFERENCE WITH J. LONDHE RE: NILES (0.3); RESEARCH RE: NILES CONTRACT ISSUES (0.6). |
| STUART NL | 03/05/06 | 1.80 | REVIEW EXECUTORY CONTRACT ISSUES IN PREPARATION OF DRAFTING MOTION (1.8). |
| STUART NL | 03/07/06 | 4.20 | DRAFT PRESENTATION RE: EXECUTORY CONTRACTS (4.2). |
| STUART NL | 03/08/06 | 7.50 | CONTINUE TO DRAFT AND REVISE PRESENTATION ON EXECUTORY CONTRACTS (6.2); RESEARCH RE: EXECUTORY CONTRACT ISSUES (1.3). |
| STUART NL | 03/10/06 | 3.30 | REVIEW AND REVISE EXECUTORY CONTRACT PRESENTATION FOR BOARD MEETING (1.8); TELECONFERENCE WITH CLIENT RE: EXECUTORY CONTRACT STRATEGY (1.5). |
| STUART NL | 03/24/06 | 4.40 | RESEARCH RE: EXPIRING CONTRACTS AND POTENTIAL COUNTERARGUMENTS (3.7); TELECONFERENCE WITH CLIENT AND FTI RE: CONTRACT REJECTION (0.7). |
| STUART NL | 03/27/06 | 1.00 | REVISE CONTRACT REJECTION ORDER (0.7); REVISE MOTION (0.3). |
| | | 23.10 | |
| **Total Associate** | | 24.30 | |
| **TOTAL TIME** | | **24.30** | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Delphi Corporation (DIP) | | | Bill Date: 04/30/06 |
|---|---|---|---|
| Executory Contracts (Personalty) | | | Bill Number: 1108601 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 03/03/06 | Copy Center, D | 0.30 |
| In-house Reproduction | 03/28/06 | Copy Center, D | 5.42 |
| In-house Reproduction | 03/31/06 | Copy Center, D | 18.47 |
| In-house Reproduction | 03/31/06 | Copy Center, D | 2.81 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$27.00** |
| Telephone Expense | 03/31/06 | Telecommunications, D | 5.10 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 5.76 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.13 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.01 |
| | | **TOTAL TELEPHONE EXPENSE** | **$11.00** |
| Messengers/ Courier | 03/26/06 | United Parcel Service | 15.62 |
| Messengers/ Courier | 03/27/06 | Dist Serv/Mail/Page, D | 23.84 |
| Messengers/ Courier | 03/31/06 | Dist Serv/Mail/Page, D | 10.55 |
| Messengers/ Courier | 03/31/06 | Dist Serv/Mail/Page, D | 10.55 |
| Messengers/ Courier | 03/31/06 | Dist Serv/Mail/Page, D | 10.55 |
| Messengers/ Courier | 03/31/06 | Dist Serv/Mail/Page, D | 28.89 |
| | | **TOTAL MESSENGERS/ COURIER** | **$100.00** |
| | | **TOTAL MATTER** | **$138.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  Bill Date: 05/31/06
Executory Contracts (Personalty)  Bill Number: 1108515

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MARAFIOTI KA | 04/18/06 | 1.50 | CONSIDER CONSULTING FIRM EXECUTORY CONTRACT ISSUES (0.2); REVIEW AND REVISE INOVISE ORDER (0.6); WORK ON MOTION TO REJECT INOVISE AGREEMENT (0.7). |
| | | 1.50 | |
| **Total Partner** | | **1.50** | |
| MATZ TJ | 04/18/06 | 1.20 | CONTINUE REVIEW AND COMMENT ON INOVISE CONTRACT REJECTION MOTION AND ORDER (1.2). |
| MATZ TJ | 04/19/06 | 0.70 | REVIEW COMMENTS RE: INOVISE REJECTION MOTION AND REVISIONS TO SAME (0.4); FINALIZE OUTSTANDING MATTERS RE: INOVISE CONTRACT REJECTION MOTION (0.3). |
| MATZ TJ | 04/20/06 | 0.80 | CONTINUE TO REVIEW, REVISE AND FINALIZE BOOZ ALLEN CONTRACT MOTION (0.8). |
| MATZ TJ | 04/21/06 | 0.20 | FINAL REVIEW FOR FILING OF INVOICE CONTRACT REJECTION MOTION (0.2). |
| | | 2.90 | |
| **Total Counsel** | | **2.90** | |
| MEISLER RE | 04/14/06 | 2.70 | REVIEW AND REVISE MOTION TO APPROVE ENTRY INTO CONTRACT WITH CONSULTANT (2.7). |
| MEISLER RE | 04/17/06 | 2.30 | CONTINUE TO REVIEW AND REVISE 363 MOTION RE: CONSULTANT PROJECT (2.3). |
| MEISLER RE | 04/18/06 | 0.60 | REVIEW A.T. KEARNEY PAPERS (0.4); TELECONFERENCE WITH J. SHEEHAN RE: SAME (0.1); TELECONFERENCE WITH S. CORCORAN RE: SAME (0.1). |
| | | 5.60 | |
| WHARTON JN | 04/10/06 | 1.60 | REVIEW AT KEARNEY PRESENTATION RE: INDIRECT SPEND REVIEW AND BEGIN TO DRAFT MOTION TO APPROVE AT KEARNEY AGREEMENT (1.6). |
| WHARTON JN | 04/11/06 | 4.50 | CONTINUE TO DRAFT MOTION TO APPROVE AGREEMENT WITH AT KEARNEY RE: INDIRECT SPEND REVIEW PROGRAM (1.6); CONTINUE RESEARCH RE: STANDARDS FOR APPROVING ORDINARY COURSE OF BUSINESS TRANSACTIONS (2.9). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| WHARTON JN | 04/12/06 | 2.90 | CONTINUE TO DRAFT MOTION TO APPROVE AGREEMENT WITH AT KEARNEY RE: INDIRECT SPEND REVIEW PROGRAM (2.9). |
| WHARTON JN | 04/13/06 | 1.20 | CONTINUE TO DRAFT MOTION TO APPROVE AGREEMENT WITH AT KEARNEY RE: INDIRECT SPEND REVIEW PROGRAM (1.2). |
| WHARTON JN | 04/14/06 | 2.80 | CONTINUE TO DRAFT MOTION TO APPROVE AGREEMENT WITH AT KEARNEY RE: INDIRECT SPEND REVIEW PROGRAM (2.8). |
| WHARTON JN | 04/17/06 | 2.90 | FORMULATE STRATEGY RE: MAY 12 OMNIBUS HEARING (0.6); CONTINUE TO DRAFT MOTION TO APPROVE AGREEMENT WITH AT KEARNEY RE: INDIRECT SPEND REVIEW PROGRAM (2.3). |
| | | **15.90** | |
| ZALTZMAN H | 04/23/06 | 3.10 | RESEARCH SCOPE OF SECTION 365(K) AND (F) TO POSSIBLE SALES OF FACILITIES AND EQUIPMENT (3.1). |
| ZALTZMAN H | 04/24/06 | 2.80 | DRAFT MEMO EMAIL OUTLINING PARAMETERS OF 365(K) AND (F) AS THEY APPLY TO ASSIGNMENT UNDER THE CODE (0.8); RESEARCH CLAIM CONTINGENCY AFTER ASSUMPTION PER SECTION 365 (2.0). |
| | | **5.90** | |
| ZAMBRANO K | 04/27/06 | 3.70 | MULTIPLE STRATEGY SESSIONS RE: AIRCRAFT LEASE AGREEMENT RENEWALS (1.2); AND REVIEW LEASE AGREEMENTS RE: SAME (2.3); DISCUSS RENEWAL OF SAME WITH J. EVANS (0.2). |
| | | **3.70** | |
| **Total Associate** | | 31.10 | |
| **TOTAL TIME** | | **35.50** | |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)  
Executory Contracts (Personalty)

Bill Date: 05/31/06  
Bill Number: 1108515

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Non-standard/Outside Reproduction | 04/18/06 | Landmark Document Services | 418.32 |
| Non-standard/Outside Reproduction | 04/19/06 | Landmark Document Services | 2,415.98 |
| Non-standard/Outside Reproduction | 04/25/06 | Landmark Document Services | 110.70 |
| | | **TOTAL NON-STANDARD/OUTSIDE REPRODUCTION** | **$2,945.00** |
| Out-of-Town Travel | 04/14/06 | Meisler RE | 111.61 |
| Out-of-Town Travel | 04/18/06 | Meisler RE | 13.39 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$125.00** |
| Messengers/ Courier | 04/21/06 | Quick Int'l - Ny | 301.26 |
| Messengers/ Courier | 04/21/06 | Straightline Courier | 43.26 |
| Messengers/ Courier | 04/28/06 | Straightline Courier | 32.09 |
| Messengers/ Courier | 04/28/06 | Quick Int'l - Ny | 259.39 |
| | | **TOTAL MESSENGERS/ COURIER** | **$636.00** |
| | | **TOTAL MATTER** | **$3,706.00** |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  
Executory Contracts (Personalty)  
Bill Date: 06/30/06  
Bill Number: 1112661

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MARAFIOTI KA | 05/17/06 | 0.30 | ANALYZE GOVERNMENT CONTRACT ISSUES (0.3). |
| MARAFIOTI KA | 05/19/06 | 0.50 | ANALYZE GOVERNMENT CONTRACT ISSUES IN CONNECTION WITH REIMBURSEMENT OF SUB-RECIPIENTS (0.5). |
| MARAFIOTI KA | 05/20/06 | 0.40 | REVIEWED MOTION TO APPROVE CONTRACT WITH A.T. KEARNEY (0.4). |
| MARAFIOTI KA | 05/21/06 | 0.70 | REVIEWED MEMO RE: CALLAWAY PARTNERS (0.3) AND UNDERLYING CONSULTING AGREEMENTS (0.4). |
| MARAFIOTI KA | 05/22/06 | 0.10 | REVIEWED CORRESPONDENCE RE: A.T. KEARNEY MOTION (0.1). |
| MARAFIOTI KA | 05/25/06 | 0.30 | WORK ON A.T. KEARNEY MOTION (0.3). |
|  |  | 2.30 |  |
| **Total Partner** |  | **2.30** |  |
| DIAZ LB | 05/22/06 | 1.20 | REVISED MOTION RE: A.T. KEARNEY (1.2). |
| DIAZ LB | 05/23/06 | 1.10 | REVISED A.T. KEARNEY MOTION (1.1). |
|  |  | 2.30 |  |
| HERRIOTT AV | 05/14/06 | 0.40 | CONDUCT REVIEW OF INFORMATION RE: CERTAIN GOVERNMENT GRANTS WITH THE DEBTORS (0.4). |
| HERRIOTT AV | 05/19/06 | 2.20 | REVIEW AND REVISE PLEADINGS RE: AT KEARNEY AND EXECUTORY CONTRACT REVIEW (2.0); CONFERENCE WITH J. SHEEHAN (0.1) AND D. SHERBIN (0.1) RE: SAME. |
| HERRIOTT AV | 05/22/06 | 0.60 | REVIEW AT KEARNEY PLEADINGS AND DISCUSS GO FORWARD PLAN (0.6). |
| HERRIOTT AV | 05/23/06 | 0.40 | REVIEW ISSUES RE: AT KEARNEY'S CONTRACT (0.4). |
| HERRIOTT AV | 05/24/06 | 0.70 | CONDUCT FOLLOW UP FACTUAL INQUIRIES RE: GOVERNMENT FUNDED CONTRACTS (0.7). |
| HERRIOTT AV | 05/25/06 | 0.10 | RESPOND TO AT KEARNEY ISSUE (0.1). |
|  |  | **4.40** |  |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| JJINGO MJ* | 05/23/06 | 5.40 | RESEARCH EXECUTORY CONTRACT ISSUE (5.4). |
| JJINGO MJ* | 05/25/06 | 3.10 | REVIEW FINDINGS RE: EXECUTORY CONTRACT ISSUE (0.9); RESEARCH PROPERTY ABANDONMENT ISSUE (2.2). |
| | | **8.50** | |
| MEISLER RE | 05/15/06 | 0.20 | REVIEWED MOTION TO ENTER INTO CONTRACT WITH AT KEARNEY (0.2). |
| MEISLER RE | 05/18/06 | 1.10 | REVIEW AND EDIT MOTION RE: ENTRY INTO AGREEMENT WITH AT KEARNEY (1.1). |
| MEISLER RE | 05/22/06 | 0.30 | REVIEW REJECTION OF INOVISE CONTRACT (0.2); TELECONFERENCE WITH K. SIMON RE: SAME (0.1). |
| | | **1.60** | |
| WHARTON JN | 05/15/06 | 0.40 | CONTINUE TO REVISE MOTION TO APPROVE AGREEMENT WITH A.T. KEARNEY FOR SERVICES RE: REVIEW OF INDIRECT SPEND (0.4). |
| WHARTON JN | 05/19/06 | 1.40 | CONTINUE TO REVISE MOTION TO APPROVE AT KEARNEY AGREEMENT RE: REVIEW OF INDIRECT SPEND (1.4). |
| | | **1.80** | |
| **Total Associate/Law Clerk** | | **18.60** | |
| **TOTAL TIME** | | **20.90** | |

\* Law clerks are law school graduates who are not presently admitted to practice.

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  Bill Date: 06/30/06
Executory Contracts (Personalty)  Bill Number: 1112661

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 05/30/06 | Copy Center, D | 2.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$2.00** |
| Telephone Expense | 05/26/06 | Telecommunications, D | 29.87 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 36.57 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.56 |
| | | **TOTAL TELEPHONE EXPENSE** | **$67.00** |
| Lexis/Nexis | 05/05/06 | Diaz LB | 12.00 |
| | | **TOTAL LEXIS/NEXIS** | **$12.00** |
| Westlaw | 05/01/06 | Stuart NL | 14.03 |
| Westlaw | 05/05/06 | Zambrano K | 119.52 |
| Westlaw | 05/05/06 | Diaz LB | 678.81 |
| Westlaw | 05/06/06 | Stuart NL | 73.53 |
| Westlaw | 05/07/06 | Stuart NL | 64.12 |
| Westlaw | 05/14/06 | Stuart NL | 124.34 |
| Westlaw | 05/16/06 | Herriott AV | 190.23 |
| Westlaw | 05/18/06 | Herriott AV | 75.83 |
| Westlaw | 05/19/06 | Herriott AV | 207.99 |
| Westlaw | 05/22/06 | Herriott AV | 66.60 |
| | | **TOTAL WESTLAW** | **$1,615.00** |
| | | **TOTAL MATTER** | **$1,696.00** |

B43E