SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                               :
        In re                  :    Chapter 11
                               :
DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
                               :
              Debtors.         :    (Jointly Administered)
                               :
------------------------------ x

EXHIBIT D-27
LITIGATION (GENERAL)
80.6 HOURS

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)  Bill Date: 03/31/06
Litigation (General)  Bill Number: 1108452

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MEISLER RE | 02/08/06 | 0.60 | REVIEW AND COMMENT ON MOTION TO FURTHER EXTEND TIME TO REMOVE ACTIONS (0.6). |
| MEISLER RE | 02/09/06 | 0.50 | CONTINUED TO REVIEW AND COMMENT ON REMOVAL PLEADINGS (0.5). |
| MEISLER RE | 02/10/06 | 0.40 | CONTINUED ANALYSIS OF REMOVAL PLEADINGS (0.4). |
| MEISLER RE | 02/17/06 | 0.60 | REVIEWED AND COMMENTED ON MOTION TO FURTHER EXTEND DEADLINE TO REMOVE ACTIONS (0.6). |
| | | **2.10** | |
| MICHELI MJ | 02/07/06 | 1.60 | REVISIONS TO MOTION TO EXTEND REMOVAL PERIOD (1.6). |
| MICHELI MJ | 02/09/06 | 0.40 | CONTINUED REVIEW OF OF SERVICE PARTIES RE: MOTION FOR EXTENSION OF REMOVAL DEADLINE (0.4). |
| MICHELI MJ | 02/16/06 | 0.50 | BEGAN REVIEW OF REVISED PLEADINGS RE: REMOVAL OF CAUSES OF ACTION (0.5). |
| MICHELI MJ | 02/17/06 | 1.20 | CONTINUED REVIEW OF MOTION RE: REMOVAL OF CAUSES OF ACTION (0.7); FINALIZED PLEADINGS RE: REMOVAL OF CAUSES OF ACTION IN PREPARATION OF FILING (0.5). |
| | | **3.70** | |
| ZALTZMAN H | 02/03/06 | 3.20 | DRAFT 2ND REMOVAL DEADLINE EXTENTION MOTION (1.5) DRAFT 2ND REMOVAL DEADLINE EXTENTION ORDER (1.2) DRAFT REMOVAL DEADLINE EXTENTION NOTICE (0.5). |
| ZALTZMAN H | 02/06/06 | 0.50 | DISCUSS NOTICE OF ALL LITIGATION PARTIES WITH A. CERVENY AT KCC AND T. BEHNKE AT FTI (0.5). |
| ZALTZMAN H | 02/07/06 | 4.10 | REVIEW "LITIGATION PARTIES" LIST RECEIVED FOR T. BEHNKE OF FTI (0.4); REVIEW BAR DATE MOTION FOCUSING ON NOTICE OF PROOFS OF CLAIMS PROVISIONS (0.5); DRAFT/EDIT 2ND REMOVAL MOTION OF CAUSES OF ACTION (2.4); EDIT 2ND REMOVAL MOTION NOTICE (0.2); EDIT 2ND /RENOVAL MOTION ORDER (0.6). |
| ZALTZMAN H | 02/09/06 | 3.10 | REVIEW LITIGATION PARTIES EXCEL LIST RECEIVED FROM FTI RE: 2ND REMOVAL MOTION NOTICE (1.2); EDIT 2ND REMOVAL MOTION INCLUDING RESEARCHING PRECEDENT RE: EXTENSION TIMES (1.8); EDIT 2ND REMOVAL ORDER (0.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| ZALTZMAN H | 02/10/06 | 0.40 | CONTINUE EDITS RE: SECOND REMOVAL MOTION (0.4). |
| ZALTZMAN H | 02/13/06 | 0.50 | CORRESPOND WITH E. GERSHBEIN AND A. CERVENEY RE: SERVICE OF PROCESS FOR 2ND REMOVAL EXTENSION (0.5). |
| ZALTZMAN H | 02/14/06 | 1.50 | EDIT 2ND EXTENSION REMOVAL PLEADINGS (1.5). |
| ZALTZMAN H | 02/16/06 | 1.40 | CORRESPOND WITH T. BEHNKE OF FTI RE: LITIGATION PARTIES LIST FOR 2ND REMOVAL MOTION (0.2); CORRESPOND AND DISCUSS LITIGATION PARTIES LIST FOR 2ND REMOVAL MOTION WITH R. VAN LEUVEN OF DELPHI (0.8); SPEAK WITH JAN JANKOWSKI OF DELPHI RE: LITIGATION PARTIES LIST (0.1); CORRESPOND WITH E. GERSHBEIN OF KCC RE: SERVICE OF 2ND REMOVAL MOTION (0.3). |
| ZALTZMAN H | 02/17/06 | 2.20 | REVIEW 2ND REMOVAL EXTENSION PLEADINGS IN PREPARATION FOR FILING (1.0) CORRESPOND WITH KCC RE: 2ND REMOVAL NOTICE SERVICE (1.2). |
| ZALTZMAN H | 02/20/06 | 0.40 | CORRESOND WITH J. LE OF KCC RE: CONFIRMATION OF 2ND REMOVAL PLEADINGS (0.2); CORRESPOND EITH J. LE OF KCC RE: TRACKING OF SPECIAL SERVICE LIST PARTIES (0.2). |
| ZALTZMAN H | 02/22/06 | 0.70 | CORRESPOND WITH ERIC GLADBACH OF EDWARDS ANGELL RE: REMOVAL NOTICE ISSUES (0.2); REVIEW SERVICE AFFIDAVIT RE: 2ND REMOVAL MOTION (0.5). |
| ZALTZMAN H | 02/23/06 | 0.10 | CORRESPOND WITH E. GLADBACH OF EDWARD & ANGELL RE: NOTICE OF 2ND REMOVAL MOTION (0.1). |
| ZALTZMAN H | 02/24/06 | 1.80 | DRAFT 2ND REMOVAL SCRIPT (1.1); CORRESPOND WITH E. GLADBACH OF EDWARDS AND ENGELL RE: 2ND REMOVAL NOTICE (0.4); CORRESPOND WITH E. GERSHBEIN OF KCC RE: NOTICE OF 2ND REMOVAL MOTION (0.3). |
| ZALTZMAN H | 02/28/06 | 0.20 | EDIT 2ND REMOVAL MOTION SCRIPT (0.2). |
| | | **20.10** | |
| **Total Associate** | | **25.90** | |
| **TOTAL TIME** | | **25.90** | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  
Litigation (General)

Bill Date: 04/30/06  
Bill Number: 1108601

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| FERN BM | 03/29/06 | 3.50 | REVIEW WRIGHT V. DELPHI COMPLAINT (0.3); RESEARCH RE: WRIGHT V. DELPHI (3.2). |
| FERN BM | 03/30/06 | 1.30 | TELECONFERENCE WITH P. TOTTIS RE: THIRD-PARTY SUBPOENAS (0.2); TELECONFERENCE WITH J. HIMSEL RE: WRIGHT V. DELPHI (0.3); OUTLINE ISSUES RE: WRIGHT V. DELPHI (0.5); AND EMAIL TO J. HIMSEL RE: SAME (0.3). |
|  |  | **4.80** |  |
| MEISLER RE | 03/14/06 | 0.60 | TELECONFERENCES WITH J. PAPELIAN RE: MISSISSIPPI LITIGATION (0.3) AND REMOVAL OF ACTIONS (0.3). |
| MEISLER RE | 03/23/06 | 0.80 | BEGIN TO REVIEW SETTLEMENT OF LITIGATION (0.7); DRAFT CORRESPONDENCE TO H. ZALTZMAN RE: SAME (0.1). |
| MEISLER RE | 03/27/06 | 0.30 | ATTENTION TO ELECTRICAL CARBON ANTITRUST SETTLEMENT AND POTENTIAL 9019 MOTION (0.3). |
|  |  | **1.70** |  |
| ZALTZMAN H | 03/01/06 | 0.60 | EDIT SECOND REMOVAL SCRIPT (0.6). |
| ZALTZMAN H | 03/07/06 | 3.70 | CORRESPOND WITH T. BEHNKE OF FTI RE: REMOVAL OF PROCEEDINGS (0.4); EDIT SECOND REMOVAL SCRIPT (2.3); REVIEW JAN 5 OMNIBUS HEARING TRANSCRIPT RE: REMOVAL MOTION FOR 2ND REMOVAL SCRIPT (1.0). |
| ZALTZMAN H | 03/08/06 | 2.50 | SPEAK WITH T. BEHNKE OF FTI RE: SECOND REMOVAL SCRIPT (0.5); EDIT 2ND REMOVAL SCRIPT FOR BINDER AND DISCUSS HEARING STRATEGY (2.0). |
| ZALTZMAN H | 03/23/06 | 0.60 | CORRESPOND WITH J. MURPHY OF CROWELL RE: CROWELL'S SETTLEMENTS OF DELPHI ELECTRICAL CARBON CASE (0.2); SPEAK WITH J. MURPHY OF CROWELL RE: WHETHER ELECTRICAL CARBON SETTLEMENT IS IN THE ORDINARY COURSE OF BUSINESS (0.4). |
| ZALTZMAN H | 03/24/06 | 3.90 | CORRESPOND WITH J. MURPHY OF CROWELL MORING RE: DRAFTING OF 9019 MOTION (0.4); RESEARCH RULE 9019 MOTIONS IN THE SDNY (1.2); BEGIN DRAFTING RULE 9019 MOTION RE: ELECTRICAL CARBON SETTLEMENT (2.3). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| ZALTZMAN H | 03/27/06 | 2.20 | REVIEW ELECTRICAL CARBON ANTITRUST 9019 MOTION (1.2); REVIEW ELECTRICAL CARBON ANTITRUST SETTLEMENTS AND STIPULATIONS RE: TAILORING RELEASE LANGUAGE (1.0). |
| ZALTZMAN H | 03/28/06 | 0.40 | REVIEW/CITE CHECK ELECTRICAL CARBON 9019 CASES (0.4). |
| ZALTZMAN H | 03/29/06 | 1.60 | REVIEW/EDIT ELECTRICAL CARBON 9019 MOTION (1.1); REVIEW ELECTRICAL CARBON SETTLEMENT AGREEMENT AND STIPULATION LANGUAGE RE: BANKRUPTCY COURT JURISDICTION AND RELEASE OF CLAIMS LANGUAGE (0.5). |
| | | 15.50 | |
| **Total Associate** | | **22.00** | |
| ZSOLDOS AF | 03/24/06 | 1.80 | PRECEDENT RESEARCH FOR RULE 9019 MOTIONS IN MAJOR SDNY CASES (1.8). |
| | | 1.80 | |
| Total Legal Assistant | | 1.80 | |
| **TOTAL TIME** | | **23.80** | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                    Bill Date: 05/31/06
Litigation (General)                                        Bill Number: 1108515

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MATZ TJ | 04/13/06 | 0.90 | REVIEW AND REVISE ELECTRICAL CARBON PRODUCTS 9019 SETTLEMENT MOTION (0.9). |
| MATZ TJ | 04/21/06 | 1.60 | REVIEW ADDITIONAL COMMENTS ON CARBON 9019 MOTION (0.2); REVIEW, REVISE, AND FINALIZE FOR FILING CARBONE ANTITRUST LITIGATION SETTLEMENT MOTION (1.4). |
|  |  | 2.50 |  |
| **Total Counsel** |  | **2.50** |  |
| TOUSSI S | 04/07/06 | 1.90 | REVIEW SETTLEMENT AGREEMENTS WITH VARIOUS ANTITRUST DEFENDANTS (1.2); PREPARE MEMO TO ANTITRUST COUNSEL RE: PROPOSED CHANGES TO AGREEMENTS (0.7). |
| TOUSSI S | 04/10/06 | 1.30 | ADDRESS ISSUES RE: OBTAINING COURT APPROVAL OF CARBONE ANTITRUST LITIGATION (0.5); CORRESPONDENCE RE: OUTSTANDING ISSUES RE: SETTLEMENT AGREEMENT (0.5); REVIEW SETTLEMENT AGREEMENTS (0.3). |
| TOUSSI S | 04/13/06 | 2.00 | ADDRESS COMMENTS TO CARBONE ANTITRUST LITIGATION SETTLEMENT (1.2); INCORPORATE CONFORMING CHANGES AND FINALIZE MOTION FOR DISTRIBUTION (0.5); REVIEW DRAFT ORDER (0.3). |
| TOUSSI S | 04/19/06 | 2.90 | EDIT AND REVISE MOTION TO APPROVE CARBONE METALS ANTITRUST LITIGATION (1.2); FOLLOW-UP ISSUES RE: COMMENTS AND PROPOSED CHANGES TO SAME (0.7); REVIEW AND EDIT PROPOSED ORDER AND NOTICE OF MOTION (1.0). |
| TOUSSI S | 04/20/06 | 1.50 | EDIT AND REVISE CARBONE SETTLEMENT MOTION (0.7); ADDRESS AND INCORPORATE COMMENTS RE: SAME (0.8). |
| TOUSSI S | 04/21/06 | 3.30 | EDIT AND REVISE VARIOUS SECTIONS OF MOTION TO APPROVE CARBONE ANTITRUST SETTLEMENT (1.7); FINALIZE MOTION AND INCORPORATE INTERNAL COMMENTS AND MAKE CONFORMING CHANGES (0.8); EDIT AND REVISE PROPOSED ORDER RE: MOTION (0.5); FINALIZE NOTICE OF MOTION (0.3). |
| TOUSSI S | 04/27/06 | 1.10 | CORRESPONDENCE WITH CREDITORS COMMITTEE AND DEBTORS RE: ANTITRUST LITIGATION SETTLEMENT (0.4); PREPARE FOR CONFERENCE CALL (0.3); TELECONFERENCE WITH COMMITTEE AND DEBTOR RE: TERMS OF 9019 SETTLEMENT (0.4). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | 14.00 | |
|---|---|---|---|
| WHARTON JN | 04/10/06 | 2.40 | FORMULATE STRATEGY RE: MOTION TO APPROVE PROCEDURES FOR APPROVING SETTLEMENTS (0.3); CONDUCT RESEARCH RE: STANDARDS FOR APPROVING SETTLEMENTS OUTSIDE OF THE ORDINARY COURSE OF BUSINESS (2.1). |
| WHARTON JN | 04/13/06 | 3.30 | CONTINUE TO DRAFT MOTION TO APPROVE SETTLEMENT PROCEDURES (3.3). |
| WHARTON JN | 04/14/06 | 0.40 | CONTINUE TO DRAFT MOTION TO APPROVE SETTLEMENT PROCEDURES (0.4). |
| WHARTON JN | 04/17/06 | 2.40 | CONTINUE TO DRAFT MOTION TO APPROVE SETTLEMENT PROCEDURES (2.4). |
| | | 8.50 | |
| ZALTZMAN H | 04/14/06 | 0.80 | EDIT/DRAFT ELECTRIC CARBON 9019 SETTLEMENT AGREEMENT (0.8). |
| ZALTZMAN H | 04/17/06 | 1.40 | CORRESPOND WITH J. MURPHY OF CROWELL RE: 9019 SETTLEMENT MOTION (0.2) DRAFT CARBON ELECTRIC 9019 ORDER (0.2); DRAFT CARBON ELECTRIC 9019 NOTICE (0.2); EDIT CARBON ELECTRIC 9019 MOTION (0.8). |
| ZALTZMAN H | 04/18/06 | 0.70 | CORRESPOND WITH J. MURPHY OF CROWELL RE: CARBON 9019 SETTLEMENT (0.2); EDIT ELECTRICAL CARBON 9019 MOTION AND ORDER (0.5). |
| ZALTZMAN H | 04/19/06 | 0.50 | EDIT ELECTRICAL CARBON STIPULATION MOTION (0.3); EDIT ELECTRICAL CARBON STIPULATION NOTICE (0.2). |
| ZALTZMAN H | 04/20/06 | 2.30 | EDIT CARBON STIPULATION NOTICE (0.1); EDIT ELECTRICAL CARBON 9019 MOTION (1.5); EDIT ELECTRICAL CARBON 9019 ORDER (0.3); SPEAK WITH J. MURPHY OF CROWELL RE: ELECTRICAL CARBON 9019 MOTION (0.2); CORRESPOND WITH J. MURPHY OF CROWELL RE: UPDATED VERSION OF ELECTRICAL CARBON 9019 MOTION (0.2). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| ZALTZMAN H | 04/21/06 | 1.80 | SPEAK WITH J. MURPHY OF CROWELL RE: 9019 MOTION MARKUP (0.3); REVIEW BLACKLINE RECEIVED FROM J. MURPHY OF CROWELL RE: 9019 MOTION (0.2); EDIT CARBON ELECTRIC 9019 MOTION (0.4); REVIEW ELECTRICAL CARBON 9019 NOTICE (0.1); CORRESPOND WITH THE OFFICE OF JOHN OF MFG FINANCIAL RE: BAR DATE NOTICE (0.1); CORRESPOND WITH T. BEHNKE OF FTI RE: UPDATED LITIGATION PARTIES LIST (0.1); REVIEW UPDATED LITIGATION PARTIES LIST RECEIVED FROM FTI (0.2); SPEAK WITH J. MURPHY OF CROWELL RE: 9019 MOTION (0.3); CORRESPOND WITH J. LE AND E. GERSHBEIN OF KCC RE: LITIGATION LIST UPDATE (0.1). |
| ZALTZMAN H | 04/24/06 | 0.20 | RESPOND TO INFORMATION REQUEST BY UCC RE: ELECTRICAL CARBON 9019 MOTION (0.2). |
| | | 7.70 | |
| **Total Associate** | | 30.20 | |
| **TOTAL TIME** | | <u>**32.70**</u> | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  Bill Date: 05/31/06
Litigation (General)  Bill Number: 1108515

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 04/30/06 | Teleconferencing Services, LLC | 2.31 |
| Vendor Hosted Teleconferencing | 04/30/06 | Teleconferencing Services, LLC | 16.73 |
| Vendor Hosted Teleconferencing | 04/30/06 | Teleconferencing Services, LLC | 30.96 |
|  |  | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$50.00** |
| Out-of-Town Meals | 04/05/06 | Meisler RE | 3.00 |
|  |  | **TOTAL OUT-OF-TOWN MEALS** | **$3.00** |
| Outside Research/Internet Services | 04/06/06 | Pacer Service Center | 3.11 |
| Outside Research/Internet Services | 04/06/06 | Pacer Service Center | 53.89 |
|  |  | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$57.00** |
|  |  | **TOTAL MATTER** | **$110.00** |

B43E