SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
          In re                           :     Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :     Case No. 05–44481 (RDD)
                                          :
                        Debtors.          :     (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-28
EMPLOYEE MATTERS (RETIREES/OPEB)
83.0 HOURS

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                      Bill Date: 04/30/06
Employee Matters (Retiree/OPEB)                              Bill Number: 1108601

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| LEFF NM | 03/14/06 | 6.80 | REVIEW AND EVALUATE OPEB MOTION (6.8). |
| | | 6.80 | |
| Total Partner | | 6.80 | |
| KAHN MT | 03/01/06 | 5.80 | RESEARCH RE: RETIREE BENEFITS (5.8). |
| KAHN MT | 03/02/06 | 6.30 | RESEARCH RE: RETIREE BENEFITS (6.3). |
| KAHN MT | 03/03/06 | 3.00 | RESEARCH RE: RETIREE BENEFITS AND DRAFT SUMMARY RE: SAME (3.0). |
| | | 15.10 | |
| WILSON LD | 03/06/06 | 1.70 | RESEARCH OPEB ISSUE PER E-MAIL FROM DR (1.3); CONFER WITH SILVERMAN ON SAME (0.2); CIRCULATE MATERIALS ON SAME (0.2). |
| | | 1.70 | |
| Total Associate | | 16.80 | |
| TOTAL TIME | | **23.60** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                          Bill Date: 05/31/06
Employee Matters (Retiree/OPEB)                                  Bill Number: 1108515

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| DIAZ LB | 04/11/06 | 3.70 | BEGIN RESEARCH AND WRITING OF MEMO ANALYZING OPEB LIABILITIES RE: UNIONS AND POSSIBLE CONTRACT MODIFICATION (3.7). |
| DIAZ LB | 04/12/06 | 9.50 | CONTINUE TO RESEARCH OPEB LIABILITIES (7.4); CONTINUE TO DRAFT MEMO ANALYZING OPEB LIABILITIES (2.1). |
| DIAZ LB | 04/13/06 | 9.20 | RESEARCH CASE LAW RE: OPEB LIABILITIES (7.1); DRAFT MEMO ANALYZING OPEB LIABILITIES (2.1). |
| DIAZ LB | 04/14/06 | 4.30 | CONTINUE TO DRAFT OPEB LIABILITIES MEMO (4.3). |
| DIAZ LB | 04/17/06 | 1.20 | DRAFT OPEB LIABILITIES MEMO RE: UNIONS (1.2). |
| DIAZ LB | 04/18/06 | 3.10 | CONTINUE TO ANALYZE EXISTING AGREEMENTS AND DRAFT OPEB LIABILITIES MEMO (3.1). |
| DIAZ LB | 04/19/06 | 2.20 | CONTINUE TO DRAFT OPEB LIABILITIES MEMO (2.2). |
| DIAZ LB | 04/20/06 | 4.20 | RESEARCH AND DRAFTED OPEB LIABILITIES MEMO (4.2). |
| DIAZ LB | 04/21/06 | 7.10 | CONTINUE TO DRAFT MEMO ANALYZING AND ADDRESSING OPEB LIABILITIES PERTAINING TO EXISTING AGREEMENTS BETWEEN DELPHI AND OTHER PARTIES (7.1). |
| DIAZ LB | 04/24/06 | 2.10 | CONDUCT ADDITIONAL RESEARCH RE: OPEB LIABILITIES (2.1). |
| DIAZ LB | 04/25/06 | 0.90 | REVISE OPEB LIABILITIES MEMO (0.9). |

**47.50**

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | | |
|---|---|---|---|---|
| FERN BM | 04/11/06 | 1.90 | ANALYSIS OF ISSUES RE: OPEB LIABILITIES (0.6); RESEARCH RE: PRIORITY OF OPEB LIABILITIES (0.6); ADDITIONAL ANALYSIS RE: SAME (0.7). |
| FERN BM | 04/12/06 | 3.20 | ANALYSIS OF ISSUES RE: OPEB LIABILITIES (0.7); EMAILS TO/FROM F. KUPLICKI RE: BENEFIT GUARANTEES (0.2); ADDITIONAL ANALYSIS OF OPEB LIABILITIES (2.3). |
| FERN BM | 04/13/06 | 0.40 | ATTENTION TO ISSUES RE: INDEMNIFICATION OF OPEB CLAIMS (0.4). |
| FERN BM | 04/14/06 | 6.00 | REVIEW AND REVISE MEMO RE: OPEB OBLIGATIONS (3.7); FORMULATE STRATEGY RE: SCOPE OF ANALYSIS IN OPEB MEMO (1.8); ANALYSIS OF ISSUES RE: OPEB LIABILITIES (0.5). |
| FERN BM | 04/21/06 | 1.00 | REVIEW AND REVISE MEMO RE: OPEB CLAIMS (1.0). |
| FERN BM | 04/25/06 | 1.10 | REVIEW AND REVISE FINAL CHANGES TO OPEB MEMO (0.6); DRAFT LANGUAGE FOR REPLY RE: OPEB (0.5). |
| | | 13.60 | |
| Total Associate | | 61.10 | |
| TOTAL TIME | | <u>61.10</u> | |

B43E