SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :
         In re                                              :    Chapter 11
                                                            :
DELPHI CORPORATION, et al.,                                 :    Case No. 05–44481 (RDD)
                                                            :
                        Debtors.                            :    (Jointly Administered)
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


EXHIBIT D-29
REPORTS AND SCHEDULES
54.5 HOURS

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  
Reports and Schedules

Bill Date: 03/31/06  
Bill Number: 1108452

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MARAFIOTI KA | 02/21/06 | 1.00 | WORK ON JANUARY OPERATING REPORT (1.0). |
| MARAFIOTI KA | 02/24/06 | 0.80 | CONFERRED WITH A. FRANKUM RE: U.S. TRUSTEE REQUESTS IN CONNECTION WITH OPERATING REPORT (0.1); REVIEWED AND REVISED DRAFT OF OPERATING REPORT (0.7). |
| | | 1.80 | |
| **Total Partner** | | **1.80** | |
| MATZ TJ | 02/01/06 | 1.00 | FOLLOW UP RE: DECEMBER MONTHLY OPERATING REPORT INFORMATION FOR U.S. TRUSTEE (0.3); CORRESPONDENCE RE: AMENDMENTS TO SCHEDULES FOR 28 DEBTORS (0.3); REVIEW OF AMENDMENTS BEFORE FILING (0.4). |
| MATZ TJ | 02/20/06 | 0.80 | CORRESPONDENCE AND FOLLOW UP WORK RE: MONTHLY OPERATING REPORTS (0.8). |
| MATZ TJ | 02/21/06 | 1.20 | REVIEW AND COMMENT ON DRAFT OF JANUARY MONTHLY OPERATING REPORT (1.2). |
| MATZ TJ | 02/22/06 | 0.80 | FURTHER REVIEW AND COMMENT ON JANUARY MONTHLY OPERATION REPORT (0.3); TELECONFERENCE WITH S. KIHN RE: COMMENTS SO SAME (0.5). |
| MATZ TJ | 02/23/06 | 0.90 | TELECONFERENCE WITH S. KIHN RE: JANUARY MONTHLY OPERATING REPORTS (0.3); FURTHER REVIEW AND REVIEW OF NOTES IN RESPECT THEREOF (0.4); TELECONFERENCE WITH S. KIHN RE: SAME (0.2). |
| MATZ TJ | 02/24/06 | 0.80 | REVIEW AND REVISE DRAFT OF JANUARY MONTHLY OPERATING REPORT (0.3); TELECONFERENCES WITH S. KIHN RE: SAME (0.3); TELECONFERENCES WITH A. FRANKUM RE: SAME (0.2). |
| MATZ TJ | 02/27/06 | 0.60 | FURTHER REVIEW AND COMMENT ON JANUARY MONTHLY OPERATING REPORT (0.6). |
| MATZ TJ | 02/28/06 | 0.70 | FINALIZE AND FILE JANUARY MONTHLY OPERATING REPORT (0.3); TELECONFERENCES WITH S. KIHN RE: SAME AND AGED ACCOUNTS RECEIVABLE INFORMATION FOR U.S. TRUSTEE (0.4). |
| | | 6.80 | |
| **Total Counsel** | | **6.80** | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MEISLER RE | 02/24/06 | 1.20 | REVIEW MOR (0.9); TELECONFERENCE WITH S. KIHN RE: SAME (0.1); DRAFT NOTES RE: SAME (0.2). |
| | | 1.20 | |
| PILKINGTON C | 02/01/06 | 1.60 | REVIEW/ANALYSIS OF DECEMBER 2005 MONTHLY OPERATING REPORT (1.6). |
| | | 1.60 | |
| REESE RG | 02/01/06 | 3.70 | FINALIZE AND COORDINATE FILING OF AMENDMENTS TO SCHEDULES AND STATEMENTS (3.3); DISCUSSIONS WITH MEDIA RELATIONS RE: SAME (0.4). |
| | | 3.70 | |
| **Total Associate** | | **6.50** | |
| SALAZAR AG | 02/01/06 | 4.90 | PREPARE AMENDED SCHEDULES AND ELECTRONICALLY FILE (4.2); REPRODUCE AND SERVE SCHEDULES FILED (0.7). |
| SALAZAR AG | 02/28/06 | 0.80 | PREPARE AND ELECTRONICALLY FILE MONTHLY OPERATING REPORT (0.5); SERVE MONTHLY OPERATING REPORT (0.3). |
| | | 5.70 | |
| ZSOLDOS AF | 02/02/06 | 1.30 | CREATE BINDER OF SUMMARY SCHEDULES FOR J. SHEEHAN (1.3). |
| | | 1.30 | |
| **Total Legal Assistant** | | **7.00** | |
| **TOTAL TIME** | | **22.10** | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  Bill Date: 03/31/06
Reports and Schedules  Bill Number: 1108452

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
| --- | --- | --- | --- |
| Wireless - Mobile/Cellular/Pager | 02/09/06 | Meisler RE | 10.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | $10.00 |
| | | **TOTAL MATTER** | $10.00 |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  Bill Date: 04/30/06
Reports and Schedules  Bill Number: 1108601

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MATZ TJ | 03/06/06 | 0.40 | WORK ON MATTER RE: MONTHLY OPERATING REPORTS (0.2); CORRESPONDENCE WITH S. KIHN, A. FRANKUM RE: SAME (0.2). |
| MATZ TJ | 03/13/06 | 0.20 | CONTINUING WORK ON QUARTERLY FEE MATTERS (0.2). |
| MATZ TJ | 03/24/06 | 0.50 | TELECONFERENCES WITH S. KIHN RE: FEBRUARY MONTHLY OPERATING REPORT (0.3); FOLLOW UP WORK RE: SAME (0.2). |
| MATZ TJ | 03/28/06 | 0.80 | REVIEW AND COMMENT ON FEBRUARY MONTHLY OPERATING REPORT (0.8). |
| MATZ TJ | 03/31/06 | 0.50 | REVIEW AND REVISE DRAFT OF FEBRUARY MONTHLY OPERATING REPORT AND MONTHLY ACCOUNTS RECEIVING FOR FILING (0.3); FOLLOW UP RE: SAME (0.2). |
| | | 2.40 | |
| **Total Counsel** | | 2.40 | |
| OGUNSANYA GO | 03/03/06 | 1.20 | REVIEW OF MONTHLY REPORT (1.2). |
| | | 1.20 | |
| Total Associate | | 1.20 | |
| **TOTAL TIME** | | **3.60** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  Bill Date: 05/31/06
Reports and Schedules  Bill Number: 1108515

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MATZ TJ | 04/24/06 | 1.00 | REVIEW AND COMMENT ON DRAFT MARCH MONTHLY OPERATING REPORT (0.5); CORRESPONDENCE WITH S. KIHN RE: SAME (0.2); FOLLOW UP WORK WITH S. KIHN RE: INVOICES FROM U.S. TRUSTEE (0.3). |
| MATZ TJ | 04/26/06 | 0.50 | REVIEW AND COMMENT ON MARCH MONTHLY OPERATING REPORT (0.4); FORWARD COMMENTS TO S. KIHN (0.1). |
| MATZ TJ | 04/28/06 | 0.50 | CORRESPONDENCE WITH S. KIHN RE: MARCH MONTHLY OPERATING REPORT AND AGED A/R FOR U.S. TRUSTEE (0.2); REVIEW SAME FOR FILING (0.3). |
| | | 2.00 | |
| **Total Counsel** | | **2.00** | |
| HERRIOTT AV | 04/10/06 | 0.10 | REVIEW ISSUE RE: SCHEDULES AND STATEMENTS (0.1). |
| HERRIOTT AV | 04/18/06 | 1.90 | REVIEW AND COMMENT ON NOTICES TO SCHEDULES AND STATEMENTS AMENDMENTS (1.1); REVIEW AMENDMENTS PRIOR TO FILING (0.8). |
| HERRIOTT AV | 04/20/06 | 0.30 | REVIEW AND REVISE SCHEDULES AND STATEMENTS AFFIDAVIT OF SERVICE (0.3). |
| | | 2.30 | |
| MEISLER RE | 04/13/06 | 2.70 | REVIEW UCC REQUEST RE: INTERCOMPANY BALANCES (1.2); CONFERENCE WITH J. GUGLIELMO RE: SAME (1.0); DRAFT NOTES TO FILE RE: SAME (0.5). |
| MEISLER RE | 04/27/06 | 1.40 | REVIEW AND COMMENT ON MARCH MONTHLY OPERATING REPORT (1.4). |
| | | **4.10** | |
| REESE RG | 04/13/06 | 1.60 | REVIEW OF DOCUMENTS RE: AMENDMENT TO SCHEDULES AND STATEMENTS (1.6). |
| REESE RG | 04/15/06 | 1.30 | REVIEW DRAFT AMENDMENTS TO SCHEDULES AND STATEMENTS (1.3). |
| REESE RG | 04/17/06 | 2.10 | DRAFT NOTICES OF AMENDMENT OF SCHEDULES AND STATEMENTS (0.8); REVIEW AND RESPOND TO ISSUES RE: FINALIZING AND FILING SAME (1.3). |
| REESE RG | 04/18/06 | 2.70 | REVIEW AND RESPOND TO NUMEROUS ISSUES RE: FILING OF AMENDMENTS TO SCHEDULES AND STATEMENTS (2.7). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| REESE RG | 04/20/06 | 1.40 | RESPOND TO COMMUNICATIONS ISSUES RE: SCHEDULES AND STATEMENTS AMENDMENTS (1.4). |
| REESE RG | 04/21/06 | 0.20 | RESPOND TO COMMUNICATIONS REQUESTS RE: SCHEDULE AND STATEMENT AMENDMENTS (0.2). |
| REESE RG | 04/22/06 | 0.30 | REVIEW AND RESPOND TO ISSUES RE: SERVICE OF AMENDMENTS TO SCHEDULES AND STATEMENTS (0.3). |
| REESE RG | 04/24/06 | 0.50 | REVIEW DRAFT PRESENTATION RE: AMENDMENTS TO SCHEDULES AND STATEMENTS (0.5). |
| REESE RG | 04/25/06 | 3.00 | REVIEW AND REVISE PRESENTATION RE: AMENDMENTS TO SCHEDULES (1.4); TELECONFERENCES RE: SAME (0.7); RESEARCH RE: SAME (0.4); TELECONFERENCES RE: SCHEDULES AND STATEMENTS ISSUES WITH T. BEHNKE (0.5). |
| REESE RG | 04/26/06 | 0.70 | RESPOND TO ISSUES RE: SCHEDULE AMENDMENTS (0.7). |
| REESE RG | 04/27/06 | 0.60 | REVIEW AND COMMENT ON MONTHLY OPERATING REPORT (0.6). |
| REESE RG | 04/29/06 | 0.40 | REVIEW DOCUMENTS RE: SCHEDULED CLAIMS (0.4). |
| | | **14.80** | |
| **Total Associate** | | **21.20** | |
| SALAZAR AG | 04/03/06 | 0.50 | SERVE COPIES OF MONTHLY OPERATING REPORT (0.5). |
| SALAZAR AG | 04/17/06 | 3.20 | COORDINATE FILING OF STATEMENTS AND SCHEDULES (0.5); DRAFT NOTICES FOR AMENDMENTS TO STATEMENT AND SCHEDULES (2.7). |
| SALAZAR AG | 04/18/06 | 5.00 | PREPARE NOTICES FOR STATEMENTS AND SCHEDULES AND ORGANIZE AMENDMENTS (1.5); ELECTRONICALLY FILE STATEMENTS AND SCHEDULE AMENDMENTS (3.0); COORDINATE TRANSMISSION OF DOCUMENTS AND SERVICE LOGISTICS TO KCC (0.5). |
| SALAZAR AG | 04/28/06 | 1.80 | PREPARE, FILE AND SERVE MONTHLY OPERATING REPORT (1.8). |
| | | **10.50** | |
| **Total Legal Assistant** | | **10.50** | |
| **TOTAL TIME** | | **33.70** | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  Bill Date: 05/31/06
Reports and Schedules  Bill Number: 1108515

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Outside Research/Internet Services | 04/06/06 | Pacer Service Center | 21.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$21.00** |
| | | **TOTAL MATTER** | **$21.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  Bill Date: 06/30/06
Reports and Schedules  Bill Number: 1112661

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MATZ TJ | 05/31/06 | 1.50 | REVIEW AND COMMENT ON APRIL MONTHLY OPERATING REPORT (0.9); TELECONFERENCE WITH S. KIHN RE: APRIL MONTHLY OPERATING REPORT (0.2); FINAL REVIEW OF APRIL MONTHLY OPERATING REPORT (0.2); TELECONFERENCE WITH U.S. TRUSTEE RE: MONTHLY OPERATING REPORT AND RELATED FILINGS (0.2). |
|  |  | 1.50 |  |
| Total Counsel |  | 1.50 |  |
| **TOTAL TIME** |  | **1.50** |  |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP) Bill Date: 06/30/06
Reports and Schedules Bill Number: 1112661

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 05/02/06 | Dist Serv/Mail/Page, D | 6.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$6.00** |
| | | **TOTAL MATTER** | **$6.00** |

B43E