SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-30
FINANCING (DIP AND EMERGENCE)
28.7 HOURS

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 03/31/06
Financing (DIP and Emergence)                               Bill Number: 1108452

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 02/15/06 | 0.60 | PREPARE FOR FEBRUARY 21ST MEETING WITH DIP LENDERS RE: INFORMATION UPDATE INCLUDING REVIEW OF PRESENTATION MATERIALS (0.6). |
| BUTLER, JR. J | 02/20/06 | 0.80 | REVIEW AND COMMENT ON DELPHI'S DRAFT PRESENTATIONS DIP LENDERS' PUBLIC AND PRIVATE GROUP MEETINGS (0.8). |
| BUTLER, JR. J | 02/27/06 | 1.40 | REVIEW AND COMMENT ON PROPOSED PRESENTATION MATERIALS FOR FEBRUARY 28TH DIP LENDERS MEETING TELECONFERENCE (1.1); MEETING WITH J. SHEEHAN AT COMPANY IN TROY RE: PREPARATION FOR SAME (0.3). |
| | | **2.80** | |
| FRISHMAN LD | 02/01/06 | 0.90 | TELECONFERENCE WITH R. BAXTER (0.4) AND M. BAKER (0.2) RE: DIP PROVISIONS RE: DILIQUENT INTER-CO ROYALTY PAYMENTS; CORRESPONDENCE RE: UCC'S DOCUMENT REQUESTS RE: PRE-PETITION DEBT LIENS (0.3). |
| FRISHMAN LD | 02/03/06 | 1.90 | WEEKLY STATUS CALL (0.6); REVIEW AND GIVE COMMENTS ON DRAFT 8-K DISCLOSURE RE: DIP AMENDMENT (0.5); DISCUSS UCC INFORMATION REQUEST RE: PRE-PETITION CREDIT FACILITY WITH R. MEISLER AND R. TURMAN; REVIEW THE DRAFT S&S REPONSE (0.8). |
| FRISHMAN LD | 02/06/06 | 0.20 | MISCELLANEOUS CORRESPONDENCE RE: DIP AMENDMENT EFFECTIVENESS (0.2). |
| FRISHMAN LD | 02/07/06 | 0.30 | DISCUSS LIEN COVENANT BASKETS WITH J. LYONS IN CONTEXT OF CERTAIN SUPPLIER NEGOTIATIONS (0.3). |
| FRISHMAN LD | 02/10/06 | 0.90 | WEEKLY STATUS CALL (0.9). |
| FRISHMAN LD | 02/14/06 | 0.40 | COORDINATE REVIEW OF LENDER PRESENTATION (0.4). |
| FRISHMAN LD | 02/15/06 | 0.30 | ATTENTION TO ENGAGEMENT OF AN INVESTMENT BANK (0.3). |
| FRISHMAN LD | 02/21/06 | 0.20 | MISCELLANEOUS CORRESPONDENCE RE: APPROPRIATE DESCRIPTION OF DIP (0.2). |
| FRISHMAN LD | 02/28/06 | 1.40 | CORRESPONDENCE WITH R. TURMAN AND M. BAKER RE: MOBILEARIA TRANSACTION (0.3); ATTEND UPDATE TELECONFERENCE WITH DIP LENDERS (1.1). |
| | | **6.50** | |
| **Total Partner** | | **9.30** | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| HERRIOTT AV | 02/14/06 | 2.60 | REVIEW AND REVISE PRESENTATION FOR DIP LENDERS (2.6). |
| HERRIOTT AV | 02/20/06 | 0.10 | REVIEW PRESENTATION TO DIP LENDERS (0.1). |
| | | **2.70** | |
| TURMAN III RE | 02/01/06 | 0.20 | DISCUSSION OF DISCOVERY MOTION (0.2). |
| TURMAN III RE | 02/03/06 | 0.40 | REVIEW AMENDMENT (0.2); REVIEW RESPONSE (0.2). |
| TURMAN III RE | 02/14/06 | 0.30 | DISCUSS EDITS TO LENDER PRESENTATION (0.3). |
| TURMAN III RE | 02/15/06 | 0.30 | CORRESPOND AND ADVISE RE: LENDER PRESENTATION (0.3). |
| TURMAN III RE | 02/22/06 | 1.60 | ADVISE ON SG ISDA (1.6). |
| TURMAN III RE | 02/23/06 | 3.10 | DRAFT ISDA MEMO (1.5, 1.0); ADVISE ON DIP DOCUMENTS NEGOTIATE ISDA (0.6). |
| TURMAN III RE | 02/27/06 | 0.40 | ADVISE ON PROPOSAL RE: MOBIL ANA (0.4). |
| TURMAN III RE | 02/28/06 | 1.80 | ADVISE ON MOBIL ANA (0.3, 0.2); ADVISE ON INTERCOMPANY LOANS (1.3). |
| | | **8.10** | |

**Total Associate**            10.80

**TOTAL TIME**                <u>20.10</u>

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  Bill Date: 03/31/06
Financing (DIP and Emergence)  Bill Number: 1108452

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 02/17/06 | Copy Center, D | 26.41 |
| In-house Reproduction | 02/21/06 | Copy Center, D | 2.09 |
| In-house Reproduction | 02/28/06 | Copy Center, D | 94.50 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$123.00** |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.41 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.59 |
| | | **TOTAL TELEPHONE EXPENSE** | **$1.00** |
| | | **TOTAL MATTER** | **$124.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  
Financing (DIP and Emergence)

Bill Date: 04/30/06  
Bill Number: 1108601

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| FRISHMAN LD | 03/03/06 | 1.20 | WEEKLY STATUS CALL (1.2). |
| FRISHMAN LD | 03/09/06 | 0.20 | MISCELLANEOUS EMAIL CORRESPONDENCE WITH T. MATZ RE: PENDING DIP-RELATED ITEMS (0.2). |
| FRISHMAN LD | 03/10/06 | 2.10 | PARTICIPATE IN WEEKLY UPDATE CALL (1.7); ATTENTION TO PROVISIONS OF DIP RE: ERISA LIENS (0.4). |
| FRISHMAN LD | 03/13/06 | 0.60 | CORRESPONDENCE WITH J. SHUHAR AND S. KEY RE: UPDATED FORECASTS AND IMPACT ON DIP COVENANTS (0.6). |
| FRISHMAN LD | 03/14/06 | 0.50 | REVIEW EXISTING FORECASTS AND CURRENT COMPLIANCE WITH DIP (0.5). |
| FRISHMAN LD | 03/16/06 | 1.70 | DISCUSS CONSEQUENCES OF ERISA LIENS UNDER DIP WITH K. MARAFIOTI AND REVIEW RELATED DIP PROVISIONS (1.4); CORRESPONDENCE WITH J. SHEEHAN RE: IMPACT OF PROPOSED EMPLOYEE ATTRITION PLANS ON DIP COMPLIANCE (0.3). |
| FRISHMAN LD | 03/17/06 | 1.30 | WEEKLY STATUS CALL (1.3). |
| FRISHMAN LD | 03/21/06 | 2.10 | REVIEW EMPLOYEE ATTRITION PLAN AND ANALYZE IMPACT UNDER DIP (2.1). |
| FRISHMAN LD | 03/22/06 | 0.40 | TELECONFERENCE'S WITH M. BAKER AND T. KRAUSE RE: IMPACT OF EMPLOYEE ATTRITION PLAN ON DIP (0.4). |
| FRISHMAN LD | 03/24/06 | 1.70 | WEEKLY LEGAL UPDATE CALL (1.5); CORRESPONDENCE WITH T. KRAUSE AND M. BAKER RE: POTENTIAL DIP WAIVER REQUEST (0.2). |
| FRISHMAN LD | 03/30/06 | 0.70 | REVIEW AND GIVE COMMENTS ON DRAFT SECOND AMENDMENT TO DIP (0.7). |
| | | 12.50 | |
| **Total Partner** | | 12.50 | |
| **TOTAL TIME** | | <u>12.50</u> | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  Bill Date: 04/30/06
Financing (DIP and Emergence)  Bill Number: 1108601

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 03/03/06 | Copy Center, D | 1,063.58 |
| In-house Reproduction | 03/07/06 | Copy Center, D | 1.60 |
| In-house Reproduction | 03/24/06 | Copy Center, D | 65.82 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1,131.00** |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.48 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.52 |
| | | **TOTAL TELEPHONE EXPENSE** | **$1.00** |
| | | **TOTAL MATTER** | **$1,132.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  
Financing (DIP and Emergence)

Bill Date: 05/31/06  
Bill Number: 1108515

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 04/03/06 | 0.30 | REVIEW FINANCING MATTERS WITH J. SHEEHAN AT COMPANY IN TROY (0.3). |
| BUTLER, JR. J | 04/06/06 | 0.60 | EMAILS FROM/TO D. BERNSTEIN AND A. TENZOR RE POSSIBLE DIP AMENDMENT AND ALTERNATIVES (0.6). |
| BUTLER, JR. J | 04/10/06 | 0.40 | REVIEW FINANCING MATTERS WITH J. SHEEHAN AT COMPANY IN TROY (0.2); REVIEW LENDER PRESENTATIONS (0.2). |
|  |  | **1.30** |  |
| FRISHMAN LD | 04/03/06 | 1.40 | WEEKLY STATUS CALL (0.9); REVIEW REVISE DRAFT OF AMENDMENT AND CORRESPONDENCE WITH M. BAKER RE: THE SAME (0.5). |
| FRISHMAN LD | 04/04/06 | 0.20 | TELECONFERENCE WITH TOGUT RE: BOFA AIRCRAFT LEASE STIPULATION (0.2). |
| FRISHMAN LD | 04/06/06 | 0.40 | CORRESPONDENCE WITH R. MEISLER AND R. TURMAN RE: BANKS' REQUEST FOR APPROVAL OF DIP AMENDMENT (0.4). |
| FRISHMAN LD | 04/19/06 | 0.30 | DIP-RELATED ADVICE RE: DELPHI TRANSACTION WITH MOBILE ASIA (0.3). |
| FRISHMAN LD | 04/28/06 | 0.60 | PARTICIPATE IN WEEKLY STATUS CALL (0.6). |
|  |  | **2.90** |  |
| **Total Partner** |  | **4.20** |  |
| **TOTAL TIME** |  | **4.20** |  |

B43E