SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-31
REORGANIZATION PLAN / PLAN SPONSORS
65.8 HOURS

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  
Reorganization Plan / Plan Sponsors

Bill Date: 06/30/06  
Bill Number: 1112661

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| DIAZ LB | 05/01/06 | 4.10 | BEGAN RESEARCHING AND DRAFTING EXCLUSIVITY MOTION (4.1). |
| DIAZ LB | 05/03/06 | 6.80 | CONTINUED TO RESEARCH AND DRAFT EXCLUSIVITY MOTION (6.8). |
| DIAZ LB | 05/04/06 | 1.80 | CONTINUED TO DRAFT EXCLUSIVITY MOTION (1.8). |
| DIAZ LB | 05/05/06 | 0.80 | CONTINUED TO DRAFT EXCLUSIVITY MOTION (0.8). |
| DIAZ LB | 05/08/06 | 2.90 | CONTINUED TO DRAFT EXCLUSIVITY MOTION (2.9). |
| DIAZ LB | 05/10/06 | 7.90 | RESEARCH RE: EXCLUSIVITY (7.9). |
| DIAZ LB | 05/11/06 | 7.10 | CONTINUED TO RESEARCH AND DRAFT EXCLUSIVITY MOTION AND ORDER (7.1). |
| DIAZ LB | 05/12/06 | 4.20 | CONTINUED TO DRAFT EXCLUSIVITY MOTION (4.2). |
| DIAZ LB | 05/15/06 | 5.10 | CONTINUED TO DRAFT EXCLUSIVITY MOTION (5.1). |
| DIAZ LB | 05/16/06 | 3.00 | CONTINUED TO DRAFT EXCLUSIVITY MOTION (3.0). |
| DIAZ LB | 05/18/06 | 6.30 | CONTINUED TO DRAFT EXCLUSIVITY MOTION (6.3). |
| DIAZ LB | 05/20/06 | 1.00 | CONTINUED TO EDIT EXCLUSIVITY MOTION (1.0). |
| DIAZ LB | 05/21/06 | 5.30 | CONTINUED TO EDIT THE EXCLUSIVITY MOTION (5.3). |
| DIAZ LB | 05/23/06 | 1.70 | REVISED EXCLUSIVITY MOTION (1.7). |
|  |  | **58.00** |  |
| HERRIOTT AV | 05/11/06 | 0.90 | ASSIST IN DRAFTING OF SECOND MOTION TO EXTEND EXCLUSIVE PERIODS FOR FILING PLAN OF REORGANIZATION (0.9). |
| HERRIOTT AV | 05/12/06 | 2.20 | REVIEW AND COMMENT ON PLEADINGS REQUESTING EXTENSION OF EXCLUSIVITY PERIODS (2.2). |
| HERRIOTT AV | 05/19/06 | 0.50 | REVIEW AND PROVIDE COMMENTS ON EXCLUSIVITY PLEADINGS (0.5). |
|  |  | **3.60** |  |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MEISLER RE | 05/18/06 | 1.50 | REVIEW AND REVISE EXCLUSIVITY MOTION (1.5). |
| MEISLER RE | 05/19/06 | 1.20 | CONTINUED TO REVIEW AND EDIT EXCLUSIVITY MOTION (1.2). |
| MEISLER RE | 05/22/06 | 1.50 | CONTINUED TO REVIEW AND EDIT EXCLUSIVITY MOTION (1.5). |
| | | 4.20 | |
| **Total Associate** | | 65.80 | |
| DEMMA J | 05/10/06 | 1.10 | PREPARE PRECEDENT RE: EXCLUSIVITY (1.1) |
| | | 1.10 | |
| **Total Legal Assistant** | | 1.10 | |
| **TOTAL TIME** | | **66.90** | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)            Bill Date: 06/30/06
Reorganization Plan / Plan Sponsors      Bill Number: 1112661

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Lexis/Nexis | 05/03/06 | Curran C | 231.94 |
| Lexis/Nexis | 05/11/06 | Silverman D | 303.00 |
| Lexis/Nexis | 05/15/06 | Silverman D | 80.06 |
| | | **TOTAL LEXIS/NEXIS** | **$615.00** |
| | | **TOTAL MATTER** | **$615.00** |

B43E