SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
                                      :
           In re                      :    Chapter 11
                                      :
DELPHI CORPORATION, et al.,           :    Case No. 05–44481 (RDD)
                                      :
                       Debtors.       :    (Jointly Administered)
                                      :
------------------------------------- x

EXHIBIT D-33
CUSTOMER MATTERS (GENERAL)
17.8 HOURS

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  
Customer Matters (General)

Bill Date: 03/31/06  
Bill Number: 1108452

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MEISLER RE | 02/10/06 | 0.90 | REVIEWED AND REVISED CUSTOMER CORRESPONDENCE FOR K. CRAFT (0.9). |
| MEISLER RE | 02/22/06 | 0.30 | TELECONFERENCE WITH K. CRAFT RE: CUSTOMER MATTERS (0.3). |
| MEISLER RE | 02/23/06 | 1.10 | TELECONFERENCE WITH K. CRAFT RE: CUSTOMER MATTERS (0.4); REVIEWED AND REVISED CUSTOMER LETTER (0.7). |
| | | 2.30 | |
| **Total Associate** | | 2.30 | |
| **TOTAL TIME** | | **2.30** | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                         Bill Date: 04/30/06
Customer Matters (General)                                       Bill Number: 1108601

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| HIESTAND NL | 03/09/06 | 1.80 | FINALIZE REVIEW OF PAPERS (1.8). |
| | | 1.80 | |
| **Total Partner** | | **1.80** | |
| MEISLER RE | 03/01/06 | 0.30 | REVIEW CORRESPONDENCE FROM EUROPEAN OEM (0.3). |
| MEISLER RE | 03/05/06 | 0.30 | CONFERENCE WITH R. REESE RE: CUSTOMER MATTERS (0.3). |
| MEISLER RE | 03/22/06 | 0.10 | TELECONFERENCE WITH G. BERTOLINI RE: WARRANTY CLAIMS (0.1). |
| MEISLER RE | 03/23/06 | 0.30 | ATTENTION TO INQUIRIES RE: CUSTOMER MATTERS (0.3). |
| MEISLER RE | 03/28/06 | 1.00 | CONFERENCE WITH D. PARSHALL AND G. BERTOLINI RE: CUSTOMER WARRANTY DISPUTE (0.5); FOLLOW UP WORK RE: SAME (0.5). |
| | | 2.00 | |
| REESE RG | 03/07/06 | 0.40 | TELECONFERENCE WITH M. KEITEL RE: EUROPEAN CUSTOMER CONCERNS (0.4). |
| REESE RG | 03/28/06 | 0.70 | REVIEW AND REVISE COMMUNICATIONS MATERIALS TO CUSTOMER (0.7). |
| REESE RG | 03/30/06 | 0.80 | REVIEW OF ISSUES RE: MOBILEARIA CUSTOMER CONTRACTS (0.8). |
| | | 1.90 | |
| **Total Associate** | | **3.90** | |
| **TOTAL TIME** | | **5.70** | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  Bill Date: 04/30/06
Customer Matters (General)  Bill Number: 1108601

| **Disbursement** | **Date** | **Vendor/Employee/Dept.** | **Amount** |
|---|---|---|---|
| Outside Research/Internet Services | 03/31/06 | Global Securities | 70.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$70.00** |
| | | **TOTAL MATTER** | **$70.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  Bill Date: 05/31/06
Customer Matters (General)  Bill Number: 1108515

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| HERRIOTT AV | 04/01/06 | 4.60 | DRAFT PRESENTATION ON DELPHI TRANSFORMATION PLAN AND MARCH 31 FILINGS AND ANNOUNCEMENTS FOR KEY CUSTOMER (4.6). |
| HERRIOTT AV | 04/02/06 | 0.90 | REVISE DELPHI TRANSFORMATION PRESENTATION FOR CUSTOMER (0.9). |
| HERRIOTT AV | 04/11/06 | 0.10 | REVIEW PRESENTATION WITH CUSTOMER (0.1). |
| HERRIOTT AV | 04/13/06 | 0.20 | REVIEW PRESENTATION TO CUSTOMER (0.2). |
| | | 5.80 | |
| MEISLER RE | 04/04/06 | 0.40 | ATTENTION TO CUSTOMER WARRANTY MATTERS (0.4). |
| MEISLER RE | 04/05/06 | 1.00 | REVIEW AND REVISE CORRESPONDENCE TO CUSTOMER RE: SETOFF AND WARRANTY REQUEST (1.0). |
| MEISLER RE | 04/12/06 | 3.60 | REVIEW DOCUMENTS RE: CUSTOMER WARRANTY DISPUTE (2.1); CONFERENCE WITH G. BERTOLINI RE: SAME (1.5). |
| MEISLER RE | 04/13/06 | 0.90 | CONTINUE ATTENTION TO CUSTOMER WARRANTY DISPUTE (0.5); DRAFT CORRESPONDENCE TO J. PAPELIAN RE: AUTHORITY UNDER CUSTOMER PROGRAMS MOTION (0.4). |
| | | 5.90 | |
| Total Associate | | 11.70 | |
| TOTAL TIME | | **11.70** | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  Bill Date: 05/31/06
Customer Matters (General)  Bill Number: 1108515

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Travel | 04/12/06 | Meisler RE | 13.00 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$13.00** |
| Out-of-Town Meals | 04/12/06 | Meisler RE | 4.00 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$4.00** |
| | | **TOTAL MATTER** | **$17.00** |

B43E