SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

EXHIBIT D-34
REGULATORY AND SEC MATTERS
10.5 HOURS

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  
Regulatory and SEC Matters

Bill Date: 05/31/06  
Bill Number: 1108515

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 04/17/06 | 0.60 | REVIEW SAFE HARBOR WAIVER LETTER (0.3); EMAIL FROM J. PAPELIAN RE SAME (0.1); REVIEW MEMORANDUM RE APRIL 11TH UPDATE MEETING WITH UCC PROFESSIONALS (0.2). |
| BUTLER, JR. J | 04/18/06 | 3.10 | CONTINUE TO WORK ON SETTLEMENT MATTERS INCLUDING REVIEW OF SETTLEMENT MATERIALS (1.2); TELECONFERENCES WITH COMPANY AND WILMERHALE RE: SAME (1.9). |
| BUTLER, JR. J | 04/19/06 | 0.80 | REVIEW AND COMMENT ON DRAFT CONSENT AND RELATED DOCUMENTS RE POTENTIAL SETTLEMENT (0.8). |
| BUTLER, JR. J | 04/20/06 | 0.40 | CONTINUE TO WORK ON SETTLEMENT MATTERS INCLUDING EMAILS FROM/TO COMPANY AND C. DAVIDOW RE: SAME (0.4). |
| BUTLER, JR. J | 04/21/06 | 0.70 | REVIEW SETTLEMENT MATERIALS FROM WILMERHALE (0.4); EMAILS FROM/TO COMPANY AND C. DAVIDOW RE SAME (0.3). |
| BUTLER, JR. J | 04/25/06 | 0.40 | REVIEW SETTLEMENT MATERIALS FORM E. WILSON (0.3); CONFERENCE WITH D. SHERBIN RE: TIMETABLE AND RELATED MATTERS (0.1). |
| BUTLER, JR. J | 04/26/06 | 0.90 | REVIEW FINAL DRAFTS OF SETTLEMENT PAPERS FROM C. DAVIDOW (0.6); EMAILS FROM/TO COMPANY AND C. DAVIDOW RE SAME (0.3). |
| | | **6.90** | |
| MARAFIOTI KA | 04/03/06 | 0.30 | REVIEW LETTER FROM UROFSKY TO J. PATRICK (0.2); CORRESPONDENCE RE: SEC INQUIRY (0.1). |
| MARAFIOTI KA | 04/11/06 | 3.30 | MEETING WITH D. SHERBIN, J. PAPELIAN, D. WILSON, B. ROSENBERG, M. SEIDER, D. BRODSKY RE: SEC AND DEPARTMENT OF JUSTICE MATTERS (3.0); FOLLOWUP ON ISSUES WITH SHERBIN, PAPELIAN, AND WILSON (0.3). |
| | | **3.60** | |
| **Total Partner** | | **10.50** | |
| **TOTAL TIME** | | **10.50** | |