**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ) | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., ) | (Jointly Administered) |
| ) | |
| ) | |
| Debtors ) | |
| ) | |

NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)

TRANSFEROR:    M&Q Plastic Products, L.P.
1120 Welsh Road, Suite 170
North Wales, PA  19454

**PLEASE TAKE NOTICE** of the transfer of all right, title and interest in Proof of Claim No. 7547 held by M&Q Plastic Products, L.P. ("Transferor") against Delphi Automotive Systems LLC, arising from and in the aggregate amount of $653,828.81 (the "Transferred Interest") as evidenced by the attached Exhibit A (the "Evidence of Transfer of Claim") to:

TRANSFEREE:    Goldman Sachs Credit Partners L.P.
One New York Plaza, 42nd Floor
New York, NY  10004

No action is required if you do not object to the transfer of the Transferred Interest as described above.

**IF YOU OBJECT TO THE TRANSFER OF THE TRANSFERRED INTEREST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER with:**
Clerk of the Court, United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 534
New York, NY  10004
Attn: Delphi Corporation
**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE**
Refer to INTERNAL CONTROL NO. _____ in your objection.

If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

_____
Clerk of the Court

**FOR CLERK'S OFFICE USE ONLY:**

This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO. _____, Copy (check):  Claims Agent:_____
Transferee:_____    Debtor's Attorney_____Deputy Clerk_____

# 1445215 v1

# EXHIBIT A

## TRANSFER NOTICE

M & Q Plastic Products, LP ("Assignor"), transfers and assigns unto Goldman Sachs Credit Partners L.P. ("Assignee"), having offices at One New York Plaza, 49th Floor, New York, NY 10004, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT (the "Assignment Agreement") between Assignor and Assignee, all of its right, title and interest in and to the M & Q Plastic Products Claims of Assignor in the aggregate amount of not less than $653,828.81, representing net claims against: DELPHI AUTOMOTIVE SYSTEMS LLC (herein, the "Debtor") in the United States Bankruptcy Court for the Southern District of New York, administered as Case Number 05-44640, as more particularly described in the Assignment Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the ___ day of July, 2006.

WITNESS:

_____
(Signature)

Joseph Mrllozzi
(Print Name of Witness)

M & Q Plastic Products, LP

By: _____
(Signature)

Sean C. leary
(Print Name and Title)
Treasurer, Secretary, & CFO
M&Q Texas Holdings, Inc., general partner

8137363v.2