**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
--------------------------X
In re:                              Chapter 11
                                    Case No. 05-44481 (rdd)
Delphi Corporation., et al.               Jointly Administered

             Debtors
--------------------------X
```

<u>**CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER**</u>

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO
AN ORDER OF THE BANKRUPTCY COURT, DATED, APRIL 18, 2006,
DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.

**UNDER SEAL: EXHIBITS B - E OF THE FEE APPLICATION IN DOCUMENT # 4739.**