BURR & FORMAN LLP
420 North 20th Street
Suite 3100
Birmingham, Alabama 35203
(205) 251-3000
Michael Leo Hall

Attorneys for Creditor
MERCEDES-BENZ U.S. INTERNATIONAL, INC.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------
                                                      :

     In re                                       :           Chapter 11
                                                  :
DELPHI CORPORATION et al.,    :           Case No. 05-44481 (RDD)
                                                 :
     Debtors.                             :           (Jointly Administered)
-------------------------------------------

## CERTIFICATE OF SERVICE

I, Michael Leo Hall, hereby certify as follows:

1.    On July 31, 2006, I served Mercedes-Benz U.S. International, Inc.'s Motion for Authorization to File Proofs of Claims After the Bar Date, or, Alternatively, to Treat Proofs of Claims Filed Against Delphi Corporation as Claims Against Bankrupt Delphi Entit(ies) Which May Later Be Discovered to Be Liable to MBUSI (doc. 4778), by transmitting a copy by means of overnight mail, by placing same in a sealed envelope with account number affixed thereto and marked "overnight priority," addressed to each of the persons listed in the "Master Service List" dated July 24, 2006, and causing same to be placed into an official depository of Federal Express located within the State of Alabama.

2.    I further served the Objection by electronic mail, or U.S. mail where an e-mail address was not provided, on all those persons listed in the "2002 List" dated July 24, 2006.

1487348

Dated: August 1, 2006
      Birmingham, Alabama

                              BURR & FORMAN LLP

                              By: /s/ Michael Leo Hall
                                    Michael Leo Hall (pro hac granted)

                              420 North 20th Street
                              Suite 3100
                              Birmingham, Alabama 35203
                              (205) 251-3000

                              Attorneys for Creditor Mercedes-Benz U.S.
                              International, Inc.