# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **DELPHI AUTOMOTIVE SYSTEMS LLC**
Case No. **05-44640**

Court ID (Court Use Only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **LIQUIDITY SOLUTIONS, INC** **DBA REVENUE MANAGEMENT** Name of Transferee | **ACORN DISTRIBUTORS INC** Name of Transferor |
| Name and Address where notices and payments to transferee should be sent LIQUIDITY SOLUTIONS, INC DBA REVENUE MANAGEMENT ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK, NJ 07601 Phone: (201) 968-0001 | Court Record Address of Transferor (Court Use Only) Last four Digits of Acct #:_____ Name and Current Address of Transferor **ACORN DISTRIBUTORS INC PO BOX 6109 INDIANAPOLIS, IN 46206** Last Four Digits of Acct#:_____ Court Claim # (if known):2287 Date Claim Filed:3/14/2006 Amount **$12,921.52** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/Mike Richards
Transferee/Transferee's Agent

Date: 8/1/2006

*Penalty for making a false statement.* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

CLERK OF THE COURT

775574

TRANSFER NOTICE

Acorn Distributors Inc ("Assignor"), transfers and assigns unto Revenue Management with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: Delphi Automotive Systems, LLC (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the Acorn Distributors Inc Claims of Assignor in the aggregate amount of $12,921.52 representing all claims against Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 05-44640.

IN WITNESS WHEREOF, Assignor has signed below as of the 25th day of APRIL, 2006.

WITNESS:                                            Acorn
Distributors Inc                                    Revenue Management

_Linda E. Loomis_                                   By: _Gary Hegeman_
(Signature)                                         (Signature)

LINDA E. LOOMIS                                     GARY W HEGEMAN, COO
(Print Name of Witness)                             (Print Name and Title)