## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In the Matters of:                     )        Case No. 05-44481 (RDD)
                                       )        (Chapter 11 – Jointly Administered)
DELPHI CORPORATION, et al.             )
                                       )
    Debtors-in-Possession.            )        Hon. Robert D. Drain
                                       )

### PROOF OF SERVICE

STATE OF MICHIGAN    )
                 ) ss.
COUNTY OF OAKLAND  )

Gary H. Cunningham, being an employee of the law firm of Cox, Hodgman & Giarmarco, P.C., deposes and states that on the 31st day of July, 2006, he served copies of the **Proofs of Claim of Vincent R. DeZorzi, Jerry L. Eaton, Douglas S. Hoeg, Michael Richardson, Richard P. Nash, Richard J. Jok, Ronald W. Voigt, Anna Thomas, James L. Winiarski, and James Woolfolk,** upon the following counsel of record in the manner set forth below:

VIA U.S. FIRST CLASS MAIL
John William Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom
333 West Wacker Drive
Chicago, IL 60606-1285

Robert J. Rosenberg, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 100
New York, NY 10022-4834

Diana G. Adams, Acting United States Trustee
U.S. Department of Justice
Office of the U.S. Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004

Gary H. Cunningham

Subscribed and sworn to before me
this 31st day of July, 2006.

Jennifer Juszkiewicz, Notary Public
Macomb County, Michigan
Acting in Oakland County, Michigan
My commission expires:  8/29/2011