United States Bankruptcy Court
For the Southern District of New York

| Delphi Corporation, et al | } Chapter 11 |
|---|---|
| | } |
| Debtor | } Case No. 05-44481 |

### NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

PLEASE TAKE NOTICE that the transfer of claim # 5173 on Docket No. 4672 dated 7/25/2006 for MH Equipment in the amount of $16,434.27 is hereby withdrawn by Sierra Liquidity Fund.

This does not affect any other transfers associated with this docket number.