UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
                                   :
    In re                      :    Chapter 11
                                   :
DELPHI CORPORATION, et al.,        :    Case No. 05-44481 (RDD)
                                   :
                        Debtors. :    (Jointly Administered)
                                   :
---------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         )   ss.:
COUNTY OF NEW YORK       )

        Marian D. Luketić, being duly sworn, deposes and says, under the penalty of perjury:

        1. I am over the age of eighteen years and employed by Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022, and I am not a party to the above-captioned proceedings.

        2. On July 31, 2006 I caused to be served via overnight mail, to the parties on the service list annexed hereto as Exhibit A, true and correct copies of the **"Second Application of Shearman & Sterling LLP, as Special Counsel to the Debtors, For Allowance of Interim**

**Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred From February 1, 2006 Through May 31, 2006"**.

_____
Marian D. Luketic

SWORN TO AND SUBSCRIBED before me on this 1st day of August, 2006.

_____
Nicholas W. Pullen
Notary Public, State of New York
No. 01PU6130499
Qualified in New York County

My commission expires:
July 18, 2009

# Exhibit A

## VIA FEDERAL EXPRESS

Mr. David Sherbin
General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098-2815

Mr. John D. Sheehan
Vice President & CRO
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098-2815

Mr. Joseph Papelian, Esq.
Deputy General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098-2815

Alicia M. Leonhard, Esq.
United States Trustee
Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street
Suite 2100
New York, New York 10004

John Wm. Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606

Dolores De Elizalde, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036

Robert J. Rosenberg, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022-4802

Marissa Wesley, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017

Marlane Melican, Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, New York 10017

Brad Eric Sheler
Bonnie Steingart
Vivek Melwani
Jennifer L. Rodburg
Richard J. Silvinski
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON
One New York Plaza
New York, New York 10004

Valerie Venable
Credit Manager
GE Plastics, Americas|
9930 Kincey Avenue
Huntersville, NC 28078

John J. Marquess
Legal Cost Control, Inc.
255 Kings Highway East
Haddonfield, NJ 08033