**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---:|
| In-house Reproduction | 05/30/06 | Copy Center, D | 641.31 |
| In-house Reproduction | 05/30/06 | Copy Center, D | 224.10 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$14,159.00** |
| Telephone Expense | 05/26/06 | Telecommunications, D | 12.93 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 16.15 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.26 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.06 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.03 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.02 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 3.83 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 4.65 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.07 |
| | | **TOTAL TELEPHONE EXPENSE** | **$38.00** |
| Postage | 05/04/06 | Office Admin, D | 14.00 |
| | | **TOTAL POSTAGE** | **$14.00** |
| Lexis/Nexis | 05/04/06 | Cleary MA | 19.45 |
| Lexis/Nexis | 05/08/06 | Salazar AG | 11.35 |
| Lexis/Nexis | 05/12/06 | Demma J | 11.10 |
| Lexis/Nexis | 05/24/06 | Demma J | 11.10 |
| | | **TOTAL LEXIS/NEXIS** | **$53.00** |
| Westlaw | 05/03/06 | Toussi S | 2,072.20 |
| Westlaw | 05/04/06 | Toussi S | 494.70 |
| Westlaw | 05/10/06 | Toussi S | 1,788.89 |
| Westlaw | 05/11/06 | Toussi S | 1,259.17 |
| Westlaw | 05/12/06 | Bovshow B | 259.08 |
| Westlaw | 05/12/06 | Demma J | 9.60 |
| Westlaw | 05/16/06 | Toussi S | 533.72 |
| Westlaw | 05/18/06 | Toussi S | 554.67 |
| Westlaw | 05/18/06 | Peart NA | 149.81 |
| Westlaw | 05/24/06 | Demma J | 28.76 |
| Westlaw | 05/25/06 | Morris A | 172.67 |
| Westlaw | 05/25/06 | Rosen R | 243.73 |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | **TOTAL WESTLAW** | **$7,567.00** |
| Reproduction - color | 05/08/06 | Copy Center, D | 21.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$21.00** |
| Vendor Hosted Teleconferencing | 04/30/06 | Teleconferencing Services, LLC | 34.56 |
| Vendor Hosted Teleconferencing | 04/30/06 | Teleconferencing Services, LLC | 7.48 |
| Vendor Hosted Teleconferencing | 04/30/06 | Teleconferencing Services, LLC | 17.96 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$60.00** |
| Air/Rail Travel (external) | 05/02/06 | Butler, Jr. J | 99.94 |
| Air/Rail Travel (external) | 05/04/06 | Lyons JK | 170.19 |
| Air/Rail Travel (external) | 05/07/06 | Butler, Jr. J | 99.94 |
| Air/Rail Travel (external) | 05/14/06 | Butler, Jr. J | 99.93 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$470.00** |
| Messengers/ Courier | 04/25/06 | Dist Serv/Mail/Page, D | 11.75 |
| Messengers/ Courier | 05/02/06 | Dist Serv/Mail/Page, D | 21.77 |
| Messengers/ Courier | 05/03/06 | Dist Serv/Mail/Page, D | 11.75 |
| Messengers/ Courier | 05/03/06 | Dist Serv/Mail/Page, D | 11.75 |
| Messengers/ Courier | 05/03/06 | Dist Serv/Mail/Page, D | 31.89 |
| Messengers/ Courier | 05/03/06 | Dist Serv/Mail/Page, D | 16.91 |
| Messengers/ Courier | 05/03/06 | Dist Serv/Mail/Page, D | 12.71 |
| Messengers/ Courier | 05/03/06 | Dist Serv/Mail/Page, D | 27.77 |
| Messengers/ Courier | 05/03/06 | Dist Serv/Mail/Page, D | 16.91 |
| Messengers/ Courier | 05/04/06 | Dist Serv/Mail/Page, D | 11.75 |
| Messengers/ Courier | 05/04/06 | Dist Serv/Mail/Page, D | 21.77 |
| Messengers/ Courier | 05/04/06 | Dist Serv/Mail/Page, D | 21.77 |
| Messengers/ Courier | 05/04/06 | Dist Serv/Mail/Page, D | 88.30 |
| Messengers/ Courier | 05/05/06 | Dist Serv/Mail/Page, D | 11.75 |
| Messengers/ Courier | 05/05/06 | Dist Serv/Mail/Page, D | 29.41 |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---:|
| Messengers/ Courier | 05/05/06 | Dist Serv/Mail/Page, D | 31.62 |
| Messengers/ Courier | 05/07/06 | United Parcel Service | 30.86 |
| Messengers/ Courier | 05/08/06 | Dist Serv/Mail/Page, D | 21.77 |
| Messengers/ Courier | 05/08/06 | Dist Serv/Mail/Page, D | 18.25 |
| Messengers/ Courier | 05/09/06 | Dist Serv/Mail/Page, D | 93.86 |
| Messengers/ Courier | 05/09/06 | Dist Serv/Mail/Page, D | 43.73 |
| Messengers/ Courier | 05/11/06 | Dist Serv/Mail/Page, D | 10.61 |
| Messengers/ Courier | 05/11/06 | Dist Serv/Mail/Page, D | 10.61 |
| Messengers/ Courier | 05/11/06 | Dist Serv/Mail/Page, D | 10.61 |
| Messengers/ Courier | 05/11/06 | Dist Serv/Mail/Page, D | 10.61 |
| Messengers/ Courier | 05/11/06 | Dist Serv/Mail/Page, D | 10.61 |
| Messengers/ Courier | 05/14/06 | Comet Messenger Service | 13.45 |
| Messengers/ Courier | 05/15/06 | Dist Serv/Mail/Page, D | 25.13 |
| Messengers/ Courier | 05/15/06 | Dist Serv/Mail/Page, D | 6.28 |
| Messengers/ Courier | 05/15/06 | Dist Serv/Mail/Page, D | 6.28 |
| Messengers/ Courier | 05/15/06 | Dist Serv/Mail/Page, D | 6.28 |
| Messengers/ Courier | 05/15/06 | Dist Serv/Mail/Page, D | 6.28 |
| Messengers/ Courier | 05/15/06 | Dist Serv/Mail/Page, D | 6.28 |
| Messengers/ Courier | 05/15/06 | Dist Serv/Mail/Page, D | 6.28 |
| Messengers/ Courier | 05/15/06 | Dist Serv/Mail/Page, D | 6.28 |
| Messengers/ Courier | 05/15/06 | Dist Serv/Mail/Page, D | 6.28 |
| Messengers/ Courier | 05/16/06 | Dist Serv/Mail/Page, D | 6.28 |
| Messengers/ Courier | 05/16/06 | Dist Serv/Mail/Page, D | 27.05 |
| Messengers/ Courier | 05/17/06 | Dist Serv/Mail/Page, D | 43.11 |
| Messengers/ Courier | 05/19/06 | Dist Serv/Mail/Page, D | 18.25 |
| Messengers/ Courier | 05/19/06 | Dist Serv/Mail/Page, D | 18.25 |
| Messengers/ Courier | 05/19/06 | Dist Serv/Mail/Page, D | 18.25 |
| Messengers/ Courier | 05/19/06 | Dist Serv/Mail/Page, D | 18.25 |
| Messengers/ Courier | 05/19/06 | Dist Serv/Mail/Page, D | 18.25 |
| Messengers/ Courier | 05/21/06 | Arrow Messenger Svc | 18.84 |
| Messengers/ Courier | 05/21/06 | United Parcel Service | 140.26 |
| Messengers/ Courier | 05/23/06 | Dist Serv/Mail/Page, D | 36.06 |
| Messengers/ Courier | 05/24/06 | Dist Serv/Mail/Page, D | 26.35 |
| Messengers/ Courier | 05/26/06 | Dist Serv/Mail/Page, D | 21.77 |
| Messengers/ Courier | 05/30/06 | Dist Serv/Mail/Page, D | 100.11 |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | **TOTAL MESSENGERS/ COURIER** | $1,241.00 |
| Court Reporting | 05/15/06 | Veritext New York Reporting Company L.L. | 3,112.24 |
| Court Reporting | 05/17/06 | Veritext New York Reporting Company L.L. | 2,907.65 |
| Court Reporting | 05/23/06 | Regency Reporting, Inc. | 1,775.11 |
| | | **TOTAL COURT REPORTING** | **$7,795.00** |
| OCR Processing | 04/27/06 | Peresiper R | 11.00 |
| | | **TOTAL OCR PROCESSING** | **$11.00** |
| Printing to paper from TIF | 05/08/06 | Copy Center, D | 80.82 |
| Printing to paper from TIF | 05/08/06 | Copy Center, D | 810.88 |
| Printing to paper from TIF | 05/11/06 | Copy Center, D | 219.56 |
| Printing to paper from TIF | 05/15/06 | Copy Center, D | 148.68 |
| Printing to paper from TIF | 05/18/06 | Copy Center, D | 714.06 |
| | | **TOTAL PRINTING TO PAPER FROM TIF** | **$1,974.00** |
| Wireless - Mobile/Cellular/Pager | 04/09/06 | Meisler RE | 9.18 |
| Wireless - Mobile/Cellular/Pager | 04/15/06 | Meisler RE | 0.82 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$10.00** |
| | | **TOTAL MATTER** | **$38,272.00** |

B43E