**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                           Bill Date: 05/31/06
Supplier Matters                                                   Bill Number: 1108515

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 04/11/06 | Reese RG | 204.06 |
| Air/Rail Travel - vendor feed | 04/11/06 | Reese RG | -159.07 |
| Air/Rail Travel - vendor feed | 04/14/06 | Reese RG | 254.65 |
| Air/Rail Travel - vendor feed | 04/14/06 | Reese RG | -254.65 |
| Air/Rail Travel - vendor feed | 04/18/06 | Reese RG | 417.32 |
| Air/Rail Travel - vendor feed | 04/24/06 | Reese RG | 686.69 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$1,149.00** |
| Telephone Expense | 04/28/06 | Telecommunications, D | 2.07 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 2.88 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 0.05 |
| | | **TOTAL TELEPHONE EXPENSE** | **$5.00** |
| Lexis/Nexis | 04/05/06 | De Elizalde D | 109.88 |
| Lexis/Nexis | 04/11/06 | De Elizalde D | 216.63 |
| Lexis/Nexis | 04/13/06 | Peart NA | 129.98 |
| Lexis/Nexis | 04/13/06 | Reese RG | 17.51 |
| | | **TOTAL LEXIS/NEXIS** | **$474.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 04/05/06 | Diaz LB | 84.55 |
| Westlaw | 04/13/06 | Peart NA | 52.49 |
| Westlaw | 04/13/06 | Reese RG | 17.05 |
| Westlaw | 04/13/06 | Diaz LB | 107.69 |
| Westlaw | 04/14/06 | Diaz LB | 228.15 |
| Westlaw | 04/17/06 | Diaz LB | 69.63 |
| Westlaw | 04/18/06 | Diaz LB | 67.53 |
| Westlaw | 04/24/06 | Reese RG | 78.87 |
| Westlaw | 04/25/06 | Reese RG | 286.99 |
| Westlaw | 04/27/06 | Reese RG | 17.05 |
| | | **TOTAL WESTLAW** | **$1,010.00** |
| Vendor Hosted Teleconferencing | 04/30/06 | Teleconferencing Services, LLC | 1.60 |
| Vendor Hosted Teleconferencing | 04/30/06 | Teleconferencing Services, LLC | 53.48 |
| Vendor Hosted Teleconferencing | 04/30/06 | Teleconferencing Services, LLC | 8.92 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$64.00** |
| Out-of-Town Travel | 04/11/06 | Reese RG | 425.67 |
| Out-of-Town Travel | 04/11/06 | Reese RG | 133.58 |
| Out-of-Town Travel | 04/11/06 | Reese RG | 69.90 |
| Out-of-Town Travel | 04/11/06 | Reese RG | 17.75 |
| Out-of-Town Travel | 04/13/06 | Reese RG | 130.79 |
| Out-of-Town Travel | 04/18/06 | Reese RG | 78.01 |
| Out-of-Town Travel | 04/18/06 | Reese RG | 280.51 |
| Out-of-Town Travel | 04/19/06 | Reese RG | 20.23 |
| Out-of-Town Travel | 04/21/06 | Reese RG | 296.53 |
| Out-of-Town Travel | 04/21/06 | Reese RG | 415.12 |
| Out-of-Town Travel | 04/23/06 | Reese RG | 78.01 |
| Out-of-Town Travel | 04/23/06 | Reese RG | 280.51 |
| Out-of-Town Travel | 04/24/06 | Reese RG | 540.18 |
| Out-of-Town Travel | 04/24/06 | Reese RG | 247.21 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$3,014.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 04/20/06 | Dist Serv/Mail/Page, D | 6.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$6.00** |
| Out-of-Town Meals | 04/11/06 | Reese RG | 32.35 |
| Out-of-Town Meals | 04/12/06 | Reese RG | 20.33 |
| Out-of-Town Meals | 04/12/06 | Reese RG | 10.64 |
| Out-of-Town Meals | 04/12/06 | Reese RG | 5.98 |
| Out-of-Town Meals | 04/13/06 | Reese RG | 9.93 |
| Out-of-Town Meals | 04/13/06 | Reese RG | 7.93 |
| Out-of-Town Meals | 04/18/06 | Reese RG | 7.31 |
| Out-of-Town Meals | 04/18/06 | Reese RG | 5.93 |
| Out-of-Town Meals | 04/19/06 | Reese RG | 5.55 |
| Out-of-Town Meals | 04/19/06 | Reese RG | 17.58 |
| Out-of-Town Meals | 04/19/06 | Reese RG | 40.25 |
| Out-of-Town Meals | 04/19/06 | Reese RG | 26.32 |
| Out-of-Town Meals | 04/20/06 | Reese RG | 9.82 |
| Out-of-Town Meals | 04/20/06 | Reese RG | 7.93 |
| Out-of-Town Meals | 04/21/06 | Reese RG | 5.98 |
| Out-of-Town Meals | 04/21/06 | Reese RG | 10.54 |
| Out-of-Town Meals | 04/23/06 | Reese RG | 27.59 |
| Out-of-Town Meals | 04/24/06 | Reese RG | 16.89 |
| Out-of-Town Meals | 04/24/06 | Reese RG | 7.58 |
| Out-of-Town Meals | 04/24/06 | Reese RG | 5.55 |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Meals | 04/25/06 | Reese RG | 8.74 |
| Out-of-Town Meals | 04/25/06 | Reese RG | 27.50 |
| Out-of-Town Meals | 04/26/06 | Reese RG | 11.57 |
| Out-of-Town Meals | 04/26/06 | Reese RG | 11.42 |
| Out-of-Town Meals | 04/26/06 | Reese RG | 5.05 |
| Out-of-Town Meals | 04/26/06 | Reese RG | 8.74 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$355.00** |
| Outside Research/Internet Services | 04/06/06 | Pacer Service Center | 13.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$13.00** |
| | | **TOTAL MATTER** | **$6,090.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  
Supplier Matters

Bill Date: 06/30/06  
Bill Number: 1112661

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| LYONS JK | 05/01/06 | 3.80 | WORKED ON VARIOUS SUPPLIER MATTERS INCLUDING REVIEW OF SUPPLIER SET OFF LETTER AND DISCUSSION OF STRATEGIES RE: THE SAME AND OTHER SUPPLIER MATTERS INCLUDING TYCO AND OTHERS (3.8). |
| LYONS JK | 05/02/06 | 4.80 | VARIOUS SUPPLIER ISSUES INCLUDING FREESCALE RECONCILIATION AND COMMITTEE ISSUES (0.8), AUTOCAM (1.0), TYCO (1.3), AND RESEARCH RE: ABILITY TO ENFORCE PAYMENT TERMS (1.7). |
| LYONS JK | 05/03/06 | 6.50 | WORKED ON VARIOUS SUPPLIER MATTERS INCLUDING NEGOTIATIONS AND MARK UP OF TYCO AGREEMENT (2.3), AUTOCAM (0.7), OTHER MATTERS AND REVIEW OF FIRST DAY ORDER PAY ISSUES (2.3); REVIEW OF JOHNSON ELECTRIC PRICE INCREASE ISSUE (1.2). |
| LYONS JK | 05/04/06 | 3.40 | ANALYZED FIRST DAY ORDER PAY REQUESTS (1.2) AND REVIEW OF TYCO ASSUMPTION AGREEMENT AND OTHER SUPPLIER MATTERS (2.2). |
| LYONS JK | 05/05/06 | 5.20 | REVIEW AND ADVICE RE: VARIOUS CONTRACT ASSUMPTIONS INCLUDING TYCO, AUTOCAM AND OTHERS (5.2). |
| LYONS JK | 05/08/06 | 4.50 | REVIEW AND ADVICE RE: VARIOUS SUPPLIER MATTERS INCLUDING FREESCALE, TYCO AND AUTOCAM (4.5). |
| LYONS JK | 05/09/06 | 4.40 | REVIEW OF VARIOUS SUPPLIER MATTERS INCLUDING TYCO, SETECH PAYMENT AND OTHER MATTERS (3.3) AND REVIEW OF FIRST DAY PAY REQUESTS (1.1). |
| LYONS JK | 05/10/06 | 3.40 | ADVICE RE: VARIOUS SUPPLIER MATTERS INCLUDING AUTOCAM AND TYCO AND REVIEW OF CASE JUSTIFICATION (3.4). |
| LYONS JK | 05/11/06 | 4.50 | VARIOUS SUPPLIER MATTERS INCLUDING TYCO, FIRST DAY PAY REQUESTS AND OTHER MATTERS (4.5). |
| LYONS JK | 05/12/06 | 2.30 | VARIOUS SUPPLIER MATTERS INCLUDING AUTOCAM AND OTHERS (2.3). |
| LYONS JK | 05/15/06 | 5.70 | WORKED ON VARIOUS SUPPLIER MATTERS INCLUDING KURZ-KASCH, AUTOCAM, QC ONICS, AND JOHNSON ELECTRIC AND REVIEW OF CORRESPONDENCE AND ADVICE TO CLIENT (5.7). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LYONS JK | 05/16/06 | 3.30 | WORKED ON VARIOUS SUPPLIER MATTERS INCLUDING CAP ISSUES, AUTOCAM, JOHNSON ELECTRIC, AND OTHER SUPPLIERS (3.3). |
| LYONS JK | 05/17/06 | 4.70 | REVIEW AND FOLLOW UP ON ADDITIONAL TYCO LANGUAGE (1.1), WORKED ON AUTOCAM (2.3), SETECH FOLLOW UP (1.3). |
| LYONS JK | 05/18/06 | 2.30 | WORKED ON VARIOUS SUPPLIER MATTERS INCLUDING TYCO FOLLOW UP, AUTOCAM AND OTHERS (2.3). |
| LYONS JK | 05/23/06 | 5.40 | ADDITIONAL REVISIONS TO AUTOCAM AGREEMENT AND CONFERENCE WITH CLIENT (2.3) AND WORKED ON OTHER SUPPLIERS MATTERS (3.1). |
| LYONS JK | 05/24/06 | 4.40 | REVIEW OF VARIOUS CAP, FIRST DAY PAY REQUESTS AND OTHER SUPPLIER MATTERS INCLUDING AUTOCAM (4.4). |
| LYONS JK | 05/30/06 | 3.80 | REVIEW OF AUTOCAM REMAINING ISSUES AND ASSUMPTION AGREEMENT AND ADVICE RE: THE SAME (1.3); VARIOUS SUPPLIER MATTERS AND CORRESPONDENCE AND ADVICE RE: THE SAME INCLUDING JOHNSON ELECTRIC AND OTHERS (2.5). |
| LYONS JK | 05/31/06 | 3.40 | REVIEW OF VARIOUS SUPPLIER MATTERS INCLUDING TRW, AUTOCAM, AKEBONO AND OTHER MATTERS AND ADVICE RE: THE SAME (3.4). |
| | | 75.80 | |
| **Total Partner** | | **75.80** | |
| HERRIOTT AV | 05/08/06 | 2.00 | CONTINUE TO REVIEW RESEARCH RE: SUPPLY CONTRACTS PURSUANT TO GOVERNMENT CONTRACTS (1.6); REVIEW PLEADINGS OF AD HOC TRADE GROUP (0.4). |
| HERRIOTT AV | 05/10/06 | 2.40 | DRAFT LETTER TO SUPPLIER IN RESPONSE TO STATEMENTS MADE IN SUPPLIER LETTER TO DEBTORS (1.8); CONTINUE TO RESEARCH ISSUES RE: SUPPLY CONTRACTS RELATING TO GOVERNMENT FUNDED CONTRACTS (0.6). |
| HERRIOTT AV | 05/11/06 | 0.10 | REVIEW ISSUE RELATING TO GOVERNMENT FUNDED CONTRACTS SUPPLIERS (0.1). |
| HERRIOTT AV | 05/15/06 | 2.10 | DRAFT LETTER RE: SUPPLIER'S CONTRACT TERMINATION REQUEST (1.4); CONTINUE ANALYZING ISSUES RE: SUPPLIERS PROVIDING SERVICES IN CONNECTION WITH GOVERNMENT FUNDED PROGRAMS (0.7). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| HERRIOTT AV | 05/16/06 | 3.40 | CONTINUE TO RESEARCH AND DRAFT MEMO RE: SUPPLIERS WHO PROVIDE SERVICES FOR DELPHI'S GOVERNMENT FUNDED PROGRAMS (3.3); FOLLOW UP ON LETTER TO SUPPLIER (0.1). |
| HERRIOTT AV | 05/17/06 | 4.60 | CONTINUE TO RESEARCH AND DRAFT MEMO RE: SUPPLIERS WHO PROVIDE SERVICES FOR DELPHI'S GOVERNMENT FUNDED PROGRAMS (4.6). |
| HERRIOTT AV | 05/18/06 | 3.90 | CONTINUE TO RESEARCH AND REVIEW SUPPLIER CONTRACTS IN CONNECTION WITH DELPHI GOVERNMENT FUNDED PROGRAMS (2.2); CONFERENCE WITH J. MALESKY, M. SUMTER AND M. HARVEY RE: SAME (1.7). |
| HERRIOTT AV | 05/19/06 | 3.70 | CONTINUE TO ANALYZE ISSUES RE: SUPPLIERS WITH CONTRACTS RELATED TO GOVERNMENT FUNDED PROGRAMS AND DRAFT MEMO RE: SAME (3.7). |
| HERRIOTT AV | 05/20/06 | 4.00 | REVIEW RESEARCH AND CONTRACTS OF SUPPLIERS WHO PROVIDE SERVICES TO DELPHI IN CONNECTION WITH DELPHI'S GOVERNMENT CONTRACTS (4.0). |
| HERRIOTT AV | 05/22/06 | 2.80 | CONTINUE REVIEWING SUPPLIER CONTRACT RELATED TO GOVERNMENT FUNDED PROGRAMS AND DEVELOP STRATEGY FOR NEXT STEPS (2.8). |
| HERRIOTT AV | 05/23/06 | 2.50 | CONTINUE FINALIZING RESEARCH AND MEMO ON SUPPLIERS PROVIDING GOODS PURSUANT TO GOVERNMENT FUNDED CONTRACTS (2.5). |
| HERRIOTT AV | 05/25/06 | 1.30 | CONFERENCE WITH K. CRAFT RE: SUPPLIERS IN CONNECTION WITH GOVERNMENT PROGRAMS (0.2); FINALIZE RESEARCH RE: SAME (1.1). |
| HERRIOTT AV | 05/26/06 | 0.10 | FOLLOW UP RE: SUPPLIER ISSUE (0.1). |
| HERRIOTT AV | 05/31/06 | 0.20 | REVIEW SUPPLIER LETTER REQUESTING TERMINATION AND PREPARE FOR TELECONFERENCE RE: SAME (0.2). |
| | | **33.10** | |
| MEISLER RE | 05/08/06 | 0.60 | TELECONFERENCE WITH COUNSEL TO XM RADIO RE: COMMENTS TO PROPOSED 9019 ORDER (0.2); FOLLOW UP RE: SAME (0.2); RESPOND TO SUPPLIER QUESTIONS (0.2). |
| MEISLER RE | 05/09/06 | 0.20 | CONTINUED ATTENTION XM RADIO SETTLEMENT AND 9019 ORDER (0.2). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MEISLER RE | 05/15/06 | 1.30 | REVIEW DOCUMENTS AND FILINGS RE: BEHR ORDER TO SHOW CAUSE (0.1); TELECONFERENCE WITH N. BERGER RE: STATUS OF SAME (0.1); TELECONFERENCES WITH K. CRAFT RE: PBR (0.2, 0.3); FOLLOW UP RE: SAME (0.2); CONFERENCE WITH J. LYONS RE: SAME (0.2); DRAFT CORRESPONDENCE TO COUNSEL FOR PBR RE: SAME (0.2). |
| MEISLER RE | 05/17/06 | 0.10 | TELECONFERENCE WITH K. CRAFT RE: SUPPLIER MATTERS (0.1). |
| MEISLER RE | 05/18/06 | 0.40 | TELECONFERENCE WITH M. DENSMORE RE: CONTRACT INQUIRIES (0.2); ATTENTION TO OUTSOURCING CONTRACTS RE: IT (0.2). |
| | | **2.60** | |
| REESE RG | 05/01/06 | 8.40 | PARTICIPATE IN CALLS AND CORRESPOND BY EMAIL WITH DELPHI EMPLOYEES WORKING ON SUPPLIER ISSUES (2.3); REVIEW AND REVISE LEGAL AGREEMENTS RELATED TO PAYMENT OF PREPETITION CLAIMS, ASSUMPTION OF EXPIRING CONTRACTS AND OTHER SUPPLIER-RELATED ISSUES (6.1). |
| REESE RG | 05/02/06 | 4.10 | PARTICIPATE IN CALLS AND CORRESPOND BY EMAIL WITH DELPHI EMPLOYEES WORKING ON SUPPLIER ISSUES (0.8); REVIEW AND REVISE LEGAL AGREEMENTS RELATED TO PAYMENT OF PREPETITION CLAIMS, ASSUMPTION OF EXPIRING CONTRACTS AND OTHER SUPPLIER-RELATED ISSUES (3.3). |
| REESE RG | 05/03/06 | 6.80 | PARTICIPATE IN CALLS AND CORRESPOND BY EMAIL WITH DELPHI EMPLOYEES WORKING ON SUPPLIER ISSUES (2.1); REVIEW AND REVISE LEGAL AGREEMENTS RELATED TO PAYMENT OF PREPETITION CLAIMS, ASSUMPTION OF EXPIRING CONTRACTS AND OTHER SUPPLIER-RELATED ISSUES (4.7). |
| REESE RG | 05/04/06 | 8.70 | PARTICIPATE IN CALLS AND CORRESPOND BY EMAIL WITH DELPHI EMPLOYEES WORKING ON SUPPLIER ISSUES (4.6); REVIEW AND REVISE LEGAL AGREEMENTS RELATED TO PAYMENT OF PREPETITION CLAIMS, ASSUMPTION OF EXPIRING CONTRACTS AND OTHER SUPPLIER-RELATED ISSUES (4.1). |
| REESE RG | 05/05/06 | 5.80 | PARTICIPATE IN CALLS AND CORRESPOND BY EMAIL WITH DELPHI EMPLOYEES WORKING ON SUPPLIER ISSUES (2.1); REVIEW AND REVISE LEGAL AGREEMENTS RELATED TO PAYMENT OF PREPETITION CLAIMS, ASSUMPTION OF EXPIRING CONTRACTS AND OTHER SUPPLIER-RELATED ISSUES (3.7). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| REESE RG | 05/08/06 | 3.20 | PARTICIPATE IN CALLS AND CORRESPOND BY EMAIL WITH DELPHI EMPLOYEES WORKING ON SUPPLIER ISSUES (1.1); REVIEW AND REVISE LEGAL AGREEMENTS RELATED TO PAYMENT OF PREPETITION CLAIMS, ASSUMPTION OF EXPIRING CONTRACTS AND OTHER SUPPLIER-RELATED ISSUES (2.1). |
| REESE RG | 05/09/06 | 6.50 | PARTICIPATE IN CALLS AND CORRESPOND BY EMAIL WITH DELPHI EMPLOYEES AND OTHER PROFESSIONALS WORKING ON SUPPLIER ISSUES AND SUPPLIER REPRESENTATIVES (2.6); REVIEW AND REVISE LEGAL AGREEMENTS RELATED TO PAYMENT OF PREPETITION CLAIMS, ASSUMPTION OF EXPIRING CONTRACTS AND OTHER SUPPLIER-RELATED ISSUES (3.9). |
| REESE RG | 05/10/06 | 9.10 | PARTICIPATE IN CALLS AND CORRESPOND BY EMAIL WITH DELPHI EMPLOYEES WORKING ON SUPPLIER ISSUES (2.9); REVIEW AND REVISE LEGAL AGREEMENTS RELATED TO PAYMENT OF PREPETITION CLAIMS, ASSUMPTION OF EXPIRING CONTRACTS AND OTHER SUPPLIER-RELATED ISSUES (6.2). |
| REESE RG | 05/11/06 | 7.70 | PARTICIPATE IN CALLS AND CORRESPOND BY EMAIL WITH DELPHI EMPLOYEES WORKING ON SUPPLIER ISSUES (2.8); REVIEW AND REVISE LEGAL AGREEMENTS RELATED TO PAYMENT OF PREPETITION CLAIMS, ASSUMPTION OF EXPIRING CONTRACTS AND OTHER SUPPLIER-RELATED ISSUES (4.9). |
| REESE RG | 05/12/06 | 4.60 | PARTICIPATE IN CALLS AND CORRESPOND BY EMAIL WITH DELPHI EMPLOYEES AND OTHER PROFESSIONALS WORKING ON SUPPLIER ISSUES AND SUPPLIER REPRESENTATIVES (1.9); REVIEW AND REVISE LEGAL AGREEMENTS RELATED TO PAYMENT OF PREPETITION CLAIMS, ASSUMPTION OF EXPIRING CONTRACTS AND OTHER SUPPLIER-RELATED ISSUES (2.7). |
| REESE RG | 05/15/06 | 8.90 | PARTICIPATE IN CALLS AND CORRESPOND BY EMAIL WITH DELPHI EMPLOYEES WORKING ON SUPPLIER ISSUES (3.7); REVIEW AND REVISE LEGAL AGREEMENTS RELATED TO PAYMENT OF PREPETITION CLAIMS, ASSUMPTION OF EXPIRING CONTRACTS AND OTHER SUPPLIER-RELATED ISSUES (5.2). |
| REESE RG | 05/16/06 | 7.20 | PARTICIPATE IN CALLS AND CORRESPOND BY EMAIL WITH DELPHI EMPLOYEES WORKING ON SUPPLIER ISSUES (1.5); REVIEW AND REVISE LEGAL AGREEMENTS RELATED TO PAYMENT OF PREPETITION CLAIMS, ASSUMPTION OF EXPIRING CONTRACTS AND OTHER SUPPLIER-RELATED ISSUES (5.7). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| REESE RG | 05/17/06 | 5.30 | PARTICIPATE IN CALLS AND CORRESPOND BY EMAIL WITH DELPHI EMPLOYEES WORKING ON SUPPLIER ISSUES (1.3); REVIEW AND REVISE LEGAL AGREEMENTS RELATED TO PAYMENT OF PREPETITION CLAIMS, ASSUMPTION OF EXPIRING CONTRACTS AND OTHER SUPPLIER-RELATED ISSUES (4.0). |
| REESE RG | 05/18/06 | 7.10 | PARTICIPATE IN CALLS AND CORRESPOND BY EMAIL WITH DELPHI EMPLOYEES WORKING ON SUPPLIER ISSUES (2.0); REVIEW AND REVISE LEGAL AGREEMENTS RELATED TO PAYMENT OF PREPETITION CLAIMS, ASSUMPTION OF EXPIRING CONTRACTS AND OTHER SUPPLIER-RELATED ISSUES (5.1). |
| REESE RG | 05/19/06 | 7.70 | PARTICIPATE IN CALLS AND CORRESPOND BY EMAIL WITH DELPHI EMPLOYEES WORKING ON SUPPLIER ISSUES (3.8); REVIEW AND REVISE LEGAL AGREEMENTS RELATED TO PAYMENT OF PREPETITION CLAIMS, ASSUMPTION OF EXPIRING CONTRACTS AND OTHER SUPPLIER-RELATED ISSUES (3.9). |
| REESE RG | 05/20/06 | 0.70 | ATTENTION TO ISSUES RE: INOVICE CONTRACT REJECTION MOTION (0.7). |
| REESE RG | 05/22/06 | 5.80 | PARTICIPATE IN CALLS AND CORRESPOND BY EMAIL WITH DELPHI EMPLOYEES WORKING ON SUPPLIER ISSUES (1.7); REVIEW AND REVISE LEGAL AGREEMENTS RELATED TO PAYMENT OF PREPETITION CLAIMS, ASSUMPTION OF EXPIRING CONTRACTS AND OTHER SUPPLIER-RELATED ISSUES (4.1). |
| REESE RG | 05/23/06 | 4.90 | PARTICIPATE IN CALLS AND CORRESPOND BY EMAIL WITH DELPHI EMPLOYEES WORKING ON SUPPLIER ISSUES (0.9); REVIEW AND REVISE LEGAL AGREEMENTS RELATED TO PAYMENT OF PREPETITION CLAIMS, ASSUMPTION OF EXPIRING CONTRACTS AND OTHER SUPPLIER-RELATED ISSUES (4.0). |
| REESE RG | 05/24/06 | 4.60 | PARTICIPATE IN CALLS AND CORRESPOND BY EMAIL WITH DELPHI EMPLOYEES WORKING ON SUPPLIER ISSUES (1.8); REVIEW AND REVISE LEGAL AGREEMENTS RELATED TO PAYMENT OF PREPETITION CLAIMS, ASSUMPTION OF EXPIRING CONTRACTS AND OTHER SUPPLIER-RELATED ISSUES (2.8). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| REESE RG | 05/25/06 | 4.40 | PARTICIPATE IN CALLS AND CORRESPOND BY EMAIL WITH DELPHI EMPLOYEES WORKING ON SUPPLIER ISSUES (1.5); REVIEW AND REVISE LEGAL AGREEMENTS RELATED TO PAYMENT OF PREPETITION CLAIMS, ASSUMPTION OF EXPIRING CONTRACTS AND OTHER SUPPLIER-RELATED ISSUES (2.9). |
| REESE RG | 05/26/06 | 6.90 | PARTICIPATE IN CALLS AND CORRESPOND BY EMAIL WITH DELPHI EMPLOYEES WORKING ON SUPPLIER ISSUES (2.1); REVIEW AND REVISE LEGAL AGREEMENTS RELATED TO PAYMENT OF PREPETITION CLAIMS, ASSUMPTION OF EXPIRING CONTRACTS AND OTHER SUPPLIER-RELATED ISSUES (4.8). |
| REESE RG | 05/30/06 | 5.70 | PARTICIPATE IN CALLS AND CORRESPOND BY EMAIL WITH DELPHI EMPLOYEES, ADVISORS AND OTHERS WORKING ON SUPPLIER ISSUES (1.7); REVIEW AND REVISE LEGAL AGREEMENTS RELATED TO PAYMENT OF PREPETITION CLAIMS, ASSUMPTION OF EXPIRING CONTRACTS AND OTHER SUPPLIER-RELATED ISSUES (4.0). |
| REESE RG | 05/31/06 | 4.60 | PARTICIPATE IN CALLS AND CORRESPOND BY EMAIL WITH DELPHI EMPLOYEES WORKING ON SUPPLIER ISSUES (1.4); REVIEW AND REVISE LEGAL AGREEMENTS RELATED TO PAYMENT OF PREPETITION CLAIMS, ASSUMPTION OF EXPIRING CONTRACTS AND OTHER SUPPLIER-RELATED ISSUES (3.2). |
| | | 138.70 | |
| TOUSSI S | 05/02/06 | 2.80 | ADDRESS ISSUES RE XM SATELLITE SETTLEMENT 9019 MOTION (1.0); DISCUSS MOTION WITH CLIENT AND FTI (0.8); TELECONFERENCES RE OBTAINING APPROVAL FROM VARIOUS CREDITOR CONSTITUENCIES (1.0). |
| | | 2.80 | |
| **Total Associate** | | 177.20 | |
| ROSEN R | 05/29/06 | 2.20 | REVISE, UPDATE 6/19 HEARING BINDERS RE: XM BLACKLINED AND CLEAN ORDERS (0.9); FURTHER UPDATE BINDERS RE: DENSO, INOVISE, FLEXTRONICS AND ELECTRICAL CARBON RELATED SUPPORTING DOCUMENTS (1.3). |
| ROSEN R | 05/30/06 | 1.20 | MONITOR CASE DOCKET AND COORDINATE WITH KCC RE: SERVICE OF INOVISE, XM, FURUKAWA, FLEXTRONICS, ELECTRICAL CARBON AND DENSO ORDERS ENTERED AT 5/30 HEARING (1.2). |
| | | 3.40 | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

~~Total Legal Assistant          3.40~~

**TOTAL TIME**                  <u>256.40</u>

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  Bill Date: 06/30/06
Supplier Matters  Bill Number: 1112661

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 05/02/06 | Reese RG | 324.46 |
| Air/Rail Travel - vendor feed | 05/08/06 | Lyons JK | 682.29 |
| Air/Rail Travel - vendor feed | 05/11/06 | Lyons JK | 550.83 |
| Air/Rail Travel - vendor feed | 05/14/06 | Reese RG | 917.63 |
| Air/Rail Travel - vendor feed | 05/15/06 | Meisler RE | 284.14 |
| Air/Rail Travel - vendor feed | 05/16/06 | Meisler RE | 120.32 |
| Air/Rail Travel - vendor feed | 05/17/06 | Meisler RE | 297.15 |
| Air/Rail Travel - vendor feed | 05/17/06 | Meisler RE | 120.32 |
| Air/Rail Travel - vendor feed | 05/17/06 | Meisler RE | -252.14 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$3,045.00** |
| In-house Reproduction | 05/16/06 | Copy Center, D | 133.97 |
| In-house Reproduction | 05/23/06 | Copy Center, D | 0.30 |
| In-house Reproduction | 05/30/06 | Copy Center, D | 67.73 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$202.00** |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.95 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 1.04 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.01 |
| | | **TOTAL TELEPHONE EXPENSE** | **$2.00** |
| Westlaw | 05/01/06 | Reese RG | 51.32 |
| Westlaw | 05/03/06 | Reese RG | 927.10 |
| Westlaw | 05/10/06 | Rosen R | 572.96 |
| Westlaw | 05/10/06 | Ziegler VE | 356.05 |
| Westlaw | 05/11/06 | Reese RG | 261.22 |
| Westlaw | 05/11/06 | Rosen R | 198.02 |
| Westlaw | 05/11/06 | Ziegler VE | 103.13 |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 05/12/06 | Reese RG | 17.04 |
| Westlaw | 05/15/06 | Reese RG | 240.81 |
| Westlaw | 05/15/06 | Ziegler VE | 142.24 |
| Westlaw | 05/16/06 | Reese RG | 19.18 |
| Westlaw | 05/24/06 | Ziegler VE | 17.55 |
| Westlaw | 05/26/06 | Ziegler VE | 30.39 |
| Westlaw | 05/26/06 | Reese RG | 91.62 |
| Westlaw | 05/31/06 | Ziegler VE | 715.37 |
| | | **TOTAL WESTLAW** | **$3,744.00** |
| | | **TOTAL MATTER** | **$6,993.00** |

B43E