SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
        In re                             :       Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :       Case No. 05–44481 (RDD)
                                          :
                        Debtors.          :       (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


EXHIBIT D-6
RETENTION / FEE MATTERS / OBJECTIONS (OTHERS)
1,119.5 HOURS

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                    Bill Date: 03/31/06
Retention / Fee Matters/Objections (Others)                Bill Number: 1108452

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| LYONS JK | 02/24/06 | 1.30 | REVIEW OF CALLAWAY SERVICES (1.3). |
| | | **1.30** | |
| MARAFIOTI KA | 02/06/06 | 0.20 | WORK ON ISSUES RE: FEE APPLICATIONS FILED BY VARIOUS PROFESSIONALS (0.2). |
| MARAFIOTI KA | 02/22/06 | 0.40 | ANALYZE ISSUES RE: DLA PIPER RETENTION (0.3); TELECONFERENCE WITH A. FRNKUM RE: FTI RETENTION ISSUES (0.1). |
| MARAFIOTI KA | 02/23/06 | 0.40 | CONSIDER FTI RETENTION ISSUES (0.2); REVIEWED COMMITTEE BRIEF RE: DELOITTE DISCOVERY (0.2). |
| MARAFIOTI KA | 02/24/06 | 0.10 | TELECONFERENCE WITH A. FRANKUM RE: FTI RETENTION ISSUES (0.1). |
| MARAFIOTI KA | 02/27/06 | 1.00 | ANALYZE POTENTIAL RETENTION RE: CONSULTING FIRM (0.5); REVIEW E&Y ENGAGEMENT LETTER (0.5). |
| | | **2.10** | |
| **Total Partner** | | **3.40** | |
| MATZ TJ | 02/01/06 | 0.70 | TELECONFERENCE WITH S. CORCORAN RE: RETENTION OF MAYER, BROWN (0.2); FOLLOW UP WORK RE: SAME (0.2); TELECONFERENCE WITH U.S. TRUSTEE RE: ONGOING RETENTION APPLICATIONS (0.1); REVIEW PROPOSAL OF LATHAM RE: FEE COMMITTEE (0.2). |
| MATZ TJ | 02/03/06 | 0.90 | DISCUSSIONS WITH U.S. TRUSTEE RE: ALL OUTSTANDING RETENTION APPLICATIONS (0.3); FOLLOW UP WORK RE: REVISED LIST OF ORDINARY COURSE PROFESSIONALS (0.2); FOLLOW UP WORK RE: SUPPLEMENTAL DISCLOSURES (0.4). |
| MATZ TJ | 02/06/06 | 0.60 | FOLLOW UP WORK RE: FINALIZING FOR FILING SIX ADDITIONAL RETENTION APPLICATIONS (0.4); WORKING ON MATTERS RE: ORDINARY COURSE PROFESSIONAL'S AFFIDAVITS (0.2). |
| MATZ TJ | 02/07/06 | 0.70 | CORRESPONDENCE RE: PAYMENT OF PROFESSIONALS AND REVISONS TO ORDINARY COURSE PROFESSIONALS LIST (0.2); FOLLOW UP RE: FILING OF FIVE RETENTION APPLICATIONS (0.3); CORRESPONDENCE RE: SAME (0.2). |
| MATZ TJ | 02/08/06 | 0.30 | FINALIZING REVISED ORDINARY COURSE PROFESSIONAL LISTING AND FOLLOW UP WORK RE: SAME (0.3). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MATZ TJ | 02/09/06 | 1.10 | WORK ON RETENTION MATTERS RE: BAKER, DANIELS, CADWALDER, DICKSON AND OTHER MATTERS (0.5); REVIEW POSSIBLE PROPOSAL AND FOLLOW UP RE: UST REQUEST FOR FEE EXAMINER (0.3); REVIEW POSSIBLE PROPOSAL FOR FEE EXAMINER BY U.S.T. AND FOLLOW UP WORK RE: SAME (0.3). |
| MATZ TJ | 02/15/06 | 1.00 | FOLLOW UP WORK RE: KPMG RETENTION (0.2); FOLLOW UP WORK RE: BAKER & DANIELS RETENTION (0.2); TELECONFERENCE WITH CHAMBERS RE: BAKER & DANIELS (0.2); CONTINUING WORK ON ADDITIONAL RETENTION APPLICATIONS (0.4). |
| MATZ TJ | 02/16/06 | 0.70 | REVIEW AND COMMENT ON COVINGTON RETENTION PLEADINGS (0.7). |
| MATZ TJ | 02/17/06 | 0.70 | FOLLOW UP WORK RE: OUTSTANDING RETENTIONS STATUS (0.4); FOLLOW UP WORK RE: FIRST INTERIM APPLICATIONS (0.3). |
| MATZ TJ | 02/20/06 | 1.10 | REVIEW AND COMMENT ON CADWALDER RETENTION (0.4); CORRESPONDENCE RE: COVINGTON RETENTION (0.2); CORRESPONDENCE RE: INTERIM FEE APPLICATIONS (0.2); FOLLOW UP WORK RE: SAME (0.3). |
| MATZ TJ | 02/21/06 | 2.70 | REVIEW AND REVISE DICKINSON & WRIGHT, CALDWALDER, AND CROWELL RETENTION APPLICATIONS AND AFFIDAVITS IN SUPPORT (1.4); FOLLOW UP WORK RE: BILLING MATTERS (0.2); WORK ON RETENTION ORDERS FOR JAECKLE, QUINN EMANUEL, RADER FISHMAN, AND THOMPSON HINE (0.4); FOLLOW UP TELECONFERENCE WITH CHAMBERS RE: SAME (0.3); CONTINUING WORK ON SET OFF MATTERS (FLEXTRONICS STIPULATION) (0.4). |
| MATZ TJ | 02/22/06 | 0.90 | WORK ON DLA/PIPER RETENTION MATTERS (0.3); WORK ON 327(E) COUNSEL BILLING MATTERS (0.2); WORK ON ERNST & YOUNG AUDITOR RETENTION (0.4). |
| MATZ TJ | 02/23/06 | 2.30 | CORRESPONDENCE WITH A FRANKUM RE: FTI RETENTION (0.4); FOLLOW UP WORK AND CORRESPONDENCE RE: SAME (0.7); CORRESPONDENCE AND FOLLOW UP WORK RE: PAYMENTS OF ORDINARY COURSE PROFESSIONALS (0.3); WORK ON KPMG PRESENTATION TO CHAMBERS (0.2); FOLLOW UP WITH CHAMBERS RE: OUTSTANDING RETENTION PRESENTMENTS (0.3); REVIEW AND COMMENT ON E&Y ENGAGEMENT LETTER (0.4). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MATZ TJ | 02/24/06 | 1.20 | FOLLOW UP RE: REVISIONS TO E&Y ENGAGEMENT LETTER (0.3); REVIEW AND REVISE FIRST INTERIM FEE APPLICATION AND MATERIALS (0.9). |
| MATZ TJ | 02/27/06 | 1.60 | WORK ON THE RETENTIONS OF CADWALDER AND WILMER AND OTHER ORDINARY COURSE PROFESSIONAL MATTERS (1.6). |
| MATZ TJ | 02/28/06 | 0.80 | WORKING ON FIRST INTERIM FEE APPLICATION QUESTIONS (0.5); FOLLOW UP WORK RE: SAME (0.3). |
| | | 17.30 | |
| **Total Counsel** | | 17.30 | |
| DANZ CE | 02/01/06 | 1.20 | DRAFTED PORTIONS OF AND REVISED THE THE JONES LANG LASALLE HISTORY SUMMARY (0.7); REVIEW OF AFFIDAVIT AND LEASE SERVICES AGREEMENT (0.5). |
| DANZ CE | 02/09/06 | 0.30 | COMMUNICATION WITH JONES LANG LASALLE RE: FEE APPLICATION ISSUES (0.3). |
| DANZ CE | 02/16/06 | 2.20 | REVIEW OF SUMMARY PROVIDED BY JONES LANG LASALLE (0.5), COMMUNICATION WITH B. ECHKBLAD WITH QUESTIONS RE: SUMMARY (0.3), CONTINUED TO INVESTIGATE SUMMARY CHARGES RE: JONES LANG LASALLE INVOICES IN FOLLOWUP TO REQUEST BY THE CREDITORS COMMITTEE (1.4). |
| DANZ CE | 02/28/06 | 0.40 | REVIEW OF JONES LANG LASALLE STATEMENT (0.4). |
| | | 4.10 | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| DE ELIZALDE D | 02/01/06 | 5.20 | REVIEWED CHART TO SEND PRECISE INSTRUCTIONS TO THE COMPANY RE: PAYMENT OF PROFESSIONALS (CHART INCLUDES INVOICE NUMBER, DATE AND AMOUNT) (3.8); REVIEWED AFFIDAVIT OF OCP BY GLOBAL QUALITY INSTITUTE (0.6); REVIEWED PLEADINGS RE: DICKINSON WRIGHT'S APPLICATION FOR EMPLOYMENT (0.8). |
| DE ELIZALDE D | 02/02/06 | 7.70 | SUPERVISED FILING OF AFFIDAVITS OF ORDINARY COURSE PROFESSIONALS (0.8); ANALYSIS OF CANTOR COLBURN'S FEE STATEMENT AND PAYMENT THEREOF (1.2); ANALYSIS OF HOWARD AND HOWARD'S FEE STATEMENT (0.5); ANALYSIS OF ROTHSCHILD FEE STATEMENT (0.7); ANALYSIS OF FEE STATEMENTS OF FOLLOWING FIRMS: LATHAM, E&Y, BUTZEL LONG, SHEARMAN, TOGUT, WILMER HALE, AND WARNER STEVENS (3.9); REVIEWED AND REVISED AMENDED OCP LIST (0.6). |
| DE ELIZALDE D | 02/03/06 | 4.70 | SUPERVISED SIGN OFF AND SIGNATURES OF AMENDED OCP LIST (1.2); COORDINATED FILING OF FEE APPLICATIONS (0.9); REVIEWED AND REVISED JLL'S SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF RETENTION ORDER (1.5); REVIEW INVOICE OF ALVAREZ & MARSAL AND ADVISED COMPANY RE: PAYMENT (0.7); SUPERVISED FILING OF OCP AFFIDAVITS (0.4). |
| DE ELIZALDE D | 02/06/06 | 6.90 | TRACKED OBJECTIONS TO FEE STATEMENTS OF PROFESSIONALS TO SUPERVISE PAYMENT OF PROFESSIONAL FEES (1.5); ORGANIZED FEE APPLICATION FILING BY ALL PROFESSIONALS (0.7); SUPERVISED FILING AND SERVING OF JLL'S SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF JLL'S APPLICATION FOR EMPLOYMENT (0.9); COORDINATED FILING OF AMENDED OCP LIST (0.5); SUPERVISED FILING OF OCP AFFIDAVITS (0.4); RESPONDED TO QUESTIONS RE: FILING OF OCP AFFIDAVITS BY BAKER & MCKENZIE (0.4); CHECKED STATUS ON E&Y RETENTION APPLICATION (0.3); TELECONFERENCE WITH AN OCP TO RESPOND TO QUESTIONS RE: DISINTERESTEDNESS (1.4); ANALYSIS OF WHETHER AN OCP NEEDED TO BE RETAINED (0.8). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

DE ELIZALDE D        02/07/06        6.80    TELECONFERENCE AND EMAILS WITH S.
                                             GALE RE: OCP LIST (0.8); EMAIL TO S.
                                             CORCORAN RE: OCP LIST (0.3); REVIEWED
                                             AND REVISED APPLICATION FOR
                                             EMPLOYMENT OF THOMPSON HINE (0.5);
                                             REVIEWED AND REVISED APPLICATION FOR
                                             EMPLOYMENT OF RADAR FISHMAN (0.5);
                                             REVIEWED AND REVISED APPLICATION FOR
                                             EMPLOYMENT OF QUINN EMANUEL (0.3);
                                             SUPERVISED FILING AND SERVICE OF
                                             APPLICATION FOR EMPLOYMENT (0.9);
                                             ANSWERED QUESTION POSED BY MARK
                                             ROZYCKI RE: DEFINITION OF
                                             "PROFESSIONAL" UNDER THE BANKRUPTCY
                                             CODE (0.7); REVIEWED AND REVISED OCP
                                             LIST TO DELETE LAW FIRMS THAR ARE
                                             PAID UNDER THE HUMAN CAPITAL ORDER
                                             (0.8); COORDINATED PAYMENT OF E&Y AND
                                             SKADDEN'S INVOICES (0.4); ANSWERED M.
                                             ROZYCKI'S QUESTION RE: RETENTION OF
                                             D&T AS OCP (0.4); ANSWERED QUESTIONS
                                             POSED BY M. PISCITELLI RE: INVOICES
                                             BY QUINN EMANUEL AND FEE STATEMENT BY
                                             WILMER (1.2).

DE ELIZALDE D        02/08/06        7.00    COORDINATED DRAFTING AND FILING OF
                                             FEE APPLICATIONS OF ALL RETAINED
                                             PROFESSIONALS (1.5); ANSWERED
                                             QUESTION BY R. SPARKS RE: FILING OF
                                             OCP AFFIDAVITS BY FOREIGN ENTITIES
                                             (0.3); SUPERVISED TRACKING OF
                                             RETAINED PROFESSIONALS AND THEIR
                                             CONTACT INFORMATION (0.9); SUPERVISED
                                             FILING OF AMENDED OCP LIST (0.3);
                                             ANALYSIS OF REQUEST BY BAKER &
                                             DANIELS THAT DELPHI WITHDRAWS ITS
                                             APPLICATION TO EMPLOY THEM (1.9);
                                             TRACKING PAYMENTS TO RETAINED
                                             PROFESSIONALS (2.1).

DE ELIZALDE D        02/09/06        5.60    REVIEWED LIST OF ORDINARY COURSE
                                             PROFESSIONALS AND COMPARED IT TO THE
                                             LIST OF ORDINARY COURSE PROFESSIONALS
                                             WHO HAVE ALREADY FILED AFFIDAVITS
                                             (0.9); SUPERVISED SERVICE OF NOTICE
                                             OF AMENDED OCP LIST (0.5);
                                             COORDINATED FILING OF FEE
                                             APPLICATIONS (0.4); TRACKING PAYMENT
                                             TO RETAINED PROFESSIONALS (1.5);
                                             TRACKING OCPS WHO HAVE FILED
                                             AFFIDAVITS (1.8); REVIEWED AND
                                             REVISED DRAFT LETTER TO OCPS
                                             REMINDING THEM OF THEIR OBLIGATION TO
                                             FILE AN AFFIDAVIT (0.5).

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| DE ELIZALDE D | 02/10/06 | 6.30 | ANALYSIS OF RETENTION OF FIRM DOING ASSET VALUATION FOR DELPHI (0.5); TELECONFERENCE AND EMAIL TO DENISE OLBRECHT RE: PROCESS FOR RETAINING ORDINARY COURSE PROFESSIONALS (0.6); ANSWERED QUESTIONS BY CREDITORS COMMITTEE'S COUNSEL RE: RETENTION OF DIFFERENT IP COUNSEL TO THE DEBTORS (1.5); COORDINATED FILING OF FTI'S SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF FTI'S APPLICATION FOR EMPLOYMENT (0.6); TRACKING OF PAYMENTS TO PROFESSIONALS (0.9); ANALYSIS OF KCC'S DECEMBER INVOICE (0.4); SUPERVISED FILING OF OCP AFFIDAVIT (0.2); TELECONFERENCE WITH P. ALONSO TO PROVIDE GUIDANCE TO COMPLETING, FILING, AND SERVING OCP AFFIDAVIT (0.4); REVIEWED LIST OF FIRMS WHO HAD FILED OCP AFFIDAVITS PURSUANT TO FTI'S REQUEST (1.2). |
| DE ELIZALDE D | 02/13/06 | 1.20 | REVISED LETTER TO ORDINARY COURSE PROFESSIONALS WHO HAVE NOT FILED AFFIDAVITS YET (0.8); ANSWERED EMAIL FROM M. PISCITELLI RE: FILING AFFIDAVITS OF OCPS (0.1); SUPERVISED FILING OF AFFIDAVIT OF DINSMORE & SHOHL (0.2); TELECONFERENCE WITH M. KAMISCHKE RE: JLL FEE APPLICATION (0.1). |
| DE ELIZALDE D | 02/14/06 | 3.90 | TELECONFERENCE WITH DELPHI RE: JLL'S FEE APPLICATION (0.3); REVIEWED AND REVISED KPMG'S APPLICATION (1.3); REVISED NOTICE OF PRESENTMENT OF KPMG'S APPLICATION (0.4); SUPERVISED FILING OF AFFIDAVITS OF OCPS (0.8); TELECONFERENCE WITH J. VITALE RE: PAYMENT TO ADVISORS TO UNIONS (0.6); UPDATED MEMO RE: PAYMENT TO DIFFERENT PROFESSIONALS AND SENT SUCH MEMO TO J. VITALE AND M. PISCITELLI (0.5). |
| DE ELIZALDE D | 02/16/06 | 2.30 | REVIEWED AND REVISED COVINGTON'S APPLICATION FOR EMPLOYMENT (1.9); REVIEWED LIST OF PROFESSIONALS THAT HAD FILED AFFIDAVITS (0.4). |
| DE ELIZALDE D | 02/17/06 | 0.90 | SUPERVISED FILING OF COVINGTON'S APPLICATION (0.5); REVIEWED AND REVISED LETTER TO COURT WITHDRAWING FILING OF OCP AFFIDAVIT (0.4). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| DE ELIZALDE D | 02/20/06 | 4.60 | TELECONFERENCE WITH J. NOLAN RE: PAYMENT OF KCC INVOICES AND EMAIL RE: SAME (0.4); EMAIL TO KCC RE: NOTICE OF OBJECTIONS TO BILLS (0.1); UPDATE DELPHI IN PAYMENT OF DECEMBER FEE STATMENTS (MESIROW, FTI AND BUZTEL LONG) (0.9); CONFERENCE CALL AND EMAILS WITH M. PISCITELLI RE: SIMPSON THACHER'S INVOICES (0.6); REVIEWED AND REVISED OCP LIST PURSUANT TO DELPHI'S INSTRUCTIONS (0.3); UPDATED CHART RE: PAYMENT TO PROFESSIONALS (1.2); REVIEWED AND REVISED SECOND DRAFT OF LETTER REMINDING ORDINARY COURSE PROFESSIONALS TO FILE AFFIDAVITS (0.5); ANALYSIS OF REVISED APPLICATION BY UCC TO RETAIN JEFFERIES (0.6). |
| DE ELIZALDE D | 02/21/06 | 4.40 | ANALYSIS OF KPMG'S RETENTION LETTER (0.9); REPLIED TO S. KIHN'S QUESTIONS RE: STATUS OF DIFFERENT PROFESSIONALS (0.4); EDITED CHART RE: TRACKING OF PROFESSIONALS' INVOICES AND PAYMENTS THERETO (1.3); COORDINATED PAYMENT OF INVOICES OF RETAINED PROFESSIONALS WITH M. PISCITELLI AND J. NOLAN (1.8). |
| DE ELIZALDE D | 02/22/06 | 4.50 | REVIEWED AND REVISED E&Y'S AUDIT ENGAGEMENT LETTER (1.6); REVIEWED AND REVISED CHART RE: PAYMENT TO PROFESSIONALS (2.5); SUPERVISED FILING OF OCP AFFIDAVITS (0.4). |
| DE ELIZALDE D | 02/23/06 | 7.40 | ANALYSIS OF WHETHER A PROFESSIONAL RETAINED BY THE DEBTORS NEEDED TO FILE A SUPPLEMENTAL APPLICATION (1.2); ANALYSIS OF PRICE HENEVELD'S INVOICES (1.3); REVIEWED AND REVISED CHART RE: PAYMENT TO PROFESSIONALS (0.9); SUPERVISED FILING OF OCP AFFIDAVITS (0.3); SUPERVISED SENDING OF REMINDERS TO OCPS OF THEIR OBLIGATION TO FILE AFFIDAVITS (1.9); REVIEWED AND REVISED E&Y'S AUDIT ENGAGEMENT LETTER (0.7); REVIEWED AND REVISED SECOND AMENDED LIST OF OCPS (0.3); TELECONFERENCE WITH KPMG'S ATTORNEY RE: KPMG RETENTION (0.5); TELECONFERENCE WITH J. NOLAN RE: BILLING AND PAYMENT OF PROFESSIONALS (0.3). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

DE ELIZALDE D    02/24/06    4.30    TRACKING PAYMENT OF FIRM AUTHORIZED
TO BE PAID BY THE DIP FINANCING ORDER
(0.4); INVESTIGATING ANSWER TO
QUESTION BY THE UCC RE: RETENTION OF
TWO FIRMS (0.2); TRACKING INVOICE
FROM BANNER WITCOFF (0.7); CONFERENCE
CALL WITH KPMG'S ATTORNEYS RE: KPMG
APPLICATION (0.4); ANALYSIS OF ISSUE
RE: MOBILEARIA'S PROFESSIONALS (0.3);
ANALYSIS RE: JLL'S INVOICES (1.3);
REVIEW OF LIST OF NON-DEBTOR
SUBSIDIARIES AND THEIR ADDRESSES TO
PROVIDE LIST TO KPMG FOR ITS
CONFLICTS REVIEW (0.7); SUPERVISED
FILING OF OCP AFFIDAVITS (0.3).

DE ELIZALDE D    02/27/06    4.90    ANALYSIS OF WILMER CUTLER JANUARY FEE
STATEMENT (0.5); SUPERVISED FILING OF
FTI'S SUPPLEMENTAL DECLARATION (0.2);
ANALYSIS OF INTERIM COMPENSATION
ORDER TO DETERMINE REQUIREMENT OF
NOTICE RE: FEE APPLICATIONS (0.9);
AMENDED OCP LIST PURSUANT TO RESPONSE
FROM ONE PROFESSIONAL (0.4); ANALYSIS
OF INVOICE OF OUTSIDE CONSULTANT
(0.5); ANALYSIS OF WHETHER MANAGEMENT
CONSULTING FIRMS HAVE TO BE RETAINED
AS PROFESSIONALS (0.8); SUPERVISED
FILING OF FTI'S SUPPLEMENTAL
AFFIDAVIT (0.4); FURTHER REVIEWED AND
REVISED E&Y'S AUDIT ENGAGEMENT LETTER
(1.2).

DE ELIZALDE D    02/28/06    5.80    RESPONDED TO QUESTIONS RE: DRAFTING,
FILING, AND SERVING ORDINARY COURSE
PROFESSIONALS' AFFIDAVITS (1.3);
ANALYSIS OF WHETHER A COMPANY NEEDS
TO BE RETAINED AS AN ORDINARY COURSE
PROFESSIONAL (0.7); TRACKING PAYMENT
OF SIMPSON THACHER'S INVOICES (0.6);
SUPERVISED FILING OF OCP AFFIDAVITS
(0.5); SUPERVISED FILING AND SERVING
OF FTI'S SUPPLEMENTAL AFFIDAVIT AND
DRAFTING OF CERTIFICATE OF SERVICE
(0.5); RESPONDED TO KATHY BAMBACH'S
QUESTIONS RE: OCP AFFIDAVITS FILED
(0.3); REVIEWED OMM'S SUBMISSION OF
EXPENSES (0.7); ANALYSIS OF WHETHER A
FIRM DOING WORKER COMPENSATION SHOULD
BE SUBJECT TO THE ORDINARY COURSE
PROFESSIONALS' ORDER (1.2).

94.40

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MEISLER RE | 02/01/06 | 0.20 | ATTENTION TO K. BAMBACH RE: PROFESSIONAL FEES (0.2). |
| MEISLER RE | 02/03/06 | 0.70 | BEGAN REVIEW OF JEFFERIES APPLICATION (0.7). |
| MEISLER RE | 02/09/06 | 0.90 | TELECONFERENCE WITH J. WEISS RE: JONES LANG LASALLE (0.2); FOLLOW UP RE: SAME (0.3); CORRESPONDED WITH OTHER PROFESSIONALS RE: FIRST INTERIM FEE APPLICATIONS RE: OTHER PROFESSIONALS (0.3); TELECONFERENCE WITH S. CORCORAN RE: INTERIM COMPENSATION PROCEDURES (0.1). |
| MEISLER RE | 02/13/06 | 0.10 | TELECONFERENCE WITH B. KAPLAN RE: KPMG RETENTION (0.1). |
| MEISLER RE | 02/14/06 | 0.10 | TELECONFERENCE WITH S. CORCORAN RE: ORDINARY COURSE PROFESSIONAL INQUIRY (0.1). |
| MEISLER RE | 02/19/06 | 0.40 | ATTENTION TO RETENTION MATTERS (0.4). |
| MEISLER RE | 02/20/06 | 0.30 | REVIEW STATUS OF COVINGTON RETENTION (0.2) AND DRAFT CORRESPONDENCE TO D. SHERBIN RE: SAME (0.1). |
| MEISLER RE | 02/21/06 | 0.10 | TELECONFERENCE WITH A. TOGUT RE: RETENTION MATTERS (0.1). |
| MEISLER RE | 02/22/06 | 1.60 | ANALYSIS OF DISINTERESTEDNESS (0.2); REVIEWED CASE RE: SAME (0.5); PREPARE FOR TELECONFERENCE RE: RETENTION APPLICATIONS (0.4); TELECONFERENCE WITH A. TOGUT AND B. SHAW RE: SAME (0.5). |
| MEISLER RE | 02/23/06 | 0.90 | CONTINUED TO RETENTION APPLICATIONS (0.5); TELECONFERENCE WITH A. TOGUT RE: SAME (0.2); ATTENTION TO OCP RETENTION INQUIRIES (0.2). |
| MEISLER RE | 02/24/06 | 0.30 | CONTINUED ATTENTION TO RETENTION MATTERS (0.3). |
| MEISLER RE | 02/25/06 | 0.60 | REVIEW KCC MONTHLY FEE PACKAGE (0.6). |
| | | **6.20** | |
| OGUNSANYA GO | 02/21/06 | 3.50 | RESEARCH OF DISINTERESTED INVESTMENT ADVISOR RULES AND CASE-LAW (3.5). |
| | | **3.50** | |
| ZALTZMAN H | 02/01/06 | 4.40 | EDIT/DRAFT DICKINSON WRIGHT RETENTION APPLICATION, ORDER, AND AFFIDAVIT (3.2); DISCUSS UPDATED DOCUMENTS WITH ED HOWBERT OF DICKINSON (0.5); REVIEW FEE/EXPENSES INVOICES RE: PAYMENTS TO RETAINED PROFESSIONALS FOR CHART (0.5); REVIEW OCP AFF AND CERT OF SERVICE FOR CLARK CONSULTING (0.2). |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

ZALTZMAN H      02/02/06      1.00   DRAFT LETTER TO PROFESSIONALS RE:
                                     FEE/EXPENSE SUBMISSIONS AND EMAIL TO
                                     PROFESSIONALS (1.0).

ZALTZMAN H      02/03/06      6.20   ANSWER RETENTION APPLICATION QUESTION
                                     FOR A. KUSHNIR AT BLAKE (0.4);
                                     CONTINUE DRAFTING DICKINSON WRIGHT
                                     RETENTION APPLICATION (1.2); DISCUSS
                                     PAYMENT OF FEES/EXPENSES WITH J.
                                     SHEPARD OF WILMER LLP (0.1); REVIEW
                                     OF HORWOOD MARCUS AFFIDAVIT AND CERT
                                     OF SERVICE (0.2); SPEAK WITH L.
                                     GRETCHKO OF HOWARD & HOWARD P.C. RE:
                                     FEE PAYMENT (0.1); RESPOND TO E&Y
                                     EMAIL RE: RETENTION FEES (0.1); DRAFT
                                     EMAIL TO DELPHI'S T. TWOMY RE:
                                     HOWARD'S RETENTION STATUS (0.1);
                                     DISCUSS RETENTION PAYMENT ISSUES WITH
                                     M. NAFT OF COVINGTON (0.1); DRAFT
                                     COVINGTON RETENTION APPLICATION
                                     MATERIALS (3.8); DISCUSS QUINN'S
                                     RETENTION STATUS WITH I. WOON OF
                                     QUINN (0.1).

ZALTZMAN H      02/06/06      7.00   DISCUSS RETENTION PROCEDURES WITH J.
                                     MURPHY FROM CROWELL & MORING LLP AND
                                     MAKE CHANGES TO RETENTION MATERIALS
                                     (0.4); DISCUSS APPLICATION FILING
                                     WITH T. LIENISCH OF THOMPSON HINE AND
                                     MAKE CHANGES TO APPLICATION (0.1);
                                     SPEAK WITH P. UROFSKY OF CADWALADER
                                     RE: FILING THEIR APPLICATION (0.3);
                                     PREPARE FINAL BAKER & DANIELS
                                     RETENTION MATERIALS FOR FILING
                                     TOMORROW (1.2); PREPARE FINAL
                                     CADAWALDER RETENTION MATERIALS FOR
                                     FILING TOMORROW (0.8); PREPARE FINAL
                                     RETENTION MATERIALS FOR FILING (1.0);
                                     PREPARE FINAL QUINN EMANUEL RETENTION
                                     MATERIALS FOR FILING (1.0); PREPARE
                                     FINAL RADER FISHMAN RETENTION
                                     MATERIALS FOR FILING (1.0); PREPARE
                                     FINAL THOMPSON HINE RETENTION
                                     MATERIALS FOR FILING (1.2).

ZALTZMAN H      02/07/06      2.70   FINALIZE 5 RETENTION APPLICATIONS FOR
                                     FILING TODAY (0.8); REVIEW BT
                                     CONNECTS OCP AFF AND CERT OF SERVICE
                                     AND DISCUSS WITH COLIN HULL OF BT
                                     CONNECT (0.4); FILE 5 RETENTION
                                     APPLICATIONS AND PREPARE FOR SERVICE
                                     OF PROCESS AND SENDING COURTESY
                                     COPIES TO LATHAM, CHAMBERS, AND THE
                                     US TRUSTEE (1.5).

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| ZALTZMAN H | 02/08/06 | 1.50 | DRAFT LETTER TO ALL PROFESSIONALS RE: UPCOMING FEE APP DEADLINE AND ANSWER QUESTIONS RE: FEE APP PROCEDURES (0.8); SPEAK WITH J. JAFFE OF BAKER & DANIELS RE: RETAINED PROFESSIONALS FILING (0.5); SPEAK WITH J. MURPHY RE: POSSIBLE SETTLEMENT ISSUES RE: LITIGATION INVOLVING DELPHI (0.1); REVIEW OCP AFF AND CERT OF SERVICE OF K. PFLAUM (0.1). |
| --- | --- | --- | --- |
| ZALTZMAN H | 02/09/06 | 1.20 | PREPARE COVINGTON, CROWELL, AND DICKINSON MATERIALS FOR PRESENTATION (0.4); REVIEW D. BUFFENSTEIN OF P. HASTINGS LLP OCP AFF AND CERT OF SERVICE (0.1); REVIEW ANNE & MURPHY OCP AFF AND CERT OF SERVICE (0.1); DEVELOP STRATEGY RE: NEXT STEPS IN RETENTION FILINGS FOR RETAINED PROFESSIONALS (0.2); DRAFT EMAIL TO ALL RETAINED PROFESSIONALS RE: PROCEDURES FOR FEE APP. (0.4). |
| ZALTZMAN H | 02/10/06 | 0.50 | SPEAK WITH M. RIELA OF LATHAM RE: FILED RETENTIONS (0.1); SPEAK WITH J. JAFFE OF BAKER AND DANIELS RE: THEIR RETENTIONS (0.3); SEND OCP MATERIALS TO J. JAFFE AT BAKER AND DANIELS (0.1). |
| ZALTZMAN H | 02/13/06 | 0.30 | DISCUSS RETENTION UPDATE AND DEVELOP RETENTION STRATEGY (0.2); CORRESPOND WITH A. KUSHNIR OF BLAKES RE: RUNNING CONFLICTS FOR THEIR RETENTION (0.1). |
| ZALTZMAN H | 02/14/06 | 0.30 | CORRESPOND WITH T. LIENESCH OF THOMPSON HINE LLP RE: FEE APP PROCEDURES (0.1); CORRESPOND WITH L. BURDICK OF THOMPSON HINE RE: FEE APP AND SUBMITTING INVOICE (0.1); CORRESPOND WITH A. KUSHNIR OF BLAKES RE: FEE APP. (0.1). |
| ZALTZMAN H | 02/15/06 | 6.40 | REVIEW FILING OF SEVERAL OCP AFFIDAVITS (0.1); REVIEW OCP AFF OF D. LYONS OF ABATE (0.1); REVIEW KPMG RETENTION APP (0.2); EDIT NOTICE OF PRESENTMENT FOR KPMG RETENTION APP. (0.3); OVERSEE FILING OF KPMG RETENTION PLEADINGS (5.3); DEVELOP STRATEGY RE: CADWALADER RETENTION (0.2); CONTINUE REVIEW OF SEVERAL OCP AFFIDAVITS (0.2). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**


ZALTZMAN H          02/16/06          2.60    REVIEW BAKER & DANIELS OCP AFF AND
                                               CERT OF SERVICE FOR FILING (0.3);
                                               EDIT COVINGTON RETENTION APPLICATION
                                               (1.0); SPEAK WITH L. GRETCHKO OF H&H
                                               RE: FEE APP. (0.1); EDIT COVINGTON
                                               RETENTION AFFIDAVIT (0.5); EDIT
                                               COVINGTON RETENTION ORDER (0.2);
                                               DRAFT COVINGTON RETENTION NOTICE OF
                                               PRESENTMENT (0.2); CORRESPOND WITH M.
                                               NAFT OF COVINGTON RE: THEIR
                                               APPLICATION (0.3).

ZALTZMAN H          02/17/06          1.50    REVIEW COVINGTON'S RETENTION
                                               MATERIALS IN PREPARATION FOR FILING
                                               (1.5).

ZALTZMAN H          02/18/06          0.20    PREPARE BLACKLINES OF DICKINSON AND
                                               CROWELL RETENTION APPS (0.2).

ZALTZMAN H          02/20/06          5.50    REVIEW CROWELL RETENTION PLEADINGS
                                               (0.2); PREPARE AND DRAFT EMAIL TO ALL
                                               FEE APP PROFESSIONALS RE: NOTICE
                                               PROCEDURES FOR FILING FEE APP (0.4);
                                               DISCUSS CADWALADER RETENTION RE:
                                               THEIR RETENTION STATUS (0.2); EDIT
                                               CADWALADER RETENTION APPLICATION
                                               (0.8); CORRESPOND WITH J. SHEPHARD OF
                                               WILMER RE: NOTICE FOR FEE APPLICATION
                                               (0.1); CORRESPOND WITH N. BERGER OF
                                               TOGUT RE: NOTICE OF FEE APPLICATION
                                               (0.1); UPDATE RETENTION CHART
                                               INDICATING CURRENT STATUS (0.2); EDIT
                                               CADWALADER AFFIDAVIT (1.5); EDIT
                                               CADWALADER ORDER (0.5); DRAFT
                                               CADWALADER 10-DAY NOTICE OF
                                               PRESENTMENT (0.4); DRAFT CROWELL 10-
                                               DAY NEGATIVE NOTICE OF PRESENTMENT
                                               (0.4); DRAFT DICKINSON 10-DAY NOTICE
                                               OF PRESENTMENT (0.3); CORRESPOND WITH
                                               J. JAFFE AND K. ERDMAN OF BAKER AND
                                               DANIELS RE: THEIR OCP AFFIDAVIT
                                               (0.4).

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

ZALTZMAN H          02/21/06          7.30   CORRESPOND WITH K. ERDMAN OF BAKER &
                                             DANIELS RE: COMPLETING THEIR OCP AFF.
                                             (0.1); SPEAK WITH JAMES HAWKS OF
                                             BAKER & MCKENZIE (LONDON) RE: OCP
                                             AFFIDAVIT (0.2); REVIEW CADWALADER,
                                             CROWELL, AND DICKINSON MATERIALS
                                             (1.0); REVIEW CASE LAW RE:
                                             "DISINTERESTEDNESS" STANDARD UNDER
                                             327 (E) OF THE CODE (0.5); REVIEW
                                             COLIN HULL OCP AFFIDAVIT AND CERT OF
                                             SERVICE (0.1); REVIEW DUCHARME'S OCP
                                             AFF AND CERTIFICATE OF SERVICE FOR
                                             FILING (0.1); REVIEW KENYON AND
                                             KENYON OCP AFF AND CERTIFICATE OF
                                             SERVICE FOR FILING (0.1); UPDATE
                                             RETENTION STATUS CHART (0.2); REVIEW
                                             DICKINSON WRIGHT RETENTION DOCUMENTS
                                             FOR FINAL TIME AND FILE DOCUMENTS
                                             (1.2); CORRESPOND WITH W. HONAKER AT
                                             DICKINSON RE: ALL RETENTION DOCUMENTS
                                             AND NOTARIZING THE AFFIDAVIT (0.3);
                                             REVIEW CROWELL RETENTION MATERIALS
                                             FOR FINAL TIME AND FILE (0.8);
                                             CORRESPOND WITH J. MURPHY RE: ALL
                                             RETENTION DOCUMENTS AND NOTARIZING
                                             THE AFFIDAVIT (0.4); REVIEW
                                             CADWALADER RETENTION MATERIALS AND
                                             FILE (1.4); CORRESPOND WITH P.
                                             UROFSKY OF CADWALADER RE: ALL
                                             RETENTIONS AND NOTARIZING THE
                                             AFFIDAVIT (0.4); REVIEW OCP AFF AND
                                             CERT OF SERVICE OF KPMG CANADA (0.1);
                                             REVIEW ABATE AFF AND CERTIFICATE OF
                                             SERVICE - NO CERT OF SERVICE INCLUDED
                                             WITH FILING (0.1); REVIEW BATCH OF
                                             OCP AFFS TO SEE IF THEY WERE ALREADY
                                             FILED (0.3).

ZALTZMAN H          02/22/06          1.10   REVIEW KPMG RETENTION APPLICATION TO
                                             SEE WHETHER IT COVERS KPMG CANADA
                                             (0.8); CORRESPOND WITH M. PISCITELLI
                                             FROM DELPHI RE: PAYMENT TO PRICE,
                                             HENEVELD (0.2); CORRESPOND WITH M.
                                             NAFT OF COVINGTON RE: THEIR RETENTION
                                             OBJECTION DEADLINE (0.1).

ZALTZMAN H          02/23/06          1.60   CORRESPOND WITH T. BRYAND OF HOWARD &
                                             HOWARD, LLC RE: FEE APP PROCEDURES
                                             (0.3) CORRESPOND WITH C. SHIFLEY OF
                                             BANNER & WITCOFF RE: THE MONTHLY FEES
                                             (0.1) REVIEW BAKER & DANIELS OCP AFF
                                             AND CERTIFICATE OF SERVICE AND FILE
                                             (0.2); REVIEW M. LAVOIE OCP AFF AND
                                             CERTIFICATE OF SERVICE (0.1);
                                             CORRESPOND WITH C. REID OF WARNER
                                             STEVENS RE: FEE APP AND MONTHLY
                                             STATEMENTS (0.2); DRAFT LETTER TO
                                             DELPHINE L. EVANS OF EVANS, PLETKOVIC
                                             RE: NOTICE OF FEE STATEMENTS (0.3);
                                             RESPOND TO UCC REQUEST RE:
                                             DIFFERENCES BETWEEN CADWALADER'S
                                             APPLICATION FROM WILMERS (0.4).

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| ZALTZMAN H | 02/24/06 | 0.70 | CORRESPOND WITH K. GRZELAK OF PRICE HENEVELD RE: FEE APPLICATION (0.3); CORRESPOND WITH J. GULIELMO OF FTI RE: FILING OF FEE APP. (0.4). |
| ZALTZMAN H | 02/27/06 | 4.60 | REVIEW EMAILS RE: BOOZ ALLAN HAMILTON RETENTION (0.2); CORRESPOND WITH M. PISCITELLO OF DELPHI RE: HOWARD & HOWARD'S PAYMENT (0.3) CORRESPOND WITH L. GRETCHKO OF HOWARD AND HOWARD RE: NOTICE OF FEE APP (0.2); CORRESPOND WITH J. GUGLIELMO OF FTI RE: SKADDEN'S FILING OF FTI'S FEE APP (0.3); DRAFT FEE APP REMINDER AND EXPLANATION OF NOTICE PROCEDURE TO ALL PROFESSIONALS (0.4); CORRESPOND WITH A. KUSHNIR OF BLAKE'S RE: FE APPLICATION (0.2); CORRESPOND WITH J. SADOWDKI OF HOWARD AND HOWARD RE: PAYMENT OF FEES (0.4); CORRESPOND WITH R. KISICKI OF JAECKLE FLEISHMANN RE: FEE APP (0.2); DRAFT EMAIL TO ALL PROFESSIONALS RE: PRECEDENT TO USE FOR FEE APPLICATION (0.3); CORRESPOND WITH MIKE NAFT OF COVINGTON RE: THEIR FEE APPLICATION (0.2); REVIEW SDNY PRECEDENT RE: POSSIBLE RETENTION OF CONSULTING FIRM (1.5); REVIEW SEVERAL OCP AFFS AND CERTS OF SERVICE (0.4). |
| ZALTZMAN H | 02/28/06 | 2.70 | CORRESPOND WITH J. ROSSIE OF ERNST AND YOUNG RE: FEE APP. (0.1); CORRESPOND WITH M. NAFT OF COVINGTON RE: NOTICE REQUEST ISSUE (0.2); DRAFT FAX TO LENOX, SOCEY RE: OCP AFF AND CERT OF SERVICE REQUIREMENTS (0.4); REVIEW STATUS OF OCP FOR DOUGLAS ELLEMANN (0.2); SPEAK WITH ROLAND FORMIDONI RE: OCP AFF AND CERTIFICATE OF SERVICE FILING (0.2); REVIEW R. FORMIDONI OCP AFF AND CERTIFICATE OF SERVICE FOR FILING (0.2); CORRESPOND WITH R. JANGER OF O'MELVENY RE: FEE APPLICATION (0.3); REVIEW D. PRICHARD AFF AND CERTIFICATE OF SERVICE FOR FILING (0.2); CORRESPOND TO T. BRYANT OF HOWARD AND HOWARD RE: FEE APPLICATION (0.4); CORRESPOND WITH C. SHIFLEY OF BANNER AND WITCOFF RE: FEE APPLICATION (0.3); CORRESPOND WITH J. JAFFE OF BAKER AND DANIEL'S RE: PAYMENT ISSUES (0.2). |

59.30

**Total Associate**        **167.50**

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| DEMMA J | 02/28/06 | 6.60 | CONTINUE PREPARING PROFESSIONAL SUMMARY CHART (6.6). |
| | | **6.60** | |
| SALAZAR AG | 02/01/06 | 0.60 | PREPARE AND ELECTRONICALLY FILE AFFIDAVITS OF ORDINARY COURSE PROFESSIONALS (0.6). |
| SALAZAR AG | 02/02/06 | 0.80 | PREPARE AND ELECTRONICALLY FILE AFFIDAVITS OF OCP (0.8). |
| SALAZAR AG | 02/06/06 | 0.20 | PREPARE AND ELECTRONICALLY FILE AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL (0.2). |
| SALAZAR AG | 02/09/06 | 0.50 | PREPARE AND ELECTRONICALLY FILE AFFIDAVIT OF OCP (0.5). |
| SALAZAR AG | 02/13/06 | 0.90 | PREPARE AND ELECTRONICALLY FILE OCPS (0.9). |
| SALAZAR AG | 02/14/06 | 0.70 | PREPARE AND ELECTRONICALLY FILE AFFIDAVIT OF OCP (0.7). |
| SALAZAR AG | 02/15/06 | 1.80 | PREPARE AND ELECTRONICALLY FILE KPMG RETENTION APPLICATION AND AFFIDAVITS OF OCP (1.8). |
| SALAZAR AG | 02/21/06 | 0.60 | PREPARE AND ELECTRONICALLY FILE AFFIVADIT OF OCP (0.6). |
| SALAZAR AG | 02/23/06 | 1.30 | PREPARE AND ELECTRONICALLY FILE AFFIDAVIT OF OCP (1.3). |
| SALAZAR AG | 02/27/06 | 1.70 | PREPARE AND ELECTRONICALLY FILE SUPPLEMENTAL DECLARATION FOR RETENTION OF FTI (1.4); PREPARE AND ELECTRONICALLY FILE AFFIDAVITS FOR ORDINARY COURSE PROFESSIONALS (0.3). |
| SALAZAR AG | 02/28/06 | 1.50 | PULL AND EDIT FEE COMMITTEE LANGUAGE ON INTERIM COMPENSATION PLEADINGS (0.4); REVIEW AFFIDAVITS OF ORDINARY COURSE PROFESSIONALS, PREPARE AND ELECTRONICALLY FILE AND UPDATE CHART WITH ADDITIONAL PROFESSIONALS (1.1). |
| | | **10.60** | |
| ZSOLDOS AF | 02/01/06 | 5.80 | UPDATE FEE APPLICATION CHART (5.8). |
| ZSOLDOS AF | 02/02/06 | 2.50 | ASSIST WITH LETTER RE: PROPER PROCEDURES FOR SUBMITTING FEE APPLICATION (0.3); UPDATE RETAINED PROFESSIONALS CHART (2.2). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| ZSOLDOS AF | 02/07/06 | 4.90 | ELECTRONICALLY FILE RETENTIONS OF: BAKER & DANIELS, LLP, JAECKLE FLEISCHMANN & MUGEL, LLP, QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP , RADAR, FISHMAN & GRAUER PLLC, AND THOMPSON HINE LLP (3.2); PREPARE COURTESY COPIES FOR CHAMBERS, US TRUSTEE, CREDITORS COMMITTEE, AND FILING FIRMS (1.7). |
|---|---|---|---|
| ZSOLDOS AF | 02/08/06 | 0.80 | UPDATE FEE APPLICATIONS CHART (0.8). |
| ZSOLDOS AF | 02/09/06 | 0.40 | ELECTRONICALLY FILE NOTICE OF REVISED LIST OF PROFESSIONALS AND COORDINATE SERVICE (0.4). |
| ZSOLDOS AF | 02/14/06 | 0.40 | TELECONFERENCE WITH A. KUSHNIR AT BLAKES RE: RETENTION APPLICATION (0.4). |
| ZSOLDOS AF | 02/16/06 | 4.30 | UPDATE FEE CHART OF PROFESSIONALS (1.6); ORGANIZE FEE STATEMENTS (2.7). |
| ZSOLDOS AF | 02/17/06 | 1.30 | FINALIZE AND ELECTRONICALLY FILE COVINGTON AND BURLING RETENTION APPLICATION (0.9); PREPARE COURTESY COPIES FOR CHAMBERS AND US TRUSTEE (0.4). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| ZSOLDOS AF | 02/21/06 | 4.40 | ELECTRONICALLY FILE DICKINSON, CROWELL, AND CADWALADER RETENTION APPLICATIONS AND COORDINATE SERVICE WITH KCC (3.2); UPDATE FEE APPLICATION CHARTS (0.7); COORDINATE PRODUCTION OF LETTER TO ORDINARY COURSE PROFESSIONALS WHO HAVE NOT FILED AFFIDAVITS (0.5). |
| ZSOLDOS AF | 02/22/06 | 3.70 | REVIEW LATEST DRAFT OF OCP LETTER AND PREPARE FOR DISTRIBUTION (1.3); TELECONFERENCE RE CANTOR COLBURN INVOICE WITH D. BRUSO (0.3); TELECONFERENCE WITH W. EGUCHI RE: ERNST & YOUNG APPLICATION (0.2); REVIEW E&Y APPLICATION IN PREPARATION FOR CALL (0.9); UPDATE FEE APPLICATION CHARTS (1.0). |
| ZSOLDOS AF | 02/23/06 | 7.00 | PREPARE NUMEROUS OCP LETTERS FOR DISTRIBUTION (4.1); PREPARE LETTERS FOR NEXT MAIL MERGE AND COORDINATE WITH WORD PROCESSING (0.3); ORGANIZE NEW FEE APPLICATIONS RECEIVED WITH THOSE ALREADY RECEIVED (0.4); UPDATE FEE CHART (2.2). |
| ZSOLDOS AF | 02/27/06 | 2.40 | UPDATE FEE CHART (0.5); UPDATE FILES OF FEE APPLICATIONS (0.3); RESEARCH MAJOR SDNY CASES FOR CONSULTING FIRM PRECEDENTS (1.6). |
| | | 37.90 | |

**Total Legal Assistant**          55.10

**TOTAL TIME**          <u>243.30</u>

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                              Bill Date: 03/31/06
Retention / Fee Matters/Objections (Others)                         Bill Number: 1108452

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 02/03/06 | Copy Center, D | 23.11 |
| In-house Reproduction | 02/07/06 | Copy Center, D | 243.27 |
| In-house Reproduction | 02/10/06 | Copy Center, D | 39.01 |
| In-house Reproduction | 02/14/06 | Copy Center, D | 15.10 |
| In-house Reproduction | 02/17/06 | Copy Center, D | 95.63 |
| In-house Reproduction | 02/17/06 | Copy Center, D | 780.50 |
| In-house Reproduction | 02/24/06 | Copy Center, D | 272.27 |
| In-house Reproduction | 02/28/06 | Copy Center, D | 25.11 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1,494.00** |
| Telephone Expense | 02/24/06 | Telecommunications, D | 4.24 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 4.68 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.08 |
| | | **TOTAL TELEPHONE EXPENSE** | **$9.00** |
| Lexis/Nexis | 02/14/06 | Zaltzman H | 146.41 |
| Lexis/Nexis | 02/20/06 | Ogunsanya GO | 76.46 |
| Lexis/Nexis | 02/21/06 | Ogunsanya GO | 54.51 |
| Lexis/Nexis | 02/21/06 | Zaltzman H | 129.33 |
| Lexis/Nexis | 02/22/06 | Ogunsanya GO | 187.29 |
| | | **TOTAL LEXIS/NEXIS** | **$594.00** |
| | | **TOTAL MATTER** | **$2,097.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                    Bill Date: 04/30/06
Retention / Fee Matters/Objections (Others)                Bill Number: 1108601

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 03/04/06 | 0.50 | TELECONFERENCE WITH D. MARTINI RE: FEE COMMITTEE MATTERS AND UST'S REQUEST FOR ADJOURNMENT OF MARCH 9TH HEARING (0.2); TELECONFERENCE WITH J. SHEEHAN, S. CORCORAN AND K. CRAFT RE: SAME (0.2); EMAIL TO D. MARTINI RE: SAME (0.1). |
| BUTLER, JR. J | 03/07/06 | 0.40 | FOLLOW-UP ON MARCH 4TH TELECONFERENCE WITH D. MARTINI RE FEE COMMITTEE MATTERS (0.2); REVIEW AND REVISE SUPPLEMENTAL COMPENSATION ORDER (0.2). |
| BUTLER, JR. J | 03/10/06 | 0.20 | EMAILS TO/FROM D. MARTINI, E. AUSTIN AND B. ROSENBERG RE MARCH 22ND MEET AND CONFER MEETING RE FEE COMMITTEE PROTOCOL (0.2). |
| | | **1.10** | |
| MARAFIOTI KA | 03/06/06 | 0.10 | REVIEW SUPPLEMENTAL INTERIM COMPENSATION ORDER (0.1). |
| MARAFIOTI KA | 03/07/06 | 0.50 | REVIEW AND REVISE DRAFT SUPPLEMENTAL INTERIM COMPENSATION ORDER (0.2); UPDATE RE: GM ISSUES (0.3). |
| MARAFIOTI KA | 03/08/06 | 0.30 | REPORT RE: FEE ISSUES (0.1) AND REVIEW INTERIM COMPENSATION ORDER (0.2). |
| MARAFIOTI KA | 03/10/06 | 0.10 | CORRESPONDENCE WITH U.S. TRUSTEE AND COMMITTEE RE: FEE COMMITTEE PROPOSAL (0.1). |
| MARAFIOTI KA | 03/13/06 | 0.50 | REVIEW E&Y ENGAGEMENT LETTER (0.5). |
| MARAFIOTI KA | 03/15/06 | 1.30 | REVIEW AND REVISE SECOND REVISED NOTICE OF ORDINARY COURSE PROFESSIONALS (0.2); REVIEW E&Y RETENTION PLEADINGS (0.9); TELECONFRERENCE WITH S. CORCORAN RE: DELOITTE ISSUES (0.2). |
| MARAFIOTI KA | 03/16/06 | 0.20 | REVIEW E&Y PLEADINGS (0.2). |
| MARAFIOTI KA | 03/17/06 | 1.50 | REVIEW E7Y APPLICATION (0.7), AFFIDAVIT (0.6), AND ORDER (0.2). |
| MARAFIOTI KA | 03/23/06 | 0.10 | TELECONFERENCE FROM J. SAMETRE OCP PROCEDURES (0.1). |
| MARAFIOTI KA | 03/27/06 | 0.10 | REVIEW SUPPLEMENTAL INTERIM COMPENSATION ORDER (0.1). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MARAFIOTI KA | 03/29/06 | 0.10 | CONSIDER E&Y RETENTION ISSUE (0.1). |
| | | **4.80** | |
| **Total Partner** | | **5.90** | |
| MATZ TJ | 03/02/06 | 0.30 | FOLLOW UP WORK RE: INTERIM FEE APPLICATIONS REVISED '06 SCHEDULE (0.3). |
| MATZ TJ | 03/03/06 | 0.80 | WORK ON ERNST AND YOUNG RETENTION AS '06 AUDITOR (0.5); WORK ON CADWALDER AND WILMER RETENTIONS (0.1); WORK ON NOTICE RE: '06 INTERIM FEE APPLICATIONS (0.2). |
| MATZ TJ | 03/05/06 | 1.10 | REVIEW CORRESPONDENCE RE: CASE (0.5); REVISE MARCH 9 HEARING AGENDA RE: FEE COMMITTEE (0.1); WORK ON FEE STATEMENTS FROM PROFESSIONALS (0.2); WORK ON ERNST & YOUNG RETENTION (0.3). |
| MATZ TJ | 03/06/06 | 1.80 | WORK ON REVISIONS TO INTERIM COMPENSATION ORDER RE: INTERIM FEE APPLICATIONS AND FEE COMMITTEE MATTER (0.6); WORK ON SUPPLEMENTAL ORDER (0.4); FOLLOW UP WORK RE: MATTERS PERTAINING TO MONTHLY FEE STATEMENTS, BILLING AND PAYMENT PROCESS (0.6); FOLLOW UP WORK RE: BLAKE CASSEL'S RETENTION (0.2). |
| MATZ TJ | 03/07/06 | 0.70 | FOLLOW UP WITH CHANIN RE: DECLARATION AND ACCOUNT (0.2); WORKING ON ORDINARY COURSE PROFESSIONAL MATTERS (0.3); WORK ON MORGAN LEWIS RETENTION (0.2). |
| MATZ TJ | 03/08/06 | 1.30 | WORK ON MATTERS RE: DLA, PIPER, MAYER BROWN, AND MOBILEARIA'S DELOITTE RETENTIONS (0.7); TELECONFERENCE WITH CHAMBERS RE: PROFESSIONAL RETENTION PRESENTMENTS (0.3); DISCUSSIONS WITH CLIENT RE: MOBILEARIA'S DELOITTE RETENTION (0.2); FOLLOW UP RE: SAME (0.1). |
| MATZ TJ | 03/09/06 | 0.40 | WORK ON VARIOUS RETENTION AND FEE MATTERS RE: OTHER PROFESSIONALS (0.4). |
| MATZ TJ | 03/10/06 | 0.50 | FOLLOW UP WORK RE: RETENTIONS OF OTHER PROFESSIONALS (0.3); CORRESPONDENCE WITH CHAMBERS RE: T. HINE AND QUINN (0.2). |
| MATZ TJ | 03/13/06 | 0.40 | REVIEW AND COMMENT ON ERNST & YOUNG AUDIT ENGAGEMENT, TIMETABLE (0.4). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MATZ TJ | 03/14/06 | 2.20 | REVISE SECOND AMENDED ORDINARY COURSE PROFESSIONALS LIST (0.4); CONTINUED WORK ON E&Y ENGAGEMENT FOREIGN ENTITIES AND ADDENDUMS (0.7); WORK ON ASHER AFFIDAVIT (0.3); WORK ON DISCLOSURE (0.3); CORRESPONDENCE WITH PRICE WATERHOUSE RE: RETENTION APPLICATION (0.1); FOLLOW UP RE: PREPARATION OF SAME (0.2); FOLLOW UP WORK RE: MORGAN LEWIS RETENTION (0.2). |
| MATZ TJ | 03/15/06 | 2.10 | REVIEW AND COMMENT ON E&Y RETENTION APPLICATION, AND 2 ENGAGEMENT LETTERS (1.2); FOLLOW UP WORK RE: REVISIONS TO FILING LIST OF ORDINARY COURSE PROFESSIONALS (0.4); REVIEW AND COMMENT ON ASHER AFFIDAVIT IN SUPPORT (0.5). |
| MATZ TJ | 03/16/06 | 1.60 | REVIEW AND COMMENT ON VARIOUS MATTERS RE: E&Y'S TWO ENGAGEMENT LETTERS (0.9); TELECONFERENCE WITH M. RICHMOND OF M. BROWN RE: E&Y RETENTION APPLICATION (0.1); TELECONFERENCE WITH B. ASHER DECLARATION (0.2); FOLLOW UP WORK RE: SAME (0.4). |
| MATZ TJ | 03/17/06 | 4.40 | REVIEW AND COMMENT ON E&Y RETENTION MOTION, AUDIT ENGAGEMENT LETTER (1.3); FURTHER REVIEW OF AND COMMENT ON APPLICATION AND DECLARATION IN SUPPORT THEREOF (0.8); FINALIZE REVISIONS TO E&Y RETENTION APPLICATION (1.7); TELECONFERENCES WITH S. CONCORAN RE: SAME (0.5); TELECONFERENCE WITH U.S. TRUSTEE RE: E&Y PRESENTMENT (0.1). |
| MATZ TJ | 03/19/06 | 0.20 | WORKING ON PROFESSIONALS PAYMENT MATTERS AND PROCEDURES (0.2). |
| MATZ TJ | 03/20/06 | 0.30 | TELECONFERENCE WITH U.S. TRUSTEE RE: E&Y RETENTION APPLICATION (0.3). |
| MATZ TJ | 03/21/06 | 0.40 | DISCUSSION WITH S. CONCORAN RE: MAYER BROWN RETENTION (0.2); FOLLOW UP IN RESPECT THEREOF (0.2). |
| MATZ TJ | 03/22/06 | 0.30 | FOLLOW UPWORK RE: E&Y RETENTION MATTER (0.3). |
| MATZ TJ | 03/24/06 | 1.30 | WORK ON PAGEMILL RETENTION MATTERS (0.4); WORK ON ATK RETENTION MATTERS (0.2); WORK ON 1B RETENTION APPLICATION FOR MOBILEARIA (0.4); REVIEW AND COMMENT ON FIRST INTERIM FEE APPLICATION (0.3). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MATZ TJ | 03/27/06 | 1.20 | TELECONFERENCE TO CHAMBERS RE: E&Y PRESENTMENT AND FIRST INTERIM FEE EXTENSION (0.2); WORKING ON ORDER TO EXTEND FIRST INTERIM FEE APPLICATION DEADLINE (0.6); CORRESPONDENCE WITH UCC AND US TRUSTEE RE: CONSENT TO SAME (0.2); FORWARD AGREED ORDER TO CHAMBERS (0.2). |
| MATZ TJ | 03/28/06 | 0.30 | WORK ON FIRST INTERIM FEE APPLICATION QUESTIONS RE: OTHER FIRMS (0.3). |
| MATZ TJ | 03/29/06 | 0.30 | REVIEW AND REVISE E&Y RETENTION ORDER (0.3). |
| | | 21.90 | |
| **Total Counsel** | | **21.90** | |
| DE ELIZALDE D | 03/01/06 | 7.40 | ANALYSIS OF CHART TRACKING PROFESSIONALS' INVOICES AND PAYMENTS RE: OBJECTIONS TO DECEMBER'S FEE STATEMENT (2.8); SUPERVISED FILING OF OCP AFFIDAVIT (1.9); REVIEW AND REVISE CHART INCLUDING A LIST OF OCPS WHO HAVE FILED AFFIDAVITS (0.7); ANALYSIS OF JLL'S INVOICES (1.1); TELECONFERENCE WITH OCPS RE: NEED OF FILING OF AFFIDAVITS (0.9). |
| DE ELIZALDE D | 03/02/06 | 4.90 | ANALYSIS OF LAZARD'S PROPOSED INVOICE (0.5); ANALYSIS OF CHART TRACKING PROFESSIONALS' INVOICES AND PAYMENTS (0.9); TELECONFERENCES WITH OCPS RE: FILING AFFIDAVITS (0.2); ANALYSIS OF WHETHER CONSULTANCY FIRMS NEED TO BE RETAINED (0.5); ANALYSIS OF CHANIN'S INVOICE AND CONFERENCE CALL WITH CHANIN THEREOF (0.7); EMAILS TO THE COMPANY RE: PROFESSIONALS THAT ALLEGEDLY DO NOT DO WORK FOR DELPHI AND WANT TO BE TAKEN OUT OF THE DEBTORS' OCP LIST (0.6); COORDINATING FILING OF FEE APPLICATIONS (1.2); REVIEW AND REVISE NOTICE OF FEE APPLICATION DEADLINE (0.3). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

DE ELIZALDE D    03/03/06    4.80    CHECKING ON STATUS OF APPLICATION FOR
EMPLOYMENT OF CADWALADER, DICKINSON,
AND CROWELL (0.7); TELECONFERENCE
WITH J. MILLERMAN RE: RETENTIONS
(0.2); COORDINATED SENDING COURTESY
COPIES OF THE RETENTION TO JIM
MILLERMAN (0.5); UPDATE PAYMENT
TRACKING CHART RE: PROFESSIONALS PER
M. PISCITELLI'S EMAIL (1.5);
COORDINATE PAYMENT OF PROFESSIONALS
WITH M. PISCITELLI (PRICE HENEVELD)
(0.4); EMAIL CANTOR COLBURN RE:
OBJECTIONS TO FEE STATEMENT (0.3);
TELECONFERENCE WITH C. REIMER FROM
MAYER BROWN RE: RETENTION OF SUCH
FIRM (0.9); SENT FORMS OF OCP
AFFIDAVIT AND COS TO PROFESSIONAL IN
OUR OCP LIST (0.3).

DE ELIZALDE D    03/06/06    6.60    ANALYSIS OF INSTRUCTIONS GIVEN TO
COMPANY RE: PAYMENT OF PROFESSIONAL
FEES (2.9); TRACKING PAYMENT OF
PROFESSIONAL INVOICES (2.7); PROVIDED
GUIDANCE TO ORDINARY COURSE
PROFESSIONALS RE: DRAFTING, SERVING,
AND FILING OCP AFFIDAVITS (0.6);
PROVIDED GUIDANCE TO JLL RE: FILING
FEE APPLICATIONS (0.4).

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| DE ELIZALDE D | 03/07/06 | 9.90 | ANALYSIS OF CHART PROVIDED BY FTI TO TRACK FEES PAID TO ORDINARY COURSE PROFESSIONALS (1.2); ANALYSIS OF LETTER BY PROFESSIONAL REQUESTING DELETION FROM OUR OCP LIST (0.5); ANALYSIS OF DLA PIPER'S OCP AFFIDAVIT (0.6); TRACKED FEES PAID AND FEE STATEMENTS SUBMITTED BY FTI AND BUTZEL LONG (1.6); ANALYSIS OF OBJECTION DEADLINE RE: FEE STATEMENTS (0.9); TELECONFERENCES AND EMAILS WITH MAYER BROWN RE: THEIR RETENTION APPLICATION (0.3); TELECONFERENCE WITH PINHERO NETO ADVOGADOS RE: REQUEST FOR DELETION FROM OUR OCP LIST (0.5); ANALYSIS OF OCP LIST (0.2); ANALYSIS OF REQUEST BY HONIGMAN TO BE TAKEN OUT OF THE OCP LIST (0.5); ANALYSIS OF REQUEST BY MOBILEARIA TO INCLUDE DELOITTE AS OCP (0.9); RESPONDED TO EMAIL BY JUNKIN, PEARSON, HARRISON & JUNKIN RE: REQUEST OF DELETION FROM OCP LIST (0.4); RESPONDED TO QUESTION FROM THE COMPANY RE: PAYMENT OF 20% HOLDBACK (0.3); RESPONDED TO MOBILEARIA'S QUESTIONS RE: RETENTION OF D&T (0.5); ANALYSIS OF RETENTION OF MORGAN LEWIS (0.4); ADVICE TO DLA PIPER RE: SERVICE OF AFFIDAVIT OF OCP (0.2); ANALYSIS OF DECLARATION BY CHANIN (0.2); ANSWERED COMPANY'S QUESTION RE: 20% HOLDBACK OF FEES (0.4); RESPONDED TO JLL'S OUTSIDE COUNSEL QUESTION RE: FILING OF FEE APPLICATIONS (0.2); ANALYSIS OF REQUEST OF SAP AMERICA INC. TO BE TAKEN OUT OF THE OCP LIST (0.1). |
| DE ELIZALDE D | 03/08/06 | 5.70 | RESEARCH RE: SECTION 327(E) REQUIREMENTS (0.8); ANALYSIS OF AFFIDAVIT OF LEGAL OCP OF TWO FIRMS (1.3); ADVICE RE: RETENTION OF MORGAN LEWIS (1.5); REVISED OCP LIST TO TAKE MCDERMOTT WILL & EMERY LLP OUT OF IT (0.3); SUPERVISED FILING OF OCP AFFIDAVITS (0.6); ANALYSIS OF MAYER BROWN RETENTION (1.2). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

DE ELIZALDE D       03/09/06       6.70    RESEARCH RE: SECTION 327(E)
                                            REQUIREMENTS (3.2); TELECONFERENCES
                                            WITH PROFESSIONALS LISTED IN OUR OCP
                                            LIST TO INFORM OF REQUIREMENTS OF THE
                                            OCP ORDER (0.6); TELECONFERENCE WITH
                                            DELPHI'S TAX DEPARTMENT AND B. KAPLAN
                                            RE: KPMG FOREIGN ENTITIES (0.5);
                                            ASSISTANCE TO MAYER BROWN RE: THEIR
                                            RETENTION APPLICATION (0.5);
                                            SUPERVISED FILING OF OCP AFFIDAVIT
                                            (0.2); ANALYSIS OF PROFESSIONALS
                                            RENDERING ADVICE TO MOBILEARIA (0.6);
                                            REVISED OCP LIST (0.3); ADVISED DLA
                                            PIPER RE: FILING OF OCP AFFIDAVIT
                                            (0.4); REQUESTED CERTIFICATE OF NO
                                            OBJECTIONS TO BANNER AND WITCOFF'S
                                            FEE STATEMENT (0.2); REQUESTED
                                            CERTIFICATE OF NO OBJECTION TO
                                            CHANIN'S FEE STATEMENT (0.2);
                                            REQUESTED CERTIFICATE OF NO OBJECTION
                                            TO WILMER'S FEE STATEMENT.

DE ELIZALDE D       03/10/06       4.30    ANALYSIS OF WHETHER CONSULTANTS
                                            RETAINED TO ANALYZE LABOR ISSUES ARE
                                            "PROFESSIONALS" UNDER THE BANKRUPTCY
                                            CODE (1.2); ALERTED THE COMPANY AS TO
                                            PAYMENT OF WILMER'S JANUARY FEE
                                            STATEMENT (0.3); CONFERENCE WITH
                                            PRICE HENEVELD RE: SUBMISSION OF FEE
                                            STATEMENT (0.2); ANALYSIS OF
                                            RETENTION ORDERS RE: THOMPSON HINE
                                            AND QUINN EMANUEL (0.6); ANALYSIS OF
                                            ORDERS RE: COVINGTON, RADER, JAECKLE,
                                            DICKINSON AND CROWELL (1.5); ANALYSIS
                                            OF E&Y RETENTION LETTER (0.3);
                                            ALERTED THE COMPANY AS TO PAYMENT OF
                                            BANNER & WITCOFF'S FEE STATEMENT
                                            (0.2).

DE ELIZALDE D       03/13/06       3.10    REVIEW AND COMMENT ON E&Y'S AUDIT
                                            RETENTION LETTER (0.9); REVIEW AND
                                            REVISE DLA PIPER'S AFFIDAVIT AND
                                            SUPERVISED FILING THEREOF (0.5);
                                            INFORMED MOBILEARIA OF FILING OF DLA
                                            PIPER'S AFFIDAVIT (0.1); EMAIL LAZARD
                                            TO ASK A QUESTION RE: FIRST INVOICE
                                            (0.1); UPDATE CHART RE: PAYMENTS TO
                                            PROFESSIONALS (0.5); EMAIL GROOM LAW
                                            TO INQUIRE ABOUT OBJECTIONS TO THEIR
                                            JANUARY FEE STATEMENT (0.2); REVIEW
                                            STATUS OF PAYMENT OF PROFESSIONAL
                                            FEES (0.8).

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

DE ELIZALDE D      03/14/06      5.20   REMOVAL OF VORYS SATER SEYMOUR AND
                                        PEASE AND CLAYTON FROM THE OCP LIST
                                        (0.5); ADVISED THE COMPANY RE:
                                        PAYMENT OF GROOM LAW'S JANUARY FEE
                                        STATEMENT (0.2); SENT REVISED OCP
                                        LIST TO COMPANY FOR APPROVAL (0.3);
                                        DRAFTED E&Y RETENTION APPLICATION
                                        (1.6); ANALYSIS OF PWC'S RETENTION
                                        LETTER (0.4); REVISED OCP LIST (0.4);
                                        REQUESTED AUTHORIZATION FROM DELPHI
                                        TO REMOVE VEREENIGDE FROM THE OCP
                                        LIST (0.2); SENT OCP LIST FOR FINAL
                                        SIGN OFF (0.1); INSTRUCTIONS TO
                                        DELPHI TO PAY HUMAN RESOURCES
                                        CONSULTANT (0.2); TELECONFERENCE WITH
                                        E&Y'S OUTSIDE COUNSEL RE:
                                        FINALIZATION OF TAX ENGAGEMENT LETTER
                                        AND TREATMENT OF FOREIGN E&Y ENTITIES
                                        (0.5); TRACKED OBJECTIONS TO FEE
                                        STATEMENTS OF OMM, ROTHSCHILD, AND
                                        WARNER STEVENS (0.6); EMAIL TO S.
                                        CORCORAN RE: OUTSTANDING ISSUES RE:
                                        E&Y APPLICATION (0.1); AUTHORIZED
                                        PAYMENT OF PRICE HENEVELD'S INVOICE
                                        (0.1).

DE ELIZALDE D      03/15/06      7.90   COORDINATED PAYMENT OF OMM JANUARY
                                        INVOICE (0.3); COORDINATED PAYMENT OF
                                        ROTHSCHILD'S JANUARY FEE STATEMENT
                                        (0.3); COORDINATED PAYMENT OF WARNER
                                        STEVENS' JANUARY FEE STATEMENT (0.3);
                                        REVIEWED AND REVISED E&Y APPLICATION,
                                        ENGAGEMENT LETTERS AND PROPOSED ORDER
                                        (3.9); REVISED OCP LIST AND SEND IT
                                        TO S. CORCORAN FOR HIS SIGN OFF
                                        (0.7); REVIEWED RADER'S FEE STATEMENT
                                        (0.4); EMAIL TO MOBILEARIA RE:
                                        AUDITORS FOR 2006 (0.3); REPLIED TO
                                        EMAIL FROM J. VITALE RE: INVOICES OF
                                        LAZARD AND MILLIMAN (0.2); SENT EMAIL
                                        TO S. CORCORAN RE: STATUS OF E&Y
                                        APPLICATION (0.3); EMAILED JLL RE:
                                        OBJECTIONS TO JANUARY STATEMENT
                                        (0.3); EMAILED L. WATKINS RE:
                                        OBJECTIONS TO JANUARY FEE STATEMENT
                                        (0.2); EMAILED MESIROW RE: OBJECTIONS
                                        TO JANUARY FEE STATEMENT (0.2);
                                        EMAILED TOGUT RE: OBJECTIONS TO
                                        JANUARY FEE STATEMENT (0.3);
                                        COORDINATED PAYMENT OF MESIROW
                                        JANUARY FEE STATEMENT (0.1);
                                        COORDINATED PAYMENT OF TOGUT JANUARY
                                        FEE STATEMENT (0.1).

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| DE ELIZALDE D | 03/16/06 | 13.20 | REVIEW AND REVISED E&Y APPLICATION (6.8); ANALYSIS RE: ENGAGEMENT LETTER RE: E&Y (1.4); SUPERVISE FILING OF OCP LIST (1.7); ANALYSIS OF PAGEMILL'S PROPOSED ENGAGEMENT LETTER (0.7); ANALYSIS OF REQUIREMENT OF DISINTERESTEDNESS RE: PAGEMILL'S APPLICATION (1.1); REVIEW AND REVISE OCP LIST (0.6); ANALYSIS OF PAGEMILL'S RETENTION (0.9). |
| DE ELIZALDE D | 03/17/06 | 10.20 | REVIEW AND REVISE NOTICE OF PRESENTMENT RE: E&Y (0.5); SENT SECOND REVISED OCP LIST FILED ON MARCH 16, 2006 TO COMPANY (0.4); EMAIL M. BROUDE RE: OBJECTIONS TO LATHAM AND S. HALL'S FEE STATEMENT FOR THE MONTH OF JANUARY 2006 (0.3); INSTRUCT THE COMPANY RE: PAYMENT OF FEE STATEMENTS (0.4); REVIEW AND REVISE E&Y APPLICATION (5.7); ANALYSIS RE: ENGAGEMENT LETTER RE: E&Y (1.5); SUPERVISE FILING OF E&Y RETENTION APPLICATION (1.4). |
| DE ELIZALDE D | 03/20/06 | 5.60 | ANALYSIS OF NEED OF RETENTION OF AUCTIONEER OF SURPLUS EQUIPMENT (2.5); FOLLOWED-UP ON PAYMENT OF PROFESSIONALS (1.8); ANALYSIS OF RETENTION OF INVESTMENT BANKING FIRM (1.3). |
| DE ELIZALDE D | 03/21/06 | 2.60 | TELECONFERENCES WITH FTI AND M. HALL RE: RETENTION OF AUCTIONEER (0.9); CHECKED STATUS OF PAYMENT OF PROFESSIONALS (0.8); TELECONFERENCE WITH TWO FIRMS RE: THEIR PROFESSIONAL INVOICES (0.5); TELECONFERENCE WITH JAECKLE RE: BILLING ARRANGEMENT WITH DELPHI (0.4). |
| DE ELIZALDE D | 03/22/06 | 4.20 | TELECONFERENCE WITH ICE MILLER RE: FILING OF OCP AFFIDAVIT (0.3); REVIEW DOWNS & STANFORD' S OCP AFFIDAVIT (0.4); TELECONFERENCE WITH CHRISTIE, PARKER & HALE, LLP RE: COMPLETION OF AFFIDAVIT (0.2); SUPERVISE E&Y'S RETENTION FILING (0.3); REVIEW AND REVISE CHART RE: TRACKING OF PROFESSIONALS' FEES (1.9); REVIEW AND REVISE CHINA PATENT AGENT'S AFFIDAVIT OF OCP (0.6); INQUIRY RE: BNP PARIBAS AS OCP (0.3); ANSWER QUINN EMANUEL'S QUESTIONS RE: FEE APPLICATIONS (0.2). |
| DE ELIZALDE D | 03/23/06 | 3.50 | UPDATE CHART RE: TRACKING OF FEES (1.5); TELECONFERENCE WITH PAGEMILL RE: FILING RETENTION APPLICATION (0.3); REVISE AND UPDATE OCP LIST (1.2); INQUIRY RE: SEYFARTH SHAW LLP AS OCP (0.2); SUPERVISE FILING OF OCP AFFIDAVIT BY CHRISTIE, PARKER & HALE LLP (0.3). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

DE ELIZALDE D        03/24/06        5.90    SUPERVISE FILING AFFIDAVIT OF
PHILLIPS ORMONDE & FITZPATRICK (0.2);
TELECONFERENCE WITH BAKER MCKENZIE
RE: FILING OF AFFIDAVIT (0.4); EMAIL
TO J. VITALE RE: PAYMENT OF MESIROW,
A&M, AND CHANIN (0.2); REVISE THIRD
AMENDED OCP LIST (0.5);
TELECONFERENCE WITH UCC'S CONFLICTS
COUNSEL RE: E&Y'S APPLICATION (0.2);
TRACK PAYMENTS TO PROFESSIONALS AND
UPDATED CHART (1.3); ANALYZE CHANGES
TO PAGEMILL'S ENGAGEMENT LETTER
(0.4); DEALT WITH REQUEST FROM UCC TO
EXTEND TIME TO OBJECT TO E&Y
APPLICATION (1.1); OKAY PAYMENT OF
BUTZEL LONG AND WARNER STEVENS'
JANUARY FEE STATEMENTS (0.3); REQUEST
INFORMATION FROM THE COMPANY RE:
PAYMENT OF DELOITTE'S INVOICE (0.2);
REQUEST INFORMATION RE: PAYMENT OF
JLL, E&Y, FTI, AND KCC'S FEE
STATEMENTS FOR THE MONTHS OF DECEMBER
THROUGH FEBRUARY (0.4); UPDATE FEE
PAYMENT CHART (0.7).

DE ELIZALDE D        03/27/06        5.00    REVIEW AND REVISE SECOND SUPPLEMENTAL
INTERIM COMPENSATION ORDER (1.6);
SENT EMAIL TO E&Y'S OUTSIDE COUNSEL
RE: EXTENSION OF DEADLINE TO OBJECT
TO E&Y'S APPLICATION (0.2); SUPERVISE
UPDATE OF CHART RE: RETENTION OF
PROFESSIONALS (0.3); EMAIL S.
CORCORAN RE: RETENTION OF PWC (0.1);
ANALYSIS OF PRECEDENT RE: 363 MOTION
TO APPROVE CONTRACT WITH CONSULTANT
(0.5); UPDATE ON PAGEMILL'S
APPLICATION (0.3); TELECONFERENCE
WITH KPMG'S OUTSIDE COUNSEL RE:
FILING FEE APPLICATIONS (0.3);
REQUEST INFORMATION ABOUT OBJECTIONS
TO SEVERAL FIRMS (0.9); REQUEST
INFORMATION ABOUT PAYMENT OF
PROFESSIONALS TO THE COMPANY (0.8).

DE ELIZALDE D        03/28/06        5.20    TELECONFERENCE WITH J. WEISS (LATHAM)
RE: QUESTIONS ABOUT OCP LIST (0.3);
EMAILED COMPANY RE: UCC QUESTIONS
ABOUT OCP LIST (0.2); TELECONFERENCE
WITH JAECKLE AND COMPANY RE: BILLING
SYSTEM FOR PATENT ATTORNEYS (0.6);
INSTRUCTED THE COMPANY AS TO PAYMENTS
OF PRICE HENEVELD AND HOWARD AND
HOWARD'S FEE STATEMENTS (0.4); REVISE
CHART RE: FILED AFFIDAVITS (0.5);
REVIEW AND REVISE CHART RE: TRACKING
OF PAYMENT OF INVOICES OF RETAINED
PROFESSIONALS (0.9); DRAFT ORDER RE:
DEADLINE TO FILE FEE APPLICATIONS
(1.8); ANALYSIS RE: CADWALADAR'S
INVOICES (0.5).

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| DE ELIZALDE D | 03/29/06 | 6.60 | TELECONFERENCE WITH SWIFT CURRIE RE: INVOICES (0.6); REQUEST TO RADER FISHMAN RE: OBJECTIONS TO FEE STATEMENT (0.2); INQUIRY INTO COMPANY RE: S. HALL'S INVOICES (0.3); SENT UPDATED OCP LIST AND UPDATED FILED AFFIDAVITS LIST TO COMPANY (0.5); ANALYSIS OF LAZARD'S FIRST MONTHLY STATEMENT (0.4); ANALYSIS RE: LETTER FROM OCP REQUESTING TO BE DELETED FROM OCP LIST (0.3); ANALYSIS AND NEGOTIATION OF INFORMAL OBJECTION OF UCC TO E&Y'S RETENTION (1.6); EMAIL TO THE COMPANY RE: PAYMENT OF UNIONS' FINANCIAL ADVISORS (0.6); ANSWER TO THE COMPANY'S QUESTION RE: WILLIAM R. JENTES PC AS OCP OR SUPPLIER (0.5); RESPONSE TO UCC'S QUESTION RE: A.S.K. SERVICES AS AN OCP (0.2); RESPONSE TO UCC'S QUESTION RE: FOREIGN OCPS (0.3); SUPERVISED PAYMENT OF WARNER STEVENS' INVOICES (0.2); REVISED CHART RE: PAYMENT OF PROFESSIONALS (0.3); INSTRUCTED DELPHI RE: PAYMENT OF RADER'S FEE STATEMENT (0.2); ANALYSIS RE: LATHAM AND STEVEN HALL'S INVOICES (0.4). |
| DE ELIZALDE D | 03/30/06 | 5.40 | ANALYSIS AND NEGOTIATION RE: INFORMAL OBJECTION OF THE UCC TO E&Y'S RETENTION (1.5); TELECONFERENCE WITH CHAMBERS RE: PRESENTMENT OF E&Y'S RETENTION (0.2); REVIEW AND REVISE THE CHART INCLUDING ALL OCP FIRMS WHO HAVE FILED AFFIDAVITS (1.2); REVIEW AND REVISE OCP LIST (0.5); ANALYSIS OF PAGEMILL'S DECLARATION IN SUPPORT OF APPLICATION FOR EMPLOYMENT (1.5); EMAIL TO JLL'S OUTSIDE COUNSEL RE: FILING FEE APPLICATIONS (0.5). |
| DE ELIZALDE D | 03/31/06 | 2.30 | SUPERVISE FILING OF OCP AFFIDAVITS (0.5); SUPERVISE FILING OF FEE APPLICATIONS (0.4); SENT SECOND AMENDED INTERIM COMPENSATION ORDER TO JLL'S OUTSIDE COUNSEL (0.2); ANALYSIS OF REVISED PAGEMILL'S DECLARATION (0.3); SUPERVISED DRAFTING OF PAGEMILL'S APPLICATION (0.4); COORDINATE PAYMENT OF UNIONS' INVOICES (0.3); ANALYSIS OF WHETHER MILLER JOHNSON IS AN OCP (0.2). |

**136.20**

| | | | |
|---|---|---|---|
| DIAZ LB | 03/28/06 | 0.90 | REVIEW RETENTION AGREEMENTS, FEE APPLICATIONS AND OTHER RELATED DOCUMENTS THAT NEED TO BE DRAFTED FOR THE CASE (0.9). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| DIAZ LB | 03/31/06 | 3.10 | DRAFT APPLICATION AND PROPOSED ORDER FOR PAGEMILL (3.1). |
| | | **4.00** | |
| MEISLER RE | 03/06/06 | 0.20 | ATTENTION TO MONTHLY ESTIMATES PER K. BAMBACH INQUIRY FOR LATHAM AND TOGUT (0.2). |
| MEISLER RE | 03/07/06 | 1.50 | TELECONFERENCE WITH B. SCHEIBE RE: RETENTION OF MORGAN LEWIS (0.3); FOLLOW UP RE: SAME (0.9); ATTENTION TO INTERIM FEE APPLICATIONS FOR OCPS (0.3). |
| MEISLER RE | 03/08/06 | 1.10 | CONTINUE ATTENTION TO MORGAN LEWIS RETENTION (1.1). |
| MEISLER RE | 03/09/06 | 2.00 | ATTENTION TO RETENTION OF MAYER BROWN (0.2); CONTINUED FOLLOW UP RE: MORGAN LEWIS (0.7); TELECONFERENCE WITH B. SCHEIBE RE: SAME (0.1); DRAFTED INTERNAL CORRESPONDENCE RE: SAME (0.3); ATTENTION TO MOBILEARIA RETENTION MATTERS (0.2); TELECONFERENCE WITH E. KURTZMAN RE: MONTHLY COMPENSATION (0.2); DRAFTED INTERNAL CORRESPONDENCE RE: SAME (0.2); TELECONFERENCE WITH S. CHERNICH RE: OCP INQUIRY (0.1). |
| MEISLER RE | 03/10/06 | 0.20 | REVIEW OCP ORDERS (0.2). |
| MEISLER RE | 03/14/06 | 0.60 | ATTENTION TO E&Y RETENTION (0.6). |
| MEISLER RE | 03/15/06 | 3.50 | CONTINUE REVIEW AND ANALYSIS OF E&Y ENGAGEMENT LETTER AND RETENTION APPLICATION (3.5). |
| MEISLER RE | 03/16/06 | 1.90 | CONFERENCE WITH M. LOEB RE: E&Y RETENTION (0.6); CONTINUE REVIEW AND ANALYSIS RE: SAME (1.0); TELECONFERENCE WITH T. MATZ RE: SAME (0.3). |
| MEISLER RE | 03/23/06 | 0.30 | TELECONFERENCE WITH D. SHERBIN RE: E&Y RETENTION (0.1); FOLLOW UP RE: SAME (0.2). |
| MEISLER RE | 03/24/06 | 1.20 | CONFERENCES WITH D. DE ELIZALDE RE: E&Y AND UCC REQUEST FOR EXTENSION OF OBJECTION DEADLINE (0.4, 0.4); TELECONFERENCE WITH D. SHERBIN RE: SAME (0.4). |
| MEISLER RE | 03/25/06 | 0.30 | ATTENTION TO RETENTION MATTERS (0.3). |
| MEISLER RE | 03/29/06 | 1.40 | ATTENTION TO UCC INQUIRY RE: E&Y RETENTION (0.8); TELECONFERENCE WITH COUNSEL TO E&Y RE: SAME (0.2); FOLLOW UP RE: SAME (0.2); ATTENTION TO INQUIRIES RE: ORDINARY COURSE PROFESSIONALS (0.2). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MEISLER RE | 03/30/06 | 0.90 | CONTINUE ATTENTION TO E&Y RETENTION (0.3); RESOLVE ISSUE RE: SAME (0.3); CONFERENCES WITH M. WARNER RE: SAME (0.2, 0.1). |
| | | **15.10** | |
| STUART NL | 03/16/06 | 0.70 | REVIEW MATERIALS RELATED TO INVESTMENT BANKER RETENTION (0.7). |
| STUART NL | 03/24/06 | 3.20 | COMMENT ON MOBILEARIA INVESTMENT BANKER ENGAGEMENT LETTER (1.7); TELECONFERENCE WITH MOBILEARIA AND MOBILEARIA COUNSEL (0.9); FURTHER REVISIONS TO ENGAGEMENT LETTER (0.6). |
| | | **3.90** | |
| ZALTZMAN H | 03/01/06 | 2.40 | REVIEW KPMG HUNGARY OCP AFFIDAVIT AND CERT OF SERVICE (0.5); SPEAK WITH R. JUNGER OF OMM RE: PAYMENTS (0.1); CORRESPOND WITH M. FOWLER OF QUINN RE: FEE APP (0.2); SPEAK WITH E. HOWBERT OF DICKINSON WRIGHT RE: FEE APPLICATION (0.5); CORRESPOND WITH T. BRYANT OF HOWARD & HOWARD RE: FEE APP NOTICE (0.2); CORRESPOND WITH S. HUCK OF GROOM LAW GROUP RE: FEE APPLICATION (0.4); CORRESPOND WITH D. BRUSO OF CANTOR RE: FEE APP (0.2); SPEAK WITH T. BRYANT OF H&H RE: UPDATED DATES FOR FEE APP (0.1); DRAFT NOTICE OF DEADLINES OF FEE APPLICATION (0.2). |
| ZALTZMAN H | 03/02/06 | 2.10 | DRAFT NOTICE OF DEADLINE OF FEE APPLICATION (0.2); INITIATE MAYER BROWN RETENTION AS 327 (E) PROFESSIONAL (0.6); REVIEW OCP AFFIDAVITS AND CERTIFICATES OF SERVICE (0.2); REVIEW RETAINED PROFESSIONALS FEE STATEMENTS (0.2); REVIEW FEE APP NOTICE AND RECIPIENTS LIST (0.2); DRAFT REMINDER EMAIL TO ALL RETAINED PROFESSIONALS (0.3); CORRESPOND WITH J. ALLEN OF JAECKLE RE: FEE APP (0.1); CORRESPOND WITH M. BROUDE OF LATHAM AND WATKINS RE: FEE APPLICATION (0.1); CORRESPOND WITH E. HOWBERT OF DICKINSON WRIGHT RE: FEE APPLICATION (0.2). |
| ZALTZMAN H | 03/03/06 | 0.40 | CORRESPOND WITH E. HOWBERT OF DICKINSON RE: FEE APP (0.4). |
| ZALTZMAN H | 03/06/06 | 0.40 | REVIEW BLAKE STATUS AS 327(E) COUNSEL VERSUS 327(A) (0.3); CORRESPOND WITH A. KUSHNIR OF BLAKES RE: NEEDED DILIGENCE TO COMPLETE CONFLICTS REVIEW (0.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| ZALTZMAN H | 03/07/06 | 1.40 | SPEAK WITH T. RADOM OF BUTZEL RE: FEE APP (0.4); DRAFT FEE APPLICATION INFORMATION EMAIL TO ALL RETAINED PROFESSIONALS (0.4); CORRESPOND WITH P. UROFSKY OF CADWALADER RE: FEE APP (0.3); CORRESPOND WITH T. BRYANT OF HOWARD & HOWARD RE: FEE APP (0.1); CORRESPOND WITH A. KUSHNIR OF BLAKES RE: RETENTION APP STATUS (0.2). |
| ZALTZMAN H | 03/08/06 | 0.20 | SPEAK WITH S. SCHENK OF RADER FISHMAN RE: SUBMITTAL OF INVOICES (0.2). |
| ZALTZMAN H | 03/09/06 | 0.60 | REVIEW MAYER BROWN RETENTION STATUS (0.2) REVIEW CABINET M. POUPON'S OCP REQUEST (0.2) CORRESPOND WITH M. NAFT OF COVINGTON RE: RETENTION STATUS (0.2). |
| ZALTZMAN H | 03/10/06 | 1.20 | CORRESPOND WITH RETAINED PROFESSIONALS WHO HAD ORDER SIGNED TODAY FOR THEIR RETENTION AS 327 (E) COUNSEL (0.3); CORRESPOND WITH M. NAFT OF COVINGTON RE: NEXT RETENTION STEPS (0.1); SPEAK WITH S. CALNER OF RADER FISHMAN RE: FEE APP/INVOICES (0.1); REVIEW THOMPSON HINE AND QUINN RETENTION STATUS ISSUES (0.2); CORRESPOND WITH IRIS WOON OF QUINN RE: SIGNED RETENTION (0.1); CORRESPOND WITH L. BURICK OF THOMPSON HINE RE: THEIR SIGNED RETENTION ORDER (0.1); CORRESPOND WITH PHILIP UROFSKY OF CADWALADER RE: SIGNED RETENTION ORDER (0.1); CORRESPOND WITH J. ALLEN AND R. KISICKI OF JAECKLE RE: FEE APP (0.2). |
| ZALTZMAN H | 03/12/06 | 0.20 | CORRESPOND WITH J. PLEMMONS OF DICKINSON WRIGHT RE: RETENTION STATUS (0.2). |
| ZALTZMAN H | 03/13/06 | 0.20 | CORRESPOND WITH N. THOMPSON OF BLAKES RE: FEE APP (0.2). |
| ZALTZMAN H | 03/14/06 | 1.00 | SPEAK WITH J. DARIAN OF BUTZEL RE: NEW SERVICES RENDERED TO DELPHI RE: POSSIBLE RETENTION AMENDMENTS (0.2); REVIEW FEE INVOICES RECEIVED FROM RETAINED PROFESSIONALS (0.4); CORRESPOND WITH K. KGRZELAK OF PRICE RE: FEE PAYMENTS (0.3); CORRESPOND WITH T. RADOM OF BUTZEL LONG RE: RETENTION SERVICES (0.1). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| ZALTZMAN H | 03/15/06 | 1.70 | DRAFT E&Y NOTICE OF PRESENTMENT (0.5); REVIEW NEW NOTICE PROCEDURES REQUESTED BY CHAMBERS (0.4); CORRESPOND WITH J. DARIAN OF BUTZEL RE: AMENDING THEIR RETENTION STATUS (0.2); REVIEW M. GUARIGLIA OCP AFF (0.1); REVIEW DLA PIPER RUDNICK OCP AFF (0.1); CORRESPOND WITH S. HAUF OF OMM RE: FEE APP (0.3); CORRESPOND WITH T. RADOM OF BUTZEL RE: CHANGING RETENTION STATUS (0.1). |
| ZALTZMAN H | 03/16/06 | 0.70 | REVIEW KPMG HUNGARY OCP STATUS (0.2); CORRESPOND WITH PIROSKA PADAR OF KPMG HUNGARY RE: PAYMENT OF OCP FEES (0.2) CORRESPOND WITH J. DARIAN OF BUTZEL LONG RE: RETENTION AMENDMENT (0.1); CORRESPOND WITH T. LIENESCH OF THOMPSON HINE RE: FEE APPLICATION (0.2). |
| ZALTZMAN H | 03/17/06 | 2.50 | REVIEW E&Y NOTICE OF PRESENTMENT AND DRAFT CHANGES (0.8); CORRESPOND WITH J. NARCISSO OF BSI RE: OCP STATUS (0.1); REVIEW PAGEMILL PARTNERS ENGAGEMENT LETTER (1.1); PREPARE CONTACT CHART FOR RETAINED PROFESSIONALS (0.5). |
| ZALTZMAN H | 03/20/06 | 0.70 | REVIEW J. MEYER AFFIDAVIT OF OCP STATUS (0.3); REVIEW FILING REQUIREMENTS FOR PROESSIONALS UNDER THE INTERIM COMP ORDER (0.4). |
| ZALTZMAN H | 03/21/06 | 0.20 | SPEAK WITH M. FOWLER OF QUINN EMANUEL RE: FEE APPS (0.2). |
| ZALTZMAN H | 03/22/06 | 1.20 | CORRESPOND WITH S. HAUF OF OMM RE: FEE APP (0.1); CORRESPOND WITH S. HUCK OF GROOM RE: FEE APP (0.1); DRAFT REMINDER EMAIL TO ALL RETAINED PROFESSIONALS RE: UPCOMING FEE APP DEADLINE (0.3); CORRESPOND WITH T. RADOM AND J. DARIAN OF BUTZEL LONG RE: DRAFTING AMENDED RETENTION APPLICATIONS (0.4); SPEAK WITH J. DARIAN OF BUTZEL RE: AMENDED RETENTION (0.2); SPEAK WITH WESTON EGUCHI OF MAYER BROWN RE: FEE APP (0.1). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| ZALTZMAN H | 03/23/06 | 1.80 | CORRESPOND WITH W. EGUCHI OF MAYER BROWN RE: FEE APP (0.1); SPEAK WITH J. GUGLIELMO OF FTI RE: FEE APP (0.2); REVIEW M. CURLEY'S OCP AFF AND CERT OF SERVICE (0.2); REVIEW HOWARD AND HOWARD FEE APP NOTICE (0.2); CORRESPOND WITH C. SHIFLEY OF BANNER AND WITCOFF RE: FEE APP (0.1); SPEAK WITH C. SHIFLEY OF BANNER AND WITCOFF RE: FEE APP (0.2); CORRESPOND WITH L. BURICK OF THOMPSON HIRE RE: FEE APP (0.2); CORRESPOND WITH T. LENIESCH OF THOMPSON HIRE RE: FEE APP (0.1); CORRESPOND WITH J. GUGLIELMO AND S. RUSHING RE: THE FEE APP (0.3); CORRESPOND WITH M. PISCITELLI OF DELPHI RE: CONTINUED RETENTION OF OCP FIRM (0.2). |
| ZALTZMAN H | 03/24/06 | 4.20 | DRAFT PAGEMILL PARTNERS RETENTION APPLICATION (2.4); DRAFT PAGEMILL RETENTION ORDER (1.0); CORRESPOND WITH S. SCHENK OF RADER FISHMAN RE: FEE APP (0.2); RESEARCH FEE APP PRECEDENT RE: CERTAIN PROFESSIONALS QUESTIONS (0.4); EDIT PAGE MILL RETENTION APP PER CHANGES TO ENGAGEMENT LETTER (0.2). |
| ZALTZMAN H | 03/27/06 | 3.90 | DRAFT PAGEMILL RETENTION NOTICE OF PRESENTMENT, INCLUDING INCORPORATION OF NEW LANGUAGE RE: SUPPLEMENTAL CASE MANAGEMENT ORDER (0.8); DRAFT NEW FEE APP DEADLINE NOTICE (0.2); DRAFT SECOND SUPPLEMENTAL INTERIM COMP ORDER (1.4); EDIT PAGEMILL RETENTION PLEADINGS (1.0); REVIEW RETENTION MATERIALS FOR BOARD OF DIRECTORS MEETING (0.5). |
| ZALTZMAN H | 03/28/06 | 3.20 | CORRESPOND WITH J. GUGLIELMO OF FTI RE: FEE APP PROCEDURES (0.2); EDIT PROFESSIONALS CATEGORIZATION MEMORANDUM (0.1); REVIEW ICE MILLER OCP AFF AND CERT OF SERVICE AND DISCUSS ISSUES RAISED (0.3); CORRESPOND WITH E. IRION OF ROTHSCHILD RE: FEE APP (0.1); CORRESPOND WITH D. BRUSO OF CANTOR COLBURN RE: FEE APP (0.3;) CORRESPOND WITH C. SHIFLEY OF BANNER RE: FEE APP (0.2); DRAFT EMAIL TO ALL RETAINED PROFESSIONALS INFORMING THEM OF NEW FEE APP DEADLINE (0.4); CORRESPOND WITH S. HUCK OF GROOM RE: FEE APP (0.1); REVIEW FEE INVOICES AND OTHER PROFESSIONALS MAIL (0.2); CORRESPOND WITH P. UROFSKY OF CADWALADER RE: FEE STATEMENTS (0.1); DRAFT PWC RETENTION APPLICATION (1.2). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

ZALTZMAN H    03/29/06    1.10    REVIEW JOINT INTEREST AGREEMENT
MOTION (0.1); DRAFT PROPOSED ORDER
FOR PRICE WATER HOUSE COOPERS
RETENTION (0.4); DRAFT NOTICE OF
PRESENTMENT FOR
PRICEWATERHOUSECOOPERS RETENTION
APPLICATION (0.2); CORRESPOND WITH C.
SHIFLEY OF BANNER RE: FEE APP (0.2);
REVIEW C. HAMILTON OCP AFF AND CERT
OF SERVICE (0.1); REVIEW CHANIN'S FEE
INVOICE ON BEHALF OF VAW (0.1).

                             31.30

**Total Associate**          190.50

DEMMA J       03/01/06    3.60    CONTINUE UPDATING PROFESSIONAL
SUMMARY CHART (3.6).

DEMMA J       03/21/06    1.10    UPDATE FEE APPLICATION PROFESSIONALS
CHART (1.1).

                             4.70

SALAZAR AG    03/01/06    0.90    PREPARE AND ELECTRONICALLY FILE
AFFIDAVITS OF OCP AND UPDATE
RETENTION CHART (0.9).

SALAZAR AG    03/02/06    0.50    PREPARE AND FILE AFFIDAVITS OF OCP
AND UPDATE RETENTION CHARTS (0.5).

SALAZAR AG    03/07/06    1.90    PREPARE AND ELECTRONICALLY FILE
AFFIDAVITS OF OCP (0.9);  REVIEW
TERMS OF INTERIM COMPENSATION ORDER
(0.5); DRAFT PROFFER FOR INTERIM
COMPENSATION (0.5).

SALAZAR AG    03/09/06    0.60    PREPARE AND ELECTRONICALLY FILE
AFFIDAVITS OF OCP (0.6).

SALAZAR AG    03/13/06    0.10    PREPARE AND ELECTRONICALLY FILE
AFFIDAVIT OF OCP (0.1).

SALAZAR AG    03/14/06    0.30    PREPARE AND FILE AFFIDAVIT OF OCP
(0.3).

SALAZAR AG    03/16/06    0.60    PREPARE AND ELECTRONICALLY FILE
NOTICE OF REVISED OCP (0.6).

SALAZAR AG    03/17/06    0.50    SEND OCP LIST TO CLIENT (0.2); REVIEW
E&Y RETENTION APPLICATIONS FOR FILING
(0.3).

SALAZAR AG    03/23/06    1.30    COLLECT ALL ERNST & YOUNG PLEADINGS
AND COURIER TO CHAMBERS FOR ENTRY OF
ORDER (0.8); PREPARE AND FILE
AFFIDAVIT OF OCP (0.5).

SALAZAR AG    03/24/06    0.40    PREPARE AND ELECTRONICALLY FILE
AFFIDAVIT OF OCP (0.4).

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| SALAZAR AG | 03/27/06 | 1.50 | DISTRIBUTE INTERIM COMPENSATION ORDER (0.4); REVIEW LIST OF OCPS FILED (0.1); REVIEW CORRESPONDENCE AND DISTRIBUTE TO RESPONSIBLE PARTIES (1.0). |
| SALAZAR AG | 03/28/06 | 0.40 | REVIEW OCP LIST FOR PROFESSIONALS RETAINED (0.4). |
| | | **9.00** | |
| ZSOLDOS AF | 03/01/06 | 3.40 | PRECEDENT RESEARCH FOR PROFESSIONAL FEE APPLICATIONS (1.1); UPDATE FEE CHART (2.3). |
| ZSOLDOS AF | 03/02/06 | 4.60 | UPDATE, FORMAT, AND MAKE FEE CHART MORE MANAGEABLE (3.7); RECONCILE EMAIL ADDRESSES OF CONTACT PERSON AT RETAINED PROFESSIONALS FIRM (0.9). |
| ZSOLDOS AF | 03/03/06 | 2.70 | PREPARE COURTESY COPIES OF RECENTLY FILED APPLICATIONS FOR THE COURT (0.9); UPDATE FEE APPLICATION CHART (1.8). |
| ZSOLDOS AF | 03/07/06 | 1.50 | RESEARCH NORTHWEST DOCKET FOR ORDER RE: REDUCTION IN PROFESSIONAL FEES (0.3); UPDATE FEE APPLICATION CHART (1.2). |
| ZSOLDOS AF | 03/08/06 | 1.40 | UPDATE PROFESSIONALS FEE APPLICATIONS CHART (1.4). |
| ZSOLDOS AF | 03/13/06 | 1.40 | RESEARCH RE: D. RESNICK IN OTHER CASES (0.2); PREPARE LIST OF ADDRESSES OF RETAINED PROFESSIONALS (1.2). |
| ZSOLDOS AF | 03/14/06 | 3.30 | FILE AND ORGANIZE FEE STATEMENTS, AND DISCARD DUPLICATES (2.2); UPDATE AND FORMAT FEE CHART (1.1). |
| ZSOLDOS AF | 03/15/06 | 0.60 | CREATE LIST OF ADDRESSES OF RETAINED PROFESSIONALS (0.6). |
| ZSOLDOS AF | 03/16/06 | 1.80 | UPDATE MEMO OF PROFESSIONALS AND CREATE LIST OF ADDRESSES OF PROFESSIONALS (1.8). |
| ZSOLDOS AF | 03/23/06 | 0.80 | CREATE LIST OF FIRMS THAT HAVE PAID AND THAT HAVE PAYMENTS PENDING (0.8). |
| ZSOLDOS AF | 03/24/06 | 1.90 | UPDATE FEE CHART, SORT AND FILE STATEMENTS (1.1); RESEARCH RE: PROPOSED ORDERS IN FEE APPLICATIONS FILED IN MAJOR SDNY CASES (0.8). |
| ZSOLDOS AF | 03/27/06 | 1.50 | FEE CHART UPDATING (1.5). |
| ZSOLDOS AF | 03/28/06 | 1.90 | CREATE LIST OF ADDRESSES OF UCC AND DEBTOR'S RETAINED PROFESSIONALS (0.3); UPDATE FEE CHARTS (1.6). |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

ZSOLDOS AF          03/29/06          0.40    UPDATE FEE CHARTS (0.4).

                                      27.20

**Total Legal Assistant**            **40.90**

**TOTAL TIME**                        **259.20**

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                           Bill Date: 04/30/06
Retention / Fee Matters/Objections (Others)        Bill Number: 1108601

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 03/03/06 | Copy Center, D | 0.80 |
| In-house Reproduction | 03/03/06 | Copy Center, D | 555.03 |
| In-house Reproduction | 03/07/06 | Copy Center, D | 94.62 |
| In-house Reproduction | 03/14/06 | Copy Center, D | 326.38 |
| In-house Reproduction | 03/17/06 | Copy Center, D | 47.01 |
| In-house Reproduction | 03/24/06 | Copy Center, D | 214.55 |
| In-house Reproduction | 03/28/06 | Copy Center, D | 17.80 |
| In-house Reproduction | 03/31/06 | Copy Center, D | 0.10 |
| In-house Reproduction | 03/31/06 | Copy Center, D | 803.71 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$2,060.00** |
| Telephone Expense | 03/31/06 | Telecommunications, D | 7.83 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 8.91 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.24 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.02 |
| | | **TOTAL TELEPHONE EXPENSE** | **$17.00** |
| Lexis/Nexis | 03/08/06 | De Elizalde D | 330.59 |
| Lexis/Nexis | 03/21/06 | De Elizalde D | 119.41 |
| | | **TOTAL LEXIS/NEXIS** | **$450.00** |
| | | **TOTAL MATTER** | **$2,527.00** |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                              Bill Date: 05/31/06
Retention / Fee Matters/Objections (Others)          Bill Number: 1108515

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 04/01/06 | 0.20 | REVIEW CALLAWAY INFORMATION FROM J. SHEEHAN AND CONSIDER SAME (0.2). |
| BUTLER, JR. J | 04/05/06 | 0.40 | CONTINUE TO PREPARE FOR APRIL 7TH OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE FEE COMMITTEE MOTION INCLUDING EMAILS FROM/TO US TRUSTEE AND B. ROSENBERG (0.4). |
| BUTLER, JR. J | 04/06/06 | 2.20 | CONTINUE TO PREPARE FOR APRIL 7TH OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: FEE COMMITTEE MOTION INCLUDING REVIEW AND REVISION OF PROPOSED FEE COMMITTEE ORDER AND PROTOCOL (1.2); EMAILS FROM/TO J. SHEEHAN AND CONFERENCE WITH J. SHEEHAN RE CALLOWAY FIRM (0.4); EMAILS FROM J. PAPELIAN AND D. SHERBIN AND FOLLOW-UP RE UNRDACTED FEE APPLICATION FILING FROM SECTION 327(E) FIRM AND NEXT STEPS (0.6). |
| BUTLER, JR. J | 04/07/06 | 0.60 | PREPARE FOR (0.2) AND PARTICIPATE IN (0.4) OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: FEE COMMITTEE MOTION. |
| BUTLER, JR. J | 04/11/06 | 0.20 | FOLLOW-UP ON CALLOWAY MATTER (0.2). |
| BUTLER, JR. J | 04/24/06 | 0.40 | CONTINUE TO REVIEW AND REVISE SUPPLEMENTAL COMPENSATION PROCEDURES ORDER (0.2); FOLLOW-UP ON ELIMINATION OF INTERIM HOLDBACKS ON SECTION 328(A) RETENTIONS INCLUDING EMAILS FROM/TO B. SHAW (0.2). |
| BUTLER, JR. J | 04/26/06 | 0.30 | REVIEW SUPPLEMENTAL INTERIM COMPENSATION PROCEDURES ORDER (0.3). |
| BUTLER, JR. J | 04/28/06 | 0.60 | CONTINUE TO REVIEW SUPPLEMENTAL INTERIM COMPENSATION PROCEDURES ORDER (0.3); EMAILS TO/FROM A. LEONHARD AND B. ROSENBERG RE PROPOSED ELIMINATE OF HOLDBACKS FOR SECTION 328 FINANCIAL PROFESSIONALS (0.3). |

                                        **4.90**

B43E