Brian Trust (BT-0347)
Michelle Holl (MH-6837)
MAYER, BROWN, ROWE & MAW LLP
1675 Broadway
New York, New York 10019
Phone: (212) 506-2500
Facsimile: (212) 262-1910

*Counsel for Ernst & Young LLP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                          :    Chapter 11
                                                               :
    DELPHI CORPORATION, *et al.,*               :    Case No. 05-44481 (RDD)
                                                               :
                  Debtors.    :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

        STEVEN R. LIEBER, BEING DULY SWORN, DEPOSES AND SAYS:

        1. I am over the age of eighteen years and employed in the offices of Mayer, Brown, Rowe & Maw LLP, 1675 Broadway, New York, New York, 10019. I am not a party to this action and reside in New York, New York.

        2. On July 31, 2006, I caused true copies of the following documents to be served upon the parties set forth on the attached service by first class U.S. mail:

        (a) **NOTICE OF FILING OF SECOND APPLICATION OF ERNST & YOUNG LLP, AS INDEPENDENT AUDITORS, ACCOUNTANTS AND TAX ADVISORS TO DEBTORS, FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR PROFESSIONAL SERVICES AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES**; and

17386124

(b) **SECOND APPLICATION OF ERNST & YOUNG LLP, AS INDEPENDENT AUDITORS, ACCOUNTANTS AND TAX ADVISORS TO DEBTORS, FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR PROFESSIONAL SERVICES AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES**.

/s/ Steven R. Lieber

Venue: State of New York, County of New York

Sworn to before me this 2nd day of August, 2006

/s/ Michael Chan; Notary Public, State of New York;
No. 01CH6120938; Qualified in Queens County;
Commission Expires January 3, 2009; Certificate filed
in New York County.

17386124

**SERVICE LIST**

General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098

John Wm Butler, Jr.
Skadden, Arps, Slate, Meagher & FLom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Marlene Melican
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017

Robert J Rosenberg
Mark A, Broude
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022

Michael D. Warner
Warner Stevens LLP
1700 City Center Tower II
301 Commerce Street
Fort Worth, Texas 76102

Alicia M. Leonhard
United States Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004

David M. Sherbin
Vice President & General Counsel
Delphi Corporation
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

17386124

John D. Sheehan
Vice President
 & Chief Restructuring Officer
Delphi Corporation
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Valeria Venable
GE Plastics, Americas
Credit Manager
GE Plastics, Americas
9930 Kincey Avenue
Huntersville, NC 28078

17386124

17386124