Brian Trust (BT-0347)
Michelle Holl (MH-6837)
MAYER, BROWN, ROWE & MAW LLP
1675 Broadway
New York, New York 10019
Phone: (212) 506-2500
Facsimile: (212) 262-1910

*Counsel for Ernst & Young LLP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                    :    Chapter 11
:
    DELPHI CORPORATION, *et al.,*     :    Case No. 05-44481 (RDD)
:
        Debtors.              :    (Jointly Administered)
:
---------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                        ) ss.:
COUNTY OF NEW YORK   )

        STEVEN R. LIEBER, BEING DULY SWORN, DEPOSES AND SAYS:

    1. I am over the age of eighteen years and employed in the offices of Mayer, Brown, Rowe & Maw LLP, 1675 Broadway, New York, New York, 10019. I am not a party to this action and reside in New York, New York.

    2. On July 31, 2006, I caused true copies of the following document to be served upon the parties set forth on the attached service list by electronic transmission:

        (a) **NOTICE OF FILING OF SECOND APPLICATION OF ERNST & YOUNG LLP, AS INDEPENDENT AUDITORS, ACCOUNTANTS AND TAX ADVISORS TO DEBTORS, FOR ALLOWANCE AND PAYMENT**

[Space intentionally left blank]

17386152

**OF COMPENSATION FOR PROFESSIONAL SERVICES AND
REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES**.

/s/ Steven R. Lieber

Venue: State of New York, County of New York
Sworn to before me this 2nd day of August, 2006

/s/ Michael Chan; Notary Public, State of New York;
No. 01CH6120938; Qualified in Queens County;
Commission Expires January 3, 2009; Certificate filed
in New York County.

17386152

| **SERVICE LIST** |
|---|
| 'david.boyle@airgas.com'; 'tajamie@ajamie.com'; 'aswiech@akebono-usa.com'; 'pgurfein@akingump.com'; 'mgreger@allenmatkins.com'; 'craig.freeman@alston.com'; 'dconnolly@alston.com'; 'dwender@alston.com'; 'bkessinger@akebono-usa.com'; 'steven.keyes@aam.com'; 'gogimalik@andrewskurth.com'; 'mblacker@andrewskurth.com'; 'lwalzer@angelogordon.com'; 'mtf@afrct.com'; 'aleinoff@amph.com'; 'mhamilton@ampn.com'; 'Cohen.Mitchell@arentfox.com'; 'Hirsh.Robert@arentfox.com'; 'dladdin@agg.com'; 'joel_gross@aporter.com'; 'cgalloway@atsautomation.com'; 'kim.robinson@bfkpn.com'; 'william.barrett@bfkpn.com'; 'alan.mills@btlaw.com'; 'john.gregg@btlaw.com'; 'mark.owens@btlaw.com'; 'michael.mccrory@btlaw.com'; 'pmears@btlaw.com'; 'wendy.brewer@btlaw.com'; 'ffm@bostonbusinesslaw.com'; 'tom@beemanlawoffice.com'; 'hannah@blbglaw.com'; 'sean@blbglaw.com'; 'wallace@blbglaw.com'; 'murph@berrymoorman.com'; 'klaw@bbslaw.com'; 'lschwab@bbslaw.com'; 'pcostello@bbslaw.com'; 'tgaa@bbslaw.com'; 'fatell@blankrome.com'; 'mrichards@blankrome.com'; 'rmcdowell@bodmanllp.com'; 'chill@bsk.com'; 'csullivan@bsk.com'; 'sdonato@bsk.com'; 'jhinshaw@boselaw.com'; 'amcmullen@bccb.com'; 'rjones@bccb.com'; 'massimiliano_cini@brembo.it'; 'dludman@brownconnery.com'; 'schristianson@buchalter.com'; 'mhall@burr.com'; 'sabelman@cagewilliams.com'; 'jonathan.greenberg@engelhard.com'; 'rusadi@cahill.com'; 'driggio@candklaw.com'; 'rweisberg@carsonfischer.com'; 'cahn@clm.com'; 'japplebaum@clarkhill.com'; 'sdeeby@clarkhill.com'; 'rgordon@clarkhill.com'; 'maofiling@cgsh.com'; 'maofiling@cgsh.com'; 'tmaxson@cohenlaw.com'; 'jvitale@cwsny.com'; 'bceccotti@cwsny.com'; 'srosen@cb-shea.com'; 'amalone@colwinlaw.com'; 'Elliott@cmplaw.com'; 'jwisler@cblh.com'; 'mlee@contrariancapital.com'; 'jstanton@contrariancapital.com'; 'wraine@contrariancapital.com'; 'solax@contrariancapital.com'; 'Pretekin@coollaw.com'; 'wachstein@coollaw.com'; 'derrien@coollaw.com'; 'nhp4@cornell.edu'; 'sjohnston@cov.com'; 'swalsh@chglaw.com'; 'dpm@curtinheefner.com'; 'rsz@curtinheefner.com'; 'athau@cm-p.com'; 'dkarp@cm-p.com'; 'krk4@daimlerchrysler.com'; 'wsavino@damonmorey.com'; 'selanders@danielsandkaplan.com'; 'carol_sowa@denso-diam.com'; 'amina.maddox@dol.lps.state.nj.us'; 'gdiconza@dlawpc.com'; 'john.persiani@dinslaw.com'; 'richard.kremen@dlapiper.com'; 'andrew.kassner@dbr.com'; 'david.aaronson@dbr.com'; 'jhlemkin@duanemorris.com'; 'dmdelphi@duanemorris.com'; 'wmsimkulak@duanemorris.com'; 'mbusenkell@eckertseamans.com'; 'ayala.hassell@eds.com'; 'akatz@entergy.com'; 'dfreedman@ermanteicher.com'; 'gettelman@e-hlaw.com'; 'ggreen@fagelhaber.com'; 'lnewman@fagelhaber.com'; 'charles@filardi-law.com'; 'tdonovan@finkgold.com'; 'jmurch@foley.com'; 'fstevens@foxrothschild.com'; 'mviscount@foxrothschild.com'; 'ftrikkers@rikkerslaw.com'; 'office@gazesllc.com'; 'ian@gazesllc.com'; 'crieders@gjb-law.com'; 'dcrapo@gibbonslaw.com'; 'mmeyers@gsmdlaw.com'; 'abrilliant@goodwinproctor.com'; 'cdruehl@goodwinproctor.com'; 'bmehlsack@gkllaw.com'; 'pbilowz@goulstonstorrs.com'; 'gjarvis@ggelaw.com'; 'jeisenhofer@gelaw.com'; 'snirmul@gelaw.com'; 'mrr@previant.com'; |

17386152

'tch@previant.com'; 'mdebbeler@graydon.com'; 'ckm@greensfelder.com';
'jpb@greensfelder.com'; 'herb.reiner@guarantygroup.com'; 'cbattaglia@halperinlaw.net';
'ahalperin@halperinlaw.net'; 'jdyas@halperinlaw.net'; 'hleinwand@aol.com';
'carren.shulman@hellerehrman.com'; 'timothy.mehok@hellerehrman.com';
'prubin@herrick.com'; 'anne.kennelly@hp.com'; 'glen.dumont@hp.com'; 'ken.higman@hp.com';
'sharon.petrosino@hp.com'; 'echarlton@hiscockbarclay.com'; 'jkreher@hodgsonruss.com';
'sgross@hodgsonruss.com'; 'amoog@hhlaw.com'; 'ecdolan@hhlaw.com';
'sagolden@hhlaw.com'; 'elizabeth.flaagan@hro.com'; 'dbaty@honigman.com';
'tsable@honigman.com'; 'jrhunter@hunterschank.com'; 'tomschank@hunterschank.com';
'mmassad@hunton.com'; 'sholmes@hunton.com'; 'aee@hurwitzfine.com';
'Ben.Caughey@icemiller.com'; 'greg.bibbes@infineon.com'; 'jeffery.gillispie@infineon.com';
'rgriffin@iuoe.org'; 'pbarr@jaffelaw.com'; 'rpeterson@jenner.com';
'gerdekomarek@bellsouth.net'; 'sjfriedman@jonesday.com'; 'john.sieger@kattenlaw.com';
'kcookson@keglerbrown.com'; 'lsarko@kellerrohrback.com'; 'claufenberg@kellerrohrback.com';
'eriley@kellerrohrback.com'; 'ggotto@kellerrohrback.com'; 'mbane@kelleydrye.com';
'msomerstein@kelleydrye.com'; 'lmagarik@kjmlabor.com'; 'sjennik@kjmlabor.com';
'tkennedy@kjmlabor.com'; 'afeldman@kslaw.com'; 'gsouth@kslaw.com';
'grichards@kirkland.com'; 'efox@klng.com'; 'schnabel@klettrooney.com';
'dbrown@klettrooney.com'; 'sosimmerman@kwgd.com'; 'ekutchin@kutchinrufo.com';
'knorthup@kutchinrufo.com'; 'smcook@lambertleser.com'; 'erika.ruiz@lw.com';
'henry.baer@lw.com'; 'john.weiss@lw.com'; 'mark.broude@lw.com'; 'michael.riela@lw.com';
'mitchell.seider@lw.com'; 'rcharles@lrlaw.com'; 'sfreeman@lrlaw.com'; 'jengland@linear.com';
'austin.bankruptcy@publicans.com'; 'dallas.bankruptcy@publicans.com';
'houston_bankruptcy@publicans.com'; 'gschwed@loeb.com'; 'whawkins@loeb.com';
'tmcfadden@lordbissell.com'; 'tbrink@lordbissell.com'; 'kwalsh@lordbissell.com';
'rcovino@lordbissell.com'; 'bnathan@lowenstein.com'; 'ilevee@lowenstein.com';
'krosen@lowenstein.com'; 'metkin@lowenstein.com'; 'scargill@lowenstein.com';
'vdagostino@lowenstein.com'; 'egc@lydenlaw.com'; 'rparks@mijb.com';
'jlanden@madisoncap.com'; 'jml@ml-legal.com'; 'lmc@ml-legal.com'; 'vmastromar@aol.com';
'gsantella@masudafunai.com'; Tougas, Jeffrey G.; D'Aversa, Raniero; 'dadler@mccarter.com';
'jsalmas@mccarthy.ca'; 'lsalzman@mccarthy.ca'; 'jmsullivan@mwe.com'; 'sselbst@mwe.com';
'jrobertson@mcdonaldhopkins.com'; 'sopincar@mcdonaldhopkins.com';
'sriley@mcdonaldhopkins.com'; 'jbernstein@mdmc-law.com'; 'egunn@mcguirewoods.com';
'hkolko@msek.com'; 'lpeterson@msek.com'; 'emeyers@mrrlaw.net'; 'rrosenbaum@mrrlaw.net';
'aburch@miamidade.gov'; 'miag@michigan.gov'; 'raterinkd@michigan.gov';
'miag@michigan.gov'; 'khopkins@milesstockbridge.com'; 'trenda@milesstockbridge.com';
'sarbt@millerjohnson.com'; 'wolfordr@millerjohnson.com'; 'greenj@millercanfield.com';
'fusco@millercanfield.com'; 'pjricotta@mintz.com'; 'skhoos@mintz.com'; 'Jeff.Ott@molex.com';
'agottfried@morganlewis.com'; 'mzelmanovitz@morganlewis.com';
'resterkin@morganlewis.com'; 'lberkoff@moritthock.com'; 'mdallago@morrisoncohen.com';
'rurbanik@munsch.com'; 'jwielebinski@munsch.com'; 'drukavina@munsch.com';
'sandy@nlsg.com'; 'Knathan@nathanneuman.com'; 'sbrennan@nathanneuman.com';
'lisa.moore2@nationalcity.com'; 'george.cauthen@nelsonmullins.com';
'bbeckworth@nixlawfirm.com'; 'jangelovich@nixlawfirm.com';
'susanwhatley@nixlawfirm.com'; 'jimbriaco@gentek-global.com';
'eabdelmasieh@nmmlaw.com'; 'dgheiman@jonesday.com'; 'mmharner@jonesday.com';

17386152

'cahope@chapter13macon.com'; 'jay.hurst@oag.state.tx.us'; 'michaelz@orbotech.com'; 'mmoody@okmlaw.com'; 'aenglund@orrick.com'; 'aprinci@orrick.com'; 'tkent@orrick.com'; 'fholden@orrick.com'; 'jguy@orrick.com'; 'mcheney@orrick.com'; 'rwyron@orrick.com'; 'mhager@oshr.com'; 'shazan@oshr.com'; 'cweidler@paulweiss.com'; 'ddavis@paulweiss.com'; 'emccolm@paulweiss.com'; 'sshimshak@paulweiss.com'; 'housnerp@michigan.gov'; 'aaronsona@pepperlaw.com'; 'lawallf@pepperlaw.com'; 'jaffeh@pepperlaw.com'; 'caseyl@pepperlaw.com'; 'jmanheimer@pierceatwood.com'; 'kcunningham@pierceatwood.com'; 'karen.dine@pillsburylaw.com'; 'margot.erlich@pillsburylaw.com'; 'mark.houle@pillsburylaw.com'; 'richard.epling@pillsburylaw.com'; 'robin.spear@pillsburylaw.com'; 'rmeth@pitneyhardin.com'; 'rbeacher@pitneyhardin.com'; 'bsmoore@pbnlaw.com'; 'jsmairo@pbnlaw.com'; 'jh@previant.com'; 'mgr@previant.com'; 'asm@pryormandelup.com'; 'kar@pryormandelup.com'; 'jkp@qad.com'; 'andrew.herenstein@quadranglegroup.com'; 'patrick.bartels@quadranglegroup.com'; 'jharris@quarles.com'; 'knye@quarles.com'; 'sgoldber@quarles.com'; 'elazarou@reedsmith.com'; 'rnorton@reedsmith.com'; 'jlapinsky@republicengineered.com'; 'jshickich@riddellwilliams.com'; 'jcrotty@rieckcrotty.com'; 'mscott@riemerlaw.com'; 'holly@regencap.com'; 'amathews@robinsonlaw.com'; 'cnorgaard@ropers.com'; 'gregory.kaden@ropesgray.com'; 'marc.hirschfield@ropesgray.com'; 'tslome@rsmllp.com'; 'rtrack@msn.com'; 'cschulman@sachnoff.com'; 'agelman@sachnoff.com'; 'cbelmonte@ssbb.com'; 'pbosswick@ssbb.com'; 'dweiner@schaferandweiner.com'; 'hborin@schaferandweiner.com'; 'mnewman@schaferandweiner.com'; 'rheilman@schaferandweiner.com'; 'myetnikoff@schiffhardin.com'; 'wkohn@schiffhardin.com'; 'myarnoff@sbclasslaw.com'; 'shandler@sbclasslaw.com'; 'james.bentley@srz.com'; 'michael.cook@srz.com'; 'carol.weiner.levy@srz.com'; 'pbaisier@seyfarth.com'; 'rdremluk@seyfarth.com'; 'whanlon@seyfarth.com'; 'sboyce@sheehan.com'; 'lawtoll@comcast.net'; 'ewaters@sheppardmullin.com'; 'msternstein@sheppardmullin.com'; 'tcohen@sheppardmullin.com'; 'twardle@sheppardmullin.com'; 'rthibeaux@shergarner.com'; 'rthibeaux@shergarner.com'; 'bankruptcy@goodwin.com'; 'asherman@sillscummis.com'; 'jzackin@sillscummis.com'; 'cfortgang@silverpointcapital.com'; 'bellis-monro@sgrlaw.com'; 'kmiller@skfdelaware.com'; 'fyates@sonnenschein.com'; 'rrichards@sonnenschein.com'; 'lloyd.sarakin@am.sony.com'; 'rgoldi@sotablaw.com'; 'emarcks@ssd.com'; 'pabutler@ssd.com'; 'sarah.morrison@doj.ca.gov'; 'hwangr@michigan.gov'; 'jmbaumann@steeltechnologies.com'; 'rkidd@srcm-law.com'; 'shapiro@steinbergshapiro.com'; 'jposta@sternslaw.com'; 'cs@stevenslee.com'; 'cp@stevenslee.com'; 'mshaiken@stinsonmoheck.com'; 'robert.goodrich@stites.com'; 'madison.cashman@stites.com'; 'wbeard@stites.com'; 'jminias@stroock.com'; 'khansen@stroock.com'; 'rnsteinwurtzel@swidlaw.com'; 'ferrell@taftlaw.com'; 'miller@taftlaw.com'; 'marvin.clements@state.tn.us'; 'ddraper@terra-law.com'; 'jforstot@tpw.com'; 'lcurcio@tpw.com'; 'niizeki.tetsuhiro@furukawa.co.jp'; 'robert.morris@timken.com'; 'dlowenthal@thelenreid.com'; 'dlowenthal@thelenreid.com'; 'rhett.campbell@tklaw.com'; 'ira.herman@tklaw.com'; 'john.brannon@tklaw.com'; 'ephillips@thurman-phillips.com'; 'jlevi@toddlevi.com'; 'bmcdonough@teamtogut.com'; 'DBR@tbfesq.com'; 'jwilson@tylercooper.com'; 'hzamboni@underbergkessler.com'; 'mkilgore@UP.com'; 'djury@steelworkers-usw.org'; 'msmcelwee@varnumlaw.com'; 'rjsidman@vssp.com'; 'tscobb@vssp.com'; 'EAKleinhaus@wlrk.com'; 'RGMason@wlrk.com'; 'david.lemke@wallerlaw.com'; 'robert.welhoelter@wallerlaw.com'; 'gtoering@wnj.com'; 'mcruse@wnj.com'; 'growsb@wnj.com'; 'bankruptcy@warnerstevens.com'; 'lekvall@wgllp.com';

17386152

'aordubegian@weineisen.com'; 'gpeters@weltman.com'; 'gkurtz@ny.whitecase.com'; 'guzzi@whitecase.com'; 'dbaumstein@ny.whitecase.com'; 'tlauria@whitecase.com'; 'featon@miami.whitecase.com'; 'barnold@whdlaw.com'; 'bspears@winstead.com'; 'mfarquhar@winstead.com'; 'mwinthrop@winthropcouchot.com'; 'sokeefe@winthropcouchot.com'; 'oiglesias@wlross.com'; 'lpinto@wcsr.com'; 'pjanovsky@zeklaw.com'; 'skrause@zeklaw.com'; 'david.sherbin@delphi.com'; 'john.sheehan@delphi.com'; 'alicia.m.leonhard@usdoj.com'; 'valerie.venable@ge.com'

17386152