Kristi A. Katsma (MI-P53545)
Edgar C. Howbert (MI-P15181)
DICKINSON WRIGHT PLLC
500 Woodward Avenue
Suite 4000
Detroit, MI 48226
Telephone:  313.223.3500
Facsimile:  313.223.3598
kkatsma@dickinsonwright.com
ehowbert@dickinsonwright.com

*A Key Ordinary Course Counsel for Debtors and Debtors-in-Possession*

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

**CERTIFICATE OF SERVICE OF SECOND INTERIM APPLICATION OF DICKINSON WRIGHT PLLC AS A KEY ORDINARY COURSE COUNSEL TO THE DEBTORS FOR ORDER AUTHORIZING AND APPROVING COMPENSATION FOR SERVICES RENDERED FROM FEBRUARY 1, 2006 THROUGH MAY 31, 2006**

I hereby certify that, pursuant to the Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered on November 4, 2005, as modified by the Order Approving Joint Interest Agreement Between Debtors and Official Committee of Unsecured Creditors, Implementing Protective Order, and Approving Procedures to Protect Information in Fee Statements, entered on April 18, 2006 (together, the "Administrative Order"), copies of Dickinson Wright PLLC's Second Interim Application for Order Authorizing and Approving Compensation for Services Rendered from

February 1, 2006 through May 31, 2006, was served, on this 31st day of July, 2006, by U.S. Mail,

postage prepaid, on:

| | |
|---|---|
| Office of the United States Trustee<br>for the Southern District of New York<br>333 Whitehall Street, Suite 2100<br>New York, NY 10004<br>Attn: Alicia M. Leonhard, Esq. | Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098<br>Attn: Joseph Papelian, Esq. |
| John William Butler, Jr., Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive Suite 2100<br>Chicago, IL 60606<br>*Counsel for the Debtors* | Haim Zaltzman, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036<br>*Counsel for the Debtors* |
| Robert J. Rosenberg, Esq.<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022<br>*Counsel for the Official Committee of Unsecured Creditors* | Marissa Wesley, Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017 |

Marlane Melican, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

  I further certify that, pursuant to the Administrative Order, notice of the filing of said Application has been provided, via electronic mail, to the "2002 Entities" listed in the database at www.delphidocket.com as of the date hereof.

| | |
|---|---|
| Dated:   Detroit, Michigan<br>      July 31, 2006 | /s/Kristi A. Katsma<br>Dickinson Wright PLLC<br>500 Woodward Avenue, Suite 4000<br>Detroit, MI 48226<br>Telephone:   313.223.3500<br>Facsimile:   313.223.3598<br><br>*A Key Ordinary Course Counsel to the Debtors and Debtors-in-Possession* |

DETROIT 25980-99 948883v1

2