**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE:** | |
| | **Chapter 11** |
| **DELPHI CORPORATION, <u>et al.</u>,** | |
| | **Case No.: 05-44481(RDD)** |
| Debtors. | **(Jointly Administered)** |

### ORDER GRANTING MOTION BY KEYSTONE POWDERED METAL COMPANY TO ACCEPT LATE FILED CLAIM

UPON the Motion of Keystone Powdered Metal Company ("Keystone") for Entry of an Order Accepting Keystone's Filed Proof of Claim Pursuant to Federal Rules of Bankruptcy Procedure 3003(c) and 9006(b)(1) dated August 2, 2006 ("Motion"), it is hereby.

ORDERED, that the Motion is granted based on Keystone's excusable neglect, and Keystone's Proof of Claim dated July 31, 2006 in the amount of $109,652.70 which was filed electronically with the Court on July 31, 2006 and by paper on August 2, 2006 is accepted by the Court and deemed to be filed in a timely manner.

Dated: August 2, 2006
       Pittsburgh, Pennsylvania

_____
UNITED STATES BANKRUPTCY JUDGE