Hearing Date and Time: October 19, 2006, 10:00 a.m.
Objection Deadline: October 12, 2006, 4:00 p.m.

RADER, FISHMAN & GRAUER PLLC
39533 Woodward Ave.
Suite 140
Bloomfield Hills, MI 48304
(248) 594-0600
Glenn E. Forbis

Intellectual Property Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- x
                                :
    In re                       :   Chapter 11
                                :
DELPHI CORPORATION, et al.,     :   Case No. 05-44481 (RDD)
                                :
              Debtors.          :   (Jointly Administered)
                                :
------------------------------- x

NOTICE OF FILING OF SECOND INTERIM APPLICATION FOR APPROVAL OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF RADER, FISHMAN &
GRAUER PLLC, INTELLECTUAL PROPERTY COUNSEL TO THE DEBTORS, FOR
SERVICES RENDERED FROM
<u>FEBRUARY 1, 2006 THROUGH MAY 31, 2006</u>

PLEASE TAKE NOTICE that on July 28, 2006, Rader, Fishman & Grauer PLLC (the "Applicant" or "RFG"), intellectual property counsel for Delphi Corporation ("Delphi"), debtors and debtors-in-possession in the above- captioned cases (collectively, the "Debtors", "Delphi" or the "Company"), submitted its' second interim application (the "Interim Application"). RFG submitted this Interim Application for (a) allowance of compensation for professional services rendered by RFG to the Debtors, and (b) reimbursement of actual and necessary charges and disbursements incurred by RFG in the rendition of required professional services on behalf of the Debtors. The following exhibits were filed together with the Application:

  A. Summary of Monthly Fee Statements

  B. Summary of Professional Hours

  C. Summary of Work Performed by Category

  D. Order Approving Second Interim Fee Application

  E. Certification with respect to Application

This Notice is being provided via overnight mail to all parties listed in paragraph 2(a) of the Interim Compensation Order, all required parties outlined in subsequent Interim Compensation Orders and via e-mail to all parties listed in Exhibit A.

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held on **October 19, 2006, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing (I) Omnibus Hearing Dates, (II) Certain Notice, Case Management, And Administrative Procedures, And (III) Scheduling An Initial Case Conference In Accordance With Local Bankr. R. 1007-2(e) (the "Case Management Order") (Docket No. 245), (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Attn: General Counsel), (ii) counsel to the

Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), (iii) counsel for the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Att'n: Kenneth S. Ziman), (iv) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Marlane Melican), (v) counsel for the Official Committee of Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), and (vi) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard) (vii) David M. Sherbin, Vice President & General Counsel, Delphi Corporation, 5725 Delphi Drive, Troy, MI 48098 (viii) John D. Sheehan, Vice President & Chief Restructuring Officer, Delphi Corporation, 5725 Delphi Drive, Troy, MI 48098 (ix) Valeria Venable, GE Plastics, Americas Credit Manager, 9930 Kincey Avenue, Huntersville, NC 28078 ,in each case so as to be **received** no later than **4:00 p.m. (Prevailing Eastern Time) on October 12, 2006** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein and in accordance with the Case Management Order will be considered by the Bankruptcy Court at the Hearing. If no objections to the Motion are timely filed and served in accordance with the procedures set forth herein and in the Case Management Order, the Bankruptcy Court may enter an order granting the Motion without further notice.

Dated: Bloomfield Hills, Michigan
       July 28, 2006

                           RADER, FISHMAN & GRAUER PLLC

                           By: _____
                              Glenn E. Forbis
                           39533 Woodward Ave.
                           Suite 140
                           Bloomfield Hills, MI 48304
                           (248) 594-0600