# Exhibit A
# Second Interim Application

## Exhibit A

### Summary of Monthly Fee Statements

| Period Covered | Fees Incurred | Fee Paid | Expense Incurred | Expense Paid |
| --- | --- | --- | --- | --- |
| February 1 - February 28, 2006 | 20,436.50 | 16,349.20 | 11,391.29 | 11,391.29 |
| March 1 - March 31, 2006 | 18,671.75 | 14,937.40 | 21,530.18 | 21,530.18 |
| April 1 - April 30, 2006 | 22,632.00 | 18,105.60 | 15,839.02 | 15,839.02 |
| May 1 - May 31, 2006 | 18,784.50 | | 25,723.43 | - |
| Total | 80,524.75 | 49,392.20 | 74,483.92 | 48,760.49 |