# Exhibit B
# Second Interim Application

Exhibit B
Summary of Professional Hours

| Name / Invoice Number | Title | Bar Admission | Total Hrs | Average Bill Rate | Total Billed $$$ |
|---|---|---|---|---|---|
| Alexander D. Rabinovich | Patent Agent | N/A | 9.40 | 180.00 | 1,692.00 |
| Bill C. Panagos | Attorney | 1982 | 1.00 | 350.00 | 350.00 |
| Donna J. Rude | Legal Assistant | N/A | 1.20 | 80.00 | 96.00 |
| Georgeann K. Mach | Legal Assistant | N/A | 31.10 | 120.47 | 3,746.50 |
| Diane R. Lytle | Administrative Assistant | N/A | 0.30 | 100.00 | 30.00 |
| James F. Carpenter | Legal Assistant | N/A | 2.10 | 125.00 | 262.50 |
| Linda E. Sudzina | Attorney | 2003 | 2.30 | 185.00 | 425.50 |
| Michael D. Fishman | Attorney | 1984 | 56.00 | 368.97 | 20,662.50 |
| M. Jennifer Wunsche | Legal Assistant | N/A | 24.50 | 131.26 | 3,215.75 |
| Michelle L. Visser | Attorney | 1998 | 25.30 | 230.00 | 5,819.00 |
| Tracy L. Zawaski | Attorney | 2001 | 129.10 | 226.64 | 29,259.00 |
| Glenn E. Forbis | Attorney | 1994 | 26.30 | 340.00 | 8,942.00 |
| Jennifer Greer | Legal Assistant | N/A | 0.60 | 125.00 | 75.00 |
| SHELLY L. HOKENSTAD | Attorney | 2004 | 30.00 | 175.00 | 5,250.00 |
| CYNTHIA S. CHRISTY | Legal Assistant | N/A | 0.20 | 145.00 | 29.00 |
| Patricia Towers | Legal Assistant | N/A | 2.50 | 150.00 | 375.00 |
| Alisa M HAGGEMO | Legal Assistant | N/A | 0.40 | 125.00 | 50.00 |
| Mary Margaret L. O'Donnell | Attorney | 1998 | 0.40 | 250.00 | 100.00 |
| Dawna M. Tennant | Legal Assistant | N/A | 1.00 | 145.00 | 145.00 |
| | | | 343.70 | 234.29 | 80,524.75 |

Worked Performed 2/1/06 thru 5/31/06