# Exhibit C
# Second Interim Application

## Exhibit C
## Summary of Work Performed by Category

| Work Performed | February 1, 2006 - May 31, 2006 | | |
|---|---|---|---|
| | Total Fees | Total Expenses | Total |
| Domestic Patents | 2,879.50 | 15.00 | 2,894.50 |
| Foreign Patents | 4,636.50 | 7,644.64 | 12,281.14 |
| Patent Opinions | 4,114.00 | - | 4,114.00 |
| Patent Litigation | 3,690.10 | 28.01 | 3,718.11 |
| Domestic Trademarks | 817.00 | - | 817.00 |
| Foreign Trademarks | 25,612.00 | 36,202.27 | 61,814.27 |
| Trademark Opinions | | | - |
| Litigation - Trademarks | 12,690.00 | 15,525.27 | 28,215.27 |
| IP Evaluations | 1,868.00 | 1,655.15 | 3,523.15 |
| General IP Matters | 24,217.65 | 13,413.58 | 37,631.23 |
| **Total February 1, 2006 - May 31, 2006** | **80,524.75** | **74,483.92** | **155,008.67** |