UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 05-44481-RDD |
| | ) | Jointly Administered |
| DELPHI CORPORATION, et al., | ) | Chapter 11 |
| | ) | Hon. Robert D. Drain |
| Debtors. | ) | |

## FOR ELECTRONIC FILING PURPOSES ONLY

Due to volume, the time records are not included with the electronically filed copy of the Second Interim Application For Approval of Compensation and Reimbursement of Expenses of Rader, Fishman & Grauer PLLC, Intellectual Property Counsel to Debtors, for Services Rendered from February 1, 2006 through May 31, 2006, in accordance with General Order #M-193 – First Amendment to the General Order #M-182 Re: Electronic Case Filing Procedures dated May 1, 1998.

Copies of the time records referenced in the Application may be obtained by contacting Leigh C. Taggart, Esq., Rader, Fishman & Grauer PLLC, 39533 Woodward Ave., Suite 140, Bloomfield Hills, Michigan 48304, (248) 594-0600.