**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Delphi Corporation, et al., | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

**STIPULATION AND AGREED ORDER AMENDING ORDER
AUTHORIZING THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS TO FILE UNDER SEAL EXHIBITS TO THE COMMITTEE'S
MOTION FOR AN ORDER AUTHORIZING IT TO PROSECUTE THE
DEBTORS' CLAIMS AND DEFENSES AGAINST GENERAL MOTORS
CORPORATION AND CERTAIN FORMER OFFICERS OF THE DEBTORS**

This Stipulation and Agreed Order (the "Stipulation and Order") is entered into among

the Official Committee of Unsecured Creditors appointed in the above-captioned chapter 11

cases (the "Creditors' Committee"), Delphi Corporation and its affiliated debtor entities (the

"Debtors"), the Official Committee of Equity Security Holders appointed in the above-captioned

chapter 11 cases (the "Equity Committee") and the Ad Hoc Committee of Equity Security

Holders (the "Ad Hoc Committee," and together with the Creditors' Committee, the Debtors and

the Equity Committee, the "Parties"), for the purpose of amending the terms of the Order

Authorizing the Official Committee of Unsecured Creditors to File Under Seal Exhibits to the

Committee's Motion for an Order Authorizing it to Prosecute the Debtors' Claims and Defenses

Against General Motors Corporation and Certain Former Officers of the Debtors (Docket No.

4691) (the "Seal Order").

**WHEREAS**, on July 27, 2006, the Committee filed its Ex Parte Motion for an Order

Authorizing the Official Committee of Unsecured Creditors to File Under Seal Exhibits to the

Committee's Motion for an Order Authorizing it to Prosecute the Debtors' Claims and Defenses

Against General Motors Corporation and Certain Former Officers of the Debtors (Docket No.

4689) (the "Seal Motion").

**WHEREAS**, pursuant to the Seal Motion, the Committee sought authority to file under

seal (a) a letter (the "Demand Letter") the Committee sent to the Debtors on May 11, 2006,

describing and formally requesting that the Debtors pursue certain affirmative claims and

defenses against General Motors Corporation ("GM") or consent to the Committee's pursuit of

them on their behalf and (b) a draft complaint (the "Complaint") setting forth the affirmative

claims and defenses against GM described in the Demand Letter and additional affirmative

claims and defenses against certain of the Debtors' former officers, as exhibits A and B,

respectively, to the Committee's Motion for an Order Authorizing the Official Committee of

Unsecured Creditors to Prosecute the Debtors' Claims and Defenses Against General Motors

Corporation and Certain Former Officers of the Debtors (Docket No. 4718) (the "Motion for

Authority").

**WHEREAS**, on July 27, 2006, United States Bankruptcy Judge Robert E. Gerber, in the

Court's absence, executed the Seal Order which approved the Seal Motion.  A copy of the Seal

Order is attached hereto as Exhibit A.

**WHEREAS**, on July 28, 2006, pursuant to the Seal Order, the Committee (a) filed under

seal the Demand Letter and the Complaint as exhibits A and B to the Motion for Authority and

(b) filed a copy of the Motion for Authority with the Court that did not attach copies of the

Demand Letter or the Complaint.

**WHEREAS**, on July 28, 2006, pursuant to the Seal Order, the Committee (a) served the

Motion for Authority without the Demand Letter or the Complaint attached in accordance with

this Court's Case Management Order, as amended or supplemented and (b) served the Motion

2

NY\1175359.4

for Authority with the Demand Letter and the Complaint attached on (i) the Court, (ii) the Office

of the United States Trustee and (iii) counsel to the Debtors.

**WHEREAS**, under the Seal Order, the Demand Letter and the Complaint may not be

provided to the Equity Committee or the Ad Hoc Committee.

**WHEREAS**, the Creditors' Committee and the Debtors have agreed to provide the

Equity Committee and the Ad Hoc Committee with a copy of the Complaint that has redacted all

confidential information subject to the Joint Interest Agreement between the Debtors and the

Committee, which was approved by the Court by order entered on April 18, 2006 (Docket No.

3279), (the "Redacted Complaint") in accordance with the terms of this Stipulation and Order.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED** by and between the

Parties that:

1.      The terms and conditions of the Seal Order are incorporated herein by reference

and remain in full force and effect.

2.      The Committee shall provide counsel to the Equity Committee and counsel to the

Ad Hoc Committee with copies of the Redacted Complaint promptly after this Court "So

Orders" this Stipulation and Order.

3.      The Equity Committee and the Ad Hoc Committee shall use the Redacted

Complaint solely in connection with the Motion for Authority, including litigation and

negotiation of any objections or responses thereto, subject to the provisions of the Seal Order.

4.      This Stipulation and Order contains the entire understanding of the Parties with

regard to the matters addressed herein, and supersedes all prior and contemporaneous

discussions, negotiations, understandings, and agreements, whether oral or written, express or

NY\1175359.4

implied, between and among the Parties regarding the subject matter of this Stipulation and

Order.

5.     This Stipulation and Order is binding upon the Parties and their respective

successors and assigns, and may not be changed, altered or modified except in writing, signed by

the Parties or their duly authorized attorneys and approved by the Court.

6.     This Stipulation and Order may be executed by facsimile and email and each

signature thereto shall constitute an original signature.  This Stipulation and Order also may be

executed in counterparts and all such counterparts when so executed shall together constitute the

Stipulation and Order as if one document had been signed by both parties.


(remainder of page intentionally left blank)

4

Dated:  August 3, 2006

**LATHAM & WATKINS LLP**

By: /s/ Robert J. Rosenberg
    Robert J. Rosenberg
    Mitchell A. Seider
    Mark A. Broude
    885 Third Avenue, Suite 1000
    New York, New York 10022
    Telephone:  (212) 906-1200

Attorneys for the Official Committee of
Unsecured Creditors

**SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP**

By: /s/ Kayalyn A. Marafioti
    John Wm. Butler, Jr.
    John K. Lyons
    Ron E. Meisler
    333 West Wacker Drive, Suite 2100
    Chicago, Illinois 60606
    Telephone:  (312) 407-0700

    Kayalyn A. Marafioti
    Thomas J. Matz
    Four Times Square
    New York, New York 10036
    Telephone:  (212) 735-3000

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors in Possession

NY\1175359.4

Dated:  August 3, 2006

**FRIED, FRANK, HARRIS, SHRIVER &**
**JACOBSON LLP**

**WHITE & CASE LLP**

By: /s/ Bonnie Steingart
    Bonnie Steingart
    One New York Plaza
    New York, New York 10004
    Telephone:  (212) 859-8000

By: /s/ Thomas E. Lauria
    Thomas E. Lauria
    4900 Wachovia Financial Center
    200 South Biscayne Boulevard
    Miami, Florida 33131
    Telephone:  (305) 371-2700

Attorneys for the Official Committee of Equity
Security Holders

Attorneys for the Ad Hoc Committee of Equity
Security Holders

**SO ORDERED** this ___ day of
August, 2006

_____
UNITED STATES BANKRUPTCY JUDGE

6

NY\1175359.4