

**PREYCO**

**Precision Deep Drawn Shells-Metal Stamping**

July 31, 2006

Special Deputy Clerk
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York N Y 10004-1408

To Whom It May Concern:

Preyco Manufacturing Co. Inc objects to the transfer of our claim for Case No 05-44640 in the amount of 3,530.27 to Fair Harbor Capital, LLC, 875 Avenue of the Americas Suite 2305 New York, NY 10001.

We were approached by Fair Harbor and submitted the information requested on March 21, 2006. They never responded to our faxed information and numerous calls were left unanswered on June 5, 2006 a letter was faxed to them stating that they could not be reached by phone or mail and under these circumstances we will consider any assignments void.

We proceeded to respond to Liquidity Solutions Inc. who have accepted our assignment and submitted payment to us within two weeks.

Sincerely

Lillian Jensen
Accounting

RECEIVED
AUG 3 2006
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

Preyco Manufacturing Company.   P.O. Box 4057, 1184 North Main Street, Waterbury, CT 06704
Tel. (203) 574-4545 · Fax (203) 574-5592

United States Bankruptcy Court
Southern District of New York
------------------------------------------------------X
In re:
Delphi Automotive Systems, LLC

: Chapter 11
: Case No. 05-44640
(Jointly Administered Under Case No. 05-44481)

: Amount $3,530.27

Debtor
------------------------------------------------------X

### NOTICE: TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)

To: (Transferor)

Preyco Mfg Co Inc Eft
Dennis LaPerriere
PO Box 4057
Waterbury, CT 06704

The transfer of your claim as shown above, in the amount of $3,530.27, has been transferred (unless previously expunged by court order) to:

Fair Harbor Capital, LLC
875 Avenue of the Americas, Suite 2305
New York, NY 10001

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

**FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**
Special Deputy Clerk
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004-1408

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to INTERNAL CONTROL No. _____ in your objection.

If you file an objection a hearing will be scheduled. IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

_____ Intake Clerk
FOR CLERKS OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ ____, 200__.

INTERNAL CONTROL No. _____

Claims Agent Noticed: (Name of Outside Agent)
Copy to Transferee: _____

_____
Deputy Clerk


0544481060719000000000011