KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
Edward M. Fox, Esq. (EF1619)
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

Attorneys for Wilmington Trust Company,
as Indenture Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                     :    Chapter 11
                                                           :
DELPHI CORPORATION, et al.,                                :    Case No. 05-44481 (RDD)
                                                           :
                        Debtors.                           :    (Jointly Administered)
                                                           :
                                                           :    **AFFIDAVIT OF SERVICE**
-----------------------------------------------------------x


STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )


　　　　Elaine Fera, being duly sworn, deposes and says:


　　　　1.    I am an employee of the firm of Kirkpatrick & Lockhart Nicholson Graham LLP,

am over 18 years of age and am not a party to this action.


　　　　2.    On July 27, 2006, I served true copies of the Designation of Items to be Included

in the Record on Appeal and Statement of Issues to be Presented on Appeal by Wilmington

Trust Company, as Indenture Trustee by United States First Class mail upon the parties on the

attached service list by placing same in properly addressed, postage prepaid envelopes and

NY-#456318-v1

2

depositing said envelopes in a receptacle maintained by the United States Post Office for such purpose located in on the northeast corner of East 52nd Street and Third Avenue, New York, New York.

                */s/ Elaine Fera*
                Elaine Fera

Sworn to before me this
3rd day of August, 2006

*Arnold J. Burrus*
Notary Public
Notary Public, State of New York
No. 41-4720413
Qualified in Queens County
Certificate filed in New York County
Commission Expires March 30, 2010

# DELPHI SERVICE LIST

| | |
|---|---|
| John Wm. Butler, Jr., Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL  60606-1285 | Kayalyn A. Marafioti, Esq.<br>Skadden, Arps, Slate Meagher & Flom LLP<br>Four Times Square<br>New York, NY  10036 |
| Babette A. Ceccotti, Esq.<br>Cohen, Weiss and Simon LLP<br>330 West 42nd Street<br>New York, NY  10036 | Niraj R. Ganatra, Esq.<br>International Union, UAW<br>8000 East Jefferson Avenue<br>Detroit, MI  48214 |
| Thomas M. Kennedy, Esq.<br>Kenney, Jennik & Murray, P.C.<br>113 University Place<br>New York, NY  10003 | Hanan B. Kolko, Esq.<br>Meyer, Suozzi, English & Klein, P.C.<br>1350 Broadway, Suite 501<br>New York, NY  10018 |
| Glenn M. Kurtz, Esq.<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, NY  10036-2787 | Thomas E. Lauria, Esq.<br>White & Case LLP<br>Wachovia Financial Center<br>200 South Biscayne Blvd., Suite 4900<br>Miami, FL  33131 |
| Robert J. Rosenberg, Esq.<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY  10022-4802 | Bonnie Steingart, Esq.<br>Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY  10004 |
| Martin J. Bienenstock, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153-0119 | Robert B. Weiss, Esq.<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI  48226-3506 |

NY-#392554-v1