# United States Bankruptcy Court
## Southern District of New York

In re DELPHI CORPORATION, et al.,    Case No. 05-44481
                                     (Jointly Administered)
                                     Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **Contrarian Funds, LLC** | **Howard & Howard Attorneys, P.C.** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent | Court Record Address of Transferor (Court Use Only) |
| **Contrarian Funds, LLC**<br>**411 West Putnam Ave., Ste. 225**<br>**Greenwich, CT 06830**<br>**Attn: Alpa Jimenez**<br>**Phone 203-862-8236** | |
| Last Four Digits of Acct#:  N/A | Last Four Digits of Acct#:  N/A |
| Name and Address where transferee payments should be sent (if different from above) | Name and Current Address of Transferor |
| | **Howard & Howard Attorneys, P.C.**<br>**39400 Woodward Avenue, Ste. 101**<br>**Bloomfield Hills, MI 48304-5151**<br>**Attn: Lisa S. Gretchko**<br>**Phone 248-723-0396** |
| **Court Claim # (if known): 8718**<br>**Claim Amount**<br>    **$233,284.61 unsecured**<br>    **$1,346.50  secured** | |
| | Last Four Digits of Acct#:  N/A |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alpa Jimenez*_____          Date: _____9/3/2006_____
        Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                          _____
                                                           **CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

HOWARD & HOWARD ATTORNEYS, P.C., a _MICHIGAN_ corporation ("Assignor"), pursuant to that certain Transfer of Claim Agreement dated July __, 2006, has sold, transferred and assigned to Contrarian Funds, LLC ("Assignee") the Assignor's right to receive payment on its pre-petition claim (the "Claim"), in the principal amount of $234,631.11, against the Delphi Technologies, Inc. in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. 05-44554, or any other court with jurisdiction over such proceedings, Howard & Howard Attorneys, P.C. filed a Proof of Claim on June 28, 2006, which was designated as Claim No. 8718.

Assignor stipulates that an order may be entered recognizing the assignment of Assignor's right to receive payment on the Claim, subject to the terms and conditions of the Transfer Agreement.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this _31st_ day of _July_ 2006.

(Assignor)
HOWARD & HOWARD ATTORNEYS, P.C.

By: _[signature]_
Name: _Mala Davis_
Title: _CEO_

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, LLC,
as manager

By: _____
Name: _____
Title: _____

(Assignor)
WITNESS:

By: _Diane J. Brandon_
Name: _DIANE J. BRANDON_
Title: _LEGAL ASSISTANT_

# EVIDENCE OF TRANSFER OF CLAIM

**HOWARD & HOWARD ATTORNEYS, P.C.**, a Michigan corporation ("Assignor"), pursuant to that certain Transfer of Claim Agreement dated July 27, 2006, has sold, transferred and assigned to Contrarian Funds, LLC ("Assignee") the Assignor's right to receive payment on its pre-petition claim (the "Claim"), in the principal amount of $234,631.11, against the Delphi Technologies, Inc. in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. 05-44554, or any other court with jurisdiction over such proceedings, Howard & Howard Attorneys, P.C. filed a Proof of Claim on June 28, 2006, which was designated as Claim No. 8718.

Assignor stipulates that an order may be entered recognizing the assignment of Assignor's right to receive payment on the Claim, subject to the terms and conditions of the Transfer Agreement.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 27 day of July 2006.

**(Assignor)**
HOWARD & HOWARD ATTORNEYS, P.C.

By: _____

Name: _____

Title: _____

**(Assignee)**
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, LLC, as manager

By: _____Janice M. Stanton_____

Name: __Janice Stanton__

Title: __Member__

**(Assignor)**
**WITNESS:**

By: _____

Name: _____

Title: _____

**EXHIBIT C**