United States Bankruptcy Court
For the Southern District of New York

| | |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS LLC | } Chapter 11 |
| | } |
| | } Case No. |
| | } 05-44640 |
| Debtor | } Amount $5,476.32 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
To: Transferor:

WORKING ENVIRONMENTS INC
10200 FORD ROAD
DEARBORN, MI 48126

The transfer of your claim as shown above in the amount of $5,476.32 has been transferred to:

> Liquidity Solutions, Inc.
> Dba Revenue Management
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By:/s/ Chris Oh
Liquidity Solutions, Inc.
dba Revenue Management
(201) 968-0001

819536

TRANSFER NOTICE

WORKING ENVIRONMENTS INC. ("Assignor"), transfers and assigns unto CAPITAL MARKETS with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGMENT OF CLAIM AGREEMENT DELPHI AUTOMOTIVE SYSTEMS LLC., (the Debtor), between Assignor and Assignee, all of its right, title and interest in and to the WORKING ENVIRONMENTS INC. Claims of Assignor in the aggregate amount of $5,476.32 representing all claims against: DELPHI AUTOMOTIVE SYSTEMS LLC., (herein, the Debtor) in the United State Bankruptcy Court, U.S. Bankruptcy Court, For the Southern District of New York administered as Case Number 05-44640.

IN WITNESS WHEREOF, Assignor has signed below as of the __31__ day of __May__, 2006.

WORKING ENVIRONMENTS INC.

WITNESS:

___Janna Topliffe___    By: ___Shannon Buchner___
(Signature)                  (Signature)

___Janna Topliffe___         Shannon Buchner, President
(Print Name of Witness)      (Print Name and Title)

819536