United States Bankruptcy Court
For the Southern District Of New York

DELPHI AUTOMOTIVE SYSTEMS LLC } Chapter 11
}
}
}
} Case No.
} 05-44640
}
Debtor }

## NOTICE OF DOCUMENT ENTERED IN ERROR

PLEASE TAKE NOTICE that the transfer of claim **ATEQ CORP USA** in the amount of **$2,256.00** was transferred in error. **Original claim was transferred under the incorrect case name and case number.** [Related Document 4840]

By:/s/Mike Richards
Revenue Management
(201) 968-0001