# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------- x
                                                               :
In re:                                                         :
                                                               :   Chapter 11
DELPHI CORPORATION, et al                                      :   Case No. 05-44481 (RDD)
                                                               :
                                                               :   (Jointly Administered)
                                                               :
         Debtors.                                              :
-------------------------------------------------------------- X
```

## CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN RESPECT OF SECOND APPLICATION OF KPMG LLP FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

I, Gary A. Silberg, hereby certify that:

1.      I am a partner with the applicant firm, KPMG LLP, with responsibility for the chapter 11 cases of Delphi Corporation and its above-captioned affiliated debtors (collectively, the "Debtors"), in respect of compliance with (i) the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases, adopted by the Court on April 19, 1995 (the "Local Guidelines"), (ii) the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the "UST Guidelines") and (iii) the (A) Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated November 4, 2005 (the "Interim Compensation Order"), (B) the Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated March 8, 2006 (the "Supplemental Interim Compensation Order"), (C) the Second Supplemental

Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and
Reimbursement of Expenses of Professionals, dated March 28, 2006 (the "Second Supplemental
Interim Compensation Order"), (D) the Third Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures for Interim Compensation and Reimbursement of Expenses of
Professionals, dated May 5, 2006 (the "Third Supplemental Interim Compensation Order"), and
(E) the Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures for Interim
Compensation and Reimbursement of Expenses of Professionals, dated July 12, 2006 (the
"Fourth Supplemental Interim Compensation Order," collectively, the foregoing orders and
supplemental orders, hereinafter known as the "Administrative Orders", and collectively with the
Amended Local Guidelines and UST Guidelines, the "Guidelines").

        2.     This certification is made in respect of KPMG LLP's Second Application,
dated August 3, 2006 (the "Application"), for interim compensation and reimbursement of
expenses for the period commencing February 1, 2006 through and including May 31, 2006, in
accordance with the Guidelines.

        3.     In respect of section B.1 of the Local Guidelines, I certify that:

        a.     I have read the Application;

        b.     to the best of my knowledge, information, and belief formed after
reasonable inquiry, the fees and disbursements sought fall within
the Local Guidelines;

        c.     the fees and disbursements sought are billed at rates in accordance
with those customarily charged by KPMG LLP and generally
accepted by KPMG LLP's clients; and

        d.     in providing the reimbursable services reflected in the Application,
KPMG LLP did not make a profit on those services, whether
performed by KPMG LLP in-house or through a third party.

        4.     In respect of section B.2 of the Local Guidelines and as required by the
Administrative Orders, I certify that KPMG LLP has complied with these provisions requiring it

to provide (i) the United States Trustee for the Southern District of New York, (ii) the Debtors, (iii) the attorneys for the Debtors, (iv) the attorneys for the statutory committee of unsecured creditors appointed in these cases, (v) counsel for the agent under Debtors' prepetition facility, (vi) counsel for the agent under the Debtor's postpetition credit facility, and (vii) the Fee Committee, with a monthly fee statement, following each month for which compensation is sought, with a statement of KPMG LLP's fees and disbursements accrued during the previous month. As required by the Interim Compensation Order, each such monthly fee statement contains a list of professionals and paraprofessionals providing services, their respective billing rates, the aggregate hours spent by each professional and paraprofessional, a reasonably detailed breakdown of the disbursements incurred and contemporaneously maintained time entries for each individual in increments of tenths of an hour.

5.    In respect of section B.3 of the Local Guidelines, I certify that the United States Trustee for the Southern District of New York, the Debtors, the attorneys for the Debtors and the attorneys for the statutory committee of unsecured creditors appointed in these cases are each being provided with a copy of the Application.

Dated: Detroit, Michigan
     August 3, 2006

                            Gary A. Silberg
                            KPMG LLP
                            150 West Jefferson Avenue
                            Suite 1200
                            Detroit, Michigan 48226
                            Telephone: (313) 230-3000