# EXHIBIT C

# EXHIBIT C

Delphi Corporation, et al.
Summary of Out-of-Pocket Expenses
February 1, 2006 through May 31, 2006

| Category | | Amount |
|---|---|---:|
| Airfare | $ | 182,186.00 |
| Ground Transportation | $ | 68,999.04 |
| Lodging | $ | 147,131.00 |
| Meals | $ | 27,972.00 |
| Other | $ | 4,502.00 |
| Total expenses | $ | 430,790.04 |

Page 1 of 1