# EXHIBIT D

# EXHIBIT D

Delphi Corporation et al.
Compensation by Project Category
February 1, 2006 through May 31, 2006

| Category | Hours | Amount | Adjusted Discounted Amount (where applicable) |
|---|---|---|---|
| Tax - International Tax Process Improvement | 194.7 | $ 64,777.50 | $ 64,777.50 |
| Tax - International Executive Services[1] | 34.5 | $ 803,025.00 | $ 797,643.00 |
| Fee Statements and Fee Applications | 544.1 | $ 104,002.00 | $ 104,002.00 |
| Travel Time | 1,305.7 | $ 428,767.50 | $ 428,767.50 |
| Transaction Services - Project Rhodes | 12,367.6 | $ 2,964,386.00 | $ 2,964,386.00 |
| Advisory and Valuation Services | 6,493.4 | $ 3,803,906.00 | $ 3,011,242.00 |
| Tax Consulting Services | 39.5 | $ 12,225.00 | $ 12,225.00 |
| Total hours and fees | 20,979.5 | $ 8,181,089.00 | $ 7,383,043.00 |

---

[1] This category includes hourly billings of $17,940.00 and fees calculated on a per tax return basis of $785,085.00.

Page 1 of 1