**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE:

**DELPHI CORPORATION, <u>et al.</u>,**

Debtors.

Chapter 11

Case No.: 05-44481(RDD)
(Jointly Administered)

**CERTIFICATE OF SERVICE**

I certify that on August 2, 2006, copies of the Notice of Motion and Motion by Keystone Powdered Metal Company to Request Court Acceptance of Keystone's Filed Proof of Claim Pursuant to Federal Rules of Bankruptcy Procedure 3003(c) and 9006(b)(1) were served by mailing the same by overnight mail, to the following:

Hon. Robert A. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004

John William Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Harim Zaltzman, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: Joseph Papelian, Esq.

Robert J. Rosenberg, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

Marissa Wesley, Esq.
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

I certify that on August 2, 2006, I served a copy of the Notice of Motion and Motion by regular mail on the entities listed in the attached Exhibit A.

I certify that on August 4, 2006, I served Notice of the Motion and Motion by electronic mail to the "2002" Entities listed in the database at www.delphidocket.com as of August 3, 2006.

/s/ Christopher P. Schueller
Christopher P. Schueller

## EXHIBIT A

Robert J. Stark  
Brown Rudnick Berlack Israels LLP  
Seven Times Square  
New York, NY  10036

Bruce Simon  
Cohen, Weiss & Simon  
330 W. 42nd Street  
New York, NY  10036

Steven J. Reisman  
Curtis, Mallet-Prevost, Colt & mosle LLP  
101 Park Avenue  
New York, NY  10178-0061

Donald Bernstein  
Davis, Polk & Wardwell  
450 Lexington Avenue  
New York, NY  10017

Brian Resnick  
Davis, Polk & Wardwell  
450 Lexington Avenue  
New York, NY  10017

Sean Corcoran  
Delphi Corporation  
5725 Delphi Drive  
Troy, MI  48098

Karen Craft  
Delphi Corporation  
5725 Delphi Drive  
Troy, MI  48098

Michael Nefkens  
Electronic Data Systems Corp.  
5505 Corporate Drive MSIA  
Troy, MI  48098

Carrie L. Schiff  
Flextronics International  
305 Interlocken Parkway  
Broomfield, CO  80021

Paul W. Anderson  
Flextronics International USA, Inc.  
2090 Fortune Drive  
San Jose, CA  95131

| | |
|---|---|
| Richard Lee Chambers, III<br>Freescale Semiconductor, Inc.<br>6501 William Cannon Drive West<br>MD: OE16<br>Austin, TX  78735 | Brad Eric Sheler<br>Fried, Frank, Harris, Shriver & Jacobson<br>One New York Plaza<br>New York, NY  10004 |
| Bonnie Steingart<br>Fried, Frank, Harris, Shriver & Jacobson<br>One New York Plaza<br>New York, NY  10004 | Vivek Melwani<br>Fried, Frank, Harris, Shriver & Jacobson<br>One New York Plaza<br>New York, NY  10004 |
| Jennifer L Rodburg<br>Fried, Frank, Harris, Shriver & Jacobson<br>One New York Plaza<br>New York, NY  10004 | Richard J Slivinski<br>Fried, Frank, Harris, Shriver & Jacobson<br>One New York Plaza<br>New York, NY  10004 |
| Randall S. Eisenberg<br>FTI Consulting, Inc.<br>3 Times Square<br>11th Floor<br>New York, NY  10036 | Valerie Venable<br>General Electric Company<br>9930 Kincey Avenue<br>Huntersville, NC  28078 |
| Lonie A. Hassel<br>Groom Law Group<br>1701 Pennsylvania Avenue, NW<br>Washington, DC  20006 | Stephen H. Gross<br>Hodgson Russ LLP<br>152 West 57th Street<br>35th Floor<br>New York, NY  10019 |

| | |
|---|---|
| Frank L. Gorman, Esq.<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI  48226-3583 | Robert B. Weiss, Esq.<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI  48226-3583 |
| Maria Valerio<br>Insolvency Department<br>Internal Revenue Service<br>290 Broadway<br>5th Floor<br>New York, NY  10007 | Insolvency Department<br>Internal Revenue Service<br>477 Michigan Ave<br>Mail Stop 15<br>Detroit, MI  48226 |
| Conference Board Chairman<br>IUE-CWA<br>2360 W. Dorothy Lane<br>Suite 201<br>Dayton, OH  45439 | William Q. Derrough<br>Jefferies & Company, Inc.<br>520 Madison Avenue<br>12th Floor<br>New York, NY  10022 |
| Thomas F. Maher<br>JPMorgan Chase Bank, N.A.<br>270 Park Avenue<br>New York, NY  10017 | Richard Duker<br>JPMorgan Chase Bank, N.A.<br>270 Park Avenue<br>New York, NY  10017 |
| Gianni Russello<br>JPMorgan Chase Bank, N.A.<br>270 Park Avenue<br>New York, NY  10017 | Vilma Francis<br>JPMorgan Chase Bank, N.A.<br>270 Park Avenue<br>New York, NY  10017 |

| | |
|---|---|
| Gordon Z. Novod<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY  10036 | Thomas Moers Mayer<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY  10036 |
| James Le<br>Kurtzman Carson Consultants<br>12910 Culver Blvd.<br>Suite I<br>Los Angeles, CA  90066 | Robert J. Rosenberg<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY  10022 |
| Patrick J. Healy<br>Law Debenture Trust of New York<br>767 Third Avenue<br>31st Floor<br>New York, NY  10017 | Daniel R. Fisher<br>Law Debenture Trust of New York<br>767 Third Avenue<br>31st Floor<br>New York, NY  10017 |
| David D. Cleary<br>McDermott Will & Emery LLP<br>227 West Monroe Street<br>Suite 5400<br>Chicago, IL  60606 | Jason J. DeJonker<br>McDermott Will & Emery LLP<br>227 West Monroe Street<br>Suite 5400<br>Chicago, IL  60606 |
| Mohsin N. Khambati<br>McDermott Will & Emery LLP<br>227 West Monroe Street<br>Suite 5400<br>Chicago, IL  60606 | Peter A. Clark<br>McDermott Will & Emery LLP<br>227 West Monroe Street<br>Suite 5400<br>Chicago, IL  60606 |

J. Brian McTigue
McTigue Law Firm
5301 Wisconsin Ave. N.W.
Suite 350
Washington, DC  20015

Cornish F. Hitchcock
McTigue Law Firm
5301 Wisconsin Ave. N.W.
Suite 350
Washington, DC  20015

Leon Szlezinger
Mesirow Financial
666 Third Ave
21st Floor
New York, NY  10017

Joseph T. Moldovan, Esq.
Morrison Cohen LLP
909 Third Avenue
New York, NY  10022

Mark Schonfeld
Regional Director
Northeast Regional Office
3 World Financial Center
Room 4300
New York, NY  10281

Attorney General Eliot Spitzer
Office of New York State
120 Broadway
New York City, NY  10271

Robert Siegel
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA  90071

Tom A. Jerman
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC  20006

Rachel Janger
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC  20006

Ralph L. Landy
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Suite 340
Washington, DC  20005-4026

Jeffrey Cohen
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Suite 340
Washington, DC  20005

Sandra A. Riemer
Phillips Nizer LLP
666 Fifth Avenue
New York, NY  10103

David L. Resnick
Rothchild Inc.
1251 Avenue of the Americas
New York, NY  10020

Robert W. Dremluk
Seyfarth Shaw LLP
1270 Avenue of the Americas
Suite 2500
New York, NY  10020-1801

Douglas Bartner
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY  10022

Jill Frizzley
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY  10022

Kenneth S. Ziman
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017

Robert H. Trust
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017

William T. Russell, Jr.
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017

John Wm. Butler
Skadden, Arps, Slate, Meagher & Flom LL
333 W. Wacker Dr.
Suite 2100
Chicago, IL  60606

John K. Lyons
Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Dr.
Suite 2100
Chicago, IL  60606

Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom LL
333 W. Wacker Dr.
Suite 2100
Chicago, IL  60606

Kayalyn A. Marafioti
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
P.O. Box 300
New York, NY  10036

Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LL
4 Times Square
P.O. Box 300
New York, NY  10036

Daniel D. Doyle
Spencer Fane Britt & Browne LLP
1 North Brentwood Boulevard
Tenth Floor
St. Louis, MO  63105

Nicholas Franke
Spencer Fane Britt & Browne LLP
1 North Brentwood Boulevard
Tenth Floor
St. Louis, MO  63105

Chester B. Salomon
Stevens & Lee, P.C.
485 Madison Avenue
20th Floor
New York, NY  10022

Constantine D. Pourakis
Stevens & Lee, P.C.
485 Madison Avenue
20th Floor
New York, NY  10022

Albert Togut
Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY  10119

MaryAnn Brereton
Assistant General Counsel
Tyco Electronics Corporation
60 Columbia Road
Morristown, NJ  7960

| | |
|---|---|
| Alicia M. Leonhard<br>United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY  10004-2112 | Michael D. Warner<br>Warner Stevens, L.L.P.<br>1700 City Center Tower II<br>301 Commerce Street<br>Fort Worth, TX  76102 |
| Jeffrey L. Tanenbaum, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 | Martin J. Bienenstock, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 |
| Michael P. Kessler, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 | Steven M. Cimalore<br>Wilmington Trust Company<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE  19890 |