Charles E. Boulbol (CB-1049)
Charles E. Boulbol, P.C.
26 Broadway, 17th Floor
New York, New York 10004
(212) 825-9457
Attorneys for Russell Reynolds Associates, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| In re: | Hearing Date and Time:<br>September 14, 2006 at 10:00 a.m. (EDT) |
| DELPHI CORPORATION, et al., | Objection Deadline:<br>September 7, 2006 at 5:00 p.m. (EDT) |
| Debtor. | Case No. 05-B-44481 (RDD)<br>Jointly Administered |
| | Chapter 11 |

-------------------------------------------------------------X

### NOTICE OF MOTION OF RUSSELL REYNOLDS ASSOCIATES, INC. FOR AN ORDER GRANTING AN ALLOWED ADMINSTRATIVE CLAIM PURSUANT TO SECTION 503(b) OF THE BANKRUPTCY CODE

PLEASE TAKE NOTICE that on September 14, 2006, at 10:00 a.m., Russell Reynolds Associates, Inc. ("RRA"), will bring its motion, before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004-1408, for an Order granting an allowed administrative claim pursuant to Section 503(b) of the Bankruptcy Code.

PLEASE TAKE FURTHER NOTICE that any opposition to RRA's motion must be filed and served in accordance with the provisions of the October 14, 2005 Case Management Order on or before the Objection Deadline of September 7, 2006 at 5:00 p.m. Eastern Standard Time.

Dated: New York, New York
August 2, 2006

                CHARLES E. BOULBOL, P.C.

By: _____/ s /_____
    Charles E. Boulbol (CB-1049)
    26 Broadway, 17th Floor
    New York, New York 10004
    212-825-9457
    Attorneys for Russell Reynolds Associates, Inc.