**Exhibit A**

# RUSSELL REYNOLDS ASSOCIATES

Matt Aiello

Russell Reynolds Associates, Inc.
1701 Pennsylvania Avenue, NW
Suite 400
Washington, DC 20006-5805
Tel: (202) 654-7843
Fax: (202) 639-9516
arohmann@russellreynolds.com

July 12, 2005

**PERSONAL AND CONFIDENTIAL**
*Sent via e-mail*

Debra Alexander
Executive Director, Global Compensation
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098-2815

Dear Debra:

On behalf of Russell Reynolds Associates, thank you for choosing us to lead the search for the Director, Global Architecture and Infrastructure reporting to the corporate CIO Bette Walker. We look forward to working with you to find a top notch candidate in the shortest amount of time. The purpose of this letter is to confirm our search strategy, communications approach, fee arrangements and client feedback process.

## *Our Search Strategy*

We will work with the position description that's already been provided to calibrate prospective candidates. We will use this in our dialogue with prospective candidates and as a tool to source others in the marketplace who might be helpful to our process. We also find it helpful to benchmark candidates against the qualifications and responsibilities in the initial specification, so that we all are on the same page throughout the search process. We understand you need a senior IT leader capable of leading and setting strategic direction for global enterprise architecture, infrastructure and security services and deployment. This person should ideally also have the potential to serve as a successor to the CIO at some point in the future.

To the extent that you have soft copies of key company information or press releases that you use to educate outsiders, we will include that along with the position specification when we contact sources and prospects. Alternatively, the website might be sufficient for educational purposes; let us know which would be the most effective.

We will begin mapping the market immediately and will rely upon our current work in the region to get off to a fast start. Within three to four weeks we will have made the majority

Ms. Debra Alexander
July 12, 2005
Page 2

of our initial overtures and had various meetings with potential candidates. We will
interview all candidates either via videoconference or in person. Additionally, we will
prepare what we call a candidate letter after each interview that will provide you with a more
complete profile of the candidate, their qualifications and prospective cultural fit with Delphi.

Once you have decided on the ideal candidate, we will help you negotiate an offer and ensure
a smooth transition. We will stay in touch with you and the candidate providing feedback
and guidance in the initial months after their start with the company. Our consultative
approach means extra support for both you and your new employee.

### Communications

Our approach will be to partner with you and your senior team on the search. I will lead the
search and tap into the Information Officers Practice as a group when needed. We will
establish bi-weekly conference calls with you until the project is complete. These calls
generally range from fifteen-minute updates on our progress to longer calls depending on
where we are in the process. My contact information is listed below:

### Matt Aiello

Office:    202/654-7843
E-mail:    maiello@russellreynolds.com
Fax:       202/639-9516
Cell:      571/212-6522
Home:      301/772-5321
Assistant (Masa Nozad): 202/654-7895

### Our Fee Arrangements

Our fee is one-third of the total cash compensation required to attract a candidate to the
position. We have discussed a base salary in the mid $250,000 range with a 40% bonus and
equity participation as a benchmark. As such, our retainer for this assignment will be
$100,000 which we will bill in three monthly installments, invoiced at the initiation of the
search and at the end of 30 and 60 days. The retainer payments will be applied towards the
final fee.

All normal out-of-pocket, recruiting-related expenses (such as travel/meals for
recruiter/prospective candidate meetings, and outside database charges) shall be invoiced on
a monthly basis, without mark-up. In addition, a fixed amount shall be charged for the cost
of assignment communication and voice/data activity, including allocated telephone,
facsimile, messenger/courier, duplicating, information technology, on-line research and other
communications costs; current allocations total $6,300 per assignment. These costs shall be
allocated during the first three months of the assignment, and shall be billed beginning with
the first invoice.

RUSSELL REYNOLDS ASSOCIATES

Ms. Debra Alexander
July 12, 2005
Page 3

For detailed information concerning additional terms and conditions, as well as billing
procedures, kindly refer to the enclosed fee arrangements.

### Client Feedback

One of our firm's core values is quality service, which exceeds our clients' expectations. In
our continual efforts to improve the work we do, we review all assignments conducted by our
associates, regardless of their resolution. After an assignment is resolved, we will seek your
feedback. You will receive either a telephone call from a consultant working with our Chief
Executive Officer, Hobson Brown, Jr., or a written survey. In asking for your views, we
would appreciate your forthright assessment of the service we provided and the degree to
which your expectations were met.

I am attaching our fee agreement indicating our cost for this search. Please sign this
document indicating your agreement to these terms and return it to me via fax at *202-639-
9516.* I look forward to working with you to recruit a great addition to your team. As
always, please don't hesitate to contact me if you have any questions or concerns.

Best regards,

Matt Aiello

MCA: mz
Attachments

*#71426*

DIR - GLOBAL ARCHIT.

Ms. Debra Alexander
July 12, 2005
Page 4

## PROFESSIONAL FEE AGREEMENT

Our fee is one-third of the total compensation required to attract a candidate to this position. Total compensation includes base salary and any paid, accrued or deferred extra compensation items (such as incentive compensation and signing bonus). Compensation relating to services to be performed over a period greater than twelve months shall be prorated over such period. This fee obligation also applies to additional candidates who are introduced during the assignment, but are hired in any other position before and/or after the assignment is completed.

An initial, mutually agreed-upon estimate of the fee is payable in three monthly retainers invoiced at the initiation of this assignment and at the beginning of the second and third months after initiation. The first invoice is sent upon initiation of the assignment. The interim retainers shall be $33,334 at initiation, and $33,333 each at 30 and 60 days. Any additional fee payment based on the successful candidate's actual compensation shall be due upon completion of the assignment. These interim retainers represent our minimum fee for this assignment.

All normal out-of-pocket, recruiting-related expenses (such as travel/meals for recruiter/prospective candidate meetings, and outside database charges) shall be invoiced on a monthly basis, without mark-up. In addition, a fixed amount shall be charged for the cost of assignment communication and voice/data activity, including allocated telephone, facsimile, messenger/courier, duplicating, information technology, on-line research and other communications costs; current allocations total $6,300 per assignment. These costs shall be allocated during the first three months of the assignment, and shall be billed beginning with the first invoice.

Although it is our objective to complete the assignment within the first three months, we shall continue working on this project until it is completed, charging only for expenses. Delphi Corporation may cancel this assignment at any time. In the event of cancellation during the first month, the invoiced amount shall consist of the first retainer, plus the first month's communication costs and any out-of-pocket expenses incurred up to and on the date of cancellation. Assignments cancelled during the second or third month shall be charged retainers on a *pro rata* basis, plus communication costs and expenses. If an assignment is cancelled at any time after the third month, we shall consider the retainer fee as having been earned. Our fee, and project-related expenses, as described in this letter, shall be payable without regard to the ultimate resolution of the assignment. If our successful candidate leaves Delphi during the first 12 months of employment for any reason other than just cause, we will conduct the search again billing only for normal out-of-pocket recruiting-related expenses. Kindly note that invoices are payable upon receipt. Non-payment of invoices in a timely manner shall result in our suspension of effort.

Delphi Corporation agrees that Russell Reynolds Associates has exclusive rights to represent the company on this assignment until it is completed or cancelled.

One of our firm's core values is quality service, which exceeds our clients' expectations. In our continual efforts to improve the work we do, we review all assignments conducted by our associates, regardless of their resolution. After an assignment is resolved, we will seek your feedback. You will receive either a telephone call from a consultant working with our President and Chief Executive Officer, Hobson Brown, Jr. or a survey will be sent via email to allow you to express your candid views. When you are contacted in connection with an assignment review, we encourage you to be open and candid in your comments.

Read, Understood and Accepted _____     Date: _8 - 2 - 05_

Debra S. Alexander, Executive Director of
Global Compensation

RUSSELL REYNOLDS ASSOCIATES

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                        :
    In re                               :    Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :    Case No. 05-44481 (RDD)
                                        :
                   Debtors.       :    (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### ORDER UNDER 11 U.S.C. § 365(d)(2) DENYING MOTION OF RUSSELL REYNOLDS ASSOCIATES, INC. FOR ORDER FIXING DEADLINE FOR DEBTORS TO ASSUME OR REJECT EXECUTORY CONTRACT

Upon the motion, dated November 9, 2005 (the "Motion"), of Russell Reynolds

Associates, Inc. ("RRA") for an order under 11 U.S.C. § 365(d)(2) fixing deadline for Delphi

Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession

(collectively, the "Debtors"), to assume or reject an executory contract with RRA; and upon the

Debtors' Omnibus Objection To Motions Seeking Deadline For Debtors To Assume Or Reject

Executory Contracts, dated November 22, 2005; and upon the record of the hearing held on the

Motion; and after due deliberation thereon; and, for the reasons stated by the Court in its bench

ruling, RRA having failed to establish sufficient cause for such relief, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1.      The Motion is DENIED; provided, that RRA shall not be precluded from

asserting a claim under 11 U.S.C. § 503(b) in these cases for the services that it is performing

postpetition under the executory contract by the fact that it has not been retained under 11 U.S.C.

§ 327.

2.    This Court shall retain jurisdiction to hear and determine all matters

arising from the implementation of this order.

Dated: New York, New York
       December 1, 2005

/s/ ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

Exhibit C

# DELPHI CORPORATION

## Client Invoice Statement as of 08/02/2006

| Assignment #: | 06K163-NA |
| Associate: | Matthew Aiello |
| Position: | Director, Global Architecture and Infrastructure |
| A/R Balance: | $ 173,662.13 |

| Invoice Number | Invoice Date | Amount Due | Amount Paid | Balance Due |
|----------------|--------------|------------|-------------|-------------|
| 71537 | 07/12/2005 | $ 35,433.34 | $ 35,433.34 | $0.00 |
| 71538 | 08/11/2005 | 35,433.33 | 0.00 | 35,433.33 |
| 71539 | 09/11/2005 | 36,071.61 | 0.00 | 36,071.61 |
| 73992 | 10/30/2005 | 2,777.99 | 1,656.70 | 1,121.29 |
| 75310 | 11/30/2005 | 3,303.14 | 3,303.14 | 0.00 |
| 76662 | 01/30/2006 | 3,277.77 | 3,277.77 | 0.00 |
| 79220 | 02/16/2006 | 101,035.90 | 0.00 | 101,035.90 |
| **TOTAL** | | **$ 217,333.08** | **$ 43,670.95** | **$ 173,662.13** |

| Please remit to: | Wire Transfers: | Billing Inquiries: Aiello,Matthew C. |
|---|---|---|
| Russell Reynolds Associates, Inc. | Russell Reynolds Associates, Inc. | Telephone: 202-654-7814 |
| Church Street Station | Account 910-2-471886 | |
| Post Office Box 6427 | Chase Manhattan Bank | |
| New York, NY 10249-6427 | New York, NY 10249-6427 | |
| | ABA 021-000-021 | |

Attention:
Ms. Bette Walker
Vice President & CIO
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098-2815

Client Number:    92917
Invoice Number:   71537
Invoice Date:     07/12/2005

Assignment: 06K163-NA                    Director, Global Architecture and Infrastructure

Professional Services (First Interim Fee)                                 33,333.34

Flat Cost Recovery                                                          2,100.00

**Total Amount Due**                                               USD     35,433.34

| Client Name: | Delphi Corporation |
|---|---|
| Client Number: | 92917 |
| Invoice Number: | 71537 |
| Amount of Invoice: | 35,433.34 USD |
| Assignment Number: | 06K163-NA |
| Invoice Date: | 07/12/2005 |

| | | | |
|---|---|---|---|
| Please remit to: | Wire Transfers: | Billing Inquiries: | Aiello, Matthew C. |
| Russell Reynolds Associates, Inc. | Russell Reynolds Associates, Inc. | Telephone: | 202-654-7814 |
| Church Street Station | Account 910-2-471886 | | |
| Post Office Box 6427 | Chase Manhattan Bank | | |
| New York, NY 10249-6427 | New York, NY 10249-6427 | | |
| | ABA 021-000-021 | | |

Attention:
Ms. Bette Walker
Vice President & CIO
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098-2815

Client Number:  92917
Invoice Number:  71538
Invoice Date:  08/11/2005

Assignment: 06K163-NA                        Director, Global Architecture and Infrastructure

Professional Services (Second Interim Fee)                           33,333.33

Flat Cost Recovery                                                    2,100.00

**Total Amount Due**                                    USD     35,433.33

| | |
|---|---|
| Client Name: | Delphi Corporation |
| Client Number: | 92917 |
| Invoice Number: | 71538 |
| Amount of Invoice: | 35,433.33 USD |
| Assignment Number: | 06K163-NA |
| Invoice Date: | 08/11/2005 |

| Please remit to: | Wire Transfers: | Billing Inquiries: Aiello, Matthew C. |
|---|---|---|
| Russell Reynolds Associates, Inc. | Russell Reynolds Associates, Inc. | Telephone:    202-654-7814 |
| Church Street Station | Account 910-2-471866 | |
| Post Office Box 6427 | Chase Manhattan Bank | |
| New York, NY 10249-6427 | New York, NY 10249-6427 | |
| | ABA 021-000-021 | |

Attention:
Ms. Bette Walker
Vice President & CIO
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098-2815

| | |
|---|---|
| Client Number: | 92917 |
| Invoice Number: | 71539 |
| Invoice Date: | 09/11/2005 |

Assignment: 06K163-NA                    Director, Global Architecture and Infrastructure

| | |
|---|---|
| Professional Services (Third Interim Fee) | 33,333.33 |
| Flat Cost Recovery | 2,100.00 |
| Candidate Expenses | 638.28 |
| **Total Amount Due** | USD    36,071.61 |

The amount representing 50% tax deductibility is 15.76 USD

| | |
|---|---|
| Client Name: | Delphi Corporation |
| Client Number: | 92917 |
| Invoice Number: | 71539 |
| Amount of Invoice: | 36,071.61 USD |
| Assignment Number: | 06K163-NA |
| Invoice Date: | 09/11/2005 |

| | | |
|---|---|---|
| Please remit to: | Wire Transfers: | Billing Inquiries: Aiello,Matthew C. |
| Russell Reynolds Associates, Inc. | Russell Reynolds Associates, Inc. | Telephone:    202-654-7814 |
| Church Street Station | Account 910-2-471886 | |
| Post Office Box 6427 | Chase Manhattan Bank | |
| New York, NY 10249-6427 | New York, NY 10249-6427 | |
| | ABA 021-000-021 | |

Attention:
Ms. Bette Walker
Vice President & CIO
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098-2815

Client Number:   92917
Invoice Number:  73992
Invoice Date:    10/30/2005

Assignment: 06K163-NA                    Director, Global Architecture and Infrastructure

Candidate Expenses                                                    2,494.77

Associate Expenses                                                      283.22

**Total Amount Due**                                  USD        2,777.99

The amount representing 50% tax deductibility is 12.32 USD

| | |
|---|---|
| Client Name: | Delphi Corporation |
| Client Number: | 92917 |
| Invoice Number: | 73992 |
| Amount of Invoice: | 2,777.99 USD |
| Assignment Number: | 06K163-NA |
| Invoice Date: | 10/30/2005 |

| | | |
|---|---|---|
| **Please remit to:** | Wire Transfers: | Billing Inquiries: Aiello, Matthew C. |
| **Russell Reynolds Associates, Inc.** | Russell Reynolds Associates, Inc. | Telephone:    202-654-7814 |
| **Church Street Station** | Account 910-2-471886 | |
| **Post Office Box 6427** | Chase Manhattan Bank | |
| **New York, NY 10249-6427** | New York, NY 10249-6427 | |
| | ABA 021-000-021 | |

Attention:
Ms. Bette Walker
Vice President & CIO
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098-2815

Client Number:    92917
Invoice Number:  75310
Invoice Date:      11/30/2005

Assignment:  06K163-NA                                   Director, Global Architecture and Infrastructure

Candidate Expenses                                                                          2,690.64

Associate Expenses                                                                              65.00

Other Assignment Related Expenses                                                      547.50

**Total Amount Due**                                                          USD      3,303.14

The amount representing 50% tax deductibility is 74.06 USD

Client Name:          Delphi Corporation
Client Number:        92917
Invoice Number:       75310
Amount of Invoice:    3,303.14 USD
Assignment Number:    06K163-NA
Invoice Date:         11/30/2005

| Please remit to: | Wire Transfers: | Billing inquiries: Aiello,**Matthew C.** |
|---|---|---|
| **Russell Reynolds Associates, Inc.** | Russell Reynolds Associates, Inc. | Telephone:   202-654-7814 |
| **Church Street Station** | Account 910-2-471886 | |
| **Post Office Box 6427** | Chase Manhattan Bank | |
| **New York, NY 10249-6427** | New York, NY 10249-6427 | |
| | ABA 021-000-021 | |

Attention:
Ms. Bette Walker
Vice President & CIO
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098-2815

Client Number:   92917
Invoice Number:   76662
Invoice Date:   01/30/2006

Assignment: 06K163-NA                          Director, Global Architecture and Infrastructure

| | |
|---|---:|
| Candidate Expenses | 2,412.28 |
| Associate Expenses | 70.49 |
| Other Assignment Related Expenses | 795.00 |
| **Total Amount Due** | USD ____ 3,277.77 |

The amount representing 50% tax deductibility is 57.49 USD

Client Name:   Delphi Corporation
Client Number:   92917
Invoice Number:   76662
Amount of Invoice:   3,277.77 USD
Assignment Number:   06K163-NA
Invoice Date:   01/30/2006

| Please remit to: | Wire Transfers: | Billing Inquiries: Aiello,Matthew C. |
|---|---|---|
| **Russell Reynolds Associates, Inc.** | Russell Reynolds Associates, Inc. | Telephone:    202-654-7814 |
| Church Street Station | Account 910-2-471886 | |
| Post Office Box 6427 | Chase Manhattan Bank | |
| New York, NY 10249-6427 | New York, NY 10249-6427 | |
| | ABA 021-000-021 | |

Attention:
Ms. Bette Walker
Vice President & CIO
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098-2815

Client Number:    92917
Invoice Number:  79220
Invoice Date:      02/16/2006

Assignment: 06K163-NA                          Director, Global Architecture and Infrastructure

| | | |
|---|---|---:|
| Professional Services Fee | | 200,000.00 |
| Less: Interim Fees (previously billed) | | |
| First Interim Fee | 07/12/2005 | ( 33,333.34) |
| Second Interim Fee | 08/11/2005 | ( 33,333.33) |
| Third Interim Fee | 09/11/2005 | ( 33,333.33) |
| Total Professional Services | | 100,000.00 |
| | | |
| Candidate Expenses | | 510.90 |
| | | |
| Other Assignment Related Expenses | | 525.00 |
| | | |
| **Total Amount Due** | USD | 101,035.90 |

| | |
|---|---|
| Client Name: | Delphi Corporation |
| Client Number: | 92917 |
| Invoice Number: | 79220 |
| Amount of Invoice: | 101,035.90USD |
| Assignment Number: | 06K163-NA |
| Invoice Date: | 02/16/2006 |

**Exhibit E**

DELPHI AUTOMOTIVE SYSTEMS
FORGED ENDORSEMENT AFFIDAVIT

STATE OF  *N.Y.*                    )
                                   ) SS# or ID#:  ___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___
COUNTY OF  *NASSAU*               )

_MICHAEL J. IANNICO_ being duly sworn, deposes and says:

That he/she resides at  _49 HOLLYWOOD AVENUE_ in the City of

_LYNBROOK_, County of  _NASSAU_

and the State of  _NEW YORK_. Deponent further says that he/she has examined

a copy of a certain check No. _900548350_ dated _04/11/06_ drawn by

Delphi Automotive Systems as payment for _INVOICE # 79220 (RUSSELL_

_REYNOLDS ASSOCS.)_ on said _____ Bank and payable to the order

of deponent in the amount of $ _101,035.90_.

Deponent further says that he/she did not receive the said check and that it was

received by some other person unknown to him/her, that he/she did not endorse said

check and the endorsement thereon purporting to be the endorsement of this deponent is a

forgery.

Deponent further says that he/she did not authorize any person to endorse said

check for him/her, that he/she did not receive the proceeds of the check or anything of

value therefore, and that he/she did not authorize any person to receive the proceeds for

or in his/her behalf.

Authorized signature _Michael J. Iannico_
_DESIGNATION_

SUBSCRIBED AND SWORN TO BEFORE ME, A NOTARY
PUBLIC IN AND FOR THE SAID STATE AND COUNTY:

THIS _19th_ DAY OF _July_, 19 _2006_

_____ MY COMMISSION EXPIRES _11/25/06_

_Janice L. Lum_
_7/19/06_

JANICE L. LUM
Notary Public, State of New York
No. 01LU6083856
Qualified in Kings County
Certificate filed in New York County
Commission Expires November 25, 2006

07/19/2006 11:40 FAX   212 351 2186

SENT BY: CHARLES E. BOULBOL, P.C.;                    RUSSELL REYNOLDS
TO:  RRA-M. IANNICO              212 825 9414;       JUL-11-06 10:50AM;        PAGE 1/1
                                 AT:  1-212-972-3816

06/28/2006  05:31    248-813-2200                DELPHI                    PAGE  02
06/13/2006 15:35 FAX              ACS                                      002/002

# RTN:=    Account # : = 601250442    Amount := $101,035.90
## Check# := 900548350   Paid Date:= 05/25/2006



# RUSSELL REYNOLDS ASSOCIATES

Russell Reynolds Associates, Inc.
200 Park Avenue
New York, NY 10166-0002
Tel: 212-351-2000
Fax: 212-370-0896
www.russellreynolds.com

July 19, 2006

Mr. Rolando Clemente
ACS, Inc.
1225 W. Washington Street
Tempe, AZ 85281

Dear Mr. CLemente:

Per our conversation and your request, please find enclosed the executed and notarized affidavit pertaining to the $101,035.90 payment that was fraudulently cashed and not received by Russell Reynolds Associates, Inc. After your review, can you please call me to discuss when a replacement payment will be issued to Russell Reynolds Associates, Inc.

Again, thank you for your immediate assistance in this matter.

Sincerely,

Michael J. Iannico
Finance Collections Manager
212-716-7018

**ENCLOSURE**

Amsterdam  Atlanta  Boston  Brussels  Chicago  Copenhagen  Dallas  Frankfurt  Hamburg  Hong Kong  Houston
London  Los Angeles  Madrid  Melbourne  Menlo Park  Mexico City  Milan  Minneapolis/St. Paul  Munich
New York  Paris  San Francisco  São Paulo  Shanghai  Singapore  Stockholm  Sydney  Tokyo  Toronto  Warsaw  Washington D.C.