CHARLES E. BOULBOL (CB-1049)
CHARLES E. BOULBOL, P.C.
Attorney for Russell Reynolds Associates, Inc.
26 Broadway 17th Floor
New York, New York 10004
(212) 825-9457 - Telephone
(212) 825-9414 - Facsimile


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

          DELPHI CORPORATION, at al.,

                           Debtors.

**Case No. 05-44481 (RDD)**
**Jointly Administered**

**Chapter 11**

-----------------------------------------------------------------X

## ORDER GRANTING AN ALLOWED ADMINISTRATIVE CLAIM PURSUANT TO SECTION 503(b) OF THE BANKRUPTCY CODE

Upon the annexed motion of Russell Reynolds Associates, Inc.( "RRA"), by its attorney Charles E. Boulbol, P.C., dated August 2, 2006, for the entry of an Order allowing RRA an administrative claim in the amount of $173,662.13; and good and sufficient notice of the hearing to consider the motion have been served by RRA and a hearing upon the Motion having been held on September 14, 2006, before the undersigned United States Bankruptcy Judge Robert D. Drain; and after hearing RRA in support of the Motion; and upon the record made before me; and after due consideration of all papers filed in connection with the Motion; and it appearing that the relief requested in the Motion is warranted; due deliberation having been had and sufficient cause appearing to me therefor; it is

ORDERED, that the Motion be, and hereby is, granted, and it is further

ORDERED, that Russell Reynolds Associates, Inc. shall have an allowed administrative claim in the amount of $173,662.13.

Dated: New York, New York
      September ___, 2006

_____
HON. ROBERT D. DRAIN
United States Bankruptcy Judge

1