# EXHIBIT B

Delphi Corporation, et al.
Summary of Hours and Standard Fees Incurred By Professionals
February 1, 2006 through May 31, 2006

| Name of Professional Person | Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Bailey, Carmen | Partner | $775 | 3.1 | $ 2,402.50 |
| Doherty, Daniel J. | Partner | $775 | 27.4 | $ 21,235.00 |
| Heckler, Brian | Partner | $775 | 82.2 | $ 63,705.00 |
| Kitchen, Mark | Partner | $775 | 10.3 | $ 7,982.50 |
| Musur, Bob | Partner | $775 | 166.9 | $ 129,347.50 |
| Smith, Andrew W. | Partner | $775 | 19.7 | $ 15,267.50 |
| Wist, Brenna | Partner | $775 | 1.5 | $ 1,162.50 |
| Cecchi, Richard | Partner | $435 | 8.0 | $ 3,480.00 |
| Heckler, Brian | Partner | $435 | 6.8 | $ 2,958.00 |
| Reynoldson, Ryan | Partner | $435 | 6.0 | $ 2,610.00 |
| Silberg, Gary | Partner | $435 | 177.0 | $ 76,995.00 |
| Sosna, Marek | Partner | $435 | 21.6 | $ 9,396.00 |
| Van Orden, Len | Partner | $435 | 5.0 | $ 2,175.00 |
| Westergard, Allen | Partner | $435 | 1.0 | $ 435.00 |
| Alexandrou, Anthony | Partner | $425 | 12.6 | $ 5,355.00 |
| Gajdziński, Marek | Partner | $425 | 4.3 | $ 1,827.50 |
| Karpen, Patrick | Partner | $425 | 4.9 | $ 2,082.50 |
| Viegas, Ines | Partner | $425 | 8.0 | $ 3,400.00 |
| Des Places, Laurent | Partner | $425 | 6.2 | $ 2,635.00 |
| Serrate, Fernando | Partner | $425 | 5.0 | $ 2,125.00 |
| Stoffregen, Philip A. | Partner | $350 | 7.5 | $ 2,625.00 |
| Klopfer, Jerry | Managing Director | $775 | 156.8 | $ 121,520.00 |
| Calvert, James | Director | $750 | 1.0 | $ 750.00 |
| Galis, Adrian | Director | $750 | 367.1 | $ 275,325.00 |
| Gary, Daniel | Director | $750 | 237.7 | $ 178,275.00 |
| Harmening, Thomas | Director | $750 | 293.0 | $ 219,750.00 |
| Jay, Diane | Director | $750 | 3.5 | $ 2,625.00 |
| Jeavons, David | Director | $750 | 249.5 | $ 187,125.00 |
| Kawaguchi, Koichi | Director | $750 | 173.8 | $ 130,350.00 |
| Mishler, Robert L. | Director | $750 | 1.4 | $ 1,050.00 |
| Voigt, Kevin | Director | $750 | 361.3 | $ 270,975.00 |
| Wollmeringer, Peter | Director | $750 | 15.1 | $ 11,325.00 |
| Wroan, Michelle | Director | $750 | 0.4 | $ 300.00 |
| Field, Karen | Director | $520 | 3.5 | $ 1,820.00 |
| Brickley, Douglas | Director | $345 | 14.1 | $ 4,864.50 |
| Gonzalez, Annette | Director | $345 | 51.0 | $ 17,595.00 |
| Gonzalez, Carlos | Director | $345 | 57.3 | $ 19,768.50 |
| Kahn, Pierre | Director | $345 | 555.2 | $ 191,544.00 |
| Khan, Adil | Director | $345 | 758.7 | $ 261,751.50 |
| Kuntz, Brad | Director | $345 | 19.9 | $ 6,865.50 |
| Lahiri, Lahiri | Director | $345 | 79.8 | $ 27,531.00 |
| Sloan, Bill | Director | $345 | 180.3 | $ 62,203.50 |
| Swatland, Randall | Director | $345 | 608.7 | $ 210,001.50 |
| Yong, Doyoung | Sr. Manager | $520 | 31.0 | $ 16,120.00 |
| Chiu, W. H. | Sr. Manager | $375 | 2.0 | $ 750.00 |
| Hwang, Andrew | Sr. Manager | $375 | 6.2 | $ 2,325.00 |
| Kulpinski, Jacek | Sr. Manager | $345 | 86.9 | $ 29,980.50 |


**EXHIBIT B**

Delphi Corporation, et al.
Summary of Hours and Standard Fees Incurred By Professionals
February 1, 2006 through May 31, 2006

| Name of Professional Person | Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Montoya, Miguel | Sr. Manager | $345 | 100.5 | $ 34,672.50 |

Delphi Corporation, et al.
Summary of Hours and Standard Fees Incurred By Professionals
February 1, 2006 through May 31, 2006

| Name of Professional Person | Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Aglira, David | Manager | $610 | 57.7 | $ 35,197.00 |
| Brogan, James | Manager | $610 | 25.0 | $ 15,250.00 |
| Colwill, Matthew | Manager | $610 | 120.5 | $ 73,505.00 |
| Davidson, Paul | Manager | $610 | 166.8 | $ 101,748.00 |
| Gohr, Thomas | Manager | $610 | 115.5 | $ 70,455.00 |
| Lofing, Melissa | Manager | $610 | 37.2 | $ 22,692.00 |
| Loy, Jason | Manager | $610 | 524.3 | $ 319,823.00 |
| Morrissey, Chad | Manager | $610 | 310.6 | $ 189,466.00 |
| Schroeder, Christopher | Manager | $610 | 448.8 | $ 273,768.00 |
| Shirey, Todd | Manager | $610 | 219.5 | $ 133,895.00 |
| Yeager, Brian | Manager | $610 | 163.6 | $ 99,796.00 |
| Juan, Javier | Manager | $325 | 8.0 | $ 2,600.00 |
| Lim, Dongjin | Manager | $325 | 33.0 | $ 10,725.00 |
| Neto, Nuno | Manager | $325 | 42.7 | $ 13,877.50 |
| Ng, C.W. | Manager | $325 | 5.0 | $ 1,625.00 |
| Schaefer, Frank | Manager | $325 | 26.8 | $ 8,710.00 |
| Bourke, Peter | Manager | $325 | 1.8 | $ 585.00 |
| Modicom, Helene | Manager | $325 | 3.1 | $ 1,007.50 |
| Poiron-Crocheton, Florence | Manager | $325 | 16.1 | $ 5,232.50 |
| Satkoski, Elizabeth | Manager | $300 | 32.0 | $ 9,600.00 |
| Bo, Grant | Manager | $290 | 79.3 | $ 22,997.00 |
| Fang, Edwards | Manager | $290 | 220.0 | $ 63,800.00 |
| Hai, Doron | Manager | $290 | 178.5 | $ 51,765.00 |
| Hayes, Brad | Manager | $290 | 705.4 | $ 204,566.00 |
| He, Stan | Manager | $290 | 141.0 | $ 40,890.00 |
| Larocca, Leonard | Manager | $290 | 915.4 | $ 265,466.00 |
| Monge, Susana Bartolome | Manager | $290 | 178.1 | $ 51,649.00 |
| Motta, Xavi | Manager | $290 | 53.0 | $ 15,370.00 |
| Pancrazi, Guiseppe | Manager | $290 | 27.0 | $ 7,830.00 |
| Pasecki, Serguisz | Manager | $290 | 159.0 | $ 46,110.00 |
| Perez, Susana Perez | Manager | $290 | 75.7 | $ 21,953.00 |
| Smith, Brandon | Manager | $290 | 11.2 | $ 3,248.00 |
| Troester, Jack | Manager | $290 | 553.7 | $ 160,573.00 |
| Vyas, Vyas | Manager | $290 | 217.8 | $ 63,162.00 |
| Wang, Ivy | Manager | $290 | 109.4 | $ 31,726.00 |
| Wochna, Kamil | Manager | $290 | 167.7 | $ 48,633.00 |
| Xu, Susana | Manager | $290 | 85.6 | $ 24,824.00 |
| Arosteguy, Maria | Senior Associate | $470 | 146.5 | $ 68,855.00 |
| Bodie, Matthew J | Senior Associate | $470 | 204.2 | $ 95,974.00 |
| Holt, Margaret | Senior Associate | $470 | 4.1 | $ 1,927.00 |
| Jain, Atul | Senior Associate | $470 | 181.1 | $ 85,117.00 |
| Pennington, Trey | Senior Associate | $470 | 163.2 | $ 76,704.00 |
| Tollefsrud, Kari | Senior Associate | $470 | 95.9 | $ 45,073.00 |
| Ye, Min | Senior Associate | $470 | 47.0 | $ 22,090.00 |
| Burszewski, Mariusz | Senior Associate | $210 | 73.5 | $ 15,435.00 |
| Gigli, Matteo | Senior Associate | $210 | 191.1 | $ 40,131.00 |
| Gimbert, Chris | Senior Associate | $210 | 839.1 | $ 176,211.00 |

**EXHIBIT B**

Delphi Corporation, et al.
Summary of Hours and Standard Fees Incurred By Professionals
February 1, 2006 through May 31, 2006

| Name of Professional Person | Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Hadden, Sara | Senior Associate | $210 | 11.0 | $ 2,310.00 |

**EXHIBIT B**

Delphi Corporation, et al.
Summary of Hours and Standard Fees Incurred By Professionals
February 1, 2006 through May 31, 2006

| Name of Professional Person | Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Heal, Josh | Senior Associate | $210 | 9.1 | $ 1,911.00 |
| Jain, Amit | Senior Associate | $210 | 235.4 | $ 49,434.00 |
| Jones, Kevin | Senior Associate | $210 | 771.6 | $ 162,036.00 |
| Sellers, Monica | Senior Associate | $210 | 220.8 | $ 46,368.00 |
| Sethia, Ravi | Senior Associate | $210 | 198.2 | $ 41,622.00 |
| Soga, Drew | Senior Associate | $210 | 5.5 | $ 1,155.00 |
| Sternbaum, Nili | Senior Associate | $210 | 27.3 | $ 5,733.00 |
| de Forges, Arielle | Staff Senior | $225 | 28.7 | $ 6,457.50 |
| Bordeleau, Dereck | Associate | $385 | 116.1 | $ 44,698.50 |
| Charles, Evlon | Associate | $385 | 7.0 | $ 2,695.00 |
| Chow, Calvin | Associate | $385 | 30.5 | $ 11,742.50 |
| Elder, Michael | Associate | $385 | 306.6 | $ 118,041.00 |
| Guth, Tony | Associate | $385 | 177.5 | $ 68,337.50 |
| Hoder, Ross | Associate | $385 | 45.5 | $ 17,517.50 |
| Honda, Sayaka | Associate | $385 | 29.6 | $ 11,396.00 |
| Lane, Robert | Associate | $385 | 131.9 | $ 50,781.50 |
| Lelchuk, Simone | Associate | $385 | 116.7 | $ 44,929.50 |
| Macapagal, Catherine | Associate | $385 | 165.9 | $ 63,871.50 |
| Moore, Ursula | Associate | $385 | 128.4 | $ 49,434.00 |
| Mordini, Richard | Associate | $385 | 192.8 | $ 74,228.00 |
| Nemitz, Haydn | Associate | $385 | 24.2 | $ 9,317.00 |
| Prakash, Nalini | Associate | $385 | 76.2 | $ 29,337.00 |
| Akpinar, Fatih | Associate | $150 | 171.9 | $ 25,785.00 |
| Alvarez, Estefania Dude | Associate | $150 | 51.3 | $ 7,695.00 |
| Azarov, Ivan | Associate | $150 | 306.8 | $ 46,020.00 |
| Broekhuizen, Jason | Associate | $150 | 14.2 | $ 2,130.00 |
| Cantrell, Josephine | Associate | $150 | 192.8 | $ 28,920.00 |
| Ghrist, Mary | Associate | $150 | 634.5 | $ 95,175.00 |
| Horvath, Jason | Associate | $150 | 450.3 | $ 67,545.00 |
| Jarzebska, Anna | Associate | $150 | 102.5 | $ 15,375.00 |
| Jonna, Vincent | Associate | $150 | 78.0 | $ 11,700.00 |
| Lauria, Matt | Associate | $150 | 207.0 | $ 31,050.00 |
| Li, Li | Associate | $150 | 557.9 | $ 83,685.00 |
| Lyons, Jennifer | Associate | $150 | 68.2 | $ 10,230.00 |
| Nowicki, Jaroslaw | Associate | $150 | 156.0 | $ 23,400.00 |
| Razzanelli, Caterine | Associate | $150 | 71.0 | $ 10,650.00 |
| Reid, Carol | Associate | $150 | 22.0 | $ 3,300.00 |
| Segura, Ana Valverde | Associate | $150 | 158.4 | $ 23,760.00 |
| Staderini, Caterina | Associate | $150 | 58.5 | $ 8,775.00 |
| Sukurs, John | Associate | $150 | 679.1 | $ 101,865.00 |
| Terenzoni, Paulo | Associate | $150 | 20.4 | $ 3,060.00 |
| Vo, Luan | Associate | $150 | 133.0 | $ 19,950.00 |
| Xu, Jia | Associate | $150 | 370.6 | $ 55,590.00 |
| Zhang, Arthur | Associate | $150 | 114.9 | $ 17,235.00 |
| Belanger, Marcus | Paraprofessional | $100 | 72.9 | $ 7,290.00 |
| Ozel, Okan | Paraprofessional | $50 | 1.0 | $ 50.00 |
| Taylor, Lolita | Support Staff | $50 | 16.1 | $ 805.00 |

**EXHIBIT B**

Delphi Corporation, et al.
Summary of Hours and Standard Fees Incurred By Professionals
February 1, 2006 through May 31, 2006

| Name of Professional Person | Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Quezada, Maribel | Support Staff | $50 | 12.0 | $ 600.00 |
| Nichols, Kathleen | Support Staff | $50 | 9.0 | $ 450.00 |
| Handman, Pamela | Support Staff | $50 | 8.0 | $ 400.00 |
| Meyer, J. Patricia | Support Staff | $50 | 1.5 | $ 75.00 |
| Weddell, Carolyn | Support Staff | $50 | 1.0 | $ 50.00 |
| Less 50% Travel | | | | $ (7,965.00) |
| Subtotal Hours and Fees | | | 20,979.5 | $ 7,396,004.00 |

*TAX - International Executive Services (non-hourly fee)*

| Category | Number of Employee Tax Returns | Monthly Calculations | Cost per Amended Tax Return | Payments at Host | Completed Tax Returns (50%) | Total Compensation |
|---|---|---|---|---|---|---|
| US Inbound Expatriates | 142 | | | $375 | | $ 53,250.00 |
| US Inbound Expatriates | 8 | | $800 | | | $ 6,400.00 |
| US Inbound Expatriates | 120 | | | | $875 | $ 105,000.00 |
| US Outbound Expatriates | 232 | | | $375 | | $ 87,000.00 |
| US Outbound Expatriates | 259 | | | | $875 | $ 226,625.00 |
| US Outbound Expatriates | 3 | | $800 | | | $ 2,400.00 |
| Non-US Expatriates | 286 | | | $375 | | $ 107,250.00 |
| Mexico Border Employees | 77 | | $375 | | | $ 28,875.00 |
| Mexico Border Employees | 3 | | $750 | | | $ 2,250.00 |
| Mexico Border Employees | 165 | | | | $375 | $ 61,875.00 |
| Mexico Border Employees Monthly | 504 | | $120 | | | $ 60,480.00 |
| Mexico Border Employees Monthly | 1,019 | | $40 | | | $ 40,760.00 |
| Mexico Border Employees Monthly | 1 | | $80 | | | $ 80.00 |
| Mechatronics Monthly | 9 | $40/month for 6 months | | | | $ 2,160.00 |
| Mechatronics Monthly | 2 | $40/month for 2 months | | | | $ 160.00 |
| Mechatronics Monthly | 1 | $40/month for 4 months | | | | $ 160.00 |
| Mechatronics Monthly | 9 | $40/month | | | | $ 360.00 |
| | | | | | | $ 785,085.00 |
| Subtotal Fees | | | | | | $ 8,181,089.00 |
| Agreed upon Rate Discount (per IES and Advisory/Valuation Engagement Letters) | | | | | | $ (798,046.00) |
| Adjusted Discounted Fees | | | | | | $ 7,383,043.00 |
| Out of Pocket Expenses | | | | | | $ 430,790.04 |
| **Net Requested Fees & Out of Pocket Expenses** | | | | | | **$ 7,813,833.04** |