ROSEN SLOME MARDER LLP
333 Earle Ovington Boulevard
Suite 901
Uniondale, New York 11553
Telephone: (516) 227-1600
Alan E. Marder (AM-0114)
Jil Mazer-Marino (JM-6470)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re:** | ) <br> ) **Chapter 11** <br> ) |
| **Delphi Corporation,** | ) **Case No. 05-44481 (RDD)** <br> ) <br> ) **(Jointly Administered)** |
| **Debtors.** | ) |

**NOTICE OF WITHDRAWAL OF KILROY REALTY, L.P.'S**
**REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE**

PLEASE TAKE NOTICE that pursuant to the request of the above-captioned debtors and

debtors-in-possession, Kilroy Realty, L.P. ("Kilroy"), hereby withdraws, without prejudice, its

"Request For Payment of Administrative Expense" [Docket No. 4723], and replaces it with its

"Request For Administrative Expense" dated August 7, 2006.

Dated: Uniondale, New York
     August 7, 2006                    ROSEN SLOME MARDER LLP

                                              By: /s/ Alan E. Marder
                                                   Alan E. Marder (AM-0114)
                                                   Jil Mazer-Marino (JM-6470)

                                                333 Earle Ovington Boulevard,
                                                Suite 901
                                                Uniondale, New York 11553
                                                (516) 227-1600

                                                Counsel for Kilroy Realty L.P.

G:\Kilroy\Delphi\lit\notice of withdrawal.doc