**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| **DELPHI CORPORATION, INC., <u>et al.</u>,** | ) Case No. 05-44481 (RDD) |
| Debtors. | ) (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Jil Mazer-Marino, hereby certify that on this 7th day of July, 2006, I caused a true and correct copy of the following documents to be served via first-class mail, postage prepaid, on the parties listed on the annexed service list:

- Notice of Withdrawal of Kilroy Realty, L.P.'s Request For Payment of Administrative Expense [Docket No. 4723]; and

- Kilroy Realty, L.P.'s Request For Payment of Administrative Expense.

/s/ Jil Mazer-Marino
Jil Mazer-Marino (JM-6470)

G:\Kilroy\Delphi\lit\cos-withdrawal - admin expense.doc

Service List

John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
*Counsel For Debtors*

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York  10036
*Counsel For Debtors*

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004