SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
Albert L. Hogan III (AH 8807)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2689

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

DEBTORS' DESIGNATION OF ADDITIONAL ITEMS
FOR INCLUSION IN THE RECORD ON APPEAL

     Pursuant to Federal Rule of Bankruptcy Procedure 8006, appellees Delphi Corporation

("Delphi") and certain of its subsidiaries and affiliates (the "Affiliate Debtors"), debtors and

debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), hereby file this

designation of additional items to be included in the record on the appeal by Wilmington Trust Company from the Order Under 11 U.S.C. § 363(b) And Fed. R. Bankr. 6004 Approving (I) Supplement To UAW Special Attrition Program, and (II) IUE-CWA Special Attrition Program, dated July 7, 2006 (Docket No. 4461).

I.   Designation Of Record

The following additional items are to be included in the record on appeal:

| Designation No. | Date | Docket No. | Description |
|---|---|---|---|
| D-1 | 06/29/06 | n/a | Declaration Of Kevin M. Butler In Support Of Motion For Order Under 11 U.S.C. §363(b) And Fed. R. Bankr. P. 6004 Approving (I) Supplement To UAW Special Attrition Program, And (II) IUE-CWA Special Attrition Programs.  (Trial Exhibit No. 28.)[1] |
| D-2 | 06/29/06 | n/a | Declaration Of David L. Resnick In Support Of Motion For Order Under 11 U.S.C. §363(b) And Fed. R. Bankr. P. 6004 Approving (I) Supplement To UAW Special Attrition Program, And (II) IUE-CWA Special Attrition Programs.  (Trial Exhibit No. 29.) |
| D-3 | 06/29/06 | n/a | Declaration Of John D. Sheehan In Support Of Motion For Order Under 11 U.S.C. §363(b) And Fed. R. Bankr. P. 6004 Approving (I) Supplement To UAW Special Attrition Program, And (II) IUE-CWA Special Attrition Programs.  (Trial Exhibit No. 30.) |
| D-4 | 06/29/06 | n/a | Limited Objection Of Wilmington Trust Company, As Indenture Trustee, To Motion For Order Under 11 U.S.C. § 363(b) And Fed. R. Bankr, P. 6004 Approving (I) Supplement to UAW Special Attrition Program, And (II) IUE-CWA Special Attrition Program, redacted version (Cimalore 1).  (Trial Exhibit No. 31.) |
| D-5 | 06/29/06 | n/a | Motion For Order Under 11 U.S.C. §363(B) And Fed. R. Bankr. P. 6004 Approving (I) Supplement To UAW Special Attrition Program, And (II) IUE-CWA Special Attrition Programs (Cimalore 2).  (Trial Exhibit No. 32.) |
| D-6 | 06/29/06 | n/a | Indenture dated as of April 28, 1999 10-K405 Filed on 2/12/02-Period 12/31/01 (Cimalore 3).  (Trial Exhibit No. 33.) |

---

[1]   Pursuant to Local Rule 8007-1(a), the Debtors shall cause to be filed on the CM/ECF system a copy of each item designated that was not previously filed.

| | | | |
|---|---|---|---|
| D-7 | 06/29/06 | n/a | Prospectus Supplement, Form 424B5, Registration Statement No. 33373285, dated April 28, 1999.  (Trial Exhibit No. 34.) |
| D-8 | 06/29/06 | n/a | Prospectus Supplement, Form 424B5, Registration Statement No. 33373285, dated May 31, 2001.  (Trial Exhibit No. 35.) |
| D-9 | 06/29/06 | n/a | Prospectus Supplement, Form 424B5, Registration Statement No. 333101478 dated July 22, 2003.  (Trial Exhibit No. 36.) |
| D-10 | 06/29/06 | n/a | Delphi Automotive Systems Prospectus, Form 10-K for the Period Ending December 31, 2000.  (Trial Exhibit No. 37.) |
| D-11 | 06/29/06 | n/a | Wilmington Trust Indenture Successor Agreement, dated September 16, 2005 (Cimalore 8).  (Trial Exhibit No. 38.) |
| D-12 | 06/29/06 | n/a | Steven Cimalore Deposition Transcript.  (Trial Exhibit No. 42.) |
| D-13 | 03/31/06 | 3035 | National Collective Bargaining Agreements to which Delphi Corporation is a party, as contained in Joint Exhibit No. 76 to the Hearing on the Motion For Authority To Reject Collective Bargaining Agreements Under 11 U.S.C. § 1113(c) And Modify Retiree Welfare Benefits Under 11 U.S.C. § 1114(g).[2] |
| D-14 | 06/27/06 | 4379 | Limited Objection Of Wilmington Trust Company, As Indenture Trustee, To Motion For Order Under 11 U.S.C. § 363(b) And Fed. R. Bankr. P. 6004 Approving (I) Supplement To UAW Special Attrition Program, And (II) IUE-CWA Special Attrition Program. |

---

[2]  Pursuant to Local Rule 8007-1(b), the documents comprising this record item, which are bulky, shall remain in the possession of Debtors' attorneys, who shall safekeep and transport the documents to the appellate court.

| D-15 | 06/27/06 | 4402 | Revised Exhibit A To Debtors' Omnibus Reply To Objections To Motion For Order Under 11 U.S.C. Section 363(b) And Fed. R. Bankr. P. 6004 Approving (I) Supplement To UAW Special Attrition Program And (II) IUE-CWA Special Attrition Program. |

Dated:   New York, New York
         August 7, 2006

        SKADDEN, ARPS, SLATE, MEAGHER
         & FLOM LLP

        By:    /s/ Albert L. Hogan III
            John Wm. Butler, Jr. (JB 4711)
            Albert L. Hogan III (AH 8807)
            John K. Lyons (JL 4951)
            Ron E. Meisler (RM 3026)
        333 West Wacker Drive, Suite 2100
        Chicago, Illinois 60606
        (312) 407-0700

               - and -

        By:    /s/ Kayalyn A. Marafioti
            Kayalyn A. Marafioti (KM 9632)
            Thomas J. Matz (TM 5986)
        Four Times Square
        New York, New York 10036
        (212) 735-3000

        Attorneys for Delphi Corporation, et al.,
          Debtors and Debtors-in-Possession