Charles E. Boulbol (CB-1049)
Charles E. Boulbol, P.C.
26 Broadway, 17th Floor
New York, New York 10004
(212) 825-9457
Attorneys for Russell Reynolds Associates, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                          Case No.
                                                05-B-44481 (RDD)
DELPHI CORPORATION, et al.,                     Jointly Administered

                        Debtor.                 Chapter 11


------------------------------------------------------------X

STATE OF NEW YORK        )
                         )ss.:
COUNTY OF NEW YORK )

        THOMAS J. LANE, being duly sworn, deposes and says:

        1.      I am an employee in the office of Charles E. Boulbol, P.C.  I am over the age

of 18 years, reside in Kings County, New York and I am not a party to this action.

        2.      On August 4, 2006, I served the within Notice of Motion, the application

thereon and the Exhibits attached thereto, and the accompanying Proposed Order by means of

overnight mail, by placing same in a sealed envelope with account number affixed thereto and

marked "overnight," addressed to each of the persons listed in the Master Service List dated

July 24, 2006, and causing same to be placed in an official depository of Federal Express

located within the State of New York.

Dated: New York, New York
        August 4, 2005

Thomas J. Lane

Sworn to before me this
4th day of August, 2006

Barbara S. Sheldon
Notary Public

BARBARA S. SHELDON
Notary Public, State of New York
No. 01SH5082547
Qualified in Kings County
Commission Expires July 28, 20 09