WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200
Glenn M. Kurtz (GK-6272)
Gerard Uzzi (GU-2297)
Douglas P. Baumstein (DB-1948)

Wachovia Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Thomas E Lauria (Admitted *Pro Hac Vice*)
Frank L. Eaton (FE-1522)
Ileana A. Cruz (Admitted *Pro Hac Vice*)

ATTORNEYS FOR APPALOOSA MANAGEMENT, L.P.,
HARBINGER CAPITAL PARTNERS, LLC,
AND LAMPE CONWAY & CO., LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, *et al.*, | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing **Response and Supplemental Limited Objection of The Ad Hoc Equity Committee to Motion for Order Under 11 U.S.C. § 365 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Certain Executory Contracts with General Motors Corporation** to be duly served on August 8, 2006, by electronic transmission on the following parties:

MIAMI 668520 v1 (2K)

Skadden, Arps, Slate, Meagher & Flom, LLP
333 Wacker Drive, Suite 2100
Chicago, IL 60606
Attn: John W. Butler, Jr.
David E. Springer
jbutler@skadden.com
dspringe@skadden.com

Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036
Attn: Kayalyn A. Marafioti
kmarafio@skadden.com

United States Trustee
Alicia M. Leonhard
33 Whitehall Street
Suite 2100
New York, NY 10004
Alicia.M.Leonhard@usdoj.gov

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Martin J. Bienenstock
Michael P. Kessler
martin.bienenstock@weil.com
michal.kessler@weil.com

Fried, Frank, Harris, Schriver &
Jacobson LLP
One New York Plaza
New York, NY 10004
Attn: Bonnie Steingart
steinbo@friedfrank.com

Latham & Watkins
885 Third Avenue
New York, NY 10022-4802
Attn: Robert J. Rosenberg
Mitchell A. Seider
Mark A. Broude
robert.rosenberg@lw.com
mitchell.seider@lw.com
mark.broude@lw.com

Simpson Thacher & Barlett LLP
425 Lexington Avenue
New York, NY 10017
Attn: Kenneth S. Ziman
kziman@stblaw.com

Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Attn: Donald Bernstein
donald.bernstein@dpw.com

Honigman Miller Schwartz
and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583
Attn: Robert B. Weiss
Frank L. Gorman
rweiss@honigman.com
fgorman@honigman.com

By: /s/ Frank L. Eaton
    Frank L. Eaton