BURR & FORMAN LLP
420 North 20th Street
Suite 3100
Birmingham, Alabama 35203
(205) 251-3000
Michael Leo Hall

Attorneys for Creditor
MERCEDES-BENZ U.S. INTERNATIONAL, INC.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------
                          :
   In re                 :      Chapter 11
                          :
DELPHI CORPORATION et al.,  :      Case No. 05-44481 (RDD)
                          :
   Debtors.            :      (Jointly Administered)
--------------------------------------------

**MOTION FOR ADMISSION TO PRACTICE, Pro Hac Vice**

I, Paul B. O'Hearn, a member in good standing of the bar in the State of Georgia and the bar of the U.S. District Court for the Northern District of Georgia, request admission, **pro hac vice**, before the Honorable Robert D. Drain, to represent Mercedes-Benz U.S. International, Inc., a creditor in the above referenced case.  My address is Burr & Forman LLP, Suite 1100, 171 Seventeenth Street, NW, Atlanta, Georgia 30363.  My e-mail address is Pbohearn@burr.com. My telephone number is (404) 685-4310.  I agree to pay the fee of $25 upon approval by this Court admitting me to practice **pro hac vice**.

    Dated:  August 10, 2006
         Atlanta, Georgia

1490110

BURR & FORMAN LLP


/s/ Paul B. O'Hearn
Michael Leo Hall (pro hac granted)
Jennifer A. Harris (pro hac granted)
Paul B. O'Hearn

3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

-and-

Suite 1100
171 Seventeenth Street, NW
Atlanta, Georgia 30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

Attorneys for Creditor
MERCEDES-BENZ U.S. INTERNATIONAL, INC.

---

## ORDER

---

**ORDERED,**

that Paul B. O'Hearn, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern  District of New York, subject to payment of the filing fee.

Dated: _____, 2006
        New York, New York


        _____
        UNITED STATES BANKRUPTCY JUDGE