Marianne Goldstein Robbins
Jill Hartley
Previant, Goldberg, Uelmen,
 Gratz, Miller, & Brueggeman, s.c.
1555 N. RiverCenter Drive - Suite 202
Milwaukee, WI    53212
Telephone:     (414)   271-4500
Facsimile:     (414)   271-6308

Attorneys for IBEW Local 663 and
IAMAW District 10

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| | **Chapter 11** |
| **DELPHI CORPORATION, et al.,** | **Case No. 05-44481 (RDD)** |
| Debtors. | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

    I hereby certify that on August 10, 2006, I caused a true and correct copy of the MOTION FOR JUDGMENT ON PARTIAL FINDINGS DISMISSING THE IBEW AND IAM PURSUANT TO RULE 7052(c) to be served by e-mail on all parties on the attached list.

    s/ Marianne Goldstein Robbins
    Marianne Goldstein Robbins
    Jill Hartley
    Previant, Goldberg, Uelmen,
     Gratz, Miller, & Brueggeman, s.c.
    1555 N. RiverCenter Drive - Suite 202
    P.O. Box 12993
    Milwaukee, WI    53212
    Telephone:    (414) 271-4500
    Facsimile:     (414)  271-6308
    mgr@previant.com
    Attorneys for IBEW Local 663 and
    IAMAW District 10

Alicia N. Leonhard
U.S. Trustee
alicia.m.leonhard@usdoj.gov

Sean Corcoran
Delphi Corporation
sean.p.corcoran@delphi.com

Karen Craft
Delphi Corporation
karen.j.craft@delphi.com

John Wm. Butler
John K. Lyons
Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom LLP
jbutler@skadden.com


Kayalyn A. Marafloti
Thomas J. Matz
Louis Wilson
Skadden, Arps, Slate, Meagher & Flom LLP
kmarafio@skadden.com




Donald Bernstein
Davis Polk & Wardwell
donald.bernstein@dpw.com

Kenneth S. Ziman
Robert H. Trust
William T. Russell, Jr.
Simpson Thatcher & Bartlett LLP
kziman@stblaw.com

Honigman Miller Schwartz and Cohn LLP
Attn: Robert B. Weiss
2290 First National Building
660 Woodward Avenue
Detroit, MI   48226
rweiss@honigman.com

Thomas Kennedy
Susan M. Jennik
Larry Magarik
Kennedy, Jennick & Murray
tkennedy@kjmlabor.com


Lowell Peterson
Meyer, Suozzi, English & Klein, P.C.
lpeterson@msek.com

Bruce Simon
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, NY   10036
bsimon@cwsny.com

Barbara S. Mehlsack
Michael Vollbrecht
Gorlick, Kravitz & Listhaus, P.C.
bmehlsack@gkllaw.com



Niraj Ganatra
UAW
nganatra@uaw.net

Lonie A. Hassel
Groom Law Group
lhassel@groom.com

Tom A. Jerman
Rachel Janger
O'Melveny & Meyer LLP
tjerman@omm.com

Edward M. Fox
Kirkpatrick & Lockhart Nicholson Graham LLP
*Counsel for Wilmington Trust Company*
efox@klng.com

Frank L. Eaton
White & Case LLP
*Counsel to Appaloosa Management L.P.,
Wexford Capital LLC, Pardus Capital
Management L.P., and Lampe Conway & Co.,
 LLC*
featon@whitecase.com

Robert J. Rosenberg
Mitchell A. Seider
Latham & Watkins LLP
*Counsel for the Official Committee of Unsecured Creditors*
robert.rosenberg@lw.com

Anthony Princi, Esq.
Orrick, Herrington & Sutcliffe LLP
*Counsel for the Ad Hoc Committee of Trade
 Claimants*
aprinci@orrick.com

Michael Leo Hall
Burr & Forman LLP
*Counsel for Mercedes-Benz U.S. Int'l, Inc.*

mhall@burr.com