**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------X

In re:

Delphi Corporation, *et al.*

                              Debtors

Chapter 11
Case Nos.05-44481(rdd)
Jointly Administered

----------------------------------------X

**<u>CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER</u>**

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO A PROTECTIVE ORDER OF THE BANKRUPTCY COURT, DATED, OCTOBER 13, 2005, DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.