| | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT | | HEARING DATE: August 17, 2006 |
| SOUTHERN DISTRICT OF NEW YORK | | HEARING TIME: 10:00 a.m. |

------------------------------------------------------- x
In re:                                                  :    Chapter 11
                                                        :    Case No. 05-44481 (RDD)
DELPHI CORP., *et al.*,                                 :
                                                        :    (jointly administered)
                                        Debtors.        :
------------------------------------------------------- x

**SUPPLEMENT TO FEE COMMITTEE'S APPLICATION FOR AN ORDER
AUTHORIZING RETENTION OF LEGAL COST CONTROL AS FEE AND EXPENSE
ANALYST PURSUANT TO §§ 327(a) AND 328 OF THE BANKRUPTCY CODE**

The Delphi Joint Fee Review Committee (the "Fee Committee") hereby files its supplement to the application (the "Supplement") for an order authorizing the retention of Legal Cost Control ("LCC") (the "Application"), to clarify the scope of the proposed LCC retention as follows:

1.      LCC will use its computer software to analyze the fee applications filed in the Delphi Cases to ensure that the professionals are complying with the United States Trustee Guidelines, the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and Local Rules and General Orders of this Court.

2.      The analysis done by LCC will be based on parameters set by the Fee Committee.

3.      LCC will also (a) provide the Fee Committee with written summary and analysis reports, based on the Fee Committee's parameters, that highlight inconsistencies with the fee and expense guidelines, and (b) meet with the Fee Committee as needed.

4.      LCC will aid the Fee Committee in its work and will have no direct contact with the professionals in the Delphi Cases, except to the extent necessary to resolve technical issues relating to data input.

5. The members of the Fee Committee will request additional information from professionals, negotiate fee reductions, and resolve objections directly with professionals. If the Fee Committee is unable to resolve an objection with a professional, the Fee Committee will file a written report of the objection to the Court, requesting resolution at the hearing on the professional's fee application.

WHEREFORE the Fee Committee requests that the Court grant the Application and other relief as is just.

Dated: New York, NY
       August 11, 2006

DELPHI FEE COMMITTEE

By: /s/ Alicia M. Leonhard
    Alicia M. Leonhard
    Attorney for the United States Trustee

By: /s/ Valerie Venable
    Valerie Venable
    General Electric Company
    Member of the Delphi Creditors' Committee

By: /s/ David M. Sherbin
    David M. Sherbin
    Vice President & General Counsel
    Delphi Corporation