UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
    In re                        :        Chapter 11
:
DELPHI CORPORATION, et al.,      :        Case No. 05-44481 (RDD)
:
                   Debtors.    :        (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER REGARDING MOTION
OF H.E. SERVICES COMPANY AND ROBERT BACKIE,
MAJORITY SHAREHOLDER FOR RELIEF FROM AUTOMATIC STAY

("H.E. SERVICES ORDER")

        Upon the motion, dated March 6, 2006 (the "Motion"), of H.E. Services Company and Robert Backie, majority shareholder ("H.E. Services"), for an order for relief from the automatic stay (Docket No. 2705); and upon the Debtors' objection to the Motion, dated June 13, 2006 (Docket No. 4108); and upon H.E. Services' supplement to the Motion, dated June 15, 2006 (Docket No. 4218); and upon the Debtors' supplemental objection to the Motion, dated July 12, 2006 (Docket No. 4532); and upon the record of the hearings held on the Motion; and after due deliberation thereon; and, for the reasons stated by the Court in its bench ruling, H.E. Services having failed to establish sufficient cause for such relief, it is hereby

        ORDERED, ADJUDGED, AND DECREED THAT:

        1.        The Motion is DENIED, without prejudice to the right of H.E. Services to seek later the same relief upon a showing of cause under 11 U.S.C. § 362(d)(1) and changed circumstances.

2.     This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

Dated: New York, New York
August 10, 2006

/s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE