UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x
In re                                   :
                                        :           Case No. 05-44481
DELPHI AUTOMOTIVE SYSTEMS,              :     Chapter 11, Jointly Administered
LLC                                     :          Claim No. SEE **EXHIBIT B**
                                        :                    $1,777,501.48
                                        :
                                        :
                                        :
                                        :
                                        :
Debtors                                 :
---------------------------------------x

## NOTICE TO TRANSFER OF CLAIM PURSUANT TO FRBP 3001(e)(2)

To: ("**Transferor**")      TI Group Automotive Systems, LLC
                            Attn: Timothy Guerriero
                            12345 E. Nine Mile Road
                            Warren, MI 48089

Please take notice that the transfer of 100% of your Claim(s) (as defined in **Exhibit A** and **B** hereto), in the amount of $1,777,501.48 in the bankruptcy case referenced above, together with all applicable interest, fees and expenses thereto, has been transferred (unless previously expunged by court order) to:

From: ("**Transferee**")    APS Clearing, Inc.
                            Attn: Matthew Hamilton
                            1301 Capital of Texas Hwy,
                            Suite No. B-220
                            Austin, Texas 78746

Evidence that Transferor has assigned all of its right, title and interest in the Claim(s) to Transferee is attached hereto as **Exhibit A**.

No action is required if you do not object to the transfer of your claim. HOWEVER, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN TWENTY (20) DAYS OF THE DATE OF THIS NOTICE, YOU MUST FILE A WRITTEN OBJECTION WITH:

United States Bankruptcy Court
Southern District of New York
Attn: Clerk of the Court
One Bowling Green
New York, NY 10004-1408

If you file an objection a hearing will be scheduled. If you do not file an objection, or it is not timely filed, the transferee will be substituted on the Court's records as the Claimant. SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.

<u>EXHIBIT A</u>
EVIDENCE OF TRANSFER

TI Group Automotive Systems, L.L.C., with an address at 12345 E. Nine Mile Road, Warren, MI 48090 ("**Assignor**") transfers and assigns unto APS Clearing, Inc., its successors and assigns ("**Assignee**"), pursuant to the terms of that certain Purchase and Sale Agreement For Certain Claims In The Chapter 11 Cases[1], of even date herewith (the "**Agreement**"), all of its right, title and interest in and to Assignor's Claim against the Debtor, as identified on the attached <u>Schedule</u>, and as modified by the Settlement Agreement and further described in the Agreement.

Assignor hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law with respect to the transfer of the Claim. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing Claims and recognizing the Assignee as the sole owner and holder of the Claims. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the Assignor and the Assignee have caused this Assignment to be duly executed as of August 8, 2006.

**ASSIGNEE:**

APS CLEARING, INC.
a Delaware corporation
By: _____
Name: Matthew Hamilton, Esq.
Title: Managing Director


**ASSIGNOR:**

TI GROUP AUTOMOTIVE SYSTEMS, L.L.C.
By: _____
Name:
Title:

---

[1] Capitalized terms not otherwise defined herein, have those meaning ascribed to such terms in the Agreement.

A

EXHIBIT B
SCHEDULE OF CLAIMS

| Original Creditor Name | Schedule No. | Scheduled Amount | Claim No. | Proof of Claim Amount |
|---|---|---|---|---|
| TI Group Automotive Sys | 1637874-10408973 | $4,508,775.23 | 11743 | Not less than $1,777,501.48 |
| TI Group Automotive Sys Eft | 1637875-10408974 | $210,308.17 | 11743 | Not less than $1,777,501.48 |
| **TOTAL – 2 CLAIMS** | -- | **$4,728,083.40** | -- | **Not less than $1,777,501.48** |