LORD BISSELL & BROOK LLP
115 South LaSalle Street
Chicago, IL 60603
Tel: (312) 443-0700
Fax: (312) 443-0336
Timothy W. Brink (TWB 4178)
Timothy S. McFadden (TSM 9650)

and

LORD BISSELL & BROOK LLP
885 Third Avenue, 26th Floor
New York, NY 10022-4802
Tel: (212) 947-4700
Fax: (212) 947-1202
Kevin J. Walsh (KJW 6083)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------x

In re:

DELPHI CORP, et al.

                              Debtors.
-------------------------------------------------x

Chapter 11 Case No.
05-44481 (RDD)

(Jointly Administered)

**MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice***

I, ____Timothy W. Brink____, a member in good standing of the bar in the State of

_____Illinois_____ and the bar of the U.S. District Court for the _____Northern_____

District of ____Illinois____, request admission, *pro hac vice*, before the Honorable

_____Robert D. Drain_____, to represent Methode Electronics, Inc. in the above referenced

✓ case  ___ adversary proceeding.

Mailing address: 111 South Wacker Drive, Chicago, Illinois 60606;

E-mail address: tbrink@lordbissell.com ; telephone number (312) 443-1832 .

I agree to pay the fee of $25 upon approval by the Court admitting me to practice *pro hac vice*.

Dated: August 14, 2006
       Chicago, Illinois                                       _____/s/ Timothy W. Brink_____

CH11 1234669v1