UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

In re:                                                                       Chapter 11 Case No.
                                                                                  05-44481 (RDD)
DELPHI CORP, et al.
                                                                                  (Jointly Administered)
               Debtors.

------------------------------------------------x

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

I, ____Timothy W. Brink____, a member in good standing of the bar in the State of

____Illinois____ and the bar of the U.S. District Court for the _Northern_

District of ____Illinois____, having requested admission, *pro hac vice*, to represent

Methode Electronics, Inc. in the above referenced ✓ case ___ adversary proceeding.

**ORDERED**,

that____Timothy W. Brink____, Esq., is admitted to practice, *pro hac vice*, in the above

referenced ✓ case ___ adversary proceeding, in the United States Bankruptcy Court, Southern

District of New York, subject to payment of the filing fee.

Dated:

          New York, New York     /s/_____
                                                UNITED STATES BANKRUPTCY JUDGE

CHI1 1234680v1