LORD BISSELL & BROOK LLP
115 South LaSalle Street
Chicago, IL 60603
Tel: (312) 443-0700
Fax: (312) 443-0336
Timothy W. Brink (TWB 4178)
Timothy S. McFadden (TSM 9650)

and

LORD BISSELL & BROOK LLP
885 Third Avenue, 26th Floor
New York, NY 10022-4802
Tel: (212) 947-4700
Fax: (212) 947-1202
Kevin J. Walsh (KJW 6083)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 Case No. 05-44481 (RDD) |
| DELPHI CORP, et al. | (Jointly Administered) |
| Debtors. | |

-------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, ___Timothy S. McFadden___, a member in good standing of the bar in the State of

___Illinois___ and the bar of the U.S. District Court for the ___Northern___

District of ___Illinois___, request admission, *pro hac vice*, before the Honorable

___Robert D. Drain___, to represent Methode Electronics, Inc. in the above referenced

✓ case ___ adversary proceeding.

Mailing address: 111 South Wacker Drive, Chicago, Illinois 60606;

E-mail address: tmcfadden@lordbissell.com ___; telephone number (312) 443-0370.

I agree to pay the fee of $25 upon approval by the Court admitting me to practice *pro hac vice*.

Dated: August 14, 2006
      Chicago, Illinois                                ___/s/ Timothy S. McFadden___

CHI1 1234676v1