UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

| | |
|---|---|
| In re:<br><br>DELPHI CORP, et al.<br><br>                Debtors. | Chapter 11 Case No.<br>05-44481 (RDD)<br><br>(Jointly Administered) |

------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

I, _____Timothy S. McFadden_____, a member in good standing of the bar in the State of

_____Illinois_____ and the bar of the U.S. District Court for the _Northern_

District of _____Illinois_____, having requested admission, *pro hac vice*, to represent

Methode Electronics, Inc. in the above referenced ✓ case ___ adversary proceeding.

**ORDERED,**

that___Timothy S. McFadden_____, Esq., is admitted to practice, *pro hac vice*, in the above

referenced ✓ case ___ adversary proceeding, in the United States Bankruptcy Court, Southern

District of New York, subject to payment of the filing fee.

Dated:

        New York, New York    /s/_____
                                                   UNITED STATES BANKRUPTCY JUDGE

CHI1 1234681v1