LORD BISSELL & BROOK LLP
111 South Wacker Drive
Chicago, IIllinois 60606
Tel: (312) 443-0700
Fax: (312) 443-0336
Timothy W. Brink (TWB 4178) (*pro hac vice* application pending)
Timothy S. McFadden (TSM 9650) (*pro hac vice* application pending)

-and-

LORD BISSELL & BROOK LLP
885 Third Avenue, 26th Floor
New York, NY 10022-4802
Tel: (212) 947-4700
Fax: (212) 947-1202
Kevin J. Walsh (KJW 6083)

Attorneys for Methode Electronics, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------x

In re:                                                      Chapter 11 Case No.
                                                            05-44481 (RDD)
DELPHI CORP, et al.
                                                            (Jointly Administered)
                              Debtors.
-------------------------------------------------x

### NOTICE OF CHANGE OF ADDRESS

To:    The parties on the attached Service List

    **PLEASE TAKE NOTICE** that effective January 16, 2006, the Chicago address of Lord, Bissell & Brook LLP has changed to:

    LORD, BISSELL & BROOK LLP
    111 South Wacker Drive
    Chicago, Illinois 60606
    Tel: (312) 443-0700
    Fax: (312) 443-0336

    Kindly use the new firm address in all pleadings, correspondence, and other documents.

CHI1 1234708v1

Dated: August 14, 2006

Respectfully submitted,

/s/ Timothy S. McFadden
Timothy W. Brink (TWB 4178)
Timothy S. McFadden (TSM 9650)
LORD, BISSELL & BROOK LLP
111 South Wacker Drive
Chicago, Illinois  60606
Tel:  (312) 443-0700
Fax: (312) 443-0336

-and-

Kevin J. Walsh (KJW 6083)
LORD, BISSELL & BROOK LLP
885 Third Avenue, 26th Floor
New York, NY 10022-4802
Tel:  (212) 947-4700
Fax: (212) 947-1202