# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

In re:                                                                    Chapter 11 Case No.
                                                                              05-44481 (RDD)
DELPHI CORP, et al.
                                                                              (Jointly Administered)
                                  Debtors.

------------------------------------------------x

## ORDER GRANTING MOTION OF METHODE ELECTRONICS, INC. FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT IT TO EXERCISE SETOFF AND/OR RECOUPMENT RIGHTS

Upon consideration of the Motion of Methdoe Electronics, Inc. ("Methode") for Relief from the Automatic Stay to Permit It to Exercise Setoff and/or Recoupment Rights (the "Motion"); and sufficient notice of the Motion having been given to parties in interest as required under the circumstances; and it appearing that no other or further notice of the Motion is required; and the Court having determined that good cause exists for granting the relief requested in the Motion; and objections to the Motion, if any, having been withdrawn or overruled; and after due deliberation and sufficient cause appearing therefore; it is hereby

ORDERED, the Motion is GRANTED to the extent set forth herein; and it is further

ORDERED, the capitalized terms herein shall have the meanings ascribed to them in the Motion unless otherwise indicated; and it is further

ORDERED, the automatic stay is hereby modified, along with any stay imposed by the Final DIP Financing Order, so as to authorize the immediate exercise of setoff and/or recoupment rights by Methode of the Secured Claim against the Security; and it is further

ORDERED, the Debtors and Methode are authorized to take all necessary steps to implement the terms of this Order; and it is further

CHI1 1235597v1

ORDERED, this Court shall retain jurisdiction regarding the implementation of this Order.

DATED:    New York, New York
         _____, 2006

                                          _____
                                          United States Bankruptcy Judge