**EXHIBIT C**

**FORM B10** (Official Form 10) 04/05)

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor    Delphi Automotive Systems LLC | Case Number 05-44640 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| | | |
|---|---|---|
| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>Automotive Safety Technologies Inc., a wholly-owned subsidiary of Methode Electronics Inc. | ☐ Check if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
| Name and address where notices should be sent:<br>Methode Electronics Inc.<br>c/o Timothy S. McFadden, Esq.<br>Lord, Bissell & Brook LLP<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br><br>Telephone: (312) 443-0370 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>X Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |

| Account or other number by which creditor identifies debtor:<br>00001.00, 00002.00, 00003.00 | Check here ☐ replaces<br>if this claim    ☐ amends    a previously filed claim, dated: _____ |
|---|---|

| 1.  Basis for Claim | |
|---|---|
| X    Goods sold<br>☐    Services performed<br>☐    Money loaned<br>☐    Personal injury/wrongful death<br>☐    Taxes<br>☐    Other _____ | ☐    Retiree benefits as defined in 11 U.S.C. § 1114(a)<br>☐    Wages, salaries, and compensation (fill out below)<br>        Last four digits of SS# _____<br>        Unpaid compensation for services performed<br>        from _____ to _____<br>              (date)        (date) |

**2.   Date debt was incurred:** 10/30/2001-10/8/2005

**3.   If court judgment, date obtained:**

**4.   Total Amount of Claim at Time Case Filed:** $_____    $ 2,939,137    _____    $2,939,137
                                              (unsecured)    (secured)    (priority)    (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐   Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| 5.   Secured Claim. | 7.   Unsecured Priority Claim. |
|---|---|
| X   Check this box if your claim is secured by collateral (including a right of setoff).<br>Brief Description of Collateral:<br>☐   Real Estate   ☐   Motor Vehicle<br>X   Other Cash (see attached addendum)<br>Value of Collateral:$ 2,939,137<br><br>Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____ | ☐   Check this box if you have an unsecured priority claim<br>        Amount entitled to priority $_____<br>        Specify the priority of the claim:<br>☐   Wages, salaries, or commissions (up to $10,000), *earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3). |
| 6.   Unsecured Nonpriority Claim  $_____<br>☐   Check this box if: a) there is no collateral or lien securing your claim, b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority. | ☐   Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(3).<br>☐   Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).<br>☐   Alimony, maintenance or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).<br>☐   Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).<br>☐   Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___)<br>*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub.L. 109-8. |

| | |
|---|---|
| 8.   Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.<br>9.   Supporting Documents: *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.<br>10. Date-Stamped Copy: To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | THIS SPACE IF FOR COURT USE ONLY<br><br>RECEIVED<br>MAY - 3 2006<br>CLAIMS PROCESSING CENTER<br>USBC, SDNY        1 |
| Date May 2, 2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>T M Fadden, Timothy S. McFadden, One of its Attorneys | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

### ADDENDUM TO PROOF OF CLAIM OF
### AUTOMOTIVE SAFETY TECHNOLOGIES, INC.,  A WHOLLY OWNED
### SUBSIDARY OF METHODE ELECTRONICS, INC.

Automotive Safety Technologies, Inc., a wholly-owned subsidiary of Methode Electronics, Inc. ("AST"), files this proof of claim for amounts owed to it by Delphi Automotive Systems LLC ("Delphi") for goods sold by AST to Delphi prior to October 8, 2005 (the "Petition Date").

The total amount of AST's claim against Delphi is $6,971,504 (the "Total Claim"). Due the voluminous nature of the invoices, purchase orders and shipping documents evidencing AST's claim, copies are not attached hereto. Attached as Exhibit A is a chart listing the invoices comprising AST's claim.

AST files two (2) proofs of claim evidencing its Total Claim. This proof of claim evidences the secured portion of AST's Total Claim (the "Secured Claim"), in the amount of $2,939,137. (A separate proof of claim evidence the unsecured portion of AST's Total Claim (the "Unsecured Claim"), in the amount of $4,032,067). AST's Secured Claim arises by virtue of its rights of setoff against the following:

First, AST holds $1,923,985 as the balance of a $3,000,000 prepayment (the "Advance Payment") made by Delphi to AST on October 4, 2005 for goods sold to Delphi after that date. As of the Petition Date, AST had applied $1,076,015 of the Advance Payment to goods delivered to Delphi, leaving the remaining balance of $1,923,985 (the "Cash Balance"). AST continues to hold the Cash Balance.

Second, AST holds $765,152 in overpayments by (the "Overpayments") Delphi to AST prior to the Petition Date. Attached as Exhibit B is a chart summarizing the Overpayments.

Third, AST owes Delphi $250,000 in rebates under an contract extension agreement entered into prior to the Petition Date.

CHI1 1197239v1

# EXHIBIT A

**AST**

| Division | Acct # | Inv.# | Inv.Date | Balance | Acct. Total |
|----------|--------|-------|----------|---------|-------------|
| AST | 00001.00 | D00077 | 1/22/2003 | 1,562.50 | |
| | | D00211 | 8/25/2005 | 9,097.20 | |
| | | D00212 | 8/25/2005 | 9,097.20 | |
| | | D00213 | 8/25/2005 | 505.40 | |
| | | P00170 | 7/24/2003 | (6,573.40) | |
| | | P00184 | 11/26/2003 | (621.60) | |
| | | P00189 | 3/2/2004 | (625.60) | |
| | | P00190 | 3/2/2004 | (2,116.00) | |
| | | P00208 | 5/4/2004 | (622.40) | |
| | | P00229 | 6/18/2004 | (1,512.00) | |
| | | P00265 | 8/3/2004 | (11,927.75) | |
| | | P00266 | 8/3/2004 | (3.00) | |
| | | P00267 | 8/3/2004 | (6.00) | |
| | | P00268 | 8/3/2004 | (3.00) | |
| | | P00269 | 8/3/2004 | (6.40) | |
| | | P00292 | 10/21/2004 | (184.00) | |
| | | P00297 | 11/8/2004 | (115.20) | |
| | | P00299 | 11/8/2004 | (140.80) | |
| | | P00309 | 11/8/2004 | (288.00) | |
| | | P00315 | 11/8/2004 | (115.20) | |
| | | P00317 | 11/8/2004 | (57.60) | |
| | | P00369 | 1/10/2005 | (1,537.20) | |
| | | P00379 | 1/10/2005 | (1,537.20) | |
| | | P00401 | 2/11/2005 | (4,500.00) | |
| | | P00421 | 3/28/2005 | (198.00) | |
| | | P00424 | 3/28/2005 | (118.80) | |
| | | P00426 | 3/28/2005 | (15.40) | |
| | | P00427 | 3/28/2005 | (63.80) | |
| | | P00432 | 3/28/2005 | (158.40) | |
| | | P00435 | 3/28/2005 | (158.40) | |
| | | P00436 | 3/28/2005 | (44.80) | |
| | | P00438 | 3/28/2005 | (118.80) | |
| | | P00444 | 3/28/2005 | (158.40) | |
| | | P00446 | 3/28/2005 | (158.40) | |
| | | P00448 | 3/28/2005 | (118.80) | |
| | | P00450 | 3/28/2005 | (11.20) | |
| | | P00453 | 3/28/2005 | (158.40) | |
| | | P00456 | 3/28/2005 | (158.40) | |
| | | P00458 | 3/28/2005 | (118.80) | |
| | | P00461 | 4/1/2005 | (158.40) | |
| | | P00465 | 4/1/2005 | (118.80) | |
| | | P00467 | 4/1/2005 | (79.20) | |
| | | P00469 | 4/1/2005 | (79.20) | |
| | | P00472 | 4/1/2005 | (158.40) | |
| | | P00474 | 4/1/2005 | (158.40) | |

| | | |
|---|---|---|
| P00476 | 4/1/2005 | (118.80) |
| P00478 | 4/1/2005 | (158.40) |
| P00480 | 4/1/2005 | (158.40) |
| P00482 | 4/1/2005 | (118.80) |
| P00484 | 4/1/2005 | (158.40) |
| P00486 | 4/1/2005 | (158.40) |
| P00488 | 4/1/2005 | (118.80) |
| P00491 | 4/19/2005 | (79.20) |
| P00492 | 5/3/2005 | (158.40) |
| P00494 | 5/3/2005 | (158.40) |
| P00495 | 5/3/2005 | (118.80) |
| P00496 | 5/3/2005 | (158.40) |
| P00499 | 5/3/2005 | (158.40) |
| P00501 | 5/3/2005 | (79.20) |
| P00502 | 5/3/2005 | (79.20) |
| P00504 | 5/3/2005 | (158.40) |
| P00505 | 5/3/2005 | (56.00) |
| P00506 | 5/3/2005 | (118.80) |
| P00509 | 5/3/2005 | (79.20) |
| P00510 | 5/3/2005 | (79.20) |
| P00512 | 5/3/2005 | (59.40) |
| P00516 | 5/3/2005 | (158.40) |
| P00518 | 5/3/2005 | (29.70) |
| P00519 | 5/3/2005 | (123.20) |
| P00521 | 5/3/2005 | (29.70) |
| P00522 | 5/3/2005 | (114.40) |
| P00523 | 5/3/2005 | (89.10) |
| P00525 | 5/3/2005 | (79.20) |
| P00530 | 6/24/2005 | (14.40) |
| P00533 | 6/24/2005 | (39.60) |
| P00536 | 6/24/2005 | (39.60) |
| P00541 | 6/24/2005 | (39.60) |
| P00547 | 6/24/2005 | (79.20) |
| P00553 | 6/24/2005 | (79.20) |
| P00560 | 6/24/2005 | (79.20) |
| P00565 | 6/24/2005 | (158.40) |
| P00569 | 6/24/2005 | (79.20) |
| P00571 | 6/24/2005 | (79.20) |
| P00580 | 6/24/2005 | (79.20) |
| P00584 | 6/24/2005 | (79.20) |
| P00591 | 6/24/2005 | (198.00) |
| P00593 | 6/24/2005 | (158.40) |
| P00597 | 6/24/2005 | (79.20) |
| P00602 | 6/24/2005 | (79.20) |
| P00609 | 6/24/2005 | (79.20) |
| P00615 | 6/24/2005 | (79.20) |
| P00617 | 6/24/2005 | (158.40) |
| P00625 | 6/24/2005 | (79.20) |
| P00626 | 6/24/2005 | (79.20) |
| P00774 | 9/22/2005 | (97.20) |
| P00775 | 9/22/2005 | (162.00) |
| P00776 | 9/22/2005 | (126.00) |

| | | |
|---|---|---|
| P00777 | 9/22/2005 | (68.40) |
| P00778 | 9/22/2005 | (129.60) |
| P00779 | 9/22/2005 | (33.00) |
| P-205 | 7/18/2002 | 1,562.50 |
| P-212 | 7/22/2002 | 250.00 |
| P-217 | 7/22/2002 | 1,250.00 |
| P-218 | 7/23/2002 | 1,250.00 |
| P0001 | 10/30/2001 | 2,507.74 |
| P0002 | 10/30/2001 | 2,385.89 |
| P0003 | 10/30/2001 | 1,574.44 |
| P0006 | 10/30/2001 | 2,007.70 |
| T301A | 7/1/2002 | 1,000.00 |
| PO35 | 1/15/2002 | 723.00 |
| P007 | 11/30/2001 | 500.00 |
| P008 | 11/30/2001 | 2,016.11 |
| P009 | 11/30/2001 | 1,000.00 |
| P011 | 11/30/2001 | 500.00 |
| P012 | 11/30/2001 | 1,889.52 |
| P013 | 11/30/2001 | 5,663.22 |
| P014 | 11/30/2001 | 1,005.32 |
| P019 | 11/30/2001 | 4,375.00 |
| P026 | 12/28/2001 | 1,562.50 |
| P027 | 12/28/2001 | 4,687.50 |
| P030 | 12/28/2001 | 1,875.00 |
| P034 | 12/28/2001 | 755.12 |
| P039 | 1/14/2002 | 9,375.00 |
| P045 | 1/16/2002 | 1,562.50 |
| P054 | 2/1/2002 | 625.00 |
| P077 | 3/19/2002 | 3,000.00 |
| P085 | 4/12/2002 | 1,875.00 |
| P104 | 5/15/2002 | 722.00 |
| P107 | 5/15/2002 | 1,250.00 |
| P118 | 4/28/2002 | 500.00 |
| T003 | 2/13/2002 | 1,500.00 |
| T004 | 2/13/2002 | 1,863.75 |
| T012 | 3/29/2002 | 2,400.00 |
| T013 | 3/29/2002 | 775.00 |
| T101 | 5/1/2002 | 3,200.00 |
| 374 | 3/31/2003 | 422.40 |
| 395 | 4/3/2003 | 844.80 |
| 410 | 4/4/2003 | 211.20 |
| 412 | 4/4/2003 | 390.25 |
| 413 | 4/4/2003 | 211.20 |
| 422 | 4/11/2003 | 422.40 |
| 425 | 4/15/2003 | 422.40 |
| 428 | 4/16/2003 | 211.20 |
| 432 | 4/17/2003 | 211.20 |
| 607 | 6/11/2003 | 763.60 |
| 618 | 6/16/2003 | 896.40 |
| 632 | 6/20/2003 | 298.80 |
| 636 | 6/23/2003 | 1,195.20 |
| 671 | 6/26/2003 | 896.40 |

| | | |
|---|---|---|
| 677 | 6/30/2003 | 896.40 |
| 812 | 8/15/2003 | 155.60 |
| 914 | 9/11/2003 | 612.80 |
| 924 | 9/15/2003 | 31.50 |
| 1226 | 11/21/2003 | 317.20 |
| 1271 | 12/1/2003 | 45.00 |
| 1276 | 12/2/2003 | 27.00 |
| 1285 | 12/4/2003 | 45.00 |
| 1330 | 12/19/2003 | 1,386.00 |
| 1332 | 12/22/2003 | 29.40 |
| 1390 | 1/9/2004 | 274.80 |
| 1469 | 1/27/2004 | 1,520.00 |
| 3826 | 11/19/2004 | 2,898.00 |
| 4158 | 12/22/2004 | 8.40 |
| 4340 | 1/12/2005 | 56.00 |
| 4636 | 2/2/2005 | 921.60 |
| 4689 | 2/4/2005 | 49.68 |
| 4784 | 2/14/2005 | 1,382.40 |
| 4786 | 2/14/2005 | 57.96 |
| 4787 | 2/14/2005 | 459.60 |
| 5127 | 3/14/2005 | 24.84 |
| 5144 | 3/15/2005 | 9.36 |
| 5198 | 3/21/2005 | 4.44 |
| 5544 | 4/18/2005 | 212.40 |
| 5725 | 5/2/2005 | 212.40 |
| 5984 | 5/19/2005 | 1,434.24 |
| 6193 | 6/6/2005 | 212.40 |
| 6460 | 6/22/2005 | 72.00 |
| 6576 | 7/1/2005 | 57.60 |
| 6581 | 7/1/2005 | 14.40 |
| 6588 | 7/5/2005 | 14.40 |
| 6591 | 7/5/2005 | 72.00 |
| 6610 | 7/7/2005 | 43.20 |
| 6629 | 7/11/2005 | 57.60 |
| 6712 | 7/18/2005 | 153.40 |
| 6720 | 7/18/2005 | 28.80 |
| 6741 | 7/19/2005 | 14.40 |
| 6755 | 7/19/2005 | 14.40 |
| 6799 | 7/25/2005 | 28.80 |
| 6817 | 7/26/2005 | 28.80 |
| 6842 | 7/27/2005 | 28.80 |
| 6852 | 7/28/2005 | 14.40 |
| 6866 | 7/29/2005 | 59.00 |
| 6880 | 8/1/2005 | 10.80 |
| 6885 | 8/1/2005 | 212.40 |
| 6894 | 8/1/2005 | 28.80 |
| 6912 | 8/2/2005 | 28.80 |
| 6919 | 8/2/2005 | 10.80 |
| 6931 | 8/3/2005 | 22.40 |
| 6936 | 8/3/2005 | 10.80 |
| 6949 | 8/4/2005 | 10.80 |
| 6950 | 8/4/2005 | 20.80 |

| | | |
|---|---|---|
| 6966 | 8/5/2005 | 212.40 |
| 6984 | 8/8/2005 | 32.40 |
| 7002 | 8/8/2005 | 28.80 |
| 7021 | 8/9/2005 | 21.60 |
| 7026 | 8/9/2005 | 28.80 |
| 7050 | 8/10/2005 | 21.60 |
| 7059 | 8/10/2005 | 27.20 |
| 7072 | 8/11/2005 | 16.00 |
| 7087 | 8/12/2005 | 10.80 |
| 7110 | 8/15/2005 | 28.80 |
| 7126 | 8/16/2005 | 10.80 |
| 7132 | 8/16/2005 | 19.20 |
| 7137 | 8/17/2005 | 38.40 |
| 7150 | 8/17/2005 | 10.80 |
| 7161 | 8/18/2005 | 10.80 |
| 7169 | 8/18/2005 | 14.40 |
| 7193 | 8/22/2005 | 14.40 |
| 7208 | 8/22/2005 | 32.40 |
| 7222 | 8/23/2005 | 32.40 |
| 7233 | 8/23/2005 | 14.40 |
| 7249 | 8/24/2005 | 32.40 |
| 7251 | 8/24/2005 | 28.80 |
| 7295 | 8/25/2005 | 32.40 |
| 7319 | 8/26/2005 | 14.40 |
| 7362 | 8/31/2005 | 28.80 |
| 7363 | 9/1/2005 | 15,346.56 |
| 7364 | 9/1/2005 | 26,085.24 |
| 7365 | 9/1/2005 | 14,958.00 |
| 7366 | 9/1/2005 | 16,624.80 |
| 7367 | 9/1/2005 | 6,213.60 |
| 7368 | 9/1/2005 | 16,621.20 |
| 7369 | 9/1/2005 | 19,029.60 |
| 7370 | 9/1/2005 | 6,048.00 |
| 7371 | 9/1/2005 | 23,807.52 |
| 7372 | 9/1/2005 | 3,063.60 |
| 7373 | 9/1/2005 | 28,983.60 |
| 7374 | 9/1/2005 | 16,884.00 |
| 7375 | 9/1/2005 | 6,019.20 |
| 7376 | 9/1/2005 | 24,256.80 |
| 7377 | 9/1/2005 | 9,451.20 |
| 7378 | 9/1/2005 | 26,856.48 |
| 7379 | 9/1/2005 | 6,148.80 |
| 7380 | 9/1/2005 | 7,776.00 |
| 7381 | 9/1/2005 | 37,486.80 |
| 7382 | 9/1/2005 | 20,559.60 |
| 7383 | 9/1/2005 | 10,054.80 |
| 7384 | 9/1/2005 | 6,213.60 |
| 7385 | 9/1/2005 | 2,782.80 |
| 7386 | 9/1/2005 | 6,091.20 |
| 7387 | 9/1/2005 | 2,908.80 |
| 7388 | 9/1/2005 | 5,580.00 |
| 7389 | 9/1/2005 | 13,195.80 |

| | | |
|---|---|---|
| 7390 | 9/1/2005 | 3,106.80 |
| 7391 | 9/1/2005 | 3,024.00 |
| 7392 | 9/1/2005 | 9,320.40 |
| 7393 | 9/1/2005 | 2,908.80 |
| 7394 | 9/2/2005 | 11,509.92 |
| 7395 | 9/2/2005 | 5,191.68 |
| 7396 | 9/2/2005 | 3,024.00 |
| 7397 | 9/2/2005 | 39,679.20 |
| 7398 | 9/2/2005 | 19,029.60 |
| 7399 | 9/2/2005 | 14,958.00 |
| 7400 | 9/2/2005 | 16,689.60 |
| 7401 | 9/2/2005 | 20,991.60 |
| 7402 | 9/2/2005 | 5,580.00 |
| 7403 | 9/2/2005 | 12,297.60 |
| 7404 | 9/2/2005 | 17,949.60 |
| 7406 | 9/2/2005 | 5,184.00 |
| 7407 | 9/2/2005 | 40,370.40 |
| 7408 | 9/2/2005 | 6,264.00 |
| 7409 | 9/2/2005 | 8,964.00 |
| 7410 | 9/2/2005 | 9,831.60 |
| 7411 | 9/2/2005 | 15,552.00 |
| 7412 | 9/2/2005 | 5,738.40 |
| 7413 | 9/2/2005 | 3,301.20 |
| 7414 | 9/2/2005 | 6,091.20 |
| 7415 | 9/2/2005 | 7,560.96 |
| 7416 | 9/2/2005 | 19,183.20 |
| 7417 | 9/2/2005 | 5,852.88 |
| 7418 | 9/2/2005 | 43,475.40 |
| 7419 | 9/2/2005 | 2,973.60 |
| 7420 | 9/2/2005 | 10,287.00 |
| 7421 | 9/2/2005 | 20,109.60 |
| 7422 | 9/2/2005 | 18,516.96 |
| 7423 | 9/2/2005 | 15,660.00 |
| 7424 | 9/2/2005 | 19,183.20 |
| 7425 | 9/2/2005 | 5,900.40 |
| 7426 | 9/2/2005 | 17,694.00 |
| 7427 | 9/2/2005 | 21,974.40 |
| 7428 | 9/2/2005 | 9,514.80 |
| 7429 | 9/2/2005 | 5,904.00 |
| 7430 | 9/2/2005 | 5,726.88 |
| 7431 | 9/2/2005 | 46,947.60 |
| 7432 | 9/2/2005 | 2,988.00 |
| 7433 | 9/2/2005 | 5,738.40 |
| 7434 | 9/2/2005 | 6,091.20 |
| 7435 | 9/2/2005 | 1,890.24 |
| 7437 | 9/2/2005 | 3,420.00 |
| 7438 | 9/2/2005 | 7,935.84 |
| 7439 | 9/2/2005 | 9,320.40 |
| 7440 | 9/2/2005 | 23,283.00 |
| 7441 | 9/2/2005 | 5,976.00 |
| 7442 | 9/5/2005 | 4,498.20 |
| 7443 | 9/6/2005 | 26,987.04 |

| | | |
|---|---|---|
| 7444 | 9/6/2005 | 34,780.32 |
| 7445 | 9/6/2005 | 8,474.40 |
| 7446 | 9/6/2005 | 17,949.60 |
| 7447 | 9/6/2005 | 10,287.00 |
| 7448 | 9/6/2005 | 3,024.00 |
| 7449 | 9/6/2005 | 3,420.00 |
| 7450 | 9/6/2005 | 10,054.80 |
| 7451 | 9/6/2005 | 11,912.40 |
| 7452 | 9/6/2005 | 12,976.20 |
| 7453 | 9/6/2005 | 5,290.56 |
| 7454 | 9/6/2005 | 6,213.60 |
| 7455 | 9/6/2005 | 9,320.40 |
| 7456 | 9/6/2005 | 18,529.20 |
| 7457 | 9/6/2005 | 11,714.40 |
| 7458 | 9/6/2005 | 3,009.60 |
| 7459 | 9/6/2005 | 15,552.00 |
| 7460 | 9/6/2005 | 8,996.40 |
| 7461 | 9/6/2005 | 6,091.20 |
| 7462 | 9/6/2005 | 9,514.80 |
| 7463 | 9/6/2005 | 2,908.80 |
| 7464 | 9/6/2005 | 1,890.24 |
| 7465 | 9/6/2005 | 2,790.00 |
| 7466 | 9/6/2005 | 2,973.60 |
| 7467 | 9/6/2005 | 1,362.60 |
| 7468 | 9/6/2005 | 12,686.40 |
| 7469 | 9/7/2005 | 26,987.04 |
| 7470 | 9/7/2005 | 13,656.72 |
| 7471 | 9/7/2005 | 10,287.00 |
| 7472 | 9/7/2005 | 17,949.60 |
| 7473 | 9/7/2005 | 3,024.00 |
| 7474 | 9/7/2005 | 23,807.52 |
| 7475 | 9/7/2005 | 15,534.00 |
| 7476 | 9/7/2005 | 37,678.68 |
| 7477 | 9/7/2005 | 10,054.80 |
| 7478 | 9/7/2005 | 5,184.00 |
| 7498 | 9/7/2005 | 26,762.40 |
| 7499 | 9/7/2005 | 6,213.60 |
| 7500 | 9/7/2005 | 9,320.40 |
| 7501 | 9/7/2005 | 6,408.00 |
| 7502 | 9/7/2005 | 8,996.40 |
| 7504 | 9/7/2005 | 5,932.80 |
| 7505 | 9/7/2005 | 3,009.60 |
| 7506 | 9/7/2005 | 9,320.40 |
| 7507 | 9/7/2005 | 18,504.00 |
| 7508 | 9/7/2005 | 5,857.20 |
| 7509 | 9/7/2005 | 6,091.20 |
| 7510 | 9/7/2005 | 2,908.80 |
| 7511 | 9/7/2005 | 1,890.24 |
| 7512 | 9/7/2005 | 2,790.00 |
| 7513 | 9/7/2005 | 2,973.60 |
| 7527 | 9/8/2005 | 8,920.80 |
| 7528 | 9/8/2005 | 6,213.60 |

| | | |
|---|---|---|
| 7529 | 9/8/2005 | 19,183.20 |
| 7530 | 9/8/2005 | 17,949.60 |
| 7531 | 9/8/2005 | 31,743.36 |
| 7532 | 9/8/2005 | 6,213.60 |
| 7533 | 9/8/2005 | 15,372.00 |
| 7534 | 9/8/2005 | 2,790.00 |
| 7535 | 9/8/2005 | 2,973.60 |
| 7536 | 9/8/2005 | 13,195.80 |
| 7537 | 9/8/2005 | 6,213.60 |
| 7538 | 9/8/2005 | 11,894.40 |
| 7539 | 9/8/2005 | 3,074.40 |
| 7540 | 9/8/2005 | 9,514.80 |
| 7541 | 9/8/2005 | 34,780.32 |
| 7542 | 9/8/2005 | 9,028.80 |
| 7543 | 9/8/2005 | 3,009.60 |
| 7544 | 9/8/2005 | 2,869.20 |
| 7545 | 9/8/2005 | 11,620.80 |
| 7546 | 9/8/2005 | 2,645.28 |
| 7547 | 9/8/2005 | 4,165.20 |
| 7548 | 9/8/2005 | 8,996.40 |
| 7549 | 9/8/2005 | 5,976.00 |
| 7550 | 9/8/2005 | 3,045.60 |
| 7551 | 9/8/2005 | 2,908.80 |
| 7552 | 9/8/2005 | 1,890.24 |
| 7554 | 9/9/2005 | 17,949.60 |
| 7555 | 9/9/2005 | 3,106.80 |
| 7556 | 9/9/2005 | 3,074.40 |
| 7557 | 9/9/2005 | 3,106.80 |
| 7558 | 9/9/2005 | 27,511.20 |
| 7559 | 9/9/2005 | 8,845.20 |
| 7560 | 9/9/2005 | 3,045.60 |
| 7561 | 9/9/2005 | 9,514.80 |
| 7562 | 9/9/2005 | 2,790.00 |
| 7563 | 9/9/2005 | 2,973.60 |
| 7564 | 9/9/2005 | 11,509.92 |
| 7565 | 9/9/2005 | 43,475.40 |
| 7566 | 9/9/2005 | 2,908.80 |
| 7567 | 9/9/2005 | 12,340.80 |
| 7568 | 9/12/2005 | 2,595.84 |
| 7569 | 9/9/2005 | 16,660.80 |
| 7570 | 9/12/2005 | 28,905.36 |
| 7571 | 9/12/2005 | 155.40 |
| 7572 | 9/12/2005 | 5,788.80 |
| 7573 | 9/12/2005 | 11,620.80 |
| 7574 | 9/12/2005 | 26,452.80 |
| 7575 | 9/12/2005 | 1,890.24 |
| 7576 | 9/12/2005 | 1,674.00 |
| 7577 | 9/12/2005 | 39,679.20 |
| 7578 | 9/12/2005 | 20,109.60 |
| 7579 | 9/12/2005 | 9,320.40 |
| 7580 | 9/12/2005 | 28,544.40 |
| 7582 | 9/12/2005 | 24,938.16 |

| | | |
|---|---|---|
| 7583 | 9/12/2005 | 3,920.40 |
| 7584 | 9/12/2005 | 3,106.80 |
| 7585 | 9/12/2005 | 3,420.00 |
| 7586 | 9/12/2005 | 25,257.60 |
| 7587 | 9/12/2005 | 23,932.80 |
| 7588 | 9/12/2005 | 28,983.60 |
| 7589 | 9/12/2005 | 571.50 |
| 7590 | 9/12/2005 | 5,904.00 |
| 7591 | 9/12/2005 | 5,450.40 |
| 7592 | 9/12/2005 | 2,842.40 |
| 7593 | 9/12/2005 | 3,977.00 |
| 7594 | 9/12/2005 | 6,048.00 |
| 7595 | 9/12/2005 | 40,209.40 |
| 7596 | 9/12/2005 | 15,660.00 |
| 7597 | 9/12/2005 | 5,738.40 |
| 7598 | 9/12/2005 | 3,024.00 |
| 7599 | 9/12/2005 | 6,012.00 |
| 7600 | 9/12/2005 | 12,960.00 |
| 7601 | 9/12/2005 | 15,534.00 |
| 7602 | 9/12/2005 | 5,997.60 |
| 7603 | 9/12/2005 | 5,976.00 |
| 7604 | 9/12/2005 | 3,780.48 |
| 7605 | 9/12/2005 | 2,790.00 |
| 7606 | 9/12/2005 | 5,947.20 |
| 7607 | 9/13/2005 | 20,941.20 |
| 7608 | 9/13/2005 | 68,777.28 |
| 7609 | 9/13/2005 | 9,320.40 |
| 7610 | 9/13/2005 | 20,185.20 |
| 7611 | 9/13/2005 | 5,997.60 |
| 7612 | 9/13/2005 | 9,514.80 |
| 7613 | 9/13/2005 | 2,790.00 |
| 7614 | 9/13/2005 | 2,973.60 |
| 7615 | 9/13/2005 | 20,185.20 |
| 7616 | 9/13/2005 | 24,938.16 |
| 7617 | 9/13/2005 | 3,920.40 |
| 7618 | 9/13/2005 | 3,106.80 |
| 7619 | 9/13/2005 | 12,459.60 |
| 7620 | 9/13/2005 | 3,176.80 |
| 7621 | 9/13/2005 | 15,534.00 |
| 7622 | 9/13/2005 | 7,803.84 |
| 7623 | 9/13/2005 | 28,983.60 |
| 7624 | 9/13/2005 | 6,858.00 |
| 7625 | 9/13/2005 | 3,024.00 |
| 7626 | 9/13/2005 | 15,660.00 |
| 7627 | 9/13/2005 | 2,782.80 |
| 7628 | 9/13/2005 | 2,908.80 |
| 7629 | 9/13/2005 | 2,595.84 |
| 7630 | 9/13/2005 | 20,109.60 |
| 7631 | 9/13/2005 | 5,299.00 |
| 7632 | 9/13/2005 | 6,012.00 |
| 7633 | 9/13/2005 | 12,960.00 |
| 7634 | 9/13/2005 | 11,714.40 |

| | | |
|---|---|---|
| 7635 | 9/13/2005 | 3,780.48 |
| 7636 | 9/14/2005 | 19,183.20 |
| 7637 | 9/14/2005 | 6,858.00 |
| 7638 | 9/14/2005 | 31,743.36 |
| 7639 | 9/14/2005 | 7,803.84 |
| 7640 | 9/14/2005 | 17,949.60 |
| 7641 | 9/14/2005 | 26,085.24 |
| 7642 | 9/14/2005 | 3,024.00 |
| 7643 | 9/14/2005 | 9,514.80 |
| 7644 | 9/14/2005 | 2,973.60 |
| 7645 | 9/14/2005 | 3,106.80 |
| 7646 | 9/14/2005 | 3,085.20 |
| 7647 | 9/14/2005 | 15,400.80 |
| 7648 | 9/14/2005 | 3,009.60 |
| 7649 | 9/14/2005 | 3,006.00 |
| 7650 | 9/14/2005 | 12,960.00 |
| 7651 | 9/14/2005 | 6,213.60 |
| 7652 | 9/14/2005 | 15,660.00 |
| 7653 | 9/14/2005 | 2,869.20 |
| 7654 | 9/14/2005 | 3,780.48 |
| 7655 | 9/14/2005 | 151.40 |
| 7656 | 9/14/2005 | 2,863.44 |
| 7657 | 9/14/2005 | 23,807.52 |
| 7658 | 9/14/2005 | 23,068.80 |
| 7659 | 9/14/2005 | 2,998.80 |
| 7660 | 9/14/2005 | 2,988.00 |
| 7661 | 9/14/2005 | 2,908.80 |
| 7662 | 9/14/2005 | 8,920.80 |
| 7663 | 9/15/2005 | 7,803.84 |
| 7664 | 9/15/2005 | 2,595.84 |
| 7665 | 9/15/2005 | 16,758.00 |
| 7666 | 9/15/2005 | 3,024.00 |
| 7667 | 9/15/2005 | 34,388.64 |
| 7668 | 9/15/2005 | 19,183.20 |
| 7669 | 9/15/2005 | 9,766.80 |
| 7670 | 9/15/2005 | 3,106.80 |
| 7671 | 9/15/2005 | 9,320.40 |
| 7672 | 9/15/2005 | 20,185.20 |
| 7673 | 9/15/2005 | 17,949.60 |
| 7674 | 9/15/2005 | 28,983.60 |
| 7675 | 9/15/2005 | 3,085.20 |
| 7676 | 9/15/2005 | 9,111.60 |
| 7677 | 9/15/2005 | 5,997.60 |
| 7678 | 9/15/2005 | 5,976.00 |
| 7679 | 9/15/2005 | 3,009.60 |
| 7680 | 9/15/2005 | 6,080.40 |
| 7681 | 9/15/2005 | 6,213.60 |
| 7682 | 9/15/2005 | 1,035.60 |
| 7683 | 9/15/2005 | 15,660.00 |
| 7684 | 9/15/2005 | 3,045.60 |
| 7685 | 9/15/2005 | 2,908.80 |
| 7686 | 9/15/2005 | 3,780.48 |

| | | |
|---|---|---|
| 7687 | 9/16/2005 | 19,183.20 |
| 7688 | 9/16/2005 | 5,852.88 |
| 7689 | 9/16/2005 | 28,983.60 |
| 7690 | 9/16/2005 | 3,024.00 |
| 7691 | 9/16/2005 | 7,935.84 |
| 7692 | 9/16/2005 | 2,908.80 |
| 7693 | 9/16/2005 | 20,109.60 |
| 7694 | 9/16/2005 | 6,048.00 |
| 7695 | 9/16/2005 | 9,320.40 |
| 7696 | 9/16/2005 | 9,320.40 |
| 7697 | 9/16/2005 | 20,185.20 |
| 7698 | 9/16/2005 | 17,949.60 |
| 7699 | 9/16/2005 | 3,085.20 |
| 7700 | 9/16/2005 | 3,006.00 |
| 7701 | 9/16/2005 | 18,525.60 |
| 7702 | 9/16/2005 | 8,845.20 |
| 7703 | 9/16/2005 | 3,301.20 |
| 7704 | 9/16/2005 | 3,045.60 |
| 7705 | 9/16/2005 | 3,780.48 |
| 7706 | 9/19/2005 | 20,941.20 |
| 7708 | 9/19/2005 | 3,106.80 |
| 7709 | 9/19/2005 | 12,960.00 |
| 7710 | 9/19/2005 | 18,640.80 |
| 7711 | 9/19/2005 | 18,648.00 |
| 7712 | 9/19/2005 | 5,976.00 |
| 7713 | 9/19/2005 | 5,450.40 |
| 7714 | 9/19/2005 | 15,534.00 |
| 7715 | 9/19/2005 | 15,310.80 |
| 7716 | 9/19/2005 | 28,544.40 |
| 7717 | 9/19/2005 | 516.60 |
| 7718 | 9/19/2005 | 5,580.00 |
| 7719 | 9/19/2005 | 5,947.20 |
| 7720 | 9/19/2005 | 46,039.68 |
| 7721 | 9/19/2005 | 40,577.04 |
| 7722 | 9/19/2005 | 7,803.84 |
| 7723 | 9/19/2005 | 23,788.80 |
| 7724 | 9/19/2005 | 3,780.48 |
| 7725 | 9/19/2005 | 9,084.20 |
| 7726 | 9/19/2005 | 7,571.20 |
| 7727 | 9/19/2005 | 20,574.00 |
| 7728 | 9/19/2005 | 3,920.40 |
| 7729 | 9/19/2005 | 2,952.00 |
| 7730 | 9/19/2005 | 6,015.60 |
| 7731 | 9/19/2005 | 17,301.60 |
| 7732 | 9/19/2005 | 2,782.80 |
| 7733 | 9/19/2005 | 19,076.40 |
| 7734 | 9/20/2005 | 9,018.00 |
| 7735 | 9/20/2005 | 20,941.20 |
| 7736 | 9/20/2005 | 60,841.44 |
| 7737 | 9/20/2005 | 3,106.80 |
| 7738 | 9/20/2005 | 20,109.60 |
| 7739 | 9/20/2005 | 12,960.00 |

| | | |
|---|---|---|
| 7740 | 9/20/2005 | 21,974.40 |
| 7741 | 9/20/2005 | 28,983.60 |
| 7742 | 9/20/2005 | 6,213.60 |
| 7743 | 9/20/2005 | 2,988.00 |
| 7744 | 9/20/2005 | 8,845.20 |
| 7745 | 9/20/2005 | 12,686.40 |
| 7746 | 9/20/2005 | 14,868.00 |
| 7753 | 9/20/2005 | 24,938.16 |
| 7754 | 9/20/2005 | 10,287.00 |
| 7755 | 9/20/2005 | 171.40 |
| 7756 | 9/20/2005 | 8,773.20 |
| 7757 | 9/20/2005 | 5,997.60 |
| 7758 | 9/20/2005 | 2,908.80 |
| 7759 | 9/20/2005 | 5,580.00 |
| 7760 | 9/20/2005 | 7,803.84 |
| 7761 | 9/20/2005 | 3,920.40 |
| 7762 | 9/20/2005 | 26,926.80 |
| 7763 | 9/20/2005 | 3,009.60 |
| 7764 | 9/20/2005 | 2,782.80 |
| 7765 | 9/20/2005 | 3,780.48 |
| 7766 | 9/21/2005 | 28,983.60 |
| 7767 | 9/21/2005 | 31,743.36 |
| 7768 | 9/21/2005 | 3,780.48 |
| 7769 | 9/21/2005 | 32,839.92 |
| 7770 | 9/21/2005 | 10,287.00 |
| 7771 | 9/21/2005 | 6,015.60 |
| 7772 | 9/21/2005 | 8,650.80 |
| 7773 | 9/21/2005 | 3,013.20 |
| 7774 | 9/21/2005 | 12,960.00 |
| 7775 | 9/21/2005 | 17,949.60 |
| 7776 | 9/21/2005 | 9,320.40 |
| 7777 | 9/21/2005 | 9,320.40 |
| 7778 | 9/21/2005 | 21,657.60 |
| 7779 | 9/21/2005 | 12,686.40 |
| 7780 | 9/21/2005 | 11,894.40 |
| 7781 | 9/21/2005 | 3,106.80 |
| 7782 | 9/21/2005 | 10,054.80 |
| 7783 | 9/21/2005 | 4,727.20 |
| 7784 | 9/21/2005 | 3,009.60 |
| 7785 | 9/21/2005 | 9,018.00 |
| 7786 | 9/21/2005 | 9,302.40 |
| 7787 | 9/21/2005 | 8,845.20 |
| 7788 | 9/21/2005 | 2,782.80 |
| 7789 | 9/21/2005 | 2,908.80 |
| 7790 | 9/22/2005 | 57,967.20 |
| 7791 | 9/22/2005 | 19,183.20 |
| 7792 | 9/22/2005 | 18,640.80 |
| 7793 | 9/22/2005 | 7,803.84 |
| 7794 | 9/22/2005 | 2,595.84 |
| 7795 | 9/22/2005 | 31,743.36 |
| 7796 | 9/22/2005 | 3,780.48 |
| 7797 | 9/22/2005 | 17,949.60 |

| | | |
|---|---|---|
| 7798 | 9/22/2005 | 9,018.00 |
| 7799 | 9/22/2005 | 9,320.40 |
| 7800 | 9/22/2005 | 15,660.00 |
| 7801 | 9/22/2005 | 9,514.80 |
| 7802 | 9/22/2005 | 2,908.80 |
| 7803 | 9/22/2005 | 6,087.60 |
| 7804 | 9/22/2005 | 3,009.60 |
| 7805 | 9/22/2005 | 3,074.40 |
| 7806 | 9/22/2005 | 6,213.60 |
| 7807 | 9/22/2005 | 9,320.40 |
| 7808 | 9/22/2005 | 15,300.00 |
| 7809 | 9/22/2005 | 8,845.20 |
| 7810 | 9/22/2005 | 3,045.60 |
| 7811 | 9/22/2005 | 2,908.80 |
| 7812 | 9/22/2005 | 3,780.48 |
| 7813 | 9/22/2005 | 390.60 |
| 7814 | 9/22/2005 | 2,973.60 |
| 7815 | 9/23/2005 | 9,320.40 |
| 7816 | 9/23/2005 | 29,098.08 |
| 7817 | 9/23/2005 | 21,524.40 |
| 7818 | 9/23/2005 | 5,976.00 |
| 7819 | 9/23/2005 | 3,045.60 |
| 7820 | 9/23/2005 | 3,780.48 |
| 7821 | 9/23/2005 | 19,183.20 |
| 7822 | 9/23/2005 | 2,908.80 |
| 7823 | 9/23/2005 | 9,018.00 |
| 7824 | 9/23/2005 | 159.08 |
| 7825 | 9/23/2005 | 20,185.20 |
| 7826 | 9/23/2005 | 2,988.00 |
| 7827 | 9/23/2005 | 2,869.20 |
| 7829 | 9/26/2005 | 46,039.68 |
| 7830 | 9/26/2005 | 23,932.80 |
| 7831 | 9/26/2005 | 40,577.04 |
| 7832 | 9/26/2005 | 20,109.60 |
| 7833 | 9/26/2005 | 31,743.36 |
| 7834 | 9/26/2005 | 20,574.00 |
| 7835 | 9/26/2005 | 3,085.20 |
| 7836 | 9/26/2005 | 3,074.40 |
| 7837 | 9/26/2005 | 7,776.00 |
| 7838 | 9/26/2005 | 29,156.40 |
| 7839 | 9/26/2005 | 8,650.80 |
| 7840 | 9/26/2005 | 38,876.40 |
| 7841 | 9/26/2005 | 2,595.84 |
| 7842 | 9/26/2005 | 3,420.00 |
| 7843 | 9/26/2005 | 17,841.60 |
| 7844 | 9/26/2005 | 12,628.80 |
| 7845 | 9/26/2005 | 15,858.00 |
| 7846 | 9/26/2005 | 3,780.48 |
| 7847 | 9/26/2005 | 5,580.00 |
| 7848 | 9/26/2005 | 8,920.80 |
| 7849 | 9/26/2005 | 216.32 |
| 7850 | 9/26/2005 | 5,904.00 |

| 7851 | 9/26/2005 | 19,641.60 |
| 7852 | 9/26/2005 | 2,863.44 |
| 7853 | 9/26/2005 | 15,534.00 |
| 7854 | 9/26/2005 | 345.20 |
| 7855 | 9/26/2005 | 333.20 |
| 7856 | 9/26/2005 | 2,955.60 |
| 7857 | 9/26/2005 | 5,976.00 |
| 7858 | 9/26/2005 | 2,782.80 |
| 7859 | 9/27/2005 | 2,952.00 |
| 7860 | 9/27/2005 | 60,841.44 |
| 7861 | 9/27/2005 | 28,983.60 |
| 7862 | 9/27/2005 | 5,932.80 |
| 7863 | 9/27/2005 | 3,009.60 |
| 7864 | 9/27/2005 | 2,863.44 |
| 7865 | 9/27/2005 | 15,534.00 |
| 7866 | 9/27/2005 | 15,858.00 |
| 7867 | 9/27/2005 | 24,938.16 |
| 7868 | 9/27/2005 | 23,932.80 |
| 7869 | 9/27/2005 | 8,996.40 |
| 7870 | 9/27/2005 | 3,780.48 |
| 7871 | 9/27/2005 | 20,109.60 |
| 7872 | 9/27/2005 | 6,048.00 |
| 7873 | 9/27/2005 | 12,092.40 |
| 7874 | 9/27/2005 | 7,776.00 |
| 7875 | 9/27/2005 | 8,650.80 |
| 7876 | 9/27/2005 | 12,628.80 |
| 7877 | 9/27/2005 | 5,947.20 |
| 7878 | 9/27/2005 | 2,595.84 |
| 7879 | 9/27/2005 | 13,716.00 |
| 7880 | 9/27/2005 | 9,595.20 |
| 7881 | 9/27/2005 | 8,175.60 |
| 7882 | 9/27/2005 | 14,940.00 |
| 7883 | 9/27/2005 | 8,845.20 |
| 7884 | 9/27/2005 | 2,782.80 |
| 7885 | 9/27/2005 | 2,908.80 |
| 7886 | 9/27/2005 | 31,743.36 |
| 7887 | 9/27/2005 | 40,716.00 |
| 7888 | 9/28/2005 | 28,983.60 |
| 7889 | 9/28/2005 | 19,183.20 |
| 7890 | 9/28/2005 | 31,743.36 |
| 7891 | 9/28/2005 | 12,628.80 |
| 7892 | 9/28/2005 | 15,166.80 |
| 7893 | 9/28/2005 | 10,287.00 |
| 7894 | 9/28/2005 | 10,054.80 |
| 7895 | 9/28/2005 | 6,015.60 |
| 7896 | 9/28/2005 | 3,009.60 |
| 7897 | 9/28/2005 | 5,767.20 |
| 7898 | 9/28/2005 | 2,782.80 |
| 7899 | 9/28/2005 | 3,780.48 |
| 7900 | 9/28/2005 | 23,932.80 |
| 7901 | 9/28/2005 | 7,776.00 |
| 7902 | 9/28/2005 | 9,320.40 |

| | | |
|---|---|---|
| 7903 | 9/28/2005 | 18,072.00 |
| 7904 | 9/28/2005 | 8,845.20 |
| 7905 | 9/28/2005 | 9,514.80 |
| 7906 | 9/28/2005 | 2,908.80 |
| 7907 | 9/28/2005 | 20,088.00 |
| 7908 | 9/28/2005 | 9,320.40 |
| 7909 | 9/28/2005 | 5,997.60 |
| 7910 | 9/28/2005 | 5,947.20 |
| 7911 | 9/29/2005 | 19,183.20 |
| 7912 | 9/29/2005 | 28,983.60 |
| 7913 | 9/29/2005 | 29,098.08 |
| 7914 | 9/29/2005 | 9,320.40 |
| 7926 | 9/29/2005 | 9,672.00 |
| 7927 | 9/29/2005 | 3,063.60 |
| 7928 | 9/29/2005 | 3,009.60 |
| 7929 | 9/29/2005 | 6,213.60 |
| 7930 | 9/29/2005 | 12,528.00 |
| 7931 | 9/29/2005 | 8,845.20 |
| 7947 | 9/29/2005 | 23,932.80 |
| 7948 | 9/29/2005 | 3,074.40 |
| 7949 | 9/29/2005 | 2,592.00 |
| 7950 | 9/29/2005 | 23,936.40 |
| 7951 | 9/29/2005 | 6,343.20 |
| 7952 | 9/29/2005 | 2,908.80 |
| 7953 | 9/29/2005 | 3,780.48 |
| 7954 | 9/29/2005 | 3,315.60 |
| 7955 | 9/29/2005 | 8,650.80 |
| 7956 | 9/29/2005 | 5,947.20 |
| 7957 | 9/30/2005 | 19,183.20 |
| 7958 | 9/30/2005 | 3,009.60 |
| 7959 | 9/30/2005 | 17,390.16 |
| 7960 | 9/30/2005 | 3,063.60 |
| 7961 | 9/30/2005 | 9,320.40 |
| 7962 | 9/30/2005 | 12,528.00 |
| 7963 | 9/30/2005 | 3,074.40 |
| 7964 | 9/30/2005 | 2,592.00 |
| 7965 | 9/30/2005 | 9,320.40 |
| 7966 | 9/30/2005 | 8,650.80 |
| 7967 | 9/30/2005 | 10,495.80 |
| 7968 | 9/30/2005 | 2,869.20 |
| 7969 | 9/30/2005 | 6,026.40 |
| 7970 | 9/30/2005 | 8,920.80 |
| 7972 | 10/3/2005 | 3,024.00 |
| 7973 | 10/3/2005 | 46,039.68 |
| 7974 | 10/3/2005 | 60,841.44 |
| 7975 | 10/3/2005 | 17,145.00 |
| 7976 | 10/3/2005 | 23,932.80 |
| 7977 | 10/3/2005 | 5,904.00 |
| 7978 | 10/3/2005 | 20,109.60 |
| 7979 | 10/3/2005 | 9,018.00 |
| 7980 | 10/3/2005 | 7,776.00 |
| 7981 | 10/3/2005 | 9,396.00 |

| | | | | |
|---|---|---|---|---|
| | 7982 | 10/3/2005 | 5,976.00 | |
| | 7983 | 10/3/2005 | 3,009.60 | |
| | 7984 | 10/3/2005 | 2,595.84 | |
| | 7985 | 10/3/2005 | 3,106.80 | |
| | 7986 | 10/3/2005 | 2,725.20 | |
| | 7987 | 10/3/2005 | 2,863.44 | |
| | 7988 | 10/3/2005 | 15,534.00 | |
| | 7989 | 10/3/2005 | 9,320.40 | |
| | 7990 | 10/3/2005 | 5,976.00 | |
| | 7991 | 10/3/2005 | 5,738.40 | |
| | 7992 | 10/3/2005 | 6,840.00 | |
| | 7993 | 10/3/2005 | 21,162.24 | |
| | 7994 | 10/3/2005 | 3,074.40 | |
| | 7995 | 10/3/2005 | 2,973.60 | |
| | 7996 | 10/3/2005 | 3,157.20 | |
| | 7997 | 10/3/2005 | 2,955.60 | |
| | 7998 | 10/3/2005 | 15,858.00 | |
| | 7999 | 10/3/2005 | 3,780.48 | |
| | 8000 | 10/3/2005 | 2,790.00 | |
| | 8001 | 10/3/2005 | 8,920.80 | |
| | 8002 | 10/3/2005 | 43,254.00 | |
| | 8003 | 10/3/2005 | 43,475.40 | |
| | 8004 | 10/3/2005 | 6,015.60 | |
| | 8005 | 10/3/2005 | 8,996.40 | |
| | 8006 | 10/3/2005 | 2,782.80 | |
| | 10106 | 4/2/2002 | 258.02 | |
| | 10164 | 7/1/2002 | 1,066.80 | |
| | 100022 | 11/20/2001 | 343.20 | |
| | 100023 | 11/28/2001 | 1,056.00 | |
| | 100043 | 12/19/2001 | 422.40 | |
| | 100044 | 12/20/2001 | 1,056.00 | |
| | 100046 | 1/2/2002 | 633.60 | |
| | 100053 | 1/17/2002 | 633.60 | |
| | 100062 | 2/2/2002 | 844.80 | |
| | 100067 | 2/11/2002 | 633.60 | |
| | 100070 | 2/13/2002 | 633.60 | |
| | 100074 | 2/18/2002 | 422.40 | |
| | 100078 | 2/20/2002 | 633.60 | |
| | 100080 | 2/21/2002 | 633.60 | |
| | 100083 | 2/25/2002 | 633.60 | |
| | | | | 6,757,960.77 |
| AST | 00002.00 | D00180 | 4/16/2003 | 3,862.80 | |
| | | D00208 | 5/27/2005 | 984.00 | |
| | | D00209 | 5/27/2005 | 187.50 | |
| | | D00214 | 9/22/2005 | 56.16 | |
| | | P00166 | 4/16/2003 | (8,337.20) | |
| | | P00167 | 4/16/2003 | (2,504.20) | |
| | | P00168 | 5/6/2003 | (510.00) | |
| | | P00225 | 5/4/2004 | (4,000.00) | |
| | | P00227 | 5/4/2004 | (40.00) | |

| | | |
|---|---|---|
| P00228 | 5/4/2004 | (1,500.00) |
| P00264 | 7/8/2004 | (187.50) |
| P00276 | 8/19/2004 | (2,312.50) |
| P00277 | 8/19/2004 | (2,812.50) |
| P00278 | 8/19/2004 | (1,722.80) |
| P00354 | 12/10/2004 | (223.00) |
| P00395 | 1/10/2005 | (500.00) |
| P00489 | 4/1/2005 | (150.00) |
| P00527 | 5/3/2005 | (500.00) |
| P00528 | 5/27/2005 | (625.00) |
| P00599 | 6/24/2005 | (1,812.50) |
| P00714 | 8/2/2005 | (285.00) |
| P00771 | 8/25/2005 | (3,000.00) |
| P00772 | 8/26/2005 | (300.00) |
| P516 | 4/10/2003 | (2,850.00) |
| P517 | 4/10/2003 | (1,000.00) |
| P518 | 4/10/2003 | (7,000.00) |
| 17 | 10/1/2002 | 1,250.00 |
| 20 | 10/7/2002 | 1,250.00 |
| 55 | 10/25/2002 | 12,500.00 |
| 119 | 11/18/2002 | 2,385.25 |
| 130 | 11/4/2002 | 5,250.00 |
| 182 | 12/20/2002 | (8,711.70) |
| 187 | 1/2/2003 | 1,350.00 |
| 230 | 1/16/2003 | 1,806.50 |
| 293 | 1/28/2003 | 2,850.00 |
| 294 | 1/27/2003 | 150.00 |
| 295 | 2/4/2003 | 1,500.00 |
| 316 | 2/17/2003 | 50.46 |
| 362 | 3/10/2003 | 1,250.00 |
| 363 | 3/10/2003 | 450.00 |
| 378 | 3/28/2003 | 1,500.00 |
| 383 | 3/11/2003 | 1,670.40 |
| 384 | 3/19/2003 | 4,078.00 |
| 385 | 3/17/2003 | 2,074.08 |
| 452 | 4/23/2003 | 7,200.00 |
| 471 | 4/3/2003 | 892.80 |
| 472 | 4/24/2003 | 780.00 |
| 473 | 4/24/2003 | 900.00 |
| 474 | 4/1/2003 | 600.00 |
| 475 | 4/14/2003 | 300.00 |
| 476 | 4/14/2003 | 765.00 |
| 477 | 4/14/2003 | 450.00 |
| 551 | 5/5/2003 | 50.00 |
| 570 | 5/5/2003 | 2,100.00 |
| 577 | 5/30/2003 | 5,805.16 |
| 657 | 6/19/2003 | 1,000.00 |
| 663 | 6/3/2003 | 300.00 |
| 666 | 6/13/2003 | 2,400.00 |
| 668 | 6/16/2003 | 1,500.00 |
| 669 | 6/19/2003 | 300.00 |
| 670 | 6/19/2003 | 1,200.00 |

| | | |
|---|---|---|
| 758 | 7/11/2003 | 300.00 |
| 761 | 7/11/2003 | 1,200.00 |
| 764 | 7/7/2003 | 750.00 |
| 861 | 8/1/2003 | 1,200.00 |
| 862 | 8/5/2003 | 600.00 |
| 863 | 8/12/2003 | 1,950.00 |
| 864 | 8/12/2003 | 300.00 |
| 865 | 8/14/2003 | 900.00 |
| 866 | 8/15/2003 | 390.00 |
| 1006 | 8/25/2003 | 900.00 |
| 1007 | 8/25/2003 | 1,200.00 |
| 1008 | 8/22/2003 | 1,200.00 |
| 1009 | 9/18/2003 | 900.00 |
| 1010 | 9/18/2003 | 900.00 |
| 1011 | 9/24/2003 | 300.00 |
| 1012 | 9/24/2003 | 1,800.00 |
| 1013 | 9/15/2003 | 900.00 |
| 1014 | 8/25/2003 | 1,350.00 |
| 1156 | 8/5/2003 | 900.00 |
| 1157 | 8/15/2003 | 300.00 |
| 1158 | 8/26/2003 | 1,500.00 |
| 1159 | 10/7/2003 | 1,800.00 |
| 1160 | 10/14/2003 | 300.00 |
| 1162 | 10/3/2003 | 300.00 |
| 1163 | 10/30/2003 | (2,200.00) |
| 1256 | 11/6/2003 | 900.00 |
| 1257 | 11/3/2003 | (1,600.00) |
| 1258 | 11/3/2003 | 600.00 |
| 1259 | 11/3/2003 | 900.00 |
| 1261 | 11/5/2003 | 600.00 |
| 1263 | 11/12/2003 | 600.00 |
| 1264 | 11/12/2003 | 600.00 |
| 1265 | 11/17/2003 | 900.00 |
| 1353 | 11/26/2003 | 300.00 |
| 1354 | 11/26/2003 | 300.00 |
| 1355 | 11/26/2003 | 900.00 |
| 1359 | 12/8/2003 | 300.00 |
| 1360 | 12/8/2003 | 300.00 |
| 1361 | 12/8/2003 | 900.00 |
| 1362 | 12/16/2003 | 590.40 |
| 1363 | 12/19/2003 | 600.00 |
| 1490 | 1/7/2004 | 500.00 |
| 1492 | 1/12/2004 | 1,500.00 |
| 1493 | 1/13/2004 | 1,000.00 |
| 1499 | 1/26/2004 | 685.00 |
| 1503 | 1/2/2004 | 2,400.00 |
| 1504 | 1/9/2004 | 389.40 |
| 1505 | 1/7/2004 | 1,500.00 |
| 1506 | 1/13/2004 | 2,100.00 |
| 1507 | 1/13/2004 | 300.00 |
| 1509 | 1/12/2004 | 600.00 |
| 1510 | 1/13/2004 | 300.00 |

| | | |
|---|---|---:|
| 1511 | 1/13/2004 | 600.00 |
| 1512 | 1/13/2004 | 2,100.00 |
| 1513 | 1/13/2004 | 300.00 |
| 1514 | 1/23/2004 | 127.40 |
| 1515 | 1/22/2004 | 637.00 |
| 1516 | 1/23/2004 | 1,200.00 |
| 1517 | 1/14/2004 | 442.80 |
| 1520 | 1/14/2004 | 295.20 |
| 1658 | 2/18/2004 | 1,200.00 |
| 1662 | 2/19/2004 | 750.00 |
| 1665 | 2/24/2004 | 600.00 |
| 1666 | 1/30/2004 | 185.00 |
| 1667 | 2/5/2004 | 3,000.00 |
| 1668 | 2/13/2004 | 600.00 |
| 1669 | 2/20/2004 | 1,950.00 |
| 1670 | 2/23/2004 | 1,950.00 |
| 1876 | 3/1/2004 | 600.00 |
| 1908 | 3/5/2004 | 600.00 |
| 1911 | 3/10/2004 | 900.00 |
| 1912 | 3/16/2004 | 1,200.00 |
| 1914 | 3/11/2004 | 600.00 |
| 1915 | 3/24/2004 | 3,920.00 |
| 2094 | 4/5/2004 | 2,400.00 |
| 2095 | 3/31/2004 | 13.60 |
| 2096 | 4/15/2004 | 609.45 |
| 2339 | 5/3/2004 | 1,000.00 |
| 2340 | 5/3/2004 | 750.00 |
| 2352 | 5/24/2004 | 187.50 |
| 2536 | 6/4/2004 | 3,900.00 |
| 3231 | 9/8/2004 | 884.80 |
| 3235 | 9/28/2004 | 600.00 |
| 3564 | 10/6/2004 | 794.00 |
| 3567 | 10/21/2004 | 119.50 |
| 3891 | 11/4/2004 | 454.56 |
| 3896 | 11/5/2004 | 517.80 |
| 3913 | 11/22/2004 | 1,800.00 |
| 3914 | 11/22/2004 | 249.20 |
| 4163 | 12/29/2004 | 2,400.00 |
| 4168 | 12/8/2004 | 4,500.00 |
| 4174 | 11/23/2004 | 600.00 |
| 4177 | 11/24/2004 | 60.00 |
| 4178 | 12/1/2004 | 300.00 |
| 4179 | 12/3/2004 | 300.00 |
| 4180 | 12/6/2004 | 1,202.75 |
| 4181 | 12/6/2004 | 900.00 |
| 4182 | 12/8/2004 | 1,200.00 |
| 4183 | 12/15/2004 | 300.00 |
| 4184 | 12/16/2004 | 300.00 |
| 4572 | 1/4/2005 | 1,200.00 |
| 4573 | 1/4/2005 | 4,562.50 |
| 4577 | 1/20/2005 | 187.50 |
| 4580 | 12/22/2004 | 600.00 |

| | | |
|---|---|---:|
| 4581 | 1/11/2005 | 300.00 |
| 4933 | 2/18/2005 | 125.00 |
| 4936 | 1/31/2005 | 561.25 |
| 4939 | 1/31/2005 | 4,050.00 |
| 4941 | 2/4/2005 | 1,800.00 |
| 4942 | 2/9/2005 | 196.40 |
| 5314 | 3/3/2005 | 750.00 |
| 5315 | 3/10/2005 | 800.00 |
| 5318 | 3/17/2005 | 800.00 |
| 5320 | 3/18/2005 | 187.50 |
| 5328 | 3/3/2005 | 378.00 |
| 5329 | 3/4/2005 | 2,076.00 |
| 5330 | 3/4/2005 | 1,134.00 |
| 5331 | 3/4/2005 | 373.80 |
| 5332 | 3/4/2005 | 1,246.00 |
| 5620 | 4/7/2005 | 308.00 |
| 5621 | 4/8/2005 | 600.00 |
| 5622 | 4/19/2005 | 750.00 |
| 5650 | 4/21/2005 | 1,350.00 |
| 5652 | 4/21/2005 | 600.00 |
| 5654 | 4/25/2005 | 300.00 |
| 6085 | 5/18/2005 | 1,100.00 |
| 6089 | 5/23/2005 | 1,800.00 |
| 6091 | 5/2/2005 | 1,725.60 |
| 6096 | 5/5/2005 | 900.00 |
| 6098 | 5/24/2005 | 300.00 |
| 6384 | 6/17/2005 | 21,889.65 |
| 6538 | 6/7/2005 | 1,650.00 |
| 6545 | 6/15/2005 | 1,200.00 |
| 6551 | 6/22/2005 | 700.00 |
| 6558 | 6/6/2005 | 141.00 |
| 6854 | 7/21/2005 | 465.00 |
| 6855 | 7/21/2005 | 395.60 |
| 7279 | 8/9/2005 | 1,305.00 |
| 7281 | 8/10/2005 | 127.80 |
| 7285 | 8/2/2005 | 500.00 |
| 7286 | 8/2/2005 | 2,500.00 |
| 7294 | 8/10/2005 | 105.00 |
| 7301 | 8/10/2005 | 375.00 |
| 7915 | 8/26/2005 | 500.00 |
| 7917 | 8/30/2005 | 4,000.00 |
| 7918 | 8/30/2005 | 1,100.00 |
| 7919 | 8/30/2005 | 1,100.00 |
| 7921 | 9/2/2005 | 690.00 |
| 7922 | 9/2/2005 | 5,312.50 |
| 7933 | 9/15/2005 | 500.00 |
| 7938 | 9/19/2005 | 5,625.00 |
| 7940 | 8/29/2005 | 225.00 |
| 7944 | 9/6/2005 | 186.20 |
| 7946 | 9/28/2005 | 4,187.50 |
| 8507 | 9/30/2005 | 5,000.00 |
| 8510 | 10/6/2005 | 500.00 |

|     |          |        |            |            |            |
|-----|----------|--------|------------|------------|------------|
|     |          | 8520   | 9/29/2005  | 300.00     |            |
|     |          | 8521   | 9/30/2005  | 2,343.60   |            |
|     |          |        |            |            | 205,104.97 |
|     |          |        |            |            |            |
| AST | 00003.00 | P00169 | 5/9/2003   | (6,207.65) |            |
|     |          | 772    | 7/30/2003  | 300.00     |            |
|     |          | 4590   | 1/19/2005  | 798.00     |            |
|     |          | 4944   | 2/10/2005  | 2,904.00   |            |
|     |          | 4947   | 2/21/2005  | 2,277.50   |            |
|     |          | 5326   | 3/1/2005   | 600.00     |            |
|     |          | 5327   | 3/3/2005   | 300.00     |            |
|     |          | 5333   | 3/7/2005   | 1,550.75   |            |
|     |          | 5335   | 3/11/2005  | 1,632.50   |            |
|     |          | 7274   | 8/2/2005   | 1,250.25   |            |
|     |          | 7282   | 8/18/2005  | 824.00     |            |
|     |          | 7321   | 8/26/2005  | 68.50      |            |
|     |          | 7941   | 9/1/2005   | 600.00     |            |
|     |          | 7942   | 8/30/2005  | 172.60     |            |
|     |          | 7943   | 9/1/2005   | 300.00     |            |
|     |          | 7945   | 9/16/2005  | 300.00     |            |
|     |          | 8518   | 9/27/2005  | 300.00     |            |
|     |          | 8519   | 9/28/2005  | 468.50     |            |
|     |          |        |            |            | 8,438.95   |
|     |          |        |            |            |            |
|     |          |        | DIVISION TOTAL | | 6,971,504.69 |

# EXHIBIT B

| Methode Original Invoice # | Methode Secondary Identifier | Amount | Transaction Date | Comments |
|---|---|---|---|---|
| P00063 | P00063 | $ (2,408.00) | Jan-02 | Unidentified |
| P00064 | P00064 | $ (508.00) | Feb-02 | Unidentified |
| P00065 | P00065 | $ (1,206.00) | Mar-02 | Unidentified |
| 10-0098 | P00091 | $ (12.60) | May-02 | Price discrepancy |
| 10-117 | P00069 | $ (5,262.00) | Jun-02 | 600 units of 15064608 |
| P00071 | P00071 | $ (718.28) | Jun-02 | 108 units of 12213621 |
| P00075 | P00075 | $ (8,558.00) | Aug-02 | 1100 units of 15064608 |
| P00076 | P00076 | $ (27,563.52) | Sep-02 | 5224 units of # 9375426 |
| CRD | P001 | $ (1,180.00) | Oct-02 | Unidentified |
| CRD | P001 | $ (758.00) | Oct-02 | Unidentified |
| CRD | P001 | $ (332.00) | Oct-02 | Unidentified |
| P00001 | P00001 | $ (23.63) | Oct-02 | Unidentified |
| 10-188 | D00006 | $ 343.20 | Oct-02 | Price discrepancy |
| 10-240 | D00045 | $ 44.28 | Nov-02 | Price discrepancy |
| | P00111 | $ (24,731.40) | Feb-03 | 2820 units of 15064608 |
| 205 | D00150 | $ 1,401.06 | Apr-03 | Price discrepancy |
| P00183 | P00183 | $ (41,860.18) | Sep-03 | Residual balance after cleanup of major overpayment due to duplicate receipts. |
| POA Matamoras | P00171 | $ (38,991.20) | Sep-03 | Residual balance after cleanup of major overpayment due to duplicate receipts. |
| POA | P00174 | $ (76,276.80) | Sep-03 | Residual balance after cleanup of major overpayment due to duplicate receipts. |
| POA | P00181 | $ (5,668.40) | Sep-03 | Residual balance after cleanup of major overpayment due to duplicate receipts. |
| 817 | P00185 | $ (8,410.00) | Nov-03 | 1000 units of 12219240 |
| 1117 | P00188 | $ (39,300.00) | Jan-04 | 5400 units of 12228099 |
| POA | P00242 | $ (355,492.87) | Jun-04 | Multiple Units -Delphi reference was Inv Rec |
| POA | P00270 | $ (34,297.53) | Jul-04 | Multiple Units -Delphi reference was Inv Rec |
| POA | P00274 | $ (63,476.00) | Aug-04 | Multiple Units |
| POA | P00284 | $ (19,437.00) | Sep-04 | 2820 units of 28007982 |
| POA | P00279 | $ (5,433.12) | Sep-04 | See P00279 |
| 4229 | P00422 | $ (3.24) | Mar-05 | Price discrepancy |
| 4298 | P00430 | $ (3.24) | Mar-05 | Price discrepancy |
| 4393 | P00442 | $ (3.24) | Mar-05 | Price discrepancy |
| 4632 | P00463 | $ (3.24) | Mar-05 | Price discrepancy |
| | P00490 | $ (4,980.00) | Apr-05 | Price adjustment related to P00188 (above) |
| 4981 | P00493 | $ (3.24) | Apr-05 | Price discrepancy |
| 5217 | P00515 | $ (3.24) | Apr-05 | Price discrepancy |
| 4788 | P00629 | $ (33.60) | Jun-05 | Price discrepancy |
| 5540 | P00579 | $ (3.24) | Jun-05 | Price discrepancy |

Total Overpayment     $ (765,152.27)

     $ 765,152.27

     $    -