SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                             :
   In re                       :        Chapter 11
                             :
DELPHI CORPORATION, et al.,   :        Case No. 05-44481 (RDD)
                             :
                Debtors.  :       (Jointly Administered)
                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF MODIFICATION OF EXHIBIT A TO MOTION FOR ORDER UNDER
11 U.S.C. § 365 AND FED. R. BANKR. P. 6006 AUTHORIZING (I) REJECTION
OF REMAINING EXECUTORY CONTRACTS OF MOBILEARIA, INC. AND
(II) ASSUMPTION AND ASSIGNMENT OF EXECUTORY
CONTRACT WITH DPAC TECHNOLOGIES CORP. (DOCKET NO. 4721)

PLEASE TAKE NOTICE that, pursuant to the Motion For Order Under 11 U.S.C. § 365 And Fed. R. Bankr. P. 6006 Authorizing (i) Rejection Of Remaining Executory Contracts Of MobileAria, Inc. And (ii) Assumption And Assignment Of Executory Contract With DPAC Technologies Corp. (Docket No. 4721) (the "Motion"), MobileAria, Inc. ("MobileAria"), inter alia, has sought authority to reject certain of its remaining executory contracts, which were listed on Exhibit A to the Motion (collectively, the "Remaining Agreements") and to assume a certain other agreement and assign that agreement to Wireless Matrix USA, Inc. ("Wireless Matrix").

PLEASE TAKE FURTHER NOTICE that MobileAria hereby modifies the schedule of the Remaining Agreements to remove (a) that certain Computer Consulting And Programming Services (On-Shore/Off-Shore) Master Agreement between MobileAria and Mascon IT Limited ("Mascon") dated September 10, 2004 (the "Mascon Agreement") and (b) that certain Consulting Agreement between North American Mobile Solutions, LLC ("NAMS") and MobileAria dated effective September 1, 2005 (the "NAMS Agreement"). A revised schedule of the Remaining Agreements is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that MobileAria hereby further modifies the relief sought pursuant to the Motion to request authority to assume each of the Mascon Agreement and the NAMS Agreement and to assign each of the Mascon Agreement and the NAMS Agreement to Wireless Matrix.

PLEASE TAKE FURTHER NOTICE that MobileAria asserts that its obligations under sections 365(b) and 365(f) of the Bankruptcy Code with respect to the Mascon Agreement will be fully met by the payment of $22,922.54 to Mascon to cure an outstanding prepetition payment default (the "Mascon Cure Amount"). MobileAria further asserts that its obligations

2

under sections 365(b) and 365(f) of the Bankruptcy Code with respect to the NAMS Agreement will be fully met by the payment of $4,480.00 to NAMS to cure an outstanding prepetition payment default (the "NAMS Cure Amount" and, collectively with the Mascon Cure Amount, the "Cure Amounts").

PLEASE TAKE FURTHER NOTICE that Wireless Matrix has expressly requested the modifications to the Motion described herein and each of Mascon and NAMS have expressly consented in writing to the assumption and assignment to Wireless Matrix of the Mascon Agreement and the NAMS Agreement, respectively, and to the Cure Amounts.

Dated:  New York, New York
        August 14, 2006

                                        SKADDEN, ARPS, SLATE, MEAGHER
                                           & FLOM LLP

                                        By:/s/ John Wm. Butler, Jr.
                                            John Wm. Butler, Jr. (JB 4711)
                                            John K. Lyons  (JL 4951)
                                            Ron E. Meisler (RM 3026)
                                         333 West Wacker Drive, Suite 2100
                                         Chicago, Illinois  60606
                                         (312) 407-0700

                                         - and -

                                        By: /s/ Kayalyn A. Marafioti
                                           Kayalyn A. Marafioti (KM 9632)
                                           Thomas J. Matz (TM 5986)
                                         Four Times Square
                                         New York, New York 10036
                                         (212) 735-3000

                                         Attorneys for Delphi Corporation, et al.,
                                           Debtors and Debtors-in-Possession

EXHIBIT A

REMAINING AGREEMENTS

| AGREEMENT | CONTACT/PARTY ADDRESS |
|---|---|
| Fleet Telematics Services Agreement effective December 30, 2004 between MobileAria, Inc. and Austin Powder Company | Austin Powder Company<br>25800 Science Park Drive<br>Cleveland, OH 44122 |
| Emergency Call Center Services Agreement effective April 24, 2003 between MobileAria, Inc. and Cross Country Global ITS Services, Corp. | Cross Country Global ITS Services Corp.<br>One Cabot Road<br>Medford, MA 02155<br><br>Cross Country Global ITS Services Corp.<br>Attn: Peter Van Alstine<br>4040 Mystic Valley Parkway<br>Medford, MA 02155 |
| Consulting Agreement between MobileAria, Inc. and C.J. Driscoll & Associates dated September 8, 2005 | CJ Driscoll & Associates<br>2636 Via Carrillo<br>Palos Verdes Estates, CA 90274 |
| Consulting Services Agreement between MobileAria, Inc. and Saama Technologies, Inc. dated February 23, 2001 | Saama Technologies, Inc.<br>6203 San Ignacio Boulevard, St 101<br>San Jose, CA 95119 |
| Assistance Agreement between Delco Electronics Corporation (n/k/a Delphi Automotive Systems LLC) and MobileAria, Inc. dated December 2000 | Delco Electronics Corporation/Delphi Automotive Systems LLC<br>Attn: Carlos Peredo, Venture Development Director<br>P.O. Box 9005<br>Kokomo, IN 46904-9005<br><br>Bob Schumacher<br>c/o Delphi Automotive Systems LLC<br>2151 E. Lincoln Road<br>MS CT50I<br>Kokomo, IN 46902 |
| Management Rights Agreement between MobileAria, Inc. and Mayfield Xi and Mayfield XI Qualified dated August 17, 2000 | Janice Roberts<br>Mayfield Principals Fund II LLC,<br>Mayfield XI, L.P.,<br>Mayfield XI Qualified L.P.<br>2800 Sand Hill Road #240<br>Menlo Park, CA 94025 |

| AGREEMENT | CONTACT/PARTY ADDRESS |
|---|---|
| Amended and Restated Investor Rights Agreement by and among MobileAria, Inc., the Common Holders, Series A Holders and the Purchasers (all as defined therein) dated August 15, 2002 | Janice Roberts<br>Mayfield Principals Fund II LLC, Mayfield XI, L.P., Mayfield XI Qualified L.P., Mayfield Associates Fund V LP<br>2800 Sand Hill Road #240<br>Menlo Park, CA 94025<br><br>Delphi Automotive Systems LLC<br>1441 W. Long Lake<br>P.O. Box 5090<br>Troy, MI 48098-5090<br><br>Bob Schumacher<br>c/o Delphi Automotive Systems LLC<br>2151 E. Lincoln Road<br>MS CT50I<br>Kokomo, IN 46902<br><br>Dan Kolkowitz<br>26830 Elena Road<br>Los Altos, CA  94022-3314<br><br>Thomas O'Gara Family Trust<br>c/o Thomas O'Gara and Paul Wassenaar, Esq.<br>2223 Avenida Dela Playa #104<br>La Jolla, CA 92037<br><br>Thomas O'Gara<br>88833 West Olympic Blvd<br>Beverly Hills CA, 90212<br><br>Tom O'Gara, Trustee<br>112 Price Lane<br>Bellevue, Idaho 83313<br><br>Palm, Inc.<br>Attn: Jon Shanberge<br>950 W. Maude Ave.<br>Sunnyvale, CA 94085<br><br>Palm, Inc.<br>Attn:  Gabriel Acosta-Lopez<br>5470 Great America Parkway<br>Santa Clara, CA  95052-8007 |

| AGREEMENT | CONTACT/PARTY ADDRESS |
|---|---|
| Amended and Restated Right of First Refusal and Co-Sale Agreement by and among MobileAria, Inc., the Common Holders, Series A Holders and the Series B Holders (all as defined therein) dated August 15, 2002 | Janice Roberts<br>Mayfield Principals Fund II LLC, Mayfield XI, L.P., Mayfield XI Qualified L.P., Mayfield Associates Fund V LP<br>2800 Sand Hill Road #240<br>Menlo Park, CA 94025<br><br>Delphi Automotive Systems LLC<br>1441 W. Long Lake<br>P.O. Box 5090<br>Troy, MI 48098-5090<br><br>Bob Schumacher<br>c/o Delphi Automotive Systems LLC<br>2151 E. Lincoln Road<br>MS CT50I<br>Kokomo, IN 46902<br><br>Dan Kolkowitz<br>26830 Elena Road<br>Los Altos, CA  94022-3314<br><br>Thomas O'Gara Family Trust<br>c/o Thomas O'Gara and Paul Wassenaar, Esq.<br>2223 Avenida Dela Playa #104<br>La Jolla, CA 92037<br><br>Thomas O'Gara<br>88833 West Olympic Blvd<br>Beverly Hills CA, 90212<br><br>Tom O'Gara, Trustee<br>112 Price Lane<br>Bellevue, Idaho 83313<br><br>Palm, Inc.<br>Attn: Jon Shanberge<br>950 W. Maude Ave.<br>Sunnyvale, CA 94085<br><br>Palm, Inc.<br>Attn:  Gabriel Acosta-Lopez<br>5470 Great America Parkway<br>Santa Clara, CA  95052-8007 |

| AGREEMENT | CONTACT/PARTY ADDRESS |
|---|---|
| Amended and Restated Voting Agreement by and among MobileAria, Inc., the Common Holders, Series A Holders and the Series B Holders (all as defined therein) dated August 15, 2002 | Janice Roberts<br>Mayfield Principals Fund II LLC, Mayfield XI, L.P., Mayfield XI Qualified L.P., Mayfield Associates Fund V LP<br>2800 Sand Hill Road #240<br>Menlo Park, CA 94025<br><br>Bob Schumacher<br>c/o Delphi Automotive Systems LLC<br>2151 E. Lincoln Road<br>MS CT50I<br>Kokomo, IN 46902<br><br>Delphi Automotive Systems LLC<br>1441 W. Long Lake<br>P.O. Box 5090<br>Troy, MI 48098-5090<br><br>Dan Kolkowitz<br>26830 Elena Road<br>Los Altos, CA  94022-3314<br><br>Thomas O'Gara Family Trust<br>c/o Thomas O'Gara and Paul Wassenaar, Esq.<br>2223 Avenida Dela Playa #104<br>La Jolla, CA 92037<br><br>Thomas O'Gara<br>88833 West Olympic Blvd<br>Beverly Hills CA, 90212<br><br>Tom O'Gara, Trustee<br>112 Price Lane<br>Bellevue, Idaho 83313<br><br>Palm, Inc.<br>Attn: Jon Shanberge<br>950 W. Maude Ave.<br>Sunnyvale, CA 94085<br><br>Palm, Inc.<br>Attn:  Gabriel Acosta-Lopez<br>5470 Great America Parkway<br>Santa Clara, CA  95052-8007 |
| Amended and Restated Warrant to Purchase Preferred Stock between MobileAria, Inc. and Thomas M. O'Gara Family Trust dated April 19, 2002 | Thomas O'Gara Family Trust<br>c/o Thomas O'Gara and Paul Wassenaar, Esq.<br>2223 Avenida Dela Playa #104<br>La Jolla, CA 92037<br><br>Thomas O'Gara<br>88833 West Olympic Blvd<br>Beverly Hills CA, 90212<br><br>Tom O'Gara, Trustee<br>112 Price Lane<br>Bellevue, Idaho 83313 |

| AGREEMENT | CONTACT/PARTY ADDRESS |
|---|---|
| Amended and Restated Warrant to Purchase Preferred Stock between MobileAria, Inc. and Thomas M. O'Gara Family Trust dated April 19, 2002 | Thomas O'Gara Family Trust<br>c/o Thomas O'Gara and Paul Wassenaar, Esq.<br>2223 Avenida Dela Playa #104<br>La Jolla, CA 92037<br><br>Thomas O'Gara<br>88833 West Olympic Blvd<br>Beverly Hills CA, 90212<br><br>Tom O'Gara, Trustee<br>112 Price Lane<br>Bellevue, Idaho 83313 |
| Amended and Restated Warrant to Purchase Preferred Stock between Seller and Mayfield Associates Fund V LP dated April 19, 2002 | Janice Roberts<br>Mayfield Associates Fund V L.P.<br>2800 Sand Hill Road #240<br>Menlo Park, CA 94025 |
| Amended and Restated Warrant to Purchase Preferred Stock between Seller and Mayfield Principals Fund II LLC dated April 19, 2002 | Janice Roberts<br>Mayfield Principals Fund II LLC<br>2800 Sand Hill Road #240<br>Menlo Park, CA 94025 |
| Amended and Restated Warrant to Purchase Preferred Stock between Seller and Mayfield XI, LP dated April 19, 2002 | Janice Roberts<br>Mayfield XI, L.P.<br>2800 Sand Hill Road #240<br>Menlo Park, CA 94025 |
| Amended and Restated Warrant to Purchase Preferred Stock between Seller and Mayfield XI Qualified LP dated April 19, 2002 | Janice Roberts<br>Mayfield XI Qualified L.P.<br>2800 Sand Hill Road #240<br>Menlo Park, CA 94025 |
| Amended and Restated Warrant to Purchase Preferred Stock between MobileAria, Inc. and Delphi Automotive Systems LLC dated April 19, 2002 | Delphi Automotive Systems LLC<br>1441 W. Long Lake<br>P.O. Box 5090<br>Troy, MI 48098-5090<br><br>Bob Schumacher<br>c/o Delphi Automotive Systems LLC<br>2151 E. Lincoln Road<br>MS CT50I<br>Kokomo, IN 46902 |
| Warrant to Purchase Preferred Stock between MobileAria, Inc. and Thomas M. O'Gara Family Trust dated May 31, 2002 | Thomas O'Gara Family Trust<br>c/o Thomas O'Gara and Paul Wassenaar, Esq.<br>2223 Avenida Dela Playa #104<br>La Jolla, CA 92037<br><br>Thomas O'Gara<br>88833 West Olympic Blvd<br>Beverly Hills CA, 90212<br><br>Tom O'Gara, Trustee<br>112 Price Lane<br>Bellevue, Idaho 83313 |

| AGREEMENT | CONTACT/PARTY ADDRESS |
|---|---|
| Warrant to Purchase Preferred Stock between MobileAria, Inc. and Thomas M. O'Gara Family Trust dated May 31, 2002 | Thomas O'Gara Family Trust<br>c/o Thomas O'Gara and Paul Wassenaar, Esq.<br>2223 Avenida Dela Playa #104<br>La Jolla, CA 92037<br><br>Thomas O'Gara<br>88833 West Olympic Blvd<br>Beverly Hills CA, 90212<br><br>Tom O'Gara, Trustee<br>112 Price Lane<br>Bellevue, Idaho 83313 |
| Business Development Agreement between MobileAria, Inc. and Palm, Inc. dated October 2000. | Palm, Inc.<br>Attn: Jon Shanberge<br>950 W. Maude Ave.<br>Sunnyvale, CA 94085<br><br>Palm, Inc.<br>Attn: Gabriel Acosta-Lopez<br>5470 Great America Parkway<br>Santa Clara, CA 95052-8007<br><br>Bob Schumacher<br>c/o Delphi Automotive Systems LLC<br>2151 E. Lincoln Road<br>MS CT50I<br>Kokomo, IN 46902 |
| Business Development Agreement between MobileAria, Inc. and Delphi Automotive Systems LLC dated October 2000. | Delphi Automotive Systems LLC<br>1441 W. Long Lake<br>P.O. Box 5090<br>Troy, MI 48098-5090<br><br>Bob Schumacher<br>c/o Delphi Automotive Systems LLC<br>2151 E. Lincoln Road<br>MS CT50I<br>Kokomo, IN 46902 |
| Limited Software License Agreement between MobileAria, Inc. and Delphi Automotive Systems LLC dated May, 2001 | Delphi Automotive Systems LLC<br>1441 W. Long Lake<br>P.O. Box 5090<br>Troy, MI 48098-5090<br><br>Bob Schumacher<br>c/o Delphi Automotive Systems LLC<br>2151 E. Lincoln Road<br>MS CT50I<br>Kokomo, IN 46902 |
| Master Agreement effective September 21, 2001 between MobileAria, Inc. and Forrester Research Inc. | Forrester Research Inc.<br>400 Technology Square<br>Cambridge, MA 02139 |

| AGREEMENT | CONTACT/PARTY ADDRESS |
|---|---|
| International Value Added Reseller Agreement entered into February 14, 2003 between Orbcomm LLC and MobileAria, Inc., as amended by the Letter Renewal to the US Value Added Reseller Agreement between MobileAria, Inc. and Orbcomm LLC dated May 10, 2006. | Orbcomm LLC<br>21700 Atlantic Blvd.<br>Dulles, Virginia 20166 |
| Source Code License Agreement between MobileAria, Inc. and Sierra Wireless USA, Inc. dated May 17, 2005. | Sierra Wireless USA, Inc.<br>Attn: Chief Technical Officer<br>2290 Cosmos Court<br>Carlsbad, CA  92009 |