# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **DELPHI CORPORATION**
Case No. **05-44481**

Court ID (Court Use Only)_____

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**LIQUIDITY SOLUTIONS, INC**
**DBA REVENUE MANAGEMENT**
Name of Transferee

**ELGIN DIE MOLD CO**
Name of Transferor

Name and Address where notices and payments to transferee should be sent
LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601
Phone:
(201) 968-0001

Court Record Address of Transferor
(Court Use Only)

Last four Digits of Acct #:_____

Name and Current Address of Transferor
**ELGIN DIE MOLD CO**
**14N002 PRAIRIE ST**
**PINGREE GROVE, IL  60140**

| CLAIM | AMOUNT |
|---|---|
| 9459 | $ 86,176.25 |
| 9460 | $ 29,862.80 |
| TOTAL | $116,039.05 |
| DATE FILED | 7/13/2006 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/Scott Friedberg
Transferee/Transferee's Agent

Date: 8/15/2006

Penalty for making a false statement. Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

### ~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
CLERK OF THE COURT

496654

## TRANSFER NOTICE

Elgin Die Mold Co. ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT between Assignor and Assignee, all of its right, title and interest in and to the Claims of Assignor in the aggregate amount of $116,039.05, representing certain of Assignor's claims against Delphi Corporation and its affiliates, in the United States Bankruptcy Court for the Southern District of New York, jointly administered as Case No. 05-44640, subject to the terms of the Assignment of Claim Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the 9th day of June, 2006

Elgin Die Mold Co.                                    REVENUE MANAGEMENT

_____                           _____
(Signature)                                           (Signature)

_____                           _____
John Sapiente                                         (Print Name of Witness)
Chief Operating Officer
Elgin Die Mold