**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
--------------------------X
In re:                              Chapter 11
                                    Case No. 05-44481 (rdd)
```
**Delphi Corporation.,** *et al.*              Jointly Administered

```
            Debtors
--------------------------X
```

<u>**CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER**</u>

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO A PROTECTIVE ORDER OF THE BANKRUPTCY COURT, DATED, OCTOBER 13, 2005, DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.