UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------
In re:                                              :   In Proceedings for
                                                    :   A Reorganization Under Chapter 11
                                                    :
                                                    :   Case No. 05-44640
                                                    :   Jointly Administered Under 05-44481
                                                    :
Delphi Automotive Systems LLC, *et al.*             :
                                    Debtor          :
---------------------------------------------------------------------

SCHEDULED CLAIM

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P RULE 3001(E)(1) FOR FILED CREDITOR,
Grove Roofing Services, Inc.,
IN THE SCHEDULED AMOUNT OF $63,050.00,
TO Midtown Claims LLC**

    **TO Transferor:**    Grove Roofing Services, Inc.
131 Reading Street
Buffalo, NY 14220
Attention: John Embow
PH 716-828-1870
FX 716-828-9095

PLEASE TAKE NOTICE that the transfer $63,050.00 of the above-captioned general unsecured claim has been transferred to:

    **TO Transferee:**    Midtown Claims LLC
Attention: Meghan Slow
65 East 55th Street, 19th Floor
New York, NY 10022
Facsimile: (212) 371-4318

The Transfer Agreement is attached as Exhibit A hereto. No action is required *if you do not object* to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

    **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:
        Attention:: Deputy Clerk
        United States Bankruptcy Court Southern District of New York
        Alexander Hamilton Custom House
        One Bowling Green
        New York, New York 10004-1408

--       **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
        Refer to **INTERNAL CONTROL NO.** _____ in your objection.
        If you file an objection, a hearing will be scheduled. IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT IN THIS PROCEEDING.

---

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtor's Attorney ___

                                                                  _____
                                                                 Deputy Clerk

<u>Exhibit A</u>

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Grove Roofing Services, Inc. ("<u>Assignor</u>") hereby unconditionally and irrevocably sells, transfers and assigns to Midtown Claims LLC (the "<u>Assignee</u>") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), against Delphi Automotive Systems LLC (the "<u>Debtor</u>"), Debtor in Case No. 05-44481 ("<u>Case</u>") Jointly Administered, pending in the United States Bankruptcy Court for the Southern District of New York (the "<u>Bankruptcy Court</u>").

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim, recognizing Assignee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this __8__ day of August, 2006.

ASSIGNOR

Grove Roofing Services, Inc.

By: _____
Authorized Signatory
Name:  John Embow
Title:  Vice President

ASSIGNEE

Midtown Claims LLC

By: _____
Authorized Signatory
Name: Michael Leffell
Title: Manager

(ASSIGNOR)

WITNESS

By: _____
Name:  Marcia Krebs
Title:  Admin. Asst.