**Hearing Date: August 17, 2006**
**Hearing Time: 10:00 a.m. (Prevailing Eastern Time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
: 
  In re                                : Chapter 11
                                       :
DELPHI CORPORATION, et al.,            : Case No. 05-44481 (RDD)
                                       :
              Debtors.                 : (Jointly Administered)
                                       :
                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

PROPOSED TENTH OMNIBUS HEARING AGENDA

Location Of Hearing:    United States Bankruptcy Court for the Southern District of New
                        York, Alexander Hamilton Custom House, Room 601, 6th Floor,
                        One Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (2 Matters)

    C.    Uncontested, Agreed, Or Settled Matters (4 Matters)

    D.    Contested Matters (2 Matters)

**B.**    **Continued Or Adjourned Matters**

    1.    **"The Offshore Group's Lift Stay Motion"** – The Offshore Group's Motion Pursuant To Bankruptcy Code §§ 362(d)(1) And 553 For Order Lifting The Automatic Stay To Permit The Offshore Group To Exercise Right Of Setoff (Docket No. 2811)

        *Response Filed:*    *Debtors' Objection To Motion By Offshore International, Inc. And Maquilas Teta Kawi, S.A. DE C.V. For Relief From Automatic Stay To Permit Setoff Claims (Docket No. 3025)*

        *Reply Filed:*    *None.*

        *Related Filing:*    *None.*

        *Status:*    *This matter has been resolved, subject to review by the Unsecured Creditors' Committee. A proposed stipulation and order will be submitted for consideration by the Court.*

    2.    **"Creditors' Committee GM Claims and Defenses Motion"** – Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4718)

        *Response Filed:*    *Debtors' Preliminary Objection To Motion For Order Authorizing Official Committee Of Unsecured Creditors To Prosecute Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of Debtors (Docket No. 4859)*

2

|  |  |
|---|---|
| *Reply Filed:* | None. |
| *Related Filing:* | *Ex Parte Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute the Debtors' Claims and Defenses Against General Motors Corporation and Certain Former Officers of the Debtors (Docket No. 4689)* |
|  | *Affidavit In Support Of Ex Parte Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute the Debtors' Claims and Defenses Against General Motors Corporation and Certain Former Officers of the Debtors (Docket No. 4690)* |
|  | *Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute the Debtors' Claims and Defenses Against General Motors Corporation and Certain Former Officers of the Debtors (Docket No. 4691)* |
|  | *Exhibits A & B To Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4738)* |
|  | *Stipulation And Agreed Order Amending Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute the Debtors' Claims and Defenses Against General Motors Corporation and Certain Former Officers of the Debtors (Docket No. 4831)* |
|  | *So Ordered Stipulation And Agreed Order Amending Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute the Debtors' Claims and Defenses Against General Motors Corporation and Certain Former Officers of the Debtors (Docket No. 4837)* |

> *Proposed Second Stipulation and Agreed Order Amending Order Authorizing the Official Committee of Unsecured Creditors to File Under Seal Exhibits to the Committee's Motion for an Order Authorizing it to Prosecute the Debtor's Claims and Defenses Against General Motors Corporation and Certain Former Officers of the Debtors (Docket No. 4902)*
>
> *Second Stipulation And Agreed Order Amending Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4928)*

*Status:* By agreement of the parties this matter is being adjourned to the September 14, 2006 omnibus hearing.

C. **Uncontested, Agreed, Or Settled Matters**

3. **"Fee Committee's Legal Cost Control Application"** – Fee Committee's Application For An Order Authorizing Retention Of Legal Cost Control As Fee And Expense Analyst, Nunc Pro Tunc To June 1, 2006, Pursuant To §§ 327(A) And 328 Of The Bankruptcy Code (Docket No. 4117)

   *Response Filed:* None.

   *Reply Filed:* None.

   *Related Filing:* *Supplement To Fee Committee's Application For An Order Authorizing Retention Of Legal Cost Control As Fee And Expense Analyst Pursuant To §§ 327(a) And 328 Of The Bankruptcy Code (Docket No. 4896)*

   *Status:* An order will be submitted for consideration by the Court.

4. **"MobileAria Contract Motion"** – Motion For Order Under 11 U.S.C. § 365 And Fed. R. Bankr. P. 6006 Authorizing (I) Rejection Of Remaining Executory Contracts Of MobileAria, Inc. And (II) Assumption And Assignment Of Executory Contract With DPAC Technologies Corp. (Docket No. 4721)

4

|  |  |
|---|---|
| *Response Filed:* | None. |
| *Reply Filed:* | None. |
| *Related Filing:* | Notice Of Modification Of Exhibit A To Motion For Order Under 11 U.S.C. § 365 And Fed. R. Bankr. P. 6006 Authorizing (I) Rejection Of Remaining Executory Contracts Of MobileAria, Inc. And (II) Assumption And Assignment Of Executory Contract With DPAC Technologies Corp. (Docket No. 4721) (Docket No. 4915) |
| *Status:* | An order will be submitted for consideration by the Court. |

5. **"Equity Committee Joint Interest Agreement Motion"** – Motion For Approval Of Joint Interest Agreement Between Debtors And Official Committee Of Equity Security Holders And Implementation Of Protective Order With Respect Thereto (Docket No. 4722)

|  |  |
|---|---|
| *Response Filed:* | None. |
| *Reply Filed:* | None. |
| *Related Filing:* | None. |
| *Status:* | An order will be submitted for consideration by the Court. |

6. **"Equity Committee Financial Advisor Retention Motion"** – Motion Pursuant To Sections 105, 328(a) And 1103 Of The Bankruptcy Code And Bankruptcy Rule 2014 For Order Granting The Official Committee Of Equity Security Holders Leave To File An Application To Retain And Employ A Financial Advisor (Docket No. 4791)

|  |  |
|---|---|
| *Response Filed:* | None. |
| *Reply Filed:* | None. |
| *Related Filing:* | None. |
| *Status:* | An order will be submitted for consideration by the Court. |

**D.    Contested Matters**

    7.    **"NuTech Plastics Engineering, Inc.'s Lift Stay Motion"** – NuTech Plastics Engineering, Inc.'s Motion For Relief From The Automatic Stay In Order To Continue Prepetition Breach-Of-Contract Case Against Delphi Automotive Systems USA, L.L.C. And General Motors (Docket No. 4436)

    *Response Filed:*    *Debtors' Objection To Motion Of NuTech Plastics Engineering, Inc. For Relief From Automatic Stay (Docket No. 4559)*

    *Reply Filed:*    *NuTech's Reply In Support Of Its Motion For Relief From The Automatic Stay (Docket No. 4582)*

    *Related Filing:*    None.

    *Status:*    *The Debtors will request that the matter be adjourned to the September 14, 2006 omnibus hearing. Opposing counsel requests that this hearing be a preliminary hearing.*

    8.    **"Speedline Technologies Inc.'s Reclamation Motion"** – Speedline Technologies Inc.'s Motion For Order Directing Return Of Reclaimed Equipment Or For Immediate Payment Thereof (Docket No. 4678)

    *Response Filed:*    *Objection Of The Official Committee Of Unsecured Creditors To Speedline Technologies Inc.'s Motion For Order Directing Return Of Reclaimed Equipment Or For Immediate Payment Thereof (Docket No. 4887)*

    *Debtors' Objection To Speedline Technologies Inc.'s Motion For Order Directing Return Of Reclaimed Equipment Or For Immediate Payment Thereof (Docket No. 4893)*

    *Reply Filed:*    None.

    *Related Filing:*    *Letter and errata sheets concerning Speedline's Reclamation Motion (Docket No. 4683)*

6

    *Status:*   *The hearing with respect to this matter will be proceeding.*

Dated: New York, New York
    August 16, 2006

          SKADDEN, ARPS, SLATE, MEAGHER
           & FLOM LLP

         By: /s/ John Wm. Butler, Jr.
           John Wm. Butler, Jr. (JB 4711)
           John K. Lyons (JL 4951)
           Ron E. Meisler (RM 3026)
         333 West Wacker Drive, Suite 2100
         Chicago, Illinois 60606
         (312) 407-0700

            - and -

         By: /s/ Kayalyn A. Marafioti
           Kayalyn A. Marafioti (KM 9632)
           Thomas J. Matz (TM 5986)
         Four Times Square
         New York, New York 10036
         (212) 735-3000

         Attorneys for Delphi Corporation, et al.,
           Debtors and Debtors-in-Possession