B210
(12/04)

# United States Bankruptcy Court

Southern District of New York

In re DELPHI CORPORATION, *et al.*    Case No. 05-44481 (RDD)
    DELPHI AUTOMOTIVE SYSTEMS LLC    Jointly Administered

Court ID (Court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| Debt Acquisition Company of America V, LLC | CALLAHAN MOTION CONTROL |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent | Court Record Address of Transferor (Court Use Only) |
| Debt Acquisition Company of America V, LLC<br>Attn: Traci J. Fette<br>1565 Hotel Circle South, Suite 310<br>San Diego, CA 92108 | |
| Phone: (619) 220-8900 | |
| Last Four Digits of Acct #: | Last Four Digits of Acct. #: |
| Name and Address where transferee payments Should be sent (if different from above) | Name and Current Address of Transferor<br><br>CALLAHAN MOTION CONTROL<br>9760 COUNTY RD<br>CLARENCE CENTER NY 14032 |
| Phone: Same as Above | Phone: 0.5 |
| Last Four Digits of Acct. #: | Last Four Digits of Acct. #: |

Court Claim # (If known): 5262
Claim Amount: $305.48
Date Claim Filed:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Traci J. Fette*    Date:
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. 152 & 3571.

DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    _____
    CLERK OF THE COURT

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 05-44481 (RDD) |
| | ) |
| DELPHI CORPORATION, *et al.*, | ) Jointly Administered |
| DELPHI AUTOMOTIVE SYSTEMS LLC | ) |
| | ) **NOTICE OF TRANSFER OF CLAIM** |
| Debtors. | ) **OTHER THAN FOR SECURITY AND** |
| | ) **WAIVER OF NOTICE** |
| | ) Bankruptcy Rule 3001(e)(2) |

PLEASE TAKE NOTICE that the *filed* claim of CALLAHAN MOTION CONTROL ("Transferor") against the Debtor in the amount of $305.48 (claim #5262) as listed within the claims register, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(2).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $212.80 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**CALLAHAN MOTION CONTROL**
9760 COUNTY RD  CLARENCE CENTER NY 14032

Print Name  Kevin Callahan      Title  Pres.
Signature _____      Date  8-1-06
Updated Address (if needed)  10751 Alleghany Rd, Darien Ctr, NY 14040
Phone  716-741-8321    Fax  716-741-9400    E-Mail_____

TRANSFEREE:
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
1565 Hotel Circle South, Suite 310, San Diego, CA 92108

Signature: _____
Traci Fette

Mail Ref# 7-106
2588581

B210
(12/04)

# United States Bankruptcy Court

Southern District of New York

In re DELPHI CORPORATION, *et al.*    Case No. 05-44481 (RDD)
DELPHI AUTOMOTIVE SYSTEMS LLC    Jointly Administered

Court ID (Court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| Debt Acquisition Company of America V, LLC | DATAPAQ INC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent    Court Record Address of Transferor
(Court Use Only)

Debt Acquisition Company of America V, LLC
Attn: Traci J. Fette
1565 Hotel Circle South, Suite 310
San Diego, CA 92108

Phone: (619) 220-8900
Last Four Digits of Acct #:    Last Four Digits of Acct. #:

Name and Address where transferee payments    Name and Current Address of Transferor
Should be sent (if different from above)

DATAPAQ INC
PO BOX 847189
BOSTON MA 02284-7189

Phone: Same as Above    Phone: 0.5
Last Four Digits of Acct. #:    Last Four Digits of Acct. #:

Court Claim # (If known): 2986
Claim Amount: $325.00
Date Claim Filed:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Traci J. Fette*    Date:
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. 152 & 3571.

DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    _____
        CLERK OF THE COURT

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: ) Chapter 11
) Case No. 05-44481 (RDD)
)
)
DELPHI CORPORATION, et al., ) Jointly Administered
DELPHI AUTOMOTIVE SYSTEMS LLC )
) **NOTICE OF TRANSFER OF CLAIM**
Debtors. ) **OTHER THAN FOR SECURITY AND**
) **WAIVER OF NOTICE**
) Bankruptcy Rule 3001(e)(2)

PLEASE TAKE NOTICE that the filed claim of **DATAPAQ INC** ("Transferor") against the Debtor in the amount of $325.00, (claim #2986) as listed within the claims register and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (c)(2).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $325.00 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

**TRANSFEROR:**
**DATAPAQ INC**
**PO BOX 847189 BOSTON MA 02284-7189**

Print Name _Debra Lewicki_ Title _Controller_

Signature _[signature]_ Date _8/10/06_

Updated Address (if needed) _____

Phone _978 253-7513_ Fax _978 988 7666_ E-Mail _DLEWICKI@DATAPAQ.COM_

**TRANSFEREE:**
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**

Signature: _[signature] for_
Traci Fette

Mail Ref# 7-162
2589017

1

B210
(12/04)

# United States Bankruptcy Court

Southern District of New York

In re DELPHI CORPORATION, *et al.*   Case No. 05-44481 (RDD)
DELPHI MECHATRONIC SYSTEMS INC         Jointly Administered

Court ID (Court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| Debt Acquisition Company of America V, LLC | DS CALIBRATION SERVICES |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent    Court Record Address of Transferor
(Court Use Only)

Debt Acquisition Company of America V, LLC
Attn: Traci J. Fette
1565 Hotel Circle South, Suite 310
San Diego, CA 92108

Phone: (619) 220-8900
Last Four Digits of Acct #:                                    Last Four Digits of Acct. #:

Name and Address where transferee payments                     Name and Current Address of Transferor
Should be sent (if different from above)

                                                               DS CALIBRATION SERVICES
                                                               864 WEST PRICE RD
                                                               BROWNSVILLE TX 78520

Phone: Same as Above                                           Phone: 0.5
Last Four Digits of Acct. #:                                   Last Four Digits of Acct. #:

Court Claim # (If known): 5056
Claim Amount: $500.00
Date Claim Filed:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Traci J. Fette*                        Date:
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. 152 & 3571.

DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:                                         _____
                                              CLERK OF THE COURT

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                          ) Chapter 11
                                                                ) Case No. 05-44481 (RDD)
                                                                )
DELPHI CORPORATION, et al.,                                     ) Jointly Administered
DELPHI MECHATRONIC SYSTEMS INC                                  )
                                                                ) **NOTICE OF TRANSFER OF CLAIM**
        Debtors.                                                ) **OTHER THAN FOR SECURITY AND**
                                                                ) **WAIVER OF NOTICE**
                                                                ) Bankruptcy Rule 3001(e)(2)

    PLEASE TAKE NOTICE that the *filed* claim of DS CALIBRATION SERVICES ("Transferor") against the Debtor in the amount of $500.00, (claim no 5056) as listed within the claims register, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(2).

    I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $500.00 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

**TRANSFEROR:**
**DS CALIBRATION SERVICES**
**864 WEST PRICE RD BROWNSVILLE TX 78520**

Print Name: *DANIEL DOTRAS*     Title: *PRESIDENT*
Signature: *[signature]*     Date: *8-3-2006*
Updated Address (if needed): *880 W. Price Road Brownsville, TX 78520*
Phone *956 550-0552*   Fax *956 550-0796*   E-Mail *DANIELTEXAS@AOL.COM*

**TRANSFEREE:**
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**

Signature: *[signature]*
         Traci Fette

Mail Ref# 7-250
2589110

1

B210
(12/04)

# United States Bankruptcy Court

Southern District of New York

In re DELPHI CORPORATION, *et al.*     Case No. 05-44481 (RDD)
    DELPHI AUTOMOTIVE SYSTEMS LLC                           Jointly Administered

Court ID (Court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| Debt Acquisition Company of America V, LLC | GRIP TECHNOLOGIES |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent       Court Record Address of Transferor
                                                                  (Court Use Only)

Debt Acquisition Company of America V, LLC
Attn: Traci J. Fette
1565 Hotel Circle South, Suite 310
San Diego, CA 92108

Phone: (619) 220-8900
Last Four Digits of Acct #:                                       Last Four Digits of Acct. #:

Name and Address where transferee payments                        Name and Current Address of Transferor
Should be sent (if different from above)
                                                                  GRIP TECHNOLOGIES
                                                                  PO BOX 336
                                                                  JAFFREY NH 03452

Phone: Same as Above                                              Phone: 0.5
Last Four Digits of Acct. #:                                      Last Four Digits of Acct. #:

Court Claim # (If known): 6708
Claim Amount: $418.00
Date Claim Filed:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Traci J. Fette*                                    Date:
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. 152 & 3571.

DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:                                                   _____
                                                        CLERK OF THE COURT

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | ) Chapter 11 |
|---|---|
| | ) Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | ) Jointly Administered |
| DELPHI AUTOMOTIVE SYSTEMS LLC | ) |
| Debtors. | ) NOTICE OF TRANSFER OF CLAIM |
| | ) OTHER THAN FOR SECURITY AND |
| | ) WAIVER OF NOTICE |
| | ) Bankruptcy Rule 3001(e)(2) |

PLEASE TAKE NOTICE that the *filed* claim of GRIP TECHNOLOGIES ("Transferor") against the Debtor in the amount of $418.00, *(Claim # 6708) as listed within the claims Register*, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(2).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $418.00 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

**TRANSFEROR:**
**GRIP TECHNOLOGIES**
**PO BOX 336 JAFFREY NH 03452**

Print Name _PAUL GRIP_ Title _PRESIDENT_
Signature _[signature]_ Date _8/7/06_
Updated Address (if needed) _P.O. Box 1008 Dublin NH 03444_
Phone _603 563 8108_ Fax _603 563 8108_ E-Mail _PGRIP@GRIPTECH.COM_

**TRANSFEREE:**
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**

Signature: _[signature]_
Traci Fette

Mail Ref# 7-209
2589917

1

B210
(12/04)

# United States Bankruptcy Court

Southern District of New York

In re DELPHI CORPORATION, *et al.*        Case No. 05-44481 (RDD)
    DELPHI CONNECTIONS SYSTEMS                Jointly Administered

Court ID (Court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| Debt Acquisition Company of America V, LLC | WAND TOOL COMPANY |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent    Court Record Address of Transferor
(Court Use Only)

Debt Acquisition Company of America V, LLC
Attn: Traci J. Fette
1565 Hotel Circle South, Suite 310
San Diego, CA 92108

Phone: (619) 220-8900
Last Four Digits of Acct #:                         Last Four Digits of Acct. #:

Name and Address where transferee payments          Name and Current Address of Transferor
Should be sent (if different from above)
                                                    WAND TOOL COMPANY
                                                    852 N SETON COURT
                                                    WHEELING IL 60090

Phone: Same as Above                                Phone: 0.5
Last Four Digits of Acct. #:                        Last Four Digits of Acct. #:

Court Claim # (If known): 5490
Claim Amount: $4,286.25
Date Claim Filed:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Traci J. Fette*                                Date:
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. 152 & 3571.

DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:                                               _____
                                                    CLERK OF THE COURT

FROM :                                              FAX NO. : 8474592411                        Aug. 11 2006 12:06PM P1

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                      ) Chapter 11
                                                            ) Case No. 05-44481 (RDD)
                                                            )
DELPHI CORPORATION, et al.,                                 ) Jointly Administered
DELPHI CONNECTIONS SYSTEMS                                  )
                                                            ) NOTICE OF TRANSFER OF CLAIM
        Debtors.                                            ) OTHER THAN FOR SECURITY AND
                                                            ) WAIVER OF NOTICE
                                                            ) Bankruptcy Rule 3001(e)(2)

PLEASE TAKE NOTICE that the *filed* claim of WAND TOOL COMPANY ("Transferor") against the Debtor in the amount of $4,286.25, (CLAIM #5490) *as listed in the Claims register* and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(2).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $4,286.25 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
WAND TOOL COMPANY
852 N. SETON COURT WHEELING IL 60090

Print Name _William N. Anderson_   Title _President_
Signature _William N. Anderson_   Date _8-11-06_
Updated Address (if needed) _852 Seton Ct. Wheeling, IL 60090_
Phone _847-459-2410_   Fax _847-459-2411_   E-Mail _Billa@wandtool.com_

TRANSFEREE:
DEBT ACQUISITION COMPANY OF AMERICA V, LLC
1565 Hotel Circle South, Suite 310, San Diego, CA 92108

Signature:
                Traci Fette

Mail Ref# 7-2143
2585693

1