UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re DELPHI AUTOMOTIVE SYSTEMS USA, L.L.C.<br><br>      Debtor. | Chapter 11<br>Case No. 05-44640 (RDD)<br><br>(Jointly Administered as<br>Case No. 05-44481) |

**Supplemental Aff. of Jay Schwartz in Support of
NuTech Plastics Engineering, Inc.'s
Motion for Relief from the Automatic Stay (Doc. No. 4436)**

I, Jay Schwartz, based on my own personal knowledge, declare that:

1.  I am an attorney who is licensed to practice law in Michigan. I graduated from Wayne State University Law School and was admitted to the Michigan Bar in 1991. I have practiced law full time in Michigan since then.

2.  I represent NuTech Plastics Engineering, Inc. ("**NuTech**") in Case No. 02-075335, Delphi Automotive Systems USA, L.L.C. and General Motors Corporation, which is pending in the Circuit Court for Genessee County, Michigan ("**NuTech's Case**"). I have represented NuTech in NuTech's Case since its inception. As a result, I am personally familiar with the substance of NuTech's claims in NuTech's case, the procedural background of and developments in NuTech's Case, and how NuTech's Case was and is affected by the chapter 11 bankruptcy petition that Delphi Automotive Systems USA, L.L.C. ("**Debtor**") filed on October 8, 2005.

3.  In Nutech's case, GM was represented by separate counsel until December 11, 2003, when the Michigan state court approved a Stipulation and Order that substituted Mr.

Lippert for GM's exiting counsel. A true and correct copy of this Stipulation and Order is attached as Exhibit 1.

4.      I have known Mr. Lippert for 4 years. I have a cordial and professional relationship with him. From working with him over the years, I would characterize him as a "straight shooter." On August 14, 2006, I spoke with Mr. Lippert by telephone. During our conversation, Mr. Lippert stated that: (a) he represents GM in NuTech's case; (b) he will be defending GM as its trial counsel in NuTech's case against GM; (c) Debtor is contractually required to defend GM against NuTech's claims; and (d) after reading the transcript from the last bankruptcy hearing, he clarified for Debtor's bankruptcy counsel that he will be representing GM as trial counsel in NuTech's case against GM. Mr. Lippert also stated that he has been in direct contact with Delphi's Assistant General Counsel, Joseph E. Papelian, regarding these facts and issues.

5.      As a result of my 15 years of practicing law in Michigan, I am personally familiar with the procedures that the Genessee County Circuit Court (the court in which NuTech's Case is pending), and Michigan trial courts in general, use to assign trial dates for cases and how the time that a civil case has been pending affects the priority it receives for being scheduled for trial and for actually being tried. The Michigan Supreme Court requires each trial court judge to report to them on a quarterly basis all civil cases that are more than 2 years old and the reasons why they remain pending. In practice, these reporting requirements cause trial courts to prioritize the trial of those cases that have been pending the longest.

6. Because the automatic stay was not lifted at the July omnibus hearing, I believe that, even with the priority that the Genesee county Circuit Court will give to NuTech's case, the Court's docket will prevent NuTech from obtaining a trial date before January 2007.

Sworn and affirmed me this 16th day of August 2006.

_____
Jay Schwartz, Esq.

STATE OF MICHIGAN    )
                     ) ss.
COUNTY OF Oakland    )

SUBSCRIBED AND SWORN to before me this __16__ day of __August__, 2006 by __Jay Schwartz__

My Commission expires: __4-7-12__

_____
Notary Public

Notary Public, State of Michigan
County of Wayne
My Commission Expires Apr. 7, 2012
Acting in the County of __Oakland__

## STATE OF MICHIGAN
## IN THE CIRCUIT COURT FOR THE COUNTY OF GENESEE

NU-TECH PLASTICS ENGINEERING, INC.,

    Plaintiff,

vs.                                                   Case No. 02-075335-CK

GENERAL MOTORS CORPORATION,            Hon. Robert M. Ransom
a Delaware Corporation, and DELPHI
AUTOMOTIVE SYSTEMS USA, L.L.C., a
Delaware Limited Liability Corporation, d/b/a
DELPHI AUTOMOTIVE SYSTEMS, L.L.C.

    Defendants.


A TRUE COPY
Michael J. Carr, Clerk

---

JAY A. SCHWARTZ (P45268)                       VICTOR TORRES (P43240)
DEBORAH E. FORDREE (P49054)               WILLIAMS ACOSTA PLLC
SCHWARTZ LAW FIRM, P.C.                        Attorneys for General Motors
Attorneys for Plaintiff                                 660 Woodward Avenue
37887 W. 12 Mile Road, Suite A                  Suite 2430
Farmington Hills, MI 48331                        Detroit, MI 48226
(248) 553-9400                                         (313) 963-3873

A. T. LIPPERT, JR. (P16714)                      JOSEPH E. PAPELIAN (P26582)
LIPPERT, HUMPHREYS, CAMPBELL,             Attorney for Defendant Delphi
DUST & HUMPHREYS, P.C.                         Delphi Automotive Systems
Attorneys for Defendant Delphi                  M/C: 483-400-603
4800 Fashion Square Boulevard                  5725 Delphi Drive
Plaza North, Suite 410                               Troy, MI 48098-2815
Saginaw, MI 48604-2604                            (248) 813-2535
(989) 792-2552

---

## STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL

    The defendants General Motors Corporation and Delphi by their respective

counsel agree, pursuant to MCR 2.117(C)(2), that the law firm of Lippert, Humphreys,

Campbell, Dust & Humphreys, may be substituted as counsel for defendant General Motors Corporation and the appearance of WILLIAMS ACOSTA PLLC may be withdrawn.

Dated: ~~November~~ December 2, 2003        Dated: ~~November~~ December 8, 2003.

WILLIAMS ACOSTA PLLC
Attorneys for Defendant, G.M.

By: _____
VICTOR TORRES (P43240)
660 Woodward Avenue
Suite 2430
Detroit, MI 48226
(313) 963-3873

LIPPERT, HUMPHREYS, CAMPBELL,
DUST & HUMPHREYS, P.C.
Attorneys for Defendants, Delphi

By: _____
A. T. LIPPERT, JR. (P16714)
4800 Fashion Square Blvd.
Plaza North, Suite 410
Saginaw, MI 48604-2604
(989) 792-2552

## ORDER

IT IS SO ORDERED.

ROBERT M. RANSOM
P-19226
_____
HONORABLE ROBERT M. RANSOM
Dated: 12/11/03

Prepared By:
A.T. LIPPERT, JR. (P16714)
Lippert, Humphreys, Campbell,
Dust & Humphreys, P.C.
4800 Fashion Square Blvd., Ste. 410
Saginaw, MI 48604-2604
(989) 792-2552

2

LIPPERT, HUMPHREYS, CAMPBELL, DUST & HUMPHREYS, P.C.