Counsel for NuTech Plastics Engineering, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, <u>et. al.</u>, | Case No. 05-44481 (RDD) |
| Debtor. | (Jointly Administered) |

AFFIDAVIT OF SERVICE

I, Maxximillian Messer, being duly sworn according to law, depose and say that I am employed by Tisdale & Associates LLC, a Denver law firm representing an individual involved in the above-captioned cases.

On August 16, 2006, I served a true and correct copy NuTech's Notice of Presentment of Interim Order on NuTech's Relief-from-Stay Motion, and Supplemental Affidavit of Jay Schwartz in Support of NuTech's Relief-from-Stay Motion upon the parties listed below via the methods indicated below.

**VIA US MAIL**
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
jbutler@skadden.com
jlyonsch@skadden.com

**VIA US MAIL**
Kayalyn A. Marafioti
Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
kmarafio@skadden.com
tmatz@skadden.com

**VIA E-MAIL AND US MAIL**
Kurt Ramlo
Brent Houston
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue
Suite 3400
Los Angeles, California 90071
kramlo@skadden.com
bhouston@skadden.com

Dated:  August 16, 2006.

Maxximillian Messer
Tisdale & Associates LLC
Colorado State Bank Building
1600 Broadway, Suite 2600
Denver, CO 80202-4989
Phone: 303.832.1800
Fax:    303.832.0799