**ASM Capital**
**7600 Jericho Turnpike, Suite 302**
**Woodbury, NY 11797**
**Telephone: (516) 224-6040**
**Facsimile: (516) 224-6049**

United States Bankruptcy Court
Southern District of New York

_____
                                            )
In re:                                      )
                                            )
Comair, Inc.                                )        Chapter 11
                                            )        Case No. 05-17924
                                            )        Docket # 4919
                          Debtor            )
_____)


NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

The following transfer has been withdrawn:

Transferor:        RAINBOW EXPRESS
                   P.O. BOX 77572
                   COLUMBUS, OH 43207

Transferee:        ASM Capital, L.P.
                   7600 Jericho Tpke, Ste 302
                   Woodbury, NY 11797


                                   Dated:    August 16, 2006


                                   /s/ Adam Moskowitz
                                   Adam Moskowitz
                                   ASM Capital, L.P.
                                   516-224-6040