| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | O'MELVENY & MYERS LLP |
| 333 West Wacker Drive, Suite 2100 | 1625 Eye Street, NW |
| Chicago, Illinois 60606 | Washington, DC 20006 |
| (312) 407-0700 | (202) 383-5300 |
| John Wm. Butler, Jr. (JB 4711) | Robert A. Siegel (RS 0922) |
| John K. Lyons (JL 4951) | Tom A. Jerman (TJ 1129) |
| Ron E. Meisler (RM 3026) | Rachel S. Janger |
| | Jessica Kastin (JK 2288) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | GROOM LAW GROUP, CHTD |
| Four Times Square | 1701 Pennsylvania Avenue, NW |
| New York, New York 10036 | Washington, DC 20006 |
| (212) 735-3000 | (202) 857-0620 |
| Kayalyn A. Marafioti (KM 9632) | Lonie A. Hassel (LH 8805) |
| Thomas J. Matz (TM 5986) | |

Attorneys for Delphi Corporation, et al.,
   Debtor and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
     In re                                    :   Chapter 11
                                              :
DELPHI CORPORATION, et al.,                   :   Case No. 05-44481 (RDD)
                                              :
                      Debtors.                :   (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF (I) CHANGE OF SECTION 1113 AND 1114 MOTION HEARING DATE,
(II) MEET AND CONFER CONFERENCE, AND (III) CHAMBERS CONFERENCE

PLEASE TAKE NOTICE THAT:

1. The hearing under 11 U.S.C. §§ 1113 and 1114 that was scheduled to recommence in the above-captioned cases on August 17, 2006 at 2:00 p.m. (Prevailing Eastern Time) has been rescheduled to August 18, 2006 at 10:00 a.m. (Prevailing Eastern Time).

2. A meet-and-confer conference limited to the Debtors and the respondents to the section 1113 and 1114 motion has been scheduled for August 17, 2006 at 2:00 p.m. (Prevailing Eastern Time) at One Bowling Green, Room 610, New York, New York 10004.

3. A chambers conference limited to the Debtors and the respondents to the section 1113 and 1114 motion has been scheduled for August 17, 2006 at 3:00 p.m. (Prevailing Eastern Time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.

Dated: New York, New York
       August 16, 2006

        SKADDEN, ARPS, SLATE, MEAGHER &
          FLOM LLP

        By:/s/ John Wm. Butler, Jr.
          John Wm. Butler, Jr. (JB 4711)
          John K. Lyons (JL 4951)
          Ron E. Meisler (RM 3026)
        333 West Wacker Drive, Suite 2100
        Chicago, Illinois 60606
        (312) 407-0700

        By:./s/ Kayalyn A. Marafioti
          Kayalyn A. Marafioti (KM 9632)
          Thomas J. Matz (TM 5986)
        Four Times Square
        New York, New York 10036
        (212) 735-3000

O'MELVENY & MYERS LLP

By: /s/ Tom A. Jerman
   Robert A. Siegel (RS 0922)
   Tom A. Jerman (TJ 1192)
   Rachel S. Janger
   Jessica Kastin (JK 2288)
1625 Eye Street, NW
Washington, DC  20006
(202) 383-5300

GROOM LAW GROUP, CHARTERED

By: /s/ Lonie A. Hassel
   Lonie A. Hassel (LH 8805)
1701 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 857-0620

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession