United States Bankruptcy Court
For the Southern District of New York

| | |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS LLC | } Chapter 11 }  }  } } Case No. } 05-44640 } |
| Debtor | } Amount $20,679.25 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
To: Transferor:

S G CONSTRUCTION SERVICES EFT LLC
5906 FORD COURT
BRIGHTON, MI 48116

The transfer of your claim as shown above in the amount of $20,679.25 has been transferred to:

> Liquidity Solutions, Inc.
> Dba Revenue Management
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By:/s/ James Yenzer
Liquidity Solutions, Inc.
dba Revenue Management
(201) 968-0001

820113

06/26/2006 14:14 FAX 810 227 1145    SG CONSTRUCTION    → SGCS    @005
06/23/2006 08:56 FAX                                                         @005/008
From: Yamila Moyano  To: Mr. Mike Stanke          Date: 6/8/2006  Time: 3:51:20 AM          Page 5 of 5

## TRANSFER NOTICE

S G CONSTRUCTION SERVICES LLC ("Assignor"), transfers and assigns unto LIQUIDITY SOLUTIONS INC., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGMENT OF CLAIM AGREEMENT DELPHI AUTOMOTIVE SYSTEMS LLC., (the Debtor), between Assignor and Assignee, all of its right, title and interest in and to the S G CONSTRUCTION SERVICES LLC Claims of Assignor in the aggregate amount of $ 20679.25 representing all claims against: DELPHI AUTOMOTIVE SYSTEMS LLC., (herein, the Debtor) in the United State Bankruptcy Court, **U.S. Bankruptcy Court, For the Southern District of New York** administered as **Case Number 05-44640.**

IN WITNESS WHEREOF, Assignor has signed below as of the 26 day of June, 2006.

S G CONSTRUCTION SERVICES LLC

WITNESS:

_Karen M. Roney_
(Signature)

_Karen M. Roney_
(Print Name of Witness)

By: _Michael J Spanke_
(Signature)

MICHAEL J. SPANKE
(Print Name and Title)
FINANCE DIRECTOR — SGCS

820113