UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                         :

      In re                                 :          Chapter 11
                                                         :
DELPHI CORPORATION, <u>et al.</u>,        :          Case No. 05-44481 (RDD)
                                                         :
                      Debtors.      :          (Jointly Administered)
                                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER ON MOTION OF NUTECH PLASTICS ENGINEERING, INC.,
<u>FOR RELIEF FROM AUTOMATIC STAY</u>

("NUTECH STAY RELIEF ORDER")

Upon the motion, dated July 3, 2006, of NuTech Plastics Engineering, Inc. ("NuTech") for relief from the automatic stay (the "Motion") (Docket No. 4436); and upon the Debtors' objection to the Motion, dated July 14, 2006 (Docket No. 4559); and upon NuTech's reply in support of the Motion, dated July 18, 2006 (Docket No. 4582); and upon the record of the hearing held on the Motion on July 19, 2006; and after due deliberation thereon, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1.      Nothing in the automatic stay under 11 U.S.C. § 362, which arose upon the filing of the Debtors' bankruptcy petitions, prevents NuTech from proceeding with its action as against General Motors Corporation in the Genesee County, Michigan Circuit Court, Case No. 02-075335.

2.      Unless otherwise determined by this Court, any claim by NuTech against Delphi Automotive Systems LLC or any other Debtor, if any, shall be liquidated or otherwise determined in this Court.

3. In accordance with Rule 27 of the Federal Rules of Civil Procedure, as made applicable by Rules 7027 and 9014(c) of the Federal Rules of Bankruptcy Procedure, and without need for further petition or order, John Mailey is designated as a person whose deposition may be taken by oral examination or written interrogatories on matters relating to claim numbers 871 and 1279 filed by NuTech. The automatic stay is modified to permit the preservation of testimony of John Mailey in accordance with this paragraph.

4. To the extent that the Motion was not determined by the Court at the July 19, 2006 omnibus hearing, the Motion to that extent is continued to the September 14, 2006 omnibus hearing in these cases.

5. Both parties reserve all rights with respect to the effect and conclusiveness of the record of the July 19, 2006 omnibus hearing.

6. Except as modified in this order, the automatic stay is continued in effect pending the conclusion of, or as a result of, the next hearing on the Motion and a determination under 11 U.S.C. § 362(d).

7. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

Dated: New York, New York
      August 17, 2006

                                      /s/Robert D. Drain
                                      UNITED STATES BANKRUPTCY JUDGE