United States Bankruptcy Court

Southern District of New York
-------------------------------------------------------------
                                                    :
In re:                                              :
    **Delphi Corporation**                         :
                                                    :          Chapter 11
                                                    :          Case No. 05-44481
                                                    :
                      Debtor    :
-------------------------------------------------------------


### NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM


PLEASE TAKE NOTICE that the transfer of claim from Manpower of Dayton, Inc., in the amount of **$6,827.26** is hereby withdrawn by Argo Partners.

    Dated: August 17, 2006

    <u>/s/ Scott Krochek</u>
    Scott Krochek
    Argo Partners
    (212) 643-5443