## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------X

In re

**DELPHI CORPORATION, et al**

Debtors.

----------------------------------------------------X

In Proceedings For A
Reorganization Under
Chapter 11
Case Number: 05-44481
Jointly Administered

## NOTICE OF WITHDRAWAL OF AMENDED PARTIAL TRANSFER OF CLAIM

PLEASE TAKE NOTICE that Amroc Investments, LLC hereby withdraws the Notice of Transfer of Claim filed from WAMCO as transferor (docket number 4873), to Amroc Investments, LLC as transferee.  The Withdrawal of Transfer of Claim relates only to the filed claim WAMCO in the amount of $160,532.45.

Respectfully submitted this 17th day of August, 2006.

Amroc Investments, LLC
535 Madison Avenue
15th Floor
New York, New York 10022
Ph: (212) 850-7524
Fax: (212) 850-7584

By:_____
        David S. Leinwand, Esq.