United States Bankruptcy Court
For the Southern District of New York

| | |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS LLC | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 05-44640 |
| | } |
| Debtor | } Amount $4,435.16 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

ROOTSTOWN WATER SERVICE CO OH
PO BOX 94
4332 TALLMADGE ROAD
ROOTSTOWN, OH 44272

The transfer of your claim as shown above in the amount of $4,435.16 has been transferred to:

    Liquidity Solutions, Inc.
    Dba Revenue Management
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

    By:/s/ Chris Oh
    Liquidity Solutions, Inc.
    dba Revenue Management
    (201) 968-0001

819434

JUN-28-2006 03:28 PM ANTONIOS C SCAVDIS 330 297 5770 P.05

FROM : RUSC PHONE NO. : 330 325 7758 Jun. 28 2006 11:06AM P3

## TRANSFER NOTICE

ROOTSTOWN WATER SERVICE CO OH ("Assignor"), transfers and assigns unto CAPITAL MARKETS with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT DELPHI AUTOMOTIVE SYSTEMS LLC , (the Debtor), between Assignor and Assignee, all of its right, title and interest in and to the ROOTSTOWN WATER SERVICE CO OH Claims of Assignor in the aggregate amount of $4,435.16 representing all claims against DELPHI AUTOMOTIVE SYSTEMS LLC., (herein, the Debtor) in the United State Bankruptcy Court, U.S. Bankruptcy Court, For the Southern District of New York administered as Case Number 05-44640.

IN WITNESS WHEREOF, Assignor has signed below as of the 28th day of June, 2006.

ROOTSTOWN WATER SERVICE CO OH        REVENUE MANAGEMENT

WITNESS:

_Karen Mendiola_                     By: _[signature]_
(Signature)                          (Signature)

_Karen Mendiola, Sec/Treas._         _Chris Oh_
(Print Name of Witness)              (Print Name and Title)

819434