BURR & FORMAN LLP
420 North 20th Street
Suite 3100
Birmingham, Alabama 35203
(205) 251-3000
Michael Leo Hall

Attorneys for Creditor
MERCEDES-BENZ U.S. INTERNATIONAL, INC.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------
                                :
    In re                       :    Chapter 11
                                :
DELPHI CORPORATION et al.,      :    Case No. 05-44481 (RDD)
                                :
    Debtors.                    :    (Jointly Administered)
---------------------------------------------

## CERTIFICATE OF SERVICE

I, Michael Leo Hall, hereby certify as follows:

1.  On August 10, 2006, I served the Motions for Admission to Practice, Pro Hac Vice of Paul B. O'Hearn and Graham H. Stieglitz (doc. nos. 4888 and 4889), by transmitting a copy by means of overnight mail, by placing same in a sealed envelope with account number affixed thereto and marked "overnight priority," addressed to each of the persons listed in the "Master Service List" dated July 24, 2006, and causing same to be placed into an official depository of Federal Express located within the State of Alabama.

2.  I further served the Motion by electronic mail, or U.S. mail where an e-mail address was not provided, on all those persons listed in the "2002 List" dated July 24, 2006.


Dated: August 18, 2006
       Birmingham, Alabama

1490697

BURR & FORMAN LLP

By: /s/ Michael Leo Hall
    Michael Leo Hall (pro hac granted)

420 North 20th Street
Suite 3100
Birmingham, Alabama 35203
(205) 251-3000

Attorneys for Creditor Mercedes-Benz U.S. International, Inc.

1490697	2