| | |
|---|---|
| Victor J. Mastromarco, Jr. (Mich Bar No P34564)<br>THE MASTROMARCO FIRM<br>Counsel to H.E. Services Company &<br>Robert Backie<br>1024 North Michigan Avenue<br>Post Office Box 3197<br>Saginaw, Michigan 48605-3197<br>(989) 752-1414 | Hearing Date: 9/14/06<br>Hearing Time: 10:00 a.m.<br>Objection Deadline: 9/7/06 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, et al.,<br><br>Debtors. | Chapter 11<br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on September 14, 2006, at 10:00 a.m. a hearing will be held, before the Honorable Robert D. Drain, Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York 10004, to consider the Motion to Extend Time to File Appeal which has been filed by H.E. Services Company and Robert Backi which has been served on all persons entitled to receive notice thereof.

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion, if any, must be made in writing and shall set forth the basis of the objection in the form prescribed by the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Supplemental Case Management Order, dated March 17, 2006, and shall be served upon Counsel for H.E. Services and Robert Backie and filed with the

1

Clerk of the Court, with a copy to the Chambers of the Honorable Robert D. Drain, together with a proof of service thereof, so as to be received and filed no later than September 7, 2006.

**PLEASE TAKE FURTHER NOTICE** that the Motion is available on the internet at the Bankruptcy Court's website at http://www.nysb.gov/. A copy of the Motion may also be obtained upon written request to undersigned counsel for H.E. Services Company and Robert Backie.

**PLEASE TAKE FURTHER NOTICE** that the hearing may be adjourned from time to time without further notice to creditors or other parties in interest, other than by an announcement of such adjournment at the time of the hearing. All persons may, but need not, attend the hearing. Persons objecting to the Motion, however, should have a representative present at the hearing.

Dated:   August 18, 2006                    Respectfully submitted,

                                            THE MASTROMARCO FIRM

                                            s/ Victor J. Mastromarco, Jr.
                                            Victor J. Mastromarco, Jr. (P34564)
                                            Attorney for Movants
                                            vmastromar@aol.com