| | |
|---|---|
| Victor J. Mastromarco, Jr. (Mich Bar No P34564)<br>THE MASTROMARCO FIRM<br>Counsel to H.E. Services Company &<br>Robert Backie<br>1024 North Michigan Avenue<br>Post Office Box 3197<br>Saginaw, Michigan 48605-3197<br>(989) 752-1414 | Hearing Date: 9/14/06<br>Hearing Time: 10:00 a.m.<br>Objection Deadline: 9/7/06 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

DELPHI CORPORATION, et al.,

Debtors.

Chapter 11
Case No. 05-44481 (RDD)
(Jointly Administered)

---

### CERTIFICATE OF SERVICE

I certify that on August 18, 2006, copies of H.E. Services Company and Robert Backie's Motion to extend time to file appeal along with a copy of the Notice of Hearing and this Proof of Service were served by mailing the same by overnight mail, to the following:

Honorable Robert A. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004

Harim Zaltzman, Esq.
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036

Robert J. Rosenberg, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

John William Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: Joseph Papelian, Esq.

Marissa Wesley, Esq.
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

1

I certify that on August 18, 2006, I served a copy of the aforementioned documents by regular mail to the individuals/entities referenced in the Master Service List.

I certify that on August 18, 2006, I served a copy of the aforementioned documents by electronic mail to the "2002" individuals/entities referenced in the 2002 List.

Dated:   August 18, 2006               Respectfully submitted,

                                       THE MASTROMARCO FIRM


                                       s/ Victor J. Mastromarco, Jr.
                                       Victor J. Mastromarco, Jr. (P34564)
                                       Attorney for Movants
                                       vmastromar@aol.com