UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 05-44481 |
| DELPHI CORPORATION, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Honorable Robert D. Drain |
| | ) | |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Martin E. Crandall, a member of good standing of the bar in the State of Michigan, request admission, *Pro Hac Vice*, before the Honorable Robert D. Drain, to represent Milan Belans, in the above-referenced case. My address is Clark Hill PLC, 500 Woodward Avenue, Suite 3500, Detroit, Michigan 48226-3435; my e-mail address is mcrandall@clarkhill.com; and my telephone number is (313) 965-8413.

I submitted the required $25.00 fee for *pro hac vice* admission to the Clerk of the Court.

Respectfully Submitted,

CLARK HILL PLC

By: /s/   Martin E. Crandall
   Martin E. Crandall (P26824)
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226-3435
(313) 965-8300

Dated: August 10, 2006

5202290v.2