```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
In re
```

**Delphi Corporation**                              Case **#05-44481-rdd**
                                                    Hon. **Robert D. Drain**
                                       Debtor.
```
---------------------------------X
```

## NOTICE OF APPEARANCE AND
## REQUEST FOR ALL DOCUMENTS

PLEASE TAKE NOTICE that ELIOT SPITZER, Attorney General of the State of New York, appears in the above-captioned case on behalf of The Department of Taxation and Finance of the State of New York.

PLEASE TAKE FURTHER NOTICE that demand is hereby made for a copy of all papers, documents and pleadings in this case to be served upon the undersigned at the address indicated below.

Dated: New York, New York
       **July 6, 2006**

                                   Yours, etc.,

                                   ELIOT SPITZER
                                   Attorney General of the
                                   State of New York
                                   Attorney for The New York State
                                   Department of Taxation and Finance
                                   By:

                                    /s/ Neal S. Mann
                                    NEAL S. MANN (NM-0617)
                                   Assistant Attorney General
                                   120 Broadway - 24th Floor
                                   New York, New York 10271
                                   (212) 416-8666
                                   Email:neal.mann@oag.state.ny.us

TO   Douglas P. Bartner, Esq.
     Shearman & Sterling LLP
     599 Lexington Avenue
     New York, New York 10022

     Jessica Kastin, Esq.
     O'Melveny & Myers
     7 Times Square
     New York, New York 10036

```
John Wm. Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, Il 60606-1285

Kayalyn A. Marafioti, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036

Mateo Fowler, Esq.
Quinn Emanuel Urquhardt Oliver & Hedges
865 S. Figueroa Street, 10th Floor
Los Angeles, Ca 90017

Paul J. N. Roy, Esq.
Mayer, Brown, Rowe & Maw LLP
71 S. Wacker Dr.
Chicago, Il 60606

Alicia M. Leonhard, Esq.
Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004

Mark A. Broude, Esq.
Latham & Watkins
885 Third Avenue
New York, New York 10022

Michael D. Warner, Esq.
Warner Stevens, LLP
301 Commerce Street, Suite 1700
Fort Worth, TX 76102
```

**CERTIFICATE OF SERVICE**

SCHAUNTELLE RICHARDS certifies under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

She is a Legal Assistant in the office of ELIOT SPITZER, Attorney General of the State of New York, Attorney for the New York State Department of Taxation and Finance herein. **On July 6 2006,** she served the annexed Notice of Appearance upon the following party

>Douglas P. Bartner, Esq.
>Shearman & Sterling LLP
>599 Lexington Avenue
>New York, New York 10022
>
>Jessica Kastin, Esq.
>O'Melveny & Myers
>7 Times Square
>New York, New York 10036
>
>John Wm. Butler, Jr., Esq.
>Skadden Arps Slate Meagher & Flom LLP
>333 West Wacker Drive
>Chicago, Il 60606-1285
>
>Kayalyn A. Marafioti, Esq.
>Skadden, Arps, Slate, Meagher & Flom LLP
>Four Times Square
>New York, New York 10036
>
>Mateo Fowler, Esq.
>Quinn Emanuel Urquhardt Oliver & Hedges
>865 S. Figueroa Street, 10th Floor
>Los Angeles, Ca 90017
>
>Paul J. N. Roy, Esq.
>Mayer, Brown, Rowe & Maw LLP
>71 S. Wacker Dr.
>Chicago, Il 60606
>
>Alicia M. Leonhard, Esq.
>Office of the United States Trustee
>33 Whitehall Street, Suite 2100
>New York, New York 10004

>Mark A. Broude, Esq.
>Latham & Watkins
>885 Third Avenue
>New York, New York 10022
>
>Michael D. Warner, Esq.
>Warner Stevens, LLP
>301 Commerce Street, Suite 1700
>Fort Worth, TX 76102

attorney in the within entitled proceeding by depositing a true and correct copy thereof, properly enclosed in a post-paid wrapper, in the post-office box regularly maintained by the United States Postal Service at 120 Broadway, New York, New York 10271 directed to said attorneys at the address designated by them for that purpose.

Dated:   New York, New York
         **July 6, 2006**

>                                 /s/
>                                 Schauntelle Richards