Your Honor Robert Drain,                                                                        7/29/06

      My name is Robert W. Coberg, I am a Skilled Trades: Maintenance Machinist for Delphi Battery Plant in New Brunswick, N.J.

      I am voicing the concerns for the 100 former Delphi employee's. We are the 100 lowest in seniority that are unwillingly be transfers to Johnson Controls on 8/1/06. I have over 85 of the 100 that selected the buyout option for the $70,000 or $40,000 and sever all ties with Delphi, myself included. I believe everyone should have received the buyout as the second attrition plan offered to <u>All</u> the other plants, if JCI desired skilled and trained employees' they would hire from applications given free of will. The IUE and JCI withheld vital information and intentions for employee wages, benefits and any contractual comparison for any member to make a sound decision to give up the buyout and stay. We were told 5 million dollars more was needed for everyone to receive the buyout. We can't believe that they could not get the rest of the money considering Delphi has paid past C.E.O's' 9 million a year +, Executives in the million dollar salaried ranges have drained millions more in bonuses a year and hundreds of thousands of dollars in wasteful production decisions along with daily scrap is shipped off in toxic containers for decontamination and recycling.

      The main reason for this letter is to tell you as an employee, the side you will never hear. I have worked at Delphi for 5 years and I have not witnessed 1 business wise decision to make the plant profitable from management or executives. In all honesty I have witnessed the last 5 years as the end for a perfect plan for loosing money, building an excellent resume for bankruptcy. I wish to publicly debrief the meticulous plan and how the corporation claims to loose billions of dollars a year, but isn't the C.E.O and board members that project profit margins to unreachable levels each year to claim losses.

      If you can not help us in this matter at least postpone throwing out the contracts for New Brunswick until we set up a local executive board, president, vise-president, Chairman and committee men so we the membership have a part in forming and voting on the new contract with JCI, otherwise the international will force us to take what ever they bargain for us without our opinion. Many have fought long and hard to get, what our present union graciously gives away.

                                                  Sincerely Yours,
                                                 Robert W. Coberg



Mr. & Mrs. Robert Coberg
21 Commodore Ave.
Keansburg NJ 07734-1405

7005 3110 0001 7224 9932

RECEIVED
AUG 2 2006

Att: Judge Robert D. Drain
One Bowling Green
New York, N.Y. 10004-1408
Court Coen

U.S. POSTAGE PAID
KEANSBURG, NJ
07734
JUL 31, 06
AMOUNT
$2.79
00013847-00