UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:                                          Case No. 05-44640

DELPHI AUTOMOTIVE SYSTEMS, LLC.
_____/

## WITHDRAWAL OF PROOF OF CLAIM

SUNDRAM FASTENERS LIMITED hereby withdraws its Proof of Claim dated July 24,

2006 and filed with the Court in this matter on July 28, 2006.

Respectfully submitted,

SUNDRAM FASTENERS LIMITED

By:
    V.G. Jaganathan
Its: President-Finance and Secretary

Dated: 31ˢᵗ JULY 2006
S:\JWB\Sundram\Withdrawal.072806



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:                                            Case No. 05-44640

DELPHI AUTOMOTIVE SYSTEMS, LLC.
_____/

## WITHDRAWAL OF PROOF OF CLAIM

SUNDRAM FASTENERS LIMITED hereby withdraws its Proof of Claim dated July 24,

2006 and filed with the Court in this matter on July 28, 2006.

Respectfully submitted,

SUNDRAM FASTENERS LIMITED

By:_____
        V.G. Jaganathan
Its: President-Finance and Secretary

Dated: 31st JULY 2006
S:\JWB\Sundram\Withdrawal.072806



**D E A N   &   F U L K E R S O N**
ATTORNEYS AND COUNSELORS
PROFESSIONAL CORPORATION

KEITH M. ARETHA
JOHN W. BRYANT
GEORGE W. BURNARD
W. JERRY BYRD
A. READ CONE III
WILLIAM G. COON
JAMES P. DEAN
JAMES M. DWORMAN
PAUL R. GILLERAN
M. MICHAEL HAMBURG
C. L. HUDSON
JEFFREY L. HUDSON
R. IAN HUNTER
ROBERT M. KALEC*
JANET E. LANYON
LEON R. LEVINE
MICHAEL B. LEWIS

FIFTH FLOOR
801 WEST BIG BEAVER ROAD
TROY, MICHIGAN 48084-4767

WEB SITE   WWW.DFLAW.COM
TELEPHONE (248) 362-1300
FACSIMILE (248) 362-1358

WRITER'S E-MAIL ADDRESS
JBRYANT@DFLAW.COM

THOMAS P. MARTIN**
PAUL J. MASTRANGEL
JAMES K. O'BRIEN
DONALD A. PIERCE, JR.
NEILL T. RIDDELL
PETER P. BUDNICK
JERRY R. SWIFT
LEONARD A. WILCOX, JR.
KENNETH W. ZATKOFF

RETIRED
CHARLES A. DEAN
GEORGE J. FULKERSON

ALSO ADMITTED IN
* ILLINOIS AND THE DISTRICT
   OF COLUMBIA
** MASSACHUSETTS

August 3, 2006

**VIA CERTIFIED MAIL**

United States Bankruptcy Court
Delphi Corporation Claim
Bowling Green Station
P.O. Box 5058
New York, NY 10274-5058

Re:    Delphi Automotive Systems, LLC
       Case No. 05-44640

Dear Madam or Sir:

Enclosed please find a Withdrawal of Proof of Claim in the above matter on behalf of Sundram Fasteners Limited.

Please return a time stamped copy of the withdrawal in the enclosed envelope.

Very truly yours,

DEAN & FULKERSON

John W. Bryant

JWB/cc
Encl.
s:\jwb\sundram\bankruptcy ct.080306