# MURPHY DESMOND S.C.
## LAWYERS

Manchester Place
2 East Mifflin Street, Suite 800
Madison, Wisconsin 53703-4217

**Mailing Address:**
P.O. Box 2038
Madison, Wisconsin 53701-2038

Telephone (608) 257-7181
www.murphydesmond.com

Robert J. Lightfoot II*
Direct Line (608) 268-5618
Facsimile (608) 257-4333
rlightfoot@murphydesmond.com
*Also licensed in Minnesota

10 August 2006

United States Bankruptcy Court
Southern District of New York
Delphi Corporation Claims
Bowling Green Station
P O Box 5058
New York, N.Y. 10274-5058

    Re:  Delphi Corporation
          Case No. 05-44481
          Date of Proof of claim  4/26/06
          Claim Amount $6,739.00

Dear Clerk:

    This letter is to advise the court that the claim filed by Murphy Desmond S.C. as listed above is withdrawn.

                              Respectfully Submitted,

                              Robert J. Lightfoot II

RJL:mjp
060019
US Court





**MURPHY DESMOND**
LAWYERS s.c.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
DELPHI CORPORATION CLAIMS
BOWLING GREEN STATION
P O BOX 5058
NEW YORK, N.Y. 10274-5058

