UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
:
In re                          :    Chapter 11
:
DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
:
         Debtors.              :    (Jointly Administered)
:
------------------------------ x

### AFFIDAVIT OF NON-LEGAL ORDINARY COURSE PROFESSIONAL

PROVINCE OF QUEBEC         )
                           ) ss:
COUNTRY OF CANADA          )

François Vincent, being duly sworn, deposes and says:

1. I am a partner of KPMG LLP ("KPMG") which firm maintains offices at 600 de Maisonneuve Boulevard West, Suite 1500, Montreal, Quebec, H3A 0A3, Canada.

2. Neither I, François Vincent, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

3. KPMG, has represented and advised the Debtors in transfer pricing issues with respect to a broad range of aspects of the Debtors' businesses.

4. The Debtors have requested, and KPMG has agreed, to continue to represent and advise the Debtors pursuant to section 327(a) of title 11 of the United States Code, 11 U.S.C. §§101-1330, as amended (the "Bankruptcy Code"), with respect to such matters. Additionally, the Debtors have requested, and KPMG's Monreal Transfer Pricing group proposes, to render the following services to the Debtors:

> **to look at the question of whether or not Delphi has a permanent establishment in Canada and provide other general transfer pricing advice.**

5. KPMG's current fees arrangement is estimated at about $20,000 to $30,0000 (Canadian dollars).



1

6.    Except as set forth herein, no promises have been received by François Vincent or any partner, auditor or other member thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

7.    KPMG has no agreement with any entity to share with such entity any compensation received by Delphi.

8.    KPMG and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases. KPMG does not and will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

9.    Neither I, François Vincent, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which KPMG is to be engaged.

10.    In view of the foregoing, KPMG is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code.

11.    The foregoing constitutes the statement of fact pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

_____
François Vincent

Subscribed and sworn before me
this 4th day of August, 2006

_____
Denis Lacroix, Notary

2

## CERTIFICATE OF SERVICE

François Vincent, Partner with KPMG LLP, hereby certifies that on February 7th, 2006, served a copy of the Affidavit of or NON LEGAL Ordinary Counsel Professional, upon the following interested parties via first class mail:

Delphi Corporation
Attention: General Counsel
5725 Delphi Drive
Troy, MI 48098
U.S.A.

Latham & Watkins
Attention: Mark A. Broude, Esq.
885 Third Avenue
New York, N.Y. 10022
U.S.A.

Skadden, Arps, Slate, Meagher & Flom
Attention: John W. Butler, Jr., Esq.
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
U.S.A.

Simpson Thacher & Bartlett LLP
Attention: Marissa Wesley, Esq.
425 Lexington Avenue
New York, N.Y. 10017
U.S.A.

United States Trustee
Attention: Alicia M. Leonhard, Esq.
33 Whitehall Street
Suite 2100
New York, N.Y. 10044
U.S.A.

Davis Polk & Wardwell
Attention: Marlane Melican, Esq.
450 Lexington Avenue
New York, N.Y. 10017
U.S.A.

Dated August 4, 2006

François Vincent
KPMG LLP
Suite 1500, 600 de Maisonneuve Blvd. West
Montréal (Québec), H3A 0A3
Canada
(514) 840-2583

Sworn before me this 4th
day of August 2006.

Denis Lacroix, Notary



**KPMG LLP**
**Chartered Accountants**
600 de Maisonneuve Blvd. West
Suite 1500
Tour KPMG
Montréal, Québec H3A 0A3

Telephone  (514) 840-2100
Fax        (514) 840-2187
Internet   www.kpmg.ca

The Bankcruptcy Court
1 Bowling Green
New York, New York
10004-1048

August 11, 2006

Dear Sirs,

### Re: Delphi Corporation – Payment of Professionals

Please find enclosed the following documentation to be filed:

- Afidavit of Non-Legal Ordinary Course Professional duly signed and notarized;
- Certificate of Service has also been signed.

We would appreciate if the above documents be filed at your earliest convenience.

Should you have any questions, please do not hesitate to contact us.

Yours very truly,

For: François Vincent
*National Leader, Transfer Pricing Practice*
*(514) 840-2583*

Encls.



RECEIVED
AUG 1 5 2006

---

KPMG LLP, a Canadian limited liability partnership is the Canadian
member firm of KPMG International, a Swiss cooperative.