WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200
Glenn M. Kurtz (GK-6272)
Gerard Uzzi (GU-2297)
Douglas P. Baumstein (DB-1948)

Wachovia Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Thomas E Lauria (Admitted *Pro Hac Vice*)
Frank L. Eaton (FE-1522)
Ileana A. Cruz (Admitted *Pro Hac Vice*)

ATTORNEYS FOR APPALOOSA MANAGEMENT, L.P.,
HARBINGER CAPITAL PARTNERS, LLC,
AND LAMPE CONWAY & CO., LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 |
| DELPHI CORPORATION, *et al.*, | : Case No. 05-44481 (RDD) |
| Debtors. | : Jointly Administered |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF FLORIDA     )
                     ) SS.:
COUNTY OF MIAMI-DADE )

        Aileen Venes, being duly sworn, deposes and says:

        1.      The deponent is employed by White & Case LLP and is over 18 years of age and is not a party to the above captioned proceeding.

        2.      On August 18, 2006, deponent caused to be served a true and correct copy of the following document:

- **Certificate of Compliance with Order Implementing Final Trading Order in Respect of Acquisition of Stock [By] Harbinger Capital Partners Master Fund I, Ltd.**

via electronic transmission and overnight delivery on the following parties:

Skadden, Arps, Slate, Meagher & Flom, LLP
333 Wacker Drive, Suite 2100
Chicago, IL 60606
Attn: John W. Butler, Jr.
jbutler@skadden.com

United States Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004
Attn: Alicia M. Leonhard
Alicia.M.Leonhard@usdoj.gov

Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036
Attn: Kayalyn A. Marafioti
Thomas J. Matz
kmarafio@skadden.com
tmatz@skadden.com

Latham & Watkins, LLP
885 Third Avenue
New York, NY 10022-4802
Attn: Robert J. Rosenberg
Mark A. Broude
robert.rosenberg@lw.com
mark.broude@lw.com

Fried, Frank, Harris, Schriver & Jacobson, LLP
One New York Plaza
New York, NY 10004
Attn: Bonnie Steingart
steinbo@friedfrank.com

Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Attn: Donald Bernstein
Brian Resnick
donald.bernstein@dpw.com
brian.resnick@dpw.com

Simpson Thacher & Barlett LLP
425 Lexington Avenue
New York, NY 10017
Attn: Kenneth S. Ziman
kziman@stblaw.com

_Aileen Venes_ (signature)
Aileen Venes

Sworn to before me on this
21st day of August, 2006

_Notary Public_ (signature)

MARIA C. WILKINSON-DIAZ
Notary Public - State of Florida
My Commission Expires Jan 5, 2009
Commission # DD 379137
Bonded By National Notary Assn.

MIAMI 670722 v1 (2K)                                    -2-