LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (MS-4321)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
　　　　mitchell.seider@lw.com
　　　　mark.broude@lw.com

Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION., et al | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK　)
　　　　　　　　　　) ss.:
COUNTY OF NEW YORK )

　　　Leslie Salcedo, being duly sworn, deposes and says:

　　　1.　　I am not a party to this action, am over 18 years of age and am employed by the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022.

　　　2.　　On July 28, 2006, I caused true and correct copies of the Motion for an Order Authorizing the Official Committee of Unsecured to Prosecute the Debtors' Claims and

NY\1177652.1

Defenses Against General Motors Corporation and Certain Former Officers of the Debtors, to be served upon the parties identified in Exhibit A hereto in the manner indicated therein.

/s/ Leslie Salcedo
Leslie Salcedo

Sworn to before me this
17th day of August, 2006

/s/ Barbara A. Gombert
Barbara A. Gombert
Notary Public, State of New York
No. 52-6551110
Qualified in Suffolk County
Commission Expires 10/31/06

**Exhibit A**

**VIA OVERNIGHT MAIL**

Bruce Simon  
Cohen Weiss & Simon  
330 W 42nd St  
New York, NY 10036

Paul W. Anderson  
Flextronics International USA, Inc.  
2090 Fortune Drive  
San Jose, CA 95131

Steven J Reisman  
Curtis Mallet-Prevost Colt & mosle LLP  
101 Park Ave  
New York, NY 10178-0061

Donald Bernstein  
Davis Polk & Wardwell  
450 Lexington Ave  
New York, NY 10017

Sean Corcoran  
Karen Craft  
Delphi Corporation  
5725 Delphi Dr  
Troy, MI 48098

Michael Nefkens  
Electronic Data Systems Corp  
5505 Corporate Dr Msia  
Troy, MI 48098

Carrie L. Schiff  
Terry Zale  
Flextronics International  
305 Interlocken Parkway  
Broomfield, CO 80021

Richard Lee Chambers III  
Freescale Semiconductor Inc  
6501 William Cannon Dr West  
Md Oe16  
Austin, TX 78735

Randall S Eisenberg  
FTI Consulting Inc  
3 Times Square  
11th Fl  
New York, NY 10036

Valerie Venable  
c/o GE Plastics  
9930 Kincey Avenue  
Huntersville, NC 28078

Frank L. Gorman, Esq.  
Robert B. Weiss, Esq.  
Honigman Miller Schwartz and Cohn LLP  
2290 First National Building  
660 Woodward Avenue  
Detroit, MI 48226-3583

Lonie A Hassel  
Groom Law Group  
1701 Pennsylvania Ave Nw  
Washington, DC 20006

Stephen H Gross  
Hodgson Russ LLP  
152 West 57th St  
35th Fl  
New York, NY 10019

Internal Revenue Service  
Attn: Insolvency Department, Mario Valerio  
290 Broadway, 5th Floor  
New York NY 10007

| | |
|---|---|
| Attn: Insolvency Department<br>Internal Revenue Service<br>477 Michigan Ave<br>Mail Stop 15<br>Detroit, MI 48226 | Conference Board Chairman<br>IUE-CWA<br>2360 W Dorothy Ln<br>Ste 201<br>Dayton, OH 45439 |
| Bill Derrough<br>Jefferies & Company Inc<br>520 Madison Ave<br>12th Fl<br>New York, NY 10022 | Thomas F Maher<br>Richard Duker<br>Gianni Russello<br>JPMorgan Chase Bank NA<br>270 Park Ave<br>New York, NY 10017 |
| Thomas Moers Mayer<br>Gordon Z. Novod<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | Patrick J. Healy<br>Daniel R. Fisher<br>Law Debenture Trust of New York<br>767 Third Ave., 31st Floor<br>New York, NY 10017 |
| Vilma Francis<br>JPMorgan Chase Bank NA<br>270 Park Ave<br>New York, NY 10017 | James Le<br>Kurtzman Carson Consultants<br>12910 Culver Blvd<br>Ste I<br>Los Angeles, CA 90066 |
| David D. Cleary<br>Mohsin N. Khambati<br>Jason J. DeJonker<br>Peter A. Clark<br>McDermott Will & Emery LLP<br>227 West Monroe Street<br>Chicago, IL  60606 | Leon Szlezinger<br>Mesirow Financial<br>666 Third Avenue<br>21st Floor<br>New York, NY 10017 |
| Joseph T Moldovan Esq<br>Morrison Cohen LLP<br>909 Third Ave<br>New York, NY 10022 | Office of New York State<br>Attorney General Eliot Spitzer<br>120 Broadway<br>New York City, NY 10271 |
| Tom A Jerman<br>Rachel Janger<br>O'Melveny & Meyer LLP<br>1625 Eye St Nw<br>Washington, DC 20006 | Robert Siegel<br>O'Melveny & Meyer LLP<br>400 South Hope St<br>Los Angeles, CA 90071 |

NY\1177652.1

Jeffrey Cohen
Pension Benefit Guaranty Corporation
1200 K Street Nw
Ste 340
Washington, DC 20005

Ralph L Landy
Pension Benefit Guaranty Corporation
1200 K Street Nw
Ste 340
Washington, DC 20005-4026

Sandra A Riemer
Phillips Nizer LLP
666 Fifth Ave
New York, NY 10103

David L Resnick
Rothchild Inc
1251 Ave Of The Americas
New York, NY 10020

Michael P. Kessler, Esq.
Martin J. Bienenstock, Esq.
Jeffrey L. Tanenbaum, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Robert W Dremluck
Seyfarth Shaw LLP
1270 Avenue Of The Americas
Ste 2500
New York, NY 10020-1801

Douglas Bartner
Jill Frizzley
Shearman & Sterling LLP
599 Lexington Ave
New York, NY 10022

Kenneth S Ziman
Robert H Trust
William T Russell Jr
Simpson Thatcher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

John Wm Butler
John K Lyons
Ron E Meisler
Skadden Arps Slate Meagher & Flom LLP
333 W Wacker Dr
Ste 2100
Chicago, IL 60606

Kayalyn A Marafioti
Thomas J Matz
Skadden Arps Slate Meagher & Flom LLP
4 Times Square
New York, NY 10036

Chester B Salomon
Constantine D Pourakis
Stevens & Lee PC
485 Madison Ave
20th Fl
New York, NY 10022

Albert Togut
Togut Segal & Segal LLP
One Penn Plaza
Ste 3335
New York, NY 10119

NY\1177652.1

| | |
|---|---|
| Alicia M Leonard<br>United States Trustee<br>33 Whitehall St<br>21st Fl<br>New York, NY 10004-2112 | Fried, Frank, Harris, Shriver & Jacobson<br>One New York Plaza<br>New York, NY 10004<br>Attn: Brad Eric Scheler<br>    Bonnie Steingart<br>    Vivek Melwani<br>    Jennifer L. Rodburg<br>    Richard J. Slivinski |
| Steven M Cimalore<br>Wilmington Trust Company<br>Rodney Square North<br>1100 North Market St<br>Wilmington, DE 19890 | Brown Rudnick Berlack Israels LLP<br>Robert J. Stark<br>Seven Times Square<br>New York, NY 10036 |
| J. Brian McTigue<br>Cornish F. Hitchcock<br>McTigue Law Firm<br>5301 Wisconsin Ave. N.W.<br>Suite 350<br>Washington, DC 20015 | Mark Schonfeld, Regional Director<br>Northeast Regional Office<br>3 World Financial Center<br>Room 4300<br>New York, NY 10281 |
| Daniel D. Doyle<br>Nicholas Franke<br>Spencer Fane Britt & Browne LLP<br>1 North Brentwood Boulevard<br>Tenth Floor<br>St. Louis, MO 63105 | Warner Stevens LLP<br>Michael D. Warner<br>1700 City Center Tower, II<br>301 Commerce Street<br>Fort Worth Texas, 76102 |
| Tyco Electronics Corporation<br>MaryAnn Brereton<br>60 Columbia Road<br>Morristown, NJ 07960 | |

**VIA FIRST CLASS MAIL**

| | |
|---|---|
| John V. Gorman<br>Professional Technologies Services<br>P.O. Box #304<br>Frankenmuth, MI 48734 | Jason, Inc.<br>411 E. Wisconsin Avenue<br>Suite 2120<br>Milwaukee, WI 53202<br>Attn: Beth Klimczak<br>    General Counsel |

NY\1177652.1

**VIA EMAIL**

| | | |
|---|---|---|
| aaronsona@pepperlaw.com | jpb@greensfelder.com | ftrikkers@rikkerslaw.com |
| abrilliant@goodwinproctor.com | cnorgaard@ropers.com | fusco@millercanfield.com |
| aburch@miamidade.gov | Cohen.Mitchell@arentfox.com | fyates@sonnenschein.com |
| aee@hurwitzfine.com | craig.freeman@alston.com | gdiconza@dlawpc.com |
| aenglund@orrick.com | crieders@gjb-law.com | george.cauthen@nelsonmullins.com |
| afeldman@kslaw.com | cs@stevenslee.com | gerdekomarek@bellsouth.net |
| agottfried@morganlewis.com | cp@stevenslee.com | gettelman@e-hlaw.com |
| akatz@entergy.com | cschulman@sachnoff.com | ggotto@kellerrohrback.com |
| alan.mills@btlaw.com | agelman@sachnoff.com | ggreen@fagelhaber.com |
| aleinoff@amph.com | csullivan@bsk.com | gjarvis@ggelaw.com |
| amalone@colwinlaw.com | cweidler@paulweiss.com | gkurtz@ny.whitecase.com |
| amathews@robinsonlaw.com | dadler@mccarter.com | guzzi@whitecase.com |
| amcmullen@bccb.com | dallas.bankruptcy@publicans.com | dbaumstein@ny.whitecase.com |
| amina.maddox@dol.lps.state.nj.us | david.aaronson@dbr.com | glen.dumont@hp.com |
| amoog@hhlaw.com | david.boyle@airgas.com | gogimalik@andrewskurth.com |
| andrew.herenstein@quadranglegroup.com | david.lemke@wallerlaw.com | gpeters@weltman.com |
| andrew.kassner@dbr.com | dbaty@honigman.com | greenj@millercanfield.com |
| anne.kennelly@hp.com | DBR@tbfesq.com | greg.bibbes@infineon.com |
| aordubegian@weineisen.com | dconnolly@alston.com | gregory.kaden@ropesgray.com |
| aprinci@orrick.com | dwender@alston.com | grichards@kirkland.com |
| tkent@orrick.com | dcrapo@gibbonslaw.com | growsb@wnj.com |
| asherman@sillscummis.com | ddavis@paulweiss.com | gsantella@masudafunai.com |
| asm@pryormandelup.com | ddraper@terra-law.com | gschwed@loeb.com |
| kar@pryormandelup.com | derrien@coollaw.com | gsouth@kslaw.com |
| aswiech@akebono-usa.com | dfreedman@ermanteicher.com | gtoering@wnj.com |
| athau@cm-p.com | dgheiman@jonesday.com | hannah@blbglaw.com |
| austin.bankruptcy@publicans.com | djury@steelworkers-usw.org | hborin@schaferandweiner.com |
| ayala.hassell@eds.com | dkarp@cm-p.com | herb.reiner@guarantygroup.com |
| bankruptcy@goodwin.com | dladdin@agg.com | Hirsh.Robert@arentfox.com |
| bankruptcy@warnerstevens.com | dlowenthal@thelenreid.com | hkolko@msek.com |
| barnold@whdlaw.com | dlowenthal@thelenreid.com | hleinwand@aol.com |
| bbeckworth@nixlawfirm.com | dludman@brownconnery.com | holly@regencap.com |
| bellis-monro@sgrlaw.com | dmdelphi@duanemorris.com | housnerp@michigan.gov |
| Ben.Caughey@icemiller.com | dpm@curtinheefner.com | houston_bankruptcy@publicans.com |
| bkessinger@akebono-usa.com | driggio@candklaw.com | hwangr@michigan.gov |
| bmcdonough@teamtogut.com | dweiner@schaferandweiner.com | hzamboni@underbergkessler.com |
| bmehlsack@gkllaw.com | eabdelmasieh@nmmlaw.com | ian@gazesllc.com |
| bnathan@lowenstein.com | EAKleinhaus@wlrk.com | ilevee@lowenstein.com |
| bsmoore@pbnlaw.com | ecdolan@hhlaw.com | ira.herman@tklaw.com |
| bspears@winstead.com | echarlton@hiscockbarclay.com | jaffeh@pepperlaw.com |
| cahn@clm.com | efox@klng.com | james.bentley@srz.com |
| cahope@chapter13macon.com | egc@lydenlaw.com | jangelovich@nixlawfirm.com |
| carol.weiner.levy@srz.com | egunn@mcguirewoods.com | japplebaum@clarkhill.com |
| carol_sowa@denso-diam.com | ekutchin@kutchinrufo.com | jay.hurst@oag.state.tx.us |
| carren.shulman@hellerehrman.com | elazarou@reedsmith.com | jbernstein@mdmc-law.com |
| timothy.mehok@hellerehrman.com | elizabeth.flaagan@hro.com | jcrotty@rieckcrotty.com |
| caseyl@pepperlaw.com | Elliott@cmplaw.com | Jeff.Ott@molex.com |
| cbattaglia@halperinlaw.net | emarcks@ssd.com | jeffery.gillispie@infineon.com |
| ahalperin@halperinlaw.net | emccolm@paulweiss.com | jeisenhofer@gelaw.com |
| jdyas@halperinlaw.net | emeyers@mrrlaw.net | jengland@linear.com |
| cbelmonte@ssbb.com | ephillips@thurman-phillips.com | jforstot@tpw.com |
| cdruehl@goodwinproctor.com | ewaters@sheppardmullin.com | jgtougas@mayerbrownrowe.com |
| cfortgang@silverpointcapital.com | fatell@blankrome.com | jguy@orrick.com |
| cgalloway@atsautomation.com | ferrell@taftlaw.com | jh@previant.com |
| charles@filardi-law.com | ffm@bostonbusinesslaw.com | mgr@previant.com |
| chill@bsk.com | fholden@orrick.com | jharris@quarles.com |
| ckm@greensfelder.com | fstevens@foxrothschild.com | jhinshaw@boselaw.com |

NY\1177652.1

| | | |
|---|---|---|
| jhlemkin@duanemorris.com | lwalzer@angelogordon.com | pbilowz@goulstonstorrs.com |
| jimbriaco@gentek-global.com | madison.cashman@stites.com | pbosswick@ssbb.com |
| jkp@qad.com | maofiling@cgsh.com | pcostello@bbslaw.com |
| jkreher@hodgsonruss.com | maofiling@cgsh.com | pgurfein@akingump.com |
| jlanden@madisoncap.com | marc.hirschfield@ropesgray.com | pjanovsky@zeklaw.com |
| jlapinsky@republicengineered.com | margot.erlich@pillsburylaw.com | pjricotta@mintz.com |
| jlevi@toddlevi.com | mark.houle@pillsburylaw.com | pmears@btlaw.com |
| jmanheimer@pierceatwood.com | mark.owens@btlaw.com | Pretekin@coollaw.com |
| jmbaumann@steeltechnologies.com | marvin.clements@state.tn.us | prubin@herrick.com |
| jminias@stroock.com | massimiliano_cini@brembo.it | raterinkd@michigan.gov |
| jml@ml-legal.com | mbane@kelleydrye.com | rbeacher@pitneyhardin.com |
| lmc@ml-legal.com | mblacker@andrewskurth.com | rcharles@lrlaw.com |
| jmsullivan@mwe.com | mbusenkell@eckertseamans.com | rcovino@lordbissell.com |
| jmurch@foley.com | mcheney@orrick.com | rdaversa@mayerbrown.com |
| joel_gross@aporter.com | mcruse@wnj.com | rdremluk@seyfarth.com |
| john.brannon@tklaw.com | mdallago@morrisoncohen.com | resterkin@morganlewis.com |
| john.gregg@btlaw.com | mdebbeler@graydon.com | RGMason@wlrk.com |
| john.persiani@dinslaw.com | metkin@lowenstein.com | rgoldi@sotablaw.com |
| john.sieger@kattenlaw.com | mfarquhar@winstead.com | rgordon@clarkhill.com |
| jonathan.greenberg@engelhard.com | mgreger@allenmatkins.com | rgriffin@iuoe.org |
| jposta@sternslaw.com | mhager@oshr.com | rheilman@schaferandweiner.com |
| jrhunter@hunterschank.com | mhall@burr.com | rhett.campbell@tklaw.com |
| jrobertson@mcdonaldhopkins.com | mhamilton@ampn.com | richard.epling@pillsburylaw.com |
| jsalmas@mccarthy.ca | miag@michigan.gov | richard.kremen@dlapiper.com |
| lsalzman@mccarthy.ca | miag@michigan.gov | rjones@bccb.com |
| jshickich@riddellwilliams.com | michael.cook@srz.com | rjsidman@vssp.com |
| jsmairo@pbnlaw.com | michael.mccrory@btlaw.com | rkidd@srcm-law.com |
| jvitale@cwsny.com | michaelz@orbotech.com | rmcdowell@bodmanllp.com |
| bceccotti@cwsny.com | miller@taftlaw.com | rmeth@pitneyhardin.com |
| jwilson@tylercooper.com | mkilgore@UP.com | rnorton@reedsmith.com |
| jwisler@cblh.com | mlee@contrariancapital.com | rnsteinwurtzel@swidlaw.com |
| jzackin@sillscummis.com | jstanton@contrariancapital.com | robert.goodrich@stites.com |
| karen.dine@pillsburylaw.com | wraine@contrariancapital.com | robert.morris@timken.com |
| kcookson@keglerbrown.com | solax@contrariancapital.com | robert.welhoelter@wallerlaw.com |
| kcunningham@pierceatwood.com | mmassad@hunton.com | robin.spear@pillsburylaw.com |
| ken.higman@hp.com | mmeyers@gsmdlaw.com | rparks@mijb.com |
| khansen@stroock.com | mmharner@jonesday.com | rpeterson@jenner.com |
| khopkins@milesstockbridge.com | mmoody@okmlaw.com | rrichards@sonnenschein.com |
| kim.robinson@bfkpn.com | mnewman@schaferandweiner.com | rrosenbaum@mrrlaw.net |
| klaw@bbslaw.com | mrichards@blankrome.com | rsz@curtinheefner.com |
| kmiller@skfdelaware.com | mrr@previant.com | rthibeaux@shergarner.com |
| Knathan@nathanneuman.com | mscott@riemerlaw.com | rthibeaux@shergarner.com |
| knorthup@kutchinrufo.com | mshaiken@stinsonmoheck.com | rtrack@msn.com |
| knye@quarles.com | msmcelwee@varnumlaw.com | rurbanik@munsch.com |
| krk4@daimlerchrysler.com | msomerstein@kelleydrye.com | jwielebinski@munsch.com |
| krosen@lowenstein.com | msternstein@sheppardmullin.com | drukavina@munsch.com |
| kwalsh@lordbissell.com | mtf@afrct.com | rusadi@cahill.com |
| lawallf@pepperlaw.com | murph@berrymoorman.com | rweisberg@carsonfischer.com |
| lawtoll@comcast.net | mviscount@foxrothschild.com | rwyron@orrick.com |
| lberkoff@moritthock.com | mwinthrop@winthropcouchot.com | sabelman@cagewilliams.com |
| lcurcio@tpw.com | myarnoff@sbclasslaw.com | sagolden@hhlaw.com |
| lekvall@wgllp.com | myetnikoff@schiffhardin.com | sandy@nlsg.com |
| lisa.moore2@nationalcity.com | mzelmanovitz@morganlewis.com | sarah.morrison@doj.ca.gov |
| lloyd.sarakin@am.sony.com | nhp4@cornell.edu | sarbt@millerjohnson.com |
| lmagarik@kjmlabor.com | niizeki.tetsuhiro@furukawa.co.jp | wolfordr@millerjohnson.com |
| lnewman@fagelhaber.com | office@gazesllc.com | sboyce@sheehan.com |
| lpeterson@msek.com | oiglesias@wlross.com | sbrennan@nathanneuman.com |
| lpinto@wcsr.com | pabutler@ssd.com | scargill@lowenstein.com |
| lsarko@kellerrohrback.com | patrick.bartels@quadranglegroup.com | schnabel@klettrooney.com |
| claufenberg@kellerrohrback.com | | dbrown@klettrooney.com |
| eriley@kellerrohrback.com | pbaisier@seyfarth.com | schristianson@buchalter.com |
| lschwab@bbslaw.com | pbarr@jaffelaw.com | sdeeby@clarkhill.com |

NY\1177652.1

sdonato@bsk.com
sean@blbglaw.com
selanders@danielsandkaplan.com
sfreeman@lrlaw.com
sgoldber@quarles.com
sgross@hodgsonruss.com
shandler@sbclasslaw.com
shapiro@steinbergshapiro.com
sharon.petrosino@hp.com
shazan@oshr.com
sholmes@hunton.com
sjennik@kjmlabor.com
sjfriedman@jonesday.com
sjohnston@cov.com
skhoos@mintz.com
skrause@zeklaw.com
smcook@lambertleser.com
snirmul@gelaw.com
sokeefe@winthropcouchot.com
sopincar@mcdonaldhopkins.com
sosimmerman@kwgd.com
sriley@mcdonaldhopkins.com
srosen@cb-shea.com
sselbst@mwe.com
sshimshak@paulweiss.com
steven.keyes@aam.com
susanwhatley@nixlawfirm.com
swalsh@chglaw.com
tajamie@ajamie.com
tbrink@lordbissell.com
tch@previant.com
tcohen@sheppardmullin.com
tdonovan@finkgold.com
tgaa@bbslaw.com
tkennedy@kjmlabor.com
tlauria@whitecase.com
featon@miami.whitecase.com
tmaxson@cohenlaw.com
tmcfadden@lordbissell.com
tom@beemanlawoffice.com
tomschank@hunterschank.com
trenda@milesstockbridge.com
tsable@honigman.com
tscobb@vssp.com
tslome@rsmllp.com
twardle@sheppardmullin.com
vdagostino@lowenstein.com
vmastromar@aol.com
wachstein@coollaw.com
wallace@blbglaw.com
wbeard@stites.com
wendy.brewer@btlaw.com
whanlon@seyfarth.com
whawkins@loeb.com
william.barrett@bfkpn.com
wkohn@schiffhardin.com
wmsimkulak@duanemorris.com
wsavino@damonmorey.com

NY\1177652.1