LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (MS-4321)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
       mitchell.seider@lw.com
       mark.broude@lw.com

Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION., et al | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

Leslie Salcedo, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022.

2. On July 31, 2006, I caused true and correct copies of the (i) Second Fee and Expense Application of Latham & Watkins LLP as Counsel to the Official Committee of Unsecured Creditors; (ii) Second Interim Fee Application of Mesirow Financial Consulting, LLC for Allowance of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from February 1, 2006 through May

31, 2006; and (iii) Second Fee and Expense Application of Steven Hall & Partners, LLC as Compensation and Employment Agreement Advisor for the Official Committee of Unsecured Creditors, to be served upon the parties identified in Exhibit A hereto in the manner indicated therein.

2. On July 31, 2006, I caused true and correct copies of the (i) Notice of Second Fee and Expense Application of Latham & Watkins LLP, as Counsel to the Official Committee of Unsecured Creditors; (ii) Notice of Second Interim Fee Application of Mesirow Financial Consulting, LLC for Allowance of Compensation and Reimbursement of Expenses as Financial Advisors to the Official Committee of Unsecured Creditors for the Period from February 1, 2006 through May 31, 2006; and (iii) Notice of Second Fee and Expense Application of Steven Hall & Partners, LLC as Compensation and Employment Agreement Advisor for the Official Committee of Unsecured Creditors, to be served upon the parties identified in Exhibit B hereto in the manner indicated therein.

/s/ Leslie Salcedo
Leslie Salcedo

Sworn to before me this
17th day of July, 2006

/s/ Barbara A. Gombert
Barbara A. Gombert
Notary Public, State of New York
No. 52-6551110
Qualified in Suffolk County
Commission Expires 10/31/06

**Exhibit A**

**Via Overnight Mail**

Kenneth S. Ziman
Simpson, Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017

John Wm Butler, Jr. Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Donald S. Bernstein, Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, New York 10017

Alicia M. Leonhard, Esq.
Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Attn: David M. Sherbin, Esq.
General Counsel

Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, NY 10004
Attn: Brad Eric Scheler

John D. Sheehan
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098

Valerie Venable
GE Plastics, Americas
9930 Kincey Avenue
Huntersville, NC 28078

Legal Cost Control, Inc.
255 Kings Highway East,
Haddonfield, NJ 08033
Attn: Joe Sykes

**Exhibit B**

**Via Overnight Mail**

Bruce Simon
Cohen Weiss & Simon
330 W 42nd St
New York, NY 10036

Paul W. Anderson
Flextronics International USA, Inc.
2090 Fortune Drive
San Jose, CA 95131

Steven J Reisman
Curtis Mallet-Prevost Colt & mosle LLP
101 Park Ave
New York, NY 10178-0061

Donald Bernstein
Davis Polk & Wardwell
450 Lexington Ave
New York, NY 10017

Sean Corcoran
Karen Craft
Delphi Corporation
5725 Delphi Dr
Troy, MI 48098

Michael Nefkens
Electronic Data Systems Corp
5505 Corporate Dr Msia
Troy, MI 48098

Carrie L. Schiff
Terry Zale
Flextronics International
305 Interlocken Parkway
Broomfield, CO 80021

Richard Lee Chambers III
Freescale Semiconductor Inc
6501 William Cannon Dr West
Md Oe16
Austin, TX 78735

Randall S Eisenberg
FTI Consulting Inc
3 Times Square
11th Fl
New York, NY 10036

Valerie Venable
c/o GE Plastics
9930 Kincey Avenue
Huntersville, NC 28078

Frank L. Gorman, Esq.
Robert B. Weiss, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583

Lonie A Hassel
Groom Law Group
1701 Pennsylvania Ave Nw
Washington, DC 20006

Stephen H Gross
Hodgson Russ LLP
152 West 57th St
35th Fl
New York, NY 10019

Internal Revenue Service
Attn: Insolvency Department, Mario Valerio
290 Broadway, 5th Floor
New York NY 10007

Attn: Insolvency Department
Internal Revenue Service
477 Michigan Ave
Mail Stop 15
Detroit, MI 48226

Conference Board Chairman
IUE-CWA
2360 W Dorothy Ln
Ste 201
Dayton, OH 45439

Bill Derrough
Jefferies & Company Inc
520 Madison Ave
12th Fl
New York, NY 10022

Thomas F Maher
Richard Duker
Gianni Russello
JPMorgan Chase Bank NA
270 Park Ave
New York, NY 10017

Thomas Moers Mayer
Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Patrick J. Healy
Daniel R. Fisher
Law Debenture Trust of New York
767 Third Ave., 31st Floor
New York, NY 10017

Vilma Francis
JPMorgan Chase Bank NA
270 Park Ave
New York, NY 10017

James Le
Kurtzman Carson Consultants
12910 Culver Blvd
Ste I
Los Angeles, CA 90066

David D. Cleary
Mohsin N. Khambati
Jason J. DeJonker
Peter A. Clark
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606

Leon Szlezinger
Mesirow Financial
666 Third Avenue
21st Floor
New York, NY 10017

Joseph T Moldovan Esq
Morrison Cohen LLP
909 Third Ave
New York, NY 10022

Office of New York State
Attorney General Eliot Spitzer
120 Broadway
New York City, NY 10271

Tom A Jerman
Rachel Janger
O'Melveny & Meyer LLP
1625 Eye St Nw
Washington, DC 20006

Robert Siegel
O'Melveny & Meyer LLP
400 South Hope St
Los Angeles, CA 90071

Jeffrey Cohen
Pension Benefit Guaranty Corporation
1200 K Street Nw
Ste 340
Washington, DC 20005

Ralph L Landy
Pension Benefit Guaranty Corporation
1200 K Street Nw
Ste 340
Washington, DC 20005-4026

Sandra A Riemer
Phillips Nizer LLP
666 Fifth Ave
New York, NY 10103

David L Resnick
Rothchild Inc
1251 Ave Of The Americas
New York, NY 10020

Michael P. Kessler, Esq.
Martin J. Bienenstock, Esq.
Jeffrey L. Tanenbaum, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Robert W Dremluck
Seyfarth Shaw LLP
1270 Avenue Of The Americas
Ste 2500
New York, NY 10020-1801

Douglas Bartner
Jill Frizzley
Shearman & Sterling LLP
599 Lexington Ave
New York, NY 10022

Kenneth S Ziman
Robert H Trust
William T Russell Jr
Simpson Thatcher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

John Wm Butler
John K Lyons
Ron E Meisler
Skadden Arps Slate Meagher & Flom LLP
333 W Wacker Dr
Ste 2100
Chicago, IL 60606

Kayalyn A Marafioti
Thomas J Matz
Skadden Arps Slate Meagher & Flom LLP
4 Times Square
New York, NY 10036

Chester B Salomon
Constantine D Pourakis
Stevens & Lee PC
485 Madison Ave
20th Fl
New York, NY 10022

Albert Togut
Togut Segal & Segal LLP
One Penn Plaza
Ste 3335
New York, NY 10119

Alicia M Leonard
United States Trustee
33 Whitehall St
21st Fl
New York, NY 10004-2112

Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, NY 10004
Attn: Brad Eric Scheler
Bonnie Steingart
Vivek Melwani
Jennifer L. Rodburg
Richard J. Slivinski

Steven M Cimalore
Wilmington Trust Company
Rodney Square North
1100 North Market St
Wilmington, DE 19890

Brown Rudnick Berlack Israels LLP
Robert J. Stark
Seven Times Square
New York, NY 10036

J. Brian McTigue
Cornish F. Hitchcock
McTigue Law Firm
5301 Wisconsin Ave. N.W.
Suite 350
Washington, DC 20015

Mark Schonfeld, Regional Director
Northeast Regional Office
3 World Financial Center
Room 4300
New York, NY 10281

Daniel D. Doyle
Nicholas Franke
Spencer Fane Britt & Browne LLP
1 North Brentwood Boulevard
Tenth Floor
St. Louis, MO 63105

Warner Stevens LLP
Michael D. Warner
1700 City Center Tower, II
301 Commerce Street
Fort Worth Texas, 76102

Tyco Electronics Corporation
MaryAnn Brereton
60 Columbia Road
Morristown, NJ 07960

**Via First Class Mail**

John V. Gorman
Professional Technologies Services
P.O. Box #304
Frankenmuth, MI 48734

Jason, Inc.
411 E. Wisconsin Avenue
Suite 2120
Milwaukee, WI 53202
Attn: Beth Klimczak
General Counsel

**Via E-Mail**

aaronsona@pepperlaw.com
abrilliant@goodwinproctor.com
aburch@miamidade.gov
aee@hurwitzfine.com
aenglund@orrick.com
afeldman@kslaw.com
agottfried@morganlewis.com
akatz@entergy.com
alan.mills@btlaw.com
aleinoff@amph.com
amalone@colwinlaw.com
amathews@robinsonlaw.com
amcmullen@bccb.com
amina.maddox@dol.lps.state.nj.us
amoog@hhlaw.com
andrew.herenstein@quadranglegroup.com
andrew.kassner@dbr.com
anne.kennelly@hp.com
aordubegian@weineisen.com
aprinci@orrick.com
tkent@orrick.com
asherman@sillscummis.com
asm@pryormandelup.com
kar@pryormandelup.com
aswiech@akebono-usa.com
athau@cm-p.com
austin.bankruptcy@publicans.com
ayala.hassell@eds.com
bankruptcy@goodwin.com
bankruptcy@warnerstevens.com
barnold@whdlaw.com
bbeckworth@nixlawfirm.com
bellis-monro@sgrlaw.com
Ben.Caughey@icemiller.com
bkessinger@akebono-usa.com
bmcdonough@teamtogut.com
bmehlsack@gkllaw.com
bnathan@lowenstein.com
bsmoore@pbnlaw.com
bspears@winstead.com
cahn@clm.com
cahope@chapter13macon.com
carol.weiner.levy@srz.com
carol_sowa@denso-diam.com
carren.shulman@hellerehrman.com
timothy.mehok@hellerehrman.com
caseyl@pepperlaw.com
cbattaglia@halperinlaw.net
ahalperin@halperinlaw.net
jdyas@halperinlaw.net
cbelmonte@ssbb.com
cdruehl@goodwinproctor.com
cfortgang@silverpointcapital.com
cgalloway@atsautomation.com
charles@filardi-law.com
chill@bsk.com
ckm@greensfelder.com
jpb@greensfelder.com
cnorgaard@ropers.com
Cohen.Mitchell@arentfox.com
craig.freeman@alston.com
crieders@gjb-law.com
cs@stevenslee.com
cp@stevenslee.com
cschulman@sachnoff.com
agelman@sachnoff.com
csullivan@bsk.com
cweidler@paulweiss.com
dadler@mccarter.com
dallas.bankruptcy@publicans.com
david.aaronson@dbr.com
david.boyle@airgas.com
david.lemke@wallerlaw.com
dbaty@honigman.com
DBR@tbfesq.com
dconnolly@alston.com
dwender@alston.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddraper@terra-law.com
derrien@coollaw.com
dfreedman@ermanteicher.com
dgheiman@jonesday.com
djury@steelworkers-usw.org
dkarp@cm-p.com
dladdin@agg.com
dlowenthal@thelenreid.com
dlowenthal@thelenreid.com
dludman@brownconnery.com
dmdelphi@duanemorris.com
dpm@curtinheefner.com
driggio@candklaw.com
dweiner@schaferandweiner.com
eabdelmasieh@nmmlaw.com
EAKleinhaus@wlrk.com
ecdolan@hhlaw.com
echarlton@hiscockbarclay.com
efox@klng.com
egc@lydenlaw.com
egunn@mcguirewoods.com
ekutchin@kutchinrufo.com
elazarou@reedsmith.com
elizabeth.flaagan@hro.com
Elliott@cmplaw.com
emarcks@ssd.com
emccolm@paulweiss.com
emeyers@mrrlaw.net
ephillips@thurman-phillips.com
ewaters@sheppardmullin.com
fatell@blankrome.com
ferrell@taftlaw.com
ffm@bostonbusinesslaw.com
fholden@orrick.com
fstevens@foxrothschild.com
ftrikkers@rikkerslaw.com
fusco@millercanfield.com
fyates@sonnenschein.com
gdiconza@dlawpc.com
george.cauthen@nelsonmullins.com
gerdekomarek@bellsouth.net
gettelman@e-hlaw.com
ggotto@kellerrohrback.com
ggreen@fagelhaber.com
gjarvis@ggelaw.com
gkurtz@ny.whitecase.com
guzzi@whitecase.com
dbaumstein@ny.whitecase.com
glen.dumont@hp.com
gogimalik@andrewskurth.com
gpeters@weltman.com
greenj@millercanfield.com
greg.bibbes@infineon.com
gregory.kaden@ropesgray.com
grichards@kirkland.com
growsb@wnj.com
gsantella@masudafunai.com
gschwed@loeb.com
gsouth@kslaw.com
gtoering@wnj.com
hannah@blbglaw.com
hborin@schaferandweiner.com
herb.reiner@guarantygroup.com
Hirsh.Robert@arentfox.com
hkolko@msek.com
hleinwand@aol.com
holly@regencap.com
housnerp@michigan.gov
houston_bankruptcy@publicans.com
hwangr@michigan.gov
hzamboni@underbergkessler.com
ian@gazesllc.com
ilevee@lowenstein.com
ira.herman@tklaw.com
jaffeh@pepperlaw.com
james.bentley@srz.com
jangelovich@nixlawfirm.com
japplebaum@clarkhill.com
jay.hurst@oag.state.tx.us
jbernstein@mdmc-law.com
jcrotty@rieckcrotty.com
Jeff.Ott@molex.com
jeffery.gillispie@infineon.com
jeisenhofer@gelaw.com
jengland@linear.com
jforstot@tpw.com
jgtougas@mayerbrownrowe.com
jguy@orrick.com
jh@previant.com
mgr@previant.com
jharris@quarles.com
jhinshaw@boselaw.com
jhlemkin@duanemorris.com
jimbriaco@gentek-global.com
jkp@qad.com
jkreher@hodgsonruss.com
jlanden@madisoncap.com
jlapinsky@republicengineered.com

jlevi@toddlevi.com
jmanheimer@pierceatwood.com
jmbaumann@steeltechnologies.com
jminias@stroock.com
jml@ml-legal.com
lmc@ml-legal.com
jmsullivan@mwe.com
jmurch@foley.com
joel_gross@aporter.com
john.brannon@tklaw.com
john.gregg@btlaw.com
john.persiani@dinslaw.com
john.sieger@kattenlaw.com
jonathan.greenberg@engelhard.com
jposta@sternslaw.com
jrhunter@hunterschank.com
jrobertson@mcdonaldhopkins.com
jsalmas@mccarthy.ca
lsalzman@mccarthy.ca
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jvitale@cwsny.com
bceccotti@cwsny.com
jwilson@tylercooper.com
jwisler@cblh.com
jzackin@sillscummis.com
karen.dine@pillsburylaw.com
kcookson@keglerbrown.com
kcunningham@pierceatwood.com
ken.higman@hp.com
khansen@stroock.com
khopkins@milesstockbridge.com
kim.robinson@bfkpn.com
klaw@bbslaw.com
kmiller@skfdelaware.com
Knathan@nathanneuman.com
knorthup@kutchinrufo.com
knye@quarles.com
krk4@daimlerchrysler.com
krosen@lowenstein.com
kwalsh@lordbissell.com
lawallf@pepperlaw.com
lawtoll@comcast.net
lberkoff@moritthock.com
lcurcio@tpw.com
lekvall@wgllp.com
lisa.moore2@nationalcity.com
lloyd.sarakin@am.sony.com
lmagarik@kjmlabor.com
lnewman@fagelhaber.com
lpeterson@msek.com
lpinto@wcsr.com
lsarko@kellerrohrback.com
claufenberg@kellerrohrback.com
eriley@kellerrohrback.com
lschwab@bbslaw.com
lwalzer@angelogordon.com
madison.cashman@stites.com
maofiling@cgsh.com
maofiling@cgsh.com
marc.hirschfield@ropesgray.com
margot.erlich@pillsburylaw.com
mark.houle@pillsburylaw.com
mark.owens@btlaw.com
marvin.clements@state.tn.us
massimiliano_cini@brembo.it
mbane@kelleydrye.com
mblacker@andrewskurth.com
mbusenkell@eckertseamans.com
mcheney@orrick.com
mcruse@wnj.com
mdallago@morrisoncohen.com
mdebbeler@graydon.com
metkin@lowenstein.com
mfarquhar@winstead.com
mgreger@allenmatkins.com
mhager@oshr.com
mhall@burr.com
mhamilton@ampn.com
miag@michigan.gov
miag@michigan.gov
michael.cook@srz.com
michael.mccrory@btlaw.com
michaelz@orbotech.com
miller@taftlaw.com
mkilgore@UP.com
mlee@contrariancapital.com
jstanton@contrariancapital.com
wraine@contrariancapital.com
solax@contrariancapital.com
mmassad@hunton.com
mmeyers@gsmdlaw.com
mmharner@jonesday.com
mmoody@okmlaw.com
mnewman@schaferandweiner.com
mrichards@blankrome.com
mrr@previant.com
mscott@riemerlaw.com
mshaiken@stinsonmoheck.com
msmcelwee@varnumlaw.com
msomerstein@kelleydrye.com
msternstein@sheppardmullin.com
mtf@afrct.com
murph@berrymoorman.com
mviscount@foxrothschild.com
mwinthrop@winthropcouchot.com
myarnoff@sbclasslaw.com
myetnikoff@schiffhardin.com
mzelmanovitz@morganlewis.com
nhp4@cornell.edu
niizeki.tetsuhiro@furukawa.co.jp
office@gazesllc.com
oiglesias@wlross.com
pabutler@ssd.com
patrick.bartels@quadranglegroup.co
m
pbaisier@seyfarth.com
pbarr@jaffelaw.com
pbilowz@goulstonstorrs.com
pbosswick@ssbb.com
pcostello@bbslaw.com
pgurfein@akingump.com
pjanovsky@zeklaw.com
pjricotta@mintz.com
pmears@btlaw.com
Pretekin@coollaw.com
prubin@herrick.com
raterinkd@michigan.gov
rbeacher@pitneyhardin.com
rcharles@lrlaw.com
rcovino@lordbissell.com
rdaversa@mayerbrown.com
rdremluk@seyfarth.com
resterkin@morganlewis.com
RGMason@wlrk.com
rgoldi@sotablaw.com
rgordon@clarkhill.com
rgriffin@iuoe.org
rheilman@schaferandweiner.com
rhett.campbell@tklaw.com
richard.epling@pillsburylaw.com
richard.kremen@dlapiper.com
rjones@bccb.com
rjsidman@vssp.com
rkidd@srcm-law.com
rmcdowell@bodmanllp.com
rmeth@pitneyhardin.com
rnorton@reedsmith.com
rnsteinwurtzel@swidlaw.com
robert.goodrich@stites.com
robert.morris@timken.com
robert.welhoelter@wallerlaw.com
robin.spear@pillsburylaw.com
rparks@mijb.com
rpeterson@jenner.com
rrichards@sonnenschein.com
rrosenbaum@mrrlaw.net
rsz@curtinheefner.com
rthibeaux@shergarner.com
rthibeaux@shergarner.com
rtrack@msn.com
rurbanik@munsch.com
jwielebinski@munsch.com
drukavina@munsch.com
rusadi@cahill.com
rweisberg@carsonfischer.com
rwyron@orrick.com
sabelman@cagewilliams.com
sagolden@hhlaw.com
sandy@nlsg.com
sarah.morrison@doj.ca.gov
sarbt@millerjohnson.com
wolfordr@millerjohnson.com
sboyce@sheehan.com
sbrennan@nathanneuman.com
scargill@lowenstein.com
schnabel@klettrooney.com
dbrown@klettrooney.com
schristianson@buchalter.com
sdeeby@clarkhill.com
sdonato@bsk.com
sean@blbglaw.com
selanders@danielsandkaplan.com
sfreeman@lrlaw.com
sgoldber@quarles.com
sgross@hodgsonruss.com

shandler@sbclasslaw.com
shapiro@steinbergshapiro.com
sharon.petrosino@hp.com
shazan@oshr.com
sholmes@hunton.com
sjennik@kjmlabor.com
sjfriedman@jonesday.com
sjohnston@cov.com
skhoos@mintz.com
skrause@zeklaw.com
smcook@lambertleser.com
snirmul@gelaw.com
sokeefe@winthropcouchot.com
sopincar@mcdonaldhopkins.com
sosimmerman@kwgd.com
sriley@mcdonaldhopkins.com
srosen@cb-shea.com
sselbst@mwe.com
sshimshak@paulweiss.com
steven.keyes@aam.com
susanwhatley@nixlawfirm.com
swalsh@chglaw.com
tajamie@ajamie.com
tbrink@lordbissell.com
tch@previant.com
tcohen@sheppardmullin.com
tdonovan@finkgold.com
tgaa@bbslaw.com

tkennedy@kjmlabor.com
tlauria@whitecase.com
featon@miami.whitecase.com
tmaxson@cohenlaw.com
tmcfadden@lordbissell.com
tom@beemanlawoffice.com
tomschank@hunterschank.com
trenda@milesstockbridge.com
tsable@honigman.com
tscobb@vssp.com
tslome@rsmllp.com
twardle@sheppardmullin.com
vdagostino@lowenstein.com
vmastromar@aol.com
wachstein@coollaw.com
wallace@blbglaw.com
wbeard@stites.com
wendy.brewer@btlaw.com
whanlon@seyfarth.com
whawkins@loeb.com
william.barrett@bfkpn.com
wkohn@schiffhardin.com
wmsimkulak@duanemorris.com
wsavino@damonmorey.com