LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (MS-4321)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
      mitchell.seider@lw.com
      mark.broude@lw.com

Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION., et al | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                                ) ss.:
COUNTY OF NEW YORK  )

      Leslie Salcedo, being duly sworn, deposes and says:

      1.      I am not a party to this action, am over 18 years of age and am employed by the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022.

      2.      On August 10, 2006, I caused true and correct copies of the Objection of the Official Committee of Unsecured Creditors to Speedline Technologies Inc.'s Motion for

NY\1178632.1

Order Directing Return of Reclaimed Equipment or for Immediate Payment Thereof, to be served upon the parties identified in Exhibit A hereto in the manner indicated therein.

/s/ Leslie Salcedo
Leslie Salcedo

Sworn to before me this
17th day of August, 2006

/s/ Barbara A. Gombert
Barbara A. Gombert
Notary Public, State of New York
No. 52-6551110
Qualified in Suffolk County
Commission Expires 10/31/06

NY\1178632.1

**Exhibit A**

**VIA OVERNIGHT MAIL**

| | |
|---|---|
| Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>Attn: Donald S. Bernstein | Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098<br>Attn: Sean Corcoran<br>        Karen Craft |
| United States Trustee<br>33 Whitehall Street<br>Suite 2100<br>New York, NY 10004<br>Attn: Alicia M. Leonard | Simpson Thatcher & Barlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>Attn: Kenneth S. Ziman<br>        Robert H. Trust<br>        William T. Russell, Jr. |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>333 W. Wacker Dr<br>Suite 2100<br>Chicago, IL 60606<br>Attn: John Wm Butler<br>        John K. Lyons<br>        Ron E. Meisler | Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, New York 10004<br>Attn: Bonnie Steingart |

Shumuel Vasser
Edward Angell Palmer & Dodge LLP
750 Lexington Avenue, 8th Floor
New York, NY 10022

NY\1178632.1