UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                                      Chapter 11
                                                                                 Case No. 05-44481 (RDD)
DELPHI CORPORATION, *et al.,*                             (Jointly Administered)
DELPHI AUTOMOTIVE SYSTEMS LLC

Debtors.
-------------------------------------------------------------X

**NOTICE RE AMENDED TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**

To: (Transferee)  Debt Acquisition Company of America V, LLC
                           1565 Hotel Circle South, Suite 310
                           San Diego, CA  92108

A transfer in the amount of $6,241.25 from:

EMERGING DISPLAY TECHNOLOGIES  (Transferor)
15 HAMMOND SUITE 310
IRVINE CA 92618

is acknowledged.

*By filing pursuant to Rule 3001(e)(1), you affirm that you have searched the official claims register and that the Transferor has not previously filed a Proof of Claim.*

Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

Kathleen Farrell, Clerk

_____

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on
_____, 2006.
Copy (check):  Debtor's Attorney _____ Claims Agent _____ Deputy Clerk_____
Bc:  ackotree
ACKNOWLEDGEMENT-NO CLAIM ON FILE-NOT FOR SECURITY-AFTER BAR DATE

AUG-03-06  08:26AM  FROM-Emerging Display Technologies    9492060144    T-881  P.001/001  F-381

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                              ) Chapter 11
                                                    ) Case No. 05-44481 (RDD)
                                                    )
DELPHI CORPORATION, et al.,                         ) Jointly Administered
DELPHI AUTOMOTIVE SYSTEMS LLC                       )
                                                    ) AMENDED
                                                    ) NOTICE OF TRANSFER OF CLAIM
    Debtors.                                        ) OTHER THAN FOR SECURITY AND
                                                    ) WAIVER OF NOTICE
                                                    ) Bankruptcy Rule 3001(e)(1)

   PLEASE TAKE NOTICE that the scheduled claim of EMERGING DISPLAY TECHNOLOGIES ("Transferor") against the Debtor in the amount of $4,493.70 as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

   I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $4,493.70 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

**TRANSFEROR:**
EMERGING DISPLAY TECHNOLOGIES
15 HAMMOND SUITE 310 IRVINE CA 92618

Print Name: Cathy Huang          Title: Controller
Signature: [signature]            Date: 8/3/06
Updated Address (if needed): 15 Hammond Suite 310 Irvine, CA 92618
Phone: 949 206 0255  EXT 151     Fax: 949 206 0144    E-Mail: C.huang@edtc.com

**TRANSFEREE:**
DEBT ACQUISITION COMPANY OF AMERICA V, LLC
1565 Hotel Circle South, Suite 310, San Diego, CA 92108

Signature: [signature]
Traci [illegible]

Mail Ref# 7-2247
2990622

1