05-44481-rdd    Doc 5006    Filed 08/23/06    Entered 08/23/06 15:29:03    Main Document
Pg 1 of 1

Aug-11-2006 08:14am    From-VALIANT TOOL AND MOLD INC    9447749    T-702   P.005/007   F-311
ecialty Capital    To:Kevin Larin (13139619388)    16:53 08/08/06 EST Pg 4-5

## NOTICE OF ASSIGNMENT OF CLAIM

VALIANT TOOL & MOLD INC, a(n) Ontario Corporation, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell, transfer and assign unto AMROC INVESTMENTS, LLC, a New York limited liability company, its successors and assigns ("Assignee") all rights, title and interest in and to the claim(s) of Assignor in the principal amount of $79,765.69 (proof of claim amount, defined as the "Claim") against Delphi Corporation (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, Southern District of New York or any other court with jurisdiction over the Proceedings (the "Court"), Administered as Case No. 05-44481 (defined as the "Proceedings").

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim.

IN WITNESS WHEREOF, the undersigned has duly executed this Agreement by its duly authorized representative dated the 11th day of AUGUST, 2006.

VALIANT TOOL & MOLD INC
(Company Name)

WITNESS: _Frances Solcz_ (Signature)
Frances Solcz, Accounting Clerk
(Print Name and Title of Witness)

Signature of Corporate Officer
TONY PANETE, PRESIDENT
(Print Name and Title of Corporate Officer)

AMROC INVESTMENTS, LLC

WITNESS: _____ (Signature)
David S. Leinwand, Senior Vice President
(Print Name and Title of Witness)

(Signature of Corporate Officer)
Scott E. Gardner, Senior Managing Director
(Print Name and Title of Corporate Officer)

EXHIBIT "A"

(INSTITUTION LETTERHEAD)