# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Chapter 11 |
| DELPHI CORP. *et al.*, | ) Case No. 05-55481 |
| Debtors. | ) (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Matthew J. Lund, a member in good standing of the bar in the State of Michigan and of the bars of the U.S. District courts for the Eastern District of Michigan, Western District of Michigan, Central District of California, Eastern District of Texas, and the United States Courts of Appeals for the Sixth and Seventh Circuits, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Paul R. Free, a creditor in the above referenced case. My address is Pepper Hamilton LLP, 100 Renaissance Center, 36th Floor, Detroit, MI 48243. My e-mail address is lundm@pepperlaw.com. My telephone number is (313) 393-7370. I agree to pay the fee of $25 upon approval by the Court admitting me to practice *pro hac vice*.

Dated: August 14, 2006

_____
Matthew J. Lund
lundm@pepperlaw.com

DT. #334416 v1 (761C01!.DOC) 130104-2



## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Chapter 11 |
| DELPHI CORP. *et al.*, | ) Case No. 05-55481 |
| Debtors. | ) (Jointly Administered) |

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

Matthew J. Lund, a member of good standing of the bar in the State of Michigan and of the bars of the U.S. District courts for the Eastern District of Michigan, Western District of Michigan, Central District of California, Eastern District of Texas, and the United States Courts of Appeals for the Sixth and Seventh Circuits, having requested admission, *pro hac vice*, to represent Paul R. Free, a creditor in the above referenced case;

**IT IS ORDERED,**

that Matthew J. Lund, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:

　　　　　　New York, New York    /s/_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE