**PITNEY HARDIN LLP**
Ronald S. Beacher (RB8837)
Conrad K. Chiu (CC6346)
7 Times Square
New York, New York 10036
Telephone: (212) 297-5800
Facsimile: (212) 916-2940
E-Mail: rbeacher@pitneyhardin.com
E-Mail: cchiu@pitneyhardin.com

Attorneys for IBJTC Business Credit Corporation,
as successor to IBJ Whitehall Business Credit Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **DELPHI CORPORATION,** *et al.***,** | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------X

### ORDER GRANTING IBJTC BUSINESS CREDIT CORPORATION, AS SUCCESSOR TO IBJ WHITEHALL BUSINESS CREDIT CORPORATION'S MOTION TO COMPEL ASSUMPTION OR REJECTION OF UNEXPIRED LEASE AND FOR PAYMENT AND PERFORMANCE OF POST-PETITION LEASE OBLIGATIONS

The Motion of IBJTC Business Credit Corporation ("IBJTC"), as successor to IBJ Whitehall Business Credit Corporation ("IBJ"), for an Order Compelling Delphi Corporation ("Delphi") to Assume or Reject a Certain Unexpired Lease (the "Lease") and for Payment and Performance of Post-Petition Lease Obligations (the "Motion"), having been filed with this Court, it appearing that due and proper notice having been given to all interested parties in this case, the Motion came on for hearing on September 14, 2006, at 10:00 a.m., before The Honorable Robert D. Drain, United States Bankruptcy Judge. The allegations contained in IBJTC's moving papers being deemed uncontroverted, and good cause appearing therefore,

IT IS HEREBY ORDERED as follows:

1. The Motion is granted.

2. Within thirty (30) days of the date of the hearing on this Motion, Delphi shall make a decision to assume or reject the Lease.

3. Delphi shall pay and perform all past due and future post-petition obligations under the Lease to IBJTC, until the Lease is rejected.

4. This Order is binding upon any trustee appointed in this or any converted case.

Dated: _____, 2006

_____
UNITED STATES BANKRUPTCY JUDGE