### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Chapter 11 |
| DELPHI CORP. *et al.*, | ) Case No. 05-55481 |
| Debtors. | ) (Jointly Administered) |

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, Richard A. Rossman, a member in good standing of the bars in the State of Michigan and of the bars of the U.S. District courts for the Eastern District of Michigan, Western District of Michigan, the United States Supreme Court and United States Courts of Appeals for the Second and Sixth Circuits, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Paul R. Free, a creditor in the above referenced case. My address is Pepper Hamilton LLP, 100 Renaissance Center, 36th Floor, Detroit, MI 48243. My e-mail address is rossmanr@pepperlaw.com. My telephone number is (313) 393-7354. I agree to pay the fee of $25 upon approval by the Court admitting me to practice *pro hac vice*.

Dated: August 14, 2006

Richard A. Rossman
rossmanr@pepperlaw.com

DT. #334424 v1 (76IK01!.DOC) 130104-2



IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Chapter 11 |
| DELPHI CORP. *et al.*, | ) Case No. 05-55481 |
| Debtors. | ) (Jointly Administered) |

**ORDER OF ADMISSION TO PRACTICE,** *Pro Hac Vice*

Richard A. Rossman, a member of good standing of the bar in the State of Michigan and of the bars of the U.S. District courts for the United States District Court for the Eastern District of Michigan, Western District of Michigan, the United States Supreme Court and United States Courts of Appeals for the Second and Sixth Circuits, having requested admission, *pro hac vice*, to represent Paul R. Free, a creditor in the above referenced case;

**IT IS ORDERED,**

that Richard A. Rossman, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:

New York, New York    /s/_____
                     UNITED STATES BANKRUPTCY JUDGE