UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------/

In Re:                                                        Chapter 11

    DELPHI CORPORATION, et al.                               Case No. 05-44481 (RDD)

                                       Jointly Administered

              Debtors.

------------------------------------------------------------/

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, Thomas W. Cranmer, a member in good standing of the bar in the State of Michigan, or of the bar of the U.S. District Court for the Eastern District of Michigan, request admission, *pro hac vice,* before the Honorable Robert D. Drain, to represent John Blahnik, a creditor in the above-referenced case.

    My address is:

    Thomas W. Cranmer, Esq.
    Miller, Canfield, Paddock & Stone, P.L.C.
    840 West Long Lake Road, Suite 200
    Troy, Michigan 48098.
    E-mail address: cranmer@millercanfield.com
    Telephone: (248) 267-3381

I agree to pay the fee of $25 upon approval by the Court admitting me to practice *pro hac vice.*

                              Respectfully submitted,

                              MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

                              By: _____
                              Thomas W. Cranmer (P25252)
                              Attorney for John Blahnik
                              840 West Long Lake Road, Suite 200
                              Troy, Michigan 48098-6358
                              Telephone: (248) 267-3381
                              E-mail Address: cranmer@millercanfield.com

Dated: August 19, 2006
       Troy, Michigan
BHLIB:514443.1\127581-00001