**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 Case No. 05-44481 (RDD) |
| DELPHI CORP, et al. | (Jointly Administered) |
| Debtors. | |

--------------------------------------------------x

**ORDER OF ADMISSION TO PRACTICE,** *Pro Hac Vice*

I,     Timothy W. Brink    , a member in good standing of the bar in the State of

      Illinois       and the bar of the U.S. District Court for the  Northern

District of     Illinois      , having requested admission, *pro hac vice*, to represent

Methode Electronics, Inc. in the above referenced ✓ case ___ adversary proceeding.

**ORDERED**,

that    Timothy W. Brink    , Esq., is admitted to practice, *pro hac vice*, in the above

referenced ✓ case ___ adversary proceeding, in the United States Bankruptcy Court, Southern

District of New York, subject to payment of the filing fee.

Dated:      August 23, 2006

       New York, New York

/s/Robert D. Drain
**UNITED STATES BANKRUPTCY JUDGE**

CHI1 1234680v1