**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------x

In re:                                                                      Chapter 11 Case No.
                                                                                    05-44481 (RDD)
DELPHI CORP, et al.
                                                                                    (Jointly Administered)
                        Debtors.
-------------------------------------------------x

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

I,    Timothy S. McFadden   , a member in good standing of the bar in the State of

    Illinois    and the bar of the U.S. District Court for the   Northern

District of    Illinois   , having requested admission, ***pro hac vice***, to represent

Methode Electronics, Inc. in the above referenced ✓ case ___ adversary proceeding.

**ORDERED**,

that   Timothy S. McFadden   , Esq., is admitted to practice, ***pro hac vice***, in the above

referenced ✓ case ___ adversary proceeding, in the United States Bankruptcy Court, Southern

District of New York, subject to payment of the filing fee.

Dated:       August 23, 2006

        New York, New York
                                                        /s/Robert D. Drain
                                                **UNITED STATES BANKRUPTCY JUDGE**

CHI1 1234681v1