UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 05-44481 |
| DELPHI CORPORATION, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Honorable Robert D. Drain |
| | ) | |

## ORDER OF ADMISSION TO PRACTICE *PRO HAC VICE*

I, Martin E. Crandall, a member of good standing of the bar in the State of Michigan, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Milan Belans, in the above-referenced case.

**IT IS ORDERED**, that Martin E. Crandall is admitted to practice, *pro hac vice*, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York.

Dated: August 23, 2006

/s/Robert D. Drain
**UNITED STATES BANKRUPTCY JUDGE**

5202293v.2