# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------/

In Re:                                                    Chapter 11

    DELPHI CORPORATION, et al.                  Case No.  05-44481 (RDD)

                                                                       Jointly Administered

    Debtors.

------------------------------------------------------------/

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

    I, Thomas W. Cranmer, a member in good standing of the bar in the State of Michigan, or of the bar of the U.S. District Court for the Eastern District of Michigan, having requested admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent John Blahnik, a creditor, in the above-referenced case.

    **ORDERED,** that Thomas W. Cranmer, Esq. is admitted to practice, ***pro hac vice***, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: August 23, 2006
      New York, New York

                                               /s/Robert D. Drain
                                          **UNITED STATES BANKRUPTCY JUDGE**