# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Chapter 11 |
| DELPHI CORP. *et al.*, | ) Case No. 05-55481 |
| Debtors. | ) (Jointly Administered) |

**ORDER OF ADMISSION TO PRACTICE,** *Pro Hac Vice*

Richard A. Rossman, a member of good standing of the bar in the State of Michigan and of the bars of the U.S. District courts for the United States District Court for the Eastern District of Michigan, Western District of Michigan, the United States Supreme Court and United States Courts of Appeals for the Second and Sixth Circuits, having requested admission, *pro hac vice*, to represent Paul R. Free, a creditor in the above referenced case;

**IT IS ORDERED,**

that Richard A. Rossman, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:

New York, New York   /s/_____
                     UNITED STATES BANKRUPTCY JUDGE