James L. Bromley (JB 5125)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York  10006
Telephone: 212-225-2000
Fax: 212-225-3999

Counsel to Goldman Sachs & Co.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------- x
                                                                     :

In re                                                                                 :          Chapter 11
                                                                     :
**DELPHI CORPORATION, et al.,**                 :          Case No. 05-44481 (RDD)
                                                                     :
                      Debtors.                       :          (Jointly Administered)
                                                                     :
--------------------------------------------------------------- x

## WITHDRAWAL OF PROOF OF CLAIM OF GOLDMAN SACHS & CO.

        Goldman Sachs & Co. ("Goldman"), by its undersigned attorneys, hereby withdraws proof of claim number 13931, filed on Goldman's behalf on July 31, 2006 in the above-captioned proceedings.

Dated:  New York, New York
           August 24, 2006

                                            CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                            By: /s/ James L. Bromley
                                                James L. Bromley
                                                A Member of the Firm
                                          One Liberty Plaza
                                          New York, New York 10006
                                          Telephone: 212-225-2000
                                          Fax: 212-225-3999

                                          Attorneys for Goldman Sachs & Co.