**PITNEY HARDIN LLP**
Ronald S. Beacher (RB8837)
Conrad K. Chiu (CC6346)
7 Times Square
New York, New York 10036
Telephone: (212) 297-5800
Facsimile: (212) 916-2940
E-Mail: rbeacher@pitneyhardin.com
E-Mail: cchiu@pitneyhardin.com

Attorneys for IBJTC Business Credit Corporation,
as successor to IBJ Whitehall Business Credit Corporation

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
In re:                                    :    Chapter 11
                                          :
**DELPHI CORPORATION**, *et al.*,         :    Case No. 05-44481 (RDD)
                                          :
                      Debtors.            :    (Jointly Administered)
                                          :
------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

I, Hector Gonzalez, being duly sworn according to law, depose and say that I am the Managing Clerk with the law firm of Pitney Hardin LLP.

On August 23, 2006, I caused to be served a copy of *IBJTC Business Credit Corporation, as successor to IBJ Whitehall Business Credit Corporation's Notice of Motion and Motion to Compel Assumption or Rejection of Unexpired Lease and for Payment and Performance of Post-Petition Lease Obligations [11 U.S.C. Section 365]* upon (i) the parties listed on Exhibit A hereto via overnight delivery, (ii)upon the parties listed on Exhibit B hereto via electronic notification, and (iii) upon the parties listed on Exhibit C hereto via first class United States mail.

Dated: August 24, 2006

_____
Hector Gonzalez

Sworn to before me on this
24th day of August, 2006

_____
Notary Public

CHIU CONRAD
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02CH6102451
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES 12/08/2007