United States Bankruptcy Court
For the Southern District of New York

| | |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS LLC | } Chapter 11 |
| | } |
| | } Case No. |
| | } 05-44640 |
| Debtor | } Amount $54,970.03 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

HK METALCRAFT MFG CORP
PO BOX 775
LODI, NJ 07644

The transfer of your claim as shown above in the amount of $54,970.03 has been transferred to:

    Liquidity Solutions, Inc.
    Dba Revenue Management
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

    By:/s/ Jeff Caress
    Liquidity Solutions, Inc.
    dba Revenue Management
    (201) 968-0001

818143

## TRANSFER NOTICE

HK Metalcraft Manufacturing Corp. ("Assignor"), transfers and assigns unto LIQUIDITY SOLUTIONS, INC. with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: Delphi Automotive Systems LLC (the "Debtor") between Assignor and Assignee, all of its right, title and interest in and to the Claims of Assignor in the aggregate amount of $54,970.03 representing all claims against the Debtor in the United States Bankruptcy Court for the Southern District of New York, administered as Case No. 05-44640, subject to the terms of the Assignment of Claim agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the 22 day of August 2006

HK Metalcraft Manufacturing Corp.

_____
(Signature)

Raymond Hagop, President
(Print Name and Title)

LIQUIDITY SOLUTIONS, INC.

_____
(Signature)

Jeffrey L. Caress
(Print Name of Witness)

818143