Marianne Goldstein Robbins
Jill Hartley
Previant, Goldberg, Uelmen,
 Gratz, Miller, & Brueggeman, s.c.
1555 N. RiverCenter Drive - Suite 202
Milwaukee, WI    53212
Telephone:    (414)   271-4500
Facsimile:    (414)   271-6308

Attorneys for IBEW Local 663 and
IAMAW District 10

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| | **Chapter 11** |
| **DELPHI CORPORATION, et al.,** | **Case No. 05-44481 (RDD)** |
| Debtors. | **(Jointly Administered)** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 25 and 26, 2006, she attempted but failed to e-file this Reply with the Court (because the Court's ECF site was down), and on August 27, 2006 was  able to e-file the Reply and on that same date caused a true and correct copy of the REPLY IN SUPPORT OF MOTION FOR JUDGMENT PURSUANT TO RULE 7052(c) DISMISSING THE IBEW AND IAM AS PARTIES TO SECTION 1113 AND 1114 PROCEEDINGS to be served by e-mail on all parties on the attached list.

    s/ Marianne Goldstein Robbins
    Marianne Goldstein Robbins
    Previant, Goldberg, Uelmen,
      Gratz, Miller, & Brueggeman, s.c.
    1555 N. RiverCenter Drive - Suite 202
    P.O. Box 12993
    Milwaukee, WI    53212
    Telephone:   (414) 271-4500
    Facsimile:    (414)  271-6308
    mgr@previant.com
    Attorneys for IBEW Local 663 and
    IAMAW District 10

Alicia N. Leonhard
U.S. Trustee
alicia.m.leonhard@usdoj.gov

Sean Corcoran
Delphi Corporation
sean.p.corcoran@delphi.com

Karen Craft
Delphi Corporation
karen.j.craft@delphi.com

John Wm. Butler
John K. Lyons
Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom LLP
jbutler@skadden.com


Kayalyn A. Marafloti
Thomas J. Matz
Louis Wilson
Skadden, Arps, Slate, Meagher & Flom LLP
kmarafio@skadden.com




Donald Bernstein
Davis Polk & Wardwell
donald.bernstein@dpw.com

Kenneth S. Ziman
Robert H. Trust
William T. Russell, Jr.
Simpson Thatcher & Bartlett LLP
kziman@stblaw.com

Honigman Miller Schwartz and Cohn LLP
Attn: Robert B. Weiss
2290 First National Building
660 Woodward Avenue
Detroit, MI   48226
rweiss@honigman.com

Thomas Kennedy
Susan M. Jennik
Larry Magarik
Kennedy, Jennick & Murray
tkennedy@kjmlabor.com


Lowell Peterson
Meyer, Suozzi, English & Klein, P.C.
lpeterson@msek.com

Bruce Simon
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, NY   10036
bsimon@cwsny.com

Barbara S. Mehlsack
Michael Vollbrecht
Gorlick, Kravitz & Listhaus, P.C.
bmehlsack@gkllaw.com



Niraj Ganatra
UAW
nganatra@uaw.net

Lonie A. Hassel
Groom Law Group
lhassel@groom.com

Tom A. Jerman
Rachel Janger
O'Melveny & Meyer LLP
tjerman@omm.com

Edward M. Fox
Kirkpatrick & Lockhart Nicholson Graham LLP
*Counsel for Wilmington Trust Company*
efox@klng.com

Frank L. Eaton
White & Case LLP
*Counsel to Appaloosa Management L.P.,
Wexford Capital LLC, Pardus Capital
Management L.P., and Lampe Conway & Co.,
 LLC*
featon@whitecase.com

Robert J. Rosenberg
Mitchell A. Seider
Latham & Watkins LLP
*Counsel for the Official Committee of Unsecured Creditors*
robert.rosenberg@lw.com

Anthony Princi, Esq.
Orrick, Herrington & Sutcliffe LLP
*Counsel for the Ad Hoc Committee of Trade
 Claimants*
aprinci@orrick.com

Michael Leo Hall
Burr & Forman LLP
*Counsel for Mercedes-Benz U.S. Int'l, Inc.*

mhall@burr.com

*G:\DOCS\ELE663\71259\M0162212.WPD*