# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **DELPHI CORPORATION**
Case No. **05-44481**
(Related Docket No. 4756)

Court ID (Court Use Only) _____

### NOTICE OF AMENDED TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

LIQUIDITY SOLUTIONS, INC
DBA CAPITAL MARKETS
Name of Transferee

TINNERMAN PALNUT ENGINEERED PRODUCTS
Name of Transferor

Name and Address where notices and payments
to transferee should be sent
LIQUIDITY SOLUTIONS, INC
DBA CAPITAL MARKETS
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601
Phone:
(201) 968-0001

Court Record Address of Transferor
(Court Use Only)

Name and Current Address of Transferor
TINNERMAN PALNUT ENGINEERED PRODUCTS
PO BOX 10
BRUNSWICK, OH 44212

| CLAIM NO | AMOUNT |
|---|---|
| 2638 | $2,012.50 |
| 2627 | $1,923.00 |
| 2630 | $320.00 |
| 2636 | $4,770.00 |
| 2631 | $230.00 |
| 2628 | $2,690.25 |
| 2629 | $110,520.15 |
| 2626 | $1,174.50 |
| 2625 | $202,626.18 |
| 2637 | $432.00 |
| 2635 | $123.50 |
| 2634 | $4,507.75 |
| 2632 | $971.86 |
| 2633 | $1,465.60 |
| TOTAL | $333,767.29 |
| DATE FILED | 4/13/2006 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Jim Yenzer
Transferee/Transferee's Agent

Date: 8/28/2006

Penalty for making a false statement. Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
CLERK OF THE COURT
820832

JUL-06-2006 10:37 From:TINNERMAN PALNUT    330 220 5760    To:912019680010    P.4/4
From  To: Mike Clipser                      Date: 6/29/2006 Time: 11:52:24 AM        Page 5 of 5

## TRANSFER NOTICE

Tinnerman Palnut Engineered Products ("Assignor"), transfers and assigns unto CAPITAL MARKETS with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGMENT OF CLAIM AGREEMENT between Assignor and Assignee, all of its right, title and interest in and to the Tinnerman Palnut Engineered Products Claims of Assignor in the aggregate amount of $281,943.32 representing all claims against: DELPHI AUTOMOTIVE SYSTEMS LLC., (herein, the Debtor) in the United State Bankruptcy Court, Southern District of New York administered as **Case Number 05-44640.**

IN WITNESS WHEREOF, Assignor has signed below as of the  6th  day of  July , 2006.

Tinnerman Palnut Engineered Products                                                      CAPITAL
MARKETS

_____                           By _____
(Signature)                                          (Signature)

SCOTT LYONS / VP & CFO                            James Yenzer
(Print Name of Witness)                              (Print Name and Title)

820832