United States Bankruptcy Court
Southern District of New York

|  |  |
|---|---|
| In Re: | ) |
| | ) |
| **Delphi Automotive Systems, LLC** | )  Chapter 11 |
| | )  Case No. **05-44640** |
| | )  Claim No. **10004** |
| Debtors | )  Court ID: |
| | ) |

**NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM**

Please take notice that **Redrock Capital Partners, LLC** hereby withdraws the Notice of Transfer of Claim filed by Redrock Capital Partners, LLC as transferee (**docket number 5037**) to **Nisshinbo Automotive Manufacturing Inc.** as Transferor.  The Withdrawal of Transfer of Claim relates only to the filed claim by Redrock Capital Partners, LLC in the amount $**1,068,842.39 (docket number 5037)**.

Dated: **August, 28th, 2006**

/s/ Craig Klein
Craig Klein
Redrock Capital Partners, LLC
970.547.9065