James L. Bromley (JB 5125)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Fax: 212-225-3999

Counsel to Goldman Sachs & Co.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X
In re                                                                    :    Chapter 11
                                                                         :    Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,                                              :
                                                                         :    (Jointly Administered)
                    Debtors.                                             :
                                                                              CERTIFICATE OF
                                                                              SERVICE
------------------------------------------------------------------------ X

       I, Richard V. Conza, an attorney admitted to practice before the courts of the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

       On the 24th day of August 2006, the Withdrawal of Proof of Claim of Goldman Sachs & Co. was served by Federal Express and by e-mail upon the entities listed on the attached service lists.

Dated:  New York, New York
       August 25, 2006

                                                           /s/Richard V. Conza
                                                            Richard V. Conza