**BY FEDEX**
Robert J. Stark
Brown Rudnick Berlack Israels LLP
Seven Times Square
New York, NY  10036

**BY FEDEX**
Bruce Simon
Cohen, Weiss & Simon
330 W. 42nd Street
New York, NY  10036

**BY FEDEX**
Steven J. Reisman
Curtis, Mallet-Prevost, Colt & mosle LLP
101 Park Avenue
New York, NY  10178-0061

**BY FEDEX**
Donald Bernstein
Brian Resnick
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

**BY FEDEX**
Sean Corcoran, Karen Craft
Delphi Corporation
5725 Delphi Drive
Troy, MI  48098

**BY FEDEX**
Michael Nefkens
Electronic Data Systems Corp.
5505 Corporate Drive MSIA
Troy, MI  48098

**BY FEDEX**
Carrie L. Schiff
Flextronics International
305 Interlocken Parkway
Broomfield, CO  80021

**BY FEDEX**
Paul W. Anderson
Flextronics International USA, Inc.
2090 Fortune Drive
San Jose, CA  95131

1

**BY FEDEX**
Richard Lee Chambers, III
Freescale Semiconductor, Inc.
6501 William Cannon Drive West
MD: OE16
Austin, TX  78735

**BY FEDEX**
Brad Eric Sheler
Bonnie Steingart
Vivek Melwani
Jennifer L Rodburg
Richard J Slivinski
Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, NY  10004

**BY FEDEX**
Randall S. Eisenberg
FTI Consulting, Inc.
3 Times Square
11th Floor
New York, NY  10036

**BY FEDEX**
Valerie Venable
General Electric Company
9930 Kincey Avenue
Huntersville, NC  28078

**BY FEDEX**
Lonie A. Hassel
Groom Law Group
1701 Pennsylvania Avenue, NW
Washington, DC  20006

**BY FEDEX**
Stephen H. Gross
Hodgson Russ LLP
152 West 57th Street
35th Floor
New York, NY  10019

**BY FEDEX**
Frank L. Gorman, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226-3583

**BY FEDEX**
Robert B. Weiss, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226-3583

2

**BY FEDEX**
Attn: Insolvency Department, Maria Valerio
Internal Revenue Service
290 Broadway
5th Floor
New York, NY  10007

**BY FEDEX**
Attn: Insolvency Department
Internal Revenue Service
477 Michigan Ave
Mail Stop 15
Detroit, MI  48226

**BY FEDEX**
Conference Board Chairman
IUE-CWA
2360 W. Dorothy Lane
Suite 201
Dayton, OH  45439

**BY FEDEX**
William Q. Derrough
Jefferies & Company, Inc,
520 Madison Avenue
12th Floor
New York, NY  10022

**BY FEDEX**
Thomas F. Maher, Richard Duker, Gianni Russello
JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY  10017

**BY FEDEX**
Vilma Francis
JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY  10017

**BY FEDEX**
Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

**BY FEDEX**
Thomas Moers Mayer
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

**BY FEDEX**
James Le
Kurtzman Carson Consultants
12910 Culver Blvd.
Suite I
Los Angeles, CA  90066

**BY FEDEX**
Robert J. Rosenberg
Latham & Watkins LLP
885 Third Avenue
New York, NY  10022

**BY FEDEX**
Patrick J. Healy
Law Debenture Trust of New York
767 Third Ave.
31st Floor
New York, NY  10017

**BY FEDEX**
Daniel R. Fisher
Law Debenture Trust of New York
767 Third Ave.
31st Floor
New York, NY  10017

**BY FEDEX**
David D. Cleary
McDermott Will & Emery LLP
227 West Monroe Street
Suite 5400
Chicago, IL  60606

**BY FEDEX**
Jason J. DeJonker
McDermott Will & Emery LLP
227 West Monroe Street
Suite 5400
Chicago, IL  60606

**BY FEDEX**
Mohsin N. Khambati
McDermott Will & Emery LLP
227 West Monroe Street
Suite 5400
Chicago, IL  60606

**BY FEDEX**
Peter A. Clark
McDermott Will & Emery LLP
227 West Monroe Street
Suite 5400
Chicago, IL  60606

**BY FEDEX**
J. Brian McTigue
McTigue Law Firm
5301 Wisconsin Ave. N.W.
Suite 350
Washington, DC  20015

**BY FEDEX**
Cornish F. Hitchcock
McTigue Law Firm
5301 Wisconsin Ave. N.W.
Suite 350
Washington, DC  20015

**BY FEDEX**
Leon Szlezinger
Mesirow Financial
666 Third Ave
21st Floor
New York, NY  10017

**BY FEDEX**
Joseph T. Moldovan, Esq.
Morrison Cohen LLP
909 Third Avenue
New York, NY  10022

**BY FEDEX**
Mark Schonfeld, Regional Director
Northeast Regional Office
3 World Financial Center
Room 4300
New York, NY  10281

**BY FEDEX**
Attorney General Eliot Spitzer
Office of New York State
120 Broadway
New York City, NY  10271

**BY FEDEX**
Robert Siegel
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA  90071

**BY FEDEX**
Tom A. Jerman, Rachel Janger
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC  20006

**BY FEDEX**
Ralph L. Landy
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Suite 340
Washington, DC  20005-4026

**BY FEDEX**
Jeffrey Cohen
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Suite 340
Washington, DC  20005

**BY FEDEX**
Sandra A. Riemer
Phillips Nizer LLP
666 Fifth Avenue
New York, NY  10103

**BY FEDEX**
David L. Resnick
Rothchild Inc.
1251 Avenue of the Americas
New York, NY  10020

**BY FEDEX**
Robert W. Dremluk
Seyfarth Shaw LLP
1270 Avenue of the Americas
Suite 2500
New York, NY  10020-1801

**BY FEDEX**
Douglas Bartner, Jill Frizzley
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY  10022

**BY FEDEX**
Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr.
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017

**BY FEDEX**
John Wm. Butler, John K. Lyons, Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Dr.
Suite 2100
Chicago, IL  60606

**BY FEDEX**
Kayalyn A. Marafioti, Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
P.O. Box 300
New York, NY  10036

**BY FEDEX**
Daniel D. Doyle
Spencer Fane Britt & Browne LLP
1 North Brentwood Boulevard
Tenth Floor
St. Louis, MO  63105

**BY FEDEX**
Nicholas Franke
Spencer Fane Britt & Browne LLP
1 North Brentwood Boulevard
Tenth Floor
St. Louis, MO  63105

**BY FEDEX**
Chester B. Salomon, Constantine D. Pourakis
Stevens & Lee, P.C.
485 Madison Avenue
20th Floor
New York, NY  10022

**BY FEDEX**
Albert Togut
Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY  10119

**BY FEDEX**
MaryAnn Brereton, Assistant General Counsel
Tyco Electronics Corporation
60 Columbia Road
Morristown, NJ  7960

**BY FEDEX**
Alicia M. Leonhard
United States Trustee
33 Whitehall Street
21st Floor
New York, NY  10004-2112

**BY FEDEX**
Michael D. Warner
Warner Stevens, L.L.P.
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX  76102

**BY FEDEX**
Jeffrey L. Tanenbaum, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

**BY FEDEX**
Martin J. Bienenstock, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

**BY FEDEX**
Michael P. Kessler, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

**BY FEDEX**
Steven M. Cimalore
Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE  19890

**BY FEDEX**
Alicia M. Leonard, Esq.
Office of the United States Trustee
33 Whitehall Street
New York, NY 10004

# E-MAIL SERVICE LIST

david.boyle@airgas.com, tajamie@ajamie.com, aswiech@akebono-usa.com,
pgurfein@akingump.com, mgreger@allenmatkins.com, craig.freeman@alston.com,
dconnolly@alston.com, dwender@alston.com, bkessinger@akebono-usa.com,
steven.keyes@aam.com, gogimalik@andrewskurth.com, mblacker@andrewskurth.com,
lwalzer@angelogordon.com, mtf@afrct.com, aleinoff@amph.com, mhamilton@ampn.com,
Cohen.Mitchell@arentfox.com, Hirsh.Robert@arentfox.com, dladdin@agg.com,
joel_gross@aporter.com, cgalloway@atsautomation.com, kim.robinson@bfkpn.com,
william.barrett@bfkpn.com, alan.mills@btlaw.com, john.gregg@btlaw.com,
mark.owens@btlaw.com, michael.mccrory@btlaw.com, pmears@btlaw.com,
wendy.brewer@btlaw.com, ffm@bostonbusinesslaw.com, tom@beemanlawoffice.com,
hannah@blbglaw.com, sean@blbglaw.com, wallace@blbglaw.com,
murph@berrymoorman.com, klaw@bbslaw.com, lschwab@bbslaw.com,
pcostello@bbslaw.com, tgaa@bbslaw.com, fatell@blankrome.com, mrichards@blankrome.com,
rmcdowell@bodmanllp.com, chill@bsk.com, csullivan@bsk.com, sdonato@bsk.com,
jhinshaw@boselaw.com, amcmullen@bccb.com, rjones@bccb.com,
massimiliano_cini@brembo.it, dludman@brownconnery.com, schristianson@buchalter.com,
mhall@burr.com, sabelman@cagewilliams.com, jonathan.greenberg@engelhard.com,
rusadi@cahill.com, driggio@candklaw.com, rweisberg@carsonfischer.com, cahn@clm.com,
japplebaum@clarkhill.com, sdeeby@clarkhill.com, rgordon@clarkhill.com,
maofiling@cgsh.com, maofiling@cgsh.com, tmaxson@cohenlaw.com, jvitale@cwsny.com,
bceccotti@cwsny.com, srosen@cb-shea.com, amalone@colwinlaw.com, Elliott@cmplaw.com,
jwisler@cblh.com, mlee@contrariancapital.com, jstanton@contrariancapital.com,
wraine@contrariancapital.com, solax@contrariancapital.com, Pretekin@coollaw.com,
wachstein@coollaw.com, derrien@coollaw.com, nhp4@cornell.edu, sjohnston@cov.com,
swalsh@chglaw.com, dpm@curtinheefner.com, rsz@curtinheefner.com, athau@cm-p.com,
dkarp@cm-p.com, krk4@daimlerchrysler.com, wsavino@damonmorey.com,
selanders@danielsandkaplan.com, carol_sowa@denso-diam.com,
amina.maddox@dol.lps.state.nj.us, gdiconza@dlawpc.com, john.persiani@dinslaw.com,
richard.kremen@dlapiper.com, andrew.kassner@dbr.com, david.aaronson@dbr.com,
jhlemkin@duanemorris.com, dmdelphi@duanemorris.com, wmsimkulak@duanemorris.com,
mbusenkell@eckertseamans.com, ayala.hassell@eds.com, akatz@entergy.com,
dfreedman@ermanteicher.com, gettelman@e-hlaw.com, ggreen@fagelhaber.com,
lnewman@fagelhaber.com, charles@filardi-law.com, tdonovan@finkgold.com,
jmurch@foley.com, fstevens@foxrothschild.com, mviscount@foxrothschild.com,
ftrikkers@rikkerslaw.com, office@gazesllc.com, ian@gazesllc.com, crieders@gjb-law.com,
dcrapo@gibbonslaw.com, mmeyers@gsmdlaw.com, abrilliant@goodwinproctor.com,
cdruehl@goodwinproctor.com, bmehlsack@gkllaw.com, pbilowz@goulstonstorrs.com,
gjarvis@ggelaw.com, jeisenhofer@gelaw.com, snirmul@gelaw.com, mrr@previant.com,
tch@previant.com, mdebbeler@graydon.com, ckm@greensfelder.com, jpb@greensfelder.com,
herb.reiner@guarantygroup.com, cbattaglia@halperinlaw.net, ahalperin@halperinlaw.net,
jdyas@halperinlaw.net, hleinwand@aol.com, carren.shulman@hellerehrman.com,
timothy.mehok@hellerehrman.com, prubin@herrick.com, anne.kennelly@hp.com,
glen.dumont@hp.com, ken.higman@hp.com, sharon.petrosino@hp.com,

echarlton@hiscockbarclay.com, jkreher@hodgsonruss.com, sgross@hodgsonruss.com,
amoog@hhlaw.com, ecdolan@hhlaw.com, sagolden@hhlaw.com, elizabeth.flaagan@hro.com,
dbaty@honigman.com, tsable@honigman.com, jrhunter@hunterschank.com,
tomschank@hunterschank.com, mmassad@hunton.com, sholmes@hunton.com,
aee@hurwitzfine.com, Ben.Caughey@icemiller.com, greg.bibbes@infineon.com,
jeffery.gillispie@infineon.com, rgriffin@iuoe.org, pbarr@jaffelaw.com, rpeterson@jenner.com,
gerdekomarek@bellsouth.net, sjfriedman@jonesday.com, john.sieger@kattenlaw.com,
kcookson@keglerbrown.com, lsarko@kellerrohrback.com, claufenberg@kellerrohrback.com,
eriley@kellerrohrback.com, ggotto@kellerrohrback.com, mbane@kelleydrye.com,
msomerstein@kelleydrye.com, lmagarik@kjmlabor.com, sjennik@kjmlabor.com,
tkennedy@kjmlabor.com, afeldman@kslaw.com, gsouth@kslaw.com, grichards@kirkland.com,
efox@klng.com, schnabel@klettrooney.com, dbrown@klettrooney.com,
sosimmerman@kwgd.com, ekutchin@kutchinrufo.com, knorthup@kutchinrufo.com,
smcook@lambertleser.com, erika.ruiz@lw.com, henry.baer@lw.com, john.weiss@lw.com,
mark.broude@lw.com, michael.riela@lw.com, mitchell.seider@lw.com, rcharles@lrlaw.com,
sfreeman@lrlaw.com, jengland@linear.com, austin.bankruptcy@publicans.com,
dallas.bankruptcy@publicans.com, houston_bankruptcy@publicans.com, gschwed@loeb.com,
whawkins@loeb.com, tmcfadden@lordbissell.com, tbrink@lordbissell.com,
kwalsh@lordbissell.com, rcovino@lordbissell.com, bnathan@lowenstein.com,
ilevee@lowenstein.com, krosen@lowenstein.com, metkin@lowenstein.com,
scargill@lowenstein.com, vdagostino@lowenstein.com, egc@lydenlaw.com, rparks@mijb.com,
jlanden@madisoncap.com, jml@ml-legal.com, lmc@ml-legal.com, vmastromar@aol.com,
gsantella@masudafunai.com, jgtougas@mayerbrownrowe.com, rdaversa@mayerbrown.com,
dadler@mccarter.com, jsalmas@mccarthy.ca, lsalzman@mccarthy.ca, jmsullivan@mwe.com,
sselbst@mwe.com, jrobertson@mcdonaldhopkins.com, sopincar@mcdonaldhopkins.com,
sriley@mcdonaldhopkins.com, jbernstein@mdmc-law.com, egunn@mcguirewoods.com,
hkolko@msek.com, lpeterson@msek.com, emeyers@mrrlaw.net, rrosenbaum@mrrlaw.net,
aburch@miamidade.gov, miag@michigan.gov, raterinkd@michigan.gov, miag@michigan.gov,
khopkins@milesstockbridge.com, trenda@milesstockbridge.com, sarbt@millerjohnson.com,
wolfordr@millerjohnson.com, greenj@millercanfield.com, fusco@millercanfield.com,
pjricotta@mintz.com, skhoos@mintz.com, Jeff.Ott@molex.com, agottfried@morganlewis.com,
mzelmanovitz@morganlewis.com, resterkin@morganlewis.com, lberkoff@moritthock.com,
mdallago@morrisoncohen.com, rurbanik@munsch.com, jwielebinski@munsch.com,
drukavina@munsch.com, sandy@nlsg.com, Knathan@nathanneuman.com,
sbrennan@nathanneuman.com, lisa.moore2@nationalcity.com,
george.cauthen@nelsonmullins.com, bbeckworth@nixlawfirm.com,
jangelovich@nixlawfirm.com, susanwhatley@nixlawfirm.com, jimbriaco@gentek-global.com,
eabdelmasieh@nmmlaw.com, dgheiman@jonesday.com, mmharner@jonesday.com,
cahope@chapter13macon.com, jay.hurst@oag.state.tx.us, michaelz@orbotech.com,
mmoody@okmlaw.com, aenglund@orrick.com, aprinci@orrick.com, tkent@orrick.com,
fholden@orrick.com, jguy@orrick.com, mcheney@orrick.com, rwyron@orrick.com,
mhager@oshr.com, shazan@oshr.com, cweidler@paulweiss.com, ddavis@paulweiss.com,
emccolm@paulweiss.com, sshimshak@paulweiss.com, housnerp@michigan.gov,
aaronsona@pepperlaw.com, lawallf@pepperlaw.com, jaffeh@pepperlaw.com,
caseyl@pepperlaw.com, jmanheimer@pierceatwood.com, kcunningham@pierceatwood.com,
karen.dine@pillsburylaw.com, margot.erlich@pillsburylaw.com,

2

mark.houle@pillsburylaw.com, richard.epling@pillsburylaw.com,
robin.spear@pillsburylaw.com, rmeth@pitneyhardin.com, rbeacher@pitneyhardin.com,
bsmoore@pbnlaw.com, jsmairo@pbnlaw.com, jh@previant.com, mgr@previant.com,
asm@pryormandelup.com, kar@pryormandelup.com, jkp@qad.com,
andrew.herenstein@quadranglegroup.com, patrick.bartels@quadranglegroup.com,
jharris@quarles.com, knye@quarles.com, sgoldber@quarles.com, elazarou@reedsmith.com,
rnorton@reedsmith.com, jlapinsky@republicengineered.com, jshickich@riddellwilliams.com,
jcrotty@rieckcrotty.com, mscott@riemerlaw.com, holly@regencap.com,
amathews@robinsonlaw.com, cnorgaard@ropers.com, gregory.kaden@ropesgray.com,
marc.hirschfield@ropesgray.com, tslome@rsmllp.com, rtrack@msn.com,
cschulman@sachnoff.com, agelman@sachnoff.com, cbelmonte@ssbb.com,
pbosswick@ssbb.com, dweiner@schaferandweiner.com, hborin@schaferandweiner.com,
mnewman@schaferandweiner.com, rheilman@schaferandweiner.com,
myetnikoff@schiffhardin.com, wkohn@schiffhardin.com, myarnoff@sbclasslaw.com,
shandler@sbclasslaw.com, james.bentley@srz.com, michael.cook@srz.com,
carol.weiner.levy@srz.com, pbaisier@seyfarth.com, rdremluk@seyfarth.com,
whanlon@seyfarth.com, bharwood@sheehan.com, lawtoll@comcast.net,
ewaters@sheppardmullin.com, msternstein@sheppardmullin.com, tcohen@sheppardmullin.com,
twardle@sheppardmullin.com, rthibeaux@shergarner.com, rthibeaux@shergarner.com,
bankruptcy@goodwin.com, asherman@sillscummis.com, jzackin@sillscummis.com,
cfortgang@silverpointcapital.com, bellis-monro@sgrlaw.com, kmiller@skfdelaware.com,
fyates@sonnenschein.com, rrichards@sonnenschein.com, lloyd.sarakin@am.sony.com,
rgoldi@sotablaw.com, emarcks@ssd.com, pabutler@ssd.com, sarah.morrison@doj.ca.gov,
hwangr@michigan.gov, jmbaumann@steeltechnologies.com, rkidd@srcm-law.com,
shapiro@steinbergshapiro.com, jposta@sternslaw.com, cs@stevenslee.com,
cp@stevenslee.com, mshaiken@stinsonmoheck.com, robert.goodrich@stites.com,
madison.cashman@stites.com, wbeard@stites.com, jminias@stroock.com,
khansen@stroock.com, rnsteinwurtzel@swidlaw.com, ferrell@taftlaw.com, miller@taftlaw.com,
marvin.clements@state.tn.us, ddraper@terra-law.com, jforstot@tpw.com, lcurcio@tpw.com,
niizeki.tetsuhiro@furukawa.co.jp, robert.morris@timken.com, dlowenthal@thelenreid.com,
dlowenthal@thelenreid.com, rhett.campbell@tklaw.com, ira.herman@tklaw.com,
john.brannon@tklaw.com, ephillips@thurman-phillips.com, jlevi@toddlevi.com,
bmcdonough@teamtogut.com, DBR@tbfesq.com, jwilson@tylercooper.com,
hzamboni@underbergkessler.com, mkilgore@UP.com, djury@steelworkers-usw.org,
msmcelwee@varnumlaw.com, rjsidman@vssp.com, tscobb@vssp.com,
EAKleinhaus@wlrk.com, RGMason@wlrk.com, david.lemke@wallerlaw.com,
robert.welhoelter@wallerlaw.com, gtoering@wnj.com, mcruse@wnj.com, growsb@wnj.com,
mwarner@warnerstevens.com, lekvall@wgllp.com, aordubegian@weineisen.com,
gpeters@weltman.com, gkurtz@ny.whitecase.com, guzzi@whitecase.com,
dbaumstein@ny.whitecase.com, tlauria@whitecase.com, featon@miami.whitecase.com,
barnold@whdlaw.com, bspears@winstead.com, mfarquhar@winstead.com,
mwinthrop@winthropcouchot.com, sokeefe@winthropcouchot.com, oiglesias@wlross.com,
lpinto@wcsr.com, pjanovsky@zeklaw.com, skrause@zeklaw.com