**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **Delphi Corporation** | ) | **Case No. 05-44481** |
| | ) | |
| **Debtors.** | ) | **Jointly Administered** |

## NOTICE OF WITHDRAWAL OF CLAIM

COMES the Office of the Attorney General represented by counsel on behalf of the Tennessee Department of Revenue (the "TDOR"), by and through counsel, and hereby withdraws its Proof of Claim, claim number 935, filed with this Court and the case claims agent on or about November 29, 2005, in the total amount of $1,024.09..

Respectfully submitted,

PAUL G. SUMMERS
Attorney General and Reporter

/s/ Marvin E. Clements, Jr.
MARVIN E. CLEMENTS, JR. (TN BPR 016031)
Assistant Attorney General
Bankruptcy Division
P.O. Box 20207
Nashville, TN 372202-0207
(615) 532-1935 phone
(615) 741-3334 fax
ICNewYork@state.tn.us
(Attorney for the TDOR)

**In re: Delphi Corporation**
**Case No. 05-44481**
**Withdrawal of Claim**
**Page 2 of 2**

# CERTIFICATE OF SERVICE

I, <u>Marvin E. Clements, Jr.</u>, do hereby certify that on the 28th day of August 2006, a true and exact copy of the foregoing Notice of Withdrawal has been forwarded by first class U.S. postage prepaid to the following:

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098-2815


Skadden Arps Slate Meagher & Flom LLP
Attorneys for the Debtors
333 West Wacker Drive
Chicago, Illinois 60606-1285
   Attn: John William Butler, Jr.

Kurtzman Carson Consultants
12910 Culver Blvd, Suite I
Los Angeles, California 90066
 Attn: Delphi Corporation

U.S. Trustee
33 Whitehall Street, 21st Floor
New York, New York 10036
Attn: Alicia M. Leonhard

                                                  <u>/s/ Marvin E. Clements, Jr.</u>
                                                  Marvin E. Clements, Jr.