Bruce A. Harwood, Esq. (BNH 01519)
SHEEHAN PHINNEY BASS + GREEN, P.A.
1000 Elm Street, P.O. Box 3701
Manchester, NH 03105-3701
Tel: (603) 627-8139
Fax: (603) 627-8121

Attorney for Source Electronics, Inc.

THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| Delphi Corporation, et. al., | ) | Case No. 05-44481 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF SUBSTITUTION OF APPEARANCE

Please take notice that the undersigned substitutes his appearance for that of Steven E. Boyce in the above-captioned case as counsel for Source Electronics, Inc.

SOURCE ELECTRONICS, INC.

By Its Attorneys,

SHEEHAN PHINNEY BASS + GREEN
PROFESSIONAL ASSOCIATION

Dated: August 24, 2006

By: _____
Bruce A. Harwood, Esq., BNH 01519
1000 Elm Street, P.O. Box 3701
Manchester, NH 03105-3701
(603) 627-8139



RECEIVED
AUG 28 2006
CLAIMS PROCESSING CENTER
USBC, SDNY

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of August, 2006, a copy of the foregoing Notice of Substitution of Appearance, was mailed via first class mail, postage prepaid, to the following:

John Wm. Butler, Esq.
John K. Lyons, Esq.
Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Chicago, Illinois 60606

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, New York 10036

Robert E. Willyard
Law Offices of Robert E. Willyard
2940 East LaPalma Avenue, Suite A
Anaheim, CA 92806

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Mark A. Broude
Latham & Watkins
885 Third Avenue
New York, NY 10022-4802

Robert J. Rosenberg
Latham & Watkins
885 Third Avenue
New York, NY 10022

Charles Davidow
Wilmer Cutler Pickering Hale & Door LLP
2445 M Street
Washington, DC 20037

Jane Ann Himsel
Wooden & McLaughlin, LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204

United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Kurtzman Carson Consultants LLC
12910 Culver Boulevard, Suite I
Los Angeles, CA 90066

Michael D. Warner
Warner Stevens, L.L.P.
301 Commerce Street, Suite 1700
Fort Worth, TX 76102

_____
Bruce A. Harwood