**BUCHANAN INGERSOLL & ROONEY PC**
301 Grant Street, 20th Floor
One Oxford Centre
Pittsburgh, PA  15219
Christopher P. Schueller (CS 9525)
Attorneys for Keystone Powdered Metal Company

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>**DELPHI CORPORATION, <u>et al.</u>,**<br><br>Debtors. | **Chapter 11**<br><br>**Case No.:  05-44481(RDD)**<br>**(Jointly Administered)** |

### WITHDRAWAL OF MOTION BY KEYSTONE POWDERED METAL COMPANY FOR ENTRY OF AN ORDER ACCEPTING KEYSTONE'S FILED PROOF OF CLAIM PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 3003(c) AND 9006(b)(1)

TO:    HONORABLE ROBERT D. DRAIN
       UNITED STATES BANKRUPTCY JUDGE

Keystone Powdered Metal Company ("Keystone"), by and through its attorneys Buchanan Ingersoll & Rooney PC, hereby withdraws its motion filed on August 2, 2006 at docket number 4829 for Entry of an Order Accepting Keystone's Filed Proof of Claim Pursuant to Federal Rules of Bankruptcy Procedure 3003(c) and 9006(b)(1).

2

Dated: August 30, 2006
Pittsburgh, Pennsylvania

**BUCHANAN INGERSOLL & ROONEY PC**

 /s/ Christopher P. Schueller
Christopher P. Schueller (CS 9525)
301 Grant Street, 20th Floor
One Oxford Centre
Pittsburgh, PA  15219
(412) 562-8800

Attorneys for Keystone Powdered Metal Company

2