United States Bankruptcy Court
For the District Of Southern New York

| DELPHI CORPORATION | } | |
| --- | --- | --- |
| | } | |
| | } Case No. 05-44481 | |
| | } | |
| | } **Amount: $1,909.98** | |
| Debtor | } | |

**Omnibus Notice to transfer of Claim pursuant to rule 3001 (e) (1) REVENUE MANAGEMENT successor in interest to:**

**REVENUE MANAGEMENT as successor to RAYSE SA DE CV**
Related Document No. 3905

The transfer of your claim as shown above in the amount of **$1,909.98** has been transferred to:

> **KT TRUST**
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By:/s/ Helena De Young
Kt Trust
(201) 968-0001

9/1/2006

United States Bankruptcy Court
For the District Of Southern New York

| DELPHI CORPORATION | }  |
|---|---|
|  | } Case No. 05-44481 |
|  | } Amount: **$10,700.00** |
| Debtor |  |

**Omnibus Notice to transfer of Claim pursuant to rule 3001 (e) (1) REVENUE MANAGEMENT successor in interest to:**

**REVENUE MANAGEMENT as successor to REPROS INC**
Related Document No. 3919

The transfer of your claim as shown above in the amount of **$10,700.00** has been transferred to:

    **KT TRUST**
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

    By:/s/ Helena De Young
    Kt Trust
    (201) 968-0001

9/1/2006

United States Bankruptcy Court
For the District Of Southern New York

| DELPHI CORPORATION | } |
| --- | --- |
|  | } |
|  | } Case No. 05-44481 |
|  | } |
|  | } Amount: **$1,041.65** |
| Debtor | } |

**Omnibus Notice to transfer of Claim pursuant to rule 3001 (e) (1) REVENUE MANAGEMENT successor in interest to:**

**REVENUE MANAGEMENT as successor to RODAKS PLASTICS**
Related Document No. 3907

The transfer of your claim as shown above in the amount of **$1,041.65** has been transferred to:

> **KT TRUST**
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By:/s/ Helena De Young
Kt Trust
(201) 968-0001

9/1/2006

United States Bankruptcy Court
For the District Of Southern New York

| | |
|---|---|
| DELPHI CORPORATION | } |
| | } |
| | } Case No. 05-44481 |
| | } |
| | } **Amount: $4,228.32** |
| <u>Debtor</u> | } |

**Omnibus Notice to transfer of Claim pursuant to rule 3001 (e) (1) REVENUE MANAGEMENT successor in interest to:**

**REVENUE MANAGEMENT as successor to SPECIAL PURPORSE EQUIPMENT**
Related Document No. 3862

The transfer of your claim as shown above in the amount of **$4,228.32** has been transferred to:

      **KT TRUST**
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

                                    <u>By:/s/ Helena De Young</u>
                                    Kt Trust
                                    (201) 968-0001

                                    9/1/2006

United States Bankruptcy Court
For the District Of Southern New York

| DELPHI CORPORATION | } |
| --- | --- |
| | } Case No. 05-44481 |
| | } Amount: $1,370.10 |
| Debtor | } |

**Omnibus Notice to transfer of Claim pursuant to rule 3001 (e) (1) REVENUE MANAGEMENT successor in interest to:**

**REVENUE MANAGEMENT as successor to WYATT SEAL INC.**
Related Document No. 3903

The transfer of your claim as shown above in the amount of **$1,370.10** has been transferred to:

> **KT TRUST**
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By:/s/ Helena De Young
Kt Trust
(201) 968-0001

9/1/2006

United States Bankruptcy Court
For the District Of Southern New York

| DELPHI CORPORATION | } |
| --- | --- |
| | } Case No. 05-44481 |
| Debtor | } Amount: **$128,432.76** |

**Omnibus Notice to transfer of Claim pursuant to rule 3001 (e) (1) REVENUE MANAGEMENT successor in interest to:**

**REVENUE MANAGEMENT as successor to MAUL ELECTRIC INC**
Related Document No. 4383

The transfer of your claim as shown above in the amount of **$128,432.76** has been transferred to:

> **KT TRUST**
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By:/s/ Helena De Young
Kt Trust
(201) 968-0001

9/1/2006