# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: DELPHI CORPORATION
Case No. 05-44481                                              Court ID (Court Use Only)_____

### OMNIBUS NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

KT TRUST
Name of Transferee

Name and Address where notices and payments
should be sent
KT TRUST
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601
Phone:
(201) 968-0001

CAPITAL MARKETS as successor to:

| TRANSFEROR NAME | CLAIM NO. | AMOUNT |
|---|---|---|
| ROESSEL CO INC EFT | 2437 | $12,687.09 |
| TOTAL TOTE INC | 1124 | $17,266.00 |
| WESTERN NY FLUID | | $12,790.21 |
| | | |
| | | |

Related Document No. 4084 ,4083,3484

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/Helena De Young                                          Date:9/1/2006
 Transferee/Transferee's Agent
Penalty for making a false statement. Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                            _____
                                                     CLERK OF THE COURT