United States Bankruptcy Court
For the Southern District Of New York

| | |
|---|---|
| DELPHI CORPORATION } | |
| } | |
| } | |
| } | |
| } | Case No. 05-44481 |
| } | |
| } | |
| } | Amount: $9,193.54 |
| Debtor                                                         } | |

**Omnibus Notice to transfer of Claim pursuant to rule 3001 (e) (1) CAPITAL MARKETS successor in interest to:**

**CAPITAL MARKETS as successor to SAI SIMCOX ASSOCIATES INC**
Related Document No. 3908

The transfer of your claim as shown above in the amount of **$9,193.54** has been transferred to:

**KT TRUST**
One University Plaza
Suite 312
Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By:/s/ Helena De Young
Kt Trust
(201) 968-0001

United States Bankruptcy Court
For the Southern District Of New York

| DELPHI CORPORATION | }
| | }
| | } Case No. 05-44481
| | }
| | } Amount: **$2,713.35**
| Debtor | }

**Omnibus Notice to transfer of Claim pursuant to rule 3001 (e) (1) CAPITAL MARKETS successor in interest to:**

**CAPITAL MARKETS as successor to US METAL PROCESSING INC**
Related Document No. 3911

The transfer of your claim as shown above in the amount of **$2,713.35** has been transferred to:

> **KT TRUST**
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By:/s/ Helena De Young
Kt Trust
(201) 968-0001

United States Bankruptcy Court
For the Southern District Of New York

| DELPHI CORPORATION | }  |
|---|---|
| | } Case No. 05-44481 |
| | } Amount: $18,066.69 |
| Debtor | } |

**Omnibus Notice to transfer of Claim pursuant to rule 3001 (e) (1) CAPITAL MARKETS successor in interest to:**

**CAPITAL MARKETS as successor to WINZELER STAMPING CO**
Related Document No. 3910

The transfer of your claim as shown above in the amount of **$18,066.69** has been transferred to:

>  **KT TRUST**
>  One University Plaza
>  Suite 312
>  Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

>  By:/s/ Helena De Young
>  Kt Trust
>  (201) 968-0001

05-44481-rdd    Doc 5063    Filed 09/01/06    Entered 09/01/06 11:14:52    Main Document
Pg 4 of 4