United States Bankruptcy Court
For the Southern District Of New York

| DELPHI CORPORATION | } |
| --- | --- |
| | } Case No. 05-44481 |
| | } Amount: $23,148.97 |
| Debtor | } |

**Omnibus Notice to transfer of Claim pursuant to rule 3001 (e) (1) CAPITAL MARKETS successor in interest to:**

**CAPITAL MARKETS as successor to MAGIC VALLEY ELECTRIC CORP**
Related Document No. 4274

The transfer of your claim as shown above in the amount of **$23,148.97** has been transferred to:

> **AFI**
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By:/s/ Helena De Young
Afi
(201) 968-0001