IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------------------x
                                              )
In re:                                        )    Chapter 11
                                              )
DELPHI AUTOMOTIVE SYSTEMS LLC                 )    Case No. 05-44640 (RDD)
                                              )
                                              )
                                              )
            Debtor.                           )
-------------------------------------------------------------------------x
```

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO FRBP RULE 3001(e)(2)

1.    TO:              WATER GREMLIN CO. ("Transferor")
                       1610 Whitaker Avenue
                       White Bear Lake, MN 55110
                       Attn: Scott Schulz, Vice President of Finance
                       Telephone: (651) 209-9410
                       Fax: (651) 429-9611

2.    Please take notice of the transfer, in the amount of $618,610.02, of your general unsecured claim against DELPHI AUTOMOTIVE SYSTEMS LLC, above, as evidenced by the Proof of Claim No. 8145 (attached in Exhibit A hereto) and as relating to the claim scheduled against the Debtor in its schedule of liabilities in the name of Water Gremlin Co. has been transferred to:

                       GOLDMAN SACHS CREDIT PARTNERS, L.P. ("Transferee")
                       c/o Goldman, Sachs & Co.
                       30 Hudson, 17th Floor
                       Jersey City, NJ 07302
                       Attn: Pedro Ramirez
                       Telephone: (917) 343-8319
                       Fax: (212) 428-1243

An evidence of transfer of claim is attached hereto as Exhibit B. All distributions and notices regarding the transferred portion of the claim should be sent to the Transferee at the instructions attached in Exhibit C.

3.    No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS**

NY368578.1/153-01759

**NOTICE, YOU MUST:**

--        **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

               United States Bankruptcy Court
               Southern District of New York
               Attn: Clerk of Court
               Alexander Hamilton Custom House
               One Bowling Green
               New York, NY 10004-1408

--        **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

--        Refer to **INTERNAL CONTROL NO.** _____ in your objection and any further
          correspondence related to this transfer.

4.     If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT
TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON
OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

                                                             CLERK

------------------------------------------------------------------------------------------

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on _____,
2005.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtor's Attorney ___

                                _____
                                  Deputy Clerk

**<u>EXHIBIT A</u>**

**PROOF OF CLAIM**

NY368578.1/153-01759

| UNITED STATES BANKRUPTCY COURT **Southern** | DISTRICT OF **New York** | PROOF OF CLAIM |
|---|---|---|

Name of Debtor
Delphi Automotive Systems LLC

Case Number
05-44640

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**The Debtor has listed your claim as Unliquidated and Disputed on Schedule F as a General Unsecured claim in the amount of $570,307.65. If you believe that you have a claim against the Debtor, you are required to complete and return this form.**

**Master Code: 10402421**

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Water Gremlin Co

Name and address where notices should be sent:

Water Gremlin Co
~~C/o Mizuho Corporate Bank Ltd~~ *Attn: Scott Schulz*
~~PO Box 3235 Church St Station~~ *1610 Whitaker St.*
~~New York NY 10008-3235~~ *White Bear Lake, MN 55110*

Telephone number: *651-209-9410*

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☒ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:
*2070, 2072, 2076 + 2077*

Check here ☐ replaces ☐ amends   a previously filed claim, dated:_____

**1. Basis for Claim**
☒ Goods Sold / Services Performed
☐ Customer Claim
☐ Taxes
☐ Money Loaned
☐ Personal Injury
☐ Other

**COPY**

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS #:_____
Unpaid compensation for services performed
from_____ to_____
(date)        (date)

**2. Date debt was incurred:**
*5/17/05 — 10/6/05*

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ *618,610.02*_____ _____ _____ *618,610.02*
(unsecured)   (secured)   (priority)   (Total)
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☐ Other_____
Value of Collateral: $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)____.
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

**6. Unsecured Nonpriority Claim** $ *618,610.02*
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

RECEIVED
JUN 2006
CLAIMS PROCESSING CENTER
USBC SDNY

Date *6/16/06*
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
*Scott L. Schulz V.P. Finance*
Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

05446400602071753090133369

## **EXHIBIT B**

### **EVIDENCE OF TRANSFER OF CLAIM**

<u>EVIDENCE OF TRANSFER OF CLAIM</u>

TO:        THE DEBTOR AND THE BANKRUPTCY COURT

        For value received, the adequacy and sufficiency of which are hereby acknowledged, Water Gremlin Co. ("<u>Assignor</u>") hereby unconditionally and irrevocably sells, transfers and assigns to Goldman Sachs Credit Partners L.P.  (the "<u>Assignee</u>") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the Bankruptcy Reform Act of 1978, 11 U.S.C. Sections 101 <u>et</u>. <u>seq</u>., as amended (the "<u>Bankruptcy Code</u>")), against Delphi Automotive Systems, LLC (the "<u>Debtor</u>"), the Debtor in Case No. 05-44640 ("<u>Case</u>") pending in the United States Bankruptcy Court for the Southern District of New York (the "<u>Bankruptcy Court</u>"), and the relevant portion of any and all proofs of claim (No. 8145) filed by Assignor or its predecessor-in-interest with the Bankruptcy Court in respect of the foregoing claim.

        Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim, recognizing Assignee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to the Assignee.

        IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 6th day of September 2006.

WATER GREMLIN CO.

By: _____
Name: Scott L. Schulz
Title: VP Finance

GOLDMAN SACHS CREDIT PARTNERS L.P.

By: _____
Name:
Title:

<u>EVIDENCE OF TRANSFER OF CLAIM</u>

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Water Gremlin Co. ("<u>Assignor</u>") hereby unconditionally and irrevocably sells, transfers and assigns to Goldman Sachs Credit Partners L.P. (the "<u>Assignee</u>") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the Bankruptcy Reform Act of 1978, 11 U.S.C. Sections 101 et. seq., as amended (the "<u>Bankruptcy Code</u>")), against Delphi Automotive Systems, LLC (the "<u>Debtor</u>"), the Debtor in Case No. 05-44640 ("<u>Case</u>") pending in the United States Bankruptcy Court for the Southern District of New York (the "<u>Bankruptcy Court</u>"), and the relevant portion of any and all proofs of claim (No. 8145) filed by Assignor or its predecessor-in-interest with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim, recognizing Assignee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 6th day of September 2006.

WATER GREMLIN CO.

By: _____
Name:
Title:

GOLDMAN SACHS CREDIT PARTNERS L.P.

By: _Sandra Stulberger_
Name:
Title:

Sandra L. Stulberger
Authorized Signatory

**EXHIBIT C**

Address for Notices:

Goldman Sachs Credit Partners L.P.
c/o Goldman, Sachs & Co.
30 Hudson, 17th Floor
Jersey City, NJ  07302
Attention:       Pedro Ramirez
Telephone:      (917) 343-8319
Fax:              (212) 428-1243

Wire Instructions:

Citibank N.A.
New York, New York
ABA No.:       021000089
Acct. No.:      40717188
Acct. Name:    Goldman Sachs Credit Partners L.P.
Reference:      Delphi Trade Claim from Water Gremlin
Attention:      Bank Loan Operations – Philip F. Green