UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re:                                          :    Chapter 11
                                                :
Delphi Automotive Systems LLC,                  :    Case No. 05-44640 (RDD)
                                                :
                    Debtors.                    :    (Jointly Administered)
                                                :
                                                :
---------------------------------------------------------x

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO FRBP RULE 3001(e)(2)

TO:  CATALER NORTH AMERICA
CORPORATION ("ASSIGNOR")
2002 Cataler Dr.
Lincolnton, NC  28092

As of July 11, 2006, Assignor's Claim against Debtors in the principal amount of $4,041,686.30 has been transferred to the following Assignee:

**The Bank of Tokyo-Mitsubishi UFJ, Ltd.**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**
Attention:       Andrew G. Douglas
Telephone:      (212) 782-4339
Facsimile:      (212) 782-4934
E-mail:         adouglas@us.mufg.jp

The Evidence of Transfer of Claim is attached as Exhibit A and the Assignee's payment and delivery instructions are attached as Exhibit B. The Proofs of Claim are attached hereto as Exhibit C. No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN TWENTY (20) DAYS OF THE DATE OF THIS NOTICE, YOU MUST FILE A WRITTEN OBJECTION TO THE TRANSFER:**

| Mailing Address: | Physical Address: |
|---|---|
| United States Bankruptcy Court<br>Southern District of New York<br>Delphi Corporation Claim Docketing Center<br>Bowling Green Station, PO Box 5058<br>New York, NY 10274-5058 | United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004 |

PLEASE SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE AT THE FOLLOWING ADDRESS:

**The Bank of Tokyo-Mitsubishi UFJ, Ltd.**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**
Attention:     Andrew G. Douglas
Telephone:   (212) 782-4339
Facsimile:     (212) 782-4934
E-mail:         adouglas@us.mufg.jp

WITH A COPY TO :

Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019
Attention:     Alan M. Christenfeld
Telephone:   (212) 878-8011
Facsimile:     (212) 878-8375
E-mail:         alan.christenfeld@cliffordchance.com

If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE ASSIGNEE WILL BE SUBSTITUTED FOR THE ASSIGNOR ON THE BANKRUPTCY COURT RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

Dated: July 11, 2006

THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.

By: _/s/ Andrew Douglas_
Name:
Title:       ANDREW DOUGLAS
             Authorized Signatory

**EXHIBIT A**

## EVIDENCE OF TRANSFER OF CLAIM

### UNITED STATES BANKRUPTCY COURT

### SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re:                                                : Chapter 11
                                                      :
Delphi Automotive Systems LLC,                        : Case No. 05-44481 (RDD)
                                                      :
                    Debtors.                          : (Jointly Administered)
                                                      :
                                                      :
                                                      :
---------------------------------------------------------x

**CATALER NORTH AMERICA CORPORATION** (the "Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.**, its respective successors and assigns ("Assignee") all rights, title and interest in and to the claims of Assignor in the principal amount of $4,041,686.30 plus all interest, fees and other amounts related thereto (the "Claim") against Delphi Automotive Systems LLC (the "Debtors") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court, Southern District of New York, or any other court with jurisdiction over the bankruptcy proceedings ("Bankruptcy Court"), Case No. 05-44481 (RDD) (Jointly Administered), In re Delphi Corp.

The claim transferred hereby constitutes the claim described in the true copy of the Proof of Claim dated June 8, 2006, which is attached hereto as Exhibit C. Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

**[The remainder of this page is left blank intentionally. The next page is the signature page.]**

IN WITNESS WHEREOF, dated the 11 day of July, 2006.

> THE BANK OF TOKYO-MITSUBISHI
> UFJ, LTD., as Assignee
>
> By _____
> Name:
> Title:     ANDREW DOUGLAS
>           Authorized Signatory

Accepted and agreed to as of this 11th date of
July, 2006

CATALER NORTH AMERICA
CORPORATIN, as Assignor

By: _____
Name: Kenji Ueno
Title:  President

## EXHIBIT B

<u>Assignee's Payment and Delivery Instructions</u>:

<u>Notice</u>:
Primary Contact:            **Andrew G. Douglas**
Street Address:             **1251 Avenue of the Americas**
City, State, Zip Code:      **New York, NY 10020-1104**
Phone Number:               **(212) 782 4339**
Fax Number:                 **(212) 782-4934**

<u>Wire</u>:
Name of Bank:               **The Bank of Tokyo-Mitsubishi UFJ, Ltd.**
Routing Transit/ABA number: **026-009-632**
Name of Account:            **Loan Operations Group**
Account Number:             **9777-0191**

**EXHIBIT C**

**Proof of Claim**

FORM B10 (Official Form 10) (10/05)    CORRECTED PROOF OF CLAIM

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: Delphi Automotive Systems, LLC | Case Number: 05-44640 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or other entity to whom the debtor owes money or property):
Cataler North America Corp

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**Name and address where notices should be sent:**
Cataler North America Corp
2002 Cataler Dr.
Lincolntown, NC 28092

Telephone number: 828-970-0014

☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

**Received JUL 25 2006 Kurtzman Carson**

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor:

Check here ☐ replaces
if this claim ☑ amends   a previously filed claim, dated: 06/09/2006

1. **Basis for Claim**
   ☑ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☐ Other _____

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last four digits of your SS #: ____
   Unpaid compensation for services performed
   from _____ to _____
   (date)         (date)

2. **Date debt was incurred:** 9/26/2005-10/6/2005

3. **If court judgment, date obtained:** N/A

4. **Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

   **Unsecured Nonpriority Claim** $ 4,023,387.57
   ☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

   **Unsecured Priority Claim**
   ☑ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
   Amount entitled to priority $ 18,298.73

   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
   ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

   **Secured Claim**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
   Value of Collateral: $ _____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☑ Other - Specify applicable paragraph of 11 U.S.C. § 507(a), 503(b), 546(c)
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

5. **Total Amount of Claim at Time Case Filed:**   $ 4,023,387.57   0.00   18,298.73   4,041,686.30
   (unsecured)   (secured)   (priority)   (Total)
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

7. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 7/13/2006 | [signature] JOEL D. APPLEBAUM, ATTORNEY IN FACT |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



# CLARK HILL
### PLC
ATTORNEYS AT LAW

500 Woodward Avenue
Suite 3500
Detroit, Michigan 48226-3435
Tel. (313) 965-8300 ∎ Fax (313) 965-8252
www.clarkhill.com

Joel D. Applebaum
Phone: (313) 965-8579
E-Mail: japplebaum@clarkhill.com

June 8, 2006

**SENT VIA FEDERAL EXPRESS**
U.S. Bankruptcy Court, S.D.N.Y.
Attn: Delphi Automotive Systems Claims
One Bowling Green
New York, NY 10004-1408

   Re:  **Proofs of Claims**

Dear Delphi Automotive Systems Claims:

   Enclosed is an original and two copies of the Proof of Claim regarding Cataler North America. Please return two time stamped copies in the enclosed self-addressed stamped envelope. Thank you for your attention in this matter.

                         Sincerely,

                         CLARK HILL PLC

                         Joel D. Applebaum

JDA:mcc
Enclosures

*Detroit, Michigan ∎ Birmingham, Michigan ∎ Lansing, Michigan*

**WORKING FILE COPY**

FORM B10 (Official Form 10) (10/05)

| United States Bankruptcy Court Southern District of New York | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Delphi Automotive Systems, LLC | Case Number: 05-44640 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Cataler North America Corp

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
Cataler North America Corp
2002 Cataler Dr.
Lincolntown, NC 28092

☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number: (828) 970-0014

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor:

Check here ☐ replaces
if this claim ☐ amends a previously filed claim, dated:_____

1. **Basis for Claim**
   ☑ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☐ Other _____

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last four digits of your SS #: _____
   Unpaid compensation for services performed
   from _____ to _____
   (date)          (date)

2. **Date debt was incurred:** 09262005-10062005

3. **If court judgment, date obtained:** N/A

4. **Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

   Unsecured Nonpriority Claim $ 4,023,387.57

   ☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

   **Unsecured Priority Claim**
   ☑ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
   Amount entitled to priority $ 18,298.73
   Specify the priority of the claim: Administrative
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
   ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

   **Secured Claim**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
   Value of Collateral: $ _____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☑ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(5) and 54(e).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

5. **Total Amount of Claim at Time Case Filed:** $ 4,023,387.57   0.00   18,298.73   4,041,686.30
   (unsecured)  (secured)  (priority)  (Total)

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

7. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 6/8/2006 | Joel D. Applebaum, Attorney In Fact |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Cataler North America Corp.
February 21, 2006
Page 5

*Reclamation Claim*
Reconciled Amount $18,298.73

## AGREEMENT

In accordance with paragraph 2, section (b)(iii) of the Order, Cataler North America Corp. agrees to the terms of this Statement.

Cataler North America Corp.

By: _____*Albert Alvarez*_____    Dated: ___4/24/06___
         (signature)

_____Albert Alvarez_____
   (print or type name)

_____GM - Administration; Corporate Secretary_____
   (print or type title)

## DISAGREEMENT

In accordance with paragraph 2, section (b)(iv) of the Order, Cataler North America Corp. disputes the terms of this Statement and encloses the information required by paragraph 2, section (b)(iv) of the Order.

Cataler North America Corp.

By: _____    Dated: _____
       (signature)

_____
   (print or type name)

_____
   (print or type title)

5

**Delphi Bankruptcy Claim**           unsecured claim

**Cataler North America**

| Invoice # | finvtype | Ship date | Original due | Document Date | Total Amount | Bill Of Lading | |
|---|---|---|---|---|---|---|---|
| 0000003307 | N | 8/29/2005 | 9/28/2005 | 9/1/2005 | $2,416.40 | 2999 | |
| 0000003302 | N | 8/29/2005 | 10/2/2005 | 9/1/2005 | $441,674.91 | 2993 | |
| 0000003303 | N | 8/29/2005 | 10/2/2005 | 9/1/2005 | $39,839.66 | 2994 | |
| 0000003304 | N | 8/29/2005 | 10/2/2005 | 9/1/2005 | $13,157.76 | 2995 | |
| 0000003305 | N | 8/29/2005 | 10/2/2005 | 9/1/2005 | $14,797.44 | 2997 | |
| 0000003306 | N | 8/29/2005 | 10/2/2005 | 9/1/2005 | $21,826.56 | 2998 | |
| 0000003325 | N | 9/1/2005 | 11/1/2005 | 9/6/2005 | $224,011.71 | 3014 | |
| 0000003326 | N | 9/1/2005 | 11/1/2005 | 9/6/2005 | $10,913.28 | 3016 | |
| 0000003328 | N | 9/1/2005 | 11/1/2005 | 9/6/2005 | $48,948.84 | 3019 | |
| 0000003345 | N | 9/1/2005 | 11/1/2005 | 9/6/2005 | $13,157.76 | 3015 | |
| 0000003339 | N | 9/6/2005 | 11/1/2005 | 9/8/2005 | $155,689.65 | 3030 | |
| 0000003340 | N | 9/6/2005 | 11/1/2005 | 9/8/2005 | $22,438.60 | 3031 | |
| 0000003341 | N | 9/6/2005 | 11/1/2005 | 9/8/2005 | $23,308.17 | 3032 | |
| 0000003342 | N | 9/6/2005 | 11/1/2005 | 9/8/2005 | $39,869.20 | 3033 | |
| 0000003343 | N | 9/6/2005 | 11/1/2005 | 9/8/2005 | $33,403.48 | 3034-1 | |
| 0000003314 | M | 8/31/2005 | 10/2/2005 | 9/9/2005 | $12,654.37 | CCP32489 | |
| 0000003315 | M | 8/31/2005 | 10/2/2005 | 9/9/2005 | $15,033.60 | CCP32487 | |
| 0000003358 | N | 9/8/2005 | 11/1/2005 | 9/12/2005 | $285,682.95 | 3046 | |
| 0000003359 | N | 9/8/2005 | 11/1/2005 | 9/12/2005 | $10,913.28 | 3047 | |
| 0000003360 | N | 9/8/2005 | 11/1/2005 | 9/12/2005 | $42,495.44 | 3048 | |
| 0000003373 | N | 9/12/2005 | 11/1/2005 | 9/12/2005 | $28,492.80 | 3045 | |
| 0000003390 | M | 9/7/2005 | 11/1/2005 | 9/14/2005 | $17,293.81 | CCP32853 | |
| 0000003391 | M | 9/7/2005 | 11/1/2005 | 9/14/2005 | $7,516.80 | CCP32852 | |
| 0000003357 | N | 9/8/2005 | 11/1/2005 | 9/15/2005 | $28,143.00 | 3062 | |
| 0000003371 | N | 9/12/2005 | 11/1/2005 | 9/15/2005 | $293,139.93 | 3060 | |
| 0000003372 | N | 9/12/2005 | 11/1/2005 | 9/15/2005 | $31,857.49 | 3061 | |
| 0000003374 | N | 9/12/2005 | 11/1/2005 | 9/15/2005 | $34,347.60 | 3063 | |
| 0000003375 | N | 9/12/2005 | 11/1/2005 | 9/15/2005 | $26,315.52 | 3064 | |
| 0000003376 | N | 9/12/2005 | 11/1/2005 | 9/15/2005 | $22,468.32 | 3065 | |
| 0000003407 | N | 9/15/2005 | 11/1/2005 | 9/19/2005 | $266,234.34 | 3086 | |
| 0000003408 | N | 9/15/2005 | 11/1/2005 | 9/19/2005 | $9,764.37 | 3087 | |
| 0000003409 | N | 9/15/2005 | 11/1/2005 | 9/19/2005 | $33,598.46 | 3089 | |
| 0000003410 | N | 9/15/2005 | 11/1/2005 | 9/19/2005 | $14,797.44 | 3090 | |
| 0000003411 | N | 9/15/2005 | 11/1/2005 | 9/19/2005 | $10,913.28 | 3091 | |
| 0000003392 | M | 9/14/2005 | 11/1/2005 | 9/21/2005 | $7,297.56 | CCP33236 | |
| 0000003393 | M | 9/14/2005 | 11/1/2005 | 9/21/2005 | $11,702.69 | CCP33237 | |
| 0000003420 | N | 9/19/2005 | 11/1/2005 | 9/22/2005 | $197,710.74 | 3100 | |
| 0000003421 | N | 9/19/2005 | 11/1/2005 | 9/22/2005 | $25,247.14 | 3101 | |
| 0000003422 | N | 9/19/2005 | 11/1/2005 | 9/22/2005 | $3,490.17 | 3102 | |
| 0000003423 | N | 9/19/2005 | 11/1/2005 | 9/22/2005 | $28,919.66 | 3104 | |
| 0000003436 | N | 9/22/2005 | 11/1/2005 | 9/26/2005 | $166,169.73 | 3117 | |
| 0000003437 | N | 9/22/2005 | 11/1/2005 | 9/26/2005 | $22,468.32 | 3119 | |
| 0000003438 | N | 9/22/2005 | 11/1/2005 | 9/26/2005 | $14,797.44 | 3120 | |
| 0000003464 | N | 9/29/2005 | 11/1/2005 | 10/1/2005 | $404,994.63 | 3138 | |
| 0000003468 | N | 9/29/2005 | 11/1/2005 | 10/1/2005 | $19,047.30 | 3143 | |
| 0000003469 | N | 9/29/2005 | 11/1/2005 | 10/1/2005 | $20,251.28 | 3144 | |
| 0000003470 | N | 9/29/2005 | 11/1/2005 | 10/1/2005 | $14,248.40 | 3145 | |
| 0000003471 | N | 9/29/2005 | 11/1/2005 | 10/1/2005 | $31,758.86 | 3146 | |
| 0000003472 | N | 9/29/2005 | 11/1/2005 | 10/1/2005 | $714.96 | 3147 | (deducted reclamation) |
| 0000003473 | N | 9/29/2005 | 11/1/2005 | 10/1/2005 | $306.72 | 3148 | (deducted reclamation) |
| 0000003474 | N | 9/29/2005 | 11/1/2005 | 10/1/2005 | $13,998.12 | 3149 | |
| 0000003439 | M | 9/21/2005 | 11/1/2005 | 10/3/2005 | $6,423.84 | CCP33632 | |
| 0000003440 | M | 9/21/2005 | 11/1/2005 | 10/3/2005 | $7,516.80 | CCP33631 | |
| 0000003448 | M | 9/26/2005 | 11/1/2005 | 10/3/2005 | $15,929.88 | CCP33868 | (deducted reclamation) |
| 0000003449 | M | 9/26/2005 | 11/1/2005 | 10/3/2005 | $6,806.88 | CCP33867 | (deducted reclamation) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 0000003457 | N | 9/28/2005 | 11/1/2005 | 10/3/2005 | $128,784.06 | 3129 |
| 0000003478 | N | 9/30/2005 | 11/1/2005 | 10/4/2005 | $90,289.92 | 3153 |
| 0000003480 | N | 9/30/2005 | 11/1/2005 | 10/4/2005 | $44,847.48 | 3154 |
| 0000003482 | M | 9/28/2005 | 11/1/2005 | 10/5/2005 | $6,373.79 | CCP34013 | (deducted reclamation) |
| 0000003479 | N | 9/30/2005 | 11/1/2005 | 10/5/2005 | $14,797.44 | 3155 |
| 0000003498 | N | 10/3/2005 | 12/2/2005 | 10/6/2005 | $52,991.12 | 3163 |
| 0000003496 | N | 10/3/2005 | 12/2/2005 | 10/6/2005 | $285,481.41 | 3161 |
| 0000003497 | N | 10/3/2005 | 12/2/2005 | 10/6/2005 | $28,870.71 | 3162 |
| 0000003499 | N | 10/3/2005 | 12/2/2005 | 10/6/2005 | $31,829.31 | 3164 |
| 0000003500 | N | 10/3/2005 | 12/2/2005 | 10/6/2005 | $22,207.00 | 3165 |

**General Claim Total**         $4,023,387.57

**Reclamation**

| | | | | | | |
|---|---|---|---|---|---|---|
| 0000003448 | M | 9/26/2005 | 11/1/2005 | 10/3/2005 | $709.65 | CCP33868 |
| 0000003449 | M | 9/26/2005 | 11/1/2005 | 10/3/2005 | $8,132.76 | CCP33867 |
| 0000003462 | M | 9/28/2005 | 11/1/2005 | 10/5/2005 | $1,143.01 | CCP34013 |
| 0000003472 | N | 9/29/2005 | 11/1/2005 | 10/1/2005 | $6,289.92 | 3147 |
| 0000003473 | N | 9/29/2005 | 11/1/2005 | 10/1/2005 | $2,023.38 | 3148 |

**Reclamation claim total**         $18,298.73

**Claim total**         $4,041,686.30

FedEx | Ship Manager | Label 7910 1090 0455                                      Page 1 of 1

From: Origin ID: (313)965-8300
Joel D. Applebaum
Clark Hill PLC
500 Woodward Avenue
Suite 3500
Detroit, MI 48226-3435



Ship Date: 08JUN06
ActWgt: 1 LB
System#: 9389023/INET2400
Account#: S *********

REF: 25777/103229



Delivery Address Bar Code

SHIP TO: (212)668-2870    BILL SENDER
U. S. Bankruptcy Court S.D.N.Y.
Delphi Automotive Systems Claims
One Bowling Green

New York, NY 100041408

STANDARD OVERNIGHT                          FRI
                                            Deliver By:
TRK#  7910 1090 0455    FORM   09JUN06
                        0201
                                EWR    A1
10004   -NY-US
                        Z1 SXYA

Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/cgi-bin/ship_it/unity/4JeZu2EgZr4CbWz4EfSr8AbVz7DfWy3AiXr...    6/8/2006

## Croft, Monique C.

**From:** TrackingUpdates@fedex.com
**Sent:** Friday, June 09, 2006 9:14 AM
**To:** Croft, Monique C.
**Subject:** FedEx Shipment 791010900455 Delivered

Our records indicate that the following shipment has been delivered:

Tracking number:        791010900455
Reference:              25777/103239
Ship (P/U) date:        Jun 8, 2006
Delivery date:          Jun 9, 2006 09:10 AM
Sign for by:            G.WHITE
Delivered to:           Receptionist/Front Desk
Service type:           FedEx Standard Overnight
Packaging type:         FedEx Envelope
Number of pieces:       1
Weight:                 0.5 LB

Shipper Information                  Recipient Information
Joel D. Applebaum                    U. S. Bankruptcy Court S.D.N.Y.
Clark Hill PLC                       Delphi Automotive Systems Claims
500 Woodward Avenue                  One Bowling Green
Suite 3500                           New York
Detroit                              NY
MI                                   US
US                                   100041408
482263435

Special handling/Services:
Deliver Weekday

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 8:13 AM  CDT
on 06/09/2006.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number  above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of  the
request, the requestor's message, or the accuracy of this tracking update.  For
tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

6/9/2006