UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In re:                                          :        Chapter 11
                                                :
Delphi Automotive Systems LLC,                  :        Case No. 05-44640 (RDD)
                                                :
                      Debtors.                  :
                                                :
                                                :
-----------------------------------------------------X

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)

**To: JPMorgan Chase Bank, N.A.**
**270 Park Avenue, 17ᵗʰ Floor**
**New York, NY 10017**
**("Assignor")**

As of August 31, 2006, Assignor's Claim against Debtor in the principal amount of $4,041,686.30 has been transferred to Special Situations Investing Group, Inc. ("Assignee"). The Evidence of Transfer of Claim from Assignor to Assignee is attached as Exhibit A and Assignee's payment and delivery instructions are attached as Exhibit B. A copy of the Proof of Claim filed by Cataler North America Corporation (the "Original Assignor") is attached hereto as Exhibit C. A copy of the Evidence of Transfer of Claim from Original Assignor to The Bank of Tokyo-Mitsubishi UFJ, Ltd. ("BofT") is attached hereto as Exhibit D-1 and a copy of Evidence of Transfer of Claim from BofT to Assignor is attached hereto as Exhibit D-2. NO ACTION IS REQUIRED IF YOU DO NOT OBJECT TO THE TRANSFER OF YOUR CLAIM. HOWEVER, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN TWENTY (20) DAYS OF THE DATE OF THIS NOTICE, YOU MUST FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT:

| Mailing Address: | Physical Address: |
|---|---|
| United States Bankruptcy Court Southern District of New York Delphi Corporation Claim Docketing Center Bowling Green Station, PO Box 5058 New York, NY 10274-5058 | United States Bankruptcy Court Southern District of New York One Bowling Green New York, NY 10004 |

PLEASE SEND A COPY OF YOUR OBJECTION TO THE ASSIGNEE AT THE ABOVE ADDRESS. IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED. IF YOUR OBJECTION IS NOT TIMELY FILED, THE ASSIGNEE WILL BE SUBSTITUTED FOR THE ASSIGNOR ON THE BANKRUPTCY COURT RECORDS AS A CLAIMANT IN THIS PROCEEDING.

SPECIAL SITUATIONS INVESTING GROUP, INC.

By: _____

Name:   **ROBERT G. FRAHM III**
Title:   **AUTHORIZED SIGNATORY**

**EXHIBIT A**

Evidence of Transfer of Claim

## EVIDENCE OF TRANSFER OF CLAIM

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

    In re:                                  :           Chapter 11

                                     :

    Delphi Automotive Systems LLC,    :           Case No. 05-44640 (RDD)

                                     :

                  Debtors.         :

                                     :

                                     :

-----------------------------------------------------------X

       **JPMORGAN CHASE BANK, N.A.** ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **SPECIAL SITUATIONS INVESTING GROUP, INC.**, its respective successors and assigns ("Assignee") all rights, title and interest in and to the claims of Assignor in the principal amount of $4,041,686.30 plus all interest, fees and other amounts related thereto (the "Claim") against Delphi Corporation et al. (the "Debtors") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court, Southern District of New York, or any other court with jurisdiction over the bankruptcy proceedings ("Bankruptcy Court"), Case No. 05-44481 (RDD) (Jointly Administered).

       The claim transferred hereby constitutes the claim described in the true copy of the Proof of Claim filed by Cataler North America Corporation (the "Original Assignor"), a copy of which is attached hereto as Exhibit C. A copy of the Evidence of Transfer of Claim from Original Assignor to The Bank of Tokyo-Mitsubishi UFJ, Ltd. ("BofT") is attached hereto as Exhibit D-1 and a copy of Evidence of Transfer of Claim from BofT to Assignor is attached hereto as Exhibit D-2. The Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

                             **{Signatures appear on the following page.}**

AUG-31-2006 09:09 From:                           To:Goldman Sachs   Co   P.4/4

**IN WITNESS WHEREOF,** dated the 31ˢᵗ day of August, 2006.

SPECIAL SITUATIONS INVESTING
GROUP, INC., as Assignee

By: _____

Name:

Title:     **ROBERT G. FRAHM III**
           **AUTHORIZED SIGNATORY**

Accepted and agreed to as of this 31ˢᵗ day of
August, 2006

**JPMORGAN CHASE BANK, N.A.,**
as Assignor

By _____

    **Name:**

    **Title:**

IN WITNESS WHEREOF, dated the 31st day of August, 2006.

SPECIAL SITUATIONS INVESTING
GROUP, INC., as Assignee

By:_____
Name:
Title:

Accepted and agreed to as of this 31st day of
August, 2006

**JPMORGAN CHASE BANK, N.A.,**
**as Assignor**

By _____
Name:
Title:         ANDREW OPEL
               AUTHORIZED SIGNATORY

**EXHIBIT B**

Assignee's Payment and Delivery Instructions:

*Notice*

Special Situations Investing Group, Inc.
c/o Goldman, Sachs & Co.
85 Broad Street, 28th Floor
New York, NY 10004
Attn: Al Drumbowski
Tel.: 212-357-5126
Fax: 212-902-4103

*With a copy to:*
Goldman, Sachs & Co.
30 Hudson Street, 17th Floor
Jersey City, NJ 07302
Attn: Pedro Ramirez
Tel.: 917-343-8319
Fax: 212-428-1243

*Wire*

JPMorgan Chase Bank, N.A.
New York, NY
ABA # 021000021
A/C Name: Special Situations Investing Group, Inc.
A/C # 066906601
Ref: Delphi
Attn: Philip Green

## EXHIBIT C

Proof of Claim

FORM B10 (Official Form 10) (10/05)     CORRECTED PROOF OF CLAIM

| UNITED STATES BANKRUPTCY COURT __SOUTHERN__ | DISTRICT OF __NEW YORK__ | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor<br>Delphi Automotive Systems, LLC | Case Number<br>05-44640 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>Catalar North America Corp | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | **Received**<br><br>JUL 2 5 2006<br><br>Kurtzman Carson<br>THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|
| Name and address where notices should be sent:<br>Catalar North America Corp<br>2002 Catalar Dr.<br>Lincolnton, NC 28092<br>Telephone number: 828-970-0014 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | |

| Last four digits of account or other number by which creditor identifies debtor: | Check here ☐ replaces<br>if this claim ☑ amends   a previously filed claim. dated: 06/09/2006 |
|---|---|

| 1.    Basis for Claim | |
|---|---|
| ☑ Goods sold<br>☐ Services performed<br>☐ Money loaned<br>☐ Personal injury/wrongful death<br>☐ Taxes<br>☐ Other _____ | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)<br>☐ Wages, salaries, and compensation (fill out below)<br>Last four digits of your SS #: _____<br>Unpaid compensation for services performed<br>from _____ to_____<br>(date)                    (date) |

| 2.    Date debt was incurred:<br>9/26/2005-10/6/2005 | 3.    If court judgment, date obtained:  N/A |
|---|---|

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $ 4,023,387.57
☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other_____
Value of Collateral:   $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

Unsecured Priority Claim
☑ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority $ 18,298.73

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☑ Other - Specify applicable paragraph of 11 U.S.C. § 507(a). 503(b),<br>546(b)

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

| 5.    Total Amount of Claim at Time Case Filed: | $ 4,023,387.57 | 0.00 | 18,298.73 | 4,041,686.30 |
|---|---|---|---|---|
| | (unsecured) | (secured) | (priority) | (Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.                                                                  THIS SPACE IS FOR COURT USE ONLY

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 7/13/2006 | JOEL D. APPLEBAUM, ATTORNEY IN FACT |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



## CLARK HILL
PLC
ATTORNEYS AT LAW

500 Woodward Avenue
Suite 3500
Detroit, Michigan 48226-3435
Tel. (313) 965-8300 ∎ Fax (313) 965-8252
www.clarkhill.com

Joel D. Applebaum
Phone: (313) 965-8579
E-Mail: japplebaum@clarkhill.com

June 8, 2006

**SENT VIA FEDERAL EXPRESS**
U.S. Bankruptcy Court, S.D.N.Y.
Attn: Delphi Automotive Systems Claims
One Bowling Green
New York, NY 10004-1408

Re:  **Proofs of Claims**

Dear Delphi Automotive Systems Claims:

Enclosed is an original and two copies of the Proof of Claim regarding Cataler North America. Please return two time stamped copies in the enclosed self-addressed stamped envelope. Thank you for your attention in this matter.

Sincerely,

CLARK HILL PLC

Joel D. Applebaum

JDA:mcc
Enclosures

*Detroit, Michigan ∎ Birmingham, Michigan ∎ Lansing, Michigan*

# WORKING FILE COPY

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT Southern    DISTRICT OF New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor | Case Number |
|---|---|
| Delphi Automotive Systems, LLC | 05-44640 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):  Cataler North America Corp | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
|---|---|
| Name and address where notices should be sent:  Cataler North America Corp  2002 Cataler Dr.  Lincolntown, NC 28092  Telephone number: (828) 970-0014 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.  ☐ Check box if the address differs from the address on the envelope sent to you by the court.  THIS SPACE IS FOR COURT USE ONLY |

| Last four digits of account or other number by which creditor identifies debtor: | Check here ☐ replaces  if this claim ☐ amends  a previously filed claim, dated:_____ |
|---|---|

| 1. Basis for Claim | |
|---|---|
| ☑ Goods sold  ☐ Services performed  ☐ Money loaned  ☐ Personal injury/wrongful death  ☐ Taxes  ☐ Other _____ | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)  ☐ Wages, salaries, and compensation (fill out below)  Last four digits of your SS #:  Unpaid compensation for services performed  from _____ to _____  (date)          (date) |

| 2. Date debt was incurred:  09282005-10062005 | 3. If court judgment, date obtained:  N/A |
|---|---|

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case was filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $ 4,023,37.57

☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Secured Claim**

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:

☐ Real Estate    ☐ Motor Vehicle    ☐ Other_____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**Unsecured Priority Claim**

☑ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority $ 18,298.73

Specify the priority of the claim: Administrative

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☑ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(503b) and 546ca

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

| 5. Total Amount of Claim at Time Case Filed: | $ 4,023,387.57 | 0.00 | 18,298.73 | 4,041,686.30 |
|---|---|---|---|---|
| | (unsecured) | (secured) | (priority) | (Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| 6. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

7. Supporting Documents: *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 6/8/2006 | Joel D. Applebaum, Attorney In Fact |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Cataler North America Corp.
February 21, 2006
Page 5

*Reclamation Claim*
Reconciled Amount $18,298.73

## AGREEMENT

In accordance with paragraph 2, section (b)(iii) of the Order, Cataler North America Corp. agrees to the terms of this Statement.

Cataler North America Corp.

By: _Albert Alvarez_    Dated: __4/24/06__
        (signature)

_Albert Alvarez_
    (print or type name)

_GM - Administration ; Corporate Secretary_
    (print or type title)


## DISAGREEMENT

In accordance with paragraph 2, section (b)(iv) of the Order, Cataler North America Corp. disputes the terms of this Statement and encloses the information required by paragraph 2, section (b)(iv) of the Order.

Cataler North America Corp.

By: _____    Dated: _____
        (signature)

_____
    (print or type name)

_____
    (print or type title)

5

Delphi Bankruptcy Claim

*unsecured claim*

**Cataler North America**

| Invoice # | finvtype | Ship date | Original due | Document Date | Total Amount | Bill Of Lading | |
|---|---|---|---|---|---|---|---|
| 0000003307 | N | 8/29/2005 | 9/28/2005 | 9/1/2005 | $2,416.40 | 2999 | |
| 0000003302 | N | 8/29/2005 | 10/2/2005 | 9/1/2005 | $441,674.91 | 2993 | |
| 0000003303 | N | 8/29/2005 | 10/2/2005 | 9/1/2005 | $39,839.66 | 2994 | |
| 0000003304 | N | 8/29/2005 | 10/2/2005 | 9/1/2005 | $13,157.76 | 2995 | |
| 0000003305 | N | 8/29/2005 | 10/2/2005 | 9/1/2005 | $14,797.44 | 2997 | |
| 0000003306 | N | 8/29/2005 | 10/2/2005 | 9/1/2005 | $21,826.56 | 2998 | |
| 0000003325 | N | 9/1/2005 | 11/1/2005 | 9/6/2005 | $224,011.71 | 3014 | |
| 0000003326 | N | 9/1/2005 | 11/1/2005 | 9/6/2005 | $10,913.28 | 3016 | |
| 0000003328 | N | 9/1/2005 | 11/1/2005 | 9/6/2005 | $48,948.84 | 3019 | |
| 0000003345 | N | 9/1/2005 | 11/1/2005 | 9/6/2005 | $13,157.76 | 3015 | |
| 0000003339 | N | 9/8/2005 | 11/1/2005 | 9/8/2005 | $155,689.65 | 3030 | |
| 0000003340 | N | 9/6/2005 | 11/1/2005 | 9/8/2005 | $22,438.60 | 3031 | |
| 0000003341 | N | 9/6/2005 | 11/1/2005 | 9/8/2005 | $23,308.17 | 3032 | |
| 0000003342 | N | 9/6/2005 | 11/1/2005 | 9/8/2005 | $39,869.20 | 3033 | |
| 0000003343 | N | 9/6/2005 | 11/1/2005 | 9/8/2005 | $33,403.48 | 3034-1 | |
| 0000003314 | M | 8/31/2005 | 10/2/2005 | 9/9/2005 | $12,654.37 | CCP32489 | |
| 0000003315 | M | 8/31/2005 | 10/2/2005 | 9/9/2005 | $15,033.60 | CCP32487 | |
| 0000003358 | N | 9/8/2005 | 11/1/2005 | 9/12/2005 | $285,682.95 | 3046 | |
| 0000003359 | N | 9/8/2005 | 11/1/2005 | 9/12/2005 | $10,913.28 | 3047 | |
| 0000003360 | N | 9/8/2005 | 11/1/2005 | 9/12/2005 | $42,495.44 | 3048 | |
| 0000003373 | N | 9/12/2005 | 11/1/2005 | 9/12/2005 | $28,492.80 | 3045 | |
| 0000003390 | M | 9/7/2005 | 11/1/2005 | 9/14/2005 | $17,293.81 | CCP32853 | |
| 0000003391 | M | 9/7/2005 | 11/1/2005 | 9/14/2005 | $7,516.80 | CCP32852 | |
| 0000003357 | N | 9/8/2005 | 11/1/2005 | 9/15/2005 | $28,143.00 | 3062 | |
| 0000003371 | N | 9/12/2005 | 11/1/2005 | 9/15/2005 | $293,139.93 | 3060 | |
| 0000003372 | N | 9/12/2005 | 11/1/2005 | 9/15/2005 | $31,857.49 | 3061 | |
| 0000003374 | N | 9/12/2005 | 11/1/2005 | 9/15/2005 | $34,347.60 | 3063 | |
| 0000003375 | N | 9/12/2005 | 11/1/2005 | 9/15/2005 | $26,315.52 | 3064 | |
| 0000003376 | N | 9/12/2005 | 11/1/2005 | 9/15/2005 | $22,468.32 | 3065 | |
| 0000003407 | N | 9/15/2005 | 11/1/2005 | 9/19/2005 | $268,234.34 | 3086 | |
| 0000003408 | N | 9/15/2005 | 11/1/2005 | 9/19/2005 | $9,764.37 | 3087 | |
| 0000003409 | N | 9/15/2005 | 11/1/2005 | 9/19/2005 | $33,598.46 | 3089 | |
| 0000003410 | N | 9/15/2005 | 11/1/2005 | 9/19/2005 | $14,797.44 | 3090 | |
| 0000003411 | N | 9/15/2005 | 11/1/2005 | 9/19/2005 | $10,913.28 | 3091 | |
| 0000003392 | M | 9/14/2005 | 11/1/2005 | 9/21/2005 | $7,297.56 | CCP33236 | |
| 0000003393 | M | 9/14/2005 | 11/1/2005 | 9/21/2005 | $11,702.69 | CCP33237 | |
| 0000003420 | N | 9/19/2005 | 11/1/2005 | 9/22/2005 | $197,710.74 | 3100 | |
| 0000003421 | N | 9/19/2005 | 11/1/2005 | 9/22/2005 | $25,247.14 | 3101 | |
| 0000003422 | N | 9/19/2005 | 11/1/2005 | 9/22/2005 | $3,490.17 | 3102 | |
| 0000003423 | N | 9/19/2005 | 11/1/2005 | 9/22/2005 | $28,919.86 | 3104 | |
| 0000003436 | N | 9/22/2005 | 11/1/2005 | 9/26/2005 | $166,169.73 | 3117 | |
| 0000003437 | N | 9/22/2005 | 11/1/2005 | 9/26/2005 | $22,468.32 | 3119 | |
| 0000003438 | N | 9/22/2005 | 11/1/2005 | 9/26/2005 | $14,797.44 | 3120 | |
| 0000003464 | N | 9/29/2005 | 11/1/2005 | 10/1/2005 | $404,994.63 | 3138 | |
| 0000003468 | N | 9/29/2005 | 11/1/2005 | 10/1/2005 | $19,047.30 | 3143 | |
| 0000003469 | N | 9/29/2005 | 11/1/2005 | 10/1/2005 | $20,251.28 | 3144 | |
| 0000003470 | N | 9/29/2005 | 11/1/2005 | 10/1/2005 | $14,246.40 | 3145 | |
| 0000003471 | N | 9/29/2005 | 11/1/2005 | 10/1/2005 | $31,758.86 | 3146 | |
| 0000003472 | N | 9/29/2005 | 11/1/2005 | 10/1/2005 | $714.96 | 3147 | (deducted reclamation) |
| 0000003473 | N | 9/29/2005 | 11/1/2005 | 10/1/2005 | $306.72 | 3148 | (deducted reclamation) |
| 0000003474 | N | 9/29/2005 | 11/1/2005 | 10/1/2005 | $13,998.12 | 3149 | |
| 0000003439 | M | 9/21/2005 | 11/1/2005 | 10/3/2005 | $6,423.84 | CCP33632 | |
| 0000003440 | M | 9/21/2005 | 11/1/2005 | 10/3/2005 | $7,516.80 | CCP33631 | |
| 0000003448 | M | 9/26/2005 | 11/1/2005 | 10/3/2005 | $15,929.88 | CCP33868 | (deducted reclamation) |
| 0000003449 | M | 9/26/2005 | 11/1/2005 | 10/3/2005 | $6,806.88 | CCP33867 | (deducted reclamation) |

| 0000003457 | N | 9/28/2005 | 11/1/2005 | 10/3/2005 | $128,784.06 | 3129 | |
| 0000003478 | N | 9/30/2005 | 11/1/2005 | 10/4/2005 | $90,289.92 | 3153 | |
| 0000003480 | N | 9/30/2005 | 11/1/2005 | 10/4/2005 | $44,847.48 | 3154 | |
| 0000003482 | M | 9/28/2005 | 11/1/2005 | 10/5/2005 | $6,373.79 | CCP34013 | (deducted reclamation) |
| 0000003479 | N | 9/30/2005 | 11/1/2005 | 10/5/2005 | $14,797.44 | 3155 | |
| 0000003498 | N | 10/3/2005 | 12/2/2005 | 10/6/2005 | $52,991.12 | 3163 | |
| 0000003496 | N | 10/3/2005 | 12/2/2005 | 10/6/2005 | $285,481.41 | 3161 | |
| 0000003497 | N | 10/3/2005 | 12/2/2005 | 10/6/2005 | $28,870.71 | 3162 | |
| 0000003499 | N | 10/3/2005 | 12/2/2005 | 10/6/2005 | $31,829.31 | 3164 | |
| 0000003500 | N | 10/3/2005 | 12/2/2005 | 10/6/2005 | $22,207.00 | 3165 | |
| **General Claim Total** | | | | | $4,023,387.57 | | |

**Reclamation**

| 0000003448 | M | 9/26/2005 | 11/1/2005 | 10/3/2005 | $709.65 | CCP33868 |
| 0000003449 | M | 9/26/2005 | 11/1/2005 | 10/3/2005 | $8,132.76 | CCP33867 |
| 0000003462 | M | 9/28/2005 | 11/1/2005 | 10/5/2005 | $1,143.01 | CCP34013 |
| 0000003472 | N | 9/29/2005 | 11/1/2005 | 10/1/2005 | $8,289.92 | 3147 |
| 0000003473 | N | 9/29/2005 | 11/1/2005 | 10/1/2005 | $2,023.38 | 3148 |
| **Reclamation claim total** | | | | | $18,298.73 | |

**Claim total**                                          $4,041,686.30

From:   Origin ID:   (313)965-8300
Joel D. Applebaum
Clark Hill PLC
500 Woodward Avenue
Suite 3500
Detroit, MI 482263435



Ship Date: 08JUN06
ActWgt: 1 LB
System#: 3369023/INET2400
Account#: S *********

REF: 25777/103229



Delivery Address Bar Code

SHIP TO:    (212)668-2870          BILL SENDER
**U. S. Bankruptcy Court S.D.N.Y.**
**Delphi Automotive Systems Claims**
**One Bowling Green**

**New York, NY 100041408**

**STANDARD OVERNIGHT**                    **FRI**

Deliver By:
09JUN06

TRK#   **7910  1090  0455**   FORM 0201

EWR   A1

**10004**   -NY-US

# Z1 SXYA



Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**Croft, Monique C.**

From:    TrackingUpdates@fedex.com
Sent:    Friday, June 09, 2006 9:14 AM
To:      Croft, Monique C.
Subject: FedEx Shipment 791010900455 Delivered

Our records indicate that the following shipment has been delivered:

Tracking number:             791010900455
Reference:                   25777/103229
Ship (P/U) date:             Jun 8, 2006
Delivery date:               Jun 9, 2006 09:10 AM
Sign for by:                 G.WHITE
Delivered to:                Receptionist/Front Desk
Service type:                FedEx Standard Overnight
Packaging type:              FedEx Envelope
Number of pieces:            1
Weight:                      0.5 LB

Shipper Information          Recipient Information
Joel D. Applebaum            U. S. Bankruptcy Court S.D.N.Y.
Clark Hill PLC               Delphi Automotive Systems Claims
500 Woodward Avenue          One Bowling Green
Suite 3500                   New York
Detroit                      NY
MI                           US
US                           100041408
482263435

Special handling/Services:
Deliver Weekday

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 8:13 AM  CDT
on 06/09/2006.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number  above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of  the
request, the requestor's message, or the accuracy of this tracking update.  For
tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

6/9/2006

**EXHIBIT D-1**

<u>Evidence of Transfer of Claim from Original Assignor to BofT</u>

(see above)

461289

## EVIDENCE OF TRANSFER OF CLAIM

### UNITED STATES BANKRUPTCY COURT

### SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------x
In re:                                                 :    Chapter 11
                                                       :
Delphi Automotive Systems LLC,                         :    Case No. 05-44481 (RDD)
                                                       :
                          Debtors.                     :    (Jointly Administered)
                                                       :
                                                       :
------------------------------------------------------x
```

**CATALER NORTH AMERICA CORPORATION** (the "Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.**, its respective successors and assigns ("Assignee") all rights, title and interest in and to the claims of Assignor in the principal amount of $4,041,686.30 plus all interest, fees and other amounts related thereto (the "Claim") against Delphi Automotive Systems LLC (the "Debtors") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court, Southern District of New York, or any other court with jurisdiction over the bankruptcy proceedings ("Bankruptcy Court"), Case No. 05-44481 (RDD) (Jointly Administered), In re Delphi Corp.

The claim transferred hereby constitutes the claim described in the true copy of the Proof of Claim dated June 8, 2006, which is attached hereto as Exhibit C. Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

**[The remainder of this page is left blank intentionally. The next page is the signature page.]**

IN WITNESS WHEREOF, dated the __11__ day of July, 2006.

THE BANK OF TOKYO-MITSUBISHI
UFJ, LTD., as Assignee

By _____
    Name:
    Title:      ANDREW DOUGLAS
                Authorized Signatory

Accepted and agreed to as of this __11th__ date of
July, 2006

CATALER NORTH AMERICA
CORPORATIN, as Assignor

By: _____
Name:  Kenji Ueno
Title:    President

**EXHIBIT D-2**

Evidence of Transfer of Claim from BofT to Assignor

## EVIDENCE OF TRANSFER OF CLAIM

### UNITED STATES BANKRUPTCY COURT

### SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------x
                                                       :   Chapter 11
In re:                                                 :
                                                       :
Delphi Automotive Systems LLC,                         :   Case No. 05-44481 (RDD)
                                                       :
                        Debtors.                       :   (Jointly Administered)
                                                       :
                                                       :
                                                       :
-------------------------------------------------------x
```

**THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.** (the "Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **JPMORGAN CHASE BANK, N.A.**, its respective successors and assigns ("Assignee") all rights, title and interest in and to the claims of Assignor in the principal amount of $4,041,686.30 plus all interest, fees and other amounts related thereto (the "Claim") against Delphi Automotive Systems LLC (the "Debtors") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court, Southern District of New York, or any other court with jurisdiction over the bankruptcy proceedings ("Bankruptcy Court"), Case No. 05-44481 (RDD) (Jointly Administered), In re Delphi Corp.

The claim transferred hereby constitutes the claim described in the true copy of the Proof of Claim dated June 8, 2006, which is attached hereto as Exhibit C. Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

**[The remainder of this page is left blank intentionally.  The next page is the signature page.]**

448661

IN WITNESS WHEREOF, dated the ⎣⎦<sup>th</sup> day of July, 2006.

JPMORGAN CHASE BANK, N.A.,
as Assignee

By _____
Name:
Title:
ANDREW OPEL
AUTHORIZED SIGNATORY

Accepted and agreed to as of this ⎣⎦<sup>th</sup> date of
July, 2006

THE BANK OF TOKYO-MITSUBISHI
UFJ, LTD., as Assignor

By:_____
Name:
Title:

448661

IN WITNESS WHEREOF, dated the____ day of July, 2006.

JPMORGAN CHASE BANK, N.A.,
as Assignee

By _____
    Name:
    Title:

Accepted and agreed to as of this _11th_ date of
July, 2006

THE BANK OF TOKYO-MITSUBISHI
UFJ, LTD., as Assignor

By: _____
Name:
Title:    ANDREW DOUGLAS
        Authorized Signatory

448661