United States Bankruptcy Court
For the Southern District of New York

| DELPHI MEDICAL SYSTEMS COLORADO CORP | } Chapter 11 |
|---|---|
| | } |
| | } Case No. |
| | } 05-44507 |
| Debtor | } Amount $730.20 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
To: Transferor:

DE ANZA MANUFACTURING
1271 REAMWOOD AVE
SUNNYVALE, CA 94089

The transfer of your claim as shown above in the amount of $730.20 has been transferred to:

    Liquidity Solutions, Inc.
    Dba Revenue Management
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

    By:/s/ Mike Richards
    Liquidity Solutions, Inc.
    dba Revenue Management
    (201) 968-0001

805191

Mike Richards
Liquidity Solutions, Inc.
201-968-0001

------------------------------------------------ (CUT HERE) ------------------------------------------------

**TRANSFER NOTICE**

DE ANZA MANUFACTURING ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: **DELPHI MEDICAL SYSTEMS COLORADO CORP** (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the DE ANZA MANUFACTURING Claims of Assignor in the aggregate amount of **$1,147.86** representing all claims against the Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 05-44507, subject to the terms of the Assignment Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the 31st day of July, 2006

DE ANZA MANUFACTURING

_____
(Signature)

Ayme Dickson/Office Mngr.
(Print Name and Title)

REVENUE MANAGEMENT

_____
(Signature)

MIKE RICHARDS
(Print Name of Witness)

DELPHI MEDICAL SYSTEMS COLORADO CORP
DE ANZA MANUFACTURING
805191