United States Bankruptcy Court
For the Southern District of New York

| DELPHI AUTOMOTIVE SYSTEMS LLC | } Chapter 11 |
| --- | --- |
| | } |
| | } Case No. |
| | } 05-44640 |
| Debtor | } Amount $3,903.44 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**SIMPLEX INC**
**1139 N MACARTHUR BLVD**
**SPRINGFIELD, IL 62702**

The transfer of your claim as shown above in the amount of $3,903.44 has been transferred to:

> Liquidity Solutions, Inc.
> Dba Revenue Management
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By:/s/ Yamila Moyano
Liquidity Solutions, Inc.
dba Revenue Management
(201) 968-0001

819375

## TRANSFER NOTICE

SIMPLEX INC ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: Delphi Automotive Systems, LLC. (the Debtor), between Assignor and Assignee, all of its right, title and interest in and to the Claims of Assignor in the aggregate amount of $3,903.44 representing all claims against the Debtor Delphi Automotive Systems, LLC in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 05-44640.

IN WITNESS WHEREOF, Assignor has signed below as of the 26th day of July, 2006.

SIMPLEX INC

By: _____
(Signature)

Jill Debrey, Secretary
(Print Name and Title)

REVENUE MANAGEMENT

By: _____
(Signature)

Yamila Moyano
(Print Name and Title)