# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, *et al*., | Case No. 05-44481 (RDD) Jointly Administered |
| Delphi Automotive Systems LLC | Case No. 05-44640 |
| ("the Debtors") | Schedule No.: 1604427-10397266 |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(1) FOR SCHEDULED CREDITOR, COPPER & BRASS SALES, IN THE AMOUNT OF $197,683.33, TO STONEHILL INSTITUTIONAL PARTNERS, L.P.

**To Transferor:**   COPPER & BRASS SALES
ATTN: DALE SAWCHIK, CREDIT MANAGER
PO BOX 77040
DETROIT, MI 48277-7040

PLEASE TAKE NOTICE that the transfer of $197,683.33 of the above-captioned General Unsecured claim has been transferred to:

**Transferee:**   Stonehill Institutional Partners, L.P.
c/o Stonehill Capital Management
885 Third Avenue, 30th Floor
New York, NY 10022

The evidence of transfer of claim is attached hereto. An excerpt of the Debtors' Schedule F page listing the Scheduled liability is attached hereto as Exhibit A.

No action is required if you do not object to the transfer of your claim. However, if you do object to the transfer of your claim, within 20 days of the date of this notice, you must file a written objection with the Office of the Clerk, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004-1408. If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____
Deputy Clerk

I:\ClaimTransfers_FRBP3001\DELPHI\TEMPLATE DELPHI (STONEHILL).doc

UNITED STATED BANKRUPTCY COURT
SOUTHER DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Delphi Automotive Systems LLC<br><br>Debtor | Case No. 05-44640<br><br>Chapter 11 |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that the claim of Copper and Brass Sales, Inc. ("Assignor") against the Debtor in the amount of $197,683.33 and all claims of Assignor against Debtor have been transferred and assigned to Stonehill Institutional Partners, L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

I, the undersigned Assignor of the claims described above, hereby assign and transfer my claims and all rights thereto to Stonehill Institutional Partners, L.P. according to the terms of the Assignment of Claim duly executed by me on the date hereof. I have a claim against the Debtor that has not been previously transferred, and the Debtor has neither objected to nor satisfied this claim. The clerk of this Court is authorized to change the address of record regarding the claim to that of Assignee listed below.

ASSIGNEE: Stonehill Institutional Partners, L.P.
Address:   Re: Delphi claim
         c/o Stonehill Capital Management
         885 Third Avenue, 30th Floor
         New York, NY 10022

ASSIGNOR: Copper and Brass Sales
Address:   PO Box 77040
         Detroit, MI 48277-7040
Signature: _____
Name: Dale Sawchik
Title: Credit Mgr.
Date: Aug 24, 2006

# EXHIBIT A

In re: DELPHI AUTOMOTIVE SYSTEMS LLC Debtor, Case No. 05-44640        Entity #39

## AMENDED AND RESTATED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1604424 - 10397265<br>COPILASER DEL NORTE<br>PO BOX 9271<br>EL PASO   TX   79995 | ACCOUNTS PAYABLE | | $4,884.00 |
| 1604426 - 10403892<br>COPP SYSTEMS INC<br>123 S KEOWEE ST<br>DAYTON   OH   454022240 | ACCOUNTS PAYABLE | Disputed, Unliquidated | $0.00 |
| 1604427 - 10397266<br>COPPER & BRASS SALES<br>PO BOX 77040<br>DETROIT   MI   482777040 | ACCOUNTS PAYABLE | Disputed, Unliquidated | $197,683.33 |
| 1604428 - 10397267<br>COPPER BUSSMANN INC<br>PO BOX 70722<br>CHICAGO   IL   606730722 | ACCOUNTS PAYABLE | | $77,315.69 |
| 1604431 - 10403893<br>COPPERFIELD LLC<br>1115 W PLYMOUTH<br>BREMEN   IN   46506 | ACCOUNTS PAYABLE | Disputed, Unliquidated | $0.00 |
| 1604442 - 10397268<br>CORBIN KAREN D<br>DATA DESIGNS<br>PO BOX 605<br>BRIDGEPORT   MI   48722 | ACCOUNTS PAYABLE | | $858.00 |
| 1604447 - 10397269<br>CORDAFLEX SA DE CV<br>MIGUEL CERVANTES SAAVEDRA<br>255 COL AMPLIACION GRANADA<br>11520 MEXICO DF CP<br>MEXICO | ACCOUNTS PAYABLE | | $2,665,744.80 |
| 1008291 - 10005125<br>CORDERO MARIA<br>(Address on File) | WORKERS COMPENSATION<br>CLAIM NUMBER: NJ0000545358 | Contingent, Disputed, Unliquidated | Unknown |
| 1560582 - 10106839<br>CORE LABORATORIES<br>6316 WINDFERN RD<br>HOUSTON   TX   77040-4916 | ENVIRONMENTAL CLAIMS<br>CERCLA: MERCURY REFINING SUPERFUND SITE PRP | Contingent, Disputed, Unliquidated | Unknown |
| 1604461 - 10397270<br>CORECOMM<br>PO BOX 790352<br>ST LOUIS   MO   631790352 | ACCOUNTS PAYABLE | | $709.43 |
| 1561108 - 10107760<br>CORLIN INDUSTRIES, INC.<br>Attn SHERWIN W. CORLIN<br>5945 AVERY<br>DETROIT   MI   48208 | ENVIRONMENTAL CLAIMS<br>CERCLA: SANDOVAL | Contingent, Disputed, Unliquidated | Unknown |
| 1008305 - 10005126<br>CORN DON<br>(Address on File) | WORKERS COMPENSATION<br>CLAIM NUMBER: 714142 | Contingent, Disputed, Unliquidated | Unknown |