# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, *et al*., | Case No. 05-44481 (RDD) Jointly Administered |
| Delphi Corporation | Case No. 05-44481 |
| ("the Debtors") | Schedule No.: 1499 |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(2) FOR FILED CREDITOR, COPPER & BRASS SALES, IN THE AMOUNT OF $129,243.04, TO STONEHILL INSTITUTIONAL PARTNERS, L.P.

**To Transferor:**   COPPER & BRASS SALES
ATTN: DALE SAWCHIK, CREDIT MANAGER
5755 GRANT AVENUE
CLEVELAND, OH 44105

PLEASE TAKE NOTICE that the transfer of $129,243.04 of the above-captioned General Unsecured claim has been transferred to:

**Transferee:**   Stonehill Institutional Partners, L.P.
c/o Stonehill Capital Management
885 Third Avenue, 30th Floor
New York, NY 10022

The evidence of transfer of claim is attached hereto.  A page from the claims agent's website listing the claim is attached hereto as Exhibit A.

No action is required if you do not object to the transfer of your claim.  However, if you do object to the transfer of your claim, within 20 days of the date of this notice, you must file a written objection with the Office of the Clerk, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004-1408.  If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____
Deputy Clerk

UNITED STATED BANKRUPTCY COURT
SOUTHER DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Delphi Automotive Systems LLC<br><br>Debtor | Case No. 05-44640<br><br>Chapter 11 |

### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that the claim of Copper and Brass Sales, Inc. ("Assignor") against the Debtor in the amount of 129,243.04 and all claims of Assignor against Debtor have been transferred and assigned to Stonehill Institutional Partners, L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

I, the undersigned Assignor of the claims described above, hereby assign and transfer my claims and all rights thereto to Stonehill Institutional Partners, L.P. according to the terms of the Assignment of Claim duly executed by me on the date hereof. I have a claim against the Debtor that has not been previously transferred, and the Debtor has neither objected to nor satisfied this claim. The clerk of this Court is authorized to change the address of record regarding the claim to that of Assignee listed below.

ASSIGNEE: Stonehill Institutional Partners, L.P.
Address: Re: Delphi claim
c/o Stonehill Capital Management
885 Third Avenue, 30th Floor
New York, NY 10022

ASSIGNOR: Copper and Brass Sales
Address: 5755 Grant Avenue
Cleveland OH 44105
Signature: _____
Name: Jale Sawchit
Title: Credit Mgr.
Date: Aug 28th, 2006

# EXHIBIT A

## Creditor Data for Claim Number 1499

| | |
|---|---|
| **Creditor Name:** Copper & Brass Sales<br>**Creditor Notice Name:** | **Date Claim Filed:** 1/10/2006<br>**Delphi Claim #:** 1499<br>**Court Claim #:** 1499<br>**Amend/Replace?** No |
| **Debtor Name:** Delphi Corporation<br>**Case Number:** 05-44481 | |
| **Claim Nature:** General Unsecured<br>**Amount of Claim:** $129,243.04 | **Creditor Info Altered?** N<br>**Objection Filed?** N |
| **Schedule:**<br>**Schedule Amt:** | |