United States Bankruptcy Court
For the Southern District Of New York

DELPHI CORPORATION

Case No. 05-44481

Amount: $24,231.56

Debtor

**Omnibus Notice to transfer of Claim pursuant to rule 3001 (e) (1) CAPITAL MARKETS successor in interest to:**

**CAPITAL MARKETS as successor to PREFERRED QUALITY SERVICE EFT INC**
Related Document No. 2646

The transfer of your claim as shown above in the amount of **$24,231.56** has been transferred to:

> AFI
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By:/s/ Helena De Young
Afi
(201) 968-0001