United States Bankruptcy Court
For the Southern District Of New York

DELPHI CORPORATION }
}
}
}
} Case No. 05-44481
}
}
} Amount: $11,553.00
Debtor }

**Omnibus Notice to transfer of Claim pursuant to rule 3001 (e) (1) REVENUE MANAGEMENT successor in interest to:**

**REVENUE MANAGEMENT as successor to RELIABLE OIL EQUIPMENT INC**
Related Document No. 2453

The transfer of your claim as shown above in the amount of **$11,553.00** has been transferred to:

> AFI
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By:/s/ Helena De Young
Afi
(201) 968-0001

United States Bankruptcy Court
For the Southern District Of New York

| DELPHI CORPORATION | |
|---|---|
| | Case No. 05-44481 |
| | Amount: $10,689.00 |
| Debtor | |

**Omnibus Notice to transfer of Claim pursuant to rule 3001 (e) (1) REVENUE MANAGEMENT successor in interest to:**

**REVENUE MANAGEMENT as successor to SCHWIND ROBERT M DBA CNC TECHICAL SCVS**
Related Document No. 2454

The transfer of your claim as shown above in the amount of **$10,689.00** has been transferred to:

> AFI
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By:/s/ Helena De Young
Afi
(201) 968-0001

United States Bankruptcy Court
For the Southern District Of New York

DELPHI CORPORATION }
}
}
}
} Case No. 05-44481
}
}
}
} Amount: $32,191.85
Debtor }

**Omnibus Notice to transfer of Claim pursuant to rule 3001 (e) (1) REVENUE MANAGEMENT successor in interest to:**

**REVENUE MANAGEMENT as successor to SHALTZ FLUID POWER**
Related Document No. 2669

The transfer of your claim as shown above in the amount of $32,191.85 has been transferred to:

> **AFI**
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By:/s/ Helena De Young
Afi
(201) 968-0001