United States Bankruptcy Court
For the Southern District Of New York

| DELPHI CORPORATION | |
|---|---|
| | Case No. 05-44481 |
| | Amount: $54,970.03 |
| Debtor | |

**Omnibus Notice to transfer of Claim pursuant to rule 3001 (e) (1) REVENUE MANAGEMENT successor in interest to:**

**REVENUE MANAGEMENT as successor to H K METALCRAFT MFG CORP**
Related Document No. 5029

The transfer of your claim as shown above in the amount of **$54,970.03** has been transferred to:

    AFI
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

        By:/s/ Helena De Young
        Afi
        (201) 968-0001

United States Bankruptcy Court
For the Southern District Of New York

| | |
|---|---|
| DELPHI CORPORATION | Case No. 05-44481 |
| Debtor | Amount: $5,476.32 |

**Omnibus Notice to transfer of Claim pursuant to rule 3001 (e) (1) REVENUE MANAGEMENT successor in interest to:**

**REVENUE MANAGEMENT as successor to WORKING ENVIRONMENTS INC**
Related Document No. 4839

The transfer of your claim as shown above in the amount of $5,476.32 has been transferred to:

> AFI
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By:/s/ Helena De Young
Afi
(201) 968-0001