Exhibit "1"

## Offshore Pre-Petition Setoff Request Summary

| Offshore Perspective | Total |
|---|---|
| Delphi A/R | $149,883 |
| Delphi A/P | $234,776 [1] |
| Total Setoff Amount | **$149,883** |

| Delphi Perspective | Total |
|---|---|
| Delphi A/R | $149,883 |
| Delphi A/P | $298,606 [1] |
| Total Setoff Amount | **$149,883** |

| Agreed Upon Setoff Amount | Total |
|---|---|
| Total Setoff Amount | **$149,883** |

[1] Includes add back of $25,443.57 included

**Delphi Refunds Due from Offshore**

|  | Amount |
|---|---:|
| Duplicate Invoice Payment [1] | 25,443.57 |
|  |  |
| Plant 4 | 6,861.96 |
| Plant 8 | 14,888.23 |
| Admin | 50,204.95 |
| June 2005 VAT Refund | 71,955.14 |
|  |  |
| Plant 4 | 8,228.21 |
| Plant 8 | 6,447.44 |
| Admin | 37,808.97 |
| July 2005 VAT Refund | 52,484.62 |
|  |  |
| Total Due to Delphi | 149,883.33 |

[1] Included in $371,773.34 A/P payment amount.

05-44481-rdd    Doc 5100-1    Filed 09/12/06    Entered 09/12/06 10:21:09    Exhibit 1
Pg 4 of 4

| Delphi A/P Records | | | | | | Offshore A/R Records | |
|---|---|---|---|---|---|---|---|
| VENDOR NAME | VENDOR NUMBER | INVOICE NUMBER | PAYMENT AMOUNT | INVOICE DATE | BILL OF LADING | CONTRACT NUMBER | Amount | Reference # |
| OFFSHORE INTERNATIONAL INC EFT | RD196252084 | FV025D418460005092B | 221,666.73 | 28-Sep-05 | PH-150LEST | PEDP2280191 | 181,750.28 | 150L-Est |
| OFFSHORE INTERNATIONAL INC EFT | RD196252084 | FV025D417520005092B | 2,576.09 | 28-Sep-05 | DPH-149D | PEDP2280190 | 2,576.09 | 149D |
| OFFSHORE INTERNATIONAL INC EFT | RD196252084 | FV025D417510005092B | 24,317.31 | 28-Sep-05 | DPH-149L | PEDP2280191 | | |
| OFFSHORE INTERNATIONAL INC EFT | RD196252084 | FV025D419990005100S | 400,000.00 | 5-Oct-05 | PH-151LEST | PEDP2280191 | | |
| OFFSHORE INTERNATIONAL INC EFT | RD196252084 | EW04ADM3717334 | (371,773.34) [1] | 1-Oct-05 | ADM3717733 | | | |
| OFFSHORE INTERNATIONAL INC EFT | RD 196252084 | FV04ADM5D41999000510 | (93,033.75) | 5-Oct-05 | ADM5D41999000510 | | | |
| OFFSHORE INTERNATIONAL INC EFT | RD196252084 | FV025D419980005100S | 14,511.86 | 5-Oct-05 | DPH-150L | PEDP2280191 | | |
| OFFSHORE INTERNATIONAL INC EFT | RD196252084 | FV025D419970005100S | 150,891.20 | 5-Oct-05 | DPH-150D | PEDP2280190 | 43,669.22 | 150D |
| OFFSHORE INTERNATIONAL INC EFT | RD196252084 | FV04ADMDPH150D | (82,774.15) | 1-Oct-05 | DPH-150D | PEDP2280190 | | |
| OFFSHORE INTERNATIONAL INC EFT | RD196252084 | FV025D437680005100 7 | 6,780.31 | 7-Oct-05 | C-DPH-008D | PEDP2280190 | 6,780.31 | 008D |
| | | | 273,162.26 | | | | 234,775.90 | |
| | | Duplicate Payment | 25,443.57 [1] | | | | | |
| | | | **$298,605.83** | | | | **234,775.90** | |

[1] The $371,773.34 payment included a duplicate invoice payment amount of $25,443.57