**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RIVERA M | 01/26/06 | 3.20 | CODE CORRESPONDENCE (1.5); UPDATE CORRESPONDENCE FILES (0.5); DOCKET PLEADINGS (1.2). |
| RIVERA M | 01/27/06 | 2.30 | UPDATE CORRESPONDENCE FILES (1.1); DOCKET PLEADINGS (1.2). |
| RIVERA M | 01/30/06 | 2.70 | UPDATE CORRESPONDENCE FILES (1.0); DOCKET PLEADINGS (1.7). |
| | | 62.10 | |
| Total Legal Assistant Support | | 62.10 | |
| **TOTAL TIME** | | **336.80** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  Bill Date: 02/28/06
Supplier Matters  Bill Number: 1108418

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 12/22/05 | Lyons JK | -509.88 |
| Air/Rail Travel - vendor feed | 01/03/06 | Lyons JK | 640.19 |
| Air/Rail Travel - vendor feed | 01/05/06 | Lyons JK | 481.13 |
| Air/Rail Travel - vendor feed | 01/08/06 | Reese RG | 760.68 |
| Air/Rail Travel - vendor feed | 01/08/06 | Reese RG | 44.99 |
| Air/Rail Travel - vendor feed | 01/08/06 | Reese RG | -389.63 |
| Air/Rail Travel - vendor feed | 01/16/06 | Reese RG | 506.89 |
| Air/Rail Travel - vendor feed | 01/16/06 | Reese RG | -301.23 |
| Air/Rail Travel - vendor feed | 01/20/06 | Reese RG | 403.21 |
| Air/Rail Travel - vendor feed | 01/22/06 | Reese RG | 160.66 |
| Air/Rail Travel - vendor feed | 01/26/06 | Reese RG | 371.04 |
| Air/Rail Travel - vendor feed | 01/26/06 | Reese RG | -326.05 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$1,842.00** |
| In-house Reproduction | 01/03/06 | Copy Center, D | 2.64 |
| In-house Reproduction | 01/10/06 | Copy Center, D | 10.04 |
| In-house Reproduction | 01/22/06 | Copy Center, D | 5.38 |
| In-house Reproduction | 01/24/06 | Copy Center, D | 2.74 |
| In-house Reproduction | 01/27/06 | Copy Center, D | 0.20 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$21.00** |
| Lexis/Nexis | 01/03/06 | De Elizalde D | 37.37 |
| Lexis/Nexis | 01/03/06 | De Elizalde D | -0.82 |
| Lexis/Nexis | 01/06/06 | De Elizalde D | 25.19 |
| Lexis/Nexis | 01/10/06 | De Elizalde D | 61.75 |
| Lexis/Nexis | 01/10/06 | De Elizalde D | -0.82 |
| Lexis/Nexis | 01/17/06 | De Elizalde D | 100.76 |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Lexis/Nexis | 01/17/06 | De Elizalde D | -0.42 |
| Lexis/Nexis | 01/26/06 | De Elizalde D | 677.99 |
| | | **TOTAL LEXIS/NEXIS** | **$901.00** |
| Westlaw | 01/03/06 | Reese RG | 9.59 |
| Westlaw | 01/09/06 | Reese RG | 174.77 |
| Westlaw | 01/12/06 | Reese RG | 14.20 |
| Westlaw | 01/12/06 | Micheli MJ | 71.61 |
| Westlaw | 01/13/06 | Micheli MJ | 12.61 |
| Westlaw | 01/16/06 | Micheli MJ | 113.17 |
| Westlaw | 01/17/06 | Micheli MJ | 44.75 |
| Westlaw | 01/26/06 | Reese RG | 129.96 |
| Westlaw | 01/30/06 | Reese RG | 62.34 |
| | | **TOTAL WESTLAW** | **$633.00** |
| Vendor Hosted Teleconferencing | 11/25/05 | Genesys Conferencing | 201.84 |
| Vendor Hosted Teleconferencing | 11/30/05 | Teleconferencing Services, LLC | 0.16 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$202.00** |
| Air/Rail Travel (external) | 12/12/05 | Reese RG | 65.10 |
| Air/Rail Travel (external) | 01/06/06 | Reese RG | 120.45 |
| Air/Rail Travel (external) | 01/21/06 | Reese RG | 120.45 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$306.00** |
| Out-of-Town Travel | 01/02/06 | Reese RG | 809.13 |
| Out-of-Town Travel | 01/06/06 | Reese RG | 106.01 |
| Out-of-Town Travel | 01/06/06 | Reese RG | 510.65 |
| Out-of-Town Travel | 01/08/06 | Reese RG | 9.25 |
| Out-of-Town Travel | 01/13/06 | Reese RG | 26.41 |
| Out-of-Town Travel | 01/13/06 | Reese RG | 1,015.31 |
| Out-of-Town Travel | 01/13/06 | Reese RG | 242.32 |
| Out-of-Town Travel | 01/13/06 | Reese RG | 146.01 |
| Out-of-Town Travel | 01/13/06 | Reese RG | 490.73 |
| Out-of-Town Travel | 01/16/06 | Reese RG | 20.25 |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Travel | 01/20/06 | Herriott AV | 247.49 |
| Out-of-Town Travel | 01/20/06 | Herriott AV | 245.59 |
| Out-of-Town Travel | 01/20/06 | Herriott AV | 40.00 |
| Out-of-Town Travel | 01/20/06 | Reese RG | 334.39 |
| Out-of-Town Travel | 01/20/06 | Reese RG | 840.78 |
| Out-of-Town Travel | 01/20/06 | Reese RG | 20.43 |
| Out-of-Town Travel | 01/21/06 | Reese RG | 130.01 |
| Out-of-Town Travel | 01/21/06 | Reese RG | 107.22 |
| Out-of-Town Travel | 01/26/06 | Reese RG | 106.01 |
| Out-of-Town Travel | 01/26/06 | Reese RG | 405.78 |
| Out-of-Town Travel | 01/26/06 | Reese RG | 830.23 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$6,684.00** |
| Messengers/ Courier | 01/10/06 | Dist Serv/Mail/Page, D | 6.00 |
| Messengers/ Courier | 01/26/06 | Dist Serv/Mail/Page, D | 6.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$12.00** |
| Out-of-Town Meals | 01/03/06 | Reese RG | 6.14 |
| Out-of-Town Meals | 01/03/06 | Reese RG | 32.99 |
| Out-of-Town Meals | 01/03/06 | Reese RG | 11.24 |
| Out-of-Town Meals | 01/04/06 | Reese RG | 36.13 |
| Out-of-Town Meals | 01/04/06 | Reese RG | 4.19 |
| Out-of-Town Meals | 01/04/06 | Reese RG | 4.71 |
| Out-of-Town Meals | 01/04/06 | Reese RG | 6.85 |
| Out-of-Town Meals | 01/05/06 | Reese RG | 8.06 |
| Out-of-Town Meals | 01/05/06 | Reese RG | 3.92 |
| Out-of-Town Meals | 01/05/06 | Reese RG | 24.26 |
| Out-of-Town Meals | 01/06/06 | Reese RG | 4.19 |
| Out-of-Town Meals | 01/06/06 | Reese RG | 6.85 |
| Out-of-Town Meals | 01/08/06 | Reese RG | 6.59 |
| Out-of-Town Meals | 01/08/06 | Reese RG | 32.33 |
| Out-of-Town Meals | 01/09/06 | Reese RG | 6.14 |
| Out-of-Town Meals | 01/10/06 | Reese RG | 21.68 |
| Out-of-Town Meals | 01/10/06 | Reese RG | 11.08 |
| Out-of-Town Meals | 01/11/06 | Reese RG | 9.06 |
| Out-of-Town Meals | 01/12/06 | Reese RG | 44.55 |
| Out-of-Town Meals | 01/13/06 | Reese RG | 26.99 |

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Meals | 01/13/06 | Reese RG | 8.22 |
| Out-of-Town Meals | 01/13/06 | Reese RG | 5.38 |
| Out-of-Town Meals | 01/13/06 | Reese RG | 6.18 |
| Out-of-Town Meals | 01/16/06 | Reese RG | 24.06 |
| Out-of-Town Meals | 01/17/06 | Reese RG | 8.22 |
| Out-of-Town Meals | 01/17/06 | Reese RG | 12.14 |
| Out-of-Town Meals | 01/18/06 | Reese RG | 8.53 |
| Out-of-Town Meals | 01/18/06 | Reese RG | 70.75 |
| Out-of-Town Meals | 01/18/06 | Reese RG | 16.16 |
| Out-of-Town Meals | 01/19/06 | Reese RG | 6.14 |
| Out-of-Town Meals | 01/19/06 | Reese RG | 15.41 |
| Out-of-Town Meals | 01/19/06 | Reese RG | 89.97 |
| Out-of-Town Meals | 01/20/06 | Reese RG | 5.99 |
| Out-of-Town Meals | 01/20/06 | Reese RG | 32.65 |
| Out-of-Town Meals | 01/20/06 | Reese RG | 23.63 |
| Out-of-Town Meals | 01/20/06 | Reese RG | 20.01 |
| Out-of-Town Meals | 01/20/06 | Herriott AV | 11.86 |
| Out-of-Town Meals | 01/21/06 | Reese RG | 13.99 |
| Out-of-Town Meals | 01/21/06 | Reese RG | 7.08 |
| Out-of-Town Meals | 01/22/06 | Reese RG | 29.99 |
| Out-of-Town Meals | 01/23/06 | Reese RG | 5.99 |
| Out-of-Town Meals | 01/23/06 | Reese RG | 7.46 |
| Out-of-Town Meals | 01/23/06 | Reese RG | 28.02 |
| Out-of-Town Meals | 01/24/06 | Reese RG | 15.47 |
| Out-of-Town Meals | 01/26/06 | Reese RG | 2.82 |
| Out-of-Town Meals | 01/26/06 | Reese RG | 38.27 |
| Out-of-Town Meals | 01/26/06 | Reese RG | 9.80 |
| Out-of-Town Meals | 01/29/06 | Reese RG | 24.80 |
| Out-of-Town Meals | 01/30/06 | Reese RG | 14.99 |
| Out-of-Town Meals | 01/30/06 | Reese RG | 6.14 |
| Out-of-Town Meals | 01/31/06 | Reese RG | 25.74 |
| Out-of-Town Meals | 01/31/06 | Reese RG | 4.19 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$908.00** |
| Outside Research/Internet Services | 12/31/05 | Pacer Service Center | 0.32 |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Outside Research/Internet Services | 01/06/06 | Pacer Service Center | 390.68 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$391.00** |
| Wireless - Mobile/Cellular/Pager | 12/09/05 | Meisler RE | 17.05 |
| Wireless - Mobile/Cellular/Pager | 01/09/06 | Meisler RE | 1.95 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$19.00** |
| | | **TOTAL MATTER** | **$11,919.00** |