## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**  Bill Date: 01/31/06
**Tax Matters**  Bill Number: 1092991

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 12/02/05 | Copy Center, D | 26.49 |
| In-house Reproduction | 12/06/05 | Copy Center, D | 2.30 |
| In-house Reproduction | 12/06/05 | Copy Center, D | 0.60 |
| In-house Reproduction | 12/09/05 | Copy Center, D | 374.41 |
| In-house Reproduction | 12/13/05 | Copy Center, D | 30.19 |
| In-house Reproduction | 12/16/05 | Copy Center, D | 10.89 |
| In-house Reproduction | 12/19/05 | Copy Center, D | 21.69 |
| In-house Reproduction | 12/23/05 | Copy Center, D | 136.43 |
| In-house Reproduction | 12/30/05 | Copy Center, D | 2.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$605.00** |
| Telephone Expense | 12/29/05 | Telecommunications, D | 17.38 |
| Telephone Expense | 12/29/05 | Telecommunications, D | 27.68 |
| Telephone Expense | 12/29/05 | Telecommunications, D | 3.94 |
| | | **TOTAL TELEPHONE EXPENSE** | **$49.00** |
| Lexis/Nexis | 12/14/05 | Feinberg AS | 104.35 |
| Lexis/Nexis | 12/20/05 | Feinberg AS | 47.65 |
| | | **TOTAL LEXIS/NEXIS** | **$152.00** |
| Westlaw | 12/14/05 | Feinberg AS | 67.35 |
| Westlaw | 12/15/05 | Feinberg AS | 70.48 |
| Westlaw | 12/20/05 | Feinberg AS | 136.17 |
| | | **TOTAL WESTLAW** | **$274.00** |
| | | **TOTAL MATTER** | **$1,080.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| Delphi Corporation (DIP) | | | Bill Date: 02/28/06 |
| Tax Matters | | | Bill Number: 1108418 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 01/04/06 | 1.60 | CONTINUE TO PREPARE FOR JANUARY 5TH OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE CLAIMS TRADING ORDER INCLUDING SENIOR MANAGEMENT MEETINGS AND WITNESS PREP IN NEW YORK CITY (1.6). |
| BUTLER, JR. J | 01/05/06 | 0.60 | PREPARE FOR (0.2) AND ATTEND (0.4) OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE CLAIMS TRADING ORDER. |
| BUTLER, JR. J | 01/09/06 | 0.20 | REVIEW FINAL CLAIMS TRADING ORDER (0.2). |
| | | 2.40 | |
| GROSS C | 01/02/06 | 2.40 | PREPARE FOR BANKRUPTCY COURT HEARING ON FINAL TRADING ORDER ON JAN 5TH (2.4). |
| GROSS C | 01/03/06 | 10.70 | WORK ON RESOLVING CLEARY GOTTLIEB REQUEST FOR 60 DAY PROVISION IN FINAL TRADING ORDER (1.8); WORK ON DEFENSE TO SCHULTE ROTH OBJECTION AND RESOLUTION OF THE SAME (3.3); WORK ON RESOLUTION OF CAPRE/WACHTELL OBJECTIONS (0.3); WORK RESOLVING AND RESPONDING TO KIRPATRICK & LOCKHART OBJECTIONS TO CLAIMS TRADING ORDER (4.5); WORK ON APPALOOSA DRAFT LETTERS (0.8). |
| GROSS C | 01/04/06 | 12.40 | PREPARE FOR CONTESTED HEARING ON FINAL CLAIMS TRADING ORDER ON JAN 5TH (12.4). |
| GROSS C | 01/05/06 | 7.60 | PREPARE FOR COURT HEARING ON CLAIMS TRADING ORDER (2.5); HEARING/STRATEGY ON CLAIMS TRADING ORDER (4.6); WORK ON DRAFT 8-K AND RELATED PRESS MATERIALS (0.5). |
| GROSS C | 01/10/06 | 3.20 | WORK RE WHITE AND CASE/APPALOOSA REVISIONS TO LETTER AGREEMENTS (0.6); REVIEW PUBLIC DISCLOSURE OF CLAIMS TRADING ORDER (WORK ON CORRECTIONS) (1.2); REVIEW AND ANALYZE SIDLEY AND AUSTIN REQUEST RE FINAL TRADING ORDER (1.4). |
| GROSS C | 01/11/06 | 1.60 | WORK ON RESPONSE TO SIDLEY AND AUSTIN ISSUES UNDER THE INTERIM AND FINAL TRADING ORDERS (1.6). |
| GROSS C | 01/12/06 | 2.20 | WORK ON RESPONSE TO SIDLEY AND AUSTIN REQUEST RE TRADING ORDERS (0.8); WORK ON J. WHITSON INQUIRY RE IRS CAP PROGRAM (1.4). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GROSS C | 01/13/06 | 0.30 | WORK ON J. WHITSON CAP INQUIRY (0.3). |
| | | **40.40** | |
| MARAFIOTI KA | 01/03/06 | 1.90 | WORK IN PREPARATION FOR HEARING ON NOL MOTION (1.9). |
| MARAFIOTI KA | 01/04/06 | 6.40 | CORRESPONDENCE RE NOL ISSUES (0.5); WORK ON HEARING PREPARATION (1.8); REVIEWED WILMINGTON TRUST OBJECTION TO NOL ORDER (0.4); WORK ON REVISIONS TO FINAL NOL ORDER (1.2); CONSIDER WILMINGTON TRUST OBJECTION RESOLUTION (0.3); CONFERRED WITH J. WHITSON RE NOL ISSUES (0.3); CONFIRMED PREPARATION FOR HEARING (1.9). |
| MARAFIOTI KA | 01/09/06 | 1.10 | TELECONFERENCES WITH KURTZMAN, CARSON RE SERVICE OF NOL FINAL ORDER AND NOTICE OF ENTRY (0.3); CORRESPONDENCE RE SAME (0.4); REVIEW ORDER (0.4). |
| MARAFIOTI KA | 01/10/06 | 0.40 | CONTINUED WORK ON ISSUES RE SERVICE OF NOL (0.4). |
| MARAFIOTI KA | 01/27/06 | 0.50 | ANALYZE TAX OWNERSHIP CHANGE ISSUE (0.5). |
| | | **10.30** | |
| SPRINGER DE | 01/01/06 | 0.70 | REVIEW WTC OBJECTION TO CLAIMS' TRADING ORDER AND RELATED CORRESPONDENCE RE ORDER (0.7). |
| SPRINGER DE | 01/02/06 | 0.70 | REVIEW SCRIPTS AND PROFFERS RE CLAIMS TRADING ORDER (0.7). |
| SPRINGER DE | 01/03/06 | 5.20 | REVIEW AND REVISE TUCKER PROFFER AND EXAM ONLINE (0.5); REVIEW AND REVISE SHEEHAN PROFFER AND EXAM OUTLINE (0.5); REVIEW AND REVISE SCRIPT RE CLAIMS TRADING MOTION (0.7); TELECONFERENCES WITH WORKING GROUP RE CLAIMS TRADING ORDER AND RELATED HEARING (1.0); PREPARATION FOR HEARING ON CLAIMS TRADING MOTION, INCLUDING DRAFT SCRIPT RE PRESENTATION OF MOTION (1.3); TELECONFERENCE WITH E. FOX RE WTC OBJECTION TO CLAIMS TRADING MOTION (0.5); ANALYZE WTC OBJECTION AND PREPARE RESPONSE (0.7). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| SPRINGER DE | 01/04/06 | 8.60 | REVIEW AND REVISE SCRIPTS AND PROFFERS RE CLAIMS TRADING ORDER AND RELATED PROFFERS (1.1); REVIEW WTC PROPOSED PROTECTIVE ORDER AND PREPARATION FOR AND ATTENDANCE AT MEET AND CONFER (1.0); CONFERENCE WITH SENIOR WORKING GROUP RE RESOLUTIONS OF OBJECTION TO CLAIMS TRADING ORDER (1.5); TELECONFERENCES WITH E. FOX RE RESOLUTION OF OBJECTIONS TO CLAIMS TRADING ORDER (0.5); DRAFT REVISIONS TO CLAIMS TRADING ORDER (0.5); DRAFT REVISIONS TO SCRIPT RE PRESENTATION OF CLAIMS TRADING ORDER (1.5); CONFERENCES WITH SENIOR WORKING GROUP RE PREPARATION FOR OMNIBUS HEARING OF JANUARY 5 (1.5); REVIEW AND REVISE FINAL CLAIMS TRADING ORDER (1.0). |
| SPRINGER DE | 01/05/06 | 7.00 | PREPARATION FOR HEARING RE CLAIMS TRADING MOTION (0.5); ATTENDANCE AT HEARING BEFORE BANKRUPTCY COURT (5.5); CONFERENCE WITH MESSRS. SHERBIN, BUTLER, ET AL., RE RESULTS OF HEARING (1.0). |
| SPRINGER DE | 01/06/06 | 1.10 | REVIEW TRANSCRIPT OF JANUARY OMNIBUS HEARING (0.6); REVIEW AND REVISE WTC PROTECTIVE ORDER (0.5). |
| | | 23.30 | |
| **Total Partner** | | **76.40** | |
| MATZ TJ | 01/01/06 | 0.80 | FOLLOW UP WORK AND CORRESPONDENCE RE WILMINGTON TRUST OBJECTION TO CLAIMS TRADING ORDER (0.8). |
| MATZ TJ | 01/02/06 | 1.10 | ADDITIONAL WORK ON WILMINGTON TRUST OBJECTION TO CLAIMS TRADING ORDER (0.4); PRESENTATION TO COURT AT JAN 5 HEARING (0.3); WORK ON NOTICING OF FINAL CLAIMS TRADING ORDER (0.4). |
| MATZ TJ | 01/03/06 | 2.40 | WORKING ON CLAIMS TRADING PRESENTATION FOR JAN. 5 HEARING AND RESPONSES AND OBJECTIONS (0.9); TELECONFERENCE WITH GROUP RE SAME (0.4); FOLLOW UP TELECONFERENCE RE RESOLUTION OF CLAIMS TRADING ORDER OBJECTIONS (0.6); ADDITIONAL PREPARATION FOR JAN.5 HEARING RE FINAL CLAIMS TRADING ORDER (0.2); CORRESPONDENCE RE SAME (0.3). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MATZ TJ | 01/04/06 | 6.10 | WORKING ON POSSIBLE RESOLUTIONS OF WILMINGTON TRUST OBJECTIONS TO CLAIMS TRADING ORDER (1.8); CONTINUING WORK ON FINALIZING CLAIMS TRADING ORDER, RESOLUTION OF WILMINGTON TRUST OBJECTION AND CONFIRMING AGREEMENT IN PRINCIPLE (2.3); FINALIZING SUMMARY OF ORDER FOR NOTICE PURPOSES (0.8); FINALIZING SCRIPT/PROFFER IN CLAIMS TRADING ORDER (1.2). |
| MATZ TJ | 01/05/06 | 0.60 | REVIEW AND COMMENT ON NOTICE OF CLAIMS TRADING ORDER, 8-K AND PUBLICATION IN RESPECT THEREOF (0.6). |
| MATZ TJ | 01/06/06 | 0.50 | FOLLOW UP WORK RE CLAIMS TRADING ORDER AND SERVICE MATTERS (0.5). |
| MATZ TJ | 01/09/06 | 1.20 | FOLLOW UP WORK RE NOTICING AND PUBLISHING OF FINAL CLAIMS TRADING ORDER, PUBLICATION NOTICE, REISSUANCE OF SIDE LETTER (1.2). |
| MATZ TJ | 01/10/06 | 0.90 | WORKING ON SERVICE PUBLICATION NOTICES AND SIDE LETTERS (0.9). |
| MATZ TJ | 01/20/06 | 0.60 | FOLLOW UP WORK UP RE NOLS, NOTICES FROM EQUITY AND DEBT HOLDERS, AND PUBLICATION NOTICE (0.6). |
| MATZ TJ | 01/27/06 | 1.50 | TELECONFERENCE RE NOL MATTERS (0.6) FOLLOW UP WORK RE SAME (0.9). |
| MATZ TJ | 01/30/06 | 0.20 | FOLLOW UP WORK RE JPMORGAN CHASE CONSENT TO CLAIMS TRADING ORDER (0.2). |
| | | **15.90** | |
| SENSENBRENNER EB | 01/03/06 | 10.20 | WORK ON RESOLUTION OF OBJECTION, COMMENTS RE FINAL TRADING ORDER (3.7); PREPARE FOR HEARING RE FINAL ORDER (6.5). |
| SENSENBRENNER EB | 01/04/06 | 11.70 | PREPARE FOR HEARING RE CLAIMS TRADING ORDER (4.6); REVIEW MATERIALS RE HEARING (2.3); MEET WITH J. WHITSON RE TAX ATTRIBUTES, CLAIMS TRADING ORDER; PREPARATION FOR HEARING (2.7); WORK ON RESOLUTION OF OBJECTIONS, COMMENTS OF CREDITORS COMMITTEE, APPALOOSA, CAP RE (2.1). |
| SENSENBRENNER EB | 01/05/06 | 7.20 | REVIEW FINAL TRADING ORDER MATERIALS IN PREPARATION FOR HEARING (2.7); ATTEND HEARING (4.5). |
| SENSENBRENNER EB | 01/06/06 | 4.30 | WORK ON RESOLUTION OF ISSUES WITH APPALOOSA, CAP RE RE TRADING ORDER (1.4); TAX ANALYSIS RE APPLICATION OF FINAL TRADING ORDER TO DEBT AND EQUITY TRANSACTIONS (2.5); REVIEW TRANSCRIPT FROM HEARING (0.4). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| SENSENBRENNER EB | 01/09/06 | 5.80 | WORK TO RESOLVE OBJECTIONS TO NOL TRADING ORDER (APPALOOSA) (0.4); REVIEW 8-K, FINAL TRADING ORDER (1.6); TAX ANALYSIS RE 382 (2.4); WORK WITH J. WHITSON RE BANKRUPTCY (1.4). |
| SENSENBRENNER EB | 01/10/06 | 6.70 | SPOKE WITH J. BURKE RE ERRONEOUS NEWS WIRE PIECE RE FINAL TRADING ORDER (0.3); RESPOND TO INQUIRY OF D. KUNEY OF SIDLEY AUSTIN RE APPLICATION OF FINAL ORDER (0.4); TAX ANALYSIS RE APPLICATION OF FINAL TRADING ORDER SECTION 382 (4.1); CORRESPOND WITH WHITE & CASE RE APPALOOSA OBJECTION (0.8); REVIEW 8-K , PROVISION OF INTERIM ORDER, FINAL TRADING ORDER (1.1). |
| SENSENBRENNER EB | 01/11/06 | 6.10 | CORRESPOND WITH D. KUNEY OF SIDLEY, AUSTIN RE FINAL TRADING ORDER (1.2); TAX ANALYSIS RE HOWARD COUNTY, INDIANA TAX ISSUE (4.2); CORRESPOND WITH WHITE & CASE RE APPALOOSA OBJECTION (0.7). |
| SENSENBRENNER EB | 01/12/06 | 6.30 | WORK ON WAIVER FOR VARIOUS CLIENTS (UNDERWRITERS) OF SIDLEY, AUSTIN (4.5); TAX ANALYSIS RE CAP ISSUE (1.8). |
| SENSENBRENNER EB | 01/17/06 | 0.50 | REVIEW NOTICES OF CONSENT RECEIVED UNDER FINAL NOL ORDER (0.5). |
| SENSENBRENNER EB | 01/18/06 | 1.50 | TAX WORK RE APPLICATION OF FINAL TRADING ORDER (1.5). |
| SENSENBRENNER EB | 01/19/06 | 1.30 | TAX ANALYSIS RE APPLICATION OF SECTION 382 TO TRADING IN DEBT AND EQUITY SECURITIES (1.3). |
| SENSENBRENNER EB | 01/20/06 | 1.00 | TAX ANALYSIS RE G.M. VOUCHER ISSUE (1.0). |
| SENSENBRENNER EB | 01/31/06 | 1.80 | TELECONFERENCE WITH J. WHITSON AND OTHERS RE CAP PROGRAM (0.3); TAX ANALYSIS RE TAX ISSUES RE 382 AND CAP PROGRAM (0.5); REVIEW MATERIALS RE OWNERSHIP CHANGE, SECTION 382 (1.0). |
| | | **64.40** | |
| **Total Counsel** | | **80.30** | |
| FEINBERG AS | 01/03/06 | 1.50 | REVIEW OF BANKRUPTCY FILINGS (0.1); RESEARCH RE ATTRIBUTE REDUCTION DUE TO DISCHARGE OF INDEBTEDNESS INCOME (1.4). |
| FEINBERG AS | 01/04/06 | 1.60 | RESEARCH RE ATTRIBUTE REDUCTION DUE TO DISCHARGE OF INDEBTEDNESS INCOME (1.6). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| FEINBERG AS | 01/05/06 | 0.10 | REVIEW OF BANKRUPTCY FILINGS RELATING TO CLAIMS TRADING ORDERS (0.1). |
| FEINBERG AS | 01/06/06 | 0.10 | ANALYSIS RE BANKRUPTCY FILINGS (0.1). |
| FEINBERG AS | 01/09/06 | 0.50 | ANALYSIS RE FINAL ORDER (0.3); WORK RE RESTRUCTURING DOCUMENTATION (0.2). |
| FEINBERG AS | 01/10/06 | 0.40 | REVIEW AND ANALYSIS OF NOTICE FILINGS AND CLAIMS TRADING DOCUMENTATION (0.4). |
| FEINBERG AS | 01/11/06 | 3.40 | ANALYSIS RE LIABILITY FOR TAXES IN BANKRUPTCY (3.4). |
| FEINBERG AS | 01/12/06 | 4.00 | ANALYSIS RE TAX LIABILITY DURING BANKRUPTCY (4.0). |
| FEINBERG AS | 01/16/06 | 2.50 | ANALYSIS RE LIABILITY FOR PRE-PETITION TAXES (2.5). |
| FEINBERG AS | 01/18/06 | 0.20 | ANALYSIS RE LIABILITY FOR PRE-PETITION TAXES (0.2). |
| FEINBERG AS | 01/19/06 | 1.00 | ANALYSIS RE TAX LIABILITY DURING BANKRUPTCY (1.0). |
| FEINBERG AS | 01/20/06 | 0.40 | ANALYSIS RE PREPETITION TAX LIABILITY (0.4). |
| FEINBERG AS | 01/31/06 | 0.40 | ANALYSIS RE CLAIMS TRADING FILINGS (0.4). |
| | | **16.10** | |
| PHILLIPS DP | 01/03/06 | 13.20 | TAX WORK RE TRADING ORDER (3.9); PREPARATION FOR HEARING RE TRADING ORDER (9.1); TELECONFERENCES WITH OBJECTORS (0.2). |
| PHILLIPS DP | 01/04/06 | 12.90 | TRAVEL TO NEW YORK FOR HEARING (3.0); PREPARE FOR HEARING RE TRADING ORDER (6.1); REVISE TRADING ORDER AND EXHIBITS (2.7); MEET WITH J. WHITSON RE TRADING ORDER (0.4); COORDINATE NOTICING OF TRADING ORDER (0.7). |
| PHILLIPS DP | 01/05/06 | 8.80 | PREPARE FOR COURT PROCEEDINGS RE TRADING ORDER (2.1); ATTEND HEARING (6.7). |
| PHILLIPS DP | 01/06/06 | 7.20 | WORK ON NOTICE OF ENTRY OF TRADING ORDER (3.2); TELECONFERENCE WITH J. WHITSON AND S. GALE RE TRADING ORDER AND FUTURE TAX PLANNING (1.6); ANALYSIS OF TRADING TO COMPLY WITH 382(L)(5) (2.4). |
| PHILLIPS DP | 01/09/06 | 8.90 | COORDINATE PROPER NOTICE OF FINAL TRADING ORDER (7.1); WORK ON STATE TAX CLAIMS (1.8). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| PHILLIPS DP | 01/10/06 | 5.30 | COORDINATE PROPER SERVICE OF AND NOTIFICATION RE FINAL TRADING ORDER (2.7); WORK ON SECTION 382 ISSUES (1.0); WORK ON CORRESPONDENCE WITH OBJECTORS (1.1); ORGANIZE TRADING ORDER FILES (0.5). |
| PHILLIPS DP | 01/11/06 | 3.30 | WORK ON LOCAL TAX ISSUE AND OVERLAP WITH BANKRUPTCY LAW (1.4); WORK ON REQUESTS FOR CLARIFICATION OF TRADING ORDER FROM CREDITORS (1.1); RESEARCH SECTION 382 ISSUES (0.8). |
| PHILLIPS DP | 01/12/06 | 1.90 | WORK ON SECTION 382 ISSUES AND OWNERSHIP CHANGE (1.5); RESPOND TO INTERESTED PARTIES RE TRADING ORDER (0.4). |
| PHILLIPS DP | 01/13/06 | 0.60 | WORK ON RESPONSE TO OBJECTORS AND NOTICE FILERS (0.6). |
| PHILLIPS DP | 01/17/06 | 1.40 | PREPARE SUMMARY OF TRADING ORDER FOR EASIER EXPLANATION (1.4). |
| PHILLIPS DP | 01/18/06 | 0.60 | PREPARE SUMMARY OF TRADING ORDER FOR PRESENTATION (0.6). |
| PHILLIPS DP | 01/19/06 | 3.90 | WORK ON TAX GROSS-UP ISSUE (3.9). |
| PHILLIPS DP | 01/20/06 | 5.90 | WORK ON TAX ISSUES RELATED TO DELPHI RETIREES (4.9); TELECONFERENCES WITH S. GALE AND K. COBB RE SAME (1.0). |
| PHILLIPS DP | 01/21/06 | 1.00 | FOLLOW UP WITH PARTIES REQUESTING TO BE ADDED TO SCHEDULE A OF THE INTERIM ORDER (0.6); WORK ON WITHHOLDING ISSUES FOR DELPHI RETIREES (0.4). |
| PHILLIPS DP | 01/23/06 | 1.00 | COORDINATE WITH INTERESTED PARTIES RE INTERIM ORDER SCHEDULE A ADDITIONS (0.4); TAX WORK ON RETIREE WITHHOLDING ISSUE (0.6). |
| PHILLIPS DP | 01/25/06 | 1.40 | TELECONFERENCE WITH J. WHITSON AND S. GALE RE SECTION 382 ISSUES AND RESEARCH RE SAME (1.4). |
| PHILLIPS DP | 01/27/06 | 0.60 | TRACKING INTERESTED PARTY DOCUMENTATION WITH RESPECT TO TRADING ORDER (0.6). |
| PHILLIPS DP | 01/30/06 | 0.50 | COORDINATING RESPONSES TO FILERS OF NOTICES UNDER THE TRADING ORDER (0.5). |
| PHILLIPS DP | 01/31/06 | 0.30 | WORK WITH FILERS OF NOTICES UNDER THE TRADING ORDER (0.3). |
| | | 78.70 | |
| **Total Associate** | | 94.80 | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| SALAZAR AG | 01/09/06 | 2.90 | COORDINATE ADEQUATE SERVICE OF THE CLAIMS TRADING ORDER (2.2); REVIEW AND REVISE NEWSPAPER PRODUCTION PROOF FOR CLAIMS TRADING ORDER (0.7). |
| SALAZAR AG | 01/11/06 | 0.50 | REVIEW AFFIDAVIT OF SERVICE FOR CLAIMS TRADING TO CONFIRM (0.5). |
| | | 3.40 | |
| **Total Legal Assistant** | | 3.40 | |
| **TOTAL TIME** | | **254.90** | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  
Tax Matters  

Bill Date: 02/28/06  
Bill Number: 1108418

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---:|
| Air/Rail Travel - vendor feed | 01/04/06 | Gross C | 302.07 |
| Air/Rail Travel - vendor feed | 01/04/06 | Sensenbrenner EB | 302.07 |
| Air/Rail Travel - vendor feed | 01/04/06 | Sensenbrenner EB | -257.07 |
| Air/Rail Travel - vendor feed | 01/04/06 | Phillips DP | 302.07 |
| Air/Rail Travel - vendor feed | 01/04/06 | Gross C | 261.96 |
| Air/Rail Travel - vendor feed | 01/04/06 | Sensenbrenner EB | 261.96 |
| Air/Rail Travel - vendor feed | 01/04/06 | Phillips DP | 261.96 |
| Air/Rail Travel - vendor feed | 01/04/06 | Gross C | -117.88 |
| Air/Rail Travel - vendor feed | 01/04/06 | Sensenbrenner EB | -117.90 |
| Air/Rail Travel - vendor feed | 01/04/06 | Phillips DP | -117.88 |
| Air/Rail Travel - vendor feed | 01/04/06 | Gross C | -257.07 |
| Air/Rail Travel - vendor feed | 01/04/06 | Phillips DP | -257.07 |
| Air/Rail Travel - vendor feed | 01/05/06 | Sensenbrenner EB | 127.78 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$695.00** |
| In-house Reproduction | 01/03/06 | Copy Center, D | 107.36 |
| In-house Reproduction | 01/06/06 | Copy Center, D | 67.73 |
| In-house Reproduction | 01/06/06 | Copy Center, D | 32.71 |
| In-house Reproduction | 01/10/06 | Copy Center, D | 4.70 |
| In-house Reproduction | 01/13/06 | Copy Center, D | 78.33 |
| In-house Reproduction | 01/20/06 | Copy Center, D | 14.11 |
| In-house Reproduction | 01/24/06 | Copy Center, D | 126.55 |
| In-house Reproduction | 01/24/06 | Copy Center, D | 2.20 |
| In-house Reproduction | 01/27/06 | Copy Center, D | 6.70 |
| In-house Reproduction | 01/27/06 | Copy Center, D | 27.61 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$468.00** |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 01/27/06 | Telecommunications, D | 9.35 |
| Telephone Expense | 01/27/06 | Telecommunications, D | 11.17 |
| Telephone Expense | 01/27/06 | Telecommunications, D | 0.48 |
| | | **TOTAL TELEPHONE EXPENSE** | **$21.00** |
| Westlaw | 01/03/06 | Feinberg AS | 70.40 |
| Westlaw | 01/11/06 | Feinberg AS | 189.52 |
| Westlaw | 01/19/06 | Feinberg AS | 97.08 |
| | | **TOTAL WESTLAW** | **$357.00** |
| Vendor Hosted Teleconferencing | 01/31/06 | Teleconferencing Services, LLC | 2.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$2.00** |
| Air/Rail Travel (external) | 01/05/06 | Phillips DP | 104.00 |
| Air/Rail Travel (external) | 01/05/06 | Gross C | 104.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$208.00** |
| Out-of-Town Travel | 01/04/06 | Sensenbrenner EB | 297.00 |
| Out-of-Town Travel | 01/05/06 | Gross C | 9.00 |
| Out-of-Town Travel | 01/05/06 | Gross C | 297.00 |
| Out-of-Town Travel | 01/05/06 | Phillips DP | 297.00 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$900.00** |
| Out-of-Town Meals | 01/05/06 | Sensenbrenner EB | 10.81 |
| Out-of-Town Meals | 01/05/06 | Gross C | 9.19 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$20.00** |
| Outside Research/Internet Services | 12/31/05 | Global Securities | 112.10 |
| Outside Research/Internet Services | 01/01/06 | Dow Jones Reuters Business Interactive, | 17.50 |
| Outside Research/Internet Services | 01/06/06 | Pacer Service Center | 280.23 |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Outside Research/Internet Services | 01/31/06 | Global Securities | 3.17 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$413.00** |
| Wireless - Mobile/Cellular/Pager | 01/10/06 | Sensenbrenner EB | 14.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$14.00** |
| | | **TOTAL MATTER** | **$3,098.00** |

B43E