### SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)  
Creditor Meetings/ Statutory Committees  

Bill Date: 02/28/06  
Bill Number: 1108418

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 01/24/06 | Meisler RE | 284.00 |
| Air/Rail Travel - vendor feed | 01/25/06 | Meisler RE | 284.00 |
| Air/Rail Travel - vendor feed | 01/27/06 | Meisler RE | 389.59 |
| Air/Rail Travel - vendor feed | 01/27/06 | Meisler RE | -389.59 |
| Air/Rail Travel - vendor feed | 01/27/06 | Meisler RE | 284.00 |
| Air/Rail Travel - vendor feed | 01/30/06 | Meisler RE | 284.00 |
| Air/Rail Travel - vendor feed | 01/30/06 | Meisler RE | 165.24 |
| Air/Rail Travel - vendor feed | 01/30/06 | Meisler RE | -165.24 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$1,136.00** |
| In-house Reproduction | 01/03/06 | Copy Center, D | 1.21 |
| In-house Reproduction | 01/06/06 | Copy Center, D | 7.24 |
| In-house Reproduction | 01/27/06 | Copy Center, D | 12.26 |
| In-house Reproduction | 01/31/06 | Copy Center, D | 76.29 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$97.00** |
| Telephone Expense | 01/27/06 | Telecommunications, D | 2.64 |
| Telephone Expense | 01/27/06 | Telecommunications, D | 3.26 |
| Telephone Expense | 01/27/06 | Telecommunications, D | 0.10 |
| | | **TOTAL TELEPHONE EXPENSE** | **$6.00** |
| Westlaw | 01/03/06 | Stuart NL | 116.15 |
| Westlaw | 01/12/06 | Stuart NL | 339.40 |
| Westlaw | 01/13/06 | Stuart NL | 57.56 |
| Westlaw | 01/16/06 | Stuart NL | 82.77 |
| Westlaw | 01/17/06 | Stuart NL | 56.12 |
| | | **TOTAL WESTLAW** | **$652.00** |
| Reproduction - color | 01/31/06 | Copy Center, D | 65.50 |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Reproduction - color | 01/31/06 | Copy Center, D | 36.50 |
| | | **TOTAL REPRODUCTION - COLOR** | **$102.00** |
| Air/Rail Travel (external) | 01/03/06 | Butler, Jr. J | 86.33 |
| Air/Rail Travel (external) | 01/24/06 | Butler, Jr. J | 245.67 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$332.00** |
| Out-of-Town Travel | 01/03/06 | Butler, Jr. J | 16.00 |
| Out-of-Town Travel | 01/03/06 | Butler, Jr. J | 297.71 |
| Out-of-Town Travel | 01/03/06 | Butler, Jr. J | 42.66 |
| Out-of-Town Travel | 01/03/06 | Butler, Jr. J | 12.67 |
| Out-of-Town Travel | 01/24/06 | Butler, Jr. J | 9.00 |
| Out-of-Town Travel | 01/24/06 | Butler, Jr. J | 32.00 |
| Out-of-Town Travel | 01/24/06 | Butler, Jr. J | 457.49 |
| Out-of-Town Travel | 01/24/06 | Butler, Jr. J | 10.50 |
| Out-of-Town Travel | 01/27/06 | Meisler RE | 575.16 |
| Out-of-Town Travel | 01/27/06 | Meisler RE | 39.99 |
| Out-of-Town Travel | 01/27/06 | Meisler RE | 261.82 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$1,755.00** |
| Messengers/ Courier | 01/06/06 | Dist Serv/Mail/Page, D | 42.31 |
| Messengers/ Courier | 01/19/06 | Dist Serv/Mail/Page, D | 21.46 |
| Messengers/ Courier | 01/25/06 | Dist Serv/Mail/Page, D | 17.84 |
| Messengers/ Courier | 01/25/06 | Dist Serv/Mail/Page, D | 19.80 |
| Messengers/ Courier | 01/29/06 | Arrow Messenger Svc | 24.59 |
| Messengers/ Courier | 01/29/06 | Arrow Messenger Svc | 24.59 |
| Messengers/ Courier | 01/30/06 | Dist Serv/Mail/Page, D | 16.53 |
| Messengers/ Courier | 01/31/06 | Dist Serv/Mail/Page, D | 230.88 |
| | | **TOTAL MESSENGERS/ COURIER** | **$398.00** |
| Out-of-Town Meals | 01/03/06 | Butler, Jr. J | 9.69 |
| Out-of-Town Meals | 01/24/06 | Butler, Jr. J | 8.51 |
| Out-of-Town Meals | 01/25/06 | Meisler RE | 114.53 |
| Out-of-Town Meals | 01/25/06 | Meisler RE | 5.94 |
| Out-of-Town Meals | 01/26/06 | Meisler RE | 45.08 |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Meals | 01/26/06 | Meisler RE | 20.25 |
| Out-of-Town Meals | 01/27/06 | Meisler RE | 2.32 |
| Out-of-Town Meals | 01/27/06 | Meisler RE | 15.00 |
| Out-of-Town Meals | 01/27/06 | Meisler RE | 9.60 |
| Out-of-Town Meals | 01/27/06 | Meisler RE | 4.08 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$235.00** |
| Wireless - Mobile/Cellular/Pager | 12/09/05 | Meisler RE | 99.67 |
| Wireless - Mobile/Cellular/Pager | 01/09/06 | Meisler RE | 60.33 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$160.00** |
| | | **TOTAL MATTER** | **$4,873.00** |

B43E