**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MATZ TJ | 01/24/06 | 1.10 | REVIEW AND COMMENT ON REVISED NOTICE RE ORDINARY COURSE PROFESSIONALS (0.3); FOLLOW UP AND CORRESPONDENCE RE "MEET AND CONFER" & FEE COMMITTEE (0.4); FOLLOW UP WORK ON RETENTION OF OTHER PROFESSIONALS AND VARIOUS MATTERS IN RESPECT THEREOF (0.4). |
| MATZ TJ | 01/25/06 | 0.40 | CONTINUING WORK ON ADDITIONAL RETENTIONS (0.2); PREPARE LIST FOR FILING OF SAME (0.2). |
| MATZ TJ | 01/27/06 | 0.50 | TELECONFERENCE WITH U.S. TRUSTEE RE SIX PENDING RETENTION APPLICATIONS (0.2); FOLLOW UP TELECONFERENCES RE SAME (0.3). |
| MATZ TJ | 01/29/06 | 1.10 | REVIEW AND REVISE RETENTION APPLICATIONS OF DICKENSON WRIGHT AS INTELLECTUAL PROPERTY COUNSEL (0.7); REVIEW AND REVISE RETENTION APPLICATION OF CROWELL & MORLEY AS ANTITRUST COUNSEL (0.4). |
| MATZ TJ | 01/30/06 | 1.80 | CONTINUING WORK ON ORDINARY COURSE PROFESSIONALS FILINGS AND RETENTION MATTERS (0.4); FOLLOW UP WORK RE DICKENSON AND BLAKES RETENTION MATERIALS (0.3); TELECONFERENCE WITH D. BRUSSO RE FEE APPLICATIONS (0.3); "MEET AND CONFER" WITH D. MARTINI, E. AUSTIN AND B. ROSENBERG RE FEE COMMITTEE (0.8). |
| | | **16.80** | |
| **Total Counsel** | | **16.80** | |
| DANZ CE | 01/16/06 | 2.00 | REVIEW AND EVALUATE JLL ISSUE, REVIEW OF PURCHASE ORDER AND CURRENT AGREEMENT, AND NUMEROUS COMMUNICATIONS RE THE SAME (1.8); COMMUNICATION WITH J. BECKER (0.2). |
| DANZ CE | 01/18/06 | 1.80 | CONTINUED ATTENTION TO THE JONES LANG LASALLE MATTER (0.8); REVIEW OF INTERIM COMPENSATION ORDER (0.4); REVIEW OF RETENTION APPLICATION AND ORDER (0.6). |
| DANZ CE | 01/19/06 | 2.30 | TELECONFERENCE WITH J. JAFFERS, J. BEAUDOEN, J. BECKER AND C. COMERFORD RE JLL AND FURTHER REVIEW OF THE AGREEMENT AND APPLICATION ORDER (1.2); CONFIRMED SERVICE OF JLL MATERIALS (0.4); RESPONDED TO INQUIRIES AND SUPPLIED DOCUMENT TO J. FRANK (COUNSEL TO JLL) (0.7). |
| DANZ CE | 01/24/06 | 0.30 | CONTINUED ATTENTION TO THE JONES LANG LASALLE MATTER (0.3). |
| | | **6.40** | |

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Name | Date | Hours | Description |
|---|---|---|---|
| DE ELIZALDE D | 01/03/06 | 4.90 | REVIEWED AND REVISED SEVERAL AFFIDAVITS OF ORDINARY COURSE PROFESSIONALS (3.8); REVIEWED AND REVISED THE LIST OF OCP AND THE NEED TO FILE AN AMENDED OCP EXHIBIT (1.1). |
| DE ELIZALDE D | 01/04/06 | 3.70 | REVIEWED AND REVISED AMENDED OCP LIST (3.7). |
| DE ELIZALDE D | 01/05/06 | 2.20 | COORDINATED FILING OF AFFIDAVITS OF OCP (1.4); ANALYSIS OF PRECEDENTS RE SUPPLEMENTAL DISCLOSURE IN SUPPORT OF SKADDEN APPLICATION FOR EMPLOYMENT (0.8). |
| DE ELIZALDE D | 01/06/06 | 4.90 | SUPERVISED SERVICE OF E&Y RETENTION ORDER (0.5); SUPERVISED FILING OF OCP AFFIDAVITS (0.6); ANALYSIS OF ISSUE WHETHER ATTORNEYS PAID THROUGH INSURANCE CARRIER ARE ORDINARY COURSE PROFESSIONALS (1.1); REVIEWED CHART RE RETAINED PROFESSIONALS (0.5); ANSWERED QUESTION FROM FTI RE WHAT PROFESSIONALS NEEDED TO BE INCLUDED IN THE QUARTERLY REPORT (0.3); REVIEWED AND REVISED MEMO RE PAYMENT TO DIFFERENT CATEGORIES OF PROFESSIONALS, I.E., ORDINARY COURSE, FORMALLY RETAINED, ETC. (1.9). |
| DE ELIZALDE D | 01/09/06 | 3.60 | REPLY TO EMAIL FROM P. GRIFFIN RE QUESTIONS OF A FOREIGN OCP RE PAYMENT OF INVOICES (1.3); TRACKING DOWN RESPONSIBLE PEOPLE AT DELPHI FOR PAYMENT OF INVOICES OF FORMALLY RETAINED PROFESSIONALS (0.9); REVIEWED AND REVISED AMENDED OCP LIST (0.5); INSTRUCTED GOWLINGS AS TO FILING OCP AFFIDAVIT (0.4); TELECONFERENCE WITH M. ROZYCKI RE FILING OF OCP AFFIDAVIT (0.5). |
| DE ELIZALDE D | 01/10/06 | 4.80 | TELECONFERENCE AND EMAIL TO R. FLETEMAYER (FTI) RE INCLUSION OF PROFESSIONALS IN OCP LIST (0.5); REPLIED TO EMAIL FROM J. WHITSON RE PAYMENT OF PROFESSIONALS (1.4); EMAIL TO M. ROZYCKI RE REQUEST FROM FIRM TO BE TAKEN OUT OF THE OCP LIST (0.6); EMAIL TO DELPHI TO DETERMINE THE PERSON RESPONSIBLE FOR PAYMENT TO DIFFERENT PROFESSIONALS (0.3); EMAIL TO CANTOR COLBURN RE QUESTIONS ON THE INTERIM COMPENSATION ORDER (1.2); EMAIL TO M. ROZYCKI RE DELETION OF HONIGMAN FROM OCP LIST (0.2); EMAIL TO P. GRIFFIN RE OCP AND PAYMENT OF PROFESSIONALS (0.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| DE ELIZALDE D | 01/11/06 | 5.90 | TELECONFERENCE WITH M. ROZYCKI RE ADDITIONS TO OCP LIST (0.3); REPLIED TO QUESTIONS FROM P. GRIFFIN AND L. MARION RE PAYMENT TO DIFFERENT CATEGORIES OF PROFESSIONALS (1.2); TELECONFERENCES WITH M. ROZYCKI AND B. SPARKS RE PAYMENT OF FOREIGN PROFESSIONALS (0.7); ANALYSIS OF AFFIDAVITS OF OCP FILED AND UPDATE OF CHART REFLECTING OCP AFFIDAVITS (0.6); UPDATED LIST OF OCPS (1.5); TELECONFERENCE WITH OCP IN BRAZIL TO GUIDE THEM THROUGH THE PROCESS OF DRAFTING AND FILING AN AFFIDAVIT (0.8); REVIEWED AND REVISED CHART RE STATUS REPORT FOR OFFICIALLY RETAINED PROFESSIONALS (0.5); TELECONFERENCE WITH J. WHITSON RE AFFIDAVIT OF PWC (0.3). |
| DE ELIZALDE D | 01/12/06 | 5.60 | REVIEWED LATHROP & GAGE INVOICES (0.2); CHECKED FILED OCP AFFIDAVITS (1.5); REVIEWED AFFIDAVIT SENT BY HAMILTON, BROWN AND BABST (0.5); ANALYSIS RE PERSON RESPONSIBLE FOR PAYMENT OF INVOICES OF RETAINED PROFESSIONALS (1.2); UPDATE OF 2002 NOTICE LIST (0.2); EMAIL TO M. KAMISCHKE EXPLAINING PROCEDURES FOR PAYMENT OF PROFESSIONALS (0.4); REVIEWED AND REVISED QUARTERLY REPORT RE OCP PAYMENTS (1.6). |
| DE ELIZALDE D | 01/13/06 | 5.50 | EMAIL TO M. KAMISCHKE RE PAYMENT OF JLL'S FEES (0.3); EMAILS TO K. BAMBACK RE RETENTION OF BLAKE CASSELS (1.3); COORDINATED WITH R. FLETEMAYER (FTI) RE FINALIZING AND FILING OF QUARTERLY STATEMENT OF PAYMENTS MADE TO OCPS (3.9). |
| DE ELIZALDE D | 01/16/06 | 10.10 | UPDATED OCP CHART (0.5); SENT OCP CHART TO COMPANY FOR APPROVAL (0.2); CHECKED FILING OF OCP AFFIDAVITS (0.8); TELECONFERENCE WITH OCPS RE PROCEDURES FOR PAYMENT OF INVOICES AND FILING OF OCP AFFIDAVITS (2.5); REVIEWED AND REVISED QUARTERLY STATEMENT (1.7); TRACKED PAYMENTS MADE TO OCPS AND REQUESTED PAYMENTS BACK TO OCPS THAT HAD NOT COMPLIED WITH THE OCP ORDER (2.9); RETENTION OF DICKINSON (0.9); RETENTION OF BLAKES (0.6). |
| DE ELIZALDE D | 01/17/06 | 4.10 | REVIEWED, REVISED, FINALIZED AND FILED OCP QUARTERLY CHART (2.9); ANALYZED RETENTION OF E&Y A.G. (GERMANY) AS AN OCP (0.4); EMAILED CONTACT AT E&Y A.G. TO INSTRUCT THEM AS TO THE FILING AND SERVING OF AN AFFIDAVIT OF OCP (0.8). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Timekeeper | Date | Hours | Description |
|---|---|---|---|
| DE ELIZALDE D | 01/18/06 | 5.90 | EMAILED DELPHI TO ASK WHETHER THEY HAD MADE PROGRESS IN TRACKING PAYMENTS MADE TO OCPS (0.5); ANALYSIS OF TRANSCRIPT OF HEARING TO PREPARE E&Y RETENTION APPLICATION (0.7); EMAILED MAYER BROWN RE E&Y RETENTION APPLICATION (0.5); ANALYSIS OF WHETHER WATSON WYATT CONSTITUTES AN OCP (0.7); ISSUE RE BLAKES RETENTION (0.3); UPDATED AMENDED OCP LIST (0.9); SENT AMENDED LIST OF OCP TO DELPHI FOR SIGN OFF (0.4); FILING OF O'NEIL'S OCP AFFIDAVIT (0.4); TELECONFERENCE WITH DELPHI RE PROCESS FOR PAYMENT OF PROFESSIONALS (0.5); DELETED TWO FIRMS FROM OCP LIST AS PER M. PISCITELLI'S INSTRUCTION (0.4); RESPONSE TO OCP RE FILING OF INVOICES (0.6). |
| DE ELIZALDE D | 01/19/06 | 3.70 | ANALYSIS OF E&Y INDIA AS OCP (0.5); UPDATED CHART RE FILED OCP AFFIDAVIT (0.8); RESPONDED TO EMAIL FROM E&Y A.G. RE AFFIDAVIT OF SERVICE (0.4); TELECONFERENCE WITH LAW FIRM BAKER BOTTS RE FILING OF OCP AFFIDAVIT (0.5); ANALYSIS OF MONTHLY STATEMENTS OF RETAINED PROFESSIONALS (1.3); TELECONFERENCE WITH M. PISCITELLI RE INVOICES OF RETAINED PROFESSIONALS (0.2). |
| DE ELIZALDE D | 01/20/06 | 5.30 | TELECONFERENCE WITH SWIFT CURRIE RE FILING OF OCP AFFIDAVIT (0.4); TELECONFERENCE WITH M. PISCITELLI RE RETAINER REQUESTED BY A LAW FIRM (1.3); TELECONFERENCE WITH WILMER RE FILING OF FEES STATEMENT (0.5); TELECONFERENCE WITH GLOBAL QUALITY INSTITUTE RE OCP AFFIDAVIT (0.2); REVIEWED AND REVISED GQI'S OCP AFFIDAVIT (0.4); TELECONFERENCE WITH M. PISCITELLI AND M. HALL FROM DELPHI RE ADDENDUM TO OCP LIST (0.2); REVIEWED AND REVISED OCP LIST (0.5); ANALYSIS OF ISSUE RE BLAKES' RETAINER (1.8). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| DE ELIZALDE D | 01/23/06 | 3.80 | ANALYSIS OF SERVICES RENDERED BY CONWAY MACKENZIE & DUNLEAVY TO DETERMINE WHETHER THEY SHOULD BE INCLUDED IN THE ORDINARY COURSE PROFESSIONALS LIST (0.2); UPDATED LIST OF ORDINARY COURSE PROFESSIONALS WHO HAVE FILED AFFIDAVITS (0.7); SENT UPDATED LIST OF ORDINARY COURSE PROFESSIONALS WHO HAVE FILED AFFIDAVITS TO DELPHI (0.2); ANALYSIS OF FIRST DRAFT AUDIT ENGAGEMENT AGREEMENT BETWEEN DELPHI AND ERNST & YOUNG (0.9); REVIEWED AND REVISED E&Y RETENTION APPLICATION IN LIGHT OF FIRST DRAFT AUDIT ENGAGEMENT AGREEMENT BETWEEN DELPHI AND ERNST & YOUNG (1.3); TELECONFERENCE WITH DET NORSKE VERITAS RE FILING OF OCP AFFIDAVIT AND EXPLANATION OF "DISINTERESTEDNESS" UNDER THE CODE (0.5). |
| DE ELIZALDE D | 01/24/06 | 4.20 | REVIEWED CANTOR COLBURN MONTHLY FEE STATEMENT (1.2); TELECONFERENCE WITH CANTOR COLBURN RE QUESTIONS RE THEIR FEE STATEMENT (0.5); RETURNED W. COSNOWSKI'S EMAILS RE QUESTIONS ON OCP AFFIDAVITS (0.3); TELECONFERENCE WITH A. MURPHY PATENT SERVICES RE OCP AFFIDAVIT AND SERVICE (0.5); REPLIED TO M. PISCITELLI'S REQUEST TO SEND HER FORMS OF OCP AFFIDAVITS AND CERTIFICATE OF SERVICES (0.3); REVIEWED AND REVISED CADWALADER'S INVOICE (0.5); ANALYSIS OF PRECEDENTS RE FEE APPLICATIONS (0.9). |
| DE ELIZALDE D | 01/25/06 | 5.10 | TELECONFERENCE WITH M. PISCITELLI AND K. BAMBACH TO GO OVER FEE STATEMENTS (1.1); ANALYSIS OF FEE STATEMENTS FROM CANTOR COLBURN, FTI, GROOM, LATHAM, O'MELVENY, ROTHSCHILD, AND SHEARMAN (1.7); REVIEWED AND REVISED LIST OF OCPS (2.3). |
| DE ELIZALDE D | 01/26/06 | 1.90 | REVIEWED CHART RE RETAINED PROFESSIONALS AND THEIR CONTACT PERSON (0.8); REVIEWED AND REVISED LIST OF OCPS (0.3); ANALYZED STATUS OF MCCARTHY TETRAULT LLP AS OCP (0.8). |
| DE ELIZALDE D | 01/27/06 | 4.40 | REVIEWED AND REVISED JLL'S SUPPLEMENTAL AFFIDAVIT (1.1); ADDED DLA PIPER RUDNICK GRAY CARY US LLP AS OCP (0.8); REVIEWED AND REVISED CHART RE TRACKING OF PAYMENTS TO RETAINED PROFESSIONALS (2.5). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| DE ELIZALDE D | 01/31/06 | 3.70 | DRAFTED EMAIL TO M. PISCITELLI AND J. NOLAN RE PAYMENT OF FORMALLY RETAINED PROFESSIONALS (0.5); TELECONFERENCE WITH GQI AND GOLDBERG SEGALLA LLP RE FILING OF OCP AFFIDAVIT (0.8); ANALYSIS OF INVOICES OF PROFESSIONALS (2.4). |
| | | **93.30** | |
| FERN BM | 01/09/06 | 0.50 | REVIEWED RESEARCH RE JOINT FEE REVIEW COMMITTEE (0.5). |
| FERN BM | 01/18/06 | 1.60 | DRAFTED SUMMARY RE DELOITTE RETENTION (1.0); FINAL REVISIONS TO DELOITTE SUMMARY (0.6). |
| | | **2.10** | |
| HERRIOTT AV | 01/04/06 | 0.50 | REVIEW RULES FOR PAYMENT OF PROFESSIONALS (0.3); CONFER WITH K. BAMBACH RE SAME (0.2). |
| HERRIOTT AV | 01/06/06 | 1.30 | ADDRESS QUESTIONS RE PAYMENTS TO PROFESSIONALS (1.3). |
| HERRIOTT AV | 01/10/06 | 0.30 | ADDRESS QUESTIONS RE PROFESSIONAL RETENTION MATTERS (0.3). |
| HERRIOTT AV | 01/12/06 | 0.10 | RESPOND TO PROFESSIONAL RETENTION QUESTION (0.1). |
| HERRIOTT AV | 01/18/06 | 0.10 | RESPOND TO PROFESSIONAL RETENTION QUESTION (0.1). |
| | | **2.30** | |
| MEISLER RE | 01/04/06 | 0.10 | TELECONFERENCE WITH J. PAPELIAN AND K. BAMBACH (0.1). |
| MEISLER RE | 01/06/06 | 0.50 | REVIEWED KCC FEES (0.5). |
| MEISLER RE | 01/16/06 | 1.10 | CONFERENCE WITH C. DANZ RE JLL RETENTION (0.1); CONFERENCE WITH M. WEXLER AND C. DANZ RE SAME (0.4); REVIEWED PLEADINGS RE SAME (0.3); CONFERENCE WITH K. MARAFIOTI RE JLL (0.3). |
| MEISLER RE | 01/17/06 | 0.70 | CONFERENCE WITH S. CORCORAN RE KPMG RETENTION (0.3); CONFERENCE WITH D. DE ELIZALDE RE STATUS OF ORDINARY COURSE PROFESSIONALS (0.2); ATTENTION TO SAME (0.2). |
| MEISLER RE | 01/22/06 | 0.70 | DRAFT EMAIL TO J. SHEEHAN AND S. CORCORAN RE JUDGE'S COMMENTS RE RETENTION OF PROFESSIONALS (0.7). |
| MEISLER RE | 01/24/06 | 0.50 | TELECONFERENCE WITH M. PISCATELLI RE PROFESSIONAL COMPENSATION (0.2); REVIEWED LEAD PLAINTIFFS APPEAL RE DELOITTE (0.3). |
| | | **3.60** | |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| REESE RG | 01/06/06 | 0.70 | EVALUATE PROFESSIONAL FEE PAYMENT ISSUES (0.7). |
| REESE RG | 01/25/06 | 0.80 | TELECONFERENCE AND FOLLOW UP RE MOBILEARIA PROFESSIONALS (0.8). |
| | | 1.50 | |
| ZALTZMAN H* | 01/03/06 | 3.20 | ANALYZE CURRENT SITUATION RE BOTH OCP FILINGS AND RETAINED PROFESSIONALS (2.0); RESPOND OCP CALLS AND EMAILS THROUGHOUT DAY (0.5); EMAIL FIVE RETENTION PROFESSIONALS RE THE FINALIZATION OF THEIR ORDER AND DISCUSS PAYMENT WITH THEM (0.7). |
| ZALTZMAN H* | 01/04/06 | 2.20 | DRAFT FAXES TO ALL OCP AFFS MISSING CERTIFICATES OF SERVICE (1.2); REVIEW RECEIVED OCP AFFS FOR FILING (1.0). |
| ZALTZMAN H* | 01/05/06 | 2.00 | OCP COMPLIANCE EMAILS AND CALLS THROUGHOUT DAY RE AFFIDAVITS AND CERTIFICATES OF SERVICE (2.0). |
| ZALTZMAN H* | 01/06/06 | 2.80 | PREPARE OCP FILINGS THROUGHOUT DAY AND COMMUNICATE TO OCPS FILING AFFIDAVITS (2.0); PREPARE RETENTION MATERIALS FOR DELIVERY TO US TRUSTEE (0.4); ANSWER PHONE QUESTIONS FROM OCPS AND RETAINED PROFESSIONALS RE BILLING ISSUES (0.4). |
| ZALTZMAN H* | 01/07/06 | 4.50 | PREPARE OCP FILINGS THROUGHOUT DAY AND COMMUNICATE TO OCPS FILING AFFIDAVITS (4.0); EDIT RETENTION MATERIALS FOR US TRUSTEE (0.2); ANSWER PHONE QUESTIONS FROM OCPS AND RETAINED PROFESSIONALS RE BILLING ISSUES (0.3). |
| ZALTZMAN H* | 01/09/06 | 0.80 | UPDATE OCP RETENTION CHART (0.2); REVIEW TWO OCP AFFIDAVITS FOR FILING (0.4); DISCUSS OCP RETENTION WITH E. KAMINSKI OF WHITE AND WILLIAMS (0.2). |
| ZALTZMAN H* | 01/11/06 | 1.50 | REVIEW EMAIL SENT FROM M. LEONARDOS' OFFICE RE OCP AFFIDAVIT AND CERT OF SERVICE AND SEND RESPONSE AND TELECONFERENCE (0.2); REVIEW AND UPDATE OCP RETENTION CHART (0.2); REVIEW RETAINED PROFESSIONALS MATERIALS AND PREPARE MATERIALS FOR SENDING TO US TRUSTEE (0.2); DRAFT FAX TO K. WELDON RE INTELLECTUAL PROPERTY IP AFFIDAVIT AND CERT OF SERVICE (0.1); RESPOND TO EMAILS FROM PROFESSIONALS RE OCP AFFIDAVIT AND CERT OF SERVICE (0.8). |
| ZALTZMAN H* | 01/12/06 | 0.30 | SPOKE TO K. WALDEN RE FILING OF OCP AFFIDAVIT (0.1); PREPARE FAX TO BAKER AND MCKENZIE RE NEED TO FILE OCP AFF. AND SEND (0.1); REVIEW K. WELDON OCP AFF. AND SENT FOR FILING (0.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| ZALTZMAN H* | 01/13/06 | 0.90 | REVIEW LUIS LEONARDO'S AFF. AND CERTIFICATE OF SERVICE FOR OCP FILING (0.2); REVIEW P. HEVENER OF BAKER AND MCKENZIE'S OCP AFF. AND CERTIFICATE OF SERVICE (0.5); REVIEW AFF. AND CERTIFICATE OF SERVICE FOR H. EDGAR HOWARD OCP APPLICATION (0.2). |
| ZALTZMAN H* | 01/16/06 | 2.70 | REVIEW RETENTION ISSUES RE WHETHER DELPHI IS STAYING WITH H&H RATHER THAN DICKINSON, INCLUDING EMAILING WITH H&H AND DICKINSON LAWYERS (0.5); PREPARE AND DRAFT OCP AFF AND CERT OF SERVICE EMAIL TO S. GRUNDY AT BLAKES (0.5); REVIEW AND DRAFT RETAINED PROFESSIONALS CHART WITH FEE INFORMATION PROVIDED BY DELPHI (0.5); REVIEW OF BILLING PROCEDURES RE OCP AND RETAINED PROFESSIONALS (0.4); REVIEW RETAINED PROFESSIONALS CHART (0.8). |
| ZALTZMAN H* | 01/17/06 | 5.00 | REVIEW UPDATED OCP LISTS RECEIVED FROM DELPHI AND PREPARE FAXES TO SEND TO OCP'S ON NEW LIST, WHICH INCLUDES OVER 20 NEW OCPS (1.8); BEGIN RETENTION OF BLAKES, INCLUDING SENDING TEMPLATE DOCUMENTS (0.8); RESEARCH RE "DISINTERESTEDNESS" UNDER THE BANKRUPTCY CODE RE JLL, INCLUDING REVIEW OF MESIROW AND JEFFRIES RETENTION APPLICATIONS AND CASE LAW RESEARCH (2.4). |
| ZALTZMAN H* | 01/18/06 | 6.40 | CONTINUE REVIEW OF CASE LAW RE "DISINTERESTEDNESS" OF RETAINED PROFESSIONALS AND PREPARE MEMO/EMAIL (4.4); CONTINUE PREPARATION OF BLAKES' RETENTION MATERIALS INCLUDING RESEARCH INTO BILLING STANDARDS IN THE SOUTHERN DISTRICT (1.2); UPDATE RETAINED PROFESSIONALS CHART WITH NEW FEES/EXPENSES INFORMATION (0.8). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| ZALTZMAN H* | 01/19/06 | 6.20 | REVIEW OCP AFF, AND CERTIFICATE OF SERVICE FOR BAKER & MCKENZIE SCP AND FILE (0.2); REVIEW ERNST & YOUNG INDIA OCP ISSUES IN ORDER TO FIGURE OUT WHETHER THE OCP ORDER APPLIES (0.4); CONTINUE REVIEW OF BLAKES' RETENTION ISSUES AND DISCUSS ISSUES WITH AMANDA FROM BLAKES (0.4); DISCUSS THE NEED TO FILE OCP AFFS FOR SOME ENTITIES FROM DIFFERENT COUNTRIES (0.2); DISCUSS RETENTION OF DICKINSON WRIGHT AND RETIREMENT OF HOWARD & HOWARD WITH T. TWOMEY, M. PISCITELLI, AND K. BOMBACK AT DELPHI (0.2); REVIEW UPDATED DELPHI RETENTION CHART AND CONFORM TO REVIEW OF PROFESSIONALS' FEES/EXPENSES INVOICES (2.8); DRAFT CROWELL & MORNINGS RETENTION APPLICATION (1.5); BEGIN DICKINSON WRIGHT OFFICIALLY RETAINED APPLICATION (0.5). |
| ZALTZMAN H* | 01/20/06 | 7.70 | REVIEW OCP AFF AND CERT OF SERVICE OF OSAMUTTOSHINO OF THE YUASA HARA FIRM (0.2); CONTINUED DISCUSSIONS AND REVIEW OF E&Y INDIA OCP STATUS WITH SUJAY PAUL OF E&Y INDIA (0.1); CONTINUE EDITING OF CROWELL & MORING RETENTION APPLICATION, AFFIDAVIT, AND ORDER (2.1); REVIEW CROWELL OF MORING'S ENGAGEMENT AGREEMENT WITH DELPHI (1.4); REVIEW AND EDIT DICKINSON WRIGHT'S RETENTION APPLICATION, AFFIDAVIT, AND ORDER (2.7); RESPOND TO QUESTIONS BY B. MOLLHAGEN OF HOWARD & HOWARD RE BILLING PROCEDURES (0.4); CHANGE ALL UPCOMING NOTICE OF ORDER DOCS FROM 10-DAY TO 20-DAY NEGATIVE PRESENTMENT (0.8). |
| ZALTZMAN H* | 01/23/06 | 0.70 | PREPARE CROWELL AND DICKINSON RETENTION MATERIALS FOR REVIEW (0.4); DRAFT GOODMAN OCP FAX TO INFORM OF NEED FOR CERT OF SERVICE (0.1); SPOKE TO B. MOLLHAGGEN OF H&H RE BILLING PROCEDURES AND HOW TO SUBMIT BILLS (0.1); DISCUSS RETENTION APPLICATION STATUS WITH R. KISICKI OF JAECKLE (0.1). |
| ZALTZMAN H* | 01/24/06 | 1.20 | DRAFT LETTER TO RETAINED PROFESSIONALS RE HOW TO SUBMIT INVOICES AND DISCUSS WITH M. PISCITELLI AT DELPHI (0.5); REVIEW AFF. AND CERT. OF SERVICE OF KIM & CHAN LAW FIRM (0.2); REVIEW L.C. BEGIN OCP AFF. AND DRAFT FAX TO REQUEST CERT. OF SERVICE (0.4); REVIEW RETAINED PROFESSIONAL INVOICES FOR CHART UPDATE (0.1). |

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| ZALTZMAN H* | 01/25/06 | 0.50 | REVIEW RETAINED PROFESSIONALS CHART (0.5). |
| ZALTZMAN H* | 01/26/06 | 1.80 | REVIEW OCP APPLICATIONS FROM GOWLINGS & GWINN ROBY LLP (0.2); REVIEW J. ARTZ'S AFF AND CERT OF SERVICE FOR FILING (0.2); REVIEW ALL RETENTION MATERIAL IN PREPARATION FOR MY ABSENCE NEXT WEEK (1.2); SPEAK WITH M. NAFT OF COVINGTON RE THEIR APPLICATION (0.1); DISCUSS STATUS OF DICKINSON RETENTION APPLICATION WITH E. HOWBERT OF DICKINSON (0.1). |
| ZALTZMAN H* | 01/27/06 | 0.60 | REVIEW OCP AFF OF HARRIS BENCH (0.1); REVIEW RETAINED PROFESSIONALS FEE CHART (0.2); PREPARE COPIES OF DICKINSON AND CROWELL RETENTION APPS FOR REVIEW (0.2); SPEAK WITH HARRIS BEACH ATTORNEY RE THEIR OCP APPLICATION (0.1). |
| ZALTZMAN H* | 01/28/06 | 0.40 | DISCUSS RETENTION ISSUES WITH C. HULL OF CCH CO. AND DRAFT EMAIL RE STATUS OF TALKS (0.4). |
| ZALTZMAN H* | 01/29/06 | 1.50 | WORK ON PRESENTATION RE RETAINED PROFESSIONALS IN PREPARATION FOR UNSECURED CREDITORS COMMITTEE MEETING (1.5). |
| ZALTZMAN H* | 01/30/06 | 6.40 | FINISH WORK ON PRESENTATION RE PROFESSIONALS FOR THE UPCOMING CREDITOR'S MEETING (2.7); CONTINUE DRAFTING/EDITING CROWELL & MORING RETENTION MATERIALS (1.2); DRAFT EMAILS TO TOGENT GROOM, O'MELVENY, AND CANTOR RE OBJECTIONS FOR FEES (0.4); COLLECT EMAIL ADDRESSES FOR ALL RETAINED PROFESSIONALS AND DRAFT EMAIL MESSAGE TO SEND TO ALL PROFESSIONALS RE STANDARDIZED FEE/EXPENSE SUBMISSION PROCEDURES (1.0); CONTINUE DRAFTING/UPDATING DICKINSON WRIGHT RETENTION APPLICATION MATERIALS (1.0); CHECK TO SEE IF MILLISCHER AFFIDAVIT IS ALREADY FILED AGAINST OTHER B&M AFFS (0.1). |
| | | 59.30 | |
| **Total Associate/Law Clerk** | | **168.50** | |
| SALAZAR AG | 01/03/06 | 5.10 | PREPARE AND ELECTRONICALLY FILE AFFIDAVITS OF ORDINARY COURSE PROFESSIONALS (1.4); REVIEW DOCKET FOR ORDINARY COURSE PROFESSIONAL AFFIDAVITS FILED (0.9); NOTIFY KCC FOR SERVICE OF RETENTION ORDERS (0.2); REVIEW ALL ORDINARY COURSE PROFESSIONALS AND CREATE CHART OF AFFIDAVITS FILED (2.6). |

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| SALAZAR AG | 01/04/06 | 0.70 | PREPARE AND ELECTRONICALLY FILE AFFIDAVITS FOR ORDINARY COURSE PROFESSIONALS (0.7). |
| SALAZAR AG | 01/06/06 | 1.30 | FILE AFFIDAVITS OF ORDINARY COURSE PROFESSIONALS (0.8); UPDATE OCP CHART WITH ALL FILED AFFIDAVITS (0.5). |
| SALAZAR AG | 01/09/06 | 0.50 | PREPARE AND ELECTRONICALLY FILE AFFIDAVITS OF ORDINARY COURSE PROFESSIONALS (0.5). |
| SALAZAR AG | 01/10/06 | 1.10 | PREPARE AND ELECTRONICALLY FILE AFFIDAVITS OF ORDINARY COURSE PROFESSIONALS (1.1). |
| SALAZAR AG | 01/11/06 | 0.40 | PREPARE AND ELECTRONICALLY FILE AFFIDAVITS OF ORDINARY COURSE PROFESSIONALS (0.4). |
| SALAZAR AG | 01/12/06 | 0.30 | PREPARE AND ELECTRONICALLY FILE AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL (0.3). |
| SALAZAR AG | 01/13/06 | 1.20 | REVIEW AFFIDAVITS OF ORDINARY COURSE PROFESSIONAL AND PREPARE AND ELECTRONICALLY FILE (1.2). |
| SALAZAR AG | 01/16/06 | 1.10 | REVIEW AFFIDAVITS OF OCP AND UPDATE CHART (0.8); PREPARE AND ELECTRONICALLY FILE AFFIDAVIT OF OCP (0.3). |
| SALAZAR AG | 01/17/06 | 1.40 | PREPARE AND ELECTRONICALLY FILE NOTICE AND OCP REPORT (1.1); REVIEW AFFIDAVITS FOR OCP RECEIVED AND UPDATE CHARTS (0.3). |
| SALAZAR AG | 01/18/06 | 0.20 | PREPARE AND FILE AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL (0.2). |
| SALAZAR AG | 01/19/06 | 0.90 | PREPARE AND ELECTRONICALLY FILE AFFIDAVIT OF ORDINARY COURSE PROFESSIONALS (0.3); ORGANIZE AFFIDAVITS OF ORDINARY COURSE PROFESSIONALS AND UPDATE CHART (0.6). |
| SALAZAR AG | 01/20/06 | 0.40 | PREPARE AND ELECTRONICALLY FILE CERTIFICATE OF SERVICE FOR AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL (0.4). |
| SALAZAR AG | 01/23/06 | 0.20 | PREPARE AND ELECTRONICALLY FILE AFFIDAVITS OF OCP (0.2). |
| SALAZAR AG | 01/24/06 | 0.60 | PREPARE AND ELECTRONICALLY FILE AFFIDAVIT OF OCP (0.6). |
| SALAZAR AG | 01/25/06 | 0.30 | PREPARE AND ELECTRONICALLY FILE AFFIDAVIT OF OCP (0.3). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| SALAZAR AG | 01/26/06 | 0.50 | PREPARE AND ELECTRONICALLY FILE OCP AFFIDAVIT (0.5). |
| | | **16.20** | |
| ZSOLDOS AF | 01/09/06 | 1.30 | UPDATE STATUS CHART OF RETENTIONS AND INVOICES RECEIVED AND WHEN RETAINED (1.3). |
| ZSOLDOS AF | 01/12/06 | 0.30 | UPDATE CHART OF OFFICIALLY RETAINED PROFESSIONALS (0.3). |
| ZSOLDOS AF | 01/16/06 | 5.10 | UPDATE CHART OF FEE APPLICATIONS OF OFFICIALLY RETAINED PROFESSIONALS (5.1). |
| ZSOLDOS AF | 01/17/06 | 0.50 | CHECK COMPANY LIST VERSUS OUR LIST OF OFFICIALLY RETAINED PROFESSIONALS (0.2); UPDATE CHART OF OFFICIALLY RETAINED PROFESSIONALS (0.3). |
| ZSOLDOS AF | 01/18/06 | 0.80 | VARIOUS RESEARCH ON PROFESSIONAL RETENTION (0.8). |
| ZSOLDOS AF | 01/19/06 | 1.50 | REVIEW INVOICES OF PROFESSIONALS BEFORE FINALIZING CHART AND SEND TO COMPANY (1.2); UPDATE RETENTION CHART (0.3). |
| ZSOLDOS AF | 01/20/06 | 0.40 | CHECK NOVEMBER 29, 2005 HEARING TRANSCRIPT FOR LANGUAGE RE FORMALLY RETAINED PROFESSIONALS (0.4). |
| ZSOLDOS AF | 01/24/06 | 2.20 | UPDATE PROFESSIONALS LIST AND ORGANIZE INVOICES OF EXPENSES AND FEES (1.1); TELECONFERENCE RE CANTOR COLBURN INVOICE (0.3); REVIEW CHANGES TO INVOICES WITH ATTORNEY (0.8). |
| ZSOLDOS AF | 01/25/06 | 1.20 | RETENTION MATTERS: REVIEW INVOICES WITH ATTORNEY, MAKE CHANGES ON CHART, CONFIRM FEE STATEMENT SUBMISSIONS VS. INVOICE SUBMISSIONS (1.2). |
| ZSOLDOS AF | 01/26/06 | 0.30 | PRINT NEWEST PROFESSIONALS INVOICES AND UPDATE INFORMATION ON CHART (0.3). |
| ZSOLDOS AF | 01/30/06 | 0.70 | COMPILE LIST OF EMAILS OF FIRMS THAT SENT INVOICES FOR LETTER RE PROPER PROCEDURES FOR SUBMITTING FEE APPLICATIONS (0.7). |
| ZSOLDOS AF | 01/31/06 | 0.90 | UPDATE FEE APPLICATIONS CHART WITH DECEMBER INVOICES (0.9). |
| | | **15.20** | |
| **Total Legal Assistant** | | **31.40** | |
| **TOTAL TIME** | | **231.40** | |

\* Law clerks are law school graduates who are not presently admitted to practice.

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  
Retention / Fee Matters/Objections (Others)

Bill Date: 02/28/06  
Bill Number: 1108418

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 01/03/06 | Copy Center, D | 240.00 |
| In-house Reproduction | 01/06/06 | Copy Center, D | 0.40 |
| In-house Reproduction | 01/10/06 | Copy Center, D | 65.10 |
| In-house Reproduction | 01/13/06 | Copy Center, D | 17.50 |
| In-house Reproduction | 01/24/06 | Copy Center, D | 7.10 |
| In-house Reproduction | 01/27/06 | Copy Center, D | 1.90 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$332.00** |
| Telephone Expense | 01/27/06 | Telecommunications, D | 13.09 |
| Telephone Expense | 01/27/06 | Telecommunications, D | 15.20 |
| Telephone Expense | 01/27/06 | Telecommunications, D | 0.71 |
| | | **TOTAL TELEPHONE EXPENSE** | **$29.00** |
| Lexis/Nexis | 01/17/06 | Zaltzman H | 117.84 |
| Lexis/Nexis | 01/18/06 | Zaltzman H | 229.16 |
| | | **TOTAL LEXIS/NEXIS** | **$347.00** |
| Vendor Hosted Teleconferencing | 12/31/05 | Teleconferencing Services, LLC | 46.41 |
| Vendor Hosted Teleconferencing | 01/31/06 | Teleconferencing Services, LLC | 5.59 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$52.00** |
| Messengers/ Courier | 01/11/06 | Dist Serv/Mail/Page, D | 12.00 |
| Messengers/ Courier | 01/11/06 | Dist Serv/Mail/Page, D | 12.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$24.00** |
| Out-of-Town Meals | 01/30/06 | Zaltzman H | 18.00 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$18.00** |
| | | **TOTAL MATTER** | **$802.00** |

B43E