SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05–44481 (RDD) |
| Debtors. | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-16
REPORTS AND SCHEDULES
380.1 HOURS

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  
Reports and Schedules

Bill Date: 12/30/05  
Bill Number: 1091378

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| REESE RG | 10/14/05 | 1.10 | PARTICIPATE IN PLANNING MEETING RE SCHEDULES AND STATEMENTS (1.1). |
| REESE RG | 10/25/05 | 0.60 | ATTEND MEETING WITH T. BEHNKE AND OTHERS RE SCHEDULES AND STATEMENTS (0.6). |
| | | 1.70 | |
| Total Associate | | 1.70 | |
| **TOTAL TIME** | | **1.70** | |

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**  Bill Date: 12/30/05
**Reports and Schedules**  Bill Number: 1091378

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 11/11/05 | Copy Center, D | 1,030.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1,030.00** |
| Westlaw | 11/10/05 | Reese RG | 6.46 |
| Westlaw | 11/11/05 | Reese RG | 232.54 |
| | | **TOTAL WESTLAW** | **$239.00** |
| Messengers/ Courier | 11/10/05 | Dist Serv/Mail/Page, D | 69.67 |
| Messengers/ Courier | 11/10/05 | Dist Serv/Mail/Page, D | 69.67 |
| Messengers/ Courier | 11/10/05 | Dist Serv/Mail/Page, D | 69.66 |
| | | **TOTAL MESSENGERS/ COURIER** | **$209.00** |
| | | **TOTAL MATTER** | **$1,478.00** |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)  
Reports and Schedules

Bill Date: 01/31/06  
Bill Number: 1092991

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 12/01/05 | 0.20 | REVIEW EMAIL FROM L. MARION RE INITIAL MOR FORMAT AND RELATED MATTERS (0.2). |
| BUTLER, JR. J | 12/02/05 | 0.20 | REVIEW INITIAL MOR FORMAT (0.2). |
| BUTLER, JR. J | 12/05/05 | 0.20 | CONTINUE TO REVIEW INITIAL MOR FORMAT AND FOLLOW-UP ON INITIAL DEBTOR INTERVIEW WITH UST RE SAME (0.2). |
| BUTLER, JR. J | 12/17/05 | 0.30 | REVIEW DRAFT OF MONTHLY OPERATING REPORT (0.3). |
| BUTLER, JR. J | 12/18/05 | 0.80 | SEVERAL EMAILS FROM/TO D. SHERBIN RE FORMAT OF MOR AND FILING OF MOR ON FORM 8-K (0.3); EMAILS TO DEPARTMENT RE SAME (0.2); RESEARCH RE SAME (0.3). |
| BUTLER, JR. J | 12/19/05 | 0.20 | SEVERAL EMAILS FROM/TO D. SHERBIN RE FORMAT OF MOR AND FILING OF MOR ON FORM 8-K (0.2). |
| BUTLER, JR. J | 12/20/05 | 0.30 | REVIEW FOURTH AND FIFTH DRAFTS OF FIRST MONTHLY OPERATING REPORT (0.3). |
| BUTLER, JR. J | 12/21/05 | 0.40 | REVIEW AND FINALIZE FIRST MONTHLY OPERATING REPORT (0.4). |
| BUTLER, JR. J | 12/28/05 | 0.40 | REVIEW FINAL DRAFT AND FIRST MONTHLY OPERATING REPORT (0.2); EMAILS TO/FROM M. LOEB AND L. MARION RE SAME (0.2). |
| | | 3.00 | |
| MARAFIOTI KA | 12/06/05 | 2.50 | TELECONFERENCE WITH S. KIHN AND A. FRANKUM RE OPERATING REPORT FORM & CONTENT (1.7); WORK ON OPERATING REPORT DRAFT (0.8). |
| MARAFIOTI KA | 12/12/05 | 2.80 | CORRESPONDENCE RE OPERATING REPORT PROGRESS (0.2); PREPARE FOR TELECONFERENCE WITH U.S TRUSTEE RE SAME (0.2); TELECONFERENCES WITH FTI RE OPERATING REPORTS (0.2); TELECONFERENCE WITH S. KIHN, L. MARION & FTI RE SAME (0.4); TELECONFERENCE WITH A. LEONHARD RE SAME (0.4); FOLLOW UP TELECONFERENCE WITH KIHN, MARION, EISENBERG & FRANKUM (0.1); ADDITIONAL CORRESPONDENCE (0.2); CONFERENCE WITH J. SHEEHAN RE REPORTS (0.2); TELECONFERENCE WITH EISENBERG RE SAME (0.1); ADDITIONAL TELECONFERENCE WITH FTI (0.4); TELECONFERENCE WITH SHEEHAN & FTI (0.4). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MARAFIOTI KA | 12/13/05 | 0.60 | TELECONFERENCE FROM A. LEONHARD RE OPERATING REPORTS (0.1); TELECONFERENCE WITH R. EISENBERG RE SAME (0.3); TELECONFERENCES J. SHEEHAN RE SAME (0.1); CORRESPONDENCE FTI RE SAME (0.1). |
| MARAFIOTI KA | 12/14/05 | 0.20 | TELECONFERENCE RE L. MARION QUESTION ON OPERATING REPORTS AND CORRESPONDENCE TO FTI RE SAME (0.2). |
| MARAFIOTI KA | 12/15/05 | 1.40 | CORRESPONDENCE RE OPERATING REPORTS (0.1); TELECONFERENCE WITH S. KIHN, L. MARION, J. DELUCA, AND A. FRANKUM RE SAME (1.0); ADDITIONAL TELECONFERENCE WITH L. MARION AND FTI (0.3). |
| MARAFIOTI KA | 12/16/05 | 0.20 | TELECONFERENCE FROM R. EISENBERG RE OPERATING REPORTS AND CORRESPONDENCE RE SAME (0.2). |
| MARAFIOTI KA | 12/19/05 | 0.50 | CORRESPONDENCE RE OPERATING REPORTS (0.3); REVIEW DRAFT OPERATING REPORT (0.2). |
| MARAFIOTI KA | 12/21/05 | 2.40 | TELECONFERENCE WITH R. EISENBERG AND S. KING RE OPERATING REPORTS (0.2); CORRESPONDENCE L. MARION RE OPERATING REPORTS (0.1); REVIEWED DRAFT REPORT AND COMMUNICATED WITH S. KIHN AND L. MARION RE SAME (1.0); TELECONFERENCE WITH KIHN RE SAME (0.1); CONTINUED WORK ON OPERATING REPORT QUESTIONS (0.5); CONSIDER REG G ISSUES (0.2); TELECONFERENCE WITH J. SHEEHAN RE OPERATING REPORTS (0.3). |
| MARAFIOTI KA | 12/22/05 | 0.30 | CONSIDER OPERATING REPORT QUESTIONS (0.3). |
| MARAFIOTI KA | 12/27/05 | 0.20 | CORRESPONDENCE RE OPERATING REPORT (0.1); REVISE OPERATING REPORT (0.1). |
| MARAFIOTI KA | 12/28/05 | 0.10 | STUDY FURTHER REVISIONS TO OPERATING REPORT (0.1). |
| MARAFIOTI KA | 12/30/05 | 0.50 | WORK N FILING ISSUES IN CONNECTION WITH FIRST MONTHLY OPERATING REPORT (0.5). |
| | | 11.70 | |
| **Total Partner** | | **14.70** | |
| MATZ TJ | 12/01/05 | 0.60 | REVIEW AND REVISE OUTLINE FOR MONTHLY OPERATING REPORT FROM FTI (0.6). |
| MATZ TJ | 12/06/05 | 2.40 | REVIEWING DRAFT MONTHLY OPERATING REPORT, MEMO FROM FTI (0.7); TELECONFERENCE WITH A. FRANKUM, S. KIHN RE OPERATING REPORTS FORMAT AND CONTENT (1.7). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MATZ TJ | 12/09/05 | 0.50 | TELECONFERENCES WITH FTI RE FIRST MONTHLY OPERATING REPORT (0.5). |
| MATZ TJ | 12/12/05 | 3.90 | CONTINUING WORK ON MONTHLY OPERATING REPORTS FOR OCTOBER AND NOVEMBER (0.9); REVIEW AND COMMENT ON DRAFT OF MONTHLY OPERATION REPORTS (0.8); TELECONFERENCES WITH U.S. TRUSTEE RE SAME (0.9); TELECONFERENCES WITH FTI RE SAME (0.9); FOLLOW UP WORK IN RESPECT THEREOF (0.4). |
| MATZ TJ | 12/13/05 | 1.30 | WORKING ON OCTOBER AND NOVEMBER MONTHLY OPERATING REPORTS (0.9); CORRESPONDENCE RE VARIOUS MATTER IN RESPECT THEREOF (0.4). |
| MATZ TJ | 12/14/05 | 1.30 | CORRESPONDENCE AND CONTINUING WORK ON OCTOBER AND NOVEMBER MONTHLY OPERATING REPORTS (0.7); REVIEW AND COMMENT ON FTI ON DRAFT (0.6). |
| MATZ TJ | 12/15/05 | 1.60 | TELECONFERENCE WITH FTI, S. KIHN, L. MARRIAN AND J. DELUCA RE MONTHLY OPERATING REPORTS (1.0); REVIEW AND COMMENT ON DRAFT MONTHLY OPERATING REPORT (0.3); FOLLOW UP CALL WITH R. EISENBERG RE SAME (0.3). |
| MATZ TJ | 12/16/05 | 0.30 | FURTHER COMMENTS ON DRAFT MONTHLY OPERATING REPORT TO FTI (0.3). |
| MATZ TJ | 12/18/05 | 0.80 | REVIEW AND REVISE MONTHLY OPERATING REPORT (0.8). |
| MATZ TJ | 12/21/05 | 2.50 | REVIEW AND REVISE OCT./NOV. MONTHLY OPERATING REPORT FOR A. FRANKUM, S. KIHN (0.5); FOLLOW UP WORK RE SAME (0.3); TELECONFERENCES RE COMMENTS WITH S. KIHN (0.3); TELECONFERENCES WITH A. FRANKUM RE SAME (0.2); FOLLOW UP RE SAME AND FINANCIAL REPORTING ISSUES (0.4); TELECONFERENCE WITH J. SHEEHAN RE MONTHLY OPERATING REPORT (0.3); FOLLOW UP CALL WITH S. KIHN (0.1); WORK ON SAME (0.4). |
| MATZ TJ | 12/28/05 | 0.30 | CORRESPONDENCE RE OCT/NOV. MONTHLY OPERATING REPORT (0.3). |
| MATZ TJ | 12/30/05 | 2.00 | WORK ON OCTOBER/NOVEMBER MONTHLY OPERATING REPORT AND FILING TO THE U.S. TRUSTEE (1.4); FINAL REVIEW AND FILING OF 8K (0.6). |
| | | **17.50** | |
| **Total Counsel** | | **17.50** | |
| GIBSON ML | 12/21/05 | 2.10 | CONDUCTED RESEARCH RE MORS AND REVIEWED SAME (2.1). |
| | | **2.10** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| HERRIOTT AV | 12/02/05 | 0.20 | ADDRESS ISSUE RE DRAFTING OF SCHEDULES AND STATEMENTS (0.2). |
| HERRIOTT AV | 12/05/05 | 2.90 | BEGIN REVIEW OF SCHEDULES AND STATEMENTS (2.9). |
| HERRIOTT AV | 12/06/05 | 2.30 | REVIEW DRAFTS OF SCHEDULES AND STATEMENTS AND COMMENT ON DRAFTS IN PREPARATION FOR MEETINGS ON DEC. 7 (2.3). |
| HERRIOTT AV | 12/07/05 | 2.90 | ATTEND MEETING WITH T. BEHNKE, D. FIDLER AND OTHER DELPHI PERSONNEL TO BEGIN REVIEWING SCHEDULES ON AN ENTITY BY ENTITY BASIS (2.9). |
| HERRIOTT AV | 12/08/05 | 6.20 | PARTICIPATE IN SCHEDULES AND STATEMENTS MEETINGS WITH FTI, D. FIDLER AND OTHER COMPANY EMPLOYEES AND PROFESSIONALS TO REVIEW SCHEDULES FROM PRACTICE AREA PERSPECTIVE INCLUDING TAX, REAL ESTATE, LEGAL, FINANCE AND HUMAN RESOURCES (6.2). |
| HERRIOTT AV | 12/09/05 | 3.30 | PARTICIPATE IN SCHEDULES AND STATEMENTS REVIEW MEETINGS WITH FTI, D. FIDLER AND RELEVANT PERSONNEL FROM DELPHI DIESEL, ASEC ENTITIES, EXHAUST, AND ENVIRONMENTAL CATALYSTS (3.3). |
| HERRIOTT AV | 12/12/05 | 1.50 | CONFERENCE CALL RE SCHEDULES AND STATEMENTS OF MECHATRONICS (0.8); CONFERENCE CALL RE SCHEDULES AND STATEMENTS OF FURUKAWA (0.4); REVIEW SCHEDULES AND STATEMENTS (0.3). |
| HERRIOTT AV | 12/13/05 | 0.40 | ASSEMBLE COMMENTS TO SCHEDULES AND STATEMENTS FIRST DRAFT (0.4). |
| HERRIOTT AV | 12/14/05 | 1.10 | CONTINUE ASSEMBLING COMMENTS TO SCHEDULES AND STATEMENTS (1.1). |
| HERRIOTT AV | 12/15/05 | 4.80 | BEGIN ASSEMBLING COMMENTS TO SCHEDULES AND STATEMENTS (4.8). |
| HERRIOTT AV | 12/16/05 | 3.60 | CONTINUE COLLATING COMMENTS TO INITIAL DRAFT OF SCHEDULES AND STATEMENTS (3.6). |
| HERRIOTT AV | 12/19/05 | 0.60 | ANALYZE TREATMENT OF TAX AND OTHER CLAIMS FOR SCHEDULING PURPOSES (0.6). |
| HERRIOTT AV | 12/20/05 | 0.10 | ANSWER QUESTION RE COMMENTS TO DRAFT OF SCHEDULES AND STATEMENTS (0.1). |
| | | **29.90** | |
| HUR J | 12/19/05 | 2.60 | RESEARCH AND REPORT FINDINGS ON FILING OF MONTHLY OPERATING REPORTS (2.6). |
| | | **2.60** | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| REESE RG | 12/01/05 | 0.70 | ATTENTION TO MEETINGS RE SCHEDULES AND STATEMENTS (0.5); DISCUSSION WITH R. BAXTER RE SAME (0.2). |
| REESE RG | 12/05/05 | 2.90 | REVIEW OF DRAFT SCHEDULES AND STATEMENTS (2.9). |
| REESE RG | 12/06/05 | 3.30 | REVIEW OF DRAFT SCHEDULES AND STATEMENTS (3.3). |
| REESE RG | 12/07/05 | 6.30 | PARTICIPATE IN MEETINGS RE DRAFT SCHEDULES AND STATEMENTS (6.3). |
| REESE RG | 12/08/05 | 7.60 | PARTICIPATE IN MEETINGS RE DRAFT SCHEDULES AND STATEMENTS (7.6). |
| REESE RG | 12/09/05 | 4.80 | PARTICIPATE IN MEETINGS RE DRAFT SCHEDULES AND STATEMENTS (4.8). |
| REESE RG | 12/12/05 | 4.90 | PARTICIPATE IN MEETINGS RE DRAFT SCHEDULES AND STATEMENTS (4.9). |
| REESE RG | 12/13/05 | 4.30 | MEETINGS WITH A. FRANKUM, T. BEHNKE, J. WADA AND D. FIDLER RE OPEN SCHEDULES AND STATEMENTS ISSUES (4.3). |
| REESE RG | 12/14/05 | 3.80 | ATTENTION TO ISSUES RE REVISIONS TO SCHEDULES AND STATEMENTS (2.7); CONVERSATIONS WITH COMPANY AND FTI AND ATTENTION TO ISSUES RE MONTHLY OPERATING REPORT (1.1). |
| REESE RG | 12/15/05 | 2.00 | REVIEW AND RESPOND TO ISSUES RE SCHEDULES AND STATEMENTS (2.0). |
| REESE RG | 12/17/05 | 0.70 | REVIEW AND COMMUNICATE COMMENTS TO DRAFT SCHEDULES AND STATEMENTS TO FTI (0.7). |
| REESE RG | 12/20/05 | 0.90 | REVIEW ISSUES RE DRAFT SCHEDULES AND STATEMENTS (0.6); CORRESPONDENCE RE SAME (0.3). |
| REESE RG | 12/21/05 | 0.60 | REVIEW ISSUES RAISED RE SCHEDULES AND STATEMENTS (0.6). |
| REESE RG | 12/22/05 | 0.40 | REVIEW ISSUES RE SCHEDULES AND STATEMENTS (0.2); DISCUSSION WITH CLIENT RE SAME (0.2). |
| | | **43.20** | |
| **Total Associate** | | **77.80** | |
| ~~ZSOLDOS AF~~ | ~~12/30/05~~ | ~~1.20~~ | ~~ELECTRONICALLY FILE MONTHLY OPERATING REPORT AND COORDINATE SERVICE (1.2).~~ |
| | | ~~1.20~~ | |
| ~~Total Legal Assistant~~ | | ~~1.20~~ | |
| **TOTAL TIME** | | **111.20** | |

119                                                                                                                          B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)  
Reports and Schedules

Bill Date: 01/31/06  
Bill Number: 1092991

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 12/06/05 | Copy Center, D | 7.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$7.00** |
| Telephone Expense | 12/29/05 | Telecommunications, D | 2.87 |
| Telephone Expense | 12/29/05 | Telecommunications, D | 0.44 |
| Telephone Expense | 12/29/05 | Telecommunications, D | 1.69 |
| | | **TOTAL TELEPHONE EXPENSE** | **$5.00** |
| Out-of-Town Travel | 12/09/05 | Reese RG | 886.23 |
| Out-of-Town Travel | 12/09/05 | Reese RG | 114.04 |
| Out-of-Town Travel | 12/09/05 | Reese RG | 311.48 |
| Out-of-Town Travel | 12/09/05 | Reese RG | 20.25 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$1,332.00** |
| Messengers/ Courier | 12/05/05 | Dist Serv/Mail/Page, D | 16.54 |
| Messengers/ Courier | 12/05/05 | Dist Serv/Mail/Page, D | 99.73 |
| Messengers/ Courier | 12/05/05 | Dist Serv/Mail/Page, D | 99.73 |
| | | **TOTAL MESSENGERS/ COURIER** | **$216.00** |
| Out-of-Town Meals | 12/05/05 | Reese RG | 5.00 |
| Out-of-Town Meals | 12/05/05 | Reese RG | 2.82 |
| Out-of-Town Meals | 12/05/05 | Reese RG | 28.14 |
| Out-of-Town Meals | 12/06/05 | Reese RG | 73.68 |
| Out-of-Town Meals | 12/06/05 | Reese RG | 5.95 |
| Out-of-Town Meals | 12/06/05 | Reese RG | 3.77 |
| Out-of-Town Meals | 12/07/05 | Reese RG | 7.50 |
| Out-of-Town Meals | 12/07/05 | Reese RG | 14.62 |
| Out-of-Town Meals | 12/08/05 | Herriott AV | 12.02 |
| Out-of-Town Meals | 12/08/05 | Herriott AV | 7.89 |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Meals | 12/08/05 | Reese RG | 10.36 |
| Out-of-Town Meals | 12/08/05 | Reese RG | 7.80 |
| Out-of-Town Meals | 12/08/05 | Reese RG | 57.54 |
| Out-of-Town Meals | 12/09/05 | Reese RG | 3.93 |
| Out-of-Town Meals | 12/09/05 | Reese RG | 21.60 |
| Out-of-Town Meals | 12/09/05 | Reese RG | 30.85 |
| Out-of-Town Meals | 12/09/05 | Reese RG | 3.53 |

**TOTAL OUT-OF-TOWN MEALS** $297.00

**TOTAL MATTER** $1,857.00

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                      Bill Date: 02/28/06
Reports and Schedules                                         Bill Number: 1108418

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 01/03/06 | 0.80 | REVIEW AND EVALUATE SCHEDULES ISSUES INCLUDING LISTING OF LABOR AGREEMENTS (0.8). |
| BUTLER, JR. J | 01/10/06 | 3.90 | PREPARE FOR (0.2) AND ATTEND (3.7) MEETING AT COMPANY IN TROY WITH J. SHEEHAN, S. CORCORAN AND SOAL/SOFA WORKING GROUP RE STATEMENTS AND SCHEDULES. |
| BUTLER, JR. J | 01/12/06 | 0.60 | PREPARE FOR (0.2) AND ATTEND (0.4) MEETING AT COMPANY IN TROY WITH S. KING, D. SHERBIN, B. SAX AND OTHERS RE STATEMENTS AND SCHEDULES. |
| BUTLER, JR. J | 01/15/06 | 1.40 | BEGIN TO REVIEW GLOBAL NOTES (0.6); PREPARE FOR JANUARY 17TH WORKING GROUP MEETING IN TROY RE SOALS AND SOFAS MATTERS (0.8). |
| BUTLER, JR. J | 01/16/06 | 1.40 | CONTINUE TO REVIEW GLOBAL NOTES (0.4); CONTINUE TO PREPARE FOR JANUARY 17TH WORKING GROUP MEETING IN TROY RE SOALS AND SOFAS MATTERS (0.3); EMAILS FROM AND TELECONFERENCE WITH S. KING AND J. SHEEHAN RE TIME SENSITIVE SOALS AND SOFAS MATTERS (0.7). |
| BUTLER, JR. J | 01/17/06 | 2.10 | PREPARE FOR (0.3) AND REVIEW (0.6) SOALS AND SOFAS MATTERS WITH WORKING MEETING AT COMPANY IN TROY; REVIEW REVISED GLOBAL NOTES (1.2). |
| BUTLER, JR. J | 01/19/06 | 1.20 | REVIEW AND REVISE GLOBAL NOTES (0.6); TELECONFERENCE WITH S. KING AND A. FRANKUM (0.6) RE SOFAS AND SOALS. |
| BUTLER, JR. J | 01/20/06 | 0.80 | TELECONFERENCE WITH S. KING AND A. FRANKUM (0.3) AND TELECONFERENCE WITH J. SHEEHAN (0.2) RE FILING MATTERS; REVIEW SOFAS AND SOALS (0.3). |
| BUTLER, JR. J | 01/28/06 | 0.30 | REVIEW DRAFT OF MONTHLY OPERATING REPORT FOR DECEMBER, 2005 (0.3). |
| BUTLER, JR. J | 01/29/06 | 0.30 | REVIEW REVISED DRAFT OF DECEMBER 2005 MONTHLY OPERATING REPORT (0.3). |
| BUTLER, JR. J | 01/30/06 | 1.60 | ATTEND MEETING WITH R. EISENBERG AND S. KING IN TROY RE POTENTIAL CROSS-CHARGE AMENDMENT TO SOALS (1.3); REVIEW FINAL DRAFT OF DECEMBER 2005 MONTHLY OPERATING REPORT (0.3). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BUTLER, JR. J | 01/31/06 | 2.20 | PREPARE FOR (0.3) AND ATTEND (1.9) MEETING WITH J. SHEEHAN, D. FIDLER, R. EISENBERG AND S. KING AND OTHERS IN TROY RE POTENTIAL CROSS-CHARGE AMENDMENT TO SOALS. |
| | | **16.60** | |
| LYONS JK | 01/04/06 | 1.50 | CONFERENCE WITH FTI RE SCHEDULES, TIMING AND OTHER ISSUES (1.5). |
| LYONS JK | 01/06/06 | 1.50 | CONFERENCE WITH FTI RE, AND REVIEW OF, GLOBAL NOTES AND OTHER SCHEDULES ISSUES (1.5). |
| LYONS JK | 01/10/06 | 5.70 | REVIEW OF VARIOUS MATTERS RE SCHEDULES (2.0); PARTICIPATION IN SENIOR SCHEDULES AND STATEMENTS MEETING AND DEVELOPING STRATEGIES AND NEXT STEPS RE THE SAME (3.7). |
| LYONS JK | 01/11/06 | 4.00 | REVIEW OF SCHEDULES AND STATEMENTS, REVISIONS TO THE SAME AND DEVELOPED STRATEGIES RE THE SAME (4.0). |
| LYONS JK | 01/12/06 | 2.00 | REVIEW OF SCHEDULES AND STATEMENTS (2.0). |
| LYONS JK | 01/13/06 | 4.00 | REVIEW OF SCHEDULES, STATEMENTS AND GLOBAL NOTES (4.0). |
| LYONS JK | 01/14/06 | 2.50 | REVIEW AND MARK UP OF GLOBAL NOTES (2.5). |
| LYONS JK | 01/24/06 | 1.10 | WORKED ON DISCLOSURE ISSUES RE SCHEDULES (1.1). |
| LYONS JK | 01/25/06 | 1.00 | DEVELOPED SCHEDULES, PROOF OF CLAIM STRATEGIES AND RECONCILIATIONS (1.0). |
| LYONS JK | 01/26/06 | 1.40 | REVIEW OF OPEN ACCOUNT PRESENTATION AND OTHER SCHEDULES MATTERS (1.4). |
| LYONS JK | 01/27/06 | 3.40 | CONFERENCE RE OPEN ACCOUNT ISSUES, AMENDMENTS/DISCLOSURES, AND PREPARATION FOR THE SAME (3.4). |
| LYONS JK | 01/30/06 | 3.10 | REVIEW OF SCHEDULES, AMENDMENT, OPEN ACCOUNT ISSUES, AND FORMS OF DISCLOSURES (3.1). |
| LYONS JK | 01/31/06 | 3.20 | CONFERENCE RE AMENDMENT TO SCHEDULES AND OPEN ACCOUNTS, FORM OF NOTICE, AND OTHER 341(A) PREPARATION (3.2). |
| | | **34.40** | |
| **Total Partner** | | **51.00** | |
| MATZ TJ | 01/11/06 | 2.00 | WORK ON MATTERS RE FINALIZING AND FILING STATEMENTS AND SCHEDULES (0.7); TELECONFERENCES WITH CLERKS OFFICE RE SAME (0.6); FOLLOW UP WORK AND CORRESPONDENCE RE SAME (0.7). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MATZ TJ | 01/12/06 | 0.80 | TELECONFERENCES WITH T. BEHNKE RE SCHEDULES (0.2); FOLLOW UP AND CORRESPONDENCE RE STATEMENTS AND SCHEDULES (0.3); TELECONFERENCE WITH J. SOLBERT OF THE CLERK'S OFFICE RE SAME (0.3). |
| MATZ TJ | 01/13/06 | 0.40 | CONTINUING WORK ON REQUEST FOR ADEQUATE ASSURANCE AND CARRIER ISSUES AND POSSIBLE RESOLUTIONS THEREOF (0.2); FOLLOW UP WORK RE STATEMENTS AND SCHEDULES (0.2). |
| MATZ TJ | 01/16/06 | 0.50 | CORRESPONDENCE WITH FTI RE SCHEDULES AND STATEMENTS (0.2); FOLLOW UP WORK RE SAME (0.3). |
| MATZ TJ | 01/17/06 | 1.30 | TELECONFERENCE WITH CLERK'S OFFICE RE SCHEDULES AND STATEMENTS (0.2); FOLLOW UP WORK RE SAME (0.8); CORRESPONDENCE RE MATERIALS FOR FILING (0.3). |
| MATZ TJ | 01/18/06 | 1.70 | WORK ON FINALIZING STATEMENTS AND SCHEDULES (1.2); TELECONFERENCE WITH CLERK'S OFFICE RE SAME (0.2); CORRESPONDENCE WITH FTI RE FILING (0.3). |
| MATZ TJ | 01/19/06 | 2.00 | CORRESPONDENCE WITH S. KIHN RE MONTHLY OPERATING REPORTS, QUARTERLY FEES (0.2) FOLLOW UP WORK RE SAME (0.3); TELECONFERENCE TO U.S. TRUSTEE'S OFFICE RE SAME (0.1); TELECONFERENCES WITH FTI (BEHNKE AND KING) RE FINALIZATION OF SCHEDULES FOR FILING AND VARIOUS MATTERS IN RESPECT THEREOF (0.5); FOLLOW UP WORK AND PREPARATION IN RESPECT THEREOF (0.9). |
| MATZ TJ | 01/20/06 | 6.50 | 3 TELECONFERENCES WITH FTI RE FINAL SCHEDULES (1.3); FINAL REVIEW OF ALL STATEMENTS AND SCHEDULES FOR FILING AT PRINTERS WITH FTI AND ATTENDING AT CLERK'S OFFICE RE SAME (3.6); 2 TELECONFERENCES WITH D. SHERBIN RE FILING (0.8); TELECONFERENCES WITH FTI RE SAME (0.8). |
| MATZ TJ | 01/23/06 | 1.50 | VARIOUS TELECONFERENCES WITH S. KIHN RE MONTHLY OPERATING REPORT AND FEE MATTERS (0.6); TELECONFERENCE WITH A. LEONARD & A. MATINEZ RE SAME (0.4); FOLLOW UP WORK AND CORRESPONDENCE RE SAME (0.5). |
| MATZ TJ | 01/26/06 | 0.70 | TELECONFERENCES RE SCHEDULES AND DISCLOSURE (0.4); FOLLOW UP WORK RE SAME (0.3). |

127

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MATZ TJ | 01/27/06 | 1.50 | REVIEW AND COMMENT ON DECEMBER MONTHLY OPERATION REPORT (0.8); FOLLOW UP CORRESPONDENCE RE SAME (0.2); FURTHER REVIEW OF NOTES TO REPORT (0.3); FOLLOW-UP CORRESPONDENCE RE SAME (0.2). |
| MATZ TJ | 01/30/06 | 1.50 | REVIEW CORRESPONDENCE FROM PRECISION MOLD RE SCHEDULES (0.1); FOLLOW UP WORK RE SAME (0.1); REVIEW AND COMMENT ON DRAFTS OF DECEMBER MONTHLY OPERATING REPORT (0.7); FOLLOW UP TELECONFERENCE WITH S. KIHN RE SAME (0.4); CORRESPONDENCE WITH S. KIHN RE DECEMBER MONTHLY OPERATING MATERIAL (0.2). |
| MATZ TJ | 01/31/06 | 0.70 | CORRESPONDENCE WITH S. KIHN RE DECEMBER MONTHLY OPERATING REPORT AND SERVICE (0.2); FOLLOW UP WORK AND TELECONFERENCES WITH S. KIHN RE SAME (0.5). |
| | | 21.10 | |
| **Total Counsel** | | **21.10** | |
| HERRIOTT AV | 01/03/06 | 0.70 | ANALYZE COLLECTIVE BARGAINING AGREEMENTS FOR SCHEDULING PURPOSES (0.3); RESEARCH EMPLOYEE STATUS OF CLAIMANT FOR POTENTIAL SCHEDULING PURPOSES (0.4). |
| HERRIOTT AV | 01/04/06 | 1.60 | CONFERENCE WITH B. SAX RE EMPLOYEE CLAIMS (0.3); REVIEW SCHEDULING OF OPEB LIABILITIES AND BEGIN DRAFTING LANGUAGE TO ADDRESS THIS IN THE SCHEDULES AND STATEMENTS (0.6); REVIEW AND ANALYZE POTENTIAL EMPLOYEE CLAIM FOR SCHEDULING PURPOSES (0.7). |
| HERRIOTT AV | 01/06/06 | 1.30 | DRAFT EMPLOYEE RELATED SECTIONS OF THE GLOBAL NOTES (0.9); ANALYZE EMPLOYEE ISSUES FOR SCHEDULES AND STATEMENTS (0.4). |
| HERRIOTT AV | 01/09/06 | 0.70 | REVIEW AND REVISE DRAFTED LANGUAGE FOR GLOBAL NOTES (0.3); REVIEW REAL ESTATE SCHEDULE (0.2); REVIEW ADDITIONAL SCHEDULES (0.2). |
| HERRIOTT AV | 01/10/06 | 5.90 | REVIEW AND REVISE SCHEDULES AND STATEMENTS RE REAL ESTATE MATTERS (1.2), EMPLOYEE MATTERS (2.6), CUSTOMER MATTERS (0.4), GLOBAL NOTES (0.4) AND OTHER ISSUES (1.3). |
| HERRIOTT AV | 01/11/06 | 7.60 | CONFERENCE WITH B. SAX, D. FIDLER, D. PETTYES, T. BEHNKE, S. GALE, A. FRANKUM RE EMPLOYEE SCHEDULES AND STATEMENTS ISSUES (2.4); CONTINUE REVIEW OF SCHEDULES AND STATEMENTS DRAFTS INCLUDING GLOBAL NOTES (5.2). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| HERRIOTT AV | 01/12/06 | 3.80 | CONTINUE REVIEW AND COMMENTS OF SCHEDULES AND STATEMENTS DRAFTS (3.8). |
| HERRIOTT AV | 01/13/06 | 5.50 | CONTINUE REVIEW AND COMMENTS TO SECOND DRAFT OF SCHEDULES AND STATEMENTS (5.5). |
| HERRIOTT AV | 01/14/06 | 6.70 | CONTINUE REVIEWING AND PROVIDING COMMENTS TO SECOND DRAFT OF SCHEDULES AND STATEMENTS (6.7). |
| HERRIOTT AV | 01/15/06 | 3.60 | REVISE PRESENTATION RE SCHEDULES AND STATEMENTS (0.3); CONTINUE REVIEW OF SECOND DRAFT OF SCHEDULES AND STATEMENTS (3.3). |
| HERRIOTT AV | 01/16/06 | 2.60 | CONTINUE REVIEW AND COMMENTS ON SCHEDULES AND STATEMENTS AND FOLLOW UP ON OUTSTANDING ISSUES RELATING TO SAME (2.6). |
| HERRIOTT AV | 01/17/06 | 6.50 | CONFERENCES WITH B. SAX (0.2) AND C. MCWEE (0.2) RE OUTSTANDING EMPLOYEE ISSUES ON SCHEDULES AND STATEMENTS; CONTINUE RESEARCH AND EVALUATION OF SAME (4.2); ADDRESS ADDITIONAL OUTSTANDING SCHEDULES AND STATEMENTS ISSUES (1.5); CONFERENCE WITH T. BEHNKE AND A. FRANKUM RE SCHEDULES AND STATEMENTS PRESENTATION TO DELPHI MANAGEMENT (0.3); FOLLOW UP RE SAME (0.1). |
| HERRIOTT AV | 01/18/06 | 9.90 | REVIEW REVISED SCHEDULES INCLUDING EMPLOYEE-RELATED SCHEDULES (7.6); RESEARCH ANSWERS TO OUTSTANDING SCHEDULES AND STATEMENTS ISSUES (2.3). |
| HERRIOTT AV | 01/19/06 | 7.30 | CONDUCT FINAL REVIEW OF AND MAKE FINAL REVISIONS TO GLOBAL NOTES TO SCHEDULES AND STATEMENTS (2.7); CONDUCT FINAL REVIEW AND PROVIDE FINAL COMMENTS TO PARTICULAR DEBTOR SCHEDULES AND STATEMENTS (4.6). |
| HERRIOTT AV | 01/20/06 | 0.90 | COMPILE INFORMATION FOR AND COORDINATE SERVICE OF SCHEDULES AND STATEMENTS (0.7); ADDRESS FOLLOW UP QUESTIONS RE SCHEDULES AND STATEMENTS (0.2). |
| HERRIOTT AV | 01/23/06 | 0.70 | REVIEW AND PROVIDE COMMENTS RE SCHEDULES AND STATEMENTS PRESENTATION ON DELPHIDOCKET.COM (0.7). |
| HERRIOTT AV | 01/25/06 | 0.20 | ADDRESS QUESTION RE SCHEDULES AND STATEMENTS (0.2). |
| HERRIOTT AV | 01/27/06 | 0.30 | REVIEW SCHEDULES AND STATEMENTS FOR ANSWER TO SUPPLIER QUESTION (0.3). |
| | | **65.80** | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MEISLER RE | 01/03/06 | 0.30 | RESPONDED TO INQUIRIES RE SCHEDULES AND STATEMENTS (0.3). |
| MEISLER RE | 01/16/06 | 2.50 | CONFERENCE WITH A. HERRIOTT RE SCHEDULES AND STATEMENTS (0.6); CONFERENCE WITH R. REESE RE SCHEDULES AND STATEMENTS (0.4); BEGAN REVIEW OF SAME (1.5). |
| MEISLER RE | 01/17/06 | 0.90 | CONFERENCE WITH R. REESE RE SCHEDULES AND STATEMENTS (0.4); CONTINUED REVIEW OF SCHEDULES AND STATEMENTS (0.5). |
| MEISLER RE | 01/18/06 | 2.90 | ATTENTION TO SCHEDULES AND STATEMENTS (0.4); CONFERENCE WITH T. MATZ RE SAME (0.5); CONTINUED TO REVIEW SCHEDULES AND STATEMENTS (0.7) AND RESPONDED TO INQUIRIES RE SAME (1.3). |
| MEISLER RE | 01/23/06 | 0.30 | ATTENTION TO POST-FILING MATTERS RE SCHEDULES AND STATEMENTS (0.3). |
| | | **6.90** | |
| REESE RG | 01/03/06 | 2.10 | EVALUATE ISSUES RE SCHEDULES AND STATEMENTS (1.4); DISCUSSIONS WITH FTI AND COMPANY RE SAME (0.7). |
| REESE RG | 01/04/06 | 1.90 | EVALUATE ISSUES RE SCHEDULES AND STATEMENTS (1.2); PARTICIPATE IN MEETING RE SAME (0.7). |
| REESE RG | 01/05/06 | 1.80 | EVALUATE ISSUES RE SCHEDULES & STATEMENTS (1.8). |
| REESE RG | 01/06/06 | 1.90 | REVIEW AND PROVIDE COMMENTS ON SCHEDULES AND STATEMENTS DOCUMENTS (0.7); TELECONFERENCES AND EMAILS WITH COMPANY AND FTI RE ISSUES RE SCHEDULES AND STATEMENTS (1.2). |
| REESE RG | 01/08/06 | 1.10 | REVIEW AND PROVIDE COMMENTS ON SCHEDULES AND STATEMENTS (1.1). |
| REESE RG | 01/09/06 | 2.00 | REVIEW, REVISE AND PROVIDE COMMENTS ON SCHEDULES AND STATEMENTS (1.2); NUMEROUS TELECONFERENCES AND EMAILS WITH COMPANY AND FTI RE ISSUES RE SCHEDULES AND STATEMENTS (0.8). |
| REESE RG | 01/10/06 | 7.20 | MEETINGS RE SCHEDULES AND STATEMENTS REVIEWS (4.8); REVIEW AND PROVIDE COMMENTS ON SCHEDULES AND STATEMENTS (1.3); NUMEROUS TELECONFERENCES AND EMAILS WITH COMPANY AND FTI RE ISSUES RE SCHEDULES AND STATEMENTS (1.1). |
| REESE RG | 01/11/06 | 6.30 | MEETINGS RE SCHEDULES AND STATEMENTS REVIEW (1.4); REVIEW AND PROVIDE COMMENTS ON SCHEDULES AND STATEMENTS (1.9); NUMEROUS TELECONFERENCES AND EMAILS WITH COMPANY AND FTI RE ISSUES RE SCHEDULES AND STATEMENTS (3.0). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| REESE RG | 01/12/06 | 9.40 | MEETINGS RE SCHEDULES AND STATEMENTS REVIEWS (4.1); REVIEW AND PROVIDE COMMENTS ON SCHEDULES AND STATEMENTS (2.5); NUMEROUS TELECONFERENCES AND EMAILS WITH COMPANY AND FTI RE ISSUES RE SCHEDULES AND STATEMENTS (2.8). |
| REESE RG | 01/13/06 | 6.80 | MULTIPLE MEETINGS RE SCHEDULES AND STATEMENTS REVIEWS AND RELATED ISSUES (3.6); REVIEW AND PROVIDE COMMENTS ON SCHEDULES AND STATEMENTS (1.9); NUMEROUS TELECONFERENCES AND EMAILS WITH COMPANY AND FTI RE ISSUES RE SCHEDULES AND STATEMENTS (1.3). |
| REESE RG | 01/14/06 | 9.70 | REVIEW DRAFT SCHEDULES AND STATEMENTS (9.7). |
| REESE RG | 01/15/06 | 8.70 | REVIEW DRAFT SCHEDULES AND STATEMENTS (6.9); REVIEW AND REVISE DTM PRESENTATION RE SAME (1.2); REVIEW AND REVISE DRAFT GLOBAL NOTES TO SCHEDULES AND STATEMENTS (0.6). |
| REESE RG | 01/16/06 | 5.70 | REVIEW AND PROVIDE COMMENTS ON SCHEDULES AND STATEMENTS (2.0); NUMEROUS TELECONFERENCES AND EMAILS WITH COMPANY AND FTI RE ISSUES RE SCHEDULES AND STATEMENTS (3.7). |
| REESE RG | 01/17/06 | 7.40 | REVIEW AND PROVIDE COMMENTS ON SCHEDULES AND STATEMENTS (5.2); NUMEROUS TELECONFERENCES AND EMAILS WITH COMPANY AND FTI RE ISSUES RE SCHEDULES AND STATEMENTS (2.2). |
| REESE RG | 01/18/06 | 14.20 | MEET WITH D. BODKIN, L. WILLIAMS, C. PICCININ AND OTHERS RE SCHEDULES AND STATEMENTS (1.2); REVIEW AND PROVIDE COMMENTS ON SCHEDULES AND STATEMENTS (9.1); NUMEROUS TELECONFERENCES AND EMAILS WITH COMPANY AND FTI RE ISSUES RE SCHEDULES AND STATEMENTS (3.9). |
| REESE RG | 01/19/06 | 8.00 | NUMEROUS TELECONFERENCES AND EMAIL CORRESPONDENCE RE SCHEDULES AND STATEMENTS ISSUES (3.2); REVIEW, REVISE AND COMMENT ON DRAFT SCHEDULES AND STATEMENTS AND RELATED MATERIALS (4.8). |
| REESE RG | 01/20/06 | 4.10 | TELECONFERENCE AND EVALUATION OF ISSUES RE FINALIZATION AND FILING OF SCHEDULES AND STATEMENTS (4.1). |
| REESE RG | 01/24/06 | 2.80 | REVIEW ISSUES AND DRAFT AND REVISE DOCUMENTS RE DISCLOSURE RE SCHEDULES AND STATEMENTS (2.8). |
| REESE RG | 01/26/06 | 0.90 | TELECONFERENCE RE SCHEDULES AND STATEMENTS ISSUES (0.9). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| REESE RG | 01/27/06 | 4.10 | TELECONFERENCE RE SCHEDULES AND STATEMENTS ISSUES (2.7); REVIEW ISSUES RELATED TO SCHEDULES AND STATEMENTS (1.4). |
| REESE RG | 01/30/06 | 1.20 | EVALUATE AND RESPOND TO ISSUES RE SCHEDULES AND STATEMENTS (1.2). |
| REESE RG | 01/31/06 | 3.90 | MEETING RE SCHEDULES AND STATEMENTS ISSUES (1.9); DRAFT NOTICE OF AMENDMENT AND DOCUMENTS RE SAME (1.4); RESPOND TO CORRESPONDENCE AND TELECONFERENCES RE SAME (0.6). |
| | | 111.20 | |
| **Total Associate** | | **183.90** | |
| SALAZAR AG | 01/09/06 | 0.30 | SEARCH FOR PRECEDENT SCHEDULES AND SOFAS (0.3). |
| SALAZAR AG | 01/11/06 | 1.00 | COORDINATE FILING EFFORTS FOR SCHEDULES AND SOFAS (1.0). |
| SALAZAR AG | 01/17/06 | 0.40 | COORDINATE WITH FTI IN PREPARATION FOR FILING OF SCHEDULES AND STATEMENTS (0.4). |
| SALAZAR AG | 01/18/06 | 0.80 | SPEAK TO CLERK'S INTAKE DEPARTMENT TO COORDINATE FILING OF SCHEDULES AND STATEMENTS (0.1); REVIEW TRANSCRIPT FOR LANGUAGE APPROVED BY COURT (0.7). |
| SALAZAR AG | 01/19/06 | 0.90 | COORDINATE STEPS FOR FILING SCHEDULES AND STATEMENTS WITH CONTACTS AT FTI (0.9). |
| SALAZAR AG | 01/20/06 | 7.20 | FINALIZE COORDINATION EFFORTS FOR FILING OF SCHEDULES AND STATEMENTS (0.7); PREPARE AND ORGANIZE DOCUMENTS AND PAPER FILE SCHEDULES AND STATEMENTS OF 42 DEBTORS CASES WITH COURT (6.5). |
| SALAZAR AG | 01/26/06 | 3.30 | PREPARE MATERIALS REQUESTED BY THE US TRUSTEE RELATED TO SCHEDULES AND STATEMENTS (1.8); HAND-DELIVER DOCUMENTS TO THE OFFICE OF THE US TRUSTEE (1.5). |
| SALAZAR AG | 01/27/06 | 0.40 | ORGANIZE SCHEDULES AND STATEMENTS FOR DISTRIBUTION (0.4). |
| SALAZAR AG | 01/31/06 | 0.70 | PREPARE AND ELECTRONICALLY FILE AND SERVE MONTHLY OPERATING REPORT (0.7). |
| | | 15.00 | |
| ZSOLDOS AF | 01/20/06 | 0.50 | PREPARE FOR PRODUCTION AND DISTRIBUTION OF SCHEDULES AND STATEMENTS (0.5). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| ZSOLDOS AF | 01/25/06 | 1.60 | RESOLVE CONFLICTS ISSUES RE DELTA AND IRVINE, INCLUDING CORRESPONDENCE AND RESEARCH ON SCHEDULES AND STATEMENTS (1.6). |
| | | 2.10 | |

Total Legal Assistant           17.10

**TOTAL TIME**                  **273.10**

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                      Bill Date: 02/28/06
Reports and Schedules                                         Bill Number: 1108418

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 01/17/06 | Herriott AV | 120.31 |
| Air/Rail Travel - vendor feed | 01/17/06 | Herriott AV | 160.71 |
| Air/Rail Travel - vendor feed | 01/20/06 | Herriott AV | 416.16 |
| Air/Rail Travel - vendor feed | 01/20/06 | Herriott AV | -371.16 |
| Air/Rail Travel - vendor feed | 01/20/06 | Herriott AV | 270.32 |
| Air/Rail Travel - vendor feed | 01/30/06 | Reese RG | 1,045.66 |
|  |  | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$1,642.00** |
| In-house Reproduction | 01/22/06 | Copy Center, D | 36.00 |
|  |  | **TOTAL IN-HOUSE REPRODUCTION** | **$36.00** |
| Telephone Expense | 01/27/06 | Telecommunications, D | 2.21 |
| Telephone Expense | 01/27/06 | Telecommunications, D | 2.73 |
| Telephone Expense | 01/27/06 | Telecommunications, D | 0.06 |
|  |  | **TOTAL TELEPHONE EXPENSE** | **$5.00** |
| Westlaw | 01/11/06 | Herriott AV | 80.29 |
| Westlaw | 01/19/06 | Reese RG | 535.50 |
| Westlaw | 01/31/06 | Reese RG | 134.21 |
|  |  | **TOTAL WESTLAW** | **$750.00** |
| Out-of-Town Travel | 01/18/06 | Herriott AV | 40.00 |
|  |  | **TOTAL OUT-OF-TOWN TRAVEL** | **$40.00** |
| Out-of-Town Meals | 01/18/06 | Herriott AV | 2.69 |
| Out-of-Town Meals | 01/19/06 | Herriott AV | 18.18 |
| Out-of-Town Meals | 01/25/06 | Meisler RE | 18.13 |
|  |  | **TOTAL OUT-OF-TOWN MEALS** | **$39.00** |
|  |  | **TOTAL MATTER** | **$2,512.00** |

B43E