SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

       - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                       :
          In re                                        :     Chapter 11
                                                       :
DELPHI CORPORATION, et al.,                            :     Case No. 05–44481 (RDD)
                                                       :
                              Debtors.                 :     (Jointly Administered)
                                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-18
EXECUTORY CONTRACTS (PERSONALTY)
320.1 HOURS

### SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 12/30/05
Executory Contracts (Personalty)                           Bill Number: 1091378

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| MARAFIOTI KA | 10/14/05 | 0.30 | TELECONFERENCE WITH G. SCHWED RE INTERPUBLIC EXECUTORY CONTRACT (0.2); REVIEW CORRESPONDENCE RE SAME (0.1). |
| MARAFIOTI KA | 10/17/05 | 1.20 | WORK ON MOTION TO REJECT PACIFIC RIM LEASE (0.4); WORK ON MOTION TO REJECT DURASWITCH LICENSE AGREEMENT (0.4); WORK ON MOTION RE HSBC CREDIT CARD AGREEMENT (0.4). |
| MARAFIOTI KA | 10/21/05 | 0.10 | TELECONFERENCE FROM MARIA DE CONZA RE DURASWITCH (0.1). |
| MARAFIOTI KA | 11/01/05 | 0.10 | CORRESPONDENCE FROM AND TO C. FILARDI RE EXECUTORY CONTRACTS (0.1). |
| MARAFIOTI KA | 11/09/05 | 2.20 | WORK ON MOTION TO ASSUME CEC POWER CONTRACTS (0.6) AFFIDAVIT OF POOLE IN SUPPORT THEREOF (0.4); TELECONFERENCE WITH POOLE AND M. HESTOR RE SAME (0.2); WORK ON NIMO MOTION TO ASSUME (0.5) ORDER (0.2), AND ZAROSKY SUPPORTING AFFIDAVIT (0.3). |
| MARAFIOTI KA | 11/16/05 | 2.60 | REVIEW STATUS OF RESPONSE TO MOTION TO COMPEL ASSUMPTION/REJECTION (2.4); CORRESPONDENCE RE SAME (0.2). |
| MARAFIOTI KA | 11/30/05 | 0.70 | REVISED AND REVISED ORDERS RE PILLARHOUSE (0.3), SOLECTRON (0.2); SENSUS PRECISION (0.2). |
| | | 7.20 | |
| Total Partner | | 7.20 | |
| MATZ TJ | 10/16/05 | 0.80 | WORKING ON MOTIONS FOR NOTICING ON 10/17 (TWO EXECUTORY CONTRACT REJECTION MOTIONS) (0.8). |
| MATZ TJ | 10/17/05 | 5.50 | REVIEWING AND REVISING FOUR MOTIONS (TWO RE REJECTION OF EXECUTORY CONTRACTS, SALE OF DE MINIMIS ASSETS AND ONE RE ASSUMPTION OF HSBC CREDIT CARD AGREEMENTS) AND FINALIZING SAME FOR NOTICING (5.5). |
| MATZ TJ | 10/18/05 | 0.30 | TELECONFERENCE WITH HSBC REPRESENTATIVE (0.2); FORWARDING HSBC ASSUMPTION MOTION TO HSBC (0.1). |
| MATZ TJ | 10/19/05 | 0.20 | INQUIRY RE ASSUMPTION OF HSBC CREDIT CARD MOTION AND FOLLOW UP RE SAME (0.2). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MATZ TJ | 10/24/05 | 1.70 | REVIEW AND REVISING DURASWITCH REJECTION ORDER AND LETTER WITH COMPANY IN RESPECT THEREOF (0.9); FOLLOW UP CORRESPONDENCE AND CALLS IN RESPECT THEREOF (0.8). |
| MATZ TJ | 10/25/05 | 0.60 | TELECONFERENCES WITH SHEARMAN RE REJECTION OF DURASWITCH CONTRACT AND COMPANY POSITION IN RESPECT THEREOF (0.6). |
| MATZ TJ | 11/01/05 | 1.20 | WORKING ON REJECTION/ASSUMPTION ISSUES TO VARIOUS EXECUTORY CONTRACTS (1.2). |
| MATZ TJ | 11/09/05 | 2.40 | REVIEWING AND COMMENTING ON MOTION TO ASSUME NIAGRA MOHAWK (0.6); CONTINUED WORK, CALLS AND CORRESPONDENCE RE MODIFICATIONS AND CONDITIONAL ASSUMPTION OF CONSUMERS ENERGY CONTRACT (1.8). |
| MATZ TJ | 11/10/05 | 0.80 | REVIEW MOTIONS RE ASSUMPTION/REJECTION OF EXECUTORY CONTRACTS (0.8). |
| MATZ TJ | 11/17/05 | 1.00 | CONTINUING WORK ON ASSUMPTIONS OF EXECUTORY CONTRACTS (0.4); DISCUSSIONS WITH MESIROW FINANCIAL RE SAME (0.6). |
| MATZ TJ | 11/18/05 | 1.40 | WORK ON PROTOCOL RE INDEMNIFICATION OF LOSS CONTRACTS (0.4); CONTINUING REVIEW AND COMMENT ON MOTION RE ASSUMPTION OF EXPIRING CONTRACTS (0.7); WORKING ON MATTERS RE GE CAPITAL CONTRACT AND PAYMENTS THEREUNDER (0.3). |
| MATZ TJ | 11/21/05 | 0.70 | CORRESPONDENCE RE DURASWITCH TECHNOLOGY RETENTION (0.2); FOLLOW UP RE SAME (0.2); FOLLOW UP WORK RE CONTRACT ASSUMPTION REQUEST (0.3). |
| MATZ TJ | 11/22/05 | 1.50 | TELECONFERENCES AND CORRESPONDENCE RE ASSUMPTION OF CONTRACTS AND MOTION (1.2); FOLLOW UP WORK RE SAME (0.3). |
| | | 18.10 | |
| **Total Counsel** | | **18.10** | |
| DE ELIZALDE D | 10/17/05 | 0.80 | REVIEWED AND REVISED MOTION, ORDER AND NOTICE TO REJECT PACIFIC RIM AGREEMENT (0.8). |
| DE ELIZALDE D | 10/20/05 | 3.80 | REVIEWED AND REVISED TERM SHEET RE NIAGARA MOHAWK AND ASSUMPTION OF POWER CONTRACTS (3.8). |
| DE ELIZALDE D | 10/21/05 | 2.70 | DRAFTED TERM SHEET RE NIAGARA MOHAWK (2.7). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| DE ELIZALDE D | 10/22/05 | 0.20 | ANALYZED ISSUE RE NIAGARA MOHAWK (0.2). |
| | | 7.50 | |
| MEISLER RE | 10/16/05 | 3.00 | REVIEW AND REVISE DURASWITCH LICENSE REJECTION MOTION (1.5); PACIFIC RIM LEASE REJECTION (1.5). |
| MEISLER RE | 10/17/05 | 6.40 | REVIEW AND REVISE HSBC P-CARD MOTION (2.1); REVIEW AND REVISE DURASWITCH LEASE REJECTION MOTION AND REVIEW CONTRACT RE SAME (2.2); REVIEW AND REVISE PACIFIC RIM REJECTION (1.5); TELECONFERENCE WITH B. GROSSMAN RE NIAGARA MOHAWK (0.3) AND ATTENTION TO SAME (0.2); CONFERENCE WITH K. CRAFT RE SAME (0.1). |
| MEISLER RE | 10/18/05 | 1.10 | CONFERENCE WITH K. CRAFT RE NIAGARA MOHAWK (0.2); TELECONFERENCE WITH S. TOUSSI RE SAME (0.2); TELECONFERENCE WITH B. GROSSMAN RE SAME (0.4); TELECONFERENCE WITH D. DE ELIZALDE RE SAME (0.3). |
| MEISLER RE | 10/19/05 | 0.20 | WORKED ON NIAGARA MOHAWK SETTLEMENT (0.2). |
| MEISLER RE | 10/20/05 | 1.30 | TELECONFERENCE WITH D. DE ELIZALDE RE NIAGRA MOHAWK (0.1); REVIEW AND REVISE TERM SHEET RE SETTLEMENT AND ASSUMPTION OF NIAGRA MOHAWK SERVICES (1.2). |
| MEISLER RE | 10/21/05 | 0.20 | DRAFTED CORRESPONDENCE TO M. HALL RE TERMS OF NIAGARA MOHAWK SETTLEMENT (0.2). |
| MEISLER RE | 10/22/05 | 0.60 | CONTINUED EDITS TO NIAGARA MOHAWK TERMS SHEET (0.6). |
| MEISLER RE | 10/25/05 | 0.50 | EVALUATE OBJECTION TO DEBTORS' REQUEST TO REJECT DURASWITCH LICENSE (0.5). |
| MEISLER RE | 11/06/05 | 0.50 | ATTENTION TO CE TRANSACTION (0.5). |
| MEISLER RE | 11/07/05 | 3.10 | TELECONFERENCE WITH B. KAPLAN RE CE TRANSACTION (0.6); REVIEWED AND REVISED MOTION RE SAME (0.5); REVIEWED AND REVISED MOTION TO EFFECTUATE NIAGARA MOHAWK TRANSACTION (2.0). |
| MEISLER RE | 11/08/05 | 1.50 | CONTINUED TO REVIEW AND REVISE MOTION TO EFFECTUATE NIAGARA MOHAWK TRANSACTION (0.6); CONTINUED TO REVIEW AND REVISE MOTION RE CE TRANSACTION (0.9). |
| MEISLER RE | 11/09/05 | 0.50 | REVIEW MOTIONS TO COMPEL ASSUMPTION OR REJECTION (0.5). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MEISLER RE | 11/14/05 | 1.00 | REVIEW AND ANALYZE MOTIONS TO COMPEL ASSUMPTION OR REJECTION (0.5); ATTENTION TO GE LETTER RE POSTPETITION DEFAULT (0.3); TELECONFERENCE WITH V. ZIEGLER RE SAME (0.2). |
| MEISLER RE | 11/15/05 | 1.10 | TELECONFERENCE WITH P. ZISSER, COUNSEL TO NYPA, RE ASSUMPTION OF NIMO TRANSACTION (0.1); TELECONFERENCE WITH P. ZISSER AND B. GROSSMAN RE ADJOURNMENT OF MATTER TO 1/5/06 OMNIBUS HEARING (0.1); DRAFTED CORRESPONDENCE RE SAME (0.1); REVIEWED EXECUTORY CONTRACT MATERIALS RE ANALYSIS FOR REJECTION (0.8). |
| MEISLER RE | 11/17/05 | 0.20 | REVIEWED MOTION BY SENSUS TO COMPEL ASSUMPTION OR REJECTION (0.2). |
| MEISLER RE | 11/20/05 | 1.00 | REVIEWED AND REVISED OMNIBUS OBJECTION TO MOTIONS TO COMPEL THE DEBTORS TO ASSUME OR REJECT EXECUTORY CONTRACTS (1.0). |
| MEISLER RE | 11/21/05 | 2.70 | CONFERENCE WITH M. MICHELI RE OBJECTION TO COMPEL ASSUMPTION OR REJECTION (0.2); REVIEWED OBJECTION AND COMMENTED (2.5). |
| MEISLER RE | 11/22/05 | 1.60 | TELECONFERENCE WITH J. O'NEILL RE ASSUMPTION OF PBR CONTRACT (0.1); FURTHER REVIEW AND COMMENT ON OBJECTION TO MOTIONS TO COMPEL ASSUMPTION OR REJECTION (1.5). |
| MEISLER RE | 11/28/05 | 7.20 | CONTINUED TO PREPARE FOR LITIGATION RE MOTIONS TO COMPEL ASSUMPTION OR REJECTION OF CONTRACTS (1.5); TELECONFERENCES WITH C. BOULBEL, COUNSEL TO RUSSELL REYNOLDS RE SAME (0.9); NOTES TO FILE RE SAME (0.3); TELECONFERENCE WITH H. BAER RE POTENTIAL SETTLEMENT OF RUSSELL REYNOLDS (0.1); REVIEWED AND REVISED SCRIPTS AND PROFFER RE SAME (1.5); DRAFTED Q&A RE SAME (1.7); TELECONFERENCES WITH J. O'NEILL (0.4); REVIEWED AND REVISED LETTER TO J. O'NEILL (0.8). |
| MEISLER RE | 11/29/05 | 3.10 | WORKED ON CE ASSUMPTION (2.8); TELECONFERENCE WITH CE AND ITS COUNSEL RE SAME (0.3). |
| MEISLER RE | 11/30/05 | 0.30 | TELECONFERENCE WITH J. O'NEILL RE PBR PROPOSAL; DRAFTED NOTES TO FILE RE SAME (0.3). |

37.10

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MICHELI MJ | 11/11/05 | 0.70 | BEGAN REVIEW OF MATERIAL DOCUMENTS FOR PBR KNOXVILLE (0.3); REVIEW LETTERS REQUESTING ASSUMPTION OR REJECTION OF EXECUTORY CONTRACTS (0.4). |
|---|---|---|---|
| MICHELI MJ | 11/12/05 | 3.90 | BEGAN REVIEW OF MOTIONS TO COMPEL ASSUMPTION OR REJECTION OF EXECUTORY CONTRACTS (1.3); IN CONNECTION WITH MOTIONS FOR ASSUMPTION OR REJECTION OF EXECUTORY CONTRACTS, BEGAN RESEARCH RE CAUSE (2.6). |
| MICHELI MJ | 11/15/05 | 2.50 | CONTINUED DRAFTING OBJECTION TO MOTIONS TO COMPEL ASSUMPTION OR REJECTION OF EXECUTORY CONTRACT (0.7); RESEARCH CASE PRECEDENT IN CONNECTION WITH OBJECTION (0.8); CONTINUED RESEARCH RE SECOND CIRCUIT CASES RE SAME (1.0). |
| MICHELI MJ | 11/16/05 | 6.20 | CONTINUED DRAFTING OBJECTION TO MOTIONS TO COMPEL ASSUMPTION REJECTION (1.2); CONTINUED REVISIONS TO MOTIONS TO COMPEL ASSUMPTION OR REJECTION (2.2); IN CONNECTION WITH MOTIONS TO COMPEL ASSUMPTION OR REJECTION CONTINUED RESEARCH RE SECOND CIRCUIT LAW (1.9); REVIEW AND ANALYSIS OF RUSSELL REYNOLDS CONTRACT (0.7); TELECONFERENCE WITH D. ALEXANDER RE SAME (0.2). |
| MICHELI MJ | 11/17/05 | 4.70 | CONTINUED DRAFTING OBJECTION TO MOTIONS TO COMPEL ASSUMPTION REJECTION (2.2); BEGAN REVIEW OF AND ANALYSIS OF PBR KNOXVILLE JOINT VENTURE (0.5); BEGAN REVISIONS TO MOTIONS TO COMPEL ASSUMPTION OR REJECTION (1.1); IN CONNECTION WITH MOTIONS TO COMPEL ASSUMPTION OR REJECTION CONTINUED RESEARCH RE SECOND CIRCUIT LAW (0.9). |
| MICHELI MJ | 11/18/05 | 6.20 | CONTINUED DRAFTING OBJECTION TO MOTIONS TO COMPEL ASSUMPTION REJECTION (2.2); CORRESPONDENCE WITH S. CORCORAN RE SENSUS, PILLARHOUSE AND SOLECTRON RE CONTRACT MATTERS (0.4); BEGAN REVISIONS TO MOTIONS TO COMPEL ASSUMPTION OR REJECTION (1.6); IN CONNECTION WITH MOTIONS TO COMPEL ASSUMPTION OR REJECTION CONTINUED RESEARCH RE SECOND CIRCUIT LAW (0.9); ANALYSIS OF NORTHWEST AND DELTA PRECEDENT RE SAME (1.1). |
| MICHELI MJ | 11/19/05 | 0.40 | REVIEW AMENDED MOTION OF SENSUS (0.4). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MICHELI MJ | 11/20/05 | 3.10 | IN CONNECTION WITH PBR KNOXVILLE, BEGAN RESEARCH RE JOINT VENTURE AND BANKRUPTCY LAW (2.3); ANALYSIS OF APPLICATION OF LAW RE SAME (0.6); BEGAN REVIEW OF OBJECTION TO MOTIONS TO COMPEL ASSUMPTION OR REJECTION (0.2). |
| MICHELI MJ | 11/21/05 | 6.60 | CONTINUED REVISIONS TO OBJECTION TO MOTIONS TO COMPEL ASSUMPTION AND REJECTION RE COMMENTS RECEIVED (3.9); RESEARCH CONTRACT ISSUES FOR SOLECTRON RE SAME (0.6); RESEARCH CONTRACT MATTERS FOR PILLARHOUSE RE SAME (0.4); RESEARCH CONTRACT MATTERS FOR SENSUS RE SAME (0.9); BEGAN REVIEW OF COMMENTS FROM S. CORCORAN RE SAME (0.3); CONTINUED REVIEW OF PBR KNOXVILLE RE MEMO TO BE DRAFTED (0.5). |
| MICHELI MJ | 11/22/05 | 5.80 | CONTINUED REVISIONS TO OBJECTION TO MOTIONS TO COMPEL ASSUMPTION OR REJECTION OF EXECUTORY CONTRACTS (3.2); TELECONFERENCE WITH K. CRAFT RE SAME (0.3); INCORPORATED COMMENTS FROM K. CRAFT AND S. CORCORAN RE OBJECTION TO MOTIONS TO COMPEL ASSUMPTION OR REJECTION OF EXECUTORY CONTRACTS (1.5); PREPARED OBJECTION TO BE FILED (0.8). |
| MICHELI MJ | 11/23/05 | 2.80 | TELECONFERENCE WITH K. LAW RE SOLECTRON AND MOTION TO COMPEL ASSUMPTION OR REJECTION (0.3); DRAFTED CORRESPONDENCE RE SAME (0.3); BEGAN DRAFTING SCRIPT FOR OBJECTION TO MOTIONS TO COMPEL ASSUMPTION OR REJECTION OF EXECUTORY CONTRACTS (1.9); REVIEW OF PBR KNOXVILLE JOINT VENTURE MATERIALS (0.3). |
| MICHELI MJ | 11/25/05 | 2.50 | BEGAN REVIEW OF PBR KNOXVILLE MEMO RE JOINT VENTURE RIGHTS (0.9); ANALYSIS OF CASE LAW RE SAME (0.7); BEGAN DRAFTING LETTER RE SAME (0.9). |
| MICHELI MJ | 11/26/05 | 0.30 | REVIEW MATERIALS AND CORRESPONDENCE RE SOLECTRON (0.3). |
| MICHELI MJ | 11/28/05 | 0.60 | BEGAN REVIEW OF LETTER TO PBR KNOXVILLE (0.2); DRAFTED CORRESPONDENCE TO K. LAW RE SOLECTRON (0.3); TELECONFERENCE WITH K. LAW RE SAME (0.1). |
| | | **46.30** | |
| REESE RG | 11/15/05 | 0.90 | EVALUATE ISSUES RE TRANSPORTATION EQUIPMENT (0.9). |
| REESE RG | 11/16/05 | 1.30 | CONTINUE TO EVALUATE ISSUES RE TRANSPORTATION RELATED CONTRACTS (1.3). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

|  |  | 2.20 |  |
|---|---|---|---|
| TOUSSI S | 10/15/05 | 1.80 | ADDRESS ISSUES RE VARIOUS EXECUTORY CONTRACT REJECTION MOTIONS (1.5); REVIEW MARKUP OF SAME (0.3). |
| TOUSSI S | 11/07/05 | 4.80 | EDIT AND REVISE MOTION TO ASSUME CONSUMERS ENERGY CONTRACT (2.0); EDIT AND REVISE RELATED ORDER AND AFFIDAVIT BY D. POOLE IN SUPPORT (2.2); REVIEW MOHAWK MOTION/ORDER (0.6). |
| TOUSSI S | 11/08/05 | 4.30 | DRAFT AND REVISE MOTION TO ASSUME CONTRACT WITH CONSUMERS ENERGY (2.2); REVIEW PAST CORRESPONDENCE AND CONTRACTS RE SAME (0.8); EDIT AND REVISE AFFIDAVIT OF D. POOLE IN SUPPORT OF THE MOTION (1.3). |
| TOUSSI S | 11/09/05 | 5.70 | EDIT AND REVISE MOTION TO APPROVE CONTRACT WITH CEC (2.3); CONFERENCE CALL WITH COMPANY RE EDITS TO MOTION/ORDER (0.4); VARIOUS TELECONFERENCES WITH B. KAPLAN RE SAME (0.4); DRAFT AND REVISE NOTICE OF MOTION (0.4); ADDRESS AND RESOLVE COMMENTS AND EDITS BY VARIOUS PARTIES (1.2); PREPARE SAME FOR FILING (1.0). |
| TOUSSI S | 11/23/05 | 0.70 | EDIT AND REVISE VARIOUS PROFFERS FOR SECOND OMNIBUS HEARING, INCLUDING PROFFERS FOR CEC MOTION (0.7). |
| TOUSSI S | 11/29/05 | 3.20 | ADDRESS ISSUES RE VARIOUS CONTESTED MOTIONS, INCLUDING CEC MOTION (2.2); FOLLOW-UP ISSUES RE REVISED CEC ORDER (1.0). |
|  |  | 20.50 |  |
| ZALTZMAN H* | 11/28/05 | 3.50 | PREPARE SCRIPTS FOR FOUR MOTIONS TO ASSUME EXECUTORY CONTRACTS--RUSSELL REYNOLDS, SOLECTRON, PILLARHOUSE, AND SENSUS (1.9); RESEARCH INFORMATION RE TERM AND TERMINATION OF ABOVE NAMED CONTRACTS (1.6). |
|  |  | 3.50 |  |
| ZIEGLER VE | 10/20/05 | 2.70 | REVIEW REQUESTS FOR ASSUMPTION OF EXECUTORY CONTRACTS (2.1); RETURN CALLS RE SAME (0.6). |
| ZIEGLER VE | 10/21/05 | 2.50 | TELECONFERENCE WITH M. DE CONZA RE DURASWITCH REJECTION (0.2); WORK ON SAME (1.1); WORK ON REQUEST FOR ASSUMPTION OF CONTRACT BY FEDEX TRADE NETWORKS (1.2). |
| ZIEGLER VE | 11/01/05 | 2.50 | REVIEW AND REVISE NIAGARA MOHAWK TERM SHEET (2.5). |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| ZIEGLER VE | 11/02/05 | 5.50 | DRAFT NIMO MOTION, ORDER AND AFFIDAVIT (3.2); WORK ON CONSUMER'S ENERGY MOTION (2.3). |
| ZIEGLER VE | 11/03/05 | 7.40 | DRAFT MOTION RE ASSUMPTION OF UTILITY LETTER AGREEMENT WITH NIAGARA MOHAWK (4.5); DRAFT AFFIDAVIT RE SAME (2.1); TELECONFERENCE WITH DELPHI RE BUSINESS JUDGEMENT AND PRACTICAL ASPECTS OF ASSUMPTION (0.8). |
| ZIEGLER VE | 11/04/05 | 4.70 | WORK ON NIMO MOTION AND TERM SHEET (4.7). |
| ZIEGLER VE | 11/07/05 | 7.40 | DRAFT MOTION RE ASSUMPTION OF UTILITY LETTER AGREEMENT WITH N. MOHAWK (4.5); DRAFT AFFIDAVIT RE SAME (2.1); TELECONFERENCE WITH DELPHI RE BUSINESS JUDGEMENT AND PRACTICAL ASPECTS OF ASSUMPTION (0.8). |
| ZIEGLER VE | 11/08/05 | 7.60 | WORK ON MOTION, AFFIDAVIT AND ORDER TO ASSUME LETTER AGREEMENT WITH NIAGARA MOHAWK (4.7). WORK ON TERM SHEET RE SAME (2.9). |
| ZIEGLER VE | 11/09/05 | 7.40 | DRAFT NIMO MOTION, ORDER AND AFFIDAVIT (6.2); VARIOUS TELECONFERENCES WITH M. ZARNOSKI RE SAME (1.2). |
| ZIEGLER VE | 11/10/05 | 7.40 | DRAFT NIMO MOTION, ORDER AND AFFIDAVIT (6.2); TELECONFERENCES WITH M. ZARNOSKI RE SAME (1.2). |
| ZIEGLER VE | 11/11/05 | 4.70 | WORK ON NIMO MOTION AND TERM SHEET (4.7). |
| ZIEGLER VE | 11/15/05 | 3.80 | WORK ON APPLICATION TO NYPA FOR HYDRO POWER (2.1); EMAIL CORRESPONDENCE AND VARIOUS CALLS RE SAME (1.7). |
| ZIEGLER VE | 11/18/05 | 4.40 | WORK ON POSTPETITION PAYMENT DEFAULTS ISSUE ASSERTED BY GE (2.3) DRAFT EMAIL MEMO TO J. JARRETT AND C. SMYER FROM DELPHI RE SAME (2.1). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| ZIEGLER VE | 11/30/05 | 4.80 | REVIEW AND REVISE ORDERS DENYING MOTIONS TO COMPEL DEBTORS TO ASSUME OR REJECT EXECUTORY CONTRACTS (3.1); TELECONFERENCES WITH TED DONOVAN RE PILLARHOUS ORDER (0.6); VARIOUS TELECONFERENCES WITH DELPHI AND GE COUNSEL RE ALLEGED POST-PETITION DEFAULTS ON EXECUTORY CONTRACT (1.1). |
| | | 72.80 | |
| **Total Associate/Law Clerk** | | **189.90** | |
| DEMMA J | 11/15/05 | 2.10 | RESEARCH/PREPARE MATERIALS RE ASSUMPTION OF CONTRACTS (2.1). |
| | | 2.10 | |
| SALAZAR AG | 11/07/05 | 1.50 | SEARCH DOCKET FOR PRECEDENT EXECUTORY CONTRACT MOTIONS (1.0); RESPOND TO REQUESTS FOR DOCUMENTS FILED (0.5). |
| | | 1.50 | |
| **Total Legal Assistant** | | **3.60** | |
| **TOTAL TIME** | | **218.80** | |

    * Law clerks are law school graduates
      who are not presently admitted to practice.

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)
Executory Contracts (Personalty)

Bill Date: 12/30/05
Bill Number: 1091378

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 11/15/05 | Copy Center, D | 22.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$22.00** |
| Telephone Expense | 10/28/05 | Telecommunications, D | 0.35 |
| Telephone Expense | 10/28/05 | Telecommunications, D | 0.64 |
| Telephone Expense | 10/28/05 | Telecommunications, D | 0.12 |
| Telephone Expense | 11/23/05 | Telecommunications, D | 0.61 |
| Telephone Expense | 11/23/05 | Telecommunications, D | 0.21 |
| Telephone Expense | 11/23/05 | Telecommunications, D | 0.07 |
| | | **TOTAL TELEPHONE EXPENSE** | **$2.00** |
| Westlaw | 11/12/05 | Micheli MJ | 47.57 |
| Westlaw | 11/15/05 | Micheli MJ | 132.24 |
| Westlaw | 11/16/05 | Reese RG | 12.77 |
| Westlaw | 11/18/05 | Micheli MJ | 118.94 |
| Westlaw | 11/20/05 | Micheli MJ | 164.18 |
| Westlaw | 11/21/05 | Micheli MJ | 98.30 |
| Westlaw | 11/22/05 | Herriott AV | 44.00 |
| | | **TOTAL WESTLAW** | **$618.00** |
| Vendor Hosted Teleconferencing | 10/31/05 | Teleconferencing Services, LLC | 0.23 |
| Vendor Hosted Teleconferencing | 10/31/05 | Teleconferencing Services, LLC | 0.23 |
| Vendor Hosted Teleconferencing | 10/31/05 | Teleconferencing Services, LLC | 0.15 |
| Vendor Hosted Teleconferencing | 10/31/05 | Teleconferencing Services, LLC | 7.39 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$8.00** |
| Out-of-Town Meals | 10/17/05 | Meisler RE | 4.58 |
| Out-of-Town Meals | 10/17/05 | Meisler RE | 6.86 |
| Out-of-Town Meals | 10/18/05 | Meisler RE | 145.17 |
| Out-of-Town Meals | 10/18/05 | Meisler RE | 5.88 |
| Out-of-Town Meals | 11/28/05 | Meisler RE | 18.01 |

### SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Meals | 11/28/05 | Meisler RE | 32.48 |
| Out-of-Town Meals | 11/28/05 | Meisler RE | 45.02 |
| | | TOTAL OUT-OF-TOWN MEALS | $258.00 |
| Wireless - Mobile/Cellular/Pager | 11/09/05 | Meisler RE | 9.00 |
| | | TOTAL WIRELESS - MOBILE/CELLULAR/PAGER | $9.00 |
| | | TOTAL MATTER | $917.00 |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                         Bill Date: 01/31/06
Executory Contracts (Personalty)                                Bill Number: 1092991

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| MARAFIOTI KA | 12/13/05 | 0.90 | WORK ON PILLARHOUSE NOTICE OF MOTION (0.1); MOTION (0.7) & ORDER (0.1) RE ASSUMPTION. |
| MARAFIOTI KA | 12/16/05 | 0.40 | WORK RE PILLARHOUSE MOTION (0.4). |
| | | 1.30 | |
| **Total Partner** | | 1.30 | |
| MATZ TJ | 12/04/05 | 0.30 | REVIEW CORRESPONDENCE RE G.E. MASTER LEASE AGREEMENT (0.3). |
| MATZ TJ | 12/06/05 | 1.30 | REVIEWING AND WORKING ON EDS CONTRACT MATTER (0.6); TELECONFERENCES WITH P. STURKENBOOM RE SAME (0.3); FOLLOW-UP WORK RE SAME (0.4). |
| MATZ TJ | 12/14/05 | 1.40 | TELECONFERENCES AND CORRESPONDENCE WITH COMPANY RE EDS CONTRACT, ACCRUAL MATTERS (0.8); FOLLOW UP WORK ON MEMORANDUM RE SAME (0.6). |
| MATZ TJ | 12/16/05 | 0.50 | CONTINUING WORK ON EDS MATTER, ADMINISTRATIVE CLAIM STATUS (0.5). |
| MATZ TJ | 12/20/05 | 0.30 | CORRESPONDENCE WITH COMPANY RE VARIOUS CONTRACT MATTERS, INCLUDING EDS (0.3). |
| MATZ TJ | 12/21/05 | 0.70 | FINALIZING MEMORANDUM RE EDS CONTRACT (0.4); TELECONFERENCE WITH J. PIAZZA, P. STURKENBOOM RE SAME (0.3). |
| | | 4.50 | |
| **Total Counsel** | | 4.50 | |
| DE ELIZALDE D | 12/07/05 | 2.50 | REVIEWED AND REVISED MEMO RE STATUS OF EDS CLAIM (2.5). |
| | | 2.50 | |
| MEISLER RE | 12/02/05 | 0.20 | TELECONFERENCE WITH K. CRAFT RE EXECUTORY CONTRACT INQUIRY (0.2). |
| MEISLER RE | 12/08/05 | 1.10 | ATTENTION TO PBR REQUEST FOR ASSUMPTION OF ITS CONTRACTS (0.3); CONFERENCE WITH K. CRAFT AND T. LEWIS RE SAME (0.5); TELECONFERENCE WITH K. CRAFT AND J. O'NEILL RE SAME (0.3). |
| MEISLER RE | 12/11/05 | 2.30 | REVIEWED AND COMMENTED ON LEASE/EXECUTORY CONTRACT REJECTION PROCEDURES (1.5); REVIEWED AND COMMENTED ON MOTION TO ASSUME PILLARHOUSE CONTRACT (0.8). |

B45E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MEISLER RE | 12/14/05 | 1.40 | CONTINUED REVIEW OF MOTION TO ASSUME PILLARHOUSE CONTRACT (0.4); REVIEWED AND ANALYZED PULLMAN MOTION TO COMPEL ASSUMPTION OR REJECTION OF CERTAIN PACIFIC RIM LEASES (1.0). |
| MEISLER RE | 12/16/05 | 1.20 | TELECONFERENCE WITH J. SHEEHAN RE BOOZ ALLEN (0.2); TELECONFERENCE WITH R. MARINO RE SAME (0.4); FOLLOW-UP WITH J. SHEEHAN RE SAME (0.1); FINALIZE PILLARHOUSE MOTION (0.5). |
| MEISLER RE | 12/20/05 | 0.80 | ATTENTION TO PULLMAN MOTION TO COMPEL DEBTORS TO ASSUME OR REJECT (0.8). |
| MEISLER RE | 12/21/05 | 1.50 | REVIEW DRAFT MOTION BY PBR TO COMPEL ASSUMPTION OR REJECTION OF SUPPLY CONTRACT (0.6); TELECONFERENCE WITH J. O'NEILL RE PBR REQUEST TO ASSUME SUPPLY AGREEMENT (0.1); DRAFTED NOTES TO FILE RE SAME (0.8). |
| MEISLER RE | 12/23/05 | 0.30 | ATTENTION TO PULLMAN SETTLEMENT TERMS AND ADJOURNMENT OF PULLMAN'S MOTION TO COMPEL ASSUMPTION OR REJECTION OF LEASES (0.3). |
| MEISLER RE | 12/30/05 | 0.20 | REVIEW AND COMMENT ON PULLMAN SCRIPT (0.2). |
| | | **9.00** | |
| MICHELI MJ | 12/01/05 | 0.10 | REVIEW OF PILLARHOUSE ORDER TO COMPEL ASSUMPTION (0.1). |
| MICHELI MJ | 12/05/05 | 0.60 | BEGAN ANALYSIS OF PILLARHOUSE CONTRACT RE ASSUMPTION OR REJECTION IN CONNECTION WITH COURT ORDER (0.6). |
| MICHELI MJ | 12/07/05 | 6.30 | DRAFTED AND REVIEWED CORRESPONDENCE RE ASSUMPTION OR REJECTION OF CONTRACT WITH PILLARHOUSE (0.8); IN CONNECTION WITH MOTIONS TO ASSUME OR REJECT EXECUTORY CONTRACTS, BEGAN RESEARCHING PRECEDENT AND CASE LAW FOR SDNY (1.6); BEGAN DRAFTING MOTION TO ASSUME PILLARHOUSE CONTRACT (2.2); TELECONFERENCE WITH J. HACKETT RE SAME (0.3); TELECONFERENCE WITH T. DONOVAN RE SAME (0.2); CORRESPONDENCE RE ESPEC AND POTENTIAL MOTION TO COMPEL ASSUMPTION OR REJECTION (0.6); CONTINUED REVIEW OF PEPCO MOTION RE COMPEL ASSUMPTION OR REJECTION (0.6). |
| MICHELI MJ | 12/08/05 | 1.90 | TELECONFERENCE WITH M. KAMISCHKE RE PEPCO MOTION TO COMPEL ASSUMPTION OR REJECTION (0.2); DRAFTED AND REVIEWED CORRESPONDENCE RE ASSUMPTION OR REJECTION OF CONTRACT WITH PILLARHOUSE (0.3); CONTINUED DRAFTING MOTION TO ASSUME PILLARHOUSE CONTRACT (0.9); DRAFTED ORDER TO ASSUME PILLARHOUSE (0.5). |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MICHELI MJ | 12/09/05 | 2.60 | CONTINUED DRAFTING AND REVISING MOTION (1.9) AND ORDER (0.7) TO ASSUME PILLARHOUSE CONTRACT. |
| MICHELI MJ | 12/12/05 | 1.60 | CONTINUED REVISIONS TO MOTION (1.1) AND ORDER (0.5) TO ASSUME PILLARHOUSE CONTRACT RE COMMENTS RECEIVED. |
| MICHELI MJ | 12/13/05 | 2.40 | CONTINUED REVISIONS TO MOTION (1.5) AND ORDER (0.4) TO ASSUME PILLARHOUSE CONTRACT RE COMMENTS RECEIVED; REVIEW OF SAME IN PREPARATION OF FILING (0.5). |
| MICHELI MJ | 12/14/05 | 0.30 | CORRESPONDENCE WITH J. HACKETT RE PILLARHOUSE MOTION (0.3). |
| MICHELI MJ | 12/16/05 | 2.90 | FINAL REVISIONS TO PILLARHOUSE PLEADING RE COMMENTS RECEIVED (1.3); PREPARE PILLARHOUSE PLEADINGS FOR FILING (0.7); REVIEW ESPEC CONTRACT RE ASSUMPTION OR REJECTION (0.6); TELECONFERENCE WITH T. DONOVAN RE SAME (0.3). |
| MICHELI MJ | 12/21/05 | 0.90 | BEGAN DRAFTING PILLARHOUSE SCRIPT (0.3); REVIEW ESPEC MOTION TO COMPEL ASSUMPTION OR REJECTION (0.6). |
| MICHELI MJ | 12/22/05 | 1.70 | REVIEW MATERIALS IN CONNECTION WITH SOLECTRON ORDER DENYING ASSUMPTION OR REJECTION (0.2); TELECONFERENCE WITH J. HACKETT AND Y. ELISSA RE ESPEC MOTION (0.3); TELECONFERENCE WITH T. DONOVAN RE SAME (0.1); DRAFTED LETTER TO ESPEC RE SAME (1.1). |
| MICHELI MJ | 12/23/05 | 2.60 | TELECONFERENCE WITH T. DONOVAN RE ESPEC (0.1); CORRESPONDENCE WITH T. DONOVAN RE SAME (0.2); REVISED ESPEC LETTER RE COMMENTS RECEIVED (0.5); DRAFTED PILLARHOUSE SCRIPT (1.8). |
| MICHELI MJ | 12/26/05 | 0.20 | REVIEW AND SEND ESPEC LETTER TO T. DONOVAN (0.2). |
| | | 24.10 | |
| ZALTZMAN H* | 12/05/05 | 3.30 | EDS CONTRACT PRORATION QUESTION; INVOLVED CASE RESEARCH AND ANALYSIS (3.3). |
| ZALTZMAN H* | 12/06/05 | 4.10 | DO FURTHER LEXIS AND LIBRARY RESEARCH RE PRORATION ISSUE (4.1). |
| ZALTZMAN H* | 12/07/05 | 3.20 | RESEARCH EDS MINIMUM COMMITMENT ISSUE MORE (1.9); DRAFT MEMO RE SAME (1.3). |
| ZALTZMAN H* | 12/08/05 | 2.10 | RECEIVE COMMENTS/QUESTIONS FROM TM RE EDS PRORATION MEMO (2.1). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| ZALTZMAN H* | 12/09/05 | 2.40 | REVISE EDS PRORATION MEMO (1.2); REVIEW MOTION TO ESTABLISH PROCEDURE TO REJECT OR ASSUME EXECUTORY CONTRACTS AND LEASES (1.2). |
| ZALTZMAN H* | 12/12/05 | 0.70 | REVIEW EDS MEMO RE PRORATION OF DAMAGES (0.7). |
| ZALTZMAN H* | 12/14/05 | 4.20 | DRAFT AND ADDITIONAL RESEARCH EDS MEMO (4.2). |
| ZALTZMAN H* | 12/15/05 | 3.40 | RESEARCH AND ANALYZE JP MORGAN AIRCRAFT LEASE PENALTY INTEREST ISSUE (3.4). |
| ZALTZMAN H* | 12/16/05 | 1.80 | REVISE EDS MEMO (1.8). |
| ZALTZMAN H* | 12/19/05 | 1.90 | DISCUSS LIEN ISSUE RE HADLEY & ALRICH WITH M. HALL AT DELPHI (1.9). |
| ZALTZMAN H* | 12/23/05 | 4.50 | RESEARCH RE SCOPE OF OBLIGATION FOR "CURE" RE VIKING ASSUMPTION ISSUE (4.5). |
| ZALTZMAN H* | 12/27/05 | 1.80 | CONTINUE CASE LAW RESEARCH RE SCOPE OF "CURE" REQUIREMENTS (1.8). |
| | | 33.40 | |
| ZIEGLER VE | 12/02/05 | 2.70 | WORK ON GE'S REQUEST FOR ASSUMPTION OF THE EXECUTORY CONTRACT (2.1); EMAIL CORRESPONDENCE RE SAME (0.6). |
| ZIEGLER VE | 12/22/05 | 1.30 | WORK ON WELLS FARGO'S ASSUMPTION REQUEST (1.0); TELECONFERENCE WITH M. MICHELLI RE SAME (0.3). |
| | | 4.00 | |
| Total Associate/Law Clerk | | 73.00 | |
| TOTAL TIME | | <u>78.80</u> | |

* Law clerks are law school graduates
  who are not presently admitted to practice.

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 01/31/06
Executory Contracts (Personalty)                            Bill Number: 1092991

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 12/13/05 | Copy Center, D | 12.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$12.00** |
| Telephone Expense | 12/29/05 | Telecommunications, D | 2.41 |
| Telephone Expense | 12/29/05 | Telecommunications, D | 4.00 |
| Telephone Expense | 12/29/05 | Telecommunications, D | 0.59 |
| | | **TOTAL TELEPHONE EXPENSE** | **$7.00** |
| Postage | 12/09/05 | Office Admin, D | 1.53 |
| Postage | 12/09/05 | Office Admin, D | 3.06 |
| Postage | 12/09/05 | Office Admin, D | 44.41 |
| | | **TOTAL POSTAGE** | **$49.00** |
| Lexis/Nexis | 12/21/05 | Zaltzman H | 119.00 |
| | | **TOTAL LEXIS/NEXIS** | **$119.00** |
| Westlaw | 12/02/05 | Herriott AV | 136.08 |
| Westlaw | 12/06/05 | Reese RG | 12.92 |
| | | **TOTAL WESTLAW** | **$149.00** |
| Messengers/ Courier | 12/27/05 | Dist Serv/Mail/Page, D | 6.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$6.00** |
| | | **TOTAL MATTER** | **$342.00** |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 02/28/06
Executory Contracts (Personalty)                           Bill Number: 1108418

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| MARAFIOTI KA | 01/16/06 | 0.70 | REVIEWED AND REVISED DRAFT MOTION TO REJECT EXECUTORY CONTRACTS (0.7). |
| MARAFIOTI KA | 01/17/06 | 0.70 | ANALYZE NYSEG/LOCKPORT CONTRACT ISSUES (0.7). |
| | | 1.40 | |
| SPRINGER DE | 01/12/06 | 2.10 | TELECONFERENCES WITH WORKING GROUP RE NILES ISSUES (1.1); TELECONFERENCES D. SHIVAKUMAR RE NILES SITUATION (0.5); REVIEW CORRESPONDENCE RE NILES SITUATION (0.5). |
| | | 2.10 | |
| **Total Partner** | | **3.50** | |
| MATZ TJ | 01/03/06 | 0.30 | TELECONFERENCE WITH P. STURKENBOOM RE EDS CONTRACT CLAIM (0.2); FOLLOW UP RE SAME (0.1). |
| MATZ TJ | 01/10/06 | 0.40 | FURTHER ANALYSIS OF EDS CONTRACT, CLAIM AND RESPONSE (0.4). |
| MATZ TJ | 01/12/06 | 1.00 | REVISE AND FINALIZE MEMORANDUM RE EDS MINIMUM COMMITMENT CONTRACT (0.8); CORRESPONDENCE WITH P. STURKENBOOM RE SAME (0.2). |
| MATZ TJ | 01/13/06 | 2.50 | PREPARATION FOR JAN. 13 COURT HEARING (1.8); REVIEW EMAILS AND CORRESPONDENCE (0.7). |
| MATZ TJ | 01/23/06 | 0.60 | CORRESPONDING WITH P. STURKENBOOM RE EDS MINIMUM COMMITMENT CONTRACT (0.3); FOLLOW UP WORK RE SAME (0.3). |
| MATZ TJ | 01/25/06 | 0.30 | FURTHER CORRESPONDENCE RE COMPANY POSITION RE EDS CONTRACT CLAIM (0.3). |
| MATZ TJ | 01/31/06 | 0.20 | REVIEW AND REVISE CURE AMOUNT NOTICE RE CONSUMERS ENERGY CONTRACT (0.2). |
| | | 5.30 | |
| **Total Counsel** | | **5.30** | |
| HERRIOTT AV | 01/11/06 | 0.90 | RESEARCH RE IPSO FACTO CLAUSES IN CONTRACTS (0.9). |
| HERRIOTT AV | 01/12/06 | 1.80 | CONTINUE IPSO FACTO RESEARCH IN RESPONSE TO COMPANY QUESTION (1.8). |
| | | 2.70 | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| ZALTZMAN H* | 01/10/06 | 4.20 | DISCUSS EDS MINIMUM COMMITMENT ON PHONE WITH PARTNERS (0.3); REVIEW TWO MAJOR CASES RE EDS MINIMUM COMMITMENT MEMO-- LOEWS AND IN RE PETRIE (1.4); RE-DRAFT CHANGES TO EDS MINIMUM COMMITMENT MEMO INCORPORATING NEW CASE LAW AND RECENT DISCUSSIONS (2.5). |
| ZALTZMAN H* | 01/11/06 | 2.90 | RESEARCH SEVERAL CASES FOR EDS MINIMUM COMMITMENT MEMO, INCLUDING A.H. ROBBINS AND AMALGAMATED, AND CONTINUE REVIEW OF MEMO (2.9). |
| ZALTZMAN H* | 01/12/06 | 3.20 | REVIEW FINAL EDS MEMO RE PRORATION OF DAMAGES (3.2). |
| ZALTZMAN H* | 01/16/06 | 3.20 | CONSTRUCTIVE TRUST DISCUSSION 363 MOTION TO HAND OVER TO THE UNIVERSITIES (0.4); CONTINUE REVIEW OF CASES RE CONSTRUCTIVE TRUSTS INVOLVING FEDERAL GRANT MONEY, INCLUDING IN RE JOLLIET, IN RE PREMIER AIRWAYS, IN RE LAN, COUNIHAN V. ALL STATE, GAFFREY V. RUBBINO (2.8). |
| | | **13.50** | |
| ZIEGLER VE | 01/03/06 | 1.10 | WORK ON ASSUMPTION/ REJECTION REQUEST OF WELLS FARGO (1.1). |
| | | **1.10** | |
| **Total Associate/Law Clerk** | | **17.30** | |
| SALAZAR AG | 01/24/06 | 3.20 | RESEARCH BANKRUPTCY CASES FOR PRECEDENT RE CONTRACTS AND SERVICE (3.2). |
| | | 3.20 | |
| Total Legal Assistant | | 3.20 | |
| **TOTAL TIME** | | **29.30** | |

\* Law clerks are law school graduates
who are not presently admitted to practice.

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                              Bill Date: 02/28/06
Executory Contracts (Personalty)                     Bill Number: 1108418

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 01/03/06 | Micheli MJ | 362.04 |
| Air/Rail Travel - vendor feed | 01/05/06 | Micheli MJ | 378.16 |
| Air/Rail Travel - vendor feed | 01/05/06 | Micheli MJ | -378.16 |
| Air/Rail Travel - vendor feed | 01/05/06 | Micheli MJ | 405.96 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$768.00** |
| In-house Reproduction | 01/24/06 | Copy Center, D | 6.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$6.00** |
| Telephone Expense | 01/27/06 | Telecommunications, D | 7.12 |
| Telephone Expense | 01/27/06 | Telecommunications, D | 8.50 |
| Telephone Expense | 01/27/06 | Telecommunications, D | 0.38 |
| | | **TOTAL TELEPHONE EXPENSE** | **$16.00** |
| Outside Research/Internet Services | 01/06/06 | Pacer Service Center | 9.28 |
| Outside Research/Internet Services | 01/06/06 | Pacer Service Center | 1.72 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$11.00** |
| Wireless - Mobile/Cellular/Pager | 12/09/05 | Meisler RE | 10.52 |
| Wireless - Mobile/Cellular/Pager | 01/09/06 | Meisler RE | 2.48 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$13.00** |
| | | **TOTAL MATTER** | **$814.00** |

B43E