SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
|  | : |  |
|          Debtors. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-19
LEASES (REAL PROPERTY)
286.8 HOURS

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                    Bill Date: 12/30/05
Leases (Real Property)                                      Bill Number: 1091378

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| WEXLER MP | 10/24/05 | 1.40 | REVIEW DOCUMENTATION RE PROPOSED NEW LEASE IN ANDERSON, INDIANA AND APPROPRIATE PROCESS FOR APPROVAL (0.6); REVIEW CASE LAW IN PREPARATION FOR MEETING IN TROY RE PAYMENT UNDER LEASES IN CHAPTER 11 (0.8). |
| WEXLER MP | 10/26/05 | 0.70 | MEETINGS WITH J. JAFFURS, J. BEAUDOEN AND D. BICKNELL RE LEASE TRANSACTION IN ANDERSON, INDIANA (0.4) AND FOLLOW UP TELECONFERENCES AND CORRESPONDENCE WITH R. EISENBERG OF FTI RE SPECIFICS OF TRANSACTION FOR CREDITORS' COMMITTEE (0.3). |
| WEXLER MP | 10/27/05 | 1.20 | FOLLOW UP WITH FTI (R. EISENBERG AND J. GUGLIELMO) RE ANDERSON, INDIANA LEASE AND COMMITTEE QUESTIONS IN CONNECTION THEREWITH, INCLUDING MULTIPLE TELECONFERENCES AND CORRESPONDENCE IN CONNECTION THEREWITH (0.8); FOLLOW UP WITH J. BEAUDOEN RE PAYMENT OF POST-PETITION OCTOBER RENT (0.2); REVIEW NOTICE ISSUES FOR 365(D)(4) EXTENSION MOTION (0.2). |
| WEXLER MP | 10/28/05 | 2.30 | CORRESPONDENCE AND TELECONFERENCES WITH FTI (J. GUGLIELMO AND J. WADA) RE BUSINESS CASE FOR ENTERING INTO 8600 SQ. FT. LEASE FOR EMPLOYEES IN ANDERSON, INDIANA AND RESPONSES TO CREDITORS' COMMITTEE ADVISORS AND COUNSEL (1.1) AND FOLLOW UP TELECONFERENCES WITH J. BEAUDOEN FOR ADDITIONAL INFORMATION REQUESTED (0.6); FOLLOW UP TELECONFERENCE WITH H. BAER OF LATHAM RE SAME (0.3); FOLLOW UP ON ISSUES OF WHETHER JLL LEASE ADMINISTRATORS FALL UNDER HUMAN CAPITAL ORDER (0.3). |
| WEXLER MP | 10/31/05 | 0.30 | FOLLOW UP ON COMMITTEE VIEW OF ANDERSON, INDIANA LEASE AND DISCUSS STATUS WITH J. JAFFURS (0.3). |
| WEXLER MP | 11/01/05 | 0.80 | FOLLOW UP WITH COMMITTEE RE ANDERSON, INDIANA LEASE (0.2) AND DISCUSS WITH J. JAFFURS AND J. BEAUDOEN (0.2); TELECONFERENCES AND CORRESPONDENCE WITH J. BEAUDOEN RE EXTENSION OF 365(D)(4) DEADLINE (0.2) AND FOLLOW UP ON STRATEGY FOR SAME (0.2). |
| WEXLER MP | 11/02/05 | 0.20 | REVIEW COMPANY REQUEST TO ENTER INTO TRUCKING LEASE IN ADRIAN, MI AND PROCESS TO ACCOMPLISH SAME (0.2). |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| WEXLER MP | 11/07/05 | 0.20 | CONSIDER STRATEGY FOR TIMING OF LEASE REJECTION PROCEDURES MOTION (0.2). |
| WEXLER MP | 11/08/05 | 0.70 | REVIEW AND COMMENT ON DRAFT OF MOTION TO EXTEND 365(D)(4) DEADLINE (0.4); REVIEW STRATEGY FOR LEASE REJECTION PROCEDURES MOTION (0.3). |
| WEXLER MP | 11/09/05 | 0.50 | TELECONFERENCE WITH K. BERLIN RE ABILITY TO REJECT LEASE AND IMPACT ON ENVIRONMENTAL CLEANUP (0.2); REVIEW AND COMMENT ON REVISIONS TO MOTION AND ORDER FOR 365(D)(4) EXTENSION (0.3). |
| WEXLER MP | 11/14/05 | 0.30 | REVIEW AND COMMENT ON LANGUAGE TO BE ADDED TO LEASES IN CONNECTION WITH LEASE EXTENSIONS OR AMENDMENTS (0.3). |
| WEXLER MP | 11/15/05 | 1.20 | PARTICIPATE IN REAL ESTATE WORKING GROUP MEETING TO DISCUSS LEASE ISSUES INCLUDING PARAMETERS OF ORDINARY COURSE LEASES, PROCEDURES FOR RENEWAL AND SPECIFIC ISSUES RE DEARBORN MICHIGAN, ANDERSON INDIANA, IRVINE CALIFORNIA AND FORD CUSTOMER SERVICE CENTER LEASES (0.9) AND DISCUSS 365(D)(4) MOTION AND HEARING (0.3). |
| WEXLER MP | 11/17/05 | 0.50 | TELECONFERENCE AND CORRESPONDENCE WITH J. JAFFURS AND J. BEAUDOEN RE ORDINARY COURSE LEASES AND APPROVAL LEVELS (0.3) AND FOLLOW UP ON REQUESTS (0.2). |
| WEXLER MP | 11/23/05 | 1.10 | REVIEW OBJECTION OF ORIX WARREN LLC TO 365(D)(4) EXTENSION (0.2); TELECONFERENCE WITH J. BEAUDOEN AND J. JAFFURS RE LEASE SPECIFICS (0.2) AND CONSIDER STRATEGY FOR DEALING WITH SAME (0.3); REVIEW AND COMMENT ON DRAFT OF PROFFER FOR 365(D)(4) MOTION (0.4). |
| WEXLER MP | 11/25/05 | 0.70 | FOLLOW UP ON RESOLUTION OF ORIX OBJECTION TO MOTION TO EXTEND 365(D)(4) DEADLINE (0.7). |
| WEXLER MP | 11/26/05 | 0.40 | FOLLOW UP AND REVIEW CORRESPONDENCE RE SETTLEMENT OF ORIX OBJECTION TO 365(D)(4) EXTENSION (0.4). |
| WEXLER MP | 11/27/05 | 0.30 | REVIEW AND COMMENT ON CORRESPONDENCE RE SETTLEMENT OF ORIX OBJECTION TO 365(D)(4) EXTENSION (0.3). |
| WEXLER MP | 11/28/05 | 1.00 | REVIEW AND COMMENT ON SEVERAL DRAFTS OF REVISED 365(D)(4) ORDER (0.6); REVIEW AND COMMENT ON ISSUES RAISED BY OBJECTOR IN REVISED ORDER AND APPROPRIATE RESOLUTION OF SAME (0.4). |
| WEXLER MP | 11/29/05 | 0.20 | CORRESPONDENCE WITH CLIENT RE 365(D)(4) ORDER (0.2). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

|  |  | 14.00 |  |
|---|---|---|---|
| Total Partner |  | 14.00 |  |
| DANZ CE | 10/24/05 | 2.90 | EVALUATE THE BUFFALO, NY UTILITY ISSUE (0.3); CONTINUED INVESTIGATION INTO PAYMENTS UNDER THE HUMAN CAPITAL ORDER (0.4); REVIEWED AND REVISED COMPANY STRATEGY SESSION AGENDA (1.3); REVIEW ANDERSON, IN LEASE (0.5); COMMUNICATION WITH J. JAFFERS, J. BEAUDOEN RE GENERAL REAL ESTATE ISSUES (0.4). |
| DANZ CE | 10/27/05 | 1.40 | COMMUNICATION WITH J. BEAUDOEN AND D. SOKO RE ANDERSON, INDIANA AND RELATED FOLLOW-UP (0.5); COMMUNICATION WITH J. WADA, J. GUGLIELMO AND R. EISENBERG RE ANDERSON LOCATION AND FACTS (0.4); EVALUATE REAL ESTATE NOTICE FOR UPCOMING 365(D)4 MOTION AND COMMUNICATION WITH J. BEAUDOEN (0.5). |
| DANZ CE | 10/31/05 | 0.20 | EVALUATE OPUS WEST PURCHASE AGREEMENT (0.2). |
| DANZ CE | 11/01/05 | 0.90 | COMMUNICATION WITH J. BEAUDON AND FOLLOWUP ON NOTICE ISSUES (0.9). |
| DANZ CE | 11/04/05 | 1.00 | REVIEW AND COMMENTS TO THE REJECTION PROCEDURES MOTION AND THE 365(D)4 LEASE EXTENSION MOTION (0.6), REVISIONS TO THE AIR PERMIT LETTER (0.4). |
| DANZ CE | 11/08/05 | 0.70 | REVIEW OF REVISED 365(D)4 MOTION (0.7). |
| DANZ CE | 11/09/05 | 1.00 | SUPERVISED SERVICE OF THE 365(D)4 AND JLL MOTIONS TO ENSURE SERVICE TO THE PROPER PARTIES (0.4); REVIEW OF STATUTE AS TO 365(D)4 (0.3); COMMUNICATION WITH J. BEAUDOEN RE FACTS OF MOTION (0.3). |
| DANZ CE | 11/14/05 | 0.40 | DRAFTED NONASSUMPTION LANGUAGE FOR FUTURE LEASES AND CIRCULATED THE SAME TO C. COMERFORD (0.4). |
| DANZ CE | 11/15/05 | 1.40 | PARTICIPATED IN REAL ESTATE STRATEGY MEETING IN TROY, MICHIGAN WITH J. JAFFURS, J. BEAUDOEN, C. COMERFORD, K. JONES, AND D. BICKNELL FROM DELPHI; DISCUSSION OF LEASE PROCESSES UNDER THE CODE, THE FORD DEARBORN LEASE REDUCTION ISSUE, ANDERSON, INDIANA ISSUE, LEASE OBLIGATION ISSUES AT IRVINE, CA AND PREPARATION FOR THE FILING OF THE 365(D)4 MOTION (1.4). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| DANZ CE | 11/21/05 | 3.90 | REVIEW OF COURT DOCKET FOR RECENT PLEADINGS (0.5), REVIEW OF INCOMING COMMUNICATIONS (0.7); CONTINUED NEGOTIATION WITH J. WISLER RE SETTLEMENT OF 365(D)4 ISSUE (0.8); ATTENTION TO REVISIONS OF 365(D)4 AND BLACKLINE (0.5); REVIEW OF CRITICAL DATES MATERIALS FROM COMPANY (0.7); REVIEW OF BUSINESS DECISION PATH CHART AND COMMENTS THERETO (0.7). |
| DANZ CE | 11/22/05 | 1.10 | REVIEW OF INCOMING CORRESPONDENCE (0.7); BEGAN REVIEW MATERIAL FOR LEASE OBLIGATIONS LETTER TO LANDLORD (0.4). |
| DANZ CE | 11/23/05 | 3.70 | PREPARATION FOR UPCOMING HEARING (0.3); REVIEW OF 365(D)4 PRECEDENT (0.6); NEGOTIATION WITH J. WISLER TO SETTLE 365(D)4 OBJECTION AND RELATED DISCUSSION OF STRATEGY (1.1); REVIEW OF THE 365(D)4 PROFFER (0.4), COMMUNICATION WITH J. BEAUDOEN INVESTIGATING WARREN, OHIO LEASE (0.4); REVIEW OF DOCKET FOR COURT FILINGS (0.5); REVIEW OF SERVICES ISSUES AS TO 365(D)4 (0.4). |
| DANZ CE | 11/28/05 | 2.70 | CONTINUED NEGOTIATION WITH J. WISLER RE SETTLEMENT OF 365(D)4 ISSUE (0.8); REVISIONS OF 365(D)4 ORDER AND BLACKLINE (0.5); REVIEW OF CRITICAL DATES MATERIALS FROM COMPANY (0.7); REVIEW OF BUSINESS DECISION PATH CHART AND COMMENTS THERETO (0.7). |
| DANZ CE | 11/30/05 | 2.30 | REVIEW OF CASE CORRESPONDENCE (0.6); REVIEW OF DOCKET (0.3); REVIEW OF BANKRUPTCY CODE SECTIONS (0.5) AND REVIEW OF CRITICAL LEASE DATA (0.3), FIELDED QUESTIONS RE LEASE RENEWALS (0.6). |
| | | **23.60** | |
| DE ELIZALDE D | 11/01/05 | 6.30 | ANALYSIS RE REAL ESTATE ISSUES (0.5); ANALYSIS OF PRECEDENTS RE PROCEDURES FOR REJECTING UNEXPIRED REAL PROPERTY LEASES (2.1); DRAFTING RE MOTION APPROVING PROCEDURES FOR REJECTING UNEXPIRED REAL PROPERTY LEASES (3.7). |
| DE ELIZALDE D | 11/02/05 | 4.90 | DRAFTING RE MOTION APPROVING PROCEDURES FOR REJECTING UNEXPIRED REAL PROPERTY LEASES (1.8); REVIEWED AND REVISED MOTION, NOTICE, AND ORDER RE EXTENSION OF SECTION 365(D)(4) DEADLINE (1.4); DRAFTED NOTICE AND ORDER RE MOTION APPROVING PROCEDURES FOR REJECTING UNEXPIRED REAL PROPERTY LEASES (1.7). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| DE ELIZALDE D | 11/03/05 | 5.90 | DRAFTING ORDER, NOTICE OF MOTION AND FORM OF NOTICE OF REJECTION OF LEASES RE MOTION TO APPROVE PROCEDURES FOR REJECTING NONRESIDENTIAL REAL PROPERTY LEASES (3.8); REVIEWED AND REVISED MOTION TO EXTEND TIME TO ASSUME OR REJECT REAL PROPERTY LEASES (1.1); OVERSEEING CITE-CHECKING OF SAID MOTIONS (1.0). |
| DE ELIZALDE D | 11/07/05 | 4.40 | REVIEWED PRECEDENTS RE MOTION TO APPROVE PROCEDURES FOR REJECTING LEASES (2.5); DRAFTED MOTION TO APPROVE PROCEDURES FOR REJECTING LEASES (1.9). |
| DE ELIZALDE D | 11/08/05 | 1.40 | REVIEWED AND REVISED 365(D)(4) MOTION (1.4). |
| DE ELIZALDE D | 11/09/05 | 1.90 | REVIEWED AND REVISED 365(D)(4) MOTION AND SUPERVISED SUCH FILING AND SERVICE (1.9). |
| DE ELIZALDE D | 11/10/05 | 0.40 | SUPERVISED SERVICE OF MOTION RE EXTENSION OF 365(D)(4) PERIOD (0.4). |
| DE ELIZALDE D | 11/15/05 | 1.40 | MEETING WITH THE CLIENT RE UPCOMING EXPIRING LEASES AND LEASES TO BE REJECTED OR RENEWED (1.4). |
| DE ELIZALDE D | 11/22/05 | 2.50 | DRAFTED RESPONSE TO OBJECTION TO 365(D)(4) MOTION (2.5). |
| DE ELIZALDE D | 11/23/05 | 3.50 | DRAFTED RESPONSE TO ORIX'S OBJECTION TO MOTION EXTENDING 365(D)(4) DEADLINE (2.9); REVIEWED PROFFER RE MOTION EXTENDING 365(D)(4) DEADLINE (0.6). |
| DE ELIZALDE D | 11/25/05 | 2.80 | REVIEWED AND REVISED RESPONSE TO OBJECTION RE 365(D)(4) MOTION (2.8). |
| DE ELIZALDE D | 11/27/05 | 2.50 | REVIEWED AND REVISED PROPOSED ORDER EXTENDING 365(D)(4) AS PER ORIX'S OBJECTION (2.5). |
| DE ELIZALDE D | 11/28/05 | 1.80 | REVIEWED AND REVISED 365(D)(4) ORDER AND PROFFER (1.8). |
| | | **39.70** | |
| MEISLER RE | 10/28/05 | 0.70 | TELECONFERENCE WITH M. WEXLER RE ENTRY INTO NEW LEASE (0.2); TELECONFERENCE WITH H. BAER AND M. WEXLER RE SAME (0.3); TELECONFERENCE WITH J. GUGLIELMO RE SAME (0.2). |
| MEISLER RE | 10/31/05 | 1.40 | CONFERENCE WITH M. WEXLER RE REAL ESTATE MATTERS (1.1); DRAFTED NOTES TO SELF RE SAME (0.3). |
| MEISLER RE | 11/01/05 | 0.10 | TELECONFERENCE WITH H. BAER RE LEASES (0.1). |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MEISLER RE | 11/06/05 | 1.40 | REVIEWED AND REVISED 365(D)(4) MOTION (0.7); REVIEWED AND REVISED LEASE REJECTION PROCEDURES (0.7). |
| MEISLER RE | 11/08/05 | 1.60 | CONTINUED TO REVIEW AND REVISE 365(D)(4) MOTION (1.0); CONTINUED TO REVIEW AND REVISE LEASE REJECTION PROCEDURES (0.5); CONFERENCES WITH M. WEXLER RE SAME (0.1). |
| MEISLER RE | 11/18/05 | 0.30 | TELECONFERENCE WITH D. DE ELIZALDE RE STATUS OF REAL ESTATES MATTERS (0.2); TELECONFERENCE WITH M. MICHELI RE STATUS OF 365(D)(4) (0.1). |
| MEISLER RE | 11/22/05 | 0.70 | CONFERENCE WITH M. WEXLER RE REAL ESTATE TRANSACTIONS (0.7). |
| MEISLER RE | 11/23/05 | 0.70 | TELECONFERENCE WITH M. WEXLER RE 365(D)(4) OBJECTION (0.2); ANALYZED SAME (0.5). |
| MEISLER RE | 11/25/05 | 1.10 | REVIEWED AND COMMENTED ON 365(D)(4) RESPONSE (1.1). |
| MEISLER RE | 11/28/05 | 1.90 | WORKED ON RESOLVING ORIX OBJECTION TO 365(D)(4) MOTION (0.8); TELECONFERENCES WITH C. DANZ RE SAME (0.2); TELECONFERENCE WITH M. WEXLER RE SAME (0.1); TELECONFERENCE WITH J. WISSLER COUNSEL TO ORIX RE SAME (0.3); REVIEWED AND REVISED ORDER RE SAME (0.5). |
| | | 9.90 | |
| MICHELI MJ | 11/07/05 | 3.60 | BEGAN REVIEW OF MOTION FOR EXTENSION OF 365(D)(4) DEADLINE AND BACKGROUND INFORMATION (1.2); BEGAN REVISIONS TO MOTION AND ORDER FOR EXTENSION OF 365(D)(4) DEADLINE (0.7); BEGAN REVISIONS TO MOTION FOR LEASE REJECTION PROVISIONS (1.1); REVIEW REVISED VERSION OF MOTION FOR EXTENSION OF 365(D)(4) DEADLINE REFLECTING COMMENTS MADE (0.6). |
| MICHELI MJ | 11/08/05 | 3.90 | CONTINUED REVIEW OF 365(D)(4) MOTION RE COMMENTS RECEIVED (0.5); BEGAN REVISIONS RE SAME (3.4). |
| MICHELI MJ | 11/09/05 | 3.40 | REVIEW OF THE MOTION FOR EXTENSION OF THE 365(D)(4) DEADLINE TO ASSUME OR REJECT EXECUTORY CONTRACTS (0.2); REVISIONS TO 365(D)(4) MOTION RE COMMENTS RECEIVED (1.2); FINAL REVIEW OF 365(D)(4) MOTION AND ORDER IN PREPARATION FOR FILING (1.1); PREPARED MATERIALS FOR FILING (0.9). |
| MICHELI MJ | 11/10/05 | 0.10 | REVIEW SERVICE MATTERS IN CONNECTION WITH 365(D)(4) MOTION (0.1). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MICHELI MJ | 11/20/05 | 0.30 | BEGAN REVIEW OF PRECEDENT FOR RESPONSE TO 365(D)(4) OBJECTIONS (0.3). |
| MICHELI MJ | 11/21/05 | 0.90 | BEGAN REVIEW OF SCRIPT FOR 365(D)(4) MOTION (0.5); BEGAN REVIEW OF PRECEDENT RE 365(D)(4) RESPONSES (0.4). |
| MICHELI MJ | 11/22/05 | 0.20 | CONTINUED REVIEW OF OBJECTION TO 365(D)(4) MOTION (0.2). |
| MICHELI MJ | 11/24/05 | 1.90 | BEGAN REVISIONS TO 365(D)(4) RESPONSE (1.9). |
| MICHELI MJ | 11/25/05 | 1.10 | CONTINUED REVISIONS TO RESPONSE TO 365(D)(4) OBJECTION (1.1). |
| MICHELI MJ | 11/28/05 | 0.40 | REVISIONS TO 365(D)(4) ORDER RE RESPONSE RECEIVED (0.4). |
| | | **15.80** | |
| REESE RG | 10/26/05 | 3.90 | ATTEND MEETING WITH J. JAFFURS, M. WEXLER, C. DANZ AND OTHERS RE VARIOUS REAL ESTATE ISSUES (3.9). |
| | | **3.90** | |
| TOUSSI S | 10/16/05 | 0.70 | REVIEW LEASE REJECTION MOTION (0.7). |
| TOUSSI S | 10/17/05 | 1.50 | ADDRESS ISSUES RE LEASE REJECTION MOTION (1.5). |
| | | **2.20** | |
| ZALTZMAN H* | 11/01/05 | 1.80 | BEGIN DRAFTING UNEXPIRED LEASES EXTENSION 365(D)(4) MOTIONS (1.8). |
| ZALTZMAN H* | 11/02/05 | 4.30 | CONTINUED TO PREPARE 365(D)(4) MOTION AND ORDER FOR MOTION AND NOTICE OF MOTION (4.3). |
| ZALTZMAN H* | 11/03/05 | 0.60 | REVIEW FINAL MOTIONS AND MAKE CHANGES (0.6). |
| ZALTZMAN H* | 11/06/05 | 0.50 | REVIEW MARKUP OF 365(D)(4) MOTIONS AND MAKE APPROPRIATE EDITS (0.5). |
| ZALTZMAN H* | 11/07/05 | 5.70 | REVIEW AND REDRAFT 365(D)(4) MOTIONS RE EXTENSION OF TIME TO REJECT OR ASSUME LEASES (2.1); REDRAFT PLEADINGS IN ACCORDANCE TO THE EXTENSION DEADLINE IN MOTIONS, NOTICE OF MOTION, AND ORDER TO REFLECT PROJECTED MATURITY (3.6). |
| ZALTZMAN H* | 11/08/05 | 3.70 | COMPLETE REVIEW AND DRAFTING OF 365(D)(4) MOTIONS (3.7). |
| ZALTZMAN H* | 11/09/05 | 0.60 | EDIT TO 365(D)(4) LEASE EXTENSION MOTIONS (0.6). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| ZALTZMAN H* | 11/18/05 | 2.10 | BEGIN DRAFTING SCRIPT FOR 365(D)(4) MOTION TO EXTEND DEADLINE TO ASSUME OR REJECT RESIDENTIAL REAL PROPERTY LEASES (2.1). |
| ZALTZMAN H* | 11/23/05 | 1.20 | EDIT 365(D)(4) SCRIPT (1.2). |
| | | **20.50** | |

**Total Associate/Law Clerk**     **115.60**

| | | | |
|---|---|---|---|
| ZSOLDOS AF | 11/02/05 | 0.90 | SEARCH SYSTEM FOR PRECEDENT MOTION EXTENDING DEADLINE FOR NON-RESIDENTIAL LEASES (0.9). |
| ZSOLDOS AF | 11/07/05 | 1.50 | DOCKET SEARCH FOR PRECEDENT MOTION TO REJECT LEASES IN VARIOUS CASES (0.7); DOCKET SEARCH IN VARIOUS CASES FOR PRECEDENT ORDER TO REJECT REAL PROPERTY LEASE (0.4); DOCKET SEARCH IN VARIOUS CASES FOR PRECEDENT MOTION TO EXTEND DEADLINE TO ASSUME LEASE (0.4). |
| ZSOLDOS AF | 11/08/05 | 2.70 | SEARCH VARIOUS CASES FOR PRECEDENT MOTION TO AUTHORIZE PROCEDURES TO REJECT EXECUTORY CONTRACTS (2.7). |
| ZSOLDOS AF | 11/21/05 | 0.90 | CHECK DELTA AND NORTHWEST DOCKETS FOR OBJECTIONS TO AND DEBTOR'S RESPONSE TO OBJECTIONS TO 365(D)(4) MOTION TO ASSUME OR REJECT LEASES (0.9). |
| | | **6.00** | |
| **Total Legal Assistant** | | **6.00** | |

**TOTAL TIME**                    **135.60**

      * Law clerks are law school graduates
        who are not presently admitted to practice.

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Leases (Real Property)**

**Bill Date: 12/30/05**
**Bill Number: 1091378**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 10/25/05 | Danz CE | 399.80 |
| Air/Rail Travel - vendor feed | 10/26/05 | Wexler MP | 436.20 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$836.00** |
| In-house Reproduction | 11/11/05 | Copy Center, D | 6.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$6.00** |
| Telephone Expense | 10/28/05 | Telecommunications, D | 0.01 |
| Telephone Expense | 11/23/05 | Telecommunications, D | 4.15 |
| Telephone Expense | 11/23/05 | Telecommunications, D | 6.80 |
| Telephone Expense | 11/23/05 | Telecommunications, D | 0.99 |
| Telephone Expense | 11/23/05 | Telecommunications, D | 0.05 |
| | | **TOTAL TELEPHONE EXPENSE** | **$12.00** |
| Lexis/Nexis | 11/07/05 | Zaltzman H | 40.07 |
| Lexis/Nexis | 11/08/05 | Zaltzman H | 480.09 |
| Lexis/Nexis | 11/22/05 | De Elizalde D | 529.63 |
| Lexis/Nexis | 11/23/05 | De Elizalde D | 46.73 |
| Lexis/Nexis | 11/28/05 | De Elizalde D | 23.36 |
| Lexis/Nexis | 11/29/05 | De Elizalde D | 283.82 |
| Lexis/Nexis | 11/29/05 | Zaltzman H | 101.00 |
| Lexis/Nexis | 11/30/05 | De Elizalde D | 504.30 |
| | | **TOTAL LEXIS/NEXIS** | **$2,009.00** |
| Westlaw | 11/03/05 | Amodeo JA | 102.52 |
| Westlaw | 11/03/05 | Medlin LA | 634.06 |
| Westlaw | 11/04/05 | Medlin LA | 7.42 |
| | | **TOTAL WESTLAW** | **$744.00** |

B43E

### SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 11/29/05 | Dist Serv/Mail/Page, D | 7.43 |
| Messengers/ Courier | 11/29/05 | Dist Serv/Mail/Page, D | 6.19 |
| Messengers/ Courier | 11/29/05 | Dist Serv/Mail/Page, D | 6.19 |
| Messengers/ Courier | 11/29/05 | Dist Serv/Mail/Page, D | 6.19 |
| | | **TOTAL MESSENGERS/ COURIER** | **$26.00** |
| | | **TOTAL MATTER** | **$3,633.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                    Bill Date: 01/31/06
Leases (Real Property)                                      Bill Number: 1092991

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| MARAFIOTI KA | 12/13/05 | 1.90 | WORK ON MOTION FOR PROCEDURES TO REVIEW REALTY LEASES (0.8) AND PROPOSED ORDER (0.1); WORK ON MOTION TO REJECT LEASES (0.5), NOTICE OF MOTION (0.1), NOTICE OF REJECTION (0.2) AND PROPOSED ORDER (0.2). |
| MARAFIOTI KA | 12/16/05 | 1.20 | WORK ON MOTION TO APPROVE LEASE REJECTION AND ABANDONMENT PROCEDURES (0.5); WORK ON MOTION RE LEASE RENEWAL AND AMENDMENT PROCEDURES (0.7). |
| MARAFIOTI KA | 12/19/05 | 0.20 | TELECONFERENCE FROM M. BROUDE RE REAL PROPERTY MOTION (0.1); CORRESPONDENCE RE SAME (0.1). |
| MARAFIOTI KA | 12/22/05 | 0.20 | DISCUSS REAL PROPERTY PROCEDURES AND MESSAGE FROM M. BROUDE RE SAME (0.2). |
| MARAFIOTI KA | 12/28/05 | 0.30 | REVIEWED AND REVISED LEASE PROCEDURES AND LEASE REJECTION ORDERS (0.3). |
| | | **3.80** | |
| WEXLER MP | 12/01/05 | 1.60 | TELECONFERENCE WITH D. SOKOL, J. BEAUDOEN AND JLL RE LEASE ISSUES (1.2) AND FOLLOW UP ON ISSUES RAISED (0.2); FOLLOW UP ON ABILITY TO REJECT LEASE WITH JOINT VENTURE OWNED PARTIALLY BY DELPHI (0.2). |
| WEXLER MP | 12/02/05 | 1.20 | REVIEW UNDERLYING PROPOSALS FOR LEASE PROCEDURES AND LEASE REJECTION MOTIONS (0.4) AND REVIEW AND COMMENT ON SEVERAL DRAFTS OF PROPOSED BOARD AND COMMITTEE PRESENTATION AND CORRESPONDENCE WITH CLIENT OUTLINING SAME (0.8). |
| WEXLER MP | 12/05/05 | 2.00 | REVIEW POSSIBLE PRECEDENT AND STRUCTURE OF PROPOSED MOTION TO APPROVE LEASE PROCEDURES (0.8) AND FOLLOW UP ON STRATEGY FOR SAME (0.6); REVIEW ENVIRONMENTAL ISSUES IN CONNECTION WITH REJECTION OF LEASE AND SUBLEASE TENANTED BY DELPHI JOINT VENTURE (0.3); FOLLOW UP ON C. HITCHCOCK INQUIRY RE ABILITY TO REJECT LEASE IN SPITE OF CLEANUP REQUIREMENTS AND IMPACT THEREON (0.3). |
| WEXLER MP | 12/06/05 | 0.20 | REVIEW, WITH K. BERLIN, ISSUES IN CONNECTION WITH REJECTION OF LEASE WITH ENVIRONMENTAL OBLIGATIONS (0.2). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| WEXLER MP | 12/07/05 | 0.40 | REVIEW STRATEGY AND SUBSTANCE OF MOTION FOR PROCEDURES TO ENTER INTO LEASES (0.4). |
| WEXLER MP | 12/08/05 | 0.50 | REVIEW ISSUES RE LEASE PROCEDURE MOTION (0.2) AND TELECONFERENCE WITH M. KAMISCHKE RE NATURE OF LEASES TO BE ENTERED INTO (0.1) AND FOLLOW UP ON TELECONFERENCE WITH J. BEAUDOEN (0.2). |
| WEXLER MP | 12/12/05 | 0.60 | REVIEW AND COMMENT ON RESPONSES TO CLIENT RE IMPACT OF LEASE REJECTION ON ENVIRONMENTAL CLEANUP RESPONSIBILITIES (0.3) AND FOLLOW UP ON FURTHER REQUESTS FROM C. HITCHCOCK RE SAME (0.3). |
| WEXLER MP | 12/13/05 | 2.50 | REVIEW AND COMMENT ON SEVERAL DRAFTS OF LEASE PROCEDURES MOTION (1.3); REVIEW AND COMMENT ON DRAFT OF MOTION AND ORDER FOR LEASE REJECTION PROCEDURES AND REVIEW ISSUES IN CONNECTION THEREWITH (1.2). |
| WEXLER MP | 12/14/05 | 1.70 | REVIEW AND COMMENT ON SEVERAL REVISED DRAFTS OF MOTIONS AND ORDERS FOR LEASE PROCEDURES (0.9) AND LEASE REJECTION PROCEDURES AND NOTICE (0.8). |
| WEXLER MP | 12/15/05 | 0.40 | FOLLOW UP ON LEASE PROCEDURES MOTION AND QUESTIONS RAISED RE NUMBER OF LEASES TO BE ENTERED INTO IN CONNECTION THEREWITH (0.4). |
| WEXLER MP | 12/19/05 | 1.30 | REVIEW COMMENTS OF COMMITTEE ON LEASE PROCEDURES AND REJECTION MOTIONS AND DETERMINE STRATEGY FOR DEALING WITH SAME (0.7); REVIEW CORRESPONDENCE FROM LANDLORDS AND FORWARD TO CLIENT (0.6). |
| WEXLER MP | 12/20/05 | 0.80 | FOLLOW UP ON COMMITTEE COMMENTS ON LEASE REJECTION PROCEDURES AND TIMING AND REVIEW CASE PRECEDENT RE SAME (0.8). |
| WEXLER MP | 12/21/05 | 0.30 | REVIEW STRATEGY FOR RESPONSE TO COMMITTEE COMMENTS ON LEASE REJECTION MOTION (0.3). |
| WEXLER MP | 12/22/05 | 0.90 | TELECONFERENCE WITH M. BROUDE RE COMMITTEE COMMENTS TO LEASE REJECTION AND NEW/RENEWED LEASE PROCEDURES MOTIONS (0.2) AND FOLLOW UP RE RESPONDING TO SAME (0.3); REVIEW ISSUES RAISED BY GE RE LEASE REJECTION PROCEDURES MOTION AND APPROPRIATE RESPONSE THERETO (0.4). |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| WEXLER MP | 12/26/05 | 0.70 | REVIEW AND COMMENT ON REVISED ORDER FOR LEASE PROCEDURES MOTION (0.5); REVIEW AND COMMENT ON REVISED ORDER FOR LEASE REJECTION MOTION (0.2). |
| WEXLER MP | 12/28/05 | 0.60 | REVIEW AND COMMENT ON REVISED ORDERS FOR LEASE REJECTIONS AND LEASE PROCEDURES (0.6). |
| WEXLER MP | 12/29/05 | 0.60 | REVIEW OBJECTION OF ORIX WARREN RE LEASE REJECTION PROCEDURES (0.3) AND FOLLOW UP ON STRATEGY FOR DEALING WITH SAME (0.3). |
| | | 16.30 | |
| **Total Partner** | | **20.10** | |
| DANZ CE | 12/01/05 | 2.10 | EVALUATE REJECTION ISSUES FOR JOINT VENTURE ISSUES (0.7), CONFERENCE CALL WITH J. BEAUDOEN, D. SOKOL, E. STEFFEE AND C. HITCHCOCK AND RELATED FOLLOW UP ON LARADO, TEXAS LEASE ISSUE (1.4). |
| DANZ CE | 12/02/05 | 1.20 | DRAFTED COMMITTEE PRESENTATION MATERIALS RELATING TO LEASES FOR UPCOMING MEETING (0.7), COMMUNICATION WITH J. BEAUDOEN RE AUTHORITY RELATING TO NEW LEASES AND RELATED DRAFTING (0.5). |
| DANZ CE | 12/05/05 | 1.80 | DEVELOPED STRATEGY REGARDING REJECTION OF LEASE WITH SPECIAL BUSINESS CONCERN ITEMS FOR TENANT AND LANDLORD AND COMMUNICATIONS WITH C. HITCHCOCK (0.6); REVIEW LEASE PROCEDURES MOTION PRECEDENT AND ATTENTION TO BUSINESS NEED FOR AUTHORITY (1.2). |
| DANZ CE | 12/06/05 | 1.40 | DISCUSSION WITH C. HITCHCOCK RE ENVIRONMENTAL POST REJECTION OBLIGATIONS, DRAFTED MEMO RE THE SAME (0.7), BEGAN DRAFTING MOTION ON LEASE PROCEDURES (0.7). |
| DANZ CE | 12/08/05 | 2.10 | FINALIZED FORM LETTER FOR LEASE OBLIGATIONS AND COMMUNICATION WITH L. JANKOW (0.8), MARKUP OF THE LEASE REJECTION MOTION (0.6), CONTINUED RESEARCH FOR LEASE PROCEDURES MOTION (0.7). |
| DANZ CE | 12/09/05 | 4.80 | DRAFTED THE LEASE PROCEDURES MOTION AND REVIEWED CASE LAW PRECEDENT (4.8). |
| DANZ CE | 12/10/05 | 0.80 | REVISIONS TO THE LEASE PROCEDURES MOTION (0.8). |
| DANZ CE | 12/12/05 | 1.20 | CONTINUED REVISIONS TO THE LEASE PROCEDURES MOTION (1.2). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| DANZ CE | 12/13/05 | 2.00 | COMMUNICATION FROM R. JANGER (0.2), CONTINUED CHANGES TO THE LEASE PROCEDURES MOTION (0.6), REVIEW OF PRECEDENT FOR LEASE REJECTION MOTION (0.5), REVISIONS TO THE LEASE REJECTION ORDER (0.3), REVISIONS TO THE LEASE PROCEDURES ORDER (0.4). |
| DANZ CE | 12/14/05 | 0.70 | CHANGES TO THE NOTICE OF LEASE REJECTION, REVISED AND CIRCULATED DRAFTS OF THE LEASE REJECTION AND LEASE PROCEDURES MOTIONS (0.7). |
| DANZ CE | 12/15/05 | 1.50 | WORK ON FILINGS OF THE LEASE REJECTION PROCEDURES AND THE LEASE AUTHORITY PROCEDURES (0.7), UPDATED COMPANY ON AUTHORITY IN EACH MOTION AND REVISED DOCUMENTS WITH FINAL COMMENTS (0.8). |
| DANZ CE | 12/16/05 | 2.00 | COORDINATE SERVICE OF THE LEASE PROCEDURES AND LEASE REJECTION MOTION, CONFIRMED FINAL CHANGES WITH COMPANY (RE DEPARTMENT) AND COORDINATED CHANGES ON MOTION (2.0). |
| DANZ CE | 12/21/05 | 0.40 | TELECONFERENCE FROM J. GUGLIELMO AND FOLLOW UP WITH J. BEAUDOEN (0.4). |
| DANZ CE | 12/27/05 | 0.40 | REVISIONS TO THE LEASE REJECTION AND LEASE PROCEDURES ORDER AND CIRCULATED THE SAME (0.4). |
| DANZ CE | 12/28/05 | 1.10 | NEGOTIATION WITH E. LAZAROU RE OBJECTION TO LEASE REJECTION PROCEDURES MOTION, DRAFTED REVISED LANGUAGE TO THE ORDER AND CIRCULATED REVISED ORDER (0.7), CIRCULATED REVISED LEASE PROCEDURES AND LEASE REJECTION ORDERS TO M.BROUDE (0.4). |
| | | 23.50 | |
| DE ELIZALDE D | 12/05/05 | 3.90 | ANALYSIS OF PRECEDENTS OF MOTION TO APPROVE PROCEDURES FOR REJECTING EXECUTORY CONTRACTS IN THE 2D CIRCUIT (1.4); REVIEWED AND REVISED MOTION TO APPROVE PROCEDURES FOR REJECTING EXECUTORY CONTRACTS AND LEASES (2.5). |
| DE ELIZALDE D | 12/06/05 | 2.40 | REVIEWED AND REVISED MOTION TO AUTHORIZE PROCEDURES FOR REJECTION OF CONTRACTS AND LEASES (2.4). |
| DE ELIZALDE D | 12/07/05 | 2.80 | REVIEWED AND REVISED MOTION, ORDER, NOTICE OF REJECTION AND NOTICE OF MOTION RE PROCEDURES TO REJECT CONTRACTS AND LEASES (2.8). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| DE ELIZALDE D | 12/09/05 | 3.70 | DRAFTED MOTION, ORDER AND NOTICE RE PROCEDURES TO REJECT LEASES (1.6); ANALYSIS OF PRECEDENTS RE REPLY TO OBJECTIONS TO MOTION RE PROCEDURES TO REJECT LEASES (0.9); DRAFTED PROFFER RELATED TO THE PROCEDURES TO REJECT LEASES MOTION (1.2). |
| DE ELIZALDE D | 12/12/05 | 2.40 | DRAFTED MOTION, ORDER AND NOTICE RE PROCEDURES TO REJECT LEASES (0.9); ANALYSIS OF PRECEDENTS RE REPLY TO OBJECTIONS TO MOTION RE PROCEDURES TO REJECT LEASES (1.5). |
| DE ELIZALDE D | 12/14/05 | 1.70 | RESEARCH RE ACCRUAL METHOD IN THE SECOND CIRCUIT (1.7). |
| DE ELIZALDE D | 12/15/05 | 1.50 | REVIEWED AND REVISED MOTION, ORDER AND NOTICE RE PROCEDURES TO REJECT LEASES (1.5). |
| DE ELIZALDE D | 12/16/05 | 2.00 | REVIEWED AND REVISED MOTION, ORDER AND NOTICE RE PROCEDURES TO REJECT LEASES (INCLUDED COMPANY'S COMMENTS) (2.0). |
| | | **20.40** | |
| MEISLER RE | 12/12/05 | 1.30 | REVIEW AND COMMENT ON MOTION AUTHORIZING PROCEDURES TO ENTER INTO NEW LEASES (1.3). |
| MEISLER RE | 12/13/05 | 1.00 | REVIEWED AND COMMENTED ON MOTION FOR PROCEDURES TO REJECT LEASES (1.0). |
| MEISLER RE | 12/14/05 | 1.00 | CONTINUED REVIEW OF LEASE REJECTION PROCEDURES MOTION (0.5); CONTINUED REVIEW OF MOTION FOR PROCEDURES TO ENTER INTO NEW LEASES (0.5). |
| MEISLER RE | 12/15/05 | 0.80 | FINAL REVIEW AND COMMENT ON LEASE REJECTION MOTION (0.4) AND PROCEDURES TO ENTER INTO NEW LEASES (0.4). |
| MEISLER RE | 12/16/05 | 0.80 | CONFERENCE WITH M. WEXLER RE REAL PROPERTY MATTERS (0.3); FINALIZE LEASE RELATED MOTIONS (0.5). |
| MEISLER RE | 12/21/05 | 0.40 | EVALUATE COMMENTS TO LEASE RELATED MOTIONS (0.4). |
| MEISLER RE | 12/22/05 | 0.20 | REVIEWED GE CORRESPONDENCE IN RESPONSE TO DEBTORS' MOTION FOR PROCEDURES TO REJECT LEASES (0.2). |
| MEISLER RE | 12/29/05 | 0.50 | TELECONFERENCE WITH C. DANZ RE OBJECTION TO LEASE REJECTION PROCEDURES (0.1); ATTENTION TO SAME (0.4). |
| MEISLER RE | 12/30/05 | 1.10 | REVIEW AND COMMENT ON LEASE PROCEDURES SCRIPT (0.5); REVIEW AND COMMENT ON LEASE REJECTION PROCEDURES SCRIPT (0.6). |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

|  |  | 7.10 |  |
|---|---|---|---|
| REESE RG | 12/21/05 | 0.40 | ATTENTION TO ISSUES RE LEASES RELATED TO INDUSTRIAL REVENUE BOND FINANCINGS (0.4). |
| REESE RG | 12/30/05 | 1.50 | REVIEW OF PLEADINGS RE LEASE REJECTION PROCEDURES (0.9); ATTENTION TO ISSUES RE RESPONSE TO OBJECTION RE SAME (0.6). |
|  |  | 1.90 |  |
| ZALTZMAN H* | 12/14/05 | 0.80 | CHECK CASE LAW AND FIND NEW CASE LAW FOR PARAGRAPH 24 OF THE LEASE PROCEDURES MOTION (0.8). |
| ZALTZMAN H* | 12/29/05 | 0.40 | COORDINATE RESPONDING TO ORIX WARREN'S OBJECTION TO THE UNEXPIRED LEASES MOTION (0.4). |
|  |  | 1.20 |  |
| ZIEGLER VE | 12/22/05 | 1.10 | WORK ON GE'S INFORMAL OBJECTION TO LEASE REJECTION PROCEDURES MOTIONS (1.1). |
| ZIEGLER VE | 12/28/05 | 0.60 | WORK ON LEASE REJECTION PROCEDURE ORDER (0.6). |
| ZIEGLER VE | 12/29/05 | 3.50 | WORK ON PROFFERS AND SCRIPTS RE NIAGARA MOHAWK; LEASE PROCEDURES AND LEASE REJECTION MOTIONS (3.5). |
|  |  | 5.20 |  |
| Total Associate/Law Clerk |  | 59.30 |  |
| TOTAL TIME |  | <u>79.40</u> |  |

* Law clerks are law school graduates
  who are not presently admitted to practice.

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                          Bill Date: 01/31/06
Leases (Real Property)                            Bill Number: 1092991

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 12/02/05 | Copy Center, D | 23.49 |
| In-house Reproduction | 12/06/05 | Copy Center, D | 0.51 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$24.00** |
| Telephone Expense | 12/29/05 | Telecommunications, D | 2.88 |
| Telephone Expense | 12/29/05 | Telecommunications, D | 0.43 |
| Telephone Expense | 12/29/05 | Telecommunications, D | 1.69 |
| | | **TOTAL TELEPHONE EXPENSE** | **$5.00** |
| Lexis/Nexis | 12/05/05 | Danz CE | 39.16 |
| Lexis/Nexis | 12/09/05 | Danz CE | 86.35 |
| Lexis/Nexis | 12/12/05 | De Elizalde D | 12.49 |
| | | **TOTAL LEXIS/NEXIS** | **$138.00** |
| Wireless - Mobile/Cellular/Pager | 12/21/05 | Wexler MP | 2.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$2.00** |
| | | **TOTAL MATTER** | **$169.00** |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)
Leases (Real Property)

Bill Date: 02/28/06
Bill Number: 1108418

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 01/24/06 | 1.20 | PREPARE FOR JANUARY 25TH COORDINATION AND STRATEGY MEETING WITH D. SHERBIN, M. LOEB, J. PAPELIAN AND COUNSEL FOR REGULATORY AND PRIVATE LITIGATION IN NEW YORK CITY (0.9); REVIEW LEAD PLAINTIFF DRAFT ORDER RE CONTESTED HEARING (0.3). |
| | | 1.20 | |
| WEXLER MP | 01/03/06 | 1.90 | REVIEW ISSUES IN CONNECTION WITH ORIX WARREN OBJECTION TO LEASE REJECTION PROCEDURES, INCLUDING REVIEW AND COMMENT ON LANGUAGE PROPOSED BY LANDLORD AND NEGOTIATION STRATEGIES (0.8); TELECONFERENCE WITH A. CARGILE RE ASSUMPTION OF COLUMBIA TENNESSEE LEASE (0.3) AND CORRESPONDENCE TO CARGILE AND CLIENT RE SAME (0.2) AND DISCUSS ISSUES WITH J. BEAUDOEN AND D. SOKOL (0.4); TELECONFERENCE WITH CLIENT RE 1/5 MEETING IN TROY TO DISCUSS ENVIRONMENTAL MATTERS ON LEASED AND OWNED PROPERTIES (0.2). |
| WEXLER MP | 01/04/06 | 0.90 | TELECONFERENCES WITH A. CARGILE RE COLUMBIA TENNESSEE LEASE (0.6) AND FOLLOW UP ON ISSUES RAISED (0.3). |
| WEXLER MP | 01/05/06 | 1.70 | PREPARATION FOR (0.8) AND PARTICIPATE IN MEETING WITH M. HESTER, K. JONES, J. JAFFURS, J. BEAUDOEN AND J. WALLEE RE ENVIRONMENTAL ISSUES AND STRATEGY FOR LEASES TO BE REJECTED (0.7); DISCUSS LAREDO LEASE ISSUES WITH J. BEAUDOEN AND STRATEGY FOR DEALING WITH LANDLORD IN CONNECTION THEREWITH (0.2). |
| WEXLER MP | 01/06/06 | 0.20 | REVIEW ISSUES IN CONNECTION WITH REJECTION OF LEASE WITH INERDEHL SUBLEASE (0.2). |
| WEXLER MP | 01/09/06 | 0.30 | REVIEW BUSINESS CASE FOR REJECTION OF TWO INDIANAPOLIS LEASES (0.3). |
| WEXLER MP | 01/11/06 | 0.30 | REVIEW AND COMMENT ON AGENDA FOR TELECONFERENCE RE LEASE REJECTION PROCEDURES (0.3). |
| WEXLER MP | 01/16/06 | 0.40 | REVIEW AND COMMENT ON NOTICE OF REJECTION FOR INDIANAPOLIS LEASE AND REVISIONS THERETO (0.4). |
| WEXLER MP | 01/18/06 | 0.80 | REVIEW MOTION OF CHEROKEE NORTH KANSAS CITY TO SHORTEN 365(D)(4) AND POSSIBLE STRATEGIES FOR DEALING WITH SAME (0.8). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| WEXLER MP | 01/20/06 | 0.30 | REVIEW STRATEGY FOR DEALING WITH CHEROKEE MOTION TO SHORTEN 365(D)(4) (0.3). |
| WEXLER MP | 01/23/06 | 0.40 | REVIEW STATUS AND CONSIDER STRATEGY FOR OBJECTION TO MOTION OF LANDLORD OF CHEROKEE NORTH KANSAS CITY LEASE (0.4). |
| WEXLER MP | 01/24/06 | 0.90 | REVIEW AND COMMENT ON COMMITTEE PRESENTATION ON LEASE REJECTIONS IN JANUARY (0.2); CORRESPONDENCE AND TELECONFERENCE WITH ATTORNEY FOR UNIVERSAL TOOL RE REJECTION OF LEASES IN INDIANA (0.3) AND FOLLOW UP ON SAME (0.2); FOLLOW UP ON NOTICE TO BE PREPARED RE FORD MOTOR COMPANY LEASE (0.2). |
| WEXLER MP | 01/26/06 | 0.30 | REVIEW STRATEGY FOR OBJECTING TO CHEROKEE MOTION TO SHORTEN TIME TO ASSUME LEASE (0.3). |
| WEXLER MP | 01/30/06 | 0.80 | REVIEW OBJECTION OF UTE TO REJECTION OF INDIANA LEASES AND CONSIDER STRATEGY FOR DEALING WITH SAME (0.6); FOLLOW UP WITH CLIENT RE NECESSARY INFORMATION (0.2). |
| WEXLER MP | 01/31/06 | 1.50 | REVIEW AND COMMENT ON OBJECTION TO MOTION TO ASSUME CHEROKEE NORTH KANSAS CITY LEASE (0.8); PARTICIPATE IN STRATEGY SESSION RE RESPONSES TO CHEROKEE AND TO UNIVERSAL TOOL & ENGINEERING OBJECTION TO REJECTION OF LEASES (0.7). |

                                    10.70

Total Partner            11.90

| | | | |
|---|---|---|---|
| MATZ TJ | 01/19/06 | 0.30 | REVIEWING AND FOLLOW UP RE MOTION RE ASSUMPTION/REJECTION OF KANSAS CITY LEASE (0.3). |
| MATZ TJ | 01/31/06 | 0.70 | REVIEW AND COMMENT ON OBJECTION TO COMPEL ASSUMPTION/REJECTION OF CHEROKEE LEASE (0.7). |
| | | 1.00 | |
| Total Counsel | | 1.00 | |

| | | | |
|---|---|---|---|
| DANZ CE | 01/03/06 | 3.00 | NEGOTIATION WITH J. WISLER RE 365(D)4 OBJECTION, FOLLOW UP WITH THE COMPANY (J. BEAUDOEN) RE THE PROPOSED SETTLEMENTS AND WORKED TO COMPROMISE A SETTLEMENT AND REVISE ORDER (1.8); FOLLOWUP ON D. SKEKLOFF ISSUE (FT. WAYNE) (0.4); CHANGES TO THE LEASE PROCEDURE ORDER DOCUMENTS AND RELATED FOLLOWUP (0.8). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| DANZ CE | 01/04/06 | 3.80 | ATTENTION TO THE LEASE PROCEDURES AND LEASE REJECTION ORDERS (1.1); REVIEW AND REVISIONS TO THE PROFFERS (0.8); ATTENTION TO J. WISLER ISSUE (0.5); RESEARCH INTO SERVICE OF LANDLORD DASCO ISSUE AND SECURED PROOF OF SERVICE (0.7); REVIEW INCOMING DISTRIBUTIONS (0.7). |
| --- | --- | --- | --- |
| DANZ CE | 01/05/06 | 1.10 | COMMUNICATION WITH M. LINDSEY (0.4); COMMUNICATION WITH REAL ESTATE J. BEAUDOEN REVIEW AND EMAIL DISTRIBUTION (0.7). |
| DANZ CE | 01/09/06 | 2.50 | ALL HANDS TELECONFERENCE RE INDIANA LEASE REJECTIONS (0.7); REVIEW OF ENTERED LEASE ORDERS AND DISTRIBUTED THE SAME TO THE COMPANY AND FIELDED QUESTIONS (0.6); REVIEWED LEASES FOR INDIANA REJECTION AND FORWARDED THE SAME TO FTI AND CONTINUED DISCUSSION RE POSSIBLE REJECTION (1.2). |
| DANZ CE | 01/10/06 | 2.00 | REVIEW OF INDIANAPOLIS INDIANA LEASE ISSUES AND RESENT LEASES TO FTI (0.3); DRAFTED LEASE REJECTION SUMMARY FOR DISTRIBUTION TO THE COMPANY (1.0); TELECONFERENCE WITH D. SOKOL AND J. GULIIELMO RE REJECTED LEASES AND RELATED FOLLOWUP (0.7). |
| DANZ CE | 01/11/06 | 1.70 | ATTENTION TO THE LIST OF LEASES RE SCHEDULE DISCREPANCY (0.9); DISTRIBUTED AND DISCUSSED THE FORM REAL ESTATE TAX LETTER (0.8). |
| DANZ CE | 01/12/06 | 2.50 | PREPARATION FOR AND PARTICIPATION ON TELECONFERENCE TO DISCUSS REJECTED LEASES AND RELATED FOLLOWUP (2.0); FOLLOW UP ON INDIANAPOLIS REJECTIONS (0.5). |
| DANZ CE | 01/16/06 | 1.50 | DRAFTED REJECTION NOTICE, COMMUNICATIONS WITH J. BEAUDOEN AND C. COMERFORD RE THE SAME AND DISTRIBUTED THE NOTICE (0.8); REVIEW OF COMMENTS AND REVISION TO THE LEASE NOTICE (0.7). |
| DANZ CE | 01/17/06 | 1.60 | REVISED, FILED AND SUPERVISED SERVICE OF THE LEASE REJECTION NOTICE FOR INDIANAPOLIS AND ANSWERED NUMEROUS INQUIRIES FROM J. BEAUDOEN AND C. COMERFORD RE THE SAME (1.6). |
| DANZ CE | 01/18/06 | 0.70 | COMMUNICATION WITH J. GUGLIELMO RE THE INDIANAPOLIS LEASE REJECTION AND RELATED FOLLOWUP REVIEW OF THE LEASE AND UNDERLYING BUSINESS CASE (0.7). |
| DANZ CE | 01/19/06 | 0.80 | REVIEW OF THE RECENT MOTION TO SHORTEN TIME/CHEROKEE (0.8). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| DANZ CE | 01/23/06 | 1.60 | COMMUNICATION WITH CHEROKEE COUNSEL TO ATTEMPT TO NEGOTIATE A SETTLEMENT OF THE MOTION TO SHORTEN TIME AND REVIEW OF FILED DOCUMENTS (0.7); CONTINUED TO DEVELOP STRATEGY RE OBJECTION (0.4); COMMUNICATION WITH J. BEAUDOEN RE LEASED LOCATION AND RELATED DISCUSSIONS (0.5). |
| DANZ CE | 01/24/06 | 1.40 | ATTENTION TO RECENTLY RECEIVED COMMUNICATIONS (0.5); REVIEW OF CHART FROM J. BEAUDOEN (0.4); COMMENTS ON CHART AND DRAFTED COMMUNICATION TO FTI (0.5). |
| DANZ CE | 01/30/06 | 1.90 | REVIEWED THE INDIANAPOLIS LEASE REJECTION PAPERS (0.6); REVIEWED THE LEASE (0.5); COMMUNICATION WITH J. BEAUDOEN AND C. COMERFORD RE ISSUE (0.8). |
| DANZ CE | 01/31/06 | 4.40 | REVIEWED INCOMING DISTRIBUTIONS (0.4); ATTENTION TO THE IRVINE LEASE (0.6); REVIEW OF THE CHEROKEE OBJECTION (0.4); REVIEW OF THE CHEROKEE LEASE (0.5); REVIEWED AND COMMENTED ON THE DELPHI OBJECTION AND REVIEW OF OTHER PRECEDENT (0.8); ATTENTION TO STRATEGY FOR OTHER LEASE OBJECTION RECEIVED FROM UNIVERSAL TOOL (0.7); REVIEWED LEASE PROCEDURES ORDER (0.4); DRAFTED LEASE NOTICES (0.6). |
| | | **30.50** | |
| DE ELIZALDE D | 01/03/06 | 1.20 | REVIEWED AND REVISED ORDERS RE APPROVAL OF PROCEDURES TO REJECT LEASES AND APPROVAL OF PROCEDURES TO ENTER INTO NEW OR RENEW LEASES (1.2). |
| DE ELIZALDE D | 01/04/06 | 4.90 | REVIEWED AND REVISED PLEADINGS RE LEASE REJECTION (2.9) REVIEWED AND REVISED PLEADINGS RE LEASE ASSUMPTION (1.2); REVIEWED AND REVISED PROFFERS RE LEASE REJECTION AND LEASE ASSUMPTION (0.8). |
| | | **6.10** | |
| MEISLER RE | 01/03/06 | 0.70 | PREPARED FOR HEARING RE MOTION TO APPROVE PROCEDURES TO REJECT REAL PROPERTY LEASES (0.3); ATTENTION TO PROPOSED RESOLUTION WITH OBJECTING LANDLORD (0.4). |
| MEISLER RE | 01/04/06 | 0.70 | REVIEWED ORDERS AND PREPARED FOR HEARING RE LEASE REJECTION PROCEDURES (0.3) AND LEASE RENEWAL PROCEDURES (0.4). |
| MEISLER RE | 01/16/06 | 0.50 | REVIEWED NOTICE OF REJECTION OF LEASE (0.5). |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MEISLER RE | 01/18/06 | 0.30 | REVIEW MOTION BY KANSAS CITY LANDLORD TO COMPEL ASSUMPTION OR REJECTION (0.3). |
|---|---|---|---|
| MEISLER RE | 01/30/06 | 2.00 | REVIEWED AND ANALYZED LIMITED OBJECTION BY LANDLORD TO REJECTION OF INDIANAPOLIS LEASES (0.4); CONFERENCE WITH M. WEXLER RE SAME (0.2); REVIEW AND COMMENT ON OBJECTION TO MOTION TO COMPEL ASSUMPTION OR REJECTION OF KANSAS CITY LEASE (1.4). |
| | | **4.20** | |
| MICHELI MJ | 01/19/06 | 1.00 | BEGAN REVIEW OF DISCLOSURE RESEARCH IN CONNECTION WITH CHEROKEE MOTION TO COMPEL ASSUMPTION OR REJECTION OF LEASE (0.5); BEGAN REVIEW AND ANALYSIS OF THE CHEROKEE MOTION TO COMPEL ASSUMPTION OR REJECTION OF LEASE (0.5). |
| MICHELI MJ | 01/20/06 | 0.90 | CONTINUED ANALYSIS OF CHEROKEE MOTION TO COMPEL ASSUMPTION OR REJECTION OF LEASE (0.9). |
| MICHELI MJ | 01/23/06 | 0.70 | IN CONNECTION WITH CHEROKEE MOTION TO COMPEL ASSUMPTION OR REJECTION OF LEASE, REVIEW CORRESPONDENCE RE SETTLEMENT STATUS (0.7). |
| MICHELI MJ | 01/24/06 | 1.40 | BEGAN RESEARCH RE OBJECTION TO CHEROKEE MOTION TO COMPEL ASSUMPTION OR REJECTION OF LEASE (1.4). |
| MICHELI MJ | 01/25/06 | 1.30 | CONTINUED RESEARCH IN CONNECTION WITH CHEROKEE MOTION TO COMPEL ASSUMPTION OR REJECTION OF LEASE (1.3). |
| MICHELI MJ | 01/26/06 | 4.60 | CONTINUED RESEARCH IN CONNECTION WITH CHEROKEE MOTION TO COMPEL ASSUMPTION OR REJECTION OF LEASE (0.5); BEGAN DRAFTING OBJECTION TO CHEROKEE MOTION TO COMPEL ASSUMPTION OR REJECTION OF LEASE (4.1). |
| MICHELI MJ | 01/27/06 | 7.20 | CONTINUED RESEARCH IN CONNECTION WITH CHEROKEE MOTION TO COMPEL ASSUMPTION OR REJECTION OF LEASE (2.1); BEGAN DRAFTING OBJECTION TO CHEROKEE MOTION TO COMPEL ASSUMPTION OR REJECTION OF LEASE (5.1). |
| MICHELI MJ | 01/30/06 | 2.70 | BEGAN REVISIONS TO THE OBJECTION TO CHEROKEE MOTION TO COMPEL ASSUMPTION OR REJECTION OF LEASE RE COMMENTS RECEIVED (2.7). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

MICHELI MJ          01/31/06          5.30     CONTINUE REVISING OBJECTION TO
                                               CHEROKEE MOTION TO COMPEL ASSUMPTION
                                               OR REJECTION OF LEASE (4.1);
                                               CONTINUED RESEARCH IN CONNECTION WITH
                                               CHEROKEE MOTION TO COMPEL ASSUMPTION
                                               OR REJECTION OF LEASE RE COLLATERAL
                                               ESTOPPEL (1.2).

                                        25.10

Total Associate                         65.90

CHOW PP             01/11/06            1.30    RESEARCH ON/IN PRECEDENT CHAPTER 11
                                               CASE MATERIALS RE PROTOCOL FOR
                                               REJECTION OF NONRESIDENTIAL REAL
                                               ESTATE LEASES (1.3).

                                        1.30

Total Legal Assistant                   1.30

TOTAL TIME                             <u>80.10</u>

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                          Bill Date: 02/28/06
Leases (Real Property)                            Bill Number: 1108418

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 01/27/06 | Telecommunications, D | 0.46 |
| Telephone Expense | 01/27/06 | Telecommunications, D | 0.54 |
| | | **TOTAL TELEPHONE EXPENSE** | **$1.00** |
| Westlaw | 01/31/06 | Micheli MJ | 149.00 |
| | | **TOTAL WESTLAW** | **$149.00** |
| Outside Research/Internet Services | 01/06/06 | Pacer Service Center | 5.96 |
| Outside Research/Internet Services | 01/06/06 | Pacer Service Center | 11.04 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$17.00** |
| Wireless - Mobile/Cellular/Pager | 01/15/06 | Kahn MT | 5.29 |
| Wireless - Mobile/Cellular/Pager | 01/25/06 | Wexler MP | 5.71 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$11.00** |
| | | **TOTAL MATTER** | **$178.00** |

B43E