SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
    In re                                 :    Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :    Case No. 05–44481 (RDD)
                                          :
                        Debtors.          :    (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-20
CLAIMS ADMIN. (RECLAMATION / TRUST FUNDS)
417.2 HOURS

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 12/30/05
Claims Admin. (Reclamation/Trust Funds)                    Bill Number: 1091378

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 10/31/05 | 0.40 | BEGIN TO PREPARE FOR NOVEMBER 4TH ADJOURNED MATTERS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE CREDITORS COMMITTEE OBJECTION TO FINAL RECLAMATION ORDER INCLUDING CONFERENCES WITH DELPHI MANAGEMENT AT COMPANY IN TROY (0.4). |
| BUTLER, JR. J | 11/02/05 | 1.20 | CONTINUE TO PREPARE FOR NOVEMBER 4TH ADJOURNED MATTERS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE CREDITORS COMMITTEE OBJECTION TO FINAL RECLAMATION ORDER (0.2); TELECONFERENCE WITH J. SHEEHAN AND DELPHI WORKING GROUP RE SAME (0.2); DRAFT AMENDED REVISED ORDER (0.4) AND EMAIL TO R. ROSENBERG RE SAME (0.2); TELECONFERENCES WITH R. ROSENBERG RE SAME (0.1, 0,.1). |
| BUTLER, JR. J | 11/03/05 | 1.70 | CONTINUE TO PREPARE FOR NOVEMBER 4TH ADJOURNED MATTERS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE CREDITORS COMMITTEE OBJECTION TO FINAL RECLAMATION ORDER INCLUDING REVIEW AND REVISE DRAFT OF FINAL AMENDED RECLAMATION ORDER (0.9), PREPARE FOR POSSIBLE CONTESTED HEARING (0.4) AND SEVERAL SETTLEMENT TELECONFERENCES WITH R. ROSENBERG (0.2, 0.2). |
| BUTLER, JR. J | 11/04/05 | 0.40 | PREPARE FOR (0.3) AND ATTEND (0.1) ADJOURNED MATTERS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE CREDITORS COMMITTEE OBJECTION TO FINAL RECLAMATION ORDER. |
|  |  | **3.70** |  |
| MARAFIOTI KA | 10/10/05 | 0.80 | REVIEW RECLAMATION DEMANDS (0.8). |
| MARAFIOTI KA | 10/13/05 | 3.40 | REVIEW RECLAMATION DEMANDS AND CORRESPONDENCE (3.4). |
| MARAFIOTI KA | 10/14/05 | 1.10 | REVIEW RECLAMATION DEMANDS AND CORRESPONDENCE (1.1). |
| MARAFIOTI KA | 10/16/05 | 0.40 | REVIEW RECLAMATION NOTICES; CORRESPONDENCE RE SAME (0.4). |
| MARAFIOTI KA | 10/17/05 | 0.80 | CORRESPONDENCE FROM RECLAMATION CREDITORS (0.8). |
| MARAFIOTI KA | 10/18/05 | 1.10 | REVIEW RECLAMATION NOTICES AND DEMANDS (1.1). |
| MARAFIOTI KA | 10/19/05 | 1.00 | REVIEWED RECLAMATION CORRESPONDENCE AND DEMANDS (1.0). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MARAFIOTI KA | 10/20/05 | 0.50 | INVENTORY RECLAMATION NOTICES (0.5). |
| MARAFIOTI KA | 10/21/05 | 0.70 | REVIEW DEMANDS OF RECLAIMING CREDITORS (0.7). |
| MARAFIOTI KA | 10/24/05 | 0.20 | REVIEWED RECLAMATION DEMANDS (0.2). |
| MARAFIOTI KA | 10/25/05 | 0.70 | RECLAMATION DEMAND ANALYSIS (0.7). |
| MARAFIOTI KA | 10/27/05 | 0.30 | REVIEWED NOTICES OF RECLAMATION (0.3). |
| MARAFIOTI KA | 11/01/05 | 0.20 | REVIEWED RECLAMATION DEMANDS (0.2). |
| MARAFIOTI KA | 11/03/05 | 1.00 | REVIEWED RESPONSE TO COMMITTEE RECLAMATION OBJECTION (0.5); REVIEWED AND REVISED RECLAMATION ORDER PER COMMITTEE REQUESTS (0.5). |
| | | **12.20** | |
| **Total Partner** | | **15.90** | |
| MATZ TJ | 10/14/05 | 1.20 | REVIEWING VARIOUS RECLAMATION CLAIMS/DEMANDS EITHER FILED ON SERVED ON COUNSEL (1.0); COORDINATING WITH TEAM RE ONGOING RECORDING THEREOF (0.2). |
| MATZ TJ | 10/16/05 | 0.80 | CONTINUING RECEIPT, REVIEW AND FOLLOW UP OF RECLAMATION DEMANDS FILED AND/OR RECEIVED (0.8). |
| MATZ TJ | 10/19/05 | 3.00 | REVIEWING RECLAMATION DEMAND RE DEOC (LIVERPOOL) AND FOLLOW UP RE SAME (0.4); TELECONFERENCES AND FOLLOW UP RE RECLAMATION DEMANDS (2.6). |
| MATZ TJ | 10/20/05 | 0.60 | CORRESPONDENCE RE VARIOUS RECLAMATIONS DEMANDS (0.4); FOLLOW UP RECORDING OF SAME (0.2). |
| MATZ TJ | 10/26/05 | 2.20 | CORRESPONDENCE AND TELECONFERENCES RE VARIOUS RECLAMATION DEMANDS (1.7); FOLLOW UP WORK RE RECLAMATION LOG (0.5). |
| MATZ TJ | 10/30/05 | 0.20 | REVIEWING UNSECURED CREDITORS COMMITTEE OBJECTION IN RESPECT OF RECLAMATION ORDERS (0.2). |
| MATZ TJ | 11/03/05 | 2.40 | WORKING ON FINALIZING RESPONSE TO AUDITORS COMMITTEE OBJECTION TO FINAL RECLAMATION ORDER (1.5); FOLLOW UP WORK RE SAME (0.3); CONTINUING WORK ON TERMS OF FINAL RECLAMATION ORDER (0.4); CORRESPONDENCE RE SAME (0.2). |
| MATZ TJ | 11/04/05 | 0.20 | FINAL REVISIONS TO RECLAMATION ORDER AS PER UCC'S COMMENTS (0.2). |
| MATZ TJ | 11/10/05 | 0.80 | WORKING ON RESPONSES TO VARIOUS LIFT STAY REQUEST RE SET OFF (0.8). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MATZ TJ | 11/15/05 | 0.20 | FOLLOW UP CALL FROM RECLAMATION CLAIMANT (0.2). |
| | | 11.60 | |
| **Total Counsel** | | **11.60** | |
| HERRIOTT AV | 10/10/05 | 1.30 | BEGIN REVIEW OF RECLAMATION CLAIMS (1.3). |
| HERRIOTT AV | 10/12/05 | 2.10 | CONTINUE INITIAL REVIEW OF RECLAMATION DEMANDS (2.1). |
| HERRIOTT AV | 10/13/05 | 3.20 | CONTINUE INITIAL REVIEW OF RECLAMATION DEMANDS (3.2). |
| HERRIOTT AV | 10/14/05 | 3.70 | REVIEW RECLAMATION DEMANDS AND FILE (3.7). |
| HERRIOTT AV | 10/18/05 | 2.60 | REVIEW RECLAMATION MATERIALS (1.3); REVIEW RECLAMATION MATERIALS (1.3). |
| HERRIOTT AV | 10/19/05 | 2.90 | MEET WITH C. CATTELL RE RECLAMATION PROCESS (1.3); REVIEW RECLAMATION DEMANDS (1.6). |
| HERRIOTT AV | 10/20/05 | 0.60 | HANDLE RECLAMATION MATTERS (0.6). |
| HERRIOTT AV | 10/31/05 | 1.00 | DRAFT RECLAMATION PROFFER (1.0). |
| HERRIOTT AV | 11/01/05 | 0.20 | RESPOND TO RECLAMATION CALL (0.2). |
| HERRIOTT AV | 11/22/05 | 0.30 | ANSWER QUESTION RE RECLAMATION (0.3). |
| | | 17.90 | |
| MEISLER RE | 10/22/05 | 1.30 | REVIEWED CORRESPONDENCE, INCLUDING RECLAMATION AND OTHER DEMANDS (1.3). |
| MEISLER RE | 10/27/05 | 0.30 | ATTENTION TO RECLAMATION MATTERS RE D. SUDEK (0.3). |
| | | 1.60 | |
| MICHELI MJ | 10/17/05 | 0.50 | BEGAN REVIEW OF DOCUMENTS IN CONNECTION WITH THE RECLAMATION PROCESS (0.5). |
| MICHELI MJ | 10/18/05 | 1.90 | BEGAN REVIEW OF CORRESPONDENCE RE RECLAMATION DEMANDS RECEIVED TO DATE (0.4); BEGAN REVIEW OF RECLAMATION DEMANDS (0.5); CONTINUED REVIEW OF BACKGROUND MATERIALS IN CONNECTION WITH THE RECLAMATION PROCEDURES (1.0). |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MICHELI MJ | 10/19/05 | 4.10 | DRAFTED CORRESPONDENCE RE FOREIGN RECLAMATION CLAIMS (0.3); REVIEWED CORRESPONDENCE RE SAME (0.3); ANALYSIS OF RECLAMATION PROCEDURES (2.4); BEGAN CALLING RECLAMATION CLAIMANTS RE INFORMATION REQUESTS SENT TO RECLAMATION HOTLINE (0.6); TELECONFERENCE RE S. KIEGELSTEIN RE RECLAMATION PROCEDURES (0.1); BEGAN RESEARCH IN CONNECTION WITH WHETHER RECLAMATION CLAIMANT HAS A RIGHT TO PERFORM AN INVENTORY (0.4). |
| MICHELI MJ | 10/20/05 | 2.20 | REVIEW AND ANALYSIS OF RECLAMATION PROCEDURES (0.6); REVIEW OF DOCKETED MATERIALS RE RECLAMATION DEMANDS (0.4); REVIEWED CORRESPONDENCE RE RECLAMATION DEMANDS FILED (0.2); CONTINUED REVIEW OF RECLAMATION DEMANDS FILED TO DATE (0.5); ANALYSIS OF RECLAMATION LAWS AND PROCEDURES (0.3); TELECONFERENCE WITH E. GOLDSTEIN RE RECLAMATION PROCEDURES (0.2). |
| MICHELI MJ | 10/21/05 | 1.30 | CONTINUED ANALYSIS OF RECLAMATION PROCEDURES ORDER (0.4); CONTINUED REVIEW OF RECLAMATION DEMANDS FILED (0.4); PREPARED MATERIALS FOR RECLAMATION BINDER (0.5). |
| MICHELI MJ | 10/22/05 | 0.50 | CONTINUED REVIEW OF RECLAMATION DEMANDS (0.5). |
| MICHELI MJ | 10/24/05 | 2.00 | CONTINUED REVIEW OF RECLAMATION DEMANDS (1.2); RESEARCH RE RECLAMATION PROCEDURES (0.2); TELECONFERENCE WITH C. CATTELL RE RECLAMATION PROCESS TO DATE (0.6). |
| MICHELI MJ | 10/25/05 | 3.00 | REVIEW STATEMENTS OF RECLAMATION FROM OTHER CASES (0.7); CONTINUED DRAFTING STATEMENT OF RECLAMATION TO BE SENT IN CONNECTION WITH RECLAMATION PROCEDURES (0.9); PREPARED RECLAMATION BINDER OF RELEVANT RECLAMATION DOCUMENTS (1.4). |
| MICHELI MJ | 10/26/05 | 2.50 | DRAFTED AND REVIEW CORRESPONDENCE RE FOREIGN RECLAMATION DEMANDS AND LOCAL LAW (0.4); BEGAN ANALYSIS OF UPDATED RECLAMATION LOG (1.1); CONTINUED REVISIONS TO STATEMENTS OF RECLAMATION (1.0). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MICHELI MJ | 10/27/05 | 3.10 | TELECONFERENCE WITH C. CATTELL AND A. FRANKUM RE RECLAMATION STATUS AND CLAIM ANALYSIS (1.2); IN CONNECTION WITH RECLAMATION DEMANDS, RESEARCH RE DEFINITION OF GOODS UNDER UCC (0.4); REVIEW RECLAMATION LOG AND COMPARISON WITH DELPHI LOG (0.8); CORRESPONDENCE RE RECLAMATION PROCEDURES (0.5); TELECONFERENCE WITH D. SUDOCK RE RECLAMATION PROCEDURES (0.2). |
| MICHELI MJ | 10/28/05 | 0.80 | TELECONFERENCE WITH D. SUDOCK RE RECLAMATION PROCEDURES (0.1); ANALYSIS OF POTENTIAL OBJECTION TO RECLAMATION PROCEDURES BY D. SUDOCK (0.5); TELECONFERENCE WITH C. CATTELL RE RECLAMATION EMAILS TO SUPPLIERS (0.2). |
| MICHELI MJ | 10/31/05 | 1.60 | ANALYSIS OF SUPPLIER ISSUE RE DELPHI DOCKET.COM (0.4); REVIEW RECLAMATION CLAIMS RECEIVED (1.2). |
| MICHELI MJ | 11/01/05 | 1.60 | CONTINUED REVIEW OF NEW RECLAMATION CLAIMS RECEIVED (0.4); BEGAN REVIEW OF RECLAMATION PROFFER IN PREPARATION FOR OMNIBUS HEARING (0.6); REVIEW OBJECTION FILED TO RECLAMATION PROCEDURES (0.2); TELECONFERENCE WITH D. BARRITT RE RECLAMATION CLAIM OF SUPPLIER AND OF CONFIDENTIAL INFORMATION POSTED ON THE DOCKET (0.2); TELECONFERENCE WITH A. CERVENY RE SAME (0.1); REVIEW COURT DOCKET RE SAME (0.1). |
| MICHELI MJ | 11/02/05 | 0.70 | TELECONFERENCE WITH D. BARRITT RE SUPPLIER RECLAMATION DEMAND (0.2); TELECONFERENCE WITH A. CERVENY RE SAME (0.2); REVIEW NEW RECLAMATION DEMANDS RECEIVED (0.2); TELECONFERENCE WITH A. SCHWARTZ RE RECLAMATION CLAIM OF SUPPLIER (0.1). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MICHELI MJ | 11/03/05 | 8.40 | REVIEW OF RECLAMATION DEMANDS AND POTENTIAL OVERLAP WITH PAYMENTS OF PREPETITION CLAIMS IN CONNECTION WITH ESSENTIAL SUPPLIER AGREEMENTS (0.2); BEGAN ANALYSIS OF NUMBER AND AMOUNT OF RECLAMATION CLAIMS AND THE DOLLAR AMOUNTS ASSOCIATED WITH GROUPS OF CLAIMS RE COMMITTEE OBJECTION (0.4); BEGAN DRAFTING REPLY TO THE COMMITTEE'S OBJECTION TO THE RECLAMATION PROCEDURES (1.8); REVIEW PRECEDENT RE RECLAMATION RESPONSES (0.2); ANALYSIS OF DEBTORS' PROPOSED MODIFICATION TO THE RECLAMATION PROCEDURES (0.3); CORRESPONDENCE WITH A. FRANKUM RE OBJECTION TO THE RECLAMATION PROCEDURES (0.2); REVIEW OF SERVICE MATTERS IN CONNECTION WITH THE RESPONSE (0.2); CORRESPONDENCE WITH ATTORNEY FOR SUPPLIER RE RECLAMATION DEMAND (0.3); REVIEW OF RECLAMATION DEMANDS ON THE DOCKET (0.2); TELECONFERENCE WITH C. CATTELL AND A. FRANKUM RE RECLAMATION PROCESS (1.0); REVISED RECLAMATION PROFFER (1.5); REVIEW OF DRAFT STATEMENT OF RECLAMATION (0.2); CORRESPONDENCE WITH C. CATTELL RE RECLAMATION CLAIMS AND EMAIL SERVICE (0.3); REVIEW OF MATERIALS RE RECLAMATION PROCEDURES (0.4); DRAFTED RECLAMATION SCRIPT AND QUESTIONS AND ANSWERS IN PREPARATION OF A CONTEST HEARING ON THE MATTER (1.2). |
| MICHELI MJ | 11/04/05 | 0.80 | TELECONFERENCE WITH C. CATTELL RE RECLAMATION MATTERS (0.1); CORRESPONDENCE WITH C. CATTELL RE RECLAMATION CLAIMS AND SERVICE OF STATEMENTS OF RECLAMATION (0.4); CORRESPONDENCE WITH K. CRAFT RE RECLAMATION CLAIMS AND DOCKET MATTERS (0.2); REVIEW OF SERVICE OF RECLAMATION ORDER (0.1). |
| MICHELI MJ | 11/07/05 | 0.10 | CONTINUED REVIEW OF CORRESPONDENCE FOR SERVICE ISSUES OF THE REVISED RECLAMATION ORDER (0.1). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MICHELI MJ | 11/08/05 | 2.20 | TELECONFERENCE WITH L. CERENIS RE RECLAMATION PROCEDURES (0.2); TELECONFERENCE WITH A. CERVENY RE RECLAMATION CLAIMS TO DELPHI (0.1); TELECONFERENCE WITH A. WAGNER RE SAME (0.1); REVIEW LETTER RE SUPPLIER RECLAMATION CLAIM (0.2); TELECONFERENCE WITH M. BRERETON RE SAME (0.1); REVIEW OF NEW RECLAMATION CLAIMS SENT BY KCC TO DELPHI (0.6); CORRESPONDENCE RE RECLAMATION DEMANDS ON FOREIGN ENTITIES (0.2); REVIEW CLAIMS FILED RE SAME (0.2); TELECONFERENCE WITH G. GOLDBERG RE RECLAMATION AND SUPPLEMENTAL INFORMATION REQUESTS (0.1); TELECONFERENCE WITH K. CRAFT RE DOCKETED RECLAMATION CLAIMS (0.1); REVIEW NEW FILED RECLAMATION CLAIMS (0.3). |
| MICHELI MJ | 11/09/05 | 0.80 | CORRESPONDENCE RE FOREIGN RECLAMATION CLAIMS (0.1); REVIEW RECLAMATION PRESENTATION MATERIALS FOR UCC MEETING (0.4); REVIEW OF CORRESPONDENCE RE EXTENSION OF DEADLINE TO RESPOND TO SUPPLEMENTAL INFORMATION REQUESTS FOR RECLAMATION CLAIMS (0.3). |
| MICHELI MJ | 11/10/05 | 0.10 | TELECONFERENCE WITH S. COOK RE RECLAMATION (0.1). |
| MICHELI MJ | 11/11/05 | 0.80 | TELECONFERENCE WITH J. LEVENSON RE SUPPLIER RECLAMATION CLAIM (0.3); REVIEW NEW CLAIMS RECEIVED (0.5). |
| MICHELI MJ | 11/14/05 | 0.10 | TELECONFERENCE WITH T. MCDONOUGH RE RECLAMATION CLAIMS (0.1). |
| MICHELI MJ | 11/15/05 | 0.30 | REVIEW RECLAMATION DEMANDS (0.1); TELECONFERENCE WITH F. WHITE RE SUPPLIER RECLAMATION (0.2). |
| MICHELI MJ | 11/16/05 | 0.30 | TELECONFERENCE WITH RE SUPPLIER RECLAMATION CLAIMANT (0.3). |
| MICHELI MJ | 11/17/05 | 1.50 | TELECONFERENCE WITH RECLAMATION CLAIMANT RE CLAIMS FILED (0.2); PREPARE MATERIALS FOR RECLAMATION CALL (0.3); RECLAMATION CALL WITH C. CATTELL AND A. FRANKUM RE STATUS OF THE RECLAMATION PROCESS (1.0). |
| MICHELI MJ | 11/18/05 | 0.50 | REVIEW STATUS CHART OF RECLAMATION CLAIMS (0.5). |
| MICHELI MJ | 11/21/05 | 2.40 | BEGAN DRAFTING OUTLINE OF RECLAMATION PROCEDURES FOR C. CATTELL (2.4). |
| MICHELI MJ | 11/22/05 | 1.10 | TELECONFERENCE WITH C. CATTELL AND A. FRANKUM RE RECLAMATION (1.1). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MICHELI MJ | 11/23/05 | 0.10 | REVIEW FAX RE RECLAMATION CLAIM (0.1). |
| MICHELI MJ | 11/28/05 | 0.30 | CORRESPONDENCE WITH C. CATTELL RE RECLAMATION PROCEDURES (0.3). |
| | | **45.60** | |
| PILKINGTON C | 10/13/05 | 7.40 | REVIEW AND ANALYZE RECLAMATION NOTICES/DEMANDS (DAEWOO CORP/OLIN CORP) (7.4). |
| | | **7.40** | |
| TOUSSI S | 11/03/05 | 1.10 | EDIT AND REVISE REPLY BRIEF FOR RECLAMATION (0.5), ADDRESS AND RESOLVE ISSUES RE SAME (0.6). |
| | | **1.10** | |
| **Total Associate** | | **73.60** | |
| CHOW PP | 10/12/05 | 1.30 | REVIEW AND FILE MAINTENANCE RECLAMATION DEMANDS BY VENDORS (1.3). |
| CHOW PP | 10/14/05 | 3.20 | REVIEW AND FILE MAINTENANCE RECLAMATION DEMANDS BY VENDORS (3.2). |
| CHOW PP | 10/21/05 | 2.20 | REVIEW LETTERS RE RECLAMATION DEMANDS AND FILE MAINTENANCE SAME (2.2). |
| CHOW PP | 10/24/05 | 1.70 | REVIEW LETTERS OF DEMAND BY RECLAMATION CLAIMANTS (1.7). |
| | | **8.40** | |
| DEMMA J | 10/09/05 | 3.20 | PREPARE/UPDATE RECLAMATION SERVICE LIST (3.2). |
| DEMMA J | 10/10/05 | 9.40 | PREPARE/UPDATE RECLAMATION DEMAND SERVICE LIST (9.4). |
| DEMMA J | 10/11/05 | 7.10 | UPDATE RECLAMATION CLAIMS SERVICE LIST (7.1). |
| DEMMA J | 10/12/05 | 5.40 | UPDATE RECLAMATION CLAIMS LIST (5.4). |
| DEMMA J | 10/13/05 | 9.70 | PREPARE/UPDATE RECLAMATION CLAIM FILE (9.7). |
| DEMMA J | 10/14/05 | 6.80 | UPDATE RECLAMATION CLAIMS NOTICE LIST (6.8). |
| DEMMA J | 10/15/05 | 6.10 | UPDATE RECLAMATION CLAIMS CHART (6.1). |
| DEMMA J | 10/16/05 | 7.70 | UPDATE RECLAMATION CLAIMS CHART (7.7). |
| DEMMA J | 10/17/05 | 6.30 | UPDATE RECLAMATION CLAIMS CHART (6.3). |
| DEMMA J | 10/18/05 | 10.10 | UPDATE RECLAMATION CLAIMS TRACKING CHART (10.1). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| DEMMA J | 10/19/05 | 5.60 | UPDATE RECLAMATION CLAIMS TRACKING CHART (5.6). |
| DEMMA J | 10/20/05 | 4.10 | UPDATE RECLAMATION CLAIMS TRACKING CHART (4.1). |
| DEMMA J | 10/21/05 | 3.10 | UPDATE RECLAMATION CLAIMS TRACKING CHART (3.1). |
| DEMMA J | 11/09/05 | 3.10 | UPDATE/ORGANIZE RECLAMATION CLAIMS (3.1). |
| DEMMA J | 11/11/05 | 3.10 | UPDATE/ORGANIZE RECLAMATION CLAIMS (3.1). |

**90.80**

| | | | |
|---|---|---|---|
| ZSOLDOS AF | 10/21/05 | 0.30 | PULL RECLAMATION DEMANDS FROM DOCKET (0.3). |
| ZSOLDOS AF | 11/21/05 | 0.70 | PULL RECLAMATIONS AND VARIOUS MOTIONS FROM DOCKET (0.7). |
| | | 1.00 | |

**Total Legal Assistant        100.20**

| | | | |
|---|---|---|---|
| NEGRON AM | 10/13/05 | 3.00 | CREATE RECLAMATION CLAIMS FILES, (1.3) AND FILE AND ALPHABETIZE RECLAMATION CLAIMS IN OUR FILES (1.7). |
| NEGRON AM | 10/14/05 | 3.90 | UPDATE RECLAMATION CLAIMS INDEX (0.8); CREATE NEW RECLAMATION CLAIMS FILE FOLDERS (0.9); DOWNLOAD PLEADINGS (1.1) AND ALPHABETIZE AND FILE RECLAMATION CLAIMS IN THEIR RESPECTIVE FILES (1.1). |
| NEGRON AM | 10/15/05 | 5.10 | DOWNLOAD RECLAMATION CLAIMS MOTIONS FROM COURT WEBSITE (0.9); UPDATE RECLAMATION CLAIMS INDEX (1.1); CREATE NEW RECLAMATION CLAIMS FOLDERS (1.1) AND FILES AND ALPHABETIZE RECLAMATION CLAIMS IN THEIR CORRESPONDING FOLDERS (2.1). |
| NEGRON AM | 10/16/05 | 3.20 | UPDATE RECLAMATION CLAIMS INDEX (0.7); CREATES LABELS/FILES FOR RECLAMATION CLAIMS (0.9) AND FILE RECLAMATION CLAIMS IN OUR ONSITE FILES (1.6). |
| NEGRON AM | 10/17/05 | 1.90 | UPDATE RECLAMATION CLAIMS INDEX (0.4); CREATE NEW RECLAMATION CLAIMS FILES (0.8) AND FILE RECLAMATION CLAIMS IN THEIR CORRESPONDING FOLDERS (0.7). |
| NEGRON AM | 10/19/05 | 3.30 | REVIEW AND INDEX PLEADINGS FOR OUR ONSITE FILES (1.4) AND RECLAMATION CLAIMS (1.9). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| NEGRON AM | 10/20/05 | 7.00 | DOWNLOAD RECLAMATION CLAIMS (2.4); UPDATE RECLAMATION CLAIMS CHART (3.2); CREATE FILE FOLDER LABELS (0.6); FILE RECLAMATION CLAIMS IN THEIR RESPECTIVE FILES (0.8). |
| NEGRON AM | 10/21/05 | 6.40 | UPDATE RECLAMATION CLAIMS CHART (2.4); REVIEW AND FILE CLAIMS IN OUR ONSITE FILES (2.1) AND UPDATE CLAIMS TABLE (1.9). |
| NEGRON AM | 10/25/05 | 6.40 | UPDATE CLAIMS INDEX (4.2) AND CREATE FILES AND FILE CLAIMS IN THEIR RESPECTIVE FOLDERS (2.2). |
| NEGRON AM | 10/26/05 | 5.30 | DOWNLOAD RECLAMATION CLAIMS FROM COURT WEBSITE (2.2) AND UPDATE RECLAMATION CLAIMS INDEX (3.1). |
| NEGRON AM | 10/27/05 | 7.50 | DOWNLOAD RECLAMATION CLAIMS FROM THE COURT WEBSITE (2.4); UPDATE CLAIMS INDEX (3.3) AND CREATE FILE FOLDERS AND FILE THE CLAIMS (1.8). |
| NEGRON AM | 11/01/05 | 3.50 | INDEX RECLAMATIONS OF CLAIM (1.4); UPDATE RECLAMATION OF CLAIMS FILES (2.1). |
| NEGRON AM | 11/02/05 | 3.80 | UPDATE RECLAMATION CLAIMS INDEX (1.2); UPDATE RECLAMATION CLAIMS FILES (1.3); UPDATE PLEADINGS FILES (0.7) AND PRINT ALL NEW RECLAMATIONS OF CLAIMS (0.6). |
| NEGRON AM | 11/03/05 | 4.90 | UPDATE/INDEX NEW RECLAMATIONS OF CLAIM (2.2); ORGANIZE NEW RECLAMATIONS OF CLAIM (0.9) AND UPDATE PLEADINGS FILES (1.8). |
| NEGRON AM | 11/04/05 | 5.90 | DOWNLOAD/PRINT NEW RECLAMATIONS OF CLAIM (1.4); INDEX NEW RECLAMATIONS OF CLAIMS IN OUR CLAIMS CHART (2.6) AND FILE NEW RECLAMATIONS OF CLAIMS IN OUR FILES (1.9). |
| NEGRON AM | 11/08/05 | 1.70 | INDEX RECLAMATION CLAIMS (1.7). |
| NEGRON AM | 11/09/05 | 5.60 | REVIEW AND INDEX NEW RECLAMATION CLAIMS IN DELPHI CLAIMS CHART (2.2) AND GO THROUGH DUPLICATE CLAIMS AND LOOK FOR ORIGINALS AND FILE THEM IN THEIR RESPECTIVE FILES (3.4). |
| NEGRON AM | 11/10/05 | 3.90 | REVIEW AND INDEX NEW RECLAMATION CLAIMS (2.1) AND REVIEW AND FILE RECLAMATION CLAIMS IN OUR ON-SITE FILES (1.8). |
| NEGRON AM | 11/14/05 | 1.40 | REVIEW AND UPDATE RECLAMATION CLAIMS INDEX AND FILES (1.4). |
| NEGRON AM | 11/15/05 | 1.60 | REVIEW, INDEX AND FILE RECLAMATION CLAIMS (1.6). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| NEGRON AM | 11/17/05 | 2.00 | UPDATE PLEADINGS INDEX (0.8); UPDATE 2002 SERVICE LIST FROM NEWLY FILED NOTICES OF APPEARANCE (0.4) AND REVIEW AND INDEX NEW RECLAMATION CLAIMS (0.8). |
| NEGRON AM | 11/18/05 | 1.80 | UPDATE PLEADINGS INDEX (0.4) AND REVIEW, INDEX AND FILE RECLAMATION CLAIMS (1.4). |
| NEGRON AM | 11/21/05 | 0.90 | UPDATE RECLAMATION CLAIMS INDEX (0.9). |
| | | 90.00 | |

**Total Legal Assistant Support**      90.00

**TOTAL TIME**      <u>291.30</u>

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                          Bill Date: 12/30/05
Claims Admin. (Reclamation/Trust Funds)           Bill Number: 1091378

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 10/14/05 | Copy Center, D | 492.54 |
| In-house Reproduction | 10/18/05 | Copy Center, D | 576.55 |
| In-house Reproduction | 10/21/05 | Copy Center, D | 2,088.17 |
| In-house Reproduction | 10/25/05 | Copy Center, D | 234.62 |
| In-house Reproduction | 10/26/05 | Copy Center, D | 171.51 |
| In-house Reproduction | 10/28/05 | Copy Center, D | 47.00 |
| In-house Reproduction | 11/01/05 | Copy Center, D | 41.40 |
| In-house Reproduction | 11/08/05 | Copy Center, D | 2.10 |
| In-house Reproduction | 11/11/05 | Copy Center, D | 771.26 |
| In-house Reproduction | 11/14/05 | Copy Center, D | 303.02 |
| In-house Reproduction | 11/15/05 | Copy Center, D | 15.60 |
| In-house Reproduction | 11/15/05 | Copy Center, D | 79.21 |
| In-house Reproduction | 11/18/05 | Copy Center, D | 30.90 |
| In-house Reproduction | 11/22/05 | Copy Center, D | 11.50 |
| In-house Reproduction | 11/25/05 | Copy Center, D | 24.30 |
| In-house Reproduction | 11/29/05 | Copy Center, D | 3.32 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$4,893.00** |
| Telephone Expense | 10/28/05 | Telecommunications, D | 0.06 |
| Telephone Expense | 10/28/05 | Telecommunications, D | 0.03 |
| Telephone Expense | 11/23/05 | Telecommunications, D | 0.59 |
| Telephone Expense | 11/23/05 | Telecommunications, D | 1.16 |
| Telephone Expense | 11/23/05 | Telecommunications, D | 0.15 |
| Telephone Expense | 11/23/05 | Telecommunications, D | 0.01 |
| | | **TOTAL TELEPHONE EXPENSE** | **$2.00** |
| Non-standard/Outside Reproduction | 10/24/05 | Village Copier | 6,247.00 |
| | | **TOTAL NON-STANDARD/OUTSIDE REPRODUCTION** | **$6,247.00** |
| Westlaw | 10/20/05 | Micheli MJ | 35.43 |
| Westlaw | 10/27/05 | Micheli MJ | 26.57 |
| | | **TOTAL WESTLAW** | **$62.00** |

B43E

### SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 10/09/05 | InterCall, Inc. | 4,033.16 |
| Vendor Hosted Teleconferencing | 10/31/05 | Teleconferencing Services, LLC | 147.87 |
| Vendor Hosted Teleconferencing | 10/31/05 | Teleconferencing Services, LLC | 6.14 |
| Vendor Hosted Teleconferencing | 10/31/05 | Teleconferencing Services, LLC | 0.98 |
| Vendor Hosted Teleconferencing | 10/31/05 | Teleconferencing Services, LLC | 182.97 |
| Vendor Hosted Teleconferencing | 10/31/05 | Teleconferencing Services, LLC | 73.70 |
| Vendor Hosted Teleconferencing | 10/31/05 | Teleconferencing Services, LLC | 11.85 |
| Vendor Hosted Teleconferencing | 10/31/05 | Teleconferencing Services, LLC | 70.88 |
| Vendor Hosted Teleconferencing | 10/31/05 | Teleconferencing Services, LLC | 0.57 |
| Vendor Hosted Teleconferencing | 11/30/05 | Teleconferencing Services, LLC | 9.88 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$4,538.00** |
| Messengers/ Courier | 10/21/05 | Straightline Courier | 39.55 |
| Messengers/ Courier | 11/15/05 | Dist Serv/Mail/Page, D | 12.23 |
| Messengers/ Courier | 11/29/05 | Dist Serv/Mail/Page, D | 37.22 |
| | | **TOTAL MESSENGERS/ COURIER** | **$89.00** |
| Outside Research/Internet Services | 10/18/05 | ChoicePoint Inc. | 157.23 |
| Outside Research/Internet Services | 11/02/05 | LexisNexis Courtlink Inc. | 9.77 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$167.00** |
| | | **TOTAL MATTER** | **$15,998.00** |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 01/31/06
Claims Admin. (Reclamation/Trust Funds)                    Bill Number: 1092991

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| LYONS JK | 12/21/05 | 3.50 | REVIEW OF RECLAMATION ISSUES, CONFERENCES WITH COMMITTEE PROFESSIONALS AND ANALYZED MERITS OF EXTENSION AND MOTION THERETO (3.5). |
| LYONS JK | 12/23/05 | 1.30 | REVIEW OF RECLAMATION MOTION AND COMMENTS THERETO (1.3). |
| | | **4.80** | |
| MARAFIOTI KA | 12/20/05 | 0.10 | REVIEWED CORRESPONDENCE RE RECLAMATION (0.1). |
| MARAFIOTI KA | 12/22/05 | 1.00 | REVIEWED MOTION TO EXTEND RECLAMATION TIME (0.8); NOTICE (0.1), AND PROPOSED ORDER (0.1). |
| | | **1.10** | |
| **Total Partner** | | **5.90** | |
| HERRIOTT AV | 12/30/05 | 1.30 | CONDUCT HEARING PREPARATION INCLUDING DRAFTING SCRIPTS FOR RECLAMATION MATTER (1.3). |
| | | **1.30** | |
| MEISLER RE | 12/19/05 | 5.40 | REVIEW PRESENTATION RE RECLAMATION (0.9); ATTENDED RECLAMATION MEETING (2.0); PARTICIPATE IN FOLLOW-UP CONFERENCES RE SAME (2.0); DRAFT INTERNAL CORRESPONDENCE RE SAME (0.5). |
| MEISLER RE | 12/20/05 | 0.60 | CONFERENCE WITH B. CARUSO RE RECLAMATION PROGRAM (0.3); CONTINUED ATTENTION TO SAME (0.3). |
| MEISLER RE | 12/21/05 | 1.20 | REVIEW AND COMMENT ON RECLAMATION MOTION RE EXTENSION OF TIME TO RESPOND TO DEMANDS (1.2). |
| MEISLER RE | 12/22/05 | 0.90 | REVIEWED COMMENTS TO RECLAMATION MOTION RE EXTENSION OF DEADLINE TO RESPOND TO DEMANDS (0.3); TELECONFERENCE WITH H. BAER RE RECLAMATION MOTION (0.1); TELECONFERENCE WITH M. BROUDE RE SAME (0.1); TELECONFERENCE WITH K. CRAFT RE SAME (0.1); ATTENTION TO MOTION FILED BY CLAIMANT TO SUBSTITUTE EXHIBITS ON THE DOCKET (0.3). |
| MEISLER RE | 12/23/05 | 0.50 | ATTENTION TO RECLAMATION MOTION RE EXTENSION OF DEADLINE TO RESPOND TO DEMANDS (0.5). |
| MEISLER RE | 12/28/05 | 0.10 | TELECONFERENCE WITH A. FRANKUM AND B. CARUSO RE RECLAMATION (0.1). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MEISLER RE | 12/29/05 | 0.20 | TELECONFERENCE WITH E. DOLAN, COUNSEL TO UMICORE RE RECLAMATION (0.2). |
| | | 8.90 | |
| MICHELI MJ | 12/01/05 | 2.20 | BEGAN REVIEW OF SETECH AGREEMENT RE TREATMENT OF THEIR RECLAMATION CLAIM (0.9); TELECONFERENCE WITH T. MCDONAGH RE SAME (0.1); RECLAMATION CALL WITH A. FRANKUM AND C. CATTELL (1.2). |
| MICHELI MJ | 12/02/05 | 2.20 | TELECONFERENCE WITH T. MCDONAGH RE SETECH AND RECLAMATION STATUS (0.2); REVIEW VENDOR RECLAMATION CLAIMS RE VALIDITY OF CLAIM AFTER PAYMENTS MADE ON ACCOUNT OF ESSENTIAL SUPPLIERS (0.5); REVIEW AND ANALYSIS OF THE STATUS OF THE RECLAMATION CLAIMS AND CLAIMS RECONCILED TO DATE (0.9); REVIEW RECLAMATION MATERIALS TO BE INCLUDED IN UCC PRESENTATION (0.6). |
| MICHELI MJ | 12/03/05 | 0.50 | REVIEW OF RECLAMATION MATERIALS TO BE INCLUDED IN THE UCC PRESENTATION (0.5). |
| MICHELI MJ | 12/05/05 | 1.10 | BEGAN REVIEW AND ANALYSIS OF AGREEMENTS FOR PAYMENT OF PREPETITION VENDOR CLAIMS PURSUANT TO FIRST DAY ORDERS RE RECONCILIATION OF RECLAMATION CLAIMS (1.1). |
| MICHELI MJ | 12/06/05 | 4.70 | ANALYSIS OF AMENDED FINAL ORDER (0.4); BEGAN DRAFTING RECLAMATION PROCEDURES MEMO RE GUIDELINES SET FORTH IN THE AMENDED FINAL ORDER (2.5); TELECONFERENCE WITH C. CATTELL AND A. FRANKUM RE RECLAMATION PROCESS AND STATUS (0.8); TELECONFERENCE WITH A. FRANKUM RE SAME (0.3); TELECONFERENCE WITH C. CATTELL RE SAME (0.5); TELECONFERENCE WITH J. ADAMS RE WITHDRAWAL OF RECLAMATION CLAIM (0.1); TELECONFERENCE WITH M. COHEN RE PULLMAN BANK RECLAMATION CLAIM (0.1). |
| MICHELI MJ | 12/07/05 | 1.40 | REVIEW AND ANALYSIS OF STATUS OF RECLAMATION CLAIM RECONCILIATIONS TO DATE (0.6); BEGAN REVIEW OF UNIVERSAL METALS RECLAMATION CLAIM (0.1); REVIEW OF PENDING RECLAMATION CLAIMS (0.5); TELECONFERENCE WITH T. MCDONAGH RE RECLAMATION CLAIM STATUS (0.2). |
| MICHELI MJ | 12/08/05 | 1.30 | REVIEW RECLAMATION CLAIM OF ADVANCED TECHNOLOGY SERVICES (0.2); TELECONFERENCE WITH C. CATTELL AND A. FRANKUM RE RECLAMATION PROCESS AND STATUS (0.7); TELECONFERENCE WITH T. MCDONAGH RE SUPPLIER RECLAMATION MATTERS (0.4). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MICHELI MJ | 12/09/05 | 0.30 | CORRESPONDENCE WITH S. WALSH RE RECLAMATION CLAIMS (0.1); CORRESPONDENCE WITH C. CATTELL RE OLIN RECLAMATION CLAIM (0.2). |
| MICHELI MJ | 12/12/05 | 0.60 | CONTINUED REVIEW OF STATUS OF RECLAMATION CLAIMS (0.6). |
| MICHELI MJ | 12/13/05 | 0.80 | BEGAN DRAFTING REVISIONS TO FORM STATEMENT OF RECLAMATION (0.8). |
| MICHELI MJ | 12/14/05 | 2.80 | BEGAN REVISIONS TO PRESENTATION TO BE GIVEN TO THE CREDITORS COMMITTEE RE RECLAMATION CLAIMS (1.6); CORRESPONDENCE RE SAME (0.3); TELECONFERENCE WITH C. CATTELL AND A. FRANKUM RE RECLAMATION PROCESS AND STATUS (0.9). |
| MICHELI MJ | 12/15/05 | 2.10 | CONTINUED REVISIONS TO PRESENTATION TO BE GIVEN TO THE CREDITORS COMMITTEE RE RECLAMATION CLAIMS (0.8); REVIEW STATUS OF RECLAMATION CLAIMS (0.3); TELECONFERENCE WITH C. CATTELL AND A. FRANKUM RE RECLAMATION PROCESS AND STATUS (1.0). |
| MICHELI MJ | 12/16/05 | 2.90 | CONTINUED REVISIONS TO PRESENTATION TO BE GIVEN TO THE CREDITORS COMMITTEE RE RECLAMATION CLAIMS (2.0); TELECONFERENCE WITH C. CATTELL RE RECLAMATION PROCESS AND STATUS (0.3); TELECONFERENCE WITH A. FRANKUM RE RECLAMATION STATUS (0.6). |
| MICHELI MJ | 12/17/05 | 3.40 | CONTINUED REVISIONS TO PRESENTATION TO BE GIVEN TO THE CREDITORS COMMITTEE RE RECLAMATION CLAIMS (1.7); TELECONFERENCE WITH C. CATTELL AND A. FRANKUM RE RECLAMATION PROCESS AND STATUS (0.9); TELECONFERENCE WITH A. FRANKUM RE SAME (0.8). |
| MICHELI MJ | 12/18/05 | 3.40 | CONTINUED REVISIONS TO PRESENTATION TO BE GIVEN TO THE CREDITORS COMMITTEE RE RECLAMATION CLAIMS (0.9); TELECONFERENCE WITH C. CATTELL, A. FRANKUM AND T. MCDONAGH RE PRESENTATION TO BE GIVEN TO THE CREDITORS COMMITTEE (2.0); TELECONFERENCE WITH C. CATTELL AND A. FRANKUM RE RECLAMATION PROCESS AND STATUS (0.2); TELECONFERENCE WITH A. FRANKUM RE SAME (0.3). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| MICHELI MJ | 12/19/05 | 5.70 | MEETING WITH A. FRANKUM, B. CARUSO AND C. CATTELL RE RECLAMATION STATUS (1.7); REVIEW RECLAMATION MATERIALS WITH C. CATTELL (0.9); TELECONFERENCE WITH KCC RE RECLAMATION ADDRESSES (0.3); CONTINUED REVIEW OF PRESENTATION TO BE GIVEN AT THE RECLAMATION MEETING (0.5); MEETING WITH J. SHEEHAN, B. CARUSO, C. CATTELL, A FRANKUM RE RECLAMATION STATUS (1.8); BEGAN RESEARCH RE MOTION FOR EXTENSION OF RECLAMATION DEADLINE (0.5). |
| MICHELI MJ | 12/20/05 | 7.50 | TELECONFERENCE WITH M. KALUS RE UNION EMPLOYEE DISTRIBUTION ISSUES; REVIEW SCHEDULING ORDER; REVIEW OPEN ITEMS TO COMPLETE (0.7); TELECONFERENCE WITH C. CATTELL RE RECLAMATION PROCESS AND STATUS (0.2); TELECONFERENCE WITH J. LEE RE RECLAMATION SERVICE LIST (0.2); REVIEW OF MOTION INDUSTRIES RECLAMATION CLAIM (0.2); BEGAN DRAFTING MOTION FOR EXTENSION OF RECLAMATION DEADLINES (3.3); BEGAN RESEARCH RE PRECEDENT FOR MOTION TO EXTEND RECLAMATION DEADLINES (1.2); TELECONFERENCE WITH J. LEE AND L. PARKS RE SAME (0.5); REVIEW AND ANALYSIS OF SERVICE ISSUES IN CONNECTION WITH MOTION TO EXTEND RECLAMATION DEADLINES (1.2). |
| MICHELI MJ | 12/21/05 | 5.80 | REVIEW AND ANALYSIS OF THE STATUS OF RECLAMATION PROCEDURES (0.8); TELECONFERENCE WITH B. CARUSO RE RECLAMATION PROCESS (0.3); BEGAN REVISIONS TO MOTION TO EXTEND RECLAMATION DEADLINES (1.3); TELECONFERENCE WITH A. FRANKUM RE SAME (0.8); CONTINUED REVISIONS TO RECLAMATION MOTION RE COMMENTS RECEIVED (2.6). |
| MICHELI MJ | 12/22/05 | 4.20 | CONTINUED REVISIONS TO MOTION FOR EXTENSION OF RECLAMATION DEADLINES (1.6); TELECONFERENCE WITH A. MANCHOW RE RECLAMATION CLAIM OF COIL CRAFT (0.1); REVIEW STATUS OF RECLAMATION CLOSING PROCESS (0.2); ANALYSIS OF MOTION TO SUBSTITUTE RECLAMATION CLAIM EXHIBIT (0.4); TELECONFERENCE WITH A. FRANKUM RE STATUS OF RECLAMATION PROCESS (0.6); PREPARED MOTION FOR EXTENSION OF RECLAMATION DEADLINES FOR FILING (1.0); ANALYSIS OF SERVICE MATTERS FOR THE MOTION FOR EXTENSION OF RECLAMATION DEADLINES (0.3). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MICHELI, MJ | 12/23/05 | 1.90 | FINAL REVIEW OF SERVICE LISTS FOR MOTION TO EXTEND RECLAMATION DEADLINES (0.5); REVIEW MOTION WITH K. CRAFT (0.2); FINAL REVIEW OF MOTION IN PREPARATION FOR FILING (1.2). |
| | | **54.80** | |
| ZALTZMAN, H* | 12/23/05 | 1.20 | WORK ON FILING OF RECLAMATION REMOVAL MOTION, INCLUDING COORDINATION OF FILING AT 4TS (1.2) |
| | | **1.20** | |
| **Total Associate/Law Clerk** | | **66.20** | |
| NEGRON, AM | 12/15/05 | 5.00 | UPDATE PLEADINGS INDEX (1.1); REVIEW AND INDEX PLEADINGS AND PREPARE SUCH DOCUMENTS FOR OUR ON-SITE PLEADINGS FILES (0.9) AND COMPARE OUR RECLAMATION LIST AND DELPHI'S RECLAMATION LIST FOR MISSING RECLAMATIONS AND PDF THEM AND FORWARD THEM TO DELPHI (3.0). |
| NEGRON, AM | 12/27/05 | 0.60 | REVIEW RECLAMATION CLAIMS CHART (0.6). |
| | | **5.60** | |
| **Total Legal Assistant Support** | | **5.60** | |
| **TOTAL TIME** | | **77.70** | |

\* Law clerks are law school graduates
  who are not presently admitted to practice.

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)
Claims Admin. (Reclamation/Trust Funds)

Bill Date: 01/31/06
Bill Number: 1092991

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 12/19/05 | Micheli MJ | 284.00 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$284.00** |
| In-house Reproduction | 12/02/05 | Copy Center, D | 48.02 |
| In-house Reproduction | 12/06/05 | Copy Center, D | 1.70 |
| In-house Reproduction | 12/09/05 | Copy Center, D | 26.91 |
| In-house Reproduction | 12/09/05 | Copy Center, D | 175.57 |
| In-house Reproduction | 12/13/05 | Copy Center, D | 4.80 |
| In-house Reproduction | 12/19/05 | Copy Center, D | 6.20 |
| In-house Reproduction | 12/20/05 | Copy Center, D | 27.11 |
| In-house Reproduction | 12/23/05 | Copy Center, D | 171.17 |
| In-house Reproduction | 12/30/05 | Copy Center, D | 40.52 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$502.00** |
| Westlaw | 12/04/05 | Toussi S | 98.00 |
| | | **TOTAL WESTLAW** | **$98.00** |
| Reproduction - color | 12/21/05 | Copy Center, D | 9.00 |
| Reproduction - color | 12/21/05 | Copy Center, D | 9.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$18.00** |
| Out-of-Town Travel | 12/19/05 | Micheli MJ | 38.00 |
| Out-of-Town Travel | 12/19/05 | Micheli MJ | 36.00 |
| Out-of-Town Travel | 12/19/05 | Micheli MJ | 84.00 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$158.00** |
| Messengers/ Courier | 12/07/05 | Dist Serv/Mail/Page, D | 10.14 |
| Messengers/ Courier | 12/19/05 | Dist Serv/Mail/Page, D | 17.62 |
| Messengers/ Courier | 12/30/05 | Dist Serv/Mail/Page, D | 6.24 |
| | | **TOTAL MESSENGERS/ COURIER** | **$34.00** |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Meals | 12/19/05 | Meisler RE | 5.36 |
| Out-of-Town Meals | 12/19/05 | Meisler RE | 14.89 |
| Out-of-Town Meals | 12/19/05 | Micheli MJ | 10.75 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$31.00** |
| | | **TOTAL MATTER** | **$1,125.00** |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 02/28/06
Claims Admin. (Reclamation/Trust Funds)                    Bill Number: 1108418

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| LYONS JK | 01/31/06 | 2.10 | CONFERENCE WITH COMMITTEE PROFESSIONALS RE RECLAMATION REPORTS AND METHODOLOGY AND PREPARATION FOR THE SAME (2.1). |
| | | **2.10** | |
| **Total Partner** | | **2.10** | |
| MEISLER RE | 01/03/06 | 0.30 | REVIEWED MOTION TO EXTEND DEADLINE TO ISSUE RESPONSES RE RECLAMATION IN PREPARATION FOR HEARING (0.3). |
| MEISLER RE | 01/18/06 | 0.40 | REVIEW RECLAMATION CLAIMS (0.4). |
| MEISLER RE | 01/20/06 | 2.00 | REVIEW AND ANALYSIS OF RECLAMATION PROCESS (1.6); TELECONFERENCE WITH C. CATTELL RE SAME (0.4). |
| MEISLER RE | 01/23/06 | 0.60 | ANALYSIS OF RECLAMATION PROCESS AND EDITED INTERNAL MEMO RE SAME (0.6). |
| MEISLER RE | 01/25/06 | 1.00 | CONTINUED ANALYSIS OF RECLAMATION CLAIM AND PROCESS (1.0). |
| | | **4.30** | |
| MICHELI MJ | 01/02/06 | 1.90 | BEGAN REVIEW OF UPDATED RECLAMATION CLAIMS SETTLEMENT STATUS (0.4); BEGAN REVISIONS TO FORM STATEMENT OF RECLAMATION RE ADDITION OF LANGUAGE THAT CLAIM IS SUBJECT TO UCC REVIEW (0.9); TELECONFERENCE WITH C. CATTELL RE SAME (0.3); REVIEW OF RECLAMATION STATISTICS (0.3). |
| MICHELI MJ | 01/03/06 | 1.40 | TELECONFERENCE WITH J. LEE RE UPDATED FORM STATEMENT OF RECLAMATION (0.2); CONTINUED REVISIONS TO FORM STATEMENT OF RECLAMATION RE COMMENTS RECEIVED (1.1); TELECONFERENCE WITH C. CATTELL RE STATUS OF RECLAMATION CLAIMS (0.1). |
| MICHELI MJ | 01/04/06 | 0.10 | TELECONFERENCE WITH J. LEE RE STATEMENT OF RECLAMATION (0.1). |
| MICHELI MJ | 01/10/06 | 1.00 | TELECONFERENCE WITH A. FRANKUM AND C. CATTELL RE RECLAMATION STATUS (1.0). |
| MICHELI MJ | 01/11/06 | 0.10 | ANALYSIS OF RECLAMATION CLOSING SCHEDULE (0.1). |
| MICHELI MJ | 01/13/06 | 1.40 | TELECONFERENCE WITH C. CATTELL RE STATUS OF RECLAMATION (0.9); TELECONFERENCE WITH A. FRANKUM RE SAME (0.5). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| MICHELI MJ | 01/16/06 | 0.20 | REVIEW CORRESPONDENCE RE RECLAMATION CLAIMS (0.2). |
| MICHELI MJ | 01/17/06 | 0.70 | REVIEW OF RECLAMATION STATISTICS AND CLOSING SCHEDULE (0.2); TELECONFERENCE WITH C. CATTELL RE SAME (0.2); REVIEW THE RECLAMATION CLAIM OF SUPPLIER RE CLAIM WAIVER (0.3). |
| MICHELI MJ | 01/18/06 | 2.70 | REVIEW RECLAMATION STATUS AND PROCEDURES (0.5); TELECONFERENCE WITH C. CATTELL RE STATUS AND PLAN GOING TO FORWARD (0.4); TELECONFERENCE WITH A. FRANKUM RE SAME (0.3); PREPARE FOR MEETINGS AT DELPHI ON 1/19/06 (0.8); ANALYSIS OF RECONCILIATION OF CERTAIN RECLAMATION CLAIMS (0.7). |
| MICHELI MJ | 01/19/06 | 8.20 | REVIEW RECLAMATION CLAIM CLOSING STATISTICS (0.3); MEETING WITH C. CATTELL RE CURRENT STATUS AND STRATEGIC PLANNING FOR PHASE 2 AND PHASE 3 OF THE RECLAMATION PROCESS (1.2); PARTICIPATE IN DELPHI TRAINING SESSION FOR RECLAMATION CLAIMS CLOSING PROCESS (1.0); BEGAN WORK TO CLOSE A CLAIM IN ORDER TO UNDERSTAND THE EFFICIENCIES AND INEFFICIENCIES OF THE PROCESS (0.9); MEETING WITH C. CATTELL, T. MACDONAGH, C. MANALO (1.3); MEETING WITH T. MCDONAGH RE CLAIM CLOSING AND STATISTICS (0.4); MEETING WITH C. CATTELL AND R. CARUSO RE FINALIZING THE RECLAMATION PROCESS AND PRESENTING INFORMATION TO THE COMMITTEE (1.1); CONTINUED ANALYSIS OF SPECIFIC RECLAMATION CLAIMS IN THE TOP 75% OF VALUE (0.9); MEETING WITH C. CATTELL AND C. MANALO RE TOP 75% OF CLAIMS (1.1). |
| MICHELI MJ | 01/20/06 | 3.60 | CONTINUED ANALYSIS OF SPECIFIC RECLAMATION CLAIMS IN THE TOP 75% OF VALUE (0.7); CORRESPONDENCE WITH A. FRANKUM RE SAME (0.5); REVIEW CLAIM CLOSING STATISTICS (0.5); UPDATE WITH R. MEISLER RE STATUS OF THE RECLAMATION PROCESS AND PLAN MOVING FORWARD (0.4); TELECONFERENCE WITH C. CATTELL (0.5); TELECONFERENCE WITH C. CATTELL AND R. MEISLER RE RECONCILIATION STATUS (0.7); FOLLOW UP TELECONFERENCE WITH R. MEISLER RE SAME (0.3). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MICHELI MJ | 01/22/06 | 4.50 | TELECONFERENCE WITH A. FRANKUM RE RECLAMATION CLOSING STATISTICS (0.6); CONTINUED ANALYSIS OF CLOSING STATISTICS FOR RECLAMATION CLAIMS (0.7); BEGAN DRAFTING MEMO RE RECLAMATION PROCESS TO DATE, CURRENT STATUS AND PLAN TO COMPLETE ALL CLAIMS (2.6); BEGAN REVISIONS TO RECLAMATION MEMO (0.6). |
| MICHELI MJ | 01/23/06 | 2.90 | CONTINUE DRAFTING MEMO RE STATUS OF RECLAMATION PROCESS (1.8); PREPARED STATISTICS CHARTS RE SAME (1.1). |
| MICHELI MJ | 01/24/06 | 1.20 | TELECONFERENCE WITH C. CATTELL RE RECLAMATION STATUS (0.3); TELECONFERENCE WITH C. CATTELL, R. CARUSO AND A FRANKUM RE RECLAMATION STATUS (0.6); TELECONFERENCE WITH J. LE RE RECLAMATION LETTERS (0.2); REVIEW RECLAMATION STATISTICS (0.1). |
| MICHELI MJ | 01/25/06 | 5.20 | CORRESPONDENCE WITH WORKING GROUP RE RECLAMATION STATISTICS (0.1); MEETING WITH C. CATTELL RE RECLAMATION STATUS AND CLOSING AND NEXT STEPS (1.3); BEGAN REVIEW OF MATERIALS FOR MEETING WITH J. SHEEHAN (0.9); MEETING WITH R. CARUSO RE RECLAMATION STATUS (0.5); MEETING WITH J. SHEEHAN RE STATUS OF RECLAMATION PROCESS AND STRATEGY GOING FORWARD (0.7); MEETING WITH A. FRANKUM AND R. CARUISO RE SAME (0.3); MEETING WITH C. CATTELL AND A. FRANKUM RE SAME (1.4). |
| MICHELI MJ | 01/26/06 | 0.50 | TELECONFERENCE WITH A. FRANKUM RE RECLAMATION STATUS (0.3); REVIEW RECLAMATION ORDER RE COMMITTEE REVIEW (0.2). |
| MICHELI MJ | 01/27/06 | 0.70 | ANALYSIS OF DAILY RECLAMATION CLOSING STATISTICS (0.3); CORRESPONDENCE WITH A. FRANKUM RE PROVIDING CLAIMS TO THE COMMITTEE (0.4). |
| MICHELI MJ | 01/30/06 | 1.20 | ANALYSIS OF DAILY RECLAMATION STATISTICS (0.3); DRAFTED REVISED MEMO RE STATUS OF RECLAMATION PROCESS AND PLAN GOING FORWARD (0.5); TELECONFERENCE WITH T. MCDONAGH RE SPECIFIC RECLAMATION CLAIMS (0.4). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MICHELI MJ | 01/31/06 | 3.40 | TELECONFERENCE WITH C. CATTELL RE RECLAMATION STATUS (0.3); TELECONFERENCE WITH J. DREW RE RECLAMATION CLAIMANT AND STATUS OF CLAIM (0.2); TELECONFERENCE WITH T. MCDONAGH RE SAME (0.2); REVISED STATEMENT OF RECLAMATION (0.6); BEGAN REVIEW OF RECLAMATION MATERIALS IN PREPARATION FOR TELECONFERENCE WITH THE COMMITTEE (0.9); TELECONFERENCE WITH R. CARUSO AND J. LYONS RE SAME (0.2); TELECONFERENCE WITH M. BROUDE, B. PICKERING, R. CARUSO AND J. LYONS RE RECLAMATION STATUS AND REPORTING (0.5); CONTINUED REVIEW OF RECLAMATION STATISTICS RE CLAIMS TO COMMITTEE FOR REVIEW (0.5). |
| | | **40.90** | |
| **Total Associate** | | **45.20** | |
| NEGRON AM | 01/05/06 | 1.20 | UPDATE SERVICE LIST (0.2) AND REVIEW AND UPDATE RECLAMATION CLAIMS INDEX (1.0). |
| NEGRON AM | 01/06/06 | 1.80 | REVIEW AND UPDATE RECLAMATION CLAIMS LIST (0.9) AND FILE RECLAMATION CLAIMS (0.9). |
| NEGRON AM | 01/25/06 | 0.60 | ORGANIZE RECLAMATION CLAIMS FILES (0.6). |
| NEGRON AM | 01/31/06 | 0.60 | FILE AND ORGANIZE RECLAMATION CLAIMS FILES (0.6). |
| | | **4.20** | |
| **Total Legal Assistant Support** | | **4.20** | |
| **TOTAL TIME** | | **51.50** | |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                          Bill Date: 02/28/06
Claims Admin. (Reclamation/Trust Funds)           Bill Number: 1108418

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 01/24/06 | Micheli MJ | 284.30 |
| Air/Rail Travel - vendor feed | 01/25/06 | Micheli MJ | 284.31 |
| Air/Rail Travel - vendor feed | 01/25/06 | Micheli MJ | 120.39 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$689.00** |
| In-house Reproduction | 01/03/06 | Copy Center, D | 12.76 |
| In-house Reproduction | 01/06/06 | Copy Center, D | 2.89 |
| In-house Reproduction | 01/10/06 | Copy Center, D | 16.75 |
| In-house Reproduction | 01/13/06 | Copy Center, D | 7.97 |
| In-house Reproduction | 01/20/06 | Copy Center, D | 10.37 |
| In-house Reproduction | 01/24/06 | Copy Center, D | 2.49 |
| In-house Reproduction | 01/24/06 | Copy Center, D | 21.73 |
| In-house Reproduction | 01/27/06 | Copy Center, D | 49.04 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$124.00** |
| Telephone Expense | 01/27/06 | Telecommunications, D | 9.77 |
| Telephone Expense | 01/27/06 | Telecommunications, D | 11.73 |
| Telephone Expense | 01/27/06 | Telecommunications, D | 0.50 |
| | | **TOTAL TELEPHONE EXPENSE** | **$22.00** |
| Westlaw | 01/08/06 | Toussi S | 211.00 |
| | | **TOTAL WESTLAW** | **$211.00** |
| Out-of-Town Travel | 01/19/06 | Micheli MJ | 40.03 |
| Out-of-Town Travel | 01/19/06 | Micheli MJ | 83.99 |
| Out-of-Town Travel | 01/19/06 | Micheli MJ | 83.99 |
| Out-of-Town Travel | 01/25/06 | Micheli MJ | 30.00 |
| Out-of-Town Travel | 01/25/06 | Micheli MJ | 83.99 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$322.00** |
| Business Meals | 01/30/06 | Micheli MJ | 56.00 |
| | | **TOTAL BUSINESS MEALS** | **$56.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 12/25/05 | Arrow Messenger Svc | 24.53 |
| Messengers/ Courier | 01/20/06 | Dist Serv/Mail/Page, D | 10.12 |
| Messengers/ Courier | 01/24/06 | Dist Serv/Mail/Page, D | 34.35 |
| | | **TOTAL MESSENGERS/ COURIER** | **$69.00** |
| Out-of-Town Meals | 01/19/06 | Micheli MJ | 4.18 |
| Out-of-Town Meals | 01/25/06 | Micheli MJ | 10.98 |
| Out-of-Town Meals | 01/25/06 | Micheli MJ | 20.84 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$36.00** |
| Outside Research/Internet Services | 01/06/06 | Pacer Service Center | 24.61 |
| Outside Research/Internet Services | 01/06/06 | Pacer Service Center | 60.04 |
| Outside Research/Internet Services | 01/06/06 | Pacer Service Center | 10.35 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$95.00** |
| Wireless - Mobile/Cellular/Pager | 01/09/06 | Meisler RE | 12.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$12.00** |
| | | **TOTAL MATTER** | **$1,636.00** |

B43E