SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
                                     :
          In re                      :    Chapter 11
                                     :
DELPHI CORPORATION, et al.,          :    Case No. 05-44481 (RDD)
                                     :
                          Debtors.   :    (Jointly Administered)
                                     :
------------------------------------ x


                    EXHIBIT D-23
                    INSURANCE
                    166.7 HOURS

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                  Bill Date: 12/30/05
Insurance                                                 Bill Number: 1091378

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| FERN BM | 11/30/05 | 3.10 | TELECONFERENCE WITH B. TELGEN RE INSURANCE RENEWAL (0.4); REVIEWED MATERIALS RE INSURANCE POLICY RENEWAL (2.7). |
| | | 3.10 | |
| MEISLER RE | 11/17/05 | 1.80 | REVIEWED AND COMMENTED ON INSURANCE MOTION (1.3); REVIEWED REVISED INSURANCE MOTION AND REVIEWED CORRESPONDENCE RE SAME (0.5). |
| MEISLER RE | 11/18/05 | 1.70 | TELECONFERENCES WITH B. TELGEN RE INSURANCE (1.2); CONTINUED TO REVIEW DOCUMENTS RE SAME (0.5). |
| MEISLER RE | 11/22/05 | 0.80 | TELECONFERENCE WITH B. TELGEN RE INSURANCE (0.2); ATTENTION TO SAME (0.6). |
| MEISLER RE | 11/23/05 | 0.50 | REVIEWED DOCUMENTS RELATED TO CURRENT INSURANCE PROGRAM (0.5). |
| MEISLER RE | 11/30/05 | 1.10 | CONFERENCE WITH D. SHERBIN RE INSURANCE (0.1); WORKED ON SAME (0.8); TELECONFERENCE WITH B. TELGEN RE SAME (0.2). |
| | | 5.90 | |
| REESE RG | 11/11/05 | 1.20 | EVALUATE INSURANCE RELATED MATTERS (0.8); TELECONFERENCE WITH B. TELGEN RE SAME (0.4). |
| REESE RG | 11/15/05 | 1.80 | DRAFT DOCUMENTS RE INSURANCE AGREEMENT MATTERS (1.8). |
| REESE RG | 11/16/05 | 1.80 | DISCUSSIONS RE AND REVISION OF DOCUMENTS RE INSURANCE EXPIRATION ISSUES (1.8). |
| | | 4.80 | |
| Total Associate | | 13.80 | |
| TOTAL TIME | | **13.80** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

**Delphi Corporation (DIP)**  Bill Date: 12/30/05
**Insurance**  Bill Number: 1091378

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 11/16/05 | Reese RG | 209.00 |
| | | **TOTAL WESTLAW** | **$209.00** |
| | | **TOTAL MATTER** | **$209.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                        Bill Date: 01/31/06
Insurance                                                       Bill Number: 1092991

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| LYONS JK | 12/06/05 | 1.40 | REVIEW OF ACE INSURANCE ISSUES INCLUDING WORKERS' COMPENSATION EXPOSURE AND OTHER MATTERS (1.4). |
|  |  | 1.40 |  |
| MARAFIOTI KA | 12/14/05 | 2.90 | WORK ON MOTION TO REVIEW INSURANCE COVERAGE (2.0); WORK ON SUPPORTING AFFIDAVIT (0.9). |
| MARAFIOTI KA | 12/16/05 | 1.10 | WORK ON MOTION RE INSURANCE COVERAGE (0.5) AND SUPPORTING AFFIDAVIT OF TELEGEN (0.4); NOTICE OF MOTION (0.1) & PROPOSED ORDER (0.1). |
|  |  | 4.00 |  |
| **Total Partner** |  | **5.40** |  |
| FERN BM | 12/01/05 | 7.40 | TELECONFERENCE WITH B. TELGEN, B. MURKLE AND C. RODRIGUEZ RE INSURANCE RENEWAL (0.5); ADDITIONAL TELECONFERENCE WITH B. TELGEN AND B. MURKLE RE INSURANCE RENEWAL (0.8); FORMULATE STRATEGY RE INSURANCE RENEWAL MOTION (0.7); BEGAN DRAFTING MOTION RE INSURANCE RENEWAL (1.8); TELECONFERENCE WITH B. MURKLE, B. TELGEN, ACE AND M. REED RE INSURANCE RENEWAL (0.7); FORMULATE STRATEGY RE RENEWING INSURANCE COVERAGE (0.6); CONTINUED DRAFTING INSURANCE AGREEMENT MOTION (2.3). |
| FERN BM | 12/02/05 | 9.60 | ATTENTION TO ISSUES RE RENEWAL OF INSURANCE (1.3); TELECONFERENCE WITH M. REED, ACE, AON, AND B. TELGEN RE INSURANCE ISSUES (0.5); FORMULATE STRATEGY RE REVISING INSURANCE MOTION (0.6); BEGAN REVISIONS TO INSURANCE MOTION (3.7); MULTIPLE TELECONFERENCE WITH B. TELGEN RE INSURANCE RENEWAL (0.4); FORMULATE STRATEGY RE INSURANCE AGREEMENT MOTION (0.8); CONTINUED REVISING INSURANCE AGREEMENT MOTION (0.9); FORMULATE STRATEGY RE RENEWAL OF INSURANCE COVERAGE (1.1); CORRESPONDENCE WITH B. TELGEN RE 90-DAY EXTENSION OF INSURANCE (0.3). |
| FERN BM | 12/03/05 | 2.70 | UPDATED INSURANCE AGREEMENT MOTION (1.8); REVISED PRESENTATION SLIDES RE INSURANCE AGREEMENTS (0.9). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| FERN BM | 12/05/05 | 7.30 | REVIEWED DATA RE DELPHI LIABILITY UNDER ACE POLICIES (0.3); FORMULATE STRATEGY RE INSURANCE RENEWAL (0.4); REVISED UCC PRESENTATION RE INSURANCE PROGRAM (0.5); TELECONFERENCE WITH AON, ACE, AND M. REED RE RENEWAL OF INSURANCE (0.4); COMPLETED DRAFT OF INSURANCE AGREEMENT MOTION (4.4); REVISED DRAFT OF TELGEN AFFIDAVIT (1.3). |
| FERN BM | 12/06/05 | 6.80 | OUTLINED ISSUES RE INSURANCE PROGRAM (0.9); DRAFTED TELGEN AFFIDAVIT (3.7); DRAFTED INSURANCE AGREEMENT ORDER (0.8); FORMULATE STRATEGY RE RENEWAL OF INSURANCE POLICIES (1.1); TELECONFERENCE WITH B. TELGEN RE WORKERS COMPENSATION LIABILITY (0.3). |
| FERN BM | 12/07/05 | 0.70 | REVISED PLEADINGS RE INSURANCE RENEWAL (0.7). |
| FERN BM | 12/08/05 | 4.40 | REVISED INSURANCE AGREEMENT MOTION (2.2); REVISED TELGEN AFFIDAVIT (1.8); REVISED ORDER RE INSURANCE MOTION (0.4). |
| FERN BM | 12/09/05 | 0.50 | ORGANIZED DOCUMENTS NECESSARY FOR INSURANCE AGREEMENT MOTION (0.3); TELECONFERENCE WITH B. TELGEN RE INSURANCE MOTION (0.2). |
| FERN BM | 12/10/05 | 0.90 | REVIEWED ACE PROPOSAL FOR RENEWAL INSURANCE (0.5) AND DOCUMENTED FILE RE SAME (0.4). |
| FERN BM | 12/12/05 | 10.80 | TELECONFERENCE WITH B. TELGEN RE NEW INSURANCE PROPOSAL (0.3); PREPARATION FOR INSURANCE CONFERENCE CALL (1.0); INSURANCE CONFERENCE CALL WITH ACE RE RENEWAL PROGRAM (0.6); TELECONFERENCE WITH B. TELGAN AND B. MARKLE RE NEGOTIATION STRATEGY (0.5); REVISED INSURANCE PLEADINGS (4.3); FORMULATE STRATEGY RE INSURANCE AGREEMENT MOTION (0.4); ADDITIONAL REVISIONS TON INSURANCE PLEADINGS (3.7). |
| FERN BM | 12/13/05 | 9.00 | TELECONFERENCE WITH B. TELGEN RE ANALYSIS OF INSURANCE PROPOSALS (0.2); CORRESPONDENCE WITH B. TELGEN RE ACE PROPOSAL (0.3); REVIEWED PROPOSED CHANGES TO ACE PROPOSAL (0.7); CORRESPONDENCE TO B. TELGEN AND AON RE INSURANCE PLEADINGS (0.3); REVISED PLEADINGS RE INSURANCE AGREEMENT MOTION (1.0); RESEARCH RE KECP PROCESS (2.2); FORMULATE STRATEGY RE KECP DISCOVERY PROGRAM (1.1); BEGAN DRAFTING BUBNOVICH DECLARATION (1.8); FORMULATE STRATEGY RE LEAD PLAINTIFF'S DISCOVERY REQUEST (1.4). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| FERN BM | 12/14/05 | 9.00 | REVIEW EXHIBITS TO INSURANCE MOTION (0.4); CORRESPONDENCE TO B. MARKLE RE AIG (0.2); REVISED PLEADINGS RE RENEWAL OF INSURANCE (2.9); ADDITIONAL REVISIONS TO INSURANCE AGREEMENT PLEADINGS (2.8); DRAFTED OPTION 2 INSURANCE PLEADINGS (1.4); DRAFTED NOTICE RE INSURANCE MOTION (0.3); RESEARCH RE CROSS COLLATERAL (0.5); ADDITIONAL REVISIONS TO INSURANCE PLEADINGS (0.3) AND CORRESPONDENCE TO M. REED RE SAME (0.2). |
| FERN BM | 12/15/05 | 13.30 | FORMULATE STRATEGY RE INSURANCE PLEADINGS (0.5); REVISED INSURANCE PLEADINGS PER COMPANY COMMENTS (0.9); TELECONFERENCE WITH M. REED RE ACE MOTION (0.3); TELECONFERENCE WITH B. TELGEN RE ACE MOTION (0.3); CORRESPONDENCE WITH B. MARKLE RE AIG (0.2); REVISED INSURANCE AGREEMENT PLEADINGS (3.8); REVIEWED M. REED'S MARK-UP OF INSURANCE ORDER (0.4); ADDITIONAL REVISIONS RE INSURANCE PLEADINGS (1.7); FORMULATE STRATEGY RE INSURANCE AGREEMENT PLEADINGS (1.3); REVIEW AND ANALYSIS OF ACE'S PROPOSED CHANGES (0.8); TELECONFERENCE WITH M. REED RE PROPOSED CHANGES (0.6); REVISED INSURANCE PLEADINGS (2.5). |
| FERN BM | 12/16/05 | 11.90 | MULTIPLE CORRESPONDENCE WITH M. REED RE INSURANCE PLEADINGS (0.3); FORMULATE STRATEGY RE INSURANCE AGREEMENT PLEADINGS (0.8); TELECONFERENCE WITH M. REED RE INSURANCE AGREEMENT PLEADINGS (0.7); REVISED INSURANCE AGREEMENT PLEADINGS (2.6); CORRESPONDENCE TO S. CORCORAN AND D. SHERBIN RE INSURANCE MOTION (0.2); TELECONFERENCE WITH B. TELGAN RE INSURANCE AGREEMENT PLEADINGS (0.3); VARIOUS ADDITIONAL REVISIONS TO INSURANCE AGREEMENT PLEADINGS (3.8); TELECONFERENCE WITH M. REED RE FINAL REVISIONS (0.5); FINAL REVISIONS TO INSURANCE AGREEMENT PLEADINGS (2.1); ATTENTION TO PLEADINGS AND EXHIBITS IN PREPARATION FOR FILING INSURANCE MOTION (0.6). |
| FERN BM | 12/18/05 | 0.70 | REVIEWED DOCUMENTS RE INSURANCE AGREEMENT MOTION (0.3); ORGANIZED AND DOCUMENTED FILE RE SAME (0.4). |
| FERN BM | 12/19/05 | 0.60 | REVIEWED INSURANCE PLEADINGS FILED (0.4); TELECONFERENCE WITH B. TELGEN RE INSURANCE MOTION (0.2). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| FERN BM | 12/20/05 | 1.10 | TELECONFERENCE WITH B. TELGEN RE CROSS COLLATERALIZATION (0.2) AND RESEARCH RE SAME (0.9). |
| FERN BM | 12/21/05 | 0.40 | ANALYSIS OF ISSUES RE INSURANCE MOTION (0.4). |
| FERN BM | 12/22/05 | 3.50 | TELECONFERENCE WITH B. TELGEN AND J. GUGLIELMO RE INSURANCE MOTION (0.4); ATTENTION TO ISSUES RE INSURANCE AGREEMENTS (0.3); BEGAN DRAFTING SCRIPT TO INSURANCE MOTION (2.8). |
| FERN BM | 12/23/05 | 3.40 | REVIEWED DETAILS OF AIG PROPOSAL (0.3); CONTINUED DRAFTING SCRIPT TO INSURANCE MOTION (3.1). |
| FERN BM | 12/26/05 | 1.00 | REVIEWED AND REVISED SCRIPT TO INSURANCE MOTION (1.0). |
| FERN BM | 12/28/05 | 2.70 | REVISED SCRIPT TO INSURANCE MOTION (2.3); CORRESPONDENCE TO B. TELGEN AND J. GUGLIELMO RE AIG PROPOSAL (0.4). |
| FERN BM | 12/29/05 | 0.50 | REVISED SCRIPT TO INSURANCE MOTION (0.5). |
| | | **108.20** | |
| MEISLER RE | 12/01/05 | 3.70 | WORKED ON INSURANCE MATTERS (1.3); TELECONFERENCES WITH B. TELGEN RE SAME (0.4); TELECONFERENCES WITH AON AND B. TELGEN RE STRATEGY (0.9); TELECONFERENCE WITH ACE, AON AND B. TELGEN (0.7); DRAFTED NOTES TO FILE RE SAME (0.2); TELECONFERENCE WITH B. TELGEN RE FOLLOW UP (0.2). |
| MEISLER RE | 12/02/05 | 2.10 | REVIEWED DOCUMENTS RE ACE INSURANCE MATTER (2.1). |
| MEISLER RE | 12/05/05 | 1.40 | TELECONFERENCE WITH D. SHERBIN RE INSURANCE UPDATE (0.1); REVIEWED AND ANALYZED PROPOSAL FOR 90 DAY EXTENSION AND RELATED DOCUMENTS (1.3). |
| MEISLER RE | 12/06/05 | 0.80 | TELECONFERENCE WITHB. TELGEN RE INSURANCE MATTERS; CONTINUED ATTENTION TO SAME (0.8). |
| MEISLER RE | 12/11/05 | 1.30 | REVIEWED AND REVISED INSURANCE MOTION (1.3). |
| MEISLER RE | 12/12/05 | 0.50 | ATTENTION TO INSURANCE PLEADINGS (0.5). |
| MEISLER RE | 12/14/05 | 0.90 | CONTINUED REVIEW OF INSURANCE MOTION (0.9). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MEISLER RE | 12/15/05 | 4.30 | REVIEWED AND COMMENTED ON INSURANCE MOTION (2.5); REVIEWED ACE'S COUNSEL'S COMMENTS (1.0); TELECONFERENCES RE SAME (0.8). |
| MEISLER RE | 12/16/05 | 2.10 | TELECONFERENCE WITH S. CORCORAN RE FINALIZING INSURANCE PLEADINGS (0.1); FINALIZE INSURANCE PLEADINGS (2.0). |
| MEISLER RE | 12/21/05 | 0.40 | TELECONFERENCE WITH M. BROUDE RE INSURANCE MOTION INQUIRIES (0.2); FOLLOW UP RE SAME (0.2). |
| MEISLER RE | 12/27/05 | 0.80 | REVIEW AND COMMENT ON SCRIPT TO INSURANCE MOTION (0.8). |
| MEISLER RE | 12/30/05 | 0.60 | REVIEW AND COMMENT ON INSURANCE SCRIPT (0.6). |
| | | **18.90** | |
| **Total Associate** | | **127.10** | |
| **TOTAL TIME** | | **132.50** | |

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**  Bill Date: 01/31/06
**Insurance**  Bill Number: 1092991

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 12/02/05 | Copy Center, D | 7.59 |
| In-house Reproduction | 12/20/05 | Copy Center, D | 4.31 |
| In-house Reproduction | 12/23/05 | Copy Center, D | 0.10 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$12.00** |
| Telephone Expense | 12/29/05 | Telecommunications, D | 4.50 |
| Telephone Expense | 12/29/05 | Telecommunications, D | 7.47 |
| Telephone Expense | 12/29/05 | Telecommunications, D | 1.03 |
| | | **TOTAL TELEPHONE EXPENSE** | **$13.00** |
| Lexis/Nexis | 12/14/05 | Fern BM | 40.84 |
| Lexis/Nexis | 12/20/05 | Fern BM | 223.16 |
| | | **TOTAL LEXIS/NEXIS** | **$264.00** |
| Westlaw | 12/14/05 | Fern BM | 9.00 |
| | | **TOTAL WESTLAW** | **$9.00** |
| Vendor Hosted Teleconferencing | 12/31/05 | Teleconferencing Services, LLC | 9.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$9.00** |
| Out-of-Town Meals | 12/15/05 | Meisler RE | 64.19 |
| Out-of-Town Meals | 12/15/05 | Meisler RE | 15.87 |
| Out-of-Town Meals | 12/15/05 | Meisler RE | 16.94 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$97.00** |
| | | **TOTAL MATTER** | **$404.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                Bill Date: 02/28/06
Insurance                                               Bill Number: 1108418

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| FERN BM | 01/03/06 | 0.80 | ATTENTION TO DOCUMENTS RE INSURANCE MOTION (0.3); REVISED SCRIPT TO INSURANCE MOTION (0.5). |
| FERN BM | 01/04/06 | 1.90 | REVIEWED AND REVISED INSURANCE ORDER FOR 1/5 HEARING (0.3); REVISED SCRIPT TO INSURANCE MOTION (0.5); ADDITIONAL REVISIONS TO SCRIPT FOR INSURANCE MOTION (1.1). |
| FERN BM | 01/06/06 | 0.50 | CORRESPONDENCE TO M. REED RE INSURANCE ORDER AND ATTENTION TO ISSUES RE SAME (0.5). |
| FERN BM | 01/09/06 | 0.80 | ANALYSIS OF ISSUES RE PREPETITION CLAIMS OF 3RD PARTY ADMINISTRATORS (0.3); ADDITIONAL ANALYSIS OF INSURANCE ORDER RE CLAIMS ADMINISTRATION (0.2); CORRESPONDENCE WITH B. TELGEN RE RENEWAL OF INSURANCE (0.3). |
| FERN BM | 01/10/06 | 1.50 | TELECONFERENCE WITH B. TELGEN RE NEW INSURANCE PROGRAM (0.3); ANALYSIS OF CONDITIONS FOR INSURANCE COVERAGE (0.5); CORRESPONDENCE WITH B. TELGEN RE INSURANCE ORDER (0.3); TELECONFERENCE WITH M. REED RE INSURANCE ORDER (0.2) AND CORRESPONDENCE RE SAME (0.2). |
| FERN BM | 01/12/06 | 0.40 | REVIEWED CORRESPONDENCE AND DOCUMENTS FROM W. TELGEN RE D&O INSURANCE (0.4). |
| FERN BM | 01/13/06 | 1.10 | REVIEWED CORRESPONDENCE FROM B. TELGEN RE D&O INSURANCE (0.3); TELECONFERENCE WITH B. TELGEN RE D&O INSURANCE (0.3) AND RESEARCH RE SAME (0.5). |
| FERN BM | 01/15/06 | 0.60 | REVIEWED CORRESPONDENCE FROM M. REED RE INSURANCE ORDER (0.2) AND INVESTIGATED ISSUES RE SAME (0.4). |
| FERN BM | 01/16/06 | 3.30 | DRAFTED NOTICE OF ASSUMPTION LETTER (0.8); OUTLINED ISSUES RE D&O INSURANCE (0.7); REVISED LANGUAGE TO PROPOSED D&O POLICY (1.8). |
| FERN BM | 01/17/06 | 0.70 | TELECONFERENCE WITH B. TELGEN RE NEW INSURANCE PROGRAM (0.2); DRAFTED PRESENTATION SLIDES RE INSURANCE PROGRAM (0.5). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| FERN BM | 01/18/06 | 1.70 | TELECONFERENCE WITH B. TELGEN RE RENEWAL OF INSURANCE PROGRAM (0.3); REVISED PROPOSED LANGUAGE TO INSURANCE PROGRAM (0.6); REVISED D&O POLICY LANGUAGE (0.8). |
| FERN BM | 01/19/06 | 0.60 | TELECONFERENCE WITH M. REED RE INSURANCE PROGRAM (0.2); AND CORRESPONDENCE WITH B. TELGEN RE SAME (0.4). |
| FERN BM | 01/20/06 | 1.10 | REVIEWED LANGUAGE RE CONDITIONS PRECEDENT TO INSURANCE PROGRAM (0.2); CORRESPONDENCE TO M. REED AND B. TELGEN RE RENEWAL OF INSURANCE PROGRAM (0.3); FINAL REVIEW OF INSURANCE PROPOSAL LANGUAGE (0.6). |
| FERN BM | 01/23/06 | 0.50 | REVIEWED DOCUMENTS RE NEW INSURANCE PROGRAM (0.5). |
| FERN BM | 01/24/06 | 0.60 | TELECONFERENCE WITH B. TELGEN RE INSURANCE PROGRAM (0.3); ATTENTION TO ISSUES RE D&O COVERAGE (0.3). |
| FERN BM | 01/25/06 | 0.30 | OUTLINED AND EVALUATED ISSUES RE D&O INSURANCE (0.3). |
| FERN BM | 01/26/06 | 0.70 | REVIEWED AND REVISED LANGUAGE RE D&O COVERAGE (0.4); ANALYZED ISSUES RE DELPHI'S MARITIME INSURANCE COVERAGE (0.3). |
| FERN BM | 01/27/06 | 1.70 | REVISED SLIDES RE STATUS OF INSURANCE PROGRAM (0.9); ANALYZED AND REVISED PROPOSED D&O LANGUAGE (0.5); CORRESPONDENCE AND TELECONFERENCE WITH B. TELGEN RE D&O LANGUAGE (0.3). |
| | | **18.80** | |
| MEISLER RE | 01/04/06 | 0.50 | CONFERENCE WITH B. TELGEN RE PREPARATION FOR INSURANCE MOTION (0.5). |
| MEISLER RE | 01/06/06 | 0.20 | CONFERENCE WITH B. FERN RE IMPLEMENTATION OF INSURANCE ORDER (0.2). |
| MEISLER RE | 01/16/06 | 0.90 | REVIEW AND COMMENT RE LANGUAGE TO D&O (0.9). |
| MEISLER RE | 01/18/06 | 0.70 | CONTINUED TO REVIEW AND ANALYZE D&O LANGUAGE (0.7). |
| MEISLER RE | 01/27/06 | 0.70 | REVIEWED AND ANALYZED INQUIRY FROM B. TELGEN RE INSURANCE (0.5); CONFERENCE WITH B. FERN RE SAME (0.2). |
| | | **3.00** | |
| **Total Associate** | | **21.80** | |
| **TOTAL TIME** | | **21.80** | |

B43E

### SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**  Bill Date: 02/28/06
**Insurance**  Bill Number: 1108418

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 01/27/06 | Telecommunications, D | 0.45 |
| Telephone Expense | 01/27/06 | Telecommunications, D | 0.54 |
| Telephone Expense | 01/27/06 | Telecommunications, D | 0.01 |
| | | **TOTAL TELEPHONE EXPENSE** | **$1.00** |
| Wireless - Mobile/Cellular/Pager | 12/09/05 | Meisler RE | 31.08 |
| Wireless - Mobile/Cellular/Pager | 01/09/06 | Meisler RE | 22.92 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$54.00** |
| | | **TOTAL MATTER** | **$55.00** |

B43E