SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------- x
                                :
     In re                      :     Chapter 11
                                :
DELPHI CORPORATION, et al.,     :     Case No. 05–44481 (RDD)
                                :
                    Debtors.    :     (Jointly Administered)
                                :
------------------------------- x
```

EXHIBIT D-24
CUSTOMER MATTERS (GENERAL)
119.2 HOURS

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 12/30/05
Customer Matters (General)                                  Bill Number: 1091378

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 10/09/05 | 0.40 | EMAILS FROM/TO R. O'NEAL RE CUSTOMER PRESENTATION (0.2); BEGIN TO OUTLINE SAME (0.2). |
| BUTLER, JR. J | 10/10/05 | 0.30 | REVIEW AND FINALIZE CUSTOMER PRESENTATION WITH R. O'NEAL (0.3). |
| BUTLER, JR. J | 10/12/05 | 0.40 | REVIEW AND COMMENT ON CUSTOMER PRESENTATIONS (0.4). |
| BUTLER, JR. J | 10/13/05 | 0.90 | EMAILS FROM/TO M. MCGUIRE RE GLOBAL CUSTOMER CONCERNS, ISSUES AND APPROACH (0.3); REVIEW RELATED MATTERS AND CONSIDER STRATEGIC APPROACH (0.6). |
| | | 2.00 | |
| COCHRAN EL | 10/13/05 | 0.50 | REVIEW CUSTOMER PRESENTATION (0.5). |
| COCHRAN EL | 10/14/05 | 0.50 | REVIEW CUSTOMER PRESENTATION (0.5). |
| COCHRAN EL | 10/17/05 | 0.90 | REVIEW AND COMMENT ON CUSTOMER LETTER (0.9). |
| COCHRAN EL | 10/18/05 | 1.50 | REVIEW CUSTOMER PRESENTATION (1.5). |
| COCHRAN EL | 10/19/05 | 0.70 | REVIEW EUROPEAN CUSTOMER COMMUNICATION (0.7). |
| COCHRAN EL | 10/20/05 | 1.40 | REVIEW CUSTOMER PRESENTATION (1.4). |
| COCHRAN EL | 10/24/05 | 0.70 | REVIEW MARKETING PRESENTATION (0.7). |
| COCHRAN EL | 10/28/05 | 1.50 | REVIEW CUSTOMER LETTER RE DIP (0.7); REVIEW SPREADSHEET RE BREAK OPERATIONS (0.8). |
| COCHRAN EL | 10/31/05 | 1.70 | REVIEW CUSTOMER LETTERS (1.7). |
| COCHRAN EL | 11/01/05 | 0.50 | REVIEW CUSTOMER PRESENTATION (0.5). |
| | | 9.90 | |
| HIESTAND NL | 10/10/05 | 4.90 | HANDLE VARIOUS ENQUIRIES FROM CUSTOMERS, DISCUSSIONS WITH CLIENT AND RESPONDING TO SAME (4.9). |
| HIESTAND NL | 10/11/05 | 5.60 | COMMENCE PREPARATION OF CUSTOMER PRESENTATION (2.1); REVIEW AND RESPOND TO CUSTOMER (2.2); RESPOND TO COMPANY RE: CUSTOMER ISSUES (1.3). |
| HIESTAND NL | 10/12/05 | 5.60 | COMPLETE CUSTOMER PRESENTATION (4.3); ATTEND INTERNATIONAL CUSTOMER TELECONFERENCE (1.3). |
| HIESTAND NL | 10/13/05 | 2.70 | CONTINUED REVIEW AND DISCUSSION OF CUSTOMER PRESENTATION (2.7). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| HIESTAND NL | 10/14/05 | 1.30 | REVIEW AND REVISE CUSTOMER LETTERS AND PRESENTATION (1.3). |
| HIESTAND NL | 10/17/05 | 1.60 | ATTEND TO CUSTOMER PRESENTATIONS, INCLUDING AFTER MATERIAL (1.6). |
| HIESTAND NL | 10/19/05 | 2.80 | CONTINUE WORK ON CUSTOMER COMMUNICATIONS (2.8). |
| HIESTAND NL | 10/27/05 | 1.20 | REVIEW AND REVISE CUSTOMER LETTER, OTHER MATTERS (1.2). |
| | | 25.70 | |
| **Total Partner** | | **37.60** | |
| GIBSON ML | 10/10/05 | 1.20 | REVIEWED AND COMMENTED ON CUSTOMER PRESENTATION AND TELECONFERENCES RE SAME (1.2). |
| GIBSON ML | 11/07/05 | 0.50 | REVIEWED AND COMMENTED ON S. MILLER TALKING POINTS AND RESPONSE LETTER TO FORD INFORMATION REQUEST (0.5). |
| | | **1.70** | |
| HERRIOTT AV | 10/09/05 | 3.10 | BEGIN DRAFTING CUSTOMER POWERPOINT PRESENTATION (3.1). |
| HERRIOTT AV | 10/10/05 | 8.70 | CONTINUE DRAFTING AND EDITING OF CUSTOMER POWERPOINT PRESENTATION (8.7). |
| HERRIOTT AV | 10/12/05 | 1.60 | BEGIN UPDATING CUSTOMER PRESENTATION FOR USE WITH OTHER CUSTOMERS (1.6). |
| HERRIOTT AV | 10/13/05 | 1.20 | UPDATE CUSTOMER PRESENTATION (1.2). |
| HERRIOTT AV | 10/14/05 | 1.70 | CONTINUE EDITING CUSTOMER PRESENTATION (1.7). |
| HERRIOTT AV | 10/17/05 | 0.30 | UPDATE CUSTOMER PRESENTATION (0.3). |
| HERRIOTT AV | 10/18/05 | 1.20 | EDIT CUSTOMER PRESENTATION (1.2). |
| HERRIOTT AV | 10/19/05 | 0.40 | UPDATE CUSTOMER PRESENTATION (0.4). |
| HERRIOTT AV | 10/20/05 | 0.50 | EDIT CUSTOMER PRESENTATION (0.5). |
| HERRIOTT AV | 10/25/05 | 0.50 | UPDATE CUSTOMER PRESENTATION WITH S. CORCORAN'S COMMENTS (0.5). |
| HERRIOTT AV | 10/28/05 | 0.20 | UPDATE CUSTOMER PRESENTATION (0.2). |
| HERRIOTT AV | 11/28/05 | 0.60 | BEGIN EDITING CUSTOMER PRESENTATION (0.6). |
| HERRIOTT AV | 11/30/05 | 1.10 | CONTINUE UPDATING DRAFT OF CUSTOMER PRESENTATION (1.1). |
| | | **21.10** | |
| LOZANO P | 10/12/05 | 1.00 | REVIEWING CUSTOMER PRESENTATIONS (1.0). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LOZANO P | 10/14/05 | 1.60 | REVIEW PUBLIC INFORMATION AND CUSTOMER AND EMPLOYEE PRESENTATIONS (1.6). |
| LOZANO P | 10/17/05 | 0.50 | REVIEW PROPOSED MARKETING PRESENTATIONS (0.5). |
| LOZANO P | 10/18/05 | 3.00 | REVIEWING VARIOUS CREDITOR AND CUSTOMER PRESENTATIONS (3.0). |
| LOZANO P | 10/19/05 | 2.10 | REVIEW INFORMATION MEMORANDUM, CUSTOMER AND MARKETING PRESENTATIONS (2.1). |
| LOZANO P | 10/20/05 | 2.00 | REVIEW MARKETING AND CUSTOMER PRESENTATIONS (2.0). |
| LOZANO P | 10/21/05 | 3.60 | REVIEW MARKETING AND SALES PRESENTATION (1.2); REVIEW CUSTOMER COMMUNICATIONS (2.4). |
| | | **13.80** | |
| MEISLER RE | 10/18/05 | 4.70 | DRAFTED CUSTOMER PRESENTATION (1.0); ATTENDED AND PRESENTED TO SALES TEAM (3.1); CONFERENCES WITH MEMBERS OF SALES TEAM (0.6)). |
| MEISLER RE | 10/28/05 | 0.20 | TELECONFERENCE WITH S. CORCORAN RE CUSTOMER PROGRAMS INQUIRY (0.2). |
| MEISLER RE | 11/15/05 | 0.90 | TELECONFERENCE WITH D. PARSHALL RE CUSTOMER (0.4); ATTENTION TO SAME (0.5). |
| MEISLER RE | 11/16/05 | 0.20 | ATTENTION TO CUSTOMER MATTER (0.2). |
| MEISLER RE | 11/21/05 | 0.60 | TELECONFERENCE WITH D. PARSHALL RE CUSTOMER (0.1); REVIEWED CORRESPONDENCE AND ANALYZED SAME (0.5). |
| MEISLER RE | 11/28/05 | 0.60 | TELECONFERENCE WITH D. PARSHALL RE CUSTOMER (0.1); WORKED ON SAME (0.5). |
| | | **7.20** | |
| OGUNSANYA GO | 10/20/05 | 4.20 | REVIEW AND CHECK OF CUSTOMER PRESENTATIONS (4.2). |
| | | **4.20** | |
| REESE RG | 10/08/05 | 0.20 | CORRESPONDENCE WITH COUNSEL TO CUSTOMER (0.2). |
| REESE RG | 11/22/05 | 1.30 | REVIEW CUSTOMER ISSUES RE PRODUCTION (0.4); TELECONFERENCES AND MEETINGS WITH R. BAXTER AND DELPHI RELATIONSHIP TEAM MEMBERS RE SAME (0.9). |
| | | **1.50** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| TOUSSI S | 10/13/05 | 0.80 | ADDRESS VARIOUS CUSTOMER MATTERS RE ESSENTIAL SUPPLIERS AND VARIOUS TELECONFERENCES RE SAME (0.8). |
| TOUSSI S | 10/21/05 | 0.90 | ADDRESS ISSUES RE VARIOUS CUSTOMER MATTERS, FOLLOW-UP TELECONFERENCES AND CORRESPONDENCE RE SAME (0.9). |
| TOUSSI S | 10/24/05 | 0.60 | ADDRESS ISSUES RE VARIOUS CUSTOMERS/SUPPLIERS RE SET OFF (0.6). |
| TOUSSI S | 11/10/05 | 2.40 | REVIEW SETOFF REQUESTS AND PROPOSALS FROM CUSTOMERS (0.6); RESEARCH ISSUES RE SAME (0.4); REVIEW DIP ORDER RE SETOFF PROCEDURES AND CORRESPONDENCE RE SAME (0.4); VARIOUS CORRESPONDENCE AND TELECONFERENCE WITH CLIENT RE SAME (0.8); DRAFT EMAIL RESPONSE TO SETOFF REQUESTS (0.2). |
| TOUSSI S | 11/15/05 | 2.00 | RESEARCH ISSUES RE CUSTOMERS' ABILITY TO PLACE ADMINISTRATIVE FREEZE ON PAYMENTS (0.7); FOLLOW-UP ISSUES RE SAME (0.5); PREPARE DRAFT RESPONSE TO VARIOUS SETOFF CUSTOMERS (0.8). |
| TOUSSI S | 11/17/05 | 1.20 | ADDRESS AND RESOLVE ISSUES RE CUSTOMER MOTIONS TO LIFT STAY (1.2). |
| TOUSSI S | 11/18/05 | 1.50 | DRAFT AND REVISED PROPOSED RESPONSED TO SETOFF REQUESTS BY CUSTOMERS (1.5). |
| TOUSSI S | 11/20/05 | 1.70 | ADDRESS ISSUES RE CUSTOMERS (0.7), EDIT AND REVISE DRAFT LETTER RESPONSE (1.0). |
| TOUSSI S | 11/21/05 | 2.00 | ADDRESS AND RESOLVE VARIOUS ISSUES RE CUSTOMER SETOFFS (0.5); RESEARCH ISSUES RE SAME (1.2); DISCUSS SAME WITH COMPANY COUNSEL (0.3). |
| TOUSSI S | 11/30/05 | 1.40 | ADDRESS AND RESOLVE VARIOUS OUTSTANDING ISSUES WITH SETOFF CUSTOMERS (0.7); PREPARE FORMAL RESPONSES TO CERTAIN CUSTOMERS (0.3); UPDATE STATUS CHART RE CUSTOMERS (0.4). |
| | | 14.50 | |

|  |  |
|---|---|
| **Total Associate** | 64.00 |
| **TOTAL TIME** | <u>101.60</u> |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                           Bill Date: 12/30/05
Customer Matters (General)                         Bill Number: 1091378

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 10/18/05 | Copy Center, D | 0.88 |
| In-house Reproduction | 10/28/05 | Copy Center, D | 6.88 |
| In-house Reproduction | 11/15/05 | Copy Center, D | 3.24 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$11.00** |
| Telephone Expense | 10/28/05 | Telecommunications, D | 1.35 |
| Telephone Expense | 10/28/05 | Telecommunications, D | 2.08 |
| Telephone Expense | 10/28/05 | Telecommunications, D | 0.35 |
| Telephone Expense | 11/23/05 | Telecommunications, D | 0.15 |
| Telephone Expense | 11/23/05 | Telecommunications, D | 0.05 |
| Telephone Expense | 11/23/05 | Telecommunications, D | 0.02 |
| | | **TOTAL TELEPHONE EXPENSE** | **$4.00** |
| Out-of-Town Meals | 10/18/05 | Meisler RE | 15.32 |
| Out-of-Town Meals | 10/18/05 | Meisler RE | 140.68 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$156.00** |
| Wireless - Mobile/Cellular/Pager | 11/09/05 | Meisler RE | 5.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$5.00** |
| | | **TOTAL MATTER** | **$176.00** |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 01/31/06
Customer Matters (General)                                  Bill Number: 1092991

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| COCHRAN EL | 12/01/05 | 1.10 | REVIEW PRESENTATION FOR CUSTOMERS (1.1). |
| | | 1.10 | |
| HIESTAND NL | 12/09/05 | 2.60 | ATTEND TO SBERBANK ISSUES; REVIEW FILING AGAINST ACM (2.6). |
| HIESTAND NL | 12/19/05 | 0.70 | ATTEND TO OFFSET ISSUE, OTHERS (0.7). |
| | | 3.30 | |
| LYONS JK | 12/07/05 | 2.40 | REVIEW AND REVISIONS TO MERCEDES CONTRACT AND CONFERENCES WITH S. CORCORAN (2.4). |
| | | 2.40 | |
| Total Partner | | 6.80 | |
| GIBSON ML | 12/02/05 | 2.50 | REVIEWED CUSTOMER PRESENTATION (2.5). |
| | | 2.50 | |
| TOUSSI S | 12/01/05 | 0.30 | ADDRESS VARIOUS CUSTOMER MATTERS, INCLUDING REQUESTS FOR WAIVERS OF PREFERENCE ACTIONS (0.3). |
| TOUSSI S | 12/02/05 | 4.10 | FOLLOW-UP ISSUES AND CORRESPONDENCE WITH VARIOUS SETOFF CUSTOMERS TO ADDRESS STATUS OF RECONCILIATION (1.5); VARIOUS INTERNAL CONFERENCE CALLS WITH CLIENT TO DISCUSS STATUS OF VARIOUS CLAIMS AND POTENTIAL TURNOVER ACTIONS (1.0); RESEARCH ISSUES RE POSSIBLE TURNOVER ACTION OR COUNTERCLAIMS UNDER 558 (0.7); ADDRESS WARRANTY ISSUES WITH VARIOUS CUSTOMERS (0.4); ADDRESS ISSUES RE WAIVER OF PREFERENCE CLAIMS (0.5). |
| | | 4.40 | |
| Total Associate | | 6.90 | |
| TOTAL TIME | | __13.70__ | |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 02/28/06
Customer Matters (General)                                  Bill Number: 1108418

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| COCHRAN EL | 01/11/06 | 1.40 | REVIEW AND COMMENT ON DRAFT CUSTOMER PRESENTATION (1.4). |
| | | 1.40 | |
| **Total Partner** | | 1.40 | |
| HERRIOTT AV | 01/10/06 | 0.50 | REVIEW AND REVISE CUSTOMER PRESENTATION (0.5). |
| HERRIOTT AV | 01/11/06 | 0.80 | REVIEW AND REVISE CUSTOMER PRESENTATION (0.8). |
| HERRIOTT AV | 01/12/06 | 0.20 | REVIEW AND REVISE CUSTOMER PRESENTATION (0.2). |
| | | 1.50 | |
| TOUSSI S | 01/19/06 | 1.20 | ADDRESS CUSTOMER OVERPAYMENT ISSUES FOR VARIOUS CUSTOMERS (0.5); RESEARCH ISSUES WHETHER TO PURSUE TURNOVER ACTION OR BREACH OF AUTOMATIC STAY (0.7). |
| TOUSSI S | 01/24/06 | 1.30 | ADDRESS VARIOUS CUSTOMER DISPUTES ON PREPETITION INVOICES AND SETOFF (0.5); FOLLOW-UP ISSUES WITH CLIENT AND INTERNALLY RE SAME (0.8). |
| | | 2.50 | |
| **Total Associate** | | 4.00 | |
| **TOTAL TIME** | | **5.40** | |

189

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                  Bill Date: 02/28/06
Customer Matters (General)                               Bill Number: 1108418

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 01/27/06 | Telecommunications, D | 0.87 |
| Telephone Expense | 01/27/06 | Telecommunications, D | 1.11 |
| Telephone Expense | 01/27/06 | Telecommunications, D | 0.02 |
| | | **TOTAL TELEPHONE EXPENSE** | **$2.00** |
| Vendor Hosted Teleconferencing | 01/31/06 | Teleconferencing Services, LLC | 6.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$6.00** |
| | | **TOTAL MATTER** | **$8.00** |