SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

EXHIBIT D-26
REAL ESTATE OWNED
102.0 HOURS

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)  
Real Estate (Owned)

Bill Date: 12/30/05  
Bill Number: 1091378

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| WEXLER MP | 10/24/05 | 1.30 | REVIEW AND COMMENT ON PROPOSED AGENDA FOR 10/26 REAL ESTATE MEETING IN TROY (0.6); PREPARE FOR MEETING IN TROY (0.7). |
| WEXLER MP | 10/25/05 | 1.30 | PREPARATION FOR MEETING WITH REAL ESTATE AND FACILITIES TEAM IN TROY, INCLUDING REVIEW AND REVISIONS TO PROPOSED AGENDA AND FOLLOW UP ON SPECIFIC ISSUES RAISED BY COMPANY (1.3). |
| WEXLER MP | 10/26/05 | 6.80 | PREPARE FOR (0.8) AND MEET WITH REAL ESTATE/FACILITIES TEAM (J. JAFFURS, J. BEAUDOEN, M. KAMISCHKE, K. JONES AND OTHERS) TO DISCUSS REAL ESTATE ISSUES, PROJECTS, CHAPTER 11 REQUIREMENTS (6.0). |
| WEXLER MP | 10/27/05 | 0.90 | REVIEW AND COMMENT ON ISSUES LIST ARISING FROM 10/26 REAL ESTATE MEETING IN TROY AND FOLLOW UP ON SAME (0.9). |
| WEXLER MP | 10/28/05 | 0.60 | REVIEW AND COMMENT ON REVISED ISSUES LIST FROM REAL ESTATE/FACILITIES MEETING AND FOLLOW UP ON ISSUES (0.6). |
| WEXLER MP | 10/31/05 | 2.20 | WORKING GROUP MEETING TO DISCUSS REAL ESTATE ISSUES RAISED BY COMPANY AT 10/26 MEETING (1.4) AND FOLLOW UP TELECONFERENCES WITH J. JAFFURS AND WITH J. BEAUDOEN RE SAME (0.6); TELECONFERENCES AND CORRESPONDENCE WITH S. BACON RE FUTURE REAL ESTATE MEETINGS (0.2). |
| WEXLER MP | 11/01/05 | 0.30 | CONSIDER STRATEGIC ISSUES TO BE DISCUSSED WITH WORKING GROUP AND TELECONFERENCE WITH J. JAFFURS RE SAME (0.3). |
| WEXLER MP | 11/02/05 | 0.20 | TELECONFERENCE AND CORRESPONDENCE WITH J. JAFFURS RE NEXT REAL ESTATE MEETING IN TROY AND POSSIBLE AGENDA ITEMS (0.2). |
| WEXLER MP | 11/03/05 | 4.20 | PARTICIPATE IN INTERNAL WORKING GROUP MEETING ON REAL ESTATE AND STRATEGY MATTERS (3.2); FOLLOW UP ON MATERIALS RE JLL AGREEMENT IN PREPARATION FOR DISCUSSION WITH US TRUSTEE AND WITH UCC (0.6); TELECONFERENCE WITH J. JAFFURS AND J. BEAUDOEN RE SAME (0.4). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| WEXLER MP | 11/04/05 | 0.40 | REVIEW ISSUES RE PAYMENT OF PREPETITION SALARIES OF JLL PERSONNEL AND DISCUSS WITH J. JAFFURS (0.4). |
| WEXLER MP | 11/10/05 | 2.10 | REVIEW PRESS RELEASE AND Q&A RE PAYMENT OF REAL ESTATE TAXES IN HOWARD COUNTY, INDIANA AND REVIEW ISSUES CONTAINED THEREIN (0.6); FOLLOW UP TO DETERMINE ACCURACY OF INFORMATION AND HOW TAXES TREATED BY BANKRUPTCY COURT (0.8); REVIEW ISSUES RAISED BY HALEY AND ALDRICH, ENVIRONMENTAL CONSULTANT AND POSSIBILITY OF MECHANIC'S LIEN ABILITY (0.7). |
| WEXLER MP | 11/11/05 | 2.20 | PARTICIPATE IN SENIOR STRATEGY SESSION RE REAL ESTATE AND OTHER CASE MANAGEMENT MATTERS (1.5); FOLLOW UP ON NECESSITY TO RETAIN HALEY & ALDRICH AS ENVIRONMENTAL REMEDIATION CONSULTANT, INCLUDING TELECONFERENCES WITH J. JAFFURS RE SAME (0.3); TELECONFERENCES WITH J. BEAUDOEN AND J. JAFFURS RE UPCOMING REAL ESTATE ISSUES (0.4). |
| WEXLER MP | 11/14/05 | 2.10 | PREPARATION FOR MEETING WITH DELPHI FACILITIES AND REAL ESTATE GROUP IN TROY ON 11/15, INCLUDING REVIEW AND COMMENT ON AGENDA, FOLLOW UP ON AGENDA ITEMS AND DISCUSS WITH J. JAFFURS AND J. BEAUDOEN (1.4); FOLLOW UP ON ISSUES RE NEED FOR RETENTION OF HALEY & ALDRICH AS ENVIRONMENTAL CONSULTANT (0.3); REVIEW CLAIMS OF HALEY & ALDRICH FOR MECHANICS LIEN ABILITY AND ISSUES (0.4). |
| WEXLER MP | 11/15/05 | 3.00 | PREPARE FOR (0.9) AND PARTICIPATE IN REAL ESTATE WORKING GROUP (J. JAFFURS, M. KAMISCHKE, J. BEAUDOEN, C. COMERFORD, K. JONES) MEETING IN TROY TO DISCUSS REAL ESTATE ISSUES AND MECHANIC'S LIEN ISSUES (2.1). |
| WEXLER MP | 11/18/05 | 1.40 | PARTICIPATE IN SENIOR STRATEGY TELECONFERENCES RE REAL ESTATE AND OTHER MATTERS (1.4). |
| WEXLER MP | 11/22/05 | 1.60 | REVIEW ISSUES RE PAYMENT OF PREPETITION AMOUNTS TO HALEY AND ALDRICH FOR ENVIRONMENTAL REMEDIATION AND ABILITY TO LIEN PROPERTIES IN CONNECTION THEREWITH (0.8); FOLLOW UP ON REAL ESTATE ISSUES RAISED BY J. JAFFURS AND J. BEAUDOEN (0.8). |
| WEXLER MP | 11/28/05 | 0.30 | FOLLOW UP ON ISSUE OF MECHANICS LIEN FOR ENVIRONMENTAL REMEDIATION (0.3). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| WEXLER MP | 11/29/05 | 0.40 | REVIEW AND COMMENT ON INTERNAL CHART OF STEPS TO BE TAKEN IN CONNECTION WITH REAL ESTATE PROJECTS AND LEASES (0.4). |
| WEXLER MP | 11/30/05 | 0.40 | REVIEW REAL ESTATE ISSUES TO BE DISCUSSED AT SENIOR STRATEGY SESSION (0.4). |
| | | 31.70 | |
| **Total Partner** | | 31.70 | |
| DANZ CE | 10/17/05 | 0.40 | COMMUNICATION WITH J. JAFFERS AND RELATED FOLLOW UP (0.4). |
| DANZ CE | 10/18/05 | 1.20 | REVIEW OF OPUS WEST CONTRACT ISSUES AND LETTER FROM COUNSEL REPRESENTING PURCHASER AND RELATED FOLLOW UP (0.6); BEGAN DRAFTING AGENDA FOR STRATEGY SESSION AND REVIEW OF REAL ESTATE LAW IN JURISDICTION (0.6). |
| DANZ CE | 10/19/05 | 2.10 | REVIEW OF DOCKET, ORDERS ENTERED, MOTIONS FILED AND REVIEW OF OTHER PROPOSED FILINGS (1.1); ATTENTION TO THE PERMIT AND AIR EMISSIONS CHARGES (0.3); REVIEW OF CLAIM FOR PREPETITION WAGES AND HUMAN CAPITAL ORDER (0.7). |
| DANZ CE | 10/20/05 | 2.30 | TELECONFERENCE FROM J. BECKER (JLL) AND DISCUSSION OF CURRENT CONTRACT, RECENT PROFESSIONAL EXPERIENCE AND UPCOMING MEETING AND RELATED FOLLOWUP (0.6), FOLLOWUP AND REVIEW OF FACILITY SERVICE INVOICES AND STATUS OF HUMAN CAPITAL ORDER ISSUES (0.5), CONTINUED ATTENTION TO STRATEGY SESSION AGENDA RE REAL ESTATE ISSUES (1.2). |
| DANZ CE | 10/25/05 | 1.70 | REVIEW OF RECENTLY ENTERED ORDERS (0.5), DISCUSSION OF COMPANY OBJECTIVES (0.4), COMMUNICATION WITH S. BACON (0.3), REVISED AGENDA AND DISTRIBUTED THE SAME (0.5). |
| DANZ CE | 10/26/05 | 3.10 | MEETING WITH J. JAFFERS, J. BEAUDOEN, M. KAMISCHKE, C. COMERFORD, K. JONES, D. BICKNELL TO DISCUSS REAL ESTATE STRATEGY (3.1). |
| DANZ CE | 10/27/05 | 2.50 | ATTENTION TO LIST OF OPEN ISSUES AND STRATEGY RELATING THERETO (1.1); CONTINUED REVIEW OF DOCKET AND RECENT FILINGS (0.4); DRAFTED REGULATIONS ISSUES LETTER (0.5); ATTENTION TO ANSWERING GENERAL REAL ESTATE RELATED QUESTIONS FROM COMPANY (0.5). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| DANZ CE | 10/31/05 | 1.80 | ANDERSON, IN LEASE, CLAIM STRATEGY AND RELATED REAL PROPERTY ISSUES (1.0); CONTINUED FOLLOWUP WITH COMPANY (J. JAFFERS AND J. BEAUDEON RE CURRENT REAL ESTATE ISSUES) (0.4); REVIEW OF THE DOCKET (0.4). |
| DANZ CE | 11/03/05 | 2.50 | COMMUNICATION WITH J. JAFFERS AND J. BEAUDOEN RE REVIEW OF PURCHASE ORDERS AND COURT ORDERS (1.4); REVIEW OF CORRESPONDENCE (0.5); ATTENTION TO FILING MATTERS AND UPCOMING DEADLINES (0.6). |
| DANZ CE | 11/07/05 | 1.10 | COMMUNICATION WITH J. JAFFERS AND J. BEAUDOEN TO COORDINATE UPCOMING FILINGS AND DISCUSSION OF CURRENT STATUS OF ONGOING REAL ESTATE MATTERS (0.8); REVIEW OF CORRESPONDENCE (0.3). |
| DANZ CE | 11/10/05 | 3.40 | PREPARATION OF COMMITTEE PRESENTATION MATERIALS (1.3); INDEPENDENTLY VERIFIED INFORMATION RELATING TO PRESS RELEASES (0.7); COMMUNICATION WITH L. SMITH RE MECHANICS' LIENS AND REVIEW OF RELATED MATERIAL (1.4). |
| DANZ CE | 11/14/05 | 3.10 | REVISIONS TO THE GOVERNMENT PERMIT RESPONSE FORM LETTER AND CIRCULATED THE SAME (1.2);, COMMUNICATION WITH J. GUGLIELMO RE MECHANICS' LIENS AND REVIEW OF ADDITIONAL MATERIALS RE THE HALEY LIENS (0.9); COMMUNICATION TO J. BEAUDOEN (0.2); DRAFTED AND REVISED AGENDA FOR ON-SITE MEETING (0.8). |
| DANZ CE | 11/15/05 | 3.10 | PARTICIPATED IN REAL ESTATE STRATEGY MEETING IN TROY, MICHIGAN WITH J. JAFFURS, J. BEAUDOEN, C. COMERFORD, K. JONES, AND D. BICKNELL FROM DELPHI (2.1); DISCUSSION OF OWNED REAL PROPERTY ISSUES INCLUDING REAL ESTATE TAXES, THE GM REAL ESTATE SEPARATION AGREEMENT, JLL ISSUES RELATING TO OWNED LAND (1.0). |
| DANZ CE | 11/28/05 | 1.30 | REVIEW OF PRECEDENT MATERIALS FOR ENVIRONMENTAL LIEN ISSUES AND STRATEGY CALL RE THE SAME (0.8); FURTHER REVISIONS TO THE FOLEY SOLE SERVICE AND NOTICE (0.5). |
| DANZ CE | 11/30/05 | 0.90 | ATTENTION TO DRAFTING PRORATIONS LETTER FOR TAXES (0.5), REVIEW OF OWNED PROPERTY SCHEDULE IN RESPONSE TO CALL FROM C. BARTEK (0.4). |
| | | **30.50** | |
| DE ELIZALDE D | 11/14/05 | 1.20 | RESEARCH RE MECHANICS STATUTE IN DIFFERENT STATES (0.9); ANALYSIS RE HALEY LIENS (0.3). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| DE ELIZALDE D | 11/15/05 | 0.60 | MEETING WITH CLIENT RE OWNED REAL ESTATE (0.6). |
|---|---|---|---|
| | | 1.80 | |

Total Associate                32.30

**TOTAL TIME**                <u>**64.00**</u>

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

**Delphi Corporation (DIP)**  Bill Date: 12/30/05
**Real Estate (Owned)**  Bill Number: 1091378

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 11/15/05 | De Elizalde D | 1,029.17 |
| Air/Rail Travel - vendor feed | 11/15/05 | De Elizalde D | 254.19 |
| Air/Rail Travel - vendor feed | 11/15/05 | Wexler MP | 917.24 |
| Air/Rail Travel - vendor feed | 11/15/05 | Danz CE | 917.24 |
| Air/Rail Travel - vendor feed | 11/15/05 | Wexler MP | 339.98 |
| Air/Rail Travel - vendor feed | 11/15/05 | Wexler MP | -339.98 |
| Air/Rail Travel - vendor feed | 11/15/05 | De Elizalde D | -492.83 |
| Air/Rail Travel - vendor feed | 11/28/05 | Wexler MP | 1,270.97 |
| Air/Rail Travel - vendor feed | 11/28/05 | Wexler MP | -1,270.98 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$2,625.00** |
| Telephone Expense | 10/28/05 | Telecommunications, D | 0.10 |
| Telephone Expense | 10/28/05 | Telecommunications, D | 0.03 |
| Telephone Expense | 11/23/05 | Telecommunications, D | 0.92 |
| Telephone Expense | 11/23/05 | Telecommunications, D | 1.68 |
| Telephone Expense | 11/23/05 | Telecommunications, D | 0.26 |
| Telephone Expense | 11/23/05 | Telecommunications, D | 0.01 |
| | | **TOTAL TELEPHONE EXPENSE** | **$3.00** |
| Lexis/Nexis | 11/02/05 | Zaltzman H | 14.00 |
| | | **TOTAL LEXIS/NEXIS** | **$14.00** |
| Out-of-Town Travel | 10/26/05 | Danz CE | 181.83 |
| Out-of-Town Travel | 11/15/05 | Wexler MP | 45.03 |
| Out-of-Town Travel | 11/15/05 | Danz CE | 93.07 |
| Out-of-Town Travel | 11/15/05 | Danz CE | 103.07 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$423.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Meals | 11/15/05 | Danz CE | 3.04 |
| Out-of-Town Meals | 11/15/05 | Wexler MP | 7.96 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$11.00** |
| Wireless - Mobile/Cellular/Pager | 11/29/05 | Wexler MP | 32.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$32.00** |
| | | **TOTAL MATTER** | **$3,108.00** |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)  
Real Estate (Owned)

Bill Date: 01/31/06  
Bill Number: 1092991

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| WEXLER MP | 12/01/05 | 0.30 | REVIEW REAL ESTATE MATTERS TO BE CONSIDERED AT SENIOR STRATEGY SESSION AND AGENDA THEREFOR (0.3). |
| WEXLER MP | 12/02/05 | 2.10 | PARTICIPATE IN SENIOR STRATEGY SESSION RE REAL ESTATE AND RELATED MATTERS (2.1). |
| WEXLER MP | 12/06/05 | 0.90 | REVIEW AND COMMENT ON FORM OF LETTER TO TAXING AUTHORITIES RE PAYMENT OF REAL AND PERSONAL PROPERTY TAXES (0.3); REVIEW AND COMMENT ON DRAFT OF PRESENTATION FOR COMMITTEE ON REAL ESTATE MATTERS (0.6). |
| WEXLER MP | 12/07/05 | 0.20 | REVIEW AND COMMENT ON REVISED DRAFT OF LETTER TO TAXING AUTHORITIES RE INABILITY TO PAY PREPETITION REAL ESTATE TAXES (0.2). |
| WEXLER MP | 12/12/05 | 1.10 | REVIEW ENVIRONMENTAL MEMO RE ABILITY TO LIEN PROPERTY FOR WORK PERFORMED BY HALEY & ALDRICH AND CONSIDER STRATEGY FOR DEALING WITH SAME (1.1). |
| WEXLER MP | 12/14/05 | 1.10 | REVIEW AND COMMENT ON PROPOSED AGENDA FOR 12/15 REAL ESTATE MEETING (0.3) AND FOLLOW UP ON ITEMS TO BE RESOLVED FROM LAST MEETING (0.6); TELECONFERENCE WITH C. COMERFORD AND J. BEAUDOEN RE SAME (0.2). |
| WEXLER MP | 12/15/05 | 4.70 | PREPARE FOR (0.8) AND PARTICIPATE IN TELECONFERENCE WITH DELPHI REAL ESTATE AND FACILITIES SERVICES TEAM (2.5) AND FOLLOW UP ON ITEMS DISCUSSED (1.2); CONSIDER ITEMS FOR AGENDA FOR 12/16 SENIOR STRATEGY MEETING (0.2). |
| WEXLER MP | 12/16/05 | 3.10 | PARTICIPATE IN SENIOR STRATEGY TELECONFERENCE RE REAL ESTATE AND OTHER MATTERS (1.4); FOLLOW UP ON ABILITY TO DONATE PROPERTIES AND POSSIBLE AUTHORITY THEREFOR, INCLUDING REVIEW OF HUMAN CAPITAL MOTION AND ORDER (1.6); TELECONFERENCE WITH K. BERLIN RE HALEY & ALDRICH POTENTIAL MECHANICS LIENS (0.1). |
| WEXLER MP | 12/20/05 | 0.90 | REVIEW POSSIBILITIES AND STRATEGY FOR PAYMENT OF HALEY & ALDRICH PREPETITION CLAIMS (0.3); FOLLOW UP TELECONFERENCE WITH K. BERLIN RE SAME (0.2); FOLLOW UP ON POTENTIAL LAND DONATIONS AND INFORMATION REQUIRED IN CONNECTION WITH SAME (0.4). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| WEXLER MP | 12/21/05 | 0.90 | REVIEW REVISED MEMO RE ABILITY TO OBTAIN MECHANICS' LIENS FOR HALEY & ALDRICH WORK (0.9). |
| WEXLER MP | 12/29/05 | 0.20 | REVIEW AND COMMENT ON PROPOSED AGENDA FOR SENIOR STRATEGY MEETING AND SCHEDULE FOR NEXT WEEK (0.2). |
| | | 15.50 | |
| **Total Partner** | | **15.50** | |
| DANZ CE | 12/01/05 | 1.40 | REVIEW OF REVISED JLL ORDER AND CIRCULATED THE SAME TO J. BECKER AND COUNSEL FOR APPROVAL (0.4), COMMUNICATION WITH D. MONTGOMERY FROM JLL (0.3), REVISIONS TO FORM ENVIRONMENTAL LETTER (0.7). |
| DANZ CE | 12/02/05 | 1.20 | DRAFTED COMMITTEE PRESENTATION RE STATUS OF OWNED PROPERTY (0.5), FOLLOW UP ON HALEY & ALDRIDGE CLAIMS (0.4), COMMUNICATIONS WITH J. BEAUDOEN (0.3). |
| DANZ CE | 12/05/05 | 1.30 | CHANGES TO THE FORM ENVIRONMENTAL PERMIT LETTER AND DISTRIBUTION TO J. BEAUDOEN AND J. JAFFURS (0.7), ATTENTION TO NOTICES OF MECHANICS' LIENS AND COORDINATION WITH M. HALL (0.6). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| DANZ CE | 12/06/05 | 1.70 | CONTINUED DRAFTING AND REVISED FORM LETTER FOR ALL RESPONSES RELATING TO PRE AND POSTPETITION REAL ESTATE OBLIGATIONS AND CIRCULATED THE SAME (1.3), INQUIRY RE ON THE NUMBER OF REAL ESTATE SITES VS. PLANTS (0.4). |
| DANZ CE | 12/08/05 | 2.20 | CONTINUED FOLLOW UP ON POST REJECTION LEASE OBLIGATIONS IN THE SECOND CIRCUIT AND DRAFTED SHORT SUMMARY OF ENVIRONMENTAL ISSUES (1.6), FOLLOW UP WITH J. BEAUDOEN AND M. KAMISCHKE RE REAL PROPERTY COUNTS INQUIRY (0.4), COMMUNICATION WITH R. JAYNER (0.2). |
| DANZ CE | 12/12/05 | 1.20 | FINALIZED REJECTION LEASE OBLIGATIONS MEMO AND DISTRIBUTED THE SAME (0.4), DRAFTED RESPONSE TO C. HITCHCOCK EMAIL (0.8). |
| DANZ CE | 12/15/05 | 0.70 | PARTICIPATION IN REAL ESTATE CALL WITH COMPANY TO DISCUSS OWNED REAL PROPERTY ISSUES AND RELATED FOLLOW UP (0.7). |
| DANZ CE | 12/19/05 | 0.40 | FORWARDED MECHANICS LIEN TO M. HALL (0.4). |
| | | 10.10 | |
| **Total Associate** | | 10.10 | |
| **TOTAL TIME** | | **25.60** | |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)  
Real Estate (Owned)

Bill Date: 01/31/06  
Bill Number: 1092991

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 12/31/05 | Teleconferencing Services, LLC | 8.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$8.00** |
| Messengers/ Courier | 12/05/05 | Dist Serv/Mail/Page, D | 9.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$9.00** |
| Wireless - Mobile/Cellular/Pager | 12/21/05 | Wexler MP | 18.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$18.00** |
| | | **TOTAL MATTER** | **$35.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  
Real Estate (Owned)

Bill Date: 02/28/06  
Bill Number: 1108418

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| WEXLER MP | 01/06/06 | 1.30 | PARTICIPATE IN SENIOR STRATEGY TELECONFERENCE RE REAL ESTATE AND OTHER MATTERS (1.3). |
| WEXLER MP | 01/11/06 | 0.40 | REVIEW ISSUES RE PAYMENT OF REAL AND PERSONAL PROPERTY TAXES IN HOWARD COUNTY INDIANA AND METHOD FOR PRORATING THEM (0.4). |
| WEXLER MP | 01/12/06 | 1.10 | REVIEW ISSUES AND PRIOR CORRESPONDENCE WITH CLIENT IN CONNECTION WITH PAYMENT OF REAL ESTATE AND PERSONAL PROPERTY TAXES FOR HOWARD COUNTY INDIANA PROPERTY (0.4); PARTICIPATE IN STRATEGY SESSION RE SAME (0.4); REVIEW OUTCOME OF DISCUSSION WITH HOWARD COUNTY ATTORNEY (0.2); REVIEW ITEMS FOR SENIOR STRATEGY TELECONFERENCE AND AGENDA (0.1). |
| WEXLER MP | 01/19/06 | 0.20 | REVIEW POSSIBLE AGENDA ITEMS FOR SENIOR STRATEGY SESSION (0.2). |
| WEXLER MP | 01/20/06 | 0.90 | PARTICIPATE IN SENIOR STRATEGY TELECONFERENCE RE REAL ESTATE AND OTHER MATTERS (0.9). |
| WEXLER MP | 01/26/06 | 0.30 | CONSIDER ITEMS TO BE PLACED ON AGENDA FOR SENIOR STRATEGY SESSION AND REVIEW SAME (0.3). |
| WEXLER MP | 01/27/06 | 1.00 | PARTICIPATE IN SENIOR STRATEGY TELECONFERENCE RE REAL ESTATE AND OTHER MATTERS (1.0). |
|  |  | 5.20 |  |
| **Total Partner** |  | **5.20** |  |
| DANZ CE | 01/03/06 | 0.90 | ATTENTION TO LAND DONATION ISSUES AND REVIEW OF RELATED DOCUMENTS (0.9). |
| DANZ CE | 01/04/06 | 2.50 | REVISIONS TO THE BURTON SALES NOTICE, ATTENTION TO COORDINATING SERVICE AND PREPARING EXHIBITS (1.3); COMMUNICATION WITH FTI RE THE BURTON SALE (0.6); NUMEROUS COMMUNICATION WITH C. HITCHCOCK, C. COMERFORD AND J. BEAUDOEN (0.6). |
| DANZ CE | 01/05/06 | 1.60 | ATTENTION TO LAND DONATION ISSUE (0.4), COMMUNICATION WITH K. JONES RE JOHNSON CONTROLS ISSUE (0.4), REVIEW OF INCOMING DISTRIBUTIONS (0.8). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| DANZ CE | 01/06/06 | 0.60 | COMMUNICATION TO DE BARTOLO RE BURTON, MI AND FOLLOWUP COMMUNICATION WITH VARIOUS INDIVIDUAL (REAL ESTATE GROUP) AT DELPHI (0.6). |
| DANZ CE | 01/11/06 | 2.30 | REVIEW OF ALL PREFILING PRESENTATIONS MADE TO DELPHI (0.9); PREPARATION OF GENERAL REAL ESTATE PRESENTATION RE LEASE REJECTION AND THE LEASE REJECTION PROCEDURES (1.4). |
| DANZ CE | 01/24/06 | 0.40 | ATTENTION TO RECENTLY RECEIVED CORRESPONDENCE (0.4). |
| DANZ CE | 01/31/06 | 0.70 | REVIEWED RECENTLY RECEIVED MAIL RE OWNED PROPERTY ISSUES (0.7). |
| | | 9.00 | |
| **Total Associate** | | 9.00 | |
| **TOTAL TIME** | | **14.20** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                        Bill Date: 02/28/06
Real Estate (Owned)                                             Bill Number: 1108418

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 01/05/06 | Wexler MP | 870.90 |
| Air/Rail Travel - vendor feed | 01/05/06 | Wexler MP | 504.10 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$1,375.00** |
| Out-of-Town Travel | 01/05/06 | Wexler MP | 89.00 |
| Out-of-Town Travel | 01/05/06 | Wexler MP | 89.00 |
| Out-of-Town Travel | 01/05/06 | Wexler MP | 45.00 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$223.00** |
| Out-of-Town Meals | 01/05/06 | Wexler MP | 2.48 |
| Out-of-Town Meals | 01/05/06 | Wexler MP | 2.80 |
| Out-of-Town Meals | 01/05/06 | Wexler MP | 6.72 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$12.00** |
| Outside Research/Internet Services | 01/06/06 | Pacer Service Center | 2.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$2.00** |
| Wireless - Mobile/Cellular/Pager | 01/25/06 | Wexler MP | 27.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$27.00** |
| | | **TOTAL MATTER** | **$1,639.00** |

B43E