SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05–44481 (RDD) |
| Debtors. | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


EXHIBIT D-30
INTELLECTUAL PROPERTY
44.4 HOURS

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  
Intellectual Property

Bill Date: 12/30/05  
Bill Number: 1091378

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| ZIFF ED | 10/11/05 | 2.00 | REVIEW CASES ON TRANSFER OF CONFIDENTIALITY AGREEMENTS (2.0). |
| ZIFF ED | 10/12/05 | 3.20 | REVIEW TERM SHEETS OF IP LICENSES TO WHICH DELPHI IS PARTY (3.2). |
| ZIFF ED | 10/18/05 | 4.00 | REVIEW REVISED MEMO ON ASSIGNABILITY OF IP LICENSES PREPARED BY SHEARMAN & STERLING (0.8); REVIEW SELECTED CASE LAW (1.2); PREPARE MARK-UP OF COMMENTS AND COVER LETTER TO SHEARMAN (2.0). |
| ZIFF ED | 10/19/05 | 0.30 | CORRESPONDENCE WITH SHEARMAN RE LICENSE AGREEMENT MEMO (0.3). |
| ZIFF ED | 10/21/05 | 0.50 | REVIEW FINAL VERSION OF SHEARMAN MEMO ON IP LICENSES (0.5). |
| ZIFF ED | 11/10/05 | 1.00 | ADVICE ON ANTI-ASSIGNMENT CLAUSE IN CERTAIN LICENSE AGREEMENTS; REVIEW LICENSE (1.0). |
| ZIFF ED | 11/11/05 | 2.00 | PREPARE FOR CONFERENCE CALL AND CONFERENCE WITH CLIENT RE CERTAIN LICENSE AGREEMENT (2.0). |
| ZIFF ED | 11/17/05 | 0.50 | REVIEW LICENSE TERMS SHEETS (0.5). |
| ZIFF ED | 11/29/05 | 1.20 | REVIEW SOFTWARE LICENSE AND TERMINATION LETTER FROM LICENSOR (1.2). |
| | | **14.70** | |
| **Total Counsel** | | **14.70** | |
| DE ELIZALDE D | 10/18/05 | 1.90 | ANALYSIS RE MEMO ON IP ISSUES (1.9). |
| DE ELIZALDE D | 10/19/05 | 0.40 | CONFERENCE CALL WITH B. CHRISTIE RE DELPHI PATENTS (0.4). |
| DE ELIZALDE D | 11/08/05 | 0.80 | ANALYSIS OF AGREEMENTS WITH FABRICATOR (0.8). |
| DE ELIZALDE D | 11/10/05 | 2.80 | REVIEWED AND REVISED MEMO RE: CERTAIN LICENSE AGREEMENT (0.9); RESEARCH ASSIGNABILITY ISSUE (1.1); ANALYSIS OF IPSO FACTO CLAUSES (.8). |
| DE ELIZALDE D | 11/11/05 | 0.70 | CONFERENCE CALL WITH DELPHI RE DRAFTING OF NEW LICENSE AGREEMENT (0.7). |
| DE ELIZALDE D | 11/14/05 | 1.40 | ANALYSIS OF AGREEMENTS WITH FABRICATOR (1.4). |
| DE ELIZALDE D | 11/17/05 | 1.90 | ANALYSIS OF AGREEMENT AND ISSUES RE BANKRUPTCY (1.9). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| DE ELIZALDE D | 11/18/05 | 2.10 | ANALYSIS OF AGREEMENTS AND DRAFTED MEMO RE SAME (1.2); ANALYSIS OF FABRICATOR AGREEMENT AND CONFERENCE CALL WITH P. MARSHALL (0.9). |
| DE ELIZALDE D | 11/19/05 | 3.80 | CONTINUED ANALYSIS OF AGREEMENTS AND CONTINUED DRAFTING MEMO RE SAME (3.8). |
| DE ELIZALDE D | 11/21/05 | 0.50 | CONTINUED ANALYSIS OF AGREEMENTS (0.5). |
| DE ELIZALDE D | 11/29/05 | 1.90 | ANALYSIS OF LICENSOR REQUEST FOR PAYMENT OF CERTAIN AMOUNTS (1.9). |
| | | **18.20** | |
| ~~HERRIOTT A V~~ | ~~10/19/05~~ | ~~1.40~~ | ~~REVIEW FOREIGN PATENT ISSUE WITH B. CHRISTIE (1.4).~~ |
| | | ~~1.40~~ | |
| **Total Associate** | | **19.60** | |
| **TOTAL TIME** | | **34.30** | |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)  Bill Date: 12/30/05
Intellectual Property  Bill Number: 1091378

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 10/14/05 | Copy Center, D | 4.97 |
| In-house Reproduction | 10/25/05 | Copy Center, D | 44.03 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$49.00** |
| Telephone Expense | 10/28/05 | Telecommunications, D | 0.85 |
| Telephone Expense | 10/28/05 | Telecommunications, D | 1.36 |
| Telephone Expense | 10/28/05 | Telecommunications, D | 0.22 |
| Telephone Expense | 11/23/05 | Telecommunications, D | 0.22 |
| Telephone Expense | 11/23/05 | Telecommunications, D | 0.10 |
| Telephone Expense | 11/23/05 | Telecommunications, D | 0.15 |
| Telephone Expense | 11/23/05 | Telecommunications, D | 0.06 |
| Telephone Expense | 11/23/05 | Telecommunications, D | 0.04 |
| | | **TOTAL TELEPHONE EXPENSE** | **$3.00** |
| Reproduction - color | 11/22/05 | Copy Center, D | 185.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$185.00** |
| | | **TOTAL MATTER** | **$237.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  Bill Date: 02/28/06
Intellectual Property  Bill Number: 1108418

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| ZIFF ED | 01/30/06 | 2.20 | REVIEW "CHESS" SOFTWARE LICENSE AGREEMENT (2.0); WRITE CORRESPONDENCE RE ASSIGNABILITY OF LICENSE (0.2). |
| ZIFF ED | 01/31/06 | 3.60 | LEGAL RESEARCH ON ASSIGNABILITY OF SOFTWARE LICENSES RE: CHESS LICENSE; TELECONFERENCE WITH CLIENT ON CHESS LICENSE (3.6). |
| | | 5.80 | |
| **Total Counsel** | | 5.80 | |
| DE ELIZALDE D | 01/30/06 | 2.70 | ANALYSIS OF SOFTWARE LICENSE AGREEMENT IN RELATION TO THE SALE OF THE CATALYST BUSINESS (2.7). |
| DE ELIZALDE D | 01/31/06 | 1.10 | ANALYSIS OF MDIS CHESS PLATFORM SOFTWARE LICENSE AGREEMENT (1.1). |
| | | 3.80 | |
| MEISLER RE | 01/30/06 | 1.50 | REVIEW AND REVISED 90-DAY STATUS REPORT FOR W. COSNOWSKI RE PATENT LITIGATION TO APPRIZE THE RELEVANT FORUM OF THE STATUS OF THE CHAPTER 11 (1.5). |
| MEISLER RE | 01/31/06 | 0.40 | TELECONFERENCE WITH W. COSNOWSKI RE 90-DAY STATUS REPORT (0.1); FINAL REVIEW RE SAME (0.2); TELECONFERENCE WITH D. PARSHALL RE LITIGATION INQUIRY (0.1). |
| | | 1.90 | |
| **Total Associate** | | 5.70 | |
| **TOTAL TIME** | | **11.50** | |

B43E