SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05–44481 (RDD) |
| Debtors. | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-31
LITIGATION (GENERAL)
47.7 HOURS

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)  
Litigation (General)

Bill Date: 01/31/06  
Bill Number: 1092991

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MARAFIOTI KA | 12/13/05 | 1.00 | REVISE MOTION TO EXTEND DEADLINE FOR REMOVAL OF ACTIONS (0.8) & NOTICE OF MOTION (0.1) & PROPOSED ORDER (0.1). |
| MARAFIOTI KA | 12/14/05 | 0.60 | FINAL REVIEW OF REMOVAL PAPERS (0.6). |
| MARAFIOTI KA | 12/16/05 | 0.40 | WORK ON MOTION RE EXTENSION OF REMOVAL PERIOD (0.4). |
|  |  | 2.00 |  |
| **Total Partner** |  | **2.00** |  |
| HEATHER JL | 12/06/05 | 3.70 | LEGAL RESEARCH AND REVIEW CASE LAW AND RULES RE REMOVAL OF STATE COURT ACTION TO BANKRUPTCY COURT (2.8); REVIEW AND ANALYZE BRIEFING IN MISSISSIPPI STATE COURT RE PLAINTIFF'S MOTION TO FILE A SECOND AMENDED COMPLAINT AND SEVER DEBTOR DEFENDANTS (0.9). |
| HEATHER JL | 12/07/05 | 6.70 | LEGAL RESEARCH AND REVIEW CASE LAW RE WHETHER STATE COURT ACTION CONSTITUTES A CORE PROCEEDING WITHIN MEANING OF CODE FOR PURPOSES OF REMOVAL (5.9); REVIEW AND ANALYZE ORDER RE TRADING PROCEDURES AND OBJECTION OF D.C. CAPITAL TO SAME (0.8). |
| HEATHER JL | 12/09/05 | 2.30 | REVIEW AND ANALYZE DRAFT OPPOSITION TO MOTION TO FILE SECOND AMENDED COMPLAINT AND TO SEVER DEBTOR DEFENDANTS IN STATE COURT ACTION (0.7); LEGAL RESEARCH AND REVIEW CASE LAW RE SCOPE OF AUTOMATIC STAY (1.6). |
| HEATHER JL | 12/10/05 | 2.40 | REVIEW AND ANALYZE DRAFT OPPOSITION TO MOTION TO FILE SECOND AMENDED COMPLAINT AND TO SEVER DEBTOR DEFENDANTS IN STATE COURT ACTION (0.9); LEGAL RESEARCH AND REVIEW CASE LAW RE SCOPE OF AUTOMATIC STAY IN SECOND AND FIFTH CIRCUIT (1.2); REVIEW AND ANALYZE CASE LAW RE FILING OF AMENDED PLEADINGS AND VIOLATION OF AUTOMATIC STAY (0.3). |
| HEATHER JL | 12/11/05 | 0.80 | REVIEW AND REVISE DRAFT OPPOSITION TO MOTION TO FILE SECOND AMENDED COMPLAINT AND TO SEVER DEBTOR DEFENDANTS IN STATE COURT ACTION (0.8). |
| HEATHER JL | 12/12/05 | 0.10 | REVIEW AND ANALYZE LETTER TO D.C. CAPITAL RE OBJECTION TO TRADING PROCEDURES (0.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| HEATHER JL | 12/14/05 | 2.70 | LEGAL RESEARCH AND REVIEW CASE LAW RE CORE AND NON-CORE CLAIMS IN CONTEXT OF REMOVAL PROCEEDINGS (0.9); LEGAL RESEARCH AND REVIEW CASE LAW RE FIDUCIARY SHIELD DOCTRINE UNDER FIFTH CIRCUIT AND MISSISSIPPI LAW (1.8). |
| | | **18.70** | |
| MEISLER RE | 12/06/05 | 1.10 | TELECONFERENCE WITH J. PAPELIAN RE SOUTHTRUST LITIGATION AND CWI MATTER (0.3); REVIEWED SOUTHTRUST LITIGATION MATTERS AND POTENTIAL REMOVAL OF ACTION TO BANKRUPTCY COURT (0.5); TELECONFERENCE WITH D. BROWN AND J. PAPELIAN RE SAME (0.3). |
| MEISLER RE | 12/07/05 | 2.30 | TELECONFERENCE WITH D. BROWN AND J. PAPELIAN RE SOUTHTRUST LITIGATION (0.8); ATTENTION TO SAME (1.5). |
| MEISLER RE | 12/09/05 | 0.50 | CONTINUED ATTENTION TO SOUTHTRUST LITIGATION (0.5). |
| MEISLER RE | 12/11/05 | 0.80 | REVIEWED AND COMMENTED ON MOTION TO EXTEND TIME TO REMOVE ACTIONS (0.8). |
| MEISLER RE | 12/12/05 | 1.70 | REVIEWED MATERIALS RE SOUTHTRUST LITIGATION AND AUTOMATIC STAY ANALYSIS RE SAME (1.5); TELECONFERENCE WITH D. BROWN RE SAME (0.2). |
| MEISLER RE | 12/14/05 | 0.40 | CONTINUED REVIEW OF MOTION TO EXTEND TIME TO REMOVE ACTIONS (0.4). |
| MEISLER RE | 12/16/05 | 0.20 | FINALIZE REMOVAL MOTION (0.2). |
| | | **7.00** | |
| MICHELI MJ | 12/05/05 | 0.50 | BEGAN REVIEW OF MOTION FOR EXTENSION OF DEADLINE TO REMOVE CAUSES OF ACTION (0.5). |
| MICHELI MJ | 12/08/05 | 1.30 | BEGAN REVISIONS TO MOTION TO EXTEND DEADLINE TO REMOVE CAUSES OF ACTION (1.3). |
| MICHELI MJ | 12/09/05 | 1.10 | BEGAN REVISIONS TO MOTION (0.7), ORDER (0.4) TO EXTEND DEADLINE TO REMOVE CAUSES OF ACTION. |
| MICHELI MJ | 12/12/05 | 0.90 | REVIEW AND REVISE MOTION FOR EXTENSION OF DEADLINE TO REMOVE CAUSES OF ACTION (0.9). |
| MICHELI MJ | 12/13/05 | 0.80 | CONTINUED REVISIONS TO MOTION FOR EXTENSION OF DEADLINE TO REMOVE CAUSES OF ACTION RE COMMENTS RECEIVED (0.8). |
| MICHELI MJ | 12/16/05 | 0.80 | FINALIZE PLEADINGS FOR EXTENSION OF DEADLINE TO REMOVE CAUSES OF ACTION (0.8). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MICHELI MJ | 12/22/05 | 0.50 | REVIEW AND REVISE SCRIPT FOR MOTION FOR EXTENSION OF REMOVAL DEADLINE (0.5). |
| MICHELI MJ | 12/23/05 | 0.90 | REVIEW UPDATED REMOVAL SCRIPT (0.3); REVISE REMOVAL SCRIPT (0.6). |
| | | **6.80** | |
| ZALTZMAN H* | 12/07/05 | 4.80 | RESEARCH MOTION TO EXTEND TIME TO REMOVE CAUSES OF ACTION PRECEDENT (4.8). |
| ZALTZMAN H* | 12/08/05 | 3.80 | FINISH DRAFTING THE EXTENSION OF DEADLINE TO REMOVE ACTIONS MOTION AND CORRESPONDING ORDER (3.8). |
| ZALTZMAN H* | 12/21/05 | 1.60 | DRAFT SCRIPT FOR REMOVAL EXTENSION (1.6). |
| | | **10.20** | |
| **Total Associate/Law Clerk** | | **42.70** | |
| ZSOLDOS AF | 12/07/05 | 1.30 | PRECEDENT RESEARCH RE MOTION TO REMOVE ACTIONS (1.3). |
| ZSOLDOS AF | 12/12/05 | 0.50 | PRECEDENT RESEARCH RE REMOVAL OF ACTIONS (0.5). |
| | | **1.80** | |
| **Total Legal Assistant** | | **1.80** | |
| **TOTAL TIME** | | **46.50** | |

\* Law clerks are law school graduates who are not presently admitted to practice.

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)  Bill Date: 01/31/06
Litigation (General)  Bill Number: 1092991

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 12/13/05 | Copy Center, D | 1.65 |
| In-house Reproduction | 12/19/05 | Copy Center, D | 2.99 |
| In-house Reproduction | 12/20/05 | Copy Center, D | 3.72 |
| In-house Reproduction | 12/23/05 | Copy Center, D | 10.64 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$19.00** |
| Telephone Expense | 12/29/05 | Telecommunications, D | 10.68 |
| Telephone Expense | 12/29/05 | Telecommunications, D | 16.94 |
| Telephone Expense | 12/29/05 | Telecommunications, D | 2.38 |
| | | **TOTAL TELEPHONE EXPENSE** | **$30.00** |
| Westlaw | 12/06/05 | Heather JL | 153.16 |
| Westlaw | 12/07/05 | Heather JL | 692.13 |
| Westlaw | 12/09/05 | Heather JL | 113.18 |
| Westlaw | 12/10/05 | Heather JL | 33.93 |
| Westlaw | 12/14/05 | Heather JL | 943.60 |
| | | **TOTAL WESTLAW** | **$1,936.00** |
| | | **TOTAL MATTER** | **$1,985.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                    Bill Date: 02/28/06
Litigation (General)                                        Bill Number: 1108418

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MICHELI MJ | 01/04/06 | 1.10 | BEGAN REVISIONS TO THE REMOVAL MOTION SCRIPT (1.1). |
|  |  | 1.10 |  |
| ~~TOUSSI S~~ | ~~01/03/06~~ | ~~1.20~~ | ~~REVIEW ENTEK MOTION TO LIFT THE AUTOMATIC STAY (0.4); ADDRESS ISSUES RE SAME RE AGREEMENT AND PROPOSED SETOFF ISSUES (0.8).~~ |
|  |  | ~~1.20~~ |  |
| ZALTZMAN H* | 01/03/06 | 1.20 | REVIEW REMOVAL EXTENSION ORDER AND ALL PROFFERS. (1.2). |
| ZALTZMAN H* | 01/04/06 | 0.70 | MAKE CHANGES TO REMOVAL SCRIPT (0.2); CHECK MATERIALS FOR NOTICE ISSUE RE REMOVAL SCRIPT (0.5). |
|  |  | 1.90 |  |
| **Total Associate/Law Clerk** |  | **4.20** |  |
| **TOTAL TIME** |  | **4.20** |  |

\* Law clerks are law school graduates who are not presently admitted to practice.