SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
        In re                               :       Chapter 11
                                            :
DELPHI CORPORATION, et al.,                 :       Case No. 05–44481 (RDD)
                                            :
                        Debtors.            :       (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-32
EMPLOYEE MATTERS (RETIREE/OPEB)
41.4 HOURS

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                    Bill Date: 12/30/05
Employee Matters (Retiree/OPEB)                            Bill Number: 1091378

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 10/17/05 | 0.40 | EMAILS FROM/TO B. SAX AND S. SARTIN RE OPEB MATTERS (0.2); REVIEW MATERIALS RE SAME (0.2). |
| BUTLER, JR. J | 10/19/05 | 0.30 | REVIEW COBRA MATTERS (0.3). |
| BUTLER, JR. J | 10/25/05 | 0.30 | EMAILS FROM/TO B. SAX RE RETIREE MATTERS (0.3). |
| BUTLER, JR. J | 10/28/05 | 0.30 | EMAILS FROM/TO R. ROSENBERG RE SECTION 1114 ELECTION BY UNIONS (0.2); FOLLOW UP RE SAME (0.1). |
| | | 1.30 | |
| FURFARO JP | 11/09/05 | 0.80 | REVIEW OF RETIREE MATERIALS/UPDATE (0.8). |
| FURFARO JP | 11/10/05 | 0.90 | REVIEW OF RETIREE MOTIONS (0.9). |
| | | 1.70 | |
| **Total Partner** | | **3.00** | |
| FERN BM | 11/11/05 | 1.20 | ORGANIZED DOCUMENTS AND BEGIN REVIEWING BACKGROUND MATERIALS RE RETIREE COMMITTEE MOTIONS (1.2). |
| FERN BM | 11/12/05 | 3.70 | REVIEWED ADDITIONAL BACKGROUND MATERIAL RE RETIREE BENEFITS (3.1); REVIEWED AND ANALYZED RETIREE COMMITTEE PLEADINGS (0.6). |
| FERN BM | 11/14/05 | 4.50 | OUTLINED AND SUMMARIZED PLEADINGS RE RETIREE BENEFITS (1.3); RESEARCH RE RETIREE BENEFITS (2.1); BEGAN DRAFTING OBJECTION TO MOTION TO VACATE (1.1). |
| FERN BM | 11/15/05 | 5.70 | CONTINUED DRAFTING OBJECTION TO RETIREE COMMITTEE VACATE MOTION (2.6); RESEARCH RE VACATING AN ORDER (0.7); CONTINUED DRAFTING OBJECTION TO VACATE MOTION (2.4). |
| FERN BM | 11/16/05 | 3.90 | ANALYSIS OF MOTION TO VACATE RETIREE COMMITTEE ORDER (0.8); DRAFTED PROPOSED AGREED ORDER RE SAME (2.2); REVIEWED AND REVISED OBJECTION TO MOTION TO VACATE (0.9). |
| FERN BM | 11/17/05 | 1.90 | UPDATED OBJECTIONS TO RETIREE COMMITTEE MOTIONS (1.9). |
| FERN BM | 11/21/05 | 2.90 | REVIEWED AND REVISED RETIREE COMMITTEE OBJECTIONS (1.3); DRAFTED SCRIPTS RE OBJECTIONS TO RETIREE COMMITTEE MOTIONS (1.6). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| FERN BM | 11/22/05 | 5.70 | REVIEWED AND REVISED RETIREE COMMITTEE OBJECTION (1.2); FINAL REVISIONS TO RETIREE COMMITTEE OBJECTIONS (2.8); DRAFTED SCRIPT FOR HEARING ON RETIREE COMMITTEE MOTIONS (1.7). |
| FERN BM | 11/23/05 | 2.70 | FORMULATE STRATEGY RE RETIREE COMMITTEE MOTIONS (1.2); TELECONFERENCE WITH D. DOYLE RE RETIREE COMMITTEE BENEFIT ORDER (0.3); REVISED PROPOSED AGREED ORDERS RE RETIREE COMMITTEE MOTIONS (0.8); CORRESPONDENCE TO D. DOYLE RE RETIREE ORDERS (0.4). |
| FERN BM | 11/26/05 | 0.40 | CORRESPONDENCE WITH D. DOYLE RE RETIREE BENEFITS MOTION (0.4). |
| FERN BM | 11/28/05 | 5.80 | TELECONFERENCE WITH D. DOYLE RE RETIREE BENEFITS MOTIONS (0.3); CORRESPONDENCE WITH D. DOYLE RE SAME (0.3); REVISED SCRIPTS FOR RETIREE COMMITTEE MOTIONS (1.1); DRAFTED NEW SCRIPT FOR RETIREE MOTION (0.5); ADDITIONAL REVISIONS TO RETIREE MOTION SCRIPT (0.2); TELECONFERENCE WITH D. DOYLE RE RETIREE MOTION (0.3); FINAL REVISIONS TO RETIREE MOTION SCRIPT (0.7); REVIEWED WITHDRAWAL OF RETIREE MOTIONS (0.3); TELECONFERENCE WITH J. VITALE RE RETIREE MOTIONS (0.2); ATTENTION TO ISSUES RE RETIREE MOTIONS (1.4); REVIEWED AMENDED NOTICE OF WITHDRAWAL (0.2); REVISED RETIREE MOTION SCRIPT (0.3). |

38.40

| | | | |
|---|---|---|---|
| MEISLER RE | 10/20/05 | 0.30 | PARTICIPATED ON TELECONFERENCE WITH COMPANY RE PAYMENT OF RETIREE BENEFITS (0.3). |
| MEISLER RE | 10/21/05 | 0.20 | REVIEWED NOTICES RECEIVED FROM UNIONS RE CONFIRMATION TO SERVE AS 1114 RETIREE REPRESENTATIVE (0.2). |
| MEISLER RE | 11/20/05 | 0.60 | REVIEWED AND REVISED OBJECTIONS TO SALARIED RETIREE MOTIONS (0.6). |
| | | 1.10 | |

| | |
|---|---|
| **Total Associate** | **39.50** |
| **TOTAL TIME** | **42.50** |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Employee Matters (Retiree/OPEB)**

**Bill Date: 12/30/05**
**Bill Number: 1091378**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 11/23/05 | Telecommunications, D | 1.28 |
| Telephone Expense | 11/23/05 | Telecommunications, D | 2.37 |
| Telephone Expense | 11/23/05 | Telecommunications, D | 0.34 |
| Telephone Expense | 11/23/05 | Telecommunications, D | 0.01 |
| | | **TOTAL TELEPHONE EXPENSE** | **$4.00** |
| Lexis/Nexis | 11/14/05 | Fern BM | 143.93 |
| Lexis/Nexis | 11/15/05 | Fern BM | 128.03 |
| Lexis/Nexis | 11/16/05 | Fern BM | 128.04 |
| | | **TOTAL LEXIS/NEXIS** | **$400.00** |
| Westlaw | 11/14/05 | Fern BM | 36.00 |
| | | **TOTAL WESTLAW** | **$36.00** |
| | | **TOTAL MATTER** | **$440.00** |