SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05–44481 (RDD) |
| Debtors. | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-33
REORGANIZATION PLAN / PLAN SPONSORS
33.6 HOURS

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                                  Bill Date: 12/30/05
Reorganization Plan / Plan Sponsors                    Bill Number: 1091378

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| ZALTZMAN H* | 11/30/05 | 3.80 | RESEARCH PRECEDENTS FOR WRITING MOTION FOR ORDER TO EXTEND EXCLUSIVITY PERIOD (3.8). |
| | | 3.80 | |
| Total Associate/Law Clerk | | 3.80 | |
| ~~ZSOLDOS AE~~ | ~~11/30/05~~ | ~~1.40~~ | ~~PRECEDENT RESEARCH FOR RE EXCLUSIVITY MOTIONS (1.4).~~ |
| | | ~~1.40~~ | |
| ~~Total Legal Assistant~~ | | ~~1.40~~ | |
| **TOTAL TIME** | | **5.20** | |

    * Law clerks are law school graduates
      who are not presently admitted to practice.

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                               Bill Date: 01/31/06
Reorganization Plan / Plan Sponsors                    Bill Number: 1092991

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MARAFIOTI KA | 12/12/05 | 0.70 | WORK ON MOTION TO EXTEND EXCLUSIVITY (0.6) AND PROPOSED ORDER (0.1). |
| MARAFIOTI KA | 12/13/05 | 0.60 | CONTINUED WORK ON EXCLUSIVITY MOTION (0.5) AND PROPOSED ORDER (0.1). |
| MARAFIOTI KA | 12/14/05 | 1.20 | FINAL REVIEW OF EXCLUSIVITY PAPERS (1.0); CONSIDER EXCLUSIVITY ISSUES (0.2). |
| MARAFIOTI KA | 12/16/05 | 1.30 | WORK ON EXTENSION OF EXCLUSIVITY MOTION (1.3). |
| | | 3.80 | |
| **Total Partner** | | **3.80** | |
| DE ELIZALDE D | 12/01/05 | 2.90 | REVIEWED PRECEDENTS OF MOTIONS AND ORDERS EXTENDING THE EXCLUSIVITY PERIODS (2.9). |
| | | 2.90 | |
| HERRIOTT AV | 12/09/05 | 3.80 | BEGIN DRAFTING MOTION TO EXTEND PLAN EXCLUSIVITY PERIODS (3.8). |
| HERRIOTT AV | 12/11/05 | 3.50 | CONTINUE DRAFTING MOTION AND ORDER TO EXTEND PLAN EXCLUSIVITY PERIODS (3.5). |
| HERRIOTT AV | 12/12/05 | 3.20 | CONTINUE DRAFTING EXCLUSIVITY MOTION, ORDER AND NOTICE (1.1); ASSEMBLE CHART OF EXCLUSIVITY PERIODS IN SIMILAR CASES (2.1). |
| HERRIOTT AV | 12/13/05 | 3.60 | CONTINUE EDITING MOTION TO EXTEND EXCLUSIVE PERIODS TO FILE A PLAN OF REORGANIZATION (3.6). |
| HERRIOTT AV | 12/14/05 | 1.50 | CONTINUE EDITING EXCLUSIVITY EXTENSION MOTION (1.5). |
| HERRIOTT AV | 12/16/05 | 1.90 | CONTINUE EDITING EXCLUSIVITY MOTION AND ORDER (1.9). |
| HERRIOTT AV | 12/22/05 | 0.30 | DRAFT SCRIPT FOR OMNIBUS HEARING RE EXCLUSIVITY MOTION (0.3). |
| HERRIOTT AV | 12/29/05 | 0.60 | EDIT EXCLUSIVITY SCRIPT (0.6). |
| | | 18.40 | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MEISLER RE | 12/12/05 | 0.70 | REVIEWED AND COMMENT ON MOTION TO EXTEND EXCLUSIVITY (0.7). |
| MEISLER RE | 12/14/05 | 0.30 | CONTINUED REVIEW OF EXCLUSIVITY MOTION (0.3). |
| MEISLER RE | 12/15/05 | 0.50 | CONTINUED TO REVIEW AND COMMENT ON MOTION TO EXTEND EXCLUSIVITY PERIOD (0.5). |
| MEISLER RE | 12/16/05 | 0.50 | FINALIZE EXCLUSIVITY MOTION (0.5). |
| | | **2.00** | |
| ZALTZMAN H* | 12/02/05 | 1.70 | RESEARCH AND DRAFTING RE EXTENSION OF EXCLUSIVITY PERIOD OF PLAN OF REORGANIZATION (1.7). |
| ZALTZMAN H* | 12/09/05 | 1.00 | COMPLETE RESEARCH ASSIGNMENT RE EXCLUSIVITY PERIOD (1.0). |
| | | **2.70** | |
| **Total Associate/Law Clerk** | | **26.00** | |
| ZSOLDOS AF | 12/13/05 | 1.40 | PRECEDENT RESEARCH RE EXCLUSIVITY PERIODS (1.4). |
| | | 1.40 | |
| **Total Legal Assistant** | | **1.40** | |
| **TOTAL TIME** | | **31.20** | |

\* Law clerks are law school graduates who are not presently admitted to practice.

### SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)  
Reorganization Plan / Plan Sponsors

Bill Date: 01/31/06  
Bill Number: 1092991

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 12/29/05 | Telecommunications, D | 1.77 |
| Telephone Expense | 12/29/05 | Telecommunications, D | 0.22 |
| Telephone Expense | 12/29/05 | Telecommunications, D | 1.01 |
| | | **TOTAL TELEPHONE EXPENSE** | **$3.00** |
| | | **TOTAL MATTER** | **$3.00** |

B43E