**Hearing Date: September 14, 2006**
**Hearing Time: 10:00 a.m. (Prevailing Eastern Time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)


    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                  :
        In re                                     :    Chapter 11
                                                  :
DELPHI CORPORATION, et al.,                       :    Case No. 05-44481 (RDD)
                                                  :
                           Debtors.               :    (Jointly Administered)
                                                  :
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

PROPOSED ELEVENTH OMNIBUS HEARING AGENDA

Location Of Hearing:        United States Bankruptcy Court for the Southern District of New
                            York, Alexander Hamilton Custom House, Room 601, 6th Floor,
                            One Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (1 Matter)

    C.    Uncontested, Agreed, Or Settled Matters (1 Matter)

    D.    Contested Matters (1 Matter)

    E.    Adversary Proceedings (2 Matters)

**B.    Continued Or Adjourned Matters**

    1.    **"IBJTC Business Credit Corporation's Motion To Compel"** – Motion To Compel Assumption Or Rejection Of Unexpired Lease And For Payment And Performance Of Post-Petition Lease Obligations (Docket No. 5009)

*Response Filed:*    *None.*

*Reply Filed:*    *None.*

*Related Filing:*    *None.*

*Status:*    *By agreement of the parties this matter is being adjourned to the October 19, 2006 omnibus hearing.*

**C.    Uncontested, Agreed, Or Settled Matters**

    2.    **"H. E. Services Company's Motion To Extend Time"** –H.E. Services Company And Robert Backie's Motion To Extend Time To File Appeal (Docket No. 4971)

*Response Filed:*    *None.*

*Reply Filed:*    *None.*

*Related Filing:*    *Motion Of H.E. Services Company, And Robert Backie, Majority Shareholder For Relief From The Automatic Stay Under Section 362 Of The Bankruptcy Code (Docket No. 2705)*

*Objection To Proposed Sixth Omnibus Hearing Agenda As It Pertains To Docket No. 2705 (Docket No. 3143)*

*Supplement To H.E. Services Company, And Robert Backie, Majority Shareholder Motion For Relief From The Automatic Stay Under Section 362 Of The Bankruptcy Code (Docket No. 3263)*

*Debtors' Objection To Motion Of H.E. Services Company And Robert Backie, Majority Shareholder For Relief From Automatic Stay (Docket No. 4108)*

*Reply To Debtor's Objection To H.E. Services Company, And Robert Backie, Majority Shareholder Motion For Relief From The Automatic Stay Under Section 362 Of The Bankruptcy Code (Docket No. 4218)*

*Debtors' Supplemental Objection To Motion Of H.E. Services Company And Robert Backie For Relief From Automatic Stay (Docket No. 4532)*

*Status:*          *An order will be submitted for consideration by the Court.*

## D.    Contested Matters

3.    **"NuTech Plastics Engineering, Inc.'s Lift Stay Motion"** – NuTech Plastics Engineering, Inc.'s Motion For Relief From The Automatic Stay In Order To Continue Prepetition Breach-Of-Contract Case Against Delphi Automotive Systems USA, L.L.C. And General Motors (Docket No. 4436)

*Response Filed:*      *Debtors' Objection To Motion Of NuTech Plastics Engineering, Inc. For Relief From Automatic Stay (Docket No. 4559)*

*Reply Filed:*         *NuTech's Reply In Support Of Its Motion For Relief From The Automatic Stay (Docket No. 4582)*

*NuTech Plastics Engineering, Inc.'s Supplement to Its Motion for Relief from the Automatic Stay (Docket No. 5106)*

*Related Filing:*      *Transcript Of Hearing Held On July 19, 2006 At 10:08 AM, Re: Motion Of NuTech Plastics Engineering, Inc. For Relief From The Automatic Stay In Order To Continue Pre-Petition*

3

*Breach-Of-Contract Case Against Delphi
Automotive Systems USA, L.L.C. And General
Motors (Docket No. 4800)*

*Supplemental Affidavit Of Jay Schwartz In Support
Of NuTech Plastics Engineering, Inc.'s Motion For
Relief From The Automatic Stay (Docket No. 4436)
(Docket No. 4937)*

*Notice Of Presentment Of Interim Order On
NuTech's Relief-From-Stay Motion, And
Supplemental Affidavit Of Jay Schwartz In Support
Of NuTech's Relief-From-Stay Motion (Docket No.
4939)*

*Order On Motion Of NuTech Plastics Engineering
Inc., For Relief From Automatic Stay (Docket No.
4952)*

*Status: The hearing with respect to this matter will
be proceeding.*

### E.    Adversary Proceedings

4.    **"L&W Engineering, Co. Motion For Summary Judgment"** – Motion
For Summary Judgment (Adv. Pro. No. 06-01136) (Docket No. 22)

*Response Filed:*    *Defendants' Motion For Judgment On The Pleadings
(Docket No. 26)*

*Defendants' Memorandum Of Law In Opposition To
Plaintiffs' Motion For Summary Judgment (Docket
No. 28)*

*Defendants' Statement Of Material Facts In Support
Of Their Opposition To Plaintiffs' Summary
Judgment Motion (Docket No. 29)*

*Defendants' Reply Memorandum In Support Of
Their Motion For Judgment On The Pleadings
(Docket No. 35)*

*Reply Filed:*    *Plaintiffs' Memorandum Of Law In Response To
Defendants' Motion For Judgment On The Pleadings
(Docket No. 30)*

4

|  |  |
|---|---|
|  | *Plaintiffs' Memorandum Of Law In Reply To Defendants' Opposition To Plaintiff's Motion For Summary Judgment (Docket No. 33)* |
| *Related Filings:* | *Summons And Notice Of Pretrial Conference In An Adversary Proceeding (Docket No. 2)* |
|  | *Debtors' Answer, Affirmative Defenses, And Counterclaim To Complaint Of L&W Engineering, Co. And Southtec, LLC (Docket No. 14)* |
|  | *Plaintiffs' Answer To Debtors' Counterclaim (Docket No. 18)* |
|  | *Memorandum Of Law In Support Of Plaintiff's Motion For Summary Judgment (Docket No. 23)* |
| *Status:* | *By agreement of the parties this matter is being adjourned to the October 19, 2006 omnibus hearing.* |

5.    **"Delphi Medical Systems Colorado Corporation's Summons"** –
Summons And Notice Of Pretrial Conference In An Adversary Proceeding
(Adv. Pro. No. 06-01677) (Docket No. 2)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *Complaint To Recover Property Of The Estate (Docket No. 1)* |
| | *Amended Complaint To Recover Property Of The Estate (Docket No. 3)* |
| | *Amended Summons And Notice Of Pretrial Conference In An Adversary Proceeding (Docket No. 4)* |
| *Status:* | *The Debtors will request that this matter be adjourned to the October 19, 2006 omnibus hearing.* |

Dated:  New York, New York
         September 13, 2006

SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr. (JB 4711)
    John K. Lyons (JL 4951)
    Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

        - and -

By:/s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

6