100 Transferred Employees
Delphi And Johnson Controls
Final Sale Agreement Coalition
C/O Abdul R. Sei
2002 Birchwood Court
North Brunswick
New Jersey, 08902



Judge Robert Drain
1 Bowling Green
New York, NY 10004-1408
Court # 610

### Buyout Concerns

    Your honor, we the ignored one hundred member employees of the then Delphi, New Brunswick Operations, are writing you with one voice, firstly commending you on a long stressful hearing of an intricate and sensitive deliberations among Delphi, I.U.E and Johnson Controls Inc. We are aware that it takes no lessthan your experience and professional ability to come up with a binding judgment in a case like this. We appreciate and respect your judgment.
    However, immediately after Delphi claimed bankruptcy, the lives of the workers and families of Delphi, Local 416 here in New Brunswick changed. The fate of our living lifestyle that was heavily financially dependent on the different jobs we had with Delphi was seriously threatened. Nobody knew what the future had for us back then. Our only hope was in the hands of the workers union that we had. We expected the I.U.E leadership to negotiate a deal with management, to at least compensate every permanent employee for years of exposure to Negative air pressure and excessive Lead and Acid Fumes, which is continuingly posing a deteriorating health risk for all the employees that worked there during these years. Surprisingly, both management and the Union failed us in this respect.
    Your excellency, we want to take up this opportunity to inform your Lordship about certain misgivings, misinformation and misrepresentation of Delphi Corporation and the leadership of I.U.E Union. Following the confirmation of the sale of Delphi Battery Business to Johnson Controls, the local 416 union leadership, assured every permanent employee of one year and above some form of monetary compensation. In a memo posted by local 416 leadership, sometime in June of this year they (the union) detailed the compensation inform of a buyout with workers between one and three years of work service getting forty thousand dollars and workers with three to lessthan ten years of service getting seventy thousand dollars while workers with ten and above getting one hundred and forty thousand dollars respectively.
    Surprisingly, your honor, this agreement by the Union and Delphi Corporation about the buyout took a bitter turn by the early days of July this year, when the actual terms of sale was made known to all the employees in an all employee meeting that "Delphi Corporations in consultation with the leadership of I.U.E sold Delphi New

Brunswick Operations with one hundred employees to Johnson Controls Inc". Honestly your honor, those were their exact words. Now we don't know what legal standing they had to do that but they it anyway, paying absolutely no attention to our human dignity. As if words were not enough for them (management and the union leadership) they distributed an attrition form for employees to complete indicating their position in the buyout agreement. In this attrition memo every permanent employee with one year and above of work service was given an option to choose between buyout and leave, buy down and stay and forceful stay with no option of buyout. As you would expect, your honor, 95% of the employees choose buyout but again Delphi management in consultation with the Union leadership blatantly ignored the voices of ninety-six employees. Apparently, Delphi did what they did because they had to honor their position in selling one hundred people to Johnson Controls Inc.

Ironically, On August 1st this year, which was the first operation day for Johnson Controls sixty-six employees were laid off. This was a clear indication that Johnson Controls did not need that many employees at that time. If JCI did not need the ninety-six people at that time why they ask for us there by depriving us our buyout package. We have been asking so many questions with no answer.

Finally, your honor, we the eligible ninety-six member employees are reaffirming our position that the transfer of us to Johnson Controls was and is still not our wish we choose buyout monetary compensation and that we feel very degrading that we were sold as part of Delphi's property. We thank you for your undivided attention.

Sincerely Yours

To whom this may concern,

        I have been informed that you are unaware of our circumstance. Not everyone at Delphi received the buyout as you were made to believe. There are 100 employees at Delphi in New Brunswick who did not receive the buyout offers. I assure you this was not a voluntary decision, 96 of us elected to receive the buyout and leave. Delphi and the IUE/CWA once again have discriminated against it employee's. This time we will fight back to win what is our's. I have asked all 100 employees's to sign this letter to provide witness to the truth.

Robert W. Cox  
Mohammed [illegible]  
Kodzo Emlo  
Al Jalk[?]  
Balls Abubakarr  
Julius Bosee  
Andrew Fofana  
Angelo Palmer  
Ofori Awing  
Amerlin Baoquin  
Zakari Yussif  
Michelet Botillo  
Mirlande Cassenave  
Henry Joseph  
Frantz Prudomme  
Edward B[illegible]  
Elisabeth Brete  
Tyrone McRae  
Vanika Tony  
Robert [illegible]  
Eugenio Rodriguez  

Stephen Sah[?]  
George A[illegible]  
Kamil Shabazz  
Marvin Rivera  
Feroze Ali  
Bibi Ali  
Minkailu Macauley  
Val Andrews  
Gini M. Robinson  
Kobina Aila  
Agboola Musibau  
Aina Temitope  
John [illegible]  
Abraham [illegible]  
Dell M. Larcom  
Tony C. Sinclair  
Abdul R Sei  
Abdoulaye Kaba  
Joseph Mancuso  
Deloach Clarence  
Mike Barnes  
J. Whittney Altereik

CALVIN LYONS JR

Yadira Ortega

Luis Osorio

Ibrahim C. Mukolel

Akim Akimlede

Michael Boakye Sarguah

Jacob Nyanteh

Mark Stanul

JOSEPH HILLS

Irma Lopez

Ingrid Medina

CARLOS R LUQUE

Kenneth Potts

Jose Fernandez

MARVIN RIVERA

Anita Dickson

Christopher D. Johnson

William Jones

ntlericte Whitti

Tracy Lone

Art Miller

Gerald Smolenski

Daude Thoronka