United States Bankruptcy Court
Southern District of New York
-------------------------------------------------------------X
In re:
Delphi Automotive Systems, LLC                           : Chapter 11
                                                          : Case No. 05-44640 (Jointly Administered
                                                          Under Case No. 05-44481)
                                                          :
                                                          : Amount $3,530.27
                    Debtor
-------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

PLEASE TAKE NOTE that the transfer of claim from:

> Preyco Mfg Co Inc
> Dennis LaPerriere
> PO Box 4057
> Waterbury, CT  06704

IS HEREBY WITHDRAWN BY

> Fair Harbor Capital, LLC
> 875 Avenue of the Americas, Suite 2305
> New York, NY  10001


DATED: September 14, 2006                    _____/s/_____
                                              Fredric Glass
                                              Fair Harbor Capital, LLC
                                              (212) 967-4035