# STATE OF CONNECTICUT
## DEPARTMENT OF REVENUE SERVICES



September 6, 2006

United States Bankruptcy Court
Southern District of New York
Delphi Corporation Claims
Bowling Green Station
P.O. Box 5058
New York, New York 10274-5058

Re:   Delphi Automotive Systems Human Resources LLC.
Tax Registration Number: 4403937-000
Bankruptcy Case Number: 05-44639 RDD (Jointly Administered)

Dear Clerk:

This office hereby respectfully withdraws its State of Connecticut Withholding tax proof-of-claim filed on January 18, 2006 and amended June 8, 2006 in the amount of $203.00 against the above referenced debtor.

Sincerely,

*Bohdan S. Sowa*

Bohdan S. Sowa
Revenue Agent II
Collection & Enforcement Division
Telephone:   (860) 297-5905
Fax:           (860) 297-5916

cc: Department of Labor

TWENTY-FIVE SIGOURNEY STREET     File Your Taxes Electronically
www.ct.gov/drs
Affirmative Action / Equal Opportunity Employer     HARTFORD, CONNECTICUT 06106