

Bart L. Graham
Commissioner

State of Georgia
**Department of Revenue**
Compliance Division
Bankruptcy Section
P. O. Box 161108
Atlanta, Georgia 30321
(404) 968-0410

Edward M. Many
Deputy Commissioner

September 7, 2006

U. S. Bankruptcy Court
Delphi Corporation Claim Docketing Center
P. O. Box 5058
Bowling Green Station
New York, NY 10274-5058

Ref: Delphi Automotive Systems LLC
Taxpayer ID: 20013677087
            Withholding Tax# 2120274-BR
Case Number: 05-44632-RDD

To Whom It May Concern,

This is to notify you that our claim March 14, 2006 in the amount of $1,464,357.56, authorized by the state Revenue Commissioner is hereby withdrawn.

Sincerely

Gwyneth Zachary
Authorized Representative for the
State Revenue Commissioner

cc: File

RECEIVED
CLAIMS PROCESSING CENTER
USBC, SDNY

An Equal Opportunity Employer