

### State of Georgia
# Department of Revenue
## Compliance Division
### Bankruptcy Section
### P. O. Box 161108
### Atlanta, Georgia 30321
### (404) 968-0410

**Bart L. Graham**
Commissioner

**Edward M. Many**
Deputy Commissioner

September 7, 2006

U. S. Bankruptcy Court
Delphi Corporation Claim Docketing Center
P. O. Box 5058
Bowling Green Station
New York, NY 10274-5058

Ref: Delphi Automotive Systems Human Resources LLC
Taxpayer ID: 20014112437
            Withholding Tax# 2139612-PX
Case Number: 05-44639-RDD

To Whom It May Concern,

This is to notify you that our claim March 9, 2006 in the amount of $165,620.46, authorized by the state Revenue Commissioner is hereby withdrawn.

Sincerely

*Gwyneth Zachary*

Gwyneth Zachary
Authorized Representative for the
State Revenue Commissioner

cc: File

RECEIVED
SEP
CLAIMS PROCESSING CENTER
USBC, SDNY

An Equal Opportunity Employer