United States Bankruptcy Court
For the Southern District of New York

| DELPHI AUTOMOTIVE SYSTEMS LLC | } Chapter 11 |
|---|---|
| | } |
| | } Case No. |
| | } 05-44640 |
| Debtor | } Amount $17,850.50 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**SANDMOLD SYSTEMS INC**
**PO BOX 488**
**NEWAYGO, MI 49337**

The transfer of your claim as shown above in the amount of $17,850.50 has been transferred to:

        Liquidity Solutions, Inc.
        Dba Revenue Management
        One University Plaza
        Suite 312
        Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

                                                  By:/s/ Yamila Moyano
                                                  Liquidity Solutions, Inc.
                                                  dba Revenue Management
                                                  (201) 968-0001

                                                                         820043

### TRANSFER NOTICE

SANDMOLD SYSTEMS INC. ("Assignor"), transfers and assigns unto Liquidity Solutions, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re:**Delphi Automotive Systems, LLC.** (the Debtor), between Assignor and Assignee, all of its right, title and interest in and to the Claims of Assignor in the aggregate amount of $17,850.50 representing all claims against the Debtor Delphi Automotive Systems, LLC in the United States Bankruptcy Court, **Southern District of New York**, administered as Case No. 05-44640.

IN WITNESS WHEREOF, Assignor has signed below as of the ___6___ day of ___SEPT___, 2006.

SANDMOLD SYSTEMS INC.

By: _[signature]_
(Signature)

Donald Kvocka
(Print Name and Title)
VICE PRESIDENT & CFO

Liquidity Solutions

By: _[signature]_
(Signature)

Yamila Moyano
(Print Name and Title)

820043