# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **DELPHI AUTOMOTIVE SYSTEMS LLC**

Case No. **05-44640**                                        Court ID (Court Use Only)_____

### AMENDED  NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.    (Related Document No. 2646)

LIQUIDITY SOLUTIONS, INC                    **PREFERRED QUALITY SERVICE EFT INC**
DBA CAPITAL MARKETS                          Name of Transferor
Name of Transferee

Name and Address where notices and payments          Court Record Address of Transferor
to transferee should be sent                                      (Court Use Only)
LIQUIDITY SOLUTIONS, INC
DBA CAPITAL MARKETS
ONE UNIVERSITY PLAZA
SUITE 312                                                Last four Digits of Acct #:_____
HACKENSACK, NJ 07601
Phone:                                                   Name and Current Address of Transferor
(201) 968-0001                                           **PREFERRED QUALITY SERVICE EFT INC**
                                                         **3440 3 MILE RD NW**
                                                         **GRAND RAPIDS, MI 49544**

                                                         Court Claim # (if known):6086
                                                         Date Claim Filed:5/16/2006
                                                         Amount **$24,231.56**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/Chris Oh                                           Date: 9/18/2006
Transferee/Transferee's Agent

*Penalty for making a false statement.* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

#### ~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                                _____
                                                         **CLERK OF THE COURT**

                                                         781576

## TRANSFER NOTICE

PREFERRED QUALITY SERVICE INC. ("Assignor"), transfers and assigns unto CAPITAL MARKETS with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGMENT OF CLAIM AGREEMENT **DELPHI AUTOMOTIVE SYSTEMS LLC**, (the Debtor), between Assignor and Assignee, all of its right, title and interest in and to the PREFERRED QUALITY SERVICE INC. Claims of Assignor in the aggregate amount of $24,234.00 representing all claims against:

DELPHI AUTOMOTIVE SYSTEMS LLC., (herein, the Debtor) in the United State Bankruptcy Court, **U.S. Bankruptcy Court, For the Southern District of New York** administered as **Case Number 05-44640**

IN WITNESS WHEREOF, Assignor has signed below as of the ⌒Ɔ⌒ day of ＿Ｆｅｂ＿, 2006.

PREFERRED QUALITY SERVICE INC.

WITNESS:

_Kelly Bartolatto_
(Signature)

_Kelly Bartolatto_
(Print Name of Witness)

By _____
(Signature)

DEBORAH McGOWAN CEO
(Print Name and Title)