# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **DELPHI CORPORATION**
Case No. **05-44640**

Court ID (Court Use Only) _____

## AMENDED NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.   (Related Document No. 3539)

| | |
|---|---|
| LIQUIDITY SOLUTIONS, INC<br>DBA CAPITAL MARKETS<br>Name of Transferee | **RAM METER INC EFT**<br>Name of Transferor |
| Name and Address where notices and payments to transferee should be sent<br>LIQUIDITY SOLUTIONS, INC<br>DBA CAPITAL MARKETS<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601<br>Phone:<br>(201) 968-0001 | Court Record Address of Transferor<br>(Court Use Only)<br><br><br>Last four Digits of Acct #: _____<br><br>Name and Current Address of Transferor<br>**RAM METER INC EFT**<br>**1903 BARRETT RD**<br>**TROY, MI 48084**<br><br>Court Claim # (if known): 2288<br>Date Claim Filed: 3/14/2006<br>Amount **$10,665.56** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/Chris Oh                                                                Date: 9/18/2006
   Transferee/Transferee's Agent

*Penalty for making a false statement.* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: _____                                        _____
                                                                                   CLERK OF THE COURT
                                                                                              799405

-------------------------------------------------- (CUT HERE) --------------------------------------------------
**TRANSFER NOTICE**

RAM METER INC EFT ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: **DELPHI AUTOMOTIVE SYSTEMS LLC** (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the RAM METER INC EFT Claims of Assignor in the aggregate amount of **$10,563.30** representing all claims against the Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 05-44640, subject to the terms of the Assignment Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the 13th day of April, 2006

RAM METER INC EFT

_(signature)_

Richard L. Troyanek / President
(Print Name and Title)

REVENUE MANAGEMENT

(Signature)

(Print Name of Witness) Chris O4

DELPHI AUTOMOTIVE SYSTEMS LLC
RAM METER INC EFT
799405

Exhibit A

Liquidity Solutions, Inc.
Defined Benefit Pension Plan
Determination of Net Periodic Pension Cost
for the period January 1, 2003 to December 31, 2003

| | Actual 01/01/2003 | For 2003 | Projected 12/31/2003 |
|---|---|---|---|
| Discount Rate | | 6.5% | |
| Expected long-term rate of return on plan assets | | 6.5% | |
| Average remaining service | | 20.4 | |
| Projected benefit obligation | $(705,857) | | $(787,964) |
| Plan assets at fair value | 99,217 | | 246,228 |
| Funded status: | (606,640) | | (541,736) |
|   Unrecognized net obligation Existing at 01/01/2003 | 0 | | 0 |
|   Unrecognized prior service cost | (606,640) | | (576,903) |
|   Unrecognized net (gain) or loss | 0 | | 0 |
| (Accrued) / Prepaid | 0 | | (35,167) |
| Initial unrecognized net obligation | 0 | | |
| 1. Service cost component | | $ 36,226 | |
| 2. Interest cost component | | 45,881 | |
| 3. Expected return on assets | | 6,449 | |
| 4. Amortization of: | | | |
|   (a) Unrecognized net obligation At 01/01/2003 | | 0 | |
|   (b) Unrecognized prior service cost | | (29,737) | |
|   (c) Unrecognized net (gain) or loss | | 0 | |
| Net cost (1)+(2)-(3)+(4a)+(4b)+(4c) | | 105,395 | |
| Contribution – 2003 | | 140,562 | |
| Benefits paid | | 0 | |

PENSIONS FORECASTING
CONSULTANTS AND ACTUARIES
FOR EMPLOYEE BENEFIT PLANS

---

Exhibit B

Liquidity Solutions Inc.
Defined Benefit Pension Plan

Disclosure Statement
for the Plan Year Ended December 31, 2003

2003 Financial Statement Disclosure Information

The following table sets forth the plan's funded status and amounts recognized in the company's statement of financial position at December 31, 2003:

| | |
|---|---|
| Projected benefit obligation | $(816,243) |