# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **DELPHI AUTOMOTIVE SYSTEMS LLC**
Case No. **05-44640**                                    Court ID (Court Use Only)_____

### AMENDED  NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2),
Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice. (Related Document No. 3911)

LIQUIDITY SOLUTIONS, INC                         **U.S. METAL PROCESSING CHOICE ONE SERVICE  GROUP INC**
DBA CAPITAL MARKETS                              Name of Transferor
Name of Transferee

Name and Address where notices and payments      Court Record Address of Transferor
to transferee should be sent                     (Court Use Only)
LIQUIDITY SOLUTIONS, INC
DBA CAPITAL MARKETS
ONE UNIVERSITY PLAZA
SUITE 312                                        Last four Digits of Acct #:_____
HACKENSACK, NJ 07601
Phone:                                           Name and Current Address of Transferor
(201) 968-0001                                   **U.S. METAL PROCESSING CHOICE ONE SERVICE GROUP INC**
                                                 **PO BOX 714807**
                                                 **COLUMBUS, OH 43271**

                                                 Court Claim # (if known):7292
                                                 Date Claim Filed:6/1/2006
                                                 Amount **$2,713.35**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my
knowledge and belief.

By:/s/Yamila Moyano                              Date: 9/18/2006
Transferee/Transferee's Agent

*Penalty for making a false statement.* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

#### ~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for
Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be
filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received
by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

                                                 **CLERK OF THE COURT**

                                                 818970

TRANSFER NOTICE

U S METAL PROCESSING, CHOICE ONE SERVICE GROUP, INC. ("Assignor"), transfers
and assigns unto CAPITAL MARKETS with an address at One University Plaza, Suite 312,
Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of
the ASSIGMENT OF CLAIM AGREEMENT DELPHI AUTOMOTIVE SYSTEMS LLC., (the
Debtor), between Assignor and Assignee, all of its right, title and interest in and to the U S
METAL PROCESSING, CHOICE ONE SERVICE GROUP, INC. Claims of Assignor in the
aggregate amount of $1,454.85 representing all claims against: DELPHI AUTOMOTIVE
SYSTEMS LLC., (herein, the Debtor) in the United State Bankruptcy Court, U.S. Bankruptcy
Court, For the Southern District of New York administered as Case Number 05-44640.

IN WITNESS WHEREOF, Assignor has signed below as of the _12th_ day of _MAY_, 2006.

U S METAL PROCESSING, CHOICE ONE SERVICE GROUP, INC.

WITNESS:

(Signature)

Robert E. Creamer Jr.
(Print Name of Witness)

By:
(Signature)

Jeffrey J. Pisani  pres.
(Print Name and Title)