# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **DELPHI CORPORATION**
Case No. **05-44640**                                                    Court ID (Court Use Only)_____
**(Related Docket No. 4340)**

### NOTICE OF AMENDED TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

LIQUIDITY SOLUTIONS, INC                               **BUCKHORN RUBBER PRODUCTS**
DBA REVENUE MANAGEMENT                                  Name of Transferor
Name of Transferee

Name and Address where notices and payments             Court Record Address of Transferor
to transferee should be sent                            (Court Use Only)
LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA
SUITE 312                                               Last four Digits of Acct #:_____
HACKENSACK, NJ 07601
Phone:                                                  Name and Current Address of Transferor
(201) 968-0001                                          **BUCKHORN RUBBER PRODUCTS**
                                                        **PO BOX 998**
                                                        **HANNIBAL, MS 63401**

                                                        Last Four Digits of Acct#:_____

                                                        Court Claim # (if known):2610
                                                        Date Claim Filed:
                                                        Amount **$178,955.76**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/Jeff Caress                                       Date: 9/20/2006
Transferee/Transferee's Agent

*Penalty for making a false statement.* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

---

### ~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

                                          CLERK OF THE COURT

                                                  775878

## TRANSFER NOTICE

Buckhorn Rubber Products Inc. ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: Delphi Automotive Systems LLC. (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the Claims of Assignor in the aggregate amount of $62,394.45 representing all claims against the Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 05-44640, subject to the terms of the Assignment Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the _L th_ day of _June_, 2006

Buckhorn Rubber Products, Inc.                REVENUE MANAGEMENT

(Signature)                                    (Signature)

Patrick Blake
Controller - Myers Industries, Inc.      JEFFREY L. CARESS
(Print Name and Title)                    (Print Name of Witness)