# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **DELPHI CORPORATION**
Case No. **05-55949**
(Related Docket No. 2871)

Court ID (Court Use Only)_____

## NOTICE OF AMENDED TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| LIQUIDITY SOLUTIONS, INC<br>DBA REVENUE MANAGEMENT<br>Name of Transferee | COYNE OIL CORPORATION<br>Name of Transferor |
| Name and Address where notices and payments to transferee should be sent<br>LIQUIDITY SOLUTIONS, INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601<br>Phone:<br>(201) 968-0001 | Court Record Address of Transferor<br>(Court Use Only)<br><br><br>Last four Digits of Acct #:_____<br><br>Name and Current Address of Transferor<br>COYNE OIL CORPORATION<br>914 W PICKARD ST<br>MT PLEASANT, MI 48858<br><br>Last Four Digits of Acct#:_____<br><br>Court Claim # (if known):1993<br>Date Claim Filed: 2/14/2006<br>Amount **$1,488.03** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/Jeff Caress                                    Date: 9/20/2006
Transferee/Transferee's Agent

Penalty for making a false statement. Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

### ~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                    _____
                                                  CLERK OF THE COURT
                                                                    732869

Jeff Caress
Liquidity Solutions, Inc.
201-968-0001 ext. 113

------------------------------------------------(CUT HERE)------------------------------------------------

**TRANSFER NOTICE**

COYNE OIL CORPORATION ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: **DELPHI CORPORATION** (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the Claim of Assignor in the aggregate amount of $ 1848.48 (your claim amount) representing all claims against: **DELPHI CORPORATION** in the United States Bankruptcy Court, Southern District Of New York, administered as Case No. 05-55949, subject to the terms of the Assignment Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the _____ day of _____, 2005

COYNE OIL CORPORATION

(Signature)

David D. Coyne, President
(Print Name and Title)

REVENUE MANAGEMENT

(Signature)

Lynn Granger
(Print Name of Witness)

DELPHI CORPORATION
COYNE OIL CORPORATION

732869