B210
(12/04)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York
(Manhattan)

In re: Delphi Corp.                    Case No. 05-44481-RDD (Jointly Administered)

Court ID (Court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

| SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD<br>Name of Transferee | TCS AMERICA, a Div of<br>Tata America International Corporation<br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent<br>1. SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD<br>Two Greenwich Plaza, 1st Floor<br>Greenwich, CT 0683<br>Attn: Brian A. Jarmain<br><br>2. TCS America<br>101 Park Avenue<br>26th floor<br>New York, NY 10178<br>Attn: Satyanarayan S. Hedge<br><br>Kelly Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>Attn: James Carr<br>      Howard Steel | Court Record Address of the transferor<br>(Court Use Only) |
| Last Four Digits of Acct. #: | Last Four Digits of Acct. #: |
| **Transfer Amount: $2,696,313.72** | |
| Name and Address where transferee payments should be sent (if different from above)<br>SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD<br>Two Greenwich Plaza, 1st Floor<br>Greenwich, CT 0683<br>Attn: Brian A. Jarmain | Name and Current Address of transferor<br>TCS America<br>101 Park Avenue<br>26th floor<br>New York, NY 10178<br>Attn: Satyanarayan S. Hedge<br>      Sr. Vice President and General Counsel |
| Phone: 203-542-4126<br>       203-542-4255 | Phone: |
| Last Four Digits of Acct #: | Last Four Digits of Acct #: |
| Court Claim # (if known): 12828<br>Date Claim Filed: 7/28/06 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Brian A. Jarmain                    Date: September 20, 2006
    Brian A. Jarmain

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised that this Notice of transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                    _____
                                           CLERK OF THE COURT

EXHIBIT A TO
ASSIGNMENT OF CLAIM

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, TATA AMERICA INTERNATIONAL CORP. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd., ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, claims in the aggregate amount of $2,696,313.72 (the "Assigned Claim"), against Delphi Corp. ("Debtor"), the debtor-in-possession in Case No. 05-44481 (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on September 6, 2006.

TATA AMERICA INTERNATIONAL CORP.,

By: _____
Name of person signing  Satyanarayan S. Hegde
Title of person signing  General Counsel &
Senior Vice President

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC | Case Number: 05-44640 | THIS SPACE IS FOR COURT USE ONLY |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" of payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or entity to whom the debtor owes money or property):

Name of Creditor: **TCS AMERICA, a Div of Tata America International Corporation**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:

TCS America
101 Park Avenue
26th Floor
New York, New York 10178
Attn: Satyanarayan S. Hedge
Sr. Vice President and
General Counsel

KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
Attn: James S. Carr
Robert L. LeHane
Tel: 212-808-7800

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here if this claim:  ☐ replaces or  ☐ amends a previously filed claim, dated: _____

**1. Basis for Claim**
☒ Goods sold and delivered
☒ Services performed
Pursuant to Purchase Orders, Module Agreements and Transaction Agreements *(COPIES OF THE AGREEMENTS ATTACHED)*
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
List four digits of SS# _____
Unpaid compensations for services performed from _____ to _____
        (date)        (date)

**2. Date debt was incurred:** August 1, 2005 through October 7, 2005
(INVOICES ATTACHED)

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed.
See reverse side for important explanations.

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☐ Other _____
Value of Collateral: $ _____
Amount of arrearage and other charges at the time case filed included in secured claim above, if any $ _____

**Unsecured Nonpriority Claim $2,696,313.72**
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Domestic support obligations – 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4)
☐ Contributions to an employee benefit plan – U.S.C. § 507(a)(5)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7)
☐ Taxes or penalties of governmental units – 11 U.S.C. § 507(a)(8)
☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(___).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**5. Total Amount of Claim at Time Case Filed:** $2,696,313.72 _____ _____ $2,696,313.72
               (Unsecured)      (Secured)     (Priority)    (Total)

*If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.
**CREDITOR RESERVES ITS RIGHT TO FILE AN AMENDED CLAIM**

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE FOR COURT USE ONLY
FILED JUL 28 P 2:44 S.D.N.Y. BANKRUPTCY COURT

| Date: July ___, 2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)  [signature]  Satyanarayan S. Hedge, Sr. Vice President and General Counsel |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

NY01/VICIM/1123396.1

| Period | Invoice No | Date | Amount | Remarks |
|---|---|---|---|---|
| Aug 1st to Aug 31st 2005 | TAN200615878a | 2-Sep-05 | 11525.12 | |
| | TAN200615878b | 2-Sep-05 | 12896.00 | |
| | TAN200615870 | 2-Sep-05 | 44602.00 | |
| | TAN200615878 | 2-Sep-05 | 9290.00 | |
| | DEL/NA01/AUG05-01 | 7-Sep-05 | 784924.00 | |
| | DEL/BL01/AUG05-01 | 7-Sep-05 | 296421.00 | |
| | DEL/HN01/AUG05-01 | 7-Sep-05 | 28939.00 | |
| | DEL/HN01/AUG05-02 | 7-Sep-05 | 59713.00 | |
| | DEL/LNK01/AUG05-01 | 7-Sep-05 | 9060.00 | |
| | DEL/CEL01/AUG05-01 | 7-Sep-05 | 1384.00 | |
| | Total | | 1248857.00 | |
| Sep 1st to Sep 30th 2005 | TAFI200615477a | 30-Sep-05 | 6450.00 | |
| | TAN200617096a | 30-Sep-05 | 10080.00 | |
| | TAN200617096b | 30-Sep-05 | 11982.00 | |
| | TAN200617096c | 30-Sep-05 | 18066.00 | |
| | TAN200617543 | 30-Sep-05 | 30444.00 | |
| | TAN200617099a | 30-Sep-05 | 4408.00 | |
| | TAN200617098b | 30-Sep-05 | 9128.00 | |
| | DEL/NA01/SEP05-01 | 13-Oct-05 | 780270.00 | |
| | DEL/BL01/SEP05-01 | 13-Oct-05 | 288461.00 | |
| | DEL/HN01/SEP05-02 | 13-Oct-05 | 59683.00 | |
| | DEL/HN01/SEP05-01 | 13-Oct-05 | 24128.00 | |
| | DEL/LNK01/SEP05-01 | 13-Oct-05 | 9606.00 | |
| | DEL/CEL01/SEP05-01 | 13-Oct-05 | 1385.00 | |
| | TAN200606621 | 28-Oct-05 | 2513.65 | Debit note |
| | Total | | 1176514.65 | |
| Oct 1st to Oct 7th 2005 | DEL/NA01/OCT05-01A (1st to 7th) | 9-Nov-05 | 184228.00 | |
| | DEL/BL01/OCT05-01A (1st to 7th) | 9-Nov-05 | 66344.00 | |
| | DEL/HN01/OCT05-02A (1st to 7th) | 9-Nov-05 | 12748.00 | |
| | DEL/HN01/OCT05-01A (1st to 7th) | 9-Nov-05 | 5688.00 | |
| | DEL/LNK01/OCT05-01A (1st to 7th) | 9-Nov-05 | 2032.00 | |
| | DEL/CEL01/OCT05-01A (1st to 7th) | 9-Nov-05 | 313.00 | |
| | Total | | 251344.00 | |

| Period | Invoice No | Date | Unpaid Balance | Original Invoice amount | Remarks |
|---|---|---|---|---|---|
| Oct 1st to Oct 7th 2005 | TAN200618853 | 30-Oct-05 | 10348.25 | 45828 | Single invoice given for entire month |
| | TAN200618854a | 30-Oct-05 | 1869.60 | 7800 | Single invoice given for entire month |
| | TAN200618854c | 30-Oct-05 | 2278.13 | 10060 | Single invoice given for entire month |
| | TAN200618854d | 30-Oct-05 | 2617.82 | 11592 | Single invoice given for entire month |
| | TAN200618855 | 30-Oct-05 | 2278.13 | 10060 | Single invoice given for entire month |
| | Total | | 18598.07 | 85380 | |

| Grand Total | 2606313.72 |
|---|---|

Searching...                                                                                      Page 1 of 1

# DELPHI

- > Case Management Orders
- > Court Documents
- > Creditors' Committee
- > Equity Security Holders' Committee
- > First Day Motions
- > First Day Orders
- > Monthly Operating Reports
- > Notice Lists
- > Omnibus Hearing Dates
- > Omnibus Hearing Orders
- > Presentations: First Day, Organizational, 341
- > Press Releases
- > Schedules/ Statements
- > Voluntary Petitions

Home    Bankruptcy Industry Links    Proof Of Claim Form    Claim/Creditor Search

**Delphi Corporation Search Results**
**Creditor Name: Begins With "tcs"**

| Date Claim Filed | Claim No. | Schedule | Nature | Name | Amount | C |
|---|---|---|---|---|---|---|
| 7/28/2006 | 12828 | | General Unsecured | TCS America a Div of Tata America International Corporation | $2,696,313.72 | |

http://www.delphidocket.com/SearchResults.asp                                                     9/11/2006