CALINOFF & KATZ, LLP
Dorothy H. De Marinis-Riggio (DR 3273)
140 East 45th Street
17th Floor
New York, NY 10017
(212) 826-8800
(212) 644-5123 (fax)
       --and--
MILES & STOCKBRIDGE P.C.
Thomas D. Renda
Kerry Hopkins
10 Light Street
Baltimore, MD  21202
Tel:  (410) 385-3418


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:                                                 :
                                                       :        Chapter 11
DELPHI CORPORATION, et al.,                            :        Case No.: 05-44481 (RDD)
                                                       :        (Jointly Administered)
                                                       :
        Debtors.                                       :
-------------------------------------------------------x

## CERTIFICATE OF SERVICE FOR MOTION BY COMPUTER PATENT ANNUITIES LIMITED FOR AN ORDER COMPELLING DEBTOR TO ASSUME OR REJECT EXECUTORY CONTRACT, OR IN THE ALTERNATIVE, FOR ADEQUATE PROTECTION

I, Dorothy H. De Marinis-Riggio, hereby certify that on the 19th day of September, 2006, true and correct copies of the Motion by Computer Patent Annuities Limited for an Order Compelling the Debtor to Assume or Reject Executory Contract, or in the Alternative, for Adequate Protection (the "Motion"), the Memorandum in Support of the Motion and the Notice of Motion were served by overnight mail postage prepaid upon those parties listed on the attached Exhibit A.

/s/ Dorothy H. De Marinis-Riggio
Dorothy H. De Marinis-Riggio (DR 3273)

## Exhibit A – Master Service List

Robert J. Stark
Brown Rudnick Berlack Israels LLP
Seven Times Square
New York, NY 10036

Bruce Simon
Cohen Weiss & Simon
330 W. 42nd Street
New York, NY 10036

Donald Bernstein
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Michael Nefkens
Electronic Data Systems Corp.
5505 Corporate Drive MSIA
Troy, MI 48098

Richard Lee Chambers, III
Freescale Semiconductor, Inc.
6501 William Cannon Drive West
MD: OE16
Austin, TX 78735

General Electric Company
Valerie Venable
9930 Kincey Avenue
Huntersville, NC 28078

Hodgson Russ LLP
Stephen H. Gross
152 West 57th Street, 35th Floor
New York, NY 10019

Robert B. Weiss, Esquire
Honingman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Michelle Robson
Capital Research and Management Company
11100 Santa Monica Blvd., 15th Floor
Los Angeles, CA 90025

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle, LLP
101 Park Avenue
New York, NY 10178-0061

Delphi Corporation
Sean Corcoran
Karen Craft
5725 Delphi Drive
Troy, MI 48098

Carrie L. Schiff
Terry Zale
Flextronics International
6328 Monarch Park Place
Niwot, CO 80503

FTI Consulting, Inc.
Randall S. Eisenberg
3 Times Square, 11th Floor
New York, NY 10036

Groom Law Group
Lonie A. Hassel
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

Frank L. Gorman, Esquire
Honingman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Internal Revenue Service
Attn: Insolvency Department, Mario Valerio
290 Broadway – 5th Floor
New York, NY 10007

Internal Revenue Service
Attn: Insolvency Department
477 Michigan Avenue – Suite 201
Detroit, MI  48226

William Q. Derrough
Jefferies & Company, Inc.
520 Madison Avenue, 12th Floor
New York, NY  10022

Vilma Francis
JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY  10017

Thomas Moers Mayer
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

Robert J. Rosenberg
Latham & Watkins LLP
885 Third Avenue
New York, NY  10022

Daniel R. Fisher
Law Debenture Trust of New York
767 Third Avenue
New York, NY  10017

Mohsin N. Khambati
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL  60606

Cornish F. Hitchcock
McTigue Law Firm
5301 Wisconsin Avenue, N.W. – Suite 350
Washington, D.C.  20015

Joseph T. Moldovan, Esquire
Morris Cohen LLP
909 Third Avenue
New York, NY  10022

Henry Reichard
IUE-CWA
2360 W. Dorothy Lane – Suite 201
Dayton, OH  45439

Thomas F. Maher, Richard Duker
Gianni Russello
JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY  10017

Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

James Le
Kurtzman Carson Consultants
12910 Culver Boulevard, Suite 1
Los Angeles, CA  90066

Patrick J. Healy
Law Debenture Trust of New York
767 Third Avenue
New York, NY  10017

David D. Cleary
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL  60606

J. Brian McTigue
McTigue Law Firm
5301 Wisconsin Avenue, N.W. – Suite 350
Washington, D.C.  20015

Melissa Knolls
Mesirow Financial
321 N. Clark Street, 13th Floor
Chicago, IL  60601

Mark Schonfeld, Regional Director
Northeast Regional Office
3 World Financial Center – Room 4300
New York, NY  10281

Eliot Spitzer, Attorney General
Office of New York State
120 Broadway
New York City, NY   10271


Tom A. Jerman
Rachel Janger
O'Melveny & Meyer LLP
1625 Eye Street, N.W. - 340
Washington, DC   20005


Sandra A. Riemer
Phillips Nizer LLP
666 Fifth Avenue
New York, NY   10103


Robert W. Dremluk
Seyfarth Shaw LLP
1270 Avenue of the Americas – Suite 2500
New York, NY   10020


Kenneth S. Ziman
Robert H. Trust
William T. Russell, Jr.
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY   10017

Kayalyn A. Marafioti
Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
P.O. Box 300
New York, NY   10036


Nicholas Franke
Spencer Fane Britt & Browne LLP
1 North Brentwood Boulevard – Tenth Floor
St. Louis, MO   63105


Albert Togut
Togut, Segal & Segal LLP
One Penn Plaza – Suite 3335
New York, NY   10119


Deirdre A. Martini
United States Trustee
33 Whitehall Street – Suite 2100
New York, NY   10004

Robert Siegel
O'Melveny & Meyer LLP
400 South Hope Street
Los Angels, CA   90071


Ralph L. Landy
Jeffrey Cohen
Pension Benefit Guaranty Corporation
1200 K Street, N.W. – Suite 340
Washington, D.C.   20005-4026


David L. Resnick
Rothchild Inc.
1251 Avenue of the Americas
New York, NY   10020 – Tenth Floor
St. Louis, MO   63105


Douglas Bartner
Jill Frizzley
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY   10022


John Wm. Butler
John K. Lyons
Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Drive – Suite 2100
Chicago, IL   60606


Daniel D. Doyle
Spencer Fane Britt & Browne LLP
1 North Brentwood Boulevard – Tenth Floor
St. Louis, MO   63105


Chester B. Salomon
Constantine D. Pourakis
Stevens & Lee, P.C.
485 Madison Avenue – 20th Floor
New York, NY   10022


Alicia M. Leonard
United States Trustee
33 Whitehall Street – 21st Floor
New York, NY   10004-2112


Michael D. Warner
Warner Stevens. L.L.P.
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX   76102

Jeffrey L Tanenbaum, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Michael P. Kessler, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Office of the United States Trustee
ATTN: Carolyn S. Schwartz, Esquire
33 Whitehall Street, 21st Floor
New York, NY 10004

Jessica Kastin, Esquire
O'Melveny & Myers
7 Times Square
New York, NY 10036

Paul J.N. Roy, Esquire
Mayer, Brown, Rowe & Maw LLP
71 S. Wacker Drive
Chicago, IL 60606

FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP
Bonnie Steingart
Debra M. Torres
One New York Plaza
New York, New York 10004

Martin J. Bienenstock, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Steven M. Cimalore
Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

The Honorable Robert D. Drain
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY 10004-1408

Mateo Fowler, Esquire
Quinn Emanuel Urquhardt Oliver & Hedges
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017

Mary Ann Brereton, Esquire
Assistant General Counsel
Tyco Electronics Corporation
60 Columbia Road
Morristown, NJ 07960