Jeffrey C. Wisler
Christina M. Thompson
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
*Attorneys for Orix Warren, LLC*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                     :

IN RE                                            :        Chapter 11
                                                     :
DELPHI CORPORATION, et al.,         :        Case No. 05-44481 (RDD)
                                                     :        (Jointly Administered)
                        Debtors.         :
------------------------------------------------------------x

## NOTICE OF OBJECTION TO ADDITIONAL EXTENSION
## OF DEADLINE TO ASSUME OR REJECT UNEXPIRED LEASE OF
## NONRESIDENTIAL REAL PROPERTY WITH ORIX WARREN, LLC

PLEASE TAKE NOTICE that, in accordance with this Court's November 29, 2005 *Order Pursuant to 11 U.S.C. § 365(d)(4) Extending Deadline to Assume or Reject Unexpired Leases of Nonresidential Real Property* ("Order"), Orix Warren, LLC hereby gives notice of its objection ("Objection") to the Additional Extension (as such term is defined in the Order) to the above-captioned debtors and debtors-in-possession.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Order, a hearing ("Hearing") to with respect to the Objection and the Additional Extension will be held on **November 30, 2006 at 10:00 a.m**.  The Debtors shall bear the burden of demonstrating "cause", as such term is contemplated in 11 U.S.C. § 365(d)(4), for the Additional Extension with respect to the Debtors' lease with Orix Warren, LLC.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Order, the Debtor shall file and serve a pleading related to the Objection no later than ten (10) calendar days before the Hearing.

| | |
|---|---|
| Dated: September 21, 2006 | CONNOLLY BOVE LODGE & HUTZ LLP |
| | /s/ Jeffrey C. Wisler |
| | Jeffrey C. Wisler (DE Bar No. 2795) |
| | Christina M. Thompson (DE Bar No. 3796) |
| | The Nemours Building |
| | 1007 N. Orange Street |
| | P.O. Box 2207 |
| | Wilmington, Delaware 19899 |
| | (302) 658-9141 |
| | *Attorneys for Orix Warren, LLC* |
| #488980 | |