**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 21st day of September, 2006, I caused a copy of the **Notice of Objection to Additional Extension of Deadline to Assume or Reject Unexpired Lease of Nonresidential Real Property with Orix Warren, LLC** to be served as indicated upon the following counsel.

**VIA FEDERAL EXPRESS OVERNIGHT DELIVERY**

John Wm. Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Mark A. Broude, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 10022

Kenneth S. Ziman, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Marlane Melican, Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017

Alicia M. Leonhard, Esq.
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
   for the Southern District of New York
614 Alexander Hamilton Custom House
One Bowling Green
New York, NY  10004-1400

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel

/s/ Jeffrey C. Wisler
    Jeffrey C. Wisler

489340