# UNITED STATES BANKRUPTCY COURT
## Southern District of New York
(Manhattan)

|  |  |  |
|---|---|---|
| In Re: | ) | Case No. 05-44481-rdd |
|  | ) |  |
| DELPHI CORP.,   ) |  |  |
|  | ) | Chapter 11 |
| Debtor. | ) |  |

-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Jean L. Guerrier, hereby certify that on September 21, 2006, a true and correct copy of *the Transfer Agreement FRBP Transfer of Claim # 12828, claim amount $2,696,313.72, from TCS AMERICA, a Div of Tata America International Corporation to SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD (Claim No.12828, Amount 2,696,313.72). To SPCP GROUP, L.L.C., as agent for Silver Point Capi. filed by Maura I. Russell on behalf of Silver Point Capital, L.P.,* in the above captioned proceeding was caused to be served on the parties listed on the attached Service List via first class mail.

**Dreier LLP**

By: _/s/Jean L. Guerrier____
**Jean L. Guerrier**

**Sworn to before me this**
  **21st day of September, 2006.**

 */s/ Lori Rudolph*
**Notary Public**

**Lori Rudolph - Notary Public, State of New York**
**No. 01RU4883588**
**Qualified in Richmond County**
**Commission Expires January 26, 2007**

{00189840.DOC;}G:\CLIENTS\600129\009\00189840.DOC

## Service List

**Delphi Corporation**
5725 Delphi Drive
Troy, MI 48098

**Shearman & Sterling LLP**
599 Lexington Avenue
New York, NY 10022-6069
Attn: Douglas P. Bartner

**TCS America**
101 Park Avenue, 26th floor
New York, NY 10178
Attn: Satyanarayan S. Hedge
         Sr. Vice President

**Kelly Drye & Warren LLP**
101 Park Avenue
New York, NY 10178
Attn: James Carr
         Howard Steel

**Kurtzman Carson Consultants LLC**
1180 Avenue of the Americas
Suite 1140
New York, NY 10036