UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Delphi Automotive Systems LLC, | : | Case No. 05-44640 (RDD) |
| | : | |
| Debtors. | : | |
| | : | |
| | : | |
| | : | |

-----------------------------------------------------X

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(2)

**TO:**  Speedline Technologies Inc. ("**Assignor**")
16 Forge Park
Franklin, MA 02038

As of September **22**, 2006, Assignor's Claims against Debtor and its Affiliates, listed on Appendix 1 hereto, have been transferred to the following Assignee:

> **JPMorgan Chase Bank, N.A.**
> **270 Park Avenue, 17th Floor**
> **New York, NY 10017**
> **Attention:        Neelima Veluvolu**
> **Telephone:      (212) 270-2150**
> **Fascimile:       (646) 792-3855**

The Evidence of Transfer of Claim is attached as Exhibit A and the Assignee's payment and delivery instructions are attached as Exhibit B. The Proofs of Claim against Debtor and its Affiliates are attached hereto as Exhibit C.  Appendix 1 contains a list of Proofs of Claim against affiliates of the Debtor, all of which are being transferred hereby.  No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN TWENTY (20) DAYS OF THE DATE OF THIS NOTICE, YOU MUST FILE A WRITTEN OBJECTION TO THE TRANSFER:**

| Mailing Address: | Physical Address: |
|---|---|
| United States Bankruptcy Court<br>Southern District of New York<br>Delphi Corporation Claim Docketing Center<br>Bowling Green Station, PO Box 5058<br>New York, NY 10274-5058 | United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004 |

**PLEASE SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE AT THE ABOVE ADDRESS WITH A COPY TO:**

**Kirkpatrick & Lockhart Nicholson Graham LLP**
**599 Lexington Avenue**
**New York, NY 10022**
Attention:     Steven H. Epstein
Telephone:    (212) 536-4830
Fascimile:     (212) 536-4001
E-mail :        sepstein@klng.com

If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE ASSIGNEE WILL BE SUBSTITUTED FOR THE ASSIGNOR ON THE BANKRUPTCY COURT RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

Dated:  September 22, 2006

JPMORGAN CHASE BANK, N.A.

By: _____

Name:
Title:        ANDREW OPEL
              AUTHORIZED SIGNATORY

**EXHIBIT A**

Evidence Of Transfer Of Claim

IN WITNESS WHEREOF, dated the 22 day of September, 2006.

JPMORGAN CHASE BANK, N.A.,
as Assignee

By _____
    Name:
    Title:

ANDREW OPEL
AUTHORIZED SIGNATORY

Accepted and agreed to as of this **22** date of
September, 2006

SPEEDLINE TECHNOLOGIES INC.
as Assignor

By _Wayne A. Platz_
    Name: WAYNE A. PLATZ
    Title: VP FINANCE AND ADMINISTRATION

**EXHIBIT B**

<u>Assignee's Payment and Delivery Instructions</u>:

<u>Notice</u>:
| | |
|---|---|
| Primary Contact: | **Neelima Veluvolu** |
| Street Address: | **270 Park Avenue, 17th Floor** |
| City, State, Zip Code: | **New York, NY 10017** |
| Phone Number: | **(212) 270-2150** |
| Fax Number: | **(646) 792-3855** |

| | |
|---|---|
| Backup Contact: | **Karoline Kane** |
| Phone Number: | **(212) 270-0033** |
| Fax Number: | **(212) 270-5347** |

<u>Wire</u>:
| | |
|---|---|
| Name of Bank: | **JPMorgan Chase Bank, N.A.** |
| Routing Transit/ABA number: | **021000021** |
| Name of Account: | **SPS High Yield Loan Trading** |
| Account Number: | **544-7-94742** |

463401

**EXHIBIT C**

Proof of Claim

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT
OF NEW YORK

**DUPLICATE**

**PROOF OF CLAIM**

| Name of Debtor: **Delphi Corporation** | Case Number: **05-44481** |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be field pursuant to 11 U.S.C. §503.

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor (and name and address where notices should be sent if different from Creditor):**

Speedline Technologies, Inc.
16 Forge Park
Franklin, MA 02038

Attn: Wayne A. Platz

Telephone number: (508) 541-4992

With a copy to:
Shmuel Vasser, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

| Account or other number by which creditor identifies debtor: See customer number on Exhibit B. | Check here if this claim: ☐ replaces ☐ amends a previously filed claim, dated: _____ |
|---|---|

**1. Basis for Claim**
☒ Goods sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____ (explain)

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (fill out below)

Last Four Digits of your SS#: ____ ____ ____ ____
Unpaid compensation for services performed
from _____ to _____
        (date)           (date)

**2.** Date debt was incurred: See attached Purchase Orders

**3.** If court judgment, date obtained:

**4.** Total Amount of Claim at Time Case Filed: $ 424,263.60 + 2,060.49 + 189,005.00 = 615,329.09
                    (unsecured nonpriority)  (secured)  (unsecured priority)  (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charg

**5. Secured Claim**
☒ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle
☒ Other   Set-off right
Value of Collateral: $ 2,060.49
Amount of arrearage and other charges at time case filed included in secured claim, if any: : $ _____

**6.** Unsecured Nonpriority Claim: $ 424,263.60
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority: $ _____
Specify the priority of the claim:
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. §507(a)(1).
☐ Wages, salaries or commissions (up to $10,000), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor business, whichever is earlier – 11 U.S.C. §507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).
☐ Up to $2,225 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(7).
☒ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(2).

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
**DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self addressed envelope and copy of this proof of claim.

| Date **July 25, 2006** | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): *Wayne A. Platz* **Wayne A. Platz, V.P. Finance & Administration** |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

242290_1

## ATTACHMENT TO PROOF OF CLAIM

1.      An identical proof of claim is being filed against all of the debtors identified on Exhibit A hereto (the "Debtors" and each a, "Debtor") for the reasons described in paragraph 2 below.

2.      The Debtors' issued purchase orders to Speedline Technologies, Inc. ("Speedline") utilizing their divisions or business lines, not disclosing the legal entity that issued or is responsible for payment of the purchase orders. As such, Speedline cannot determine at this time, which Debtor is liable on account of the purchase orders that are the subject of this proof of claim. Upon identification of the legal entity responsible for any portion of the claim, that portion will be withdrawn as against the remaining Debtors.

3.      A summary of the amounts owed by the Debtors to Speedline under various invoices and related purchase orders is attached as Exhibit B. The Debtors' purchase orders and Speedline's related invoices are attached as Exhibit C.

4.      A portion of this claim in the amount of $189,005.00 is subject to the reclamation demand filed by Speedline, Docket No. 422, and may be entitled to an administrative expense priority or lien pursuant to section 546(c) of the Bankruptcy Code.

5.      Speedline's set off right (with respect of $2,060.49 in payments received from the Debtors for which it is unable to identify the related invoices), is asserted as a precautionary step, as Speedline believes that it does not owe these funds to the Debtors; while these amounts have not been applied to a specific invoice, Speedline has applied these funds against the aggregate balance due from the Debtors.

6.      Speedline reserves the right to amend or supplement the proof of claim based on additional information or documentation as it becomes available.

7.      By filing this proof of claim Speedline does not submit to the jurisdiction of the bankruptcy court for any matter unrelated to this proof of claim and does not waive its right to a jury trial or any other right or privilege it may have under applicable law.

# EXHIBIT A

# EXHIBIT B

Speedline Technologies, Inc.
Delphi pre petition invoice listing
As of July 19 2006

| CUSTOMER# | BILL TO NAME ON INVOICE | INVOICE DATE | INVOICE # | PO # | SO # | AMOUNT | DUE DATE | BAL OPEN |
|---|---|---|---|---|---|---|---|---|
| 10021144 | DELPHI DELCO ELECTRONICS DE | 10/29/2004 | 147573 | 450112937 | RMA16652 | (106.70) | 12/28/2004 | (106.70) |
| 10052440 | DELPHI DELCO ELECTRONICS SYS | 12/7/2004 | CM52440E | UNAPPLIED PAYMENT | N/A | (1,808.79) | 2/5/2005 | (1,808.79) |
| 10052440 | DELPHI DELCO ELECTRONICS SYS | 3/1/2005 | 504774 | 450092334 | 645295 | 5,650.00 | 5/1/2005 | 5,650.00 |
| 10052440 | DELPHI DELCO ELECTRONICS SYS | 3/10/2005 | 505477 | 450095309 | 646411 | 502.30 | 5/9/2005 | 502.30 |
| 10021144 | DELPHI DELCO ELECTRONICS DE | 5/17/2005 | 154173 | 74S00467 | DM153309 | 725.00 | 7/16/2005 | 725.00 |
| 10014641 | DELPHI DELCO ELECTRONICS DE | 5/19/2005 | WI051905 | UNAPPLIED PAYMENT | N/A | (145.00) | 5/19/2005 | (145.00) |
| 10019113 | DELPHI DELCO ELECTRONICS | 7/29/2005 | 156491 | 450116302 | 655288 | 2,973.23 | 8/28/2005 | 2,973.23 |
| 10060499 | DELPHI DELCO SYSTEMS | 8/24/2005 | 157332 | PR425226 | CA130600 | 2,560.00 | 10/23/2005 | 2,560.00 |
| 10052440 | DELPHI DELCO ELECTRONICS SYS | 9/8/2005 | 518127 | 450110652 | 653121 | 202,996.00 | 11/7/2005 | 202,996.00 |
| 10052440 | DELPHI DELCO ELECTRONICS SYS | 9/8/2005 | 518206 | 450110654 | 653119 | 202,996.00 | 11/7/2005 | 202,996.00 |
| 10017062 | DELPHI MECHATRONIC SYSTEMS | 9/13/2005 | 518723 | 9571-672201 | 658127 | 849.72 | 11/13/2005 | 849.72 |
| 10014641 | DELPHI DELCO ELECTRONICS DE | 9/22/2005 | 519537 | 75R06738 | 658742 | 1.84 | 11/21/2005 | 1.84 |
| 10013528 | DELPHI ELECTRONICS | 9/26/2005 | 158455 | 58S01155 | CA132854 | 870.00 | 11/25/2005 | 870.00 |
| 10052440 | DELPHI DELCO ELECTRONICS SYS | 10/1/2005 | 158934 | 450072781 | 646341 | 3,390.00 | 11/30/2005 | 3,390.00 |
| 10060499 | DELPHI DELCO SYSTEMS | 10/3/2005 | 158632 | 450139521 | CA132702 | 2,810.00 | 12/2/2005 | 2,810.00 |
| | | | | | **Total Unsecured Claims** | | | 424,263.60 |
| 10052440 | DELPHI DELCO ELECTRONICS SYS | 10/4/2005 | 520277 | 450112937 | 654175 | 152,807.00 | 12/3/2005 | 152,807.00 |
| 10052440 | DELPHI DELCO ELECTRONICS SYS | 10/5/2005 | 520411 | 450112937 | 654175 | 36,198.00 | 12/4/2005 | 36,198.00 |
| | | | | | **Total Reclamation Claims** | | | 189,005.00 |
| | | | | | **Total Claims** | | | 613,268.60 |

# EXHIBIT C

# Speedline
technologies

SPEEDLINE TECHNOLOGIES
16 FORGE PARK
FRANKLIN, MA 02038
USA

**REMIT TO:**
SPEEDLINE TECHNOLOGIES INC
P.O. BOX 90410
CHICAGO, IL 60696-0410
UNITED STATES
*********************************
WIRE / ACH / EFT
BANK OF AMERICA
ABA 0260-0959-3
ACCT 1233245690
SWIFT BOFAUS3N

## INVOICE

| INVOICE | | PAGE | |
|---|---|---|---|
| 147573 | | 1 OF 1 | |
| INVOICE DATE | | ORDER DATE | |
| 10/29/04 | | 10/08/04 | |
| SALES ORDER: | RMA16652 | | |
| FREIGHT TERMS: | | | |
| COLLECT | | | |
| FOB | | | |
| ORIGIN | | | |
| PURCHASE ORDER: | 58N02849 | | |
| SHIPPER NUMBER: | | | |

B   10021144
I   DELPHI DELCO ELECTRONICS DE
L   ***DO NOT USE//BKTC***
L   MEXICO SA DE CV DELMOSA 1Y2
   PO BOX 981012
T   EL PASO, TX 79998-1012
O   UNITED STATES

S   10021145
H   DELPHI DELCO ELECTRONICS DE
I   MEXICO SA DE CV DELMOSA 1Y2
P   BRECHA E99 CARRETERA A
   MATAMOROS KM 13.5 PAR IND
T   REYNOSA  TAMAULIPAS  88500
O   MEXICO

| TERMS: NET60 | DUE DATE 12/28/04 | SALESPERSON 500000090 50000030 | | CUSTOMER CONTACT LIZBETH VARGAS | | SHIP DATE 10/29/04 | SHIP VIA UPS | | SHIPPER'S REFERENCE | |
|---|---|---|---|---|---|---|---|---|---|---|
| LINE NUMBER | PART DESCRIPTION | | | UM | SHIPPED | BACKORDER | | PRICE | NET PRICE |
| 5 2-5999-337-00-0 | FILTER, FAN INLET, ASSY FILTER ASSEMBLY | | EA | -10.0 | -7.0 yes | | 10.67 | -106.70 |

| | | DISCOUNT | | | | |
|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | | | |

| SUBTOTAL | | | OTHER FEES | FREIGHT | | |
|---|---|---|---|---|---|---|
| 106.70 | | | 0.00 | 0.00 | | 106.70 |

TOTAL DUE:   106.70
CURRENCY: USD

# Speedline
technologies

SPEEDLINE TECHNOLOGIES
16 FORGE PARK
FRANKLIN, MA 02038
USA

## INVOICE

| INVOICE | PAGE |
|---|---|
| 0504774 | 1 OF 1 |
| INVOICE DATE | ORDER DATE |
| 03/02/05 | 02/22/05 |

**REMIT TO:**
SPEEDLINE TECHNOLOGIES INC
P.O. BOX 90410
CHICAGO, IL 60696-0410
UNITED STATES

SALES ORDER: 646295

FREIGHT TERMS: COLLECT

FOR: ORIGIN

PURCHASE ORDER: 4500092334

SHIPPER NUMBER: 05047744220

SHIPPER'S REFERENCE: 0504774

B   10052440
I   DELPHI DELCO ELECTRONICS SYS
L   ATTN MANUAL RECEIPT'S PROCESS
L   MS-A241/PO BOX 9005
    KOKOMO, IN 46904-9005
T   UNITED STATES
O   Your VAT-ID: IN DP

S   10013528
H   DELPHI DELCO ELECTRONICS
I   SYSTEMS
P   601 JOAQUIN CAVAZOS ROAD
    LOS INDIOS, TX 78567
T   UNITED STATES
O

**TERMS:** NET60

| ITEM NUMBER / PART DESCRIPTION | DUE DATE | SALESPERSON | CUSTOMER CONTACT | QTY ORDERED | UNIT | SHIP DATE | QTY SHIPPED | SHIP VIA | UNIT PRICE | NET PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 WA5351 | 05/01/05 | 50000090 50000030 | | 5.0 | EA | 03/02/05 | 0.0 yes | PROSONLY | 1,130.00 | 5,650.00 |
| WA5351 UP2000-WORKHOLDER,DS,W /VAC,LESS THAN 200 SQ IN | | | | ** Cont ** | | | | | | |
| 2 W001 | | | | 5.0 | EA | | 0.0 yes | | 300.00 | 1,500.00 |
| W001 EXTENSIONS,REOMETRIC PUMP SUPPORT | | | | ** Cont ** | | | | | | |
| 3 W005 | | | | 5.0 | EA | | 0.0 yes | | 750.00 | 3,750.00 |
| W005 TOWER, 5.0 TO 8.0 BOARD WIDTH | | | | ** Cont ** | | | | | | |

| SUBTOTAL | DISCOUNT | TAX | OTHER (SEE BELOW) | TOTAL |
|---|---|---|---|---|
| 10,900.00 | 0.00 | 0.00 | 0.00 | 10,900.00 |

**TOTAL DUE:** 10,900.00
**CURRENCY:** USD

SPECIAL INSTRUCTIONS:

PURCHASE CONTACT: GREG DRAKE
PHONE: 765-451-2019
FAX: 765-451-5750

REQUESTOR: J BOUDIA
PHONE: 765-451-1618

PROCESS ONLY

02/18/05    TRI-09:52 FAX 765 451 2049        PURCHASING

# DELPHI    508-590-0309

Kurt

Delphi Electronics and Safety

Page 1 of 5

**Buyer:**
DELPHI
ELECTRONICS & SAFETY
P.O. Box 9005
KOKOMO IN 46904-9005

**Purchase Order**

PO Number
450092334
Version
02/18/2005 02:27:16 EST

Date Issued
02/17/2005

**Deliver to:**
DELPHI-D DELTRONICOS PLT
ATTN: GERADO RANGEL
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567

Delivery date: 03/17/2005

SPEEDLINE TECHNOLOGIES INC
16 FORGE PARK
FRANKLIN MA 02038-3157

Vendor No: 1002870
DUNS No: 183112879

Payment Terms: ZN2Z        Currency: USD
Payment settled on 2nd, 2nd Month
Incoterms: FOB Fresh Coll

Inv 0504774

| Item No. Material No/Item Identifier No. Total Order Quantity Plant Description | | | Requestor | | |
|---|---|---|---|---|---|
| 00010 | PR10149964 00010 | | 5.000 | DAEQ DELPHI D HEADQUARTERS | |
| | WHDSVI* DBL SIDED WORKHOLDER LESS THAN 200 SQ INCHES BOUDIA, J 765-451-1918 PR425520 | | | BOUDIA, J | |
| | PRICING PER KURT GRAULICH. 2/17/05. | | | | |

| Delivery Date | Scheduled Quantity | | Price | Price Unit UOM | Value |
|---|---|---|---|---|---|
| 03/17/2005 | 5.000 | | 1,130.00 | 1 PC | 5,650.00 |
| Net Line Item Value | | | | | 5,650.00 |

| 00020 | PR10149964 00020 | | 5.000 | DAEQ DELPHI D HEADQUARTERS | |
|---|---|---|---|---|---|
| PAID | W001 RHEOMETRIC PUMPHEAD SUPPORTS (WORKBOARD HOLDER) | | | BOUDIA, J | |

| Delivery Date | Scheduled Quantity | | Price | Price Unit UOM | Value |
|---|---|---|---|---|---|
| 03/17/2005 | 5.000 | | 300.00 | 1 PC | 1,500.00 |
| Net Line Item Value | | | | USD | 1,500.00 |

**Purchasing Contact:** Drake, Greg

Phone: 765-451-2019

Fax: 765-451-5750

**Contact Address:**

Delphi E & S
One Corporate Center MS:CTLLM,
KOKOMO IN 46902

02/18/06  FRI 09:53 FAX 765 451-2040   PURCHASING   @002

# DELPHI

Delphi Electronics and Safety

Page 2 of 5

SPEEDLINE TECHNOLOGIES INC
16 FORGE PARK
FRANKLIN MA 02038-3157

**Purchase Order**

PO Number
450092334                          Date Issued
Version                            02/17/2005
02/18/2005 02:27:16 EST

| Item No. | Material No/Item Identifier No. Description | Total Order Quantity | Plant Requester |
|---|---|---|---|
| 00030 | PR10149964 00030 | 5.000 | DAEG DELPHI D HEADQUARTERS |
| Paid | W005 XP/UP2000 E-TOWER BOARD WIDTH OF 5" TO 8" (REF C008) | | BOUDIA, J |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 03/17/2005 | 5.000 | 750.00 | 1 PC | | 3,750.00 |
| Material Line Item Value | | | | USD | 3,750.00 |

| Total net value | | USD | 10,900.00 |
|---|---|---|---|

**Notes**

*****************
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
*****************

*************************************
* PAYMENT ISSUES AND QUESTIONS REGARDING SHIPPED *
* MATERIAL SHOULD BE DIRECTED TO:    *
* DISBURSEMENT SERVICES AT (248)874-4636.  (A2) *
*************************************

*********************
Delphi requires 100% on time delivery performance from suppliers. If you anticipate problems in delivering materials and/or completing services by the date specified on the Buyer's purchase order, the Delphi Buyer should be notified immediately.
*********************

*********************
CHANGES IN SPECIFICATIONS AFFECTING PRICE AND/OR
LEADTIME, WHETHER INITIATED BY SUPPLIER OR DELPHI
DELCO ELECTRONICS CORP MUST NOT BE MADE WITHOUT
PRIOR APPROVAL BY DELPHI PURCHASING VIA A PURCHASE
ORDER AMENDMENT. ANY CHANGES IN DELIVERY DATE FOR
ANY REASON WHATSOEVER WILL BE REPORTED PROMPTLY IN
WRITING TO THE BUYER WITH DETAILED EXPLANATION.

# Speedline
technologies

SPEEDLINE TECHNOLOGIES
16 FORGE PARK
FRANKLIN, MA 02038
USA

**REMIT TO:**
SPEEDLINE TECHNOLOGIES INC.
P.O. BOX 90410
CHICAGO, IL 60696-0410
UNITED STATES

## INVOICE

| | |
|---|---|
| INVOICE | PAGE |
| 0505477 | 1 OF 1 |
| INVOICE DATE | ORDER DATE |
| 03/10/05 | 03/10/05 |
| SALES ORDER |  |
| 6464411 |  |
| FREIGHT TERMS: |  |
| PPD&ADD |  |
| FOR |  |
| ORIGIN |  |
| PURCHASE ORDER |  |
| 4600095309 |  |
| SHIPPER NUMBER |  |
| 05054772220 |  |

B 10052440
I DELPHI DELCO ELECTRONICS SYS
L ATTN MANUAL RECEIPTS PROCESS
L MS-A241/PO BOX 9005
O KOKOMO, IN 46904-9005
T UNITED STATES
O Your VAT-ID: IN DP

S 10019113
H DELPHI DELCO ELECTRONICS
I 7929 SOUTH HOWELL
P OAK CREEK, WI 53154
T UNITED STATES
O

**TERMS:** NET60

| LIN | ITEM NUMBER | DUE DATE | SALES/PERSON | PART DESCRIPTION | U/M | SHIPPED | BACKORDER | TAX | DISCOUNT% | PRICE | NET PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | P9307 | 05/09/05 | 500000002 500000025 | MONITOR, FLAT, LCD, 15 INCH, 1024 X 768, COLOR | EA | 1.0 | 0.0 | yes | 0.00 | 496.00 | 496.00 |

| | CUSTOMER CONTACT | SHIP DATE | SHIP VIA |
|---|---|---|---|
| | LESLI | 03/10/05 | UPS |

SHIPPER'S REFERENCE 1z02897303507189317

SPECIAL INSTRUCTIONS:

SUB-TOTAL: 496.00

| | |
|---|---|
| 6.30 | 502.30 |
| FREIGHT: | 6.30 |
| (Above Included in Total) | |
| TOTAL DUE: | 502.30 |
| | CURRENCY: USD |

ATTN: GREG DRAKE
PHONE: 765-451-2019
FAX:   765-451-5750

03/10/05 THU 10:52 FAX 765 451 2049 PURCHASING ☒008

**DELPHI** Delphi Electronics and Safety

Page 1 of 7

**Buyer:**
DELPHI
ELECTRONICS & SAFETY
P.O. Box 9005
KOKOMO IN 46904-9005

**Purchase Order**
PO Number 450095309
Version 03/10/2005 02:21:55 EST
Date Issued 03/09/2005

**Deliver to:**
DELPHI D MILWAUKEE
7929 S. Howell Avenue
OAK CREEK WI 53154

19113

Delivery date: 03/18/2005

SPEEDLINE TECHNOLOGIES INC
16 FORGE PARK
FRANKLIN MA 02038-3157

Vendor No: 1002870
DUNS No: 183112879

Payment Terms Currency
Payment settled on 2nd, 2nd Month

Incoterms

-646411-

| Item No. | Material No/Item Identifier No. / Description | Total Order Quantity | Plant / Requester |
|---|---|---|---|
| 00010 | PR101537B6 00010<br>MONITOR, FLAT, LCD, 15, P/N P9307<br>GROTENHUIS, K 765-451-0103 PR461211 | 1.000 | DAHQ DELPHI D HEADQUARTERS<br>GROTENHUIS, |

Price per attached quote.

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 03/18/2005 | 1.000 | 496.00 | 1 | PC | 496.00 |
| Net Line Item Value | | | | USD | 496.00 |

**Total net value** USD 496.00

**Notes:**

Purchasing Contact: Drake, Greg
Phone: 765-451-2019
Fax: 765-451-5750

Contact Address:
Delphi E & S
One Corporate Center MS:CTLLM,
KOKOMO IN 46902

Date and Time Printed: 03/10/2005 02:21:55 EST

# Speedline
technologies

SPEEDLINE TECHNOLOGIES
16 FORGE PARK
FRANKLIN, MA 02038
USA

**REMIT TO:**
SPEEDLINE TECHNOLOGIES INC
P.O. BOX 90410
CHICAGO, IL 60696-0410
UNITED STATES

# INVOICE

| INVOICE | PAGE 1 OF 1 |
|---|---|
| 154173 | |
| INVOICE DATE 05/17/05 | ORDER DATE 05/17/05 |
| SALES ORDER DM153309 | |
| FREIGHT TERMS: PPD&ADD | |
| FOR: ORIGIN | |
| PURCHASE ORDER 74S00467 | |
| SHIPMENT NUMBER | |

B I L L T O
10021144
DELPHI DELCO ELECTRONICS DE
MEXICO SA DE CV DELMOSA 1Y2
PO BOX 981012
EL PASO, TX 79998-1012
UNITED STATES

S H I P T O
10013528
DELPHI ELECTRONICS
CARRETERA A MATAMOROS KM13.5
PARQUE INDUSTRIAL REYNOSA
REYNOSA TAMAULIPAS
MEXICO

| TERMS: NET60 | DUE DATE 07/16/05 | SALESPERSON 500000090 500000030 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CUSTOMER CONTACT | | | SHIP DATE 05/17/05 | SHIP VIA CALL | | SHIPPER'S REFERENCE | | |

| LINE | ITEM NUMBER / PART DESCRIPTION | SHIPPED | BACKORDER | UM | UNIT PRICE | DISCOUNT | OTHER (SEE BELOW) | NET PRICE |
|---|---|---|---|---|---|---|---|---|
| 1 | AQUASTORM 200 CLEA NING SYSTEM | 1.0 | 0.10 yes | EA | 1.0 | | | 725.00 |
| | AQUASTORM 200 CLEA | ** | Cont ** | | | | | |
| | AQUASTORM 200 CLEA | ** | Cont ** | | | | | |
| | CRA125062 | | | | | | | |
| | AQUASTORM 200 CLEA | ** | Cont ** | | | | | |
| | PROBLEM REPORTED: READ OF TC FAULT AND SOFTWARE TO SLOW | | | | | | | |
| | AQUASTORM 200 CLEA | ** | Cont ** | | | | | |
| | IT WAS FOUND: THE ANALOG IO BOARD DON'T WORK PROPERLY | | | | | | | |
| | AQUASTORM 200 CLEA | ** | Cont ** | | | | | |
| | SOLUTION: REINSTALLED SOFTWARE IT WAS CLEANED BOARDS CONNECTORS | | | | | | | |

*5 hours of servca @ 145.00 = 725.00*

| SPECIAL INSTRUCTIONS | SUBTOTAL | DISCOUNT | TAX | OTHER (SEE BELOW) | NET PRICE |
|---|---|---|---|---|---|
| | 725.00 | 0.00 | 0.00 | 0.00 | 725.00 |

TOTAL DUE: 725.00

725.00
CURRENCY: USD

**Delphi Automotive Systems**

**DELPHI**

Impresión de Orden de Compra

@CPTS

Contado a:

DELPHI AUTOMOTIVE SYSTEMS
GLOBAL PURCHASING CENTRO 1
MICHOAN CIPROLAVE.LINCONES
FRACC.INDUSTRIAL DEL NORTE
MATAMOROS, TAMP

VENDOR : DS/85H12278

SPEEDLINE TECHNOLOGIES INC
16 FORGE PARK
FRANKLIN, MA
020038157   (508) 541-6669

SHIP TO:

DELPHI DELCO ELECTRONICS DE MEXICO
S.A. DE C.V(DELINC)SA 3 Y 4
702 JOAQUIN CAVAZOS RD, LOS INDIOS
TX, 78567

INVOICE TO :

DELPHI DELCO ELECTRONICS DE MEXICO
S.A. DE C.V(DELINC)SA 3 Y 4)
P.O. BOX 680012
EL PASO TX. 79958-1012

This Order Number must appear on all correspondence, invoices,
packing slips, shipping papers and containers, in addition containers
must indicate building to which delivery is to be inside.

# ORDER : 7A5E00467

REVISION 00000

BUYER
C5 PATRICIA CAMERO 6953 68241 956 228 8824

REVISION DATE : SEJNCXB 4/1/2005  12:00:00AM

AUTHORIZED :

PAYMENT CONDITIONS 2ND DAY 2ND MONTH

ORDER DATE : 04/01/2005

SHIPMENT VIA_N NO FREIGHT

| ITEM | QUANTITY ORDERED | U.M. | PART NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PROM PRICE DATE |
|---|---|---|---|---|---|---|
| 0001 | 8.000 | UN | | REVISION DE LA MAQUINA AS200, PROBLEMAS CON TERMOCOPLES. MFG NAME: CRAFTMAN CUTTER, MODEL : EASY CUTTER-80"-- CVE. MANUF:-- CTA. CONT : D17000008505000000000000 No. REQUISICION: 74PFR00000215 REQUISITOR: BASILIO VILLARREAL *****SERVICE CONTRACT ORDER EFFECTIVE UNTIL 4/01/2006***** *****SERVICE SHOULD NOT EXCEED $1,160.00 USD***************** *****QUOTE STATES LABOR HOURS SERVICE AT $145.00 USD FROM 8 AM TO 5 PM ***************** *****INVOICES SHOULD BE SIGNED BY STAFF OR PLANT MANAGER***** *****SE REQUIERE INFORMES DE RECIBO*************** DELPHI DELCO ELECTRONICS DE MEXICO S.A. DE C.V Y DELPHI INTERIOR SYSTEMS DE MEXICO S.A. DE | 145.0000 | 1,160.0000 |

Impresión de Orden de Compra

# ORDER : 74S00467

REVISION 00/000

This Order Number must appear on all correspondence, invoices, packing slips, shipping papers and containers, in addition containers must indicate building to which delivery is to be made.

**SHIP TO :**
DELPHI DELCO ELECTRONICS DE MEXICO
S.A DE C.V(DELDCSA3Y4)
702 JOAQUIN CAVAZOS RD, LOS INDIOS
TX.,78567

**INVOICE TO :**
DELPHI DELCO ELECTRONICS DE MEXICO
S.A DE C.V(DELNOSA 3 Y 4)
P.O. BOX 669012
EL PASO TX. 79906-1012

**BUYER**
C5 PATRICIA CAMERO 8853 6824/ 956 228 6824

REVISION DATE : SZNCXB 4/1/2005  12:00:00AM

AUTHORIZED :

PAYMENT CONDITIONS 2ND DAY 2ND MONTH

SHIPMENT VIA N NO FREIGHT

**VENDOR :** 00483112878
SPEEDLINE TECHNOLOGIES INC
16 FORGE PARK
FRANKLIN, MA
02038/5137   (508) 541-0469

ORDER DATE : 04/01/2006

Generado el :

DELPHI AUTOMOTIVE SYSTEMS
GLOBAL PURCHASING CENTRO 1
MICHIGAN OFFICI..NV.URICHES
FRACC.INDUSTRIAL DEL NORTE
MATAMOROS, TAMP

| ITEM | QUANTITY ORDERED | U.M. | PART NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE | FROM DATE |
|------|------------------|------|-------------|-------------|------------|----------------|-----------|

C.V. EXPECT TO RECEIVE MATERIALS AND/OR
SERVICES THAT ARE IN TOTAL CONFORMANCE WITH
THE SPECIFIED REQUIREMENTS ON OUR PURCHASE
ORDERS. DELPHI AUTOMOTIVE SYSTEM
S ALSO EXPECTS 100% ON-TIME DELIVERY FROM OUR
SUPPLIERS. IF YOU ANTICIPATE PROBLEMS IN
DELIVERING MATERIALS AND/OR COMPLETING
SERVICES BY THE DATE SPECIFIED ON OUR
PURCHASE ORDER, THE BUYER SHOULD BE NOTIFIED
IMMEDIATELY.
BY ACCEPTANCE OF THIS CONTRACT OR PURCHASE
ORDER THE SELLER GRANTS TO DELPHI AUTOMOTIVE
SYSTEMS ACCESS TO ALL PERTINENT LEDGERS,
PAYROLL DATA, BOOKS,RECORDS,
CORRESPONDENCE, WRITTEN INSTRUCTIONS,
DRAWINGS, RECEIPTS, VOUCHERS AND OTHER
DOCUMENTS FO
R THE PURPOSE OF AUDITING THE CHARGES AND/OR
ALLOCATIONS RELATED TO THIS CONTRACT OR
PURCHASE ORDER. SELLER FURTHER AGREES, FOR
THIS PURPOSE, TO PRESERVE ALL OF THE ABOVE
ENUMERATED DOCUMENTS FOR A PERIOD OF ONE
YEAR AFTER FINAL PAYMENT HEREUNDER

Impresión de Orden de Compra

# ORDER : 74500467

REVISION 00000

This Order Number must appear on all correspondence, invoices,
packing slips, shipping papers and containers. In addition containers
must indicate building to which delivery is to be made.

SHIP TO :
DELPHI DELCO ELECTRONICS DE MEXICO
S.A DE C.V/DELNOSA 3 Y 4
702 JOAQUIN CAVAZOS RD. LOS INDIOS
TX.,78567

INVOICE TO :
DELPHI DELCO ELECTRONICS DE MEXICO
S.A DE C.V/DELNOSA 3 Y 4)
P.O. BOX 691012
EL PASO TX. 79998-1012

BUYER
C5 PATRICIA CAMERO 8953 6824/ 956 228 6824

REVISION DATE : SZNCXI6 4/12/2005  12:00:00PM

AUTHORIZED :

PAYMENT CONDITIONS 2ND DAY 2ND MONTH

| ITEM | QUANTITY ORDERED | U.M. | PART NUMBER | DESCRIPTION | I.M.A. | UNIT PRICE | EXTENDED FROM PRICE DATE |
|------|------|------|------|------|------|------|------|
| | | | | PLEASE NOTE THAT THIS PURCHASE ORDER IS BEING ISSUED WITH THE 2ND DAY - 2ND MONTH PAYMENT TERM. THE 2ND DAY - 2ND MONTH, MEANS FOR AN EXAMPLE, MATERIAL SHIPPED / RECEIVED IN JANUARY, PAYMENT WOULD BE ISSUED ON MARCH 2. IF YOU HAVE ANY QUESTIONS, PLEA SE CONTACT THE BUYER SHOWN ABOVE. *CONTRACT MAY BE TERMINATED BY EITHER PARTY UPON A 30 DAY WRITTEN NOTICE WITH-OUT OBLIGATION TO EITHER PARTY* | | | |

SHIPMENT VIA N NO FREIGHT

* TAX EXEMPTION NUMBER 3-82117-9572-9

ORDER DATE : 04/01/2005

VENDOR : DD109312879

SPEEDLINE TECHNOLOGIES INC
16 FORGE PARK
FRANKLIN, MA
02038/0167  (508) 441-5499

DELPHI AUTOMOTIVE SYSTEMS
GLOBAL PURCHASING CENTRO 1
MODULO/M OFFICE AND INCOMING
FRACC.INDUSTRIAL DEL NORTE
MATAMOROS, TAMP

Generado el :  14-Abr-2005
       2:40 pm

DEAR SUPPLIER:
A PROPERLY COMPLETED CERTIFICATE OF ORIGIN, NAFTA CERTIFICATE (CUSTOMS FORM 434) IS REQUIRED TO BE INCLUDED WITH
THE SHIPPING DOCUMENTS FOR THE MATERIAL ON THIS ORDER

I.M.A.:     0.00000

SUBTOTAL:       1160.0000
TOTAL:          1160.0000 USD

# Speedline technologies

SPEEDLINE TECHNOLOGIES
16 FORGE PARK
FRANKLIN, MA 02038
USA

**INVOICE**

| | |
|---|---|
| INVOICE | 156491 |
| PAGE: | 1 OF 1 |
| INVOICE DATE | 07/29/05 |
| ORDER DATE | 07/29/05 |
| SALES ORDER | 655288 |
| FREIGHT TERMS: | PPD&ADD |
| FOB | ORIGIN |
| PURCHASE ORDER | 10185083 |
| SHIPPER NUMBER | |

REMIT TO:
SPEEDLINE TECHNOLOGIES INC
P.O. BOX 90410
CHICAGO, IL 60696-0410
UNITED STATES

B 10019113
I DELPHI DELCO ELECTRONICS
L 7929 SOUTH HOWELL
L OAK CREEK, WI 53154
O UNITED STATES

T Your VAT-ID: UT26290
O

S 10019113
H DELPHI DELCO ELECTRONICS
I 7929 SOUTH HOWELL
P OAK CREEK, WI 53154
  UNITED STATES

T
O

| TERMS: | DUE DATE | SALESPERSON | | CUSTOMER CONTACT | | SHIP DATE | SHIP VIA | SHIPPER REFERENCE |
|---|---|---|---|---|---|---|---|---|
| NET30 | 08/28/05 | 60000002 50000025 | | LESLI | | 07/29/05 | TBD | |

| ITEM NUMBER / PART DESCRIPTION | QTY ORDERED | QTY SHIPPED | UOM | DISCOUNT | TAX | PRICE | NET PRICE |
|---|---|---|---|---|---|---|---|
| 1  TR-ON-CAM          ON SITE CAMALOT CLASS | 1.0 | 1.0 | EA | | 0.0  yes | 2,500.00 | 2,500.00 |
| TR-ON-CAM | ** Cont ** | | | | | | |
| ON SITE ADVANCED XYFLEXPRO DU MAINTENANCE TRAINING | | | | | | | |
| TR-ON-CAM | ** Cont ** | | | | | | |
| DATE: 7/28/05 - 7/29/05 | | | | | | | |
| TR-ON-CAM | ** Cont ** | | | | | | |
| INSTRUCTOR: JIM FLFML | | | | | | | |
| TR-ON-CAM | ** Cont ** | | | | | | |
| STUDENT: STEVE GOODMAN, JOHN HOFFMAN, RUDY GAWLITTA, MIKE LUECK, TOM | | | | | | | |
| TR-ON-CAM | ** Cont ** | | | | | | |
| CARLSON, JAY COOK | | | | | | | |
| TR-ON-CAM | ** Cont ** | | | | | | |
| PO#10185083 | | | | | | | |
| TR-ON-CAM | ** Cont ** | | | | | | |
| CONTACT PERSON: TAMMY WENTWORH 765-451-7678 | | | | | | | |
| 2  TR-TRV-EXP          TRAVEL EXPENSES | 1.0 | 1.0 | EA | | 0.0  yes | 473.23 | 473.23 |
| TR-TRV-EXP | ** Cont ** | | | | | | |
| TRAVEL EXPENSES NOT TO EXCEED $500.00 | | | | | | | |

SPECIAL INSTRUCTIONS

| SUB-TOTAL | DISCOUNT | TAX | CHARGES (SEE BELOW) | TOTAL |
|---|---|---|---|---|
| 2,973.23 | 0.00 | 0.00 | 0.00 | 2,973.23 |

TOTAL DUE:  2,973.23
CURRENCY: USD

To: DELPHI DELCO     15:40 FAX 104?207800     SPEEDLINE TECHNOLOGIES → → RAY LABONTE     ⌐001
⌐001/005

# DELPHI

| Buyer: |
| --- |
| DELPHI<br>ELECTRONICS & SAFETY<br>P.O. Box 9005<br>KOKOMO IN 46904-9005 |

| Purchase Order |
| --- |
| PO Number<br>450116302<br>Version<br>29-Sep-2005 02:27:30 EST | Date Issued<br>29-Jul-2005 |

| Deliver to: |
| --- |
| DELPHI DELCO ELECTRONICS CORP<br>ATTN: MANUAL RECEIPTS MS-CTA229<br>No physical shipment<br>KOKOMO IN |

| Delivery date:  05-AUG-2005 |
| --- |

| SPEEDLINE TECHNOLOGIES INC<br>16 FORGE PARK<br>FRANKLIN MA 02038-3157 |
| --- |

| Vendor No:  1002870 |
| --- |
| DUNS No:  183112879 |

Payment settled on 2nd, 2nd Month

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 00010 | PR10185083 00010 | | 1.000 | DAHQ DELPHI D HEADQUARTERS | | |
| | SERVICE - TRAINING | | | WENTWOR/2428 | | |

| Delivery Date | Scheduled Quantity | | Price | Price Unit | UOM | |
| --- | --- | --- | --- | --- | --- | --- |
| 05-AUG-2005 | 1.000 | | 2,500.00 | 1 | PU | 2,500.00 |
| | | | | | USD | 2,500.00 |

\*\*\* Net price changed

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 00020 | PR10185083 00020 | | 1.000 | DAHQ DELPHI D HEADQUARTERS | | |
| | POA FOR TRAVEL EXPENSES | | | WENTWOR/2428 | | |

ADDING LINE ITEM TO PO 450116302 PER RFPOA DATED 09/27/05.

TO COVER THE COST OF TRAVEL EXPENSES ASSOCIATED WITH THE XYFLEXPRO TRAINING COURSE, GIVEN ON 07/27/05 AND 07/28/05.

REQUESTER: TAMMY WENTWORTH (414)768-2428

| Delivery Date | Scheduled Quantity | | Price | Price Unit | UOM | |
| --- | --- | --- | --- | --- | --- | --- |
| 05-AUG-2005 | 1.000 | | 472.23 | 1 | PU | 472.23 |

| Purchasing Contact: Harter, Staci<br>Phone:  765-451-6877<br>Fax:  765-451-0265 | Contact Address:<br>Delphi E & S<br>One Corporate Center MS:CTLLM,<br>KOKOMO IN 46902 |
| --- | --- |

Date and Time Printed:  29-Sep-2005 02:27:30 EST

# DELPHI

Delphi Electronics and Safety

Page 2 of 5

SPEEDLINE TECHNOLOGIES INC
16 FORGE PARK
FRANKLIN MA 02038-3157

Purchase Order

PO Number
450116302
Version
29-Sep-2005 02:27:30 EST

Date Issued
29-Jul-2005

\*\*\* New item                                    USD        472.23

USD        2,972.23

Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the Internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
**********************
Delphi requires 100% on time delivery performance from suppliers. If you anticipate problems in delivering materials and/or completing services by the date specified on the Buyer's purchase order, the Delphi Buyer should be notified immediately.
**********************
DO NOT INVOICE FOR SHIPPED MATERIAL. DELPHI E&S IS 'PAY ON RECEIPT' AND INVOICES ARE NOT REQUIRED.
----------
INVOICES ARE REQUIRED AND MUST BE SUBMITTED FOR SERVICES AND ITEMS WHICH ARE NOT SHIPPED.
----------
PLEASE SUBMIT THESE TO:
DELPHI DELCO ELECTRONICS CORP
ATTN: MANUAL RECEIPTS PROCESSING MS-CTA229
P O BOX 9005
KOKOMO, IN 46904-9005
----------
YOU MUST PLACE THE FOLLOWING ON YOUR PACKING SLIP:
- PURCHASE ORDER (ONLY ONE PURCHASE ORDER NUMBER PER PACKING SLIP)
- DELPHI-E&S "ITEM IDENTIFICATION NUMBER (ID)" FROM PURCHASE ORDER FOR EACH DELIVERED ITEM
- LIST DELPHI-E&S DESCRIPTION PER PURCHASE ORDER FOR EACH LINE ITEM DELIVERED FOLLOWED BY YOUR DESCRIPTION IF DESIRED.
- EQUIPMENT SERIAL NUMBER(S)

# Speedline
### technologies

SPEEDLINE TECHNOLOGIES
16 FORGE PARK
FRANKLIN, MA 02038

**REMIT TO:**
SPEEDLINE TECHNOLOGIES INC
P.O. BOX 90410
CHICAGO, IL 60696-0410
UNITED STATES

## INVOICE

| INVOICE | 157332 | PAGE | 1 OF 1 |
|---|---|---|---|
| INVOICE DATE | 08/24/05 | ORDER DATE | 08/02/05 |

SALES ORDER: CA130600
FREIGHT TERMS:
FOB: PFD&ADD
ORIGIN
PURCHASE ORDER: PR426226
SHIPPER NUMBER:

4501 | 19 807

**BILL TO:**
10060499
DELPHI DELCO SYSTEMS
2033 EAST BOULEVARD
PLANT 9 RECEIVING
KOMOMO, IN 46902
UNITED STATES

**SHIP TO:**
10060499
DELPHI DELCO SYSTEMS
2033 EAST BOULEVARD
PLANT 9 RECEIVING
KOMOMO, IN 46902
UNITED STATES

| TERMS: | DUE DATE | SALESPERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPERS REFERENCE |
|---|---|---|---|---|---|---|
| NET 60 | 10/23/05 | | | 08/24/05 | CALL | |

| LINE | ITEM NUMBER / PART DESCRIPTION | ORDERED | SHIPPED | B/O | UNIT PRICE | DISCOUNT | TAX | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|
| 1 | UP2000 | 1.0 | 1.0 | yes | 2,560.00 | 0.00 | 0.00 | 2,560.00 |
| | ASSEMBLY, UP2000 BASIC | | | | | | | |
| | MACHINE | | | | | | | |
| | Work Code: FIELDSVC/FIELD SERVICE REPAIR | ** Cont ** | ** Cont ** | | | | | |
| | Service Type: BILLABLE/BILLABLE SERVICE | | | | | | | |
| | UP2000 | ** Cont ** | ** Cont ** | | | | | |
| | <<08/24/2005 12:55 barnonw>> | | | | | | | |
| | UP2000 | ** Cont ** | ** Cont ** | | | | | |
| | THE CUSTOMER HAD A 220 V MACHINE AND WANTED TO CONVERT TO A 115v. | | | | | | | |
| | UP2000 | | | | | | | |
| | THE SWITCH WAS DONE AND VERIFIED TO BE IN WORKING CONDITION | | | | | | | |

SPECIAL INSTRUCTIONS:

SUBTOTAL: 2,560.00    DISCOUNT: 0.00    MISC: 0.00    TAX: 0.00    INVOICE TOTAL: 2,560.00

TOTAL DUE: 2,560.00
CURRENCY: USD

CA130 ...

DELPHI

Delphi Electronics and Safety

**Buyer:**
DELPHI
ELECTRONICS & SAFETY
P.O. Box 9005
KOKOMO IN 46904-9005

**Purchase Order**

PO Number: 450119802
Date Issued: 22-Aug-2005
Version: 23-Aug-2005 02:34:32 EST

**Deliver to:**
DELPHI DELCO ELECTRONICS CORP
ATTN: MANUAL RECEIPTS MS-CTA229
No physical shipment
KOKOMO IN

Delivery date: 09-AUG-2005

SPEEDLINE TECHNOLOGIES INC
16 FORGE PARK
FRANKLIN MA 02038-3157

Vendor No: 1002870
DUNS No: 183112879

Payment Terms: ZTM2 Currency: USD
Payment settled on 2nd, 2nd Month

Incoterms: FOB Freight Collect

| Item No | Material No/Item Identifier No / Description | Total Order Quantity | Plant / Requester |
|---|---|---|---|
| 00010 | PR10188011 00010<br>FIELD SERVICE<br>FIELD SERVICE CHARGE FOR MPM PRINTER RELOCATION RANDALL SIMPSON (765)451-9593 PR425226 | 2,000 | DAHQ DELPHI D HEADQUARTERS<br>SIMPSON R |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 09-AUG-2005 | 2,000.000 | 1.00 | 1 | DOL | 2,000.00 |
| Net Line Item Value | | | | USD | 2,000.00 |

**Total net value** USD 2,000.00

**Notes**

*****************************************************

Purchasing Contact: Purvis, Laura
Phone: 765-451-2104
Fax: 765-451-0265

Contact Address:
Delphi E & S
One Corporate Center MS:CTLLM,
KOKOMO IN 46902

Date and Time Printed: 23-Aug-2005 02:34:32 EST

# PROCUREMENT REQUISITION FORM

No. 425226

P. O. #: 0850 00P6 00P6

Please check one of the following:

■ PURCHASE REQUISITION ☐ JOB ORDER ☐ ENGINEERING SERVICES

**ALL FIELDS MUST BE COMPLETED WHEN APPLICABLE**

USING DEPARTMENT: D850 Kokomo SUGGESTED SOURCE: Speedline

ORDERING DEPARTMENT: D850 Kokomo

REQUESTED BY: NAME: Randall Simpson DELIVER TO: DATE TO BE IN PLANT: 9-Aug-05

PHONE/MS: (765) 451-9593 / 6044 PLANT: 6 BUYER'S NAME:

PROJECT # (LIST LINE ITEM # BELOW): 9862 SUB ACCOUNT: DAOSP DEPT.: 850 CHARGE DEPARMENT: EQUIP SPEC: Yes

| LINE ITEM TYPE | LINE ITEM NO. | QTY. | U/M | MFG. NAME - P/N GENERAL DESCRIPTION | ESTIMATED COST: PURCHASED COST | LABOR | IN-HOUSE MATERIAL |
|---|---|---|---|---|---|---|---|
| O | DAE042 XZ 001 | 1 | pc | Field service charge for MPM printer relocation | $ 3,000.00 | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| LINE ITEM TYPE: F=FAC T=TLS O=OPS | | | | TOTAL COST | $ 3,000.00 | 0 | 0 |

**ALL FIELDS MUST BE COMPLETED WHEN APPLICABLE**

HAZARDOUS MATERIAL #: NOT REQ ■ REQ ☐ HMM#: DATE OF QUOTE AND NUMBER

CONSIGNMENT: NOT REQ ■ REQ ☐ C.I. #: DATE: RFQ

RELATED DOCUMENTS: JO #: PR/PO #: CSA #: MO #: OSS #: DOCUMENT 59 #:

OTHER COMMENTS/ADDITIONAL INSTRUCTIONS

AUTHORIZATION SIGNATURES DATE

**FOR MILWAUKEE PURCHASING USE ONLY**

SALES TAX STATUS: ☐ EXEMPT ☐ NONEXEMPT ☐ CODE

STORES REVIEW

QUALITY REVIEW

☐ NO MATERIAL OVERHEAD ☐ PRODUCTIVE USE MATERIAL ☐ CERTIFIED ANALYSIS ☐ CUSTOMER SOURCE INSPECTION ☐ GOV'T SOURCE INSPECTION

MATERIAL USED FOR

GOVERNMENT CONTRACT NO. PRIORITY CERTIFIED UNDER GROUP CODE BUYER

**SINGLE SOURCE JUSTIFICATION**

USE BACK FOR SINGLE SOURCE JUSTIFICATION

# Call Report

**Ⓢ Speedline** technologies

| | |
|---|---|
| **Call ID:** CA130600 | |
| **Call Date:** 08/02/05 | **End User:** 10060499 |

**Bill To:** 1002249
DELPHI DELCO ELECTRONICS SYS
ATTN MANUAL RECEIPTS PROCESS
CASE # 05-44481 ( RDD )
MS-A241/PO BOX 9005
KOKOMO, IN 46904-9005
UNITED STATES

DELPHI DELCO SYSTEMS
2033 EAST BOULEVARD
PLANT 9 RECEIVING
KOKOMO, IN 46902
UNITED STATES

**Caller:** MITCH MCILRATH
**Phone:** 765-451-9907
**Description:** HELP INSTALL MACHINE
**PO:** 4501198902
**Work Code:** FIELDSVC
**Type:** REPAIR  MACHINE REPAIR

**Warranty Code:**
**Install Date:** 08/24/05
**Warranty Expiration:** 11/22/05

**Contract:**
**Start Date:**
**End Date:**

**Status:** CLOSED  CLOSED
**Queue:** FSB  FIELD SERVICE ENGINEER
**Next Status:** CLOSED  CLOSED
**Area:** AMI  AMI

**Event Date:** 09/21/05
**Next Status Date:** 08/24/05

*Internal Comments*
<<08/02/2005 10:38 rdeblois>>
MACHINE WAS MOVED TO THIS FACILITY FROM ANOTHER AND THEY WOULD LIKE FSB IN
TO HELP WITH INSTALLATION, WE ARE LOOKING TO GET SHAUN IN TUESDAY THE 9TH.

| Line | Item Number | Serial | Description |
|---|---|---|---|
| 1 | UP2000 | 22396 | UP2000-HIB PRINTER |

**Assigned:** SGROGAN
**Work Code:** FIELDSVC
**Service Type:** BILLABLE
**Status:** CLOSED
Date Complete: 08/24/05

Billing Summary

| Item/Service | Qty | Covered Amount | Billable Amount |
|---|---|---|---|
| LABOR | 8. | 0. | 1,280 |
| TRAVEL | 8. | 0. | 1,280 |
| Totals: | | 0. | 2,560 |

*Line Comments*
<<08/24/2005 12:55 batmone>>
THE CUSTOMER HAD A 220 V MACHINE AND WANTED TO CONVERT TO A 115V.

# Call Report

## 🖎 Speedline
technologies

**Call ID:**

**Bill To:**  1002249
DELPHI DELCO ELECTRONICS SYS
ATTN MANUAL RECEIPTS PROCESS
CASE # 05-44481 ( RDD )
MS-A241/PO BOX 9005
KOKOMO, IN 46904-9005
UNITED STATES

**Call Date:**  08/02/05

**End User:**  I0060499
DELPHI DELCO SYSTEMS
2033 EAST BOULEVARD
PLANT 9 RECEIVING
KOKOMO, IN 46902
UNITED STATES

*Line Comments*

THE SWITCH WAS DONE AND VERIFIED TO BE IN WORKING CONDITION

# Speedline

technologies

SPEEDLINE TECHNOLOGIES
16 FORGE PARK
FRANKLIN, MA 02038
USA

**REMIT TO:**
SPEEDLINE TECHNOLOGIES INC
P.O. BOX 90410
CHICAGO, IL 60696-0410
UNITED STATES

# INVOICE

| | |
|---|---|
| INVOICE | 0518127 |
| PAGE | 1 OF 5 |
| INVOICE DATE | 09/08/05 |
| ORDER DATE | 06/24/05 |
| SALES ORDER | 651121 |
| FREIGHT TERMS: | |
| FOB | ORIGIN |
| | COLLECT |
| PURCHASE ORDER | 4501101662 |
| SHIPPER NUMBER | 0519633220 |
| SHIPPERS REFERENCE | 11670 |

| B | 1005244O |
|---|---|
| I | DELPHI DELCO ELECTRONICS SYS |
| L | ATTN MANUAL RECEIPTS PROCESS |
| L | MS-A241 PO BOX 9005 |
| | KOKOMO, IN 46904-9005 |
| T | UNITED STATES |
| O | Your VAT-ID: IN DP |

| S | 1006O499 |
|---|---|
| H | DELPHI DELCO SYSTEMS |
| I | 2033 EAST BOULEVARD |
| P | PLANT 9 RECEIVING |
| | KOKOMO, IN 46902 |
| T | UNITED STATES |
| O | |

| TERMS NET60 | DUE DATE 11/07/05 | SALESPERSON 50000018 50000025 | CUSTOMER CONTACT | SHIP DATE 09/08/05 | SHIP VIA CALL |
|---|---|---|---|---|---|

| LINE NUMBER | PART DESCRIPTION | QTY | UM | SHIPPED | PART COST | PRICE | NET PRICE |
|---|---|---|---|---|---|---|---|
| 1  7100-13053 | CAMALOT XYFLEXPRO Module | | EA | 1.0 | ... ..0.0 yes | 190,496.00 | 190,496.00 |
| | r Dispensing System | | | | | | |
| | Lot/Serial Numbers Shipped: | | | | | | |
| | 7100-30055 | Qty   Expire   Reference | | | | | |
| | 7100-13053 | 1.0 | | | | | |
| | DESCRIPTION | | QTY | | | | |
| | OPTION | | | | ** Cont ** | | |
| | 7100-13053 | | | | ** Cont ** | | |
| | CE Compliance: YES | | | | | | |
| | 7100-13053 | | | | ** Cont ** | | |
| | Voltage 210 | | | | | | |
| | 7100-13053 | | | | ** Cont ** | | |
| | Frequency 50/60 | | | | | | |
| | 7100-13053 | | | | ** Cont ** | | |
| | Left to Right Conveyor Direction | | | | | | |
| | 7100-13053 | | | | ** Cont ** | | |
| | Right Side Monitor | | | | | | |
| | 7100-13053 | | | | ** Cont ** | | |
| | 7100-2 | XYFLEXPRO2 Small Base Model | 1 | | ** Cont ** | | |
| | 7100-13053 | | | | ** Cont ** | | |
| | 26887 | Audible Alarm Option | 1 | | ** Cont ** | | |
| | 7100-13053 | | | | ** Cont ** | | |
| | 35965 | Blue/Amber/Green, Light Tower | 1 | | ** Cont ** | | |
| | 7100-13053 | | | | ** Cont ** | | |
| | 44124 | Single Head Disp Enc (7100) | 1 | | ** Cont ** | | |
| | 7100-13053 | | | | ** Cont ** | | |
| | AVOPT-3 | Die Edge Detection Option | 1 | | ** Cont ** | | |
| | 7100-13053 | | | | ** Cont ** | | |

# Speedline technologies

Speedline Technologies
16 Forge Park
Franklin, MA 02038
USA

**REMIT TO:**
SPEEDLINE TECHNOLOGIES INC
P.O. BOX 90410
CHICAGO, IL 60696-0410
UNITED STATES

# INVOICE

| INVOICE | PAGE |
|---|---|
| 0518127 | 2 OF 5 |
| INVOICE DATE | ORDER DATE |
| 09/08/05 | 06/24/05 |
| SALES ORDER | |
| 653121 | |

FREIGHT TERMS: COLLECT
FOB ORIGIN
PURCHASE ORDER 450110652
SHIPPER NUMBER 0519633220

B 10052440
I  DELPHI DELCO ELECTRONICS SYS
L  ATTN MANUAL RECEIPTS PROCESS
L  MS-A241PO BOX 9005
   KOKOMO, IN 46904-9005
   UNITED STATES
T
O  Your VAT-ID: IN DP

S 10060499
H  DELPHI DELCO SYSTEMS
I  2033 EAST BOULEVARD
P  PLANT 9 RECEIVING
   KOKOMO, IN 46902
T  UNITED STATES
O

| LINE / ITEM NUMBER | PART DESCRIPTION | DUE DATE 11/07/05 | SALESPERSON 50000018 50000025 | CUSTOMER CONTACT | UM | SHIPPED | BACKORDERED QTY | SHIP DATE 09/08/05 | SHIP VIA CALL | SHIPPERS REFERENCE 11670 | PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 43443 - ... 7100-13053 | 3MM Insert Kit | | | | | 1 | | | | ** Cont ** | |
| SEMICON1 7100-13053 | SEMI Package System | | | | | 1 | | | | ** Cont ** | |
| 210-4 7100-13053 | Additional Manual Paper | | | | | 1 | | | | ** Cont ** | |
| 44501 7100-13053 | Non-Contact Heat, 8x10 | | | | | 1 | | | | ** Cont ** | |
| 44501 7100-13053 | Non-Contact Heat, 8x10 | | | | | 1 | | | | ** Cont ** | |
| 620-6 7100-13053 | Line DU Heated | | | | | 1 | | | | ** Cont ** | |
| 44119 7100-13053 | LVDT Touch Probe | | | | | 1 | | | | ** Cont ** | |
| 725-6 7100-13053 | Weight Scale Assy | | | | | 1 | | | | ** Cont ** | |
| 870-6 7100-13053 | Needle Cleaner Assy | | | | | 1 | | | | ** Cont ** | |
| 373-1 7100-13053 | 25mm Lens | | | | | | | | | ** Cont ** | |
| 43564 7100-13053 | White Illuminator | | | | | | | | | ** Cont ** | |
| 820-12 7100-13053 | Needle Calibrator | | | | | | | | | ** Cont ** | |

Qty Conv. Zones: TWO
7100-13053
Disp. Application: 44501

# Speedline
### technologies

SPEEDLINE TECHNOLOGIES
16 FORGE PARK
FRANKLIN, MA 02038
USA

**REMIT TO:**
SPEEDLINE TECHNOLOGIES INC
P.O. BOX 90410
CHICAGO, IL 60696-0410
UNITED STATES

# INVOICE

| | |
|---|---|
| PAGE | 3 OF 5 |
| INVOICE | 0518127 |
| ORDER DATE | 06/24/05 |
| INVOICE DATE | 09/08/05 |
| SALES ORDER | 653121 |
| FREIGHT TERMS: | |
| FOR: | ORIGIN |
| | COLLECT |
| PURCHASE ORDER | 4501110652 |
| SHIPPER NUMBER | 0519633220 |

**B**
10052440
DELPHI DELCO ELECTRONICS SYS
MTN MANUAL RECEIPTS PROCESS
KOKOMO I /N 4694-9005
KOKOMO, IN 46904-9005
UNITED STATES
T
O   Your VAT-ID: IN DP

**S**
10060499
DELPHI DELCO SYSTEMS
203 EAST BOULEVARD
PLANT 9 RECEIVING
KOKOMO, IN 46902
UNITED STATES
T
O

**TERMS:** NET60

| DUEDATE | SALESPERSON |
|---|---|
| 11/07/05 | 50000018 50000025 |

CUSTOMER CONTACT

| LINE NUMBER | PART NUMBER | PART DESCRIPTION | UM | QUANTITY ORDERED | SHIP DATE 09/08/05 | SHIP VIA CALL | SHIPPERS REFERENCE 11670 | EXT PRICE |
|---|---|---|---|---|---|---|---|---|
| | 7100-13053 | Pre. Application: 44501 | | | | | | |
| | 7100-13053 | R. Head:620-6 | | | | | | |
| | 7100-13053 | Top Plate Required | | | | | | |
| | 7100-13053 | Customer Acceptance Required | | | | | | |
| 2 | 43490 | 1SPSI SYRINGE PRESR KIT (UNDERFILL) | EA | ** Cont ** 1.0 | 0.0 yes | | 0.00 | 0.00 |
| 3 | 43490 45533 | PID SET,DELPHI SPECIAL | EA | ** Cont ** 1.0 | 0.0 yes | | 0.00 | 0.00 |
| 4 | 19433 | NEEDLE,22GA | EA | ** Cont ** 12.0 | 0.0 Yes | | 0.00 | 0.00 |
| 5 | 19433 19433 NSR35722779 | REPLACE ALL NEEDLES IN SUPPORT KIT WITH PART NUMBER 19433 SPECIAL, EXHAUST PLENUM, DELPHI | EA | ** Cont ** 1.0 | 0.0 yes | | 0.00 | 0.00 |
| 6 | NSR35722779 43068 | PLATE,TOP,3.88WX8.13L 7100 DELPHI | EA | ** Cont ** 2.0 | 0.0 yes | | 0.00 | 0.00 |
| 7 | 43068 42670 | PLATE,EDGE,TOP PLATE, 7100 | EA | ** Cont ** 2.0 | 0.0 yes | | 0.00 | 0.00 |
| 8 | 42670 43420 | EDGE,TOP PLATE,7.81X.212 | EA | ** Cont ** 2.0 | 0.0 yes | | 0.00 | 0.00 |

# Speedline
technologies

**REMIT TO:**
SPEEDLINE TECHNOLOGIES INC
P.O. BOX 90410
CHICAGO, IL 60696-0410
UNITED STATES

# INVOICE

| INVOICE | PAGE |
| --- | --- |
| 0518127 | 4 OF 5 |
| INVOICE DATE | ORDER DATE |
| 09/08/05 | 06/24/05 |
| SALES ORDER | |
| 653121 | |
| FREIGHT TERMS: | |
| COLLECT | |
| FOB | |
| ORIGIN | |
| PURCHASE ORDER | |
| 4501110652 | |
| SHIPPER NUMBER | |
| 0519633220 | |
| SHIPPERS REFERENCE | |

SPEEDLINE TECHNOLOGIES
16 FORGE PARK
FRANKLIN, MA 02038
USA

**B** 10052440
**L** DELPHI DELCO ELECTRONICS SYS
**L** ATTN MANUAL RECEIPTS PROCESS
MS-A241/PO BOX 9005
KOKOMO, IN 46904-9005
UNITED STATES
**T**
**O** Your VAT-ID: IN DP

**S** 10060499
**H** DELPHI DELCO SYSTEMS
**I** 2033 EAST BOULEVARD
**P** PLANT 9 RECEIVING
KOKOMO, IN 46902
UNITED STATES
**T**
**O**

| TERMS | | DUE DATE | SALESPERSON |
| --- | --- | --- | --- |
| NET60 | | 11/07/05 | 500000018 50000025 |

| LINE | ITEM NUMBER | PART/DESCRIPTION | UM | SHIPPED | BACKORDER | UNIT PRICE | NET PRICE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | 7100-1111831 DELPHI | | | | | |
| 9 | 43420 620-6 | DU,HD LINE,STD,71/7200 FILL,UFILL,DAM,>50MG | EA | ** Cont ** 1.0 | 0.0 yes | 12,500.00 | 12,500.00 |
| 11 | NSR43783341 | SPECIAL,MODIFIED DASHED | EA | 1.0 | 0.0 yes | 0.00 | 0.00 |
| 14 | NSR43783341 47430 | SOFTWARE KIT,V5.0.X,CD, BENCH | EA | ** Cont ** 1.0 | 0.0 yes | 0.00 | 0.00 |

| SHIP DATE | SHIP VIA | |
| --- | --- | --- |
| 09/08/05 | CALL | |

| SUBTOTAL | DISCOUNT | TAX | CHARGES BELOW | TOTAL |
| --- | --- | --- | --- | --- |
| 202,996.00 | 0.00 | 0.00 | 0.00 | 202,996.00 |

**TOTAL DUE:** 202,996.00
CURRENCY:USD

**SPECIAL INSTRUCTIONS**

PURCHASE CONTACT: GREG DRAKE
PHONE: 765-451-2019
FAX: 765-451-5750

ENGINEER CONTACT: GALEN DAVIS
PHONE: 765-451-7413
EMAIL: GALEN.J.DAVIS@DELPHI.COM

TRAFFIC CONTACT: GUYER THE MOVER
PHONE: 765-451-6197

CUSTOMER ACCEPTANCE
#EMAIL:GALEN.J.DAVIS@DELPHI.COM

CUSTOMER CONTACT

# Speedline
### technologies

SPEEDLINE TECHNOLOGIES
16 FORGE PARK
FRANKLIN, MA 02038
USA

**REMIT TO:**
SPEEDLINE TECHNOLOGIES INC
P.O. BOX 90-610
CHICAGO, IL 60696-0410
UNITED STATES

# INVOICE

| INVOICE | PAGE |
| --- | --- |
| 0518127 | 5 OF 5 |
| INVOICE DATE | ORDER DATE |
| 09/08/05 | 06/24/05 |

SALES ORDER
653121

FREIGHT TERMS:
COLLECT

FOB:
ORIGIN

PURCHASE ORDER
4501110652

SHIPPER NUMBER
0519833220

**B**  100552440
**I**  DELPHI DELCO ELECTRONICS SYS
**L**  ATTN MANUAL RECEIPTS PROCESS
**L**  MS-A241/PO BOX 9005
     KOKOMO, IN 46904-9005
     UNITED STATES
**T**
**O**

Your VAT-ID: IN DP

**S**  100560499
**H**  DELPHI DELCO SYSTEMS
**I**  2033 EAST BOULEVARD
**P**  PLANT 9 RECEIVING
     KOKOMO, IN 46902
**T**  UNITED STATES
**O**

| TERMS:<br>NET60 | DUE DATE<br>11/07/05 | SALESPERSON<br>50000018 50000025 | CUSTOMER CONTACT | SHIP DATE<br>09/08/05 | SHIP VIA<br>CALL | SHIPPERS REFERENCE<br>11670 |
| --- | --- | --- | --- | --- | --- | --- |

#EMAIL: jverrier@speedlinetech.com
#EMAIL: kpaul1ch@speedlinetech.com
#EMAIL: glefebvre@speedlinetech.com
#EMAIL: rclement@speedlinetech.com
#EMAIL: glbebix@snapcomi.com
#EMAIL: pmparcivel@snapcomi.com
#EMAIL: speedline_elgin_dispatch@speedlinetech.com
#COMMENTS: SPEEDLINE TECHNOLOGIES CONTACT: Jen Verrier
#COMMENTS:
#COMMENTS:

# DELPHI

*Inv 0518127*

Delphi Electronics and Safety
Page  1  of 7

**Buyer:**

DELPHI
ELECTRONICS & SAFETY
P.O. Box 9005
KOKOMO IN 46904-9005

**Deliver to:**

DELPHI D KOKOMO Plant1,6,7,8,9
2033 East Boulevard
KOKOMO IN 46904-9005

SPEEDLINE TECHNOLOGIES INC
16 FORGE PARK
FRANKLIN MA 02038-3157

Purchase Order

| PO Number | Date Issued |
|---|---|
| 450110652 | 22-Jun-2005 |
| Version | |
| 03-Aug-2005 10:56:07 | |

Delivery date:  01-SEP-2005

Vendor No:  1002870
DUNS No:   183112879

Payment settled on 2nd, 2nd Month

| | | | | | |
|---|---|---|---|---|---|
| 00020 | PR10176825 00010 | | 1.000 | DAHQ DELPHI D HEADQUARTERS | |
| | 7100  XYFLEXPRO SMALL DISPENSER, HEAD #2 | | | GROTENHUIS, | |

PR10176825 RE-ADDED TO PO AFTER COST INCREASE OF $925.00 PER POA FROM KIRK GROTENHUIS. 8/2/05GD/RW
RFQ: IND-006969-GRO
GROTENHUIS, K 765-451-0103  PR457444

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 01-SEP-2005 | 1.000 | 202,996.00 | 1 | PC | 202,996.00 |
| | | | | USD | 202,996.00 |

| | USD | 202,996.00 |
|---|---|---|

*********************
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release.

**Purchasing Contact: Drake, Greg**
**Phone:** 765-451-2019
**Fax:** 765-451-5750

**Contact Address:**

Delphi E & S
One Corporate Center MS:CTLLM,
KOKOMO IN 46902

Date and Time Printed:  03-Aug-2005 10:56:07



# Speedline
technologies

SPEEDLINE TECHNOLOGIES
16 FORGE PARK
FRANKLIN, MA 02038
USA

# INVOICE

| INVOICE | 0518206 | PAGE | 2 OF 5 |
|---|---|---|---|
| INVOICE DATE | 09/08/05 | ORDER DATE | 06/24/05 |
| SALES ORDER | 665119 | | |

**REMIT TO:**
SPEEDLINE TECHNOLOGIES INC
P.O. BOX 90410
CHICAGO, IL 60696-0410
UNITED STATES

FRIEGHT TERMS:
COLLECT
FOB
ORIGIN
PURCHASE ORDER
450110664
SHIPPER NUMBER
0518206220

**B** 10052440
**I** DELPHI DELCO ELECTRONICS SYS
**L** ATTN INDIVIDUAL RECEIPTS PROCESS
**L** MS-A241/PLT 9
KOKOMO, IN 46904-9005
UNITED STATES
**T**
**O** Your VAT-ID: IN DP

**S** 10060499
**H** DELPHI DELCO SYSTEMS
**I** 2033 EAST BOULEVARD
**P** PLANT 9 RECEIVING
KOKOMO, IN 46902
UNITED STATES
**T**
**O**

| TERMS: NET60 | | DUE DATE 11/07/05 | SALESPERSON 50000018 50000025 | CUSTOMER CONTACT | | SHIP DATE 09/08/05 | SHIP VIA CALL | | SHIPPERS REFERENCE 11670 | |
|---|---|---|---|---|---|---|---|---|---|---|
| **ITEM NUMBER** | **PART DESCRIPTION** | | | | **QTY SHIPPED** | **BACKORDER** | **TAX** | **PRICE** | **NET PRICE** |
| 43443 7100-13052 | 3MM Insert Kit | | | 1 | ** Cont ** | | | |
| SEMICON1 7100-13052 | SEMI Package System | | | 1 | ** Cont ** | | | |
| 210-4 7100-13052 | Additional Manual Paper | | | 1 | ** Cont ** | | | |
| 44501 7100-13052 | Non-Contact Heat, 8x10 | | | 1 | ** Cont ** | | | |
| 44501 7100-13052 | Non-Contact Heat, 8x10 | | | 1 | ** Cont ** | | | |
| 620-6 7100-13052 | Line DU Heated | | | 1 | ** Cont ** | | | |
| 44119 7100-13052 | LVDT Touch Probe | | | 1 | ** Cont ** | | | |
| 725-6 7100-13052 | Weight Scale Assy | | | 1 | ** Cont ** | | | |
| 870-6 7100-13052 | Needle Cleaner Assy | | | 1 | ** Cont ** | | | |
| 373-1 7100-13052 | 25mm Lens | | | 1 | ** Cont ** | | | |
| 43564 7100-13052 | White Illuminator | | | | ** Cont ** | | | |
| 820-12 7100-13052 | Needle Calibrator | | | | ** Cont ** | | | |
| Qty Conv. Zones: TWO 7100-13052 | | | | | ** Cont ** | | | |
| Disp. Application: 44501 | | | | | ** Cont ** | | | |

# Speedline
### technologies

SPEEDLINE TECHNOLOGIES
16 FORGE PARK
FRANKLIN, MA 02038
USA

**REMIT TO:**
SPEEDLINE TECHNOLOGIES INC
P.O. BOX 90410
CHICAGO, IL 60696-0410
UNITED STATES

## INVOICE

| | |
|---|---|
| PAGE | 3 OF 5 |
| INVOICE | 0518206 |
| INVOICE DATE | 09/08/05 |
| SALES ORDER | 8531319 |
| FREIGHT TERMS | COLLECT |
| FOB | ORIGIN |
| PURCHASE ORDER | 4501110654 |
| SHIPPER NUMBER | 0518206220 |
| ORDER DATE | 06/24/05 |

**B**
10052440
DELPHI DELCO ELECTRONICS SYS
M3-IN MANUAL RECEIPTS PROCESS
MS-A240 / PO BOX 9005
KOKOMO, IN 46904-9005
UNITED STATES
**T O** Your VAT-ID: IN DP

**S**
10060499
DELPHI DELCO SYSTEMS
2033 EAST BOULEVARD
PLANT 9 RECEIVING
KOKOMO, IN 46902
UNITED STATES
**T O**

TERMS: NET60

SHIPPERS REFERENCE 11670

| ITEM | PART NUMBER / PART DESCRIPTION | DUE DATE 11/07/05 | SALESPERSON 50000018 50000025 | CUSTOMER CONTACT | U/M | SHIPPED SHIP DATE 09/08/05 | BACK ORDER | SHIP VIA CALL | PRICE | AMOUNT NET PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| | ·7100-13052 Pre. Application: 44501 | | | | | ** Cont ** | | | | |
| | 7100-13052 R.   Head:620-6 | | | | | | | | | |
| | 7100-13052 Top Plate Required | | | | | ** Cont ** | | | | |
| | 7100-13052 Customer Acceptance Required | | | | | ** Cont ** | | | | |
| 2 | 43490   1SPSI SYRINGE PRESR KIT (UNDERFILL) | | | | EA | ** Cont ** 1.0 | 0.0 yes | | 0.00 | 0.00 |
| 3 | 45533   PID SET,DELPHI SPECIAL | | | | EA | ** Cont ** 1.0 | 0.0 yes | | 0.00 | 0.00 |
| 4 | 19433   NEEDLE,22GA   680/685 | | | | EA | ** Cont ** 12.0 | 0.0 yes | | 0.00 | 0.00 |
| | 19433 | | | | | | | | | |
| | 19433 REPLACE ALL NEEDLES IN SUPPORT KIT WITH PART NUMBER 19433 | | | | | | | | | |
| 5 | NSR35722779   SPECIAL, EXHAUST PLENUM, DELPHI | | | | EA | ** Cont ** 1.0 | 0.0 yes | | 0.00 | 0.00 |
| | NSR35722779 | | | | | | | | | |
| 6 | 43060   PLATE,TOP,3.88WX8.13L   71.00 DELPHI | | | | EA | ** Cont ** 2.0 | 0.0 yes | | 0.00 | 0.00 |
| 7 | 42670   PLATE,EDGE,TOP PLATE,8   7100 | | | | EA | ** Cont ** 2.0 | 0.0 yes | | 0.00 | 0.00 |
| | 43068 | | | | | | | | | |
| | 42670 | | | | | | | | | |
| 8 | 43420   EDGE,TOP PLATE,7.81X.212 | | | | EA | ** Cont ** 2.0 | 0.0 yes | | 0.00 | 0.00 |

# Speedline
## technologies

SPEEDLINE TECHNOLOGIES
16 FORGE PARK
FRANKLIN, MA 02038
USA

**REMIT TO:**
SPEEDLINE TECHNOLOGIES INC
P.O. BOX 90410
CHICAGO, IL 60696-0410
UNITED STATES

# INVOICE

| | |
|---|---|
| PAGE | 4 OF 5 |

| INVOICE | 0518206 |
|---|---|
| INVOICE DATE | 09/08/05 |
| ORDER DATE | 06/24/05 |
| SALES ORDER | 6653119 |
| FREIGHT TERMS: | COLLECT |
| FOB | ORIGIN |
| PURCHASE ORDER | 4501110654 |
| SHIPPER NUMBER | 0518206220 |
| SHIPPERS REFERENCE | 11670 |

**B**  10052440
**I**  DELPHI DELCO ELECTRONICS SYS
**L**  ATTN MANUAL RECEIPTS PROCESS
**L**  MS-A241 PO BOX 9005
**T**  KOKOMO, IN 46904-9005
**O**  UNITED STATES

**O**  Your VAT-ID: IN DP

**S**  10060499
**H**  DELPHI DELCO SYSTEMS
**I**  2033 EAST BOULEVARD
**P**  PLANT 9 RECEIVING
**T**  KOKOMO, IN 46902
**O**  UNITED STATES

| TERMS: NET60 | DUE DATE 11/07/05 | SALESPERSON 500000118 50000025 | | | | SHIP DATE 09/08/05 | SHIP VIA CALL | |
|---|---|---|---|---|---|---|---|---|

| LN | ITEM NUMBER | PART DESCRIPTION | CUSTOMER CONTACT | U/M | SHIPPED | DISCOUNT | | UNIT PRICE |
|---|---|---|---|---|---|---|---|---|
| | | 7100-1111831 DELPHI | | | | | | |
| | 43420 | DU,HTD LINE,STD,71/7200 | | ** Cont ** | | | | |
| 9 | 620-6 | FILL,UFILL,DMM,>50MG | | EA | 1.0 | | | 12,500.00 |
| | | STANDARD LASER Z SENSE | | | | | | |
| 10 | 44025 | 7100-2,7200-2 | | EA | 1.0 | | | 0.00 |
| | | SPECIAL,MODIFIED DASHBD | | | | | | |
| 11 | NSR43783341 | | | EA | 1.0 | | | 0.00 |
| | NSR43783341 | | | ** Cont ** | | | | |
| 12 | NSR43199160 | SPECIAL,LASER LIGHT PIPE | | EA | 1.0 | | | 0.00 |
| | NSR43199160 | | | ** Cont ** | | | | |
| 13 | 47430 | SOFTWARE KIT,V5.0.X,CD, | | EA | 1.0 | | | 0.00 |
| | | DENCH | | | | | | |

| SUBTOTAL | DISCOUNT | TAX | OTHER (SEE BELOW) | TOTAL |
|---|---|---|---|---|
| 202,996.00 | 0.00 | 0.00 | 0.00 | 202,996.00 |

EXCLUSIVE TAX

| | |
|---|---|
| TOTAL DUE: | 202,996.00 |
| | CURRENCY:USD |

**SPECIAL INSTRUCTIONS**

PURCHASE CONTACT: GREG DRAKE
PHONE: 765-451-2019
FAX: 765-451-5750

ENGINEER CONTACT: GALEN DAVIS
PHONE: 765-451-7413
EMAIL: GALEN.J.DAVIS@DELPHI.COM

TRAFFIC CONTACT: GUYER THE MOVER

# Speedline
technologies

SPEEDLINE TECHNOLOGIES
16 FORGE PARK
FRANKLIN, MA 02038
USA

## INVOICE

REMIT TO:
SPEEDLINE TECHNOLOGIES INC
P.O. BOX 90410
CHICAGO, IL 60696-0410
UNITED STATES

| | |
|---|---|
| INVOICE | PAGE |
| 05182206 | 5 OF 5 |
| INVOICE DATE | ORDER DATE |
| 09/08/05 | 06/24/05 |
| SALES ORDER | |
| 653119 | |
| FREIGHT TERMS: | |
| COLLECT | |
| FOB | |
| ORIGIN | |
| PURCHASE ORDER | |
| 4501110654 | |
| SHIPPER NUMBER | |
| 05182062220 | |

B  10052440
I  DELPHI DELCO ELECTRONICS SYS
L  ATTN MANUAL RECEIPTS PROCESS
L  MS-A241/PO BOX 9005
   KOKOMO, IN 46904-9005
T  UNITED STATES
O

O  Your VAT-ID: IN DP

S  100060499
H  DELPHI DELCO SYSTEMS
I  2033 EAST BOULEVARD
P  PLANT 9 RECEIVING
   KOKOMO, IN 46902
T  UNITED STATES
O

| SHIPPERS REFERENCE |
|---|
| 11670 |

| TERMS: | DUE DATE | SALESPERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA |
|---|---|---|---|---|---|
| NET60 | 11/07/05 | 500000018 50000025 | | 09/08/05 | CALL |

PHONE: 765-451-6197

CUSTOMER ACCEPTANCE
#EMAIL:GALEN.J.DAVIS@DELPHI.COM
#EMAIL:jverrier@speedlinetech.com
#EMAIL:kgraulich@speedlinetech.com
#EMAIL:glefebvre@speedlinetech.com
#EMAIL:rclemens@speedlinetech.com
#EMAIL:glbabka@mapcoml.com
#EMAIL:pmpercival@mapcoml.com
#EMAIL:
#EMAIL: speedline_elgin_dispatch@speedlinetech.com
#COMMENTS: SPEEDLINE TECHNOLOGIES CONTACT:Jen Verrier
#COMMENTS:
#COMMENTS:
#COMMENTS:

08/23/05  TUE 15:35 FAX 765 451 2049    PURCHASING    ☒001

# DELPHI

*signature* OS18206

Delphi Electronics and Safety

Refax to Kurt Graulich

Page 1 of 7

**Buyer:**
DELPHI
ELECTRONICS & SAFETY
P.O. Box 9005
KOKOMO IN 46904-9005

**Deliver to:**
DELPHI D KOKOMO Plant1,1,7,8,9
2033 East Boulevard
KOKOMO IN 46904-9005

SPEEDLINE TECHNOLOGIES INC
16 FORGE PARK
FRANKLIN MA 02038-315'

**Purchase Order**

| | |
|---|---|
| PO Number | Date Issued |
| 450110654 | 22-Jun-2005 |
| Version | |
| 23-Aug-2005 16:05:58 | |

Delivery date:  01-SEP-2005

Vendor No:  1002870
DUNS No:   183112879

Payment settled on 2nd, 2nd Month

| Item No. | Material No | Item Identifier No. | Total Order Quantity | Plant | Requester |
|---|---|---|---|---|---|
| 00020 | PR10176824 | 00010 | 1.000 | DAHQ DELPHI D HEADQUARTERS | GROTENHUIS, |

7100  XYPI XXPRO SMALL DISPENSER, HEAD #1,
PR RE-ADDED TO PO AFTER COST INCREASED BY $925 PER POA FROM KIRK GROTENHUIS. 8/2/05GD/RW
RFQ: IND-D06960 ORO
GROTENHUIS, K 765-451-0102 PR457443

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 01-SEP-2005 | 1.000 | 202,996.00 | 1 PC | | 202,996.00 |
| | | | | USD | 202,996.00 |

|  |  | **USD** | **202,996.00** |
|---|---|---|---|

******************
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release.

Purchasing Contact: Drake, Greg
Phone: 765-451-20.9
Fax:  765-451-5750

Contact Address:

Delphi E & S
One Corporate Center MS:CTLLM,
KOKOMO IN 46902

Date and Time Printed: 23-Aug-2005 16:05:58

# Speedline technologies

SPEEDLINE TECHNOLOGIES INC
16 FORGE PARK
FRANKLIN, MA 02038
USA

# INVOICE

| INVOICE | PAGE |
|---|---|
| 0518723 | 1 OF 2 |
| INVOICE DATE | ORDER DATE |
| 09/13/05 | 09/12/05 |
| SALES ORDER: | |
| 658127 | |
| FREIGHT TERMS: | |
| COLLECT | |
| FOR | |
| ORIGIN | |
| PURCHASE ORDER | |
| 9571-672201 | |
| SHIPPER NUMBER | |
| 0518723210 | |

**REMIT TO:**
SPEEDLINE TECHNOLOGIES INC
P.O. BOX 90410
CHICAGO, IL 60696-0410
UNITED STATES

B 10017062
I DELPHI MECHATRONIC SYSTEMS
L PO BOX 792
L CONDURA PLANT
T BROWNSVILLE TX 78521
O UNITED STATES
  Your VAT-ID: TX MAQUILADORA

S 10017063
H DELPHI MECHATRONIC SYSTEMS
I PONIENTE 4 Y NORTE 7
P CUIDID INDUSTRIAL
H MATAMOROS
T MEXICO
O

| TERMS: | DUE DATE | SALESPERSON | | | | | |
|---|---|---|---|---|---|---|---|
| NET30 | 10/13/05 | 500000090500000030 | | | | | |

SHIPPERS REFERENCE
1267709803461378888

| LINE NUMBER | PART/DESCRIPTION | UM | SHIPPED | BACK ORDER | PRICE | DISCOUNT | TAX | NET PRICE |
|---|---|---|---|---|---|---|---|---|
| 1 2-5001-287-04-0 | BLOWER, MOTOR, 160CFM | EA | 2.0 | 0.0 yes | 424.86 | | 0.00 | 849.72 |
| 2-5001-287-04-0 | | | ** Cont ** | | | | | |
| 2-5001-287-04-0 | | | ** Cont ** | | | | | |
| RMOTBL001 | | | | | | | | |

**SPECIAL INSTRUCTIONS:**

| | SUBTOTAL | DISCOUNT | TAX | OTHER (SEE BELOW) | TOTAL |
|---|---|---|---|---|---|
| | 849.72 | 0.00 | 0.00 | 0.00 | 849.72 |

TOTAL DUE: 849.72
CURRENCY: USD

ORDER INFORMATION
MARIA PADRON          <CONTACT NAME
956 554 5696          <TELEPHONE
N/A                   <FAX
MARIA.PADRON@DELPHI.COM
SPECIAL INSTRUCTIONS:
ATTACH COMMERCIAL INVOICE AND CERTIFICATE OF ORIGIN.
UPS ACCT# 773 808
Carrier: 20000149
#EMAIL: MARIA.PADRON@DELPHI.COM, GABRIEL.VERLAGE@DELPHI.COM
#EMAIL:
#EMAIL:
#EMAIL:
#EMAIL:
#EMAIL:
#EMAIL:
#EMAIL: Speedline_Mexico_order_entry@speedlinetech.com

# Speedline
technologies

SPEEDLINE TECHNOLOGIES
16 FORGE PARK
FRANKLIN, MA 02038
USA

## INVOICE

REMIT TO:
SPEEDLINE TECHNOLOGIES INC
P.O. BOX 90410
CHICAGO, IL 60696-0410
UNITED STATES

| | |
|---|---|
| INVOICE | PAGE |
| 0518723 | 2 OF 2 |
| INVOICE DATE | ORDER DATE |
| 09/13/05 | 09/12/05 |
| SALES ORDER | |
| 658127 | |
| FREIGHT TERMS: | |
| COLLECT | |
| FOR | |
| ORIGIN | |
| PURCHASE ORDER | |
| 9571-672201 | |
| SHIPPER NUMBER | |
| 0518723210 | |

B   10017062
I   DELPHI MECHATRONIC SYSTEMS
L   PO BOX 792
L   CONDURA PLANT
    BROWNSVILLE, TX 78521
    UNITED STATES
T
O   Your VAT-ID: TX MAQUILADORA

S   10017063
H   DELPHI MECHATRONIC SYSTEMS
I   PONIENTE 4 Y NORTE 7
P   CUIDID INDUSTRIAL
    H MATAMOROS
T   MEXICO
O

| TERMS | DUE DATE | SALESPERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPERS REFERENCE |
|---|---|---|---|---|---|---|
| NET30 | 10/13/05 | 500000090 50000030 | | 09/13/05 | UPS | 1Z67709B0346137B88 |
| | | SPEEDLINE TECHNOLOGIES CONTRACT | | | | |

#COMMENTS:
#COMMENTS:
#COMMENTS:

6 581 27

**Purchase Order**  ☒ Delphi Mechatronic Systems    D-U-N-S No. 02-155-3417
☐ Delphi Automotive Systems    T.I.N. No. 38-3599834

**DELPHI**
Automotive Systems

ATTN   Rosa Maria Aguilar

PAGE   1

SPEEDLINE TECHNOLOGIES INC
16 FORGE PK

FRANKLIN MA 02038-3137
USA

Purchase Order No.    9571-675201
This number must appear on all invoices, correspondence, packing slips,
shipping documents, and containers.
Purchase Order Revision    1    8/05/04

DELPHI MECHATRONIC SYSTEMS
C/O ASTRO IMPORT EXPORT
3541 E. 14th St. Ste. G
BROWNSVILLE
TX    78521    USA

Invoice In Duplicate To:
DELPHI MECHATRONIC SYSTEMS
Condura Plant
615 Elca Lane, Suite A
Brownsville, TX. 78521

| FOB: DEST. FGT. COLL. | | | Ship Via | UPSGROUND | Terms MNS-2 |
|---|---|---|---|---|---|
| Vendor Number  51512 | | Tax Exempt ID Number: | | | Date of Order  8/05/04 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|
| 3 EA | RMOTBL001    * Due Date:  6/29/04 * | | 01 | 386.06000 | 1158.18 |
| | | MOTOR BLOWER 160CFM | | | |
| | | P/N 2-5001-287-04-0 ELECTROVERT | | | |
| | | ***********BLANKET ORDER****************** | | | |
| | | SHIP 3 PCS.  THE BALANCE WILL BE REQUESTED AS | | | |
| | | NEEDED BY DELPHI MECHATRONIC SYSTEMS | | | |
| 6 EA | RMOTBL001    * Due Date:  8/05/04 * | | 01 | 416.13000 | 2496.78 |
| | | MOTOR BLOWER 160CFM | | | |
| | | P/N 2-5001-287-04-0 ELECTROVERT | | | |
| | | ***********BLANKET ORDER****************** | | | |
| | | SHIP 3 PCS.  THE BALANCE WILL BE REQUESTED AS | | | |
| | | NEEDED BY DELPHI MECHATRONIC SYSTEMS | | | |
| | | * | | | |
| | | THIS IS A BLANKET PURCHASE ORDER. | | | |
| | | THE QTY. ON IT IS ONLY THE ANNUAL ESTIMATED USAGE | | | |
| | | AND IS NOT TO BE CONSTRUED AS A COMMITMENT TO PUR- | | | |
| | | CHASE.  AN AUTHORIZED PERSON TO GENERATE RELEASES | | | |
| | | WILL CONTACT YOU WHEN THEY WERE REQUIRED | | | |
| | | | | | |
| | | ATTN: GLORIA DE LA ROSA FAX. 52 33 38 16 90 19 | | | |
| | | FROM: MARY PADRON PHONE. 956 554 5696 FAX 5692 | | | |
| | | SHIP BY UPS GROUND ACCT 773808 | | | |
| | | **AMENDMENT TO THE ORDER ON THE PRICE FROM 386.06 | | | |
| | | TO 416.13.  SEE THE EMAIL FOR COMMENTS | | | |

Gloria dela Rosa, te envio la copia de la orden que esta requerida.
Por favor solo envie las 2 piezas requeridas por Gabriel Velazquez.

484900

This order expressly limits acceptance to the terms stated on the face and reverse
side hereof. Any additional or different terms proposed by seller are rejected unless
expressly assented to in writing.

No order and/or releases against this order are not to be filled at higher prices
than shown on Purchase Order or Release without written approval of buyer.

This order is subject to terms, conditions, and instructions on the face and
reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all
Invoices, bills of lading, cases, bundles, packing lists, and all other
correspondence.

U --- MARY PADRON
Buyer

By    (signature) 8/05/04

552 (1201)

**ORIGINAL**

09/12/05 03:24p P.001
P.9
956 554 5692
SPEELINE TECHNOLOGIES MEX    333818901B
21 Oct 2005 5:18
Delphi Mechatronic Sys

21 OCT 2005 8:29    SPEELINE TECHNOLOGIES MEX    3338189019    P.3

# DELPHI
Automotive Systems

## Purchase Order

[X] Delphi Mechatronic Systems
[ ] Delphi Automotive Systems

D-U-N-S No. 02-155-3417
T.I.N. No. 38-3589834

PAGE  2

SPEEDLINE TECHNOLOGIES INC
16 FORGE PK

FRANKT.TN MA 02038-3137
USA

Purchase Order No.:    9571-672201
This number must appear on all invoices, correspondence, packing slips, shipping documents and containers.

Purchase Order Revision:    1    8/05/04

**Sold To:**
DELPHI MECHATRONIC SYSTEMS
C/O ASTRO IMPORT EXPORT
3541 E.14th St. Ste. C
BROWNSVILLE
TX.   78521    USA

**Invoice In Duplicate To:**
DELPHI MECHATRONIC SYSTEMS
Condura Plant
815 Elea Lane, Suite A
Brownsville, TX    78521

| FOB: DEST | FGT COLL | Ship Via | UPSGROUND | Terms - MNS-2 |
|---|---|---|---|---|
| Vendor Number | 51010 | Tax Exempt ID Number: | | Date of Order  8/05/04 |

| Quantity | U/M | Part Number / Description | D/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

PURCHASE ORDER TOTAL    3654.96

** AS OF FEB 01, 00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO CASS LOGISTICS **
INCO TERMS - TTOP(Title Transfer Our Plant) Title Transfer when goods
arrive at buyer's receiving dock.

This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

No order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

**Buyer:**    U  -  MARY PADRON

**By:**

(12/01)

ORIGINAL

# Speedline
technologies

SPEEDLINE TECHNOLOGIES
16 FORGE PARK
FRANKLIN, MA 02038
USA

## INVOICE

| INVOICE | PAGE |
|---|---|
| 0519537 | 1 OF 2 |
| INVOICE DATE | ORDER DATE |
| 09/22/05 | 09/21/05 |
| SALES ORDER | |
| 6587742 | |
| FREIGHT TERMS: | |
| COLLECT | |
| FOB | |
| ORIGIN | |
| PURCHASE ORDER | |
| 75R06738 | |
| SHIPPER NUMBER | |
| 0519537220 | |

**REMIT TO:**
SPEEDLINE TECHNOLOGIES INC
P.O. BOX 90410
CHICAGO, IL 60696-0410
UNITED STATES

B 10014641
I DELPHI DELCO ELECTRONICS DE
L MEXICO SA DE CV9DELNOSA3Y4)
L PO BOX 981012
  EL PASO, TX 79998-1012.
T UNITED STATES
O

S 10021141
H DELPHI AUTOMOTIVE SYSTEMS
I GLOBAL PURCH CENTRO 1 (CD)
P CARRETERA A MONTERREY
  AV FOMENTO INDUSTRIAL S/N
T REYNOSA  TAMAULIPAS 88500
O MEXICO

| TERMS | DUE DATE | SALESPERSON | | | | | | SHIPPER'S REFERENCE |
|---|---|---|---|---|---|---|---|---|
| NET60 | 11/21/05 | 50000090 50000030 | | | | | | 699687508277 |

| CUSTOMER CONTACT | | | SHIP DATE | SHIP VIA | |
|---|---|---|---|---|---|
| CRUSITA BARRERA | | | 09/22/05 | FEDX | |

| ITEM NUMBER / PART DESCRIPTION | SHIPPED | BACKORDER | | UNIT PRICE |
|---|---|---|---|---|
| 1 2-9201-042-00-0   BOLT HH SST M6 X 80 | EA   2.0 | 0.0 yes | 0.9215 | 1.84 |
| 2-9201-042-00-0 | ** Cont ** | | | |
| 2-9201-042-00-0 | ** Cont ** | | | |
| 13024818 | | | | |

SEE INSTRUCTIONS:

| | DISCOUNT | | | TOTAL |
|---|---|---|---|---|
| SUBTOTAL | | | SEE BELOW | |
| 1.84 | 0.00 | 0.00 | 0.00 | 1.84 |
| | | | TOTAL DUE: | 1.84 |
| | | | CURRENCY: USD | |

ORDER INFORMATION
LIZBETH VARGAS
956 228 3511
956 228 7913
LIZBETH.VARGAS@DELPHI.COM
SPECIAL INSTRUCTIONS:
ATTACH COMMERCIAL INVOICE AND CERTIFICATE OF ORIGIN.
FAX ACCT#152194464
FEDEX ACCT ACCT#123070186
CARRIER: 20000013
#EMAIL: LIZBETH.VARGAS@DELPHI.COM
#EMAIL:
#EMAIL:
#EMAIL:
#EMAIL:
#EMAIL:
#EMAIL:

# ⑤ Speedline
### technologies

SPEEDLINE TECHNOLOGIES
16 FORGE PARK
FRANKLIN, MA 02038
USA

**REMIT TO:**
SPEEDLINE TECHNOLOGIES INC
P.O. BOX 90410
CHICAGO, IL 60696-0410
UNITED STATES

## INVOICE

| | |
|---|---|
| INVOICE | 0519537 |
| INVOICE DATE | 09/22/05 |
| SALES ORDER | 6567742 |
| FREIGHT TERMS: | COLLECT |
| FOB: | ORIGIN |
| PURCHASE ORDER | 75R06738 |
| SHIPPER NUMBER | 0519537220 |

PAGE: 2 OF 2
ORDER DATE: 09/21/05

B  10014641
I  DELPHI DELCO ELECTRONICS DE
L  MEXICO SA DE CV9DELNOSA3Y4)
L  PO BOX 981012
    EL PASO, TX 79998-1012
T  UNITED STATES
O

S  10021141
H  DELPHI AUTOMOTIVE SYSTEMS
I  GLOBAL PURCH CENTRO 1 (CD)
P  CARRETERA A MONTERREY
    AV FOMENTO INDUSTRIAL S/N
T  REYNOSA  TAMAULIPAS  88500
O  MEXICO

| TERMS: NET60 | DUE DATE 11/21/05 | SALESPERSON 50000090 50000030 | CUSTOMER CONTACT CRUSITA BARRERA | SHIP DATE 09/22/05 | SHIP VIA FEDX | SHIPPERS REFERENCE 699687505277 |
|---|---|---|---|---|---|---|

#EMAIL: Speedline Mexico order entry@speedlinetech.com
#COMMENTS: SPEEDLINE TECHNOLOGIES CONTACT:
#COMMENTS:
#COMMENTS:

05-44481-rdd   Doc 5183   Filed 09/22/06   Entered 09/22/06 16:40:49   Main Document
Pg 49 of 57

Generado el: 20-Sep-2005
A las: 7:08 am

**Impresión de Shipment Release**

Page 2 of 2

DELPHI AUTOMOTIVE SYSTEMS
GLOBAL PURCHASING CENTRO 1
BRECHA E99 CARRETERA MATAMX
PARQUE INDUSTRIAL REYNOSA
REYNOSA       TAMS

Ship to: DELPHI DELCO ELECTRONICS
DE MEXICO S.A DE
702 JOAQUIN CAVAZOS RD,
LOS INDIOS, TX., 78567

# Release:76R06798
Revision: 00000
USD
#O.C.A. 00A04305

**Vendor:** DD 183112879
SPEEDLINE TECHNOLOGIES INC
16 FORGE PARK

FRANKLIN    MA
02038311  Fax: (508) 541-8469

Invoice to: DELPHI DELCO ELECTRONICS
DE MEXICO S.A DE
C.V(DELNOSA 5 Y 6)
P.O. BOX 981012
EL PASO, TX. 79998-1012

**Buyer:**
C5  PATRICIA CAMERO   8953 6824/ 956 226 6824

Revision Date:
09/20/2005

Authorized:

Release date: 09/20/2005     Req. Order:

Shipment via:
NO FREIGHT

Payment conditions:
2ND DAY 2ND MONTH

| Item | Quantity Ordered | M.U. | Part Number | Description | Unit Price | Extended price | From Date |
|---|---|---|---|---|---|---|---|
| 0001 | 2.000 | PC | 13024818 | # 2-9201-042-00-0 BOLT HH SST M6 X 80 / PERNO / Israel Rodriguez Ext. 7901 CTA. CONT : D1-2400-00831-77100-610-000-0000 REQ: TOOL CRIB INDIRECTO PLANTA 6Y6 CVE. MANUF : 2-9201-042-00-0 | 0.9215 | 1.8430 | 10/11/2005 |
| 0002 | 6.000 | PC | MRX00046279 | # 3-0057-078-01-2 BUSHING PUMP BEARING 300670780012BUJE DE GRAFITO / ELECTROVERT 3-0057-078-01-2 CTA. CONT : D1-2400-00831-77100-610-000-0000 REQ: TOOL CRIB INDIRECTO PLANTA 6Y6 CVE. MANUF : 3-0057-078-01-2 | 41.7100 | 250.2600 | 10/11/2005 |

Dear supplier:
A property completed certificate of origin, NAFTA Certificate (Customs Form 434) is required to be included with the shipping documents for the material on this order.

SUBTOTAL    252.1030
I.V.A.:  0.00    T O T A L    252.1030  USD

MZ6S4B

@CPTS

Delphi Automotive Systems

DELPHI

Impresión de Shipment Release

Page 1 of 2

Generado el:    20-Sep-2005
A las:           7:08 am

DELPHI AUTOMOTIVE SYSTEMS
GLOBAL PURCHASING CENTRO 1
BRECHA E99 CARRETERA MATAM
PARQUE INDUSTRIAL REYNOSA
REYNOSA          TAMS

Ship to:   DELPHI DELCO ELECTRONICS
           DE MEXICO S.A DE
           702 JOAQUIN CAVAZOS RD,
           LOS INDIOS, TX.,78597

# Release:75R05738
Revision #: 00000
                USD
#O.C.A.-T0A04305

Buyer:

Vendor:    DD  183112879
SPEEDLINE TECHNOLOGIES INC
16 FORGE PARK

Invoice to:  DELPHI DELCO ELECTRONICS
             DE MEXICO S.A DE
             C.V(DELNOSA 5 Y 6)
             P.O. BOX 981012
             EL PASO, TX. 79998-1012

C5  PATRICIA CAMERO  8953 6824/ 956 228 6824

FRANKLIN     MA
02038531 Fax: (508) 541-8469

Revision Date:
                09/20/2005

Authorized:

Release date:       Req. Order:
09/20/2005

Shipment via:
NO FREIGHT

Payment conditions:
2ND DAY  2ND MONTH

          Quantity
Item   Ordered  M.U.  Part Number       Description                                              Unit Price   Extended price   From
                                                                                                                                Date

                                         ***********************************************
                                         DEAR SUPPLIER
                                         BY ACCEPTING THIS SHIPMENT RELEASE, YOU MUST
                                         INCLUDE ALL INFORMATION REQUIREMENTS LISTED
                                         BELOW, FOR USA/MEX CUSTOMS FORMALITIES ON
                                         YOUR PACKING LIST FOR EVERY SHIPMENT.
                                         SUPPLIER NAME     DUNS NUMBER      SR NUMBER
                                         PART NUMBER       PART DESCRIPTION  QUANTITY
                                         UNIT NET WEIGHT   UNIT OF MEASURE  UNIT COST
                                         REQUESTER NAME    COUNTRY OF ORIGIN
                                         CERTIFICATE OF ORIGIN
                                         MSDS, SOFTWARE LICENSE (When Applicable).
                                         ***********************************************

MZ5S4B                                                                 I.V.A.:   0.00          SUBTOTAL

                                                                                               TOTAL                           USD

# Speedline
### technologies

SPEEDLINE TECHNOLOGIES
16 FORGE PARK
FRANKLIN, MA 02038
USA

## INVOICE

REMIT TO:
SPEEDLINE TECHNOLOGIES INC
P.O. BOX 90410
CHICAGO, IL 60696-0410
UNITED STATES
*************************
WIRE / ACH / EFT
BANK OF AMERICA
ABA 0260-09593
ACCT 123324569
SWIFT BOFAUS3N

| INVOICE | 158455 | PAGE | 1 OF 1 |
|---|---|---|---|
| INVOICE DATE | 09/26/05 | ORDER DATE | 09/19/05 |
| SALES ORDER | CA132654 | | |
| FREIGHT TERMS | PPD&ADD | | |
| FOR | ORIGIN | | |
| PURCHASE ORDER | 58S01155 | | |
| SHIPPER NUMBER | | | |

| B I L L   T O | S H I P   T O |
|---|---|
| 10013528<br>DELPHI ELECTRONICS<br>CARRETERA A MATAMOROS KM13.5<br>PARQUE INDUSTRIAL REYNOSA<br>REYNOSA TAMAULIPAS<br>MEXICO | 10013528<br>DELPHI ELECTRONICS<br>CARRETERA A MATAMOROS KM13.5<br>PARQUE INDUSTRIAL REYNOSA<br>REYNOSA TAMAULIPAS<br>MEXICO |

| TERMS: NET 60 | DUE DATE 11/25/05 | SALESPERSON | CUSTOMER CONTACT | SHIP DATE 09/11/05 | SHIP VIA CALL | SHIPPER'S REFERENCE |
|---|---|---|---|---|---|---|

| LINE | QTY / UOM | PRODUCT / DESCRIPTION | UNIT PRICE | QTY ORDERED | TAX | PRICE |
|---|---|---|---|---|---|---|

| EXTENDED PRICE | EXTENDED TAX | |
|---|---|---|

1  3800   MODEL 3800
         TEMPLATE, CONFIGURATOR
   Work Code: FIELDSVCFIELD SERVICE REPAIR
   Service Type: BILLABLEBILLABLE SERVICE
<<09/26/2005 17:45 rarenas>>
CHECK ALL THE SMEMA CABLES
REPLACE COMPUTER AND AND CONVEYOR BOARD, THAT WAS NOT THE PROBLEM
MOVE THE POSITON OF THE SENSORS, THE OUTPUT SENSOR ON THE UPSTREM MACHINE
AND THE INPUT SENSOR OF THE DOWN STREEM MACHINE
THE SENSORS WAS TO FAR ONE TO THE OTHER AND THE BOARD IS TO SMALL, JUST PUT
THE SENSORS MORE CLOSE.

EA         0.00         1.0      yes        870.00

2  3800   MODEL 3800
         TEMPLATE, CONFIGURATOR
   Work Code: FIELDSVCFIELD SERVICE REPAIR
   Service Type: GWAY-SVCSERVICE COURTESY

                           1.0      yes         0.00

| SUB TOTAL | DISCOUNT | FREIGHT | RECOVERY CHG | TAX | OTHER SEE BELOW | TOTAL |
|---|---|---|---|---|---|---|
| 870.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 870.00 |

TOTAL DUE:          870.00
                  CURRENCY: USD

SPECIAL INSTRUCTIONS

**Delphi Automotive Systems**

Impreso de Orden de Compra

# ORDER : 58S01155

REVISION 00000

This Order Number must appear on all correspondence, invoices, packing slips, shipping papers and containers, in addition containers must indicate building to which delivery is to be made.

**SHIP TO:**

DELPHI DELCO ELECTRONICS DE MEXICO
S.A DE C.V(DELNOSA 1 Y 2)
702 JOAQUIN CAVAZOS RD, LOS INDIOS,
TX.,78567

**INVOICE TO:**

DELPHI DELCO ELECTRONICS DE MEXICO
S.A DE C.V(DELNOSA 1 Y 2)
P.O. BOX 991012
EL PASO TX. 79998-1012

DELPHI AUTOMOTIVE SYSTEMS
GLOBAL PURCHASING CENTRO 1
MICHIGAN C/PROL AVE UNIONES
FRACC.INDUSTRIAL DEL NORTE
MATAMOROS, TAMP

**VENDOR : DD163112379**

SPEEDLINE TECHNOLOGIES INC
16 FORGE PARK
FRANKLIN, MA
023383157  (508) 541-8469

**BUYER**
C7 LILIANA VELASCO 956 226 6823 / 8111600 X 6823

REVISION DATE : HZPCCS 29/07/2005  0:00:00

AUTHORIZED :

**ORDER DATE : 07/29/2005**

SHIPMENT VIA : Y FREIGHT

PAYMENT CONDITIONS 2ND DAY 2ND MONTH

| ITEM | QUANTITY ORDERED | U.M. | PART NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED FROM PRICE DATE |
|------|------------------|------|-------------|-------------|------------|--------------------------|
| 0001 | 1.000 | UN | | BLANKET ORDER FOR SERVICE SUPPORT OF SPEEDLINE. -- CVE. MANUF.-- CTA. CONT : D17000008050500000000000 No. REQUISICION: 58PR00001323 REQUISITOR: RAFAEL MARTINEZ Attached to email dated 7/29/2005 you will find the list for the Serial #'s that relate to this purchase order as well as the name of the persons authorized to request this service. DELPHI DELCO ELEGTRONICS DE MEXICO S.A. DE C.V Y DELPHI INTERIOR SYSTEMS DE MEXICO S.A. DE C.V. EXPECT TO RECEIVE MATERIALS AND/OR SERVICES THAT ARE IN TOTAL CONFORMANCE WITH THE SPECIFIED REQUIREMENTS ON OUR PURCHASE ORDERS. DELPHI AUTOMOTIVE SYSTEM S ALSO EXPECTS 100% ON-TIME DELIVERY FROM OUR SUPPLIERS. IF YOU ANTICIPATE PROBLEMS IN DELIVERING MATERIALS AND/OR COMPLETING SERVICES BY THE DATE SPECIFIED ON OUR PURCHASE ORDER, THE BUYER SHOULD BENOTIFIED | 5,000.0000 | 5,000.0000 |

# ORDER : 55S01155

REVISION 00000

This Order Number must appear on all correspondence, invoices,
packing slips, shipping papers and containers, in addition
containers must indicate building to which delivery is to be made.

**SHIP TO :**

DELPHI DELCO ELECTRONICS DE MEXICO
S.A DE C.V(DELNOSA 1 Y 2)
702 JOAQUIN CAVAZOS RD, LOS INDIOS,
TX.,78567

**INVOICE TO :**

DELPHI DELCO ELECTRONICS DE MEXICO
S.A DE C.V(DELNOSA 1 Y 2)
P.O. BOX 981012
EL PASO TX. 79998-1012

**BUYER**

C7 LILIANA VELASCO 956 228 6823 / 8111600 X 6823

REVISION DATE : HZPCCS 29/07/2005  0:00:00

AUTHORIZED :

PAYMENT CONDITIONS  2ND DAY 2ND MONTH

DELPHI AUTOMOTIVE SYSTEMS
GLOBAL PURCHASING CENTRO 1
MICHIGAN C/PROL.AVE.UNIONES
FRACC.INDUSTRIAL DEL NORTE
MATAMOROS, TAMP

VENDOR : DD18S112879

SPEEDLINE TECHNOLOGIES INC
16 FORGE PARK
FRANKLIN, MA
020383157  (508) 541-5469

ORDER DATE : 07/29/2005.

SHIPMENT: VIA  Y FREIGHT

| ITEM | QUANTITY ORDERED | U.M. | PART NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE | PROM DATE |
|------|------------------|------|-------------|-------------|------------|----------------|-----------|
|      |                  |      |             | IMMEDIATELY. |            |                |           |

BY ACCEPTANCE OF THIS CONTRACT OR PURCHASE
ORDERTHE SELLER GRANTS TO DELPHI AUTOMOTIVE
SYSTEMS ACCESS TO ALL PERTINENT LEDGERS,
PAYROLL DATA, BOOKS,RECORDS,
CORRESPONDENCE, WRITTEN INSTRUCTIONS,
DRAWINGS, RECEIPTS, VOUCHERS AND OTHER
DOCUMENTS FO
R THE PURPOSE OF AUDITING THE CHARGES
AND/OR ALLOCATIONS RELATED TO THIS CONTRACT
OR PURCHASE ORDER.  SELLER FURTHER AGREES,
FOR THIS PURPOSE, TO PRESERVE ALL OF THE
ABOVE ENUMERATED DOCUMENTS FOR APERIOD OF
ONE YEAR AFTER FINAL PAYMENT HEREUNDER'
PLEASE NOTE THAT THIS PURCHASE ORDER IS
BEING ISSUED WITH THE 2ND DAY - 2ND MONTH
PAYMENT TERM. THE2ND DAY - 2ND MONTH, MEANS
FOR AN EXAMPLE, MATERIAL SHIPPED / RECEIVED IN
JANUARY, PAYMENT WOULD BEISSUED ON MARCH
2. IF YOU HAVE ANY QUESTIONS, PLEA
SE CONTACT THE BUYER SHOWN ABOVE.
CONTRACT MAY BE TERMINATED BY EITHER PARTY
UPON A30 DAY WRITTEN NOTICE WITHOUT

Impresión de Orden de Compra

# ORDER : 58S01155

REVISION 00000

**SHIP TO :**
DELPHI DELCO ELECTRONICS DE MEXICO
S.A DE C.V(DELNOSA 1 Y 2)
702 JOAQUIN CAVAZOS RD, LOS INDIOS,
TX.,78567

This Order Number must appear on all correspondence, invoices,
packing slips, shipping papers and containers, in addition
containers must indicate building to which delivery is to be made.

**INVOICE TO :**
DELPHI DELCO ELECTRONICS DE MEXICO
S.A DE C.V(DELNOSA 1 Y 2)
P.O. BOX 981012
EL PASO TX. 79998-1012

**BUYER**
C7 LILIANA VELASCO 956 228 6823 / 8111600 X 6823

REVISION DATE : HZPCCS 29/07/2005   0:00:00

AUTHORIZED :

PAYMENT CONDITIONS  2ND DAY  2ND MONTH

DELPHI AUTOMOTIVE SYSTEMS
GLOBAL PURCHASING CENTRO 1
MICHIGAN C/PROL.AVE.UNIONES
FRACC.INDUSTRIAL DEL NORTE
MATAMOROS, TAMP

**VENDOR : DD1S3112379**

SPEEDLINE TECHNOLOGIES INC
16 FORGE PARK
FRANKLIN, MA
020383157  (508) 541-8469

**ORDER DATE : 07/29/2005**

SHIPMENT VIA  Y FREIGHT

OBLIGATION TO  EITHER  PARTY

* TAX EXEPTION NUMBER  3-82117-9572-9

DEAR SUPPLIER:
A PROPERLY COMPLETED CERTIFICATE OF ORIGIN, NAFTA CERTIFICATE (CUSTOMS FORM 434) IS REQUIRED TO BE INCLUDED WITH
THE SHIPPING DOCUMENTS FOR THE MATERIAL ON THIS ORDER

| ITEM | QUANTITY ORDERED | U.M. | . # & PART NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PROM PRICE DATE |
|------|------------------|------|-------------------|-------------|-----------|--------------------------|
|      |                  |      |                   |             | 0.00000   | 5000.0000                |

SUBTOTAL:  5000.0000

I.V.A.:

TOTAL:  5000.0000 USD

Raquel Arenas/Americas/Speedline
07/21/2006 05:26 PM

To   Cheryl Montoya/Americas/Speedline

cc   Wayne Platz/Americas/Speedline

bcc

Subject   Fw: Request for Service Quote (58PR00001323) Speedline

Here you go the original email!!!
Best regards
——— Forwarded by Raquel Arenas/Americas/Speedline on 07/21/2006 04:26 PM ———

Raquel Arenas/Americas/Speedline
07/21/2006 04:01 PM

To   Diane Cleaves/Americas/Speedline

cc   Silvio Biasella/Americas/Speedline

Subject   Fw: Request for Service Quote (58PR00001323) Speedline

——— Forwarded by Raquel Arenas/Americas/Speedline on 07/21/2006 04:01 PM ———

"rafael.martinez"
<rafael.martinez@delphi.com>

07/22/2005 07:24 AM

To   <RArenas@speedlinetech.com>

cc   "Velasco, Liliana M" <lliliana.m.velasco@delphi.com>, "Maldonado, Heriberto "
<heriberto.maldonado@delphi.com>, "Bazarte, Honorio "
<honorio.bazarte@delphi.com>

Subject   RE: Request for Service Quote (58PR00001323) Speedline

Raquel:
En este archivo vienen los numeros de serie de la maquinas, y la orden
de compra es para planta 1, y las personas autorizadas son los
Ingenieros de soporte de linea, aunque estos deberan haber llamado
primero a Honorio Bazarte o Heriberto Maldonado para obtener su
aprobacion.

-----Original Message-----
From: RArenas@speedlinetech.com [mailto:RArenas@speedlinetech.com]
Sent: Friday, July 22, 2005 1:04 AM
To: Velasco, Liliana M
Cc: Martinez, Rafael

Subject: Re:.Request for Service Quote (58PR00001323) Speedline

Hola,

De todas formas te anexo una cotizacion ya que segun entiendo en la
descripcion es para una orden de compra abierta. La cantidad total del
servicio la deciden ustedes. Generalmente me envian ordenes por 5,000 o
10,000 Dlls, lo.unico que te pediria para darle un manejo adecuado a
esta
orden es que nos proporcionen los numeros de serie que corresponden al
area
que te esta solicitando el servicio y las personas autorizadas para
solicitar un servicio.
Ya que como sabemos Delphi tiene muchas plantas y areas asi que para
evitar
errores te solicito esta informacion.

Me pongo a sus ordenes para este o cualquier otro asunto.
Saludos

(See attached file: SQ_Blanket service order quotation Delphi.doc)

Raquel Arenas
Customer Tech Support Office
Speedline Technologies
Phone # 01800 7181614, 01333365651l
Fax # 01333818981б
email: RArenas@speedlinetech.com


"liliana.m.velasc

To          o"
            <liliana.m.velasc
            o@delphi.com>
            <RArenas@speedlinetech.com>

cc          "Martinez, Rafael "
            <rafael.martinez@delphi.com>

            07/21/05 07:29 PM

Subject     Request for Service Quote
            (58PR00001323) Speedline