Muchas gracias Raquel,

De hecho tengo en mis manos una requisicion de servicios que me gustaria ma ayudaras a cotizar:

| Item | Qty | Descripcion |
|------|-----|-------------|
| 0001 | 1   | Blanket Order for Service Support of Speedline. |

Agradezco de antemano tu ayuda.

Liliana Velasco

-----Original Message-----
From: RArenas@speedlinetech.com [mailto:RArenas@speedlinetech.com]
Sent: Thursday, July 21, 2005 9:58 AM
To: Velasco, Liliana M
Subject: Welcome


Buenos dias,

Hola Liliana,

Me pongo a tus ordenes para lo relacionado a servicio de Speedline (cotizaciones, facturas, programaciones de servicio). Nuestros telefonos son 018007181614 o 01333656511, fax 01333819816.

Nuestros numeros telefonicos estan disponibles 24 horas, de lunes a viernes
en horario de 8:00 a 5:00 pm te atendemos personalmente, despues de ese horario y fines de semana, se dirige automaticamente a nuestro sistema de
mensajes, donde puedes dejar tu nombre, telefono y que necesitas y nos comunicaremos contigo. Estos telefonos son los mismos para soporte tecnico.

Si tienes alguna duda como funciona nuestro servicio no dudes en contactarme. Que pases un excelente dia.
Saludos

Raquel Arenas
Customer Tech Support Office
Speedline Technologies
Phone # 01800 7181614, 013333656511
Fax # 01333818 9816
email: RArenas@speedlinetech.com

*******************************************************************
*******************

Note: The information contained in this message may be privileged and
confidential and thus protected from disclosure. If the reader of this
message is not the intended recipient, or an employee or agent
responsible
for delivering this message to the intended recipient, you are hereby
notified that any dissemination, distribution or copying of this
communication is strictly prohibited. If you have received this
communication in error, please notify us immediately by replying to the
message and deleting it from your computer. Thank you.

*******************************************************************
*******************

*******************************************************************

Note: The information contained in this message may be privileged and confidential and thus protected from
disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible from
for delivering this message to the intended recipient, you are hereby notified that any dissemination,
distribution or copying of this communication is strictly prohibited. If you have received this
communication in error, please notify us immediately by replying to the message and deleting it from your
computer. Thank you.

***************************************************************************************************** LAC_MPM_DeInosa1.xls

# Speedline
technologies

SPEEDLINE TECHNOLOGIES
16 FORGE PARK
FRANKLIN, MA 02038
USA

**REMIT TO:**
SPEEDLINE TECHNOLOGIES INC
P.O. BOX 90410
CHICAGO, IL 60696-0410
UNITED STATES

## INVOICE

| INVOICE | PAGE |
|---|---|
| 158934 | 1 OF 1 |
| INVOICE DATE | ORDER DATE |
| 10/01/05 | 03/09/05 |
| SALES ORDER: | |
| 646341 | |
| FREIGHT TERMS: | |
| COLLECT | |
| FOB | |
| ORIGIN | |
| PURCHASE ORDER | |
| 450072781 | |
| SHIPPER NUMBER | |
| 0505652220 | |

**B** 10052440
**I** DELPHI DELCO ELECTRONICS SYS
**L** ATTN MANUAL RECEIPTS PROCESS
**L** MS-A241/PO BOX 9005
KOKOMO, IN 46904-9005
**T** UNITED STATES
**O** Your VAT-ID: IN DP

**S** 10013528
**H** DELPHI DELCO ELECTRONICS
**I** SYSTEMS
**P** 601 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX 78567
**T** UNITED STATES
**O**

| TERMS: | DUE DATE | SALESPERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA |
|---|---|---|---|---|---|
| NET60 | 11/30/05 | 500000090 500000030 | | 10/01/05 | CALL |

| ITEM NUMBER / DESCRIPTION | QTY ORDER | UM / SHIPPED | DISCOUNT | BACK ORDER | TAX | PRICE | OTHER (SEE BELOW) | NET PRICE |
|---|---|---|---|---|---|---|---|---|
| 3 SRRV EXPENSES-MPM    SERVICE EXPENSES – MPM | 1.0 | EA 1.0 | 0.00 | .0 .0 yes | 3,390.00 | 0.00 | 3,390.00 |

SPECIAL INSTRUCTIONS:

SUB TOTAL: 3,390.00

SHIPPER'S REFERENCE
185678474

TOTAL DUE: 3,390.00

CURRENCY: USD

CONTACT: R CUNNINGHAM
PHONE: 765-451-2104
FAX: 765-451-0265

REQUESTOR: GERSON RODRIGUEZ
PHONE: 915-612-6067

TRAFFIC CONTACT: DELPHI D TRANSPORTATION
PHONE: 765-451-4078 OR 765-451-4079

DEPT# 03450

02/24/05  THU 08:39 FAX 765 451 2049          PURCHASING                                      ☒001

# DELPHI    *508-590-0309*

*Kurt Ghalich*

Delphi Electronics and Safety

Page 1 of 6

| Buyer: | Purchase Order |
|---|---|
| DELPHI<br>ELECTRONICS & SAFETY<br>P.O. Box 9005<br>KOKOMO IN 46904-9005 | PO Number<br>450072781<br>Version<br>02/24/2005 08:14:59     Date Issued<br>09/17/2004 |

Deliver to:
DELPHI D DELNOSA Plant 5-6
601 Jonquin Cavazos Road
LOS INDIOS TX 78567

| | |
|---|---|
| SPEEDLINE TECHNOLOGIES INC<br>16 FORGE PARK<br>FRANKLIN MA 02038-3157 | Vendor No:  1002870<br>DUNS No:  183112879 |
| | Payment Terms: 14N2    Currency: USD<br>Payment settled on 2nd, 2nd Month |
| | Incoterms: FOB Freight Collect |

*646344*

S/N: 2PUM and 2239U
OK - (LAS)

| Item No. | Material No./Item Identifier No.  Total Order Quantity | | Plant | |
|---|---|---|---|---|
| | Description | | Requester | |
| 00030 | PR10113953 00010 | 2.000 | DAEQ DELPHI D HEADQUARTERS | |
| | UPGR-210, DOR TO WINDOWS NT COMPUTER<br>UP2000 HIE<br>RODRIGUEZ, G X6067 PR49069 | | RODRIGUEZ, G | |
| | PER FOA FROM GRICELDA LARA, PR PRICING WAS NOT CORRECT, LINES 10 AND 20 WERE DELETED FROM PO. LINES 30 AND<br>40 WERE ADDED WITH THE CORRECT PRICING AS PER FOA AND QUOTE 2/23/05GD/RW | | | |

*1 PAID ...*
*Inv 0505552*
*3-14-05*

| | Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | |
|---|---|---|---|---|---|---|
| | 09/10/2004 | 2.000 | 8,750.00 | 1 | EA | |
| | Net Line Item Value | | | | USD | Value<br>17,500.00 |
| | | | | | | 17,500.00 |

00040    PR10113953 00020          3,390    DAEQ DELPHI D HEADQUARTERS

*Inv 158934*
*10-1-05*

SERV EXPENSES           RODRIGUEZ, G

| | Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | |
|---|---|---|---|---|---|---|
| | 09/10/2004 | 3,390.000 | 1.00 | 1 | DOL | |
| | Net Line Item Value | | | | USD | Value<br>3,390.00 |
| | | | | | | 3,390.00 |

| Total Net Value | USD | 20,890.00 |
|---|---|---|

| | |
|---|---|
| Purchasing Contact: Cunningham, R (RR)<br><br>Phone: 765-451-2104<br><br>Fax: 765-451-0265 | Contact Address:<br><br>Delphi E & S<br>One Corporate Center MS:CTLLM,<br>KOKOMO IN 46902 |

Date and Time Printed:  02/24/2005 08:14:59

# Speedline technologies

SPEEDLINE TECHNOLOGIES
16 FORGE PARK
FRANKLIN, MA 02038
USA

# INVOICE

| | |
|---|---|
| INVOICE | PAGE: |
| 158532 | 1 OF 1 |
| INVOICE DATE | ORDER DATE |
| 10/03/05 | 09/20/05 |
| SALES ORDER: | |
| CA132702 | |
| FREIGHT TERMS: | |
| PPD&ADD | |
| FOB | |
| ORIGIN | |
| PURCHASE ORDER | |
| 4501395521 | |
| SHIPPER NUMBER | |

REMIT TO:
SPEEDLINE TECHNOLOGIES INC
P.O. BOX 90410
CHICAGO, IL 60696-0410
UNITED STATES

B  10060499
I  DELPHI DELCO SYSTEMS
L  2033 EAST BOULEVARD
L  PLANT 9 RECEIVING
   KOKOMO, IN 46902
T  UNITED STATES
O

S  10060499
H  DELPHI DELCO SYSTEMS
I  2033 EAST BOULEVARD
P  PLANT 9 RECEIVING
   KOKOMO, IN 46902
T  UNITED STATES
O

| TERMS: | DUE DATE | SALESPERSON | | | | | SHIP DATE | SHIP VIA | | SHIPPERS REFERENCE |
|---|---|---|---|---|---|---|---|---|---|---|
| NET60 | 12/02/05 | | | | | | 10/03/05 | CALL | | |

| LINE NUMBER / PART DESCRIPTION | UOM | QTY ORDERED | QTY SHIPPED | BACK ORDER | TAX | PRICE |
|---|---|---|---|---|---|---|
| 1 UP20000-B | | | 1.0 | yes | | 2,810.00 |
| Work Code: FIELDSVCFIELD SERVICE REPAIR | | | | | | |
| Service Type: BILLABLEBILLABLE SERVICE | | | | | | |
| UP20000-B | | | ** Cont ** | | | |
| <<10/03/2005 12:37 barroom>> | | | | | | |
| UP20000-B | | | ** Cont ** | | | |
| PROHEAD WOULD NOT LEVEL. FOUND FU19 BLOWN. REPLACED. FOUND INCORRECT | | | | | | |
| UP20000-B | | | ** Cont ** | | | |
| SWITCH SETTINGS ON DAC CARD. RE-CAL'D SEQUENCER REGULATOR. | | | | | | |

| TOTAL INSTRUCTIONS | SUB-TOTAL | DISCOUNT | TAX | OTHER (SEE BELOW) | TOTAL |
|---|---|---|---|---|---|
| | 2,810.00 | 0.00 | 0.00 | 0.00 | 2,810.00 |

TOTAL DUE:   2,810.00
CURRENCY: USD

SEP-26-05  14:09  From:SPEEDLINE TECHNOLOGIES    847-428-7389    P.3
45733460592    T-616  P.01    Job-489

# DELPHI    CA132702

Delphi Electronics and Safety
Page 1 of 6

**Buyer:**
DELPHI
ELECTRONICS & SAFETY
P.O. Box 9005
KOKOMO IN 46904-9005

**Deliver to:**
DELPHI DELCO ELECTRONICS CORP
ATTN: MANUAL RECEIPTS MS-CTA229
No physical shipment
KOKOMO IN

SPEEDLINE TECHNOLOGIES INC
P.O. Box 709
CAMDENTON MO 65020

**Purchase Order**

PO Number
450139521
Version
22-Sep-2005  02:20:02 EST

Date Issued
21-Sep-2005

Delivery date:  30-SEP-2005

Vendor No:  1007961
DUNS No:  094392040

Payment settled on 2nd, 2nd Month

*(signature)* Bob Brielly

| Line No. | Material / Part Number | Quantity | Personnel / Plant |
|---|---|---|---|
| 00010 | PR10225227 00010 | 1.000 | DNIQ DELPHI D HEADQUARTERS |

ON-SITE SERVICE CALL
TO COVER THE COST FOR SERVICE REP.
IN HOUSE FOR SPEEDLINE MPM PRINTER.
MOD# UP2000I E
P/N 2533
DE# 8032375

TIM FENNELL  765-451-7419

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 30-SEP-2005 | 1.000 | 7,000.00 | 1 | EA | 7,000.00 |
| | | | | USD | 7,000.00 |

| | USD | 7,000.00 |
|---|---|---|

**Purchasing Contact:** Purvis, Laura
**Phone:** 765-451-2104
**Fax:** 765-451-0265

**Contact Address:**
Delphi E & S
One Corporate Center MS:CTLLM,
KOKOMO IN 46902

Date and Time Printed:  22-Sep-2005 02:20:02 EST

# Speedline
technologies

SPEEDLINE TECHNOLOGIES
16 FORGE PARK
FRANKLIN, MA 02038
USA

**INVOICE**

| | |
|---|---|
| INVOICE | 0520277 |
| INVOICE DATE | 10/04/05 |
| | |

| PAGE | 1 OF 4 |
|---|---|
| ORDER DATE | 07/13/05 |

SALES ORDER
854175

FREIGHT TERMS:
COLLECT

FOB:
ORIGIN

PURCHASE ORDER
450112937

SHIPPER NUMBER
0520277210

REMIT TO:
SPEEDLINE TECHNOLOGIES INC
P.O. BOX 90410
CHICAGO, IL 60696-0410
UNITED STATES

B 10052440
I DELPHI DELCO ELECTRONICS SYS
L ATTN MANUAL RECEIPTS PROCESS
L MS-A241/PO BOX 9005
  KOKOMO, IN 46904-9005
T UNITED STATES
O Your VAT-ID: IN DP

S 10060499
H DELPHI DELCO SYSTEMS
I 2033 EAST BOULEVARD
P PLANT 9 RECEIVING
  KOKOMO, IN 46902
T UNITED STATES
O

| TERMS NET60 | DUE DATE 12/03/05 | SALESPERSON 50000018 500000225 | | | | | | | SHIPPERS REFERENCE 00042 | |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NUMBER / PART DESCRIPTION | | | CUSTOMER CONTACT | UOM | SHIP DATE 10/04/05 | SHIP VIA GUYER | | | | UNIT PRICE |
| | | | | | | | | | FMCS | |

| ITEM NUMBER / PART DESCRIPTION | Qty | Expire Reference | | UOM | QTY ORDERED | QTY SHIPPED | QTY BACKORDER | TAX | | UNIT PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 VC-13155 Vectra Wavesoldering System | 1.0 | | | EA | 1.0 | 1.0 | 0.0 | yes | 152,807.00 | 152,807.00 |
| Lot/Serial Numbers Shipped: | | | | | | | | | | |
| VC-13155 | | | | | | | | | | |
| VC-13155 | | | | | ** Cont ** | | | | | |
| VC-13155 | | | | | ** Cont ** | | | | | |
| OPTION | DESCRIPTION | | | | | | | | | |
| VC-13155 | | | | | ** Cont ** | | | | | |
| OP-BASE-VC Vectra Base Machine | 1 | | | | ** Cont ** | | | | | |
| VC-13155 | | | | | | | | | | |
| OP-RGDI-VC Rigid Intermix Fingers | 1 | | | | ** Cont ** | | | | | |
| VC-13155 | | | | | | | | | | |
| OP-FCLR-VC Finger Cleaner System | 1 | | | | ** Cont ** | | | | | |
| VC-13155 | | | | | | | | | | |
| OP-FMSK-VC Finger Mask | 2 | | | | ** Cont ** | | | | | |
| VC-13155 | | | | | | | | | | |
| OP-WACOVER-VC Width Adjust Covers | 1 | | | | ** Cont ** | | | | | |
| VC-13155 | | | | | | | | | | |
| OP-VEC-VC Vectra Heater | 2 | | | | ** Cont ** | | | | | |
| VC-13155 | | | | | | | | | | |
| OP-IR-VC Infrared Heater | 1 | | | | ** Cont ** | | | | | |
| VC-13155 | | | | | | | | | | |
| OP-TOPIR-VC Top Infrared Heater | 2 | | | | ** Cont ** | | | | | |
| VC-13155 | | | | | | | | | | |
| OP-LEADFREE-VC Lead Free Capability | 1 | | | | ** Cont ** | | | | | |
| VC-13155 | | | | | | | | | | |
| OP-N20M-VC Contour Omega Wave | 1 | | | | ** Cont ** | | | | | |

# Speedline
technologies

SPEEDLINE TECHNOLOGIES
16 FORGE PARK
FRANKLIN, MA 02038
USA

**REMIT TO:**
SPEEDLINE TECHNOLOGIES INC
P.O. BOX 90410
CHICAGO, IL 60696-0410
UNITED STATES

## INVOICE

| | |
|---|---|
| INVOICE | PAGE |
| 0520277 | 2 OF 4 |
| INVOICE DATE | ORDER DATE |
| 10/04/05 | 07/13/05 |
| SALES ORDER | |
| 664175 | |
| FREIGHT TERMS: | |
| COLLECT | |
| FOB | |
| ORIGIN | |
| PURCHASE ORDER | |
| 4501128937 | |
| SHIPPER NUMBER | |
| 0520277210 | |

B  10052440
I  DELPHI DELCO ELECTRONICS SYS
L  ATTN MANUAL RECEIPTS PROCESS
L  MS-A241/PO BOX 9005
   KOKOMO, IN 46904-9005
T  UNITED STATES
O

Your VAT-ID: IN DP

S  10060499
H  DELPHI DELCO SYSTEMS
I  2033 EAST BOULEVARD
P  PLANT 9 RECEIVING
   KOKOMO, IN 46902
T  UNITED STATES
O

| TERMS | DUE DATE | SALESPERSON | | | | |
|---|---|---|---|---|---|---|
| NET60 | 12/03/05 | 500000018 50000025 | | | | |

| ITEM NUMBER | PART DESCRIPTION | CUSTOMER CONTACT | ORDER QTY | SHIP DATE 10/04/06 | SHIP VIA GUYER | SHIPPER'S REFERENCE 0942 |
|---|---|---|---|---|---|---|
| VC-13155 | | | | | | |
| OP-UFN-VC | Ultrafill-N2 Nozzles | 1 | | ** Cont ** | | |
| VC-13155 | | | | | | |
| OP-N2ROT-VC | Nitrogen Roatary Chip Nozzle | 1 | | ** Cont ** | | |
| VC-13155 | | | | | | |
| OP-QC-VC | Quick Change Solder Pot | 1 | | ** Cont ** | | |
| VC-13155 | | | | | | |
| OP-MROLL-VC | Motorized Rollout/Jacking Stand | 1 | | ** Cont ** | | |
| VC-13155 | | | | | | |
| OP-WFEED-WS | Wire Feeder | 1 | | ** Cont ** | | |
| VC-13155 | | | | | | |
| OP-TOWER-WS | Light Tower | 1 | | ** Cont ** | | |
| VC-13155 | | | | | | |
| OP-STOPS-WS | Additional Rear E-Stops | 1 | | ** Cont ** | | |
| VC-13155 | | | | | | |
| OP-EPS-WS | Emergency Power Supply | 1 | | ** Cont ** | | |
| VC-13155 | | | | | | |
| OP-SMEMA-WS | SMEMA Interface | 1 | | ** Cont ** | | |
| VC-13155 | | | | | | |
| OP-MNLS-AS | English CD Manual | 1 | | ** Cont ** | | |
| VC-13155 | | | | | | |
| MACHINE SPECIFICATION NOTES: | | | | | | |
| VC-13155 | | | | | | |
| 480 Volts/60 Hertz - 3 Phase | | | | ** Cont ** | | |
| VC-13155 | | | | | | |
| LLV Finger Intermix Ratio | | | | ** Cont ** | | |
| VC-13155 | | | | | | |

# Speedline technologies

SPEEDLINE TECHNOLOGIES
16 FORGE PARK
FRANKLIN, MA 02038
USA

**REMIT TO:**
SPEEDLINE TECHNOLOGIES INC
P.O. BOX 90410
CHICAGO, IL 60696-0410
UNITED STATES

# INVOICE

| INVOICE | PAGE: |
|---|---|
| 0520277 | 3 OF 4 |
| INVOICE DATE | ORDER DATE |
| 10/04/05 | 07/13/05 |
| SALES ORDER | |
| 664175 | |
| FREIGHT TERMS: | |
| COLLECT | |
| FOB: | |
| ORIGIN | |
| PURCHASE ORDER | |
| 4501128937 | |
| SHIPPER NUMBER | |
| 0520277210 | |

B 10052440
I DELPHI DELCO ELECTRONICS SYS
L ATTN MANUAL RECEIPTS PROCESS
L MS-A241/PO BOX 9005
T KOKOMO, IN 46904-9005
O UNITED STATES

**Your VAT-ID: IN DP**

S 10060499
H DELPHI DELCO SYSTEMS
I 2033 EAST BOULEVARD
P PLANT 9 RECEIVING
T KOKOMO, IN 46902
O UNITED STATES

| TERMS: NET60 | DUE DATE 12/03/05 | SALESPERSON 500000018 S0000025 | | | | SHIP DATE 10/04/05 | SHIP VIA GUYER | SHIPPERS REFERENCE 0942 |
|---|---|---|---|---|---|---|---|---|

| LINE NUMBER | ORDER/SHIP QTY | DESCRIPTION | CUSTOMER CONTACT | U/M | UNIT PRICE | TAX | EXTENDED |  |
|---|---|---|---|---|---|---|---|---|
| | | 1/16IN Board Thickness, 6.4 mm foot length | | | | | ** Cont ** | |
| | | VC-13155 | | | | | | |
| | | Load Guides at board input | | | | | ** Cont ** | |
| | | VC-13155 | | | | | | |
| | | Finger Mask Position- Fixed Rail-Both | | | | | ** Cont ** | |
| | | VC-13155 | | | | | | |
| | | No Fluxer Required | | | | | ** Cont ** | |
| | | VC-13155 | | | | | | |
| | | Zone 1: Vecta Preheater | | | | | ** Cont ** | |
| | | VC-13155 | | | | | | |
| | | Zone 2: Vecta Preheater | | | | | ** Cont ** | |
| | | VC-13155 | | | | | | |
| | | Zone 3: Infrared Preheater | | | | | ** Cont ** | |
| | | VC-13155 | | | | | | |
| | | English Machine Manuals | | | | | ** Cont ** | |
| | | VC-13155 | | | | | | |
| | | CUSTOMER Acceptance Required | | | | | ** Cont ** | |
| | | VC-13155 | | | | | | |
| | | NOTE: Customer is planning to have 3rd party CO2 system installed at | | | | | ** Cont ** | |
| | | Camdenton prior to ship. To support this, replace standard main disconnect | | | | | ** Cont ** | |
| | | VC-13155 | | | | | | |
| | | on machine with main disconnect with shunt. (P/N 2-5009-420-00-0) | | | | | ** Cont ** | |
| | | VC-13155 | | | | | | |
| | | | | | | | ** Cont ** | |
| | | VC-13155 | | | | | | |
| | | NOTE: Add Wire Feeder Spool Bracket | | | | | ** Cont ** | |

# Speedline technologies

SPEEDLINE TECHNOLOGIES
16 FORGE PARK
FRANKLIN, MA 02038
USA

# INVOICE

REMIT TO:
SPEEDLINE TECHNOLOGIES INC
P.O. BOX 90410
CHICAGO, IL 60696-0410
UNITED STATES

| INVOICE | PAGE |
|---|---|
| 0520277 | 4 OF 4 |
| INVOICE DATE | ORDER DATE |
| 10/04/05 | 07/13/05 |

SALES ORDER
654175

FREIGHT TERMS
COLLECT

FOB
ORIGIN

PURCHASE ORDER
450112937

SHIPPER NUMBER
0520277210

B  10052440
I  DELPHI DELCO ELECTRONICS SYS
L  ATTN MANUAL RECEIPTS PROCESS
L  MS-A241/PO BOX 9005
   KOKOMO, IN 46904-9005
T  UNITED STATES
O  Your VAT-ID: IN DP

S  10060499
H  DELPHI DELCO SYSTEMS
I  2033 EAST BOULEVARD
P  PLANT 9 RECEIVING
   KOKOMO, IN 46902
T  UNITED STATES
O

| TERMS: NET60 | DUE DATE 12/03/05 | SALESPERSON 50000018 50000025 | | | CUSTOMER CONTACT | SHIP DATE 10/04/05 | SHIP VIA GUYER | SHIPPER'S REFERENCE 0942 | |
|---|---|---|---|---|---|---|---|---|---|

VC-13155

** Cont **

| SUBTOTAL | | | | | | |
|---|---|---|---|---|---|---|
| 152,807.00 | 152,807.00 | 0.00 | 0.00 | 0.00 | 0.00 | 152,807.00 |

TOTAL DUE:     152,807.00
CURRENCY: USD

PURCHASE CONTACT:    GREG DRAKE
PHONE #:             765-451-2019
FAX #:               765-451-5750

ENGINEER CONTACT:    STU LONGGOOD
PHONE #:             765-451-0394
FAX #:               765-451-0542

TRAFFIC CONTACT:     GUYER THE MOVER
PHONE NO:            765-457-6197

PAYMENT TERMS:  PAYMENT SETTLED ON 2ND, 2ND MONTH

09/12/05  TUE 09:38 FAX 765 451 2040          PURCHASING                                    ☑001

# DELPHI  *K. Graulich*          508. 570. 0309

Delphi Electronics and Safety
Page 1 of 7

**Buyer:**
DELPHI
ELECTRONICS & SAFETY
P.O. Box 9005
KOKOMO IN 46904-9005

**Purchase Order**

PO Number                          Date Issued
450112937                          08-Jul-2005
Version
09-Jul-2005 02:20:10 EST

**Deliver to:**
PROTO LAB PLANT 9
Attention: Jana Royal
2033 E. BOULEVARD
KOKOMO IN 46902

Delivery date:  30-SEP-2005

SPEEDLINE TECHNOLOGIES INC
16 FORGE PARK
FRANKLIN MA 02038-3157

Vendor No:  1002870
DUNS No:   183112879

**Payment level**                                        **Clause:** ...

Payment settled on 2nd, 2nd Month

**Incoterms: FOB ...**

*Invoice OS2077  $152,807⁰⁰*
*Invoice OS2045M  36,198⁰⁰*

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant Requisition |
|---|---|---|---|
| 00010 | PR101795S4 00010 | 1.000 | DAEQ DELPHI D HEADQUARTERS LONGGOOD S |

WAVE SOLDER SYSTEM
ELECTROVERT VECTRA WAVE SOLDER SYSTEM
INCLUDING OPTIONS:
480V/60HZ L.R. INTERMIX RIGID FINGERS
.366.4MM (U.L.V) FINGER CLEANER, FINGER
MASK PR.WIDTH ADJUST LEAD SCREW COVERS,
LOAD END OPTION2.ZONE 1 VEC BOTTOM/IR-TOP,
ZONE 2 VEC BOTTOM/IR TOP.ZONE 3 IR.OPTIMA
FLUXER W/DUAL SUPPLY IN EXTERNAL CABINET,
N2.ULTRAFILL N2.SOLDER WIRE FEEDER W/SOLDER
LEVEL SENSOR.QUICK CHANGE SOLDER POT W/SS
MATERIALS,STATUS LIGHT TOWER 3 REAR E-STOPS,
EMERGENCY POWER SUPPLY, SMEMA INTERFACE
ENGLISH LANG.1 EXTRA CD ROM MANUAL,DELPHI
STD WARRANTY
DOCUMENT 59.6384
STUART LONGGOOD (765)451-0394
PR449757
SF-007013
Warranty:  18 months parts adn labor

**Purchasing Contact:** Drake, Greg
Phone:  765-451-2019
Fax:  765-451-5750

**Contact Address:**
Delphi E & S
One Corporate Center MS:CTLLM,
KOKOMO IN 46902

Date and Time Printed:  09-Jul-2005 02:20:10 EST

# DELPHI

Delphi Electronics and Safety

Page  2  of 7

SPEEDLINE TECHNOLOGIES INC
16 FORGE PARK
FRANKLIN MA 02038-3157

**Purchase Order**

PO Number
450112937

Date Issued
08-Jul-2005

Version
09-Jul-2005  02:20:10  EST

| Item No. | Material No/Item Identifier No. Description | Total Order Quantity | Plant Requester | | |
|---|---|---|---|---|---|
| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
| 30-SEP-2005 | 1.000 | 189,005.00 | 1 | EA | 189,005.00 |
| Net Price Item Value | | | | USD | 189,005.00 |

| | **USD** | **189,005.00** |
|---|---|---|
| Total net value | | |

### Notes

*******************
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work broker, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the Internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
*******************

*****************************************
* PAYMENT ISSUES AND QUESTIONS REGARDING SHIPPED *
* MATERIAL SHOULD BE DIRECTED TO:
* DISBURSEMENT SERVICES AT (248)874-4636.   (A2) *
*****************************************

**********************************************
DO NOT INVOICE FOR SHIPPED MATERIAL. DELPHI E&S IS
'PAY ON RECEIPT' AND INVOICES ARE NOT REQUIRED.

INVOICES ARE REQUIRED AND MUST BE SUBMITTED FOR
SERVICES AND ITEMS WHICH ARE NOT SHIPPED.

PLEASE SUBMIT THESE TO:
DELPHI DELCO ELECTRONICS CORP
ATTN: MANUAL RECEIPTS PROCESSING MS-9A241
PO BOX 9005
KOKOMO, IN 46904-9005

***CALIFORNIA SHIPMENTS*** . DELPHI-E&S DOES NOT
HAVE A DIRECT PAYMENT PERMIT IN CALIFORNIA.
DELCO ELECTRONICS CORP DOES HAVE DIRECT PAY
PERMITS IN INDIANA,
MICHIGAN, TEXAS AND WISCONSIN.

# Speedline technologies

SPEEDLINE TECHNOLOGIES
16 FORGE PARK
FRANKLIN, MA 02038
USA

REMIT TO:
SPEEDLINE TECHNOLOGIES INC
P.O. BOX 90410
CHICAGO, IL 60696-0410
UNITED STATES

# INVOICE

| INVOICE | PAGE |
| --- | --- |
| 0520411 | 1 OF 1 |
| INVOICE DATE | ORDER DATE |
| 10/05/05 | 07/13/05 |
| SALES ORDER |  |
| 654175 |  |
| FREIGHT TERMS: |  |
| COLLECT |  |
| FOR |  |
| ORIGIN |  |
| PURCHASE ORDER |  |
| 450112937 |  |
| SHIPPER NUMBER |  |
| 0520277210 |  |

```
B   10052440
I   DELPHI DELCO ELECTRONICS SYS
L   ATTN MANUAL RECEIPTS PROCESS
L   MS-A241/PO BOX 9005
    KOKOMO, IN 46904-9005
T   UNITED STATES
O   Your VAT-ID: IN DP
```

```
S   10060499
H   DELPHI DELCO SYSTEMS
I   2033 EAST BOULEVARD
P   PLANT 9 RECEIVING
    KOKOMO, IN 46902
T   UNITED STATES
O
```

| TERMS | DUE DATE | SALESPERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPER'S REFERENCE |
| --- | --- | --- | --- | --- | --- | --- |
| NET60 | 12/04/05 | 50/00/00/18 50000025 |  | 10/04/05 | GUYER | 0942 |

| ITEM NUMBER / PART / DESCRIPTION | ORDERED | SHIPPED | BACKORDER | DISCOUNT | UNIT PRICE | NET PRICE |
| --- | --- | --- | --- | --- | --- | --- |
| 2  NSR45634072 | EA  1.0 | 1.0 | .0 yes |  | 36,048.00 | 36,048.00 |
| NSR45634072 |  |  |  |  |  |  |
| OPTIMA FLUXER WITH DUAL FLUX OPTION MOUNTED IN EXTERNAL CABINET |  | ** Cont ** |  |  |  |  |
| 3  MANUAL-VECTRA | EA  1.0 | 0.0 yes |  |  | 150.00 | 150.00 |
| VECTRA |  |  |  |  |  |  |
| SALES ORDER MANUAL |  |  |  |  |  |  |
| MANUAL-VECTRA |  | ** Cont ** |  |  |  |  |
| MANUAL-VECTRA |  | ** Cont ** |  |  |  |  |
| One (1) CD-ROM manual set in electronic format |  |  |  |  |  |  |

OPTIMA FLUXER

| SUBTOTAL | DISCOUNT | TAX | FREIGHT | TOTAL |
| --- | --- | --- | --- | --- |
| 36,198.00 | 0.00 | 0.00 | 0.00 | 36,198.00 |

TOTAL DUE:   36,198.00
CURRENCY: USD

SPECIAL INSTRUCTIONS:

| PURCHASE CONTACT: | GREG DRAKE |
| --- | --- |
| PHONE #: | 765-451-2019 |
| FAX #: | 765-451-5750 |
| ENGINEER CONTACT: | STU LONGGOOD |
| PHONE #: | 765-451-0394 |
| FAX #: | 765-451-0542 |
| TRAFFIC CONTACT: | GUYER THE MOVER |
| PHONE NO: | 765-457-6197 |

PAYMENT TERMS:  PAYMENT SETTLED ON 2ND, 2ND MONTH

# DELPHI K. Gaulich          508. 590 0309

Delphi Electronics and Safety

Page 1 of 7

**Buyer:**
DELPHI
ELECTRONICS & SAFETY
P.O. Box 9005
KOKOMO IN 46904-9005

**Deliver to:**
PROTO LAB PLANT 9
Attention: Jana Royal
2033 E. BOULEVARD
KOKOMO IN 46902

SPEEDLINE TECHNOLOGIES INC
16 FORGE PARK
FRANKLIN MA 02038-3157

**Purchase Order**

PO Number                          Date Issued
450112937                          08-Jul-2005
Version
09-Jul-2005 02:20:10 EST

Delivery date:   30-SEP-2005

Vendor No:   1002870
DUNS No:   183112879

Payment settled on 2nd, 2nd Month

Invoice OS2077  $152,807 ⁰⁰
Invoice OS2045[  36,198 ⁰⁰

| Item No: Material No/Item Identifier No   Total Order Quantity   Plant Requester |
|---|
| 00010   PR10179694 00010                1.000   DELPHI DELPHI D HEADQUARTERS |

WAVE SOLDER SYSTEM
ELECTROVERT VECTRA WAVE SOLDER SYSTEM
INCLUDING OPTIONS:
480V/60HZ,L.R.INTERMIX RIGID FINGERS
.066.4MM ULV1 FINGER CLEANER,FINGER
MASK PR.WIDTH ADJUST LEAD SCREW COVERS,
LOAD END OPTION2 ZONE I VEC-BOTTOM IR-TOP,
ZONE 2 VEC-TOP/IR-TOP/ZONE 3 IR,OPTIMA
FLUXER W/DUAL SUPPLY IN EXTERNAL CABINET,
N2LLT.REFILL-N2,SOLDER WIRE FEEDER W/SOLDER
LEVEL SENSOR,QUICK CHANGE SOLDER POT W/SS
MATERIALS,STATUS LIGHT TOWER,3 REAR E-STOPS,
EMERGENCY POWER SUPPLY,SYSTM.INTERFACE,
ENGLISH LANG,1 EXTRA CD ROM MANUAL,DELPHI
STD WARRANTY
DOCUMENT 59 6984
STUART LONGGOOD (765)451-0394
FR449157
SF-070013
Warranty:  18 months parts adn labor

**Purchasing Contact: Drake, Greg**
Phone:  765-451-2019
Fax:  765-451-5750

**Contact Address:**
Delphi E & S
One Corporate Center M8:CTI.I.M.
KOKOMO TN 46902

# DELPHI

Delphi Electronics and Safety

Page 2 of 7

SPEEDLINE TECHNOLOGIES INC
16 FORGE PARK
FRANKLIN MA 02038-3157

**Purchase Order**

| PO Number | Date Issued |
|---|---|
| 450112937 | 08-Jul-2005 |

Version
09-Jul-2005 02:20:10 EST

| Item No. | Material No/Item Identifier No Description | Total Order Quantity | Plant Requestor | | |
|---|---|---|---|---|---|
| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
| 30-SEP-2005 | 1,000 | 189,005.00 | 1 | EA | 189,005.00 |
| | | | | USD | 189,005.00 |

| | | USD | 189,005.00 |
|---|---|---|---|

**Notes**

**********************
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, acquisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the Internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
**********************

***********************
* PAYMENT ISSUES AND QUESTIONS REGARDING SHIPPED *
* MATERIAL SHOULD BE DIRECTED TO: *
* DISBURSEMENT SERVICES AT (248)874-4536. (A2) *
***********************

***********************
DO NOT INVOICE FOR SHIPPED MATERIAL. DELPHI E&S IS
"PAY ON RECEIPT" AND INVOICES ARE NOT REQUIRED.

INVOICES ARE REQUIRED AND MUST BE SUBMITTED FOR
SERVICES AND ITEMS WHICH ARE NOT SHIPPED.

PLEASE SUBMIT THESE TO:
DELPHI DELCO ELECTRONICS CORP
ATTN: MANUAL RECEIPTS PROCESSING MS-9A241
P O BOX 9005
KOKOMO, IN 46904-9005

***CALIFORNIA SHIPMENTS*** - DELPHI-E&S DOES NOT
HAVE A DIRECT PAYMENT PERMIT IN CALIFORNIA.
DELCO ELECTRONICS CORP DOES HAVE DIRECT PAY
PERMITS IN INDIANA,
MICHIGAN, TEXAS AND WISCONSIN.

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**DUPLICATE**    **PROOF OF CLAIM**

| Name of Debtor:<br>**Delphi Automotive Systems LLC** | Case Number:<br>**05-44640** |
|---|---|

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor (and name and address where notices should be sent if different from Creditor):

Speedline Technologies, Inc.
16 Forge Park
Franklin, MA 02038

Attn:  Wayne A. Platz

With a copy to:
Shmuel Vasser, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022

Telephone number:  (508) 541-4992

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

| Account or other number by which creditor identifies debtor:<br><br>See customer number on Exhibit B. | Check here if this claim:<br>☐ replaces   ☐ amends a previously filed claim, dated: _____ |
|---|---|

**1.   Basis for Claim**
☒ Goods sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____ (explain)

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (fill out below)

Last Four Digits of your SS#: ____ ____ ____ ____
Unpaid compensation for services performed
from _____ to _____
        (date)                    (date)

**2.   Date debt was incurred:  See attached Purchase Orders**

**3.   If court judgment, date obtained:**

**4.   Total Amount of Claim at Time Case Filed:  $ 424,263.60 + 2,060.49 + 189,005.00 = 615,329.09**
            (unsecured nonpriority)      (secured)      (unsecured priority)      (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5.   Secured Claim**
☒ Check this box if your claim is secured by collateral (including a right of setoff)
Brief Description of Collateral:
☐ Real Estate      ☐ Motor Vehicle
☒ Other   Set-off right
Value of Collateral:  $ 2,060.49
Amount of arrearage and other charges at time case filed included in secured claim, if any: :  $ _____

**6.   Unsecured Nonpriority Claim:  $ 424,263.60**
☒ Check this box if: a) there is no collateral or lien securing your claim, or
b) your claim exceeds the value of the property securing it, or if
c) none or only part of your claim is entitled to priority.

**7.   Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority:  $ _____
Specify the priority of the claim:
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. §507(a)(1).
☐ Wages, salaries or commissions (up to $10,000), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).
☐ Up to $2,225 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(7).
☒ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(2).

**8.   Credits:**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9.   Supporting Documents:**  Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
**DO NOT SEND ORIGINAL DOCUMENTS.**  If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10.  Date-Stamped Copy:**  To receive an acknowledgment of the filing of your claim, enclose a stamped, self addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

2006 JUL 27 A 10: 01

| Date<br>July 25, 2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br><br>*Wayne A. Platz*<br>**Wayne A. Platz, V.P. Finance & Administration** |
|---|---|

*Penalty for presenting fraudulent claim:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**DUPLICATE**

**PROOF OF CLAIM**

| Name of Debtor: | Case Number: |
|---|---|
| **Delphi Automotive Systems International, Inc.** | **05-44589** |

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be field pursuant to 11 U.S.C. §503.

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor (and name and address where notices should be sent if different from Creditor):

Speedline Technologies, Inc.
16 Forge Park
Franklin, MA 02038

Attn: Wayne A. Platz

With a copy to:
Shmuel Vasser, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022

**Telephone number:** (508) 541-4992

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:

See customer number on Exhibit B.

Check here if this claim:
☐ replaces ☐ amends a previously filed claim, dated: _____

**1. Basis for Claim**
☒ Goods sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____ (explain)

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last Four Digits of your SS#: ___ — ___ — ___
Unpaid compensation for services performed
from _____ to _____
    (date)          (date)

**2. Date debt was incurred:** See attached Purchase Orders

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 424,263.60 + 2,060.49 + 189,005.00 = 615,329.09
(unsecured nonpriority) (secured) (unsecured priority) (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim**
☒ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle
☒ Other  Set-off right
Value of Collateral: $ 2,060.49
Amount of arrearage and other charges at time case filed included in secured claim, if any: : $ _____

**6. Unsecured Nonpriority Claim:** $ 424,263.60
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority: $ _____
Specify the priority of the claim:
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. §507(a)(1).
☐ Wages, salaries, or commissions (up to $10,000), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).
☐ Up to $2,225 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(6).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(7).
☒ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(2).

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
**DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self addressed envelope and copy of this proof of claim.

| Date<br>July 25, 2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): <br> *Wayne A. Platz* <br> **Wayne A. Platz, V.P. Finance & Administration** |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**DUPLICATE**

## PROOF OF CLAIM

| Name of Debtor: **Delphi Automotive Systems Thailand, Inc.** | Case Number: **05-44586** |
|---|---|

**NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be field pursuant to 11 U.S.C. §503.**

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor (and name and address where notices should be sent if different from Creditor):

Speedline Technologies, Inc.
16 Forge Park
Franklin, MA 02038

Attn: Wayne A. Platz

With a copy to:
Shmuel Vasser, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022

**Telephone number:** (508) 541-4992

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:

See customer number on Exhibit B.

Check here if this claim: ☐ replaces ☐ amends a previously filed claim, dated: _____

**1. Basis for Claim**
☒ Goods sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____ (explain)

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last Four Digits of your SS#: ____ ____ ____
Unpaid compensation for services performed
from _____ to _____
(date)          (date)

**2. Date debt was incurred:** See attached Purchase Orders

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 424,263.60 + 2,060.49 + 189,005.00 = 615,329.09
(unsecured nonpriority)  (secured)  (unsecured priority)  (Total)
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim**
☒ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☒ Other   Set-off right
Value of Collateral: $ 2,060.49
Amount of arrearage and other charges at time case filed included in secured claim, if any: : $ _____

**6. Unsecured Nonpriority Claim:** $ 424,263.60
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority: $_____
Specify the priority of the claim:
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. §507(a)(1).
☐ Wages, salaries, or commissions (up to $10,000), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).
☐ Up to $2,225 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(7).
☒ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(2).

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
**DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self addressed envelope and copy of this proof of claim.

| Date July 25, 2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): *Wayne A. Platz* **Wayne A. Platz, V.P. Finance & Administration** |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

242290_1

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**DUPLICATE**

**PROOF OF CLAIM**

| Name of Debtor: **MobileAria, Inc.** | Case Number: **05-47474** |
|---|---|

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be field pursuant to 11 U.S.C. §503.

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor (and name and address where notices should be sent if different from Creditor):

Speedline Technologies, Inc.
16 Forge Park
Franklin, MA 02038

Attn: Wayne A. Platz

With a copy to:
Shmuel Vasser, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022

Telephone number: (508) 541-4992

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:

See customer number on Exhibit B.

Check here if this claim:
☐ replaces   ☐ amends a previously filed claim, dated: _____

| 1. | **Basis for Claim** |
|---|---|

☒ Goods sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____ (explain)

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (fill out below)

Last Four Digits of your SS#: _____
Unpaid compensation for services performed
from _____ to _____
(date)              (date)

2. Date debt was incurred: See attached Purchase Orders

3. If court judgment, date obtained: _____

4. Total Amount of Claim at Time Case Filed: $ 424,263.60 + 2,060.49 + 189,005.00 = 615,329.09
(unsecured nonpriority)   (secured)   (unsecured priority)   (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim**
☒ Check this box if your claim is secured by collateral (including a right of setoff)
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☒ Other ____ Set-off right ____
Value of Collateral: $ 2,060.49
Amount of arrearage and other charges at time case filed included in secured claim, if any: : $ _____

6. **Unsecured Nonpriority Claim:** $ 424,263.60
☒ Check this box if: a) there is no collateral or lien securing your claim, or
b) your claim exceeds the value of the property securing it, or if
c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority: $ _____
Specify the priority of the claim:
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. §507(a)(1).
☐ Wages, salaries or commissions (up to $10,000), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).
☐ Up to $2,225 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(7).
☒ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(2).

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
**DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self addressed envelope and copy of this proof of claim.

| Date July 25, 2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|

*Wayne A. Platz*

**Wayne A. Platz, V.P. Finance & Administration**

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

242290_1

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**DUPLICATE**

**PROOF OF CLAIM**

| Name of Debtor: | Case Number: |
|---|---|
| **Delphi International Services, Inc.** | **05-44583** |

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor (and name and address where notices should be sent if different from Creditor):

Speedline Technologies, Inc.
16 Forge Park
Franklin, MA 02038
Attn: Wayne A. Platz

With a copy to:
Shmuel Vasser, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022

Telephone number: (508) 541-4992

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:
See customer number on Exhibit B.

Check here if this claim: ☐ replaces ☐ amends a previously filed claim, dated: _____

| 1. | Basis for Claim | |
|---|---|---|
| | ☒ Goods sold | |
| | ☒ Services performed | |
| | ☐ Money loaned | |
| | ☐ Personal injury/wrongful death | |
| | ☐ Taxes | |
| | ☐ Other _____ (explain) | |

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last Four Digits of your SS#: ____ ____ ____
Unpaid compensation for services performed
from _____ to _____
        (date)                    (date)

**2.** Date debt was incurred: See attached Purchase Orders

**3.** If court judgment, date obtained:

**4.** Total Amount of Claim at Time Case Filed: $ 424,263.60 + 2,060.49 + 189,005.00 = 615,329.09
(unsecured nonpriority)    (secured)    (unsecured priority)    (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5.** Secured Claim
☒ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☒ Other    Set-off right
Value of Collateral: $ 2,060.49
Amount of arrearage and other charges at time case filed included in secured claim, if any: : $ _____

**6.** Unsecured Nonpriority Claim: $ 424,263.60
☒ Check this box if: a) there is no collateral or lien securing your claim, or
b) your claim exceeds the value of the property securing it, or if
c) none or only part of your claim is entitled to priority.

**7.** Unsecured Priority Claim
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority: $ _____
Specify the priority of the claim:
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. §507(a)(1).
☐ Wages, salaries, or commissions (up to $10,000), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).
☐ Up to $2,225 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(7).
☒ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(2).

**8.** Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9.** Supporting Documents: *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10.** Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date<br>July 25, 2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br><br>*Wayne A. Platz*<br>**Wayne A. Platz, V.P. Finance & Administration** |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

242290_1

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**DUPLICATE**

**PROOF OF CLAIM**

| Name of Debtor: **Delphi Receivables LLC** | Case Number: 05-47459 |
|---|---|

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be field pursuant to 11 U.S.C. §503.

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor (and name and address where notices should be sent if different from Creditor):**

Speedline Technologies, Inc.
16 Forge Park
Franklin, MA 02038

Attn: Wayne A. Platz

With a copy to:
Shmuel Vasser, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022

**Telephone number:** (508) 541-4992

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:

See customer number on Exhibit B.

Check here if this claim:
☐ replaces    ☐ amends a previously filed claim, dated: _____

**1. Basis for Claim**
☒ Goods sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____ (explain)

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (fill out below)

Last Four Digits of your SS#: ___ ___ ___ ___
Unpaid compensation for services performed
from _____ to _____
         (date)                    (date)

**2. Date debt was incurred:** See attached Purchase Orders

**3. If court judgment, date obtained:** _____

**4. Total Amount of Claim at Time Case Filed:** $ 424,263.60 + 2,060.49 + 189,005.00 = 615,329.09
    (unsecured nonpriority)    (secured)    (unsecured priority)    (Total)
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

**5. Secured Claim**
☒ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle
☒ Other  Set-off right
Value of Collateral: $ 2,060.49
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Nonpriority Claim:** $ 424,263.60
☒ Check this box if: a) there is no collateral or lien securing your claim, or
b) your claim exceeds the value of the property securing it, or if
c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority: $ _____
Specify the priority of the claim:
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. §507(a)(1).
☐ Wages, salaries or commissions (up to $10,000), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).
☐ Up to $2,225 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(7).
☒ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(2).

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
**DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self addressed envelope and copy of this proof of claim.

| Date July 25, 2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|

*Wayne A. Platz*

**Wayne A. Platz, V.P. Finance & Administration**

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

242290_1

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

DUPLICATE

**PROOF OF CLAIM**

| Name of Debtor: **Delphi Automotive Systems Korea, Inc.** | Case Number: **05-44580** |
|---|---|

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be field pursuant to 11 U.S.C. §503.

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor (and name and address where notices should be sent if different from Creditor):**

Speedline Technologies, Inc.
16 Forge Park
Franklin, MA 02038

Attn: Wayne A. Platz

Telephone number: (508) 541-4992

With a copy to:
Shmuel Vasser, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:

See customer number on Exhibit B.

Check here if this claim:
☐ replaces ☐ amends a previously filed claim, dated: _____

**1. Basis for Claim**
☒ Goods sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____ (explain)

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last Four Digits of your SS#: _____
Unpaid compensation for services performed
from _____ to _____
        (date)        (date)

**2. Date debt was incurred:** See attached Purchase Orders

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 424,263.60 + 2,060.49 + 189,005.00 = 615,329.09
        (unsecured nonpriority)  (secured)  (unsecured priority)  (Total)

☐ If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim**
☒ Check this box if your claim is secured by collateral (including a right of setoff)
Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle
☒ Other _____ Set-off right _____
Value of Collateral: $ 2,060.49 _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: : $ _____

**6. Unsecured Nonpriority Claim:** $ 424,263.60
☒ Check this box if: a) there is no collateral or lien securing your claim, or
b) your claim exceeds the value of the property securing it, or if
c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority: $ _____
Specify the priority of the claim:
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. §507(a)(1).
☐ Wages, salaries or commissions (up to $10,000), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).
☐ Up to $2,225 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(7).
☒ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(2).

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**9. Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
**DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self addressed envelope and copy of this proof of claim.

| Date<br>July 25, 2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br><br>*Wayne A. Platz*<br>**Wayne A. Platz, V.P. Finance & Administration** |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

242290_1

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**DUPLICATE**

**PROOF OF CLAIM**

| Name of Debtor: | Case Number: |
|---|---|
| **Delphi Furukawa Wiring Systems LLC** | **05-47452** |

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be field pursuant to 11 U.S.C. §503.

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor (and name and address where notices should be sent if different from Creditor):

Speedline Technologies, Inc.
16 Forge Park
Franklin, MA 02038

Attn: Wayne A. Platz

With a copy to:
Shmuel Vasser, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022

Telephone number: (508) 541-4992

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:
See customer number on Exhibit B.

Check here if this claim:
☐ replaces ☐ amends a previously filed claim, dated: _____

1. **Basis for Claim**
   ☒ Goods sold
   ☒ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☐ Other _____ (explain)

   ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last Four Digits of your SS#: ___ ___ ___
   Unpaid compensation for services performed
   from _____ to _____
   (date)              (date)

2. **Date debt was incurred:** See attached Purchase Orders

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:** $ 424,263.60 + 2,060.49 + 189,005.00 = 615,329.09
   (unsecured nonpriority)   (secured)   (unsecured priority)   (Total)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim**
   ☒ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate          ☐ Motor Vehicle
   ☒ Other   Set-off right
   Value of Collateral: $ 2,060.49
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

6. **Unsecured Nonpriority Claim:** $ 424,263.60
   ☒ Check this box if: a) there is no collateral or lien securing your claim, or
   b) your claim exceeds the value of the property securing it, or if
   c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority: $ _____
   Specify the priority of the claim:
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. §507(a)(1).
   ☐ Wages, salaries or commissions (up to $10,000), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4).
   ☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).
   ☐ Up to $2,225 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).
   ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(7).
   ☒ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(2).

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

9. **Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| July 25, 2006 | *Wayne A. Platz* |
| | Wayne A. Platz, V.P. Finance & Administration |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

242290_1

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

DUPLICATE

**PROOF OF CLAIM**

| Name of Debtor: **Delphi China LLC** | Case Number: **05-44577** |
|---|---|

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be field pursuant to 11 U.S.C. §503.

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor (and name and address where notices should be sent if different from Creditor):

Speedline Technologies, Inc.
16 Forge Park
Franklin, MA 02038

Attn: Wayne A. Platz

**Telephone number:** (508) 541-4992

With a copy to:
Shmuel Vasser, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:

See customer number on Exhibit B.

Check here if this claim: ☐ replaces ☐ amends a previously filed claim, dated: _____

| 1. | **Basis for Claim** |
|---|---|
| | ☒ Goods sold |
| | ☒ Services performed |
| | ☐ Money loaned |
| | ☐ Personal injury/wrongful death |
| | ☐ Taxes |
| | ☐ Other _____ (explain) |

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last Four Digits of your SS#: ___ ___ ___
Unpaid compensation for services performed
from _____ to _____
(date)      (date)

2. Date debt was incurred: See attached Purchase Orders

3. If court judgment, date obtained: _____

4. Total Amount of Claim at Time Case Filed: $ 424,263.60 + 2,060.49 + 189,005.00 = 615,329.09
   (unsecured nonpriority)   (secured)   (unsecured priority)   (Total)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim**
   ☒ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate   ☐ Motor Vehicle
   ☒ Other ___Set-off right___
   Value of Collateral: $ 2,060.49
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

6. **Unsecured Nonpriority Claim:** $ 424,263.60
   ☒ Check this box if: a) there is no collateral or lien securing your claim, or
   b) your claim exceeds the value of the property securing it, or if
   c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority: $ _____
   Specify the priority of the claim:
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. §507(a)(1).
   ☐ Wages, salaries or commissions (up to $10,000), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4).
   ☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).
   ☐ Up to $2,225 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).
   ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(7).
   ☒ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(2).

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

9. **Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
   **DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self addressed envelope and copy of this proof of claim.

| Date July 25, 2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| | *Wayne A. Platz* |
| | **Wayne A. Platz, V.P. Finance & Administration** |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

242290_1

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**DUPLICATE**

**PROOF OF CLAIM**

| Name of Debtor: **Exhaust Systems Corporation** | Case Number: 05-44573 |
|---|---|

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor (and name and address where notices should be sent if different from Creditor):

Speedline Technologies, Inc.
16 Forge Park
Franklin, MA 02038

Attn: Wayne A. Platz

With a copy to:
Shmuel Vasser, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY  10022

Telephone number: (508) 541-4992

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:

See customer number on Exhibit B.

Check here if this claim:
☐ replaces    ☐ amends a previously filed claim, dated: _____

| 1. | **Basis for Claim** |
|---|---|
| | ☒ Goods sold |
| | ☒ Services performed |
| | ☐ Money loaned |
| | ☐ Personal injury/wrongful death |
| | ☐ Taxes |
| | ☐ Other _____ (explain) |

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last Four Digits of your SS#: ___ ___ ___ ___
Unpaid compensation for services performed
from _____ to _____
     (date)            (date)

2. Date debt was incurred: See attached Purchase Orders

3. If court judgment, date obtained:

4. Total Amount of Claim at Time Case Filed: $ 424,263.60 + 2,060.49 + 189,005.00 = 615,329.09
                                              (unsecured nonpriority)   (secured)   (unsecured priority)   (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

| 5. | **Secured Claim** |
|---|---|
| | ☒ Check this box if your claim is secured by collateral (including a right of setoff). |
| | Brief Description of Collateral: |
| | ☐ Real Estate       ☐ Motor Vehicle |
| | ☒ Other  Set-off right |
| | Value of Collateral: $ 2,060.49 |
| | Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____ |

| 6. | **Unsecured Nonpriority Claim** $ 424,263.60 |
|---|---|
| | ☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority. |

| 7. | **Unsecured Priority Claim** |
|---|---|
| | ☐ Check this box if you have an unsecured priority claim |
| | Amount entitled to priority: $ _____ |
| | Specify the priority of the claim: |
| | ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. §507(a)(1). |
| | ☐ Wages, salaries, or commissions (up to $10,000), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4). |
| | ☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5). |
| | ☐ Up to $2,225 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7). |
| | ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(7). |
| | ☒ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(2). |

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
**DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self addressed envelope and copy of this proof of claim.

| Date July 25, 2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| | *Wayne A. Platz* |
| | **Wayne A. Platz, V.P. Finance & Administration** |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

242290_1

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

DUPLICATE

**PROOF OF CLAIM**

| Name of Debtor:<br>Delphi Automotive Systems Human Resources LLC | Case Number:<br>05-44639 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor (and name and address where notices should be sent if different from Creditor):**

Speedline Technologies, Inc.
16 Forge Park
Franklin, MA 02038

Attn: Wayne A. Platz

Telephone number: (508) 541-4992

With a copy to:
Shmuel Vasser, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:
See customer number on Exhibit B.

Check here if this claim:
☐ replaces    ☐ amends a previously filed claim, dated: _____

| 1. **Basis for Claim** | |
|---|---|
| ☒ Goods sold | ☐ Retiree benefits as defined in 11 U.S.C. §1114(a) |
| ☒ Services performed | ☐ Wages, salaries, and compensation (fill out below) |
| ☐ Money loaned | Last Four Digits of your SS#: _____ |
| ☐ Personal injury/wrongful death | Unpaid compensation for services performed |
| ☐ Taxes | from _____ to _____ |
| ☐ Other _____ (explain) | (date)          (date) |

| 2. Date debt was incurred: See attached Purchase Orders | 3. If court judgment, date obtained: |
|---|---|

4. Total Amount of Claim at Time Case Filed: $ 424,263.60  + 2,060.49  + 189,005.00  = 615,329.09
  (unsecured nonpriority)      (secured)      (unsecured priority)      (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim**
☒ Check this box if your claim is secured by collateral (including a right of setoff)
Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle
☒ Other  Set-off right
Value of Collateral: $ 2,060.49
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Nonpriority Claim: $ 424,263.60**
☒ Check this box if: a) there is no collateral or lien securing your claim, or
b) your claim exceeds the value of the property securing it, or
c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority: $ _____
Specify the priority of the claim:
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. §507(a)(1).
☐ Wages, salaries or commissions (up to $10,000), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor' business, whichever is earlier – 11 U.S.C. §507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).
☐ Up to $2,225 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(7).
☒ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(2).

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

9. **Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
**DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self addressed envelope and copy of this proof of claim.

| Date<br>July 25, 2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br><br>*Wayne A. Platz*<br>Wayne A. Platz, V.P. Finance & Administration |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

242290_1

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK    DUPLICATE | **PROOF OF CLAIM** |
|---|---|

| Name of Debtor:<br>**Delphi Automotive Systems Risk Management Corp.** | Case Number:<br>**05-44570** |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be field pursuant to 11 U.S.C. §503.

THIS SPACE IS FOR COURT USE ONLY

| **Name and address of Creditor (and name and address where notices should be sent if different from Creditor):**<br><br>Speedline Technologies, Inc.<br>16 Forge Park<br>Franklin, MA 02038<br><br>Attn: Wayne A. Platz<br><br>**Telephone number:** (508) 541-4992<br><br>With a copy to:<br>Shmuel Vasser, Esq.<br>Edwards Angell Palmer & Dodge LLP<br>750 Lexington Avenue<br>New York, NY 10022 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. |
|---|---|

Account or other number by which creditor identifies debtor:

See customer number on Exhibit B.

Check here if this claim:    ☐ replaces    ☐ amends a previously filed claim, dated: _____

**1. Basis for Claim**
- ☒ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____ (explain)

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (fill out below)

Last Four Digits of your SS#: ___ ___ — ___ ___ — ___ ___ ___ ___
Unpaid compensation for services performed
from _____ to _____
      *(date)*        *(date)*

**2.** Date debt was incurred: See attached Purchase Orders

**3.** If court judgment, date obtained:

**4.** Total Amount of Claim at Time Case Filed: $ 424,263.60 + 2,060.49 + 189,005.00 = 615,329.09
                               *(unsecured nonpriority)*   *(secured)*    *(unsecured priority)*   *(Total)*

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

**5. Secured Claim**
☒ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
- ☐ Real Estate    ☐ Motor Vehicle
- ☒ Other    Set-off right
Value of Collateral: $ 2,060.49
Amount of arrearage and other charges *at time case filed* included in secured claim, if any: $ _____

**6. Unsecured Nonpriority Claim:** $ 424,263.60
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority: $ _____
Specify the priority of the claim:
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. §507(a)(1).
- ☐ Wages, salaries, or commissions (up to $10,000), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4).
- ☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).
- ☐ Up to $2,225 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).
- ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(7).
- ☒ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(2).

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**9. Supporting Documents:** Attach copies of *supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
**DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self addressed envelope and copy of this proof of claim.

| Date<br>July 25, 2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br><br>*Wayne A. Platz*<br>**Wayne A. Platz, V.P. Finance & Administration** |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**DUPLICATE**

### PROOF OF CLAIM

| Name of Debtor: **Delphi Foreign Sales Corporation** | Case Number: **05-44638** |
|---|---|

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor (and name and address where notices should be sent if different from Creditor):

Speedline Technologies, Inc.
16 Forge Park
Franklin, MA 02038

Attn: Wayne A. Platz

With a copy to:
Shmuel Vasser, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022

**Telephone number:** (508) 541-4992

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:

See customer number on Exhibit B.

Check here if this claim:
☐ replaces   ☐ amends a previously filed claim, dated: _____

**1. Basis for Claim**
☒ Goods sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____ (explain)

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last Four Digits of your SS#: ____ ____ ____ ____
Unpaid compensation for services performed
from _____ to _____
      (date)        (date)

**2.** Date debt was incurred: See attached Purchase Orders

**3.** If court judgment, date obtained: _____

**4.** Total Amount of Claim at Time Case Filed: $ 424,263.60 + 2,060.49 + 189,005.00 = 615,329.09
(unsecured nonpriority)   (secured)   (unsecured priority)   (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim**
☒ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☒ Other _____ Set-off right _____
Value of Collateral: $ 2,060.49
Amount of arrearage and other charges at time case filed included in secured claim, if any: : $ _____

**6. Unsecured Nonpriority Claim:** $ 424,263.60
☒ Check this box if: a) there is no collateral or lien securing your claim, or
b) your claim exceeds the value of the property securing it, or if
c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority: $ _____
Specify the priority of the claim:
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. §507(a)(1).
☐ Wages, salaries or commissions (up to $10,000), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).
☐ Up to $2,225 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(7).
☒ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(2).

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. **DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date July 25, 2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): *Wayne A. Platz* **Wayne A. Platz, V.P. Finance & Administration** |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT
OF NEW YORK

**DUPLICATE**

**PROOF OF CLAIM**

| Name of Debtor: | Case Number: |
|---|---|
| Delphi Mechatronic Systems, Inc. | 05-44567 |

NOTE: This form should not be used to make a claim for an administrative
expense arising after the commencement of the case. A request for payment
of an administrative expense may be field pursuant to 11 U.S.C. §503.

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor (and name and address where notices should be
sent if different from Creditor):

Speedline Technologies, Inc.
16 Forge Park
Franklin, MA 02038

Attn: Wayne A. Platz

*Telephone number:* (508) 541-4992

With a copy to:
Shmuel Vasser, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022

☐ Check box if you are aware that
anyone else has filed a proof of claim
relating to your claim. Attach copy of
statement giving particulars.

☐ Check box if you have never
received any notices from the
bankruptcy court in this case.

☐ Check box if the address differs
from the address on the envelope sent to
you by the court.

Account or other number by which creditor identifies debtor:

See customer number on Exhibit B.

Check here if this claim:
☐ replaces   ☐ amends a previously filed claim, dated: _____

**1.  Basis for Claim**
☒ Goods sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____ (explain)

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (fill out below)

Last Four Digits of your SS#: _____
Unpaid compensation for services performed
from _____ to _____
(date)                    (date)

**2.  Date debt was incurred:** See attached Purchase Orders

**3.  If court judgment, date obtained:**

**4.  Total Amount of Claim at Time Case Filed:** $ 424,263.60 + 2,060.49 + 189,005.00 = 615,329.09
                    (unsecured nonpriority)    (secured)    (unsecured priority)    (Total)
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5.  Secured Claim**
☒ Check this box if your claim is secured by collateral (including a right
of setoff).
Brief Description of Collateral:
☐ Real Estate        ☐ Motor Vehicle
☒ Other    Set-off right
Value of Collateral: $ 2,060.49
Amount of arrearage and other charges at time case filed included in
secured claim, if any:  $ _____

**6.  Unsecured Nonpriority Claim:** $ 424,263.60
☒ Check this box if: a) there is no collateral or lien securing your claim, or
b) your claim exceeds the value of the property securing it, or if
c) none or only part of your claim is entitled to priority.

**7.  Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim.
Amount entitled to priority:  $ _____
Specify the priority of the claim:
☐ Alimony, maintenance, or support owed to a spouse, former
spouse, or child – 11 U.S.C. §507(a)(1).
☐ Wages, salaries or commissions (up to $10,000), earned within 180
days before filing of the bankruptcy petition or cessation of the debtor's
business, whichever is earlier – 11 U.S.C. §507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).
☐ Up to $2,225 of deposits toward purchase, lease, or rental of
property or services for personal, family, or household use –
11 U.S.C. §507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(7).
☒ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(2).

**8.  Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of
making this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**9.  Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase
orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security
agreements, and evidence of perfection of lien.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the
documents are voluminous, attach a summary.

**10.  Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped,
self addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| July 25, 2006 | *Wayne A. Platz* |
|  | Wayne A. Platz, V.P. Finance & Administration |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

242290_1

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | **DUPLICATE** | **PROOF OF CLAIM** |
|---|---|---|

| Name of Debtor: **Delphi Automotive Systems Global (Holding), Inc.** | Case Number: **05-44636** |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be field pursuant to 11 U.S.C. §503.*

THIS SPACE IS FOR COURT USE ONLY

| Name and address of Creditor (and name and address where notices should be sent if different from Creditor): | |
|---|---|
| Speedline Technologies, Inc. 16 Forge Park Franklin, MA 02038  Attn: Wayne A. Platz  Telephone number: (508) 541-4992 | With a copy to: Shmuel Vasser, Esq. Edwards Angell Palmer & Dodge LLP 750 Lexington Avenue New York, NY 10022 |

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:

See customer number on Exhibit B.

Check here if this claim:
☐ replaces   ☐ amends a previously filed claim, dated:

**1. Basis for Claim**
- ☒ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____ (explain)

- ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
- ☐ Wages, salaries, and compensation (fill out below)

Last Four Digits of your SS#: __ __ __ __
Unpaid compensation for services performed
from _____ to _____
           *(date)*              *(date)*

**2. Date debt was incurred:** See attached Purchase Orders

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 424,263.60 + 2,060.49 + 189,005.00 = 615,329.09
    (unsecured nonpriority)  (secured)  (unsecured priority)  (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim**
- ☒ Check this box if your claim is secured by collateral (including a right of setoff)

Brief Description of Collateral:
- ☐ Real Estate          ☐ Motor Vehicle
- ☒ Other    Set-off right

Value of Collateral: $ 2,060.49

Amount of arrearage and other charges at time case filed included in secured claim, if any : $ _____

**6. Unsecured Nonpriority Claim:** $ 424,263.60
- ☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim**
- ☐ Check this box if you have an unsecured priority claim
Amount entitled to priority: $ _____
Specify the priority of the claim:
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child -- 11 U.S.C. §507(a)(1).
- ☐ Wages, salaries or commissions (up to $10,000), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier -- 11 U.S.C. §507(a)(4).
- ☐ Contributions to an employee benefit plan -- 11 U.S.C. §507(a)(5).
- ☐ Up to $2,225 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use -- 11 U.S.C. §507(a)(7).
- ☐ Taxes or penalties owed to governmental units -- 11 U.S.C. §507(a)(7).
- ☒ Other -- Specify applicable paragraph of 11 U.S.C. §507(a)(2).

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. *DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.*

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self addressed envelope and copy of this proof of claim.

| Date July 25, 2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):  *Wayne A. Platz*  **Wayne A. Platz, V.P. Finance & Administration** |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

242290_1

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

DUPLICATE

**PROOF OF CLAIM**

| Name of Debtor: Delphi Automotive Systems Tennessee, Inc. | Case Number: 05-44558 |
|---|---|

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be field pursuant to 11 U.S.C. §503.

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor (and name and address where notices should be sent if different from Creditor):

Speedline Technologies, Inc.
16 Forge Park
Franklin, MA 02038
Attn: Wayne A. Platz

With a copy to:
Shmuel Vasser, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022

Telephone number: (508) 541-4992

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:
See customer number on Exhibit B.

Check here if this claim:
☐ replaces ☐ amends a previously filed claim, dated: _____

**1.  Basis for Claim**
☒ Goods sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____ (explain)

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (fill out below)

Last Four Digits of your SS#: ____ ____ ____ ____
Unpaid compensation for services performed
from _____ to _____
(date)                    (date)

**2.  Date debt was incurred:** See attached Purchase Orders

**3.  If court judgment, date obtained:**

**4.  Total Amount of Claim at Time Case Filed:** $ 424,263.60    +   2,060.49    +   189,005.00    =   615,329.09
(unsecured nonpriority)    (secured)    (unsecured priority)    (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5.  Secured Claim**
☒ Check this box if your claim is secured by collateral (including a right of setoff)
Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle
☒ Other    Set-off right
Value of Collateral: $ 2,060.49
Amount of arrearage and other charges at time case filed included in secured claim, if any: : $ _____

**6.  Unsecured Nonpriority Claim:** $ 424,263.60
☒ Check this box if: a) there is no collateral or lien securing your claim, or
b) your claim exceeds the value of the property securing it, or if
c) none or only part of your claim is entitled to priority.

**7.  Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority: $ _____
Specify the priority of the claim:
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. §507(a)(1).
☐ Wages, salaries or commissions (up to $10,000), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).
☐ Up to $2,225 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(7).
☒ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(2).

**8.  Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**9.  Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
**DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10.  Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self addressed envelope and copy of this proof of claim.

| Date July 25, 2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): *Wayne A. Platz* Wayne A. Platz, V.P. Finance & Administration |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | **DUPLICATE** | **PROOF OF CLAIM** |
|---|---|---|

| Name of Debtor: **Delphi Services Holding Corporation** | Case Number: **05-44633** |
|---|---|

**NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be field pursuant to 11 U.S.C. §503.**

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor (and name and address where notices should be sent if different from Creditor):

Speedline Technologies, Inc.
16 Forge Park
Franklin, MA 02038

Attn: Wayne A. Platz

Telephone number:  (508) 541-4992

With a copy to:
Shmuel Vasser, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY  10022

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:

See customer number on Exhibit B.

Check here if this claim:
☐ replaces   ☐ amends a previously filed claim, dated: _____

| 1. | **Basis for Claim** | | |
|---|---|---|---|

☒ Goods sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____ (explain)

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (fill out below)

Last Four Digits of your SS#:  ____  ____  ____
Unpaid compensation for services performed
from _____ to _____
    *(date)*          *(date)*

2. Date debt was incurred: See attached Purchase Orders

3. If court judgment, date obtained: _____

4. Total Amount of Claim at Time Case Filed: $ _424,263.60_ + _2,060.49_ + _189,005.00_ = _615,329.09_
     *(unsecured nonpriority)* *(secured)* *(unsecured priority)* *(Total)*

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charge

5. **Secured Claim**
☒ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate      ☐ Motor Vehicle
☒ Other ___ Set-off right ___
Value of Collateral: $ 2,060.49
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

6. **Unsecured Nonpriority Claim:** $ _424,263.60_
☒ Check this box if: a) there is no collateral or lien securing your claim, or
   b) your claim exceeds the value of the property securing it, or if
   c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority: $ _____
Specify the priority of the claim:
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. §507(a)(1).
☐ Wages, salaries, or commissions (up to $10,000), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).
☐ Up to $2,225 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(7).
☒ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(2).

THIS SPACE IS FOR COURT USE ONLY

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
**DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self addressed envelope and copy of this proof of claim.

| Date July 25, 2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): *Wayne A. Platz*  **Wayne A. Platz, V.P. Finance & Administration** |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

DUPLICATE

**PROOF OF CLAIM**

| Name of Debtor:<br>**Delphi Technologies, Inc.** | Case Number:<br>**05-44554** |
|---|---|

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be field pursuant to 11 U.S.C. §503.

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor (and name and address where notices should be sent if different from Creditor):**

Speedline Technologies, Inc.
16 Forge Park
Franklin, MA 02038

Attn: Wayne A. Platz

With a copy to:
Shmuel Vasser, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022

**Telephone number:** (508) 541-4992

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:

See customer number on Exhibit B.

Check here if this claim:
☐ replaces   ☐ amends a previously filed claim, dated: _____

| 1. | **Basis for Claim**<br>☒ Goods sold<br>☒ Services performed<br>☐ Money loaned<br>☐ Personal injury/wrongful death<br>☐ Taxes<br>☐ Other _____ (explain) | ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)<br>☐ Wages, salaries, and compensation (fill out below)<br><br>Last Four Digits of your SS#: ___ ___ ___ ___<br>Unpaid compensation for services performed<br>from _____ to _____<br>    (date)        (date) |
|---|---|---|

| 2. | Date debt was incurred: See attached Purchase Orders | 3. | If court judgment, date obtained: |
|---|---|---|---|

4. Total Amount of Claim at Time Case Filed: $ 424,263.60 + 2,060.49 + 189,005.00 = 615,329.09
   (unsecured nonpriority)   (secured)   (unsecured priority)   (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

| 5. **Secured Claim**<br>☒ Check this box if your claim is secured by collateral (including a right of setoff)<br>Brief Description of Collateral:<br>☐ Real Estate   ☐ Motor Vehicle<br>☒ Other   Set-off right<br>Value of Collateral: $ 2,060.49<br>Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____ <br><br>6. **Unsecured Nonpriority Claim:** $ 424,263.60<br>☒ Check this box if: a) there is no collateral or lien securing your claim, or<br>b) your claim exceeds the value of the property securing it, or if<br>c) none or only part of your claim is entitled to priority. | 7. **Unsecured Priority Claim**<br>☐ Check this box if you have an unsecured priority claim<br>Amount entitled to priority: $ _____ <br>Specify the priority of the claim:<br>☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. §507(a)(1).<br>☐ Wages, salaries or commissions (up to $10,000), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4).<br>☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).<br>☐ Up to $2,225 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).<br>☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(7).<br>☒ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(2). |
|---|---|

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
   **DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self addressed envelope and copy of this proof of claim.

| Date<br>July 25, 2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br><br>*Wayne A. Platz*<br>**Wayne A. Platz, V.P. Finance & Administration** |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

242290_1

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**DUPLICATE**

**PROOF OF CLAIM**

| Name of Debtor: | Case Number: |
|---|---|
| Delphi Automotive Systems Services LLC | 05-44632 |

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be field pursuant to 11 U.S.C. §503.

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor (and name and address where notices should be sent if different from Creditor):**

Speedline Technologies, Inc.
16 Forge Park
Franklin, MA 02038

Attn: Wayne A. Platz

With a copy to:
Shmuel Vasser, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022

Telephone number: (508) 541-4992

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:

See customer number on Exhibit B.

Check here if this claim: ☐ replaces ☐ amends a previously filed claim, dated: _____

**1.** **Basis for Claim**
☒ Goods sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____ (explain)

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (fill out below)

Last Four Digits of your SS#: _____ ____ ____
Unpaid compensation for services performed
from _____ to _____
(date)        (date)

**2.** Date debt was incurred: See attached Purchase Orders

**3.** If court judgment, date obtained:

**4.** Total Amount of Claim at Time Case Filed: $ 424,263.60 + 2,060.49 + 189,005.00 = 615,329.09
(unsecured nonpriority)   (secured)   (unsecured priority)   (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5.** **Secured Claim**
☒ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle
☒ Other    Set-off right

Value of Collateral: $ 2,060.49

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6.** **Unsecured Nonpriority Claim:** $ 424,263.60
☒ Check this box if: a) there is no collateral or lien securing your claim, or
b) your claim exceeds the value of the property securing it, or if
c) none or only part of your claim is entitled to priority.

**7.** **Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority: $ _____
Specify the priority of the claim:
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child — 11 U.S.C. §507(a)(1).
☐ Wages, salaries, or commissions (up to $10,000), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. §507(a)(4).
☐ Contributions to an employee benefit plan — 11 U.S.C. §507(a)(5).
☐ Up to $2,225 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. §507(a)(7).
☐ Taxes or penalties owed to governmental units — 11 U.S.C. §507(a)(7).
☒ Other — Specify applicable paragraph of 11 U.S.C. §507(a)(2).

**8.** **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**9.** **Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
**DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10.** **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| July 25, 2006 | *Wayne A. Platz* |
| | Wayne A. Platz, V.P. Finance & Administration |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**PROOF OF CLAIM**

DUPLICATE

| Name of Debtor: **Delphi Electronics (Holding) LLC** | Case Number: **05-44547** |

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be field pursuant to 11 U.S.C. §503.

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor (and name and address where notices should be sent if different from Creditor):

Speedline Technologies, Inc.
16 Forge Park
Franklin, MA 02038

Attn: Wayne A. Platz

With a copy to:
Shmuel Vasser, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022

Telephone number: (508) 541-4992

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:

See customer number on Exhibit B.

Check here if this claim: ☐ replaces ☐ amends a previously filed claim, dated: _____

1. **Basis for Claim**
   ☒ Goods sold
   ☒ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☐ Other _____ (explain)

   ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last Four Digits of your SS#: ____ ____ ____ ____
   Unpaid compensation for services performed
   from _____ to _____
        (date)        (date)

2. Date debt was incurred: See attached Purchase Orders

3. If court judgment, date obtained:

4. Total Amount of Claim at Time Case Filed: $ 424,263.60 + 2,060.49 + 189,005.00 = 615,329.09
   (unsecured nonpriority) (secured) (unsecured priority) (Total)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

5. **Secured Claim**
   ☒ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate   ☐ Motor Vehicle
   ☒ Other   Set-off right
   Value of Collateral: $ 2,060.49
   Amount of arrearage and other charges at time case filed included in secured claim, if any: : $ _____

6. **Unsecured Nonpriority Claim:** $ 424,263.60
   ☒ Check this box if: a) there is no collateral or lien securing your claim, or
   b) your claim exceeds the value of the property securing it, or if
   c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority: $ _____
   Specify the priority of the claim:
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. §507(a)(1).
   ☐ Wages, salaries or commissions (up to $10,000), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4).
   ☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).
   ☐ Up to $2,225 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).
   ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(7).
   ☒ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(2).

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
   **DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self addressed envelope and copy of this proof of claim.

| Date July 25, 2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): *Wayne A. Platz* **Wayne A. Platz, V.P. Finance & Administration** |

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.*

242290_1

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

DUPLICATE

**PROOF OF CLAIM**

| Name of Debtor: **DREAL, Inc.** | Case Number: **05-44627** |
|---|---|

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be field pursuant to 11 U.S.C. §503.

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor (and name and address where notices should be sent if different from Creditor):

Speedline Technologies, Inc.
16 Forge Park
Franklin, MA 02038

Attn: Wayne A. Platz

Telephone number: (508) 541-4992

With a copy to:
Shmuel Vasser, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:
See customer number on Exhibit B.

Check here if this claim:
☐ replaces   ☐ amends a previously filed claim, dated: _____

1. **Basis for Claim**
   ☒ Goods sold
   ☒ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☐ Other _____ (explain)

   ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last Four Digits of your SS#: _____
   Unpaid compensation for services performed
   from _____ to _____
        (date)           (date)

2. **Date debt was incurred:** See attached Purchase Orders

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:** $ 424,263.60 + 2,060.49 + 189,005.00 = 615,329.09
   (unsecured nonpriority)  (secured)  (unsecured priority)  (Total)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim**
   ☒ Check this box if your claim is secured by collateral (including a right of setoff)
   Brief Description of Collateral:
   ☐ Real Estate   ☐ Motor Vehicle
   ☒ Other  Set-off right
   Value of Collateral: $ 2,060.49
   Amount of arrearage and other charges at time case filed included in secured claim, if any : $ _____

6. **Unsecured Nonpriority Claim:** $ 424,263.60
   ☒ Check this box if: a) there is no collateral or lien securing your claim, or
   b) your claim exceeds the value of the property securing it, or if
   c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim**
   ☐ Check this box if you have an unsecured priority claim.
   Amount entitled to priority: $ _____
   Specify the priority of the claim:
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. §507(a)(1).
   ☐ Wages, salaries or commissions (up to $10,000), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4).
   ☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).
   ☐ Up to $2,225 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(6).
   ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(7).
   ☒ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(2).

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

2006 JUL 27 A 10: [?]
U.S.B.C. S.D.N.Y.

| Date July 25, 2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): *Wayne A. Platz* |
|---|---|

**Wayne A. Platz, V.P. Finance & Administration**

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

DUPLICATE

**PROOF OF CLAIM**

| Name of Debtor: **Delphi Liquidation Holding Company** | Case Number: **05-44542** |
| --- | --- |

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be field pursuant to 11 U.S.C. §503.

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor (and name and address where notices should be sent if different from Creditor):

Speedline Technologies, Inc.
16 Forge Park
Franklin, MA 02038

Attn: Wayne A. Platz

With a copy to:
Shmuel Vasser, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022

**Telephone number:** (508) 541-4992

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:

See customer number on Exhibit B.

Check here if this claim:
☐ replaces   ☐ amends a previously filed claim, dated: _____

1. **Basis for Claim**
☒ Goods sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____ (explain)

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last Four Digits of your SS#: ____  ____  ____  ____
Unpaid compensation for services performed
from _____ to _____
       *(date)*              *(date)*

2. **Date debt was incurred:** See attached Purchase Orders

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:** $ 424,263.60   +   2,060.49   +   189,005.00   =   615,329.09
       *(unsecured nonpriority)*   *(secured)*   *(unsecured priority)*   *(Total)*
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

5. **Secured Claim**
☒ Check this box if your claim is secured by collateral (including a right of setoff)
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☒ Other   Set-off right
Value of Collateral: $ 2,060.49
Amount of arrearage and other charges at time case filed included in secured claim, if any: : $ _____

6. **Unsecured Nonpriority Claim:** $ 424,263.60
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority: $ _____
Specify the priority of the claim:
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. §507(a)(1).
☐ Wages, salaries, or commissions (up to $10,000), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).
☐ Up to $2,225 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(7).
☒ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(2).

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
**DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date July 25, 2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): *Wayne A. Platz* **Wayne A. Platz, V.P. Finance & Administration** |
| --- | --- |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

242290_1

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK ~~DUPLICATE~~ | **PROOF OF CLAIM**

| Name of Debtor: Packard Hughes Interconnect Company | Case Number: 05-44626 |

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be field pursuant to 11 U.S.C. §503.

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor (and name and address where notices should be sent if different from Creditor):**

Speedline Technologies, Inc.
16 Forge Park
Franklin, MA 02038

Attn: Wayne A. Platz

Telephone number: (508) 541-4992

With a copy to:
Shmuel Vasser, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:
See customer number on Exhibit B.

Check here if this claim: ☐ replaces ☐ amends a previously filed claim, dated: _____

**1. Basis for Claim**
☒ Goods sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____ (explain)

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last Four Digits of your SS#: ___ ___ ___ ___
Unpaid compensation for services performed
from _____ to _____
                    (date)          (date)

**2.** Date debt was incurred: See attached Purchase Orders

**3.** If court judgment, date obtained:

**4.** Total Amount of Claim at Time Case Filed: $ 424,263.60 + 2,060.49 + 189,005.00 = 615,329.09
(unsecured nonpriority)   (secured)   (unsecured priority)   (Total)
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

**5. Secured Claim**
☒ Check this box if your claim is secured by collateral (including a right of setoff)
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☒ Other ___ Set-off right ___
Value of Collateral: $ 2,060.49
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Nonpriority Claim:** $ 424,263.60
☒ Check this box if: a) there is no collateral or lien securing your claim, or
b) your claim exceeds the value of the property securing it, or if
c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority: $ _____
Specify the priority of the claim:
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. §507(a)(1).
☐ Wages, salaries or commissions (up to $10,000), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).
☐ Up to $2,225 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(7).
☒ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(2).

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self addressed envelope and copy of this proof of claim.

| Date July 25, 2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

*Wayne A. Platz*
Wayne A. Platz, V.P. Finance & Administration |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

242290_1

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | **PROOF OF CLAIM**

DUPLICATE

| Name of Debtor: **Specialty Electronics, Inc.** | Case Number: **05-44539** |

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be field pursuant to 11 U.S.C. §503.

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor (and name and address where notices should be sent if different from Creditor):**

Speedline Technologies, Inc.
16 Forge Park
Franklin, MA 02038

Attn: Wayne A. Platz

With a copy to:
Shmuel Vasser, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022

**Telephone number:** (508) 541-4992

- ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
- ☐ Check box if you have never received any notices from the bankruptcy court in this case.
- ☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:

See customer number on Exhibit B.

Check here if this claim:
☐ replaces ☐ amends a previously filed claim, dated: _____

**1. Basis for Claim**
- ☒ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____ (explain)

- ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last Four Digits of your SS#: ___ ___ ___ ___
  Unpaid compensation for services performed
  from _____ to _____
  (date)        (date)

**2.** Date debt was incurred: See attached Purchase Orders

**3.** If court judgment, date obtained: _____

**4.** Total Amount of Claim at Time Case Filed: $ 424,263.60 + 2,060.49 + 189,005.00 = 615,329.09
(unsecured nonpriority) (secured) (unsecured priority) (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

**5. Secured Claim**
- ☒ Check this box if your claim is secured by collateral (including a right of setoff)
  Brief Description of Collateral:
  - ☐ Real Estate ☐ Motor Vehicle
  - ☒ Other ___ Set-off right ___
  Value of Collateral: $ 2,060.49
  Amount of arrearage and other charges at time case filed included in secured claim, if any: : $ _____

**6. Unsecured Nonpriority Claim:** $ 424,263.60
☒ Check this box if: a) there is no collateral or lien securing your claim, or
  b) your claim exceeds the value of the property securing it, or if
  c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim
  Amount entitled to priority: $ _____
  Specify the priority of the claim:
  - ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. §507(a)(1).
  - ☐ Wages, salaries or commissions (up to $10,000), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4).
  - ☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).
  - ☐ Up to $2,225 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use -- 11 U.S.C. §507(a)(7).
  - ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(7).
  - ☒ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(2).

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
**DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

2006 JUL 27 AM 10: 03

| Date July 25, 2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): *Wayne A. Platz* **Wayne A. Platz, V.P. Finance & Administration** |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

DUPLICATE

**PROOF OF CLAIM**

| Name of Debtor: Delphi Connection Systems | Case Number: 05-44624 |
|---|---|

**NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.**

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor (and name and address where notices should be sent if different from Creditor):**

Speedline Technologies, Inc.
16 Forge Park
Franklin, MA 02038
Attn: Wayne A. Platz

With a copy to:
Shmuel Vasser, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022

Telephone number: (508) 541-4992

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:

See customer number on Exhibit B.

Check here if this claim: ☐ replaces ☐ amends a previously filed claim, dated: _____

1. **Basis for Claim**
   ☒ Goods sold
   ☒ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☐ Other _____ (explain)

   ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last Four Digits of your SS#: _____
   Unpaid compensation for services performed
   from _____ to _____
        (date)        (date)

2. **Date debt was incurred:** See attached Purchase Orders

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:** $ 424,263.60 + 2,060.49 + 189,005.00 = 615,329.09
   (unsecured nonpriority)  (secured)  (unsecured priority)  (Total)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim**
   ☒ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate  ☐ Motor Vehicle
   ☒ Other _Set-off right_
   Value of Collateral: $ 2,060.49
   Amount of arrearage and other charges at time case filed included in secured claim, if any: : $ _____

7. **Unsecured Priority Claim**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority: $ _____
   Specify the priority of the claim:
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. §507(a)(1).
   ☐ Wages, salaries, or commissions (up to $10,000), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4).
   ☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).
   ☐ Up to $2,225 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).
   ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(7).
   ☒ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(2).

6. **Unsecured Nonpriority Claim:** $ 424,263.60
   ☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

9. **Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
   **DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self addressed envelope and copy of this proof of claim.

| Date July 25, 2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): *Wayne A. Platz* Wayne A. Platz, V.P. Finance & Administration |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

242290_1

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | **DUPLICATE** | **PROOF OF CLAIM** |
|---|---|---|

| Name of Debtor: Specialty Electronics International Ltd. | Case Number: 05-44536 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be field pursuant to 11 U.S.C. §503.

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor (and name and address where notices should be sent if different from Creditor):**

Speedline Technologies, Inc.
16 Forge Park
Franklin, MA 02038

Attn: Wayne A. Platz

With a copy to:
Shmuel Vasser, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY  10022

*Telephone number:* (508) 541-4992

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

*Account or other number by which creditor identifies debtor:*
See customer number on Exhibit B.

Check here if this claim:
☐ replaces   ☐ amends a previously filed claim, dated: _____

| 1.  **Basis for Claim** | |
|---|---|
| ☒ Goods sold | |
| ☒ Services performed | |
| ☐ Money loaned | |
| ☐ Personal injury/wrongful death | |
| ☐ Taxes | |
| ☐ Other _____ (explain) | |

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last Four Digits of your SS#: ____
Unpaid compensation for services performed
from _____ to _____
     (date)              (date)

2. Date debt was incurred: See attached Purchase Orders

3. If court judgment, date obtained:

4. Total Amount of Claim at Time Case Filed: $ 424,263.60 + 2,060.49 + 189,005.00 = 615,329.09
                                              (unsecured nonpriority)  (secured)  (unsecured priority)  (Total)
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim**
☒ Check this box if your claim is secured by collateral (including a right of setoff)
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☒ Other _____ Set-off right _____
Value of Collateral: $ 2,060.49 _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: : $ _____

6. **Unsecured Nonpriority Claim:** $ 424,263.60 _____
☒ Check this box if: a) there is no collateral or lien securing your claim, or
b) your claim exceeds the value of the property securing it, or if
c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority: $ _____
Specify the priority of the claim:
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. §507(a)(I).
☐ Wages, salaries or commissions (up to $10,000), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor business, whichever is earlier – 11 U.S.C. §507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).
☐ Up to $2,225 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(7)
☒ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(2).

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date July 25, 2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): *Wayne A. Platz* |
|---|---|

Wayne A. Platz, V.P. Finance & Administration

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

242290_1

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

DUPLICATE

**PROOF OF CLAIM**

| Name of Debtor: **Delphi Integrated Service Solutions, Inc.** | Case Number: **05-44623** |
|---|---|

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be field pursuant to 11 U.S.C. §503.

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor (and name and address where notices should be sent if different from Creditor):

Speedline Technologies, Inc.
16 Forge Park
Franklin, MA 02038

Attn: Wayne A. Platz

Telephone number: (508) 541-4992

With a copy to:
Shmuel Vasser, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:

See customer number on Exhibit B.

Check here if this claim:
☐ replaces     ☐ amends a previously filed claim, dated: _____

**1. Basis for Claim**
☒ Goods sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____ (explain)

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last Four Digits of your SS#: ____ ____ ____ ____
Unpaid compensation for services performed
from _____ to _____
      (date)         (date)

**2. Date debt was incurred:** See attached Purchase Orders

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 424,263.60 + 2,060.49 + 189,005.00 = 615,329.09
                                          (unsecured nonpriority)  (secured)  (unsecured priority)  (Total)
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim**
☒ Check this box if your claim is secured by collateral (including a right of setoff)
Brief Description of Collateral:
☐ Real Estate     ☐ Motor Vehicle
☒ Other     Set-off right _____
Value of Collateral: $ 2,060.49
Amount of arrearage and other charges at time case filed included in secured claim, if any: : $ _____

**6. Unsecured Nonpriority Claim:** $ 424,263.60
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority: $ _____
Specify the priority of the claim:
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. §507(a)(1).
☐ Wages, salaries or commissions (up to $10,000), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).
☐ Up to $2,225 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(6).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(7).
☒ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(2).

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date July 25, 2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): *Wayne A. Platz*  **Wayne A. Platz, V.P. Finance & Administration** |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

242290_1

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**PROOF OF CLAIM**

DUPLICATE

| Name of Debtor: | Case Number: |
|---|---|
| Delphi Medical Systems Corporation | 05-44529 |

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be field pursuant to 11 U.S.C. §503.

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor** (and name and address where notices should be sent if different from Creditor):

Speedline Technologies, Inc.
16 Forge Park
Franklin, MA 02038

Attn: Wayne A. Platz

With a copy to:
Shmuel Vasser, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022

**Telephone number:** (508) 541-4992

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:

See customer number on Exhibit B.

Check here if this claim:
☐ replaces    ☐ amends a previously filed claim, dated: _____

**1.    Basis for Claim**
☒ Goods sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____ (explain)

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last Four Digits of your SS#: _____
Unpaid compensation for services performed
from _____ to _____
        (date)          (date)

**2.    Date debt was incurred:** See attached Purchase Orders

**3.    If court judgment, date obtained:** _____

**4.    Total Amount of Claim at Time Case Filed:** $ 424,263.60 + 2,060.49 + 189,005.00 = 615,329.09
  (unsecured nonpriority)    (secured)    (unsecured priority)    (Total)
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5.    Secured Claim**
☒ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle
☒ Other    Set-off right
Value of Collateral: $ 2,060.49
Amount of arrearage and other charges at time case filed included in secured claim, if any: : $ _____

**6.    Unsecured Nonpriority Claim:** $ 424,263.60
☒ Check this box if: a) there is no collateral or lien securing your claim, or
b) your claim exceeds the value of the property securing it, or if
c) none or only part of your claim is entitled to priority.

**7.    Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority: $ _____
Specify the priority of the claim:
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. §507(a)(1).
☐ Wages, salaries or commissions (up to $10,000), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).
☐ Up to $2,225 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(7).
☒ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(2).

**8.    Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**9.    Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
**DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10.   Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| July 25, 2006 | *Wayne A. Platz* |
| | **Wayne A. Platz, V.P. Finance & Administration** |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

242290_1

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**DUPLICATE**

**PROOF OF CLAIM**

| Name of Debtor: | Case Number: |
|---|---|
| **Aspire, Inc.** | **05-44618** |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be field pursuant to 11 U.S.C. §503.

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor (and name and address where notices should be sent if different from Creditor):**

Speedline Technologies, Inc.
16 Forge Park
Franklin, MA 02038

Attn: Wayne A. Platz

With a copy to:
Shmuel Vasser, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022

Telephone number: (508) 541-4992

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:

See customer number on Exhibit B.

Check here if this claim:
☐ replaces   ☐ amends a previously filed claim, dated: _____

1. **Basis for Claim**
   ☒ Goods sold
   ☒ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☐ Other _____ (explain)

   ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last Four Digits of your SS#: ____ ____ ____ ____
   Unpaid compensation for services performed
   from _____ to _____
          (date)       (date)

2. **Date debt was incurred:** See attached Purchase Orders

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:** $ 424,263.60 + 2,060.49 + 189,005.00 = 615,329.09
      (unsecured nonpriority)   (secured)   (unsecured priority)   (Total)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

5. **Secured Claim**
   ☒ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate   ☐ Motor Vehicle
   ☒ Other ____ Set-off right ____
   Value of Collateral: $ 2,060.49
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

6. **Unsecured Nonpriority Claim:** $ 424,263.60
   ☒ Check this box if: a) there is no collateral or lien securing your claim, or
   b) your claim exceeds the value of the property securing it, or if
   c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority: $ _____
   Specify the priority of the claim:
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. §507(a)(1).
   ☐ Wages, salaries or commissions (up to $10,000), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4).
   ☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).
   ☐ Up to $2,225 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).
   ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(7).
   ☒ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(2).

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| July 25, 2006 | *Wayne A. Platz* |
| | **Wayne A. Platz, V.P. Finance & Administration** |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

242290_1

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

DUPLICATE

**PROOF OF CLAIM**

| Name of Debtor: **Delphi Medical Systems Texas Corporation** | Case Number: **05-44511** |
|---|---|

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be field pursuant to 11 U.S.C. §503.

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor (and name and address where notices should be sent if different from Creditor):

Speedline Technologies, Inc.
16 Forge Park
Franklin, MA 02038

Attn: Wayne A. Platz

With a copy to:
Shmuel Vasser, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022

**Telephone number:** (508) 541-4992

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:

See customer number on Exhibit B.

Check here if this claim:
☐ replaces    ☐ amends a previously filed claim, dated: _____

**1. Basis for Claim**
- ☒ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____ (explain)

- ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
- ☐ Wages, salaries, and compensation (fill out below)

Last Four Digits of your SS#: ____ ____ ____
Unpaid compensation for services performed
from _____ to _____
(date)                    (date)

**2. Date debt was incurred:** See attached Purchase Orders

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 424,263.60 + 2,060.49 + 189,005.00 = 615,329.09
(unsecured nonpriority)    (secured)    (unsecured priority)    (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim**
☒ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
- ☐ Real Estate    ☐ Motor Vehicle
- ☒ Other  Set-off right

Value of Collateral: $ 2,060.49

Amount of arrearage and other charges at time case filed included in secured claim, if any: : $ _____

**6. Unsecured Nonpriority Claim:** $ 424,263.60
☒ Check this box if: a) there is no collateral or lien securing your claim, or
b) your claim exceeds the value of the property securing it, or if
c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority: $ _____
Specify the priority of the claim:
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. §507(a)(1).
- ☐ Wages, salaries or commissions (up to $10,000), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4).
- ☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).
- ☐ Up to $2,225 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).
- ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(7).
- ☒ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(2).

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
**DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date July 25, 2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): *Wayne A. Platz* **Wayne A. Platz, V.P. Finance & Administration** |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

242290_1

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**DUPLICATE**

**PROOF OF CLAIM**

| Name of Debtor: Delphi LLC | Case Number: 05-44615 |
|---|---|

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be field pursuant to 11 U.S.C. §503.

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor (and name and address where notices should be sent if different from Creditor):**

Speedline Technologies, Inc.
16 Forge Park
Franklin, MA 02038

Attn: Wayne A. Platz

With a copy to:
Shmuel Vasser, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022

Telephone number: (508) 541-4992

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:
See customer number on Exhibit B.

Check here if this claim: ☐ replaces ☐ amends a previously filed claim, dated: _____

**1. Basis for Claim**
- ☒ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____ (explain)

- ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
- ☐ Wages, salaries, and compensation (fill out below)

Last Four Digits of Your SS#: _____
Unpaid compensation for services performed
from _____ to _____
      (date)        (date)

**2. Date debt was incurred:** See attached Purchase Orders

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 424,263.60 + 2,060.49 + 189,005.00 = 615,329.09
   (unsecured nonpriority)     (secured)     (unsecured priority)     (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

**5. Secured Claim**
☒ Check this box if your claim is secured by collateral (including a right of setoff)

Brief Description of Collateral:
- ☐ Real Estate    ☐ Motor Vehicle
- ☒ Other _____ Set-off right _____

Value of Collateral: $ 2,060.49

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Nonpriority Claim:** $ 424,263.60
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority: $ _____
Specify the priority of the claim:
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. §507(a)(1).
- ☐ Wages, salaries or commissions (up to $10,000), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4).
- ☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).
- ☐ Up to $2,225 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).
- ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(7).
- ☒ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(2).

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
**DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date July 25, 2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): *Wayne A. Platz* Wayne A. Platz, V.P. Finance & Administration |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

242290_1

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**DUPLICATE**

**PROOF OF CLAIM**

| Name of Debtor:<br>**Delphi Medical Systems Colorado Corporation** | Case Number:<br>**05-44507** |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be field pursuant to 11 U.S.C. §503.

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor (and name and address where notices should be sent if different from Creditor):

Speedline Technologies, Inc.
16 Forge Park
Franklin, MA 02038

Attn: Wayne A. Platz

With a copy to:
Shmuel Vasser, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022

Telephone number: (508) 541-4992

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:

See customer number on Exhibit B.

Check here if this claim:
☐ replaces    ☐ amends a previously filed claim, dated: _____

**1. Basis for Claim**
- ☒ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____ (explain)

- ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
- ☐ Wages, salaries, and compensation (fill out below)

Last Four Digits of your SS#: ___ ___ ___ ___
Unpaid compensation for services performed
from _____ to _____
          *(date)*          *(date)*

**2.** Date debt was incurred: See attached Purchase Orders

**3.** If court judgment, date obtained:

**4.** Total Amount of Claim at Time Case Filed: $ 424,263.60 + 2,060.49 + 189,005.00 = 615,329.09
                    *(unsecured nonpriority)*    *(secured)*    *(unsecured priority)*    *(Total)*

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim**
☒ Check this box if your claim is secured by collateral (including a right of setoff)
Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle
☒ Other  Set-off right
Value of Collateral: $ 2,060.49
Amount of arrearage and other charges at time case filed included in secured claim, if any: : $ _____

**6.** Unsecured Nonpriority Claim: $  424,263.60
☒ Check this box if: a) there is no collateral or lien securing your claim, or
b) your claim exceeds the value of the property securing it, or if
c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority: $ _____
Specify the priority of the claim:
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. §507(a)(1).
☐ Wages, salaries or commissions (up to $10,000), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).
☐ Up to $2,225 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(7).
☒ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(2).

**8.** Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9.** Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10.** Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date<br>July 25, 2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br><br>*Wayne A. Platz*<br>**Wayne A. Platz, V.P. Finance & Administration** |
|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.*

242290_1

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

DUPLICATE

**PROOF OF CLAIM**

| Name of Debtor: | Case Number: |
|---|---|
| **Delphi Diesel Systems Corp.** | 05-44612 |

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be field pursuant to 11 U.S.C. §503.

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor (and name and address where notices should be sent if different from Creditor):**

Speedline Technologies, Inc.
16 Forge Park
Franklin, MA 02038

Attn: Wayne A. Platz

With a copy to:
Shmuel Vasser, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022

**Telephone number:** (508) 541-4992

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:

See customer number on Exhibit B.

**Check here if this claim:**
☐ replaces   ☐ amends a previously filed claim, dated: _____

| 1. | **Basis for Claim** |
|---|---|
| | ☒ Goods sold |
| | ☒ Services performed |
| | ☐ Money loaned |
| | ☐ Personal injury/wrongful death |
| | ☐ Taxes |
| | ☐ Other _____ (explain) |

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (fill out below)

Last Four Digits of your SS#: ___  ___  ___  ___
Unpaid compensation for services performed
from _____ to _____
        (date)                    (date)

| 2. | **Date debt was incurred:** See attached Purchase Orders | 3. | **If court judgment, date obtained:** |
|---|---|---|---|

4. **Total Amount of Claim at Time Case Filed:** $ 424,263.60 + 2,060.49 + 189,005.00 = 615,329.09
        (unsecured nonpriority)    (secured)    (unsecured priority)    (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charg

| 5. | **Secured Claim** |
|---|---|
| | ☒ Check this box if your claim is secured by collateral (including a right of setoff). |
| | Brief Description of Collateral: |
| | ☐ Real Estate    ☐ Motor Vehicle |
| | ☒ Other ____ Set-off right ____ |
| | Value of Collateral: $ 2,060.49 |
| | Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____ |

| 6. | **Unsecured Nonpriority Claim:** $ 424,263.60 |
|---|---|
| | ☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority. |

| 7. | **Unsecured Priority Claim** |
|---|---|
| | ☐ Check this box if you have an unsecured priority claim |
| | Amount entitled to priority: $ _____ |
| | Specify the priority of the claim: |
| | ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. §507(a)(1). |
| | ☐ Wages, salaries or commissions (up to $10,000), earned within 180 days before filing of the bankruptcy petition or cessation of the debto business, whichever is earlier – 11 U.S.C. §507(a)(4). |
| | ☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5). |
| | ☐ Up to $2,225 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7). |
| | ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(8 |
| | ☒ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(2). |

| 8. | **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. |
|---|---|

THIS SPACE IS FOR COURT USE ONLY

9. **Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
**DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| July 25, 2006 | *Wayne A. Platz*  Wayne A. Platz, V.P. Finance & Administration |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

242290_1

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

~~DUPLICATE~~

**PROOF OF CLAIM**

| Name of Debtor: Environmental Catalysts, LLC | Case Number: 05-44503 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be field pursuant to 11 U.S.C. §503.

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor (and name and address where notices should be sent if different from Creditor):

Speedline Technologies, Inc.
16 Forge Park
Franklin, MA 02038

Attn: Wayne A. Platz

**Telephone number:** (508) 541-4992

With a copy to:
Shmuel Vasser, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:
See customer number on Exhibit B.

Check here if this claim:
☐ replaces    ☐ amends a previously filed claim, dated: _____

**1. Basis for Claim**
- ☒ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____ (explain)

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last Four Digits of your SS#: ___ ___ ___ ___
Unpaid compensation for services performed
from _____ to _____
     (date)                (date)

**2. Date debt was incurred:** See attached Purchase Orders

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 424,263.60 + 2,060.49 + 189,005.00 = 615,329.09
     (unsecured nonpriority)   (secured)   (unsecured priority)   (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim**
☒ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle
☒ Other   Set-off right
Value of Collateral: $ 2,060.49
Amount of arrearage and other charges at time case filed included in secured claim, if any: : $ _____

**6. Unsecured Nonpriority Claim:** $ 424,263.60
☒ Check this box if: a) there is no collateral or lien securing your claim, or
b) your claim exceeds the value of the property securing it, or if
c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority: $_____
Specify the priority of the claim:
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. §507(a)(1).
☐ Wages, salaries or commissions (up to $10,000), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).
☐ Up to $2,225 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(7).
☒ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(2).

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self addressed envelope and copy of this proof of claim.

| Date July 25, 2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): *Wayne A. Platz* **Wayne A. Platz, V.P. Finance & Administration** |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

242290_1

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**DUPLICATE**

**PROOF OF CLAIM**

| Name of Debtor: | Case Number: |
|---|---|
| **Delco Electronics Overseas Corporation** | **05-44610** |

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be field pursuant to 11 U.S.C. §503.

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor (and name and address where notices should be sent if different from Creditor):

Speedline Technologies, Inc.
16 Forge Park
Franklin, MA 02038

Attn: Wayne A. Platz

With a copy to:
Shmuel Vasser, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022

**Telephone number:** (508) 541-4992

- ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
- ☐ Check box if you have never received any notices from the bankruptcy court in this case.
- ☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:

See customer number on Exhibit B.

Check here if this claim:
☐ replaces ☐ amends a previously filed claim, dated: _____

1. **Basis for Claim**
   - ☒ Goods sold
   - ☒ Services performed
   - ☐ Money loaned
   - ☐ Personal injury/wrongful death
   - ☐ Taxes
   - ☐ Other _____ (explain)

   - ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
   - ☐ Wages, salaries, and compensation (fill out below)

   Last Four Digits of your SS#: ____ ____ ____
   Unpaid compensation for services performed
   from _____ to _____
         *(date)*       *(date)*

2. **Date debt was incurred:** See attached Purchase Orders

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:** $ 424,263.60 + 2,060.49 + 189,005.00 = 615,329.09
       *(unsecured nonpriority)*    *(secured)*    *(unsecured priority)*    *(Total)*

   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

5. **Secured Claim**
   - ☒ Check this box if your claim is secured by collateral (including a right of setoff).

   Brief Description of Collateral:
   - ☐ Real Estate ☐ Motor Vehicle
   - ☒ Other **Set-off right**

   Value of Collateral: $ 2,060.49

   Amount of arrearage and other charges *at time case filed* included in secured claim, if any: $ _____

6. **Unsecured Nonpriority Claim:** $ 424,263.60
   - ☒ Check this box if: a) there is no collateral or lien securing your claim, or
     b) your claim exceeds the value of the property securing it, or if
     c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim**
   - ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority: $ _____
   Specify the priority of the claim:
   - ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. §507(a)(1).
   - ☐ Wages, salaries, or commissions (up to $10,000), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4).
   - ☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).
   - ☐ Up to $2,225 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).
   - ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(7).
   - ☒ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(2).

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** Attach copies of *supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
   **DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| July 25, 2006 | *Wayne A. Platz* |
| | Wayne A. Platz, V.P. Finance & Administration |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

242290_1

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**DUPLICATE**

**PROOF OF CLAIM**

| Name of Debtor: **ASEC Sales General Partnership** | Case Number: **05-44484** |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor (and name and address where notices should be sent if different from Creditor):

Speedline Technologies, Inc.
16 Forge Park
Franklin, MA 02038

Attn: Wayne A. Platz

With a copy to:
Shmuel Vasser, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022

Telephone number: (508) 541-4992

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:

See customer number on Exhibit B.

Check here if this claim:
☐ replaces    ☐ amends a previously filed claim, dated: _____

**1. Basis for Claim**
- ☒ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____ (explain)

- ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
- ☐ Wages, salaries, and compensation (fill out below)

Last Four Digits of your SS#: ___ ___ ___ ___
Unpaid compensation for services performed
from _____ to _____
(date)                      (date)

**2. Date debt was incurred:** See attached Purchase Orders

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 424,263.60 + 2,060.49 + 189,005.00 = 615,329.09

(unsecured nonpriority)    (secured)    (unsecured priority)    (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim**
☒ Check this box if your claim is secured by collateral (including a right of setoff)
Brief Description of Collateral:
- ☐ Real Estate    ☐ Motor Vehicle
- ☒ Other   Set-off right
Value of Collateral: $ 2,060.49
Amount of arrearage and other charges at time case filed included in secured claim, if any: : $ _____

**6. Unsecured Nonpriority Claim:** $ 424,263.60
☒ Check this box if: a) there is no collateral or lien securing your claim, or
b) your claim exceeds the value of the property securing it, or if
c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority: $ _____
Specify the priority of the claim:
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. §507(a)(1).
- ☐ Wages, salaries, or commissions (up to $10,000), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4).
- ☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).
- ☐ Up to $2,225 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).
- ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(7).
- ☒ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(2).

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self addressed envelope and copy of this proof of claim.

| Date<br>July 25, 2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): <br><br>*Wayne A. Platz*<br>**Wayne A. Platz, V.P. Finance & Administration** |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

242290_1

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT
OF NEW YORK

**DUPLICATE**

**PROOF OF CLAIM**

| Name of Debtor: **Delphi Automotive Systems (Holding), Inc.** | Case Number: **05-44596** |
|---|---|

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be field pursuant to 11 U.S.C. §503.

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor (and name and address where notices should be sent if different from Creditor):

Speedline Technologies, Inc.
16 Forge Park
Franklin, MA 02038

Attn: Wayne A. Platz

With a copy to:
Shmuel Vasser, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022

Telephone number: (508) 541-4992

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:

See customer number on Exhibit B.

Check here if this claim:
☐ replaces   ☐ amends a previously filed claim, dated:

**1. Basis for Claim**
☒ Goods sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____ (explain)

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last Four Digits of your SS#: ___ ___ ___
Unpaid compensation for services performed
from _____ to _____
     (date)              (date)

**2.** Date debt was incurred: See attached Purchase Orders

**3.** If court judgment, date obtained:

**4.** Total Amount of Claim at Time Case Filed: $ 424,263.60 + 2,060.49 + 189,005.00 = 615,329.09
     (unsecured nonpriority)   (secured)   (unsecured priority)   (Total)
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim**
☒ Check this box if your claim is secured by collateral (including a right of setoff)
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☒ Other   Set-off right
Value of Collateral: $ 2,060.49
Amount of arrearage and other charges at time case filed included in secured claim, if any: : $ _____

**6. Unsecured Nonpriority Claim:** $ 424,263.60
☒ Check this box if: a) there is no collateral or lien securing your claim, or
b) your claim exceeds the value of the property securing it, or if
c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority: $ _____
Specify the priority of the claim:
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. §507(a)(1).
☐ Wages, salaries or commissions (up to $10,000), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).
☐ Up to $2,225 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(7).
☒ Other -- Specify applicable paragraph of 11 U.S.C. §507(a)(2).

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
**DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self addressed envelope and copy of this proof of claim.

| Date July 25, 2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): *Wayne A. Platz* **Wayne A. Platz, V.P. Finance & Administration** |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

242290_1

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

DUPLICATE

**PROOF OF CLAIM**

Name of Debtor:
**ASEC Manufacturing General Partnership**

Case Number:
**05-44482**

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be field pursuant to 11 U.S.C. §503.

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor (and name and address where notices should be sent if different from Creditor):

Speedline Technologies, Inc.
16 Forge Park
Franklin, MA 02038

Attn: Wayne A. Platz

With a copy to:
Shmuel Vasser, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022

Telephone number: (508) 541-4992

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:

See customer number on Exhibit B.

Check here if this claim:
☐ replaces    ☐ amends a previously filed claim, dated: _____

| 1. | Basis for Claim |
| | ☒ Goods sold |
| | ☒ Services performed |
| | ☐ Money loaned |
| | ☐ Personal injury/wrongful death |
| | ☐ Taxes |
| | ☐ Other _____ (explain) |

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (fill out below)

Last Four Digits of your SS#: ____ ____ ____ ____
Unpaid compensation for services performed
from _____ to _____
    (date)            (date)

| 2. | Date debt was incurred: See attached Purchase Orders | 3. | If court judgment, date obtained: |

4. Total Amount of Claim at Time Case Filed: $ 424,263.60 + 2,060.49 + 189,005.00 = 615,329.09
    (unsecured nonpriority)    (secured)    (unsecured priority)    (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. Secured Claim
☒ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle
☒ Other ____Set-off right____
Value of Collateral: $ 2,060.49
Amount of arrearage and other charges at time case filed included in secured claim, if any: : $ _____

6. Unsecured Nonpriority Claim: $ 424,263.60
☒ Check this box if: a) there is no collateral or lien securing your claim, or
b) your claim exceeds the value of the property securing it, or if
c) none or only part of your claim is entitled to priority.

7. Unsecured Priority Claim
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority: $ _____
Specify the priority of the claim:
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. §507(a)(1).
☐ Wages, salaries, or commissions (up to $10,000), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).
☐ Up to $2,225 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(7).
☒ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(2).

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

9. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self addressed envelope and copy of this proof of claim.

Date
July 25, 2006

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

*Wayne A. Platz*

Wayne A. Platz, V.P. Finance & Administration

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | **PROOF OF CLAIM** |
|---|---|

DUPLICATE

| Name of Debtor: **Delphi Automotive Systems Overseas Corporation** | Case Number: **05-44593** |
|---|---|

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be field pursuant to 11 U.S.C. §503.

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor (and name and address where notices should be sent if different from Creditor):

Speedline Technologies, Inc.          With a copy to:
16 Forge Park                         Shmuel Vasser, Esq.
Franklin, MA 02038                    Edwards Angell Palmer & Dodge LLP
                                      750 Lexington Avenue
Attn:  Wayne A. Platz                 New York, NY  10022

**Telephone number:**  (508) 541-4992

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:

See customer number on Exhibit B.

Check here if this claim:
☐ replaces    ☐ amends a previously filed claim, dated: _____

| 1. | Basis for Claim | |
|---|---|---|
| | ☒ Goods sold | ☐ Retiree benefits as defined in 11 U.S.C. §1114(a) |
| | ☒ Services performed | ☐ Wages, salaries, and compensation (fill out below) |
| | ☐ Money loaned | |
| | ☐ Personal injury/wrongful death | Last Four Digits of your SS#: __ __ __ __ |
| | ☐ Taxes | Unpaid compensation for services performed |
| | ☐ Other _____ (explain) | from _____ to _____ |
| | | *(date)*          *(date)* |

2. Date debt was incurred:  See attached Purchase Orders

3. If court judgment, date obtained:

4. Total Amount of Claim at Time Case Filed: $  424,263.60  +  2,060.49  +  189,005.00  =  615,329.09
   (unsecured nonpriority)    (secured)    (unsecured priority)    (Total)

☐ If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. Secured Claim
☒ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle
☒ Other ___ Set-off right ___
Value of Collateral: $  2,060.49
Amount of arrearage and other charges at time case filed included in secured claim, if any: : $_____

6. Unsecured Nonpriority Claim: $  424,263.60
☒ Check this box if: a) there is no collateral or lien securing your claim, or
b) your claim exceeds the value of the property securing it, or if
c) none or only part of your claim is entitled to priority.

7. Unsecured Priority Claim
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority: $_____
Specify the priority of the claim:
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. §507(a)(1).
☐ Wages, salaries, or commissions (up to $10,000), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).
☐ Up to $2,225 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(7).
☒ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(2).

8. Credits:  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

9. Supporting Documents:  *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
**DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. Date-Stamped Copy:  To receive an acknowledgment of the filing of your claim, enclose a stamped, self addressed envelope and copy of this proof of claim.

| Date
July 25, 2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

*Wayne A. Platz*

**Wayne A. Platz, V.P. Finance & Administration** |
|---|---|

*Penalty for presenting fraudulent claim:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§152 and 3571.*

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

DUPLICATE

**PROOF OF CLAIM**

Name of Debtor:
Delphi International Holdings Corp.

Case Number:
05-44591

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be field pursuant to 11 U.S.C. §503.

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor (and name and address where notices should be sent if different from Creditor):

Speedline Technologies, Inc.
16 Forge Park
Franklin, MA 02038

Attn: Wayne A. Platz

With a copy to:
Shmuel Vasser, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022

Telephone number: (508) 541-4992

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:

See customer number on Exhibit B.

Check here if this claim:
☐ replaces   ☐ amends a previously filed claim, dated: _____

1. **Basis for Claim**
   ☒ Goods sold
   ☒ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☐ Other _____ (explain)

   ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
   ☐ Wages, salaries, and compensation (fill out below)

   Last Four Digits of your SS#: ___ ___ ___ ___
   Unpaid compensation for services performed
   from _____ to _____
          (date)              (date)

2. **Date debt was incurred:** See attached Purchase Orders

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:** $ 424,263.60 + 2,060.49 + 189,005.00 = 615,329.09
   (unsecured nonpriority)   (secured)   (unsecured priority)   (Total)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim**
   ☒ Check this box if your claim is secured by collateral (including a right of setoff)
   Brief Description of Collateral:
   ☐ Real Estate   ☐ Motor Vehicle
   ☒ Other    Set-off right
   Value of Collateral: $ 2,060.49
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

6. **Unsecured Nonpriority Claim:** $ 424,263.60
   ☒ Check this box if: a) there is no collateral or lien securing your claim, or
   b) your claim exceeds the value of the property securing it, or if
   c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority: $ _____
   Specify the priority of the claim:
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. §507(a)(1).
   ☐ Wages, salaries, or commissions (up to $10,000), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4).
   ☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).
   ☐ Up to $2,225 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).
   ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(7).
   ☒ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(2).

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
   **DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

THIS SPACE IS FOR COURT USE ONLY

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self addressed envelope and copy of this proof of claim.

Date
July 25, 2006

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

*Wayne A. Platz*
Wayne A. Platz, V.P. Finance & Administration

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

242290_1

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**DUPLICATE**

## PROOF OF CLAIM

| Name of Debtor: **Delphi NY Holding Corporation** | Case Number: **05-44480** |
|---|---|

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be field pursuant to 11 U.S.C. §503.

Name and address of Creditor (and name and address where notices should be sent if different from Creditor):

Speedline Technologies, Inc.
16 Forge Park
Franklin, MA 02038

Attn: Wayne A. Platz

Telephone number: (508) 541-4992

With a copy to:
Shmuel Vasser, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022

THIS SPACE IS FOR COURT USE ONLY

- ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
- ☐ Check box if you have never received any notices from the bankruptcy court in this case.
- ☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:

See customer number on Exhibit B.

Check here if this claim: ☐ replaces ☐ amends a previously filed claim, dated: _____

**1. Basis for Claim**
- ☒ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____ (explain)

- ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
- ☐ Wages, salaries, and compensation (fill out below)

Last Four Digits of your SS#: ___ ___ ___ ___
Unpaid compensation for services performed
from _____ to _____
(date)          (date)

**2.** Date debt was incurred: See attached Purchase Orders

**3.** If court judgment, date obtained:

**4.** Total Amount of Claim at Time Case Filed: $ _424,263.60_ + _2,060.49_ + _189,005.00_ = _615,329.09_
(unsecured nonpriority)   (secured)   (unsecured priority)   (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim**
☒ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
- ☐ Real Estate   ☐ Motor Vehicle
- ☒ Other _____Set-off right_____
Value of Collateral: $ _2,060.49_
Amount of arrearage and other charges at time case filed included in secured claim, if any: : $ _____

**6. Unsecured Nonpriority Claim:** $ _424,263.60_
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority: $ _____
Specify the priority of the claim:
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. §507(a)(1).
- ☐ Wages, salaries, or commissions (up to $10,000), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4).
- ☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).
- ☐ Up to $2,225 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).
- ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(7).
- ☒ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(2).

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. **DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date July 25, 2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|

*Wayn A. Plat*

**Wayne A. Platz, V.P. Finance & Administration**

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

242290_1

Appendix 1

| Debtor: | Case Number: | Proof of Claim Number: |
| --- | --- | --- |
| ASEC Manufacturing General Partnership | 05-44482 | 11653 |
| ASEC Sales General Partnership | 05-44484 | 11647 |
| Aspire, Inc. | 05-44618 | 11754 |
| Delco Electronics Overseas Corporation | 05-44610 | 11760 |
| Delphi Automotive Systems (Holding), Inc. | 05-44596 | 11652 |
| Delphi Automotive Systems Global (Holding), Inc. | 05-44636 | 11771 |
| Delphi Automotive Systems Human Resources LLC | 05-44639 | 11766 |
| Delphi Automotive Systems International, Inc. | 05-44589 | 11767 |
| Delphi Automotive Systems Korea, Inc. | 05-44580 | 11782 |
| Delphi Automotive Systems LLC | 05-44640 | 11785 |
| Delphi Automotive Systems Overseas Corporation | 05-44593 | 11654 |
| Delphi Automotive Systems Risk Management Corporation | 05-44570 | 11768 |
| Delphi Automotive Systems Services LLC | 05-44632 | 11765 |
| Delphi Automotive Systems Tennessee, Inc. | 05-44558 | 11772 |
| Delphi Automotive Systems Thailand, Inc. | 05-44586 | 11775 |
| Delphi China LLC | 05-44577 | 11784 |
| Delphi Connection Systems | 05-44624 | 11764 |
| Delphi Corporation | 05-44481 | 11655 |
| Delphi Diesel Systems Corporation | 05-44612 | 11758 |
| Delphi Electronics (Holding) LLC | 05-44547 | 11648 |
| Delphi Foreign Sales Corporation | 05-44638 | 11769 |
| Delphi Furukawa Wiring System LLC | 05-47452 | 11783 |
| Delphi Integrated Service Solutions, Inc. | 05-44623 | 11752 |
| Delphi International Holdings Corporation | 05-44591 | 11656 |
| Delphi International Services, Inc. | 05-44583 | 11780 |
| Delphi Liquidation Holding Company | 05-44542 | 11650 |
| Delphi LLC | 05-44615 | 11756 |
| Delphi Mechatronic Systems, Inc. | 05-44567 | 11770 |
| Delphi Medical Systems Colorado Corporation | 05-44507 | 11757 |
| Delphi Medical Systems Corporation | 05-44529 | 11753 |
| Delphi Medical Systems Texas Corporation | 05-44511 | 11755 |
| Delphi NY Holdings Corporation | 05-44480 | 11657 |
| Delphi Receivables LLC | 05-47459 | 11781 |
| Delphi Services Holding Corporation | 05-44633 | 11773 |
| Delphi Technologies, Inc. | 05-44554 | 11774 |
| DREAL, Inc. | 05-44627 | 11649 |
| Environmental Catalysts, LLC | 05-44503 | 11759 |
| Exhaust Systems Corporation | 05-44573 | 11762 |
| MobileAria, Inc | 05-47474 | 11779 |
| Packard Hughes Interconnect Company | 05-44626 | 11651 |
| Specialty Electronics International Ltd. | 05-44536 | 11751 |
| Specialty Electronics, Inc. | 05-44539 | 11763 |