# United States Bankruptcy Court
## Southern District of New York

In re DELPHI CORPORATION, et al.,   Case No. 05-44481
                                    (Jointly Administered)
                                    Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **Contrarian Funds, LLC** | **SEFAR Printing Solutions, Inc.** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent | Court Record Address of Transferor (Court Use Only) |
| **Contrarian Funds, LLC**<br>**411 West Putnam Ave., Ste. 225**<br>**Greenwich, CT 06830**<br>**Attn: Alpa Jimenez**<br>**Phone 203-862-8236** | Last Four Digits of Acct#:  N/A<br><br>Name and Current Address of Transferor |
| Last Four Digits of Acct#:  N/A | **SEFAR Printing Solutions, Inc.**<br>**Attn: Louis Procacci**<br>**120 Mount Holly By-Pass**<br>**P.O. Box 679**<br>**Lumberton, NJ  08048** |
| Name and Address where transferee payments should be sent (if different from above) | |
| **Court Claim # (if known): 9093**<br><br>**Claim Amount  $170,094.10** | **SEFAR Printing Solutions, Inc.**<br>**c/o Capehart & Scatchard, P.A.**<br>**Attn: Alan P. Fox, Esq.**<br>**8000 Midlantic Road, Suite 300**<br>**Mt. Laurel, NJ  08054** |
| | Last Four Digits of Acct#:  N/A |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alpa Jimenez*_____        Date: _____September 25, 2006_____
        Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                    _____
                                                    **CLERK OF THE COURT**

## Schedule A

| Debtor | Creditor | Case Number | Scheduled Amount | Proof of Claim | Claim no. |
|---|---|---|---|---|---|
| Delphi Automotive Systems LLC | Sefar America Inc. | 05-46640 | 155,184.95 | | 2613 |
| Delphi Corporation | Sefar Printing Solutions, Inc. | 05-44481 | | 170,094.10 | 2623 |
| Delphi Corporation | Sefar Printing Solutions, Inc. | 05-44481 | | 170,094.10 | 4528 |
| Delphi Corporation | Sefar Printing Solutions, Inc. | 05-44481 | | 170,094.10 | 4530 |
| Delphi Automotive Systems LLC | Sefar Printing Solutions, Inc. | 05-46640 | | 170,094.10 | 8769 |
| Delphi Automotive Systems LLC | Sefar Printing Solutions, Inc. | 05-46640 | | 170,094.10 | 9093 |

Initials:
Seller
Buyer