IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            )
In re:                                                      )    Chapter 11
                                                            )
DELPHI CORPORATION, et al.,                                 )    Case No. 05-44481 (RDD)
                                                            )
                                                            )
                                                            )
         Debtor.                                            )    (Jointly Administered)
------------------------------------------------------------x

NOTICE REGARDING TRANSFER OF CLAIM NO. 2548
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2)

1.   TO:          PBR AUSTRALIA PTY LTD ("Transferor")
                  P.O. Box 176
                  Bentleigh East VI 3165
                  Australia
                  Attn: Peter Valentine
                  Telephone: 6 3 9575 2200

2.   Please take notice of the transfer of your right, title, and interest in and to the allowed, general, unsecured, non-priority claim, as evidenced by proof of claim No. 2548 date-stamped on April 5, 2006, against Delphi Automotive Systems LLC, a debtor and debtor in possession in the above-captioned case, to the extent of $214,885.31 (such proof of claim, as amended, attached hereto as Exhibit A), has been transferred, pursuant to the terms of Evidence of Transfer of Claims (attached hereto as Exhibit B) to:

                  MERRILL LYNCH CREDIT PRODUCTS, LLC ("Transferee")
                  4 World Financial Center, 7th Floor
                  New York, NY 10080
                  Attn: Ron Torok
                  Telephone: 212-449-4969

     Please take notice that the Transferor had previously transferred $123,916.67 of claim (relating to proof of claim No. 2548) to Transferee. The current transfer of $214,885.31 is an additional separate transfer relating to proof of claim No. 2548.

3.   No action is required if you do not object to the transfer of your claim. However, IF YOU OB-JECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

NY369421.1/1124-00099

    FILE A WRITTEN OBJECTION TO THE TRANSFER with:

    United States Bankruptcy Court
    Southern District of New York
    Attn: Clerk of Court
    Alexander Hamilton Custom House
    One Bowling Green
    New York, NY 10004-1408

    SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.

    Refer to **INTERNAL CONTROL NO.** _____ in your objection and any further correspondence related to this transfer.

4.    If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

                                             CLERK

---

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on _____,
2006.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtor's Attorney ___

                                 _____
                                 Deputy Clerk

NY369421.1/1124-00099

**EXHIBIT A**

Proof of Claim for Claim No. 2548

NY:569421.1/1124-00099

FORM B10 (Official Form 10) (10/05)

| United States Bankruptcy Court  Southern  District of  New York | PROOF OF CLAIM |
|---|---|

Name of Debtor: Delphi Automotive Systems LLC
Case Number: 05-44640

Claim #02548
USBC SDNY
Delphi Corporation, et al
05-44181 (RDD)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
PBR Australia Pty. Ltd.

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**RECEIVED**
**APR 05 2006**
**KURTZMAN CARSON**

Name and address where notices should be sent:
PBR Australia Pty. Ltd.
Attn: Peter Valentine, P.O. Box 176
Bentleigh East VI 3165
Australia
Telephone number: 6 3 9575 2200

☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

Last four digits of account or other number by which creditor identifies debtor:

Check here ☐ replaces
if this claim ☐ amends   a previously filed claim, dated:

**1. Basis for Claim**
☒ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS #:
Unpaid compensation for services performed
from _____ to _____

**2. Date debt was incurred:** prepetition

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $ 562,192.18
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Value of Collateral: $
Amount of arrearage and other charges at time case filed included in secured claim, if any: $

Unsecured Priority Claim
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
Amount entitled to priority $
Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)( ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:**
$562,192.18   0   0   $562,192.18
(unsecured)  (secured)  (priority)  (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: March, 2006
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
Peter Valentine

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.


0544640060404000000000001

## APPENDIX TO PBR AUSTRALIA LLC PROOF OF CLAIM

PBR Australia Pty. Ltd. ("PBR Australia") holds pre-petition claims against Delphi Automotive Systems LLC ("Delphi Automotive" or the "Debtor") as set forth in the attached Proof of Claim (the "Claim").

Upon information and belief, documents supporting the Claim are in the possession of Delphi Automotive. The numerous invoices, purchase orders, contracts and other supporting documents are too voluminous to attach to the Claim. However, PBR Australia has attached hereto a summary of its Claim, including a breakdown of its setoff claim, which has already been submitted to Delphi Automotive.

PBR Australia is a party to various pre-petition agreements and arrangements with Delphi Automotive, pursuant to which PBR Australia could be deemed to hold a prepetition claim on account of claims that are not currently liquidated, or which remain contingent. A summary of all potential unliquidated contingent claims would be unduly burdensome, if not impossible. PBR Australia reserves all of its rights with respect to claims under its agreements or arrangements with Delphi Automotive or any of the Debtors.

PBR Australia further reserves its rights to amend, modify or supplement this proof of claim at any time, including, without limitation, to assert claims on account of: (i) other obligations arising under agreements or arrangements or otherwise that may be deemed to be prepetition in nature; (ii) indemnification, setoff, recoupment or other rights; (iii) any consequential or other contractual damages; and (iv) any other causes of action sounding in contract, tort or otherwise, under statute or other applicable law, including counterclaims, relating to PBR Australia's agreements, arrangements and dealings with Delphi Automotive. PBR Australia further reserves the right to assert any administrative claims against the Debtor arising under agreements, arrangements or otherwise, including without limitation any right to assert that some or all of the amounts due are not prepetition claims.

DETR_117769.1

**Delphi Pre-petition Debt owed to PBR-Australia**

| | | | Converted to USD at exchange rate at the time | |
|---|---:|---|---:|---:|
| PBRA Accounts Receivable outstanding - P90 Front Calipers | $ 293,078.71 | | $ 214,885.31 | 0.7332 |
| PBRA Accounts Receivable outstanding - U&W Shoe&linings | $ 346,466.41 | | $ 254,029.17 | 0.7332 |
| P90 obsolescence claim - PBRA inventory and material | $ 296,228.00 | | $ 217,194.37 | |
| less payment received (U&W Invoice 569145) | $ (169,008.00) | | $ (123,916.67) | 0.7332 |
| **Sub-total** | **$ 766,765.12** | (AUD) | **$ 562,192.18** | (USD) |

**≡FOLEY**

FOLEY & LARDNER LLP
ATTORNEYS AT LAW

ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226-3489
313.234.7100 TEL
313.234.2800 FAX
www.foley.com

March 30, 2006

CLIENT/MATTER NUMBER
064159-0101

United States Bankruptcy Court
Southern District of New York
Delphi Corporation Claims
Bowling Green Station
P.O. Box 5058
New York, New York 10274-5058

    Re:    **Delphi Corporation Claims**

Dear Sir/Madam:

    Please find enclosed two (2) proofs of claim submitted in the above-referenced matter. The claims are being submitted on behalf of PBR Australia Pty. Ltd. ("PBR Australia"). PBR Australia is submitting two claims: one in the case captioned, In re Delphi Corporation, Case No. 05-44481; and one in the case captioned, In re Delphi Automotive Systems LLC, Case No. 05-44640.

    Each of the two claims includes an original and two copies. PBR Australia requests that you return acknowledgment of receipt of such claims. Accordingly, I have included a self-addressed, stamped envelope for you to return acknowledgment of the claims.

    If you have any questions with respect to these matters, please contact me at (313) 234-7111.

Sincerely,

*David Dragich*

David G. Dragich

BOSTON             JACKSONVILLE      NEW YORK          SAN DIEGO/DEL MAR   TAMPA
BRUSSELS           LOS ANGELES       ORLANDO           SAN FRANCISCO       TOKYO
CHICAGO            MADISON           SACRAMENTO        SILICON VALLEY      WASHINGTON, D.C.
DETROIT            MILWAUKEE         SAN DIEGO         TALLAHASSEE

DETR_117897.1

## EXHIBIT B

### EVIDENCE OF TRANSFER OF CLAIM

TO    Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: MERRILL LYNCH CREDIT PRODUCTS, LLC

PBR AUSTRALIA PTY LTD, a corporation organized under the laws of Australia, with offices located at 264 East Boundary Road, East Bentleigh, Victoria 3165, Australia ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of July 14, 2006, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to MERRILL LYNCH CREDIT PRODUCTS, LLC, its successors and assigns, with offices located at 4 World Financial Center, 7th Floor, New York, NY 10080 ("Buyer"), all right, title and interest in and to the unsecured claims in the amount of $214,885.31 of Seller against Delphi Automotive Systems LLC, and its affiliates, docketed as Claim No. 2548 (the "Claims") in the United States Bankruptcy Court, Southern District of New York, Case No. 44640 (Jointly Administered under Case No. 05-44481 *in re* Delphi Corporation); provided, however, that SELLER does not assign and expressly reserves all right, title and interest in and to: (i) all claims described as "P90 obsolescence claim – PBRA inventory and material" in the proofs of claim dated March 28, 2006 filed by SELLER in the amount of $217,194.37; and (ii) $6,195.83 of the claim described as "PBRA Accounts Receivable outstanding – U&W Shoe&linings" in the proof of claim dated March 28, 2006 filed by SELLER in the amount of $254,029.17.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 26th day of September, 2006.

| PBR AUSTRALIA PTY LTD | MERRILL LYNCH CREDIT PRODUCTS, LLC |
|---|---|
| By _[signature]_<br>(Signature of authorized corporate officer)<br>Name: _[illegible]_<br>Title: _[illegible]_ | By: _____<br>(Signature of authorized corporate officer)<br>Name:<br>Title: |

NY369421.1/1124-00099

## EXHIBIT B

### EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: MERRILL LYNCH CREDIT PRODUCTS, LLC

PBR AUSTRALIA PTY LTD, a corporation organized under the laws of Australia, with offices located at 264 East Boundary Road, East Bentleigh, Victoria 3165, Australia ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of July 14, 2006, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to MERRILL LYNCH CREDIT PRODUCTS, LLC, its successors and assigns, with offices located at 4 World Financial Center, 7th Floor, New York, NY 10080 ("Buyer"), all right, title and interest in and to the unsecured claims in the amount of $214,885.31 of Seller against Delphi Automotive Systems LLC, and its affiliates, docketed as Claim No. 2548 (the "Claims") in the United States Bankruptcy Court, Southern District of New York, Case No. 44640 (Jointly Administered under Case No. 05-44481 in re Delphi Corporation); provided, however, that SELLER does not assign and expressly reserves all right, title and interest in and to: ( ) all claims described as "P90 obsolescence claim – PBRA inventory and material" in the proofs of claim dated March 28, 2006 filed by SELLER in the amount of $217,194.37; and (ii) $6,195.83 of the claim described as "PBRA Accounts Receivable outstanding – U&W Shoe&linings" in the proof of claim dated March 28, 2006 filed by SELLER in the amount of $254,029.17.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the ___ day of September, 2006.

| PBR AUSTRALIA PTY LTD | MERRILL LYNCH CREDIT PRODUCTS, LLC |
|---|---|
| By: _____ (Signature of authorized corporate officer) Name: Title: | By: _[signature]_____ (Signature of authorized corporate officer) Name: Ron Torok Title: Vice President |

NY369421.1/1124-00099