UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
      In re                          :        Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :        Case No. 05-44481 (RDD)
                                          :
              Debtors.       :        (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER UNDER 11 U.S.C. § 107(b) AND FED. R. BANKR. P. 9018 AUTHORIZING
DEBTORS TO FILE THE INFORMATION TECHNOLOGY INFRASTRUCTURE
OUTSOURCING AGREEMENTS UNDER SEAL

("IT INFRASTRUCTURE OUTSOURCING UNDER SEAL ORDER")

      Upon the motion, dated September 26, 2006 (the "Motion"), of Delphi

Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the

above-captioned cases (collectively, the "Debtors"), for an order (the "Order") Under 11 U.S.C. §

107(b) And Fed. R. Bankr. P. 9018 Authorizing Debtors To File Under Seal Information

Technology Infrastructure Outsourcing Agreements; and it appearing that pursuant to Fed. R.

Bankr. P. 9018, no notice of the relief requested in the Motion need be provided; and this Court

having determined that the relief requested in the Motion is in the best interests of the Debtors,

their estates, their creditors, and other parties-in-interest; and after due deliberation thereon; and

good and sufficient cause appearing therefor,

      IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

      1.      The Motion is GRANTED.

      2.      Pursuant to 11 U.S.C. § 107(b) and Fed. R. Bankr. P. 9018, the Debtors

are authorized to file (i) the agreement between Electronic Data Systems Corporation and EDS

Information Services, LLC (collectively, "EDS") and Delphi (the "EDS Agreement") and (ii) the

agreement between Hewlett Packard Company ("HP") and Delphi (together with the EDS

Agreement, the "IT Infrastructure Outsourcing Agreements") under seal as exhibits to a motion

for approval of such agreements that the Debtors intend to file.

   3.  The IT Infrastructure Outsourcing Agreements (and any information

derived from the IT Infrastructure Outsourcing Agreements) shall remain confidential, be filed

under seal, and shall be served on and made available only to (i) the United States Trustee for the

Southern District of New York, (ii) counsel to the Official Committee of Unsecured Creditors,

and (iii) such other parties as ordered by this Court or as agreed to in writing by the Debtors,

EDS, and HP.

   4.  Except as otherwise agreed to by the Debtors, EDS, and HP, any pleadings

filed by a third party in these cases that reference or disclose any of the information contained in

the IT Infrastructure Outsourcing Agreements shall be filed under seal and served only on those

parties authorized to receive the IT Infrastructure Outsourcing Agreements, as provided for in

paragraph 3 of this Order.

   5.  The requirement pursuant to Rule 9013-1(b) of the Local Bankruptcy

Rules for the Southern District of New York that the Debtors file a memorandum of law in

support of the Motion is hereby waived.

6.      This Court retains jurisdiction to enforce this Order and the confidentiality

of the IT Infrastructure Outsourcing Agreements and the sensitive information contained therein,

including the authority to impose sanctions on any person or entity which violates this Order.


Dated:    New York, New York
          September __, 2006



                                    _____
                                     UNITED STATES BANKRUPTCY JUDGE