LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (MS-4321)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
       mitchell.seider@lw.com
       mark.broude@lw.com

Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION., et al | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

Leslie Salcedo, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022.

2. On September 26, 2006, I caused true and correct copies of the Fourth Supplemental Affidavit of Robert J. Rosenberg Regarding the Retention of Latham & Watkins LLP as Counsel to the Official Committee of Unsecured Creditors, to be served upon the parties identified in Exhibit A hereto in the manner indicated therein.

NY\1193213.1

3. On September 27, 2006, I caused true and correct copies of the Fourth Supplemental Affidavit of Robert J. Rosenberg Regarding the Retention of Latham & Watkins LLP as Counsel to the Official Committee of Unsecured Creditors, to be served upon the parties identified in Exhibit B by electronic mail.

/s/ Leslie Salcedo
Leslie Salcedo

Sworn to before me this
27th day of September, 2006

/s/ Sarita Chalen
Sarita Chalen
Notary Public, State of New York
No. 01CH6028175
Qualified in Bronx County
Commission Expires July 26, 2009

NY\1193213.1

**Exhibit A**

**VIA OVERNIGHT MAIL**

| | |
|---|---|
| Bruce Simon<br>Cohen Weiss & Simon<br>330 W 42nd St<br>New York, NY 10036 | Paul W. Anderson<br>Flextronics International USA, Inc.<br>2090 Fortune Drive<br>San Jose, CA 95131 |
| Steven J Reisman<br>Curtis Mallet-Prevost Colt & mosle LLP<br>101 Park Ave<br>New York, NY 10178-0061 | Donald Bernstein<br>Davis Polk & Wardwell<br>450 Lexington Ave<br>New York, NY 10017 |
| Sean Corcoran<br>Karen Craft<br>Delphi Corporation<br>5725 Delphi Dr<br>Troy, MI 48098 | Michael Nefkens<br>Electronic Data Systems Corp<br>5505 Corporate Dr Msia<br>Troy, MI 48098 |
| Carrie L. Schiff<br>Terry Zale<br>Flextronics International<br>305 Interlocken Parkway<br>Broomfield, CO 80021 | Richard Lee Chambers III<br>Freescale Semiconductor Inc<br>6501 William Cannon Dr West<br>Md Oe16<br>Austin, TX 78735 |
| Randall S Eisenberg<br>FTI Consulting Inc<br>3 Times Square<br>11th Fl<br>New York, NY 10036 | Valerie Venable<br>c/o GE Plastics<br>9930 Kincey Avenue<br>Huntersville, NC 28078 |
| Frank L. Gorman, Esq.<br>Robert B. Weiss, Esq.<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3583 | Lonie A Hassel<br>Groom Law Group<br>1701 Pennsylvania Ave Nw<br>Washington, DC 20006 |
| Stephen H Gross<br>Hodgson Russ LLP<br>152 West 57th St<br>35th Fl<br>New York, NY 10019 | Internal Revenue Service<br>Attn: Insolvency Department, Mario<br>Valerio<br>290 Broadway, 5th Floor<br>New York NY 10007 |

NY\1193213.1

Attn: Insolvency Department
Internal Revenue Service
477 Michigan Ave
Mail Stop 15
Detroit, MI 48226

Conference Board Chairman
IUE-CWA
2360 W Dorothy Ln
Ste 201
Dayton, OH 45439

Bill Derrough
Jefferies & Company Inc
520 Madison Ave
12th Fl
New York, NY 10022

Thomas F Maher
Richard Duker
Gianni Russello
JPMorgan Chase Bank NA
270 Park Ave
New York, NY 10017

Thomas Moers Mayer
Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Patrick J. Healy
Daniel R. Fisher
Law Debenture Trust of New York
767 Third Ave., 31st Floor
New York, NY 10017

Vilma Francis
JPMorgan Chase Bank NA
270 Park Ave
New York, NY 10017

James Le
Kurtzman Carson Consultants
12910 Culver Blvd
Ste I
Los Angeles, CA 90066

David D. Cleary
Mohsin N. Khambati
Jason J. DeJonker
Peter A. Clark
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL   60606

Leon Szlezinger
Mesirow Financial
666 Third Avenue
21st Floor
New York, NY 10017

Joseph T Moldovan Esq
Morrison Cohen LLP
909 Third Ave
New York, NY 10022

Office of New York State
Attorney General Eliot Spitzer
120 Broadway
New York City, NY 10271

Tom A Jerman
Rachel Janger
O'Melveny & Meyer LLP
1625 Eye St Nw
Washington, DC 20006

Robert Siegel
O'Melveny & Meyer LLP
400 South Hope St
Los Angeles, CA 90071

NY\1193213.1

| | |
|---|---|
| Jeffrey Cohen<br>Pension Benefit Guaranty Corporation<br>1200 K Street Nw<br>Ste 340<br>Washington, DC 20005 | Ralph L Landy<br>Pension Benefit Guaranty Corporation<br>1200 K Street Nw<br>Ste 340<br>Washington, DC 20005-4026 |
| Sandra A Riemer<br>Phillips Nizer LLP<br>666 Fifth Ave<br>New York, NY 10103 | David L Resnick<br>Rothchild Inc<br>1251 Ave Of The Americas<br>New York, NY 10020 |
| Michael P. Kessler, Esq.<br>Martin J. Bienenstock, Esq.<br>Jeffrey L. Tanenbaum, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Robert W Dremluck<br>Seyfarth Shaw LLP<br>1270 Avenue Of The Americas<br>Ste 2500<br>New York, NY 10020-1801 |
| Douglas Bartner<br>Jill Frizzley<br>Shearman & Sterling LLP<br>599 Lexington Ave<br>New York, NY 10022 | Kenneth S Ziman<br>Robert H Trust<br>William T Russell Jr<br>Simpson Thatcher & Bartlett LLP<br>425 Lexington Ave<br>New York, NY 10017 |
| John Wm Butler<br>John K Lyons<br>Ron E Meisler<br>Skadden Arps Slate Meagher & Flom LLP<br>333 W Wacker Dr<br>Ste 2100<br>Chicago, IL 60606 | Kayalyn A Marafioti<br>Thomas J Matz<br>Skadden Arps Slate Meagher & Flom LLP<br>4 Times Square<br>New York, NY 10036 |
| Chester B Salomon<br>Constantine D Pourakis<br>Stevens & Lee PC<br>485 Madison Ave<br>20th Fl<br>New York, NY 10022 | Albert Togut<br>Togut Segal & Segal LLP<br>One Penn Plaza<br>Ste 3335<br>New York, NY 10119 |

NY\1193213.1

Alicia M Leonard
United States Trustee
33 Whitehall St
21st Fl
New York, NY 10004-2112

Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, NY 10004
Attn: Brad Eric Scheler
　　　Bonnie Steingart
　　　Vivek Melwani
　　　Jennifer L. Rodburg
　　　Richard J. Slivinski

Steven M Cimalore
Wilmington Trust Company
Rodney Square North
1100 North Market St
Wilmington, DE 19890

Brown Rudnick Berlack Israels LLP
Robert J. Stark
Seven Times Square
New York, NY 10036

J. Brian McTigue
Cornish F. Hitchcock
McTigue Law Firm
5301 Wisconsin Ave. N.W.
Suite 350
Washington, DC 20015

Mark Schonfeld, Regional Director
Northeast Regional Office
3 World Financial Center
Room 4300
New York, NY 10281

Daniel D. Doyle
Nicholas Franke
Spencer Fane Britt & Browne LLP
1 North Brentwood Boulevard
Tenth Floor
St. Louis, MO 63105

Warner Stevens LLP
Michael D. Warner
1700 City Center Tower, II
301 Commerce Street
Fort Worth Texas, 76102

Tyco Electronics Corporation
MaryAnn Brereton
60 Columbia Road
Morristown, NJ 07960

**Via First Class Mail**

John V. Gorman
Professional Technologies Services
P.O. Box #304
Frankenmuth, MI 48734

Jason, Inc.
411 E. Wisconsin Avenue
Suite 2120
Milwaukee, WI 53202
Attn: Beth Klimczak
　　　General Counsel

NY\1193213.1

Miami-Dade County Tax Collector
Metro-Dade Paralegal Unit
140 West Flagler Street
Suite 1403
Miami, FL  33130

NY\1193213.1

# Exhibit B

**Via E-Mail**

| | | |
|---|---|---|
| aaronsona@pepperlaw.com | agelman@sachnoff.com | gpeters@weltman.com |
| abrilliant@goodwinproctor.com | csullivan@bsk.com | greenj@millercanfield.com |
| aee@hurwitzfine.com | cweidler@paulweiss.com | greg.bibbes@infineon.com |
| aenglund@orrick.com | dadler@mccarter.com | gregory.kaden@ropesgray.com |
| afeldman@kslaw.com | dallas.bankruptcy@publicans.com | grichards@kirkland.com |
| agottfried@morganlewis.com | david.aaronson@dbr.com | growsb@wnj.com |
| akatz@entergy.com | david.boyle@airgas.com | gsantella@masudafunai.com |
| alan.mills@btlaw.com | david.lemke@wallerlaw.com | gschwed@loeb.com |
| aleinoff@amph.com | dbaty@honigman.com | gsouth@kslaw.com |
| amalone@colwinlaw.com | DBR@tbfesq.com | gtoering@wnj.com |
| amathews@robinsonlaw.com | dconnolly@alston.com | hannah@blbglaw.com |
| amcmullen@bccb.com | dwender@alston.com | hborin@schaferandweiner.com |
| amina.maddox@dol.lps.state.nj.us | dcrapo@gibbonslaw.com | herb.reiner@guarantygroup.com |
| amoog@hhlaw.com | ddavis@paulweiss.com | Hirsh.Robert@arentfox.com |
| andrew.herenstein@quadranglegroup.com | ddraper@terra-law.com | hkolko@msek.com |
| andrew.kassner@dbr.com | derrien@coollaw.com | hleinwand@aol.com |
| anne.kennelly@hp.com | dfreedman@ermanteicher.com | holly@regencap.com |
| aordubegian@weineisen.com | dgheiman@jonesday.com | housnerp@michigan.gov |
| aprinci@orrick.com | djury@steelworkers-usw.org | houston_bankruptcy@publicans.com |
| tkent@orrick.com | dkarp@cm-p.com | hwangr@michigan.gov |
| asherman@sillscummis.com | dladdin@agg.com | hzamboni@underbergkessler.com |
| asm@pryormandelup.com | dlowenthal@thelenreid.com | ian@gazesllc.com |
| kar@pryormandelup.com | dlowenthal@thelenreid.com | ilevee@lowenstein.com |
| aswiech@akebono-usa.com | dludman@brownconnery.com | ira.herman@tklaw.com |
| athau@cm-p.com | dmdelphi@duanemorris.com | jaffeh@pepperlaw.com |
| austin.bankruptcy@publicans.com | dpm@curtinheefner.com | james.bentley@srz.com |
| ayala.hassell@eds.com | driggio@candklaw.com | jangelovich@nixlawfirm.com |
| bankruptcy@goodwin.com | dweiner@schaferandweiner.com | japplebaum@clarkhill.com |
| barnold@whdlaw.com | eabdelmasieh@nmmlaw.com | jay.hurst@oag.state.tx.us |
| bbeckworth@nixlawfirm.com | EAKleinhaus@wlrk.com | jbernstein@mdmc-law.com |
| bellis-monro@sgrlaw.com | ecdolan@hhlaw.com | jcrotty@rieckcrotty.com |
| Ben.Caughey@icemiller.com | echarlton@hiscockbarclay.com | Jeff.Ott@molex.com |
| bharwood@sheehan.com | efox@klng.com | jeffery.gillispie@infineon.com |
| bkessinger@akebono-usa.com | egc@lydenlaw.com | jeisenhofer@gelaw.com |
| bmcdonough@teamtogut.com | egunn@mcguirewoods.com | jengland@linear.com |
| bmehlsack@gkllaw.com | ekutchin@kutchinrufo.com | jforstot@tpw.com |
| bnathan@lowenstein.com | elazarou@reedsmith.com | jgtougas@mayerbrownrowe.com |
| bsmoore@pbnlaw.com | elizabeth.flaagan@hro.com | jguy@orrick.com |
| bspears@winstead.com | Elliott@cmplaw.com | jh@previant.com |
| cahn@clm.com | emarcks@ssd.com | mgr@previant.com |
| cahope@chapter13macon.com | emccolm@paulweiss.com | jharris@quarles.com |
| carol.weiner.levy@srz.com | emeyers@mrrlaw.net | jhinshaw@boselaw.com |
| carol_sowa@denso-diam.com | ephillips@thurman-phillips.com | jhlemkin@duanemorris.com |
| carren.shulman@hellerehrman.com | ewaters@sheppardmullin.com | jimbriaco@gentek-global.com |
| timothy.mehok@hellerehrman.com | fatell@blankrome.com | jkp@qad.com |
| caseyl@pepperlaw.com | ferrell@taftlaw.com | jkreher@hodgsonruss.com |
| cbattaglia@halperinlaw.net | ffm@bostonbusinesslaw.com | jlanden@madisoncap.com |
| ahalperin@halperinlaw.net | fholden@orrick.com | jlapinsky@republicengineered.com |
| jdyas@halperinlaw.net | fstevens@foxrothschild.com | jlevi@toddlevi.com |
| cbelmonte@ssbb.com | ftrikkers@rikkerslaw.com | jmanheimer@pierceatwood.com |
| cdruehl@goodwinproctor.com | fusco@millercanfield.com | jmbaumann@steeltechnologies.com |
| cfortgang@silverpointcapital.com | fyates@sonnenschein.com | jminias@stroock.com |
| cgalloway@atsautomation.com | gdiconza@dlawpc.com | jml@ml-legal.com |
| charles@filardi-law.com | george.cauthen@nelsonmullins.com | lmc@ml-legal.com |
| chill@bsk.com | gerdekomarek@bellsouth.net | jmsullivan@mwe.com |
| ckm@greensfelder.com | gettelman@e-hlaw.com | jmurch@foley.com |
| jpb@greensfelder.com | ggotto@kellerrohrback.com | joel_gross@aporter.com |
| cnorgaard@ropers.com | ggreen@fagelhaber.com | john.brannon@tklaw.com |
| Cohen.Mitchell@arentfox.com | gjarvis@ggelaw.com | john.gregg@btlaw.com |
| craig.freeman@alston.com | gkurtz@ny.whitecase.com | john.persiani@dinslaw.com |
| crieders@gjb-law.com | guzzi@whitecase.com | john.sieger@kattenlaw.com |
| cs@stevenslee.com | dbaumstein@ny.whitecase.com | jonathan.greenberg@engelhard.com |
| cp@stevenslee.com | glen.dumont@hp.com | jposta@sternslaw.com |
| cschulman@sachnoff.com | gogimalik@andrewskurth.com | jrhunter@hunterschank.com |

jrobertson@mcdonaldhopkins.com
jsalmas@mccarthy.ca
lsalzman@mccarthy.ca
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jvitale@cwsny.com
bceccotti@cwsny.com
jwilson@tylercooper.com
jwisler@cblh.com
jzackin@sillscummis.com
karen.dine@pillsburylaw.com
kcookson@keglerbrown.com
kcunningham@pierceatwood.com
ken.higman@hp.com
khansen@stroock.com
khopkins@milesstockbridge.com
kim.robinson@bfkpn.com
klaw@bbslaw.com
kmiller@skfdelaware.com
Knathan@nathanneuman.com
knorthup@kutchinrufo.com
knye@quarles.com
krk4@daimlerchrysler.com
krosen@lowenstein.com
kwalsh@lordbissell.com
lawallf@pepperlaw.com
lawtoll@comcast.net
lberkoff@moritthock.com
lcurcio@tpw.com
lekvall@wgllp.com
lisa.moore2@nationalcity.com
lloyd.sarakin@am.sony.com
lmagarik@kjmlabor.com
lnewman@fagelhaber.com
lpeterson@msek.com
lpinto@wcsr.com
lsarko@kellerrohrback.com
claufenberg@kellerrohrback.com
eriley@kellerrohrback.com
lschwab@bbslaw.com
lwalzer@angelogordon.com
madison.cashman@stites.com
maofiling@cgsh.com
maofiling@cgsh.com
marc.hirschfield@ropesgray.com
margot.erlich@pillsburylaw.com
mark.houle@pillsburylaw.com
mark.owens@btlaw.com
marvin.clements@state.tn.us
massimiliano_cini@brembo.it
mbane@kelleydrye.com
mblacker@andrewskurth.com
mbusenkell@eckertseamans.com
mcheney@orrick.com
mcruse@wnj.com
mdallago@morrisoncohen.com
mdebbeler@graydon.com
metkin@lowenstein.com
mfarquhar@winstead.com
mgreger@allenmatkins.com
mhager@oshr.com
mhall@burr.com
mhamilton@ampn.com
miag@michigan.gov
miag@michigan.gov
michael.cook@srz.com
michael.mccrory@btlaw.com
michaelz@orbotech.com
miller@taftlaw.com
mkilgore@UP.com

mlee@contrariancapital.com
jstanton@contrariancapital.com
wraine@contrariancapital.com
solax@contrariancapital.com
mmassad@hunton.com
mmeyers@gsmdlaw.com
mmharner@jonesday.com
mmoody@okmlaw.com
mnewman@schaferandweiner.com
mrichards@blankrome.com
mrr@previant.com
mscott@riemerlaw.com
mshaiken@stinsonmoheck.com
msmcelwee@varnumlaw.com
msomerstein@kelleydrye.com
msternstein@sheppardmullin.com
mtf@afrct.com
murph@berrymoorman.com
mviscount@foxrothschild.com
mwarner@warnerstevens.com
mwinthrop@winthropcouchot.com
myarnoff@sbclasslaw.com
myetnikoff@schiffhardin.com
mzelmanovitz@morganlewis.com
nhp4@cornell.edu
niizeki.tetsuhiro@furukawa.co.jp
office@gazesllc.com
oiglesias@wlross.com
pabutler@ssd.com
patrick.bartels@quadranglegroup.com
pbaisier@seyfarth.com
pbarr@jaffelaw.com
pbilowz@goulstonstorrs.com
pbosswick@ssbb.com
pcostello@bbslaw.com
pgurfein@akingump.com
pjanovsky@zeklaw.com
pjricotta@mintz.com
pmears@btlaw.com
Pretekin@coollaw.com
prubin@herrick.com
raterinkd@michigan.gov
rbeacher@pitneyhardin.com
rcharles@lrlaw.com
rcovino@lordbissell.com
rdaversa@mayerbrown.com
rdremluk@seyfarth.com
resterkin@morganlewis.com
RGMason@wlrk.com
rgoldi@sotablaw.com
rgordon@clarkhill.com
rgriffin@iuoe.org
rheilman@schaferandweiner.com
rhett.campbell@tklaw.com
richard.epling@pillsburylaw.com
richard.kremen@dlapiper.com
rjones@bccb.com
rjsidman@vssp.com
rkidd@srcm-law.com
rmcdowell@bodmanllp.com
rmeth@pitneyhardin.com
rnorton@reedsmith.com
rnsteinwurtzel@swidlaw.com
robert.goodrich@stites.com
robert.morris@timken.com
robert.welhoelter@wallerlaw.com
robin.spear@pillsburylaw.com
rparks@mijb.com
rpeterson@jenner.com
rrichards@sonnenschein.com

rrosenbaum@mrrlaw.net
rsz@curtinheefner.com
rthibeaux@shergarner.com
rthibeaux@shergarner.com
rtrack@msn.com
rurbanik@munsch.com
jwielebinski@munsch.com
drukavina@munsch.com
rusadi@cahill.com
rweisberg@carsonfischer.com
rwyron@orrick.com
sabelman@cagewilliams.com
sagolden@hhlaw.com
sandy@nlsg.com
sarah.morrison@doj.ca.gov
sarbt@millerjohnson.com
wolfordr@millerjohnson.com
sbrennan@nathanneuman.com
scargill@lowenstein.com
schnabel@klettrooney.com
dbrown@klettrooney.com
schristianson@buchalter.com
sdeeby@clarkhill.com
sdonato@bsk.com
sean@blbglaw.com
selanders@danielsandkaplan.com
sfreeman@lrlaw.com
sgoldber@quarles.com
sgross@hodgsonruss.com
shandler@sbclasslaw.com
shapiro@steinbergshapiro.com
sharon.petrosino@hp.com
shazan@oshr.com
sholmes@hunton.com
sjennik@kjmlabor.com
sjfriedman@jonesday.com
sjohnston@cov.com
skhoos@mintz.com
skrause@zeklaw.com
smcook@lambertleser.com
snirmul@gelaw.com
sokeefe@winthropcouchot.com
sopincar@mcdonaldhopkins.com
sosimmerman@kwgd.com
sriley@mcdonaldhopkins.com
srosen@cb-shea.com
sselbst@mwe.com
sshimshak@paulweiss.com
steven.keyes@aam.com
susanwhatley@nixlawfirm.com
swalsh@chglaw.com
tajamie@ajamie.com
tbrink@lordbissell.com
tch@previant.com
tcohen@sheppardmullin.com
tdonovan@finkgold.com
tgaa@bbslaw.com
tkennedy@kjmlabor.com
tlauria@whitecase.com
featon@miami.whitecase.com
tmaxson@cohenlaw.com
tmcfadden@lordbissell.com
tom@beemanlawoffice.com
tomschank@hunterschank.com
trenda@milesstockbridge.com
tsable@honigman.com
tscobb@vssp.com
tslome@rsmllp.com
twardle@sheppardmullin.com
vdagostino@lowenstein.com

vmastromar@aol.com
wachstein@coollaw.com
wallace@blbglaw.com
wbeard@stites.com
wendy.brewer@btlaw.com
whanlon@seyfarth.com
whawkins@loeb.com
william.barrett@bfkpn.com
wkohn@schiffhardin.com
wmsimkulak@duanemorris.com
wsavino@damonmorey.com