**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                            )
In re:                                      )      Case No. 05-44481 (RDD)
                                            )
DELPHI CORPORATION, ET AL.,                 )      Chapter 11
                                            )
              Debtors.                      )      Jointly Administered
_____)


# ORDER GRANTING MOTION FOR ADMISSION OF MARK D. HOULE
## TO PRACTICE, *PRO HAC VICE*

Upon the Motion of Karen B. Dine for the admission *pro hac vice* of Mark D. Houle, represented to be a member in good standing of the bar in the State of California, and the Court having found that Mark D. Houle is seeking admission to represent Hyundai Motor Company and Hyundai Motor America, in the above referenced chapter 11 cases.

ORDERED, that Mark D. Houle, is admitted to practice, *pro hac vice*, in the above referenced chapter 11 cases, in the United States Bankruptcy Court, Southern District of New York, subject of payment of the filing fee.


Dated:   New York, New York
         September 27, 2006

                                            /s/Robert D. Drain
                                            UNITED STATES BANKRUPTCY JUDGE