UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re DELPHI CORPORATION, et al.,

                                           Bankruptcy Court
              Debtors,                    Case No. 05-44481(RDD)

------------------------------------------------------------X

## NOTICE OF APPEAL

STATE OF NEW YORK    )
                                ) ss:
COUNTY OF NEW YORK  )

PLEASE TAKE NOTICE that creditors H.E. Services Company and Robert Backie will move this Honorable Court, pursuant to F.R. BANKR.P. 8003 for an Order granting Creditors request for Leave to Appeal the bankruptcy court's order dated August 10, 2006.

Dated: Jericho, New York
         September 27, 2006

                                       **LEFKOWITZ, HOGAN & CASSELL, LLP**
                                       Local Counsel for H.E. Services Company and Robert Backie,

                                       By: _____
                                          MICHAEL D. CASSELL (MC 0236)
                                          350 Jericho Turnpike, Suite 300
                                          Jericho Turnpike, Suite 300
                                          Jericho, New York 11753
                                          (516) 942-4700

Dated: Jericho, New York
September 26, 2006

**THE MASTROMARCO FIRM**
Counsel for H.E. Services Company and
Robert Backie,

By: _____
VICTOR J. MASTROMARCO, JR. (P34564)
1024 N. Michigan Avenue
P.O. Box 3197
Saginaw, Michigan 48605-3197
(989) 752-1414