In re DELPHI CORPORATION, et al.
Bankruptcy Court Case No. 05-44481(RDD)

## CERTIFICATE OF SERVICE

I, JANINE P. ZABBIA, an employee of the firm LEFKOWITZ, HOGAN & CASSELL, LLP, attorneys for H.E. Services Company and Robert Backie, in the above-entitled matter, hereby certify under penalty of perjury that I caused copies of Notice of Motion for leave to Appeal, Notice of Appeal, Memorandum of Law in Support of H.E. Services and Robert Backie's Motion for Leave to Appeal Pursuant to Federal Rules of Bankruptcy Procedure 8003, Affirmation of Victor J. Mastromarco, Jr. in Support of H.E. Services and Robert Backie's Motion for Leave to Appeal Pursuant to F.R. BankR.P. 8003 along with its accompanying exhibits, to be served by causing true and accurate copies thereof to be placed in a sealed envelope via Federal Express (shipping pre-paid) and deposited in an official depository of Federal Express on September 27, 2006 addressed to the individuals listed in Exhibit A. True and accurate copies were also served by being placed in sealed envelopes via First Class Mail (postage pre-paid) and deposited in an official depository of United States Postal Service on September 27, 2006 addressed to the individuals listed in Exhibit B. In addition, it is my understanding The Mastromarco firm will serve the above-referenced documents to the individuals listed in Exhibit C by electronic mail.

_____
Janine P. Zabbia

**EXHIBIT A**

Harim Zaltzman, Esq.
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036

Robert J. Rosenberg, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

John William Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: Joseph Papelian, Esq.

Marissa Wesley, Esq.
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

| | | |
|---|---|---|
| **EXHIBIT "B"** | | |
| Mr. Robert J. Stark<br>Seven Times Square<br>New York, NY 10036 | | Mr. Bruce Simon<br>220 W. 42nd Street<br>New York, NY 10036 |
| Mr. Steven J. Reisman<br>101 Park Avenue<br>New York, NY 10178-0061 | | Mr. Donald Bernstein & Mr. Brian Resnick<br>450 Lexington Avenue<br>New York, NY 10017 |
| Sean Corcoran & Karen Craft<br>5725 Delphi Drive<br>Troy, MI 48098 | | Michael Nefkens<br>5505 Corporate Drive MSIA<br>Troy, MI 48098 |
| Carrie L. Schiff<br>305 Interlocken Parkway<br>Broomfield, CO 80021 | | Paul W. Anderson<br>2090 Fortune Drive<br>San Jose, CA 95131 |
| Richard Lee Chambers, III<br>6501 William Cannon Dr. West, MD:0E16<br>Austin, TX 78735 | | Brad Sheler, Bonnie Steingart, Vivek Melwani,<br>Jennifer Rodburg, Richard Slivinski<br>One New York Plaza<br>New York, NY 10004 |
| Randall S. Eisenberg<br>3 Times Square, 11th Floor<br>New York, NY 10036 | | Valerie Venable<br>9930 Kincey Avenue<br>Huntersville, NC 28078 |
| Lonie A. Hassel<br>1701 Pennsylvania Ave., NW<br>Washington, DC 20006 | | Stephen H. Gross<br>152 West 57th Street, 35th Floor<br>New York, NY 10019 |
| Frank L. Gorman & Robert B. Weiss<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3583 | | Internal Revenue Service<br>Att: Insolvency Dept., Maria Valerio<br>290 Broadway, 5th Floor<br>New York, NY 10007 |
| Internal Revenue Service<br>Att: Insolvency Dept.<br>477 Michigan Ave., Mail Stop 15<br>Detroit, MI 48226 | | IUE-CWA Conference Board Chairman<br>2360 W. Dorothy Lane, Suite 201<br>Dayton, OH 45439 |
| William Q. Derrough<br>520 Madison Avenue, 12th Floor<br>New York, NY 10022 | | Thomas Maher, Richard Duker, Gianni Russello,<br>Vilma Francis<br>270 Park Avenue<br>New York, NY 10017 |
| Gordon Novod, Thomas Mayer<br>1177 Avenue of the Americas<br>New York, NY 10036 | | James Le<br>12910 Culver Blvd., Suite 1<br>Los Angeles, CA 90066 |
| Robert J. Rosenberg<br>885 Third Avenue<br>New York, NY 10022 | | Patrick Healy, Daniel Fisher<br>767 Third Ave., 31st Floor<br>New York, NY 10017 |
| Daniel Cleary, Jason DeJonker, Mohsin Khambati,<br>Peter Clark<br>227 West Monroe Street, Suite 5400<br>Chicago, IL 60606 | | J. Brian McTigue, Cornish Hitchcock<br>5301 Wisconsin Ave, NW, Suite 350<br>Washington, DC 20015 |
| Leon Szlezinger<br>666 Third Ave., 21st Floor<br>New York, NY 10017 | | Joseph T. Moldovan<br>909 Third Avenue<br>New York, NY 10022 |

| | |
|---|---|
| Northeast Regional Office<br>Mark Schonfeld, Regional Director<br>3 World Financial Center, Room 4300<br>New York, NY 10281 | Office of New York State<br>Attorney General Eliot Spitzer<br>120 Broadway<br>New York City, NY 10271 |
| Robert Siegel<br>400 South Hope Street<br>Los Angeles, CA 90071 | Tom A. Jerman, Rachel Janger<br>1625 Eye Street, NW<br>Washington, DC 20006 |
| Ralph Landy, Jeffrey Cohen<br>1200 K. Street, NW, Suite 340<br>Washington, DC 20005 | Sandra A. Riemer<br>666 Fifth Ave.<br>New York, NY 10103 |
| David L. Resnick<br>1251 Avenue of the Americas<br>New York, NY 10020 | Robert W. Dremluk<br>1270 Avenue of the Americas, Suite 2500<br>New York, NY 10020-1801 |
| Douglas Bartner, Jill Frizzley<br>599 Lexington Avenue<br>New York, NY 10022 | Kenneth Ziman, Robert Trust, William Russell, Jr.<br>425 Lexington Avenue<br>New York, NY 10017 |
| John Butler, John Lyons, Ron Meisler<br>333 W. Wacker Dr., Suite 2100<br>Chicago, IL 60606 | Kayalyn Marafioti, Thomas Matz<br>4 Times Square, P.O. Box 300<br>New York, NY 10036 |
| Daniel Doyle, Nicholas Franke<br>1 North Brentwood Boulevard, 10th Floor<br>St. Louis, MO 63105 | Chester Salomon, Constantine Pourakis<br>485 Madison Avenue, 20th Floor<br>New York, NY 10022 |
| Albert Togut<br>One Penn Plaza, Suite 3335<br>New York, NY 10119 | Mary Ann Brereton, Asst. General Counsel<br>60 Columbia Road<br>Morristown, NJ 7960 |
| Alicia M. Leonhard, United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004-2112 | Michael D. Warner<br>1700 City Center Tower II<br>301 Commerce Street<br>Fort Worth, TX 76102 |
| Jeffrey Tanenbaum, Martin Bienenstock, Michael Kessler<br>767 Fifth Avenue<br>New York, NY 10153 | Steven Cimalore<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE 19890 |

**EXHIBIT C**

david.boyle@airgas.com; wshowman@ajamie.com; tajamie@ajamie.com; asweich@akebono-usa.com; pgurfein@akingump.com; mgreger@allenmatkins.com; rjones@ambrake.com; steven.keyes@aam.com; mblacker@andrewskurth.com; gogimalik@andrewskurth.com; lwalzer@angelogordon.com; mtf@afrct.com; aleinoff@amph.com; mhamilton@ampn.com; Cohen.Mitchell@arentfox.com; dladdin@agg.com; hvicente@agg.com; joel_gross@aporter.com; cgalloway@atsautomation.com; william.barrett@bfkpn.com; kim.robinson@bfkpn.com; john.gregg@btlaw.com; wendy.brewer@btlaw.com; Michael.mccrory@btlaw.com; pmears@btlaw.com; alan.mills@btlaw.com; sean@blbglaw.com; Hannah@blbglaw.com

mark@blbglaw.com; eileen@blbglaw.com; murph@berrymoorman.com; klaw@bbslaw.com; lschwab@bbslaw.com; pcostello@bbslaw.com; tgaa@bbslaw.com; fatell@blankrome.com; mrichards@blankrome.com; rmcdowell@bodmanllp.com; davidl@bolhouselaw.com; sdonato@bsk.com; chill@bsk.com; csullivan@bsk.com; jhinshaw@boselaw.com; rjones@bccb.com; amcmullen@bccb.com; dludman@brownconnery.com; schristianson@buchalter.com; mhall@burr.com

sabelman@cagewilliams.com; jonathan.greenberg@engelhard.com; rusadi@cahill.com; driggio@candklaw.com; rweisberg@carsonfischer.com; cahn@clm.com; sdrucker@clarkhill.com; japplebaum@clarkhill.com; rgordon@clarkhill.com; maofiling@cgsh.com; maofiling@cgsh.com; tmaxson@cohenlaw.com; jvitale@cwsny.com; srosen@cb-shea.com; amlone@colwinlaw.com; Elliott@cmplaw.com; jwisler@cblh.com; mlee@contraiancapital.com; jstanton@contraiancapital.com; wraine@contrariancapital.com; solax@contraiancapital.com; Pretekin@coollaw.com; wachstein@coollaw.com; derrien@coollaw.com; nhp4@cornell.edu;

rsz@curtinheefner.com; dpm@curtinheefner.com; athau@cm-p.com; sreisman@cm-p.com; dkarp@cm-p.com; krk4@daimlerchrysler.com; wsavino@damonmorey.com; selanders@danielsandkaplan.com; carol_sowa@denso-diam.com; amina.maddox@dol.lps.state.nj.us; gdiconza@dlawpc.com; john.persiani@dinslaw.com; richard.kremen@dlapiper.com; andrew.kassner@dbr.com; david.aaronson@dbr.com; dmdelphi@duanemorris.com; wmsimkulak@duanemorris.com;

jhlemkin@duanemorris.com; ayala.hassell@eds.com; dfreedman@ermanteicher.com; gettelman@e-hlaw.com; ggreen@fagelhaber.com; lnewman@fagelhaber.com; tdonovan@finkgold.com; jmurch@foley.com; fstevens@foxrothschild.com; mviscount@foxrothschild.com; ftrikkers@rikkerslaw.com; office@gazesllc.com; ian@gazesllc.com; crieders@gib-law.com; dcrapo@gibbonslaw.com; abrilliant@goodwinproctor.com; cdruehl@goodwinproctor.com;

bmehlsack@gkllaw.com; pbilowz@goulstonstorrs.com; jeisenhofer@gelaw.com; gjarvis@ggelaw.com; snirmul@gelaw.com

jh@previant.com; mrr@previant.com; tch@previant.com; mdebbeler@graydon.com; ckm@greensfelder.com; jpb@greensfelder.com; herb.reiner@guarantygroup.com; cbattaglia@halperinlaw.net; ahalperin@halperinlaw.net; hleinwand@aol.com; prubin@herrick.com; anne.kennelly@hp.com; ken.higman@hp.com; Sharon.petrosino@hp.com; glen.dumont@hp.com; echarlton@hiscockbarclay.com; cstorie@hodgsonruss.com; sgross@hodgsonruss.com; sagolden@hhlaw.com; ecdolan@hhlaw.com; smog@hhlaw.com; elizabeth.flaagan@hro.com; rweiss@honigman.com; fgorman@honigman.com; dbaty@honigman.com

tsable@honigman.com; tomschank@hunterschank.com; jrhunter@hunterschank.com; mmassad@hunton.com; sholmes@hunton.com; aee@hurwitzfine.com; Ben.Caughey@icemiller.com; greg.bibbes@infineon.com; jeffery.gillispie@infineon.com; rgrittin@iuoe.org; pbarr@jaffelaw.com; rpeterson@jenner.com; sjfriedman@jonesday.com; john.sieger@kattenlaw.com; kcookson@keglerbrown.com; lsarko@kellerrohrback.com; claufengerg@kellerrohrback.com; eriley@kellerrohrback.com; ggotto@kellerrohrback.com; mbane@kelleydrye.com

msomerstein@kelleydrye.com; tkennedy@kjmlabor.com; sjennik@kjmlabor.com; lmagarik@kjmlabor.com; gsouth@kslaw.com; afeldman@kslaw.com; grichards@kirkland.com; efox@king.com; sosimmerman@kwgd.com; ekutchin@kutchinrufo.com; knorthup@kutchinrufo.com; smcook@lambertleser.com; Mitchell.seider@lw.com; mark.broude@lw.com; henry.baer@lw.com; john.weiss@lw.com; michael.riela@lw.com; erika.ruiz@lw.com; rcharles@lrlaw.com; sfreeman@lrlaw.com; jengland@linear.com; austin.bankruptcy@publicans.com; dallas.bankruptcy@publicans.com; houston_bankruptcy@publicans.com; whawkins@loeb.com; gschwed@loeb.com; tmcfadden@lordbissell.com; tbrink@lordbissell.com; kwalsh@lordbissell.com; rcovino@lordbissell.com

metkin@lowenstein.com; ilevee@lowenstein.com; krosen@lowenstein.com; scargill@lowenstein.com; vdagostino@lowenstein.com; bnathan@lowenstein.com; egc@lydenlaw.com; rparks@mijb.com; jlanden@madisoncap.com; jml@ml-legal.com; lmc@ml-legal.com; gsantella@masudafunai.com; rdaversa@mayerbrown.com; jgtougas@mayerbrownrowe.com; dadler@mccarter.com; jsalmas@mccarthy.ca; lsalzman@mccarthy.ca; jmsullivan@mwe.com; sselbst@mwe.com; jrobertson@mcdonaldhopkins.com; sopincar@mcdonaldhopkins.com; sriley@mcdonaldhopkins.com; jbernstein@mdmc-law.com; egunn@mcguirewoods.com; lpeterson@msek.com

hkolko@msek.com; rrosenbaum@mrrlaw.net; emeyers@mrrlaw.net; aburch@miamidade.gov; miag@michigan.gov; d@michigan.gov; trenda@milesstockbridge.com; khopkins@milesstockbridge.com; sarbt@millerjohnson.com; wolfordr@millerjohnson.com; fusco@millercanfield.com; greeni@millercanfield.com; piricotta@mintz.com; skhoos@mintz.com; Jeff.Ott@molex.com; lkrepto@mmwr.com; resterkin@morganlewis.com; wheuer@morganlewis.com; agottfried@morganlewis.com; mzelmanovitz@morganlewis.com;

lberkoff@moritthock.com; rdehney@mnat.com; mbusenkell@mnat.com; joldovan@morrisoncohen.com; mdallago@morrisoncohen.com; rubanik@munsch.com; jwielebinski@munsch.com; drukavina@munsch.com; sandy@nlsg.com; Knathan@nathanneuman.com; sbrennan@nathanneuman.com; lisa.moore2@nationalcity.com; george.cauthen@nelsonmullins.com; bbeckworth@nixlawfirm.com; jangelovich@nixlawfirm.com

susanwhatley@nixlawfirm.com; jimbriaco@gentek-global.com; eabdelmasieh@nmmlaw.com; dgheiman@jonesday.com; mmharner@jonesday.com; cahope@chapter12macon.com; jay.hurst@oag.state.tx.us; michaelz@orbotech.com; aenglund@orrick.com; fholden@orrick.com; rwyron@orrick.com; jguy@orrick.com; mcheney@orrick.com; shazan@oshr.com; mhager@oshr.com; sshimshak@paulweiss.com; cweidler@paulweiss.com; ddavis@paulweiss.com; emccolm@paulweiss.com; housnerp@michigan.gov; landy.ralph@pbgc.gov; cfilardi@pepehazard.com; lawallf@pepperlaw.com; aaronsona@pepperlaw.com; caseyl@pepperlaw.com; jaffeh@pepperlaw.com

sriemer@phillipsnizer.com; jmanheimer@pierceatwood.com; kcunningham@pierceatwood.com; mark.houle@pillsburylaw.com; Karen.dine@pillsburylaw.com; Richard.epling@pillsburylaw.com; robin.spear@pillsburylaw.com; margot.erlich@pillsburylaw.com; rbeacher@pitneyhardin.com; rmeth@pitneyhardin.com; bsmoore@pbnlaw.com; jsmairo@pbnlaw.com; asm@pryormandelup.com; kar@pryormandelup.com; jkp@qad.com; Andrew.herenstein@quadranglegroup.com; Patrick.bartels@quadranglegroup.com; jharris@quarles.com; sgoldber@quarles.com knye@quarles.com; elazarou@reedsmith.com; jlapinsky@republicengineered.com

lshickich@riddellwilliams.com; mscott@riemerlaw.com; holly@regencap.com; amathews@robinsonlaw.com; cnorgaard@ropers.com; Gregory.kaden@ropesgray.com; marc.hirschfield@ropesgray.com; tslome@rsmllp.com; rtract@msn.com; cschulman@sachnoff.com; agelman@sachnoff.com; cbelmonte@ssbb.com; pbosswick@ssbb.com; hborin@schaferandweiner.com;

mnewman@schaferandweiner.com; rheilman@schaferandweiner.com; dweiner@schaferandweiner.com; wkohn@schiffhardin.com; myetnikoff@schiffhardin.com; myarnoff@sbclasslaw.com; shandler@sbclasslaw.com; Michael.cook@srz.com; james.bentley@srz.com; carol.weiner.levy@srz.com; pbaisier@seyfarth.com; rdremluk@seyfarth.com; whanlon@seyfarth.com; sboyce@sheehan.com; lawtoll@comcast.net; rthibeaux@shergarner.com

rthibeaux@shergarner.com; bankruptcy@goodwin.com; asherman@sillscummis.com; jzackin@sillscummis.com; cfortgang@silverpointcapital.com; cfox@stblaw.com; cfox@stblaw.com; bellis-monro@sgrlaw.com; kmiller@skfdelaware.com; fyates@sonnenschein.com; icreed@sonnenschein.com; rrichards@sonnenschein.com; Lloyd.sarakin@am.sony.com; rgoldi@sotablaw.com; pabutler@ssd.com; emarcks@ssd.com; jmbaumann@steeltechnologies.com; rkidd@srcm-law.com; Shapiro@steinbergshapiro.com; jposta@sternslaw.com; cs@stevenslee.com; cp@stevenslee.com; mshaiken@stinsonmoheck.com; Robert.goodrich@stites.com; Madison.cashman@stites.com; wbeard@stites.com

khansen@stroock.com; jminias@stroock.com; rnsteinwurtzel@swidlaw.com; Ferrell@taftlaw.com; marvin.clements@state.tn.us; ddraper@terra-law.com; jforstot@tpw.com; lcurcio@tpw.com; niizeki.tetsuhiro@furukawa.co.jp; dlowenthal@thelenreid.com; dlowenthal@thelenreid.com; Rhett.campbell@tklaw.com; john.brannon@tklaw.com; ephillips@thurman-phillips.com; jlevi@toddlevi.com; bmcdonough@teamtogut.com; jwilson@tylercooper.com; hzamboni@underbergkessler.com; mkilgore@UP.com; djury@steelworkers-usw.org; msmcelwee@varnumlaw.com; rjsidman@vssp.com; tscobb@vssp.com; RGMason@wlrk.com; EAKleinhaus@wlrk.com; david.lemke@wallerlaw.com

robert.welhoelter@wallerlaw.com; gtoering@wnj.com; mcruse@wnj.com; growsb@wnj.com; bankruptcy@warnerstevens.com; lekvall@wgllp.com; aordubegian@weineisen.com; gpeters@weltman.com; jcunningham@whitecase.com; mmesonesmori@whitecase.com; barnold@whdlaw.com; bspears@winstead.com; mfarquhar@winstead.com; mwinthrop@winthropcouchot.com; sokeefe@winthropcouchot.com; oiglesias@wlross.com; lpinto@wcsr.com; skrause@zeklaw.com; pjanovsky@zeklaw.com