# LEFKOWITZ, HOGAN & CASSELL, LLP
## ATTORNEYS & COUNSELORS AT LAW
### 350 JERICHO TURNPIKE
### SUITE 100
### JERICHO, NEW YORK 11753

SHAUN K. HOGAN[+]
MICHAEL D. CASSELL[■]

DANIEL J. LEFKOWITZ, P.C.[*]
OF COUNSEL

TELEPHONE: (516) 942-4700
TELECOPIER: (516) 942-4705
www.lefkowitzhogan.com

NEW JERSEY OFFICE
744 BROAD STREET
FLOOR 16, SUITE 28
NEWARK, NEW JERSEY 07102
TELEPHONE: (973) 735-2700
TELECOPIER: (516) 942-4705

[+]ALSO ADMITTED IN MASSACHUSETTS
[■]ALSO ADMITTED IN NEW JERSEY
[*]ALSO ADMITTED IN FLORIDA

September 27, 2006

*Via ECF:*
Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

### In re DELPHI CORPORATION, et al.

Dear Sir or Madam:

This firm represents the creditors, H.E. Services Company and Robert Backie. Pursuant to F.R. Bank P. 8003, enclosed for filing please find Notice of Motion for Leave to Appeal with accompanying Notice of Appeal pursuant to F.R. Bankruptcy 8003, Affirmation of Victor J. Mastromarco in Support of Motion for Leave to Appeal Pursuant to F.R. BankR.P. 8003 and exhibits.

Thank you for cooperation and courtesy regarding this matter.

Respectfully submitted,

LEFKOWITZ, HOGAN & CASSELL, LLP

Michael D. Cassell

cc: The Honorable Robert D. Drain (w/enclosures)
Parties as per Certificate of Service