UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re DELPHI CORPORATION, et al.,

                                                    Bankruptcy Court
              Debtors,                          Case No. 05-44481(RDD)

-----------------------------------------------------------X

## NOTICE OF MOTION FOR LEAVE TO APPEAL

STATE OF NEW YORK    )
                                  ) ss:
COUNTY OF NEW YORK  )

      PLEASE TAKE NOTICE that creditors H.E. Services Company and Robert Backie by their attorneys, the Mastromarco Firm and Lefkowitz, Hogan & Cassell, LLP, upon the annexed Notice of Appeal, Affirmation, Memorandum of Law and exhibits, pursuant to Section 8003 of the Federal Rules of Bankruptcy Procedure, will move this Court on the ____ day of October, 2006, at ____ a.m. for an order granting them leave to appeal from the Decision of the Bankruptcy Court denying their application for relief from the automatic stay.

      As noted, the Notice of Appeal is attached hereto.

Dated: Jericho, New York
       September 27, 2006

                                    LEFKOWITZ, HOGAN & CASSELL, LLP
                                    Local Counsel for H.E. Services Company and Robert Backie,

                                    By: _____
                                    MICHAEL D. CASSELL (MC 0236)
                                    350 Jericho Turnpike, Suite 300
                                    Jericho Turnpike, Suite 300
                                    Jericho, New York 11753
                                    (516) 942-4700

Dated: Saginaw, New York
      September 25, 2006

                          **THE MASTROMARCO FIRM**
                          Counsel for H.E. Services Company and
                          Robert Backie,

                          By: _____
                              **VICTOR J. MASTROMARCO, JR.**
                          1024 N. Michigan Avenue
                          P.O. Box 3197
                          Saginaw, Michigan 48605-3197
                          (989) 752-1414