UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re DELPHI CORPORATION, et al.,

                                   Bankruptcy Court
          Debtors,                      Case No. 05-44481(RDD)

-------------------------------------------------------------X

## NOTICE OF APPEAL

STATE OF NEW YORK   )
                       )    ss:
COUNTY OF NEW YORK  )

      PLEASE TAKE NOTICE that creditors H.E. Services Company and Robert

Backie will move this Honorable Court, pursuant to F.R. BANKR.P. 8003 for an Order

granting Creditors request for Leave to Appeal the bankruptcy court's order dated August

10, 2006.

Dated: Jericho, New York
        September 22, 2006

                            **LEFKOWITZ, HOGAN & CASSELL, LLP**
                            Local Counsel for H.E. Services Company and
                            Robert Backie,

                            By: _____
                               MICHAEL D. CASSELL (MC 0236)
                               350 Jericho Turnpike, Suite 300
                               Jericho Turnpike, Suite 300
                               Jericho, New York 11753
                               (516) 942-4700

Dated: Jericho, New York
September 26, 2006

**THE MASTROMARCO FIRM**
Counsel for H.E. Services Company and
Robert Backie,

By:

**VICTOR J. MASTROMARCO, JR. (P34564)**
1024 N. Michigan Avenue
P.O. Box 3197
Saginaw, Michigan 48605-3197
(989) 752-1414