UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTICT OF NEW YORK
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 05-44481 |
| DELPHI CORPORATION, et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors, | ) | |
| | ) | |

## ORDER GRANTING EXTENSION OF APPEAL DEADLINE PERTAINING TO THIS COURT'S ORDER DATED AUGUST 10, 2006, REGARDING MOTION OF H.E. SERVICES COMPANY AND ROBERT BACKIE, MAJORITY SHAREHOLDER FOR RELIEF FROM AUTOMATIC STAY

("H.E. SERVICES AND ROBERT BACKIE ORDER")

Upon the motion dated August 18, 2006 (the "Motion"), of H.E. Services Company and Robert Backie, a majority shareholder ("H.E. Services"), for an order granting an extension for the appeal deadline for this Court's Order regarding Motion of H.E. Services Company and Robert Backie, Majority Shareholder for Relief from Automatic Stay, dated August 10, 2006, and the motion having not been opposed, and after due deliberation thereon; and, for the reasons stated by the Court in its bench ruling, and H.E. Services and Robert Backie having demonstrated sufficient cause for such relief, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion is GRANTED.

2. The appeal deadline is hereby extended for a period of ten (10) days from the date of this Order.

**PLAINTIFF'S EXHIBIT 2**

Dated: September 18, 2006
New York, New York

/s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE