UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

In re:

DELPHI CORPORATION,                                                Case No. 05-44481 RDD

                                                                   Chapter 11

              Debtor.
_____/

**MICHIGAN DEPARTMENT OF LABOR & ECONOMIC GROWTH,
UNEMPLOYMENT INSURANCE AGENCY'S
WITHDRAWAL OF CLAIM NOS. 2604 AND 4533**

     The Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency hereby withdraws

     (1)    its pre-petition claim no. 2604 in the amount of $45,784.99 priority and $9,875.85 general unsecured; and

     (2)    its administrative claim no. 4533 in the amount of $8,768.69.


                                                MICHAEL A. COX
                                                Attorney General

                                                _____/S/_____Roland Hwang_____
                                                ROLAND HWANG (P32697)
                                                Assistant Attorney General
                                                Attorneys for Michigan DLEG, UIA
                                                3030 W. Grand Boulevard, Ste. 9-600
                                                Detroit, MI 48202
                                                (313) 456-2210
                                                telefax: (313) 456-2201
                                                hwangr@michigan.gov

Date: September 28, 2006

1