UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

In re:

DELPHI CORPORATION,                                                     Case No. 05-44481 RDD
                                                                        (Jointly Administered)
                                                                        Chapter 11

        Debtor.

_____/

CERTIFICATION OF SERVICE

      It is hereby certified that the State of Michigan, Department of Labor and Economic Growth, Unemployment Insurance Agency's Withdrawal of Claims Nos. 2604 and 4533 has this date been made electronically filed with the Clerk of the Court which will send notification of such filing upon the following individuals via using the ECF system, and other entities registered with the ECF system in this matter:

      John William Butler, Esq.           jbutler@skadden.com

      Kayalyn A. Marafioti, Esq.        kamarafio@skadden.com

      I hereby certify that I have mailed, via the United States Postal Service, the foregoing document(s) to the following non-ECF participant(s):

|  |  |
|---|---|
|  |  |

        _/S/_____Roland Hwang_____
Roland Hwang (P32697)
Assistant Attorney General
Attorney for Michigan, DLEG, UIA
3030 W. Grand Boulevard, Ste. 9-600
Detroit, MI 48202
(313) 456-2210
telefax:  (313) 456-2201
hwangr@michigan.gov

Dated:  September 28, 2006