UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

In re:

DELPHI TECHNOLOGIES, INC.,                                  Case No. 05-44554 RDD

                                                            Jointly Administered with
                                                            Case No. 05-44481 RDD
                                                            Chapter 11

           Debtor.
_____/

**MICHIGAN DEPARTMENT OF LABOR & ECONOMIC GROWTH,
UNEMPLOYMENT INSURANCE AGENCY'S
WITHDRAWAL OF CLAIM NOS. 4532 AND 5766**

The Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency hereby withdraws

(1)     its pre-petition claim no. 4532 in the amount of $887.24 priority; and

(2)     its administrative claim no. 5766 in the amount of $85.88.


MICHAEL A. COX
Attorney General

     /S/       Roland Hwang
ROLAND HWANG (P32697)
Assistant Attorney General
Attorneys for Michigan DLEG, UIA
3030 W. Grand Boulevard, Ste. 9-600
Detroit, MI 48202
(313) 456-2210
telefax: (313) 456-2201
hwangr@michigan.gov

Date: September 28, 2006