UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

In re:

DELPHI TECHNOLOGIES, INC.,                                     Case No. 05-44554 RDD

                                                                  Jointly Administered with
                                                                  Case No. 05-44481 RDD
                                                                  Chapter 11

            Debtor.
_____/

CERTIFICATION OF SERVICE

      It is hereby certified that the State of Michigan, Department of Labor and Economic Growth, Unemployment Insurance Agency's Withdrawal of Claims Nos. 4532 and 5766 has this date been made electronically filed with the Clerk of the Court which will send notification of such filing upon the following individuals via using the ECF system, and other entities registered with the ECF system in this matter:

        John William Butler, Esq.         jbutler@skadden.com

        Kayalyn A. Marafioti, Esq.        kamarafio@skadden.com

     I hereby certify that I have mailed, via the United States Postal Service, the foregoing document(s) to the following non-ECF participant(s):

|  |  |
|---|---|
|  |  |

                                                  _/S/_____Roland Hwang_____
                                                  Roland Hwang (P32697)
                                                  Assistant Attorney General
                                                  Attorney for Michigan, DLEG, UIA
                                                  3030 W. Grand Boulevard, Ste. 9-600
                                                  Detroit, MI 48202
                                                  (313) 456-2210
                                                  telefax:  (313) 456-2201
                                                  hwangr@michigan.gov

Dated:  September 28, 2006

1