UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

In re:

DELPHI DIESEL SYSTEMS CORP.,                                    Case No. 05-44612 RDD

                                                                                                     Jointly Administered with
                                                                                                     Case No. 05-44481 RDD
                                                                                                     Chapter 11

                 Debtor.
_____/

CERTIFICATION OF SERVICE

      It is hereby certified that the State of Michigan, Department of Labor and Economic Growth, Unemployment Insurance Agency's Withdrawal of Claim No. 2725 has this date been made electronically filed with the Clerk of the Court which will send notification of such filing upon the following individuals via using the ECF system, and other entities registered with the ECF system in this matter:

        John William Butler, Esq.           jbutler@skadden.com

        Kayalyn A. Marafioti, Esq.          kamarafio@skadden.com

     I hereby certify that I have mailed, via the United States Postal Service, the foregoing document(s) to the following non-ECF participant(s):

|  |  |
|---|---|
|  |  |

                                                         /S/       Roland Hwang_____
                                                     Roland Hwang (P32697)
                                                   Assistant Attorney General
                                                   Attorney for Michigan, DLEG, UIA
                                                   3030 W. Grand Boulevard, Ste. 9-600
                                                   Detroit, MI 48202
                                                   (313) 456-2210
                                                   telefax:  (313) 456-2201
                                                   hwangr@michigan.gov
Dated:  September 28, 2006

1