UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

In re:

DELPHI DIESEL SYSTEMS CORP.,                                    Case No. 05-44612 RDD

                                                               Jointly Administered with
                                                               Case No. 05-44481 RDD
                                                               Chapter 11

                        Debtor.
_____/

**MICHIGAN DEPARTMENT OF LABOR & ECONOMIC GROWTH,
UNEMPLOYMENT INSURANCE AGENCY'S
WITHDRAWAL OF CLAIM NO. 2725**

The Michigan Department of Labor & Economic Growth, Unemployment Insurance

Agency hereby withdraws

(1)      its pre-petition claim no. 2725 in the amount of $121.17 priority.

MICHAEL A. COX
Attorney General

        /S/        Roland Hwang
ROLAND HWANG (P32697)
Assistant Attorney General
Attorneys for Michigan DLEG, UIA
3030 W. Grand Boulevard, Ste. 9-600
Detroit, MI 48202
(313) 456-2210
telefax:  (313) 456-2201
hwangr@michigan.gov

Date:  September 28, 2006

1