PRYOR & MANDELUP, L.L.P.<br>
A. Scott Mandelup, Esq.<br>
675 Old Country Road<br>
Westbury, New York 11590<br>
(516) 997-0999<br>
asm@pryormandelup.com<br>
11-3261335<br>
asm-2780

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, *et al.* | : | Case No. 05-44481 (ajg) |
| | : | |
| Debtor. | : | Jointly Administered |

-----------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF REQUEST FOR SERVICE OF
PAPERS AND TERMINATION OF ELECTRONIC NOTICE**

**PLEASE TAKE NOTICE,** that National Molding Corporation ("Creditor"), by its attorneys, Pryor & Mandelup, L.L.P., hereby withdraws the Notice of Appearance filed in the above-captioned Chapter 11 cases and requests that the Clerk's Office remove its attorney from the Court's mailings and electronic notice matrix and terminate all electronic notices in the case to all Pryor & Mandelup, L.L.P. e-mail addresses, including but not limited to: asm@pryormandelup.com

Dated: Westbury, New York
      September 27, 2006      PRYOR & MANDELUP, L.L.P.
                                  Attorneys for National Molding Corporation

                              By:     /s/ A. Scott Mandelup
                                      A. Scott Mandelup (ASM2780)
                                675 Old Country Road
                                Westbury, New York 11590
                                Tel.:   (516) 997-0999
                                Fax.:  (516) 333-7333
                                Email:  asm@pryormandelup.com

I:\CLIENT FILES\National Molding\Appearance\Withdraw Not Appear 09-26-06.wpd