UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, *et al.* | : | Case No. 05-44481 (ajg) |
| | : | |
| Debtor. | : | Jointly Administered |

-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NASSAU     )

**Beads Land,** being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age and reside in New Cassel, New York.

On September 27, 2006, I served the within **Notice of Withdrawal of Request for Service of Papers and Termination of Electronic Notice**, on behalf of National Molding Corporation, upon the parties on the annexed service list, each at their respective address as listed on the annexed service list, by depositing a true copy in a postage-paid, properly-addressed envelope by first class mail, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

                                           /s/ Beads Land
                                            Beads Land

Sworn to before me this
27th day of September, 2006


     /s/ Brian Kenneth Barnett
        NOTARY PUBLIC

**Brian Kenneth Barnett**
**Notary Public, State of New York**
**No. 02BA6130046**
**Qualified in Nassau County**
**Commission Expires July 5, 2009**

**SERVICE LIST**

Robert N. Michaelson
Kirkpatrick & Lockhart, LLP
599 Lexington Avenue
New York, NY 10022

Allan S. Brilliant, Esq.
and Brian W. Harvey, Esq.
Goodwin Procter LLP
Counsel for the Ad Hoc Committee of
Prepetition Secured Lenders
599 Lexington Avenue
New York, New York 10022

Robert J. Stark
Brown Rudnick Berlack Israels LLP
Seven Times Square
New York, NY 10036

Bruce Simon
Cohen, Weiss & Simon
330 W. 42nd Street
New York, NY 10036

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & mosle LLP
101 Park Avenue
New York , NY 10178-0061

Donald Bernstein
Brian Resnick
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Sean Corcoran, Karen Craft
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Michael Nefkens
Electronic Data Systems Corp.
5505 Corporate Drive MSIA
Troy, MI 48098

Carrie L. Schiff
Flextronics International
305 Interlocken Parkway
Broomfield, CO 80021

Paul W. Anderson
Flextronics International USA, Inc.
2090 Fortune Drive
San Jose, CA 95131

Richard Lee Chambers, III
Freescale Semiconductor, Inc.
6501 William Cannon Drive West
MD: OE16
Austin, TX 78735

Brad Eric Sheler, Bonnie Steingart, Vivek
Melwani, Jennifer L Rodburg
and Richard J Slivinski
Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, NY 10004

Randall S. Eisenberg
FTI Consulting, Inc.
3 Times Square
 11th Floor
New York, NY 10036

Valerie Venable
General Electric Company
9930 Kincey Avenue
Huntersville, NC 28078

Lonie A. Hassel
Groom Law Group
1701 Pennsylvania Avenue, NW
Washington, DC 20006

Stephen H. Gross
Hodgson Russ LLP
152 West 57th Street
35th Floor
New York, NY 10019

Frank L. Gorman, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583

Robert B. Weiss, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583

Attn: Insolvency Department, Maria Valerio
Internal Revenue Service
290 Broadway
5th Floor
New York, NY 10007

Attn: Insolvency Department
Internal Revenue Service
477 Michigan Ave
Mail Stop 15
Detroit, MI 48226

Conference Board Chairman
IUE-CWA
2360 W. Dorothy Lane
Suite 201
Dayton, OH 45439

William Q. Derrough
Jefferies & Company, Inc,
520 Madison Avenue
12th Floor
New York, NY 10022

Thomas F. Maher, Richard Duker, Gianni Russello
JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY 10017

Vilma Francis
JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY 10017

Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Thomas Moers Mayer
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

James Le
Kurtzman Carson Consultants
12910 Culver Blvd.
Suite I
Los Angeles, CA 90066

Robert J. Rosenberg
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

Patrick J. Healy
Law Debenture Trust of New York
767 Third Ave.
31st Floor
New York, NY 10017

Daniel R. Fisher
Law Debenture Trust of New York
767 Third Ave.
31st Floor
New York, NY 10017

David D. Cleary
McDermott Will & Emery LLP
227 West Monroe Street
Suite 5400
Chicago, IL 60606

Jason J. DeJonker
McDermott Will & Emery LLP
227 West Monroe Street
Suite 5400
Chicago, IL 60606

Mohsin N. Khambati
McDermott Will & Emery LLP
227 West Monroe Street
Suite 5400
Chicago, IL 60606

Peter A. Clark
McDermott Will & Emery LLP
227 West Monroe Street
Suite 5400
Chicago, IL 60606

J. Brian McTigue
McTigue Law Firm
5301 Wisconsin Ave. N.W.
Suite 350
Washington, DC 20015

Cornish F. Hitchcock
McTigue Law Firm
5301 Wisconsin Ave. N.W.
Suite 350
Washington, DC 20015

Leon Szlezinger
Mesirow Financial
666 Third Ave
21st Floor
New York, NY 10017

Joseph T. Moldovan, Esq.
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

Mark Schonfeld, Regional Director
Northeast Regional Office
3 World Financial Center
Room 4300
New York, NY 10281

Attorney General Eliot Spitzer
Office of New York State
120 Broadway
New York City, NY 10271

Robert Siegel
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071

Tom A. Jerman, Rachel Janger
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006

Ralph L. Landy
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Suite 340
Washington, DC 20005-4026

Jeffrey Cohen
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Suite 340
Washington, DC 20005

Sandra A. Riemer
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103

David L. Resnick
Rothchild Inc.
1251 Avenue of the Americas
New York, NY 10020

Robert W. Dremluk
Seyfarth Shaw LLP
1270 Avenue of the Americas
Suite 2500
New York, NY 10020-1801

Douglas Bartner, Jill Frizzley
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr.
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

John Wm. Butler, John K. Lyons, Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Dr.
Suite 2100
Chicago, IL  60606

Kayalyn A. Marafioti, Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
P.O. Box 300
New York, NY 10036

Daniel D. Doyle
Spencer Fane Britt & Browne LLP
1 North Brentwood Boulevard
Tenth Floor
St. Louis, MO 63105

Nicholas Franke
Spencer Fane Britt & Browne LLP
1 North Brentwood Boulevard
Tenth Floor
St. Louis, MO 63105

Chester B. Salomon, Constantine D. Pourakis
Stevens & Lee, P.C.
485 Madison Avenue
20th Floor
New York, NY 10022

Albert Togut
Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119

MaryAnn Brereton, Assistant General Counsel
Tyco Electronics Corporation
60 Columbia Road
Morristown, NJ 7960

Alicia M. Leonhard
United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004-2112

Michael D. Warner
Warner Stevens, L.L.P.
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102

Jeffrey L. Tanenbaum, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Martin J. Bienenstock, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Michael P. Kessler, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Steven M. Cimalore
Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE 19890