UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

In re:

DELPHI AUTOMOTIVE SYSTEMS
HUMAN RESOURCES, LLC,                             Case No. 05-44639 RDD

                                                 Jointly Administered with
                                                 Case No. 05-44481 RDD
                                                 Chapter 11

              Debtor.

_____/

**MICHIGAN DEPARTMENT OF LABOR & ECONOMIC GROWTH,
UNEMPLOYMENT INSURANCE AGENCY'S
WITHDRAWAL OF CLAIM NOS. 2723 AND 2724**

The Michigan Department of Labor & Economic Growth, Unemployment Insurance

Agency hereby withdraws

    (1)      its pre-petition claim no. 2723 in the amount of $41,528.77 priority; and

    (2)      its administrative claim no. 2724 in the amount of $3,984.39.

MICHAEL A. COX
Attorney General

      /S/      Roland Hwang
ROLAND HWANG (P32697)
Assistant Attorney General
Attorneys for Michigan DLEG, UIA
3030 W. Grand Boulevard, Ste. 9-600
Detroit, MI 48202
(313) 456-2210
telefax:  (313) 456-2201
hwangr@michigan.gov

Date:  September 28, 2006

1