UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

In re:

DELPHI AUTOMOTIVE SYSTEMS
HUMAN RESOURCES, LLC,   Case No. 05-44639 RDD

Jointly Administered with
Case No. 05-44481 RDD
Chapter 11

     Debtor.
_____/

## CERTIFICATION OF SERVICE

It is hereby certified that the State of Michigan, Department of Labor and Economic Growth, Unemployment Insurance Agency's Withdrawal of Claims Nos. 2723 and 2724 has this date been made electronically filed with the Clerk of the Court which will send notification of such filing upon the following individuals via using the ECF system, and other entities registered with the ECF system in this matter:

| | |
|---|---|
| John William Butler, Esq. | jbutler@skadden.com |
| Kayalyn A. Marafioti, Esq. | kamarafio@skadden.com |

I hereby certify that I have mailed, via the United States Postal Service, the foregoing document(s) to the following non-ECF participant(s):

| | |
|---|---|
| | |

    /S/     Roland Hwang
Roland Hwang (P32697)
Assistant Attorney General
Attorney for Michigan, DLEG, UIA
3030 W. Grand Boulevard, Ste. 9-600
Detroit, MI 48202
(313) 456-2210
telefax:  (313) 456-2201
hwangr@michigan.gov

Dated:  September 28, 2006

1

05-44481-rdd    Doc 5220    Filed 09/28/06    Entered 09/28/06 11:49:42    Main Document
Pg 2 of 2