APPEARANCE

## United States Bankruptcy Court

For the  Southern  District of  New York

In re Delphi Corporation, )
) Case No. 05-44481
Debtor(s) )
)
)

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

Tremont City Barrel Fill PRP Group

| Gregory J. Jordan | Dykema Gossett PLLC |
|---|---|
| Print Name on this Line | Firm Name |
| /s/ Gregory J. Jordan | FIRM ID NUMBER: |
| Signature | 10 S. Wacker, Ste 2300 |
| ATTORNEY ID NUMBER    ARDC 6205510 | Street Address |
| | Chicago, IL 60606 |
| | City        State        Zip |
| | Telephone         312-627-2171 |

Trial Attorneys*

Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED: _____

TYPE OF DEFENSE COUNSEL:

CJA____ ,RETAINED ____ ,SELF ____ ,NONE OTHER ____ ,PUB DEF ____

FOR OFFICE USE ONLY:

Party Code: P_____    D_____    TP_____