SCHOTTENSTEIN, ZOX & DUNN CO., LPA
Daniel R. Swetnam, Esq.  (OH 0011022)
Tyson A. Crist, Esq.  (OH 0071276)
P.O. Box 165020
250 West Street
Columbus, OH 43216-5060
Phone: (614) 462-2225
Fax: (614) 224-3568
*Attorneys for Battelle Memorial Institute*

**Related to Motion of Battelle Memorial Institute for Turnover of United States Department of Energy Funds that are not Property of the Estate set for hearing on October 19, 2006 at 10:00 a.m. E.T.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, *et al.*, | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
---------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

We, Daniel R. Swetnam and Tyson A. Crist, members in good standing of the bar in the State of Ohio, and the bar of the U.S. District Court for the Southern District of Ohio, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Battelle Memorial Institute, a creditor in the above referenced case.

Our address is P.O. Box 165020, 250 West Street, Columbus, Ohio 43216-5020; e-mail addresses are dswetnam@szd.com and tcrist@szd.com; and telephone numbers are (614) 462-2225 and (614) 462-2243, respectively.

We each agree to pay the fee of $25 (total $50), upon approval by the Court admitting each of us to practice ***pro hac vice***.

Dated: September 29, 2006
        Columbus, Ohio

Respectfully submitted,

 /s/ Tyson A. Crist
Tyson A. Crist, Esq.  (OH 0071276)
tcrist@szd.com

 /s/ Daniel R. Swetnam
Daniel R. Swetnam  (OH 0011022)
dswetnam@szd.com

{H0738033.1 }