**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------x
In re:                                    :    Chapter 11
                                          :
DELPHI CORPORATION, *et al.*,             :    Case No. 05-44481 (RDD)
                                          :
                Debtors.                  :    (Jointly Administered)
---------------------------------------------------------x

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

This matter is before the Court on the motion of Daniel R. Swetnam and Tyson A. Crist for admission to practice, ***pro hac vice*** dated September 29, 2006. The Court finds the motion is well-taken and accordingly, it is hereby

**ORDERED,** that Daniel R. Swetnam, Esq. and Tyson A. Crist, Esq. are admitted to practice, ***pro hac vice***, in the above referenced case in the United States Bankruptcy Court, Southern District of New York, subject to each paying the $25.00 filing fee ($50 total).

Dated: _____
        New York, New York
                                          _____
                                          UNITED STATES BANKRUPTCY JUDGE