UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                              :
In re                                                         :   Chapter 11
                                                              :   Case No. 05-44481 (RDD)
DELPHI CORPORATION, *et al.*                                  :
                                                              :   Jointly Administered
                                  Debtors.                    :
                                                              :
-------------------------------------------------------------- x


### STIPULATION AND ORDER AMONG THE
### DEBTORS, BANK OF AMERICA, N.A. AND THE
### OFFICIAL COMMITTEE OF UNSECURED CREDITORS

**IT IS HEREBY STIPULATED AND AGREED,** by and among the parties hereto, that the Court's prior Orders in this case at Docket No.1805, at Docket No. 21 in Adversary Proceeding No. 06-01121, and paragraph 25 in the Court's prior Order at Docket No. 797 (the "Orders") shall continue in full force and effect, including, without limitation, as to all agreements referenced in the Orders and to the Segregated Account, as that term is defined in the Orders, including any and all extensions and modifications thereto including, without limitation, the April 28, 2006 Agreement between Delphi Automotive Systems Human Resources, LLC, Pentastar Aviation, LLC and Automotive Air Charter, Inc., and all charter revenue and lease proceeds therefrom.

Dated: New York, New York
       September 29, 2006

                                        /s/Robert D. Drain
                                        Honorable Robert D. Drain
                                        United States Bankruptcy Judge

05-44481-rdd    Doc 5234    Filed 09/29/06    Entered 09/29/06 14:29:56    Main Document
Pg 2 of 2

Consent to the foregoing:
September 13, 2006

| | |
|---|---|
| DELPHI CORPORATION, *et al.*, | BANK OF AMERICA, N.A., |
| By their attorneys, | By its attorneys, |
| TOGUT, SEGAL & SEGAL LLP | BARNES & THORNBURG LLP |
| By: | By: |
| | |
| /s/Neil Berger | /s/Patrick E. Mears |
| NEIL BERGER (NB-3599) | PATRICK E. MEARS (PM-6473) |
| A Member of the Firm | A Member of the Firm |
| One Penn Plaza | 300 Ottawa Avenue, NW, Suite 500 |
| New York, New York 10119 | Grand Rapids, Michigan 49503 |
| (212) 594-5000 | (616) 742-3936 |

THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS,
By its attorneys,
WARNERSTEVENS LLP
By:

/s/Jeffrey A. Risler
JEFFREY A. RESLER (JR-5668)
301 Commerce Street, Suite 1700
Fort Worth, Texas 76102
(817) 810-5250

GRDS01 PMEARS 332710v1