UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
   In re                                :    Chapter 11
                                            :
DELPHI CORPORATION, et al.,                 :    Case No. 05-05-44481 (RDD)
                                            :
                            Debtors.    :    (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FINAL ORDER ON MOTION OF NUTECH PLASTICS ENGINEERING, INC.,
FOR RELIEF FROM AUTOMATIC STAY

("FINAL NUTECH STAY RELIEF ORDER")

Upon the motion, dated July 3, 2006, of NuTech Plastics Engineering, Inc. ("NuTech") for relief from the automatic stay and supporting affidavit (the "Motion") (Docket No. 4436); and upon the Debtors' objection to the Motion, dated July 14, 2006, and affidavit in support of the objection (Docket No. 4559); and upon NuTech's reply in support of the Motion, dated July 18, 2006 (Docket No. 4582); and upon the record of the preliminary hearing held on the Motion on July 19, 2006 (Docket No. 4996); and upon the supplemental affidavit, dated August 16, 2006, submitted by NuTech in support of the Motion (Docket No. 4937); and upon NuTech's supplement to its Motion, dated September 12, 2006, with supporting affidavit (Docket No. 5106); and upon the record of the final hearing held on the Motion on September 14, 2006; and after due deliberation thereon, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1.   Nothing in the automatic stay under 11 U.S.C. § 362, which arose upon the filing of the Debtors' bankruptcy petitions, prevents NuTech from proceeding with its action as

against General Motors Corporation in the Genesee County, Michigan Court, Case No. 02-075335.

   2. Any claim by NuTech against Delphi Automotive Systems LLC or any other Debtor, if any, shall be liquidated or otherwise determined by this Court.

   3. Except with respect to the relief set forth in ¶¶ 1-2 of this Order, the Motion is DENIED.

   4. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

Dated: New York, New York
    September 29, 2006

            /s/Robert D. Drain
            UNITED STATES BANKRUPTCY JUDGE