UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
    In re                       :      Chapter 11
:
DELPHI CORPORATION, et al.,   :      Case No. 05-44481 (RDD)
:
             Debtors.    :      (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER UNDER FED. R. BANKR. P. 3003(c)(3) AND 9006(b)(1)
DEEMING CERTAIN PROOFS OF CLAIM TIMELY FILED

("CLAIM TIMELINESS ORDER")

Upon the motion, dated September 29, 2006 (the "Motion"), of Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for an order (the "Order") under Fed. R. Bankr. P. 3003(c)(3) and 9006(b)(1) deeming certain proofs of claim timely filed; and upon the record of the hearing held on the Motion; and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

       ORDERED, ADJUDGED, AND DECREED THAT:

       1.       The Motion is GRANTED.

       2.       Each Proof of Claim listed on Exhibit A attached hereto is hereby deemed to be timely filed pursuant to the Bar Date Order, but shall remain subject to future objection on any and all other grounds by the Debtors.

3. Entry of this order shall be without prejudice to the Debtors' right to object to any or all of the Proofs of Claim in these chapter 11 cases at a later date on any basis whatsoever other than that such Proofs of Claim were not timely filed pursuant to the Bar Date Order.

4. Nothing contained herein shall constitute, and nothing shall be deemed to constitute, the allowance of any of the Proofs of Claim.

5. This Court shall retain jurisdiction over the Debtors and the holders of Proofs of Claims subject to the Motion to hear and determine all matters arising from the implementation of this order.

6. The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied by the Motion.

Dated: New York, New York
      October __, 2006

                                         _____
                                         UNITED STATES BANKRUPTCY JUDGE