# Exhibit A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, *et al.*, | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------x

**ORDER FOR TURNOVER OF UNITED STATES DEPARTMENT OF**
**ENERGY FUNDS THAT ARE NOT PROPERTY OF THE ESTATE**
**TO BATTELLE MEMORIAL INSTITUTE**

Upon the motion of Battelle Memorial Institute, dated September 29, 2006, for an order directing debtor Delphi Automotive Systems LLC ("DAS LLC") to turn over to Battelle certain United States Department of Energy ("DOE") funds in the amount of $187,652.32 that are not property of the estate (the "Motion"); and upon the record of the hearing held on the Motion; and this Court having determined that the Motion is well-taken; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon; and sufficient cause appearing, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion is granted in its entirety;

2. The DOE funds referred to in the Motion, in the amount of $187,652.32, are not property of Delphi's bankruptcy estate and shall be paid by Delphi to Battelle within ten (10) days after the entry of this Order; and

3. The requirement under Local Bankruptcy Rule 9013-1(b) to file a separate memorandum of law is waived or deemed satisfied by the Motion.

Dated: _____
       New York, New York

                                        _____
                                        UNITED STATES BANKRUPTCY JUDGE