EXHIBIT C

**COST REPORTING FORMAT AND INSTRUCTIONS**

**The recipient shall submit on a monthly basis a statement of cost for the expenditures incurred during the reportring period in the following format:**

Budget Period I

|  | INVOICE #1 | INVOICE #2 | INVOICE #3 | TOTAL |
|---|---:|---:|---:|---:|
| Task 2 Stack Development - Billable to DOE | | | | |
| Labor | 127,402.79 | 140,345.46 | 21,178.93 | 288,927.18 |
| Travel | 0.00 | 2,367.02 | 0.00 | 2,367.02 |
| Labor-Small Jobs @80% | 1,954.25 | 6,731.67 | 1,042.70 | 9,728.62 |
|  | 129,357.04 | 149,444.15 | 22,221.63 | 301,022.82 |
| | | | | |
| Task 2a Stack Development-Not Billable to DOE | | | | |
| Non Labor-Small Jobs @20% | 4,008.81 | 4,008.76 | 3,272.82 | 11,290.39 |
| Other Contractors | 392.93 | 3,110.63 | 0.00 | 3,503.56 |
| Purchases / Supplies | 5,513.05 | 8,385.21 | 130.25 | 14,028.51 |
|  | 9,914.79 | 15,504.60 | 3,403.07 | 28,822.46 |
| | | | | |
| Task 8 Program Management | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | |
| Total | 139,271.83 | 164,948.75 | 25,624.70 | 329,845.28 |