**Exhibit E**

# Battelle
*The Business of Innovation*

# Invoice

8/29/05

Remit to:
PO Box 84262
Seattle, WA  98124-5562    **TERMS:  NET UPON RECIEPT**
Billing Manager (509) 373-7633    **INVOICE NUMBER**
Fax Number (509) 373-2786    2607395
Federal ID# 31-4379427

**YOUR IDENTIFICATION NUMBER**
**IN ACCOUNT WITH**    PROJECT 49359

DELPHI AUTOMOTIVE SYSTEMS
ATTENTION:  STEVEN SHAFFER
5500 HENRIETTA ROAD
ROCHESTER, NY 14602

**PLEASE REFERENCE OUR INVOICE NUMBER ON YOUR REMITTANCE.  THANK YOU.**

DELPHI SOFC STACK DEVELOPMENT

| COST ELEMENT | HOURS | AMOUNT |
|---|---|---|
| LABOR | 936.9 | $ 127,402.79 |
| PURCHASES/SUPPLIES | | $   5,513.05 |
| SUBCONTRACTS | | $      392.93 |
| SMALL JOB/EQUIPMENT CENTER | | $   1,954.25 |
| DEPRECIATION & AMORTIZATION | | $   4,008.81 |
| TRAVEL | | $          0.00 |

**TOTAL AMOUNT DUE JULY 23 THROUGH AUGUST 26, 2005**    **$139,271.83**

PAYMENT MAY BE MADE TO
OUR ACCOUNT THROUGH
US Bank of Washington
ABA NO. 125000105-Battelle ACCOUNT NUMBER 153502962134
Richland, WA 99352 USA
(PLEASE INCLUDE THE INVOICE NO. AND THE PROJECT/PROPOSAL NO.)

Backup
Invoice #2607395

# BACKUP FOR BATTELLE AUGUST 2005 INVOICE

YOUR IDENTIFICATION NUMBER:                                    Project 49359

## Labor Detail

| Category | Amount | Hours | Number of Employees |
|---|---|---|---|
| Scientist/Engineer | $100,430.65 | 677.0 | 9 |
| Technical/Other | $26,972.14 | 259.9 | 13 |
| Total Labor | $127,402.79 | 936.9 | 22 |

## Subcontractor costs

| | |
|---|---|
| Fluor Hanford ICP Services (Misc. Services such bottled gas and shipping) | $1,904.60 |
| Total Subcontractor Costs | $1,904.60 |

## Purchases/Supplies

| Trans Desc | Amount |
|---|---|
| Description of 5 largest purchases: | |
| Pressure Chamber, catalog no. 175-10005 | $222.76 |
| 20 feet (random legnth) 1" 446 Stainless Pipe | $472.15 |
| (3) Cobalt sputtering target, 99.95% pure 3" x 0.125" | $891.02 |
| Stainless steel Crofer22 APU sheet from coil, 0.500mm x 700 mm x 1000mm | $1,256.57 |
| (4) NICKELOUS OXIDE RE GREEN 2 | $1,288.93 |
| Miscellaneous purchases | $1,381.62 |
| Total | $5,513.05 |

# Battelle
*The Business of Innovation*

# Invoice

10/04/05

Remit to:
PO Box 84262
Seattle, WA  98124-5562
Billing Manager (509) 373-7633
Fax Number (509) 373-2786
Federal ID# 31-4379427

**TERMS: NET UPON RECIEPT**

**INVOICE NUMBER**
2623972

**YOUR IDENTIFICATION NUMBER**
PROJECT 49359

**IN ACCOUNT WITH**

DELPHI AUTOMOTIVE SYSTEMS
ATTENTION:  STEVEN SHAFFER
5500 HENRIETTA ROAD
ROCHESTER, NY 14602

**PLEASE REFERENCE OUR INVOICE NUMBER ON YOUR REMITTANCE.  THANK YOU.**

DELPHI SOFC STACK DEVELOPMENT

| COST ELEMENT | HOURS | AMOUNT |
|---|---|---|
| LABOR | 1009.2 | $ 140,345.46 |
| PURCHASES/SUPPLIES |  | $ 8,385.21 |
| SUBCONTRACTS |  | $ 3,110.63 |
| SMALL JOB/EQUIPMENT CENTER |  | $ 6,731.67 |
| DEPRECIATION & AMORTIZATION |  | $ 4,008.76 |
| TRAVEL |  | $ 2,367.02 |

**TOTAL AMOUNT DUE AUGUST 27 THROUGH SEPTEMBER 30, 2005**         **$164,948.75**

PAYMENT MAY BE MADE TO
OUR ACCOUNT THROUGH
US Bank of Washington
ABA NO. 125000105-Battelle ACCOUNT NUMBER 153502962134
Richland, WA 99352 USA
(PLEASE INCLUDE THE INVOICE NO.)

Backup
Invoice #2623972

# BACKUP FOR BATTELLE SEPTEMBER 2005 INVOICE

YOUR IDENTIFICATION NUMBER:                                              Project 49359

### Labor Detail

| Category | Amount | Hours | Number of Employees |
|---|---|---|---|
| Scientist/Engineer | $114,250.19 | 756.0 | 9 |
| Technical/Other | $26,095.27 | 253.2 | 14 |
| Total Labor | $140,345.46 | 1009.2 | 23 |

### Subcontractor costs

| | |
|---|---|
| Fluor Hanford ICP Services (Misc. Services such bottled gas and shipping) | $3,110.63 |
| Total Subcontractor Costs | $3,110.63 |

### Purchases/Supplies

| Trans Desc | Amount |
|---|---|
| Description of 5 largest purchases: | |
| (La0.6Sr0.4)0.95Fe0.8Co0.2 | $2,284.67 |
| L300A01 3" MAK magnetron sputtering source | $1,744.92 |
| (2) SCR's for Deltech top-hat furnace | $1,009.82 |
| (6) 12k39-83-72-R-W1826k (6' type K T/C) | $514.60 |
| (2) boxes 60 Amp fuses for Deltech furnaces | $315.28 |
| Miscellaneous purchases | $2,515.92 |
| Total | $8,385.21 |

# Battelle
*The Business of Innovation*

# Invoice
REVISION NO. 1

12/08/05

Remit to:
PO Box 84262
Seattle, WA 98124-5562
Billing Manager (509) 373-7633
Fax Number (509) 373-2786
Federal ID# 31-4379427

TERMS: NET UPON RECIEPT

INVOICE NUMBER
2640798

IN ACCOUNT WITH

YOUR IDENTIFICATION NUMBER
PROJECT 49359

DELPHI AUTOMOTIVE SYSTEMS
ATTENTION: STEVEN SHAFFER
5500 HENRIETTA ROAD
ROCHESTER, NY 14602

PLEASE REFERENCE OUR INVOICE NUMBER ON YOUR REMITTANCE. THANK YOU.

DELPHI SOFC STACK DEVELOPMENT

| COST ELEMENT | HOURS | AMOUNT |
|---|---|---|
| LABOR | 215.5 | $ 25,941.65 |
| PURCHASES/SUPPLIES | | $ 159.54 |
| SUBCONTRACTS | | $ |
| SMALL JOB/EQUIPMENT CENTER | | $ 1,277.18 |
| DEPRECIATION & AMORTIZATION | | $ 4,008.81 |
| TRAVEL | | $ |

TOTAL AMOUNT DUE OCTOBER 1 THROUGH OCTOBER 7, 2005        $31,387.18

PAYMENT MAY BE MADE TO
OUR ACCOUNT THROUGH
US Bank of Washington
ABA NO. 125000105-Battelle ACCOUNT NUMBER 153502962134
Richland, WA 99352 USA
(PLEASE INCLUDE THE INVOICE NO.)

PAID
Ck 900535689
Date 2/3/2006

pd 5762.49
+.20 from overpay
on invoice 2657749

Backup
Invoice #2640798

## BACKUP FOR BATTELLE OCTOBER 2005 INVOICE (Oct. 1-7, 2005)

YOUR IDENTIFICATION NUMBER:                              Project 49359

### Labor Detail

| Category | Amount | Hours | Number of Employees |
|---|---|---|---|
| Scientist/Engineer | $24,831.13 | 168.0 | 9 |
| Technical/Other | $1,110.52 | 47.5 | 8 |
| **Total Labor** | **$25,941.65** | **215.5** | **17** |

### Subcontractor costs

| | |
|---|---|
| Fluor Hanford ICP Services (Misc. Services such bottled gas and shipping) | $0.00 |
| **Total Subcontractor Costs** | **$0.00** |

### Purchases/Supplies

| Trans Desc | Amount |
|---|---|
| Description of 5 largest purchases: | |
| 100 g Urea | 15.43 |
| 100 g Cerium (III) nitrate hexahydrate | 30.3 |
| 10 g Lithium nitrate, anhydrous | 33.96 |
| 100 g Cobalt (II) nitrate hexahydrate | 34.64 |
| Shipping and Handling for all of the above | 38.32 |
| Miscellaneous purchases | $6.89 |
| Total | **$159.54** |