SCHOTTENSTEIN, ZOX & DUNN CO., LPA
Daniel R. Swetnam  (OH 0011022)
(*pro hac vice* pending)
Tyson A. Crist  (OH 0071276)
(*pro hac vice* pending)
P.O. Box 165020
250 West Street
Columbus, OH 43216-5060
Phone: (614) 462-2225
Fax: (614) 224-3568
Email: dswetnam@szd.com, tcrist@szd.com
*Attorneys for Battelle Memorial Institute*

Hearing Date:   October 19, 2006 at 10:00 a.m. E.T.
Objection Deadline:  October 12, 2006 at 4:00 p.m. E.T.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
In re:                                            :        Chapter 11
                                                  :
DELPHI CORPORATION, *et al.*,                     :        Case No. 05-44481 (RDD)
                                                  :
               Debtors.                           :        (Jointly Administered)
---------------------------------------------------------x

### CERTIFICATE OF SERVICE

The undersign hereby certifies that on September 29, 2006, in accordance with the Seventh Supplemental Case Management Order, copies of the pleadings listed below were filed **electronically** through the Court's ECF System and were served (a) upon the parties listed on the attached Master Service List via overnight delivery, with a copy to chambers (b) by electronic mail upon the parties listed on the attached 2002 Notice List and (c) by regular U.S. mail upon certain parties on the 2002 Notice List to whom electronic mail delivery could not be completed, as listed in the attached Regular Mail List:

- *Notice of Motion and Motion of Battelle Memorial Institute for Turnover of United States Department of Energy Funds that are not Property of the Estate* [Doc. No. 5239]

Dated: September 30, 2006
       Columbus, Ohio

SCHOTTENSTEIN, ZOX & DUNN CO., LPA

 /s/ Tyson A. Crist
Tyson A. Crist, Esq.  (OH 0071276)
(*pro hac vice* pending)