REGULAR MAIL LIST

APS Clearing, Inc.
Matthew Hamilton
1301 S. Capital of Texas Highway
Suite B-220
Austin, TX  78746

Professional Technologies Services
John V. Gorman
P.O. Box #304
Frankenmuth, MI  48734

Hunter & Schank Co. LPA
Thomas J. Schank
One Canton Square
1700 Canton Avenue
Toledo, OH  43624

Kirkland & Ellis LLP
Geoffrey A. Richards
200 East Randolph Drive
Chicago, IL  60601

Orbotech, Inc.
Michael M. Zizza, Legal Manager
44 Manning Road
Billerica, MA  01821

Ropers, Majeski, Kohn & Bentley
Christopher Norgaard
515 South Flower Street
Suite 1100
Los Angeles, CA  90071

Cage Williams & Abelman, P.C.
Steven E. Abelman
1433 Seventeenth Street
Denver, CO  80202

Katten Muchin Rosenman LLP
John P. Sieger, Esq.
525 West Monroe Street
Chicago, IL  60661

Grant & Eisenhofer P.A.
Geoffrey C. Jarvis
1201 North Market Street
Suite 2100
Wilmington, DE  19801

Hunter & Schank Co. LPA
John J. Hunter
One Canton Square
1700 Canton Avenue
Toledo, OH  43624

North Point
Michelle M. Harner
901 Lakeside Avenue
Cleveland, OH  44114

Schiff Hardin LLP
William I. Kohn
6600 Sears Tower
Chicago, IL  60066

Togut, Segal & Segal LLP
Albert Togut, Esq.
One Penn Plaza
Suite 3335
New York, NY  10119