UNITED STATES BANKRUPTCY COURT FOR
NEW YORK SOUTHERN BANKRUPTCY COURT

In re: Exhaust Systems
Corporation

Debtor.

Chapter 11
Case Nos. 05-44481

Claim No.

# NOTICE OF TRANSFER OF CLAIM

## PURSUANT TO FRBP RULE 3001(e)(1)

1. TO: **BRAINERD CHEMICAL CO., INC.** ("Transferor")
   [TRANSFEROR NAME & ADDRESS]
   **P.O. BOX 470010**

   **TULSA, OK 74147-0010**

2. Please take notice of the transfer of $ **2,138.04** of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   **Transfer $2,138.04 to:**
   **Madison Investment Trust - Series 38** ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   **6310 Lamar Avenue, Suite 120**

   **Overland Park, KS    66202**

No action is required if you do not object to the transfer of your claim.

*/s/ Doyle Clark*

Doyle Clark
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1