BARNES & THORNBURG LLP
Attorneys for Bank of America, N.A.
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, Michigan  49503
Telephone:  (616) 742-3930
Facsimile:  (616) 742-3999

Patrick E. Mears (PM-6473)
Telephone:  (616) 742-3936
Email:  pmears@btlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 Case |
|  | ) |  |
| DELPHI CORPORATION, *et al*. | ) | No. 05-44481 |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

### RESPONSE OF BANK OF AMERICA, N.A. TO DEBTORS' FIRST OMNIBUS OBJECTION PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN (I) DUPLICATE AND AMENDED CLAIMS AND (II) EQUITY CLAIMS

Bank of America, N.A. ("Bank of America"), by and through its undersigned counsel, hereby submits its Response to the Debtors' First Omnibus Claims Objection 3007 to Certain (i) Duplicate and Amended Claims and (ii) Equity Claims (the "Objection").

1.     These voluntary and related Chapter 11 cases were commenced by Delphi Corporation and certain of its affiliates (collectively, the "Delphi Debtors") on October 8 and 14, 2005.  The Delphi Debtors are operating their respective businesses as debtors in possession.  These Chapter 11 cases are being jointly administered by this Court.

2.     The Delphi Debtors include, in addition to Delphi Corporation, (i) Delphi Automotive Systems, LLC ("DASLLC"), and (ii) Delphi Automotive Systems Human Resources, L.L.C. ("Delphi HR").

3.   Prior to the commencement of these Chapter 11 cases, Bank of America entered into various agreements with Delphi HR, Delphi Corporation and DASLLC pursuant to which, *inter alia*, (i) Delphi HR leased two aircraft from Bank of America; and (ii) Delphi Corporation and DASLLC guaranteed payment and performance of all of Delphi HR's obligations under the lease documents.

4.   On or about July 24, 2006, Bank of America transmitted to the Court for filing the following proofs of claim:  (i) a proof of claim dated July 24, 2006 against Delphi HR in the amount of $38,127,592.68 (the "Delphi HR Claim"); (ii) a proof of claim dated July 24, 2006 against Delphi Corporation in the amount of $38,127,592.68 (the "Delphi Claim"); and (iii) a proof of claim against DASLLC in the amount of $38,127,592.68 (the "DASLLC Claim"). These claims were filed by this Court in these three separate Delphi Chapter 11 cases on July 27, 2006 and have been respectively numbered by this Court as ## 11457, 11317 and 11470.

5.   Shortly after these three proofs of claim were filed, the Clerk of this Court advised Bank of America that the Court could not confirm receipt and filing of these proofs of claim until after the claims bar date of July 31, 2006.  Consequently, acting in an abundance of caution, Bank of America filed with this Court by hand delivery on July 31, 2006, duplicates of the Delphi HR Claim, the Delphi Claim and the DASLLC Claim.  These three duplicate claims were assigned claim numbers 13768, 13769 and 13770, respectively by this Court.

6.   In the Objection, the Delphi Debtors seek to expunge the earlier-filed Delphi Claim and DASLLC Claim (Claims ## 11317 and 11470) and to allow, as the surviving claims, Claims ## 13769 and 13770 filed on July 31, 2006.

7.   Bank of America objects to the relief sought in the Objection with respect to the Delphi Claim and the DASLLC Claim.  The earlier filed claims, being Claims ## 11317 and

2

11470, should be allowed rather than the later filed, duplicate claims. In addition, in the event that the earlier filed claims lack certain information or documents that are contained in the later filed Delphi Claim and DASLLC Claim, then such missing information and documents from the later filed claims should be incorporated by reference into the earlier filed claims.

8. Stuart R. Schwartz of Bank of America has the "ultimate authority to reconcile, settle, or otherwise resolve" this dispute on behalf of Bank of America. His address is Mailcode: IL1-231-16-46, 231 South LaSalle Street, Chicago, Illinois 60604 and his telephone number is (312) 828-1080.

Dated: October 3, 2006
      Grand Rapids, Michigan

BARNES & THORNBURG LLP
Counsel to Bank of America, N.A.

By:   /s/Patrick E. Mears
      Patrick E. Mears (PM-6473)
Business Address:
300 Ottawa Avenue, NW
Suite 500
Grand Rapids, Michigan 49503
Telephone: (616) 742-3936
Facsimile: (616) 742-3999
Email: pmears@btlaw.com