UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x
In re                                   :
                                        :       Case No. 05-44481
DELPHI AUTOMOTIVE SYSTEMS,              :       *Chapter 11*, Jointly Administered
LLC                                     :       Claim No. **SEE EXHIBIT B**
                                        :       $2,004,716.95
                                        :
                                        :
                                        :
Debtors                                 :
---------------------------------------x

**NOTICE TO TRANSFER OF CLAIM PURSUANT TO FRBP 3001(e)(2)**

To: ("**Transferor**")        Leopold Kostal GmbH & Co.
                              25325 Regency Drive
                              Novi, Michigan 48375

Please take notice that the transfer of 100% of your Claim(s) (as defined in **Exhibit A** and **B** hereto), in the amount of $2,004,716.95 in the bankruptcy case referenced above, together with all applicable interest, fees and expenses thereto, has been transferred (unless previously expunged by court order) to:

From: ("**Transferee**")      APS Clearing, Inc.
                              Attn: Matthew Hamilton
                              1301 Capital of Texas Hwy,
                              Suite No. B-220
                              Austin, Texas 78746

Evidence that Transferor has assigned all of its right, title and interest in the Claim(s) to Transferee is attached hereto as **Exhibit A**.

No action is required if you do not object to the transfer of your claim. HOWEVER, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN TWENTY (20) DAYS OF THE DATE OF THIS NOTICE, YOU MUST FILE A WRITTEN OBJECTION WITH:

                              United States Bankruptcy Court
                              Southern District of New York
                              Attn: Clerk of the Court
                              One Bowling Green
                              New York, NY 10004-1408

If you file an objection a hearing will be scheduled. If you do not file an objection, or it is not timely filed, the transferee will be substituted on the Court's records as the Claimant. SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.

EXHIBIT A
EVIDENCE OF TRANSFER

Leopold Kostal GmbH & Co., and certain of its affiliates, with an address at 25325 Regency Drive, Novi, MI 48375, ("**Assignor**") transfers and assigns unto APS Clearing, Inc., its successors and assigns ("**Assignee**"), pursuant to the terms of that certain Purchase and Sale Agreement For Certain Claims In The Chapter 11 Cases[1], of even date herewith (the "**Agreement**"), all of its right, title and interest in and to (a) those certain proofs of claim, identified on the attached Schedule, as further identified in each Assignor's duly and timely filed Proofs of Claim against Delphi Automotive Systems, LLC (the "**Debtor**") and certain of its affiliates, and (b) that certain Scheduled Claim,[2] identified on the attached Schedule, to the extent as further listed in Schedule F of the Debtor's Schedules of Assets and Liabilities filed in the United States Bankruptcy Court, Southern District of New York ("**Bankruptcy Court**"), jointly administered under Joint Case No. 05-44481.

Assignor hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing Claims and recognizing the Assignee as the sole owner and holder of the Claims. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the Assignor and the Assignee have caused this Assignment to be duly executed as of September 20, 2006.

**ASSIGNEE:**

APS CLEARING, INC.
a Delaware corporation

By: _____
Name: Matthew Hamilton, Esq.
Title: Managing Director


**ASSIGNOR:**

LEOPOLD KOSTAL GMBH & CO.,
on behalf of those subsidiaries and
affiliates appearing on Schedule I, hereto

By: _____
Name: NILS DIETZ
Title:

---

[1] Capitalized terms not otherwise defined herein, have those meaning ascribed to such terms in the Agreement.

[2] The Proof of Claim and the Scheduled Claim are together hereinafter referred to as the "**Claims.**"

A

EXHIBIT B
SCHEDULE OF CLAIMS

| Original Creditor Name | Proof of Claim Number | Proof of Claim Amount |
|---|---|---|
| KOSTAL MEXICANA, S.A. de C.V. | 14404, 14405, 14406, 14407, 14408, 14409, 14410, 14411, 14412, 14413, 14414, 14415, 14416, 14417, 14418, 14419, 14420, 14421, 14422, 14423, 14424, 14425, 14426, 14427, 14428, 14429, 14430, 14431, 14432, 14433, 14434, 14435, 14436, 14437, 14438, 14439, 14440, 14441, 14442, 14464, 14465, 14466 | $1,204,920.60 |
| KOSTAL OF AMERICA INC | 14443, 14444, 14445, 14446, 14447, 14448, 14449, 14450, 14451, 14452, 14453, 14454, 14455, 14456, 14457, 14458, 14459, 14460, 14461, 14462, 14463, 14467, 14468, 14469, 14470, 14471, 14472, 14473, 14474, 14475, 14476, 14477, 14478, 14479, 14480, 14561, 14562, 14563, 14564, 14565, 14566, 14567 | $609,554.90 |
| KOSTAL KONTAKT SYSTEME GMBH | 14050, 14569, 14568, 14570, 14571, 14572, 14573, 14574, 14575, 14576, 14577, 14578, 14579, 14580, 14581, 14582, 14583, 14584, 14585, 14586, 14587, 14588, 14589, 14590, 14591, 14592, 14593, 14594, 14595, 14596, 14597, 14598, 14599, 14600, 14601, 14602, | $190,241.45 |

|  | 14603, 14604, 14605, 14963, 14964, 14965 |  |
|---|---|---|
| **TOTAL 3 CLAIMS:** | -- | **$2,004,716.95** |