# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

In re:                                                     In Proceedings For A
                                                           Reorganization Under
**DELPHI CORPORATION, et al,**                             Chapter 11
                                                           Case No.: 05-44481
                                                           Jointly Administered
  Delphi Automotive Systems LLC                            Case No.: 05-44640
                         Debtors.

-----------------------------------------------------------------------X

NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

   Amroc Investments, LLC
   535 Madison Avenue, 15th Floor
   New York, New York 10022
   Attention: David S. Leinwand, Esq.

A transfer in the amount of **$17,025.00** from:

   FRYMAN KUCK GENERAL (Transferor)
   P.O. BOX 14655
   DAYTON, OH  45414
   Attention: MR. WILLIAM S. PAGE

is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.  Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                           Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

                                          _____
                                                           Deputy Clerk