UNITED STATES BANKRUPTCY COURT FOR
NEW YORK SOUTHERN BANKRUPTCY COURT

In re: Exhaust Systems
Corporation

Debtor.

Chapter 11
Case Nos.  05-44481

Claim No.  3360

NOTICE OF TRANSFER OF CLAIM

PURSUANT TO FRBP RULE 3001(e)(2)

1. TO:   **BRAINERD CHEMICAL CO., INC.**   ("Transferor")
   [TRANSFEROR NAME & ADDRESS]
   **P.O. BOX 470010**

   **TULSA, OK 74147-0010**

2. Please take notice of the transfer of $ **2,138.04**   of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   **Transfer $2,138.04 to:**
   **Madison Investment Trust - Series 38**   ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   **6310 Lamar Avenue, Suite 120**

   **Overland Park, KS    66202**

No action is required if you do not object to the transfer of your claim.

*Doyle Clark*
Doyle Clark
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1

## File a Claim action:

<u>05-44481-rdd Delphi Corporation</u>

### U.S. Bankruptcy Court

### Southern District of New York

Notice of Electronic Filing

The following transaction was received from Stark, Kristy L. entered on 10/3/2006 at 10:24 AM and filed on 10/3/2006
**Case Name:** Delphi Corporation
**Case Number:** <u>05-44481-rdd</u>
**Document Number:** <u>5245</u>

**Docket Text:**
Transfer Agreement FRBP Transfer Agreement 3001 (e) 2 Transferors:Brainerd Chemical CO INC (Claim No.3360, Amount 2,138.04). To Madison Investment Trust-Series 38. filed by Madison Investment Trust - Series (1-50).(Stark, Kristy)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**M:\Operations\Bankruptcy\ECF Filing\Delphi\Oct 06\Batch 2-10.3.06(e)2.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=10/3/2006] [FileNumber=5424066-0]
[8a63ba329536430ee213cee2b1ec9111faf3af44bc601cc7c4683f4b80abb165dc5d2
f15d2bfc3c7c4afbe556e00da1bfe91613fa4f3872453e59d88ad5bd5a4]]

**05-44481-rdd Notice will be electronically mailed to:**

Anne Marie Aaronson      aaronsoa@pepperlaw.com,

David B. Aaronson      david.aaronson@dbr.com,

Elizabeth Abdelmasieh      elizabeth@regencap.com

Franklin C. Adams      franklin.adams@bbklaw.com

Jason R. Adams      jadams@torys.com,

Jennifer L. Adamy      bankruptcy@goodwin.com,

Joseph W. Allen      jallen@jaeckle.com,

Joel D. Applebaum      japplebaum@clarkhill.com,

Stephen M. Bales      sbales@zieglermetzger.com,

## EVIDENCE OF TRANSFER OF CLAIM

TO:         New York Southern Bankruptcy Court
AND TO:     Madison Liquidity Investors, LLC.
            6310 Lamar Ave, Suite 120
            Overland Park, KS  66202

_Brainerd Chemical Co. Inc_ [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS  66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Exhaust Systems Corporation in the New York Southern Bankruptcy Court , The case entitled In re Exhaust Systems Corporation, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the __9/22/06__

[NAME OF CLAIMANT] _Brainerd Chemical Co. Inc_

By: _Rick Hoffman - controller_
(Signature of Claimant)

Print Name: _Rick Hoffman_

_1200 N. Peoria_
(Address)

_Tulsa, OK  74106_
(Address)

_73-1441533_
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number: 103158792

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By: _Doyle Clark_
           (signature)

_Doyle Clark_
(print name)

10-02-06A10:34 RCVD