# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481 (RDD) Jointly Administered |
| Delphi Automotive Systems LLC | Case No. 05-44640 |
| ("the Debtors") | Claim No.: 8692 |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(2) FOR FILED CREDITOR, EPSON ELECTRONICS AMERICA, INC, IN THE AMOUNT OF $51,810.00, TO REDROCK CAPITAL PARTNERS, LLC

**To Transferor:**

EPSON ELECTRONICS AMERICA, INC
ATTN: CRAIG HODOWSKI, CFO
1960 E. GRAND AVE, #200
EL SEGUNDO, CA 90245

PLEASE TAKE NOTICE that the transfer of $51,810.00 of the above-captioned General Unsecured claim has been transferred to:

**Transferee:**    Redrock Capital Partners, LLC
111 S. Main Street, Ste C11
PO Box 9095
Breckenridge, CO 80424

The evidence of transfer of claim is attached hereto. A copy of the Proof of Claim listing the claim is attached hereto as Exhibit A.

No action is required if you do not object to the transfer of your claim. However, if you do object to the transfer of your claim, within 20 days of the date of this notice, you must file a written objection with the Office of the Clerk, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004-1408. If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

Dated: **Thursday, October 05, 2006**

/s/ Craig Klein
Craig Klein
Redrock Capital Partners, LLC
970.547.9058

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____
Deputy Clerk

I:\ClaimTransfers_FRBP3001\DELPHI\TEMPLATE DELPHI (REDROCK).doc

# Redrock Capital Partners, LLC
NOTICE OF TRANSFER OF CLAIM AGREEMENT

TO:        Clerk, United States Bankruptcy Court, Southern District of New York

AND TO:    Redrock Capital Partners, LLC ("Assignee")
           111 S. Main Street, Ste C11
           PO Box 9095
           Breckenridge, CO 80424

Assignor, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Redrock Capital Partners, LLC, with offices at 111 S. Main Street, Suite C11, PO Box 9095, Breckenridge, CO 80424, all rights, title and interest in and to the Claim(s) of Assignor against **Delphi Automotive Systems, LLC** in the United States Bankruptcy Court for the **Southern District of NY**, Chapter 11 case number **05-44640**, including without limitation those receivables of the Assignor identified by invoice numbers which will be made available if requested by Assignee.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Assignee.

IN WITNESS WHEREOF, dated as of the  September 28, 2006

**Epson Electronics America, Inc. ("Assignor")**

Signature of Assignor:    _[signature]_

Print Name of Assignor:   Craig Hodowski

Title of Assignor:        CFO

Phone Number:             310-955-5389

Fax Number:               310-563-5089

E-mail Address:           chodowsk@eea.epson.com

Street Address:           1960 E. Grand Ave #200

City, State & Zip:        El Segundo, Ca 90245

# EXHIBIT A

| United States Bankruptcy Court _SOUTHERN_ _DISTRICT_ District Of _NEW YORK_ | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: DELPHI CORPORATION, et al.) | Case Number: 05-44481(RDD) | This Space For Court Use Only |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**EPSON ELECTRONICS AMERICA INC**

Name and Address where notices should be sent:
EPSON ELECTRONICS AMERICA INC.
1960 E. GRAND AVE, 2ND FLOOR
EL SEGUNDO, CA 90245
ATTN: ANGELO LOGRANDE

Telephone Number: 310-955-5308

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☒ Check box if the address differs from the address on the envelope sent to you by the court.

This Space For Court Use Only

Last four digits of account or other number by which creditor identifies debtor: **8692**

Check here ☐ replaces
if this claim ☐ amends   a previously filed claim dated: _____

**1. Basis for Claim**
☒ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
       (date)         (date)

**2. Date debt was incurred:**
7-28-05 to 10-5-05

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $ **51,810.00**
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority

Amount entitled to priority $ _____

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____
  Value of Collateral $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $ 51,810 —  0  0  $51,810 —
                                                  (Unsecured)  (Secured)  (Priority)  (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

RECEIVED
JAN 2 4 2006
CLAIMS PROCESSING CENTER
USBC, SDNY       1

| Date: 1-20-06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): /s/ Angelo LoGrande — Angelo LoGrande, CREDIT MANAGER | |

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

**Epson Electronics America, Inc.**
**Statement of Account**

**Customer:**   Delphi Automotive Systems

**As of date:**   1/20/2006    For unpaid invoices to Delphi before Bankruptcy Filing on 10-8-05.

| Invoice Date | Invoice No. | PO Number | Amount | Epson Sales Order No. | Document Type | Packing list No. Delphi Identifier No. |
|---|---|---|---|---|---|---|
| 7/28/2005 | 3743169 | 550040913-(117-2) | 1,570.00 | 659941 | Invoice | 371364 |
| 7/28/2005 | 3743171 | 550040913-(117-1) | 1,570.00 | 659940 | Invoice | 371356 |
| 8/1/2005 | 3743350 | 550040913-(117-3) | 1,570.00 | 659942 | Invoice | 372589 |
| 8/3/2005 | 3743586 | 550040913-(119-1) | 1,570.00 | 660121 | Invoice | 373424 |
| 8/4/2005 | 3743620 | 550040913-(119-2) | 1,570.00 | 660122 | Invoice | 373846 |
| 8/4/2005 | 3743621 | 550040913-(119-3) | 1,570.00 | 660123 | Invoice | 373847 |
| 8/8/2005 | 3743778 | 550040913-(119-4) | 1,570.00 | 660124 | Invoice | 375147 |
| 8/9/2005 | 3743891 | 550040913-(119-5) | 1,570.00 | 660125 | Invoice | 375554 |
| 8/10/2005 | 3744005 | 550040913-(120-1) | 1,570.00 | 660275 | Invoice | 375923 |
| 8/10/2005 | 3744032 | 550040913-(78-1) | 1,570.00 | 660274 | Invoice | 375922 |
| 8/11/2005 | 3744058 | 550040913-(120-2) | 1,570.00 | 660276 | Invoice | 376468 |
| 8/11/2005 | 3744059 | 550040913-(120-3) | 1,570.00 | 660277 | Invoice | 376469 |
| 8/16/2005 | 3744376 | 550040913-(120-4) | 1,570.00 | 660278 | Invoice | 377904 |
| 9/6/2005 | 3745553 | 550040913-(124-4) | 1,570.00 | 660813 | Invoice | 384336 |
| 9/12/2005 | 3746039 | 550040913-(125-3) | 1,570.00 | 660994 | Invoice | 386382 |
| 9/13/2005 | 3746136 | 550040913-(85-1) | 1,570.00 | 661289 | Invoice | 387157 |
| 9/13/2005 | 3746173 | 550040913-(125-4) | 1,570.00 | 660995 | Invoice | 386941 |
| 9/14/2005 | 3746270 | 550040913-(83-1) | 1,570.00 | 660991 | Invoice | 387229 |
| 9/15/2005 | 3746366 | 550040913-(127-1) | 1,570.00 | 661302 | Invoice | 387537 |
| 9/15/2005 | 3746367 | 550040913-(125-1) | 1,570.00 | 660992 | Invoice | 387536 |
| 9/21/2005 | 3746681 | 550040913-(125-2) | 1,570.00 | 660993 | Invoice | 389252 |
| 9/21/2005 | 3746682 | 550040913-(127-2) | 1,570.00 | 661303 | Invoice | 389253 |
| 9/22/2005 | 3746753 | 550040913-(127-3) | 1,570.00 | 661305 | Invoice | 389493 |
| 9/23/2005 | 3746836 | 550040913-(127-4) | 1,570.00 | 661306 | Invoice | 389494 |
| 9/27/2005 | 3747019 | 550040913-(128-1) | 1,570.00 | 661511 | Invoice | 390872 |
| 9/27/2005 | 3747041 | 550040913-(85-2) | 1,570.00 | 661290 | Invoice | 390871 |
| 9/28/2005 | 3747110 | 550040913-(87-1A) | 1,570.00 | 661510 | Invoice | 391258 |
| 9/28/2005 | 3747112 | 550040913-(128-2) | 1,570.00 | 661512 | Invoice | 391259 |
| 9/29/2005 | 3747215 | 550040913-(128-3) | 1,570.00 | 661513 | Invoice | 391535 |
| 9/30/2005 | 3747416 | 550040913-(128-4) | 1,570.00 | 661514 | Invoice | 391954 |
| 10/3/2005 | 3747456 | 550040913-(128-5) | 1,570.00 | 661515 | Invoice | 392310 |
| 10/4/2005 | 3747540 | 550040913-(128-6) | 1,570.00 | 661517 | Invoice | 392688 |
| 10/5/2005 | 3747676 | 550040913-(130-1) | 1,570.00 | 661852 | Invoice | 393453 |
| | | Total balance owed | 51,810.00 | | | |

| UNITED STATES BANKRUPTCY COURT __Southern__ | DISTRICT OF __New York__ | **PROOF OF CLAIM** |
|---|---|---|

| Name of Debtor: Delphi Automotive Systems LLC | Case Number: 05-44640 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Epson Electronics America Inc

Name and address where notices should be sent:

Epson Electronics America Inc
1960 E Grand Ave 2nd Fl
El Segundo CA 90245

Telephone number: 310-955-5308

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor: 8692

Check here if this claim ☐ replaces ☒ amends a previously filed claim, dated: 1-20-06

**1. Basis for Claim**
- ☒ Goods Sold / Services Performed
- ☐ Customer Claim
- ☐ Taxes
- ☐ Money Loaned
- ☐ Personal Injury
- ☐ Other _____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
       (date)        (date)

**2. Date debt was incurred:** 7-28-05 to 10-5-05

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 51,810.00 / 0 / 0 / $51,810.00
(unsecured)  (secured)  (priority)  (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☐ Other _____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim** $ 51,810.00

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

Date: 9-27-06

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
Angelo LoGrande    Angelo LoGrande    CREDIT MANAGER

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

0544640060410165005015539