# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, *et al*.,<br><br>Delphi Automotive Systems LLC<br><br>("the Debtors") | Chapter 11<br><br>Case No. 05-44481 (RDD) Jointly Administered<br><br>Case No. 05-44640<br><br>Claim No.: <u>Sched. F Claim</u> |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(1) FOR SCHEDULED CREDITOR, EPSON ELECTRONICS AMERICA, INC, IN THE AMOUNT OF $53,380.00, TO REDROCK CAPITAL PARTNERS, LLC

**To Transferor:**

> EPSON ELECTRONICS AMERICA, INC
> ATTN: CRAIG HODOWSKI, CFO
> 1960 E. GRAND AVE, #200
> EL SEGUNDO, CA 90245

PLEASE TAKE NOTICE that the transfer of $53,380.00 of the above-captioned General Unsecured claim has been transferred to:

**Transferee:**   Redrock Capital Partners, LLC
111 S. Main Street, Ste C11
PO Box 9095
Breckenridge, CO 80424

The evidence of transfer of claim is attached hereto. An excerpt of the Debtors' Schedule F listing the claim is attached hereto as Exhibit A.

No action is required <u>if you do not object</u> to the transfer of your claim. However, if you do object to the transfer of your claim, within <u>20 days</u> of the date of this notice, you must file a written objection with the Office of the Clerk, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004-1408. If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

Dated: **Thursday, October 05, 2006**

/s/ Craig Klein
Craig Klein
Redrock Capital Partners, LLC
970.547.9058

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____
Deputy Clerk

# Redrock Capital Partners, LLC
## NOTICE OF TRANSFER OF CLAIM AGREEMENT

TO:             Clerk, United States Bankruptcy Court, Southern District of New York

AND TO:         Redrock Capital Partners, LLC ("Assignee")
                111 S. Main Street, Ste C11
                PO Box 9095
                Breckenridge, CO 80424

Assignor, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Redrock Capital Partners, LLC, with offices at 111 S. Main Street, Suite C11, PO Box 9095, Breckenridge, CO 80424, all rights, title and interest in and to the Claim(s) of Assignor against **Delphi Automotive Systems, LLC** in the United States Bankruptcy Court for the **Southern District of NY**, Chapter 11 case number **05-44640**, including without limitation those receivables of the Assignor identified by invoice numbers which will be made available if requested by Assignee.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Assignee.

IN WITNESS WHEREOF, dated as of the **September 28, 2006**

**Epson Electronics America, Inc. ("Assignor")**

| | |
|---|---|
| Signature of Assignor: | [signature] |
| Print Name of Assignor: | Craig Hodowski |
| Title of Assignor: | CFO |
| Phone Number: | 310-955-5389 |
| Fax Number: | 310-563-5089 |
| E-mail Address: | chodowsk@eea.epson.com |
| Street Address: | 1960 E. Grand Ave #200 |
| City, State & Zip: | El Segundo, Ca 90245 |

# EXHIBIT A

In re: DELPHI AUTOMOTIVE SYSTEMS LLC Debtor, Case No. 05-44640      Entity #39

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1608747 - 10397953<br>EPSON AMERICA INC<br>SORT 2300<br>PO BOX 4655<br>CAROL STREAM    IL   601974655 | ACCOUNTS PAYABLE | | $26,258.00 |
| 1608748 - 10397954<br>EPSON ELECTRONICS AMERICA INC<br>PO BOX 894433<br>LOS ANGELES    CA   901894433 | ACCOUNTS PAYABLE | | $53,380.00 |
| 1560649 - 10106908<br>EQ FLORIDA<br>7202 EAST 8TH AVE<br>TAMPA    FL   33619 | ENVIRONMENTAL CLAIMS<br>CERCLA: MERCURY REFINING SUPERFUND SITE PRP | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1561631 - 10395586<br>EQ HERITAGE<br>8720 ROBBINS ROAD<br>INDIANAPOLIS    IN   46268 | ACCOUNTS PAYABLE | | $1,197,118.29 |
| 1644013 - 10395241<br>EQ RESOURCE RECOVERY (MICHIGAN RECOVERY SYSTEMS INC)<br>36345 VAN BORN ROAD<br>ROMULUS    MI   48174 | ENVIRONMENTAL CLAIMS<br>POTENTIAL CLAIM ARISING FROM ENVIRONMENTAL SERVICE PROVIDERS | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1608767 - 10397955<br>EQUIS CORPORATION<br>161 NORTH CLARK ST STE #2400<br>CHICAGO    IL   60601 | ACCOUNTS PAYABLE | | $141,250.97 |
| 1608771 - 10397956<br>EQUISTAR CHEMICALS LP<br>PO BOX 640885<br>PITTSBURGH    PA   152640885 | ACCOUNTS PAYABLE | Disputed,<br>Unliquidated | $188,236.84 |
| 1608773 - 10397957<br>EQUITY CORPORATE HOUSING<br>6525 MORRISON CTR STE 212<br>CHARLOTTE    NC   282113532 | ACCOUNTS PAYABLE | | $148,085.00 |
| 1560650 - 10106909<br>ERATECH, INC<br>Attn ROBERT L. KOHNEN<br>P.O. BOX 250<br>DAYTON    OH   45449-0250 | ENVIRONMENTAL CLAIMS<br>CERCLA: TREMONT LANDFILL OU PRP | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1128735 - 10007829<br>ERBY LUCY A<br>(Address on File) | WORKERS COMPENSATION | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1128736 - 10007830<br>ERCK BRADLEY E<br>(Address on File) | WORKERS COMPENSATION<br>CLAIM NUMBER: 80215899 | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1608788 - 10397958<br>ERGO CONCEPTS<br>545 SILVERCREEK PKWY N UNIT 2<br>GUELPH    ON   N1K 1S7<br>CANADA | ACCOUNTS PAYABLE | | $2,937.00 |