UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In Re:

**DELPHI CORPORATION**, et al,   Case No.: 05-44481
                                 Chapter 11
   Debtor.                       HON. ROBERT D. DRAIN

# AMENDED PROOF OF SERVICE

**SEAN M. WALSH** states that on September 6, 2006, he electronically filed an Amended Proof of Claim and Proof of Service with the Clerk of the Court; and this Amended Proof of Service was electronically filed on October 10, 2006, using the ECF system which will send notification of such filing to:

**Anne Marie Aaronson**
aaronsoa@pepperlaw.com

**David B. Aaronson**
david.aaronson@dbr.com

**Elizabeth Abdelmasieh**
elizabeth@regencap.com

**Franklin C. Adams**
franklin.adams@bbklaw.com

**Jason R. Adams**
jadams@torys.com

**Jennifer L. Adamy**
bankruptcy@goodwin.com

**Joseph W. Allen**
jallen@jaeckle.com

**Joel D. Applebaum**
japplebaum@clarkhill.com

**Stephen M. Bales**
sbales@zieglermetzger.com

**C. David Bargamian**
dbargamian@bsdd.com

**William J. Barrett**
william.barrett@bfkpn.com

**David S. Barritt**
barritt@chapman.com

**Douglas P. Bartner**
dbartner@shearman.com
bankruptcy@shearman.com

erin.reilly@shearman.com
nicholas.pullen@shearman.com
mtorkin@shearman.com
ned.schodek@shearman.com
bryan.kaplan@shearman.com
abigail.deering@shearman.com
henry.nguyen@shearman.com
cherie.spraggs@shearman

**Donald F. Baty**
dbaty@honigman.com

**Douglas P. Baumstein**
dbaumstein@whitecase.com

**Ronald Scott Beacher**
rbeacher@pitneyhardin.com

**W. Robinson Beard**
jkirk@stites.com

**Christopher Robert Belmonte**
cbelmonte@ssbb.com
pbosswick@ssbb.com

**Timothy C. Bennett**
tbennett@klng.com

**Leslie Ann Berkoff**
lberkoff@moritthock.com

**Jeffrey Bernstein**
jb@carpben.com ssolazzo@carpben.com

**Monica Susan Blacker**
monicablacker@akllp.com

**Charles E. Boulbol**
rtrack@msn.com

**Wendy D. Brewer**
wendy.brewer@btlaw.com
bankruptcyindy@btlaw.com

**Allan S. Brilliant**
abrilliant@goodwinprocter.com
nymanagingclerk@goodwinprocter.com

**Timothy W. Brink**
tbrink@lordbissell.com

**James L. Bromley**
maofiling@cgsh.com
maofiling@cgsh.com

**Mark A. Broude**
mark.broude@lw.com

**Dewitt Brown**
dbrown@klettrooney.com

**Daniel E. Bruso**
dbruso@cantorcolburn.com
DMayhew@cantorcolburn.com

**Tamika A. Bryant**
tab@h2law.com

**Deborah M. Buell**
maofiling@cgsh.com

**Kevin J. Burke**
kburke@cahill.com

**Michael G. Busenkell**
mbusenkell@eckertseamans.com

**John Wm. Butler**
jbutler@skadden.com

**Aaron R. Cahn**
cahn@clm.com cahn@clm.com

**Judy B. Calton**
jcalton@honigman.com

**Scott Cargill**
scargill@lowenstein.com

**D. Christopher Carson**
ccarson@burr.com

**Michelle Carter**
mcarter@kslaw.com

**Madison L. Cashman**
nashvillebankruptcyfilings@stites.com

**Ben T. Caughey**
ben.caughey@icemiller.com

**George B. Cauthen**
george.cauthen@nelsonmullins.com

**Erik G. Chappell**
egc@lydenlaw.com

**Eric J. Charlton**
echarlton@hiscockbarclay.com

**Maria E. Chavez-Ruark**
maria.ruark@dlapiper.com
richard.kremen@dlapiper.com

**David D. Cleary**
david.cleary@llgm.com
mkhambat@llgm.com

**Marvin E. Clements**
icnewyork@state.tn.us

**Tiffany Strelow Cobb**
tscobb@vssp.com
cdfricke@vssp.com
eplitfin@vssp.com

**Dennis J. Connolly**
dconnolly@alston.com

**Susan M. Cook**
smcook@lambertleser.com

**Patrick M. Costello**
pcostello@bbslaw.com
catherine@bbslaw.com

**Thomas W. Cranmer**
cranmer@millercanfield.com
rouman@millercanfield.com
christenson@millercanfield.com

**David N. Crapo**
dcrapo@gibbonslaw.com

**Michael G. Cruse**
mcruse@wnj.com

**Gary H. Cunningham**
gcunningham@chglaw.com

**Vincent D'Agostino**
vdagostino@lowenstein.com

**Douglas R. Davis**
ddavis@paulweiss.com

**Jeffry A. Davis**
jeffdavis@graycary.com

**James J. DeCristofaro**
james.decristofaro@lovells.com
karen.ostad@lovells.com

**Robert Dehney**
rdehney@mnat.com
gsaydah@mnat.com
cmiller@mnat.com
tdriscoll@mnat.com
dabbott@mnat.com
dbutz@mnat.com
jcincilla@mnat.com
wlamotte@mnat.com

**Gerard DiConza**

gdiconza@dlawpc.com

**Maria J. DiConza**
diconzam@gtlaw.com
baddleyd@gtlaw.com

**John P. Dillman**
houston_bankruptcy@publicans.com

**Karen Dine**
karen.dine@pillsburylaw.com

**Stephen A. Donato**
sdonato@bsk.com
kdoner@bsk.com
heddy@bsk.com

**J. Ted Donovan**
TDonovan@Finkgold.com
TDonovan@Finkgold.com
srshmulevitz@finkgold.com

**William E. Dornbos**
william.dornbos@oag.state.ny.us

**David B. Draper**
ddraper@terra-law.com

**Robert W. Dremluk**
rdremluk@seyfarth.com
rlauter@seyfarth.com
etrybantelser@cityofchicago.org
pbaisier@seyfarth.com
shenslovizt@seyfarth.com
lravnikar@seyfarth.com
amcausland@cityofchicago.org
rlauter@lplegal.com
dchristian@seyfarth.com
ajeffrey@seyfarth.com

**Seth A. Drucker**
sdrucker@clarkhill.com

**David F. DuMouchel**

dumouchd@butzel.com

**Frank L. Eaton**
featon@whitecase.com
icruz@whitecase.com
mresnicoff@whitecase.com

**Robert L. Eisenbach**
reisenbach@cooley.com

**Judith Elkin**
judith.elkin@haynesboone.com

**David S. Elkind**
david.elkind@ropesgray.com
paul.lang@ropesgray.com

**Bruce N. Elliott**
elliott@cmplaw.com

**Barbara Ellis-Monro**
bellis-monro@sgrlaw.com

**Alyssa Englund**
aenglund@orrick.com

**Richard L. Epling**
richard.epling@pillsburylaw.com
gianni.dimos@pillsburylaw.com

**Earle I. Erman**
eerman@ermanteicher.com

**Scott L. Esbin**
sesbin@esbinalter.com

**Michael S. Etkin**
metkin@lowenstein.com
mseymour@lowenstein.com

**Michael S. Etkin**
metkin@lowenstein.com
mseymour@lowenstein.com

**Stephen Vincent Falanga**

sfalanga@connellfoley.com
porr@connellfoley.com
jbarrow@connellfoley.com

**Eugene I. Farber**
efarber747@aol.com

**Robert Michael Farquhar**
mfarquhar@winstead.com

**Bonnie Glantz Fatell**
fatell@blankrome.com
recchiuti@blankrome.com

**Richard L. Ferrell**
Ferrell@taftlaw.com

**Charles J. Filardi**
charles@filardi-law.com
abothwell@filardi-law.com

**Jonathan D. Forstot**
jforstot@tpw.com
mmuller@tpw.com
lcurcio@tpw.com

**Mateo Fowler**
mateofowler@quinnemanuel.com

**Edward M. Fox**
efox@klng.com

**Joseph D. Frank**
jfrank@fgllp.com
ccarpenter@fgllp.com
jkleinman@fgllp.com

**David H. Freedman**
dfreedman@ermanteicher.com

**Michael Friedman**
mfriedman@rsko.com
mschneider@rsko.com

**Scott J. Friedman**
sjfriedman@jonesday.com
sdignomirello@jonesday.com
ChicagoBRR@jonesday.com

**Patricia B. Fugee**
pfugee@ralaw.com
mtroendle@ralaw.com

**Lars H. Fuller**
lfuller@rothgerber.com

**Timothy A. Fusco**
fusco@millercanfield.com

**Thomas M. Gaa**
tgaa@bbslaw.com
clee@bbslaw.com

**James M. Garner**
jgarner@shergarner.com
jchocheles@shergarner.com

**Yann Geron**
ygeron@foxrothschild.com

**Leo J. Gibson**
lgibson@bsdd.com

**Celeste R. Gill**
gillcr@michigan.gov
sherwoodj@michigan.com

**Larry Ivan Glick**
larryglick@erols.com

**Matthew Alexander Gold**
matthew@argopartners.net
courts@argopartners.net

**Scott R. Goldberg**
sgoldber@quarles.com

**Scott A. Golden**
sagolden@hhlaw.com

5

khseal@hhlaw.com

**Robert C. Goodrich**
nashvillebankruptcyfilings@stites.com

**Robert D. Gordon**
rgordon@clarkhill.com

**Gary A. Gotto**
BankruptcyECF@krplc.com

**Garry M. Graber**
ggraber@hodgsonruss.com
bomalley@hodgsonruss.com

**Warren R. Graham**
wrg@dmlegal.com

**Gary E. Green**
ggreen@fagelhaber.com

**Jonathan S. Green**
greenj@millercanfield.com

**John T. Gregg**
jgregg@btlaw.com

**Stephen H. Gross**
sgross@hodgsonruss.com

**Stephen B. Grow**
sgrow@wnj.com
kfrantz@wnj.com

**Peter J. Gurfein**
pgurfein@akingump.com

**Jonathan P. Guy**
jguy@orrick.com

**Holly G. Gydus**

**Michael Leo Hall**
mhall@burr.com

**Timothy C. Hall**
tch@previant.com

**Alan D. Halperin**
ahalperin@halperinlaw.net
cbattaglia@halperinlaw.net
eganc@halperinlaw.net
cmitchell@halperinlaw.net
jdyas@halperinlaw.net

**Matthew W. Hamilton**
mhamilton@amph.com

**William J. Hanlon**
whanlon@seyfarth.com
bosuscourt@seyfarth.com

**Kristopher M. Hansen**
khansen@stroock.com
insolvency2@stroock.com
docketing@stroock.com

**Jill M. Hartley**
jh@previant.com

**Brian W. Harvey**
bharvey@goodwinprocter.com

**William M. Hawkins**
whawkins@loeb.com

**Gerald E. Hawxhurst**
leticiabustinduy@quinnemanuel.com

**Nava Hazan**
nhazan@mwe.com

**Ryan D. Heilman**
rheilman@schaferandweiner.com

**Ira L. Herman**
bankr.nyc@tklaw.com
bankr.nyc@tklaw.com
suhailah.sallie@tklaw.com

6

**William Heuer**
william.heuer@bingham.com

**Jeannette Eisan Hinshaw**
jhinshaw@boselaw.com
pdidandeh@boselaw.com

**Robert M. Hirsh**
hirsh.robert@arentfox.com

**Shannon E. Hoff**
Shannon.Hoff@hmw.com
mstinson@burr.com

**Michelle R. Holl**
mholl@mayerbrownrowe.com
amago@mayerbrownrowe.com

**Stephanie K. Hoos**
skhoos@mintz.com

**John J. Hunter**
jrhunter@hunterschank.com
sharonaldrich@hunterschank.com

**Jay W. Hurst**
jay.hurst@oag.state.tx.us

**Roland Hwang**
hwangr@michigan.gov

**Michael G. Insalaco**
minsalaco@zeklaw.com

**Hilary Jewett**
hjewett@foley.com

**Roger G. Jones**
rjones@bccb.com

**Richard Josephson**
rcjosephson@stoel.com
basargent@stoel.com

**Andrew C. Kassner**
andrew.kassner@dbr.com

**Jessica Kastin**
jkastin@omm.com

**Kristi A. Katsma**
kkatsma@dickinsonwright.com
dnavin@dickinsonwright.com

**David Kennedy**
david.kennedy2@usdoj.gov

**Thomas M. Kennedy**
tkennedy@kjmlabor.com

**Susheel Kirpalani**
skirpalani@milbank.com
skirpalani@milbank.com
rceron@milbank.com
pmetz@milbank.com
jclark2@milbank.com
dodonnell@milbank.com
aleblanc@milbank.com
mwestove@milbank.com
suddin@milbank.com

**Tracy L. Klestadt**
tklestadt@klestadt.com
tklestadt@gmail.com
jross@klestadt.com

**Alan M. Koschik**
akoschik@brouse.com

**Lawrence J. Kotler**
ljkotler@duanemorris.com

**Stuart A. Krause**
skrause@zeklaw.com

**Duane Kumagai**
dkumagai@rutterhobbs.com

**David R. Kuney**

dkuney@sidley.com
nroberge@sidley.com
kjacobs@sidley.com
vleather@sidley.com
zdelacru@sidley.com

**Darryl S. Laddin**
bkrfilings@agg.com

**Elena Lazarou**
elazarou@reedsmith.com
elazarou@reedsmith.com
cwilliams@reedsmith.com

**David S. Lefere**
davidl@bolhouselaw.com

**Harris Donald Leinwand**
hleinwand@aol.com

**David E. Lemke**
david.lemke@wallerlaw.com
cathy.thomas@wallerlaw.com
chris.cronk@wallerlaw.com
robert.welhoelter@wallerlaw.com
wallerbankruptcy@wallerlaw.com

**Joseph H. Lemkin**
jhlemkin@duanemorris.com
vmarchello@duanemorris.com

**Ira M. Levee**
ilevee@lowenstein.com

**Jill Levi**
jlevi@toddlevi.com
drosenberg@toddlevi.com

**Jeffrey M. Levinson**
jml@ml-legal.com

**Kenneth M. Lewis**
klewis@rosenpc.com
rpc@rosenpc.com

reception@rosenpc.com

**Kim Martin Lewis**
brandy.mcqueary@dinslaw.com
john.persiani@dinslaw.com

**Eric Lopez Schnabel**
schnabel@klettrooney.com

**Daniel A. Lowenthal**
dlowenthal@thelenreid.com

**A. Peter Lubitz**
plubitz@schiffhardin.com

**Matthew J. Lund**
kovskyd@pepperlaw.com

**Sara Klettke MacWilliams**
skm@h2law.com

**John S. Mairo**
jsmairo@pbnlaw.com
jmgastineau@pbnlaw.com
mdlaskowski@pbnlaw.com
jmsailliard@pbnlaw.com
cjalvarado@pbnlaw.com

**Amy Wood Malone**
amalone@colwinlaw.com

**Jacob A. Manheimer**
jmanheimer@pierceatwood.com
kcunningham@pierceatwood.com

**Neal S. Mann**
neal.mann@oag.state.ny.us

**Nauni Manty**
ecfb@riderlaw.com

**Kayalyn A. Marafioti**
kmarafio@skadden.com
jharring@skadden.com

**Alan E. Marder**
mail@rsmllp.com

**Dorothy H. Marinis-Riggio**
demarinis@candklaw.com

**Ilan Markus**
imarkus@tylercooper.com

**Richard Gary Mason**
rgmason@wlrk.com

**Victor J. Mastromarco**
vmastromar@aol.com

**Thomas J. Matz**
tmatz@skadden.com

**Daniel P. Mazo**
dpm@curtinheefner.com

**Michael K. McCrory**
michael.mccrory@btlaw.com
bankruptcyindy@btlaw.com

**Ralph E. McDowell**
rmcdowell@bodmanllp.com

**Douglas J. McGill**
douglas.mcgill@dbr.com

**Frank McGinn**
ffm@bostonbusinesslaw.com
ddl@bostonbusinesslaw.com

**Greta A. McMorris**
gmcmorris@stinsonmoheck.com

**Austin L. McMullen**
amcmulle@bccb.com

**Patrick E. Mears**
patrick.mears@btlaw.com

**Derek F. Meek**
dmeek@burr.com

**Barbara S Mehlsack**
bmehlsack@gkllaw.com

**Timothy Mehok**
timothy.mehok@hellerehrman.com

**Richard M. Meth**
msteen@pitneyhardin.com
rmmnybankruptcy@pitneyhardin.com

**Sally Meyer**
smeyer@madisonliquidity.com

**Merle C. Meyers**
mmeyers@gsmdlaw.com

**Robert N. Michaelson**
rmichaelson@kl.com

**Laurie J. Michelson**
michelso@butzel.com

**Kathleen M. Miller**
kmm@skfdelaware.com
tlc@skfdelaware.com

**W. Timothy Miller**
miller@taftlaw.com

**Alan K. Mills**
amills@btlaw.com
bankruptcyindy@btlaw.com

**Robert K. Minkoff**
lsi@liquiditysolutions.com
rminkoff@liquiditysolutions.com
sfriedberg@liquiditysolutions.com

**Joseph Thomas Moldovan**
bankruptcy@morrisoncohen.com
mdallago@morrisoncohen.com
ny76@ecfcbis.com

**James P. Moloy**
jmoloy@dannpecar.com

**Michael C. Moody**
mmoody@okmlaw.com
firm@okmlaw.com
morourke@okmlaw.com

**Audrey E. Moog**
amoog@hhlaw.com

**Brian F. Moore**
bmoore@mccarter.com

**Gene T. Moore**
gtmlaw@bellsouth.net

**Sarah E. Morrison**
sarah.morrison@doj.ca.gov

**Eric T. Moser**
emoser@klng.com
kserrao@klng.com

**Alisa Mumola**
alisa@contrariancapital.com

**Jill L. Murch**
jmurch@foley.com
khall@foley.com

**James P. Murphy**
murph@berrymoorman.com

**Bruce S. Nathan**
bnathan@lowenstein.com

**Lauren Newman**
lnewman@fagelhaber.com

**Marie L. Nienhuis**
mnienhuis@gklaw.com
zraiche@gklaw.com
mroufus@gklaw.com

**Richard P. Norton**
rnorton@reedsmith.com
cpanzer@reedsmith.com
dreperowitz@reedsmith.com
dreperowitz@reedsmith.com

**Gordon Z. Novod**
gnovod@kramerlevin.com
lbertko@kramerlevin.com

**Kasey C. Nye**
knye@quarles.com

**Martin P. Ochs**
martin@oglaw.net

**Sean A. Okeefe**
sokeefe@winthropcouchot.com

**Mark Russell Owens**
mowens@btlaw.com

**Charles Palella**
cpalella@kurzman.com

**Ingrid S. Palermo**
ipalermo@hselaw.com

**Richard J. Parks**
rparks@mijb.com
mtcraig@mijb.com
ksiegel@mijb.com

**Geoffrey J. Peters**
gpeters@weltman.com

**Anne M. Peterson**

10

apeterson@phillipslytle.com

**Lowell Peterson**
lpeterson@msek.com

**Ronald R. Peterson**
rpeterson@jenner.com
anicoll@jenner.com
docketing@jenner.com

**Ed Phillips**
ephillips@thurman-phillips.com

**Alex Pirogovsky**
apirogovsky@uhlaw.com

**Leslie A. Plaskon**
leslieplaskon@paulhastings.com

**David M. Posner**
dmposner@hhlaw.com
khseal@hhlaw.com
mferrara@hhlaw.com

**Jeffrey S. Posta**
jposta@sternslaw.com

**Constantine Pourakis**
cp@stevenslee.com

**Susan Power-Johnston**
sjohnston@cov.com

**Paul A. Rachmuth**
prachmuth@andersonkill.com
bfiling@andersonkill.com

**Thomas B. Radom**
radom@butzel.com

**Dennis Jay Raterink**
raterinkd@michigan.gov

**Steven J. Reisman**

sreisman@cm-p.com
athau@cm-p.com
jbarucha@cmp.com
webmaster@docketware.com
mharwood@cm-p.com

**Kenneth A. Reynolds**
kar@pryormandelup.com

**Geoffrey A. Richards**
grichards@kirkland.com

**Marc E. Richards**
mrichards@blankrome.com

**Craig Philip Rieders**
crieders@gjb-law.com
cgreco@gjb-law.com
bamron@gjb-law.com

**Sandra A. Riemer**
sriemer@phillipsnizer.com
mfay@phillipsnizer.com

**Marianne Goldstein Robbins**
mgr@previant.com

**Matthew R. Robbins**
mrr@previant.com

**Jean R. Robertson**
jrobertson@mcdonaldhopkins.com

**Scott D. Rosen**
srosen@cb-shea.com

**Paul M. Rosenblatt**
prosenblatt@kilpatrickstockton.com

**David Sol Rosner**
drosner@kasowitz.com
ffigueroa@kasowitz.com
jgleit@kasowitz.com
dfliman@kasowitz.com

**Robert B. Rubin**
brubin@burr.com

**E. Todd Sable**
tsable@honigman.com

**Chester B. Salomon**
cs@stevenslee.com

**Diane W. Sanders**
austin.bankruptcy@publicans.com

**Thomas P. Sarb**
ecfsarbt@millerjohnson.com

**Robert V. Sartin**
rsartin@fbtlaw.com

**William F. Savino**
wsavino@damonmorey.com

**Thomas J. Schank**
tomschank@hunterschank.com

**Michael L. Schein**
mlschein@vedderprice.com
ecfnydocket@vedderprice.com

**James R. Scheuerle**
jrs@parmenterlaw.com
lms@parmenterlaw.com

**Christopher P. Schueller**
schuellercp@bipc.com

**Charles P. Schulman**
cschulman@sachnoff.com

**Bryan I. Schwartz**
bschwartz@lplegal.com

**Mark S. Scott**
mscott@riemerlaw.com

**Jay Selanders**
selanders@danielsandkaplan.com

**Mark A. Shaiken**
mshaiken@stinsonmoheck.com
jgant@stinsonmoheck.com
amurdock@stinsonmoheck.com

**Andrea Sheehan**
sheehan@txschoollaw.com
greiner@txschoollaw.com
ashee1@yahoo.com
lindagreiner59@aol.com

Andrew Howard Sherman
asherman@sillscummis.com

**Joseph E. Shickich**
jshickich@riddellwilliams.com

**Stephen J. Shimshak**
sshimshak@paulweiss.com

**Wallace A. Showman**
was@showmanlaw.com

**Robert J. Sidman**
rjsidman@vssp.com
bkbowers@vssp.com
eplitfin@vssp.com
cdfricke@vssp.com

**Sam O. Simmerman**
sosimmerman@kwgd.com
mhelmick@kwgd.com

**Thomas R. Slome**
mail@srsllp.com

**Marc P. Solomon**
msolomon@burr.com

**Brian D. Spector**
bspector@selawfirm.com
kdillon@selawfirm.com

**Robert J. Stark**
rstark@brownrudnick.com
claukamg@brownrudnick.com

**Bonnie Steingart**
steinbo@ffhsj.com
nydocketclrk@ffhsj.com

**Malani Sternstein**
msternstein@sheppardmullin.com

**Brent C. Strickland**
bstrickland@wtplaw.com

**James M. Sullivan**
jmsullivan@mwe.com

**Robert Szwajkos**
rsz@curtinheefner.com

**Jeffrey L. Tanenbaum**
jeff.tanenbaum@weil.com
garrett.fail@weil.com
johnson.ng@weil.com
robert.lemons@weil.com
michele.meises@weil.com
larnett@intlsteel.com
samuel.cavior@weil.com

**Zakarij O. Thomas**
zothomas@klettrooney.com

**Douglas M. Tisdale**
doug@tisdalelaw.com
maxx@tisdalelaw.com

**Gordon J. Toering**
gtoering@wnj.com

**Sheldon S. Toll**
lawtoll@comcast.net

**Laura L. Torrado**
ltorrado@bear.com
msussman@bear.com

**Martin B. Tucker**
mtucker@fbtlaw.com

**Raymond J. Urbanik**
rurbanik@munsch.com

**Philip Urofsky**
philip.urofsky@cwt.com
purofsky@yahoo.com

**Robert Usadi**
rusadi@cahill.com

**Shmuel Vasser**
svasser@eapdlaw.com

**Joseph J. Vitale**
jvitale@cwsny.com

**Michael D. Warner**
bankruptcy@warnerstevens.com

**Robert K. Weiler**
rweiler@greenseifter.com
lellis@greenseifter.com

**Elizabeth Weller**
dallas.bankruptcy@publicans.com

**Robert A White**
rwhite@murthalaw.com

**W. Joe Wilson**
jwilson@tylercooper.com

**Jeffrey C. Wisler**
jcw@cblhlaw.com
**Douglas Wolfe**
dwolfe@asmcapital.com

**Robert D. Wolford**
ecfwolfordr@mjsc.com

**Stephen L. Yonaty**
syonaty@chwattys.com

**Helen A. Zamboni**

hzamboni@underbergkessler.com
**Menachem O. Zelmanovitz**
mzelmanovitz@morganlewis.com

**Peter Alan Zisser**
nyc-bkcyecf@hklaw.com
Bos-bankruptcy@hklaw.com

and further states that on October 10, 2006, his legal assistant, **TONI NICHOLS ROAN**, served via first class U.S. mail, the above documents, along this Amended Proof of Service, and with the notices of filing, upon the following non-ECF participants:

**Manda L. Anagnost**
1024 N. Michigan Avenue
P.O. Box 3197
Saginaw, Michigan 48605-3197

**Mark I. Bane**
Ropes & Gray LLP
45 Rockefeller Plaza
New York, New York 10111

**Thomas M. Beeman**
Attorney at Law
33 West 10th Street, Suite 200
Anderson, Indiana 46016

**Howard S. Beltzer**
White & Case, LLP
1155 Avenue of the Americas
New York, New York 10036

**Glenn P. Berger**
Jaffe & Asher LLP
600 Third Avenue
New York, New York 10016

**Neil Berger**
Togut, Segal & Segal, LLP
1 Penn Plaza, Suite 3335
New York, New York 10119

**James S. Carr**
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178

**Babette A. Ceccotti**
Cohen, Weiss and Simon
330 West 42nd Street, 25th Floor
New York, New York 10036

**Central Transport International, Inc.**
c/o Mark H. Shapiro
24901 Northwestern Highway, Suite 611
Southfield, Michigan 48075

**Stuart F. Cheney**
**Mark G. Claypool**
Knox McLaughlin Gornall & Sennett, P.C.
120 West Tenth Street
Erie, Pennylsvania 16501-1461

**Michael L. Cook**
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022

**Martin E. Crandall**
Clark Hill, PLC
500 Woodward Avenue, Suite 3500
Detroit, Michigan  48226

**Maureen A. Cronin**
Debevoise & Plimpton, LLP
919 Third Avenue
New York, New York 10022

**John K. Cunningham**
White & Case, LLP
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131

**Raniero  D'Aversa**
Mayer, Brown, Rowe & Maw
1675 Broadway
New York, New York 10019-5820

**Craig Alan Damast**
 Blank Rome LLP
405 Lexington Avenue
New York, New York 10174

**Tracy Hope Davis**
United States Trustee Office
33 Whitehall Street, 21st Floor
New York, New York 10004

**J. Michael Debbeler**
 Graydon, Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, Ohio 45202

**Christie Lyman Dowling**
Balch & Bingham, LLP
1901 Sixth Avenue N., Suite 2600
Birmingham, Alabama  35209

**Duane Morris LLP**
30 S. 17th Street
Philadelphia, Pennsylvania 19103

**Frank L. Eaton**

White & Case LLP
1155 Avenue of the Americas
New York, New York 10036-2787

**Douglas  Ellmann**
Ellmann & Ellmann, P.C.
308 West Huron
Ann Arbor, Michigan 48103-4204

**Michael S. Etkin**
Lowenstein Sandler PC
1251 Avenue of the Americas 18th Floor
New York, New York 10019

**Gary Ettelman**
Ettelman & Hochheiser, P.C.
100 Quentin Roosevelt Boulevard, #401
Garden City, New York 11530

**Fair Harbor Capital, LLC**
875 Avenue of the Americas, Suite 2305
New York, New York 10001

**Michael D. Fishman**
39533 Woodward Avenue, Suite 140
Bloomfield Hills, Michigan 48304

**Elizabeth K. Flaagan**
Holme Roberts & Owen LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203

**Mark T. Flewelling**
Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP
199 South Los Robles Avenue, Suite 600
Pasadena, California 91101

**Glenn D. Forbis**
39533 Woodward Avenue, Suite 140
Bloomfield Hills, Michigan 48304

**Michael Friedman**
Richards Spears Kibbe & Orbe
One Chase Manhattan Plaza, 57th Floor
New York, New York 10005

**David Garland**
Moore, Clarke, DuVall & Rodgers, P.C.
2829 Old Dawson Road
Albany, Georgia 31707

**Ira P. Goldberg**
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, Illinois 60068-5738

**Andrew D. Gottfried**
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178

**David M. Grogan**
Shumaker Loop & Kendrick
128 South Tryon Street, Suite 1800
Charlotte, North Carolina 28202

**Holly G. Gydus**
Regen Capital
2109 Brodway
New York, New York 10023

**Larry D. Harvey**
Larry D. Harvey P.C.
5290 DTC Parkway, Suite 150
Englewood, Colorado 80111

**Dion W. Hayes**
McGuireWoods LLP
901 East Cary Street
Richmond, Virginia 23219-4030

**Marc E. Hirschfield**
Ropes & Gray LLP
45 Rockefeller Plaza
New York, New York 10111-0087

**David A. Hodges**
212 Center Street, Fifth Floor
Little Rock, Arizona 72201

**Jay R. Indyke**
Kronish Lieb Weiner & Hellman, LLP
1114 Avenue of the Americas
New York, New York 10036

**Kurt Jacobs**
Sidley Austin LLP
1501 K Street NW
Washington, DC 20005

**Thomas H. Keyse**
1700 Lincoln Street, Suite 4000
Denver, Colorado 80203

**Steve Kieselstein**
Kieselstein LawFirm, PLLC
43 British American Boulevard
Latham, New York 12110

**Joseph B. Koczko**
Thompson Hine LLP
One Chase Manhattan Plaza, 58th Floor
New York, New York 10005

**Hanan B. Kolko**
Meyer, Suozzi, English & Klein, P.C.
1350 Broadway, Suite 501
New York, New York  10018

**Laurie Krepto**
Montgomery, McCracken Walker & Rhoads
123 South Broad Street
Avenue of the Arts
Philadelphia, Pennsylvania 19109

**Anna C. Lee**
Mandel, Katz, Manna & Brosnan, LLP
210 Route 303
Valley Cottage, New York 10989

**David S. Leinwand**
Amroc Investments, LLC
535 Madison Avenue, 15th Floor
New York, New York 10017

**Alicia M. Leonhard**
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004

**Ira M. Levee**
Lowenstein Sandler PC
1251 Avenue of the Americas 18th Floor
New York, New York 10019

**Larry Magarik**
Kennedy, Jennik & Murray, P.C.
113 University Place, 7th Floor
New York, New York 10003

**Wendy G. Marcari**
Traub, Bonaquist & Fox, LLP
655 Third Avenue, 21st Floor
New York, New York 10017

**Jil Mazer-Marino**
Rosen Slome Marder LLP
333 Earle Ovington Boulevard, Suite 901
Uniondale, New York 11553

**Timothy S. McFadden**
Lord, Bissell & Brook
115 S. LaSalle Street
Chicago, Illinois 60603

**Daniel A. McLaughlin**
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019

**Patrick E. Mears**
Barnes & Thornburg LLP
300 Ottawa Avenue NW, Suite 500
Grand Rapids, Michigan 49503

**Richard G. Menaker**
Menaker & Herrmann, LLP
10 E. 40th Street
New York, New York 10016

**Larren M. Nashelsky**
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York 10104

**George Panters**
Hayt, Hayt & Landau
600 Northern Boulevard
Great Neck, New York  11021

**Thomas C. Pavlik**
Novak, Robenalt, Pavlik
Skylight Office Tower, Suite 270
1660 West Second Street
Cleveland, Ohio 44113

**A. Robert Pietrzak**
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019

**Steven D. Pohl**
Brown, Rudnick, Berlack, Israels, LLP
One Financial Center
Boston, Massachusetts  02111

**Alan B. Posner**
Kelman Loria, PLLC
660 Woodward Avenue, Suite 1420
Detroit, Michigan 48226

**Jo Christine Reed**
Sonnenschein, Nath & Rosenthal, LLP
1221 Avenue of the Americas
New York, New York  10020

**Ira A. Reid**
Baker & McKenzie
805 Third Avenue
New York, New York 10022

**Sandra A. Reimer**
666 Fifth Avenue
New York, New York 10103

**Donald P. Renaldo**
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019

**Brian Resnick**
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017

**Kenneth A. Reynolds**
 Pryor & Madelup, LLP
675 Old Country Road
Westbury, New York 11590

**Michael P. Richman**
 Mayer, Brown, Rowe & Maw
1675 Broadway
New York, New York 10019

**Harold Ritvo**
Harold Ritvo, P.C.
One University Plaza
Hackensack, New Jersey 07601

**Robert J. Rosenberg**
 Latham & Watkins
885 Third Avenue
New York, New York 10022

**Richard A. Rossman**
Pepper Hamilton, LLP
100 Renaissance Center, 36th Floor
Detroit, Michigan  48243

**Paul J.N. Roy**
 Mayer, Brown, Rowe & Maw LLP
71 S. Wacker Drive
Chicago, Illinois 60606

**Paul Rubin**
Herrick, Feinstein LLP
Two Park Avenue
New York, New York 10016

**Leon R. Russell**
3102 Oak Lawn Suite 600, LB 164
Dallas, Texas 75219

**Lawrence M. Schwab**
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palto Alto, California 94306

| | |
|---|---|
| **Peter Gregory Schwed**<br>Loeb & Loeb, LLP<br>345 Park Avenue<br>New York, New York 10154 | **Andrew Stern**<br>Sidley Austin LLP<br>787 Seventh<br>New York, New York 10019 |
| **Wendy W. Smith**<br>Binder & Malter, LLP<br>2775 Park Avenue<br>Santa Clara, California  95050 | **Leigh C. Taggart**<br>39533 Woodward Avenue, Suite 140<br>Bloomfield Hills, Michigan 48304 |
| **Michael J. Sobieray**<br>Stewart & Stewart<br>Attorneys at Law<br>931 S. Rangeline Road<br>Carmel, Indiana 46032 | **Universal Am-Can, Ltd.**<br>c/o Mark H. Shapiro<br>24901 Northwestern Highway, Suite 611<br>Southfield, Michigan 48075 |
| | **Timothy W. Walsh**<br>DLA Piper Rudnick Gray Cary US LLP<br>1251 Avenue of the Americas<br>New York, New York 10020-1104 |
| **Mark R. Somerstein**<br>Ropes & Gray LLP<br>45 Rockefeller Plaza<br>New York, New York 10111 | **Eric R. Wilson**<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, New York 10178 |

I declare under the penalty of perjury that the above statements are true to the best of my knowledge, information and belief.

**COX, HODGMAN & GIARMARCO, P.C.**

By: s/Sean M. Walsh
**SEAN M. WALSH** (P48724)
Attorney for Nisshinbo Automotive Corporation
Tenth Floor Columbia Center
101 W. Big Beaver Road
Troy, Michigan 48084-5280
☎(248) 457-7082
E-Mail:  swalsh@chglaw.com