Andrew Ladika
3951 River Lane
Rocky River, Ohio 44116
Telephone: (440) 333-3960

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re ) | Chapter 11 Case |
| ) | |
| DELPHI CORPORATION, *et al.* ) | No. 05-44481 |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

**RESPONSE OF ANDREW LADIKA TO DEBTORS'
FIRST OMNIBUS OBJECTION PURSUANT TO
11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO
CERTAIN (I) CLAIMS AND (II) EQUITY CLAIMS**

Bank of America, N.A. (.Bank of America.), by and through its undersigned counsel, hereby submits its Response to the Debtors. First Omnibus Claims Objection 3007 to Certain (i) Duplicate and Amended Claims and (ii) Equity Claims (the .Objection.).

1. These voluntary and related Chapter 11 cases were commenced by Delphi Corporation and certain of its affiliates (collectively, the .Delphi Debtors.) on October 8 and 14, 2005. The Delphi Debtors are operating their respective businesses as debtors in possession. These Chapter 11 cases are being jointly administered by this Court.

2. The Delphi Debtors include, in addition to Delphi Corporation, (i) Delphi Automotive Systems, LLC (.DASLLC.), and (ii) Delphi Automotive Systems Human Resources, L.L.C. (.Delphi HR.).

3. Prior to the commencement of these Chapter 11 cases, Bank of America entered into various agreements with Delphi HR, Delphi Corporation and DASLLC pursuant to which, *inter alia*, (i) Delphi HR leased two aircraft from Bank of America; and (ii) Delphi Corporation

RECEIVED
CLAIMS PROCESSING CENTER

and DASLLC guaranteed payment and performance of all of Delphi HR's obligations under the lease documents.

4. Shareholder has 280.8416 shares of common stock worth $1,547.25 and we received the Proof of Claim which we filled out and returned to the Honorable Court

5. Our Proof of Claim is filed in order to protect our shareholder interests. I am a retired individual who depends on the stock dividends for retirement income.

6. The shareholder, Andrew Ladika, requests this Honorable Court to protect his interests and the income derived therefrom.

7. Andrew Ladika has the "ultimate authority to reconcile, settle, or otherwise resolve" this dispute on behalf of himself. His address is 3951 River Lane, Rocky River, Ohio 44116 and his telephone number is (440) 333-3960.

Dated: October 5, 2006
       Cleveland, Ohio

By: *Andrew Ladika*
**Andrew Ladika, pro se**