UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

In re:                                              :       Chapter 11

Delphi Automotive Systems LLC,                      :       Case No. 05-44640 (RDD)

                Debtors.              :

                                       :
------------------------------------------------------X

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)

To: Cataler Corporation
2002 Cataler Drive
Lincolnton, NC 28092
("Assignor")

      As of October 5, 2006, Assignor's Claim against Debtor in the principal amount of $14,667.35 has been transferred to The Bank of Tokyo-Mitsubishi UFJ, Ltd. ("Assignee"). The Evidence of Transfer of Claim from Assignor to Assignee is attached as <u>Exhibit A</u> and Assignee's payment and delivery instructions are attached as <u>Exhibit B</u>. A copy of the Proof of Claim filed by Assignor is attached hereto as <u>Exhibit C.</u> NO ACTION IS REQUIRED <u>IF YOU DO NOT OBJECT</u> TO THE TRANSFER OF YOUR CLAIM. HOWEVER, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN <u>TWENTY (20) DAYS</u> OF THE DATE OF THIS NOTICE, YOU MUST FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT:

| Mailing Address: | Physical Address: |
|---|---|
| United States Bankruptcy Court<br>Southern District of New York<br>Delphi Corporation Claim Docketing Center<br>Bowling Green Station, PO Box 5058<br>New York, NY 10274-5058 | United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004 |

PLEASE SEND A COPY OF YOUR OBJECTION TO THE ASSIGNEE AT THE ABOVE ADDRESS. IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED. IF YOUR OBJECTION IS NOT TIMELY FILED, THE ASSIGNEE WILL BE SUBSTITUTED FOR THE ASSIGNOR ON THE BANKRUPTCY COURT RECORDS AS A CLAIMANT IN THIS PROCEEDING.

THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.

By: _____
Name:
Title:    SHINKICHI NAKAMURA
          Authorized Signatory

# EXHIBIT A

Evidence of Transfer of Claim

See Attached

## EVIDENCE OF TRANSFER OF CLAIM

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
   In re:                                                  :                Chapter 11

   Delphi Automotive Systems LLC,          :              Case No. 05-44640 (RDD)

                     Debtors.          :

-----------------------------------------------------------X

      **CATALER CORPORATION** (the "Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.,** its successors and assigns ("Assignee") all rights, title and interest in and to the claims of Assignor in the principal amount of $14,667.35 plus all interest, fees and other amounts related thereto (the "Claim") against Delphi Automotive Systems LLC, et al. (the "Debtors") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court, Southern District of New York, or any other court with jurisdiction over the bankruptcy proceedings ("Bankruptcy Court"), Case No. 05-44481 (RDD) (Jointly Administered).

      The claim transferred hereby constitutes the claim described in the true copy of the Proof of Claim filed by Assignor, a copy of which is attached hereto as Exhibit C. The Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

**{Signtures appear on the following pages}**

465626

IN WITNESS WHEREOF, dated the 5th day of October, 2006.

                           THE BANK OF TOKYO-MITSUBISHI
                           UFJ, LTD., as Assignee

By: _____
Name:
Title:    SHINKICHI NAKAMURA
         Authorized Signatory

Accepted and agreed to as of this 5th day of
October, 2006

**CATALER CORPORATION**
as Assignor

By _____
Name: Kerijl Ueno
Title: Senior Managing Director

# EXHIBIT B

<u>Assignee's Payment and Delivery Instructions</u>:

| | |
|---|---|
| Contact Person: | Andrew G. Douglas |
| Address: | 1251 Avenue of the Americas, NY, NY 10020-1104 |
| Fax No.: | 212 782 4934 |
| Phone No.: | 212 782 4339 |
| Email: | adouglas@us.mufg.jp |

| | |
|---|---|
| Name of Bank: | The Bank of Tokyo-Mitsubishi UFJ, Ltd. |
| ABA number of Bank: | 026-009-632 |
| Name of Account: | Loan Operations Group |
| Account Number: | 9777-0191 |

1

465626

# EXHIBIT C

Proof of Claim

2

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

| Name of Debtor: DELPHI AUTOMOTIVE SYSTEMS, LLC | Case Number: 05-44481 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
CATALER CORPORATION

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
CATALER CORPORATION
7800 CHIHAMA, DAITO-CHO, OGASA-GUN,
SHIZVOKA, 437-14 JAPAN
Telephone number:

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

**FILE COPY**

Last four digits of account or other number by which creditor identifies debtor:

Check here ☐ replaces
if this claim ☐ amends a previously filed claim, dated:_____

**1. Basis for Claim**
- ☑ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)    (date)

**2. Date debt was incurred:** 07292005-10062005

**3. If court judgment, date obtained:** N/A

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $ 14,667.35

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

Unsecured Priority Claim
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority $ _____

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

Secured Claim
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:**

| $ 14,667.35 | -0- | -0- | 14,667.35 |
|---|---|---|---|
| (unsecured) | (secured) | (priority) | (Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

RECEIVED
JUN 22 2006
CLAIMS PROCESSING CENTER
USBC, SDNY

| Date: 06/19/2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): /s/ Joel D. Applebaum, Attorney In Fact |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



**CATALER CORPORATION**
7800 CHIHAMA, DAITO-CHO, OGASA-GUN,
SHIZUOKA, 437-14 JAPAN
PHONE : 0537-72-5274   FAX : 0537-72-2829

| INVOICE NO | 200507 |
|---|---|
| DATE | Jul 29, 2005 |

# INVOICE

**BUYER & ADDRESS**

DELPHI ENERGY & ENGINE MANAGEMENT SYSTEMS, MILWAUKEE
7929 S. HOWELL AVE., OAK CREEK, WI, 53154  USA
ATTEN: MS. MARILYN AYALA-HINEK,   MR. JIM BARON
PHONE: (414)768-3319         (414)768-3439

| PAYMENT | SHIPPED FROM | TO | VIA |
|---|---|---|---|
| TT.REMITTANCE WITHIN MNS-2 AFTER BUYER'S RECEIPT DATE | TOKYO, JAPAN | OAK CREEK, WI | LOS ANGELES |
| THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY US DOLLAR (UNITED STATES) | SHIPPED PER MOL EXCELLENCE VOY:024E | | |
| TERM         FREIGHT COLLECT | SAILING ON OR ABOUT    Aug 6, 2005 | | |

| MARKS & NOS | NUMBER OF PACKAGE | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| DELPHI ENERGY & ENGINE MANAGEMENT SYSTEMS OAK CREEK, WI C/NO.  1-1 MADE IN JAPAN | 1 | CATALYST: REACTION INITIATION GROUP PART ( HARMONISED NO. 3815.12-000) <P.O. NO.>  <PART NO.>  <CODE>  <Lot No> 550014951   25341483   SEA   96-1 | 79 | $40.19 | $3,175.01 |
| US custom is DHL Danzas Air & Ocean Atten: Christina Soutar Phone: 734-229-3226 | | | | | |
| | TOTAL | 1 PALLET      F.O.B. JAPAN | 79 PCS. 4 BOX | | $3,175.01 |

'THE SOLID WOOD PACKING MATERIALS ARE TOTALLY FREE FORM BARK AND APPARENTLY FREE OF LIVE PLANT PESTS.'

SIGNED BY  _Yuki Torii_
(SELLER)
YUKI TORII



**CATALER CORPORATION**
7800 CHIHAMA, DAITO-CHO, OGASA-GUN,
SHIZUOKA, 437-14 JAPAN
PHONE : 0537-72-6774   FAX : 0537-72-2829

| INVOICE NO |
|---|
| 200507 |
| DATE |
| Jul 29, 2005 |

# PACKING LIST

**BUYER & ADDRESS**
DELPHI ENERGY & ENGINE MANAGEMENT SYSTEMS
7929 S. HOWELL AVE., OAK CREEK, WI, 53154 USA
ATTEN: MS. MARILYN AYALA-HINEK,   MR. JIM BARON
PHONE: (414)768-3319        (414)768-3439

**PAYMENT**
TT. REMITTANCE WITHIN MNS-2 AFTER BUYER'S RECEIPT DAT
THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
US DOLLAR (UNITED STATES)
**TERM**
FREIGHT COLLECT

**SHIPPED FROM** TOKYO, JAPAN
**SHIPPED PER** MOL EXCELLENCE VOY:024E
**SAILING ON OR ABOUT** Aug 6, 2005
**TO** OAK CREEK, WI
**VIA** LOS ANGELES

| MARKS & NOS | NUMBER OF PACKAGE | DESCRIPTION OF GOODS | QUANTITY | GROSS WEIGHT | NET WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|---|
| DELPHI ENERGY & ENGINE MANAGEMENT SYSTEMS OAK CREEK, WI C/NO. 1-1 MADE IN JAPAN | 1 | CATALYST: REACTION INITIATION GROUP PART (HARMONISED CODE NO. 3815.12-000) \<P.O. NO.\> \<PART NO.\> \<CODE\> \<Lot No\> 550014951   25341483   SEA   96-1 | 79 PCS | 45 KG | 21 KG | 0.410 M3 |
| TOTAL: | 1 PALLET   F.O.B. JAPAN | | 79 PCS | 45 KG | 21 KG | 0.410 M3 |

'THE SOLID WOOD PACKING MATERIALS ARE TOTALLY FREE FROM
BARK AND APPARENTLY FREE OF LIVE PLANT PESTS.'

SIGNED BY   *Yuki Torii*
(SELLER)
YUKI TORII



**CATALER CORPORATION**
7800 CHIHAMA, DAITO-CHO, OGASA-GUN,
SHIZUOKA, 437-14 JAPAN
PHONE : 0537-72-6274   FAX : 0537-72-2829

| INVOICE NO |
|---|
| 200508 |
| DATE |
| Sep 2, 2005 |

# INVOICE

**BUYER & ADDRESS**

DELPHI ENERGY & ENGINE MANAGEMENT SYSTEMS, MILWAUKEE
7929 S. HOWELL AVE., OAK CREEK, WI, 53154  USA
ATTEN: MS. MARILYN AYALA-HINEK.    MR. JIM BARON
PHONE: (414)768-3319              (414)768-3439

| PAYMENT | SHIPPED FROM | TO | VIA |
|---|---|---|---|
| TT.REMITTANCE WITHIN MNS-2 AFTER BUYER'S RECEIPT DATE | TOKYO, JAPAN | OAK CREEK, WI | LOS ANGELES |
| THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY | SHIPPED PER | | |
| US DOLLAR (UNITED STATES) | MOL EXCELLENCE VOY:025E | | |
| TERM | SAILING ON OR ABOUT | | |
| FREIGHT COLLECT | Sep 10, 2005 | | |

| MARKS & NOS | NUMBER OF PACKAGE | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| DELPHI ENERGY & ENGINE MANAGEMENT SYSTEMS OAK CREEK, WI C/NO. 1-2 MADE IN JAPAN | | CATALYST: REACTION INITIATION GROUP PART ( HARMONISED NO. 3815.12-000) <P.O. NO.>   <PART NO.>  <CODE>   <Lot No> | | | |
| | 1 | 550014949    25317086    CTA   268-1 | 157 | $65.59 | $10,297.63 |
| | 1 | 550014951    25341483    SEA   97-1 | 21 | $40.19 | $843.99 |

US custom is DHL Danzas Air & Ocean
Atten: Christina Soutar
Phone: 734-229-3226

| | TOTAL | 2 PALLETS | 178 PCS. | | $11,141.62 |
|---|---|---|---|---|---|
| | | | 13 BOX | | |
| | | F.O.B. JAPAN | | | |

'THE SOLID WOOD PACKING MATERIALS ARE TOTALLY FREE FORM
BARK AND APPARENTLY FREE OF LIVE PLANT PESTS.'

SIGNED BY _Yuki Torii_
(SELLER)
YUKI TORII



**CATALER CORPORATION**
7800 CHIHAMA, DAITO-CHO, OGASA-GUN,
SHIZUOKA, 437-14 JAPAN
PHONE : 0537-72-6774   FAX : 0537-72-2829

| INVOICE NO | 200508 |
|---|---|
| DATE | Sep 2, 2005 |

# PACKING LIST

**BUYER & ADDRESS**
DELPHI ENERGY & ENGINE MANAGEMENT SYSTEMS
7929 S. HOWELL AVE., OAK CREEK, WI, 53154 USA
ATTEN: MS. MARILYN AYALA-HINEK,   MR. JIM BARON
PHONE: (414)768-3319        (414)768-3439

| PAYMENT | SHIPPED FROM | TO | VIA |
|---|---|---|---|
| TT.REMITTANCE WITHIN MNS-2 AFTER BUYER'S RECEIPT DAT | TOKYO, JAPAN | OAK CREEK, WI | LOS ANGELES |
| THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY | SHIPPED PER | | |
| US DOLLAR (UNITED STATES) | MOL EXCELLENCE VOY:026E | | |
| TERM | SAILING ON OR ABOUT | | |
| FREIGHT COLLECT | Sep 10, 2005 | | |

| MARKS & NOS | NUMBER OF PACKAGE | DESCRIPTION OF GOODS | QUANTITY | GROSS WEIGHT | NET WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|---|
| DELPHI ENERGY & ENGINE MANAGEMENT SYSTEMS OAK CREEK, WI C/NO. 1-2 MADE IN JAPAN | | CATALYST: REACTION INITIATION GROUP PART (HARMONISED CODE NO. 3815.12-000) <P.O. NO.>  <PART NO.>  <CODE>  (Lot No) | | | | |
| | 1 | 550014949   25317085   CTA   268-1 | 157 PCS | 94 KG | 65 KG | 0.520 M3 |
| | 1 | 550014951   25341483   SEA   97-1 | 21 PCS | 28 KG | 6 KG | 0.410 M3 |
| TOTAL: | | 2 PALLETS F.O.B. JAPAN | 178 PCS | 122 KG | 71 KG | 0.930 M3 |

'THE SOLID WOOD PACKING MATERIALS ARE TOTALLY FREE FROM
BARK AND APPARENTLY FREE OF LIVE PLANT PESTS.'

SIGNED BY  _Yuki Torii_
(SELLER)
YUKI TORII



**CATALER CORPORATION**
7800 CHIHAMA, KAKEGAWA-SHI,
SHIZUOKA, 437-14 JAPAN
PHONE : 0537-72-3131   FAX : 0537-72-2629

| INVOICE NO | AYD2516 |
|---|---|
| DATE | Oct 6, 2005 |

# INVOICE

| BUYER & ADDRESS |
|---|
| Delphi Energy & Chassis |
| 7929 SOUTH HOWELL AVE. |
| OAK CREEK, WI 53154 |
| Receiving DOCK 801 |
| ATTN: MR. JOE DUBNICKA  PHONE: 414-768-3420  FAX: 414-768-3058 |

| PAYMENT | FEDEX TRACKING NUMBER |
|---|---|
| TT. REMITTANCE WITHIN MNS-2 | 8436 8681 5527 |

| DELPHI ACCOUNT NUMBER | SHIPPED FROM | TO |
|---|---|---|
| 0532 1839 3 | OSAKA , JAPAN | OAK CREEK, WI, U.S.A. |

| EIN NUMBER | SHIPPED PER |
|---|---|
| 38 0572515 | AIRCRAFT |

| TERM | SAILING ON OR ABOUT |
|---|---|
| F.O.B ORIGIN, FLEIGHT COLLECT | Oct 6, 2005 |

| MARKS & NOS | NUMBER OF PACKAGE | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| AYD2516<br>C/NO  1-1<br>MADE IN JAPAN | C/NO<br>1-1 | CATALYST (TO DEVELOPMENT EMISSION SYSTEMS)<br>REACTION INITIATION GROUP PART<br>(Harmonised CODE NO. 3815.12-000)<br><br>Catalyst name        Delphi Part No.<br>F-6382              25387204AA<br>RAPIFAX# 14727   PO# 450142538   JOB# : ENMF10909 | 2 | $175.36 | $350.72 |
| | TOTAL: | 1 CARTON | 2 PCS. | | $350.72 |

CATALER CORPORATION

SIGNED BY _Yuki Torii_
(SELLER)
YUKI TORII



**CATALER CORPORATION**
7800 CHIHAMA, KAKEGAWA-SHI,
SHIZUOKA, 437-14 JAPAN
PHONE : 0537-72-3131   FAX : 0537-72-2829

| INVOICE NO | AYD2516 |
|---|---|
| DATE | Oct 6, 2005 |

# PACKING LIST

| BUYER & ADDRESS | | | | |
|---|---|---|---|---|
| Delphi Energy & Chassis<br>7929 SOUTH HOWELL AVE.<br>OAK CREEK, WI 53154<br>Receiving DOCK 801<br>ATTN: MR. JOE DUBNICKA PHONE: 414-768-3420  FAX: 414-768-3058 | | | | |
| **PAYMENT**<br>TT. REMITTANCE WITHIN MNS-2 | | **FEDEX TRACKING NUMBER**<br>8436 8681 5527 | | |
| **DELPHI ACCOUNT NUMBER**<br>0532 1839 3 | | **SHIPPED FROM**<br>OSAKA , JAPAN | **TO**<br>OAK CREEK, WI, U.S.A. | |
| **EIN NUMBER**<br>38 0572515 | | **SHIPPED PER**<br>AIRCRAFT | | |
| **TERM**<br>F.O.B ORIGIN, FLEIGHT COLLECT | | **SAILING ON OR ABOUT**<br>Oct 6, 2005 | | |
| MARKS & NOS | NUMBER OF PACKAGE | DESCRIPTION OF GOODS | QUANTITY | NOTE |
| AYD2516<br>C/NO  1-1<br>MADE IN JAPAN | C/NO<br>1-1 | CATALYST(TO DEVELOPMENT EMISSION SYSTEMS)<br>REACTION INITIATION GROUP PART<br>(Harmonised CODE NO. 3815.12-000)<br><br>Catalyst name          Delphi Part No.<br>F-6382                  25387204AA<br>RAPIFAX# 14727   PO# 450142538      JOB# : ENMF10909 | 2 | |
| | TOTAL: | 1 CARTON | 2 PCS. | |

CATALER CORPORATION

SIGNED BY _Yuki Toi_
(SELLER)
YUKI TORII