UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                             :          Chapter 11
                                                   :
Delphi Automotive Systems LLC,                     :          Case No. 05-44640 (RDD)
                                                   :
                    Debtors.                       :
                                                   :
                                                   :
-------------------------------------------------------X

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)

**To: The Bank of Tokyo-Mitsubishi UFJ, Ltd.**
**1251 Avenue of the Americas**
**New York, NY 10020**
**("Assignor")**

      As of October 5, 2006, Assignor's Claim against Debtor in the principal amount of $14,667.35 has been transferred to JPMorgan Chase Bank, N.A.. ("Assignee"). The Evidence of Transfer of Claim from Assignor to Assignee is attached as Exhibit A and Assignee's payment and delivery instructions are attached as Exhibit B. A copy of the Proof of Claim filed by Cataler North America Corporation (the "Original Assignor") is attached hereto as Exhibit C. A copy of the Evidence of Transfer of Claim from Original Assignor to The Bank of Tokyo-Mitsubishi UFJ, Ltd. ("BofT") is attached hereto as Exhibit D. NO ACTION IS REQUIRED IF YOU DO NOT OBJECT TO THE TRANSFER OF YOUR CLAIM. HOWEVER, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN TWENTY (20) DAYS OF THE DATE OF THIS NOTICE, YOU MUST FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT:

| Mailing Address: | Physical Address: |
|---|---|
| United States Bankruptcy Court Southern District of New York Delphi Corporation Claim Docketing Center Bowling Green Station, PO Box 5058 New York, NY 10274-5058 | United States Bankruptcy Court Southern District of New York One Bowling Green New York, NY 10004 |

PLEASE SEND A COPY OF YOUR OBJECTION TO THE ASSIGNEE AT THE ABOVE ADDRESS. IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED. IF YOUR OBJECTION IS NOT TIMELY FILED, THE ASSIGNEE WILL BE SUBSTITUTED FOR THE ASSIGNOR ON THE BANKRUPTCY COURT RECORDS AS A CLAIMANT IN THIS PROCEEDING.

**JPMORGAN CHASE BANK, N.A.**

By:_____
Name:    ANDREW OPEL
Title:     AUTHORIZED SIGNATORY

**EXHIBIT A**

<u>Evidence of Transfer of Claim</u>

## EVIDENCE OF TRANSFER OF CLAIM

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
  In re:                           :          Chapter 11

Delphi Automotive Systems LLC,      :          Case No. 05-44640 (RDD)

             Debtors.     :

                              :
-------------------------------------------------------X

      **THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.** ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **JPMORGAN CHASE BANK, N.A.,** its respective successors and assigns ("Assignee") all rights, title and interest in and to the claims of Assignor in the principal amount of $14,667.35 plus all interest, fees and other amounts related thereto (the "Claim") against Delphi Corporation, et al. (the "Debtors") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court, Southern District of New York, or any other court with jurisdiction over the bankruptcy proceedings ("Bankruptcy Court"), Case No. 05-44481 (RDD) (Jointly Administered).

      The claim transferred hereby constitutes the claim described in the true copy of the Proof of Claim filed by Cataler North America Corporation (the "Original Assignor"), a copy of which is attached hereto as Exhibit C. A copy of the Evidence of Transfer of Claim from Original Assignor to Assignor is attached hereto as Exhibit D. The Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

                {Signatures appear on the following page.}

IN WITNESS WHEREOF, dated the 5th day of October, 2006.

JPMORGAN CHASE BANK, N.A., as
Assignee

By:_____
Name:         ANDREW OPEL
Title:      AUTHORIZED SIGNATORY

Accepted and agreed to as of this 5th day of
October, 2006

THE BANK OF TOKYO-MITSUBISHI
UFJ, LTD.
as Assignor

By _____
Name:
Title:      SHINKICHI NAKAMURA
            Authorized Signatory

## EXHIBIT B

Assignee's Payment and Delivery Instructions:

Notice:

| | |
|---|---|
| Primary Contact: | Neelima Veluvolu |
| Street Address: | 270 Park Avenue, 17th Floor |
| City, State, Zip Code: | New York, NY 10017 |
| Phone Number: | (212) 270-2150 |
| Fax Number: | (646) 792-3855 |
| Backup Contact: | Karoline Kane |
| Phone Number: | (212) 270-0033 |
| Fax Number: | (212) 270-5347 |

With a copy to (but which shall not constitute notice):

Kirkpatrick & Lockhart Nicholson Graham LLP
599 Lexington Avenue
New York, New York 10022
Attention: Steven H. Epstein
Telephone: (212) 536-4830
Facsimile: (212)536-4001
E-mail: sepstein@klng.com

Wire:

| | |
|---|---|
| Name of Bank: | JPMorgan Chase Bank, N.A. |
| Routing Transit/ABA number of Bank: | 021000021 |
| Name of Account: (if applicable) | SPS High Yield Loan Trading |
| Account Number: | 544-7-94742 |

**EXHIBIT C**

<u>Proof of Claim</u>

SEE ATTACHED

**EXHIBIT D**

<u>Evidence of Transfer of Claim from Original assignor to BTMU</u>

SEE ATTACHED

File a Claim action:

05-44640-rdd Delphi Automotive Systems LLC

## U.S. Bankruptcy Court

## Southern District of New York

Notice of Electronic Filing

The following transaction was received from Bennett, Timothy C. entered on 10/11/2006 at 11:19 AM and filed on 10/11/2006

**Case Name:**        Delphi Automotive Systems LLC
**Case Number:**      05-44640-rdd
**Document Number:** 47

**Docket Text:**
Transfer Agreement FRBP - *Notice of Transfer of Claim Pursuant to FRBP Rule 3001(e)* Transfer Agreement 3001 (e) 2 Transferors:Cataler Corporation(Amount 14,667.35).. To The Bank of Tokyo-Mitsubishi UFJ, Ltd.. filed by Timothy C. Bennett on behalf of The Bank of Tokyo-Mitsubishi UFJ, Ltd..(Bennett, Timothy)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\meyersnf\My Documents\JPMorganChase\NoticeofTransferBOTtoCataler.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=10/11/2006] [FileNumber=5439177-0] [2bd966600484632bdd3c4b391010fc64e2646479a05c8963fdf524741b3ff906e02e dcb6282771561fed8c47c184a48cc934c7cf733424543d57f0d2f3469c2b]]

**05-44640-rdd Notice will be electronically mailed to:**

Timothy C. Bennett    tbennett@klng.com,

John Wm. Butler    jbutler@skadden.com

Michael Friedman    mfriedman@rsko.com, mschneider@rsko.com

Alan D. Halperin    ahalperin@halperinlaw.net,
cbattaglia@halperinlaw.net;eganc@halperinlaw.net;cmitchell@halperinlaw.net;jdyas@halperinlaw.net

Matthew W. Hamilton    mhamilton@amph.com,

Kayalyn A. Marafioti    kmarafio@skadden.com, jharring@skadden.com

James R. Scheuerle    jrs@parmenterlaw.com, lms@parmenterlaw.com

File a Claim action:

05-44481-rdd Delphi Corporation

## U.S. Bankruptcy Court

## Southern District of New York

Notice of Electronic Filing

The following transaction was received from Bennett, Timothy C. entered on 10/11/2006 at 11:25 AM
and filed on 10/11/2006
**Case Name:**        Delphi Corporation
**Case Number:**      05-44481-rdd
**Document Number:** 5272

**Docket Text:**
Transfer Agreement FRBP - *Notice of Transfer of Claim Pursuant to FRBP Rule 3001(e)* Transfer
Agreement 3001 (e) 2 Transferors:Cataler Corporation(Amount 14,667.35).. To The Bank of Tokyo-
Mitsubishi UFJ, Ltd.. filed by Timothy C. Bennett on behalf of The Bank of Tokyo-Misubishi UFJ, Ltd..
(Bennett, Timothy)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\meyersnf\My
Documents\JPMorganChase\NoticeofTransferBOTtoCataler.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=10/11/2006] [FileNumber=5439192-0]
[04befba2591461cbbd8021698df7c1e7fd717929dd1d7458ece65d930f7aadcdd935
0de31a5f5bf37343769b1a49b3f37ac1e33561bd5127593c4d759958ca89]]

## 05-44481-rdd Notice will be electronically mailed to:

Anne Marie Aaronson    aaronsoa@pepperlaw.com,

David B. Aaronson    david.aaronson@dbr.com,

Elizabeth Abdelmasieh    elizabeth@regencap.com

Franklin C. Adams    franklin.adams@bbklaw.com

Jason R. Adams    jadams@torys.com,

Jennifer L. Adamy    bankruptcy@goodwin.com,

Joseph W. Allen    jallen@jaeckle.com,

Joel D. Applebaum    japplebaum@clarkhill.com,

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In re:                                    :        Chapter 11
                                          :
Delphi Automotive Systems LLC,            :        Case No. 05-44640 (RDD)
                                          :
                              Debtors.    :
                                          :
                                          :
-----------------------------------------------------X

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)

**To: Cataler Corporation**
**2002 Cataler Drive**
**Lincolnton, NC 28092**
**("Assignor")**

     As of October 5, 2006, Assignor's Claim against Debtor in the principal amount of $14,667.35 has been transferred to The Bank of Tokyo-Mitsubishi UFJ, Ltd. ("Assignee"). The Evidence of Transfer of Claim from Assignor to Assignee is attached as <u>Exhibit A</u> and Assignee's payment and delivery instructions are attached as <u>Exhibit B</u>. A copy of the Proof of Claim filed by Assignor is attached hereto as <u>Exhibit C</u>. NO ACTION IS REQUIRED <u>IF YOU DO NOT OBJECT</u> TO THE TRANSFER OF YOUR CLAIM. HOWEVER, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN <u>TWENTY (20) DAYS</u> OF THE DATE OF THIS NOTICE, YOU MUST FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT:

| Mailing Address: | Physical Address: |
|---|---|
| United States Bankruptcy Court<br>Southern District of New York<br>Delphi Corporation Claim Docketing Center<br>Bowling Green Station, PO Box 5058<br>New York, NY 10274-5058 | United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004 |

PLEASE SEND A COPY OF YOUR OBJECTION TO THE ASSIGNEE AT THE ABOVE ADDRESS. IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED. IF YOUR OBJECTION IS NOT TIMELY FILED, THE ASSIGNEE WILL BE SUBSTITUTED FOR THE ASSIGNOR ON THE BANKRUPTCY COURT RECORDS AS A CLAIMANT IN THIS PROCEEDING.

**THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.**

By: _____

Name:

Title:    SHINKICHI NAKAMURA
            Authorized Signatory

**EXHIBIT A**

<u>Evidence of Transfer of Claim</u>

See Attached

## EVIDENCE OF TRANSFER OF CLAIM

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                          :          Chapter 11
                                                :
Delphi Automotive Systems LLC,                  :          Case No. 05-44640 (RDD)
                                                :
                    Debtors.                    :
                                                :
                                                :
------------------------------------------------------------X

       **CATALER CORPORATION** (the "Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.,** its successors and assigns ("Assignee") all rights, title and interest in and to the claims of Assignor in the principal amount of $14,667.35 plus all interest, fees and other amounts related thereto (the "Claim") against Delphi Automotive Systems LLC, et al. (the "Debtors") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court, Southern District of New York, or any other court with jurisdiction over the bankruptcy proceedings ("Bankruptcy Court"), Case No. 05-44481 (RDD) (Jointly Administered).

       The claim transferred hereby constitutes the claim described in the true copy of the Proof of Claim filed by Assignor, a copy of which is attached hereto as Exhibit C. The Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

**{Signtures appear on the following pages}**

465626

IN WITNESS WHEREOF, dated the 5th day of October, 2006.

THE BANK OF TOKYO-MITSUBISHI
UFJ, LTD., as Assignee

By: _____
Name:
Title:     SHINKICHI NAKAMURA
           Authorized Signatory

Accepted and agreed to as of this 5th day of
October, 2006

**CATALER CORPORATION**
as Assignor

By _____
Name: Kenji Ueno
Title: Senior Managing Director

**EXHIBIT B**

Assignee's Payment and Delivery Instructions:

Contact Person:        Andrew G. Douglas
Address:               1251 Avenue of the Americas, NY, NY 10020-1104
Fax No.:               212 782 4934
Phone No.:             212 782 4339
Email:                 adouglas@us.mufg.jp

Name of Bank:          The Bank of Tokyo-Mitsubishi UFJ, Ltd.
ABA number of Bank:    026-009-632
Name of Account:       Loan Operations Group
Account Number:        9777-0191

1

**EXHIBIT C**

Proof of Claim

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT  SOUTHERN    DISTRICT OF NEW YORK | | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor | Case Number | |
| DELPHI AUTOMOTIVE SYSTEMS, LLC | 05-44481 | **FILE COPY** |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
| CATALER CORPORATION | | |
| Name and address where notices should be sent: | ☐ Check box if you have never received any notices from the bankruptcy court in this case. | |
| CATALER CORPORATION 7800 CHIHAMA, DAITO-CHO, OGASA-GUN, SHIZVOKA, 437-14 JAPAN | ☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
| Telephone number: | | |

| Last four digits of account or other number by which creditor identifies debtor: | Check here ☐ replaces if this claim ☐ amends a previously filed claim, dated:_____ |
|---|---|

| 1.  Basis for Claim | |
|---|---|
| ☑ Goods sold | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a) |
| ☐ Services performed | ☐ Wages, salaries, and compensation (fill out below) |
| ☐ Money loaned | Last four digits of your SS #: _____ |
| ☐ Personal injury/wrongful death | Unpaid compensation for services performed |
| ☐ Taxes | from _____ to _____ |
| ☐ Other _____ | (date)        (date) |

| 2.  Date debt was incurred: 07292005-10062005 | 3.  If court judgment, date obtained: N/A |
|---|---|

4. **Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim  $ 14,867.35**

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Secured Claim**

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other_____
Value of Collateral:   $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any:   $_____

**Unsecured Priority Claim**

☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority   $_____

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

| 5.  Total Amount of Claim at Time Case Filed: | $ 14,867.35 | -0- | -0- | 14,867.35 |
|---|---|---|---|---|
| | (unsecured) | (secured) | (priority) | (Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

7. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

RECEIVED
JUN 2 2 2006
CLAIMS PROCESSING CENTER
USBC, SDNY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 06/19/2006 | Joel D. Applebaum, Attorney In Fact |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



**CATALER CORPORATION**
7800 CHIHANA, DAITO-CHO, OGASA-GUN,
SHIZUOKA, 437-14 JAPAN
PHONE : 0537-72-5274    FAX : 0537-72-2829

| INVOICE NO |
|---|
| 200507 |
| DATE |
| Jul 29, 2005 |

# INVOICE

| BUYER & ADDRESS | | | |
|---|---|---|---|
| DELPHI ENERGY & ENGINE MANAGEMENT SYSTEMS, MILWAUKEE | | | |
| 7929 S. HOWELL AVE., OAK CREEK, WI, 53154  USA | | | |
| ATTEN: MS. MARILYN AYALA-HINEK,    MR. JIM BARON | | | |
| PHONE:(414)768-3319    (414)768-3439 | | | |

| PAYMENT | SHIPPED FROM | TO | VIA |
|---|---|---|---|
| TT.REMITTANCE WITHIN MNS-2 AFTER BUYER'S RECEIPT DATE | TOKYO, JAPAN | OAK CREEK, WI | LOS ANGELES |
| THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY | SHIPPED PER | | |
| US DOLLAR (UNITED STATES) | MOL EXCELLENCE VOY:024E | | |
| TERM | SAILING ON OR ABOUT | | |
| FREIGHT COLLECT | Aug 6, 2005 | | |

| MARKS & NOS | NUMBER OF PACKAGE | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| DELPHI ENERGY & ENGINE MANAGEMENT SYSTEMS OAK CREEK, WI C/NO.    1-1 MADE IN JAPAN | 1 | CATALYST: REACTION INITIATION GROUP PART ( HARMONISED NO. 3815.12-000) <P.O. NO.>  <PART NO.>  <CODE>    (Lot No) 550014951    25341483    SEA  96-1 | 79 | $40.19 | $3,175.01 |

**US custom is DHL Danzas Air & Ocean**
Atten: Christina Soutar
Phone: 734-229-3226

| | TOTAL | 1 PALLET | 79 PCS. | | $3,175.01 |
|---|---|---|---|---|---|
| | | F.O.B. JAPAN | 4 BOX | | |

'THE SOLID WOOD PACKING MATERIALS ARE TOTALLY FREE FORM
BARK AND APPARENTLY FREE OF LIVE PLANT PESTS.'

SIGNED BY _Yuki Torii_
(SELLER)

YUKI TORII



**CATALER CORPORATION**
7800 CHIHAMA, OAITO-CHO, OGASA-GUN,
SHIZUOKA, 437-14  JAPAN
PHONE : 0537-72-6774   FAX : 0537-72-2829

| INVOICE NO |
|---|
| 200507 |
| DATE |
| Jul 29, 2005 |

# PACKING LIST

**BUYER & ADDRESS**

DELPHI ENERGY & ENGINE MANAGEMENT SYSTEMS
7929 S. HOWELL AVE., OAK CREEK, WI. 53154 USA
ATTEN: MS. MARILYN AYALA-HINEK,   MR. JIM BARON
PHONE: (414)768-3319          (414)768-3439

| PAYMENT | SHIPPED FROM | TO | VIA |
|---|---|---|---|
| TT.REMITTANCE WITHIN MNS-2 AFTER BUYER'S RECEIPT DATE | TOKYO, JAPAN | OAK CREEK, WI | LOS ANGELES |
| THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY | SHIPPED PER | | |
| US DOLLAR (UNITED STATES) | MOL EXCELLENCE VOY:024E | | |
| TERM | SAILING ON OR ABOUT | | |
| FREIGHT COLLECT | Aug 6, 2005 | | |

| MARKS & NOS | NUMBER OF PACKAGE | DESCRIPTION OF GOODS | QUANTITY | GROSS WEIGHT | NET WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|---|
| DELPHI ENERGY & ENGINE MANAGEMENT SYSTEMS OAK CREEK, WI C/NO.  1-1 MADE IN JAPAN | 1 | CATALYST: REACTION INITIATION GROUP PART (HARMONISED CODE NO. 3815.12-000) <P.O. NO.>  <PART NO.>   <CODE>  <Lot No> 550014951  25341483    SEA    96-1 | 79 PCS | 45 KG | 21 KG | 0.410 M3 |
| TOTAL: | | 1 PALLET  F.O.B. JAPAN | 79 PCS | 45 KG | 21 KG | 0.410 M3 |

'THE SOLID WOOD PACKING MATERIALS ARE TOTALLY FREE FROM
BARK AND APPARENTLY FREE OF LIVE PLANT PESTS.'

SIGNED BY      *Yuki Toi*
                    (SELLER)

YUKI TORII



**CATALER CORPORATION**
7800 CHIHAMA, DAITO-CHO, OGASA-GUN,
SHIZUOKA, 437-14 JAPAN
PHONE : 0537-72-6274   FAX : 0537-72-2829

| INVOICE NO |
| --- |
| 2D0508 |
| DATE |
| Sep 2, 2005 |

# INVOICE

**BUYER & ADDRESS**

DELPHI ENERGY & ENGINE MANAGEMENT SYSTEMS, MILWAUKEE
7929 S. HOWELL AVE., OAK CREEK, WI, 53154  USA
ATTEN: MS. MARILYN AYALA-HINEK.     MR. JIM BARON
PHONE: (414)768-3319               (414)768-3439

| PAYMENT | SHIPPED FROM | TO | VIA |
| --- | --- | --- | --- |
| TT.REMITTANCE WITHIN WNS-2 AFTER BUYER'S RECEIPT DATE | TOKYO, JAPAN | OAK CREEK, WI | LOS ANGELES |
| THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY | SHIPPED PER | | |
| US DOLLAR (UNITED STATES) | MOL EXCELLENCE VOY:025E | | |
| TERM | SAILING ON OR ABOUT | | |
| FREIGHT COLLECT | Sep 10, 2005 | | |

| MARKS & NOS | NUMBER OF PACKAGE | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| DELPHI ENERGY & ENGINE MANAGEMENT SYSTEMS OAK CREEK, WI C/NO.    1-2 MADE IN JAPAN | | CATALYST: REACTION INITIATION GROUP PART ( HARMONISED NO. 3815.12-000) <P.O. NO.>   <PART NO.>   <CODE>    <Lot No> | | | |
| | 1 | 550014949      25317086      CTA   268-1 | 157 | $65.59 | $10,297.63 |
| | 1 | 550014951      25341483      SEA   97-1 | 21 | $40.19 | $843.99 |
| | | | | | |
| | | **US custom is DHL Danzas Air & Ocean** Atten: Christina Soutar Phone: 734-229-3226 | | | |
| TOTAL | | 2 PALLETS | 178 PCS. 13 BOX | | $11,141.62 |
| | | F.O.B. JAPAN | | | |

'THE SOLID WOOD PACKING MATERIALS ARE TOTALLY FREE FORM
BARK AND APPARENTLY FREE OF LIVE PLANT PESTS.'

SIGNED BY _____ *Yuki To—*
(SELLER)
YUKI TORII



**CATALER CORPORATION**
7800 CHIHARA, DAITO-CHO, OGASA-GUN,
SHIZUOKA, 437-14 JAPAN
PHONE : 0537-72-6774   FAX : 0537-72-2829

| INVOICE NO | |
|---|---|
| | 200508 |
| DATE | |
| | Sep 2, 2005 |

# PACKING LIST

| BUYER & ADDRESS | | |
|---|---|---|
| DELPHI ENERGY & ENGINE MANAGEMENT SYSTEMS | | |
| 7929 S. HOWELL AVE., OAK CREEK, WI, 53154 USA | | |
| ATTEN: MS. MARILYN AYALA-HINEK,   MR. JIM BARON | | |
| PHONE:(414)768-3319         (414)768-3439 | | |

| PAYMENT | SHIPPED FROM | TO | VIA |
|---|---|---|---|
| TT.REMITTANCE WITHIN WKS-2 AFTER BUYER'S RECEIPT DATE | TOKYO, JAPAN | OAK CREEK, WI | LOS ANGELES |
| THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY | SHIPPED PER | | |
| US DOLLAR (UNITED STATES) | MOL EXCELLENCE VOY:025E | | |
| TERM | SAILING ON OR ABOUT | | |
| FREIGHT COLLECT | Sep 10, 2005 | | |

| MARKS & NOS | NUMBER OF PACKAGE | DESCRIPTION OF GOODS | QUANTITY | GROSS WEIGHT | NET WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|---|
| DELPHI ENERGY & ENGINE MANAGEMENT SYSTEMS OAK CREEK, WI C/NO.   1-2 MADE IN JAPAN | | CATALYST: REACTION INITIATION GROUP PART (HARMONISED CODE NO. 3815.12-000) <P.O. NO.>   <PART NO.>      <CODE>   (Lot No) | | | | |
| | 1 | 550014949    25317086     CTA    268-1 | 157 PCS | 94 KG | 65 KG | 0.520 M3 |
| | 1 | 550014951    25341483     SEA    97-1 | 21 PCS | 28 KG | 6 KG | 0.410 M3 |
| TOTAL: | | 2 PALLETS F.O.B. JAPAN | 178 PCS | 122 KG | 71 KG | 0.930 M3 |

'THE SOLID WOOD PACKING MATERIALS ARE TOTALLY FREE FROM
BARK AND APPARENTLY FREE OF LIVE PLANT PESTS.'

SIGNED BY   *Yuki Torii*
                              (SELLER)

                    YUKI TORII



**CATALER CORPORATION**
7890 CHIHAMA, KAKEGAWA-SHI,
SHIZUOKA, 437-14 JAPAN
PHONE : 0537-72-3131    FAX : 0537-72-2829

| INVOICE NO | AYD2516 |
|---|---|
| DATE | Oct 6, 2005 |

# INVOICE

**BUYER & ADDRESS**
Delphi Energy & Chassis
7929 SOUTH HOWELL AVE.
OAK CREEK, WI 53154
Receiving DOCK 801
ATTN: MR. JOE DUBNICKA PHONE: 414-768-3420  FAX: 414-768-3058

| PAYMENT | FEDEX TRACKING NUMBER | |
|---|---|---|
| TT. REMITTANCE WITHIN WNS-2 | 8436 8681 5527 | |
| **DELPHI ACCOUNT NUMBER** | **SHIPPED FROM** | **TO** |
| 0532 1839 3 | OSAKA , JAPAN | OAK CREEK, WI, U.S.A. |
| **EIN NUMBER** | **SHIPPED PER** | |
| 38 0572515 | AIRCRAFT | |
| **TERMS** | **SAILING ON OR ABOUT** | |
| F.O.B ORIGIN,FLEIGHT COLLECT | Oct 6, 2005 | |

| MARKS & NOS | NUMBER OF PACKAGE | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| AYD2516<br>C/NO  1-1<br>MADE IN JAPAN | C/NO<br>1-1 | CATALYST(TO DEVELOPMENT EMISSION SYSTEMS)<br>REACTION INITIATION GROUP PART<br>(Harmonised CODE NO. 3815.12-000)<br><br>Catalyst name          Delphi Part No.<br>F-6362                    25387204AA<br>RAPIFAX# 14727    PO# 450142538      JOB# : ENMF10909 | 2 | $175.36 | $350.72 |
| | TOTAL: | 1 CARTON | 2 PCS. | | $350.72 |

CATALER CORPORATION

SIGNED BY  *Yuki Torii*

(SELLER)

YUKI TORII

**CATALER CORPORATION**
7800 CHIHAMA, KAKEGAWA-SHI,
SHIZUOKA, 437-14 JAPAN
PHONE : 0537-72-3131   FAX : 0537-72-2829

| INVOICE NO | |
|---|---|
| | AYD2516 |
| DATE | |
| | Oct  6, 2005 |

# PACKING LIST

BUYER & ADDRESS

Delphi Energy & Chassis
7929 SOUTH HOWELL AVE.
OAK CREEK,WI 53154
Receiving DOCK 801
ATTN: MR. JOE DUBNICKA PHONE: 414-768-3420  FAX: 414-768-3058

| PAYMENT | FEDEX TRACKING NUMBER | |
|---|---|---|
| TT. REMITTANCE WITHIN WNS-2 | B436 8681 5527 | |
| DELPHI ACCOUNT NUMBER | SHIPPED FROM | TO |
| 0532 1839 3 | OSAKA , JAPAN | OAK CREEK, WI, U.S.A. |
| EIN NUMBER | SHIPPED PER | |
| 38 0572515 | AIRCRAFT | |
| TERM | SAILING ON OR ABOUT | |
| F.O.B ORIGIN,FLEIGHT COLLECT | Oct  6, 2005 | |

| MARKS & NOS | NUMBER OF PACKAGE | DESCRIPTION OF GOODS | QUANTITY | NOTE |
|---|---|---|---|---|
| AYD2516<br>C/NO   1-1<br>MADE IN JAPAN | C/NO<br>1-1 | CATALYST(TO DEVELOPMENT EMISSION SYSTEMS)<br>REACTION INITIATION GROUP PART<br>(Harmonised CODE NO. 3815.12-000)<br><br>Catalyst name          Delphi Part No.<br>F-6382                  25367204AA<br>RAPIFAX# 14727   PO# 450142538        JOB# : ENMF10909 | 2 | |
| | TOTAL: | 1 CARTON | 2 PCS. | |

CATALER CORPORATION
SIGNED BY   *Yuki Toi*
(SELLER)
YUKI TORII