UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In re:                                              :      Chapter 11
                                                    :
Delphi Automotive Systems LLC,                      :      Case No. 05-44640 (RDD)
                                                    :
                        Debtors.                    :
                                                    :
-----------------------------------------------------X

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)

To: JPMorgan Chase Bank, N.A.
270 Park Avenue, 17th Floor
New York, NY 10017
("Assignor")

    As of October 5, 2006, Assignor's Claim against Debtor in the principal amount of $14,667.35 has been transferred to Special Situations Investing Group, Inc. ("Assignee"). The Evidence of Transfer of Claim from Assignor to Assignee is attached as Exhibit A and Assignee's payment and delivery instructions are attached as Exhibit B. A copy of the Proof of Claim filed by Cataler North America Corporation (the "Original Assignor") is attached hereto as Exhibit C. A copy of the Evidence of Transfer of Claim from Original Assignor to The Bank of Tokyo-Mitsubishi UFJ, Ltd. ("BofT") is attached hereto as Exhibit D-1 and a copy of Evidence of Transfer of Claim from BofT to Assignor is attached hereto as Exhibit D-2. NO ACTION IS REQUIRED IF YOU DO NOT OBJECT TO THE TRANSFER OF YOUR CLAIM. HOWEVER, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN TWENTY (20) DAYS OF THE DATE OF THIS NOTICE, YOU MUST FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT:

| Mailing Address: | Physical Address: |
|---|---|
| United States Bankruptcy Court<br>Southern District of New York<br>Delphi Corporation Claim Docketing Center<br>Bowling Green Station, PO Box 5058<br>New York, NY 10274-5058 | United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004 |

PLEASE SEND A COPY OF YOUR OBJECTION TO THE ASSIGNEE AT THE ABOVE ADDRESS. IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED. IF YOUR OBJECTION IS NOT TIMELY FILED, THE ASSIGNEE WILL BE SUBSTITUTED FOR THE ASSIGNOR ON THE BANKRUPTCY COURT RECORDS AS A CLAIMANT IN THIS PROCEEDING.

SPECIAL SITUATIONS INVESTING GROUP, INC.

By: _____
Name:     _____
Title:    **ROBERT G. FRAHM III**
          **AUTHORIZED SIGNATORY**

466927
466927.2/

# EXHIBIT A

<u>Evidence of Transfer of Claim</u>

466927

## EVIDENCE OF TRANSFER OF CLAIM

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re:                                              :       Chapter 11
                                                    :
Delphi Automotive Systems LLC,                      :       Case No. 05-44640 (RDD)
                                                    :
                Debtors.              :
                                                    :
                                                    :
------------------------------------------------------X

      **JPMORGAN CHASE BANK, N.A.** ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **SPECIAL SITUATIONS INVESTING GROUP, INC.**, its respective successors and assigns ("Assignee") all rights, title and interest in and to the claims of Assignor in the principal amount of $14,667.35 plus all interest, fees and other amounts related thereto (the "Claim") against Delphi Corporation et al. (the "Debtors") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court, Southern District of New York, or any other court with jurisdiction over the bankruptcy proceedings ("Bankruptcy Court"), Case No. 05-44481 (RDD) (Jointly Administered).

      The claim transferred hereby constitutes the claim described in the true copy of the Proof of Claim filed by Cataler North America Corporation (the "Original Assignor"), a copy of which is attached hereto as Exhibit C. A copy of the Evidence of Transfer of Claim from Original Assignor to The Bank of Tokyo-Mitsubishi UFJ, Ltd. ("BofT") is attached hereto as Exhibit D-1 and a copy of Evidence of Transfer of Claim from BofT to Assignor is attached hereto as Exhibit D-2. The Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

                                 **{Signatures appear on the following page.}**

466927

IN WITNESS WHEREOF, dated the 5th day of October, 2006.

> SPECIAL SITUATIONS INVESTING
> GROUP, INC., as Assignee
>
> By: _____
> Name:
> Title: **ROBERT G. FRAHM III**
> **AUTHORIZED SIGNATORY**

Accepted and agreed to as of this 5th day of
October, 2006

**JPMORGAN CHASE BANK, N.A.,**
as Assignor

By _____
    Name:
    Title:

466927
466927.2/

IN WITNESS WHEREOF, dated the 5th day of October, 2006.

SPECIAL SITUATIONS INVESTING
GROUP, INC., as Assignee

By:_____
Name:
Title:


Accepted and agreed to as of this 5th day of
October, 2006

**JPMORGAN CHASE BANK, N.A.,
as Assignor**

By _____
   Name:
   Title:        ANDREW OPEL
           AUTHORIZED SIGNATORY

466927

## EXHIBIT B

Assignee's Payment and Delivery Instructions:

*Notice*

Special Situations Investing Group, Inc.
c/o Goldman, Sachs & Co.
85 Broad Street, 28th Floor
New York, NY 10004
Attn: Al Drumbowski
Tel.: 212-357-5126
Fax: 212-902-4103

*With a copy to:*
Goldman, Sachs & Co.
30 Hudson Street, 17th Floor
Jersey City, NJ 07302
Attn: Pedro Ramirez
Tel.: 917-343-8319
Fax: 212-428-1243

*Wire*

JPMorgan Chase Bank, N.A.
New York, NY
ABA # 021000021
A/C Name: Special Situations Investing Group, Inc.
A/C # 066906601
Ref: Delphi
Attn: Philip Green

466927

**EXHIBIT C**

<u>Proof of Claim</u>

466927

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>DELPHI AUTOMOTIVE SYSTEMS, LLC | Case Number<br>05-44481 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**FILE COPY**

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>CATALER CORPORATION | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and address where notices should be sent:<br>CATALER CORPORATION<br>7800 CHIHAMA, DAITO-CHO, OGASA-GUN,<br>SHIZVOKA, 437-14 JAPAN<br>Telephone number: | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |

Last four digits of account or other number by which creditor identifies debtor:

Check here ☐ replaces
if this claim ☐ amends a previously filed claim, dated:_____

**1. Basis for Claim**
- ☑ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
       (date)        (date)

**2. Date debt was incurred:** 07292005-10062005

**3. If court judgment, date obtained:** N/A

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $ 14,667.35

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

Unsecured Priority Claim

☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority $ _____

Specify the priority of the claim:
- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

Secured Claim
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other ____
Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $ 14,667.35 / -0- / -0- / 14,667.35
(unsecured) (secured) (priority) (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

RECEIVED JUN 22 2006 CLAIMS PROCESSING CENTER USBC, SDNY

| Date<br>06/19/2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>*[signature]*<br>Joel D. Applebaum, Attorney In Fact |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



**CATALER CORPORATION**
7800 CHIHAMA, DAITO-CHO, OGASA-GUN,
SHIZUOKA, 437-14 JAPAN
PHONE : 0537-72-6274   FAX : 0537-72-2829

| INVOICE NO | |
|---|---|
| | 200507 |
| DATE | |
| | Jul 29, 2005 |

# INVOICE

| BUYER & ADDRESS |
|---|
| DELPHI ENERGY & ENGINE MANAGEMENT SYSTEMS, MILWAUKEE |
| 7929 S. HOWELL AVE., OAK CREEK, WI, 53154  USA |
| ATTEN: MS. MARILYN AYALA-HINEK,     MR. JIM BARON |
| PHONE: (414)768-3319                (414)768-3439 |

| PAYMENT | SHIPPED FROM | TO | VIA |
|---|---|---|---|
| TT.REMITTANCE WITHIN MNS-2 AFTER BUYER'S RECEIPT DATE | TOKYO, JAPAN | OAK CREEK, WI | LOS ANGELES |
| THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY | SHIPPED PER | | |
| US DOLLAR (UNITED STATES) | MOL EXCELLENCE VOY:024E | | |
| TERM | SAILING ON OR ABOUT | | |
| FREIGHT COLLECT | Aug 6, 2005 | | |

| MARKS & NOS | NUMBER OF PACKAGE | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| DELPHI ENERGY & ENGINE MANAGEMENT SYSTEMS OAK CREEK, WI C/NO.  1-1 MADE IN JAPAN | 1 | CATALYST: REACTION INITIATION GROUP PART ( HARMONISED NO. 3815.12-000) <P.O. NO.>  <PART NO.>  <CODE>   (Lot No) 550014951   25341483    SEA   96-1 | 79 | $40.19 | $3,175.01 |

US custom is DHL Danzas Air & Ocean
Atten: Christina Soutar
Phone: 734-229-3226

| TOTAL | 1 PALLET | | 79 PCS. | | $3,175.01 |
|---|---|---|---|---|---|
| | 4 BOX | | | | |
| | F.O.B. JAPAN | | | | |

'THE SOLID WOOD PACKING MATERIALS ARE TOTALLY FREE FORM
BARK AND APPARENTLY FREE OF LIVE PLANT PESTS.'

SIGNED BY _Yuki Torii_
(SELLER)
YUKI TORII



**CATALER CORPORATION**
7800 CHIHAMA, DAITO-CHO, OGASA-GUN,
SHIZUOKA, 437-14 JAPAN
PHONE : 0537-72-6774   FAX : 0537-72-2829

| INVOICE NO | 200507 |
|---|---|
| DATE | Jul 29, 2005 |

# PACKING LIST

| BUYER & ADDRESS | | | | | | |
|---|---|---|---|---|---|---|
| DELPHI ENERGY & ENGINE MANAGEMENT SYSTEMS | | | | | | |
| 7929 S. HOWELL AVE., OAK CREEK, WI, 53154 USA | | | | | | |
| ATTEN: MS. MARILYN AYALA-HINEK,   MR. JIM BARON | | | | | | |
| PHONE: (414)768-3319          (414)768-3439 | | | | | | |

| PAYMENT | SHIPPED FROM | TO | VIA |
|---|---|---|---|
| TT.REMITTANCE WITHIN MNS-2 AFTER BUYER'S RECEIPT DATE | TOKYO, JAPAN | OAK CREEK, WI | LOS ANGELES |
| THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY | SHIPPED PER | | |
| US DOLLAR (UNITED STATES) | MOL EXCELLENCE VOY:024E | | |
| TERM | SAILING ON OR ABOUT | | |
| FREIGHT COLLECT | Aug 8, 2005 | | |

| MARKS & NOS | NUMBER OF PACKAGE | DESCRIPTION OF GOODS | QUANTITY | GROSS WEIGHT | NET WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|---|
| DELPHI ENERGY & ENGINE MANAGEMENT SYSTEMS OAK CREEK, WI C/NO.  1-1 MADE IN JAPAN | 1 | CATALYST: REACTION INITIATION GROUP PART (HARMONISED CODE NO. 3815.12-000) <P.O. NO.>   <PART NO.>      <CODE>   <Lot No> 550014951    25341483       SEA      96-1 | 79 PCS | 45 KG | 21 KG | 0.410 M3 |
| | TOTAL:  1 PALLET   F.O.B. JAPAN | | 79 PCS | 45 KG | 21 KG | 0.410 M3 |

'THE SOLID WOOD PACKING MATERIALS ARE TOTALLY FREE FROM
BARK AND APPARENTLY FREE OF LIVE PLANT PESTS.'

SIGNED BY  *Yuki Torii*
(SELLER)
YUKI TORII



**CATALER CORPORATION**
7800 CHIHAMA, DAITO-CHO, OGASA-GUN.
SHIZUOKA, 437-14 JAPAN
PHONE : 0537-72-6274   FAX : 0537-72-2829

| INVOICE NO | 200508 |
|---|---|
| DATE | Sep 2, 2005 |

# INVOICE

**BUYER & ADDRESS**
DELPHI ENERGY & ENGINE MANAGEMENT SYSTEMS, MILWAUKEE
7929 S. HOWELL AVE., OAK CREEK, WI, 53154  USA
ATTEN: MS. MARILYN AYALA-HINEK.    MR. JIM BARON
PHONE: (414)768-3319                      (414)768-3439

| PAYMENT | SHIPPED FROM | TO | VIA |
|---|---|---|---|
| TT. REMITTANCE WITHIN MNS-2 AFTER BUYER'S RECEIPT DATE | TOKYO, JAPAN | OAK CREEK, WI | LOS ANGELES |

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
US DOLLAR (UNITED STATES)

SHIPPED PER: MOL EXCELLENCE VOY:025E

TERM: FREIGHT COLLECT

SAILING ON OR ABOUT: Sep 10, 2005

| MARKS & NOS | NUMBER OF PACKAGE | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| DELPHI ENERGY & ENGINE MANAGEMENT SYSTEMS OAK CREEK, WI C/NO.  1-2 MADE IN JAPAN | | CATALYST: REACTION INITIATION GROUP PART ( HARMONISED NO. 3815.12-000) <P.O. NO.>  <PART NO.>  <CODE>  <Lot No> | | | |
| | 1 | 550014949    25317086    CTA    268-I | 157 | $65.59 | $10,297.63 |
| | 1 | 550014951    25341483    SEA    97-I | 21 | $40.19 | $843.99 |

US custom is DHL Danzas Air & Ocean
Atten: Christina Soutar
Phone: 734-229-3226

| TOTAL | 2 PALLETS | 178 PCS. | $11,141.62 |
|---|---|---|---|
| | | 13 BOX | |

F.O.B. JAPAN

'THE SOLID WOOD PACKING MATERIALS ARE TOTALLY FREE FORM BARK AND APPARENTLY FREE OF LIVE PLANT PESTS.'

SIGNED BY _____ Yuki Torii _____
(SELLER)
YUKI TORII



**CATALER CORPORATION**
7800 CHIHAMA, DAITO-CHO, OGASA-GUN,
SHIZUOKA, 437-14 JAPAN
PHONE : 0537-72-6774   FAX : 0537-72-2829

| INVOICE NO | 200508 |
|---|---|
| DATE | Sep 2, 2005 |

# PACKING LIST

| BUYER & ADDRESS |
|---|
| DELPHI ENERGY & ENGINE MANAGEMENT SYSTEMS |
| 7929 S. HOWELL AVE., OAK CREEK, WI, 53154 USA |
| ATTEN: MS. MARILYN AYALA-HIMEK,   MR. JIM BARON |
| PHONE: (414)768-3319               (414)768-3439 |

| PAYMENT | SHIPPED FROM | TO | VIA |
|---|---|---|---|
| TT. REMITTANCE WITHIN WKS-2 AFTER BUYER'S RECEIPT DAT | TOKYO, JAPAN | OAK CREEK, WI | LOS ANGELES |
| THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY | SHIPPED PER | | |
| US DOLLAR (UNITED STATES) | MOL EXCELLENCE VOY:025E | | |
| TERM | SAILING ON OR ABOUT | | |
| FREIGHT COLLECT | Sep 10, 2005 | | |

| MARKS & NOS | NUMBER OF PACKAGE | DESCRIPTION OF GOODS | QUANTITY | GROSS WEIGHT | NET WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|---|
| DELPHI ENERGY & ENGINE MANAGEMENT SYSTEMS OAK CREEK, WI C/NO. 1-2 MADE IN JAPAN | | CATALYST: REACTION INITIATION GROUP PART (HARMONISED CODE NO. 3815.12-000) <P.O. NO.>  <PART NO.>   <CODE>   (Lot No) | | | | |
| | 1 | 550014949   25317086    CTA    268-1 | 157 PCS | 94 KG | 65 KG | 0.520 M3 |
| | 1 | 550014951   25341483    SEA    97-1 | 21 PCS | 28 KG | 6 KG | 0.410 M3 |
| | TOTAL: | 2 PALLETS F.O.B. JAPAN | 178 PCS | 122 KG | 71 KG | 0.930 M3 |

'THE SOLID WOOD PACKING MATERIALS ARE TOTALLY FREE FROM
BARK AND APPARENTLY FREE OF LIVE PLANT PESTS.'

SIGNED BY  *Yuki Torii*
(SELLER)
YUKI TORII



**CATALER CORPORATION**
7800 CHIHAMA, KAKEGAWA-SHI,
SHIZUOKA, 437-14 JAPAN
PHONE : 0537-72-3131  FAX : 0537-72-2829

| INVOICE NO | AYD2516 |
|---|---|
| DATE | Oct 6, 2005 |

# INVOICE

| BUYER & ADDRESS |
|---|
| Delphi Energy & Chassis |
| 7929 SOUTH HOWELL AVE. |
| OAK CREEK, WI 53154 |
| Receiving DOCK 801 |
| ATTN: MR. JOE DUBNICKA PHONE: 414-768-3420  FAX: 414-768-3058 |

| PAYMENT | FEDEX TRACKING NUMBER |
|---|---|
| TT. REMITTANCE WITHIN MNS-2 | 8436 8681 5527 |

| DELPHI ACCOUNT NUMBER | SHIPPED FROM | TO |
|---|---|---|
| 0532 1839 3 | OSAKA, JAPAN | OAK CREEK, WI, U.S.A. |

| EIN NUMBER | SHIPPED PER |
|---|---|
| 38 0572515 | AIRCRAFT |

| TERM | SAILING ON OR ABOUT |
|---|---|
| F.O.B ORIGIN, FLEIGHT COLLECT | Oct 6, 2005 |

| MARKS & NOS | NUMBER OF PACKAGE | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| AYD2516<br>C/NO 1-1<br>MADE IN JAPAN | C/NO<br>1-1 | CATALYST(TO DEVELOPMENT EMISSION SYSTEMS)<br>REACTION INITIATION GROUP PART<br>(Harmonized CODE NO. 3815.12-000)<br><br>Catalyst name     Delphi Part No.<br>F-6382              25387204AA<br>RAPIFAX# 14727  PO# 450142538  JOB#: ENMF10909 | 2 | $175.36 | $350.72 |
| | TOTAL: | 1 CARTON | 2 PCS | | $350.72 |

CATALER CORPORATION
SIGNED BY _Yuki Torii_
(SELLER)
YUKI TORII



**CATALER CORPORATION**
7800 CHIHAMA, KAKEGAWA-SHI,
SHIZUOKA, 437-14 JAPAN
PHONE : 0537-72-3131   FAX : 0537-72-2820

| INVOICE NO | AYD2516 |
|---|---|
| DATE | Oct 6, 2005 |

# PACKING LIST

| BUYER & ADDRESS |
|---|
| Delphi Energy & Chassis |
| 7929 SOUTH HOWELL AVE. |
| OAK CREEK, WI 53154 |
| Receiving DOCK 801 |
| ATTN: MR. JOE DUBNICKA PHONE: 414-768-3420  FAX: 414-768-3058 |

| PAYMENT | FEDEX TRACKING NUMBER |
|---|---|
| TT. REMITTANCE WITHIN MNS-2 | 8436 8681 5527 |
| DELPHI ACCOUNT NUMBER | SHIPPED FROM / TO |
| 0532 1839 3 | OSAKA , JAPAN    OAK CREEK, WI, U.S.A. |
| EIN NUMBER | SHIPPED PER |
| 38 0572515 | AIRCRAFT |
| TERM | SAILING ON OR ABOUT |
| F.O.B ORIGIN, FLEIGHT COLLECT | Oct 6, 2005 |

| MARKS & NOS | NUMBER OF PACKAGE | DESCRIPTION OF GOODS | QUANTITY | NOTE |
|---|---|---|---|---|
| AYD2516 C/NO 1-1 MADE IN JAPAN | C/NO 1-1 | CATALYST(TO DEVELOPMENT EMISSION SYSTEMS) REACTION INITIATION GROUP PART (Harmonised CODE NO. 3815.12-000)  Catalyst name    Delphi Part No. F-6382            25387204AA RAPIFAX# 14727  PO# 450142638   JOB# : EMMF10909 | 2 | |
| | TOTAL: | 1 CARTON | 2 PCS. | |

CATALER CORPORATION

SIGNED BY _Yuki Toi_
(SELLER)
YUKI TORII

## EXHIBIT D-1

Evidence of Transfer of Claim from Original Assignor to BofT

(see above)

466927

## EVIDENCE OF TRANSFER OF CLAIM

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
   In re:                                                  :          Chapter 11

   Delphi Automotive Systems LLC,       :          Case No. 05-44640 (RDD)

                  Debtors.              :

-------------------------------------------------------X

      **CATALER CORPORATION** (the "Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.**, its successors and assigns ("Assignee") all rights, title and interest in and to the claims of Assignor in the principal amount of $14,667.35 plus all interest, fees and other amounts related thereto (the "Claim") against Delphi Automotive Systems LLC, et al. (the "Debtors") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court, Southern District of New York, or any other court with jurisdiction over the bankruptcy proceedings ("Bankruptcy Court"), Case No. 05-44481 (RDD) (Jointly Administered).

      The claim transferred hereby constitutes the claim described in the true copy of the Proof of Claim filed by Assignor, a copy of which is attached hereto as Exhibit C. The Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

**{Signatures appear on the following pages}**

465626

IN WITNESS WHEREOF, dated the 5th day of October, 2006.

                                                THE BANK OF TOKYO-MITSUBISHI
                                                UFJ, LTD., as Assignee

By: _____
Name:
Title:    SHINKICHI NAKAMURA
          Authorized Signatory

Accepted and agreed to as of this 5th day of
October, 2006

**CATALER CORPORATION**
as Assignor

By _____
Name: Kenji Ueno
Title: Senior Managing Director

## EXHIBIT D-2

<u>Evidence of Transfer of Claim from BofT to Assignor</u>

466927

# EVIDENCE OF TRANSFER OF CLAIM

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                    :       Chapter 11
                                                          :
Delphi Automotive Systems LLC,                            :       Case No. 05-44640 (RDD)
                                                          :
                        Debtors.                          :
                                                          :
                                                          :
------------------------------------------------------------X

   THE BANK OF TOKYO-MITSUBISHI UFJ, LTD. ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto JPMORGAN CHASE BANK, N.A., its respective successors and assigns ("Assignee") all rights, title and interest in and to the claims of Assignor in the principal amount of $14,667.35 plus all interest, fees and other amounts related thereto (the "Claim") against Delphi Corporation, et al. (the "Debtors") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court, Southern District of New York, or any other court with jurisdiction over the bankruptcy proceedings ("Bankruptcy Court"), Case No. 05-44481 (RDD) (Jointly Administered).

   The claim transferred hereby constitutes the claim described in the true copy of the Proof of Claim filed by Cataler North America Corporation (the "Original Assignor"), a copy of which is attached hereto as Exhibit C. A copy of the Evidence of Transfer of Claim from Original Assignor to Assignor is attached hereto as Exhibit D. The Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

{Signatures appear on the following page.}

IN WITNESS WHEREOF, dated the 5th day of October, 2006.

JPMORGAN CHASE BANK, N.A., as Assignee

By:_____
Name:    ANDREW OPEL
Title:   AUTHORIZED SIGNATORY

Accepted and agreed to as of this 5th day of October, 2006

**THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.**
as Assignor

By _____
Name:
Title:    SHINKICHI NAKAMURA
          Authorized Signatory