UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | Chapter 11 |
|---|---|
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD)<br>(Jointly Administered) |
| Debtors. | |

AFFIDAVIT OF SERVICE FOR NUTECH'S LIMITED RESPONSE TO DEBTORS' FIRST
OMNIBUS OBJECTION TO DUPLICATE AND AMENDED CLAIMS

I, Maxximillian Messer, being duly sworn according to law, depose and say that I am employed by Tisdale & Associates LLC, which represents NuTech Plastics Engineering, Inc. in the above-captioned cases. On October 11, 2006, I caused to be served a true and correct copy NuTech's Limited Response to Debtors' First Omnibus Objection to Duplicate and Amended Claims via overnight delivery upon:

Delphi Corporation
Attetion: General Counsel
5725 Delphi Drive
Troy, MI  48098

John Wm. Butler, Jr.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL  60606

Simpson Thacher & Bartlett LLP
Attention: Kenneth S. Ziman
425 Lexington Avenue
New York, New York  10017

Davis, Polk & Wardwell
Attention: Donald Bernstein
Brian Resnick
450 Lexington Avenue
New York, New York  10017

Official Committee of Unsecured Creditors
Attention: Robert J. Rosenberg
Mark A. Broude
Latham & Watkins LLP
885 Third Avenue
New York, New York  10022

Official Committee of Equity Security Holders
Attention: Bonnie Steingart
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York  10004

Office of the United States Trustee for the
Southern District of New York
Attention: Alicia M. Leonhard
33 Whitehall Street, Suite 2100
New York, New York 10004

Dated: October 11, 2006.

_____
Maxximillian Messer

STATE OF COLORADO  )
                   ) ss.
COUNTY OF DENVER   )

    SUBSCRIBED AND SWORN to before me this 11th day of October, 2004 by Maxximillian Messer.

My Commission expires: _____

MICHAEL ESTERBROOK
NOTARY PUBLIC
STATE OF COLORADO

My Commission Expires Feb. 10, 2010

_____
Notary Public

2