DINSMORE & SHOHL LLP
Counsel for Florida Production Engineering, Inc.
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
(513) 0977-8200
Donald W. Mallory

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
In re                                                       :   Chapter 11
                                                            :
    DELPHI CORPORATION, et al.,                             :   Case No. 05-44481 (RDD)
                                                            :
                                       Debtors.             :   (Jointly Administered)
                                                            :
------------------------------------------------------------X

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 11544 FILED AGAINST DELPHI AUTOMOTIVE SYSTEMS LLC

PLEASE TAKE NOTICE that Florida Production Engineering, Inc. hereby withdraws proof of claim no. 11544 that it filed against Delphi Automotive Systems LLC, case # 05-44640, and waives any and all rights to distribution on account of such claim.

Dated:   Cincinnati, Ohio
         September 25 2006

                                                    FLORIDA PRODUCTION ENGINEERING, INC,
                                                    By its Attorneys,
                                                    DINSMORE & SHOHL LLP,
                                                    By:

                                                    _____
                                                    DONALD W. MALLORY
                                                    255 East Fifth Street, Suite 1900
                                                    Cincinnati, OH 45202
                                                    (513) 0977-8200

_____
Director of Finance
Florida Production Engineering, Inc.
9/25/06