Lafonza Earl Washington
& Family
7010 Cranwood Drive
Flint, MI  48505
Tel: 810.787.3150
Cell: 810.922.0308


September 28, 2006


To:   UNITED STATES BANKRUPTCY COURT
      SOUTHERN DISTRICT OF NEW YORK
      ATTENTION:  ANATIN
      Appeals and Judgment Department
      One Bowling Green
      New York, N.Y.  10004


RECEIVED OCT 10 2006 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

      UNITED STATES BANKRUPTCY COURT
      SOUTHERN DISTRICT OF NEW YORK
      Clerk of the Court
      One Bowling Green
      New York, N.Y.  10004


            Re:  Delphi Corporation et al., Chapter 11 Bankruptcy
                 Voluntary Petition, Case No. 05-44481(RDD) and
                 AFFIDAVIT by Creditor Lafonza Earl Washington


      Greetings Court Officers:

      Enclosed please find originals of the following documents:

      1. AFFIDAVIT For Entry Of Issuance Of Writ Of Execution and
Delivered To An Officer For Enforcement On Statutory Direction According
To Law By Judgment/Order Creditor Lafonza Earl Washington.

      2. Direct Deposit Sign-Up Form.

      3. Claim recording and claims register confirming letter from
Kathleen Farrell-Willoughby, Clerk of the above-named Bankruptcy Court.

      4. Case Information sheet.

      5. Voluntary Petition filed by the Delphi Corporation.

      6. NOTICE OF HEARING ON FIRST DAY MOTIONS verifying the Human
Capital Obligations and Cash Management Orders entered on October 8,
2005.

      7. RE-NOTICE Of Motion and Application For the Court's Entry Of
Order Enforcing Writ Of Execution Process Disbursing Human Capital

Obligations and Cash Management Orders Previously Entered On October 8, 2005, But Disobeyed, For the Statutory Payment Of Money In the Sum Certain Of $1,029,114,359.00 At 15% APR and Earning Interest Per Day Of $416,890.00 -By Law- On the Direction and U.S.C.§ 102 (1) (B) Notice Of Judgment/Order Creditor Lafonza Earl Washington.

8. RE-NOTICE Of the Court's Entry Of It's Duty To Strike Debtor's Response To Lafonza Earl Washington's Demand For Immediate Distribution Dated July 12, 2006, Pursuant To Fed.R.Civ.P. Rule 12 (f).

9. Delphi Automotive Systems (Holding), Inc. Unanimous Written Consent Of the Board Of Directors guaranteeing the payment of "ALL" obligations, including Lafonza Earl Washington's Claims.

10. CERTIFICATE OF SERVICE.


Please process according to law. Thank you.


In Truth, Justice & Peace,

*Earl Washington*
Earl Washington