# Case Information

Below is pertinent case information regarding Delphi's chapter 11 filing.

| | |
|---|---|
| **Debtors** | Delphi Corp. |
| **Filing Date** | October 8, 2005 |
| **Case Number** | 05-44481 |
| **Where Filed** | United States Bankruptcy Court for the Southern District of New York |
| **Judge** | Robert D. Drain |
| **Court Filed Documents** | www.delphidocket.com |
| **Bankruptcy Court Website** | www.nysb.uscourts.gov |
| **DIP Financing** | $4.5 billion in credit facilities, including a new $2 billion debtor-in-possession (DIP) financing facility. |
| **Legal Advisors** | John Wm. Butler, Jr.<br>John K Lyons<br>Ron E. Meisler<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive<br>Chicago, Illinois 60606<br><br>Kayalyn A Marafioti<br>Thomas J. Matz<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, New York 10036 |
| **Notice and Claims Agent** | Kurtzman, Carson Consultants<br>12910 Culver Blvd., Suite 1<br>Los Angeles, California 90066<br>+1 310.823.9000 | www.delphidocket.com |
| **Reorganization Information Hotline** | U.S. +1 866.688.8740 | International: +1 248.812.2601 |
| **Supplier Hotline** | U.S. +1 866.688.8679 | International: +1 248.813.2602 |