**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE ) | CHAPTER 11 |
| ) | |
| DELPHI CORPORATION <u>ET AL.</u>, ) | CASE NO. 05-44481 (RDD) |
| ) | |
| DEBTORS. ) | (JOINTLY ADMINISTERED) |
| ) | |

## CERTIFICATE OF SERVICE

I, Lafonza Earl Washington deposes, states:

That on September 28, 2006, he did serve by United States Postal Service mail, postage prepaid, the below-identified documents upon the below-named persons:

    1.   AFFIDAVIT For Entry Of Issuance Of Writ Of Execution and Delivered To An Officer For Enforcement On Statutory Direction According To Law By Judgment/Order Creditor Lafonza Earl Washington.

    2.   Direct Deposit Sign-Up Form.

    3.   Claim recording and claims register confirmation letter from Kathleen Farrell-Willoughby, Clerk of the above-named Bankruptcy Court.

    4.   Case Information sheet.

    5.   Voluntary Petition filed by the Delphi Corporation.

    6.   NOTICE OF HEARING ON FIRST DAY MOTIONS verifying the Human Capital Obligations and Cash Management Orders entered on October 8, 2005.

    7.   RE-NOTICE Of Motion and Application For the Court's Entry Of Order Enforcing Writ Of Execution Process Disbursing Human Capital Obligations and Cash Management Orders Previously Entered On October 8, 2005, But Disobeyed, For the Statutory Payment Of Money In the Sum Certain Of $1,029,114,359.00 At 15% APR and Earning Interest Per Day Of $416,890.00 -By Law- On the Direction and U.S.C.§ 102 (1) (B) Notice Of Judgment/Order Creditor Lafonza Earl Washington.

    8.   RE-NOTICE Of the Court's Entry Of It's Duty To Strike Debtor's Response To Lafonza Earl Washington's Demand For Immediate Distribution Dated July 12, 2006, Pursuant To Fed.R.Civ.P. Rule 12 (f).

    9.   Delphi Automotive Sysstems (Holding), Inc. Unanimous Written Consent Of the Board Of Directors guaranteeing the payment of <u>"ALL"</u> obligations, including Lafonza Earl Washington's Claims.

10.  CERTIFICATE OF SERVICE.

Please process according to law.  Thank you.

BY: *Lafonza Earl Washington*
Lafonza Earl Washington
Creditor

Mailed To:
U.S. Bankruptcy Court
Southern District of New York
ATTENTION: ANATIN
Appeals and Judgment Department
One Bowling Green
New York, N.Y.  10004

U.S. Bankruptcy Court
Southern District of New York
Clerk of the Court
One Bowling Green
New York, N.Y.  10004

Department of the Treasury
Financial Management Service
Judgment Fund Branch
Kevin McIntyre, Disbursing Officer
3700 East-West Highway
Hyattsville, MD  20782

Debtors at Delphi Corporation
5725 Delphi Drive
Troy, MI  48098
(Att'n:  General Counsel)