Standard Form 1199A
(Rev. June 1987)
Prescribed by Treasury Department
Treasury Dept. Cir. 1076

OMB No. 1510-0007

# DIRECT DEPOSIT SIGN-UP FORM
## DIRECTIONS

- To sign up for Direct Deposit, the payee is to read the back of this form and fill in the information requested in Sections 1 and 2. Then take or mail this form to the financial institution. The financial institution will verify the information in Sections 1 and 2, and will complete Section 3. The completed form will be returned to the Government agency identified below.

- A separate form must be completed for each type of payment to be sent by Direct Deposit.

- The claim number and type of payment are printed on Government checks. (See the sample check on the back of this form.) This information is also stated on beneficiary/annuitant award letters and other documents from the Government agency.

- Payees must keep the Government agency informed of any address changes in order to receive important information about benefits and to remain qualified for payments.

## SECTION 1 (TO BE COMPLETED BY PAYEE)

**A NAME OF PAYEE** (last, first, middle initial)
Washington, Lafonza E.

**ADDRESS** (street, route, P.O. Box, APO/FPO)
7010 Cranwood Drive

CITY: Flint    STATE: MI    ZIP CODE: 48505

**TELEPHONE NUMBER** 922-0308

**B NAME OF PERSON(S) ENTITLED TO PAYMENT**
Lafonza Earl Washington

**C CLAIM OR PAYROLL ID NUMBER**

**D TYPE OF DEPOSITOR ACCOUNT** ☒ CHECKING ☐ SAVINGS

**E DEPOSITOR ACCOUNT NUMBER**

**F TYPE OF PAYMENT** (Check only one)
☐ Social Security
☐ Supplemental Security Income
☐ Railroad Retirement
☐ Civil Service Retirement (OPM)
☐ VA Compensation or Pension
☐ Fed. Salary/Mil. Civilian Pay
☐ Mil. Active
☐ Mil. Retire
☐ Mil. Survivor
☒ Other  11 USC §502 (a)
(specify)

**G THIS BOX FOR ALLOTMENT OF PAYMENT ONLY** (if applicable)
TYPE: N/A    AMOUNT: N/A

### PAYEE/JOINT PAYEE CERTIFICATION

I certify that I am entitled to the payment identified above, and that I have read and understood the back of this form. In signing this form, I authorize my payment to be sent to the financial institution named below to be deposited to the designated account.

SIGNATURE: *Lafonza Earl Washington*    DATE: 09/28/06
SIGNATURE:    DATE:

### JOINT ACCOUNT HOLDERS' CERTIFICATION (optional)

I certify that I have read and understood the back of this form, including the SPECIAL NOTICE TO JOINT ACCOUNT HOLDERS.

SIGNATURE:    DATE:
SIGNATURE:    DATE:

## SECTION 2 (TO BE COMPLETED BY PAYEE OR FINANCIAL INSTITUTION)

**GOVERNMENT AGENCY NAME**
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
CLERK'S OFFICE

**GOVERNMENT AGENCY ADDRESS**
ATTENTION: ANATIN
APPEALS AND JUDGMENT DEPT.
ONE BOWLING GREEN
NEW YORK, N.Y. 10004

## SECTION 3 (TO BE COMPLETED BY FINANCIAL INSTITUTION)

**NAME AND ADDRESS OF FINANCIAL INSTITUTION**

**ROUTING NUMBER**    **CHECK DIGIT**

**DEPOSITOR ACCOUNT TITLE**

### FINANCIAL INSTITUTION CERTIFICATION

I confirm the identity of the above-named payee(s) and the account number and title. As representative of the above-named financial institution, I certify that the financial institution agrees to receive and deposit the payment identified above in accordance with 31 CFR Parts 240, 209, and 210.

PRINT OR TYPE REPRESENTATIVE'S NAME    SIGNATURE OF REPRESENTATIVE    TELEPHONE NUMBER    DATE

Financial institutions should refer to the GREEN BOOK for further instructions.
**THE FINANCIAL INSTITUTION SHOULD MAIL THE COMPLETED FORM TO THE GOVERNMENT AGENCY IDENTIFIED ABOVE.**

DISTRIBUTION: 1) Government    2) Bank    3) Customer

↓
JPMORGAN CHASE
FLINT, MI  48502