UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                    :
IN RE:                              :    CHAPTER 11
                                    :
DELPHI CORPORATION et al,           :    CASE NO. 05-44481 (RDD)
                                    :
                    DEBTORS         :    (JOINTLY ADMINISTERED)
                                    :
------------------------------------x

### RE-NOTICE
OF THE COURT'S ENTRY OF IT'S DUTY TO STRIKE
DEBTORS' RESPONSE TO LAFONZA EARL WASHINGTON'S
DEMAND FOR IMMEDIATE DISTRIBUTION DATED
JULY 12, 2006, PURSUANT TO FED.R. OF CIV.P.,
RULE 12 (f)

PLEASE TAKE NOTICE that Judgment/Order Creditor Lafonza Earl Washington is making this Application or Title 11 U.S.C. § 102 (1) (B) Notice that authorizes the act to be done without an actual "HEARING" which Notice is given properly based on the res judicata doctrine status of the Human Capital Obligations and Cash Management Orders statutorily entered by the Court on October 8, 2005, and by law under 11 U.S.C. § 301 Voluntary Petition "ENTRY" of Order for Relief requirements, and is a thing decided, is final, is conclusive in any subsequent litigation involving this same subject matter or cause of action.

PLEASE TAKE FURTHER NOTICE that 11 U.S.C. § 301 was freely chosen to be filed under by the Delphi Corporation et al and by law the statutory Order For Relief provided under the Voluntary Petition has the legal force of an "ENTRY" of an Order For Relief for both Debtor and Claimant according to 11 U.S.C. § 102 (6).

PLEASE TAKE FURTHER NOTICE that the Court did "NOT" direct

- 2 -

any response to the Claim herein and the response of the Debtors thru its attorneys is without legal force under the Federal Rules of Bankruptcy Procedure, Rule 9014 (a) and the Federal Rules of Civil Procedure, Rules 12 (f), which makes it "BOUND" on the Court to "strike" Debtor's Response dated July 12, 2006.

. PLEASE TAKE FURTHER NOTICE that pursuant to Fed.R. of Bankr. P., Rule 5005 (a) (1) the clerk shall "NOT" refuse to accept for filing any petition or other paper presented for the purpose of filing...

_____
Clerk of the Court