ALSTON & BIRD LLP
Dennis J. Connolly (DC-9932)
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone (404) 881-7000
Facsimile (404) 881-7777

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                        :
In re:                                  :   Chapter 11
                                        :
    DELPHI CORPORATION, et. al.,        :   Case No. 05-44481 (RDD)
                                        :
                            Debtors.    :   Jointly Administered
------------------------------------------------------------x
```

## AFFIDAVIT OF SERVICE

STATE OF GEORGIA

COUNTY OF FULTON

DAVID A. WENDER, having personally appeared before the undersigned officer, duly authorized to administer oaths in the State of Georgia, and having been duly sworn, deposes and states as follows:

1.      I am not a party to this action, am over 18 years of age, and am employed by Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, Georgia 30309-3424.

2.      On the 12th day of October 2006, I caused true and correct copies of the **Response of Cadence Innovation LLC to Debtors' First Omnibus Objection to Claims** to be delivered into the custody of the United States Postal Service, first-class, postage prepaid, to those parties listed on the service list

attached hereto as Exhibit A.

FURTHER AFFIANT SAYETH NOT.


/s/ David A. Wender
DAVID A. WENDER

Sworn to and subscribed before me
this 12th day of October 2006.

/s/ Tedra Ellison
NOTARY PUBLIC

Commission Expires:

July 19, 2008

# EXHIBIT A

## SERVICE LIST

| | |
|---|---|
| Delphi Corporation<br>Attn: General Counsel<br>5725 Delphi Drive<br>Troy, MI  48098 | John Wm. Butler, Jr.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL  60606 |
| Kenneth S. Ziman<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY  10017 | Donald Bernstein<br>Brian Resnick<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY  10017 |
| Robert J. Rosenberg<br>Mark A. Broude<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY  10022 | Bonnie Steingart<br>Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY  10004 |
| Alicia M. Leonhard<br>Office of the U.S. Trustee<br>Southern District of New York<br>33 Whitehall Street<br>Suite 2100<br>New York, NY  10004 | |