COOLEY GODWARD KRONISH LLP
1114 Avenue of the Americas
New York, New York 10036
(212) 479-6000
Stephen D. Gardner

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK,
------------------------------ x
In re:

DELPHI CORPORATION, et al.,

        Debtor,

Chapter 11
Case No. 05-44481 (RDD)

------------------------------ x

## NOTICE OF CHANGE OF FIRM NAME

**PLEASE TAKE NOTICE** that effective October 1, 2006, Kronish Lieb Weiner & Hellman LLP merged with Cooley Godward, LLP to form Cooley Godward Kronish LLP. The firm's New York address and telephone number remain the same.

**PLEASE TAKE NOTICE** that the Debtor will file a supplemental retention application with this Court shortly, requesting authority to retain Cooley Godward Kronish LLP as its counsel.

Dated: New York, New York
      October 12, 2006

COOLEY GODWARD KRONISH LLP
1114 Avenue of the Americas
New York, NY 10036
Tel: 212-479-6000
Fax: 212-479-6275

By: /s/ Stephen D. Gardner
      Stephen D. Gardner

893556v2