IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **DELPHI CORPORATION,** *et al.* | § | Case No. 05-44481 (RDD) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

## RESPONSE OF BRAZEWAY, INC. TO NOTICE OF OBJECTION TO CLAIM

NOW COMES Brazeway, Inc., by its undersigned attorneys, and in response to the Debtors' Notice of Objection to Claim No. 15614, a copy of which is attached (without exhibits), hereby states that the purpose for filing the Proof of Claim was on a provisional basis only, that the claim has been assigned to JP Morgan Chase Bank which filed a Proof of Claim as indicated in surviving claim number 14052.

Respectfully submitted,

Dated:  October 12, 2006

By: __/s/ Bruce N. Elliott_____
Bruce N. Elliott (P28770)
Conlin, McKenney & Philbrick, Inc.
Attorneys for Brazeway, Inc.
350 South Main Street, Suite 400
Ann Arbor, MI   48104
(734) 761-9000
elliott@cmplaw.com

H:\CLM\Brazeway\Delphi\Response to Notice of Objection to Claim 10.12.06.doc