FORM B10 (Official Form 10) (04/05)

| UNITED STATES BANKRUPTCY COURT __SOUTHERN__ DISTRICT OF __NEW YORK__ | PROOF OF CLAIM |
|---|---|

| Name of Debtor: **DEPHI AUTOMOTIVE SYSTEMS, LLC** | Case Number: **05-44481 (RDD)** |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

**BRAZEWAY, INC.**

Name and address where notices should be sent:
c/o Bruce N. Elliott
Conlin, McKenney & Philbrick, P.C.
350 South Main Street, Suite 400
Ann Arbor, MI    48104
Telephone number:    734-761-9000

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here if this claim    ☐ replaces    a previously filed claim, dated:_____
                            ☐ amends

1. **Basis for Claim**
   - **XX** Goods Sold / Services Performed
   - ☐ Customer Claim
   - ☐ Taxes
   - ☐ Money Loaned
   - ☐ Personal Injury
   - ☐ Other _____

   - ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☐ Wages, salaries, and compensation (fill out below)
     Last four digits of SS #: _____
     Unpaid compensation for services performed
     from _____ to _____
           (date)              (date)

2. **Date debt was incurred:**
   **April-October 2005**

3. **If court judgment, date obtained:**

4. Total Amount of Claim at Time Case Filed:  $ **1,308,594.45*** _____  **$572,707.98***  **$1,881,302.43***
   (unsecured)    (secured)    (priority)    (Total)

   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.    ***See attached explanation.**

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).

   Brief Description of Collateral:
   ☐ Real Estate    ☐ Motor Vehicle
   ☐ Other _____

   Value of Collateral:   $ _____

   Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

6. **Unsecured Nonpriority Claim** $ **1,308,594.45**

   **XX** Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   **XX** Check this box if you have an unsecured priority claim
   Amount entitled to priority $ **572,707.98**
   Specify the priority of the claim:
   ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.*

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date **7/28/06** | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):   **Bruce N. Elliott** |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

U. S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:                                          )
                                                )
DELPHI AUTOMOTIVE SYSTEMS, LLC  )
                                                )       Case No. 05-44481 (RDD)
         Debtor                                 )

## EXPLANATION TO PROOF OF CLAIM OF BRAZEWAY, INC.

Brazeway has previously assigned its claim to JP Morgan Chase Bank who has filed a Proof of Claim, a copy of which is attached. Brazeway's claim may be duplicative and is provisional and intended to provide notice of Brazeway's interest in the event all or part of the claim is reassigned or returned to Brazeway and thereafter pursued by Brazeway in its own name as the real party in interest.

Dated: July 28, 2006

Respectfully submitted,

By:_____
Bruce N. Elliott
Conlin, McKenney & Philbrick, P.C.
350 South Main Street, Suite 400
Ann Arbor, MI  48104
(734) 761-9000

H:\CLM\Brazeway\Delphi\Explanation of Claim.wpd

FORM B10 (10/05)

| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: DELPHI AUTOMOTIVE SYSTEMS, LLC | Case Number: 05-44481 (RDD) | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**JPMORGAN CHASE BANK, N.A.**
**(AS ASSIGNEE OF BRAZEWAY, INC.)**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

Name and address where notices should be sent:
**JPMORGAN CHASE BANK, N.A.**
**(AS ASSIGNEE OF BRAZEWAY, INC.)**
**270 PARK AVENUE**
**NEW YORK, NY 10017**
**ATTN: STANLEY LIM**
Telephone number: 212-270-4421

X Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor: N/A

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

1. **Basis for Claim**
   - X Goods sold
   - ☐ Services performed
   - ☐ Money loaned
   - ☐ Personal injury/wrongful death
   - ☐ Taxes
   - ☐ Other
   - ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☐ Wages, salaries, and compensation (fill out below)
     Last four digits of your SS #: _____
     Unpaid compensation for services performed
     from _____ to _____
     (date)          (date)

2. Date debt was incurred: **April – October, 2005**

3. If court judgment, date obtained: N/A

4. **Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

   **Unsecured Nonpriority Claim** $1,308,594.45
   X Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

   **Secured Claim**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____
   Value of Collateral: $_____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $

   **Unsecured Priority Claim**
   X Check this box if you have an unsecured claim, all or part of which is entitled to priority.
   Amount entitled to priority $572,707.98

   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
   ☐ Wages, salaries, commissions (up $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
   ☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
   X Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(1) (Reclamation rights under 11 U.S.C. § 503(b) and 546 (c)).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

5. Total Amount of Claim at Time Case Filed:
   $1,308,594.45 (unsecured)   N/A (secured)   $572,707.98 (priority)   $1,881,302.43 (Total)

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

7. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

2006 JAN -6 P 12: 38
FILED BANKRUPTCY COURT
S.D. OF N.Y.

Date: January 6, 2006

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
JPMORGAN CHASE BANK, N.A.
By: /s/ Stanley Lim
Name: Stanley Lim
Title: Authorized Signatory

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.