IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **DELPHI CORPORATION,** *et al.* | § | Case No. 05-44481 (RDD) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 12, 2006, I electronically filed the Response of Brazeway, Inc. to Notice of Objection to Claim and this Certificate of Service with the Clerk of Court using the ECF system which will send notification of such filing to counsel of record which are participants in the ECF.

Respectfully submitted,

Dated: October 12, 2006

By: __/s/ Bruce N. Elliott_____
Bruce N. Elliott (P28770)
Conlin, McKenney & Philbrick, Inc.
Attorneys for Brazeway, Inc.
350 South Main Street, Suite 400
Ann Arbor, MI  48104
(734) 761-9000
elliott@cmplaw.com

H:\CLM\Brazeway\Delphi\COS 10.12.06.doc