Rick L. Sizemore
6595 Westminster Drive
East Amherst, NY 14051
716.741.2564
rsizem7738@aol.com



UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>DELPHI CORPORATION,<br><br>Debtor. | Case No. 05-44481-RDD<br><br>Chapter 11<br><br>Judge Robert D. Drain<br><br>(Jointly Administered) |

## RESPONSE OF RICK L. SIZEMORE TO DEBTORS'
## FIRST OMNIBUS OBJECTION

Rick L. Sizemore responds to Debtors' First Omnibus Objection Pursuant to 11 U.S.C. §§ 102(1) And §502(b) and Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 to Certain (I) Duplicate and Amended Claims and (II) Equity Claims filed on September 19, 2006. Debtors object to Claim No. 14014 filed by respondent on July 31, 2006 in the amount of $211,330.38 with the Basis of Objection equal to Equity. This claim should be allowed priority claim in the amount of $211,330.38. This was not "Common Stock. The Delphi Corporation et al eliminated this representation prior to by Date of Claim ". This claim was a mutual fund based on Delphi Common Stock. This mutual fund was owned and operated by Delphi and in the interest of Delphi. Monies were paid to Delphi for shares of the Mutual Fund. The shares were replaced by units which tracked "Common Stock" share pricing on Open Market minus administration expenses and cash retentions. These units were not afforded the basis of "Common Stock", certificates were not available, and could not be transferred as "Common Stock" to other entities.

Additional reference:
As per the Delphi Corporation's Statement Definitions:
    "Shares" = "Shares are your units of ownership of investments in your account" (not stock)
    "Units" = "Your interest in your company stock fund is expressed in units not shares. The value of each unit is determined by dividing the number of units outstanding. Unitization is a method that combines common stock with short term investments. The short term investment portion of the fund enables stock fund trading every business day, similar to mutual funds rather than the typical three day settlement period which occurs when stock is traded on the open market Unitization does not affect the initial market value of your ownership in company stock only the manner in which it is expressed."

Rick L. Sizemore has the "ultimate authority to reconcile, settle, or otherwise resolve" this dispute on behalf of himself. His address is 6595 Westminster Road, East Amherst, New York 14051.

*[signature]*

Rick L Sizemore, pro se
6595 Westminster Drive
East Amherst, NY 14051
716.741.2564
rsizem7738@aol.com

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the Response of Rick L. Sizemore to Debtors' First Omnibus Objection was served via FedEx on this 11th day of October, 2006 upon the following parties:

( *Note: A 3.5 inch disk with Widows-based word processing format of this Response was included with hard copy for the Honorable Robert D. Drain)*

John Wm. Butler
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606

Brian Resnick, Esq.
Donald Bernstein, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Bonnie Steingart
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004

Robert J. Rosenberg
Mark A. Broude
Latham & Watkins
885 Third Avenue
New York, NY 10022

Honorable Robert D. Drain
United States Bankruptcy Judge
U.S. Bankruptcy Court
Southern District of New York
Delphi Corporation Claims
One Bowling Green
Room 534
New York, NY 1004-1408

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street Suite 2100
New York, NY 10004

Delphi Corporation
5725 Delphi Drive
Troy, Mi. 48098
Attn: General Counsel

Kenneth S. Ziman, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

_____
Rick L Sizemore, pro se
6595 Westminster Drive
East Amherst, NY 14051
716.741.2564
rsizem7738@aol.com