Hearing Date and Time: October 19, 2006 at 10:00 a.m.
Objection Deadline: October 12, 2005 at 4:00 p.m.

David M. Posner (DP 6505)
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, NY  10022
(212) 918-3000

        and

Edward C. Dolan
HOGAN & HARTSON L.L.P.
Columbia Square
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
(202) 637-5600

Attorneys for Umicore Autocat Canada Corp.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | | |
|---|---|---|
| *In re*: | : | |
| | : | **Chapter 11** |
| | : | |
| DELPHI CORPORATION, *et al.*, | : | **Case No. 05-44481 (RDD)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

-------------------------------------------------------------x

## RESPONSE OF UMICORE AUTOCAT CANADA CORP.
## TO DEBTORS' FIRST OMNIBUS CLAIMS OBJECTION

      Umicore Autocat Canada Corp. ("UACC"), by and through its

undersigned counsel Hogan & Hartson L.L.P., respectfully responds to the Debtors'

First Omnibus Claims Objection dated September 19, 2006 ( the "First Omnibus

Claims Objection"), and states as follows:

      1.      Prior to the filing of the petitions for relief herein, UACC sold

and provided products and services ("Pre-Petition Products and Services") to Delphi

Automotive Systems LLC ("DAS") for the benefit of DAS and for the benefit of

Delphi Corporation ("Delphi").  UACC continues to sell and provide post-petition

products and services to DAS for the benefit of DAS and for the benefit of Delphi.

2.    On July 28, 2006, UACC timely filed its claim for amounts

outstanding and owed to it on account of Pre-Petition Products and Services against

DAS in the amount of $10,671,101.82 (the "Claim against DAS").  A true and correct

copy of the Claim against DAS is attached hereto as <u>Exhibit A</u> and is incorporated

herein by reference.

3.    On July 28, 2006, UACC timely filed a second claim for amounts

outstanding and owed to it on account of Pre-Petition Products and Services against

Delphi in the amount of $10,671,101.82 (the "Claim against Delphi").  A copy of the

Claim against DAS was attached as an exhibit (the "Delphi Claim Exhibit") to the

Claim against Delphi. A true and correct copy of the Claim against Delphi is

attached hereto as <u>Exhibit B</u> and is incorporated herein by reference.

4.    The Claim against DAS was given Claim No. 12922 on the

Delphi Claims Register.

5.    The Claim against Delphi was given Claim No. 12923 on the

Delphi Claims Register.

6.    On the Delphi Claims Register, there appears to be a second

UACC Claim against DAS, Claim No. 12924, a seeming duplicate of Claim No.

12922.  UACC did not file a second Claim against DAS.  Perhaps the copy of the

Claim against DAS, filed as the Delphi Claim Exhibit, became detached from the

Claim against Delphi and was docketed as a second Claim against DAS, Claim N. 12924.

7.    Because UACC did not intend to file two claims against DAS, UACC does not object to withdrawing or having expunged one of the Claims against DAS as long as one of the Claims against DAS and the Claim against Delphi are preserved and survive the First Omnibus Claims Objection.

8.    Although UACC does not object to having one of the duplicate Claims against DAS disallowed or expunged, such action should be without prejudice to UACC because of its possible effect on the UACC Claim against Delphi if the Delphi Claim Exhibit was inadvertently detached from that claim.

9.    Further, the UACC Claim against DAS contains the original signature of the authorized representative of UACC.  Based on the status of the Delphi Claims Register, UACC does not know whether Claim No. 12922 or 12924 contains the original signature.  Any disallowance or expunging of the "duplicate" UACC Claim against DAS should be without prejudice to UACC's rights under the surviving UACC Claim against DAS if the claim with the original signature is disallowed or expunged.

10.    UACC reserves the right to amend, modify and supplement both the surviving UACC Claim against DAS and the UACC Claim against Delphi.

**Wherefore**, the premises considered, Umicore Autocat Canada Corp. consents to the relief sought in the Debtor's First Omnibus Claims Objection to the extent of disallowing or expunging the "duplicate" Claim against DAS, without

prejudice, however, to UACC because of its possible effect on the UACC Claim against Delphi if the Delphi Claim Exhibit was inadvertently detached from that claim, and without prejudice to UACC's rights under the surviving UACC Claim against DAS if the claim with the original signature is disallowed or expunged. Further, UACC requests that this court grant UACC whatever further relief the Court deems appropriate.

Dated:        New York, New York
              October 12, 2006

                                  **HOGAN & HARTSON L.L.P.**


                                   _/s/ David M. Posner_____
                                  David M. Posner(DP 6505)
                                  875 Third Avenue
                                  New York, NY 10022
                                  Telephone: (212) 918-3000
                                  Facsimile: (212) 918-3100

                                          and

                                  Edward C. Dolan
                                  HOGAN & HARTSON L.L.P.
                                  Columbia Square
                                  555 Thirteenth Street, N.W.
                                  Washington, D.C. 20004-1109
                                  Tel. No. (202) 637-5600
                                  Fax No. (202) 637-5910


                                  Attorneys for Umicore Autocat Canada Corp.

## CERTIFICATE OF SERVICE

I certify that true and correct copies of the foregoing were served electronically (where email addresses are indicated, otherwise by overnight delivery) on October 12, 2006 on the following:

John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
jbutler@skadden.com

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel

Simpson Thacher &
Bartlett LLP, 425 Lexington Avenue,
New York, New York 10017
(Att'n: Kenneth S. Ziman)

Davis Polk& Wardell, 450 Lexington Avenue,
New York, New York 10017 (Att'n: Donald
Bernstein, Brian Resnick)
donald.bernstein@dpw.com
brian.resnick@dpw.com

Robert J. Rosenberg
Latham & Watkins
885 Third Avenue
New York, NY 10022
(212) 906-1200
Fax : (212) 751-4864
Email: robert.rosenberg@lw.com

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
kmarafio@skadden.com

Alicia M. Leonhard, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Bonnie Steingart
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
Tel. 212.859.8000
Fax 212.859.4000
Email: steinbo@friedfrank.com

_____/s/  Edward C. Dolan_____