# Exhibit B

\\\DC - 070547/000630 - 2376451 v1

FORM B10 (Official Form 10) (04/05)

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

| | |
|---|---|
| Name of Debtor<br>**DELPHI CORPORATION** | Case Number 05-44481 (RDD)<br>Chapter 11 |

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**Umicore Autocat Canada Corp.**

Name and address where notices should be sent:
**Umicore Autocat Canada Corp.**
**4261 Mainway Drive**
**Burlington-Ontario ON L7R 3Y8**
**Canada**

*With copies to:*

**Umicore Autocat Canada Corp.**
**c/o Umicore Autocat USA Inc.**
**2347 Commercial Drive**
**Auburn Hills, MI 48326**
*and*
**Edward C. Dolan**
**Hogan & Hartson L.L.P.**
**555 Thirteenth Street, NW**
**Washington, D.C. 20004-1109**
**Telephone number:**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

This Space is for Court Use Only

U.S. BANKRUPTCY COURT
FILED
2006 JUL 8 P 1:15
S.D.N.Y.

Last four digits of account or other number by which creditor identifies debtor:

Check here if:
☐ this claim **replaces** a previously filed claim, dated: _____
☐ this claim **amends** a previously filed claim, dated: _____

**1. Basis for Claim**
[X] Goods sold / Services performed
☐ Customer Claim
☐ Taxes
☐ Money loaned
☐ Personal injury
[X] Other: *This Claim is a duplicate of that filed in Delphi Automotive Systems LLC, Case Number 05-44640 (RDD)*

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)

Last four digits of your SS #: _____

Unpaid compensation for services performed
from _____ to _____
   (date)       (date)

**2. Date debt was incurred: 2/3/2004 through 10/8/2005**

**3. If court judgment, date obtained:**

**4. Classification of Claim.**

**Unsecured Nonpriority Claim** $<u>10,671,101.82**</u>
[X] Check this box if : a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other:
Value of Collateral: $ _____
Amount of arrearage and other charges <u>at time case filed</u> included in secured claim, if any: $ _____

**Unsecured Priority Claim.**
[X] Check this box if you have an unsecured claim, all or part of which is entitled to priority.
Amount entitled to priority $ <u>(**unliquidated)</u>
Specify the priority of the claim:
☐ Domestic Support Obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,225* of deposits toward purchase, lease or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

897652_49

FORM B10 (Official Form 10) (04/05)

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

[X] Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(2).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter
with respect to cases commenced on or after the date of adjustment.*

**    *To the extent that the Reclamation Demand of Umicore Autocat Canada Corp. (Reclamation Demand No. 419) is allowed under the Court's November 4, 2005 Amended Final Order Establishing Procedures For The Treatment Of Reclamation Claims (D.E. 881), that portion of this claim is entitled to priority as an administrative expense of the estate.*

---

5.  **Total Amount of Claim at Time Case Filed: $10,671,101.82**    _____    (**unliquidated)    $10,671,101.82****
    (Unsecured)      (Secured)      (Priority)      (Total)

    If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.

    ☐  Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6.  **Credits:**  The amount of all payment on this claim has been credited and deducted for the purpose of making this proof of claim.

7.  **Supporting Documents:**  *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of line.  DO NOT SEND ORIGINAL DOCUMENTS.  If the documents are not available, explain.  If the documents are voluminous, attach a summary. **See attached.**

8.  **Date-Stamped Copy:**  To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space is for Court Use Only

Date:
**July 25, 2006**

Sign and print the name and title, if any, of the creditor or other person authorized to file claim:
**Umicore Autocat Canada Corp.**

By: _____

Name: **William Staron**

Title: *CHIEF EXECUTIVE OFFICER*

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**FORM B10** (Official Form 10) (04/05)

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>**DELPHI AUTOMOTIVE SYSTEMS LLC** | **Case Number 05-44640 (RDD)**<br>**Chapter 11** | |
|---|---|---|

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**Umicore Autocat Canada Corp.**

Name and address where notices should be sent:
**Umicore Autocat Canada Corp.**
**4261 Mainway Drive**
**Burlington-Ontario ON L7R 3Y8**
**Canada**

*With copies to:*

**Umicore Autocat Canada Corp.**
**c/o Umicore Autocat USA Inc.**
**2347 Commercial Drive**
**Auburn Hills, MI 48326**
*and*
**Edward C. Dolan**
**Hogan & Hartson L.L.P.**
**555 Thirteenth Street, NW**
**Washington, D.C. 20004-1109**
**Telephone number:**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

This Space is for Court Use Only

Last four digits of account or other number by which creditor identifies debtor:

Check here if:
☐ this claim **replaces** a previously filed claim, dated: _____
☐ this claim **amends** a previously filed claim, dated: _____

**1. Basis for Claim**
[X] Goods sold / Services performed
☐ Customer Claim
☐ Taxes
☐ Money loaned
☐ Personal injury
☐ Other:

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS #: _____
Unpaid compensation for services performed
from _____ to _____
(date)           (date)

**2. Date debt was incurred: 2/3/2004 through 10/8/2005**

**3. If court judgment, date obtained:**

**4. Classification of Claim.**

Unsecured Nonpriority Claim $<u>10,671,101.82**</u>
[X] Check this box if : a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

Secured Claim.
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle    ☐ Other:
Value of Collateral: $ _____
Amount of arrearage and other charges <u>at time case filed</u> included in secured claim, if any: $ _____

Unsecured Priority Claim.
[X] Check this box if you have an unsecured claim, all or part of which is entitled to priority
Amount entitled to priority $ **(**unliquidated)**
Specify the priority of the claim:
☐ Domestic Support Obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,225* of deposits toward purchase, lease or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

897652_47

**FORM B10** (Official Form 10) (04/05)

[X] Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(2).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter
with respect to cases commenced on or after the date of adjustment.*

**\*\*** *To the extent that the Reclamation Demand of Umicore Autocat Canada Corp. (Reclamation Demand
No. 419) is allowed under the Court's November 4, 2005 Amended Final Order Establishing Procedures
For The Treatment Of Reclamation Claims (D.E. 881), that portion of this claim is entitled to priority as
an administrative expense of the estate.*

5. **Total Amount of Claim at Time Case Filed:** $10,671,101.82\*\* _____ (\*\*unliquidated) $10,671,101.82\*\*

                              (Unsecured)     (Secured)     (Priority)     (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| | This Space is for Court Use Only |
|---|---|
| 6. **Credits:** The amount of all payment on this claim has been credited and deducted for the purpose of making this proof of claim. <br> 7. **Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of line.  DO NOT SEND ORIGINAL DOCUMENTS.  If the documents are not available, explain.  If the documents are voluminous, attach a summary. **See attached.** <br> 8. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | |
| Date: <br> **July 25, 2006** | Sign and print the name and title, if any, of the creditor or other person authorized to file claim: <br> **Umicore Autocat Canada Corp.** <br><br> By: _____ <br><br> _Name: **William Staron** <br> Title: *CHIEF EXECUTIVE OFFICER* | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**Customer 300000**   Delphi Energy & Management System

| Bill.Doc. | Reference | Header txt | Type | Doc..Date | DC amount | Curr. | Arrear | Base line date |
|---|---|---|---|---|---|---|---|---|
| 79000031 | 0550024406 | Pay1 12/01-- DSLCC Qty? | DR | 12/1/2004 | $ (19,053.60) | USD | 313 | 12/2/2004 |
| 79000031 | 0550024406 | | IN | 10/2/1004 | $ | USD | 313 | 12/2/2004 |
| 79000212 | 0550037958 | ACF125011224 - CBD | DR | 10/29/2004 | $ 19,574.40 | USD | 313 | 12/2/2004 |
| 79000212 | 0550037958 | | IN | 10/29/2004 | $ (75,831.14) | USD | 278 | 1/6/2005 |
| 79000274 | 0550056531 | ACF 125011224 - WED | DR | 10/29/2004 | $ 76,671.84 | USD | 313 | 12/2/2004 |
| 79000274 | 0550056531 | | IN | 10/29/2004 | $ (216,031.20) | USD | 278 | 1/6/2005 |
| 79000357 | 0550011336 | ACF125011224 - DFC | DR | 11/9/2004 | $ 217,756.00 | USD | 313 | 12/2/2004 |
| 79000357 | 0550011336 | | IN | 1/6/2005 | $ (10,571.04) | USD | 278 | 1/6/2005 |
| 79000370 | 0550037958 | ACF125011224 - CBD | DR | 11/9/2004 | $ 10,782.72 | USD | 282 | 1/2/2005 |
| 79000370 | 0550037958 | | IN | 1/6/2005 | $ (77,824.56) | USD | 278 | 1/6/2005 |
| 79000389 | 0550037958 | ACF125011224 - CBD | DR | 11/1/2004 | $ 78,687.36 | USD | 282 | 1/2/2005 |
| 79000389 | 0550037958 | | IN | 1/6/2005 | $ (69,120.26) | USD | 278 | 1/6/2005 |
| 79000396 | 0550016386 | ACF125011224 - CWC | DR | 11/2/2004 | $ 69,886.56 | USD | 282 | 1/2/2005 |
| 79000396 | 0550016386 | | IN | 1/6/2005 | $ (8,438.85) | USD | 278 | 1/6/2005 |
| 79000399 | 0550037958 | ACF125011224 - CBD | DR | 11/4/2004 | $ 8,447.49 | USD | 282 | 1/2/2005 |
| 79000399 | 0550037958 | | IN | 1/6/2005 | $ (73,540.06) | USD | 278 | 1/6/2005 |
| 79000407 | 0550037958 | ACF125011224 - CBD | DR | 11/4/2004 | $ 74,355.36 | USD | 282 | 1/2/2005 |
| 79000407 | 0550037958 | | IN | 1/6/2005 | $ (121,066.44) | USD | 278 | 1/8/2005 |
| 79000484 | 0550024406 | ACF125011224 - LCC | DR | 11/8/2004 | $ 122,408.64 | USD | 282 | 1/2/2005 |
| 79000484 | 0550024406 | | IN | 11/9/2004 | $ (69,273.80) | USD | 278 | 1/6/2005 |
| 79000572 | 0550056531 | ACF125011224 - WED | DR | 1/6/2005 | $ 70,041.60 | USD | 282 | 1/2/2005 |
| 79000572 | 0550056531 | | IN | 11/16/2004 | $ (5,548.80) | USD | 278 | 1/6/2005 |
| 79000656 | 0550058532 | ACF125011224 - LFC | DR | 1/6/2005 | $ 5,546.40 | USD | 282 | 1/2/2005 |
| 79000656 | 0550058532 | | IN | 11/15/2004 | $ (174,172.65) | USD | 278 | 1/6/2005 |
| 79000725 | 0550037958 | ACF125011224 - CBD Qty? | DR | 1/6/2005 | $ 162,148.65 | USD | 282 | 1/2/2005 |
| 79000725 | 0550037958 | | IN | 11/17/2004 | $ (6,388.41) | USD | 278 | 1/6/2005 |
| 79000760 | 0550037383 | ACF125011224 - NJD Qty? | DR | 2/2/2005 | $ 6,540.66 | USD | 282 | 1/2/2005 |
| 79000760 | 0550037383 | | IN | 2/2/2005 | $ (69,210.46) | USD | 251 | 2/2/2005 |
| 79001161 | PAY'T 04/01/05 | ACF035012120 - DFC 432qty | DR | 2/2/2005 | $ 69,111.24 | USD | 251 | 2/2/2005 |
| 79001161 | 0550011336 | | IN | 12/15/2004 | $ (24,753.60) | USD | 251 | 2/2/2005 |
| 79001162 | PAY'T 04/01/05 | ACF035012120 - RNC 480qty | DR | 4/1/2005 | $ 20,628.00 | USD | 193 | 4/1/2005 |
| 79001162 | 0550011338 | | IN | 1/31/2005 | $ (10,571.04) | USD | 223 | 3/2/2005 |
| 79001168 | 0550016386 | ACF035012120 - FQD 864qty | DR | 4/1/2005 | $ 10,782.72 | USD | 193 | 4/1/2005 |
| 79001168 | 0550016386 | | IN | 1/31/2005 | $ (4,814.40) | USD | 223 | 3/2/2005 |
| 79001404 | 0550016386 | ACF025011809 FQD 782pcs | DR | 4/1/2005 | $ 4,760.60 | USD | 192 | 4/2/2005 |
| 79001404 | 0550016386 | FQD 582qty (diff 282) | IN | 2/4/2005 | $ (21,133.44) | USD | 192 | 4/2/2005 |
| 79001414 | 0550037958 | ACF035012120 -CBD 8640qty | DR | 3/2/2005 | $ 14,235.72 | USD | 192 | 4/2/2005 |
| 79001414 | 0550037958 | CBD 8600qty (diff 40) | IN | 2/1/2005 | $ (19,127.72) | USD | 192 | 4/2/2005 |
| 79001475 | PAY'T 04/28/05 | ACF045012405 - DFC 432qty | DR | 4/1/2005 | $ 19,029.88 | USD | 192 | 4/2/2005 |
| 79001475 | 0550011336 | | IN | 2/2/2005 | $ (77,932.60) | USD | 192 | 4/2/2005 |
| 79001489 | 0550011334 | ACF035012120 - TXD 960qty | DR | 4/28/2005 | $ 77,572.00 | USD | 166 | 4/28/2005 |
| 79001489 | 0550011334 | TXD 866qty (diff 94) | IN | 2/28/2005 | $ (10,571.04) | USD | 192 | 4/2/2005 |
| 79001662 | PAY'T 04/28/05 | ACF045012405 - HTC 844qty | DR | 4/1/2005 | $ 10,782.72 | USD | 192 | 4/2/2005 |
| 79001662 | 0550011335 | | IN | 2/2/2005 | $ (24,489.60) | USD | 192 | 4/2/2005 |
| 79001779 | PAY'T 04/28/05 | ACF045012405 - DFC 432qty | DR | 3/11/2005 | $ 22,091.66 | USD | 162 | 4/2/2005 |
| 79001779 | 0550011336 | | IN | 4/28/2005 | $ (8,051.76) | USD | 162 | 5/2/2005 |
| 79001810 | PAY'T 06/02/05 | ACF055012741 - DFC 424qty | DR | 3/28/2005 | $ 8,254.32 | USD | 162 | 5/2/2005 |
| 79001810 | 0550011336 | | IN | 6/2/2005 | $ (10,571.04) | USD | 131 | 6/2/2005 |
| 79002483 | PAY'T 08/02/05 | ACF075013343 - HTC 854qty | DR | 3/31/2005 | $ 10,782.72 | USD | 162 | 5/2/2005 |
| 79002483 | 0550011335 | | IN | 8/2/2005 | $ (10,583.04) | USD | 70 | 8/2/2005 |
| 79002485 | PAY'T 08/02/05 | ACF075013343 - DFC 426qty | DR | 5/30/2005 | $ 8,147.16 | USD | 101 | 7/2/2005 |
| 79002485 | 0550011336 | | IN | 8/2/2005 | $ (10,424.22) | USD | 70 | 8/2/2005 |
| 79002838 | PAY'T 09/02/05 | ACF085013663 - SFC 14,800 | DR | 5/30/2005 | $ 8,352.12 | USD | 101 | 7/2/2005 |
| 79002838 | 0550057603 | | IN | 9/2/2005 | $ (123,284.00) | USD | 39 | 9/2/2005 |
| 79002839 | PAY'T 09/02/05 | ACF085013663 - TJD 13,845 | DR | 7/11/2005 | $ 10,632.96 | USD | 39 | 9/2/2005 |
| 79002839 | 0550057626 | | IN | 9/2/2005 | $ 115,328.85 | USD | 39 | 9/2/2005 |
| 79002935 | PAY'T 09/02/05 | ACF085013663 - DFC 345qty | DR | 7/11/2005 | $ (320,927.10) | USD | 39 | 9/2/2005 |
| 79002935 | 0550011338 | | IN | 9/2/2005 | $ 343,064.00 | USD | 39 | 9/2/2005 |
| 79003010 | PAY'T 10/04/05 | ACF095014058 - KUD 960qty | DR | 7/20/2005 | $ (8,442.15) | USD | 39 | 9/2/2005 |
| 79003010 | PAY'T 10/04/05 | ACF095014058 - LCC 480qty | IN | 10/4/2005 | $ 8,611.20 | USD | 39 | 9/2/2005 |
| 79003011 | 0550024406 | | DR | 7/28/2005 | $ (8,227.20) | USD | 7 | 10/4/2005 |
| 79003011 | PAY'T 10/04/05 | ACF095014058 - CSD1008qty | IN | 10/4/2005 | $ (9,691.20) | USD | 7 | 10/4/2005 |
| 79003012 | 0550036544 | | DR | 7/28/2005 | $ 18,096.00 | USD | 39 | 9/2/2005 |
| 79003012 | PAY'T 10/04/05 | ACF095014058 -FBC 1152qty | IN | 10/4/2005 | $ (39,684.96) | USD | 7 | 10/4/2005 |
| 79003013 | 0550037382 | | DR | 7/28/2005 | $ 40,682.88 | USD | 39 | 9/2/2005 |
| 79003013 | PAY'T 10/04/05 | ACF095014058 - NJD 621qty | IN | 10/4/2005 | $ (15,494.40) | USD | 7 | 10/4/2005 |
| 79003190 | 0550037383 | | DR | 7/28/2005 | $ 15,701.78 | USD | 39 | 10/4/2005 |
| 79003190 | PAY'T 10/04/05 | ACF095014058 - KUD 960qty | IN | 10/4/2005 | $ (17,617.77) | USD | 7 | 9/2/2005 |
| 79003199 | 0550024406 | | DR | 8/2/2005 | $ 17,791.65 | USD | 39 | 10/4/2005 |
| 79003199 | PAY'T 10/04/05 | ACF095014058 -LCC 2160qty | IN | 10/4/2005 | $ (8,227.20) | USD | 7 | 10/4/2005 |
| 79003202 | 0550024406 | | DR | 8/2/2005 | $ 8,169.60 | USD | 9 | 10/4/2005 |
| 79003202 | PAY'T 10/04/05 | ACF095014058 - LFC 756qty | IN | 10/4/2005 | $ (8,227.20) | USD | 7 | 10/4/2005 |
| 79003202 | 0550058532 | | DR | 8/3/2005 | $ (43,610.40) | USD | 9 | 10/4/2005 |
| 79003202 | | | | 10/4/2005 | $ 51,520.60 | USD | 7 | 10/2/2005 |
| 79003202 | | | DR | 8/3/2005 | $ (7,930.44) | USD | 7 | 10/2/2005 |
| 79003202 | | | | | $ 8,119.44 | USD | 9 | 10/2/2005 |

*u/28/06*

| PO | Reference | Description | Type | Date | Amount | Cur | Qty | Date |
|---|---|---|---|---|---|---|---|---|
| 79003214 | PAY'T 10/04/05 | ACF095014058 -LFC 1512qty | IN | 10/4/2005 | $ (15,860.88) | USD | 7 | 10/4/2005 |
| 79003214 | 0550058532 | | DR | 8/4/2005 | $ 16,238.88 | USD | 9 | 10/2/2005 |
| 79003217 | PAY'T 10/04/05 | ACF095014058 - HTC 857qty | IN | 10/4/2005 | $ (8,175.78) | USD | 7 | 10/4/2005 |
| 79003217 | 0550011335 | | DR | 8/8/2005 | $ 8,098.65 | USD | 9 | 10/2/2005 |
| 79003219 | PAY'T 10/04/05 | ACF095014058 - KUD 480qty | IN | 10/4/2005 | $ (4,113.60) | USD | 7 | 10/4/2005 |
| 79003219 | PAY'T 10/04/05 | ACF095014058 - LCC 480qty | IN | 10/4/2005 | $ (9,691.20) | USD | 7 | 10/4/2005 |
| 79003219 | 0550024406 | | DR | 8/8/2005 | $ 13,718.40 | USD | 9 | 10/2/2005 |
| 79003227 | PAY'T 10/04/05 | ACF095014058 - KUD 474qty | IN | 10/4/2005 | $ (4,062.18) | USD | 7 | 10/4/2005 |
| 79003227 | PAY'T 10/04/05 | ACF095014058 - LCC 492qty | IN | 10/4/2005 | $ (9,933.48) | USD | 7 | 10/4/2005 |
| 79003227 | 0550024406 | | DR | 8/9/2005 | $ 13,908.18 | USD | 9 | 10/2/2005 |
| 79003232 | PAY'T 10/04/05 | ACF095014058 - LFC 756qty | IN | 10/4/2005 | $ (7,930.44) | USD | 7 | 10/4/2005 |
| 79003232 | 0550058532 | | DR | 8/9/2005 | $ 8,119.44 | USD | 9 | 10/2/2005 |
| 79003238 | PAY'T 10/04/05 | ACF095014058 - LFC 756qty | IN | 10/4/2005 | $ (7,930.44) | USD | 7 | 10/4/2005 |
| 79003238 | 0550058532 | | DR | 8/10/2005 | $ 8,119.44 | USD | 9 | 10/2/2005 |
| 79003244 | PAY'T 10/04/05 | ACF095014058 -LFC 1512qty | IN | 10/4/2005 | $ (15,860.88) | USD | 7 | 10/4/2005 |
| 79003244 | 0550058532 | | DR | 8/11/2005 | $ 16,238.88 | USD | 9 | 10/2/2005 |
| 79003247 | PAY'T 10/04/05 | ACF095014058 - LCC 720qty | IN | 10/4/2005 | $ (14,342.40) | USD | 7 | 10/4/2005 |
| 79003247 | 0550024406 | | DR | 8/15/2005 | $ 14,450.40 | USD | 9 | 10/2/2005 |
| 79003252 | PAY'T 10/04/05 | ACF095014058 - LFC 737qty | IN | 10/4/2005 | $ (7,731.13) | USD | 7 | 10/4/2005 |
| 79003252 | 0550058532 | | DR | 8/15/2005 | $ 7,915.38 | USD | 9 | 10/2/2005 |
| 79003256 | PAY'T 10/04/05 | ACF095014058 - KUD 960qty | IN | 10/4/2005 | $ (8,121.60) | USD | 7 | 10/4/2005 |
| 79003256 | 0550024406 | | DR | 8/16/2005 | $ 8,169.60 | USD | 9 | 10/2/2005 |
| 79003264 | PAY'T 10/04/05 | ACF095014058 - KUD 960qty | IN | 10/4/2005 | $ (8,121.60) | USD | 7 | 10/4/2005 |
| 79003264 | PAY'T 10/04/05 | ACF095014058 - LCC 720qty | IN | 10/4/2005 | $ (14,342.40) | USD | 7 | 10/4/2005 |
| 79003264 | 0550024406 | | DR | 8/17/2005 | $ 22,620.00 | USD | 9 | 10/2/2005 |
| 79003276 | PAY'T 10/04/05 | ACF095014058 - LFC 758qty | IN | 10/4/2005 | $ (7,930.44) | USD | 7 | 10/4/2005 |
| 79003276 | 0550058532 | | DR | 8/18/2005 | $ 8,119.44 | USD | 9 | 10/2/2005 |
| 79003279 | PAY'T 10/04/05 | ACF095014058 - KUD 480qty | IN | 10/4/2005 | $ (4,060.80) | USD | 7 | 10/4/2005 |
| 79003279 | PAY'T 10/04/05 | ACF095014058 - LCC 480qty | IN | 10/4/2005 | $ (9,581.60) | USD | 7 | 10/4/2005 |
| 79003284 | 0550024406 | | DR | 8/22/2005 | $ 13,718.40 | USD | 9 | 10/2/2005 |
| 79003284 | PAY'T 10/04/05 | ACF095014058 - LFC 756qty | IN | 10/4/2005 | $ (7,930.44) | USD | 7 | 10/4/2005 |
| 79003293 | 0550058532 | | DR | 8/22/2005 | $ 8,119.44 | USD | 9 | 10/2/2005 |
| 79003293 | PAY'T 10/04/05 | ACF095014058 - LFC 756qty | IN | 10/4/2005 | $ (7,930.44) | USD | 7 | 10/4/2005 |
| 79003296 | 0550058532 | | DR | 8/23/2005 | $ 8,119.44 | USD | 9 | 10/2/2005 |
| 79003296 | PAY'T 10/04/05 | ACF095014058 - KUD 480qty | IN | 10/4/2005 | $ (4,060.80) | USD | 7 | 10/4/2005 |
| 79003296 | PAY'T 10/04/05 | ACF095014058 - LCC 480qty | IN | 10/4/2005 | $ (9,561.60) | USD | 7 | 10/4/2005 |
| 79003306 | 0550024406 | | DR | 8/24/2005 | $ 13,718.40 | USD | 9 | 10/2/2005 |
| 79003306 | PAY'T 10/04/05 | ACF095014058 - KUD 960qty | IN | 10/4/2005 | $ (8,121.60) | USD | 7 | 10/4/2005 |
| 79003306 | PAY'T 10/04/05 | ACF095014058 - LCC 955qty | IN | 10/4/2005 | $ (19,023.60) | USD | 7 | 10/4/2005 |
| 79003318 | 0550011345 | | DR | 8/25/2005 | $ 27,336.45 | USD | 9 | 10/2/2005 |
| 79003319 | 0550011346 | | DR | 8/30/2005 | $ 3,628.80 | USD | 9 | 10/2/2005 |
| 79003320 | 0550037382 | | DR | 8/30/2005 | $ 3,628.80 | USD | 9 | 10/2/2005 |
| 79003321 | 0550037383 | | DR | 8/30/2005 | $ 15,494.40 | USD | 9 | 10/2/2005 |
| 79003322 | 0550037958 | | DR | 8/30/2005 | $ 20,426.40 | USD | 9 | 10/2/2005 |
| 79003323 | 0550056531 | | DR | 8/30/2005 | $ 25,977.60 | USD | 9 | 10/2/2005 |
| 79003324 | 0550057603 | | DR | 8/30/2005 | $ 24,048.00 | USD | 9 | 10/2/2005 |
| 79003325 | 0550058532 | | DR | 8/30/2005 | $ 79,918.02 | USD | 9 | 10/2/2005 |
| 79003326 | 0550054876 | | DR | 8/30/2005 | $ 8,119.44 | USD | 9 | 10/2/2005 |
| 79003327 | 0550062431 | | DR | 8/30/2005 | $ 29,001.60 | USD | 9 | 10/2/2005 |
| 79003328 | 0550057626 | | DR | 8/30/2005 | $ 47,990.88 | USD | 9 | 10/2/2005 |
| 79003329 | 0550057571 | | DR | 8/30/2005 | $ 220,534.52 | USD | 9 | 10/2/2005 |
| 79003330 | 0550057572 | | DR | 8/30/2005 | $ 13,794.00 | USD | 9 | 10/2/2005 |
| 79003341 | 0550011345 | | DR | 8/31/2005 | $ 10,170.72 | USD | 9 | 10/2/2005 |
| 79003342 | 0550011346 | | DR | 8/31/2005 | $ 10,856.16 | USD | 9 | 10/2/2005 |
| 79003343 | 0550024406 | | DR | 8/31/2005 | $ 10,886.40 | USD | 9 | 10/2/2005 |
| 79003344 | 0550054876 | | DR | 8/31/2005 | $ 14,450.40 | USD | 9 | 10/2/2005 |
| 79003345 | 0550024406 | | DR | 8/31/2005 | $ 41,991.90 | USD | 9 | 10/2/2005 |
| 79003346 | 0550037382 | | DR | 8/31/2005 | $ 23,283.92 | USD | 9 | 10/2/2005 |
| 79003347 | 0550037383 | | DR | 8/31/2005 | $ 30,275.95 | USD | 9 | 10/2/2005 |
| 79003348 | 0550037958 | | DR | 8/31/2005 | $ 40,852.80 | USD | 9 | 10/2/2005 |
| 79003349 | 0550056531 | | DR | 8/31/2005 | $ 17,318.40 | USD | 9 | 10/2/2005 |
| 79003350 | 0550057603 | | DR | 8/31/2005 | $ 84,168.00 | USD | 9 | 10/2/2005 |
| 79003351 | 0550058532 | | DR | 8/31/2005 | $ 58,584.89 | USD | 9 | 10/2/2005 |
| 79003352 | 0550054876 | | DR | 8/31/2005 | $ 16,238.88 | USD | 9 | 10/2/2005 |
| 79003353 | 0550062431 | | DR | 8/31/2005 | $ 72,504.00 | USD | 9 | 10/2/2005 |
| 79003354 | 0550057626 | | DR | 8/31/2005 | $ 35,993.16 | USD | 9 | 10/2/2005 |
| 79003362 | 0550011346 | | DR | 8/31/2005 | $ 142,927.88 | USD | 9 | 10/2/2005 |
| 79003363 | 0550035644 | | DR | 9/1/2005 | $ 10,886.40 | USD | -22 | 11/2/2005 |
| 79003364 | 0550056531 | | DR | 9/1/2005 | $ 39,684.96 | USD | -22 | 11/2/2005 |
| 79003365 | 0550057603 | | DR | 9/1/2005 | $ 69,789.30 | USD | -22 | 11/2/2005 |
| 79003366 | 0550058532 | | DR | 9/1/2005 | $ 68,939.08 | USD | -22 | 11/2/2005 |
| 79003367 | 0550062431 | | DR | 9/1/2005 | $ 8,119.44 | USD | -22 | 11/2/2005 |
| 79003368 | 0550057626 | | DR | 9/1/2005 | $ 23,995.44 | USD | -22 | 11/2/2005 |
| 79003369 | 0550011345 | | DR | 9/1/2005 | $ 204,633.04 | USD | -22 | 11/2/2005 |
| 79003370 | 0550037958 | | DR | 9/1/2005 | $ 10,886.40 | USD | -22 | 11/2/2005 |
| 79003371 | 0550011345 | | DR | 9/2/2005 | $ 8,361.54 | USD | -22 | 11/2/2005 |
| 79003372 | 0550011346 | | DR | 9/2/2005 | $ 7,872.48 | USD | -22 | 11/2/2005 |
| 79003373 | 0550037958 | | DR | 9/2/2005 | $ 7,020.72 | USD | -22 | 11/2/2005 |
| | | | DR | 9/2/2005 | $ 34,636.80 | USD | -22 | 11/2/2005 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 79003374 | 0550058531 | | DR | 9/2/2005 | $ 60,120.00 | USD | -22 | 11/2/2005 |
| 79003375 | 0550057603 | | DR | 9/2/2005 | $ 55,269.55 | USD | -22 | 11/2/2005 |
| 79003376 | 0550058532 | | DR | 9/2/2005 | $ 8,119.44 | USD | -22 | 11/2/2005 |
| 79003377 | 0550054876 | | DR | 9/2/2005 | $ 38,547.96 | USD | -22 | 11/2/2005 |
| 79003378 | 0550062431 | | DR | 9/2/2005 | $ 23,995.44 | USD | -22 | 11/2/2005 |
| 79003379 | 0550057626 | | DR | 9/2/2005 | $ 183,326.28 | USD | -22 | 11/2/2005 |
| 79003380 | 0550024406 | | DR | 9/7/2005 | $ 48,168.00 | USD | -22 | 11/2/2005 |
| 79003381 | 0550035647 | | DR | 9/7/2005 | $ 14,081.96 | USD | -22 | 11/2/2005 |
| 79003382 | 0550037958 | | DR | 9/7/2005 | $ 17,318.40 | USD | -22 | 11/2/2005 |
| 79003383 | 0550058531 | | DR | 9/7/2005 | $ 36,072.00 | USD | -22 | 11/2/2005 |
| 79003384 | 0550057603 | | DR | 9/7/2005 | $ 71,746.29 | USD | -22 | 11/2/2005 |
| 79003385 | 0550054876 | | DR | 9/7/2005 | $ 116,006.40 | USD | -22 | 11/2/2005 |
| 79003386 | 0550011340 | | DR | 9/7/2005 | $ 4,921.38 | USD | -22 | 11/2/2005 |
| 79003387 | 0550057626 | | DR | 9/7/2005 | $ 100,137.60 | USD | -22 | 11/2/2005 |
| 79003388 | 0550011339 | | DR | 9/7/2005 | $ 7,460.64 | USD | -22 | 11/2/2005 |
| 79003391 | 0550035644 | | DR | 9/6/2005 | $ 39,684.96 | USD | -22 | 11/2/2005 |
| 79003392 | 0550035647 | | DR | 9/6/2005 | $ 14,691.60 | USD | -22 | 11/2/2005 |
| 79003393 | 0550037958 | | DR | 9/6/2005 | $ 25,977.60 | USD | -22 | 11/2/2005 |
| 79003394 | 0550058531 | | DR | 9/6/2005 | $ 60,120.00 | USD | -22 | 11/2/2005 |
| 79003395 | 0550057603 | | DR | 9/8/2005 | $ 82,866.84 | USD | -22 | 11/2/2005 |
| 79003396 | 0550054876 | | DR | 9/6/2005 | $ 29,001.60 | USD | -22 | 11/2/2005 |
| 79003397 | 0550062431 | | DR | 9/8/2005 | $ 23,995.44 | USD | -22 | 11/2/2005 |
| 79003398 | 0550057626 | | DR | 9/6/2005 | $ 188,430.22 | USD | -22 | 11/2/2005 |
| 79003415 | 0550037382 | | DR | 9/9/2005 | $ 30,988.80 | USD | -22 | 11/2/2005 |
| 79003416 | 0550037383 | | DR | 9/9/2005 | $ 40,852.80 | USD | -22 | 11/2/2005 |
| 79003417 | 0550024406 | | DR | 9/9/2005 | $ 8,169.60 | USD | -22 | 11/2/2005 |
| 79003418 | 0550057603 | | DR | 9/9/2005 | $ 55,910.96 | USD | -22 | 11/2/2005 |
| 79003419 | 0550062431 | | DR | 9/9/2005 | $ 10,918.58 | USD | -22 | 11/2/2005 |
| 79003420 | 0550057626 | | DR | 9/9/2005 | $ 330,569.98 | USD | -22 | 11/2/2005 |
| 79003421 | 0550037383 | | DR | 9/12/2005 | $ 8,659.20 | USD | -22 | 11/2/2005 |
| 79003422 | 0550058531 | | DR | 9/12/2005 | $ 24,048.00 | USD | -22 | 11/2/2005 |
| 79003423 | 0550057626 | | DR | 9/12/2005 | $ 111,264.00 | USD | -22 | 11/2/2005 |
| 79003424 | 0550037382 | | DR | 9/12/2005 | $ 15,494.40 | USD | -22 | 11/2/2005 |
| 79003425 | 0550037383 | | DR | 9/12/2005 | $ 40,852.80 | USD | -22 | 11/2/2005 |
| 79003426 | 0550037958 | | DR | 9/12/2005 | $ 43,296.00 | USD | -22 | 11/2/2005 |
| 79003427 | 0550056531 | | DR | 9/12/2005 | $ 48,096.00 | USD | -22 | 11/2/2005 |
| 79003428 | 0550057603 | | DR | 9/12/2005 | $ 71,804.80 | USD | -22 | 11/2/2005 |
| 79003429 | 0550062431 | | DR | 9/12/2005 | $ 23,995.44 | USD | -22 | 11/2/2005 |
| 79003430 | 0550057626 | | DR | 9/13/2005 | $ 210,010.80 | USD | -22 | 11/2/2005 |
| 79003447 | 0550037383 | | DR | 9/13/2005 | $ 40,852.60 | USD | -22 | 11/2/2005 |
| 79003448 | 0550062431 | | DR | 9/13/2005 | $ 23,995.44 | USD | -22 | 11/2/2005 |
| 79003449 | 0550037382 | | DR | 9/13/2005 | $ 15,494.40 | USD | -22 | 11/2/2005 |
| 79003450 | 0550037958 | | DR | 9/13/2005 | $ 17,318.40 | USD | -22 | 11/2/2005 |
| 79003451 | 0550058531 | | DR | 9/13/2005 | $ 63,551.85 | USD | -22 | 11/2/2005 |
| 79003453 | 0550054876 | | DR | 9/13/2005 | $ 29,001.60 | USD | -22 | 11/2/2005 |
| 79003456 | 0550057626 | | DR | 9/13/2005 | $ 201,550.10 | USD | -22 | 11/2/2005 |
| 79003457 | 0550035644 | | DR | 9/13/2005 | $ 19,527.52 | USD | -22 | 11/2/2005 |
| 79003458 | 0550058532 | | DR | 9/14/2005 | $ 24,358.32 | USD | -22 | 11/2/2005 |
| 79003459 | 0550024406 | | DR | 9/14/2005 | $ 18,535.20 | USD | -22 | 11/2/2005 |
| 79003460 | 0550037958 | | DR | 9/14/2005 | $ 25,589.74 | USD | -22 | 11/2/2005 |
| 79003461 | 0550056531 | | DR | 9/14/2005 | $ 72,144.00 | USD | -22 | 11/2/2005 |
| 79003462 | 0550058532 | | DR | 9/14/2005 | $ 8,119.44 | USD | -22 | 11/2/2005 |
| 79003463 | 0550054876 | | DR | 9/14/2005 | $ 82,282.81 | USD | -22 | 11/2/2005 |
| 79003464 | 0550062431 | | DR | 9/2/2005 | $ 23,995.44 | USD | -22 | 11/2/2005 |
| 79003466 | 0550057626 | | DR | 9/6/2005 | $ 228,948.88 | USD | -22 | 11/2/2005 |
| 79003467 | 0550035647 | | DR | 9/9/2005 | $ 14,691.60 | USD | -22 | 11/2/2005 |
| 79003468 | 0550058532 | | DR | 9/9/2005 | $ 7,711.32 | USD | -22 | 11/2/2005 |
| 79003469 | 0550024406 | | DR | 9/9/2005 | $ 18,339.20 | USD | -22 | 11/2/2005 |
| 79003470 | 0550060304 | | DR | 9/9/2005 | $ 24,259.05 | USD | -22 | 11/2/2005 |
| 79003471 | 0550060305 | | DR | 9/9/2005 | $ 13,795.84 | USD | -22 | 11/2/2005 |
| 79003472 | 0550037958 | | DR | 9/9/2005 | $ 7,216.00 | USD | -22 | 11/2/2005 |
| 79003473 | 0550056531 | | DR | 9/9/2005 | $ 116,532.60 | USD | -22 | 11/2/2005 |
| 79003474 | 0550057603 | | DR | 9/9/2005 | $ 79,751.42 | USD | -22 | 11/2/2005 |
| 79003475 | 0550057626 | | DR | 9/9/2005 | $ 32,706.98 | USD | -22 | 11/2/2005 |
| 79003476 | 0550057603 | | DR | 9/14/2005 | $ 174,221.95 | USD | -22 | 11/2/2005 |
| 79003477 | 0550024406 | | DR | 9/8/2005 | $ 4,084.80 | USD | -22 | 11/2/2005 |
| 79003519 | 0550037383 | | DR | 9/8/2005 | $ 1,057.53 | USD | -22 | 11/2/2005 |
| 79003520 | 0550024406 | | DR | 9/15/2005 | $ 14,450.40 | USD | -22 | 11/2/2005 |
| 79003521 | 0550037383 | | DR | 9/15/2005 | $ 40,852.80 | USD | -22 | 11/2/2005 |
| 79003522 | 0550037958 | | DR | 9/15/2005 | $ 17,318.40 | USD | -22 | 11/2/2005 |
| 79003523 | 0550056531 | | DR | 9/15/2005 | $ 36,072.00 | USD | -22 | 11/2/2005 |
| 79003524 | 0550057626 | | DR | 9/15/2005 | $ 47,980.80 | USD | -22 | 11/2/2005 |
| 79003531 | 0550035647 | | DR | 9/16/2005 | $ 188,592.48 | USD | -22 | 11/2/2005 |
| 79003532 | 0550037958 | | DR | 9/19/2005 | $ 14,691.80 | USD | -22 | 11/2/2005 |
| 79003533 | 0550058531 | | DR | 9/19/2005 | $ 25,977.60 | USD | -22 | 11/2/2005 |
| 79003534 | 0550057603 | | DR | 9/19/2005 | $ 60,120.00 | USD | -22 | 11/2/2005 |
| 79003535 | 0550058532 | | DR | 9/19/2005 | $ 66,365.11 | USD | -22 | 11/2/2005 |
| 79003536 | 0550054876 | | DR | 9/19/2005 | $ 8,119.44 | USD | -22 | 11/2/2005 |
| | | | DR | 9/19/2005 | $ 58,003.20 | USD | -22 | 11/2/2005 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 79003537 | 0550062431 | | DR | 9/19/2005 | $ | 35,993.16 | USD | -22 | 11/2/2005 |
| 79003538 | 0550057628 | | DR | 9/19/2005 | $ | 189,334.24 | USD | -22 | 11/2/2005 |
| 79003539 | 0550035644 | | DR | 9/19/2005 | $ | 19,291.30 | USD | -22 | 11/2/2005 |
| 79003548 | 0550035644 | | DR | 9/20/2005 | $ | 19,842.48 | USD | -22 | 11/2/2005 |
| 79003549 | 0550037958 | | DR | 9/20/2005 | $ | 17,318.40 | USD | -22 | 11/2/2005 |
| 79003550 | 0550056531 | | DR | 9/20/2005 | $ | 45,891.60 | USD | -22 | 11/2/2005 |
| 79003551 | 0550057603 | | DR | 9/20/2005 | $ | 63,682.77 | USD | -22 | 11/2/2005 |
| 79003552 | 0550058531 | | DR | 9/20/2005 | $ | 8,119.44 | USD | -22 | 11/2/2005 |
| 79003553 | 0550054876 | | DR | 9/20/2005 | $ | 29,001.60 | USD | -22 | 11/2/2005 |
| 79003554 | 0550062431 | | DR | 9/20/2005 | $ | 23,995.44 | USD | -22 | 11/2/2005 |
| 79003555 | 0550057626 | | DR | 9/20/2005 | $ | 189,681.94 | USD | -22 | 11/2/2005 |
| 79003556 | 0550024406 | | DR | 9/21/2005 | $ | 4,016.72 | USD | -22 | 11/2/2005 |
| 79003557 | 0550035644 | | DR | 9/21/2005 | $ | 19,842.48 | USD | -22 | 11/2/2005 |
| 79003558 | 0550037958 | | DR | 9/21/2005 | $ | 19,275.74 | USD | -22 | 11/2/2005 |
| 79003559 | 0550057603 | | DR | 9/21/2005 | $ | 63,932.75 | USD | -22 | 11/2/2005 |
| 79003560 | 0550054876 | | DR | 9/21/2005 | $ | 130,507.20 | USD | -22 | 11/2/2005 |
| 79003581 | 0550057626 | | DR | 9/21/2005 | $ | 253,938.90 | USD | -22 | 11/2/2005 |
| 79003568 | 0550037958 | | DR | 9/22/2005 | $ | 25,977.60 | USD | -22 | 11/2/2005 |
| 79003569 | 0550057958 | | DR | 9/22/2005 | $ | 103,800.13 | USD | -22 | 11/2/2005 |
| 79003570 | 0550057626 | | DR | 9/22/2005 | $ | 170,257.10 | USD | -22 | 11/2/2005 |
| 79003579 | 0550056531 | | DR | 9/23/2005 | $ | 120,240.00 | USD | -22 | 11/2/2005 |
| 79003587 | 0550057603 | | DR | 9/26/2005 | $ | 47,939.15 | USD | -22 | 11/2/2005 |
| 79003588 | 0550058532 | | DR | 9/26/2005 | $ | 19,525.32 | USD | -22 | 11/2/2005 |
| 79003589 | 0550054876 | | DR | 9/26/2005 | $ | 56,402.07 | USD | -22 | 11/2/2005 |
| 79003590 | 0550062431 | | DR | 9/26/2005 | $ | 23,424.12 | USD | -22 | 11/2/2005 |
| 79003591 | 0550057626 | | DR | 9/26/2005 | $ | 194,367.48 | USD | -22 | 11/2/2005 |
| 79003802 | 0550024406 | | DR | 9/28/2005 | $ | 8,169.60 | USD | -22 | 11/2/2005 |
| 79003803 | 0550037362 | | DR | 9/28/2005 | $ | 15,238.85 | USD | -22 | 11/2/2005 |
| 79003804 | 0550037363 | | DR | 9/28/2005 | $ | 40,682.58 | USD | -22 | 11/2/2005 |
| 79003805 | 0550037958 | | DR | 9/28/2005 | $ | 14,549.28 | USD | -22 | 11/2/2005 |
| 79003806 | 0550056531 | | DR | 9/28/2005 | $ | 56,318.40 | USD | -22 | 11/2/2005 |
| 79003807 | 0550057603 | | DR | 9/28/2005 | $ | 31,870.58 | USD | -22 | 11/2/2005 |
| 79003808 | 0550057626 | | DR | 9/28/2005 | $ | 96,173.62 | USD | -22 | 11/2/2005 |
| 79003809 | 0550024406 | | DR | 9/21/2005 | $ | 8,730.45 | USD | -22 | 11/2/2005 |
| 79003810 | 0550062431 | | DR | 9/21/2005 | $ | 11,997.72 | USD | -22 | 11/2/2005 |
| 79003836 | 0550024406 | | DR | 9/29/2005 | $ | 54,873.60 | USD | -22 | 11/2/2005 |
| 79003637 | 0550035644 | | DR | 9/29/2005 | $ | 32,716.47 | USD | -22 | 11/2/2005 |
| 79003838 | 0550037383 | | DR | 9/29/2005 | $ | 81,109.83 | USD | -22 | 11/2/2005 |
| 79003639 | 0550037958 | | DR | 9/29/2005 | $ | 34,636.80 | USD | -22 | 11/2/2005 |
| 79003640 | 0550056531 | | DR | 9/29/2005 | $ | 84,168.00 | USD | -22 | 11/2/2005 |
| 79003641 | 0550057603 | | DR | 9/29/2005 | $ | 39,984.00 | USD | -22 | 11/2/2005 |
| 79003642 | 0550062431 | | DR | 9/29/2005 | $ | 35,993.16 | USD | -22 | 11/2/2005 |
| 79003643 | 0550057626 | | DR | 9/29/2005 | $ | 110,452.70 | USD | -22 | 11/2/2005 |
| 79003688 | 0550024406 | | DR | 9/30/2005 | $ | 13,718.40 | USD | -22 | 11/2/2005 |
| 79003687 | 0550035647 | | DR | 9/30/2005 | $ | 14,184.30 | USD | -22 | 11/2/2005 |
| 79003688 | 0550037363 | | DR | 9/30/2005 | $ | 40,852.80 | USD | -22 | 11/2/2005 |
| 79003689 | 0550037958 | | DR | 9/30/2005 | $ | 25,977.60 | USD | -22 | 11/2/2005 |
| 79003690 | 0550056531 | | DR | 9/30/2005 | $ | 24,048.00 | USD | -22 | 11/2/2005 |
| 79003691 | 0550057603 | | DR | 9/30/2005 | $ | 89,705.44 | USD | -22 | 11/2/2005 |
| 79003692 | 0550054876 | | DR | 9/30/2005 | $ | 43,502.40 | USD | -22 | 11/2/2005 |
| 79003693 | 0550062431 | | DR | 9/30/2005 | $ | 33,961.80 | USD | -22 | 11/2/2005 |
| 79003696 | PAY'T 08/02/05 | ACF07513343 - FHD 960qty | IN | 8/2/2005 | $ | (12,873.60) | USD | -22 | 11/2/2006 |
| 79003698 | 0550069463 | | DR | 9/30/2005 | $ | 12,566.40 | USD | -22 | 11/2/2005 |
| 79003707 | 0550024406 | | DR | 10/3/2005 | $ | 22,526.39 | USD | -52 | 12/2/2005 |
| 79003708 | 0550035647 | | DR | 10/3/2005 | $ | 29,363.20 | USD | -52 | 12/2/2005 |
| 79003709 | 0550037382 | | DR | 10/3/2005 | $ | 81,977.60 | USD | -52 | 12/2/2005 |
| 79003710 | 0550056531 | | DR | 10/3/2005 | $ | 48,096.00 | USD | -52 | 12/2/2005 |
| 79003711 | 0550057603 | | DR | 10/3/2005 | $ | 71,971.20 | USD | -52 | 12/2/2005 |
| 79003712 | 0550057626 | | DR | 10/3/2005 | $ | 253,960.08 | USD | -52 | 12/2/2005 |
| 79003714 | 0550062431 | | DR | 10/5/2005 | $ | 47,990.88 | USD | -52 | 12/2/2005 |
| 79003715 | 0550024406 | | DR | 10/4/2005 | $ | 9,833.60 | USD | -52 | 12/2/2005 |
| 79003716 | 0550037958 | | DR | 10/4/2005 | $ | 43,296.00 | USD | -52 | 12/2/2005 |
| 79003717 | 0550056531 | | DR | 10/4/2005 | $ | 60,120.00 | USD | -52 | 12/2/2005 |
| 79003718 | 0550057603 | | DR | 10/4/2005 | $ | 71,604.68 | USD | -52 | 12/2/2005 |
| 79003719 | 0550054876 | | DR | 10/4/2005 | $ | 29,001.60 | USD | -52 | 12/2/2005 |
| 79003720 | 0550058532 | | DR | 10/4/2005 | $ | 8,119.44 | USD | -52 | 12/2/2005 |
| 79003721 | 0550058532 | | DR | 10/4/2005 | $ | 18,238.86 | USD | -52 | 12/2/2005 |
| 79003722 | 0550054876 | | DR | 10/4/2005 | $ | 58,003.20 | USD | -52 | 12/2/2005 |
| 79003723 | 0550057626 | | DR | 10/4/2005 | $ | 198,420.80 | USD | -52 | 12/2/2005 |
| 79003732 | 0550057626 | | DR | 10/4/2005 | $ | 144,643.20 | USD | -52 | 12/2/2005 |
| 79003733 | 0550057626 | | DR | 10/8/2005 | $ | 42,233.96 | USD | -52 | 12/2/2005 |
| 79003742 | 0550054876 | | DR | 10/5/2005 | $ | 87,518.37 | USD | -52 | 12/2/2005 |
| 79003743 | 0550037958 | | DR | 10/5/2005 | $ | 18,942.00 | USD | -52 | 12/2/2005 |
| 79003744 | 0550056531 | | DR | 10/5/2005 | $ | 11,147.25 | USD | -52 | 12/2/2005 |
| 79003745 | 0550057603 | | DR | 10/5/2005 | $ | 31,787.28 | USD | -52 | 12/2/2005 |
| 79003746 | 0550058532 | | DR | 10/5/2005 | $ | 8,119.44 | USD | -52 | 12/2/2005 |
| 79003747 | 0550062431 | | DR | 10/5/2005 | $ | 11,997.72 | USD | -52 | 12/2/2005 |
| 79003748 | 0550035644 | | DR | 10/8/2005 | $ | 19,842.48 | USD | -52 | 12/2/2005 |
| 79003749 | 0550037958 | | DR | 10/8/2005 | $ | 34,636.80 | USD | -52 | 12/2/2005 |

| Bill.Doc. | Reference | Header txt | Type | Doc..Date | DC amount | Curr. | Arrear | Base line date |
|---|---|---|---|---|---|---|---|---|
| 79003750 | 0550057603 | | DR | 10/6/2005 | $ 79,968.00 | USD | -52 | 12/2/2005 |
| 79003751 | 0550058532 | | DR | 10/6/2005 | $ 8,119.44 | USD | -52 | 12/2/2005 |
| 79003752 | 0550062431 | | DR | 10/6/2005 | $ 11,997.72 | USD | -52 | 12/2/2005 |
| | 79000031 LCC ADJ | Internal only | DR | 1/8/2005 | $ | USD | | |
| | 162515432 | ACF125011224 CostRecovry | IN | 1/6/2005 | $ 9.60 | USD | 223 | 3/2/2005 |
| | PAY'T 03/02/05 | ACF025011809 - WED 1 Rtd? | IN | 3/2/2005 | $ 510.00 | USD | 278 | 1/6/2005 |
| | 0550024406 | ACF095013960-KUD 960x0.11 | IN | 3/2/2005 | $ 25.55 | USD | 223 | 3/2/2005 |
| | 0550024406 | ACF095013960-KUD 960x0.11 | IN | 9/28/2005 | $ 105.60 | USD | 13 | 9/28/2005 |
| | 0550024406 | ACF095013960-KUD 960x0.11 | IN | 9/28/2005 | $ 105.60 | USD | 13 | 9/28/2005 |
| | 0550024406 | ACF095013960-KUD 960x0.11 | IN | 9/28/2005 | $ 105.60 | USD | 13 | 9/28/2005 |
| | 0550024406 | ACF095013960-KUD 480x0.11 | IN | 9/28/2005 | $ 52.80 | USD | 13 | 9/28/2005 |
| | 0550024406 | ACF095013960-KUD 474x0.11 | IN | 9/28/2005 | $ 52.14 | USD | 13 | 9/28/2005 |
| | 0550024406 | ACF095013960-LCC 480x0.27 | IN | 9/28/2005 | $ 129.60 | USD | 13 | 9/28/2005 |
| | 0550024406 | ACF095013960-LCC2160x0.27 | IN | 9/28/2005 | $ 583.20 | USD | 13 | 9/28/2005 |
| | 0550024406 | ACF095013960-LCC 480x0.27 | IN | 9/28/2005 | $ 129.60 | USD | 13 | 9/28/2005 |
| | 0550024406 | ACF095013960-LCC 492x0.27 | IN | 9/28/2005 | $ 132.84 | USD | 13 | 9/28/2005 |
| | AES14713 | M-05455 | DR | 9/22/2005 | $ 8,800.00 | USD | -22 | 11/2/2005 |
| | AES14713 | M-05446 | DR | 8/16/2005 | $ 8,800.00 | USD | -22 | 11/2/2005 |
| | | Subtotal | | | $ 10,333,370.08 | USD | | |
| | 0550057826 | TJD Shipment hung-up in SAP | DR | 10/5/2005 | $ 196,635.94 | USD | | |
| | | Account Total | | | $ 10,530,006.02 | USD | | |

## Customer 300005 — Delphi Energy & Management System

| Bill.Doc. | Reference | Header txt | Type | Doc..Date | DC amount | Curr. | Arrear | Base line date |
|---|---|---|---|---|---|---|---|---|
| 79000653 | PAY'T 01/06/05 | ACF125011224 GNC Qty? | IN | 1/6/2005 | $ (2,010.64) | USD | 278 | 1/6/2005 |
| 79000653 | 0550011357 | | DR | 11/1/2004 | $ 2,648.16 | USD | 282 | 1/2/2005 |
| 79000931 | PAY'T 03/02/05 | ACF025011809 - HTC 856qty | IN | 3/2/2005 | $ (8,166.24) | USD | 223 | 3/2/2005 |
| 79000931 | 0550011335 | | DR | 1/4/2005 | $ 8,371.68 | USD | 223 | 3/2/2005 |
| | | Account Total | | | $ 842.96 | | | |

## Customer 300059 — Delphi Energy & Management System

| Bill.Doc. | Reference | Header txt | Type | Doc..Date | DC amount | Curr. | Arrear | Base line date |
|---|---|---|---|---|---|---|---|---|
| | RETRO APPLY | Pay't 12/01 | IN | 1/8/2005 | $ (52.80) | USD | 276 | 1/6/2005 |
| | RETRO APPLY | Pay't 12/01 | IN | 1/8/2005 | $ (16.80) | USD | 276 | 1/8/2005 |
| | APPLY ON ACCT. | ACF095010325 | IN | 10/1/2004 | $ (17,510.40) | USD | 375 | 10/1/2004 |
| | APPLY ON ACCT. | ACF095010325 | IN | 10/1/2004 | $ (62,764.36) | USD | 375 | 10/1/2004 |
| | APPLY ON ACCT. | ACF095010325 | IN | 10/1/2004 | $ (24,494.40) | USD | 375 | 10/1/2004 |
| | APPLY ON ACCT. | ACF095010325 | IN | 10/1/2004 | $ (20,833.20) | USD | 375 | 10/1/2004 |
| | APPLY ON ACCT. | ACF095010325 | IN | 10/1/2004 | $ (8,247.96) | USD | 375 | 10/1/2004 |
| | APPLY ON ACCT. | ACF095010325 | IN | 10/1/2004 | $ (2,390.40) | USD | 375 | 10/1/2004 |
| | 550011336 | 017132 | IN | 11/2/2004 | $ (15,966.72) | USD | 375 | 10/1/2004 |
| | DN0176 | NSTXD 09/03-11/03 pay't | IN | 2/14/2005 | $ (10,571.04) | USD | 343 | 11/2/2004 |
| | DN0177 PART PAYT | ACF085013663 | IN | 9/2/2005 | $ (2,682.52) | USD | 439 | 7/29/2004 |
| | DN0178 | NSTXD shortpaid | DR | 9/17/2004 | $ (23,114.28) | USD | 439 | 9/2/2005 |
| | DN0177 | OTHER shortpaid | DR | 9/17/2004 | $ 40,777.76 | USD | 439 | 7/29/2004 |
| | DN0178 | Bal.CornRetroSettlmnt | DR | 9/17/2004 | $ 27,362.06 | USD | 439 | 7/29/2004 |
| | 016029 BAL. | 40pcs.Rtd for relabel | DR | 5/20/2004 | $ 26,778.36 | USD | 616 | 2/3/2004 |
| | 550037958 | 016777 | DR | 7/30/2004 | $ 977.57 | USD | 468 | 6/30/2004 |
| | 550016386 | 016778 | DR | 7/30/2004 | $ 20,448.00 | USD | 391 | 9/15/2004 |
| | 550016386 | 016779 | DR | 7/30/2004 | $ 87,962.48 | USD | 391 | 9/15/2004 |
| | 550016128 | 016780 | DR | 7/30/2004 | $ 37,378.64 | USD | 391 | 9/15/2004 |
| | 550016129 | 016781 | DR | 7/30/2004 | $ 21,027.60 | USD | 391 | 9/15/2004 |
| | 550011338 | 016782 | DR | 7/30/2004 | $ 8,338.68 | USD | 391 | 9/15/2004 |
| | 550011337 | 016783 | DR | 7/30/2004 | $ 2,418.80 | USD | 391 | 9/15/2004 |
| | 550011336 | 017132 | DR | 6/30/2004 | $ 16,061.76 | USD | 391 | 9/15/2004 |
| | DN0176 ADJ. | 017485 NSTXD | DG | 9/28/2004 | $ 10,782.72 | USD | 371 | 10/5/2004 |
| | RETRO APPLY | Pay't 12/01 | IN | 1/8/2005 | $ (18,591.12) | USD | 439 | 7/29/2004 |
| | CWC ADJ.INV16779 | internal only | DG | 1/8/2005 | $ 25.92 | USD | 276 | 1/8/2005 |
| | RETRO | ACF015011450 | IN | 1/26/2005 | $ (207.36) | USD | 276 | 1/8/2005 |
| | DN0176 | NSTXD 12/03 pay't | IN | 2/23/2005 | $ (29.13) | USD | 258 | 1/26/2005 |
| | DN0176 | NSTXD 03/02/05 | IN | 3/2/2005 | $ (1,181.60) | USD | 439 | 7/29/2004 |
| | RETRO APPLY03/05 | NSTXD Aug&Sept04 inv's | IN | 3/2/2005 | $ (17,804.92) | USD | 439 | 7/29/2004 |
| | | Account Total | | | $ (1,507.56) | USD | 223 | 3/2/2005 |
| | | | | | $ 72,389.80 | USD | | |

## Customer iCT Shipments — Delphi Energy & Management System

| Bill.Doc. | Reference | Header txt | Type | Doc..Date | DC amount | Curr. | Arrear | Base line date |
|---|---|---|---|---|---|---|---|---|
| 007811 | 0550037572 | | DR | 8/30/2005 | $ 48,473.60 | USD | | |
| 007812 | 0550037572 | | DR | 9/9/2005 | $ 19,389.44 | USD | | |
| | | Account Total | | | $ 67,863.04 | USD | | |

| Grand Total of All Accounts | $ 10,671,101.82 | USD |
|---|---|---|