SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | (Jointly Administered) |
| Debtors. | : | |

NOTICE OF FOURTH QUARTERLY STATEMENT PURSUANT TO
ORDER AUTHORIZING RETENTION OF PROFESSIONALS
<u>UTILIZED BY DEBTORS IN ORDINARY COURSE OF BUSINESS</u>

("NOTICE OF FOURTH QUARTERLY ORDINARY
COURSE PROFESSIONAL STATEMENT")

PLEASE TAKE NOTICE that pursuant to the Order Under 11 U.S.C. §§ 327, 330, And 331 Authorizing Retention Of Professionals Utilized By Debtors In Ordinary Course Of Business, dated November 4, 2005 (Docket No. 883), attached hereto is a statement of fees and disbursements for each professional utilized by the Debtors in the ordinary course of business during the period from July 1, 2006 to September 30, 2006.

Dated: New York, New York
       October 13, 2006

                      SKADDEN, ARPS, SLATE, MEAGHER
                        & FLOM LLP

                      By: /s/ John Wm. Butler, Jr.
                        John Wm. Butler, Jr. (JB 4711)
                        John K. Lyons (JL 4951)
                        Ron E. Meisler (RM 3026)
                      333 West Wacker Drive, Suite 2100
                      Chicago, Illinois  60606
                      (312) 407-0700

                            - and -

                      By: /s/ Kayalyn A. Marafioti
                        Kayalyn A. Marafioti (KM 9632)
                        Thomas J. Matz (TM 5986)
                      Four Times Square
                      New York, New York 10036
                      (212) 735-3000

                      Attorneys for Delphi Corporation, et al.,
                        Debtors and Debtors-in-Possession

| Name Of Ordinary Course Professional | Type Of Service | Aggregate Quarterly Compensation For Services Rendered | Aggregate Quarterly Reimbursement Of Expenses | Aggregate Compensation For Services Rendered During Chapter 11 Cases | Aggregate Reimbursement Of Expenses During Chapter 11 Cases |
|---|---|---|---|---|---|
| Anne Murphy Patent Services | Legal | $156 | - | $785 | $8 |
| Arent, Fox, Kintner, Plotkin & Kahn | Legal | - | - | $7,556 | - |
| Association Of Business Advocating Tariff Equity (A.B.A.T.E.) | Legal | $4,230 | - | 34,273 | - |
| Baker & Daniels | Legal | $103 | - | $53,483 | $2,414 |
| Baker & McKenzie LLP | Tax And Legal Consulting | $17,781 | $386 | $94,217 | $795 |
| Balch & Bingham | Legal | $7 | $1,309 | $7 | $1,309 |
| Barnett Associates, Inc. | Tax Consulting | $7,500 | - | $29,429 | - |
| Booth Udall, PLC | Legal | $6,359 | $2,023 | $7,799 | $2,684 |
| Brennan Steil & Basting SC | Legal | - | - | $700 | $1 |
| Cadena Law Firm, P.C. | Legal | $54 | $2 | $347 | $14 |
| Charles K. Veenstra | Legal | $19,920 | - | $19,920 | - |
| Christie, Parker & Hale, LLP | Legal | $1,999 | $3,387 | $5,699 | $4,678 |
| Ciara Systems, Inc. | Legal | $7,500 | - | $17,850 | - |
| Clark Consulting | Tax Advisory And Advocacy | $20,000 | - | $100,000 | - |
| Clark, Thomas & Winters | Legal | $642 | $6,706 | $642 | $6,706 |

| Name Of Ordinary Course Professional | Type Of Service | Aggregate Quarterly Compensation For Services Rendered | Aggregate Quarterly Reimbursement Of Expenses | Aggregate Compensation For Services Rendered During Chapter 11 Cases | Aggregate Reimbursement Of Expenses During Chapter 11 Cases |
|---|---|---|---|---|---|
| Conway McKenzie & Dunleavy Inc. | Legal | - | - | $3,593 | $173 |
| Couch White, LLP | Legal | $15,314 | $57 | $116,941 | $1,769 |
| Crew Buchanan | Legal | $1,295 | - | $1,668 | - |
| Dewitt Ross & Stevens | Legal | - | - | $2,267 | $50 |
| Dickinson Wright P.L.L.C. | Legal | - | - | $10,467 | $214 |
| Dierker & Associates, PC | Legal | $22,138 | $1,101 | $22,138 | $1,101 |
| Dinsmore & Shohl, LLP | Legal | $3,234 | $17,842 | $20,626 | $18,152 |
| Drinker Biddle & Reath LLP | Legal | $30,216 | $5 | $36,493 | $25 |
| DuCharme, McMillan & Associates, Inc. | Tax Compliance | $19,700 | - | $43,851 | $1,666 |
| Dykema Gossett P.L.L.C. | Legal | $10,092 | - | $55,424 | $1,617 |
| Eldridge Cooper Steichen & Leach, PLLC | Legal | - | - | $380 | $3 |
| Ernst & Young AG | Tax And Custom Consultancy | - | - | $16,230 | $298 |
| Falkowski PLLC | Legal | $5,920 | - | $16,880 | - |
| Foster, Swift, Collins & Smith, P.C. | Legal | $5,275 | $1 | $6,119 | $4 |
| Global Quality Institute | Auditing | - | - | $8,000 | - |
| Goldberg Segalla LLP | Legal | $850 | $848 | $1,720 | $848 |

2

| Name Of Ordinary Course Professional | Type Of Service | Aggregate Quarterly Compensation For Services Rendered | Aggregate Quarterly Reimbursement Of Expenses | Aggregate Compensation For Services Rendered During Chapter 11 Cases | Aggregate Reimbursement Of Expenses During Chapter 11 Cases |
|---|---|---|---|---|---|
| Gowling Lafleur Henderson LLP | Legal | $891 | - | $3,471 | - |
| Grant Thorton | Auditing And Tax | $38,568 | - | $74,100 | - |
| Hack, Piro, O'Day, Merklinger | Legal | $54 | $1,102 | $54 | $1,102 |
| Hamilton, Brown & Babst b/k/a Lamothe & Hamilton, APLC | Legal | $395 | $1 | $10,221 | $302 |
| Hartman & Hartman P.C. | Legal | $2,125 | $40 | $7,350 | $40 |
| Hewitt & Associates | Auditing | - | - | $52,955 | - |
| Horwood Marcus & Berk | Tax Consulting | $21,058 | - | $29,846 | $22 |
| INDIEC Indiana Industrial Energy Consumers, Inc. | Legal | - | - | $14,450 | - |
| Ivins, Phillips & Barker Chartered | Legal | $40,694 | - | $130,469 | - |
| J. Gordon Lewis dba J. Gordon Lewis, PLLC | Legal | $46,970 | $368 | $150,150 | $368 |
| Jefferson Wells | Auditing | - | - | $176,353 | $1,362 |
| Johnston Barton Proctor & Powell LLP | Legal | $675 | $3 | $4,232 | $18 |
| Keating, Muething & Klekamp, P.L.L. | Legal | $1,200 | - | $2,650 | - |
| Keefe And Associates | Legal | - | - | $17,544 | $920 |
| Kenyon & Kenyon | Legal | - | - | $13,426 | $98 |
| Kevin P. Weldon | Legal | - | - | $2,700 | - |

3

| Name Of Ordinary Course Professional | Type Of Service | Aggregate Quarterly Compensation For Services Rendered | Aggregate Quarterly Reimbursement Of Expenses | Aggregate Compensation For Services Rendered During Chapter 11 Cases | Aggregate Reimbursement Of Expenses During Chapter 11 Cases |
|---|---|---|---|---|---|
| Kim & Chang | Legal | $7,940 | $1,136 | $9,794 | $1,136 |
| Kirton & McConkie | Legal | $56 | - | $56 | - |
| KPMG, Hungary | Tax Compliance | $6,130 | - | $6,130 | - |
| L.C. Begin & Associates, PLLC | Legal | $30,618 | $6,416 | $46,317 | $11,707 |
| Lathrop & Gage | Legal | $187 | - | $2,707 | $265 |
| Lavin O'Neil Ricci Cedrone | Legal | $92 | $2,717 | $92 | $2,717 |
| Law Offices Of Albert Gutierrez | Legal | $385 | $3,358 | $385 | $3,358 |
| Law Offices Of Brian C. Pauls | Legal | - | - | $17,623 | $3,158 |
| Lippert, Humphreys, Campbell, Dust & Humphreys, P.C. | Legal | $6,349 | $1,229 | $14,126 | $1,436 |
| Mark A. Navarre | Legal | $57,667 | - | $101,832 | $1,122 |
| Marshall, Gerstein & Borun | Legal | $103 | - | $103 | - |
| McCarthy, Lebit, Crystal & Liffman Co., L.P.A. | Legal | $1,344 | $27 | $11,965 | $631 |
| McGlynn & Luther | Legal | $30 | $1,877 | $30 | $1,877 |
| Michael D. Schloff, PLLC | Legal | - | - | $1,050 | $9 |
| Momsen, Leonardos & Cia | Legal | - | - | $160 | $85 |

4

| Name Of Ordinary Course Professional | Type Of Service | Aggregate Quarterly Compensation For Services Rendered | Aggregate Quarterly Reimbursement Of Expenses | Aggregate Compensation For Services Rendered During Chapter 11 Cases | Aggregate Reimbursement Of Expenses During Chapter 11 Cases |
|---|---|---|---|---|---|
| Morgan, Lewis & Bockius LLP | Legal | $22,261 | $5 | $22,261 | $5 |
| Neal Gerber & Eisenberg, LLP | Legal | $33,933 | $3,020 | $73,469 | $4,679 |
| Ogne, Alberts & Stuart, P.C. | Legal | - | - | $326 | $3 |
| Paul, Hastings, Janofsky & Walker LLP | Legal | - | - | - | $35 |
| Phelps Dunbar LLP | Legal | $2,117 | $31 | $54,324 | $50,732 |
| Pillsbury Winthrop Shaw Pittman LLP | Legal | - | - | $23,869 | $351 |
| Porterfield, Harper & Mills, P.A. | Legal | $149 | $932 | $1,868 | $985 |
| Prichard, Hawkins, Davis & Young, LLP | Legal | $208 | $5 | $2,156 | $2,590 |
| Quattlebaum, Groom, Tull & Burrow PLLC | Legal | $61 | $3,000 | $455 | $3,000 |
| Reising, Ethington, Barnes Kisselle, P.C. | Legal | $74,215 | $4,225 | $158,039 | $7,420 |
| Rogitz & Associates | Legal | - | - | $19,500 | - |
| Secrest, Wardle, Lynch, | Legal | - | $3,878 | - | $3,878 |
| Stout Risius Ross, Inc. | Tax Valuation | $28,655 | $443 | $28,655 | $443 |
| Swift Currie McGhee & Hiers, LLP | Legal | $293 | $33 | $731 | $35 |
| Thorn, Gershon, Tymann | Legal | $3 | $149 | $3 | $149 |

5

| Name Of Ordinary Course Professional | Type Of Service | Aggregate Quarterly Compensation For Services Rendered | Aggregate Quarterly Reimbursement Of Expenses | Aggregate Compensation For Services Rendered During Chapter 11 Cases | Aggregate Reimbursement Of Expenses During Chapter 11 Cases |
|---|---|---|---|---|---|
| Turner Reid Duncan Loomer & Patton P.C. | Legal | - | - | $218 | $13 |
| Vorys, Sater, Seymour and Pease LLP | Tax Consulting | $213 | - | $428 | - |
| Ward Norris Heller & Reidy, LLP | Legal | - | - | $1,002 | $41 |
| Wax Law Group | Legal | $21,868 | - | $49,061 | - |
| Wells, Anderson & Race, LLC | Legal | $2,986 | $594 | $3,510 | $594 |
| Wimer Law Offices, P.C. | Legal | - | - | $570 | $4 |
| Wood, Herron & Evans, L.L.P. | Legal | $13,851 | $635 | $27,919 | $3,390 |
| Wooden & McLaughlin, LLP | Legal | $873 | - | $11,250 | $342 |
| Young & Basile P.C. | Legal | $15,827 | $60 | $39,697 | $2,981 |
| Yuasa & Hara | Legal | $94,409 | - | $181,787 | $8,239 |