**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**----------------------------------X**
**In re:**                                             **Chapter 11**
                                                       **Case No.   05-44481 RDD**

**Delphi Corporation**
                                                                    **Claim No.**
                            **Debtor(s).**
**----------------------------------X**

**NOTICE: TRANSFER OF CLAIM PURSUANT TO FRBP 3001(e)(2) or (4)**

**To:(Transferor) 3D Systems, Inc.**
              **454 S. Anderson Road**
              **Ste. 10**
              **Rock Hill, SC 29730**

**The transfer of your claim as shown above, in the amount of $101107.00**
**has been transferred (unless previously expunged by court order) to:**
              **Bank of America, N.A.**
              **214 North Tryon Street**
              **NC1-027-14-01**
              **Charlotte, NC 28255**

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST: FILE A WRITTEN OBJECTION TO THE TRANSFER** with:
    United States Bankruptcy Court
    Southern District Of New York
    One Bowling Green
    New York, New York 10004-1408
   **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE**.
Refer to **INTERNAL CONTROL No. 5311** in your objection.
If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**
                                                                KATHLEEN FARRELL, CLERK
-------------------------------------------------------------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on_____,2001.
INTERNAL CONTROL NO._____
Copies(check):Claims Agent_____,Transferee,_____, Debtor's Attorney_____

                                            _____
                                            Deputy Clerk