UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

In re:                                                                  Chapter 11
DELPHI CORPORATION, et al.,                                              Case No. 05-44481
                                                                        (Jointly Administered)
                          Debtors.
_____X


NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(e)(1)

Transferor:    Gulf Coast Bank and Trust Company
               200 St. Charles Ave., 4th Floor
               New Orleans, LA  70130
               Attn: Wade Hladry

               Gulf Coast Bank and Trust Company
               5353 Essen Lane, Ste. 650
               Baton Rouge, LA  70809
               Attn: Robert Thibeaux

Transferee:    Contrarian Funds, LLC
               411 West Putnam Avenue, S-225
               Greenwich, CT 06830
               Attn:  Alpa Jimenez

A transfer of all right, title and interest in and to the schedule amount held by Gulf Coast Bank and Trust Company (the "Transferor") in the amount of **$211,878.38** against **Delphi Automotive Systems, LLC** and its affiliates.  This transfer is evidenced by the Transfer of Claim attached as Exhibit "A".

No action is required if you do not object to the transfer of your claim.   However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

    United States Bankruptcy Court
    Alexander Hamilton Custom House
    Attn: Bankruptcy Clerk
    One Bowling Green
    New York, NY 10004-1408

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
    Refer to INTERNAL CONTROL No. _____ in your objection.
    If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
_____

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO. _____
Copy:   (check) Claims Agent_____   Transferee_____   Debtor's Attorney _____


                                                                                          Deputy Clerk

## EVIDENCE OF TRANSFER OF CLAIM

**GULF COAST BANK & TRUST COMPANY, a Louisiana state bank**, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated September 26, 2006, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against the Debtor listed on Schedule A attached here, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. listed on Schedule A attached hereto or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 26th day of September 2006.

(Assignor)
GULF COAST BANK & TRUST COMPANY

By: _____
Name: WADE HEADRY
Title: S.J.P.

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, LLC, as manager

By: _____
Name: JANICE M. STANTON, MEMBER
Title: _____

(Assignor)
WITNESS:

By: _____
Name: Robert P. Thibeaux
Title: Attorny and Counsel

K12 2194444 1

# Schedule A
## Gulf Coast Bank and Trust Company

| Debtor | Case Number | Scheduled Amount | Proof of Claim Amt | Claim No. | |
|---|---|---|---|---|---|
| Delphi Automotive Systems LLC | 05-46640 | 211,878.38 | 347,043.24 | 2141 | *Note claim 2141 amends claim no. 1655 |

Initials:
Seller [signature]
Buyer [signature]