10/17/2006 10:31 FAX 717 237 5300    MCNEES WALLACE & NURICK    ☐002/003

05-44481-rdd    Doc 5330-1    Filed 10/16/06    Entered 10/17/06 12:39:02    Exhibit A    Page 1 of 1
(Fed Ex Receipt of Filing    Shipped 10/13th    Received 10/16)    Pg 1 of 2

**Palmer, Ellen**

From: TrackingUpdates@fedex.com
Sent: Monday, October 16, 2006 9:18 AM
To: Palmer, Ellen
Subject: FedEx Shipment 791144906292 Delivered

---

This tracking update has been requested by:

Company Name: McNees Wallace & Nurick LLC

Name: Clayton Davidson

E-mail: epalmer@mwn.com

---

Our records indicate that the following shipment has been delivered:

Tracking number:         791144906292
Reference:               99999-0600
Ship (P/U) date:         Oct 13, 2006
Delivery date:           Oct 16, 2006 08:59 AM
Sign for by:             B. PETERSON
Delivered to:            Receptionist/Front Desk
Service type:            FedEx Priority Overnight
Packaging type:          FedEx Envelope
Number of pieces:        1
Weight:                  0.5 LB

Shipper Information               Recipient Information
Clayton Davidson                  Gemma Thilberr
McNees Wallace & Nurick LLC       US Bankruptcy Court - SDNY
100 Pine St                       615-1 Alexander Hamilton Custom Hou
Harrisburg                        One Bowling Green
PA                                New York
US                                NY
17101                             US
                                  10004

Special handling/Services:
Deliver Weekday

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 8:17 AM CDT
on 10/16/2006.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of the
request, the requestor's message, or the accuracy of this tracking update. For
tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

10/16/2006

10/17/2006 10:31 FAX 717 237 5300   MCNEES WALLACE & NURICK   ☒003/003
05-44481-rdd   Doc 5330-1   Filed 10/16/06   Entered 10/17/06 12:39:02   Exhibit A   Page 1 of 1
(Fed Ex Receipt of Filing   Shipped 10/13th   Received 10/16)   Pg 2 of 2

FedEx | Ship Manager | Label 7911 4490 6292

From:   Origin ID: (717)237-5495
Clayton Davidson
McNees Wallace & Nurick LLC
100 Pine St

Harrisburg, PA 17101


FedEx Express

SHIP TO: (212)668-2870   BILL SENDER
**Gemma Thilbert**
**US Bankrupcty Court - SDNY**
**615-3 Alexander Hamilton Custom Hou**
**One Bowling Green**
**New York, NY 10004**

Ship Date: 13OCT06
ActWgt: 1 LB
System#: 1211029/INET2500
Account#: S *******

REF: 99999-0000



Delivery Address Bar Code

PRIORITY OVERNIGHT                    MON
                                      Deliver By:
TRK#  7911 4490 6292   FORM           16OCT06
                       0201
                                EWR    A1
10004     -NY-US
                          Z1 SXYA



---

Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.