LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (MS-4321)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
       mitchell.seider@lw.com
       mark.broude@lw.com

Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION., et al | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )   ss.:
COUNTY OF NEW YORK   )

      Leslie Salcedo, being duly sworn, deposes and says:

      1.    I am not a party to this action, am over 18 years of age and am employed by the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022.

      2.    On October 16, 2006, I caused true and correct copies of the Official Committee of Unsecured Creditors' Response and Reservation of Rights with Respect to

NY\1199734.1

Pending Interim Fee Applications of Various Retained Professionals, to be served upon the parties identified in Exhibit A hereto in the manner indicated therein.

/s/ Leslie Salcedo
Leslie Salcedo

Sworn to before me this
17th day of October, 2006

/s/ John W. Weiss
John W. Weiss
Notary Public, State of New York
No. 02WE6113201
Qualified in New York County
Commission Expires July 26, 2008

NY\1199734.1

**Exhibit A**

**Via Overnight Mail**

| | |
|---|---|
| Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>Attn: Donald S. Bernstein | Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098<br>Attn: Sean Corcoran<br>        Karen Craft |
| United States Trustee<br>33 Whitehall Street<br>Suite 2100<br>New York, NY 10004<br>Attn: Alicia M. Leonard | Simpson Thatcher & Barlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>Attn: Kenneth S. Ziman<br>        Robert H. Trust<br>        William T. Russell, Jr. |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>333 W. Wacker Dr<br>Suite 2100<br>Chicago, IL 60606<br>Attn: John Wm Butler<br>      John K. Lyons<br>      Ron E. Meisler | Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, New York 10004<br>Attn: Bonnie Steingart |
| Valerie Venable<br>GE Plastics, Americas<br>9930 Kincey Avenue<br>Huntersville, NC 28078 | Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Attn: David M. Sherbin, Esq.<br>        General Counsel |
| John D. Sheehan<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098 | Legal Cost Control, Inc.<br>255 Kings Highway East,<br>Haddonfield, NJ 08033<br>Attn: Joe Sykes |
| Charles W. Shifley<br>Banner & Witcoff, Ltd.<br>10 South Wacker Drive<br>Suite 3000<br>Chicago, IL 60606 | Blake, Cassels & Graydon LLP<br>199 Bay Street<br>Toronto, Ontario, Canada<br>M5L 1A9 |

Thomas B. Radom
Butzel Long, P.C.
100 Blommfield Hills Parkway
Suite 200
Bloomfield Hills, MI  48304

Daniel E. Bruso
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT  06002

Brock E. Plumb
Deloitte & Touche LLP
600 Renaissance Center
Suite 900
Detroit, Michigan  48243

Brian Trust
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, NY  10019

Lonie A. Hassel
Groom Law Group
1701 Pennsylvania N.W. Suite 1200
Washington, DC  20006

Ronald J. Kisicki
Jaeckle Fleischmann & Mugel LLP
12 Fountain Plaza
Buffalo, NY  14202

Joseph D. Frank
Frank/Gecker LLP
325 North LaSalla Street, Suite 625
Chicago, IL  60610

Paul J.N. Roy
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606

James K. Robinson
Cadwalader, Wickersham & Taft LLP
1201 F. Street, N.W. Suite 1100
Washington, DC  20004

Aaron R. Marcu
Covington & Burling LLP
1330 Avenue of the Americas
New York, NY  10019

Kristi A. Katsma
Dickinson Wright PLLC
500 Woodward Avenue
Suite 4000
Detroit, MI  48226

Randall S. Eisenberg
FTI Consulting, Inc.
3 Times Square, 11th Floor
New York, NY  10036

Jeffrey A. Sadowski
Howard & Howard Attorneys PC
39400 Woodward Avenue, Suite 101
Bloomfield Hillds, MI  48304

Lena Madel
Milbank Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005

King & Spalding LLP
1185 Avenue of the Americas
New York, NY  10036

Larry H. Lattig
Mesirow Financial Consulting, LLC
666 Third Avenue, 21st Floor
New York, NY  10017

NY\1199734.1

| | |
|---|---|
| Robert A. Siegel<br>O'Melveny & Myers LLP<br>1625 Eye Street, NW<br>Washington, DC  20006 | Kevin T. Grzelak<br>Price, Heneveld, Cooper, Dewitt & Litton, LLP            695 Kenmoor Avenue, SE<br>Grand Rapids, MI  49501 |
| Mateo Fowler<br>Quinn Emanuel Urquhardt Oliver & Hedges<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA  90017 | Glenn E. Forbis<br>Rader, Fishman & Grauer PLLC<br>39533 Woodward Avenue, Suite 140<br>Bloomfield Hills, MI  48304 |
| William R. Shaw<br>Rothschild, Inc.<br>1251 Avenue of the Americas<br>New York, NY 10020 | Douglas P. Bartner<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY  10022 |
| Pearl Meyer<br>Steven Hall & Partners, LLP<br>645 Fifth Avenue<br>New York, NY  10022 | Robert T. Barnard<br>Thompson Hine LLP<br>One Chase Manhattan Plaza 58th Floor<br>New York, NY  10005 |
| Albert Togut<br>Togut, Segal & Segal LLP<br>One Penn Plaza, Suite 3335<br>New York, NY  10119 | Michael D. Warner<br>Warner Stevens LLP<br>301 Commerce Street, Suite 1700<br>Fort Worth, TX  76102 |
| Charles Davidow<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC  20006 | |