## Exhibit A

### In re Delphi Corporation, et al.; Case No. 05-44481 (RDD)

*Responses To The Debtors' First Omnibus Claims Objection Organized By Objector[1]*

| | **RESPONSE** | **SUMMARY OF RESPONSE** | **RESOLUTION OR PROPOSAL** | **ORDER MODIFICATION (IF ANY)** |
|---|---|---|---|---|
| 1. | Response of Terry R. Mocny Sr. (Docket No. 5205) | Mr. Mocny purchased an aggregate of $20,000 of Delphi Corporation ("Delphi") Common Stock in 2000 and 2005 and asserts that in November 2005, Delphi sold the stock for $.32 per share for a loss of $17,974.64. Mr. Mocny's response asserts that Fidelity Investment Company and Delphi inappropriately continued to allow employees to invest in Delphi Common Stock in their personal savings plans. | The Debtors communicated with the respondent to clarify the relief requested in the First Omnibus Claims Objection. Respondent asserts that his proof of claim sets forth claims in addition to his common stock ownership. The Debtors therefore withdraw their objection to Mr. Mocny's proof of claim. | Mr. Mocny's proof of claim has been removed from Exhibit B to the Order. |
| 2. | Response Of Bank Of America, NA To Debtors' First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (I) Duplicate And Amended Claims And (II) Equity Claims (Docket No. 5247) | Bank of America agrees that it filed two claims, each of which is duplicated on the claims register. To ensure that the proper documentation remains with the claims, Bank of America requests that the surviving claims be the earlier-filed claims rather than the later-filed claims. | The Debtors have agreed to retain Bank of America claim numbers 11317 and 11470 and expunge claim numbers 13769 and 13770. | The exhibit to the Order will reflect the flipping of surviving and expunged claims. |
| 3. | Response of Ohio Department of Taxation to Debtors' First Omnibus Objection (Docket No. 5261) | The Ohio Department of Taxation agrees that the Debtors should expunge claim 1516 and retain claim 1532. | No action necessary. | None. |

---

[1]    This chart reflects all responses entered on the docket.

1

|  | **RESPONSE** | **SUMMARY OF RESPONSE** | **RESOLUTION OR PROPOSAL** | **ORDER MODIFICATION (IF ANY)** |
|---|---|---|---|---|
| 4. | Response Of Andrew Ladika To Debtors' First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (I) Claims And (II) Equity Claims (Docket No. 5266) | Mr. Ladika asserts that he holds 280.8416 shares of Delphi Common Stock worth $1,547.25 and that he filed a proof of claim to protect his shareholder interest. He requests that the Court protect his equity interests. | The Debtors communicated with the respondent to clarify the relief requested in the First Omnibus Claims Objection. The Debtors believe this addresses the concerns of the respondent. | None. |
| 5. | NuTech's Limited Response To Debtors' First Omnibus Objection To Duplicate And Amended Claims (Docket No. 5287) | NuTech agrees that the proof of claim at claim number 871 is duplicated by claim number 1279 and has no objection to claim 871 being expunged. NuTech asserts that it filed its response to preserve its right to argue that its claim should be allowed against Delphi Automotive Systems LLC or another debtor besides Delphi Corporation. | No action necessary. | None. |
| 6. | Response Of Cadence Innovation LLC To Debtors' First Omnibus Objection To Claims (Docket No. 5294) | Cadence requests that for each of the claims the Debtors have sought to expunge as duplicative, the Debtors retain the "Expunged Claim" and expunge the "Surviving Claim." Cadence acknowledges that the Debtors have agreed to make the requested modification. | The Debtors have agreed to reverse the disposition of each of the Cadence claims so that the claims listed as "Expunged Claims" on Exhibit B to the First Omnibus Claims Objection will become the "Surviving Claims" on Exhibit A to the First Omnibus Claims Objection Order. | The exhibit to the order will reflect the reversal of surviving and expunged claims. |
| 7. | Response Of Brazeway, Inc. To Notice Of Objection To Claim (Docket No. 5297) | Brazeway asserts that it filed its proof of claim (claim number 15614) on a provisional basis only and that the proper surviving claim should be that of JP Morgan Chase Bank (claim number 14052), as reflected in the Debtors' First Omnibus Claims Objection. | No action necessary. | None. |

|    | **RESPONSE** | **SUMMARY OF RESPONSE** | **RESOLUTION OR PROPOSAL** | **ORDER MODIFICATION (IF ANY)** |
|---|---|---|---|---|
| 8. | Response of Claimant, Alice J. Banus, Trustee Of The Alice J. Banus Trust U/A/D 010600 In Opposition To Debtors' First Omnibus Objection To Equity Claims (Docket No. 5301) | The Trustee of the Alice J. Banus Trust asserts that she timely filed a proof of claim to evidence an equity interest and that the claim should not be disallowed. The Trustee asserts that despite Debtors' statement that the Bar Date Order does not require equityholders to evidence their stock ownership interest by filing a proof of claim, because the Debtors served the Trustee with a proof of claim form, any objection to the filing of the proof of claim is moot. Moreover, the Trustee asserts that expunging the proof of claim would impair entitlements that the Trustee would have under a plan of reorganization. | The Debtors communicated with the respondent to clarify the relief requested in the First Omnibus Claims Objection. The Debtors believe this addresses the concerns of the respondent. | None. |
| 9. | Response Of Rick L. Sizemore To Debtors' First Omnibus Objection (Docket No. 5302) | Mr. Sizemore asserts that his claim should be an allowed priority claim in the amount of $211,330.38 because his claim was not for Common Stock, but was rather for a mutual fund owned and operated by Delphi and in the interest of Delphi, based on Delphi Common Stock. | The Debtors communicated with the respondent to clarify the relief requested in the First Omnibus Claims Objection. The Debtors believe this addresses the concerns of the respondent. | None. |

| | **RESPONSE** | **SUMMARY OF RESPONSE** | **RESOLUTION OR PROPOSAL** | **ORDER MODIFICATION (IF ANY)** |
|---|---|---|---|---|
| 10. | Response of Umicore Autocat Canada Corp. To Debtors' First Omnibus Claims Objection (Docket No. 5303) | Umicore states that it intended to have two claims on record – one against Delphi Corporation and one against Delphi Automotive Systems LLC. Thus, Umicore consents to relief sought by the Debtors' First Omnibus Objection to expunge claim number 12922 against Delphi Automotive Systems LLC as duplicative of claim number 12924, so long as claim number 12924 against Delphi Automotive Systems LLC and claim number 12923 against Delphi Corporation survive. | No action necessary. | None. |