**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DOCKETED RECEIPT DATE | DOCKETED DEBTOR |
|---|---|---|---|---|
| ADRIAN G GRAMMAR | 15872 | Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $1,000.00<br>Total: $1,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| AGNITTI SABATINO | 15848 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $56,392.09<br>Total: $56,392.09 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| AZER DONALD | 15856 | Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $1,000.00<br>Total: $1,000.00 | 08/09/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BARBARA GARNER | 16044 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $9,758.00<br>Total: $9,758.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| BARBARA GARNER | 16043 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $9,768.00<br>Total: $9,768.00 | 08/09/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BATES ROBERT G | 16177 | Secured:<br>Priority: $1,000.00<br>Administrative:<br>Unsecured:<br>Total: $1,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| BEN HULSEBUS | 15987 | Secured:<br>Priority: $5,000.00<br>Administrative:<br>Unsecured: $160,000.00<br>Total: $165,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| BEVERLY M JENKINS | 15910 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DOCKETED RECEIPT DATE | DOCKETED DEBTOR |
|---|---|---|---|---|
| BLACK DENNIS A | 16021 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| BRANCA BRUCE A | 15863 | Secured:<br>Priority: $1,000.00<br>Administrative:<br>Unsecured:<br>Total: $1,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| CARL J BIRCHMEIER JR | 16146 | Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| CAROL L RIZZO | 16093 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| CAROLYN RUSSELL | 16082 | Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 08/09/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CAROLYN RUSSELL | 16081 | Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| CATCHPOLE RONALD | 16122 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 08/09/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CATCHPOLE RONALD | 16124 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 08/09/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DOCKETED RECEIPT DATE | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CATCHPOLE RONALD | 16123 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| CHANDLER RICHARD | 16059 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$300,000.00<br><br>$300,000.00<br>$600,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| CHARLES EDGAR CHILDS | 15915 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$20,345.22<br>$20,345.22 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| CHILDS CHARLES E | 15886 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$132,000.00<br>$132,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| CHIUCHIARELLI CHERYL | 15845 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br><br>$0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| COPENHAVER GERALD | 15887 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| CRAIG STEPHEN | 15990 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$33,570.00<br><br><br>$33,570.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| CYNTHIA K OCUBBLESTEIN | 15953 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$4,000.00<br><br>$400,000.00<br>$404,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DOCKETED RECEIPT DATE | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CYNTHIA L DARBY | 15894 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| DAHN E BJORKMAN AND | 15818 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 08/03/2006 | DELPHI CORPORATION (05-44481) |
| DAHN E BJORKMAN AND JOYCE E | 15817 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 08/03/2006 | DELPHI CORPORATION (05-44481) |
| DANA BLAKE | 16107 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$500,000.00<br><br><br>$500,000.00 | 08/09/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DANA FIDLER | 16166 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$148,000.00<br>$148,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| DAVID H IRWIN | 15871 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br>$1,000.00<br>$1,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| DEBRA A SMITH | 16063 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,157.52<br>$1,157.52 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| DEBRA L ENGEMANN | 16029 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$4,000.00<br><br>$690,000.00<br>$694,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DOCKETED RECEIPT DATE | DOCKETED DEBTOR |
|---|---|---|---|---|
| DELORIS ROGERS | 16144 | Secured: <br> Priority: $886.00 <br> Administrative: <br> Unsecured: <br> Total: $886.00 | 08/08/2006 | DELPHI CORPORATION (05-44481) |
| DELORIS ROGERS | 16045 | Secured: <br> Priority: $886.00 <br> Administrative: <br> Unsecured: <br> Total: $886.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| DONALD H VAN DENBUSSCHE AND | 16067 | Secured: <br> Priority: $0.00 <br> Administrative: <br> Unsecured: <br> Total: $0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| DUANE A BOLINGER | 16036 | Secured: <br> Priority: $239,909.00 <br> Administrative: <br> Unsecured: <br> Total: $239,909.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| EDWARD A ZIONKOWSKI | 16118 | Secured: <br> Priority: <br> Administrative: <br> Unsecured: $159.84 <br> Total: $159.84 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| FIORITO LISA | 15895 | Secured: <br> Priority: $0.00 <br> Administrative: <br> Unsecured: $1,000.00 <br> Total: $1,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| FRANCIS GUTBERLET | 15913 | Secured: <br> Priority: $0.00 <br> Administrative: <br> Unsecured: $1,000.00 <br> Total: $1,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| GALONSKA JOSEPH | 16141 | Secured: <br> Priority: $0.00 <br> Administrative: <br> Unsecured: $0.00 <br> Total: $0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DOCKETED RECEIPT DATE | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| GARY L COX | 15867 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br>$1,000.00<br>$1,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| GEBBIA STEVEN | 16178 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| GOMOLUCH JOSEPH B | 15997 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br>$0.00<br>$0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| GRAU PATRICIA | 16032 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br>$0.00<br>$0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| GREGORY P KAMRADT | 16024 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$70,000.00<br><br>$350,000.00<br>$420,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| HANDLEY RALPH | 15795 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 08/02/2006 | DELPHI CORPORATION (05-44481) |
| HANDLEY RALPH E | 15802 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 08/02/2006 | DELPHI CORPORATION (05-44481) |
| HANDLEY RALPH E | 15800 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 08/02/2006 | DELPHI CORPORATION (05-44481) |

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DOCKETED RECEIPT DATE | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HANDLEY RALPH E | 15799 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 08/02/2006 | DELPHI CORPORATION (05-44481) |
| HANDLEY RALPH E | 15801 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 08/02/2006 | DELPHI CORPORATION (05-44481) |
| HASSEL CLAUDETTE M | 16108 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| HAYWARD WOODROW | 16173 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| HOLLAND SCOTTIE E | 15840 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$97,298.51<br>$97,298.51 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| HOLLAND SCOTTIE E | 15841 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br>$0.00<br>$0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| HOLLISTER III R | 16129 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$123,657.02<br><br><br>$123,657.02 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| HURTT MICHAEL | 16039 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br>$0.00<br>$0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DOCKETED RECEIPT DATE | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JODY R SWANSON | 16027 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$575,000.00<br>$575,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| JODY R SWANSON | 16259 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$575,000.00<br>$575,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| JOHN D SHEEHAN | 15806 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$10,000.00<br><br>$0.00<br>$10,000.00 | 08/02/2006 | DELPHI CORPORATION (05-44481) |
| JOSEPH D CAMPBELL | 16031 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$400,000.00<br><br><br>$400,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| JOSEPH F MARTIN TR | 16060 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$14,195.00<br>$14,195.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| JUDITH S MATZELLE | 16089 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| KEROACK JOHN | 15885 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br>$1,000.00<br>$1,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| KLAUS PAKUSCH | 15866 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br>$1,000.00<br>$1,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DOCKETED RECEIPT DATE | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LAFRANCE JOSEPH | 15909 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br>$1,000.00<br>$1,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| LAWRENCE J VAN DUSEN | 15951 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$60,000.00<br><br>$400,000.00<br>$460,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| LAWSON CRUTCHER | 15992 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$4,000.00<br><br>$300,000.00<br>$304,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| LEECK RASOLIND J | 16111 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$500,000.00<br><br><br>$500,000.00 | 08/09/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LEHRER ROGER | 16035 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br>$0.00<br>$0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| LINDA HALSEBUS | 15988 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$5,000.00<br><br>$160,000.00<br>$165,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| LITTELL MICHAEL | 15861 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$30,000.00<br><br><br>$30,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| LOGAN EARTHA | 15923 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br>$0.00<br>$0.00 | 08/09/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DOCKETED RECEIPT DATE | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LOGAN EARTHA | 16262 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br>$0.00<br>$0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| LOGAN EATHA JEAN | 16261 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br>$0.00<br>$0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| LOGAN EATHA JEAN | 15952 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br>$0.00<br>$0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| LORI A OSTRANDER | 16094 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$396,655.00<br>$396,655.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| MADDEN JUDITH A | 15860 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$97,000.00<br><br>$97,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| MALANGA RONALD R | 16161 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$44,047.00<br>$44,047.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| MARIA C PALERMO | 16191 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$500.00<br>$500.00 | 08/01/2006 | DELPHI CORPORATION (05-44481) |
| MARIE URBANICK | 16147 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br>$0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DOCKETED RECEIPT DATE | DOCKETED DEBTOR |
|---|---|---|---|---|
| MARK LOCKWOOD | 15906 | Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $10,000.00<br>Total: $10,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| MARTIN P SHERIDAN | 16159 | Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| MARY FENWICK | 15971 | Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| MATTHEWS GLORIA G | 15854 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| MCCLEARN LISA | 16179 | Secured:<br>Priority: $1.00<br>Administrative:<br>Unsecured: $10,000.00<br>Total: $10,001.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| MEISEL MARK | 15957 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $112,656.13<br>Total: $112,656.13 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| MERRITT LANCE B | 16005 | Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $1,000.00<br>Total: $1,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| MICHAEL G BROWN | 15834 | Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 08/01/2006 | DELPHI CORPORATION (05-44481) |

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DOCKETED RECEIPT DATE | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MICHAEL K LESLIE | 15950 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br>$0.00<br>$0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| MILLER MARY | 15989 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br><br>$0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| MURNANE ELIZABETH A | 15890 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br>$1,000.00<br>$1,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| NEWMAN KEITH | 16176 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$12,311.68<br><br><br>$12,311.68 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| NEWMAN TINA | 16090 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$1,710.00<br><br><br>$1,710.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| NICK SAWCZUK | 15868 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br>$1,000.00<br>$1,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| OFFENBACHER LON | 16114 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br>$0.00<br>$0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| OFFENBACHER LON | 16258 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br>$0.00<br>$0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DOCKETED RECEIPT DATE | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| OLDECK WALTER | 16091 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,700.00<br>$1,700.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| PARISEAU RICHARD J | 15993 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br>$0.00<br>$0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| PHILIP BRIAN RICHARDS | 16022 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$4,000.00<br><br>$548,760.00<br>$552,760.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| RACHEL HEIDENREICH | 16008 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br>$0.00<br>$0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| RALPH E HANDLEY | 15798 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 08/02/2006 | DELPHI CORPORATION (05-44481) |
| RALPH E HANDLEY AND MAXINE A | 15797 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 08/02/2006 | DELPHI CORPORATION (05-44481) |
| RAYMOND MYLES CARSON | 16023 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$155,000.00<br><br>$500,000.00<br>$655,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| REBA BOYD HOGAN | 16074 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br><br>$0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DOCKETED RECEIPT DATE | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| RESCHLEIN JAMES | 16112 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$3,189.35<br>$3,189.35 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| RESCHLEIN JAMES | 16109 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$6,160.27<br>$6,160.27 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| RICHARD CARPENTER | 16030 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$4,000.00<br><br>$500,000.00<br>$504,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| RINGELBERG MARTIN T | 16020 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$4,000.00<br><br>$36,000.00<br>$40,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| ROBERT L SPENCER | 16099 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| ROBERT L SPENCER AND KAREN E | 16098 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| ROBERT S KEYMEL | 15907 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br>$1,000.00<br>$1,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| ROBISON GLENN | 16136 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br>$10,000.00<br>$10,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DOCKETED RECEIPT DATE | DOCKETED DEBTOR |
|---|---|---|---|---|
| ROGER D NEWELL | 15878 | Secured: <br> Priority: <br> Administrative: <br> Unsecured: $0.00 <br> Total: $0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| ROSEN ERIC B | 16171 | Secured: <br> Priority: $0.00 <br> Administrative: <br> Unsecured: $90,000.00 <br> Total: $90,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| SAMUEL O OYEFESO | 16000 | Secured: <br> Priority: $2,140.51 <br> Administrative: <br> Unsecured: <br> Total: $2,140.51 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| SHAFFER LOWELL K | 16110 | Secured: <br> Priority: <br> Administrative: <br> Unsecured: $1,748,075.00 <br> Total: $1,748,075.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| SHANKS BRENDA L | 16065 | Secured: <br> Priority: <br> Administrative: <br> Unsecured: $0.00 <br> Total: $0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| SHEPERD SUSAN | 15968 | Secured: <br> Priority: <br> Administrative: <br> Unsecured: $10,000.00 <br> Total: $10,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| SIDNEY A SCOTT | 15929 | Secured: <br> Priority: $0.00 <br> Administrative: <br> Unsecured: $8,612.00 <br> Total: $8,612.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| SMILEY DORIS M | 16128 | Secured: <br> Priority: <br> Administrative: <br> Unsecured: $0.00 <br> Total: $0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DOCKETED RECEIPT DATE | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SMITH THOMAS E | 15864 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$1,000.00<br><br><br>$1,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| SMITHERS MARY L | 16040 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br>$0.00<br>$0.00 | 08/09/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SPENCER ROBERT | 16100 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| STEPHEN J TENHARMSEL | 16028 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$68,000.00<br><br>$500,000.00<br>$568,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| STEPHEN ZORICH | 16053 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br><br>$0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| STEVEN DERAEDT | 16181 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br><br>$0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| STRAIGHT MARY | 16125 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br>$0.00<br>$0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| STRAIGHT MARY | 16257 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br>$0.00<br>$0.00 | 08/09/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DOCKETED RECEIPT DATE | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| STUDER BRIAN | 16096 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br>$0.00<br>$0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| TERRY GAY | 16014 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$524,695.00<br><br><br>$524,695.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| THELEN GLENN | 16019 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$4,000.00<br><br>$480,000.00<br>$484,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| THOMAS R MONTOUR | 15877 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| TOLNAR PETER F | 15904 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br><br>$0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| TOWNSEND WILLIE J | 15790 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br><br>$0.00 | 08/02/2006 | DELPHI CORPORATION (05-44481) |
| VELMA MARTIN AND JOSEPH F | 16061 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$408.00<br>$408.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| VERONICA CHEMERS AND NICK | 15862 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DOCKETED RECEIPT DATE | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| WATSON SANDRA | 15921 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br><br>$0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| WEBB JANET | 15922 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br>$0.00<br>$0.00 | 08/09/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| WEINMANN PATRICIA C | 16175 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br><br>$0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| WENZLICK PATRICK | 16183 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br><br>$0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| WILLIAM C SPELMAN | 15998 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| WOOD HUGH G | 15832 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 08/01/2006 | DELPHI CORPORATION (05-44481) |
| WORK LYNNE H | 16007 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br><br>$0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| WOWKOWYCH STEPHEN | 16156 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$1,000.00<br><br><br>$1,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DOCKETED RECEIPT DATE | DOCKETED DEBTOR |
|---|---|---|---|---|
| YEN DAVID | 15969 | Secured: <br> Priority: <br> Administrative: <br> Unsecured: $56,205.62 <br> Total: $56,205.62 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| ZIZELMAN JAMES | 15956 | Secured: <br> Priority: $0.00 <br> Administrative: <br> Unsecured: $1,000.00 <br> Total: $1,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| ZOFKO MARTIN | 16084 | Secured: <br> Priority: $0.00 <br> Administrative: <br> Unsecured: <br> Total: $0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| ZOMBAR RONALD | 15902 | Secured: <br> Priority: $0.00 <br> Administrative: <br> Unsecured: <br> Total: $0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| **Total:** | **148** | **$12,657,808.76** | | |