**Hearing Date: October 19, 2006**
**Hearing Time: 10:00 a.m. (Prevailing Eastern Time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                          :
        In re                             :    Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :    Case No. 05-44481 (RDD)
                                          :
                          Debtors.        :    (Jointly Administered)
                                          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## PROPOSED AMENDED TWELFTH OMNIBUS HEARING AGENDA

Location Of Hearing:        United States Bankruptcy Court for the Southern District of New
                            York, Alexander Hamilton Custom House, Room 601, 6th Floor,
                            One Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (35 Matters)

    C.    Uncontested, Agreed, Or Settled Matters (2 Matters)

    D.    Contested Matters (3 Matters)

    E.    Adversary Proceedings (2 Matters)


**B.    Continued Or Adjourned Matters***

    1.    **"KECP Motion"** – Motion For Order Under 11 U.S.C. §§ 105 And 363 Authorizing The Debtors To Implement A Key Employee Compensation Program (Docket No. 213)

        *Responses Filed:*    *Objection Of Wilmington Trust Company, As Indenture Trustee, To Debtors' Motion For Order Under 11 U.S.C. §§ 105 And 363 Authorizing The Debtors To Implement A Key Employee Compensation Program (Docket No. 1133)*

            *Objections Of USW To Debtors' Motion For Order Under Sections 105 And 363 Authorizing The Debtors To Implement A Key Employee Compensation Program (Docket No. 1134)*

            *Objection And Memorandum Of UAW In Opposition To Debtors' Motion For An Order Authorizing Debtors To Implement A Key Employee Compensation Program (Docket No. 1135)*

            *Objection Of Pension Benefit Guaranty Corporation To Debtors' Motion For Order §§ 105 And 363*

---

\* Motions found at the following docket numbers that appeared on previous Proposed Hearing Agendas have been voluntarily withdrawn from the agenda and would need to be re-noticed under the Case Management Order to be reinstated on an agenda: Docket Nos. 4778 and 4912 (Mercedes-Benz U.S. International, Inc.'s Motion to File Claims and Methode Electronics, Inc.'s Setoff Motion).

The Motion of the Official Committee of Unsecured Creditors to Prosecute the Debtors' Claims and Defenses Against General Motors Corporation and Certain Former Officers of the Debtors (Docket No. 4718) was adjourned at the September 14, 2006 omnibus hearing to the November 30, 2006 omnibus hearing.

*Authorizing Debtors To Implement A Key Employee Compensation Program (Docket No. 1141)*

*Objections And Memorandum Of Law In Support Of Objection Of IBEW Local 663 And IAM District 10 To Motion For Order Authorizing Debtors To Implement A Key Employee Compensation Plan (Docket No. 1156)*

*Limited Objection Of The Prepetition Agent To The Debtors' Motion For Order Under §§ 105 And 363 Authorizing The Debtors To Implement A Key Employee Compensation Program (Docket No. 1157)*

*Objections And Memorandum Of Law Of International Union Of Operating Engineers Local Union Nos. 18, 101 And 832 To Debtors' Motion For An Order Authorizing The Debtors To Implement A Key Employee Compensation Program (Docket No. 1159)*

*Lead Plaintiffs' Objection To Debtors' Motion For Order Under §§ 105 And 363 Authorizing Debtors To Implement A Key Employee Compensation Program (Docket No. 1161)*

*Objection And Memorandum Of Law In Support Of Objection Of IUE-CWA To Motion For Order Under §§ 105 And 363 Authorizing The Debtors To Implement A Key Employee Compensation Program ("KECP Motion") (Docket No. 1164)*

*United States Trustee's Objection To Debtors' Motion For Order Under §§ 105 And 363 Authorizing The Debtors To Implement A Key Employee Compensation Program (Docket No. 1288)*

*Reply Filed:*          *Debtors' Omnibus Response To Objections To Their Motion For Order Under 11 U.S.C. Sections 105 And 363 Authorizing The Debtors To Implement A Key Employee Compensation Program (Docket No. 2210)*

*Related Filings:*          *Letter Regarding Electronic Filing Of Objection To Motion Of Debtors' For Order Under Sections 105*

3

*And 363 Authorizing The Debtors To Implement A Key Employee Compensation Program (Docket No. 1209)*

*Affidavit In Support Of Objection Of IUE-CWA To Motion For Order Under §§ 105 & 363 Authorizing The Debtors To Implement A Key Employee Compensation Program (Docket No. 1168)*

*Declaration Of Mark Shaw (Docket No. 2054)*

*Supplement To KECP Motion (Docket No. 213) Seeking Authority To: (A) Fix Second Half 2006 AIP Targets And Continue AIP Program And (B) Further Adjourn KECP Emergence Incentive Program Hearing (Docket No. 4419)*

*Order Under 11 U.S.C. §§ 105 And 363 Authorizing The Debtors To: (A) Fix Second Half 2006 AIP Targets And Continue AIP Program And (B) Further Adjourn KECP Emergence Incentive Program Hearing (Docket No. 4660)*

*Status:*     *By agreement of the Debtors and the Official Committee of Unsecured Creditors this matter is being adjourned to the November 30, 2006 omnibus hearing.*

2.    **"Howard & Howard Attorneys, P.C. Interim Fee Applications"** – First Interim Fee Application Of Howard & Howard Attorneys, P.C., Intellectual Property Counsel To Debtors, For Interim Allowance Of Compensation And Reimbursement Of Expenses For The Period October 8, 2005 Through January 31, 2006 (Docket No. 2965)

*Response Filed:*     *None.*

*Reply Filed:*     *None.*

*Related Filings:*     *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)*

*Second Interim Fee Application Of Howard & Howard Attorneys, P.C., Intellectual Property Counsel To Debtors, For Interim Allowance Of Compensation And Reimbursement Of Expenses For*

4

*The Period February 1, 2006 Through May 31, 2006 (Docket No. 4735)*

*Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)*

Status:        *At the request of the Fee Committee this matter is being adjourned to the November 30, 2006 omnibus hearing.*

3.      **"Ernst & Young LLP Fee Applications"** – First And Final Application Of Ernst & Young LLP, As Sarbanes-Oxley, Valuation, And Tax Services Providers For The Debtors, For Allowance And Payment Of Compensation For Professional Services And Reimbursement Of Actual And Necessary Expenses (Docket No. 3018)

*Response Filed:*     *None.*

*Reply Filed:*        *None.*

*Related Filings:*    *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)*

*Second Application Of Ernst & Young LLP, As Independent Auditors, Accountants And Tax Advisors To Debtors, For Allowance And Payment Of Compensation For Professional Services And Reimbursement Of Actual And Necessary Expenses (Docket No. 4788)*

*Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)*

Status:        *At the request of the Fee Committee this matter is being adjourned to the November 30, 2006 omnibus hearing.*

4.      **"Quinn Emanuel Urquhart Oliver & Hedges LLP Interim Fee Applications"** – First Interim Application Of Quinn Emanuel Urquhart Oliver & Hedges LLP, Special Litigation Counsel To The

Debtors-In-Possession For Compensation And Reimbursement Of
Expenses (Docket No. 3071)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)* |
| | *Second Interim Application Of Quinn Emanuel Urquhart Oliver & Hedges LLP, Special Litigation Counsel To The Debtors-In-Possession, For Compensation And Reimbursement Of Expenses (Docket No. 4769)* |
| | *Amended Second Interim Application Of Quinn Emanuel Urquhart Oliver & Hedges LLP, Special Litigation Counsel To The Debtors-In-Possession, For Compensation And Reimbursement Of Expenses (Docket No. 4784)* |
| | *Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)* |
| *Status:* | *At the request of the Fee Committee this matter is being adjourned to the November 30, 2006 omnibus hearing.* |

5. **"Cadwalader, Wickersham And Taft LLP Interim Fee Applications"** –
First Application Of Cadwalader, Wickersham And Taft LLP As Attorneys
For The Debtors For Interim Allowance Of Compensation For Professional
Services Rendered And For Reimbursement Of Actual And Necessary
Expenses Incurred From October 10, 2005 Through January 31, 2006
(Docket No. 3302)

| | |
|---|---|
| *Response Filed:* | *Official Committee Of Unsecured Creditors' Response And Reservation Of Rights With Respect To Pending Interim Fee Applications Of Various Retained Professionals (Docket No. 5314)* |
| *Reply Filed:* | *None.* |

| | |
|---|---|
| *Related Filings:* | *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)* |
| | *Second Application Of Cadwalader, Wickersham And Taft LLP As Attorneys For The Debtors For Interim Allowance Of Compensation For Professional Services Rendered And For Reimbursement Of Actual And Necessary Expenses Incurred From February 1, 2006 Through May 31, 2006 (Docket No. 4737)* |
| | *Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)* |
| *Status:* | *At the request of the Fee Committee this matter is being adjourned to the November 30, 2006 omnibus hearing.* |

6. **"Togut, Segal & Segal LLP Interim Fee Applications"** – First Application Of Togut, Segal & Segal LLP For An Allowance Of Interim Compensation For Services Rendered As Conflicts Counsel For The Debtors For The Period October 8, 2005 Through January 31, 2006 And For Reimbursement Of Expenses (Docket No. 3440)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)* |
| | *Second Application Of Togut, Segal & Segal LLP For An Allowance Of Interim Compensation For Services Rendered As Conflicts Counsel For The Debtors For The Period February 1, 2006 Through May 31, 2006 And For Reimbursement Of Expenses (Docket No. 4748)* |
| | *Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation* |

|  |  | *And Reimbursement Of Expenses Of Professionals (Docket No. 5310)* |
|---|---|---|
|  | *Status:* | *At the request of the Fee Committee this matter is being adjourned to the November 30, 2006 omnibus hearing.* |

7. **"Dickinson Wright PLLC Interim Fee Applications"** – First Interim Application Of Dickinson Wright PLLC For Order Authorizing And Approving Compensation For Services Rendered From January 13, 2006 Through January 31, 2006 (Docket No. 3442)

|  |  |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)* |
|  | *Second Interim Application Of Dickinson Wright PLLC For Order Authorizing And Approving Compensation For Services Rendered From February 1, 2006 Through May 31, 2006 (Docket No. 4790)* |
|  | *Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)* |
| *Status:* | *At the request of the Fee Committee this matter is being adjourned to the November 30, 2006 omnibus hearing.* |

8. **"FTI Consulting, Inc. Interim Fee Applications"** – First Interim Application For Allowance Of Compensation And Reimbursement Of Expenses Incurred By FTI Consulting, Inc. As Restructuring And Financial Advisor To The Debtors For The Period October 8, 2005 Through January 31, 2006 (Docket No. 3454)

|  |  |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |

|  |  |
|---|---|
| *Related Filings:* | *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)* |
|  | *Second Interim Application For Allowance Of Compensation And Reimbursement Of Expenses Incurred By FTI Consulting, Inc. As Restructuring And Financial Advisor To The Debtors For The Period February 1, 2006 Through May 31, 2006 (Docket No. 4760)* |
|  | *Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)* |
| *Status:* | *At the request of the Fee Committee this matter is being adjourned to the November 30, 2006 omnibus hearing.* |

9.    **"Groom Law Group, Chartered Interim Fee Applications"** – First Interim Application Of Groom Law Group, Chartered, As Special Employee Benefits Counsel For The Debtors, Seeking Allowance Of Compensation For Professional Services Rendered And For Reimbursement Of Actual And Necessary Expenses Incurred From October 8, 2005 Through January 31, 2005 (Docket No. 3460)

|  |  |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)* |
|  | *Second Interim Application Of Groom Law Group, Chartered, As Special Employee Benefits Counsel For The Debtors, Seeking Allowance Of Compensation For Professional Services Rendered And For Reimbursement Of Actual And Necessary Expenses Incurred From February 1, 2006 Through May 31, 2006 (Docket No. 4741)* |
|  | *Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation* |

*And Reimbursement Of Expenses Of Professionals
(Docket No. 5310)*

Status:              *At the request of the Fee Committee this matter is
being adjourned to the November 30, 2006 omnibus
hearing.*

10.    **"Shearman & Sterling LLP Interim Fee Applications"** – First
Application Of Shearman & Sterling LLP, As Special Counsel To The
Debtors, For Allowance Of Interim Compensation For Professional
Services Rendered And For Reimbursement Of Actual And Necessary
Expenses Incurred From October 8, 2005 Through January 31, 2006
(Docket No. 3463)

Response Filed:      *None.*

Reply Filed:         *None.*

Related Filings:     *Fourth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 4545)*

*Second Application Of Shearman & Sterling LLP, As
Special Counsel To The Debtors, For Allowance Of
Interim Compensation For Professional Services
Rendered And For Reimbursement Of Actual And
Necessary Expenses Incurred From February 1,
2006 Through May 31, 2006 (Docket No. 4779)*

*Fifth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 5310)*

Status:              *At the request of the Fee Committee this matter is
being adjourned to the November 30, 2006 omnibus
hearing.*

11.    **"Thompson Hine LLP Interim Fee Applications"** – First Interim
Application Of Thompson Hine LLP As Special Counsel For Debtors For
Interim Court Approval, Allowance And Payment Of Compensation For
Services Rendered And Expenses Advanced From October 8, 2005
Through January 31, 2006 (Docket No. 3467)

Response Filed:      *None.*

10

*Reply Filed:*   *None.*

*Related Filings:*  *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)*

       *Second Interim Application Of Thompson Hine LLP As Special Counsel For Debtors For Interim Court Approval, Allowance And Payment Of Compensation For Services Rendered And Expenses Advanced From February 1, 2006 Through May 31, 2006 (Docket No. 4731)*

       *Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)*

*Status:*     *At the request of the Fee Committee this matter is being adjourned to the November 30, 2006 omnibus hearing.*

12. **"O'Melveny & Myers LLP Interim Fee Applications"** – First Interim Application Of O'Melveny & Myers LLP For Order Authorizing And Approving Compensation And Reimbursement Of Expenses (Docket No. 3469)

*Response Filed:*  *None.*

*Reply Filed:*   *None.*

*Related Filings:*  *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)*

       *Second Interim Application Of O'Melveny & Myers LLP For Order Authorizing And Approving Compensation And Reimbursement Of Expenses (Docket No. 4757)*

       *Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)*

11

*Status:*             *At the request of the Fee Committee this matter is being adjourned to the November 30, 2006 omnibus hearing.*

13.    **"Warner Stevens, L.L.P. Interim Fee Applications"** – First Interim Application For Compensation And Reimbursement Of Expenses Of Warner Stevens, L.L.P., As Conflicts Counsel To The Official Committee Of Unsecured Creditors For The Period Of November 10, 2005 Through January 31, 2006 (Docket No. 3478)

*Response Filed:*     *None.*

*Reply Filed:*        *None.*

*Related Filings:*    *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)*

*Second Interim Application For Compensation And Reimbursement Of Expenses Of Warner Stevens, L.L.P., As Conflicts Counsel To The Official Committee Of Unsecured Creditors For The Period Of February 1, 2006 Through May 31, 2006 (Docket No. 4765)*

*Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)*

*Status:*             *At the request of the Fee Committee this matter is being adjourned to the November 30, 2006 omnibus hearing.*

14.    **"Deloitte & Touche LLP Interim Fee Applications"** – First Interim Application For Allowance Of Fees And Expenses Of Deloitte & Touche LLP As Independent Auditors And Accountants To The Debtors For The Period From October 8, 2005 Through January 31, 2006 (Docket No. 3485)

*Response Filed:*     *None.*

*Reply Filed:*        *None.*

*Related Filings:*    *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation*

*And Reimbursement Of Expenses Of Professionals (Docket No. 4545)*

*Second Interim Application For Allowance Of Fees And Expenses Of Deloitte & Touche LLP As Independent Auditors And Accountants To The Debtors For The Period From February 1, 2006 Through May 31, 2006 (Docket No. 4787)*

*Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)*

*Status:*            *At the request of the Fee Committee this matter is being adjourned to the November 30, 2006 omnibus hearing.*

15.    **"Butzel Long, P.C. Interim Fee Applications"** – First Interim Application Of Butzel Long, P.C., Commercial And Litigation Counsel To Debtors And Debtors-In-Possession, For Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Period From October 8, 2005 Through January 31, 2006 Under 11 U.S.C. §§ 330 And 331 (Docket No. 3489)

*Response Filed:*    *Official Committee Of Unsecured Creditors' Response And Reservation Of Rights With Respect To Pending Interim Fee Applications Of Various Retained Professionals (Docket No. 5314)*

*Reply Filed:*       *None.*

*Related Filings:*   *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)*

*Second Interim Application Of Butzel Long, P.C., Commercial And Litigation Counsel To Debtors And Debtors-In-Possession, For Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Period From February 1, 2006 Through May 31, 2006 Under 11 U.S.C. §§ 330 And 331 (Docket No. 4766)*

*Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation*

13

*And Reimbursement Of Expenses Of Professionals
(Docket No. 5310)*

*Status:*          *At the request of the Fee Committee this matter is
being adjourned to the November 30, 2006 omnibus
hearing.*

16.    **"Price, Heneveld, Cooper, DeWitt & Litton, LLP Interim Fee
Applications"** – First Interim Application For Approval Of Compensation
And Reimbursement Of Expenses Of Price, Heneveld, Cooper, DeWitt &
Litton, LLP, Intellectual Property Counsel To Debtors, For Services
Rendered From October 9, 2005 Through January 31, 2006 (Docket No.
3495)

*Response Filed:*     *None.*

*Reply Filed:*        *None.*

*Related Filings:*    *Fourth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 4545)*

*Second Interim Application For Approval Of
Compensation And Reimbursement Of Expenses Of
Price, Heneveld, Cooper, DeWitt & Litton, LLP,
Intellectual Property Counsel To Debtors, For
Services Rendered And Billed From October 9, 2005
Through May 31, 2006 (Docket No. 4703)*

*Fifth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 5310)*

*Status:*          *At the request of the Fee Committee this matter is
being adjourned to the November 30, 2006 omnibus
hearing.*

17.    **"Jaeckle Fleischmann & Mugel, LLP Interim Fee Applications"** – First
Interim Fee Application Of Jaeckle Fleischmann & Mugel, LLP,
Intellectual Property Counsel To The Debtors, For Allowance Of
Compensation For Services Rendered And Reimbursement Of Expenses
For The Period October 8, 2005 Through February 28, 2006 (Docket No.
3497)

*Response Filed:*     *None.*

14

*Reply Filed:*        *None.*

*Related Filings:*        *First Interim Fee Application Of Jaeckle*
*Fleischmann & Mugel, LLP, Intellectual Property*
*Counsel To The Debtors, For Allowance Of*
*Compensation For Services Rendered And*
*Reimbursement Of Expenses For The Period*
*October 8, 2005 Through February 28, 2006*
*(Docket No. 3538)*

*First Interim Fee Application Of Jaeckle*
*Fleischmann & Mugel, LLP For Allowance Of*
*Compensation For Services Rendered And*
*Reimbursement Of Expenses (Docket No. 3593)*

*Fourth Supplemental Order Under 11 U.S.C. § 331*
*Establishing Procedures For Interim Compensation*
*And Reimbursement Of Expenses Of Professionals*
*(Docket No. 4545)*

*Second Interim Fee Application Of Jaeckle*
*Fleischmann & Mugel, LLP, Intellectual Property*
*Counsel To The Debtors, For Allowance Of*
*Compensation For Services Rendered And*
*Reimbursement Of Expenses For The Period*
*February 1, 2006 Through May 31, 2006  (Docket*
*No. 4724)*

*Fifth Supplemental Order Under 11 U.S.C. § 331*
*Establishing Procedures For Interim Compensation*
*And Reimbursement Of Expenses Of Professionals*
*(Docket No. 5310)*

*Status:*        *At the request of the Fee Committee this matter is*
*being adjourned to the November 30, 2006 omnibus*
*hearing.*

18.    **"Banner & Witcoff, Ltd. Interim Fee Applications"** – First Interim
Application Of Banner & Witcoff, Ltd., Intellectual Property Counsel To
Delphi Corporation, Seeking Allowance And Payment Of Interim
Compensation And Reimbursement Of Expenses Under 11 U.S.C. Sections
330 And 331 (Docket No. 3506)

*Response Filed:*        *Official Committee Of Unsecured Creditors'*
*Response And Reservation Of Rights With Respect*
*To Pending Interim Fee Applications Of Various*
*Retained Professionals (Docket No. 5314)*

15

*Reply Filed:*   *None.*

*Related Filings:*  *Fourth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 4545)*

       *Second Interim Application Of Banner & Witcoff,
Ltd., Intellectual Property Counsel To Delphi
Corporation, Seeking Allowance And Payment Of
Interim Compensation And Reimbursement Of
Expenses Under 11 U.S.C. Sections 330 And 331
(Docket No. 4761)*

       *Second Interim Application Of Banner & Witcoff,
Ltd., Intellectual Property Counsel To Delphi
Corporation, Seeking Allowance And Payment Of
Interim Compensation And Reimbursement Of
Expenses Under 11 U.S.C. Sections 330 And 331
(Docket No. 4781)*

       *Fifth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 5310)*

*Status:*    *At the request of the Fee Committee this matter is
being adjourned to the November 30, 2006 omnibus
hearing.*

19. **"KPMG LLP Interim Fee Applications"** – First Application Of KPMG
LLP, As Tax And Transaction Services Advisors For The Debtors, For
Interim Allowance Of Compensation For Professional Services Rendered
And Reimbursement Of Actual And Necessary Expenses Incurred From
October 8, 2005 Through January 31, 2006 (Docket No. 3507)

*Response Filed:*  *Official Committee Of Unsecured Creditors'
Response And Reservation Of Rights With Respect
To Pending Interim Fee Applications Of Various
Retained Professionals (Docket No. 5314)*

*Reply Filed:*   *None.*

*Related Filings:*  *Fourth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 4545)*

*Second Application Of KPMG LLP, As Tax And Transaction Services Advisors For The Debtors, For Interim Allowance Of Compensation For Professional Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred From February 1, 2006 Through May 31, 2006 (Docket No. 4846)*

*Amended Second Application Of KPMG LLP, As Tax And Transaction Services Advisors And Advisory And Valuation Services Advisors For The Debtors, For Interim Allowance Of Compensation For Professional Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred From February 1, 2006 Through May 31, 2006 (Docket No. 4863)*

*Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)*

*Status:*            *At the request of the Fee Committee this matter is being adjourned to the November 30, 2006 omnibus hearing.*

20.    **"Covington & Burling Interim Fee Applications"** – Revised First Interim Application Of Covington & Burling, Foreign Trade And Special Corporate Committee Legal Counsel To The Debtors And Debtors-In-Possession, For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Incurred For The Period From October 8, 2005 Through January 31, 2006 (Docket No. 3509)

*Response Filed:*    *Official Committee Of Unsecured Creditors' Response And Reservation Of Rights With Respect To Pending Interim Fee Applications Of Various Retained Professionals (Docket No. 5314)*

*Reply Filed:*       *None.*

*Related Filings:*   *First Interim Application Of Covington & Burling, Foreign Trade And Special Corporate Committee Legal Counsel To The Debtors And Debtors-In-Possession, For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Incurred For The*

17

*Period From October 8, 2005 Through January 31, 2006 (Docket No. 3060)*

*Revised First Interim Application Of Covington & Burling, Foreign Trade And Special Corporate Committee Legal Counsel To The Debtors And Debtors-In-Possession, For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Incurred For The Period From October 8, 2005 Through January 31, 2006 (Docket No. 3596)*

*Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)*

*Second Interim Application Of Covington & Burling LLP, Foreign Trade And Special Corporate Committee Legal Counsel To The Debtors And Debtors-In-Possession, For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Incurred For The Period From February 1, 2006 Through May 31, 2006 (Docket No. 4794)*

*Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)*

*Status:*   *At the request of the Fee Committee this matter is being adjourned to the November 30, 2006 omnibus hearing.*

21.   **"Cantor Colburn LLP Interim Fee Applications"** – First Interim Application For Cantor Colburn LLP For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Pursuant To 11 U.S.C. §§ 330, 331 (Docket No. 3514)

*Response Filed:*   *None.*

*Reply Filed:*   *None.*

*Related Filings:*   *First Interim Application Of Cantor Colburn LLP For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses*

18

*Pursuant To 11 U.S.C. §§ 330, 331 (Docket No. 3517)*

*Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)*

*Second Interim Application Of Cantor Colburn LLP For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Pursuant To 11 U.S.C. §§ 330, 331 (Docket No. 4772)*

*Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)*

*Status:*          *At the request of the Fee Committee this matter is being adjourned to the November 30, 2006 omnibus hearing.*

22.    **"Jones Lang LaSalle Americas, Inc. Interim Fee Applications"** – Jones Lang LaSalle Americas, Inc.'s First Interim Application For Allowance And Payment Of Compensation And Reimbursement Of Expenses Pursuant To 11 U.S.C. §§ 328, 330 And 331 (Docket No. 3527)

*Response Filed:*          *None.*

*Reply Filed:*          *None.*

*Related Filings:*          *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)*

*Jones Lang LaSalle Americas, Inc.'s Second Interim Application For Allowance And Payment Of Compensation And Reimbursement Of Expenses Pursuant To 11 U.S.C. §§ 328, 330 And 331 (Docket No. 4786)*

*Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)*

19

| | | |
|---|---|---|
| *Status:* | *At the request of the Fee Committee this matter is being adjourned to the November 30, 2006 omnibus hearing.* | |

23.    **"Wilmer Cutler Pickering Hale And Dorr LLP Interim Fee Applications"** – First Interim Application Of Wilmer Cutler Pickering Hale And Dorr LLP, Special Regulatory Counsel For The Audit Committee Of The Board Of Directors Of Delphi Corporation, For Allowance Of Compensation For Services Rendered And Expenses Incurred From October 8, 2005 Through January 31, 2006 (Docket No. 3549)

*Response Filed:*        *None.*

*Reply Filed:*        *None.*

*Related Filings:*    *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)*

*Second Interim Application Of Wilmer Cutler Pickering Hale And Dorr LLP, Special Regulatory Counsel For The Audit Committee Of The Board Of Directors Of Delphi Corporation, For Allowance Of Compensation For Services Rendered And Expenses Incurred From February 1, 2006 Through May 31, 2006 (Docket No. 4739)*

*Filed Under Seal Exhibit B Through E Of Second Interim Application Of Wilmer Cutler Pickering Hale And Dorr LLP, Special Regulatory Counsel For The Audit Committee Of The Board Of Directors Of Delphi Corporation, For Allowance Of Compensation For Services Rendered And Expenses Incurred From February 1, 2006 Through May 31, 2006 (Docket No. 4806)*

*Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)*

*Status:*        *At the request of the Fee Committee this matter is being adjourned to the November 30, 2006 omnibus hearing.*

24.     **"Rothschild Inc. Interim Fee Applications"** – First Interim Application
        Of Rothschild Inc. For Compensation And Reimbursement Of Expenses
        (Docket No. 3562)

> *Response Filed:*      *None.*
>
> *Reply Filed:*         *None.*
>
> *Related Filings:*     *Fourth Supplemental Order Under 11 U.S.C. § 331
>                         Establishing Procedures For Interim Compensation
>                         And Reimbursement Of Expenses Of Professionals
>                         (Docket No. 4545)*
>
>                         *Second Interim Application Of Rothschild Inc. For
>                         Compensation And Reimbursement Of Expenses
>                         (Docket No. 4762)*
>
>                         *Fifth Supplemental Order Under 11 U.S.C. § 331
>                         Establishing Procedures For Interim Compensation
>                         And Reimbursement Of Expenses Of Professionals
>                         (Docket No. 5310)*
>
> *Status:*              *At the request of the Fee Committee this matter is
>                         being adjourned to the November 30, 2006 omnibus
>                         hearing.*

25.     **"Rader, Fishman & Grauer PLLC Interim Fee Applications"** – First
        Interim Application For Approval Of Compensation And Reimbursement
        Of Expenses Of Rader, Fishman & Grauer PLLC, Intellectual Property
        Counsel To Debtors, For Services Rendered From October 8, 2005 Through
        January 31, 2006 (Docket No. 3740)

> *Response Filed:*      *None.*
>
> *Reply Filed:*         *None.*
>
> *Related Filings:*     *Fourth Supplemental Order Under 11 U.S.C. § 331
>                         Establishing Procedures For Interim Compensation
>                         And Reimbursement Of Expenses Of Professionals
>                         (Docket No. 4545)*
>
>                         *Second Interim Application For Approval Of
>                         Compensation And Reimbursement Of Expenses Of
>                         Rader, Fishman & Grauer PLLC, Intellectual
>                         Property Counsel To Debtors, For Services
>                         Rendered From February 1, 2006 Through May 31,
>                         2006 (Docket No. 4830)*

*Fifth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 5310)*

Status:              *At the request of the Fee Committee this matter is
being adjourned to the November 30, 2006 omnibus
hearing.*

26.      **"Jefferies & Company, Inc. Interim Fee Applications"** – First Interim
Application Of Jefferies & Company, Inc., As Investment Banker To The
Official Committee Of Unsecured Creditors For Interim Allowance Of
Compensation For Professional Services Rendered And Reimbursement Of
Actual And Necessary Expenses Incurred For The Period October 18, 2005
To January 31, 2006 (Docket No. 3962)

Response Filed:        *None.*

Reply Filed:           *None.*

Related Filings:       *Fourth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 4545)*

*Second Interim Application Of Jefferies & Company,
Inc., As Investment Banker To The Official
Committee Of Unsecured Creditors For Interim
Allowance Of Compensation For Professional
Services Rendered And Reimbursement Of Actual
And Necessary Expenses Incurred For The Period
February 1, 2006 To May 31, 2006 (Docket No.
4789)*

*Fifth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 5310)*

Status:              *At the request of the Fee Committee this matter is
being adjourned to the November 30, 2006 omnibus
hearing.*

27.      **"Latham & Watkins LLP Interim Fee Applications"** – First Fee And
Expense Application Of Latham & Watkins LLP As Counsel To The
Official Committee Of Unsecured Creditors (Docket No. 3966)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *Amended First Fee And Expense Application Cover Sheet Of Latham & Watkins LLP As Counsel To The Official Committee Of Unsecured Creditors (Docket No. 3969)* |
| | *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)* |
| | *Second Fee And Expense Application Of Latham & Watkins LLP As Counsel To The Official Committee Of Unsecured Creditors (Docket No. 4742)* |
| | *Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)* |
| *Status:* | *At the request of the Fee Committee this matter is being adjourned to the November 30, 2006 omnibus hearing.* |

28.    **"Mesirow Financial Consulting, LLC Interim Fee Applications"** – First Interim Application Of Mesirow Financial Consulting, LLC For Allowance Of Compensation And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Unsecured Creditors For The Period From October 19, 2005 Through January 31, 2006 (Docket No. 3967)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)* |
| | *Second Interim Application Of Mesirow Financial Consulting, LLC For Allowance Of Compensation And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Unsecured* |

*Creditors For The Period From February 1, 2006
Through May 31, 2006 (Docket No. 4747)*

*Fifth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 5310)*

*Status:*        *At the request of the Fee Committee this matter is
being adjourned to the November 30, 2006 omnibus
hearing.*

29.    **"Steven Hall & Partners Interim Fee Applications"** – First Fee And
Expense Application Of Steven Hall & Partners, LLC As Compensation
And Employment Agreement Advisor For The Official Committee Of
Unsecured Creditors (Docket No. 3968)

*Response Filed:*        *None.*

*Reply Filed:*        *None.*

*Related Filings:*        *Fourth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 4545)*

*Second Fee And Expense Application Of Steven Hall
& Partners, LLC As Compensation And Employment
Agreement Advisor For The Official Committee Of
Unsecured Creditors (Docket No. 4754)*

*Fifth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 5310)*

*Status:*        *At the request of the Fee Committee this matter is
being adjourned to the November 30, 2006 omnibus
hearing.*

30.    **"Skadden, Arps, Slate, Meagher & Flom LLP Interim Fee
Applications"** – First Interim Application Of Skadden, Arps, Slate,
Meagher & Flom LLP And Affiliates, Counsel To The
Debtors-In-Possession, Seeking Allowance And Payment Of Interim
Compensation And Reimbursement Of Expenses Under 11 U.S.C. §§ 330
And 331 (Docket No. 3975)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)* |
| | *Second Interim Application Of Skadden, Arps, Slate, Meagher & Flom LLP, Counsel To The Debtors-In-Possession, Seeking Allowance And Payment Of Interim Compensation And Reimbursement Of Expenses Under 11 U.S.C. §§ 330 And 331 (Docket No. 4796)* |
| | *Notice Of Filing Of Exhibit D To The Second Interim Application Of Skadden, Arps, Slate, Meagher & Flom LLP, Counsel To The Debtors-In-Possession, Seeking Allowance And Payment Of Interim Compensation And Reimbursement Of Expenses Under 11 U.S.C. §§ 330 And 331 (Docket No. 4798)* |
| | *Notice Of Filing Of Corrected Exhibits D-1 Through D-6, And D-10 To The Second Interim Application Of Skadden, Arps, Slate, Meagher & Flom LLP, Counsel To The Debtors-In-Possession, Seeking Allowance And Payment Of Interim Compensation And Reimbursement Of Expenses Under 11 U.S.C. §§ 330 And 331 (Docket No. 4818)* |
| | *Notice Of Filing Of Marked Exhibit D To First Interim Application Of Skadden, Arps, Slate, Meagher & Flom LLP, Counsel To The Debtors-In-Possession, Seeking Allowance And Payment Of Interim Compensation And Reimbursement Of Expenses Under 11 U.S.C. §§ 330 And 331 (Docket No. 5105)* |
| | *Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)* |
| *Status:* | *At the request of the Fee Committee this matter is being adjourned to the November 30, 2006 omnibus hearing.* |

31.   **"Blake, Cassels & Graydon LLP Interim Fee Applications"** – First
Interim Fee Application Of Blake, Cassels & Graydon LLP As Canadian
Counsel For Debtors For Allowance And Payment Of Interim
Compensation And Reimbursement Of Expenses Under 11 U.S.C. §§ 330
And 331 (Docket No. 4167)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)* |
| | *Second Interim Fee Application Of Blake, Cassels & Graydon LLP As Canadian Counsel For Debtors For Allowance And Payment Of Interim Compensation And Reimbursement Of Expenses Under 11 U.S.C. §§ 330 And 331 (not filed on the Docket)* |
| | *Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)* |
| *Status:* | *At the request of the Fee Committee this matter is being adjourned to the November 30, 2006 omnibus hearing.* |

32.   **"Mayer, Brown, Rowe & Maw LLP Interim Fee Application"** – First
Application Of Mayer, Brown, Rowe & Maw LLP, Special Information
Technology Outsourcing Counsel To Debtors, For Allowance Of Interim
Compensation For Professional Services Rendered And For
Reimbursement Of Actual And Necessary Expenses Incurred From
February 1, 2006 Through May 31, 2006 (Docket No. 4740)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)* |

> *Fifth Supplemental Order Under 11 U.S.C. § 331
> Establishing Procedures For Interim Compensation
> And Reimbursement Of Expenses Of Professionals
> (Docket No. 5310)*

Status:            *At the request of the Fee Committee this matter is
                   being adjourned to the November 30, 2006 omnibus
                   hearing.*

33.    **"Fried, Frank, Harris, Shriver & Jacobson LLP Interim Fee
       Application"** – First Interim Fee Application Of Fried, Frank, Harris,
       Shriver & Jacobson LLP, Counsel For The Official Committee Of Equity
       Security Holders, For Compensation For Professional Services Rendered
       And Reimbursement Of Expenses Incurred And Posted During The Period
       From May 8, 2006 Through May 31, 2006 (Docket No. 4771)

       Response Filed:        *None.*

       Reply Filed:           *None.*

       Related Filings:       *Fourth Supplemental Order Under 11 U.S.C. § 331
                              Establishing Procedures For Interim Compensation
                              And Reimbursement Of Expenses Of Professionals
                              (Docket No. 4545)*

                              *Fifth Supplemental Order Under 11 U.S.C. § 331
                              Establishing Procedures For Interim Compensation
                              And Reimbursement Of Expenses Of Professionals
                              (Docket No. 5310)*

       Status:                *At the request of the Fee Committee this matter is
                              being adjourned to the November 30, 2006 omnibus
                              hearing.*

34.    **"IBJTC Business Credit Corporation's Motion To Compel"** – Motion
       To Compel Assumption Or Rejection Of Unexpired Lease And For
       Payment And Performance Of Post-Petition Lease Obligations (Docket No.
       5009)

       Response Filed:        *None.*

       Reply Filed:           *None.*

       Related Filing:        *None.*

| | |
|---|---|
| *Status:* | *By agreement of the parties this matter is being adjourned to the November 30, 2006 omnibus hearing.* |

35. **"Computer Patent Annuities Limited's Executory Contract Motion"** – Motion By Computer Patent Annuities Limited For An Order Compelling Debtor To Assume Or Reject Executory Contract, Or In The Alternative, For Adequate Protection (Docket No. 5153)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filing:* | *None.* |
| *Status:* | *By agreement of the parties this matter is being adjourned to the November 30, 2006 omnibus hearing.* |

## C.   Uncontested, Agreed, Or Settled Matters

36. **"IT Infrastructure Outsourcing Motion"** – Motion For Order Under 11 U.S.C. § 363 (b) And Fed. R. Bankr. P. 6004 Authorizing Debtors To Enter Into Information Technology Infrastructure Outsourcing Agreements (Docket No. 5237)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *Ex Parte Motion Under 11 U.S.C. § 107(b) And Fed. R. Bankr. P. 9018 For Order Authorizing Debtors To File Information Technology Infrastructure Outsourcing Agreements Under Seal (Docket No. 5198)* |
| | *Order Under 11 U.S.C. § 107(b) And Fed. R. Bankr. P. 9018 For Order Authorizing Debtors To File Information Technology Infrastructure Outsourcing Agreements Under Seal (Docket No. 5231)* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

37. **"Battelle Memorial Institute Turnover Funds Motion"** – Motion For Battelle Memorial Institute For Turnover Of United States Department Of Energy Funds That Are Not Properly Of The Estate (Docket No. 5239)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filing:* | *None.* |
| *Status:* | *An order has been submitted for consideration by the Court.* |

**D.    Contested Matters**

38.    **"First Omnibus Objection To Claims"** – Debtors' First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (I) Duplicate And Amended Claims And (II) Equity Claims (Docket No. 5151)

| | |
|---|---|
| *Responses Filed:* | *Letter/ Notice Of Objection To Claim #3886 filed by Terry R. Mocny (Docket No. 5205)* |
| | *Response Of Bank Of America, NA To Debtors' First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (I) Duplicate And Amended Claims And (II) Equity Claims (Docket No. 5247)* |
| | *Response to Motion (Debtor's 1st Omnibus Objection) filed by Victoria D. Garry on behalf of Ohio Department of Taxation (Docket No.5261)* |
| | *Response Of Andrew Ladika To Debtors' First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (I) Claims And (II) Equity Claims (Docket No. 5266)* |
| | *NuTech's Limited Response To Debtors' First Omnibus Objection To Duplicate And Amended Claims (Docket No. 5287)* |
| | *Response Of Cadence Innovation LLC To Debtors' First Omnibus Objection To Claims (Docket No. 5294)* |
| | *Response Of Brazeway, Inc. To Notice Of Objection To Claim (Docket No. 5297)* |
| | *Response of Claimant, Alice J. Banus, Trustee Of The Alice J. Banus Trust U/A/D 010600 In* |

29

*Opposition To Debtors' First Omnibus Objection To Equity Claims (Docket No. 5301)*

*Response Of Rick L. Sizemore To Debtors' First Omnibus Objection (Docket No. 5302)*

*Response of Umicore Autocat Canada Corp. To Debtors' First Omnibus Claims Objection (Docket No. 5303)*

*Reply Filed:*    *Debtors' Omnibus Reply In Support Of Debtors' First Omnibus Objection Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (I) Duplicate And Amended Claims And (II) Equity Claims (Docket No. 5342)*

*Related Filing:*    *None.*

*Status:*    *The hearing with respect to this matter will be proceeding.*

39.    **"Ex Parte Motion To File Supplemental Objection Under Seal"** – Ex Parte Motion for Order Authorizing the Official Committee Of Equity Security Holders to File Under Seal a Supplemental Objection in Further Support of the Equity Committee's Objection to the Motion for an Order Authorizing the Official Committee of Unsecured Creditors to Prosecute the Debtors' Claims and Defenses Against General Motors Corporation and Certain Former Officers of the Debtors (Docket No. 5229)

*Response Filed:*    *Comment Of The Official Committee Of Unsecured Creditors To Ex Parte Motion For Order Authorizing The Official Committee Of Equity Security Holders To File Under Seal A Supplemental Objection To Motion for Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 5230)*

*Reply Filed:*    *None.*

*Related Filing:*    *None.*

*Status:*    *The hearing with respect to this matter will be proceeding.*

30

40. **"Claims Timeliness Motion"** – Motion For Order Under Fed. R. Bankr. P. 3003(c)(3) And 9006(b)(1) Deeming Certain Proofs Of Claim Timely Filed (Docket No. 5238)

| | |
|---|---|
| *Response Filed:* | *Official Committee Of Unsecured Creditors' Objection To Delphi Corporation's Motion For Order Deeming Certain Proofs Of Claim Timely Filed (Docket No. 5322)* |
| *Reply Filed:* | *Debtors' Response To Objection Of Official Committee Of Unsecured Creditors To Motion For Order Under Fed. R. Bankr. P. 3003(c)(3) And 9006(b)(1) Deeming Certain Proofs Of Claim Timely Filed (Docket No. 5343)* |
| *Related Filing:* | *None.* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

## E. Adversary Proceedings

41. **"L&W Engineering, Co. Motion For Summary Judgment"** – Motion For Summary Judgment (Adv. Pro. No. 06-01136) (Docket No. 22)

| | |
|---|---|
| *Responses Filed:* | *Defendants' Motion For Judgment On The Pleadings (Docket No. 26)* |
| | *Defendants' Memorandum Of Law In Opposition To Plaintiffs' Motion For Summary Judgment (Docket No. 28)* |
| | *Defendants' Statement Of Material Facts In Support Of Their Opposition To Plaintiffs' Summary Judgment Motion (Docket No. 29)* |
| | *Defendants' Reply Memorandum In Support Of Their Motion For Judgment On The Pleadings (Docket No. 35)* |
| *Replies Filed:* | *Plaintiffs' Memorandum Of Law In Response To Defendants' Motion For Judgment On The Pleadings (Docket No. 30)* |
| | *Plaintiffs' Memorandum Of Law In Reply To Defendants' Opposition To Plaintiff's Motion For Summary Judgment (Docket No. 33)* |

31

|  |  |
|---|---|
| *Related Filings:* | *Summons And Notice Of Pretrial Conference In An Adversary Proceeding (Docket No. 2)* |
|  | *Debtors' Answer, Affirmative Defenses, And Counterclaim To Complaint Of L&W Engineering, Co. And Southtec, LLC (Docket No. 14)* |
|  | *Plaintiffs' Answer To Debtors' Counterclaim (Docket No. 18)* |
|  | *Memorandum Of Law In Support Of Plaintiff's Motion For Summary Judgment (Docket No. 23)* |
| *Status:* | *By agreement of the parties this matter is being adjourned to the November 30, 2006 omnibus hearing.* |

42.    **"Delphi Medical Systems Colorado Corporation's Summons"** – Summons And Notice Of Pretrial Conference In An Adversary Proceeding (Adv. Pro. No. 06-01677) (Docket No. 2)

|  |  |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *Complaint To Recover Property Of The Estate (Docket No. 1)* |
|  | *Amended Complaint To Recover Property Of The Estate (Docket No. 3)* |
|  | *Amended Summons And Notice Of Pretrial Conference In An Adversary Proceeding (Docket No. 4)* |

Status:    *This matter is being adjourned to a date to be determined by the Court as may be requested by the parties.*

Dated:  New York, New York
    October 18, 2006

        SKADDEN, ARPS, SLATE, MEAGHER
         & FLOM LLP

        By: /s/ John Wm. Butler, Jr.
         John Wm. Butler, Jr. (JB 4711)
         John K. Lyons (JL 4951)
         Ron E. Meisler (RM 3026)
        333 West Wacker Drive, Suite 2100
        Chicago, Illinois  60606
        (312) 407-0700

          - and -

        By: /s/ Kayalyn A. Marafioti
         Kayalyn A. Marafioti (KM 9632)
         Thomas J. Matz (TM 5986)
        Four Times Square
        New York, New York 10036
        (212) 735-3000

        Attorneys for Delphi Corporation, et al.,
         Debtors and Debtors-in-Possession