UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, *et al.*, | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------x

### ORDER FOR TURNOVER OF UNITED STATES DEPARTMENT OF ENERGY FUNDS THAT ARE NOT PROPERTY OF THE ESTATE TO BATTELLE MEMORIAL INSTITUTE

Upon the motion of Battelle Memorial Institute, dated September 29, 2006, for an order directing debtor Delphi Automotive Systems LLC ("DAS LLC") to turn over to Battelle certain United States Department of Energy ("DOE") funds in the amount of $187,652.32 that are not property of the estate (the "Motion"); and upon the record of the hearing held on the Motion; and there being no opposition to the relief requested in the Motion; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon; and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1. The DOE funds referred to in the Motion, in the amount of $187,652.32, shall be paid by Delphi to Battelle within ten (10) days after the entry of this Order; and

2. The requirement under Local Bankruptcy Rule 9013-1(b) to file a separate memorandum of law is waived or deemed satisfied by the Motion.

Dated: October 19, 2006
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　/s/Robert D. Drain
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES BANKRUPTCY JUDGE**