United States Bankruptcy Court

Southern District of New York
------------------------------------------------------------
|                                                     :
In re:                                                :
    **Delphi Corporation**         :
                                                     :    Chapter 11
                                                     :    Case No. 05-44481
                            Debtor    :
------------------------------------------------------------


## NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM


PLEASE TAKE NOTICE that the transfer of claim from **CRS ROBOTICS CORP.**, in the amount of **$6,535.00** is hereby withdrawn by Argo Partners.

                                                                         Dated: October 19, 2006

                                                                         /s/ Scott Krochek
                                                                         Scott Krochek
                                                                         Argo Partners
                                                                         (212) 643-5443