Response deadline:  November 11, 2006
4:00 p.m. EST
Hearing date and time:  November 30, 2006
10:00 a.m. EST

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Chapter 11 |
| DELPHI CORP. *et al.*, | ) Case No. 05-44481 (RDD) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF MOTION OF CREDITORS/INTERESTED PARTIES JOHN BLAHNIK, PAUL FREE, MILAN BELANS, LAURA MARION, PETER JANAK, AND CATHY ROZANSKI TO MODIFY OCTOBER 13, 2005, ORDER, AND TO COMPEL DELPHI CORPORATION TO ADVANCE LEGAL FEES AND COSTS**

**PLEASE TAKE NOTICE** that John Blahnik, Paul Free, Milan Belans, Laura Marion, Peter Janak, and Cathy Rozanski (collectively, "Movants") have filed a motion (the "Motion") to modify the Bankruptcy Court's October 13, 2005 Order Under 11 U.S.C. §§ 105(a), 363, 507, 1107, and 1108 (I) Authorizing Debtors to Pay Prepetition Wages and Salaries to Employees and Independent Contractors; (II) Authorizing Debtors to Pay Prepetition Benefits and Continue Maintenance of Human Capital Benefit Programs in the Ordinary Course; and (III) Directing Banks to Honor Prepetition Checks for Payment of Prepetition Human Capital Obligations, wherein Movants request that the Court amend its October 13, 2005 Order and compel Delphi Corporation to comply with the provisions of its Amended and Restated Bylaws with respect to indemnification and advancement.

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "Hearing") will be held in connection with the entry of an Order granting the relief requested in Movants' Motion and any further relief, on **November 30, 2006**, **at 10:00 a.m., prevailing Eastern Time**, before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York (the "Court"), Alexander Hamilton Custom House, Room 610, One Bowling Green, New York, NY 10004.

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to Movants' Motion shall be in writing, shall state with particularity the reasons for the objection or response, and shall be filed with the Court and shall be served upon counsel for Movants as listed below, so as to be *received* by **November 11, 2006 at 4 p.m**.  Only those objections which have been timely filed and served may be considered by the Court at the Hearing.

**[remainder of page intentionally left blank]**

Dated: October 19, 2006          Respectfully submitted,

/s/ Richard A. Rossman_____
RICHARD A. ROSSMAN (*pro hac vice*)
MATTHEW J. LUND (*pro hac vice*)
Pepper Hamilton LLP
100 Renaissance Center, Suite 3600
Detroit, Michigan 48243
(313) 259-7110
*Counsel for Paul Free*


/s/ Thomas W. Cranmer_____
THOMAS W. CRANMER (*pro hac vice*)
Miller Canfield Paddock & Stone PLC
810 W. Long Lake Road, Suite 200
Troy, Michigan 48098
(248) 267-3381
*Counsel for John Blahnik and Peter Janak*


/s/ William A. Sankbeil_____
WILLIAM A. SANKBEIL (*pro hac vice* pending)
Kerr, Russell & Weber PLC
500 Woodward Avenue, Suite 2500
Detroit, Michigan 48226
(313) 961-0200
*Co-Counsel for John Blahnik*


/s/ Martin E. Crandall_____
MARTIN E. CRANDALL (*pro hac vice*)
Clark Hill PLC
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226
(313) 965-8413
*Counsel for Milan Belans*

/s/ Christopher A. Andreoff
CHRISTOPHER A. ANDREOFF (*pro hac vice* pending)
Jaffe, Raitt, Heuer & Weiss PC
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
(248) 351-3000
*Counsel for Laura Marion*


/s/ David Dumouchel
DAVID DUMOUCHEL (*pro hac vice*)
LAURIE J. MICHELSON (*pro hac vice*)
Butzel Long PC
150 W. Jefferson Avenue, Suite 100
Detroit, Michigan 48226
(313) 225-7004
*Counsel for Cathy Rozanski*