**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

| | |
|---|---|
| In re: | In Proceedings For A Reorganization Under |
| **DELPHI CORPORATION, et al,** | Chapter 11 |
| | Case No.: 05-44481 |
| | Jointly Administered |
| Delphi Automotive Systems | |
| Debtors. | Case No.: 05-44640 |

---------------------------------------------------------------------X

NOTICE RE PARTIAL TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

>Amroc Investments, LLC
>535 Madison Avenue, 15th Floor
>New York, New York 10022
>Attention: David S. Leinwand, Esq.

A transfer in the amount of **$10,920.00** from:

>QUALITY CONTROL DESIGN INC. (Transferor)
>376 ROBBINS DR.
>TROY, MI  48083-4567
>Attention: MARC DELUCA

is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.  Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                     Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

                                                      _____
                                                         Deputy Clerk