### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | ) ) ) | Chapter 11 |
|  | ) |  |
| DELPHI CORP. *et al.*, | ) ) | Case No. 01-16034 (AJG) |
|  | ) |  |
| Debtors. | ) ) ) | (Jointly Administered) |

### MOTION OF CERTAIN FORMER EMPLOYEES OF DEBTOR
### FOR LIMITED RELIEF FROM THE AUTOMATIC STAY, TO THE
### EXTENT APPLICABLE, TO PAY AND/OR ADVANCE DEFENSE
### COSTS UNDER THE DEBTORS' INSURANCE POLICIES

TO THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE:

Former employees of Delphi Corporation (the "Debtor" or "Dephi"), J.T. Battenburg III,

Alan S. Dawes, Paul R. Free, John G. Blahnik, Milan Belans, Catherine Rozanski, Pamela

Geller, Peter Janak and Laura Marion (collectively "Movants"), by and through their

undersigned counsel, enter a limited appearance solely for the purpose of moving the Court

pursuant to 11 U.S.C. § 362(d) for relief from the automatic stay, to the extent applicable,

permitting National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") to

advance and/or pay under certain insurance policies covered defense costs being incurred by

the Movants in pending and future lawsuits, proceedings and investigations, subject to

National Union fully reserving its rights and defenses and the execution of a written undertaking by each of the Movants to repay any amounts advanced if it ultimately is determined that they are not entitled to coverage. Movants do not consent to jurisdiction over them for any other purpose, and respectfully submit as follows:

## JURISDICTION

1.      This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. § 1409.

## BACKGROUND

2.      Commencing on October 8, 2005 and, in some instances, periodically thereafter, the Debtor and certain of its subsidiaries and affiliates (collectively "the Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. Pursuant to its authority under section 1102 of the Bankruptcy Code, the United States Trustee for the Southern District of New York appointed an official committee of unsecured creditors.

3.      On October 8, 2005, the Debtor also filed a motion seeking *inter alia*, the authority but not the obligation or direction to advance costs and expenses to former Employees and Directors on the following terms: (1) the amount available to former Employees and Directors for such expenses is subject to an aggregate cap of $ 5 million; (2) advancement would only be available on a case-by-case basis subject to approval by the

Compensation Committee of the Board of Directors of Delphi Corporation; (3) advancement would only be available for expenses not otherwise reimbursable from other third parties. This Court granted Debtor's motion the same day.

4.     On February 13, 2006, the Compensation Committee of the Board of Directors of Delphi Corporation ceased advancement of expenses to certain Movants. These Movants were notified of the Compensation Committee's decision through individualized letters. Copies of those letters are attached hereto as <u>Exhibit C</u>. The letters provide no explanation of the Compensation Committee's decision and instead, merely indicate that it "decided not to approve the payment of the post-petition outstanding balance, nor to pay for the future fees and expenses that you may incur in your representation." Other Movants continued to receive advancement of their legal fees and expenses for a period thereafter; however, advancement to all Movants has now ceased.

5.     Movants believe that Debtors have an ongoing obligation to continue to advance fees and expenses. Accordingly, certain Movants have filed a separate Motion to Compel Delphi Corporation to Advance Legal Fees and Costs pursuant to its contractual and statutory indemnification obligations.

6.     Notwithstanding Movants' belief that Delphi has an obligation to advance fees and costs, Movants are also former officers, directors and/or employees of Delphi Corporation and insureds under a Directors and Officers Liability Insurance Policy and Employee Benefit Plan Fiduciary Liability Insurance Policy. As a result, Movants believe that they are also entitled to advancement of fees and costs pursuant to the terms of those insurance

programs, and file this motion to lift the bankruptcy stay and permit National Union to distribute insurance proceeds.

### Directors and Officers Liability Insurance
### And ERISA Fiduciary Liability Insurance

7.    In 2004, Delphi Corp. purchased a Directors and Officers Liability Insurance Policy from National Union, Policy Number 931-88-56, a copy of which is annexed hereto as <u>Exhibit A</u>.  This policy (the "National Union D&O Policy"), subject to its terms, conditions and exclusions, provides insurance coverage for legal fees and associated expenses (including expert fees) incurred in defending covered "Claims" (the "D&O Defenses Costs"). This coverage is provided directly to or on behalf of present and former officers, directors and employees of the Debtor and certain affiliates of the Debtor, when such individuals have not been indemnified by the Debtor.  *See* National Union D&O Policy, Coverage A of the insuring agreements.   The National Union D&O Policy provides reimbursement to the Debtor to the extent that it indemnifies the present and former officers, directors and employees for covered loss.  *See National Union D&O Policy, Coverage B of the insuring agreements, as amended by endorsements No. 6 and No. 13.*  The National Union D&O Policy has a $10,000,000 self-insured retention which only applies to indemnifiable loss (*i.e.* loss which the Debtor is required or permitted to indemnify the individual insureds).

8.    Delphi Corp. supplemented the coverage provided under the National Union D&O Policy with a number of excess policies from a number of different insurance carriers.

9.    In 2004, Delphi Corp. also purchased an Employee Benefit Plan Liability Insurance Policy from National Union, Policy No. 931-88-61 (the "National Union Fiduciary

Policy"), a copy of which is annexed hereto as <u>Exhibit B</u>.  The National Union Fiduciary

Policy, subject to its terms, conditions and exclusions, provides coverage to Delphi Corp., its

Employee Benefit Plans, the Employee Benefit Plans of its debtor and non-debtor affiliates,

and their respective past, present or future officers, directors and/or employees in their

capacities as fiduciaries or trustees and certain persons performing administration of any

Employee Benefit Plan.  The National Union Fiduciary Policy provides insurance coverage for,

among other matters, legal fees and related expenses (including expert fees) incurred in

defending covered "Claims" against covered insureds.

       10.    The National Union Fiduciary Policy and the National Union D&O

Policy (collectively, the "Policies") apply to covered Claims first made during the period from

February 5, 2004 through February 5, 2005.

       11.    As noted, the Policies generally provide that, subject to certain

conditions and other terms, National Union will pay, among other things, the legal fees and

related expenses of the Debtors' covered directors, officers, plan committee members, certain

trustees, fiduciaries, administrators, and other employees (collectively, "Insureds") incurred in

the defense or appeal of a covered Claim, subject to the applicable terms of the Policies.

       12.    The National Union D&O Policy provides no coverage for any Claim

against the Debtor, including any coverage for fees, costs or liability.  The National Union

D&O Policy only provides coverage for Claims against the Debtor's former and current

officers, directors and employees, and, to the extent Loss is indemnifiable by the Debtor, will

reimburse the Debtor for the advancement of fees and expenses to current and former directors,

officers, and employees, subject to the terms of the National Union D&O Policy. *See National Union D&O Policy, Endorsement No. 13*.

13.    National Union's D&O Policy defines "Indemnifiable Loss" as any "Loss for which an Organization has indemnified or is permitted or required to indemnify an Insured Person pursuant to law or contract or the charter, bylaws, operating agreement or similar documents of an Organization." *See National Union D&O Policy, Clause 2, paragraph (m)*.

14.    Section V, Clause 19 of Endorsement 13, further provides that:

> The coverage provided under this policy is intended as a matter of priority to protect and benefit **Insured Persons** such that, in the event of bankruptcy of the **Organization**, the **Insurer** shall first pay **Loss** under Coverages A and C [*i.e.*, non-indemnifiable Loss] prior to paying **Loss** under Coverage B [*i.e.*, indemnifiable Loss].

(Exhibit A at MDL000055 (emphasis in original).)   As a result of this priority of payment provision, any interest that Delphi Corporation might have in the National Union D&O Policy is secondary to the interests of the Movants.

**Lawsuits**

15.    As early as summer 2004, Delphi publicly disclosed that the company was the subject of investigations by the Securities and Exchange Commission involving Delphi's accounting for and disclosures related to certain transactions.   In 2005, Delphi added that it was also the subject of an investigation by the Department of Justice and other federal authorities. *See, e.g.*, Delphi Form 10-Q, filed August 8, 2005, attached hereto as <u>Exhibit D</u> ("Delphi is the subject of an ongoing investigation by the Staff of the Securities and Exchange Commission ('SEC') and other federal authorities involving Delphi's accounting for and the

adequacy of disclosures for a number of transactions dating from Delphi's spin-off from GM. Delphi is fully cooperating with the SEC's ongoing investigation and requests for information as well as the related investigation being conducted by the Department of Justice.").

16.    In June 2005, the press reported that the Justice Department "stepped up a massive investigation" upon completion of an internal review by Delphi that reportedly "found misconduct among former employees." David Shepardson, *Feds Expand Delphi Probe*, DETROIT NEWS, June 30, 2005 at A1, attached hereto as <u>Exhibit E</u>.

17.    Delphi and certain Movants are also defendants in numerous lawsuits (the "Lawsuits"), including numerous purported class actions against the Defendants alleging *inter alia* violations of federal and state securities laws and the Employee Retirement Income Security Act of 1974 ("ERISA").  Most of these cases have been consolidated before Judge Gerald Rosen of the United States District Court for the Eastern District of Michigan.

18.    On February 10, 2006, Judge Rosen entered a Scheduling Order in *In re Delphi Corporation Securities, Derivative and "ERISA" Litigation* that set schedules for motions to dismiss and other motion practice.

19.    All briefing in support of, and opposition to, motions to dismiss in the securities class action and ERISA litigation is complete.  The motions are awaiting decision by Judge Rosen.

20.    Pursuant to the Private Securities Litigation Reform Act, all discovery in the securities class action, as well as related discovery in the ERISA action, has been stayed. In the event that some or all of the motions to dismiss are denied, class and fact discovery will commence.

21.    Movants Alan Dawes, John Blahnik and Paul Free have incurred and continue to incur legal fees and expenses in the Lawsuits.  All of the Movants have incurred and continue to incur legal fees and expenses related to the aforementioned investigations of Delphi and in response to subpoenas issued by the Securities and Exchange Commission related to its investigation of Delphi's accounting practices and adequacy of financial disclosures.

22.    Thus, Movants are seeking interim payment or advancement of Defense Costs by National Union pursuant to the Policies.

23.    National Union has fully reserved all of its rights and defenses under the Policies and available at law with respect to the Lawsuits and investigations and any related matters.

24.    Subject to the applicable terms of the Policies, National Union will pay or advance reasonable and necessary Defense Costs to Movants (as well as to all other current and former directors, officers and employees defending against covered Claims and, unlike Movants, being indemnified by Delphi), subject to: (a) National Union's full reservation of rights as described above; and (b) other standard conditions, such as the execution by each covered Movant of a binding written undertaking (an "Undertaking") to repay all monies advanced if it ultimately is determined that the individual is not entitled to insurance coverage.

## RELIEF REQUESTED AND BASES THEREFORE

### Movants Seek Relief from the Stay to the Extent Applicable

25.    To the extent the automatic stay may apply to the Policies and their proceeds, Movants seek entry of an order granting relief from the automatic stay for purposes

of payments and/or advancements by National Union of reasonable and necessary Defense Costs. Movants are not requesting that this Court approve, review or otherwise become involved in any dispute that might arise with National Union regarding what amounts are or are not reasonable, necessary, covered or otherwise owing under the Policies.

26.    Movants anticipate that some creditors may contend that the Policies and/or proceeds are the property of the Debtor, and cannot be dissipated through the advancement of legal fees and costs to insureds under the Policies. The terms of the Policies as well as applicable law belie any such argument.

27.    First, the D&O Policy expressly excludes coverage for any attorneys' fees, costs or liability incurred in connection with the defense of any claim against the Debtor (*i.e.* the Policy provides no entity coverage). Instead, the D&O Policy provides that the Debtor shall receive proceeds "only to the extent [it] has indemnified [an] Insured Person." (Exhibit A at MDL000050.) Thus, the Debtor has no independent claim to any of the D&O Policy proceeds. Any claim that the Debtor might have to the proceeds of the D&O Policy is derivative of the Movants', or other Insured Persons', rights to coverage and is limited to amounts advanced or provided as indemnification to such Insured Persons.

28.    Second, the Priority of Payments provision, Section V, Clause 19 of Endorsement 13, referenced above, makes clear that advancement of defense costs directly to Insured Persons, as well as any settlement or judgment in covered actions, is payable before any interest of the Debtor.

> The coverage provided under this policy is intended as a matter of priority to protect and benefit **Insured Persons** such that, in the event of bankruptcy of the **Organization**, the **Insurer** shall first

> pay **Loss** under Coverages A and C prior to paying **Loss** under
> Coverage B.

(Exhibit A at MDL000055 (emphasis in original).)

29.    Finally, although courts have routinely held insurance policies to be property of the estate, *see, e.g., In re Edgeworth*, 993 F.2d 51, 55 (5th Cir.1993); *MacArthur Co. v. Johns-Manville Corp.*, 837 F.2d 89, 92 (2d Cir.1988); *In re A.H. Robins*, 788 F.2d 994, 1001 (4th Cir.1986); *Scrima v. John Devries Agency*, Inc., 103 B.R. 128, 132 (W.D. Mich. 1989), most courts have held *the proceeds* from similar insurance policies belong to the insureds, not the estate.  *See*, *e.g. In re Medex Regional Laboratories, LLC,* 314 B.R. 716 (E.D. Tenn. 2004); *In re Allied Digital Technologies, Corp.*, 306 B.R. 505 (D. Del. 2004).  Even those courts that have held that the proceeds of similar insurance policies belong to the estate found good cause existed to permit advancement of defense fees and costs to insureds, with residual interest to the estate.  *See, e.g.*, *In re Arter & Hadden, L.L.P.*, 335 B.R. 666 (N.D. Ohio 2005).

## NOTICE

30.    Notice of this Motion has been given in accordance with the Court's Amended Case Management Order Establishing, Among Other Things, Noticing Electronic Procedures, Hearing Dates, Independent Website And Alternative Methods of Participation At Hearings.  Movants believe that such notice is appropriate under the circumstances of this Motion, and submit that no other or further notice of the Motion and the hearing thereon need be given.

## WAIVER OF MEMORANDUM OF LAW

31.    Pursuant to Local Bankruptcy Rule for the Southern District of New York 9013-1(b), because there are no novel issues of law presented herein, Movants respectfully request that the Court waive the requirement that Movants file a memorandum of law in support of this Motion.

## NO PRIOR REQUEST

32.    No prior request for the relief sought herein has been made to this or any other Court.

**WHEREFORE, Movants** respectfully requests that the Court enter an order granting the relief requested herein, and such other and further relief as may be just.

Dated: New York, New York
      October 18, 2006

Respectfully submitted,

s/Robert M. Stern
ROBERT M. STERN (RS3005)
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, D.C.  20006-4001
(202) 383-5300
*Counsel for Alan Dawes*

s/Richard A. Rossman
RICHARD A. ROSSMAN (admitted *pro hac vice*)
MATTHEW J. LUND (admitted *pro hac vice*)
Pepper Hamilton LLP
100 Renaissance Center, Suite 3600
Detroit, Michigan 48243
(313) 259-7110
*Counsel for Paul Free*

s/Thomas W. Cranmer_____

THOMAS W. CRANMER (admitted *pro hac vice*)
Miller Canfield Paddock & Stone PLC
810 W. Long Lake Road, Suite 200
Troy, Michigan  48098
(248) 267-3381
*Counsel for John Blahnik and Peter Janak*


s/William A. Sankbeil_____

WILLIAM A. SANKBEIL (*pro hac vice* pending)
Kerr, Russell & Weber PLC
500 Woodward Avenue, Suite 2500
Detroit, Michigan  48226
(313) 961-0200
*Co-Counsel for John Blahnik*


s/William H. Jeffress, Jr._____

WILLIAM H. JEFFRESS, JR. (*pro hac vice*
pending)
Baker Botts L.L.P.
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2400
(202) 639-7700
*Counsel for J.T. Battenberg, III*


s/Eric R. Wapnick_____

ERIC R. WAPNICK, Esq. (EW5419)
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, Michigan 48304
*Counsel for Pam Geller*


s/Martin E. Crandall_____

MARTIN E. CRANDALL (admitted *pro hac vice*)
Clark Hill PLC
500 Woodward Avenue, Suite 3500
Detroit, Michigan  48226
(313) 965-8413
*Counsel for Milan Belans*

s/Christopher A. Andreoff
CHRISTOPHER A. ANDREOFF (*pro hac vice* pending)
Jaffe, Raitt, Heuer & Weiss PC
27777 Franklin Road, Suite 2500
Southfield, Michigan  48034
(248) 351-3000
*Counsel for Laura Marion*

s/David Dumouchel
DAVID DUMOUCHEL (admitted *pro hac vice*)
LAURIE J. MICHELSON (admitted *pro hac vice*)
Butzel Long PC
150 W. Jefferson Avenue, Suite 100
Detroit, Michigan  48226
(313) 225-7004
*Counsel for Cathy Rozanski*

## <u>CERTIFICATE OF SERVICE</u>

  I, ROBERT M. STERN, certify that I caused true and correct copies of the foregoing

Motion Of Certain Former Employees Of Debtor For Limited Relief From The Automatic Stay,

To The Extent Applicable, To Pay And/Or Advance Defense Costs Under The Debtors'

Insurance Policies to be served on all counsel on Exhibit A by electronic mail and all counsel on

Exhibit B by First Class Mail this __19th__ day of October 2006.


         _____/s/_____
             Robert M. Stern

# EXHIBIT A

# E-mail Service List

david.boyle@airgas.com

tajamie@ajamie.com
aswiech@akebono-usa.com
pgurfein@akingump.com
mgreger@allenmatkins.com
craig.freeman@alston.com
dconnolly@alston.com
dwender@alston.com
bkessinger@akebono-usa.com
steven.keyes@aam.com
gogimalik@andrewskurth.com
mblacker@andrewskurth.com
lwalzer@angelogordon.com
mtf@afrct.com
aleinoff@amph.com
mhamilton@ampn.com
Cohen.Mitchell@arentfox.com
Hirsh.Robert@arentfox.com
dladdin@agg.com
joel_gross@aporter.com
cgalloway@atsautomation.com
kim.robinson@bfkpn.com
william.barrett@bfkpn.com
alan.mills@btlaw.com
john.gregg@btlaw.com
mark.owens@btlaw.com
michael.mccrory@btlaw.com
pmears@btlaw.com
wendy.brewer@btlaw.com
ffm@bostonbusinesslaw.com
tom@beemanlawoffice.com
hannah@blbglaw.com
sean@blbglaw.com
wallace@blbglaw.com
murph@berrymoorman.com
klaw@bbslaw.com
lschwab@bbslaw.com

pcostello@bbslaw.com
tgaa@bbslaw.com
fatell@blankrome.com
mrichards@blankrome.com
rmcdowell@bodmanllp.com
chill@bsk.com
csullivan@bsk.com
sdonato@bsk.com
jhinshaw@boselaw.com
amcmullen@bccb.com
rjones@bccb.com
massimiliano_cini@brembo.it
dludman@brownconnery.com
schristianson@buchalter.com
mhall@burr.com
sabelman@cagewilliams.com
jonathan.greenberg@engelhard.com
rusadi@cahill.com
driggio@candklaw.com
rweisberg@carsonfischer.com
cahn@clm.com
japplebaum@clarkhill.com
sdeeby@clarkhill.com
rgordon@clarkhill.com
maofiling@cgsh.com
maofiling@cgsh.com
tmaxson@cohenlaw.com
jvitale@cwsny.com
bceccotti@cwsny.com
srosen@cb-shea.com
amalone@colwinlaw.com
Elliott@cmplaw.com
jwisler@cblh.com
mlee@contrariancapital.com
jstanton@contrariancapital.com
wraine@contrariancapital.com
solax@contrariancapital.com
Pretekin@coollaw.com
wachstein@coollaw.com

derrien@coollaw.com
nhp4@cornell.edu
sjohnston@cov.com
swalsh@chglaw.com
dpm@curtinheefner.com
rsz@curtinheefner.com
athau@cm-p.com
dkarp@cm-p.com
krk4@daimlerchrysler.com
wsavino@damonmorey.com
selanders@danielsandkaplan.com
carol_sowa@denso-diam.com
amina.maddox@dol.lps.state.nj.us
gdiconza@dlawpc.com
john.persiani@dinslaw.com
richard.kremen@dlapiper.com
andrew.kassner@dbr.com
david.aaronson@dbr.com
jhlemkin@duanemorris.com
dmdelphi@duanemorris.com
wmsimkulak@duanemorris.com
mbusenkell@eckertseamans.com
ayala.hassell@eds.com
akatz@entergy.com
dfreedman@ermanteicher.com
gettelman@e-hlaw.com
ggreen@fagelhaber.com
lnewman@fagelhaber.com
charles@filardi-law.com
tdonovan@finkgold.com
jmurch@foley.com
fstevens@foxrothschild.com
mviscount@foxrothschild.com
ftrikkers@rikkerslaw.com
office@gazesllc.com
ian@gazesllc.com
crieders@gjb-law.com
dcrapo@gibbonslaw.com
mmeyers@gsmdlaw.com
abrilliant@goodwinproctor.com
cdruehl@goodwinproctor.com
bmehlsack@gkllaw.com

pbilowz@goulstonstorrs.com
gjarvis@ggelaw.com
jeisenhofer@gelaw.com
snirmul@gelaw.com
mrr@previant.com
tch@previant.com
mdebbeler@graydon.com
ckm@greensfelder.com
jpb@greensfelder.com
herb.reiner@guarantygroup.com
cbattaglia@halperinlaw.net
ahalperin@halperinlaw.net
jdyas@halperinlaw.net
hleinwand@aol.com
carren.shulman@hellerehrman.com
timothy.mehok@hellerehrman.com
prubin@herrick.com
anne.kennelly@hp.com
glen.dumont@hp.com
ken.higman@hp.com
sharon.petrosino@hp.com
echarlton@hiscockbarclay.com
jkreher@hodgsonruss.com
sgross@hodgsonruss.com
amoog@hhlaw.com
ecdolan@hhlaw.com
sagolden@hhlaw.com
elizabeth.flaagan@hro.com
dbaty@honigman.com
tsable@honigman.com
jrhunter@hunterschank.com
tomschank@hunterschank.com
mmassad@hunton.com
sholmes@hunton.com
aee@hurwitzfine.com
Ben.Caughey@icemiller.com
greg.bibbes@infineon.com
jeffery.gillispie@infineon.com
rgriffin@iuoe.org
pbarr@jaffelaw.com

rpeterson@jenner.com
gerdekomarek@bellsouth.net
sjfriedman@jonesday.com
john.sieger@kattenlaw.com

600200424v1

kcookson@keglerbrown.com
lsarko@kellerrohrback.com
claufenberg@kellerrohrback.com
eriley@kellerrohrback.com
ggotto@kellerrohrback.com
mbane@kelleydrye.com
msomerstein@kelleydrye.com
lmagarik@kjmlabor.com
sjennik@kjmlabor.com
tkennedy@kjmlabor.com
afeldman@kslaw.com
gsouth@kslaw.com
grichards@kirkland.com
efox@klng.com
schnabel@klettrooney.com
dbrown@klettrooney.com
sosimmerman@kwgd.com
ekutchin@kutchinrufo.com
knorthup@kutchinrufo.com
smcook@lambertleser.com
erika.ruiz@lw.com
henry.baer@lw.com
john.weiss@lw.com
mark.broude@lw.com
michael.riela@lw.com
mitchell.seider@lw.com
rcharles@lrlaw.com
sfreeman@lrlaw.com
jengland@linear.com
austin.bankruptcy@publicans.com
dallas.bankruptcy@publicans.com
houston_bankruptcy@publicans.com
gschwed@loeb.com
whawkins@loeb.com
tmcfadden@lordbissell.com
tbrink@lordbissell.com
kwalsh@lordbissell.com
rcovino@lordbissell.com
bnathan@lowenstein.com
ilevee@lowenstein.com
krosen@lowenstein.com
metkin@lowenstein.com
scargill@lowenstein.com
vdagostino@lowenstein.com
egc@lydenlaw.com

rparks@mijb.com

jlanden@madisoncap.com
jml@ml-legal.com
lmc@ml-legal.com

vmastromar@aol.com

gsantella@masudafunai.com

jgtougas@mayerbrownrowe.com
rdaversa@mayerbrown.com
dadler@mccarter.com
jsalmas@mccarthy.ca
lsalzman@mccarthy.ca
jmsullivan@mwe.com
sselbst@mwe.com
jrobertson@mcdonaldhopkins.com
sopincar@mcdonaldhopkins.com
sriley@mcdonaldhopkins.com
jbernstein@mdmc-law.com
egunn@mcguirewoods.com
hkolko@msek.com
lpeterson@msek.com
emeyers@mrrlaw.net
rrosenbaum@mrrlaw.net

miag@michigan.gov
raterinkd@michigan.gov
miag@michigan.gov
khopkins@milesstockbridge.com
trenda@milesstockbridge.com
sarbt@millerjohnson.com
wolfordr@millerjohnson.com
greenj@millercanfield.com
fusco@millercanfield.com
pjricotta@mintz.com
skhoos@mintz.com
Jeff.Ott@molex.com
agottfried@morganlewis.com
mzelmanovitz@morganlewis.com
resterkin@morganlewis.com
lberkoff@moritthock.com
mdallago@morrisoncohen.com
rurbanik@munsch.com
jwielebinski@munsch.com
drukavina@munsch.com

sandy@nlsg.com

Knathan@nathanneuman.com

4

sbrennan@nathanneuman.com
lisa.moore2@nationalcity.com
george.cauthen@nelsonmullins.com
bbeckworth@nixlawfirm.com
jangelovich@nixlawfirm.com
susanwhatley@nixlawfirm.com
jimbriaco@gentek-global.com
eabdelmasieh@nmmlaw.com
dgheiman@jonesday.com
mmharner@jonesday.com
cahope@chapter13macon.com
jay.hurst@oag.state.tx.us
michaelz@orbotech.com
mmoody@okmlaw.com
aenglund@orrick.com
aprinci@orrick.com
tkent@orrick.com
fholden@orrick.com
jguy@orrick.com
mcheney@orrick.com
rwyron@orrick.com
mhager@oshr.com
shazan@oshr.com
cweidler@paulweiss.com
ddavis@paulweiss.com
emccolm@paulweiss.com
sshimshak@paulweiss.com
housnerp@michigan.gov
aaronsona@pepperlaw.com
lawallf@pepperlaw.com
jaffeh@pepperlaw.com
caseyl@pepperlaw.com
jmanheimer@pierceatwood.com
kcunningham@pierceatwood.com
karen.dine@pillsburylaw.com
margot.erlich@pillsburylaw.com
mark.houle@pillsburylaw.com
richard.epling@pillsburylaw.com
robin.spear@pillsburylaw.com
rmeth@pitneyhardin.com
rbeacher@pitneyhardin.com
bsmoore@pbnlaw.com
jsmairo@pbnlaw.com
jh@previant.com
mgr@previant.com

asm@pryormandelup.com
kar@pryormandelup.com
jkp@qad.com
andrew.herenstein@quadranglegroup.com
patrick.bartels@quadranglegroup.com
jharris@quarles.com
knye@quarles.com
sgoldber@quarles.com
elazarou@reedsmith.com
rnorton@reedsmith.com
jlapinsky@republicengineered.com
jshickich@riddellwilliams.com
jcrotty@rieckcrotty.com
mscott@riemerlaw.com
holly@regencap.com
amathews@robinsonlaw.com
cnorgaard@ropers.com
gregory.kaden@ropesgray.com
marc.hirschfield@ropesgray.com
tslome@rsmllp.com
rtrack@msn.com
cschulman@sachnoff.com
agelman@sachnoff.com
cbelmonte@ssbb.com
pbosswick@ssbb.com
dweiner@schaferandweiner.com
hborin@schaferandweiner.com
mnewman@schaferandweiner.com
rheilman@schaferandweiner.com
myetnikoff@schiffhardin.com
wkohn@schiffhardin.com
myarnoff@sbclasslaw.com
shandler@sbclasslaw.com
james.bentley@srz.com
michael.cook@srz.com
carol.weiner.levy@srz.com
pbaisier@seyfarth.com
rdremluk@seyfarth.com
whanlon@seyfarth.com
bharwood@sheehan.com
lawtoll@comcast.net
ewaters@sheppardmullin.com
msternstein@sheppardmullin.com
tcohen@sheppardmullin.com
twardle@sheppardmullin.com

rthibeaux@shergarner.com
rthibeaux@shergarner.com
bankruptcy@goodwin.com
asherman@sillscummis.com
jzackin@sillscummis.com
cfortgang@silverpointcapital.com
bellis-monro@sgrlaw.com
kmiller@skfdelaware.com
fyates@sonnenschein.com
rrichards@sonnenschein.com
lloyd.sarakin@am.sony.com
rgoldi@sotablaw.com
emarcks@ssd.com
pabutler@ssd.com
sarah.morrison@doj.ca.gov
hwangr@michigan.gov
jmbaumann@steeltechnologies.com
rkidd@srcm-law.com
shapiro@steinbergshapiro.com
jposta@sternslaw.com
cs@stevenslee.com
cp@stevenslee.com
mshaiken@stinsonmoheck.com
robert.goodrich@stites.com
madison.cashman@stites.com
wbeard@stites.com
jminias@stroock.com
khansen@stroock.com
rnsteinwurtzel@swidlaw.com
ferrell@taftlaw.com
miller@taftlaw.com
marvin.clements@state.tn.us
ddraper@terra-law.com
jforstot@tpw.com
lcurcio@tpw.com
niizeki.tetsuhiro@furukawa.co.jp
robert.morris@timken.com
dlowenthal@thelenreid.com
dlowenthal@thelenreid.com

rhett.campbell@tklaw.com
ira.herman@tklaw.com
john.brannon@tklaw.com
ephillips@thurman-phillips.com
jlevi@toddlevi.com
bmcdonough@teamtogut.com
DBR@tbfesq.com
jwilson@tylercooper.com
hzamboni@underbergkessler.com
mkilgore@UP.com
djury@steelworkers-usw.org
msmcelwee@varnumlaw.com
rjsidman@vssp.com
tscobb@vssp.com
EAKleinhaus@wlrk.com
RGMason@wlrk.com
david.lemke@wallerlaw.com
robert.welhoelter@wallerlaw.com
gtoering@wnj.com
mcruse@wnj.com
growsb@wnj.com
mwarner@warnerstevens.com
lekvall@wgllp.com
aordubegian@weineisen.com
gpeters@weltman.com
gkurtz@ny.whitecase.com
guzzi@whitecase.com
dbaumstein@ny.whitecase.com
tlauria@whitecase.com
featon@miami.whitecase.com
barnold@whdlaw.com
bspears@winstead.com
mfarquhar@winstead.com
mwinthrop@winthropcouchot.com
sokeefe@winthropcouchot.com
oiglesias@wlross.com
lpinto@wcsr.com
pjanovsky@zeklaw.com
skrause@zeklaw.com

# EXHIBIT B

# First Class Mail Service List

United States Bankruptcy Court
The Honorable Robert D. Drain
One Bowling Green
New York, NY 10004-1405
*Via Hand Delivery*

United States Trustee
Alicia M. Leonard
33 Whitehall Street, Suite 2100
New York, NY 10004

Brandes Investment Partners LP
11988 El Camino Real
Suite 500
San Diego, CA 92103
Attn: Ted Kim

Brown Rudnick Berlack Israels LLP
Seven Times Square
New York, NY 10036
Attn: Robert J. Stark

Cohen, Weiss & Simon
330 W. 42nd Street
New York, NY 10036
Attn: Bruce Simon

Curtis, Mallet-Prevost, Colt & Mosle
LLP
101 Park Avenue
New York, NY 10178-0061

Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Attn: Brian Resnick
        Donald Bernstein

DC Capital Partners LP
800 Third Avenue
40th Floor
New York, NY 10022
Attn: Douglas L. Dethy

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: Sean Corcoran
        Karen Craft

Electronics Data System Corp.
5505 Corporate Drive MSIA
Troy, MI 48098
Attn: Michael Nefkens

Flextronics International
305 Interlocken Parkway
Broomfield, CO 80021
Attn: Carrie L. Schiff

Flextronics International USA, Inc.
2090 Fortune Drive
San Jose, CA 95131
Attn: Paul W. Anderson

Freescale Semiconductor, Inc.
6501 William Cannon Drive West
MD: OE16
Austin, TX 78735
Attn: Richard Lee Chambers, III

FTI Consulting, Inc.
3 Times Square
11th Floor
New York, NY 10036
Attn: Randall S. Eisenberg

General Electric Company
9930 Kincey Avenue
Huntersville, NC 28078
Attn: Valerie Venable

Groom Law Group
1701 Pennsylvania Avenue, NW
Washington, DC 20006
Attn: Lonie A. Hassel

Hodgson Russ LLP
152 West 57th Street
35th Floor
New York, NY  10019
Attn: Stephen H. Gross

Honigman Miller Schwartz and Cohn
LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226-3583
Attn: Frank L. Gorman
      Robert B. Weiss

Internal Revenue Service
290 Broadway, 5th Floor
New York, NY  10007
Attn: Insolvency Department
      Maria Valerio

Internal Revenue Service
477 Michigan Avenue
Mail Stop 15
Detroit, MI  48226
Attn: Insolvency Department

IUE-CWA
2360 W. Dorothy Lane
Suite 201
Dayton, OH  45439
Attn: Henry Reichard

James E. Bishop, Sr.
502 Shiloh Drive
No. 9
Laredo, TX  78045

James H. Kelly
P.O. Box 4426
Boulder, CO  80306

Jeffries & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY  10022
Attn: William Derrough

JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY  10017
Attn: Thomas F. Maher
      Richard Duker
      Gianni Russello
      Vilma Francis

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
Attn: Gordon Z. Novod
      Thomas Moers Mayer

Kurtzman Carson Consultants
12910 Culver Blvd., Ste. I
Los Angeles, CA  90066
Attn: James Le

Latham & Watkins LLP
885 Third Avenue
New York, NY  10022
Attn: Robert J. Rosenberg

Law Debenture Trust of New York
767 Third Avenue, 31st Floor
New York, NY  10017
Attn: Patrick J. Healy
      Daniel R. Fisher

Luqman Yucab
P.O. Box 1026
Hartville, OH  44632

McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL  60606
Attn: David D. Cleary
        Mohsin N. Khamabati

McTigue Law Firm
5301 Wisconsin Ave, N.W.
Suite 350
Washington, DC  20015
Attn: J. Brian McTigue
        Cornish F. Hitchcock
Mesirow Financial
666 Third Avenue, 21st Floor
New York, NY  10022
Attn: Joseph T. Moldovan

Northeast Regional Office
3 World Financial Center
Room 4300
New York, NY  10281
Attn: Mark Schonfeld

Office of New York State
120 Broadway
New York, NY  10271
Attn: Eliot Spitzer
        Neal S. Mann

O'Melveny & Meyer LLP
400 South Hope Street
Los Angeles, CA  90071
Attn: Robert Siegel

O'Melveny & Meyer LLP
1625 Eye Street
Washington, DC  20006
Attn: Tom A. Jerman
        Rachel Janger

Pardus European Special
Opportunities Master Fund LP
Pardus Capital Management LP
1101 Avenue of the Americas
Suite 1100
New York, NY  10018

Attn: Joseph R. Thornton

Pension Benefit Guaranty Corporation
1200 K. Street, N.W.
Suite 340
Washington, DC  20005-4026
Attn: Ralph L. Landy

Phillip Nizer LLP
666 Fifth Avenue
New York, NY  10103
Attn: Sandra A. Riemer

Rothchild Inc.
1251 Avenue of the Americas
New York, NY  10020
Attn: David L. Resnick

Sayfarth Shaw LLP
1270 Avenue of the Americas
Suite 2500
New York, NY  10020-1801
Attn: Robert W. Dremluk

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY  10022
Attn:  Douglas Bartner
        Jill Frizzley

Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017
Attn: Kenneth S. Ziman
        Robert H. Trust
        William T. Russell, Jr.

Skadden, Arps, Slate, Meagher & Flom
LLP
333 W. Wacker Dr.
Suite 2100
Chicago, IL  60606
Attn: John Wm. Butler
        John K. Lyons
        Ron E. Meisler

Skadden, Arps, Slate, Meagher & Flom
LLP
4 Times Square
P.O. Box 300
New York, NY  10036
Attn: Kayalyn A. Marafioti
        Thomas J. Matz

Spencer Fane Britt & Browne LLP
1 North Brentwood Blvd.
10th Floor
St. Louis, MO  63105
Attn:  Nicholas Franke

Stevens & Lee, P.C.
485 Madison Avenue
20th Floor
New York, NY  10022
Attn: Chester B. Salomon
        Constantine D. Pourakis

Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY  10119
Attn: Albert Togut
        Neil Berger

Trustee of the Koury Family Trust
410 Reposado Drive
La Habra Heights, CA  90631
Attn: James N. Koury

Tyco Electronics Company
60 Columbia Road
Morristown, NJ  07960
Attn:  MaryAnn Brereton

Warner Stevens, L.L.P
1700 City Center Tower II
301 Commerce Street
Forth Worth, TX  76102
Attn: Michael D. Warner

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn: Jeffrey L. Tannenbaum
        Martin J. Bienenstock
        Michael P. Kessler

Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE  19890
Attn: Steven M. Cimalore

Manda L. Anagost
1024 N. Michigan Avenue
P.O. Box 3197
Saginaw, MI  48605-3197

Ropes & Gray LLP
Mark I. Bane
45 Rockefeller Plaza
New York, NY  10111
Attn: Mark I. Bane
        Marc E. Hirschfield

Thomas M. Beeman
33 West 10th Street, Suite 200
Anderson, IN  46016

White & Case LLP
1155 Avenue of the Americas
New York, NY  10036
Attn: Howard Beltzer
        Frank E. Eaton

Jaffe & Asher LLP
600 Third Avenue
New York, NY  10016
Attn:  Glenn P. Berger

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178
Attn: James S. Carr

Cohen, Weiss and Simon
330 West 42nd Street, 25th Floor
New York, NY  10036
Attn:  Babette A. Ceccotti

Central Transportation International, Inc.
c/o Mark H. Shapiro
24901 Northwestern Highway
Suite 611
Southfield, MI  48075

Schulte Roth & Zabel LLP
919 Third Avenue
New York, Ny  10022
Attn: Michael I. Cook

Clark Hill PLC
500 Woodward Ave., Ste 3500
Detroit, MI  48226
Attn: Martin E. Crandall

Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY  10022
Attn: Maureen A. Cronin

Kramer Mellen, P.C.
3000 Town Center, Ste 1700
Southfield, MI  48075-1277
Attn: Gary H. Cunningham

White & Case LLP
200 South Biscayne Blvd
Suite 4900
Miami, FL  33131
Attn: John K. Cunningham

Mayer, Brown, Rowe & Maw
1675 Broadway
New York, NY  10019-5820
Attn: Raniero D'Aversa

Blank Rome LLP
405 Lexington Avenue
New York, NY  10174
Attn:  Craig Alan Damast

Graydon, Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH  45202
Attn:  J. Michael Debbeler

Balch & Bingham LLP
1901 Sixth Avenue N., Ste. 2600
Birmingham, AL  35209
Attn:  Christie Lyman Dowling

Duane Morris LLP
30 S. 17th Street
Philadelphia, PA  19103

Ellmann & Ellmann, P.C.
308 West Huron
Ann Arbor, MI  48103-4204
Attn: Douglas Ellmann

Lowenstein Sandler PC
1251 Avenue of the Americas
18th Floor
New York, NY  10019
Attn:  Michael S. Etkins
        Ira M. Levee

Ettelman & Hochheiser, P.C.
100 Quentin Roosevelt Blvd.
Suite 401
Garden City, NY  11530
Attn:  Gary Ettelman

Fair Harbor Capital LLP
875 Avenue of the Americas, Ste. 2305
New York, NY  10001

600200424v1

Michael D. Fishman
39533 Woodward Ave., Ste 140
Bloomfield Hills, MI 48304

Holme Roberts & Owens LLP
1700 Lincoln Street, Ste 4100
Denver, CO 80203
Attn: Elizabeth K. Flaagan

Anglin, Flewelling, Rasmussen,
Campbell & Trytten LLP
199 South Robles Avenue
Suite 600
Pasadena, CA 91101
Attn: Mark T. Flewelling

Glenn D. Forbis
39533 Woodward Avenue, Ste. 140
Bloomfield Hills, MI 48304

Moore, Clark, DuVall & Rodgers, P.C.
2829 Old Dawson Road
Albany, GA 31707
Attn: David Garland

Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068-5738
Attn: Ira P. Goldberg

Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
Attn: Andrew D. Gottfried

Shumaker Loop & Kendrick
128 South Tryon Street, Ste 1800
Charlotte, NC 28208
Attn: David M. Grogan

Regen Capital
2109 Broadway
New York, NY 10023
Attn: Holly G. Gydus

Larry D. Harvey, P.C.
5290 DTC Parkway, Ste 150
Englewood, CO 80111

Bruce A. Harwood
1000 Elm Street
P.O. Box 3701
Manchester, NH 03105-3701

McGuire Woods LLP
901 East Cary Street
Richmond, VA 23219-4030
Attn: Dion W. Hayes

David A. Hodges
212 Center Street, 5th Floor
Little Rock, AR 72201

Kronish Lieb Weiner & Hellman, LLP
1114 Avenue of the Americas
New York, NY 10036
Attn: Jay R. Imdyke

Sidley Austin
1501 K Street NW
Washington, DC 20005
Attn: Kurt Jacobs

Thomas H. Keyse
1700 Lincoln Street, Ste. 4000
Denver, CO 80203

Kieselstein Law Firm, PLLC
43 British American Blvd
Latham, NY 12110
Attn: Steve Kieselstein

Thompson Hine LLP
One Chase Manhattan Plaza
58th Floor
New York, NY 10005
Attn: Joseph B. Koczko

Meyer, Suozzi, English & Klein, P.C.
1350 Broadway, Suite 501
New York, NY 10018
Attn: Hana B. Kolko

Montgomery, McCracken Walker &
Rhoads
123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109
Attn: Laurie Krepto

Mandel, Katz, Manna & Brosnan LLP
210 Route 303
Valley Cottage, NY 10989
Attn: Anna C. Lee

Amroc Investments, LLC
535 Madison Avenue, 15th Floor
New York, NY 10017
Attn: David S. Leinwand

Kennedy, Jennik & Murray, P.C.
113 University Place, 7th Floor
New York, NY 10003
Attn: Larry Magarik

Dreier LLP
499 Park Avenue, 14th Floor
New York, NY 10022
Attn: Wendy G. Marcari
     Maura I. Russell

Rosen Slome Marder LLP
333 Earle Ovington Blvd., Ste 901
Uniondale, NY 11553
Attn: Alan E. Marder
     Jill Mazer-Marino

Lord, Bissell &Brook
115 S. LaSalle Street
Chicago, IL 60603
Attn: Timothy S. McFadden

Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Attn: Daniel A. McLaughlin
     A. Robert Pietrzak

Barnes & Thornberg LLP
300 Ottawa Avenue, NW
Suite 500
Grand Rapids, MI 49503
Attn: Patrick E. Mears

Menaker & Herrmann LLP
10 E. 4th Street
New York, NY 10016
Attn: Richard G. Menaker

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren M. Nashelsky

Hayt, Hayt & Landau
600 Northern Blvd.
Great Neck, NY 11021
Attn: George Panters

Novak, Robenalt, Pavlik
Skylight Office Tower, Ste 270
1660 West Second Street
Cleveland, OH 44113
Attn: Thomas C. Pavlik

Brown Rudnick Berlack Israels, LLP
One Financial Center
Boston, MA 02111
Attn: Steven D. Pohl

Kelman Loria, PLLC
660 Woodward Ave., Ste 1420
Detroit, MI 48226
Attn: Alan B. Posner

14

Sonnenschein Nath & Rosenthal, LLP
1221 Avenue of the Americas
New York, NY  10020
Attn:  Jo Christine Reed

Baker & McKenzie
805 Third Avenue
New York, NY  10022
Attn:  Ira A. Reid

Sandra A. Reimer
666 Fifth Avenue
New York, NY  10103

Davis Polk & Wardell
450 Lexington Avenue
New York, NY  10017
Attn:  Brian Resnick

Pryor & Madelup LLP
675 Old Country Road
Westbury, NY  11590
Attn: Kenneth A. Reynolds

Foley & Lardner LLP
90 Park Avenue, 37th Floor
New York, NY  10016
Attn:  Michael P. Richman

Harold Ritvo, P.C.
One University Plaza
Hackensack, NJ  07601

Latham & Watkins
885 Third Avenue
New York, NY  10022
Attn:  Robert J. Rosenberg

Pepper Hamilton LLP
100 Renaissance Center, 36th Floor
Detroit, MI  48243

Mayer, Brown, Rowe & Maw LLP
71 S. Wacker Drive
Chicago, IL  60606
Attn: Paul J.N. Roy

Herrick, Feinstein LLP
Two Park  Avenue
New York, NY  10016
Attn: Paul Rubin

Leon R. Russell
3102 Oak Lawn
Suite 600, LB  164
Dallas, TX  75219

Bialson, Bergen & Schwab
2600 El Camino Real, Ste 300
Palo Alton, CA  9436
Attn: Lawrence M. Schwab

Loeb & Loeb LLP
345 Park Avenue
New York, NY  10154
Attn:  Peter Gregory Schwed

Binder & Malter LLP
2775 Park Avenue
Santa Clara, CA  95050
Attn: Wendy W. Smith

Stewart & Stewart
931 S. Rangeline Road
Carmel, IN  46032
Attn: Michael J. Sobieray

Leigh C. Taggart
39533 Woodward Avenue, Ste. 140
Blooming Hills, MI  48304

Univeral Am-Can, Ltd.
c/o Mark H. Shapiro
24901 Northwestern Highway, Ste 611
Southfield, MI  48075

Piper Rudnick Gray Cary LLP
1251 Avenue of the Americas
New York, NY  10020-1104
Attn:  Timothy W. Walsh

600200424v1