UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                       :

      In re                                       :        Chapter 11
                                              :
DELPHI CORPORATION, <u>et al.</u>,    :        Case No. 05-44481 (RDD)
                                              :
                       Debtors.    :        (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER REGARDING SPEEDLINE TECHNOLOGIES INC.'S MOTION
FOR ORDER DIRECTING RETURN OF RECLAIMED EQUIPMENT
<u>OR FOR IMMEDIATE PAYMENT THEREOF</u>

("SPEEDLINE TECHNOLOGIES ORDER")

Upon the motion, dated July 25, 2006 (the "Motion"), of Speedline Technologies Inc. ("Speedline") for an order directing the return of reclaimed equipment or for immediate payment thereof (Docket No. 4678, with an errata sheet dated July 26, 2006 at Docket No. 4683); and upon the Debtors' objection to the Motion (Docket No. 4893); and upon the objection of the Official Committee of Unsecured Creditors to the Motion (Docket No. 4887); and upon the record of the hearing held on the Motion; and after due deliberation thereon; and, for the reasons stated by the Court in its bench ruling, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1.       The Motion is DENIED without prejudice to Speedline's right to renew its request for payment of its asserted reclamation claim, for its allowance as an administrative expense claim, or for the return of the equipment that is the subject of Speedline's reclamation demand (the "Equipment") in the event that it is established that the secured creditors in these

cases with a prior interest in the Equipment have either released that interest or have been satisfied in full out of assets other than the Equipment or the proceeds thereof.

    2.    This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

Dated:  New York, New York  
         October <u>19</u>, 2006

         <u>/s/Robert D. Drain</u>  
         UNITED STATES BANKRUPTCY JUDGE