# PLASTOMER
## CORPORATION

37819 SCHOOLCRAFT ROAD • C.N. 4055 • LIVONIA, MI 48150-1096
TELEPHONE (734) 464-0700                    FAX (734) 464-4792

*Donald A. Show, Jr., Controller*

*Visit Plastomer's Website @ www.plastomer.com*

October 20, 2006

United States Bankruptcy Court
Southern District of New York
Delphi Corporation Claim Docketing Center
One Bowling Green
Room 534
New York, New York 10004-1408

**Re: Withdrawal of Delphi Corporation Proof of Claim number 5943.**

Dear Clerk,

I, Donald Show, Controller of Plastomer Corporation, located at 37819 Schoolcraft, Livonia, MI. 48150 hereby withdraws Proof of Claim number 5943 dated May 16, 2006, against Delphi Corporation case number 05-44481. Please reflect in the official record the withdrawal of the above referenced Proof of Claim.

Very Truly Yours,

*[signature]*

Donald Show
Controller
Plastomer Corporation
37819 Schoolcraft
Livonia, MI 48150
(734) 464-0700



RECEIVED
OCT 2 3 2006
CLAIMS PROCESSING CENTER
USBC, SDNY



**MANUFACTURERS AND FABRICATORS OF RESILIFOAM® — THE CUSTOM URETHANE**

printed on recycled paper