Hearing Date and Time: November 30, 2006, 10:00 a.m.
Fee Committee Objection Deadline: November 15, 2006, 4:00 p.m.

**COVINGTON & BURLING LLP**
1330 Avenue of the Americas
New York, NY 10019-5400
(212) 841-1000
Aaron R. Marcu (AM-6309)
Susan Power Johnston (SJ-9386)

Foreign Trade and Special Corporate Committee
Counsel to the Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                :

      In re                       :     Chapter 11
                                  :
DELPHI CORPORATION, et al.,    :     Case No. 05-44481 (RDD)
                                  :
               Debtors.    :     (Jointly Administered)
                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**AMENDED SECOND INTERIM APPLICATION OF COVINGTON & BURLING LLP,
FOREIGN TRADE AND SPECIAL CORPORATE COMMITTEE LEGAL COUNSEL
TO THE DEBTORS AND DEBTORS-IN-POSSESSION,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD FROM FEBRUARY 1, 2006 THROUGH MAY 31, 2006**

TO:    THE HONORABLE ROBERT D. DRAIN,
        UNITED STATES BANKRUPTCY JUDGE:

          Covington & Burling LLP ("**Covington**"), foreign trade and special corporate

committee legal counsel to the above-captioned debtors and debtors-in-possession (collectively,

"**Delphi**", the "**Company**" or the "**Debtors**"), submits this amended second interim application

(the "**Amended Second Application**") for allowance of compensation for professional services

rendered and reimbursement of expenses incurred from February 1, 2006 though May 31, 2006

(the "**Second Application Period**").  Covington served and filed its Second Interim Application

on July 31, 2006.  It submits this Amended Second Application in response to the Response of

the Official Committee of Unsecured Creditors filed October 16, 2006, to correct certain

discrepancies in the Second Application and exhibits thereto.  No changes have been made to the

amount of fees sought.  Exhibit B, which contains copiesof the time records, is presented in a

more legible format.  The number of hours reflected in the summaries contained in Exhibit D has

been corrected to reflect the actual hours billed of 1624.70.  The summary of expenses contained

in Exhibit E has been corrected to reflect the actual expenses sought of $10,753.73.

## PRELIMINARY STATEMENT

1.  By this Second Application and pursuant to sections 330 and 331 of chapter

11 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2016 of the Federal

Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Covington requests that this Court

authorize: (a) interim allowance of compensation for professional services Covington rendered

during the Second Application Period in the amount of $551,937.00; and (b) the reimbursement

of actual and necessary expenses Covington incurred in connection with the rendition of such

professional services in the amount of $10,753.73.[1]

2.  The Second Application reflects the requisite time, skill and effort Covington

expended during the Second Application Period providing assistance to the Company as its

foreign trade and special corporate committee legal counsel.  Covington has:  (a) advised and

assisted the Company on U.S. foreign trade control matters, including the scope, applicability,

---

[1]  Certain expenses incurred during the Second Application Period may not have been posted as of the date of
this Second Application.  Covington reserves the right to seek reimbursement for such expenses at a later date.

2

licensing and compliance requirements under the International Traffic in Arms Regulations, Directorate of Defense Controls, U.S. Department of State; (b) advised a Special Committee (the "**Special Committee**") of the Company's Board of Directors (the "**Board**") in connection with demands which have been or may be made by Delphi shareholders with regard to various accounting issues now under investigation and in litigation; and (c) advised the Special Committee in connection with the Company's external auditor selection process.

3.    This Court has jurisdiction over this Second Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue of these cases and this Second Application is proper in this district pursuant to 28 U.S.C. §§1408 and 1409. This matter is a core proceeding under 28 U.S.C. § 157(b)(2).

## GENERAL BACKGROUND

4.    On October 8, 2005 (the "**Petition Date**"), Delphi and certain of its U.S. subsidiaries filed voluntary petitions in this Court for relief under chapter 11 of the Bankruptcy Code. On October 14, 2005, three additional U.S. subsidiaries of Delphi also sought relief in this Court under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(b) and 1108 of the Bankruptcy Code. This Court entered orders directing the joint administration of the Debtors' chapter 11 cases (Docket Nos. 28 and 404).

5.    On October 17, 2005, the Office of the United States Trustee appointed an official committee of unsecured creditors. On March 22, 2006, the Court directed the United States Trustee to appoint an equity committee to represent the interests of Delphi's shareholders. No trustee or examiner has been appointed in the Debtors' cases.

3

6.  On November 4, 2005, the Court issued an Order Under 11 U.S.C. §§ 331 (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and (II) Setting a Final Hearing Thereon (Docket No. 869) (the "**First Interim Compensation Order**"), pursuant to which, on March 31, 2006 and April 28, 2006, Covington made its First Application and Revised First Application (as defined below).

7.  On February 17, 2006, the Debtors filed an Application for Order under 11 U.S.C. §§ 327(e) and 1107(b) and Fed. R. Bankr. P. 2014 Authorizing Employment and Retention of Covington & Burling as Foreign Trade and Special Corporate Committee Legal Counsel to Debtors (Docket No. 2424) (the "**Retention Application**"), seeking the retention of Covington *nunc pro tunc* to October 8, 2005.

8.  On March 8, 2006 and March 28, 2006, the Court filed the first and second Supplemental Orders Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, amending and supplementing the First Interim Compensation Order.  The March 8 order (Docket No. 2747) established timelines for the submission of applications, and provided for the establishment of a fee committee.  The March 28 order (Docket No. 2986) further clarified the timing for the filing of fee applications, and set a date for a hearing on those applications which had been received in a timely fashion.

9.  On March 9, 2006, the Court granted the Retention Application, authorizing the employment and retention of Covington as Foreign Trade and Special Corporate Committee Legal Counsel to the Debtors (Docket No. 2769) (the "**Retention Order**").

10. Before the Petition Date, Covington performed numerous services for the Debtors.  See Affidavit of Aaron R. Marcu Pursuant to Section 504 of the Bankruptcy Code and Bankruptcy Rule 2016 (the "**Marcu Affidavit**"), attached as **Exhibit A**.  As a result of these

4

prepetition services, Covington was owed, and continues to be owed, approximately

$263,559.79. Covington has filed a proof of claim regarding this amount, and neither the

compensation nor expenses requested pursuant to this Second Application includes any portion

of this amount.

11. On March 31, 2006, Covington filed its First Interim Application of

Covington & Burling, as Foreign Trade and Special Corporate Committee Legal Counsel to the

Debtors and Debtors-in-Possession, for Allowance of Compensation for Services Rendered and

Reimbursement of Expenses Incurred for the Period from October 8, 2005 Through January 31,

2006 (Docket No. 3060) (the "**First Application**").

12. On April 18, 2006, the Court issued its Order Approving Joint Interest

Agreement Between Debtors and Official Committee of Unsecured Creditors, Implementing

Protective Order, And Approving Procedures to Protect Information in Fee Statements (Docket

No. 3279) (the "**Joint Interest Agreement Order**").  In recognition of the confidential,

privileged and sensitive nature of the work performed by some of the Debtors' professionals,

the Joint Interest Agreement Order authorized confidential time records to be filed under seal.

A copy of the Joint Interest Agreement Order is attached as **Exhibit B.**

13. Due to the confidential nature of Covington's time entries, on April 28, 2006,

Covington withdrew the First Application, and filed its Revised First Interim Application of

Covington & Burling, as Foreign Trade and Special Corporate Committee of Legal Counsel to

the Debtors and Debtors-in-Possession, for Allowance of Compensation for Services Rendered

and Reimbursement of Expenses Incurred for the Period from October 8, 2005 Through January

31, 2006 (Docket No. 3509) (the "**Revised First Application**"), to comply with the procedures

implemented by the Joint Interest Agreement Order.

14. On May 5, 2006, the Court issued the Third Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (Docket No. 3630) (the "**Interim Compensation Order**"). The Interim Compensation Order provides for the establishment of a Joint Fee Review Committee (the "**Fee Committee**") and establishes protocols regarding the composition, mandate and procedures relating to the Fee Committee.

15. On June 19, 2006, the Fee Committee issued a memorandum containing guidelines for retained professionals to use when billing time (the "**Fee Committee Guidelines**"). The Fee Committee Guidelines include a timetable for the submission of budgets and future fee applications by the Debtors' retained professionals, formatting requirements for all submissions to the Fee Committee, and a detailed delineation of recommended timekeeping methods, expense categories and examples of improper timekeeping procedures.

16. On July 13, 2006, the Court issued the Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (Docket No. 4545) (the "**Fourth Interim Compensation Order**"). The Fourth Interim Compensation Order rescheduled the hearing date on the first interim fee applications of the Debtors' retained professionals from July 19, 2006 to October 19, 2006, when they may be considered along with the professionals' second interim fee applications, including this Second Application, and provided that one-half of the amount held back by the Debtors from certain fees requested on account of time billed through May 31, 2006 be released.

## COVINGTON'S FEES AND EXPENSES

17. Covington's services in these cases have been substantial, necessary, and beneficial to the Debtors and the Special Committee, the Company's creditors, and other parties-in-interest. Throughout the Second Application Period, Covington has addressed a variety of pressing issues that required Covington, in the discharge of its professional responsibilities, to devote substantial time by its professionals on an ongoing and, at times, daily basis.

18. As of the date of this Second Application, Covington has received payment of 90% of the value of the services rendered and 100% of the value of the expenses incurred covered in this Second Application, and Covington has submitted invoices for postpetition services rendered to the Special Committee and to the Debtors for payment pursuant to the Interim Compensation Order.

19. No agreement or understanding exists between Covington or any other entity for the sharing of compensation to be received for services rendered in or in connection with this case.

20. Covington's personnel maintain written contemporaneous records of the time expended in rendering professional services to the Debtors and the Special Committee. A copy of the daily time records for the Second Application Period, broken down by matter and listing the name of the attorney or paraprofessional, the date on which the services were performed, and the amount of time spent in performing the services, is attached as **Exhibit C.**

21. Because many of the services Covington rendered during the Second Application Period are confidential and sensitive, Covington has filed Exhibit C to this Application under seal pursuant to the Joint Interest Agreement Order.

7

22. Attached as **Exhibit D** is a list of the attorneys and paraprofessionals who have worked on Delphi matters during the Second Application Period, the aggregate time expended by each individual during the Second Application Period, his or her hourly billing rate during the Second Application Period, and the amount of Covington's fees attributable to each individual.[2]  Additionally, included as part of Exhibit D is a list of all the matters for which services were rendered and the aggregate amount of hours and fees expended for each of those matters.

23. Covington also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of professional services.  A schedule setting forth the categories of expenses and amounts for which reimbursement is requested is attached as **Exhibit E**.

## SUMMARY OF SERVICES RENDERED

24. The following summary highlights the principal areas to which Covington devoted substantial time and attention during the Second Application Period.  The full breadth of Covington's services is reflected in Covington's time records.

### Foreign Trade Control Representation

25. Covington provided advice and assistance to the Debtors on many facets of U.S. foreign trade control laws, including compliance with export laws administered by the Departments of Commerce and State, import laws administered by the Department of State and

---

[2]    Covington customarily adjusts its billing rates on an annual basis, usually as of October 1 of each year. However, if Covington increases its rates during the pendency of the Delphi proceeding, it will seek compensation subject to the terms of its engagement letter dated June 8, 2005, pursuant to which Covington will not increase its rates charged with respect to the representation of the Special Committee until June 8, 2006, other than for the regular progression of Covington associates as they increase in seniority.

Bureau of Customs and Border Protection, and economic sanctions programs administered by the Treasury Department.

26. Covington attorneys assisted the Debtors in evaluating certain sales by the Debtors' foreign affiliates for compliance with U.S. foreign trade controls, and assisted on issues relating to the export from the U.S. of various items including machines, chemicals, electrical components and software.

27. Covington assisted the Debtors in revising their Department of State registration and in the drafting and submission of regulatory applications on behalf of the Debtors.

28. Covington attorneys drafted and revised foreign trade control compliance questionnaires and policies for the Debtors, provided training to the Debtors' employees in compliance with foreign trade control laws, and consulted with the Debtors on the development of various compliance initiatives.

<u>Special Committee Representation</u>

29. In response to a demand letter issued by a Delphi shareholder, a Special Committee of the Board was formed to investigate issues now in litigation and/or under investigation, to advise the Board regarding whether there are viable claims against potential defendants in connection with these issues, and, if so, to make recommendations regarding whether it is in the Company's best interest to pursue them.

30. As counsel to the Special Committee, Covington attorneys reviewed numerous documents relating to these issues, including emails, notes, memoranda, correspondence, presentations, contracts and accounting records. Covington attorneys conducted research regarding legal standards applicable to a corporate board's response to a

9

shareholder demand and research regarding potential causes of action against current and

former Delphi directors and officers.  Covington attorneys participated in numerous meetings

and telephone conferences with the members of the Special Committee to provide updates on

work completed, present key evidence, provide advice regarding proposed investigative steps,

and receive direction from the Special Committee.

31. Covington attorneys prepared for and conducted interviews of certain current

and former officers and directors of the Company.  In preparation for these interviews,

Covington attorneys reviewed key documents, and prepared materials and exhibits to be used

during the interviews.  In addition, Covington attorneys prepared memoranda regarding those

interviews.

<u>Auditor Selection Process Representation</u>

32.     Covington advised the Special Committee in connection with the process

utilized by management and the Audit Committee to select a new external auditor.

<u>Case Administration</u>

33. During the Second Application Period, Covington prepared and drafted the

First Application, Revised First Application and all supporting documents after reviewing the

applicable federal and local requirements.

34. Throughout the progress of the Debtors' chapter 11 cases, Covington has

communicated extensively with the Debtors and the Special Committee, participating in

meetings and telephone conferences with representatives of the Debtors and members of the

Special Committee, and exchanging email and other correspondence.  These communications

were crucial in keeping the Debtors, the Special Committee and the members of the Board

apprised of the status of issues of concern to them.

35. As highlighted above, Covington has provided essential services to the

Debtors and the Special Committee, and these services have benefited the Debtors, the Special

Committee, their creditors and other parties-in-interest in these bankruptcy cases.  Covington

rendered these services in an expeditious and efficient manner and in compliance with the

requirements of the Bankruptcy Code.

## COVINGTON'S REQUEST FOR INTERIM COMPENSATION

36. The allowance of interim compensation for services rendered and

reimbursement of expenses incurred in bankruptcy cases is expressly provided for in section

331 of the Bankruptcy Code:

> [A] debtor's attorney, or any professional person . . . may apply to
> the court not more than once every 120 days after an order for
> relief in a case under this title, or more often if the court permits,
> for such compensation for services rendered . . . as is provided
> under section 330 of this title.

11 U.S.C. § 331.

37. The First Interim Compensation Order and Interim Compensation Order

require professionals in the Debtors' chapter 11 cases to serve monthly fee statements upon

notice parties listed in those Orders[3] to obtain allowance of compensation and reimbursement of

80% of fees and 100% of expenses identified in each monthly statement.  Approximately every

120 days, professionals in the Debtors' chapter 11 cases serve and file with the Court an

application for interim or final compensation pursuant to sections 330 and 331 of the

Bankruptcy Code.  The Interim Compensation Orders are not intended to alter the fee

---

[3] As modified by the Joint Interest Agreement Order.

11

application requirements set forth in sections 330 and 331 of the Bankruptcy Code. See First

Interim Compensation Order at ¶ 2(b).

38. Section 330(a)(1) of the Bankruptcy Code provides, in pertinent part, that a

court may award to a professional person, including a debtor's attorney:

> reasonable compensation for actual, necessary services rendered by
> the . . . professional person, or attorney . . . .

11 U.S.C. § 330(a)(1). The Congressional intent and policy expressed in section 330 of the

Bankruptcy Code is to provide for adequate compensation to attract qualified and competent

practitioners to bankruptcy cases.

39. Covington submits that its request for interim allowance of compensation is

reasonable. The services rendered by Covington, as highlighted above, were necessary to fulfill

the Debtors' and the Special Committee's requests for legal counsel.

40. Covington has made, and continues to make, efforts to work with the

Debtors' other counsel to ensure that there is no unnecessary duplication of work between

Covington and such other firms. Covington and the other firms retained in these chapter 11

cases have clearly delineated the division of labor between them to maximize the efficient usage

of their combined resources by the Debtors' estate.

41. The services rendered by Covington during the Second Application Period

were performed diligently and efficiently. When possible, Covington delegated tasks to lower-

cost junior attorneys or, for discrete matters, to attorneys with specialized expertise in the

particular task at issue. While that approach may have required intra-office conferences or

involved individual attorneys who spent only a few hours on the matter at hand, the net result

was enhanced cost efficiency. The blended hourly rate for all attorneys and paraprofessionals is

approximately $388.00, which is within the range of fees normally charged for similar services

12

rendered in a chapter 11 case by major law firms in the New York City and Washington, D.C. areas.

42. The services rendered to the Debtors by Covington during the Second Application Period required an aggregate expenditure of 1,624.70 recorded hours of the time of attorneys and paraprofessionals. Based upon the number of hours spent and Covington's hourly billing rate established by the engagement letter dated June 8, 2005, the value of the recorded services rendered is $551,937.00. Exhibit D sets forth a list of such individuals, the aggregate amount of time expended by each and the current hourly billing rate for each. The fair and reasonable value of the services rendered and recorded by Covington to the Debtors during the Second Application Period is set forth in Exhibit C and summarized above.

## DISBURSEMENTS

43. Covington incurred actual and necessary out-of-pocket expenses during the Second Application Period, in connection with the rendition of the professional services described above, in the amount of $22,773.74, as set forth in detail in Exhibit E.[4]

44. The disbursements for which Covington seeks reimbursement include the following:

1.    Duplicating - Charged at $0.15 per page;

2.    Telecommunications - Long-distance calls and long-distance facsimile transmissions are billed at actual cost. There is no charge for incoming facsimiles;

3.    Computer Research Charges - Covington's practice is to bill clients for LEXIS and Westlaw research at actual cost;

---

[4]    Covington's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in Covington's accounting system.

4. <u>Overtime Expenses</u> - Covington's practice is to allow any attorney working later than 8:00 p.m. and any legal assistant working later than 7:30 p.m. to charge a working meal to the appropriate client. The meal charge is limited to $20 per person. Upon occasion, the actual expense for a meal exceeded $20, and in those cases, Covington absorbed the amount in excess of $20 and did not bill the Debtors for that excess amount. In compliance with the Fee Committee Guidelines, these instances are noted and itemized in Exhibit E;[5]

5. <u>Local Car Service</u> - Covington's practice is to allow attorneys, legal assistants and secretaries to charge car service to the appropriate client after 8:00 p.m.;

6. <u>Delivery Services</u> - Covington's practice is to charge postal, overnight delivery and courier services at actual cost; and

7. <u>Overtime Word Processing Charges and Secretarial Overtime</u> - Covington's practice is to bill clients for overtime word processing charges and secretarial overtime at actual cost, and, therefore, such charges are included in this Second Application.

## <u>COMPLIANCE WITH LOCAL RULES, U.S. TRUSTEE GUIDELINES AND FEE COMMITTEE GUIDELINES</u>

45. Covington submits that this Second Application complies with all provisions of the guidelines set forth by this Court in its Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases adopted by the Court on April 19, 1995 (the "**Local Rules**"), and its administrative orders M-104 and M-150, and with the U.S. Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330 (the "**U.S. Trustee Guidelines**").

46. The Fee Committee Guidelines require applicants to submit their invoices and fee applications to Legal Cost Control, the Fee Examiner for the Fee Committee (the "**Fee**

---

[5]    All overtime meals are therefore in compliance with this Court's Local Administrative Order M-150, dated April 19, 1995.

**Examiner"**). As of the date of this Second Application, the Fee Examiner was not yet covered by the Joint Interest Agreement Order. As a result, the chairman of the Fee Committee and the Fee Examiner have confirmed that the requirement that Covington submit its fee statements and applications to the Fee Examiner is waived. Covington expects that by the time of the hearing on this Second Application, this issue will be resolved. The individual members of the Fee Committee are covered by the Joint Interest Agreement Order, and Covington has served its fee statements upon them, and will serve this Second Application and all time records upon them.

47. For the most part, Covington believes that the Fee Committee Guidelines track the U.S. Trustee Guidelines. However, in some respects, the Fee Committee Guidelines go beyond the U.S. Trustee Guidelines.

48. In addition, the Fee Committee Guidelines require that time billed for the preparation of fee statements not exceed 1.5% of the total claimed. This is far more restrictive than the U.S. Trustee's Guidelines, which set no limit on the percentage of a bill that may be devoted to the preparation of a fee statement. While Covington has performed all tasks as efficiently as possible, the circumstances of the Debtors' case and particularly the issuance of the Joint Interest Agreement Order after the filing of Covington's First Application necessitated that more time be spent on the preparation of and revisions to the First Application than would normally have been the case.

49. Finally, the Fee Committee recommends that firms not be reimbursed for performing conflicts checks. Covington respectfully disagrees with this recommendation. Bankruptcy professionals are required by statute to perform rigorous conflicts checks of all parties-in-interest to ensure that they do not hold or represent any adverse interests. The consequences of failing to perform the checks with meticulous attention can be harsh for a firm.

In this case, with thousands of debtor entities and many more thousands of creditors and other

parties-in-interest, performing the initial and supplemental conflicts checks has been an

extremely onerous and very time-consuming task.  Covington does not bill for the hours spent

by its conflicts staff searching its conflicts database, but it does bill, and expects to be

reimbursed, for the time spent by paralegals and attorneys supervising the staff's work,

compiling the lists of parties-in-interest whom Covington represents in unrelated matters and

preparing the requisite disclosure declarations.

## PROCEDURE

50. In accordance with the First Interim Compensation Order, the Interim

Compensation Order, the Joint Interest Agreement Order, and the Court's Local Rules, notice of

this Second Application has been provided to the 2002 notice list, and the Second Application

with all exhibits has been served on: the Debtors, their attorneys, the United States Trustee,

counsel to the Official Committee of Unsecured Creditors and the members of the Fee

Committee.  The Second Application without the time records has been served on counsel for

the agent under the Debtors' prepetition credit facility, counsel for the agent under the Debtors'

postpetition credit facility, and the Fee Examiner.  When the Joint Interest Agreement Order is

extended to the Fee Examiner, Covington will provide the Fee Examiner with a copy of the time

records for the Second Application.  Covington assumes that this will occur well before the

October 19, 2006 hearing date, so that the Fee Examiner will have adequate time to review the

records before the hearing.  Covington submits that given the circumstances and the notice of

the relief requested herein, no other or further notice is required.

16

51. As the Second Application presents no novel issue of law, Covington requests that the Court dispense with the requirement of Local Rule 9013-1(b) that a memorandum of law be submitted herewith.

52. No previous motion for the relief sought herein has been made to this or any other court.

## CONCLUSION

WHEREFORE, Covington respectfully requests that this Court enter an order

awarding Covington:

        1.     interim compensation from the Debtors for services rendered for the

period from February 1, 2006 through May 31, 2006, inclusive, in the amount of $551,937.00;

        2.     reimbursement of actual and necessary expenses incurred in connection

with the rendition of such services, in the amount of $10,753.73; and

        3.     such other and further relief as may be just and proper.


Dated:  October 24, 2006

                           **COVINGTON & BURLING LLP**


                    By:   /s/ Susan Power Johnston
                           Aaron R. Marcu  (AM-6309)
                           Susan Power Johnston  (SJ-9386)

                    1330 Avenue of the Americas
                    New York, NY  10019-5400
                    (212) 841-1000

                    **Foreign Trade and Special Corporate
                    Committee Counsel to the Debtors and
                    Debtors-in-Possession**

# EXHIBIT A

## EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                           :
     In re                        :    Chapter 11
                                           :
DELPHI CORPORATION, <u>et al.</u>,          :    Case No. 05-44481 (RDD)
                                           :
               Debtors.         :    (Jointly Administered)
                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### CERTIFICATION PURSUANT TO LOCAL GUIDELINES, U.S. TRUSTEE GUIDELINES AND FEE COMMITTEE GUIDELINES FOR FEES AND DISBURSEMENTS

Pursuant to 28 U.S.C. § 1746, Aaron R. Marcu certifies as follows:

        1.     I am a partner of the firm of Covington & Burling LLP ("**Covington**"),

which maintains offices for the practice of law at, among other places, 1330 Avenue of the

Americas, New York, New York 10019.

        2.     I am the professional designated by Covington to certify regarding

Covington's Fee Applications, in compliance with the Amended Guidelines for Fees and

Disbursements for Professionals in the Southern District of New York Bankruptcy Cases adopted

by the Court on April 19, 1995 (the "**Local Guidelines**"), the United States Trustee Guidelines

for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 adopted on

January 30, 1996 (the "**U.S. Trustee Guidelines**"), the memorandum dated June 19, 2006 issued

by the Debtors' fee committee containing guidelines for retained professionals to use when

billing time (the "**Fee Committee Guidelines**") and the Court's Fourth Supplemental Order

Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement

of Expenses of Professionals dated July 13, 2006 (Docket No. 4545) (the "**Fourth**

**Supplemental Fee Order**" and, collectively with the Local Guidelines, the U.S. Trustee

Guidelines, and the Fee Committee Guidelines, the "**Guidelines**").

      3.    I make this certification in support of Covington's second interim

application for compensation for services rendered and reimbursement of expenses incurred for

the period from February 1, 2006 through and including May 31, 2006 (Docket No. 3060) (the

"**Second Application**") in accordance with the Guidelines.

      4.    With respect to section B.1 of the Local Guidelines, I certify that:

      a)    I have read the Second Application;

      b)    To the best of my knowledge, information and belief formed after
reasonable inquiry, the fees and disbursements sought in the
Second Application fall within the Guidelines;

      c)    Except to the extent that fees and disbursements are prohibited by
the Guidelines, the fees and disbursements sought are billed in
accordance with practices customarily employed by Covington and
generally accepted by Covington's clients; and

      d)    In providing a reimbursable service, Covington does not make a
profit on that service, whether the service is performed by
Covington in-house or through a third party.

      5.    In respect of section B.2 of the Local Guidelines, I certify that Covington

has been providing, on a monthly basis, statements of Covington's fees and disbursements for

each month in accordance with the procedures approved by this Court in the Interim Fee Order

dated November 4, 2005 (Docket No. 869), the First Supplemental Fee Order dated March 8,

2006 (Docket No. 2747), the Second Supplemental Fee Order dated March 28, 2006 (Docket No.

2986), the Third Supplemental Fee Order dated May 5, 2006 (Docket No. 3630), the Fourth

Supplemental Fee Order dated July 12, 2006 (Docket No. 4545), and as otherwise agreed to with

the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**" or the

2

"**Company**") and the Office of the United States Trustee pursuant to the Joint Interest

Agreement Order dated April 18, 2006 (Docket No. 3279).

      6.     In respect of section B.3 of the Local Guidelines, I certify that copies of

the Second Application are being provided to (a) the United States Trustee for the Southern

District of New York; (b) attorneys for the Debtors; (c) the Debtors and (d) attorneys for the

statutory committee of unsecured creditors. The Debtors have consented to the filing of this

Second Application.

      7.     On March 9, 2006, effective *nunc pro tunc* to October 8, 2005 (the

"**Petition Date**"), this Court entered an Order under 11 U.S.C. §§ 327(e) and 1107(b) and Fed.

R. Bankr. P. 2014 Authorizing Employment and Retention of Covington & Burling as Foreign

Trade and Special Corporate Committee Legal Counsel to Debtors (Docket No. 2769),

authorizing the employment of Covington as foreign trade and special corporate committee legal

counsel to the Debtors.

      8.     In this capacity, Covington has:  (a) advised and assisted the Company on

U.S. foreign trade controls, including the scope, applicability, licensing, and compliance

requirements under the International Traffic in Arms Regulations, Directorate of Defense

Controls, U.S. Department of State; (b) advised a Special Committee (the "**Special Committee**")

of the Company's Board of Directors (the "**Board**") in connection with demands which have

been or may be made by Delphi shareholders with regard to various accounting issues now under

investigation and in litigation; and (c) advised the Special Committee in connection with the

Company's external auditor selection process.

      9.     This certification is submitted pursuant to Rule 2016 of the Federal Rules

of Bankruptcy Procedure in connection with Covington's Second Interim Application for: (a)

allowance of compensation for services rendered as foreign trade and special corporate

committee legal counsel to the Debtors from February 1, 2006 though May 31, 2006, inclusive;

and (b) the reimbursement of expenses incurred in connection therewith.

        10.    No agreement or understanding exists between Covington and any person

for a division of compensation or reimbursement received or to be received herein or in

connection with the Debtors' chapter 11 cases.

        11.    As of the date of the Second Application, Covington has received no

payment or promise of payment for the services rendered in these chapter 11 cases, other than as

noted in the Second Application.

        12.    As detailed in the Debtors' Application for Order under 11 U.S.C. §§

327(e) and 1107(b) and Fed. R. Bankr. P. 2014 Authorizing Employment and Retention of

Covington & Burling as Foreign Trade and Special Corporate Committee Legal Counsel to

Debtors (Docket No. 2424), prior to the Petition Date, Covington performed numerous services

for the Debtors. As a result of these prepetition services, Covington was owed, and continues to

be owed, $263,559.79. Covington has filed a proof of claim regarding this amount, and neither

the compensation nor expenses requested pursuant to the Second Application attached hereto

includes any portion of this amount.

                      /s/ Aaron R. Marcu
                         Aaron R. Marcu

4

# EXHBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                :
    In re                    :       Chapter 11
                :
DELPHI CORPORATION, et al.,    :       Case No. 05-44481 (RDD)
                :
            Debtors.    :       (Jointly Administered)
                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER APPROVING JOINT INTEREST AGREEMENT BETWEEN DEBTORS
AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
IMPLEMENTING PROTECTIVE ORDER, AND APPROVING
PROCEDURES TO PROTECT INFORMATION IN FEE STATEMENTS

("JOINT INTEREST AGREEMENT ORDER")

       Upon the motion, dated March 28, 2006 (the "Motion"), of Delphi Corporation

and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-

captioned cases (collectively, the "Debtors"), for an order (the "Order") under 11 U.S.C. §§ 105,

107 and 1103 and Bankruptcy Rules 7026 and 9018, approving the Joint Interest Agreement[1]

between the Debtors and the Creditors' Committee, preserving for the benefit of the Debtors'

estates certain protections and privileges from disclosure of information and documents

produced pursuant to the Joint Interest Agreement, and approving procedures to protect

confidential and privileged information in fee statements and fee applications of professionals

retained in these cases; and upon the record of the hearing held on the Motion; and this Court

having determined that the relief requested in the Motion is in the best interests of the Debtors,

their estates, their creditors, and other parties-in-interest; and it appearing that proper and

---

[1]    Terms not defined herein shall have the meanings ascribed to them in the Motion.

adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon,

IT IS HEREBY FOUND AND DETERMINED THAT:

A.    The Debtors and the Creditors' Committee are separate fiduciaries of these estates with distinct fiduciary duties that share a common interest with respect to the subject matter of the Information (as defined herein).  In addition, the Court as well as the Debtors and the Creditors' Committee have an interest in ensuring that its orders are implemented appropriately. To carry out their respective fiduciary duties efficiently and effectively in general, the Debtors and the Creditors' Committee must be able to share confidential information within the subject matter of the Information free from the risk that any of them would be required to divulge such information to third parties later.

B.    Given the common interest of the Debtors and the Creditors' Committee with respect to the Information, the sharing of the confidential Information between the Debtors and the Creditors' Committee shall not prejudice any rights, remedies, or causes of action of the Debtors or the Creditors' Committee applicable with respect to any causes of action arising out of the Information.

C.    The Debtors' administration of their cases should not be prejudiced by the exchange of the Information.  Any Information provided by the Debtors to the Creditors' Committee should be used only as provided in the Joint Interest Agreement.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.    The Motion is GRANTED.

2

2.      The Court hereby approves the Joint Interest Agreement, a copy of which is attached hereto as Exhibit 1.  Any non-public information and documents provided by the Debtors to the Creditors' Committee related to the Investigations, whether written or oral, including by virtue of participation by any Reviewing Party (as defined below) in the Investigations, to the designees of the Creditors' Committee (which designees shall be the outside professionals of the Creditors' Committee and, at the election of the Creditors' Committee, either the chair of the Creditors' Committee or a subcommittee of the Creditors' Committee in a number reasonably acceptable to the Debtors) (each a "Reviewing Party"), shall be deemed confidential information subject to the provisions of the Joint Interest Agreement ("Information"), and no attorney-client, attorney work-product doctrine, or similar privilege shall be waived solely by reason of the sharing of such Information under the terms of the Joint Interest Agreement.  The Debtors shall maintain a privilege log identifying privileged documents provided to the Creditors' Committee pursuant to the Joint Interest Agreement and this Order. The Debtors' provision of Information pursuant to the Joint Interest Agreement shall not confer upon any third party the right to obtain such Information, nor shall it limit the right of any party, including the Creditors' Committee, to Information that is otherwise discoverable to the extent so ordered by the Court or another Court of competent jurisdiction in litigation authorized by the Court.

3.      The Joint Interest Agreement between the Debtors and the Creditors' Committee shall apply only to the Investigations.

4.      Nothing in this Order shall be deemed to expand or narrow the scope of the common interest privilege.

3

5.    Nothing in this Order shall preclude the Debtors from expressly waiving any privilege or attorney work-product doctrine applicable with respect to any Information in the future.

6.    The Creditors' Committee may exercise its own independent judgment in determining whether to participate in particular meetings and interviews being conducted by the Debtors in furtherance of the Investigations.

7.    Nothing in this Order or the Joint Interest Agreement shall limit, modify, or otherwise diminish the Debtors' or the Creditors' Committee's rights and powers under applicable law, including the rights of the Creditors' Committee, to seek Information from the Debtors that the Debtors do not voluntarily produce (provided that all defenses the Debtors may have to any such involuntary production are not diminished by this Order or the Joint Interest Agreement).

8.    Nothing in this Order or in the Joint Interest Agreement shall affect the separate representation of the parties by their respective counsel nor shall anything in this Order or the Joint Interest Agreement be deemed to create an attorney-client relationship between any attorney and anyone other than the client who hired that attorney. The Debtors' provision of Information pursuant to the Joint Interest Agreement shall not be a basis for disqualification of any of the Creditors' Committee counsel.

9.    No discovery in respect of matters that are the subject of the Investigations shall be permitted unless (a) the Bankruptcy Court has issued an appropriate order, after the Debtors and Creditors' Committee have met and conferred on the subject matter of the discovery and a telephonic status conference has been held before the Bankruptcy Court pursuant to section 105(d) of the Bankruptcy Code, (b) the Debtors and the Creditors' Committee have otherwise

4

agreed, or (c) in connection with an adversary proceeding initiated by the Debtors or a contested

hearing adjudicating a motion initiated by the Debtors, such discovery is permissible under the

Federal Rules of Civil Procedure or the Federal Rules of Bankruptcy Procedure (provided that all

rights and defenses with respect thereto are reserved).

        10.    The provisions of the Order Under 11 U.S.C. § 331 Establishing

Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals

(Docket No. 869), as amended (Docket No. 2747) relating to monthly fee statements and fee

applications containing Confidential Time Records shall be modified in accordance with <u>Exhibit</u>

<u>2</u> attached hereto. The dissemination and disclosure of the Confidential Time Records in

accordance with these procedures shall not constitute a waiver of the attorney-client or attorney

work product privileges, or of any right to the confidentiality of such information by any party.

The Debtors shall promptly serve a copy of this Order on all professionals retained pursuant to a

retention order entered by this Court.

        11.    The Court expressly retains exclusive jurisdiction to determine any dispute

regarding the interpretation or enforcement of this Order and the Joint Interest Agreement. On

request of a party in interest, the Court may issue any order necessary or appropriate to enforce

or give effect to the provisions of this Order or the Joint Interest Agreement, including, but not

limited to, this retention of jurisdiction.

12.     The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for

the United States Bankruptcy Court for the Southern District of New York for the service and

filing of a separate memorandum of law is deemed satisfied by the Motion.

Dated: New York, New York
        April 18, 2006


                        /s/Robert D. Drain
                        UNITED STATES BANKRUPTCY JUDGE

## Exhibit 1

Joint Interest Agreement

Exhibit 2

Fee Procedures

A.      The disclosure of the Confidential Time Records shall be limited to (i) Debtors and their counsel, (ii) counsel to the Creditors' Committee, (iii) the United States Trustee, (iv) this Court (in the case of interim or final fee applications), and (v) any other entity consented to in writing by the Debtors as set forth below, or designated by this Court after notice and a hearing (together, the "Designated Recipients").

B.      Except as set forth below, all retained professionals shall file their fee applications, monthly fee statements, and related documents and records (including expense records) in accordance with the Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 869), as amended (Docket No. 2747), and relevant provisions of the Bankruptcy Code, the Bankruptcy Rules, and other applicable orders and guidelines.

C.      Service and distribution of monthly fee statements and interim and final fee applications containing the Confidential Time Records shall be limited to the Designated Recipients. Monthly fee statements and interim and final fee applications sent to or served on non-Designated Recipients will have the Confidential Time Records redacted. Corresponding interim and final fee applications, with unredacted confidential time records, filed with this Court shall be filed under seal.

D.      Any party receiving the Confidential Time Records shall be required to maintain the confidentiality of such information and shall not publicly file, provide, or disclose the Confidential Time Records, directly or indirectly, or by any means or in any manner whatsoever, to anyone other than another Designated Recipient.

E.      Any party who wishes to become a Designated Recipient shall submit a written request to the Debtors, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: David Sherbin), with a copy to Debtors' counsel, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), setting forth with specificity the basis for the request. The Debtors shall have twenty days after receipt of such request to respond in writing to any such request and shall use reasonable efforts to resolve any such request without judicial intervention. In the event that the Debtors agree in writing to supply the requested information, the requesting party shall be deemed to be a Designated Recipient and shall be required to maintain the confidentiality of the time records as set forth above. If the Debtors determine not to supply the requested information, such requesting party shall then be entitled to file an appropriate motion or other pleading with this Court upon proper notice.

F.      The dissemination and disclosure of the Confidential Time Records in accordance with these procedures shall not constitute a waiver of the attorney-client or attorney work product privileges, or of any right to the confidentiality of such information by any party.

G.    Any objection to a fee application or fee statement, pleading, or other filing of a Designated Recipient that contains the content of the Confidential Time Records shall be filed with the Court in a form complying with the following requirements, with copies of such pleadings to be sent solely to the Designated Recipients:

1.    All such objections, pleadings, or other filings referenced in section G shall be filed with a cover sheet reciting the following information:

The materials herein are filed pursuant to the Joint Interest Agreement Order, entered by this Court April ___, 2006 (the "Order"). Pursuant to the Order, the attached materials contain confidential information and may be viewed only by the Chambers of the Honorable Robert D. Drain, the Debtors' counsel, the United States Trustee, and other Designated Recipients. Copies of the attached materials are available solely under the procedures set forth in the Order.

2.    The cover sheet with respect to any objections, pleadings, or other filings shall contain the caption of the case, designate the party filing the materials, and be signed by counsel for such party. Only the cover sheet shall become part of the public record. The pleadings or other materials being filed shall be maintained by the Court in accordance with its procedures for documents filed under seal.

H.    With respect to any hearing concerning fee statements, fee applications, time records, or related documents or records containing Confidential Time Records, the necessary arrangements to maintain the confidentiality of the Confidential Time Records shall be addressed with the Court in advance of such hearing.

# EXHIBIT C

Time Records Submitted Under Seal

## Covington & Burling LLP

## Daily Time Records

Summary for 30175.00002 Special Committee

| | | |
|---|---|---:|
| February | $ | 71,463.00 |
| March | | 123,933.50 |
| April | | 98,844.50 |
| May | | 101,976.50 |
| | | |
| Subtotal | $ | 396,217.50 |

Summary for 30175.00003 Auditor

| | | |
|---|---|---:|
| February | $ | 4,472.00 |
| May | | 133.50 |
| | | |
| Subtotal | $ | 4,605.50 |

Summary for 26186.6101 General Foreign Trade Controls

| | | |
|---|---|---:|
| February | $ | 15,496.00 |
| March | | 46,410.00 |
| April | | 37,677.50 |
| May | | 51,530.50 |
| | | |
| TOTAL | $ | 151,114.00 |
| | | |
| Grand Total | $ | 551,937.00 |

# Task Code Summary

| Task | Timekeeper | Rate | Hours | Amount |
|------|------------|------|-------|--------|
| 1 | Aaron Marcu | $720.00 | 29.90 | $21,528.00 |
| 1 | Barbara Hoffman | $490.00 | 111.50 | $54,635.00 |
| 1 | Gina Renee Merrill | $250.00 | 424.90 | $106,225.00 |
| 1 | Kathryn E. Snyder | $165.00 | 12.60 | $2,079.00 |
| 1 | Martin Beeler | $410.00 | 3.80 | $1,558.00 |
| 1 | Meredith I. Friedman | $165.00 | 128.00 | $21,120.00 |
| 1 | Michael J. Naft | $390.00 | 181.40 | $70,746.00 |
| 2 | Aaron Marcu | $720.00 | 1.40 | $1,008.00 |
| 2 | Barbara Hoffman | $490.00 | 1.40 | $686.00 |
| 2 | Gina Renee Merrill | $250.00 | 1.40 | $350.00 |
| 2 | Michael J. Naft | $390.00 | 1.40 | $546.00 |
| 4 | Aaron Marcu | $720.00 | 19.20 | $13,824.00 |
| 4 | Barbara Hoffman | $490.00 | 46.30 | $22,687.00 |
| 4 | Charles H. Jeanfreau | $440.00 | 11.20 | $4,928.00 |
| 4 | Jessamy K. Thomison | $320.00 | 95.90 | $30,688.00 |
| 4 | Kathryn E. Snyder | $165.00 | 1.00 | $165.00 |
| 4 | Martin Beeler | $410.00 | 0.50 | $205.00 |
| 4 | Meredith I. Friedman | $165.00 | 5.90 | $973.50 |
| 4 | Michael J. Naft | $390.00 | 24.60 | $9,594.00 |
| 4 | Samuel D. Brotman | $160.00 | 67.00 | $10,720.00 |
| 4 | Susan Power Johnston | $490.00 | 44.80 | $21,952.00 |
| | | | 1,214.10 | $396,217.50 |

Special Committee
Invoice No. ******

### Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Aaron Marcu | Partner | $720.00 | 50.50 | $36,360.00 |
| Barbara Hoffman | Of Counsel | $490.00 | 159.20 | $78,008.00 |
| Susan Power Johnston | Of Counsel | $490.00 | 44.80 | $21,952.00 |
| Charles H. Jeanfreau | Special Couns. | $440.00 | 11.20 | $4,928.00 |
| Martin Beeler | Associate | $410.00 | 4.30 | $1,763.00 |
| Michael J. Naft | Associate | $390.00 | 207.40 | $80,886.00 |
| Jessamy K. Thomison | Associate | $320.00 | 95.90 | $30,688.00 |
| Gina Renee Merrill | Associate | $250.00 | 426.30 | $106,575.00 |
| Kathryn E. Snyder | Paralegal | $165.00 | 13.60 | $2,244.00 |
| Meredith I. Friedman | Paralegal | $165.00 | 133.90 | $22,093.50 |
| Samuel D. Brotman | Paralegal | $160.00 | 67.00 | $10,720.00 |
| **Total** | | | **1,214.10** | **$396,217.50** |

EMPLOYER IDENTIFICATION NUMBER: 53-0188411

## Task Code Summary

| Task | Timekeeper | Rate | Hours | Amount |
|------|------------|------|-------|--------|
| 1 | Corinne A. Goldstein | $500.00 | 45.50 | $22,750.00 |
| 1 | David W. Addis | $550.00 | 3.30 | $1,815.00 |
| 1 | Eric R. Carlson | $260.00 | 30.50 | $7,930.00 |
| 1 | Jimmy L. Kirby, Jr. | $340.00 | 96.50 | $32,810.00 |
| 1 | Kimberly A. Strosnider | $365.00 | 171.50 | $62,597.50 |
| 1 | Meena R. Sharma | $175.00 | 3.10 | $542.50 |
| 1 | Peter Trooboff | $580.00 | 15.00 | $8,700.00 |
| 2 | Corinne A. Goldstein | $500.00 | 5.10 | $2,550.00 |
| 2 | Eric R. Carlson | $260.00 | 1.60 | $416.00 |
| 2 | Jimmy L. Kirby, Jr. | $340.00 | 2.00 | $680.00 |
| 2 | Kimberly A. Strosnider | $365.00 | 17.00 | $6,205.00 |
| 2 | Peter Trooboff | $580.00 | 7.10 | $4,118.00 |
| | | | 398.20 | $151,114.00 |

Auditor Selection
Invoice No. ******

## Task Code Summary

| Task | Timekeeper | Rate | Hours | Amount |
|------|------------|------|-------|--------|
| 1 | Aaron Marcu | $720.00 | 0.90 | $648.00 |
| 1 | Barbara Hoffman | $490.00 | 1.70 | $833.00 |
| 1 | Meredith I. Friedman | $165.00 | 3.10 | $511.50 |
| 1 | Michael J. Naft | $390.00 | 6.30 | $2,457.00 |
| 4 | Michael J. Naft | $390.00 | 0.40 | $156.00 |
| | | | 12.40 | $4,605.50 |

Auditor Selection
Invoice No.  ******

### Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Aaron Marcu | Partner | $720.00 | 0.90 | $648.00 |
| Barbara Hoffman | Of Counsel | $490.00 | 1.70 | $833.00 |
| Michael J. Naft | Associate | $390.00 | 6.70 | $2,613.00 |
| Meredith I. Friedman | Paralegal | $165.00 | 3.10 | $511.50 |
| **Total** | | | **12.40** | **$4,605.50** |

**Timekeeper Summary**

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Peter Trooboff | Partner | $580.00 | 22.10 | $12,818.00 |
| Corinne A. Goldstein | Partner | $500.00 | 50.60 | $25,300.00 |
| David W. Addis | Of Counsel | $550.00 | 3.30 | $1,815.00 |
| Kimberly A. Strosnider | Associate | $365.00 | 188.50 | $68,802.50 |
| Jimmy L. Kirby, Jr. | Associate | $340.00 | 98.50 | $33,490.00 |
| Eric R. Carlson | Associate | $260.00 | 32.10 | $8,346.00 |
| Meena R. Sharma | Paralegal | $175.00 | 3.10 | $542.50 |
| **Total** | | | **398.20** | **$151,114.00** |

# EXHBIT D

**Covington & Burling LLP**
**Delphi Matter Summary**
**02/01/06 - 05/31/06**

### Matter Summary

| Matter | Description | Hours | | Amount |
|--------|-------------|-------|---|--------|
| 30175.00002 | Special Committee | 1,214.10 | $ | 396,217.50 |
| 30175.00003 | Auditor Selection | 12.40 | | 4,605.50 |
| 26186.06101 | General Foreign Trade Controls | 398.20 | | 151,114.00 |
| **Grand Total** | | **1,624.70** | | **$551,937.00** |

# Covington & Burling LLP
## Delphi Timekeeper Summary
### 02/01/06 - 05/31/06

### Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Barbara Hoffman | 490.00 | 160.90 | 78,841.00 |
| Aaron Marcu | 720.00 | $51.40 | 37,008.00 |
| Peter Trooboff | 580.00 | 22.10 | 12,818.00 |
| Corinne A. Goldstein | 500.00 | 50.60 | 25,300.00 |
| Charles H. Jeanfreau | 440.00 | 11.20 | 4,928.00 |
| Susan Power Johnston | 490.00 | 44.80 | 21,952.00 |
| David W. Addis | 550.00 | 3.30 | 1,815.00 |
| Michael J. Naft | 390.00 | 214.10 | 83,499.00 |
| Martin Beeler | 410.00 | 4.30 | 1,763.00 |
| Jessamy K. Thomison | 320.00 | 95.90 | 30,688.00 |
| Gina Renee Merrill | 250.00 | 426.30 | 106,575.00 |
| Jimmy L. Kirby, Jr. | 340.00 | 98.50 | 33,490.00 |
| Kimberly A. Strosnider | 365.00 | 188.50 | 68,802.50 |
| Eric R. Carlson | 260.00 | 32.10 | 8,346.00 |
| Samuel D. Brotman | 160.00 | 67.00 | 10,720.00 |
| Meredith I. Friedman | 165.00 | 137.00 | 22,605.00 |
| Kathryn E. Snyder | 165.00 | 13.60 | 2,244.00 |
| Meena R. Sharma | 175.00 | 3.10 | 542.50 |

| **Grand Total** | | **1,624.70** | **551,937.00** |
|---|---|---|---|

# EXHBIT E

# Covington & Burling LLP
## Delphi Disbursement Summary
### 02/01/06 - 05/31/06

**Disbursement Summary**

| Description | Amount |
|---|---:|
| Air Rail Travel | 1,347.00 |
| Business Meals | 957.61 |
| Color Printing | $ 9.00 |
| Computer Research | 36.24 |
| Couriers and Messengers | 70.00 |
| Document Retrieval Services | 110.00 |
| Duplicating | 2,144.00 |
| Facsimile | 3.00 |
| Federal Express | 426.44 |
| Lexis Research | 80.14 |
| Local Transportation | 1,000.07 |
| Long Distance Calls | 250.65 |
| Metered Mail | 2.31 |
| OT Word Processing | 843.75 |
| Outside Library Services | 360.00 |
| Outside Printing | 183.66 |
| Outside Word Processing | 242.00 |
| Overtime Meals | 6.99 |
| Overtime Transportation | 97.00 |
| Scanning | (15.15) |
| Supplies | 131.50 |
| Telephone Calls | 39.22 |
| Travel | 223.40 |
| Westlaw Research | 2,108.65 |
| Word Processing | 96.25 |
| **Grand Total** | **$    10,753.73** |

Delphi Fee Petition_Exhibit_July.xls

**Summary of Disbursements 2/1-5/31**

<u>030175.00002</u>

**February**

## Detailed Client Charges

| <u>Date</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|
| 02/13/06 | Scanning | 4.35 |
| 02/13/06 | Scanning | 4.35 |
| 02/23/06 | Scanning Credit | (144.60) |
| | **TOTAL FOR COST CODE: 020** | **(135.90)** |

| <u>Date</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|
| 02/01/06 | Duplicating Copies: 128 | 19.20 |
| 02/01/06 | Duplicating Copies: 16 | 2.40 |
| 02/02/06 | Duplicating Copies: 2 | 0.30 |
| 02/02/06 | Duplicating Copies: 9 | 1.35 |
| 02/13/06 | Duplicating Copies: 27 | 4.05 |
| 02/15/06 | Duplicating Copies: 1 | 0.15 |
| 02/15/06 | Duplicating Copies: 56 | 8.40 |
| 02/15/06 | Duplicating Copies: 2 | 0.30 |
| 02/15/06 | Duplicating Copies: 2 | 0.30 |
| 02/15/06 | Duplicating Copies: 2 | 0.30 |
| 02/15/06 | Duplicating Copies: 32 | 4.80 |
| 02/16/06 | Duplicating Copies: 126 | 18.90 |
| 02/22/06 | Duplicating Copies: 9 | 1.35 |
| 02/24/06 | Duplicating Copies: 7 | 1.05 |
| 02/28/06 | Duplicating Copies: 224 | 20.00 |
| 02/28/06 | Duplicating Copies: 1 | 0.15 |
| 02/28/06 | Duplicating Copies: 15 | 2.25 |
| | **TOTAL FOR COST CODE: 021** | **85.25** |

| <u>Date</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|
| 02/27/06 | Westlaw Research User: MERRILL,GINA R | 89.68 |
| 02/07/06 | Westlaw Research User: MERRILL,GINA R | 65.33 |
| 02/08/06 | Westlaw Research User: MERRILL,GINA R | 134.53 |
| 02/09/06 | Westlaw Research User: MERRILL,GINA R | 147.83 |
| 02/13/06 | Westlaw Research User: MERRILL,GINA R | 203.11 |
| 02/14/06 | Westlaw Research User: MERRILL,GINA R | 41.20 |
| 02/15/06 | Westlaw Research User: MERRILL,GINA R | 25.10 |
| | **TOTAL FOR COST CODE: 058** | **706.78** |

NY: 520093-2

| Date | Description | Amount |
|------|-------------|--------|
| 02/27/06 | INTABORO CAR Voucher: 345011 Invoice #: 1069366        For: NAFT,MICHEAL | 30.60 |
| | **TOTAL FOR COST CODE: 061** | **30.60** |

| Date | Description | Amount |
|------|-------------|--------|
| 02/28/06 | Seamless Web food Services. Inv #: 110300 Order Date: 02/28/2006 By: Friedman Mered Order #: 30722541        By: Friedman Mere Office ID: NYC | 20.00 |
| 02/27/06 | Seamless Web food Services. Inv #: 110300 Order Date: 02/27/2006 By: Spressart Jess Order #: 30659052        By: Spressart Jes Office ID: NYC | 21.94 |
| 02/27/06 | Seamless Web food Services. Inv #: 110300 Order Date: 02/27/2006 By: Naft Michael J Order #: 30652380        By: Naft Michael Office ID: NYC | 21.76 |
| 02/07/06 | Seamless Web food Services. Inv #: 107185 Order Date: 02/07/2006 By: Spressart Jess Order #: 29810748        By: Spressart Jes Office ID: NYC | 20.00 |
| 02/21/06 | Seamless Web food Services. Inv #: 108483 Order Date: 02/21/2006 By: Thomison Jessa Order #: 30372885        By: Thomison Jess Office ID: NYC | 20.00 |
| 02/02/06 | Seamless Web food Services. Inv #: 106257 Order Date: 02/02/2006 By: Jagnandan Patr Order #: 29583939        By: Jagnandan Pat Office ID: NYC Comments: BHoffman lunch for 2/2/06 | 12.93 |
| | **TOTAL FOR COST CODE: 101** | **116.63** |

| Date | Description | Amount |
|------|-------------|--------|
| 02/01/06 | Overtime Meals CASH, PCM1 02/03/06 (mv) | 6.99 |
| | **TOTAL FOR COST CODE: 103** | **6.99** |

| Date | Description | Amount |
|------|-------------|--------|
| 02/06/06 | Long Distance Calls Extension: 11224 | 0.36 |
| 02/07/06 | Long Distance Calls Extension: 11259 | 0.36 |
| 02/13/06 | Long Distance Calls Extension: 11259 | 0.54 |
| 02/24/06 | Long Distance Calls Extension: 11078 | 3.42 |
| 02/27/06 | Long Distance Calls Extension: 11078 | 0.18 |
| 02/17/06 | Long Distance Calls Extension: 11078 | 0.18 |
| 02/22/06 | Long Distance Calls Extension: 11259 | 0.18 |
| | **TOTAL FOR COST CODE: 143** | **5.22** |

| Date | Description | Amount |
|------|-------------|--------|
| 02/07/06 | OT Word Processing\Jessie Spressart | 168.75 |
| 02/15/06 | OT Word Processing\Mona Blumenreich | 22.50 |
| | **TOTAL FOR COST CODE: 164** | **191.25** |

| Date | Description | Amount |
|------|-------------|--------|
| 02/28/06 | Outside Word Processing CUSTOM STAFFING Inv# 19988 W/E 03/05/06 David Phillips (Temp) S. Valentine (mv) | 108.00 |
| | **TOTAL FOR COST CODE: 165** | **108.00** |

| Date | Description | Amount |
|------|-------------|--------|
| 02/16/06 | Metered Mail | 2.31 |
| | **TOTAL FOR COST CODE: 714** | **2.31** |

| Date | Description | Amount |
|------|-------------|--------|
| 02/17/06 | FEDEX Michael J. Naft Shipped: 02/17/2006 Inv:02/27/2006 # 33662119 Trk: 711042500875 Skadden, Arps, Slate NEW YORK CITY NY US | 7.10 |
| | **TOTAL FOR COST CODE: 720** | **7.10** |

**Total Client Charges:**                    **$ 1,124.23**

## March

## Detailed Client Charges

| Date | Description | Amount |
|------|-------------|--------|
| 03/30/06 | Scanning | 12.90 |
| 03/31/06 | Scanning | 0.30 |
| 03/31/06 | Scanning | 0.30 |
| 03/02/06 | Scanning USER DEFINED 1: 29 | 4.35 |
| 03/09/06 | Scanning | 1.05 |
| 03/09/06 | Scanning | 0.15 |
| 03/10/06 | Scanning | 0.45 |
| 03/10/06 | Scanning | 5.55 |
| 03/10/06 | Scanning | 0.45 |
| 03/22/06 | Scanning | 0.15 |
| 03/22/06 | Scanning | 0.45 |
| 03/22/06 | Scanning | 0.15 |
| 03/22/06 | Scanning | 0.15 |
| 03/22/06 | Scanning | 0.15 |
| 03/22/06 | Scanning | 0.30 |
| 03/23/06 | Scanning | 9.00 |
| 03/24/06 | Scanning | 0.15 |
| | **TOTAL FOR COST CODE: 020** | **36.00** |

| Date | Description | Amount |
|------|-------------|--------|
| 03/22/06 | Duplicating Copies: 42 | 6.30 |
| 03/23/06 | Duplicating Copies: 2 | 0.30 |
| 03/23/06 | Duplicating Copies: 2 | 0.30 |
| 03/23/06 | Duplicating Copies: 144 | 21.60 |
| 03/23/06 | Duplicating Copies: 91 | 13.65 |

| Date | Description | Amount |
|------|-------------|--------|
| 03/23/06 | Duplicating Copies: 1 | 0.15 |
| 03/15/06 | Duplicating Copies: 5 | 0.75 |
| 03/16/06 | Duplicating Copies: 3 | 0.45 |
| 03/17/06 | Duplicating Copies: 6 | 0.90 |
| 03/21/06 | Duplicating Copies: 697 | 104.55 |
| 03/02/06 | Duplicating Copies: 6 | 0.90 |
| 03/29/06 | Duplicating Copies: 176 | 26.40 |
| 03/30/06 | Duplicating Copies: 1135 | 170.25 |
| 03/30/06 | Duplicating Copies: 150 | 22.50 |
| 03/30/06 | Duplicating Copies: 225 | 33.75 |
| 03/30/06 | Duplicating Copies: 860 | 129.00 |
| 03/31/06 | Duplicating Copies: 265 | 39.75 |
| 03/06/06 | Duplicating Copies: 108 | 16.20 |
| 03/06/06 | Duplicating Copies: 8 | 1.20 |
| 03/06/06 | Duplicating Copies: 12 | 1.80 |
| 03/06/06 | Duplicating Copies: 2 | 0.30 |
| 03/06/06 | Duplicating Copies: 28 | 4.20 |
| 03/06/06 | Duplicating Copies: 35 | 5.25 |
| 03/08/06 | Duplicating Copies: 45 | 6.75 |
| 03/08/06 | Duplicating Copies: 24 | 3.60 |
| 03/08/06 | Duplicating Copies: 2 | 0.30 |
| 03/08/06 | Duplicating Copies: 13 | 1.95 |
| 03/08/06 | Duplicating Copies: 8 | 1.20 |
| 03/08/06 | Duplicating Copies: 8 | 1.20 |
| 03/08/06 | Duplicating Copies: 2 | 0.30 |
| 03/09/06 | Duplicating Copies: 44 | 6.60 |
| 03/09/06 | Duplicating Copies: 204 | 30.60 |
| 03/09/06 | Duplicating Copies: 29 | 4.35 |
| 03/09/06 | Duplicating Copies: 385 | 57.75 |
| 03/09/06 | Duplicating Copies: 1 | 0.15 |
| 03/09/06 | Duplicating Copies: 2 | 0.30 |
| 03/09/06 | Duplicating Copies: 208 | 31.20 |
| 03/09/06 | Duplicating Copies: 1 | 0.15 |
| 03/09/06 | Duplicating Copies: 3 | 0.45 |
| 03/09/06 | Duplicating Copies: 1 | 0.15 |
| 03/09/06 | Duplicating Copies: 5 | 0.75 |
| 03/10/06 | Duplicating Copies: 6 | 0.90 |
| 03/10/06 | Duplicating Copies: 13 | 1.95 |
| 03/10/06 | Duplicating Copies: 8 | 1.20 |
| 03/13/06 | Duplicating Copies: 124 | 18.60 |
| **TOTAL FOR COST CODE: 021** | | **770.85** |

| Date | Description | Amount |
|------|-------------|--------|
| 03/13/06 | Outside Printing DISCOVERY DOCUMENT SOLUTIONS, INC. 03/17/06, INV NY005265 (COPIES - 1 BINDER - 1X) M. NAFT (mv) | 44.09 |
| | **TOTAL FOR COST CODE: 026** | **44.09** |

| Date | Description | Amount |
|------|-------------|--------|
| 03/15/06 | Westlaw Research User: HOFFMAN,BARBARA | 19.97 |
| 03/17/06 | Westlaw Research User: BEELER,MARTIN | 295.17 |
| 03/17/06 | Westlaw Research User: ZELNICK,KIMBERLY H | 47.27 |
| 03/17/06 | Westlaw Research User: HOFFMAN,BARBARA | 129.42 |
| 03/05/06 | Westlaw Research User: MERRILL,GINA R | 144.10 |
| 03/06/06 | Westlaw Research User: MERRILL,GINA R | 38.19 |
| 03/07/06 | Westlaw Research User: MERRILL,GINA R | 41.01 |
| 03/08/06 | Westlaw Research User: MERRILL,GINA R | 12.11 |
| | **TOTAL FOR COST CODE: 058** | **727.24** |

| Date | Description | Amount |
|------|-------------|--------|
| 03/09/06 | Local Transportation UTOG 2 WAY RADIO INC. Inv# 279573 Dated 03/15/06 (Transportation) Voucher# 1035772 M. Naft (mv) | 30.60 |
| 03/09/06 | Local Transportation UTOG 2 WAY RADIO INC. Inv# 279573 Dated 03/15/06 (Transportation) Voucher# 1197533 B. Hoffman (mv) | 30.60 |
| 03/06/06 | INTABORO CAR Voucher: 164424 Invoice #: 1069440        For: HOFFMAN,MS | 21.42 |
| 03/07/06 | INTABORO CAR Voucher: 132144 Invoice #: 1069440        For: HOFFMAN,BARB | 21.42 |
| 01/25/06 | INTABORO CAR Voucher: 1888792 Invoice #: 1068037        For: HOFFMAN,B | 21.42 |
| 03/22/06 | Local Transportation CASH, PCM4 03/24/06 (mv) | 25.00 |
| | **TOTAL FOR COST CODE: 061** | **150.46** |

| Date | Description | Amount |
|------|-------------|--------|
| 03/21/06 | Seamless Web food Services. Inv #: 112459 Order Date: 03/21/2006 By: Frias Mallerly Order #: 31681338        By: Frias Mallerl Office ID: NYC Comments: B.Hoffman | 18.99 |
| 03/22/06 | Seamless Web food Services. Inv #: 112459 Order Date: 03/22/2006 By: Jagnandan Patr Order #: 31760841        By: Jagnandan Pat Office ID: NYC Comments: BHoffman lunch for 3/22/06 | 20.00 |
| 03/22/06 | Seamless Web food Services. Inv #: 112459 Order Date: 03/22/2006 By: Naft Michael J Order #: 31789911        By: Naft Michael Office ID: NYC | 20.00 |
| 03/20/06 | Seamless Web food Services. Inv #: 112459 Order Date: 03/20/2006 By: Hoffman Barbar Order #: 31646268        By: Hoffman Barba Office ID: NYC | 18.14 |
| 03/17/06 | Seamless Web food Services. Inv #: 111666 Order Date: 03/17/2006 By: Jagnandan Patr Order #: 31548468        By: Jagnandan Pat Office ID: NYC Comments: BHoffman lunch for 3/17/ | 12.93 |
| 03/15/06 | Seamless Web food Services. Inv #: 111666 Order Date: 03/15/2006 By: Hoffman Barbar Order #: 31455849        By: Hoffman Barba Office ID: NYC | 14.44 |
| 03/13/06 | Seamless Web food Services. Inv #: 111666 Order Date: 03/13/2006 By: Spressart Jess Order #: 31330605        By: Spressart Jes Office ID: NYC | 14.18 |
| 03/03/06 | Seamless Web food Services. Inv #: 110300 Order Date: 03/03/2006 By: Hoffman Barbar Order #: 30903216        By: Hoffman Barba Office ID: NYC | 14.44 |

| Date | Description | Amount |
|------|-------------|--------|
| 03/08/06 | Seamless Web food Services. Inv #: 111126 Order Date: 03/08/2006 By: Naft Michael J Order #: 31114716          By: Naft Michael Office ID: NYC | 20.00 |
| 03/06/06 | Seamless Web food Services. Inv #: 111126 Order Date: 03/06/2006 By: Hoffman Barbar Order #: 31005489          By: Hoffman Barba Office ID: NYC | 20.00 |
| 03/07/06 | Seamless Web food Services. Inv #: 111126 Order Date: 03/07/2006 By: Hoffman Barbar Order #: 31066371          By: Hoffman Barba Office ID: NYC | 20.00 |
| 03/07/06 | Seamless Web food Services. Inv #: 111126 Order Date: 03/07/2006 By: Naft Michael J Order #: 31057848          By: Naft Michael Office ID: NYC | 19.63 |
| 03/09/06 | Seamless Web food Services. Inv #: 111126 Order Date: 03/09/2006 By: Merrill Gina R Order #: 31183842          By: Merrill Gina Office ID: NYC | 20.00 |
| 03/09/06 | Seamless Web food Services. Inv #: 111126 Order Date: 03/09/2006 By: Naft Michael J Order #: 31177689          By: Naft Michael Office ID: NYC | 20.00 |
| 03/09/06 | Seamless Web food Services. Inv #: 111126 Order Date: 03/09/2006 By: Hoffman Barbar Order #: 31194123          By: Hoffman Barba Office ID: NYC | 13.89 |
| | **TOTAL FOR COST CODE: 101** | **266.64** |

| Date | Description | Amount |
|------|-------------|--------|
| 03/13/06 | Overtime Transportation CASH, PCM4 03/24/06 (mv | 8.00 |
| | **TOTAL FOR COST CODE: 105** | **8.00** |

| Date | Description | Amount |
|------|-------------|--------|
| 03/22/06 | Long Distance Calls Extension: 00000 | 0.54 |
| 03/23/06 | Long Distance Calls Extension: 00000 | 0.18 |
| 03/06/06 | Long Distance Calls Extension: 11259 | 0.18 |
| 03/06/06 | Long Distance Calls Extension: 11078 | 1.26 |
| 03/07/06 | Long Distance Calls Extension: 11143 | 0.90 |
| 03/08/06 | Long Distance Calls Extension: 11143 | 0.36 |
| 03/09/06 | Long Distance Calls Extension: 12628 | 0.18 |
| 03/01/06 | Long Distance Calls Extension: 00000 | 0.18 |
| 03/02/06 | Long Distance Calls Extension: 00000 | 0.18 |
| 03/02/06 | Long Distance Calls Extension: 11259 | 0.36 |
| | **TOTAL FOR COST CODE: 143** | **4.32** |

| Date | Description | Amount |
|------|-------------|--------|
| 03/01/06 | Word Processing\Sarah Sears | 17.50 |
| | **TOTAL FOR COST CODE: 163** | **17.50** |

| Date | Description | Amount |
|------|-------------|--------|
| 03/09/06 | OT Word Processing\Mona Blumenreich | 22.50 |
| 03/02/06 | OT Word Processing\Jessie Spressart | 180.00 |
| | **TOTAL FOR COST CODE: 164** | **202.50** |

## Total Client Charges:                                                        $ 2,227.60

**April**

## **Detailed Client Charges**

| Date | Description | Amount |
|------|-------------|--------|
| 04/07/06 | Scanning | 0.15 |
| 04/07/06 | Scanning | 1.50 |
| 04/11/06 | Scanning | 0.45 |
| 04/18/06 | Scanning | 1.65 |
| 04/18/06 | Scanning | 2.25 |
| 04/18/06 | Scanning | 3.45 |
| 04/18/06 | Scanning | 4.80 |
| 04/18/06 | Scanning | 3.15 |
| 04/18/06 | Scanning | 1.05 |
| 04/18/06 | Scanning | 0.45 |
| 04/18/06 | Scanning | 0.45 |
| 04/20/06 | Scanning | 0.90 |
| 04/20/06 | Scanning | 0.30 |
| 04/24/06 | Scanning | 0.45 |
| 04/24/06 | Scanning | 0.30 |
| 04/25/06 | Scanning | 0.30 |
| 04/28/06 | Scanning | 2.55 |
| 04/28/06 | Scanning | 0.30 |
| 04/05/06 | Scanning | 6.15 |
| | **TOTAL FOR COST CODE: 020** | **30.60** |

| Date | Description | Amount |
|------|-------------|--------|
| 04/06/06 | Duplicating Copies: 6 | 0.90 |
| 04/06/06 | Duplicating Copies: 64 | 9.60 |
| 04/28/06 | Duplicating Copies: 22 | 3.30 |
| 04/28/06 | Duplicating Copies: 8 | 1.20 |
| 04/28/06 | Duplicating Copies: 101 | 15.15 |
| 04/28/06 | Duplicating Copies: 40 | 6.00 |
| 04/28/06 | Duplicating Copies: 40 | 6.00 |
| 04/28/06 | Duplicating Copies: 595 | 89.25 |
| 04/24/06 | Duplicating Copies: 21 | 3.15 |
| 04/25/06 | Duplicating Copies: 121 | 18.15 |
| 04/27/06 | Duplicating Copies: 118 | 17.70 |
| 04/06/06 | Duplicating Copies: 42 | 6.30 |
| 04/06/06 | Duplicating Copies: 126 | 18.90 |
| 04/07/06 | Duplicating Copies: 256 | 38.40 |
| 04/07/06 | Duplicating Copies: 2 | 0.30 |

| Date | Description | Amount |
|------|-------------|--------|
| 04/10/06 | Duplicating Copies: 63 | 9.45 |
| 04/10/06 | Duplicating Copies: 11 | 1.65 |
| 04/10/06 | Duplicating Copies: 113 | 16.95 |
| 04/11/06 | Duplicating Copies: 52 | 7.80 |
| 04/11/06 | Duplicating Copies: 10 | 1.50 |
| 04/11/06 | Duplicating Copies: 15 | 2.25 |
| 04/11/06 | Duplicating Copies: 32 | 4.80 |
| 04/11/06 | Duplicating Copies: 180 | 27.00 |
| 04/13/06 | Duplicating Copies: 108 | 16.20 |
| 04/13/06 | Duplicating Copies: 5 | 0.75 |
| 04/13/06 | Duplicating Copies: 42 | 6.30 |
| 04/13/06 | Duplicating Copies: 131 | 19.65 |
| 04/13/06 | Duplicating Copies: 58 | 8.70 |
| 04/13/06 | Duplicating Copies: 76 | 11.40 |
| 04/14/06 | Duplicating Copies: 1 | 0.15 |
| 04/18/06 | Duplicating Copies: 345 | 51.75 |
| 04/19/06 | Duplicating Copies: 1 | 0.15 |
| 04/19/06 | Duplicating Copies: 2 | 0.30 |
| 04/19/06 | Duplicating Copies: 3 | 0.45 |
| 04/19/06 | Duplicating Copies: 14 | 2.10 |
| 04/19/06 | Duplicating Copies: 2 | 0.30 |
| 04/19/06 | Duplicating Copies: 2 | 0.30 |
| 04/19/06 | Duplicating Copies: 4 | 0.60 |
| 04/19/06 | Duplicating Copies: 1 | 0.15 |
| 04/19/06 | Duplicating Copies: 4 | 0.60 |
| 04/21/06 | Duplicating Copies: 455 | 68.25 |
| 04/21/06 | Duplicating Copies: 535 | 80.25 |
| | **TOTAL FOR COST CODE: 021** | **574.05** |

| Date | Description | Amount |
|------|-------------|--------|
| 04/10/06 | Lexis Research User: THOMISON, JESSAMY | 5.13 |
| 04/10/06 | Lexis Research User: THOMISON, JESSAMY | 60.34 |
| 04/10/06 | Lexis Research User: THOMISON, JESSAMY | 4.00 |
| 04/10/06 | Lexis Research User: THOMISON, JESSAMY | 10.67 |
| 04/06/06 | Westlaw Research User: NAFT,MICHAEL | 172.78 |
| 04/10/06 | Westlaw Research User: NAFT,MICHAEL | 437.24 |
| 04/10/06 | Westlaw Research User: THOMISON,JESSAMY | 7.05 |
| 03/31/06 | Computer Research PACER SERVICE CENTER 04/06/06, LOGIN ID# CB0860 (BILLING CYCLE 01/01/06 TO 03/31/06) KAREN SCHUBART (ma) | 28.24 |
| 03/31/06 | Computer Research PACER SERVICE CENTER 04/06/06, LOGIN ID# CB1851 (BILLING CYCLE 01/01/06 TO 03/31/06) KAREN SCHUBART (ma) | 2.80 |

| Date | Description | | Amount |
|------|-------------|--|--------|
| 03/31/06 | Computer Research PACER SERVICE CENTER 04/06/06, LOGIN ID# CB1851 (BILLING CYCLE 01/01/06 TO 03/31/06) KAREN SCHUBART (ma) | | 5.20 |
| | **TOTAL FOR COST CODE: 058** | | **733.45** |

| Date | Description | | Amount |
|------|-------------|--|--------|
| 03/07/06 | INTABORO CAR Voucher: 344849 Invoice #: 1069615 | For: NAFT,MICHEAL | 23.46 |
| 03/08/06 | INTABORO CAR Voucher: 344845 Invoice #: 1069615 | For: NAST,MICHEAL | 28.05 |
| 03/15/06 | Local Transportation COMMUNICAR, INC. 03/28/06, INV 1290362 VOUCHER#1804547 (ma) | | 25.50 |
| 03/16/06 | INTABORO CAR Voucher: 344503 Invoice #: 1069693 | For: MARCU,ARRON | 33.66 |
| 03/22/06 | INTABORO CAR Voucher: 164073 Invoice #: 1070726 | For: HOFFMAN,BARB | 32.64 |
| 03/21/06 | INTABORO CAR Voucher: 344438 Invoice #: 1070726 | For: HOFFMAN,BARB | 21.42 |
| 03/20/06 | INTABORO CAR Voucher: 26841 Invoice #: 1070726 | For: HOFFMAN,BARB | 21.42 |
| 03/29/06 | INTABORO CAR Voucher: 344358 Invoice #: 1070800 | For: MERRILL,GINA | 44.88 |
| 04/10/06 | INTABORO CAR Voucher: 344745 Invoice #: 1070876 | For: MERRILL,GINA | 44.88 |
| 04/11/06 | INTABORO CAR Voucher: 344712 Invoice #: 1070876 | For: MARCU,ERIN | 40.80 |
| 04/11/06 | INTABORO CAR Voucher: 344729 Invoice #: 1070876 | For: HOFFMAN,BARB | 21.42 |
| 04/07/06 | INTABORO CAR Voucher: 344804 Invoice #: 1070876 | For: MARCU,AARON | 55.08 |
| | **TOTAL FOR COST CODE: 061** | | **393.21** |

| Date | Description | Amount |
|------|-------------|--------|
| 03/29/06 | Seamless Web food Services. Inv #: 114728 Order Date: 03/29/2006 By: Merrill Gina R Order #: 32109936          By: Merrill Gina Office ID: NYC | 20.00 |
| 04/04/06 | Seamless Web food Services. Inv #: 115574 Order Date: 04/04/2006 By: Naft Michael J Order #: 32366484          By: Naft Michael Office ID: NYC | 20.00 |
| 04/10/06 | Seamless Web food Services. Inv #: 115989 Order Date: 04/10/2006 By: Naft Michael J Order #: 32652255          By: Naft Michael Office ID: NYC | 18.59 |
| 04/10/06 | Seamless Web food Services. Inv #: 115989 Order Date: 04/10/2006 By: Merrill Gina R Order #: 32636658          By: Merrill Gina Office ID: NYC | 20.00 |
| 04/13/06 | Seamless Web food Services. Inv #: 115989 Order Date: 04/13/2006 By: Snyder Kathryn Order #: 32814825          By: Snyder Kathry Office ID: NYC | 18.63 |
| 04/11/06 | Seamless Web food Services. Inv #: 115989 Order Date: 04/11/2006 By: Naft Michael J Order #: 32706840          By: Naft Michael Office ID: NYC | 20.00 |
| 04/11/06 | Seamless Web food Services. Inv #: 115989 Order Date: 04/11/2006 By: Snyder Kathryn Order #: 32703441          By: Snyder Kathry Office ID: NYC | 20.00 |
| | **TOTAL FOR COST CODE: 101** | **137.22** |

| Date | Description | Amount |
|------|-------------|--------|
| 04/07/06 | Facsimile Pages:  2 | 3.00 |
| | **TOTAL FOR COST CODE: 135** | **3.00** |

| Date | Description | Amount |
|------|-------------|--------|
| 04/06/06 | Long Distance Calls Extension: 00000 | 0.18 |
| 04/06/06 | Long Distance Calls Extension: 00000 | 0.18 |

| Date | Description | Amount |
|------|-------------|--------|
| 04/06/06 | Long Distance Calls Extension: 00000 | 0.36 |
| 04/06/06 | Long Distance Calls Extension: 11078 | 0.54 |
| 04/07/06 | Long Distance Calls Extension: 11078 | 0.90 |
| 04/10/06 | Long Distance Calls Extension: 11078 | 0.18 |
| 04/12/06 | Long Distance Calls Extension: 00000 | 1.62 |
| 04/12/06 | Long Distance Calls Extension: 00000 | 1.80 |
| 04/12/06 | Long Distance Calls Extension: 00000 | 0.18 |
| 04/13/06 | Long Distance Calls Extension: 00000 | 0.18 |
| 04/17/06 | Long Distance Calls Extension: 00000 | 0.54 |
| 04/20/06 | Long Distance Calls Extension: 00000 | 0.36 |
| 04/21/06 | Long Distance Calls Extension: 00000 | 0.36 |
| 04/21/06 | Long Distance Calls Extension: 11078 | 0.54 |
| 04/26/06 | Long Distance Calls Extension: 00000 | 0.72 |
| 04/26/06 | Long Distance Calls Extension: 00000 | 5.22 |
| 04/26/06 | Long Distance Calls Extension: 11078 | 1.44 |
| 04/27/06 | Long Distance Calls Extension: 00000 | 1.26 |
| 04/05/06 | Long Distance Calls Extension: 12628 | 0.18 |
| 04/05/06 | Long Distance Calls Extension: 12628 | 0.54 |
| 04/05/06 | Long Distance Calls Extension: 12628 | 5.22 |
| | **TOTAL FOR COST CODE: 143** | **22.50** |

| Date | Description | Amount |
|------|-------------|--------|
| 01/03/06 | Travel AARON R. MARCU/ REIMB. EXP. (WASHINGTON, DC TRIP 01/03/06 - CLIENT MEETINGS WITH M. NAFT)  TAXIS (ma) | 20.00 |
| | **TOTAL FOR COST CODE: 152** | **20.00** |

| Date | Description | Amount |
|------|-------------|--------|
| 01/03/06 | Air Rail Travel AARON R. MARCU/ REIMB. EXP. (WASHINGTON, DC TRIP 01/03/06 - CLIENT MEETINGS WITH M. NAFT) AIRFARE (ma) | 358.40 |
| | **TOTAL FOR COST CODE: 156** | **358.40** |

| Date | Description | Amount |
|------|-------------|--------|
| 04/10/06 | Word Processing\Sarah Sears | 8.75 |
| 04/14/06 | Word Processing\Sarah Sears | 26.25 |
| 03/23/06 | Word Processing\Sarah Sears | 8.75 |
| | **TOTAL FOR COST CODE: 163** | **43.75** |

| Date | Description | Amount |
|------|-------------|--------|
| 04/03/06 | OT Word Processing\Jessie Spressart | 202.50 |
| | **TOTAL FOR COST CODE: 164** | **202.50** |

| Date | Description | Amount |
|------|-------------|--------|
| 03/31/06 | Document Retrieval Services GRM INFORMATION 03/31/06; INV 0723409 (PERIOD 03/01/06 - 03/31/06) SERENE JACOBSON (lr) | 62.00 |
| 03/31/06 | Document Retrieval Services GRM INFORMATION 03/31/06; INV 0723409 (PERIOD 03/01/06 - 03/31/06) SERENE JACOBSON (lr) | 18.00 |
| | **TOTAL FOR COST CODE: 202** | **80.00** |

| Date | Description | Amount |
|------|-------------|--------|
| 03/06/06 | Outside Library Services NEW YORK LAW INSTITUTE 04/01/06, INV 1037 (SERVICES FOR MARCH 2006) KAREN SCHUBART (ma) | 30.00 |
| | **TOTAL FOR COST CODE: 211** | **30.00** |

| Date | Description | Amount |
|------|-------------|--------|
| 03/30/06 | FEDEX Susan Powe Johnston Shipped: 03/30/2006 Inv:04/03/2006 # 34284529 Trk: 711042506071 Davis Polk & Wardell NEW YORK CITY NY US | 7.75 |
| 03/30/06 | FEDEX Susan Powe Johnston Shipped: 03/30/2006 Inv:04/03/2006 # 34284529 Trk: 711042506082 Latham & Watkins LLP NEW YORK CITY NY US | 7.75 |
| 03/30/06 | FEDEX Susan Powe Johnston Shipped: 03/30/2006 Inv:04/03/2006 # 34284529 Trk: 711042506093 Skadden, Arps, Slate CHICAGO IL US | 14.39 |
| 03/30/06 | FEDEX Susan Powe Johnston Shipped: 03/30/2006 Inv:04/03/2006 # 34284529 Trk: 711042506108 Simpson Thacher & Ba NEW YORK CITY NY US | 7.75 |
| 03/30/06 | FEDEX Susan Powe Johnston Shipped: 03/30/2006 Inv:04/03/2006 # 34284529 Trk: 711042506119 Office of the United NEW YORK CITY NY US | 7.75 |
| 03/30/06 | FEDEX Susan Powe Johnston Shipped: 03/30/2006 Inv:04/03/2006 # 34284529 Trk: 711042506120 Delphi Corporation TROY MI US | 13.23 |
| 03/30/06 | FEDEX Susan Powe Johnston Shipped: 03/30/2006 Inv:04/03/2006 # 34284529 Trk: 711042506130 E.I. de Pont de Nemo WILMINGTON DE US | 7.75 |
| 03/30/06 | FEDEX Susan Powe Johnston Shipped: 03/30/2006 Inv:04/03/2006 # 34284529 Trk: 711042506141 Emerson ST. LOUIS MO US | 14.39 |
| 03/30/06 | FEDEX Susan Powe Johnston Shipped: 03/30/2006 Inv:04/03/2006 # 34284529 Trk: 711042506152 Delphi Corporation TROY MI US | 13.23 |
| 04/06/06 | FEDEX Michael W. Gramer Shipped: 04/06/2006 Inv:04/10/2006 # 34416934 Trk: 711042507262 Skadden, Arps, Slate CHICAGO IL US | 13.01 |
| 04/06/06 | FEDEX Michael W. Gramer Shipped: 04/06/2006 Inv:04/10/2006 # 34416934 Trk: 711042507273 Delphi Corporation TROY MI US | 11.80 |
| 04/06/06 | FEDEX Michael W. Gramer Shipped: 04/06/2006 Inv:04/10/2006 # 34416934 Trk: 711042507284 Davis Polk and Wardw NEW YORK CITY NY US | 8.57 |
| 04/06/06 | FEDEX Michael W. Gramer Shipped: 04/06/2006 Inv:04/10/2006 # 34416934 Trk: 711042507295 Simpson Thacher and NEW YORK CITY NY US | 8.57 |
| 04/06/06 | FEDEX Michael W. Gramer Shipped: 04/06/2006 Inv:04/10/2006 # 34416934 Trk: 711042507300 Latham and Watkins L NEW YORK CITY NY US | 8.57 |
| 04/06/06 | FEDEX Michael W. Gramer Shipped: 04/06/2006 Inv:04/10/2006 # 34416934 Trk: 711042507310 Office of the US Tru NEW YORK CITY NY US | 8.57 |
| 03/31/06 | FEDEX Kathryn E. Snyder Shipped: 03/31/2006 Inv:04/10/2006 # 34416934 Trk: 711042506358 Davis Polk & Wardell NEW YORK CITY NY US | 8.61 |
| 03/31/06 | FEDEX Kathryn E. Snyder Shipped: 03/31/2006 Inv:04/10/2006 # 34416934 Trk: 711042506369 Delphi Corporation TROY MI US | 11.86 |

| Date | Description | Amount |
|------|-------------|--------|
| 03/31/06 | FEDEX Kathryn E. Snyder Shipped: 03/31/2006 Inv:04/10/2006  # 34416934 Trk: 711042506370 Skadden, Arps, Slate CHICAGO IL US | 13.07 |
| 03/31/06 | FEDEX Kathryn E. Snyder Shipped: 03/31/2006 Inv:04/10/2006  # 34416934 Trk: 711042506380 Office of the United NEW YORK CITY NY US | 8.61 |
| 03/31/06 | FEDEX Kathryn E. Snyder Shipped: 03/31/2006 Inv:04/10/2006  # 34416934 Trk: 711042506391 Latham & Watkins LLP NEW YORK CITY NY US | 8.61 |
| 03/31/06 | FEDEX Kathryn E. Snyder Shipped: 03/31/2006 Inv:04/10/2006  # 34416934 Trk: 711042506406 Simpson Thacher & Ba NEW YORK CITY NY US | 8.61 |
| | **TOTAL FOR COST CODE: 720** | **212.45** |

**Total Client Charges:**                                                    **$ 2,84.13**


**May**

## Detailed Client Charges

| Date | Description | Amount |
|------|-------------|--------|
| 05/17/06 | Color Printing | 9.00 |
| | **TOTAL FOR COST CODE: 018** | **9.00** |

| Date | Description | Amount |
|------|-------------|--------|
| 05/11/06 | Scanning | 0.15 |
| 05/11/06 | Scanning | 1.80 |
| 05/01/06 | Scanning | 0.15 |
| 05/04/06 | Scanning | 0.60 |
| | **TOTAL FOR COST CODE: 020** | **2.70** |

| Date | Description | Amount |
|------|-------------|--------|
| 05/01/06 | Duplicating Copies: 216 | 32.40 |
| 05/01/06 | Duplicating Copies: 192 | 28.80 |
| 05/01/06 | Duplicating Copies: 52 | 7.80 |
| 05/01/06 | Duplicating Copies: 18 | 2.70 |
| 05/02/06 | Duplicating Copies: 2 | 0.30 |
| 05/02/06 | Duplicating Copies: 2 | 0.30 |
| 05/02/06 | Duplicating Copies: 32 | 4.80 |
| 05/03/06 | Duplicating Copies: 5 | 0.75 |
| 05/03/06 | Duplicating Copies: 20 | 3.00 |
| 05/04/06 | Duplicating Copies: 53 | 7.95 |
| 05/04/06 | Duplicating Copies: 112 | 16.80 |
| 05/05/06 | Duplicating Copies: 6 | 0.90 |
| 05/05/06 | Duplicating Copies: 2 | 0.30 |
| 05/05/06 | Duplicating Copies: 180 | 27.00 |

| Date | Description | Amount |
|------|-------------|--------|
| 05/19/06 | Duplicating Copies: 146 | 21.90 |
| 05/22/06 | Duplicating Copies: 7 | 1.05 |
| 05/22/06 | Duplicating Copies: 4 | 0.60 |
| 05/22/06 | Duplicating Copies: 15 | 2.25 |
| 05/22/06 | Duplicating Copies: 144 | 21.60 |
| 05/22/06 | Duplicating Copies: 43 | 6.45 |
| 05/23/06 | Duplicating Copies: 52 | 7.80 |
| 05/23/06 | Duplicating Copies: 7 | 1.05 |
| 05/24/06 | Duplicating Copies: 287 | 43.05 |
| 05/24/06 | Duplicating Copies: 42 | 6.30 |
| 05/24/06 | Duplicating Copies: 23 | 3.45 |
| 05/24/06 | Duplicating Copies: 15 | 2.25 |
| 05/24/06 | Duplicating Copies: 4 | 0.60 |
| 05/10/06 | Duplicating Copies: 281 | 42.15 |
| 05/11/06 | Duplicating Copies: 8 | 1.20 |
| 05/11/06 | Duplicating Copies: 171 | 25.65 |
| 05/16/06 | Duplicating Copies: 253 | 37.95 |
| 05/16/06 | Duplicating Copies: 199 | 29.85 |
| 05/17/06 | Duplicating Copies: 8 | 1.20 |
| 05/17/06 | Duplicating Copies: 59 | 8.85 |
| 05/17/06 | Duplicating Copies: 72 | 10.80 |
| 05/17/06 | Duplicating Copies: 69 | 10.35 |
| 05/17/06 | Duplicating Copies: 348 | 52.20 |
| 05/17/06 | Duplicating Copies: 2 | 0.30 |
| 05/17/06 | Duplicating Copies: 30 | 4.50 |
| 05/18/06 | Duplicating Copies: 4 | 0.60 |
| 05/18/06 | Duplicating Copies: 22 | 3.30 |
| 05/18/06 | Duplicating Copies: 2 | 0.30 |
| 05/12/06 | Duplicating Copies: 8 | 1.20 |
| 05/25/06 | Duplicating Copies: 2 | 0.30 |
| 05/26/06 | Duplicating Copies: 1 | 0.15 |
| 05/30/06 | Duplicating Copies: 24 | 3.60 |
| 05/30/06 | Duplicating Copies: 12 | 1.80 |
| 05/30/06 | Duplicating Copies: 1 | 0.15 |
| 05/31/06 | Duplicating Copies: 233 | 34.95 |
| 05/31/06 | Duplicating Copies: 18 | 2.70 |
| 05/31/06 | Duplicating Copies: 13 | 1.95 |
| | **TOTAL FOR COST CODE: 021** | **528.15** |

| Date | Description | Amount |
|------|-------------|--------|
| 05/05/06 | Outside Printing DISCOVERY DOCUMENT SOLUTIONS, INC. 05/08/06, INV NY005586 (COPIES - 1 BINDER 1X) MICHAEL NAFT (ma) | 139.57 |

**TOTAL FOR COST CODE: 026**                                                139.57

| Date | Description | Amount |
|------|-------------|--------|
| 05/10/06 | Westlaw Research User: MERRILL,GINA R | 3.52 |

**TOTAL FOR COST CODE: 058**                                                **3.52**

| Date | Description | Amount |
|------|-------------|--------|
| 05/04/06 | Local Transportation UTOG 2 WAY RADIO INC. 05/11/06, INV 289445 VOUCHER#1036740  (ma) | 45.90 |
| 04/17/06 | LUXURY Car Voucher: 331794 Invoice #: 157492 For: Samul Brotman | 28.56 |
| 04/24/06 | LUXURY Car Voucher: 379889 Invoice #: 157492          For: Samuel Brotman | 27.54 |
| 04/19/06 | LUXURY Car Voucher: 364173 Invoice #: 157492          For: Samul Brotman | 28.56 |
| 04/21/06 | INTABORO CAR Voucher: 905210 Invoice #: 1072065          For: MARCU,AARON | 125.97 |
| 04/26/06 | INTABORO CAR Voucher: 344113 Invoice #: 1072170          For: HOFFMAN,BARB | 21.42 |
| 04/25/06 | INTABORO CAR Voucher: 344159 Invoice #: 1072170          For: SPRESSART,J | 23.53 |
| 05/08/06 | INTABORO CAR Voucher: 344007 Invoice #: 1072255          For: NAFT,MICHAEL | 30.60 |
| 05/03/06 | INTABORO CAR Voucher: 344102 Invoice #: 1072255          For: MERRIL,GINA | 37.74 |
| 05/03/06 | INTABORO CAR Voucher: 344101 Invoice #: 1072255          For: NAFT,MICHAEL | 25.50 |

**TOTAL FOR COST CODE: 061**                                                **395.32**

| Date | Description | Amount |
|------|-------------|--------|
| 04/27/06 | Supplies Employee : Camille Lucius Item #: SIDE TAB# 6 Item Desc: SIDE TAB #6 | 0.12 |
| 04/27/06 | Supplies Employee : Camille Lucius Item #: SIDE TAB # 10 Item Desc: SIDE TAB #10 | 0.12 |
| 04/27/06 | Supplies Employee : Camille Lucius Item #: SIDE TAB #2 Item Desc: SIDE TAB #2 | 0.12 |
| 04/27/06 | Supplies Employee : Camille Lucius Item #: SIDE TAB#3 Item Desc: SIDE TAB #3 | 0.12 |
| 04/27/06 | Supplies Employee : Camille Lucius Item #: SIDE TAB # 17 Item Desc: SIDE TAB #17 | 0.12 |
| 04/27/06 | Supplies Employee : Camille Lucius Item #: SIDE TAB # 18 Item Desc: SIDE TAB #18 | 0.12 |
| 04/27/06 | Supplies Employee : Camille Lucius Item #: SIDE #1 Item Desc: SIDE TAB #1 | 0.12 |
| 04/27/06 | Supplies Employee : Camille Lucius Item #: SIDE TAB # 14 Item Desc: SIDE TAB #14 | 0.12 |
| 04/27/06 | Supplies Employee : Camille Lucius Item #: SIDE TAB # 15 Item Desc: SIDE TAB #15 | 0.12 |
| 04/27/06 | Supplies Employee : Camille Lucius Item #: SIDE TAB # 16 Item Desc: SIDE TAB #16 | 0.12 |
| 04/27/06 | Supplies Employee : Camille Lucius Item #: SIDE TAB # 13 Item Desc: SIDE TAB #13 | 0.12 |
| 04/27/06 | Supplies Employee : Camille Lucius Item #: SIDE TAB # 11 Item Desc: SIDE TAB #11 | 0.12 |
| 04/27/06 | Supplies Employee : Camille Lucius Item #: SIDE TAB # 12 Item Desc: SIDE TAB #12 | 0.12 |
| 04/27/06 | Supplies Employee : Camille Lucius Item #: SIDE TAB# 7 Item Desc: SIDE TAB #7 | 0.12 |
| 04/27/06 | Supplies Employee : Camille Lucius Item #: SIDE TAB# 8 Item Desc: SIDE TAB #8 | 0.12 |

| Date | Description | Amount |
|------|-------------|--------|
| 04/27/06 | Supplies Employee : Camille Lucius Item #: SIDE TAB # 9 Item Desc: SIDE TAB #9 | 0.12 |
| 04/27/06 | Supplies Employee : Camille Lucius Item #: SIDE TAB#4 Item Desc: SIDE TAB #4 | 0.12 |
| 04/27/06 | Supplies Employee : Camille Lucius Item #: SIDE TAB#5 Item Desc: SIDE TAB #5 | 0.12 |
| 04/28/06 | Supplies Employee : Camille Lucius Item #: SIDE EX 7 Item Desc: SIDE EX 7 | 0.06 |
| 04/28/06 | Supplies Employee : Camille Lucius Item #: SIDE EX 4 Item Desc: SIDE EX 4 | 0.06 |
| 04/28/06 | Supplies Employee : Camille Lucius Item #: SIDE EX 5 Item Desc: SIDE EX 5 | 0.06 |
| 04/28/06 | Supplies Employee : Camille Lucius Item #: SIDE EX 6 Item Desc: SIDE EX 6 | 0.06 |
| 04/28/06 | Supplies Employee : Camille Lucius Item #: SIDE EX 1 Item Desc: SIDE EX 1 | 0.06 |
| 04/28/06 | Supplies Employee : Camille Lucius Item #: SIDE EX 2 Item Desc: SIDE EX 2 | 0.06 |
| 04/28/06 | Supplies Employee : Camille Lucius Item #: SIDE EX 3 Item Desc: SIDE EX 3 | 0.06 |
| 05/02/06 | Supplies Employee : Meredith I. Friedman Item #: 76-100 Item Desc: SIDE COLLATED # 76-100 | 10.00 |
| 05/02/06 | Supplies Employee : Meredith I. Friedman Item #: 1-25 Item Desc: SIDE COLLATED # 1-25 | 10.00 |
| 05/09/06 | Supplies Employee : Meredith I. Friedman Item #: AVE-K31120BK Item Desc: BINDER 2" BLACK | 9.60 |
| 05/10/06 | Supplies Employee : Camille Lucius Item #: SIDE TAB # 9 Item Desc: SIDE TAB #9 | 0.24 |
| 05/10/06 | Supplies Employee : Camille Lucius Item #: SIDE TAB# 6 Item Desc: SIDE TAB #6 | 0.24 |
| 05/10/06 | Supplies Employee : Camille Lucius Item #: SIDE TAB# 7 Item Desc: SIDE TAB #7 | 0.24 |
| 05/10/06 | Supplies Employee : Camille Lucius Item #: SIDE TAB# 8 Item Desc: SIDE TAB #8 | 0.24 |
| 05/10/06 | Supplies Employee : Camille Lucius Item #: SIDE TAB#3 Item Desc: SIDE TAB #3 | 0.24 |
| 05/10/06 | Supplies Employee : Camille Lucius Item #: SIDE TAB#4 Item Desc: SIDE TAB #4 | 0.24 |
| 05/10/06 | Supplies Employee : Camille Lucius Item #: SIDE TAB#5 Item Desc: SIDE TAB #5 | 0.24 |
| 05/10/06 | Supplies Employee : Camille Lucius Item #: SIDE #1 Item Desc: SIDE TAB #1 | 0.24 |
| 05/10/06 | Supplies Employee : Camille Lucius Item #: SIDE TAB # 10 Item Desc: SIDE TAB #10 | 0.24 |
| 05/10/06 | Supplies Employee : Camille Lucius Item #: SIDE TAB #2 Item Desc: SIDE TAB #2 | 0.24 |
| 05/10/06 | Supplies Employee : Camille Lucius Item #: SIDE TAB # 16 Item Desc: SIDE TAB # 16 | 0.24 |
| 05/10/06 | Supplies Employee : Camille Lucius Item #: SIDE TAB # 17 Item Desc: SIDE TAB # 17 | 0.24 |
| 05/10/06 | Supplies Employee : Camille Lucius Item #: SIDE TAB # 18 Item Desc: SIDE TAB # 18 | 0.24 |
| 05/10/06 | Supplies Employee : Camille Lucius Item #: SIDE TAB # 13 Item Desc: SIDE TAB # 13 | 0.24 |
| 05/10/06 | Supplies Employee : Camille Lucius Item #: SIDE TAB # 14 Item Desc: SIDE TAB # 14 | 0.24 |
| 05/10/06 | Supplies Employee : Camille Lucius Item #: SIDE TAB # 12 Item Desc: SIDE TAB # 12 | 0.24 |
| 05/10/06 | Supplies Employee : Camille Lucius Item #: SIDE TAB # 15 Item Desc: SIDE TAB # 15 | 0.24 |
| 05/10/06 | Supplies Employee : Camille Lucius Item #: SIDE TAB # 11 Item Desc: SIDE TAB # 11 | 0.24 |
| 05/02/06 | Supplies Employee : Meredith I. Friedman Item #: 26-50 Item Desc: SIDE COLLATED # 26-50 | 10.00 |

| Date | Description | Amount |
|------|-------------|--------|
| 05/02/06 | Supplies Employee : Meredith I. Friedman Item #: 51-75 Item Desc: SIDE COLLATED # 51-75 | 10.00 |
| 05/04/06 | Supplies Employee : Meredith I. Friedman Item #: 5 POS SIDE BLANK Item Desc: 5 POSITION SIDE BLANK | 75.00 |
| | **TOTAL FOR COST CODE: 090** | **131.50** |

| Date | Description | Amount |
|------|-------------|--------|
| 04/17/06 | Seamless Web food Services. Inv #: 116938 Order Date: 04/17/2006 By: Turner Rachel Order #: 32885460        By: Turner Rachel Office ID: NYC | 13.70 |
| 04/17/06 | Seamless Web food Services. Inv #: 116938 Order Date: 04/17/2006 By: Brotman Samuel Order #: 32908812        By: Brotman Samue Office ID: NYC | 20.00 |
| 04/19/06 | Seamless Web food Services. Inv #: 116938 Order Date: 04/19/2006 By: Brotman Samuel Order #: 33026793        By: Brotman Samue Office ID: NYC | 20.00 |
| 04/25/06 | Seamless Web food Services. Inv #: 117362 Order Date: 04/25/2006 By: Spressart Jess Order #: 33309078        By: Spressart Jes Office ID: NYC | 14.18 |
| 04/25/06 | Seamless Web food Services. Inv #: 117362 Order Date: 04/25/2006 By: Friedman Mered Order #: 33296697        By: Friedman Mere Office ID: NYC | 20.00 |
| 04/24/06 | Seamless Web food Services. Inv #: 117362 Order Date: 04/24/2006 By: Brotman Samuel Order #: 33242010        By: Brotman Samue Office ID: NYC | 20.00 |
| 05/16/06 | Seamless Web food Services. Inv #: 121093 Order Date: 05/16/2006 By: Friedman Mered Order #: 34276485        By: Friedman Mere Office ID: NYC | 20.00 |
| 05/17/06 | Seamless Web food Services. Inv #: 121093 Order Date: 05/17/2006 By: Brotman Samuel Order #: 34344864        By: Brotman Samue Office ID: NYC | 20.00 |
| 05/17/06 | Seamless Web food Services. Inv #: 121093 Order Date: 05/17/2006 By: Friedman Mered Order #: 34346862        By: Friedman Mere Office ID: NYC | 20.00 |
| 05/17/06 | Seamless Web food Services. Inv #: 121093 Order Date: 05/17/2006 By: Naft Michael J Order #: 34353009        By: Naft Michael Office ID: NYC | 20.00 |
| 05/03/06 | Seamless Web food Services. Inv #: 119692 Order Date: 05/03/2006 By: Merrill Gina R Order #: 33682887        By: Merrill Gina Office ID: NYC | 20.00 |
| 05/03/06 | Seamless Web food Services. Inv #: 119692 Order Date: 05/03/2006 By: Naft Michael J Order #: 33695622        By: Naft Michael Office ID: NYC | 20.00 |
| 05/02/06 | Seamless Web food Services. Inv #: 119692 Order Date: 05/02/2006 By: Naft Michael J Order #: 33634827        By: Naft Michael Office ID: NYC | 20.00 |
| 05/04/06 | Seamless Web food Services. Inv #: 119692 Order Date: 05/04/2006 By: Friedman Mered Order #: 33748674        By: Friedman Mere Office ID: NYC | 20.00 |
| 05/04/06 | Seamless Web food Services. Inv #: 119692 Order Date: 05/04/2006 By: Merrill Gina R Order #: 33753966        By: Merrill Gina Office ID: NYC | 20.00 |
| 05/09/06 | Seamless Web food Services. Inv #: 120111 Order Date: 05/09/2006 By: Naft Michael J Order #: 33969558        By: Naft Michael Office ID: NYC | 20.00 |
| 05/09/06 | Seamless Web food Services. Inv #: 120111 Order Date: 05/09/2006 By: Friedman Mered Order #: 33946917        By: Friedman Mere Office ID: NYC | 20.00 |
| 05/08/06 | Seamless Web food Services. Inv #: 120111 Order Date: 05/08/2006 By: Naft Michael J Order #: 33891714        By: Naft Michael Office ID: NYC | 19.12 |
| 05/12/06 | Seamless Web food Services. Inv #: 120111 Order Date: 05/12/2006 By: Friedman Mered Order #: 34130766        By: Friedman Mere Office ID: NYC | 20.00 |
| 05/10/06 | Seamless Web food Services. Inv #: 120111 Order Date: 05/10/2006 By: Naft Michael J Order #: 34020267        By: Naft Michael Office ID: NYC | 19.96 |

**TOTAL FOR COST CODE: 101**                                                    **386.96**

| Date | Description | Amount |
|------|-------------|--------|
| 04/25/06 | Overtime Transportation CASH, PCM4 05/26/06 (mv | 9.00 |
| 05/09/06 | Overtime Transportation CASH, PCM4 05/26/06 (mv | 9.00 |
| 05/12/06 | Overtime Transportation CASH, PCM4 05/26/06 (mv | 9.00 |
| 05/10/06 | Overtime Transportation CASH, PCM4 05/26/06 (mv | 10.00 |
| 05/11/06 | Overtime Transportation CASH, PCM4 05/26/06 (mv | 10.00 |
| 04/24/06 | Overtime Transportation CASH, PCM1 05/05/06 (mv | 13.00 |
| 04/11/06 | Overtime Transportation CASH, PCM2 05/12/06 (mv | 10.00 |
| 05/02/06 | Overtime Transportation CASH, PCM2 05/12/06 (mv | 10.00 |

**TOTAL FOR COST CODE: 105**                                                    **80.00**

| Date | Description | Amount |
|------|-------------|--------|
| 05/01/06 | Word Processing\Sarah Sears | 17.50 |
| 05/03/06 | Word Processing\Sarah Sears | 8.75 |

**TOTAL FOR COST CODE: 163**                                                    **26.25**

| Date | Description | Amount |
|------|-------------|--------|
| 04/25/06 | OT Word Processing\Jessie Spressart | 247.50 |

**TOTAL FOR COST CODE: 164**                                                    **247.50**

| Date | Description | Amount |
|------|-------------|--------|
| 05/08/06 | Outside Word Processing CUSTOM STAFFING Inv# 21884 W/E 05/14/06 George-Anne Rangel (Temp) S. Valentine (mv) | 8.00 |
| 05/11/06 | Outside Word Processing CUSTOM STAFFING Inv# 21884 W/E 05/14/06 George-Anne Rangel (Temp) S. Valentine (mv) | 36.00 |
| 04/20/06 | Outside Word Processing CUSTOM STAFFING Inv# 21168 W/E 04/23/06 George-Anne Rangel (Temp) S. Valentine (mv) | 50.00 |
| 04/27/06 | Outside Word Processing CUSTOM STAFFING Inv# 21494 W/E 04/29/06 George-Anne Rangel  (Temp) S. Valentine (mv) | 32.00 |
| 04/28/06 | Outside Word Processing CUSTOM STAFFING Inv# 21494 W/E 04/29/06 George-Anne Rangel  (Temp) S. Valentine (mv) | 8.00 |

**TOTAL FOR COST CODE: 165**                                                    **134.00**

| Date | Description | Amount |
|------|-------------|--------|
| 04/30/06 | Document Retrieval Services GRM INFORMATION 04/30/06, INV 0728889 (PERIOD 04/01/06 TO 04/30/06) SHANTAY SMITH - PAUL ROETHEL (ma) | 30.00 |

**TOTAL FOR COST CODE: 202**                                                    **30.00**

| Date | Description | Amount |
|------|-------------|--------|
| 04/07/06 | Outside Library Services NEW YORK LAW INSTITUTE 05/01/06, INV 1240 (SERVICES FOR APRIL 2006) KAREN SCHUBART (ma) | 330.00 |

**TOTAL FOR COST CODE: 211**                                                    **330.00**

| Date | Description | Amount |
|------|-------------|--------|
| 04/21/06 | Couriers and Messengers NEW YORK CORPORATE SERVICES, INC. 04/21/06, INV 13533 (PERIOD 04/17/06 TO 04/21/06) VOUCHER# 762868 - PAUL ROETHEL (ma) | 9.00 |
| 05/11/06 | Couriers and Messengers NEW YORK CORPORATE SERVICES, INC. 05/12/06, INV 13621 (PERIOD 05/08/06 TO 05/12/06) VOUCHER# 774023  - PAUL ROETHEL (ma) | 37.00 |
| 05/11/06 | Couriers and Messengers NEW YORK CORPORATE SERVICES, INC. 05/12/06, INV 13621 (PERIOD 05/08/06 TO 05/12/06) VOUCHER# 774025  - PAUL ROETHEL (ma) | 24.00 |
| | **TOTAL FOR COST CODE: 700** | **70.00** |

| Date | Description | Amount |
|------|-------------|--------|
| 05/01/06 | FEDEX Susan Powe Johnston Shipped: 05/01/2006 Inv:05/08/2006 # 34946214 Trk: 711042510534 Latham & Watkins LLP NEW YORK CITY NY US | 8.68 |
| 05/01/06 | FEDEX Susan Powe Johnston Shipped: 05/01/2006 Inv:05/08/2006 # 34946214 Trk: 711042510545 US Trustee, SDNY NEW YORK CITY NY US | 8.68 |
| 05/01/06 | FEDEX Susan Powe Johnston Shipped: 05/01/2006 Inv:05/08/2006 # 34946214 Trk: 711042510556 Skadden Arps Slate M CHICAGO IL US | 12.96 |
| 05/01/06 | FEDEX Susan Powe Johnston Shipped: 05/01/2006 Inv:05/08/2006 # 34946214 Trk: 711042510567 Delphi Corporation TROY MI US | 11.77 |
| 05/01/06 | FEDEX Susan Powe Johnston Shipped: 05/01/2006 Inv:05/08/2006 # 34946214 Trk: 711042510578 Simpson Thacher & Ba NEW YORK CITY NY US | 8.68 |
| 05/01/06 | FEDEX Susan Powe Johnston Shipped: 05/01/2006 Inv:05/08/2006 # 34946214 Trk: 711042510589 Davis Polk & Wardwel NEW YORK CITY NY US | 8.68 |
| 04/28/06 | FEDEX Susan Powe Johnston Shipped: 04/28/2006 Inv:05/08/2006 # 34946214 Trk: 711042510030 Office of the US Tru NEW YORK CITY NY US | 7.72 |
| 04/28/06 | FEDEX Susan Powe Johnston Shipped: 04/28/2006 Inv:05/08/2006 # 34946214 Trk: 711042510041 Skadden, Arps, Slate CHICAGO IL US | 14.32 |
| 04/28/06 | FEDEX Susan Powe Johnston Shipped: 04/28/2006 Inv:05/08/2006 # 34946214 Trk: 711042510063 Delphi Corporation TROY MI US | 13.17 |
| 04/28/06 | FEDEX Susan Powe Johnston Shipped: 04/28/2006 Inv:05/08/2006 # 34946214 Trk: 711042510074 Davis Polk & Wardwel NEW YORK CITY NY US | 7.13 |
| 04/28/06 | FEDEX Susan Powe Johnston Shipped: 04/28/2006 Inv:05/08/2006 # 34946214 Trk: 711042510085 Simpson Thacher & Ba NEW YORK CITY NY US | 7.13 |
| 04/28/06 | FEDEX Susan Powe Johnston Shipped: 04/28/2006 Inv:05/08/2006 # 34946214 Trk: 711042510100 Lathan & Watkins LLP NEW YORK CITY NY US | 9.02 |
| | **TOTAL FOR COST CODE: 720** | **117.94** |

**Total Client Charges:**                        **$ 2,632.41**

**030175.00003**

**February**

## Detailed Client Charges

| Date | Description | Amount |
|------|-------------|--------|
| 02/15/06 | Duplicating Copies: 81 | 12.15 |
| | **TOTAL FOR COST CODE: 021** | **12.15** |

| Date | Description | Amount |
|------|-------------|--------|
| 02/14/06 | INTABORO CAR Voucher: 333388 Invoice #: 1068292        For: NAFT,MICHEAL | 24.48 |
| 01/25/06 | Local Transportation AARON R. MARCU/ REIMB. EXP. 03/21/06 (TAXI) (ma) | 6.00 |
| | **TOTAL FOR COST CODE: 061** | **30.48** |

| Date | Description | Amount |
|------|-------------|--------|
| 02/14/06 | Seamless Web food Services. Inv #: 107711 Order Date: 02/14/2006 By: Naft Michael J Order #: 30119070        By: Naft Michael Office ID: NYC | 19.05 |
| 02/14/06 | Seamless Web food Services. Inv #: 107711 Order Date: 02/14/2006 By: Jagnandan Patr Order #: 30092049        By: Jagnandan Pat Office ID: NYC Comments: BHoffman lunch for 2/14/06 | 18.99 |
| | **TOTAL FOR COST CODE: 101** | **38.04** |

**Total Client Charges:**                                                      **$ 80.67**

**May**

## Detailed Client Charges

| Date | Description | Amount |
|------|-------------|--------|
| 05/01/06 | Duplicating Copies: 1 | 0.15 |
| | **TOTAL FOR COST CODE: 021** | **0.15** |

| Date | Description | Amount |
|------|-------------|--------|
| 04/11/06 | Overtime Transportation CASH, PCM2 05/12/06 (mv | 9.00 |
| | **TOTAL FOR COST CODE: 105** | **9.00** |

| Date | Description | Amount |
|------|-------------|--------|
| 05/05/06 | Word Processing\Sarah Sears | 8.75 |
| | **TOTAL FOR COST CODE: 163** | **8.75** |

**Total Client Charges:**                                                      **$ 17.90**

**026186.06101**

**February**

## Detailed Client Charges

| Date | Description | Amount |
|------|-------------|-------:|
| 02/24/06 | Scanning | 0.15 |
| 02/24/06 | Scanning | 0.15 |
| 02/24/06 | Scanning | 0.15 |
| | **TOTAL FOR COST CODE: 020** | **0.45** |

| Date | Description | Amount |
|------|-------------|-------:|
| 02/24/06 | Duplicating Copies:  2 | 0.30 |
| 02/23/06 | Duplicating Copies:  1 | 0.15 |
| 02/23/06 | Duplicating Copies:  10 | 1.50 |
| | **TOTAL FOR COST CODE: 021** | **1.95** |

| Date | Description | Amount |
|------|-------------|-------:|
| 02/13/06 | Westlaw Research User: STROSNIDER,KIMBERLY A | 54.04 |
| | **TOTAL FOR COST CODE: 058** | **54.04** |

| Date | Description | Amount |
|------|-------------|-------:|
| 02/23/06 | Business Meals KIMBERLY A. STROSNIDER - Troy, Michigan -  2/17/06    (MBN) | 12.12 |
| | **TOTAL FOR COST CODE: 101** | **12.12** |

| Date | Description | Amount |
|------|-------------|-------:|
| 02/24/06 | Long Distance Calls Extension: 15856 Number: | 0.36 |
| 02/24/06 | Long Distance Calls Extension: 15816 Number: | 0.18 |
| 02/24/06 | Long Distance Calls Extension: 15856 Number: | 0.72 |
| 02/24/06 | Long Distance Calls Extension: 15816 Number: | 0.18 |
| 02/28/06 | Long Distance Calls Extension: 15816 Number: | 0.18 |
| 02/14/06 | Long Distance Calls Extension: 15816 Number: | 0.18 |
| 02/14/06 | Long Distance Calls Extension: 15512 Number: | 0.36 |
| 02/21/06 | Long Distance Calls Extension: 15816 Number: | 0.18 |
| 02/21/06 | Long Distance Calls Extension: 15816 Number: | 0.18 |
| 02/21/06 | Long Distance Calls Extension: 15816 Number: | 3.78 |
| 02/21/06 | Long Distance Calls Extension: 15816 Number: | 2.16 |
| 02/22/06 | Long Distance Calls Extension: 15816 Number: | 1.80 |
| 02/22/06 | Long Distance Calls Extension: 15816 Number: | 3.24 |
| 02/23/06 | Long Distance Calls Extension: 15816 Number: | 0.18 |
| 02/23/06 | Long Distance Calls Extension: 15816 Number: | 0.36 |
| 02/23/06 | Long Distance Calls Extension: 15816 Number: | 0.36 |
| 02/23/06 | Long Distance Calls Extension: 15816 Number: | 0.36 |
| 02/02/06 | Long Distance Calls Extension: 15816 Number: | 0.18 |
| 02/09/06 | Long Distance Calls Extension: 15816 Number: | 0.18 |
| 02/10/06 | Long Distance Calls Extension: 15816 Number: | 2.16 |

| Date | Description | Amount |
|------|-------------|--------|
| 02/13/06 | Long Distance Calls Extension: 15816 Number: | 0.18 |
| | **TOTAL FOR COST CODE: 143** | **17.46** |

| Date | Description | Amount |
|------|-------------|--------|
| 02/23/06 | Travel KIMBERLY A. STROSNIDER - 2/17/06   (cabs) (MBN) | 203.40 |
| | **TOTAL FOR COST CODE: 152** | **203.40** |

| Date | Description | Amount |
|------|-------------|--------|
| 02/23/06 | Air Rail Travel KIMBERLY A. STROSNIDER - 2/17/06   (MBN) | 988.60 |
| | **TOTAL FOR COST CODE: 156** | **988.60** |

| Date | Description | Amount |
|------|-------------|--------|
| 02/08/06 | FEDEX Kimberly A Strosnider Shipped: 02/08/2006 Inv:02/13/2006  # 33419398 Trk: 650896907053 Delphi Automotive Sy TROY MI US | 9.00 |
| | **TOTAL FOR COST CODE: 720** | **9.00** |

## Total Client Charges:                                              $ 1,287.02

**March**

## Detailed Client Charges

| Date | Description | Amount |
|------|-------------|--------|
| 03/10/06 | Scanning | 6.90 |
| 03/13/06 | Scanning | 6.90 |
| 03/27/06 | Scanning | 2.40 |
| 03/17/06 | Scanning | 2.10 |
| | **TOTAL FOR COST CODE: 020** | **18.30** |

| Date | Description | Amount |
|------|-------------|--------|
| 03/17/06 | Duplicating Copies:  14 | 2.10 |
| 03/09/06 | Duplicating Copies:  79 | 11.85 |
| 03/01/06 | Duplicating Copies:  10 | 1.50 |
| | **TOTAL FOR COST CODE: 021** | **15.45** |

| Date | Description | Amount |
|------|-------------|--------|
| 03/01/06 | Long Distance Calls Extension: 15816 Number: | 0.18 |
| 03/01/06 | Long Distance Calls Extension: 15816 Number: | 0.18 |
| 03/01/06 | Long Distance Calls Extension: 15816 Number: | 0.18 |
| 03/01/06 | Long Distance Calls Extension: 15816 Number: | 2.70 |
| 03/07/06 | Long Distance Calls Extension: 15816 Number: | 0.36 |

| Date | Description | Amount |
|------|-------------|--------|
| 03/07/06 | Long Distance Calls Extension: 15816 Number: | 4.14 |
| 03/07/06 | Long Distance Calls Extension: 15816 Number: | 8.28 |
| 03/07/06 | Long Distance Calls Extension: 15816 Number: | 0.36 |
| 03/08/06 | Long Distance Calls Extension: 15816 Number: | 0.81 |
| 03/09/06 | Long Distance Calls Extension: 15816 Number: | 0.18 |
| 03/09/06 | Long Distance Calls Extension: 15816 Number: | 2.16 |
| 03/09/06 | Long Distance Calls Extension: 15816 Number: | 3.42 |
| 03/14/06 | Long Distance Calls Extension: 15816 Number: | 1.62 |
| 03/16/06 | Long Distance Calls Extension: 15816 Number: | 2.70 |
| 03/16/06 | Long Distance Calls Extension: 15816 Number: | 1.44 |
| 03/17/06 | Long Distance Calls Extension: 15816 Number: | 1.80 |
| 03/20/06 | Long Distance Calls Extension: 15816 Number: | 0.18 |
| 03/20/06 | Long Distance Calls Extension: 15816 Number: | 0.18 |
| 03/24/06 | Long Distance Calls Extension: 15816 Number: | 1.08 |
| 03/24/06 | Long Distance Calls Extension: 15816 Number: | 0.36 |
| 03/28/06 | Long Distance Calls Extension: 15816 Number: | 0.18 |
| 03/29/06 | Long Distance Calls Extension: 15816 Number: | 15.39 |
| 03/29/06 | Long Distance Calls Extension: 15816 Number: | 0.81 |
| 03/30/06 | Long Distance Calls Extension: 15856 Number: | 0.90 |
| 03/30/06 | Long Distance Calls Extension: 15816 Number: | 0.36 |
| 03/30/06 | Long Distance Calls Extension: 15816 Number: | 0.36 |
| 03/30/06 | Long Distance Calls Extension: 15816 Number: | 0.36 |
| 03/31/06 | Long Distance Calls Extension: 15816 Number: | 0.18 |
| 03/31/06 | Long Distance Calls Extension: 15816 Number: | 3.96 |
| | **TOTAL FOR COST CODE: 143** | **54.81** |

## Total Client Charges:                                          $ 88.56


**April**

# Detailed Client Charges

| Date | Description | Amount |
|------|-------------|--------|
| 04/09/06 | Scanning | 7.05 |
| 04/12/06 | Scanning | 1.65 |
| 04/12/06 | Scanning | 2.25 |
| 04/12/06 | Scanning | 2.70 |
| 04/13/06 | Scanning | 2.85 |
| 04/21/06 | Scanning | 1.95 |
| 04/21/06 | Scanning | 3.45 |
| 04/25/06 | Scanning | 3.45 |
| | **TOTAL FOR COST CODE: 020** | **25.35** |

| Date | Description | Amount |
|------|-------------|--------|
| 04/13/06 | Duplicating Copies: 57 | 8.55 |
| 04/13/06 | Duplicating Copies: 105 | 15.75 |
| 04/13/06 | Duplicating Copies: 495 | 74.25 |
| | **TOTAL FOR COST CODE: 021** | **98.55** |

| Date | Description | Amount |
|------|-------------|--------|
| 04/13/06 | Long Distance Calls Extension: 15816 Number: | 0.18 |
| 04/13/06 | Long Distance Calls Extension: 15856 Number: | 0.18 |
| 04/13/06 | Long Distance Calls Extension: 15816 Number: | 3.06 |
| 04/14/06 | Long Distance Calls Extension: 15816 Number: | 2.88 |
| 04/14/06 | Long Distance Calls Extension: 15253 Number: | 0.18 |
| 04/18/06 | Long Distance Calls Extension: 15566 Number: | 17.01 |
| 04/18/06 | Long Distance Calls Extension: 15566 Number: | 0.90 |
| 04/18/06 | Long Distance Calls Extension: 15566 Number: | 0.36 |
| 04/19/06 | Long Distance Calls Extension: 15253 Number: | 0.36 |
| 04/20/06 | Long Distance Calls Extension: 15253 Number: | 0.18 |
| 04/20/06 | Long Distance Calls Extension: 15566 Number: | 0.18 |
| 04/20/06 | Long Distance Calls Extension: 15566 Number: | 1.62 |
| 04/20/06 | Long Distance Calls Extension: 15566 Number: | 0.18 |
| 04/21/06 | Long Distance Calls Extension: 15566 Number: | 0.54 |
| 04/21/06 | Long Distance Calls Extension: 15566 Number: | 0.36 |
| 04/26/06 | Long Distance Calls Extension: 15566 Number: | 0.81 |
| 04/27/06 | Long Distance Calls Extension: 15253 Number: | 2.88 |
| 04/27/06 | Long Distance Calls Extension: 15253 Number: | 1.08 |
| 04/27/06 | Long Distance Calls Extension: 15253 Number: | 3.24 |
| 04/03/06 | Long Distance Calls Extension: 15816 Number: | 0.18 |
| 04/04/06 | Long Distance Calls Extension: 15816 Number: | 1.26 |
| 04/06/06 | Long Distance Calls Extension: 15816 Number: | 4.32 |
| 04/07/06 | Long Distance Calls Extension: 15816 Number: | 0.18 |
| 04/07/06 | Long Distance Calls Extension: 15816 Number: | 0.18 |
| 04/07/06 | Long Distance Calls Extension: 15816 Number: | 0.18 |
| 04/24/06 | Long Distance Calls Extension: 15253 Number: | 0.18 |
| 04/24/06 | Long Distance Calls Extension: 15253 Number: | 0.18 |
| 04/24/06 | Long Distance Calls Extension: 15253 Number: | 0.18 |
| 04/24/06 | Long Distance Calls Extension: 15253 Number: | 0.36 |
| 04/25/06 | Long Distance Calls Extension: 15816 Number: | 0.36 |
| 04/25/06 | Long Distance Calls Extension: 16871 Number: | 0.18 |
| | **TOTAL FOR COST CODE: 143** | **43.92** |

## Total Client Charges:                                      $ 167.82

**May**

## Detailed Client Charges

| Date | Description | Amount |
|------|-------------|--------|
| 05/02/06 | Scanning | 0.15 |
| 05/11/06 | Scanning | 3.30 |
| 05/17/06 | Scanning | 3.90 |
| | **TOTAL FOR COST CODE: 020** | **7.35** |

| Date | Description | Amount |
|------|-------------|--------|
| 05/15/06 | Duplicating Copies: 22 | 3.30 |
| 05/30/06 | Duplicating Copies: 342 | 51.30 |
| 05/09/06 | Duplicating Copies: 19 | 2.85 |
| | **TOTAL FOR COST CODE: 021** | **57.45** |

| Date | Description | Amount |
|------|-------------|--------|
| 05/09/06 | Long Distance Calls Extension: 15816 Number: | 1.62 |
| 05/09/06 | Long Distance Calls Extension: 15816 Number: | 0.36 |
| 05/09/06 | Long Distance Calls Extension: 15253 Number: | 0.18 |
| 05/09/06 | Long Distance Calls Extension: 15816 Number: | 2.70 |
| 05/09/06 | Long Distance Calls Extension: 15253 Number: | 1.80 |
| 05/10/06 | Long Distance Calls Extension: 15816 Number: | 8.10 |
| 05/11/06 | Long Distance Calls Extension: 15816 Number: | 1.80 |
| 05/11/06 | Long Distance Calls Extension: 15566 Number: | 2.43 |
| 05/12/06 | Long Distance Calls Extension: 15253 Number: | 0.18 |
| 05/01/06 | Long Distance Calls Extension: 15816 Number: | 0.90 |
| 05/01/06 | Long Distance Calls Extension: 15816 Number: | 3.42 |
| 05/01/06 | Long Distance Calls Extension: 15566 Number: | 0.81 |
| 05/02/06 | Long Distance Calls Extension: 15816 Number: | 0.36 |
| 05/02/06 | Long Distance Calls Extension: 15816 Number: | 0.18 |
| 05/03/06 | Long Distance Calls Extension: 15816 Number: | 0.18 |
| 05/03/06 | Long Distance Calls Extension: 15534 Number: | 16.20 |
| 05/04/06 | Long Distance Calls Extension: 15816 Number: | 0.18 |
| 05/04/06 | Long Distance Calls Extension: 15816 Number: | 0.36 |
| 05/04/06 | Long Distance Calls Extension: 15816 Number: | 0.18 |
| 05/05/06 | Long Distance Calls Extension: 15816 Number: | 1.44 |
| 05/05/06 | Long Distance Calls Extension: 15816 Number: | 3.78 |
| 05/05/06 | Long Distance Calls Extension: 15816 Number: | 0.36 |
| 05/05/06 | Long Distance Calls Extension: 15816 Number: | 0.18 |
| 05/05/06 | Long Distance Calls Extension: 15816 Number: | 2.52 |
| 05/08/06 | Long Distance Calls Extension: 15816 Number: | 0.18 |
| 05/08/06 | Long Distance Calls Extension: 15816 Number: | 1.26 |
| 05/08/06 | Long Distance Calls Extension: 15816 Number: | 2.34 |
| 05/08/06 | Long Distance Calls Extension: 15816 Number: | 2.52 |

| Date | Description | Amount |
|------|-------------|--------|
| 05/08/06 | Long Distance Calls Extension: 15816 Number: | 3.24 |
| 05/08/06 | Long Distance Calls Extension: 15816 Number: | 1.80 |
| 05/08/06 | Long Distance Calls Extension: 15816 Number: | 0.18 |
| 05/30/06 | Long Distance Calls Extension: 15816 Number: | 0.18 |
| 05/30/06 | Long Distance Calls Extension: 16680 Number: | 6.84 |
| 05/31/06 | Long Distance Calls Extension: 16680 Number: | 0.36 |
| 05/31/06 | Long Distance Calls Extension: 16680 Number: | 4.50 |
| 05/31/06 | Long Distance Calls Extension: 16474 Number: | 0.90 |
| 05/31/06 | Long Distance Calls Extension: 16961 Number: | 0.18 |
| 05/15/06 | Long Distance Calls Extension: 15816 Number: | 0.36 |
| 05/15/06 | Long Distance Calls Extension: 15566 Number: | 0.81 |
| 05/17/06 | Long Distance Calls Extension: 15566 Number: | 4.86 |
| 05/17/06 | Long Distance Calls Extension: 15253 Number: | 0.18 |
| 05/18/06 | Long Distance Calls Extension: 15816 Number: | 3.96 |
| 05/18/06 | Long Distance Calls Extension: 15816 Number: | 2.16 |
| 05/18/06 | Long Distance Calls Extension: 15253 Number: | 0.18 |
| 05/19/06 | Long Distance Calls Extension: 15816 Number: | 0.54 |
| 05/22/06 | Long Distance Calls Extension: 15253 Number: | 0.18 |
| 05/22/06 | Long Distance Calls Extension: 15816 Number: | 1.80 |
| 05/23/06 | Long Distance Calls Extension: 15253 Number: | 0.18 |
| 05/24/06 | Long Distance Calls Extension: 16871 Number: | 0.18 |
| 05/24/06 | Long Distance Calls Extension: 15816 Number: | 0.72 |
| 05/24/06 | Long Distance Calls Extension: 15816 Number: | 0.72 |
| 05/25/06 | Long Distance Calls Extension: 16961 Number: | 0.18 |
| 05/25/06 | Long Distance Calls Extension: 15566 Number: | 5.67 |
| 05/26/06 | Long Distance Calls Extension: 15253 Number: | 0.18 |
| 05/26/06 | Long Distance Calls Extension: 15566 Number: | 4.86 |
| | **TOTAL FOR COST CODE: 143** | **102.42** |

| Date | Description | Amount |
|------|-------------|--------|
| 04/13/06 | Conference ID : 88840813 For: Strosnider, Kimberly A. Date: 04/13/20 | 14.00 |
| 04/05/06 | Conference ID : 88548228 For: Strosnider, Kimberly A. Date: 04/05/20 | 7.28 |
| 04/07/06 | Conference ID : 88652267 For: Strosnider, Kimberly A. Date: 04/07/20 | 17.94 |
| | **TOTAL FOR COST CODE: 158** | **39.22** |

| Date | Description | Amount |
|------|-------------|--------|
| 04/13/06 | FEDEX Kimberly A Strosnider Shipped: 04/13/2006 Inv:04/17/2006  # 34552860 Trk: 650896936531 | 54.66 |
| 04/13/06 | FEDEX Kimberly A Strosnider Shipped: 04/13/2006 Inv:04/17/2006  # 34552860 Trk: 650896936715 Delphi Connection Sy IRVINE CA US | 15.29 |
| 04/06/06 | FEDEX Kimberly A Strosnider Shipped: 04/06/2006 Inv:04/10/2006  # 34416706 Trk: 650896933028 | 10.00 |
| | **TOTAL FOR COST CODE: 720** | **79.95** |

**Total Client Charges:**                                                      $ 286.39