IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)

IN RE:

DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCE

Debtor(s)

Bankruptcy Case No.   05-44639
Chapter   11

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW the creditor, Kansas Department of Revenue, and hereby withdraws its Proof of Claim for delinquent Kansas taxes in the amount of $ 106460.50 filed herein on October 18, 2006.

Robert W. Challquist, S. C. No. 20837
KANSAS DEPARTMENT OF REVENUE
P. O. Box 12005
Topeka, Kansas 66612-2005
Phone: (785) 296-6124

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Withdrawal was mailed this 18th day of October, 2006, by the United States Mail, postage prepaid, to the following:

Kayalyn A. Marafioti

Carolyn K Heptig, Revenue Agent

rvcrckh

BWPOC