## EVIDENCE OF TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the
        Southern District of New York ("Bankruptcy Court")
        Attn:   Clerk

In re Delphi Automotive Corporation et al., (the "Cases"), in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")

AND TO:  Delphi Automotive Systems LLC ("Debtor")
         Case No 05-44481 (RDD) (jointly administered)

Claim #: 13774

TOKICO (USA) INC., its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

DEUTSCHE BANK SECURITIES, INC.
60 Wall Street, 3rd Floor
New York, NY 10005
Attn: Ross Rosenfelt
      Vikas Madan
Phone: 212-250-5760

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $1,708,509.29 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated October 2, 2006.

By: _____
Name: Yoshitaka Inoue
Title: CFO and Treasurer

TRA 2205148v.2