UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re

DELPHI CORPORATION, *et al.*,                    In re: Case No. 05-44481 (RDD)
                                                 Chapter 11
                    Debtors.
-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, William H. Jeffress, Jr., a member in good standing of the bar in the District of Columbia and the bar of the U.S. District Court for the District of Columbia, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent J.T. Battenberg, III, a claimant in the above referenced case.

My address is Baker Botts L.L.P., 1299 Pennsylvania Avenue., N.W., Washington, DC 20004-2400; email address is william.jeffress@bakerbotts.com; telephone number is (202) 639-7751.  I agree to pay the fee of $25 upon approval by the Court admitting me to practice *pro hac vice*.

Dated:    October 17, 2006            

New York, New York

