

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------/

In Re:                                              Chapter 11

    DELPHI CORPORATION, et al,              Case No. 05-44481 (RDD)

                                                                          Jointly Administered
             Debtors.

-----------------------------------------------------/

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

    I, William A. Sankbeil, a member in good standing of the bar in the State of Michigan, and of the bar of the U.S. District Court for the Eastern District of Michigan, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent John Blahnik, a creditor in the above-referenced case.

    My address is:

William A. Sankbeil, Esq.
Kerr, Russell and Weber, PLC
500 Woodward Avenue, Suite 2500
Detroit, Michigan 48226
E-mail address: was@krwlaw.com
Telephone: (313) 961-0200
Facsimile: (313) 961-0388.

I agree to pay the fee of $25 upon approval by the Court admitting me to practice *pro hac vice*.

                                                Respectfully submitted,

                                                KERR, RUSSELL AND WEBER, PLC

Dated: October 20, 2006                  By: /s/ William A. Sankbeil
       Detroit, MI                             William A. Sankbeil (P19882)
                                                Attorney for John Blahnik
                                                500 Woodward Avenue, Suite 2500
                                                Detroit, Michigan 48226
                                                E-Mail address: was@krwlaw.com
                                                Telephone: (313) 961-0200
                                                Facsimile: (313) 961-0388