|  |  |
|---|---|
|  | Response deadline:   November 22, 2006 |
|  | 4:00 p.m. EST |
|  | Hearing date and time: November 30, 2006 |
|  | 10:00 a.m. EST |

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
|  | ) |  |
| DELPHI CORP. *et al.*, | ) | Case No. 05-44481 (RDD) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

***RE-NOTICE* OF MOTION OF J.T. BATTENBURG III, ALAN DAWES, PAUL FREE, JOHN BLAHNIK, MILAN BELANS, CATHERINE ROZANSKI, PAMELA GELLER, PETER JANAK AND LAURA MARION FOR LIMITED RELIEF FROM THE AUTOMATIC STAY, TO THE EXTENT APPLICABLE, TO PAY AND/OR ADVANCE DEFENSE COSTS UNDER THE DEBTORS' INSURANCE POLICIES**

**PLEASE TAKE NOTICE** that J.T. Battenburg, III, Alan Dawes, Paul Free, John Blahnik, Milan Belans, Catherine Rozanski, Pamela Geller, Peter Janak and Laura Marion (collectively, "Movants") have filed a motion (the "Motion") in the Bankruptcy Court, seeking limited relief from the automatic stay, to the extent applicable, to have Movants' defense costs paid and/or advanced under the Debtors' insurance policies.

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "Hearing") will be held in connection with the entry of an Order granting the relief requested in Movants' Motion and any further relief, on **November 30, 2006**, **at 10:00 a.m., prevailing Eastern Time**, before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York (the "Court"), Alexander Hamilton Custom House, Room 610, One Bowling Green, New York, NY 10004.

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to either of the Motions shall be in writing, shall state with particularity the reasons for the objection or response, and shall be filed with the Court and shall be served upon counsel for Movants as listed below, so as to be *received* by **November 22, 2006 at 4 p.m**. Only those objections which have been timely filed and served may be considered by the Court at the Hearing.

Dated: October 26, 2006        Respectfully submitted,

/s/ Richard A. Rossman_____
RICHARD A. ROSSMAN (*pro hac vice*)
MATTHEW J. LUND (*pro hac vice*)
Pepper Hamilton LLP
100 Renaissance Center, Suite 3600
Detroit, Michigan 48243
(313) 259-7110
*Counsel for Paul Free*

THOMAS W. CRANMER (*pro hac vice*)
Miller Canfield Paddock & Stone PLC
810 W. Long Lake Road, Suite 200
Troy, Michigan 48098
(248) 267-3381
*Counsel for John Blahnik and Peter Janak*

WILLIAM A. SANKBEIL (*pro hac vice* pending)
Kerr, Russell & Weber PLC
500 Woodward Avenue, Suite 2500
Detroit, Michigan 48226
(313) 961-0200
*Co-Counsel for John Blahnik*

MARTIN E. CRANDALL (*pro hac vice*)
Clark Hill PLC
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226
(313) 965-8413
*Counsel for Milan Belans*

CHRISTOPHER A. ANDREOFF (*pro hac vice* pending)
Jaffe, Raitt, Heuer & Weiss PC
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
(248) 351-3000
*Counsel for Laura Marion*

DAVID DUMOUCHEL (*pro hac vice*)
LAURIE J. MICHELSON (*pro hac vice*)
Butzel Long PC
150 W. Jefferson Avenue, Suite 100
Detroit, Michigan 48226
(313) 225-7004
*Counsel for Cathy Rozanski*

ROBERT M. STERN (RS3005)
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
(202) 383-5300
*Counsel for Alan Dawes*

WILLIAM H. JEFFRESS, JR. (*pro hac vice pending*)
Baker Botts LLP
The Warner
1299 Pennsylvania Ave., NW
Washington, D.C. 20004-2400
(202) 639-7700
*Counsel for J.T. Battenburg, III*

ERIC R. WAPNICK (EW5419)
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, Michigan 48304
*Counsel for Pam Geller*

DT: #338930 v2 (79$Q02!.DOC) 130104-2