**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
———————————————————————————— x

In re:

DELPHI CORP., et al.

         Debtors.

———————————————————————————— x

Chapter 11

Case No. 05-44481 (RDD)

(Jointly Administered)

# MOTION FOR ADMISSION TO PRACTICE
## *PRO HAC VICE*

I, Christopher A. Andreoff, a member in good standing of the bar in the State of Michigan, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Laura Marion, in the above referenced case.

My:    Address is    27777 Franklin Road, Suite 2500, Southfield, MI 48034-8214

       E-mail address is candreoff@jaffelaw.com

       Telephone number is 248-351-3000

       Facsimile is 248-351-3082

I agree to pay the fee of $25.00 upon approval by the Court admitting me to practice pro hac vice.

                              JAFFE RAITT HEUER & WEISS, P.C.

Dated: October 27, 2006        By:   /s/ Christopher A. Andreoff
                                                 Attorney Bar No. P10193
                                                 Counsel for Laura Marion
                                                 27777 Franklin Road, Suite 2500
                                                 Southfield, MI 48034
                                                 Telephone: (248) 351-3000
                                                 Facsimile: (248) 351-3082
                                                 Email: candreoff@jaffelaw.com

1299319.01