# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROOF OF CLAIM



In the matter of:
Delphi corporation

Docket No.: 05-44481

In Chapter 11 Proceedings

Debtor

1. This proof is made for the claimant named below by the undersigned individual who is duly authorized to make this claim on behalf of the claimant, which is:

> **State of New Jersey**
> **Division of Taxation**
> **Compliance Activity**
> **P O BOX 245**
> **Trenton, New Jersey 08695**

2. The debtor was, at the time of the filing of the petition initiating this case, and still is indebted (or liable) to this claimant by reason of failure to pay New Jersey State taxes due as shown on the itemized schedule attached hereto.

3. This claim, in the amount of **$944,045.04** does not include penalties accrued under applicable law, and no part of the foregoing amount has been paid, and the entire amount is due and payable.

4. This claim is not subject to any set-off or counterclaim, and no note has been received for said debt, and no security other than that provided by statute is held therefor.

5. This is filed as a(n) **PRIORITY PROOF OF CLAIM**.

Dated: _1-5-06_

Signed: _[signature]_
MICHAEL READING

Authorized Agent
For the N.J. Division of Taxation

United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
1 Bowling Green, 6th Floor
New York, NY 10004-1408

ID No:
  383-430-473/000
  DM

**RESPOND TO:**
  Peter C. Harvey
  Attorney General of New Jersey
  Richard J. Hughes Complex
  P O Box 106
  Trenton, New Jersey 08625-0106

Enclosure: Schedule of Liabilities

2220D054123834304730000010101 383H

DELPHI CORPORATION
PO BOX 5086
TROY MI 48007-5086

PAGE NO:          01
TAXPAYER ID:      383-430-473/0000
CASE NO:          10
REQUEST DATE:     December 14, 2005

## State of New Jersey
### DEPARTMENT OF THE TREASURY
### DIVISION OF TAXATION

## PRE-PETITION TAXPAYER SCHEDULE
December 14, 2005

RE: DELPHI CORPORATION

| TAX TYPE | RETURN PERIOD | ITEM TYPE | TAX LIABILITY | INTEREST | AMOUNTS CREDITED | BALANCE DUE |
|---|---|---|---|---|---|---|
| S&U | 01/04 - 03/04 | DELINQUENT | 27,000.00 | 0.00 | 0.00 | 27,000.00 |
| S&U | 04/04 - 06/04 | DELINQUENT | 27,000.00 | 0.00 | 0.00 | 27,000.00 |
| S&U | 07/04 - 09/04 | DELINQUENT | 27,000.00 | 0.00 | 0.00 | 27,000.00 |
| S&U | 10/04 - 12/04 | DELINQUENT | 27,000.00 | 0.00 | 0.00 | 27,000.00 |
| S&U | 01/05 - 03/05 | DELINQUENT | 27,000.00 | 0.00 | 0.00 | 27,000.00 |
| S&U | 04/05 - 06/05 | DELINQUENT | 27,000.00 | 0.00 | 0.00 | 27,000.00 |
| | | S&U TOTAL | | | | 162,000.00 |
| | | TOTAL AMOUNT DUE | | | | 162,000.00 |

**NOTES**

Delinquent: No Return - Estimated Tax Liability
S&U:        Sales and Use Tax

**IN REPLY REFER TO:**
DANA MAIOCCO
NJ DIVISION OF TAXATION
BANKRUPTCY SECTION
P O BOX 245
TRENTON NJ 08695-0245

New Jersey is an Equal Opportunity Employer

2220D054123834304730000010101 * 555H

DELPHI AUTOMOTIVE SYSTEMS SERVICES L
P O BOX 5082
TROY MI 48057

PAGE NO: 01
TAXPAYER ID: 383-568-834/000
CASE NO: 5
REQUEST DATE: December 15, 2005

## State of New Jersey
### DEPARTMENT OF THE TREASURY
### DIVISION OF TAXATION

## PRE-PETITION TAXPAYER SCHEDULE
December 15, 2005

RE: DELPHI AUTOMOTIVE SYSTEMS SERVICES L

| TAX TYPE | RETURN PERIOD | ITEM TYPE | TAX LIABILITY | INTEREST | AMOUNTS CREDITED | BALANCE DUE |
|---|---|---|---|---|---|---|
| PRT-FT | 01/02 - 12/02 | DELINQUENT | 50,000.00 | 0.00 | 0.00 | 50,000.00 |
| PRT-FT | 01/03 - 12/03 | DELINQUENT | 50,000.00 | 0.00 | 0.00 | 50,000.00 |
| PRT-FT | 01/04 - 12/04 | DEFICIENT | 4,154.00 | 200.92 | 1,723.00 | 2,631.92 |
| | | | | | PRT-FT TOTAL | 102,631.92 |
| | | | | | TOTAL AMOUNT DUE | 102,631.92 |

IN REPLY REFER TO:
DANA MAIOCCO
NJ DIVISION OF TAXATION
BANKRUPTCY SECTION
P O BOX 245
TRENTON NJ 08695-0245

NOTES

Delinquent: No Return - Estimated Tax Liability
Deficient: Underpayment

2220D054123835688340000005101 * 555H

New Jersey is an Equal Opportunity Employer

DELPHI AUTOMOTIVE SYSTEMS SERVICES L
P O BOX 5082
TROY MI 48057

PAGE NO: 01
TAXPAYER ID: 383-568-834/000
CASE NO: 2
REQUEST DATE: December 15, 2005

## State of New Jersey
### DEPARTMENT OF THE TREASURY
### DIVISION OF TAXATION

## PRE-PETITION TAXPAYER SCHEDULE
December 15, 2005

RE: DELPHI AUTOMOTIVE SYSTEMS SERVICES L

| TAX TYPE | RETURN PERIOD | ITEM TYPE | TAX LIABILITY | INTEREST | AMOUNTS CREDITED | BALANCE DUE |
|---|---|---|---|---|---|---|
| S&U | 01/05 - 03/05 | DEFICIENT | 106,246.93 | 4,509.32 | 35,512.46 | 75,243.79 |
| S&U | 04/05 - 06/05 | DELINQUENT | 200,000.00 | 0.00 | 0.00 | 200,000.00 |
| | | S&U TOTAL | | | | 275,243.79 |
| | | TOTAL AMOUNT DUE | | | | 275,243.79 |

**NOTES**

Delinquent: No Return - Estimated Tax Liability
Deficient: Underpayment
S&U: Sales and Use Tax

IN REPLY REFER TO:
DANA MAIOCCO
NJ DIVISION OF TAXATION
BANKRUPTCY SECTION
P O BOX 245
TRENTON NJ 08695-0245

2220D05412383568834000002101 * 555H

New Jersey is an Equal Opportunity Employer

```
DELPHI AUTOMOTIVE SYSTEMS LLC                                    PAGE NO:      01
DELPHI ENERGY AND ENGINE MANAGEMENT                              TAXPAYER ID:  383-431-131/000
760 JERSEY AVE                                                   CASE NO:      22
NEW BRUNSWICK NJ 08901                                           REQUEST DATE: December 15, 2005
```

## State of New Jersey
### DEPARTMENT OF THE TREASURY
### DIVISION OF TAXATION

## PRE-PETITION TAXPAYER SCHEDULE
December 15, 2005

RE: DELPHI AUTOMOTIVE SYSTEMS LLC

| TAX TYPE | RETURN PERIOD | ITEM TYPE | TAX LIABILITY | INTEREST | AMOUNTS CREDITED | BALANCE DUE |
|---|---|---|---|---|---|---|
| S&U | 07/04 - 09/04 | DEFICIENT | 70,977.31 | 282.44 | 70,977.31 | 282.44 |
| S&U | 01/05 - 03/05 | DELINQUENT | 250,000.00 | 0.00 | 0.00 | 250,000.00 |
| S&U | 04/05 - 06/05 | DEFICIENT | 143,466.65 | 1,164.20 | 116,856.44 | 27,774.41 |
|  |  |  |  |  | S&U   TOTAL | **278,056.85** |
| SPILL | 01/04 - 01/04 | DEFICIENT | 695.03 | 35.81 | 461.45 | 269.39 |
| SPILL | 02/04 - 02/04 | DEFICIENT | 620.04 | 30.51 | 412.44 | 238.11 |
| SPILL | 03/04 - 03/04 | DEFICIENT | 702.44 | 33.08 | 467.26 | 268.26 |
| SPILL | 04/04 - 04/04 | DEFICIENT | 434.51 | 19.40 | 290.06 | 163.85 |
| SPILL | 05/04 - 05/04 | DEFICIENT | 662.64 | 28.37 | 441.01 | 250.00 |
| SPILL | 06/04 - 06/04 | DEFICIENT | 602.16 | 24.51 | 400.73 | 225.94 |
| SPILL | 07/04 - 07/04 | DEFICIENT | 502.03 | 19.47 | 333.25 | 188.25 |
| SPILL | 08/04 - 08/04 | DEFICIENT | 637.71 | 23.20 | 424.93 | 235.98 |

**NOTES**

Delinquent: No Return - Estimated Tax Liability
Deficient:  Underpayment
S&U:        Sales and Use Tax

IN REPLY REFER TO:
DANA MAIOCCO
NJ DIVISION OF TAXATION
BANKRUPTCY SECTION
P O BOX 245
TRENTON NJ 08695-0245

New Jersey is an Equal Opportunity Employer

2220D054123834311310000022101 * 555H

DELPHI AUTOMOTIVE SYSTEMS LLC
DELPHI ENERGY AND ENGINE MANAGEMENT
760 JERSEY AVE
NEW BRUNSWICK NJ 08901

PAGE NO: 02
TAXPAYER ID: 383-431-131/000
CASE NO: 22
REQUEST DATE: December 15, 2005

RE: DELPHI AUTOMOTIVE SYSTEMS LLC

## State of New Jersey
### DEPARTMENT OF THE TREASURY
### DIVISION OF TAXATION

### PRE-PETITION TAXPAYER SCHEDULE
December 15, 2005

| TAX TYPE | RETURN PERIOD | ITEM TYPE | TAX LIABILITY | INTEREST | AMOUNTS CREDITED | BALANCE DUE |
|---|---|---|---|---|---|---|
| SPILL | 10/04 - 10/04 | DEFICIENT | 743.63 | 23.98 | 494.91 | 272.70 |
| | | | | | SPILL TOTAL | 2,112.48 |
| | | | | | TOTAL AMOUNT DUE | 280,169.33 |

NOTES
Deficient: Underpayment

IN REPLY REFER TO:
DANA MAIOCCO
NJ DIVISION OF TAXATION
BANKRUPTCY SECTION
P O BOX 245
TRENTON NJ 08695-0245

New Jersey is an Equal Opportunity Employer

2220D054123834311310000022101 * 555H

731-474-201/000                                                        December 14, 2005

ALLIEDSIGNAL ENVIRONMENTAL CATALYSTS
P O BOX 1219
MORRISTOWN NJ 07962-1219

PAGE NO: 01
TAXPAYER ID: 731-474-201/000
CASE NO: 1
REQUEST DATE: December 14, 2005

RE: ALLIEDSIGNAL ENVIRONMENTAL CATALYSTS



# State of New Jersey
## DEPARTMENT OF THE TREASURY
## DIVISION OF TAXATION

### PRE-PETITION TAXPAYER SCHEDULE
December 14, 2005

| TAX TYPE | RETURN PERIOD | ITEM TYPE | TAX LIABILITY | INTEREST | AMOUNTS CREDITED | BALANCE DUE |
|---|---|---|---|---|---|---|
| GIT-ER | 01/97 - 03/97 | DELINQUENT | 1,000.00 | 0.00 | 0.00 | 1,000.00 |
| GIT-ER | 04/97 - 06/97 | DELINQUENT | 1,000.00 | 0.00 | 0.00 | 1,000.00 |
| GIT-ER | 07/97 - 09/97 | DELINQUENT | 1,000.00 | 0.00 | 0.00 | 1,000.00 |
| GIT-ER | 10/97 - 12/97 | DELINQUENT | 1,000.00 | 0.00 | 0.00 | 1,000.00 |
| GIT-ER | 01/98 - 03/98 | DELINQUENT | 1,000.00 | 0.00 | 0.00 | 1,000.00 |
| GIT-ER | 04/98 - 06/98 | DELINQUENT | 1,000.00 | 0.00 | 0.00 | 1,000.00 |
| GIT-ER | 07/98 - 09/98 | DELINQUENT | 1,000.00 | 0.00 | 0.00 | 1,000.00 |
| GIT-ER | 10/98 - 12/98 | DELINQUENT | 1,000.00 | 0.00 | 0.00 | 1,000.00 |
| GIT-ER | 01/99 - 03/99 | DELINQUENT | 1,000.00 | 0.00 | 0.00 | 1,000.00 |
| GIT-ER | 04/99 - 06/99 | DELINQUENT | 1,000.00 | 0.00 | 0.00 | 1,000.00 |
| GIT-ER | 07/99 - 09/99 | DELINQUENT | 1,000.00 | 0.00 | 0.00 | 1,000.00 |
| GIT-ER | 10/99 - 12/99 | DELINQUENT | 1,000.00 | 0.00 | 0.00 | 1,000.00 |

NOTES

Delinquent:    No Return - Estimated Tax Liability
GIT-ER:    Gross Income Tax - Employer Withholding

IN REPLY REFER TO:
DANA MAIOCCO
NJ DIVISION OF TAXATION
BANKRUPTCY SECTION
P O BOX 245
TRENTON NJ 08695-0245

2220D054127314742010000301101 * 555H

New Jersey is an Equal Opportunity Employer

```
                                                                PAGE NO:       02
                                                                TAXPAYER ID:   731-474-201/000
                                                                CASE NO:       1
                                                                REQUEST DATE:  December 14, 2005
```



# State of New Jersey
## DEPARTMENT OF THE TREASURY
## DIVISION OF TAXATION

## PRE-PETITION TAXPAYER SCHEDULE
December 14, 2005

ALLIEDSIGNAL ENVIRONMENTAL CATALYSTS
P O BOX 1219
MORRISTOWN NJ 07962-1219

RE: ALLIEDSIGNAL ENVIRONMENTAL CATALYSTS

| TAX TYPE | RETURN PERIOD | ITEM TYPE | TAX LIABILITY | INTEREST | AMOUNTS CREDITED | BALANCE DUE |
|---|---|---|---|---|---|---|
| GIT-ER | 01/00 - 03/00 | DELINQUENT | 1,000.00 | 0.00 | 0.00 | 1,000.00 |
| GIT-ER | 04/00 - 06/00 | DELINQUENT | 1,000.00 | 0.00 | 0.00 | 1,000.00 |
| GIT-ER | 07/00 - 09/00 | DELINQUENT | 1,000.00 | 0.00 | 0.00 | 1,000.00 |
| GIT-ER | 10/00 - 12/00 | DELINQUENT | 1,000.00 | 0.00 | 0.00 | 1,000.00 |
| GIT-ER | 01/01 - 03/01 | DELINQUENT | 1,000.00 | 0.00 | 0.00 | 1,000.00 |
| GIT-ER | 04/01 - 06/01 | DELINQUENT | 1,000.00 | 0.00 | 0.00 | 1,000.00 |
| GIT-ER | 07/01 - 09/01 | DELINQUENT | 1,000.00 | 0.00 | 0.00 | 1,000.00 |
| GIT-ER | 10/01 - 12/01 | DELINQUENT | 1,000.00 | 0.00 | 0.00 | 1,000.00 |
| GIT-ER | 01/02 - 03/02 | DELINQUENT | 1,000.00 | 0.00 | 0.00 | 1,000.00 |
| GIT-ER | 04/02 - 06/02 | DELINQUENT | 1,000.00 | 0.00 | 0.00 | 1,000.00 |
| GIT-ER | 07/02 - 09/02 | DELINQUENT | 1,000.00 | 0.00 | 0.00 | 1,000.00 |
| GIT-ER | 10/02 - 12/02 | DELINQUENT | 1,000.00 | 0.00 | 0.00 | 1,000.00 |

**NOTES**

Delinquent:  No Return - Estimated Tax Liability
GIT-ER:      Gross Income Tax - Employer Withholding

**IN REPLY REFER TO:**
DANA MAIOCCO
NJ DIVISION OF TAXATION
BANKRUPTCY SECTION
P O BOX 245
TRENTON NJ 08695-0245

New Jersey is an Equal Opportunity Employer

2220D054127314742010000001101 * 555H

ALLIEDSIGNAL ENVIRONMENTAL CATALYSTS
P O BOX 1219
MORRISTOWN NJ 07962-1219

PAGE NO: 03
TAXPAYER ID: 731-474-201/0000
CASE NO: 1
REQUEST DATE: December 14, 2005

## State of New Jersey
### DEPARTMENT OF THE TREASURY
### DIVISION OF TAXATION

## PRE-PETITION TAXPAYER SCHEDULE
December 14, 2005

RE: ALLIEDSIGNAL ENVIRONMENTAL CATALYSTS

| TAX TYPE | RETURN PERIOD | ITEM TYPE | TAX LIABILITY | INTEREST | AMOUNTS CREDITED | BALANCE DUE |
|---|---|---|---|---|---|---|
| GIT-ER | 01/03 - 03/03 | DELINQUENT | 1,000.00 | 0.00 | 0.00 | 1,000.00 |
| GIT-ER | 04/03 - 06/03 | DELINQUENT | 1,000.00 | 0.00 | 0.00 | 1,000.00 |
| GIT-ER | 07/03 - 09/03 | DELINQUENT | 1,000.00 | 0.00 | 0.00 | 1,000.00 |
| GIT-ER | 10/03 - 12/03 | DELINQUENT | 1,000.00 | 0.00 | 0.00 | 1,000.00 |
| GIT-ER | 01/04 - 03/04 | DELINQUENT | 1,000.00 |  | 0.00 | 1,000.00 |
| GIT-ER | 04/04 - 06/04 | DELINQUENT | 1,000.00 | 0.00 | 0.00 | 1,000.00 |
| GIT-ER | 07/04 - 09/04 | DELINQUENT | 1,000.00 | 0.00 | 0.00 | 1,000.00 |
| GIT-ER | 10/04 - 12/04 | DELINQUENT | 1,000.00 | 0.00 | 0.00 | 1,000.00 |
| GIT-ER | 01/05 - 03/05 | DELINQUENT | 1,000.00 | 0.00 | 0.00 | 1,000.00 |
| GIT-ER | 04/05 - 06/05 | DELINQUENT | 1,000.00 | 0.00 | 0.00 | 1,000.00 |

GIT-ER TOTAL                                                                    34,000.00

TOTAL AMOUNT DUE                                                                34,000.00

**IN REPLY REFER TO:**
DANA MAIOCCO
NJ DIVISION OF TAXATION
BANKRUPTCY SECTION
P O BOX 245
TRENTON NJ 08695-0245

### NOTES

Delinquent: No Return - Estimated Tax Liability
GIT-ER: Gross Income Tax - Employer Withholding

2220D054127314742010000001101 * 555H

New Jersey is an Equal Opportunity Employer

ASPIRE INC
U S HIGHWAY NO 1
MORRISVILLE PA 19067

PAGE NO: 01
TAXPAYER ID: 232-263-556/000
CASE NO: 3
REQUEST DATE: December 21, 2005

## State of New Jersey
### DEPARTMENT OF THE TREASURY
### DIVISION OF TAXATION

### PRE-PETITION TAXPAYER SCHEDULE
December 21, 2005

RE: ASPIRE INC

| TAX TYPE | RETURN PERIOD | ITEM TYPE | TAX LIABILITY | INTEREST | AMOUNTS CREDITED | BALANCE DUE |
|---|---|---|---|---|---|---|
| GIT-ER | 01/01 - 03/01 | DELINQUENT | 5,000.00 | 0.00 | 0.00 | 5,000.00 |
| GIT-ER | 04/01 - 06/01 | DELINQUENT | 5,000.00 | 0.00 | 0.00 | 5,000.00 |
| GIT-ER | 07/01 - 09/01 | DELINQUENT | 5,000.00 | 0.00 | 0.00 | 5,000.00 |
| GIT-ER | 10/01 - 12/01 | DELINQUENT | 5,000.00 | 0.00 | 0.00 | 5,000.00 |
| GIT-ER | 01/02 - 03/02 | DELINQUENT | 5,000.00 | 0.00 | 0.00 | 5,000.00 |
| GIT-ER | 04/02 - 06/02 | DELINQUENT | 5,000.00 | 0.00 | 0.00 | 5,000.00 |
| GIT-ER | 07/02 - 09/02 | DELINQUENT | 5,000.00 | 0.00 | 0.00 | 5,000.00 |
| GIT-ER | 10/02 - 12/02 | DELINQUENT | 5,000.00 | 0.00 | 0.00 | 5,000.00 |
| GIT-ER | 01/03 - 03/03 | DELINQUENT | 5,000.00 | 0.00 | 0.00 | 5,000.00 |
| GIT-ER | 04/03 - 06/03 | DELINQUENT | 5,000.00 | 0.00 | 0.00 | 5,000.00 |
| GIT-ER | 07/03 - 09/03 | DELINQUENT | 5,000.00 | 0.00 | 0.00 | 5,000.00 |
| GIT-ER | 10/03 - 12/03 | DELINQUENT | 5,000.00 | 0.00 | 0.00 | 5,000.00 |

NOTES

Delinquent: No Return - Estimated Tax Liability
GIT-ER: Gross Income Tax - Employer Withholding

**IN REPLY REFER TO:**
DANA MAIOCCO
NJ DIVISION OF TAXATION
BANKRUPTCY SECTION
P O BOX 245
TRENTON NJ 08695-0245

2220D054122322635600000310 * 555H

New Jersey is an Equal Opportunity Employer

ASPIRE INC
U S HIGHWAY NO 1
MORRISVILLE PA 19067

PAGE NO: 02
TAXPAYER ID: 232-263-556/000
CASE NO: 3
REQUEST DATE: December 21, 2005

**State of New Jersey**
DEPARTMENT OF THE TREASURY
DIVISION OF TAXATION

**PRE-PETITION TAXPAYER SCHEDULE**
December 21, 2005

RE: ASPIRE INC

| TAX TYPE | RETURN PERIOD | ITEM TYPE | TAX LIABILITY | INTEREST | AMOUNTS CREDITED | BALANCE DUE |
|---|---|---|---|---|---|---|
| GIT-ER | 01/04 - 03/04 | DELINQUENT | 5,000.00 | 0.00 | 0.00 | 5,000.00 |
| GIT-ER | 04/04 - 06/04 | DELINQUENT | 5,000.00 | 0.00 | 0.00 | 5,000.00 |
| GIT-ER | 07/04 - 09/04 | DELINQUENT | 5,000.00 | 0.00 | 0.00 | 5,000.00 |
| GIT-ER | 10/04 - 12/04 | DELINQUENT | 5,000.00 | 0.00 | 0.00 | 5,000.00 |
| GIT-ER | 01/05 - 03/05 | DELINQUENT | 5,000.00 | 0.00 | 0.00 | 5,000.00 |
| GIT-ER | 04/05 - 06/05 | DELINQUENT | 5,000.00 | 0.00 | 0.00 | 5,000.00 |

GIT-ER TOTAL     90,000.00

TOTAL AMOUNT DUE    90,000.00

IN REPLY REFER TO:
DANA MAIOCCO
NJ DIVISION OF TAXATION
BANKRUPTCY SECTION
P O BOX 245
TRENTON NJ 08695-0245

**NOTES**

Delinquent: No Return - Estimated Tax Liability
GIT-ER: Gross Income Tax - Employer Withholding

2220D054412232263556000003101 * 555H

New Jersey is an Equal Opportunity Employer