**EXHIBIT B**

05-44481-rdd    Doc 5423-2    Filed 10/25/06    Entered 10/27/06 16:29:49    Exhibit B
Pg 1 of 7

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROOF OF CLAIM



In the matter of:
Delphi Corporation

Docket No.: 05-44481

In Chapter 11 Proceedings

Debtor

1. This proof is made for the claimant named below by the undersigned individual who is duly authorized to make this claim on behalf of the claimant, which is:

**State of New Jersey
Division of Taxation
Compliance Activity
P O BOX 245
Trenton, New Jersey 08695**

2. The debtor was, after the time of the filing of the petition initiating this case, and still is indebted (or liable) to this claimant by reason of failure to pay New Jersey State taxes due as shown on the itemized schedule attached hereto.

3. This claim, in the amount of **$503,000.00** does include penalties accrued under applicable law, and no part of the foregoing amount has been paid, and the entire amount is due and payable.

4. This claim is not subject to any set-off or counterclaim, and no note has been received for said debt, and no security other than that provided by statute is held therefor.

5. This is filed as a(n) **ADMINISTRATIVE PROOF OF CLAIM**.

Dated: 1-4-06         Signed: /s/ Michael Reading
                              MICHAEL READING
                              Authorized Agent
                              For the N.J. Division of Taxation

United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
1 Bowling Green, 6th Floor
New York, NY 10004-1408

ID No: 383-430-473/000
DM

Enclosure: Schedule of Liabilities

**RESPOND TO:**
Peter C. Harvey
Attorney General of New Jersey
Richard J. Hughes Complex
P O Box 106
Trenton, New Jersey 08625-0106

2220D054123834304730000013101 383H

DELPHI CORPORATION
BARNETT ASSOCIATES INC
61 HILTON AVE
GARDEN CITY NY 11530

PAGE NO: 01
TAXPAYER ID: 383-430-473/000
CASE NO: 13

RE: DELPHI CORPORATION

# State of New Jersey
## DEPARTMENT OF THE TREASURY
## DIVISION OF TAXATION

### SCHEDULE OF LIABILITIES
December 27, 2005

| TAX TYPE | RETURN PERIOD | ITEM TYPE | TAX LIABILITY | PENALTY | INTEREST | AMOUNTS CREDITED | BALANCE DUE |
|---|---|---|---|---|---|---|---|
| GIT-ER | 07/05 - 09/05 | DELINQUENT | 10,000.00 | 0.00 | 0.00 | 0.00 | 10,000.00 |
| GIT-ER | 10/05 - 12/05 | DELINQUENT | 10,000.00 | 0.00 | 0.00 | 0.00 | 10,000.00 |
| | | | | | | GIT-ER TOTAL | 20,000.00 |
| S&U | 07/05 - 09/05 | DELINQUENT | 27,000.00 | 0.00 | 0.00 | 0.00 | 27,000.00 |
| | | | | | | S&U TOTAL | 27,000.00 |
| | | | | | | TOTAL AMOUNT DUE | 47,000.00 |

IN REPLY REFER TO:
DANA MAIOCCO
NJ DIVISION OF TAXATION
BANKRUPTCY SECTION
P O BOX 245
TRENTON NJ 08695-0245

NOTES

Delinquent: No Return - Estimated Tax Liability
S&U: Sales and Use Tax
GIT-ER: Gross Income Tax - Employer Withholding

2220D054123834304730000013101 * 568H

New Jersey is an Equal Opportunity Employer

DELPHI AUTOMOTIVE SYSTEMS LLC
DELPHI ENERGY AND ENGINE MANAGEMENT
760 JERSEY AVE
NEW BRUNSWICK NJ 08901

PAGE NO: 01
TAXPAYER ID: 383-431-131/000
CASE NO: 9

**State of New Jersey**
DEPARTMENT OF THE TREASURY
DIVISION OF TAXATION

## SCHEDULE OF LIABILITIES
December 15, 2005

RE: DELPHI AUTOMOTIVE SYSTEMS LLC

| TAX TYPE | RETURN PERIOD | ITEM TYPE | TAX LIABILITY | PENALTY | INTEREST | AMOUNTS CREDITED | BALANCE DUE |
|---|---|---|---|---|---|---|---|
| S&U | 07/05 - 09/05 | DELINQUENT | 250,000.00 | 0.00 | 0.00 | 0.00 | 250,000.00 |
| | | | | | | S&U TOTAL | 250,000.00 |
| | | | | | | TOTAL AMOUNT DUE | 250,000.00 |

### NOTES

Delinquent: No Return - Estimated Tax Liability
S&U: Sales and Use Tax

IN REPLY REFER TO:
DANA MAIOCCO
NJ DIVISION OF TAXATION
BANKRUPTCY SECTION
P O BOX 245
TRENTON NJ 08695-0245

2220D0541238343113100000009101 * 568H

New Jersey is an Equal Opportunity Employer

```
                                                    PAGE NO:       01
                                                    TAXPAYER ID:   232-263-556/000
                                                    CASE NO:       4
ASPIRE INC
U S HIGHWAY NO 1
MORRISVILLE PA 19067

RE: ASPIRE INC
```

# State of New Jersey
## DEPARTMENT OF THE TREASURY
## DIVISION OF TAXATION

## SCHEDULE OF LIABILITIES
December 21, 2005

| TAX TYPE | RETURN PERIOD | ITEM TYPE | TAX LIABILITY | PENALTY | INTEREST | AMOUNTS CREDITED | BALANCE DUE |
|---|---|---|---|---|---|---|---|
| GIT-ER | 07/05 - 09/05 | DELINQUENT | 5,000.00 | 0.00 | 0.00 | 0.00 | 5,000.00 |

                                                    GIT-ER TOTAL          5,000.00
                                                    TOTAL AMOUNT DUE      5,000.00

**NOTES**

Delinquent: No Return - Estimated Tax Liability
GIT-ER:     Gross Income Tax - Employer Withholding

IN REPLY REFER TO:
DANA MAIOCCO
NJ DIVISION OF TAXATION
BANKRUPTCY SECTION
P O BOX 245
TRENTON NJ 08695-0245

2220D054122322263556000004101 * 568H

New Jersey is an Equal Opportunity Employer

PAGE NO: 01
TAXPAYER ID: 731-474-201/000
CASE NO: 3

ALLIEDSIGNAL ENVIRONMENTAL CATALYSTS
P O BOX 1219
MORRISTOWN NJ 07962-1219

RE: ALLIEDSIGNAL ENVIRONMENTAL CATALYSTS

# State of New Jersey
## DEPARTMENT OF THE TREASURY
## DIVISION OF TAXATION

### SCHEDULE OF LIABILITIES
December 14, 2005

| TAX TYPE | RETURN PERIOD | ITEM TYPE | TAX LIABILITY | PENALTY | INTEREST | AMOUNTS CREDITED | BALANCE DUE |
|---|---|---|---|---|---|---|---|
| GIT-ER | 07/05 - 09/05 | DELINQUENT | 1,000.00 | 0.00 | 0.00 | 0.00 | 1,000.00 |

GIT-ER TOTAL    1,000.00

TOTAL AMOUNT DUE    1,000.00

**IN REPLY REFER TO:**
DANA MAIOCCO
NJ DIVISION OF TAXATION
BANKRUPTCY SECTION
P O BOX 245
TRENTON NJ 08695-0245

**NOTES**
Delinquent: No Return - Estimated Tax Liability
GIT-ER: Gross Income Tax - Employer Withholding

2220D054127314742010003101 * 568H

New Jersey is an Equal Opportunity Employer

DELPHI AUTOMOTIVE SYSTEMS L
P O BOX 5082
TROY MI 48057

PAGE NO: 01
TAXPAYER ID: 383-568-834/000
CASE NO: 6

# State of New Jersey
## DEPARTMENT OF THE TREASURY
## DIVISION OF TAXATION

### SCHEDULE OF LIABILITIES
December 15, 2005

RE: DELPHI AUTOMOTIVE SYSTEMS SERVICES L

| TAX TYPE | RETURN PERIOD | ITEM TYPE | TAX LIABILITY | PENALTY | INTEREST | AMOUNTS CREDITED | BALANCE DUE |
|---|---|---|---|---|---|---|---|
| S&U | 07/05 – 09/05 | DELINQUENT | 200,000.00 | 0.00 | 0.00 | 0.00 | 200,000.00 |
|  |  |  |  |  |  | S&U TOTAL | 200,000.00 |
|  |  |  |  |  |  | TOTAL AMOUNT DUE | 200,000.00 |

**NOTES**

Delinquent: No Return – Estimated Tax Liability
S&U: Sales and Use Tax

**IN REPLY REFER TO:**
DANA MAIOCCO
NJ DIVISION OF TAXATION
BANKRUPTCY SECTION
P O BOX 245
TRENTON NJ 08695-0245

New Jersey is an Equal Opportunity Employer

2220D05412983568834000006101 * 568H