Lafonza Earl Washington
7010 Cranwood Drive
Flint, MI  48505
Tel:  810.787.3150
Cell: 810.922.0308

Judgment/Order Creditor, Transferor, Drawer and Payee


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| DELPHI CORPORATION ET AL., | CASE NO. 05-44481 (RDD) |
| Debtors. | (JOINTLY ADMINISTERED)<br>CLAIM NO'S. 257; 264; 288; 297. |


<u>NOTIFICATION</u>

OF FEDERALLY REQUIRED SELF-EXECUTION OF ENTRY OF
PAYMENT ORDER PAYABLE ON DEMAND AND CONVERSION
OF CHECK #104 TO ACH DIRECT DEPOSIT PAYMENT
CREDIT TRANSACTION PAYABLE TO PAYEE/DRAWER/
CREDITOR LAFONZA EARL WASHINGTON AND UPON EFT
COMPLETION OR EXECUTION THE AGREEMENT TO
"<u>RELEASE</u>" JUDGMENT/ORDER DEBTOR THE DELPHI
CORPORATION ET AL, WITH INSTRUCTIONS TO PAY THE
$1,059,547,329.00 DEMAND SERVED UPON DRAWEE/
CO-PAYER (RDFI) JPMORGAN CHASE BANK N.A. AND
STATUTORY TRANSFEREE AND PAYING AGENCY THE
DEPARTMENT OF TREASURY - FINANCIAL MANAGEMENT
SERVICE - JUDGMENT FUND BRANCH PURSUANT TO 31
CFR PART 210 ELECTRONIC FUND TRANSFER INCLUDING
U.C.C. §§ 3-104; 4A-103 (a) (i), (ii), AND
(iii), TITLE 31 U.S.C. § 3526 (a) AND IMAGE OF
CHECK #104


TO:   The National Archives and Records Administration
      Dr. Allen Weinstin, United States Archivist

      Kathleen Farrell-Willoughby, Clerk
      U.S. Bankruptcy Court for the Southern District
      of New York;

      J. Michael McMahon, Clerk
      U.S. District Court for the Southern District
      of New York;

      Stuart Bernstein, Chief Judge
      U.S. Bankruptcy Court for the Southern District
      of New York;



Kimba Wood, Chief Judge
U.S. District Court for the Southern District
of New York;

David M. Walker, Comptroller General

JPMorgan Chase Bank - Flint
Sheila A. Johnson
Assistant Vice President
Branch Manager

Department of the Treasury
Financial Management Services
Disbursement Management Division
ACH Payment Operations

the Debtors at Delphi Corporation
Att'n:  General Counsel

Judgment/Order Creditor, Transferor, Drawer, and Payee
Lafonza Earl Washington transmits to the above-named Offices,
Officers and Persons for official recording or filing the papers
identified below:

1.  Payment Order conversion of Check #104 in the
statutorily valid amount of $1,059,547,329.00.

2.  Copy of letter dated December 13, 2005, from Kathleen
Farrell-Willoughby verifying, confirming, witnessing that,
"...each claim is recorded separately in the consolidated case
and noted on the claims register as follows...".

3.  Acknowledgments from the debtors Notice and Claims
Agent KURTZMAN, CARSON CONSULTANTS testifying, witnessing that
the United States Bankruptcy Court Southern District of New
York had received the above-numbered Proof of Claims on
specific dates that are dated.

4.  Self explanatory Case Information sheet.

5.  Copy of the Voluntary Petition filed by Delphi
Corporation et al., on October 8, 2005.

6.  Copy of the 'Delphi Automotive Systems (Holding), Inc.
Unanimous Written Consent Of The Board Of Directors', among
other facts, testifying and witnessing to the certain Revolving
Credit, Term Loan and Guaranty Agreement...names JPMorgan Chase
Bank, N.A. ("JPMCB")...in such capacity as the "ADMINISTRATIVE
AGENT" and "Citigroup USA, Inc. ("CUSA") in such capacity as
the "SYNDICATION AGENT" for the Lenders, "...financial institu-
tions from time to time party hereto...", which Loan Documents
(A) provide..., (B) require all of the Parent's obligations
therein to be guaranteed by the Guarantors..."!

7.  'Consolidated List Of Creditors Holding The Fifty
Largest Unsecured Claims' that contradicts:

A. The Claims Register attached to a letter dated February 23, 2006 (including a letter dated April 20, 2006), from Roberta DeAngelis, Acting General Counsel of the U.S. Department of Justice, Executive Office for United States Trustees Office of the General Counsel, and

B. A questionable name list of Debtors and their reorganization case numbers attached as Exhibit A to questionable attorneys SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP etc., 'Notice Of Bar Date For Filing Proofs Of Claims' dated April 12, 2006, contradicts or suggest bankruptcy frauds, banking frauds etc., based on this name list being different from the previous two yet each is falsely pretended to be based on the original Voluntary Petition filed by the Delphi Corporation et al., on October 8, 2005.

*NOTE: That the #17 Entity listed on this Exhibit A alleges its business names as Exhaust Systems Corporation located at 4800 S. Saginaw Street, Flint, Michigan, 48501; this Creditor has lived in this same city since June of 1965 to the present date and the United States Postal Service will confirm that on the date the Delphi Corporation filed this Voluntary Petition nor at any time between that date and the present date has any business ever existed at 4800 S. Saginaw Street, Flint, MI., under the name of Exhaust Systems Corporation.

8. Judgment/Order Creditor Lafonza Earl Washington's 'TRANSFER NOTICE';

A. 'Notice Of Transfer Of Claim Pursuant to FRBP Rule 3001 (e) (4)';

B. 'Evidence Of Transfer Of Claim Together With Authorized and Verified Issue Of "DRAWER'S PAYMENT ORDER"..., dated September 10, 2006, that was served upon the U.S. Bankruptcy Court for the Southern District of New York and its clerk.

9. Attached Exhibits;

10. Self-Executing Federal Law-Order; and

11. Certificate Of Service.

Dated: October 23, 2006.

BY: / Lafonza Earl Washington