Lafonza Earl Washington
7010 Cranwood Drive
Flint, MI  48505
Tel:  810.787.3150
Cell: 810.922.0308

Judgment/Order Creditor, Transferor, Drawer & Payee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | ) CHAPTER 11 |
| | ) |
| DELPHI CORPORATION ET AL., | ) CASE NO. 05-44481 (RDD) |
| | ) |
| Debtors. | ) (JOINTLY ADMINISTERED) |
| | ) CLAIM NO'S. 257; 264; 288; 297. |

### LEGAL DEMAND

SERVED UPON LEGAL TRANSFEREE THE DEPARTMENT OF TREASURY - FINANCIAL MANAGEMENT SERVICE - DISBURSEMENT MANAGEMENT DIVISION, ACH PAYMENT OPERATIONS INCLUDING (RDFI) JPMORGAN CHASE BANK - FLINT IN C/O SHEILA A. JOHNSON TO MAKE DIRECT DEPOSIT CREDIT AND CONVERSION USING THE ENCLOSED CHECK #104 ON DEMAND WITH THE PAYMENT ORDER HEREIN

### PAYMENT ORDER

According to compliance with:

1.  Title 31 CFR Part 210 authorizes the Automated Clearing House (ACH) system, a nationwide network electronic funds transfer (EFT) system which provides for this demanded inter-bank or inter-bank financial institution and Treasury partnership as depositaries and financial agents to finalize this direct deposit legally owed using Check #104.

2.  Title 31 USC § 3328 (c) does 'NOT' impose on this transfered claim to the United States Government (its Treasury agency) limitations to this unpaid Check #104 drawn on both the Treasury and this designated depositary of JPMorgan Chase Bank and Mrs. Sheila A. Johnson.

3.  Pursuant to the Uniform Commercial Code (UCC) § 4A-103 (a)(1), based on the "SELF-EXECUTION" of Federal laws the payment on demand herein is "BOUND" by law as the Congressional and Constitutional (Article 1 § 8, Clause 4) instruction of

"<u>...a sender...</u>" to this receiving bank in writing to pay the fixed amount or $1,059,547,329.00 to this drawer/payee/beneficiary.

   4. Under UCC § 4A-103 (a) (1) (i) this Constitutional and Congressional statutory "<u>instruction</u>" that the Department of the Treasury, nor its Secretary nor any Secretary subordinate is vested with any discretionary power to veto or deny, due to the United States President having "<u>NOT</u>" vetoed the related bill nor amended "<u>Bankruptcy</u>" authority away from the Congress according to Article 1 § 8, Clause 4 of the U.S. Constitution, and is proper by law.

   5. Under UCC § 4A-103 (a) (1) (ii) the receiving bank JPMorgan Chase Bank, Sheila A. Johnson et al., is to be reimbursed by debiting the relegated Treasury depositary account for processing public monies as statutorily designated by the Secretary of Treasury.

   6. According to UCC § 4A-103 (a) (1) (iii) this Payment Order instruction is transmitted by the sender - by law - directly to this receiving bank as a depositary and financial agent of the Treasury as legal transmittal to the receiving bank and Notice or service is made to each name appearing on the Certificate Of Service. Thank you for immediate action.

*[signature: Lafonza Earl Washington]*

BY: Lafonza Earl Washington
  Judgment/Order Creditor, Transferor,
   Drawer & Payee
  7010 Cranwood Drive
  Flint, MI 48505
  Tel: 810.787.3150
  Cell: 810.922.0308