EXHIBIT "9"

PAYMENT ORDER AUTHORIZED BY:

1. Self-executing Federal Supremacy Clause under Article 6 & 2 of the U.S. Constitution;

2. Title 31 U.S.C. Part 210 etc.;

3. Uniform Commercial Code 'PAYMENT ORDER' enactment pursuant to Section (§) 3-104 (a), (b), and (f) Negotiable Instrument converted to 'CHECK #104';

4. Section 3-108, Payable On Demand to Payee/Drawer Lafonza Earl Washington in the sum of $1,059,547,329.00;

5. Section 3-301, Person entitled to enforce;

6. Section 3-303 (a) (3) and (5), Value and Consideration;

7. Section 3-602, Payment;

8. Section 4A-103 (a) (1) (i), (iii), (2), (3) and 4A-103 (c), Payment Order;

9. Section 4A-104 (a), (c), and (d) (i), Funds Transfer;

10. Section 4A-105 (a) (1), (4) and (5), respectively, establishing this Authorized Account, Funds - Transfer Business Day, and Funds Transfer System with Notice properly given to the statutorily "BOUND" Originator/Payer the Department of Treasury - Financial Management Service and statutory Co-Payer/Beneficiary's Bank/Receiving Bank, JPMorgan Chase Bank.

Dated: October 23, 2006

BY: *[signature]* Lafonza Earl Washington