UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| DELPHI CORPORATION ET AL., ) | CASE NO. 05-44481 (RDD) |
| ) | |
| Debtors. ) | (JOINTLY ADMINISTERED) |
| ) | CLAIM NO'S. 257; 264; 288; 297. |

## CERTIFICATE OF SERVICE

I, Lafonza Earl Washington certifies that on October 23, 2006, he did serve by United States Postal Service mail, Certified with a Return Receipt and/or by confirmation/priority and/or First Class, with postage prepaid the documents identified-below, upon the persons named-below:

   1.  NOTIFICATION Of Federally Required Self-Execution Of Entry Of Payment Order Payable On Demand and Conversion Of Check #104 To ACH Direct Deposit Payment Credit Transaction Payable To Payee/Drawer/Creditor Lafonza Earl Washington and Upon EFT Completion Or Execution the Agreement To "RELEASE" Judgment/ Order Debtor the Delphi Corporation et al, With Instructions To Pay the $1,059,547,329.00 Demand Served Upon Drawee/Co-Payer (RDFI) JPMorgan Chase Bank N.A. and Statutory Transferee and Paying Agency the Department of Treasury - Financial Management Service - ACH Payments Oper., Pursuant To 31 CFR Part 210 Electronic Fund Transfer Including U.C.C. §§ 3-104; 4A-103 (a) (i), (ii), and (iii), Title 31 U.S.C. § 3526 (a) and Image of Check #104.

Please record by 'DUE PROCESS' requirements etc., thank you.

*Lafonza Earl Washington* (signature)

BY: Lafonza Earl Washington
    Judgment/Order Creditor, Transferor,
       Drawer and Payee
    7010 Cranwood Drive
    Flint, MI  48505

Mailed to:

   National Archives and Records Administration
   Dr. Allen Weinstin, United States Archivist
   8601 Dellphi Road
   College Park, MD  20740

United States Bankruptcy Court
Southern District of New York
Kathleen Farrell-Willoughby
Clerk of the Court
One Bowling Green
New York, N.Y. 10004

United States District Court
Southern District of New York
J. Michael McMahon, Clerk
500 Pearl Street
New York, N.Y. 10007

Stuart Bernstein, Chief Judge
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, N.Y. 10004

Kimba Wood, Chief Judge
United States District Court
Southern District Of New York
500 Pearl Street
New York, N.Y. 10007

David M. Walker, Comptroller General
441 G. Street, N.W.
Washington, D.C. 20548

JPMorgan Chase Bank - Flint
Sheila A. Johnson
Assistant Vice President
Branch Manager
Plaza One
111 E. Court Street, Suite 100
Flint, MI 48502

Debtors at Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
(Att'n: General Counsel)

Department of the Treasury
Financial Management Service
Disbursement Management Division
ACH Payment Operations
401 14th Street, SW, Third Floor
Washington, D.C. 20227