Lafonza Earl Washington
7010 Cranwood Drive
Flint, MI  48505
Tel:  810.787.3150
Cell: 810.922.0308


September 10, 2006


**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE ) | CHAPTER 11 |
| ) | |
| DELPHI CORPORATION ET AL, ) | CASE NO. 05-44481 (RDD) |
| ) | |
| DEBTORS. ) | JOINTLY ADMINISTERED |
| ) | |

Greetings Clerk et al:

Enclosed is a copy of the document as follows:

    EVIDENCE OF TRANSFER OF CLAIM TOGETHER WITH AUTHORIZED
    AND VERIFIED ISSUE OF "DRAWER'S PAYMENT ORDER"
    PURSUANT TO U.C.C. - ARTICLE 4A - FUNDS TRANSFER
    ENACTMENT INSTRUCTED TO BE PAID BY THE MOST EXPEDI-
    TIOUS MEANS DEMANDED ON THE BENEFICIARY'S BANK OR
    RECEIVING BANK OR DRAWEE, JPMORGAN CHASE BANK AND
    PAYABLE THROUGH OR PAYABLE AT JPMORGAN CHASE-FLINT
    LOCATED AT 111 EAST COURT STREET, FLINT, MICHIGAN,
    48502, BY THE MOST EXPEDITIOUS MEANS THAT IS
    PAYABLE TO BEARER AND PAYABLE ON DEMAND AND CREDITED
    TO SENDER/BENEFICIARY/DRAWER LAFONZA EARL WASHINGTON'S
    DESIGNATED ACCOUNT ON THE EXECUTION DATE OF
    SEPTEMBER 11, 2006, AND REJECTION OF THE STATUTORILY
    PROVIDED PAYMENT IS PROHIBITED BY LAW AS WELL AS THE
    DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC. UNANIMOUS
    WRITTEN CONSENT OF THE BOARD OF DIRECTORS WITH
    "LENDERS", "ADMINISTRATIVE AGENT" JPMORGAN CHASE
    BANK, N.A. DATED OCTOBER 6, 2005, AND THE PAYMENT
    ORDER INSTRUMENT IS TO BE DISCHARGED UPON THIS DIRECT
    DEPOSIT EXECUTION ON THIS EXECUTION DATE

    *(COPY OF EXHIBIT AND PROOF OF SERVICE)


Please file and record as governed by the statutory and Constitu-
tional functions or duties of this Clerk's office.  Thank you.


                                        In Truth, Justice & Peace,

                                        *Earl Washington* (signature)
                                        Earl Washington

## TRANSFER NOTICE

Lafonza Earl Washington, Judgment/Order Creditor ("Assignor"), transfers and assigns unto the Department of the Treasury, Financial Management Service, Judgment Fund Branch/Judgment Fund Transmittal, having offices at 3700 East-West Highway, Room 6E15, Hyattsville, Maryland 20782, its successors and assigns ("Assignee"), to be reimbursed by the United States Trustees Program (Department of Justice) for the Southern District of New York, Deirdre A. Martini, Trustee and attorney, pursuant to Section 521 (3) and (4) of Title 11 of the United States Code and pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT (the "Assignment Agreement") between Assignor and Assignee, all of his right, title and interest in the and to Lafonza Earl Washington Claims No. 257, No. 264, No. 288 and No. 297 of Assignor in the aggregate amount of not less than $1,029,114,359.00, against the DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC., ET AL, (herein, the "Debtor") in the United States Bankruptcy Court for the Southern District of New York, administered as Case No. 05-44481 (RDD), as more particularly described in the Assignment Agreement and records on file in the Clerk of this Court office.

IN WITNESS WHEREOF, Assignor has signed below as of the 14th day of August, 2006.

_____
BY: Lafonza Earl Washington
    Judgment/Order Creditor

WITNESS:
SUBSCRIBED AND SWORN TO BEFORE ME ON ___8-14-_____, 2006,
                                         Date

GENESEE COUNTY, MICHIGAN.    MY COMMISSION EXPIRES ___MAY 06, 2008___.
                                                      Date

SIGNATURE: _____
NOTARY PUBLIC IN THE STATE OF MICHIGAN
MARY A LAETZ
FOR THE COUNTY OF GENESEE