# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **DELPHI AUTOMOTIVE SYSTEMS LLC**
Case No. **05-44640**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

ORE HILL HUB FUND LTD
Name of Transferee

LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
AS ASIGNEE OF ATRADIUS TRADE CREDIT INSURANCE
Name of Transferor

Name and Address where notices and payments
to transferee should be sent:

ORE HILL HUB FUND LTD
650 FIFTH AVENUE, 9TH FL
NEW YORK, NY 10019

Court Claim # (if known): 2099
Amount of Claim: **$286,377.08**
Date Claim Filed: 2/22/2006

Phone: _____
Last Four Digits of Acct#: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Jim Yenzer
Transferee/Transferee's Agent

Date: 10/31/2006

Penalty for making a false statement. Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

496772

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **DELPHI AUTOMOTIVE SYSTEMS LLC**
Case No. **05-44640**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 2099 (if known) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/31/2006.

ORE HILL HUB FUND LTD
**Name of Transferee**

LIQUIDITY SOLUTIONS INC
DBA REVENUE MANAGEMENT
AS ASIGNEE OF ATRADIUS TRADE CREDIT INSURANCE
**Name of Alleged Transferor**

Address of Transferee:
650 FIFTH AVENUE, 9TH FL
NEW YORK, NY 10019

Address of Alleged Transferor:

ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07601

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
**CLERK OF THE COURT**

496772

## TRANSFER NOTICE

Liquidity Solutions, Inc. d/b/a Revenue Management, having offices at One University Plaza, Suite 312, Hackensack, New Jersey 07601 ("Assignor"), as assignee of Atradius Trade Credit Insurance, transfers and assigns unto Ore Hill Hub Fund Ltd., with an address at 650 Fifth Avenue, 9th Floor, New York, NY 10019, its successors and assigns ("Assignee"), pursuant to the terms of that certain Assignment of Claim agreement re: Delphi Automotive Systems LLC (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to claim no. 2099 held by Assignor as assignee of Atradius Trade Credit Insurance, in the amount of $286,377.08, against the Debtor in the United States Bankruptcy Court for the Southern District of New York, administered as Case No. 05-44481, subject to the terms of the Assignment of Claim agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the _____ day of _____, 2006

| REVENUE MANAGEMENT | ORE HILL HUB FUND LTD. |
|---|---|
| | By: Ore Hill Partners LLC |
| | Its: Investment Advisor |
| _____ | _____ |
| (Signature) | (Signature) |
| | Claude H. Brum, Esq. |
| | General Counsel |
| | Ore Hill Partners LLC |
| David Fishel, President | _____ |
| (Print Name and Title) | (Print Name ~~of Witness~~) |

NYC:153563.1