# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------/

| | |
|---|---|
| In Re: | Chapter 11 |
| DELPHI CORPORATION, et al, | Case No.  05-44481 (RDD) |
| | Jointly Administered |
| Debtors. | |

------------------------------------------------------/

**ORDER OF ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, William A. Sankbeil, a member in good standing of the bar in the State of Michigan, and of the bar of the U.S. District Court for the Eastern District of Michigan, having requested admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent John Blahnik, a creditor in the above-referenced case.

**ORDERED**, that William A. Sankbeil, Esq. is admitted to practice, ***pro hac vice***, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

/s/Robert D. Drain_____
Hon. Robert D. Drain
United States Bankruptcy Judge

Dated: October 31, 2006
New York, New York

{33517\1\DT217842.DOC;1}