**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
───────────────────────────────────x

In re:

DELPHI CORP., et al.,

              Debtors.

Chapter 11

Case No. 05-44481 (RDD)
(Jointly Administered)

───────────────────────────────────x

## ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

**IT IS HEREBY ORDERED:**

That Christopher A. Andreoff is admitted to practice, *pro hac vice*, in the above referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: October 31, 2006       /s/Robert D. Drain_____
       New York, New York       United States Bankruptcy Judge

1300246.01