**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
——————————————————————x

In re:

DELPHI CORP., et al.,

                Debtors.

——————————————————————x

Chapter 11

Case No. 05-44481 (RDD)
(Jointly Administered)

## ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

      **ORDERED,** that William H. Jeffress, Jr., Esq., is admitted to practice, *pro hac vice*, in the above referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: October 31, 2006      /s/Robert D. Drain_____
       New York, New York     United States Bankruptcy Judge

1300246.01