**EXHIBIT B-2 - UNTIMELY INSUFFICIENTLY DOCUMENTED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ANGELA ROROS CUST ANASTASIA ROROS UNDER THE MD UNIFORM TRANSFERS TO MINORS ACT<br>1502 CHIVALRY CT<br>BALTIMORE, MD 21237-1635 | 16197 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 08/14/2006 | DELPHI CORPORATION (05-44481) |
| ANGELA ROROS CUST PETE ROROS UNDER THE MD UNIF TRANSFERS TO MINORS ACT<br>1502 CHIVALRY CT<br>BALTIMORE, MD 21237-1635 | 16198 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 08/14/2006 | DELPHI CORPORATION (05-44481) |
| ANGELA S ROROS AND JOHN ROROS JT TEN<br>1502 CHIVALRY CT<br>BALTIMORE, MD 21237 | 16195 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 08/14/2006 | DELPHI CORPORATION (05-44481) |
| JOHN ROROS AND ANGELA ROROS JT TEN<br>1502 CHIVALRY CT<br>BALTIMORE, MD 21237 | 16196 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 08/14/2006 | DELPHI CORPORATION (05-44481) |
| PAUL N AKEY AND LEORAL F AKEY TR PAUL N AKEY AND LEORAL F AKEY LIVING TRUST UA 012495<br>645 MOUNTROSE ST<br>LEBANON, MO 65536 | 16264 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 08/17/2006 | DELPHI CORPORATION (05-44481) |
| PAUL N AKEY AND LEORAL F AKEY TR PAUL N AKEY AND LEORAL F AKEY LIVING TRUST UA 012495<br>645 MOUNTROSE ST<br>LEBANON, MO 65536 | 16265 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 08/24/2006 | DELPHI CORPORATION (05-44481) |
| **Total:** | **6** | **$0.00** | | |