**EXHIBIT C-2 - UNTIMELY UNSUBSTANTIATED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| INOVISE MEDICAL INC<br>DOUGLAS R PAHL<br>PERKINS COLE<br>1120 NW COUCH ST 10TH FLR<br>PORTLAND, OR 97209-4128 | 16322 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$600,000.00<br>$600,000.00 | 09/18/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| KAUFFMAN ENGINEERING INC<br>ACCOUNTS PAYABLE<br>701 RANSDELL RD<br>LEBANON, IN 46052 | 16305 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 09/12/2006 | DELPHI CORPORATION (05-44481) |
| MARY CRYAN<br>12 FAIRLANE TERR<br>WINCHESTER, MA 01890-3251 | 16324 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 09/18/2006 | DELPHI CORPORATION (05-44481) |
| MATSON NAVIGATION COMPANY<br>4605 E ELWOOD ST NO 600<br>PHOENIX, AZ 85040 | 16297 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 09/11/2006 | DELPHI CORPORATION (05-44481) |
| MIDWEST MAT SALES INC<br>726 GOLDEN ARROW DR<br>PO BOX 11<br>MIAMISBURG, OH 45342-2794 | 16288 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 08/30/2006 | DELPHI CORPORATION (05-44481) |
| MURIEL OLSSON<br>2616 ALABAMA AVE S<br>SAINT LOUIS, MN 55416-1761 | 16251 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 09/05/2006 | DELPHI CORPORATION (05-44481) |
| NEOMA A BRIGHTUP<br>1844 FEDERAL SW<br>WYOMING, MI 49509-1345 | 16153 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br>$3,000.00<br><br><br>$3,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| NEOMA A BRIGHTUP<br>1844 FEDERAL SW<br>WYOMING, MI 49509-1345 | 16149 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $3,000.00<br><br><br><br>$3,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |

**EXHIBIT C-2 - UNTIMELY UNSUBSTANTIATED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| NEOMA A BRIGHTUP<br>1844 FEDERAL SW<br>WYOMING, MI 49509-1345 | 16154 | Secured: $0.00<br>Priority: $3,000.00<br>Administrative:<br>Unsecured:<br>Total: $3,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| NEOMA A BRIGHTUP<br>1844 FEDERAL SW<br>WYOMING, MI 49509-1345 | 16148 | Secured: $3,000.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $3,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| NEOMA A BRIGHTUP<br>1844 FEDERAL SW<br>WYOMING, MI 49509-1345 | 16152 | Secured: $3,000.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $3,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| NEOMA A BRIGHTUP<br>1844 FEDERAL SW<br>WYOMING, MI 49509-1345 | 16151 | Secured: $3,000.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $3,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| NEOMA A BRIGHTUP<br>1844 FEDERAL SW<br>WYOMING, MI 49509-1345 | 16150 | Secured: $3,000.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $3,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| OHIO ENVIRONMENTAL PROTECTION AGENCY HOME AVE<br>C O  VICTORIA D GARRY ASST OHIO ATT<br>411 VINE ST 1600 CAREW TOWER<br>CINCINNATI, OH 45202 | 16355 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $544.82<br>Total: $544.82 | 10/05/2006 | DELPHI CORPORATION (05-44481) |
| OHIO ENVIRONMENTAL PROTECTION AGENCY HOME AVE<br>C O  VICTORIA D GARRY ASST OHIO ATT<br>411 VINE ST 1600 CAREW TOWER<br>CINCINNATI, OH 45202 | 16354 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $6,926.77<br>Total: $6,926.77 | 10/05/2006 | DELPHI CORPORATION (05-44481) |
| OKI AMERICA INC<br>ANNA PHAN<br>785 N MARY AVE<br>SUNNYVALE, CA 94085 | 16318 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 09/14/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

**EXHIBIT C-2 - UNTIMELY UNSUBSTANTIATED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ROBERT BOSCH GMBH<br>ATTN JUDITH LOWITZ ADLER<br>C O ROBERT BOSCH CORPORATION<br>38000 HILLS TECH DR<br>FARMINGTON HILLS, MI 48331 | 16220 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$15,000,000.00<br>$15,000,000.00 | 08/16/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

**Total:** 17    **$15,628,471.59**