**EXHIBIT D CLAIMS SUBJECT TO REDUCTION**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|
| ACE HARDWARE<br>SCOTT<br>8258 COUNTY RD 13<br>FIRESTONE, CO 80504 | 3888 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 05/01/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,105.74<br>Total: $1,105.74 |
| ACTION RUBBER CO INC<br>601 FAME RD<br>WEST CARROLLTON, OH 45449 | 4126 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 05/01/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,495.50<br>Total: $3,495.50 |
| AEF ATELIERS D EMBOUTISSAGE DE FAULQUEMONT S A R L ZONE INDUSTRIELLE RUE DR DIETER HUNDT<br>WIRTSCHAFTSKANZLEI NIETZER & HAUSLER<br>ALLEE 40<br>HEILBRONN 74072<br>GERMANY | 8251 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $233,170.30<br>Total: $233,170.30 | 06/20/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $233,170.30<br>Total: $233,170.30 |
| AKSYS LTD<br>LAURENCE P BIRCH<br>TWO MARRIOTT DR<br>LINCOLNSHIRE, IL 60069 | 15143 | Secured: $2,867,337.05<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $2,867,337.05 | 07/31/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $71,780.19<br>Total: $71,780.19 |
| ALLIANCE PRECISION PLASTICS CO<br>ATTN R JOHN CLARK ESQ<br>HANCOCK & ESTABROOK LLP<br>AS ATTYS FOR ALLIANCE PRECISION PLA<br>1500 TOWER I PO BOX 4976<br>SYRACUSE, NY 13221-4976 | 11574 | Secured: $37,451.44<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $37,451.44 | 07/27/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,971.15<br>Total: $2,971.15 |
| ARC AUTOMOTIVE INC<br>C O MR TIMOTHY MURRAY<br>1729 MIDPARK RD<br>KNOXVILLE, TN 37921 | 9151 | Secured: $1,073,139.28<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $1,073,139.28 | 07/10/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,059,569.04<br>Total: $1,059,569.04 |
| ATCO INDUSTRIES INC<br>7200 15 MILE RD<br>STERLING HEIGHTS, MI 48312-452 | 5571 | Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $23,273.34<br>Total: $23,273.34 | 05/10/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $23,273.34<br>Total: $23,273.34 |
| ATLANTIC AUTOMOTIVE COMPONENTS LLC<br>ATTN MICHAEL SHARNAS<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1971 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/14/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $16,653.60<br>Total: $16,653.60 |

**EXHIBIT D CLAIMS SUBJECT TO REDUCTION**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | MODIFIED CLAIM AMOUNT | |
|---|---|---|---|---|---|---|
| AUSTRIAMICROSYSTEMS AG<br>MRS MARIA RADOVIC<br>SCHLOSS PREMSTAETTEN<br>UNTERPREMSTAELTEN A-8141<br>AUSTRIA | 8141 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 06/19/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$34,290.00<br>$34,290.00 |
| AUTOMATIC PRECISION INC<br>PETER BULAT<br>4609 NORTH RONALD ST<br>HARWOOD HEIGHTS, IL 60706-4718 | 5018 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 05/08/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$3,187.60<br>$3,187.60 |
| AUTOMODULAR ASSEMBLIES INC<br>ATTN BRIAN F MOORE ESQ<br>MCCARTER & ENGLISH LLP<br>245 PARK AVE 27TH FL<br>NEW YORK, NY 10167 | 15018 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$549,277.73<br>$549,277.73 | 07/31/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$332,223.12<br>$332,223.12 |
| AUTOTUBE LTD<br>ACCOUNTS RECEIVABLE<br>300 HIGHT ST E<br>STRATHROY, ON N7G 3W4<br>CANADA | 2117 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 02/27/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$4,381.59<br>$4,381.59 |
| BALL SYSTEMS INC<br>TOM HOUCK<br>622 S RANGE LINE RD STE 624B<br>CARMEL, IN 46032 | 10789 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$2,855.99<br>$2,855.99 | 07/25/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$2,855.99<br>$2,855.99 |
| BALL SYSTEMS INC<br>TOM HOUCK<br>622 S RANGE LINE RD STE 624B<br>CARMEL, IN 46032 | 10791 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$11,848.46<br>$11,848.46 | 07/25/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$11,848.46<br>$11,848.46 |
| BALL SYSTEMS INC<br>TOM HOUCK<br>622 S RANGE LINE RD STE 624B<br>CARMEL, IN 46032 | 10790 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,060.50<br>$1,060.50 | 07/25/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,060.50<br>$1,060.50 |
| BANK OF AMERICA N A<br>214 N TRYON<br>MAIL CODE NCI 027 1401<br>CHARLOTTE, NC 28255 | 11660 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,116,507.71<br><br><br>$10,605,213.61<br>$11,721,721.32 | 07/27/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$8,927,243.05<br>$8,927,243.05 |

**EXHIBIT D CLAIMS SUBJECT TO REDUCTION**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | MODIFIED CLAIM AMOUNT | |
|---|---|---|---|---|---|---|
| BIW ISOLIERSTOFFE GMBH<br>POSTBACH 11 15<br>58240 ENNEPETAL<br>GERMANY | 5569 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 05/10/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$4,637.48<br>$4,637.48 |
| BOREALIS COMPOUNDS LLC<br>ATTN ALEXANDER FUCHS<br>176 THOMAS RD<br>PORT MURRAY, NJ 07865 | 8457 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$817,363.60<br>$817,363.60 | 06/23/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$817,363.60<br>$817,363.60 |
| BRUKER OPTICS<br>19 FORTUNE DR<br>BILLERICA, MA 01821 | 10754 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$38,326.04<br>$38,326.04 | 07/25/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$38,326.04<br>$38,326.04 |
| CARBONE OF AMERICA<br>400 MYRTLE AVE<br>BOONTON, NJ 07005 | 952 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 12/01/2005 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$511.67<br>$511.67 |
| CARLISLE ENGINEERED PRODUCTS INC<br>STEVEN J FORD ESQ<br>CARLISLE COMPANIES INCORPORATED<br>250 S CLINTON ST STE 201<br>SYRACUSE, NY 13202 | 11910 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$4,868,870.27<br><br>$0.00<br>$4,868,870.27 | 07/28/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$4,673,816.38<br>$4,673,816.38 |
| CASCO PRODUCTS CORPORATION<br>MR JOHN SPRATTA VP GLOBAL FINANCE<br>ONE WATERVIEW DR<br>SHELTON, CT 06484-7367 | 11923 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br><br>$13,569.50<br>$13,569.50 | 07/28/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$13,569.50<br>$13,569.50 |
| CELESTICA INC AND ITS SUBSIDIARIES<br>ATTN BENJAMIN MINTZ<br>KAYE SCHOLAR LLP<br>425 PARK AVE<br>NEW YORK, NY 10022 | 12813 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,799,626.39<br>$1,799,626.39 | 07/28/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$36,370.02<br>$36,370.02 |
| CENTURY MOLD & TOOL CO<br>IRA P GOLDBERG<br>DI MONTE & LIZAK LLC<br>216 W HIGGINS RD<br>PARK RIDGE, IL 60068 | 4018 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br><br>$1,129,355.30<br>$1,129,355.30 | 05/01/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$671,124.15<br>$671,124.15 |

**EXHIBIT D CLAIMS SUBJECT TO REDUCTION**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | MODIFIED CLAIM AMOUNT | |
|---|---|---|---|---|---|---|
| CLARION CORPORATION OF AMERICA<br>661 W REDONDO BEACH BLVD<br>GARDENA, CA 90247 | 2127 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$2,115,405.67<br>$2,115,405.67 | 02/27/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,866,859.40<br>$1,866,859.40 |
| COFICAB PORTUGAL COMPANHIA DE FIOS E CABOS LDA LOTE<br>46 EN18 1 KM 2 5<br>GUARDA 06300--230<br>PORTUGAL | 6802 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br><br>$0.00 | 05/24/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$12,030.60<br>$12,030.60 |
| COHERENT INC<br>LAWRENCE SCHWAB PATRICK COSTELLO<br>BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL STE 300<br>PALO ALTO, CA 94306 | 12370 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br>$225,484.00<br><br>$0.00<br>$225,484.00 | 07/28/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$225,484.00<br>$225,484.00 |
| COMPAGNIE DEUTSCH ORLEANS<br>22 RUE DES CHAISES<br>45142 ST JEAN DE LA RUELLE CEDEX<br>FRANCE | 712 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 11/21/2005 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$9,554.69<br>$9,554.69 |
| CONSTELLATION NEWENERGY INC<br>MARIA ELLENA CHAVEZ RUARK ESQ<br>DLA PIPER RUDNICK GRAY CARY US LLP<br>6225 SMITH AVE<br>BALTIMORE, MD 21209 | 2301 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$886,412.36<br>$886,412.36 | 03/15/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$886,412.36<br>$886,412.36 |
| CYRO INDUSTRIES<br>MARIA LIMARENKO<br>100 ENTERPRISE DR<br>PO BOX 5055<br>ROCKAWAY, NJ 07866-5055 | 11948 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br><br>$592,114.60<br>$592,114.60 | 07/28/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$592,114.60<br>$592,114.60 |
| D & S MACHINE PRODUCTS INC<br>C O MICHAEL G CRUSE<br>WARNER NORCROSS & JUDD LLP<br>2000 TOWN CENTER STE 2700<br>SOUTHFIELD, MI 48075 | 12153 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$187,779.14<br>$187,779.14 | 07/28/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$187,779.14<br>$187,779.14 |
| DONALDSON COMPANY INC<br>1400 W 94TH ST<br>BLOOMINGTON, MN 55431-2301 | 10490 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br>$561,223.87<br>$561,223.87 | 07/24/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$538,577.55<br>$538,577.55 |

**EXHIBIT D CLAIMS SUBJECT TO REDUCTION**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|
| DYNACAST DEUTSCHLAND GMBH & CO KG<br>C O JASON W HARBOUR ESQ<br>HUNTON & WILLIAMS LLC<br>RIVERFRONT PLZ EAST TOWER<br>951 E BYRD ST<br>RICHMOND, VA 23219 | 8374 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 06/22/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,302.72<br>Total: $1,302.72 |
| DYNACAST OESTERREICH GMBH<br>C O JASON W HARBOUR ESQ<br>HUNTON & WILLIAMS LLC<br>RIVERFRONT PLZ EAST TOWER<br>951 E BYRD ST<br>RICHMOND, VA 23219 | 8377 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 06/22/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,517.66<br>Total: $2,517.66 |
| EDS DE MEXICO SA DE CV<br>C O ELECTRONIC DATA SYSTEMS CORPORA<br>ATTN AYALA HASSELL ESQ<br>5400 LEGACY DR<br>MAIL STOP H3 3A 05<br>PLANO, TX 75024 | 12682 | Secured:<br>Priority: $2,061,011.00<br>Administrative:<br>Unsecured: $518,330.54<br>Total: $2,579,341.54 | 07/28/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $172,392.41<br>Total: $172,392.41 |
| EDS INFORMATION SERVICES LLC<br>C O ELECTRONIC DATA SYSTEMS CORPORA<br>ATTN AYALA HASSELL ESQ<br>5400 LEGACY DR<br>MAIL STOP H3 3A 05<br>PLANO, TX 75024 | 12681 | Secured:<br>Priority: $2,061,011.00<br>Administrative:<br>Unsecured: $16,691,418.68<br>Total: $18,752,429.68 | 07/28/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $11,176,646.96<br>Total: $11,176,646.96 |
| ELECTRONIC DATA SYSTEMS CORPORATION<br>AYALA HASSELL<br>5400 LEGACY DR<br>MAIL STOP H3 3A 05<br>PLANO, TX 75024 | 12678 | Secured:<br>Priority: $2,061,011.00<br>Administrative:<br>Unsecured: $16,691,418.68<br>Total: $18,752,429.68 | 07/28/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $11,176,646.96<br>Total: $11,176,646.96 |
| EMG EIFELWERK HEINRICH STEIN MONTAGE GMBH<br>RAIFFESISENSTRASSE 5<br>UTTFELD 54619<br>GERMANY | 657 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 11/17/2005 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $4,150.00<br>Total: $4,150.00 |
| ENGINEERED LUBRICANTS CO<br>11525 ROCK ISLAND CT<br>MARYLAND HEIGHTS, MO 63043-3597 | 7896 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 06/13/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,888.00<br>Total: $1,888.00 |
| ESMERK<br>23 RUE D HAUTEVILLE BP 160<br>75463 PARIS CEDEX 10<br>FRANCE | 6783 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 05/24/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $7,337.36<br>Total: $7,337.36 |

**EXHIBIT D CLAIMS SUBJECT TO REDUCTION**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|
| FORMALL INC<br>3908 FOUNTAIN VALLEY LN<br>KNOXVILLE, TN 37918 | 2775 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $178,382.68<br>Total: $178,382.68 | 04/26/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $178,382.68<br>Total: $178,382.68 |
| FRONTIER COMPOSITES & CASTINGS<br>115 CUSHMAN RD<br>UNIT 8<br>ST CATHARINES, ON L2M 6S9<br>CANADA | 3733 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 05/01/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,553.22<br>Total: $2,553.22 |
| G CLANCEY LIMITED BELLE VALE HALESOWEN<br>SALTBROOK ROAD<br>WEST MIDLANDS ENGLAND B63 2QU<br>UNITED KINGDOM | 2991 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 04/27/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $55,522.60<br>Total: $55,522.60 |
| GENERAL CHEMICAL PERFORMANCE PRODUCTS LLC<br>ATTN JAMES IMBRIACO<br>C O GENTEK INC<br>90 E HALSEY RD<br>PARSIPPANY, NJ 07054 | 11705 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $55,250.85<br>Total: $55,250.85 | 07/27/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $55,250.85<br>Total: $55,250.85 |
| GENERAL ELECTRIC CAPITAL CORP INC<br>ATTN ELENA LAZAROU<br>C O REED SMITH LLP<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022 | 3064 | Secured:<br>Priority: $389,875.04<br>Administrative:<br>Unsecured: $0.00<br>Total: $389,875.04 | 04/28/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $19,590.00<br>Total: $19,590.00 |
| GREELEY CONTAINMENT & REWORK INC<br>200 BASELINE RD E<br>BOWMANVILLE, ON L1C 1A2<br>CANADA | 11251 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 07/27/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $31,625.46<br>Total: $31,625.46 |
| GREELEY CONTAINMENT & REWORK INC<br>200 BASELINE RD E<br>BOWMANVILLE, ON L1C 1A2<br>CANADA | 11249 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 07/27/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $31,625.46<br>Total: $31,625.46 |
| GREINER PERFOAM GMBH GERMANY<br>ROBERT BOSCH STR 13<br>WANGEN 73117<br>GERMANY | 1694 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 01/30/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $5,451.99<br>Total: $5,451.99 |

**EXHIBIT D CLAIMS SUBJECT TO REDUCTION**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | MODIFIED CLAIM AMOUNT | |
|---|---|---|---|---|---|---|
| GRUNER AG<br>BURLESTRASSE 15 17<br>WEHINGEN 78564<br>GERMANY | 831 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 11/23/2005 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$2,064.54<br>$2,064.54 |
| HELLA INNENLEUCHTEN SYSTEME GMBH<br>MRS MELANIE RENNER<br>MAIENBUHLSTRASSE 7<br>WEMBACH 79677<br>GERMANY | 1739 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$12,893.76<br>$12,893.76 | 01/31/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$12,893.76<br>$12,893.76 |
| HERAEUS INC CIRCUIT MATERIALS DIVISION AKA HERAEUS CERMALLOY INC AND HERAEUS INC CERMALLOY DIVISION<br>C O JASON J DEJONKER ESQ<br>MCDERMOTT WILL & EMERY LLP<br>227 W MONROE ST<br>CHICAGO, IL 60606-5096 | 10394 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $594,923.93<br><br><br><br>$594,923.93 | 07/24/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$365,810.93<br>$365,810.93 |
| HERAEUS METAL PROCESSING INC<br>C/O JASON J DEJONKER ESQ<br>MCDERMOTT WILL & EMERY LLP<br>227 W MONROE ST<br>CHICAGO, IL 60606-5096 | 10123 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $322,860.53<br><br><br><br>$322,860.53 | 07/21/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$303,079.69<br>$303,079.69 |
| HIRSCHMANN CAR COMMUNICATIONS GMBH<br>DAVID A ROSENZWEIG ESQ<br>FULBRIGHT & JAWORSKI LLP<br>666 FIFTH AVE<br>NEW YORK, NY 10103 | 14313 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$263,963.41<br>$263,963.41 | 07/31/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$263,963.41<br>$263,963.41 |
| HUBERT STUEKEN GMBH & CO KG<br>STANLEY H MCGUFFIN ESQ<br>HAYNSWORTH SINKLER BOYD PA<br>PO BOX 11889<br>COLUMBIA, SC 29211 | 10375 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 07/24/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$774,931.06<br>$774,931.06 |
| HUF PORTUGUESA LDA<br>ZIM APARTADO 89<br>TONDELAN 3460-070<br>PORTUGAL | 1565 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 01/17/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$47,879.16<br>$47,879.16 |
| IBEROFON PLASTICOS SL<br>POL IND MIRALCAMPO C<br>ALUMINIO 4<br>19200 AZUQUECA DE HENARES<br>GUADALAJARA<br>SPAIN | 1177 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 12/15/2005 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$6,764.69<br>$6,764.69 |

**EXHIBIT D CLAIMS SUBJECT TO REDUCTION**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|
| IER INDUSTRIES INC<br>SUE NEAL ACCOUNTING SYSTEMS COORDIN<br>8271 BAVARIA RD E<br>MACEDONIA, OH 44056 | 12166 | Secured: $140,413.63<br>Priority: $37,316.37<br>Administrative:<br>Unsecured: $0.00<br>Total: $177,730.00 | 07/28/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $174,339.13<br>Total: $174,339.13 |
| INBIS LIMITED<br>CONTACT JERRY JONES<br>CLUB ST BAMBER BRIDGE<br>PRESTON PR5 6FN<br>UNITED KINGDOM | 11294 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $18,037.76<br>Total: $18,037.76 | 07/27/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $9,193.12<br>Total: $9,193.12 |
| INDUSTRIAL GAS ENGINEERING CO INC<br>100 130 E QUINCY ST<br>WESTMONT, IL 60559-0316 | 3949 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 05/01/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $6,682.68<br>Total: $6,682.68 |
| INSTITUTE OF CONFIGURATION EFT MANAGEMENT<br>11811 N TATUM BLVD STE P135<br>PHOENIX, AZ 85028-1651 | 3571 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 05/01/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $124,873.10<br>Total: $124,873.10 |
| K&K JANITORIAL SERVICE INC<br>10 BROUGHTON ST<br>TONAWANDA, NY 14150 | 3181 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 04/28/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,990.00<br>Total: $2,990.00 |
| KOPPY CORP<br>199 KAY INDUSTRIAL DR<br>ORION, MI 48359-1833 | 16145 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 08/09/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $11,070.00<br>Total: $11,070.00 |
| KYOCERA INDUSTRIAL CERAMICS CORP<br>C O LOEB & LOEB LLP<br>345 PARK AVE 18TH FL<br>NEW YORK, NY 10154 | 12530 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $312,610.00<br>Total: $312,610.00 | 07/28/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $54,405.00<br>Total: $54,405.00 |
| LATHROP GAGE<br>2345 GRAND BLVD<br>KANSAS CITY, MO 64108-2612 | 1484 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 01/09/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,892.37<br>Total: $1,892.37 |

05-44481-rdd    Doc 5452-6    Filed 10/31/06    Entered 10/31/06 17:05:15    Exhibit D

In re Delphi Corporation, et al.    Pg 9 of 16    Third Omnibus Claims Objection

**EXHIBIT D CLAIMS SUBJECT TO REDUCTION**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|
| LATHROP GAGE<br>2345 GRAND BLVD<br>KANSAS CITY, MO 64108-2612 | 1482 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 01/09/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,892.37<br>Total: $1,892.37 |
| LE JOINT FRANCAIS<br>CA SCE CONTENTIEUX<br>17 RUE ANDRE BUILLE BP700<br>CHATTELLERAULT CEDEX 86107<br>FRANCE | 1178 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 12/16/2005 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $116,317.23<br>Total: $116,317.23 |
| MATERIAL DELIVERY SERVICE INC<br>887 BOLGER CT<br>FENTON, MO 63026 | 11236 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 07/26/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $9,570.00<br>Total: $9,570.00 |
| MCCARTHYS FIRE EMERGENCY SUPPL<br>60 FAIRHAVEN<br>ROCHESTER, NY 14610 | 5318 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 05/08/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $116.00<br>Total: $116.00 |
| MCDERMOTT WILL & EMERY LLP<br>C O JASON J DEJONKER ESQ<br>227 W MONROE ST<br>CHICAGO, IL 60606-5096 | 10275 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $16,422.80<br>Total: $16,422.80 | 07/24/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $16,422.80<br>Total: $16,422.80 |
| METALBAGES SA<br>CO LES ARENES 1<br>POL IND STA ANNA II<br>SANTPEDOR<br>BARCELONA 08251<br>SPAIN | 1460 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 01/06/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $22,262.96<br>Total: $22,262.96 |
| MICROSYS TECHNOLOGIES INC<br>3710 NASHUA DRIVE UNIT 1<br>MISSISSAUGA, ON L4V 1M5<br>CANADA | 2053 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 02/17/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $9,044.19<br>Total: $9,044.19 |
| MIRSA MANUFACTURING LLC<br>501 N BRIDGE ST STE 148<br>HIDALGO, TX 78557-2530 | 2577 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 04/06/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $84,941.30<br>Total: $84,941.30 |

**EXHIBIT D CLAIMS SUBJECT TO REDUCTION**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | MODIFIED CLAIM AMOUNT | |
|---|---|---|---|---|---|---|
| MORAINE MAINTENANCE CO INC<br>2611 NORDIC RD<br>DAYTON, OH 45414 | 447 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$22,109.84<br>$22,109.84 | 11/08/2005 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$19,910.28<br>$19,910.28 |
| MOTOROLA INC<br>PETER A CLARK<br>MCDERMOTT WILL & EMERY LLP<br>227 W MONROE ST<br>CHICAGO, IL 60606 | 8393 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $19,360.00<br><br><br>$0.00<br>$19,360.00 | 06/22/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$19,360.00<br>$19,360.00 |
| MOTOROLA INC<br>PETER A CLARK<br>MCDERMOTT WILL & EMERY LLP<br>227 W MONROE ST<br>CHICAGO, IL 60606 | 8392 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $75,900.00<br><br><br><br>$75,900.00 | 06/22/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$49,343.96<br>$49,343.96 |
| MULTEK FLEXIBLE CIRCUITS INC ET AL<br>C O STEVEN J REISMAN ESQ<br>CURTIS MALLET PREVOST COLT & MOSLE<br>101 PARK AVE<br>NEW YORK, NY 10178-0061 | 13815 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$28,136.03<br><br>$195,706.98<br>$223,843.01 | 07/31/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$170,763.54<br>$170,763.54 |
| MULTEK FLEXIBLE CIRCUITS INC ET AL<br>C O STEVEN J REISMAN ESQ<br>CURTIS MALLET PREVOST COLT & MOSLE<br>101 PARK AVE<br>NEW YORK, NY 10178-061 | 13816 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$28,136.03<br><br>$195,706.98<br>$223,843.01 | 07/31/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$170,763.54<br>$170,763.54 |
| MUNICIPAL EMERGENCY SERVICES I NC<br>DEPT CH 14075 401 PEORIA ST<br>FRMLY GLOBAL FIRE EQUIPMENT<br>PALATINE, IL 60055-4075 | 10209 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 07/21/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$8,629.90<br>$8,629.90 |
| NOMA COMPANY<br>ATTN JAMES IMBRIACO<br>C O GENTEK INC<br>90 EAST HALSEY RD<br>PARSIPPANNY, NJ 07054 | 15019 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$491,625.00<br>$491,625.00 | 07/31/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$491,625.00<br>$491,625.00 |
| NOVA PACKAGING GROUPRP<br>NOVA PAK<br>2409 W 2ND ST<br>MARION, IN 46952 | 7136 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 05/30/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,251.23<br>$1,251.23 |

**EXHIBIT D CLAIMS SUBJECT TO REDUCTION**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|
| OKI AMERICA INC<br>ANNA PHAN<br>785 N MARY AVE<br>SUNNYVALE, CA 94085 | 13794 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 07/31/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $5,760.00<br>Total: $5,760.00 |
| ON SEMICONDUCTOR COMPONENTS INDUSTRIES LLC<br>QUARLES & BRADY STREICH LANG LLP<br>ONE RENAISSANCE SQUARE<br>TWO N CENTRAL AVE<br>PHOENIX, AZ 85004-2391 | 11566 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $5,764,040.00<br>Total: $5,764,040.00 | 07/27/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $5,744,948.35<br>Total: $5,744,948.35 |
| ORTECH YUHSHIN USA LTD<br>2806 N INDUSTRIAL RD<br>KIRKSVILLE, MO 63501 | 16352 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 10/05/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $771,893.38<br>Total: $771,893.38 |
| PANASONIC AUTOMOTIVE SYSTEMS COMPANY OF AMERICA DIVISION OF PANASONIC COMPANY OF NORTH AMERICA<br>ATTN LAURENCE ROACH ESQ<br>776 HWY 74 S<br>PEACHTREE CITY, GA 30269 | 14318 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured: $9,078,756.03<br>Total: $9,078,756.03 | 07/31/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $8,895,690.38<br>Total: $8,895,690.38 |
| PD GEORGE CO<br>JENNIFER M MEYEROWITZ ESQ<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424 | 10126 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $405,670.69<br>Total: $405,670.69 | 07/21/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $254,439.85<br>Total: $254,439.85 |
| POPPELMANN KUNSTSTOFF TECHNIK GMBH & CO KG<br>DIETER KALVELAGE<br>BAKUMER STR 73<br>LOHNE D-49393<br>GERMANY | 2446 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 03/20/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $4,649.46<br>Total: $4,649.46 |
| PRINCE MANUFACTURING OXFORD EF<br>PO BOX 2519<br>HOLLAND, MI 49422-2519 | 11287 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $66,118.80<br>Total: $66,118.80 | 07/27/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1.00<br>Total: $1.00 |
| QUALITY SEALS INC<br>C O PAUL A PATTERSON ESQ<br>STRADLEY RONON STEVENS & YOUNG LLP<br>2600 ONE COMMERCE SQ<br>PHILADELPHIA, PA 19103 | 12397 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $4,140.00<br>Total: $4,140.00 | 07/28/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $4,140.00<br>Total: $4,140.00 |

**EXHIBIT D CLAIMS SUBJECT TO REDUCTION**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | MODIFIED CLAIM AMOUNT | |
|---|---|---|---|---|---|---|
| RALCO INDUSTRIES INC<br>MR PAUL DELONG<br>2720 AUBURN CT<br>AUBURN HILLS, MI 48326 | 8525 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br><br>Total: | $0.00<br><br>$163,499.09<br>$163,499.09 | 06/26/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br><br>Total: | $96,091.36<br>$96,091.36 |
| RECTICEL INTERIORS NORTH AMERICA LLC FKA RECTICEL NORTH AMERICA INC<br>C O JASON J DEJONKER ESQ<br>MCDERMOTT WILL & EMERY LLP<br>227 W MONROE ST<br>CHICAGO, IL 60606-5096 | 11027 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br><br>Total: | $744,823.79<br><br><br>$744,823.79 | 07/26/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br><br>Total: | $744,823.79<br>$744,823.79 |
| RECTICEL INTERIORS NORTH AMERICA LLC FKA RECTICEL NORTH AMERICA INC<br>C O JASON J DEJONKER ESQ<br>MCDERMOTT WILL & EMERY LLP<br>227 W MONROE ST<br>CHICAGO, IL 60606-5096 | 11026 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br><br>Total: | <br><br><br>$1,605,444.08<br>$1,605,444.08 | 07/26/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br><br>Total: | $1,605,444.08<br>$1,605,444.08 |
| RELATIONAL FUNDING CORPORATION<br>3701 ALGONQUIN RD<br>STE 600<br>ROLLING MEADOWS, IL 60008 | 15210 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br><br>Total: | <br><br><br>$142,585.89<br>$142,585.89 | 07/31/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br><br>Total: | $26,769.62<br>$26,769.62 |
| RELATIONAL FUNDING CORPORATION<br>3701 ALGONQUIN RD<br>STE 600<br>ROLLING MEADOWS, IL 60008 | 16347 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br><br>Total: | <br><br><br>$142,585.89<br>$142,585.89 | 10/02/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br><br>Total: | $26,769.62<br>$26,769.62 |
| ROBERT BOSCH CORPORATION<br>ATTN JUDITH LOWITZ ADLER<br>38000 HILLS TECH DR<br>FARMINGTON HILLS, MI 48331 | 13620 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br><br>Total: | $1,333,984.29<br><br><br><br>$1,333,984.29 | 07/31/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br><br>Total: | $1,333,984.29<br>$1,333,984.29 |
| ROCHESTER DISTRIBUTION UNLTD INC<br>PO BOX 60557<br>ROCHESTER, NY 14606 | 6141 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br><br>Total: | <br><br><br>$0.00<br>$0.00 | 05/17/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br><br>Total: | $14,930.78<br>$14,930.78 |
| RUSSELL REYNOLDS ASSOCIATES INC<br>CHARLES E BOULBOL PC<br>26 BROADWAY 17TH FL<br>NEW YORK, NY 10004 | 11812 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br><br>Total: | <br><br><br>$0.00<br>$0.00 | 07/28/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br><br>Total: | $98,607.73<br>$98,607.73 |

**EXHIBIT D CLAIMS SUBJECT TO REDUCTION**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|
| SANDERS LEAD CO INC<br>SANDERS RD<br>TROY, AL 36081 | 12615 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 07/28/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $584,454.79<br>Total: $584,454.79 |
| SCHULTE & CO GMBH<br>AN DER ISERKUHLE 26 31<br>HEMER 58675<br>GERMANY | 772 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 11/22/2005 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $170,463.49<br>Total: $170,463.49 |
| SCIENTIFIC TUBE INC<br>IRA P GOLDBERG<br>DI MONTE & LIZAK LLC<br>216 W HIGGINS RD<br>PARK RIDGE, IL 60068 | 4409 | Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $156,672.05<br>Total: $156,672.05 | 05/02/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $156,672.05<br>Total: $156,672.05 |
| SEAHORSE TRANSPORT INC<br>PO BOX 3767<br>BROWNSVILLE, TX 78523 | 32 | Secured:<br>Priority: $200,000.00<br>Administrative:<br>Unsecured:<br>Total: $200,000.00 | 10/17/2005 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $20,600.68<br>Total: $20,600.68 |
| SELECOM S R L<br>VIA JF KENNEDY 47<br>20090 RODANO MILLEPINI MI<br>ITALY | 7122 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 05/30/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $227.69<br>Total: $227.69 |
| SGS CANADA INC<br>PO BOX 4580 DEPT 5<br>TORONTO M5W 4W2<br>CANADA | 3783 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 05/01/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $30,026.83<br>Total: $30,026.83 |
| SKF DE MEXICO S A DE C V<br>HENRY JAFFE ESQ<br>PEPPER HAMILTON LLP<br>HERCULES PLZ STE 5100<br>1313 MARKET ST<br>WILMINGTON, DE 19899 | 11275 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $8,007.33<br>Total: $8,007.33 | 07/27/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $7,341.74<br>Total: $7,341.74 |
| SKF USA INC<br>HENRY JAFFE ESQUIRE<br>PEPPER HAMILTON LLP<br>HERCULES PLZ STE 5100<br>1313 MARKET ST<br>WILMINGTON, DE 19899 | 11247 | Secured:<br>Priority: $85,147.54<br>Administrative:<br>Unsecured: $556,685.09<br>Total: $641,832.63 | 07/27/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $266,219.76<br>Total: $266,219.76 |

**EXHIBIT D CLAIMS SUBJECT TO REDUCTION**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | MODIFIED CLAIM AMOUNT | |
|---|---|---|---|---|---|---|
| SOLECTRON CORPORATION SOLECTRON MANUFACTURA DE MEXICO SA AND VARIOUS OF THEIR AFFILIATES AND SUBSIDIARIES LAWRENCE SCHWAB PATRICK COSTELLO BIALSON BERGEN & SCHWAB 2600 EL CAMINO REAL STE 300 PALO ALTO, CA 94306 | 10914 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 $10,382,335.46 $10,382,335.46 | 07/26/2006 | Secured: Priority: Administrative: Unsecured: Total: | $7,408,798.08 $7,408,798.08 |
| SORALUCE HNOS SA POLIGONO INDUSTRIAL SECTOR C APARTADO 30 AZKOITIA 20720 SPAIN | 3976 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 05/01/2006 | Secured: Priority: Administrative: Unsecured: Total: | $506.53 $506.53 |
| SPCP GROUP LLC AS ASSIGNEE OF INTERMET CORPORATION BRIAN JARMAIN SILVER POINT CAPITAL TWO GREENWICH PLZ 1ST FL GREENWICH, CT 06830 | 14489 | Secured: Priority: Administrative: Unsecured: Total: | $3,750,708.82 $3,750,708.82 | 07/31/2006 | Secured: Priority: Administrative: Unsecured: Total: | $3,750,708.82 $3,750,708.82 |
| SPCP GROUP LLC AS ASSIGNEE OF TEXTRON FASTENING SYSTEMS CANADA LTD ATTN BRIAN JARMAIN TWO GREENWICH PLZ 1ST FL GREENWICH, CT 06830 | 14145 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/31/2006 | Secured: Priority: Administrative: Unsecured: Total: | $2,862.48 $2,862.48 |
| SPCP GROUP LLC AS ASSIGNEE OF TEXTRON FASTENING SYSTEMS CANADA LTD ATTN BRIAN JARMAIN TWO GREENWICH PLZ 1ST FL GREENWICH, CT 06830 | 14144 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/31/2006 | Secured: Priority: Administrative: Unsecured: Total: | $2,862.48 $2,862.48 |
| SUPERIOR LTD PO BOX 37 PESHTIGO, WI 54157 | 6378 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 05/19/2006 | Secured: Priority: Administrative: Unsecured: Total: | $61,552.00 $61,552.00 |
| TADIRAN BATTERIES ATTN SOL JACOBS 2 SEAVIEW BL PORT WASHINGTON, NY 11050 | 10439 | Secured: Priority: Administrative: Unsecured: Total: | $11,524.40 $65,375.60 $76,900.00 | 07/24/2006 | Secured: Priority: Administrative: Unsecured: Total: | $76,900.00 $76,900.00 |
| TELEFLEX INCORPORATED DBA TELEFLEX MORSE 155 SOUTH LIMERICK RD LIMERICK, PA 19468-1699 | 1703 | Secured: Priority: Administrative: Unsecured: Total: | $27,431.68 $32,530.56 $59,962.24 | 01/30/2006 | Secured: Priority: Administrative: Unsecured: Total: | $9,604.54 $9,604.54 |

**EXHIBIT D CLAIMS SUBJECT TO REDUCTION**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|
| TESA AG<br>KAREN A OSTAD ESQ<br>JAMES J DECRISTOFARO ESQ<br>LOVELLS<br>590 MADISON AVE<br>NEW YORK, NY 10022 | 11681 | Secured: $151,257.61<br>Priority: $0.00<br>Administrative:<br>Unsecured: $2,075,890.16<br>Total: $2,227,147.77 | 07/27/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,627,313.94<br>Total: $1,627,313.94 |
| TEXTRON FASTENING SYSTEMS CANADA LTD<br>ATTN TRACY L KLESTADT ESQ<br>KLESTADT & WINTERS LLP<br>292 MADISON AVE 17TH FL<br>NEW YORK, NY 10017-6314 | 10766 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 07/25/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,862.48<br>Total: $2,862.48 |
| THE CHERRY CORPORATION<br>C O JASON J DEJONKER ESQ<br>MCDERMOTT WILL & EMERY LLP<br>227 W MONROE ST<br>CHICAGO, IL 60606-5096 | 10180 | Secured: $1,670,436.79<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $1,670,436.79 | 07/21/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,289,899.82<br>Total: $1,289,899.82 |
| THYSSENKRUPP ELEVATOR<br>1500 S SUNKIST ST STE B<br>ANAHEIM, CA 92806 | 5646 | Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $1,834.60<br>Total: $1,834.60 | 05/11/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $69.63<br>Total: $69.63 |
| THYSSENKRUPP SOFEDIT<br>1 RUE THOMAS EDISON BP 605<br>QUARTIER DES CHENES<br>SAINT QUENTIN EN YVELINES 78056<br>FRANCE | 1064 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 12/08/2005 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $6,757.46<br>Total: $6,757.46 |
| TI GROUP AUTOMOTIVE SYSTEMS LLC<br>TIMOTHY GUERRIERO ESQ<br>GENERAL COUNSEL & COMPANY SECRETARY<br>TI AUTOMOTIVE<br>12345 E NINE MILE RD<br>WARREN, MI 48089-2614 | 11743 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,777,501.48<br>Total: $1,777,501.48 | 07/27/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,777,501.48<br>Total: $1,777,501.48 |
| TI GROUP AUTOMOTIVE SYSTEMS LLC<br>TIMOTHY GUERRIERO ESQ<br>GENERAL COUNSEL & COMPANY SECRETARY<br>TI AUTOMOTIVE<br>12345 E NINE MILE RD<br>WARREN, MI 48089-2614 | 11721 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,777,501.48<br>Total: $1,777,501.48 | 07/27/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $376,756.60<br>Total: $376,756.60 |
| TRAVERS<br>MARY<br>118 SPARTANGREEN BLVD.<br>DUNCAN, SC 29334-0338 | 4648 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 05/04/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $209.74<br>Total: $209.74 |

**EXHIBIT D CLAIMS SUBJECT TO REDUCTION**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | MODIFIED CLAIM AMOUNT | |
|---|---|---|---|---|---|---|
| ULTRATECH INC<br>ATTN DOUG GIPS<br>3050 ZANKER RD<br>SAN JOSE, CA 95134 | 12216 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$482,289.98<br>$482,289.98 | 07/28/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$406,427.64<br>$406,427.64 |
| UMICORE AUTOCAT CANADA CORP<br>4261 MAINWAY DR<br>BURLINGTON, ON L7R 3Y8<br>CANADA | 12924 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br>$10,671,101.82<br>$10,671,101.82 | 07/28/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$10,340,843.74<br>$10,340,843.74 |
| UNIVERSAL TOOL & ENGINEERING CO INC<br>MICHAEL K MCCRORY<br>BARNES & THORNBURG LLP<br>11 S MERIDIAN ST<br>INDIANAPOLIS, IN 46204 | 11114 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$120,077.19<br>$120,077.19 | 07/26/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$76,511.87<br>$76,511.87 |
| UNIVERSAL TOOL AND ENGINEERING COMPANY INC<br>MICHAEL K MCCRORY<br>BARNES & THORNBURG LLP<br>11 S MERIDIAN ST<br>INDIANAPOLIS, IN 46204 | 2175 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,525,236.87<br>$1,525,236.87 | 03/03/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$76,511.87<br>$76,511.87 |
| US TIMKEN CO<br>ATTN ROBERT MORRIS<br>1835 DUEBER AVE<br>PO BOX 6927<br>CANTON, OH 44706-0927 | 14319 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $551,667.27<br><br>$1,803,986.64<br>$2,883,781.07<br>$5,239,434.98 | 07/31/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$2,023,884.69<br>$2,023,884.69 |
| WIND RIVER SYSTEMS INC<br>500 WIND RIVER WAY<br>ALAMEDA, CA 94501 | 15617 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$116,802.74<br>$116,802.74 | 07/31/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$116,802.74<br>$116,802.74 |
| WL GORE & ASSOCIATES GMBH<br>ATTN PATRICIA LEMOINE<br>WL GORE & ASSOCIATES INC<br>551 PAPER MILL RD<br>NEWARK, DE 19711 | 11288 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 07/27/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$11,110.68<br>$11,110.68 |
| **Total:** | **127** | **$133,577,931.45** | | | **$97,893,781.65** | |