

**Akerman Senterfitt**
ATTORNEYS AT LAW

Fort Lauderdale
Jacksonville
Los Angeles
Madison
Miami
New York
Orlando
Tallahassee
Tampa
Tysons Corner
Washington, DC
West Palm Beach

Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, Florida 33301-2229

www.akerman.com

954 463 2700 *tel*    954 463 2224 *fax*

October 18, 2006

**VIA U.S. MAIL**

Kathleen Farrell-Willoughby
Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

    Re:    **Case No. 05-44640 Delphi Automotive Systems LLC: Change of Address for Itautec America Inc.**

Dear Ms. Farrell-Willoughby:

Please change the address for creditor Itautec America Inc. ("Itautec") from 7200 Corporate Ctr. Dr., 114, Miami, Florida 33126 to 1935 NW 87th Avenue, Doral, Florida 33172. It is important that Itautec's address is changed on both its proof of claim (No. 10811) and the debtor's matrix. Attached is a copy of the proof of claim that Itautec filed on July 25, 2006, for a total claim amount of $233,753.69.

Please note that Akerman Senterfitt is not making an appearance in this case and does not wish to receive copies of any notices or pleadings. Also, a request for change of address was sent to Elizabeth N. Adam at Kurtzman Carson Consultants LLC.

If you have any questions please do not hesitate to contact me.



{FT348129;1}

Kathleen Farrell-Willoughby
October 18, 2006
Page 2

---

Sincerely,

**AKERMAN SENTERFITT**

Tarek K. Kiem
For the Firm

Enclosures

cc:   Mr. Eduardo Archer de Castilho *(via e-mail)*

{FT348108;1}

B10 (Official Form 10) (4/98)

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | | **PROOF OF CLAIM** |
|---|---|---|
| Name of Debtor: Delphi Automotive Systems LLC | Case Number: 05-44640 | THIS SPACE IS FOR COURT USE ONLY |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or entity to whom the debtor owes money or property): Itautec America, Inc. | ~ Check box if you are aware that anyone has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
|---|---|
| Name and Addresses Where Notices Should be Sent: Itautec America, Inc. Attn: Eduardo Archer de Castilho, General Manager 7200 Corporate Ctr. Dr., 114 Miami, FL 33126 (305) 594-2235 | ~ Check box if you have never received any notices from the bankruptcy court in this case. ~ Check box if the address differs from the address on the envelope sent to you by the court. |
| Account or other number by which creditor identifies debtor: | Check here ~ replaces if this claim ~ amends a previously filed claim, dated: _____ |

**1. Basis for Claim**
X Goods Sold
~ Services performed
~ Money loaned
~ Personal injury/wrongful death
~ Taxes
X Other - Cancellation claims

~ Retiree benefits as defined in 11 U.S.C. § 1114(a)
~ Wages, salaries, and compensation (fill out below)
Your SS #:_____

Unpaid compensation for services performed
from _____ to _____
(date)         (date)

**2. Date debt was incurred:** See Exhibit A attached

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $233,753.69
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
~ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
X Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
~ Real Estate    Motor Vehicles
~ Other _____
Value of Collateral: $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Priority Claim.**
~ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
~ Wages, salaries, or commissions (up to $4,300)*, earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - U.S.C. § 507(a)(3)
~ Contributions to an employee benefit plan - U.S.C. § 507(a)(4)
~ Up to $1,950* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6)
~ Alimony, maintenance, or support owed to a spouse, former spouse, or child 11 U.S.C. § 507(a)(7)
~ Taxes or penalties of governmental units - 11 U.S.C. § 507(a)(8)
~ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) (___)
*Amounts are subject to adjustment on 4/1/01 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**7. Credits:** The amounts of all payments on this claim has been credited and deducted for making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If documents are not available, explain. If the documents are voluminous, attach a summary.* See Exhibit "A" attached hereto.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

RECEIVED
2 4 2006
CLAIMS PROCESSING CENTER
USBC, SDNY    1

Date: 07/21/06
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
/s/ Eduardo Archer de Castilho, General Manager

Penalty for presenting fraudulent claims: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## EXHIBIT A
### (Itautec America, Inc. Proof Of Claim)*

Account Receivables (8/1/05-10/7/05)         $118,136.73
as reflected on Debtor's
Schedule F.

Cancellation Claims per
Debtor's attached Purchase                    115,616.96
Orders.

**TOTAL CLAIM:**                              **$233,753.69**

*Itautec America, Inc., files this proof of claim as assignee (not for security purposes) of Itautec S.A. Grupo Itautec and Adiboard S.A.

{FT331440;1}

# DELPHI

_____ Delphi Electronics and Safety

Page 1 of 3

**Buyer:**
Delphi Automotive Systems LLC
Delphi Electronics & Safety Div
P.O. Box 9005
KOKOMO IN 46904-9005

**Deliver to:**
DELPHI DELCO ELECTRONICS CORP
ATTN: MANUAL RECEIPTS MS-CTA229
No physical shipment
KOKOMO IN

ITAUTEC S/A- GRUPO ITAUTEC
C/O TECHNOLOGY MARKETING CORP
1526 E GREYHOUND PASS
CARMEL IN 46032

**Purchase Order**

| PO Number | Date Issued |
|---|---|
| 450201847 | 13-Jan-2006 |
| Version | |
| 17-Jul-2006 09:56:22 | |

Delivery date: 15-JAN-2006

Vendor No: 1016377
DUNS No: 000216655

**Payment Terms:** ZMN2       **Currency:** USD
Payment settled on 2nd, 2nd Month

**Incoterms:** FOB: Freight Collect

| Item No. | Material No/Item Identifier No Description | Total Order Quantity | Plant Requester | | | | |
|---|---|---|---|---|---|---|---|
| 00010 | PR10309921 00010 | 507.000 | DAHQ DELPHI D HEADQUARTERS | | | | |
| | CANCELLATION CLAIM 12200816 | | BROWN W | | | | |
| | CANCELLATION CLAIM P/N 12200816 | | | | | | |
| | A. WENDELL BROWN (765)451-0264 | | | | | | |
| | PR446240 | | | | | | |
| | Delivery Date | Scheduled Quantity | | Price | Price Unit | UOM | Value |
| | 15-JAN-2006 | 507.000 | | 1.00 | 1 | DOL | 507.00 |
| | Net Line Item Value | | | | | USD | 507.00 |
| 00020 | PR10309921 00020 | 612.600 | DAHQ DELPHI D HEADQUARTERS | | | | |
| | CANCELLATION CLAIM 12229102 | | BROWN W | | | | |
| | CANCELLATION CLAIM P/N 12229102 | | | | | | |
| | Delivery Date | Scheduled Quantity | | Price | Price Unit | UOM | Value |
| | 15-JAN-2006 | 612.600 | | 1.00 | 1 | DOL | 612.60 |
| | Net Line Item Value | | | | | USD | 612.60 |

**Purchasing Contact:** Brown, Wendell
**Phone:** 765-451-0264
**Fax:** 765-451-0265

**Contact Address:**
DELPHI ELECTRONICS & SAFETY
ONE CORPORATE CENTER MS:CTLLM,
KOKOMO IN 46902

Date and Time Printed: 17-Jul-2006 09:56:22

# DELPHI

Delphi Electronics and Safety

Page 2 of 3

| ITAUTEC S/A- GRUPO ITAUTEC<br>C/O TECHNOLOGY MARKETING CORP<br>1526 E GREYHOUND PASS<br>CARMEL IN 46032 | **Purchase Order** |
|---|---|
| | PO Number<br>450201847<br>Version<br>17-Jul-2006 09:56:22 | Date Issued<br>13-Jan-2006 |

| Item No. | Material No/Item Identifier No<br>Description | Total Order Quantity | Plant<br>Requester |
|---|---|---|---|
| 00030 | PR10309921 00030<br>CANCELLATION CLAIM 09381758<br>CANCELLATION CLAIM P/N 09381758 | 2,730.350 | DAHQ DELPHI D HEADQUARTERS<br>BROWN W |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 15-JAN-2006 | 2,730.350 | 1.00 | 1 | DOL | 2,730.35 |
| Net Line Item Value | | | | USD | 2,730.35 |

| 00040 | PR10309921 00040<br>CANCELLATION CLAIM 12219898<br>CANCELLATION CLAIM P/N 12219898 | 10,418.760 | DAHQ DELPHI D HEADQUARTERS<br>BROWN W |
|---|---|---|---|

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 15-JAN-2006 | 10,418.760 | 1.00 | 1 | DOL | 10,418.76 |
| Net Line Item Value | | | | USD | 10,418.76 |

| 00050 | PR10309921 00050<br>CANCELLATION CLAIM 12201011<br>CANCELLATION CLAIM P/N 12201011 | 82,261.430 | DAHQ DELPHI D HEADQUARTERS<br>BROWN W |
|---|---|---|---|

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 15-JAN-2006 | 82,261.430 | 1.00 | 1 | DOL | 82,261.43 |
| Net Line Item Value | | | | USD | 82,261.43 |

| 00060 | PR10309921 00060<br>CANCELLATION CLAIM 09388418<br>CANCELLATION CLAIM P/N 09388418 | 1.000 | DAHQ DELPHI D HEADQUARTERS<br>BROWN W |
|---|---|---|---|

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 15-JAN-2006 | 1.000 | 0.01 | 1 | DOL | 0.01 |
| Net Line Item Value | | | | USD | 0.01 |

| Total net value | USD | 96,530.15 |
|---|---|---|

**Notes:**

```
****************************************************
** PLEASE NOTE: TO BETTER SERVE OUR SUPPLIERS AND **
* TO HELP THE PAYMENT PROCESS, 'QUANTITY' LISTED   *
* FOR SERVICE PROVIDED IS THE ACTUAL DOLLAR AMOUNT *
* TO BE INVOICED BY YOU.           (SI) *
****************************************************


****************************************************
```

Tool Possession Note:

**DELPHI** _____ Delphi Electronics and Safety

Page 3 of 3

| ITAUTEC S/A- GRUPO ITAUTEC<br>C/O TECHNOLOGY MARKETING CORP<br>1526 E GREYHOUND PASS<br>CARMEL IN 46032 | **Purchase Order** |
|---|---|
| | PO Number<br>450201847<br>Version<br>17-Jul-2006 09:56:22 | Date Issued<br>13-Jan-2006 |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

**Notes Continued:**

All molds, tools, dies, fixtures and other items (collectively, "tools") covered by this order shall be the property of Buyer and shall be permanently and legibly marked in such a manner as to denote that the tools are the property of Buyer. The tools shall be used for manufacture of parts exclusively for Buyer. The tools shall be stored and maintained by Seller at no expense to Buyer and shall be subject to shipment to Buyer's authorized point of receipt upon notification by Buyer. Tool replacement and maintenance cost due to wear is the responsibility of Supplier.

Seller hereby agrees to retain the molds, tools, dies, fixtures and other items described above for a period of 15 years after end of production and thereafter to return, transfer to another location or to remit the proceeds of the sale for scrap to the Buyer's Director of Purchasing as so instructed by Buyer.

Tool Payment:

Final invoice for tools will not be accepted until full PPAP approval has been documented.

Supplier should therefore ensure that notification of approval has been received before submitting final invoice. Refer also to payment term on PO.

*****************************************************************

**DELPHI**

Delphi Electronics and Safety

Page 1 of 3

| Buyer: | Purchase Order | |
|---|---|---|
| Delphi Automotive Systems LLC<br>Delphi Electronics & Safety Div<br>P.O. Box 9005<br>KOKOMO IN 46904-9005 | PO Number<br>450201811<br>Version<br>17-Jul-2006 10:27:29 | Date Issued<br>13-Jan-2006 |

**Deliver to:**
DELPHI DELCO ELECTRONICS CORP
ATTN: MANUAL RECEIPTS MS-CTA229
No physical shipment
KOKOMO IN

Delivery date:   15-JAN-2006

ITAUTEC S/A- GRUPO ITAUTEC
C/O TECHNOLOGY MARKETING CORP
1526 E GREYHOUND PASS
CARMEL IN 46032

Vendor No:   1016377
DUNS No:    000216655

**Payment Terms:** ZMN2    **Currency:** USD
Payment settled on 2nd, 2nd Month

**Incoterms:** FOB- Freight Collect

| Item No. | Material No/Item Identifier No | Description | Total Order Quantity | Plant | Requester |
|---|---|---|---|---|---|
| 00010 | PR10309926 00010 | CANCELLATION CLAIM 09364023<br>CANCELLATION CLAIM P/N 09364023<br>A. WENDELL BROWN (765)451-0264<br>PR446239 | 1,780.800 | DAHQ DELPHI D HEADQUARTERS | BROWN W |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 15-JAN-2006 | 1,780.800 | 1.00 | 1 | DOL | 1,780.80 |
| Net Line Item Value | | | | USD | 1,780.80 |

| 00020 | PR10309926 00020 | CANCELLATION CLAIM 09391071<br>CANCELLATION CLAIM P/N 09391071 | 4,624.000 | DAHQ DELPHI D HEADQUARTERS | BROWN W |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 15-JAN-2006 | 4,624.000 | 1.00 | 1 | DOL | 4,624.00 |
| Net Line Item Value | | | | USD | 4,624.00 |

Purchasing Contact: Brown, Wendell
Phone: 765-451-0264
Fax:   765-451-0265

Contact Address:
DELPHI ELECTRONICS & SAFETY
ONE CORPORATE CENTER MS:CTLLM,
KOKOMO IN 46902

Date and Time Printed:  17-Jul-2006 10:27:29

**DELPHI**

_____ Delphi Electronics and Safety

Page 2 of 3

| ITAUTEC S/A- GRUPO ITAUTEC<br>C/O TECHNOLOGY MARKETING CORP<br>1526 E GREYHOUND PASS<br>CARMEL IN 46032 | **Purchase Order** |
|---|---|
| | PO Number<br>450201811<br>Version<br>17-Jul-2006 10:27:29 | Date Issued<br>13-Jan-2006 |

| Item No. | Material No/Item Identifier No<br>Description | Total Order Quantity | Plant<br>Requester |
|---|---|---|---|
| 00030 | PR10309926 00030<br>CANCELLATION CLAIM12221930<br>CANCELLATION CLAIM P/N 12221930 | 1,234.000 | DAHQ DELPHI D HEADQUARTERS<br>BROWN W |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 15-JAN-2006 | 1,234.000 | 1.00 | 1 | DOL | 1,234.00 |
| Net Line Item Value | | | | USD | 1,234.00 |

| 00040 | PR10309926 00040<br>CANCELLATION CLAIM 09365656<br>CANCELLATION CLAIM P/N 09365656 | 3,074.200 | DAHQ DELPHI D HEADQUARTERS<br>BROWN W |
|---|---|---|---|

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 15-JAN-2006 | 3,074.200 | 1.00 | 1 | DOL | 3,074.20 |
| Net Line Item Value | | | | USD | 3,074.20 |

| 00050 | PR10309926 00050<br>CANCELLATION CLAIM 12203701<br>CANCELLATION CLAIM P/N 12203701 | 8,373.800 | DAHQ DELPHI D HEADQUARTERS<br>BROWN W |
|---|---|---|---|

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 15-JAN-2006 | 8,373.800 | 1.00 | 1 | DOL | 8,373.80 |
| Net Line Item Value | | | | USD | 8,373.80 |

| 00060 | PR10309926 00060<br>CANCELLATION CLAIM 09374370<br>CANCELLATION CLAIM P/N 09374370 | 1.000 | DAHQ DELPHI D HEADQUARTERS<br>BROWN W |
|---|---|---|---|

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 15-JAN-2006 | 1.000 | 0.01 | 1 | DOL | 0.01 |
| Net Line Item Value | | | | USD | 0.01 |

| Total net value | | USD | 19,086.81 |
|---|---|---|---|

**Notes:**

*************************************************************

Tool Possession Note:

All molds, tools, dies, fixtures and other items (collectively, "tools") covered by this order shall be the property of Buyer and shall be permanently and legibly marked in such a manner as to denote that the tools are the property of Buyer. The tools shall be used for manufacture of parts exclusively for Buyer. The tools shall be stored and maintained by Seller at no expense to Buyer and shall be subject to shipment to Buyer's authorized point of receipt upon notification by Buyer. Tool replacement and maintenance cost due to wear is the responsibility of Supplier.

Seller hereby agrees to retain the molds, tools, dies, fixtures and other items described above for a period of 15 years after end of production and thereafter to return, transfer to another location or to remit the proceeds of the sale for scrap to the Buyer's Director of Purchasing as so instructed by Buyer.

**DELPHI** _____ Delphi Electronics and Safety

Page 3 of 3

| | |
|---|---|
| ITAUTEC S/A- GRUPO ITAUTEC<br>C/O TECHNOLOGY MARKETING CORP<br>1526 E GREYHOUND PASS<br>CARMEL IN 46032 | **Purchase Order**<br>PO Number          Date Issued<br>450201811         13-Jan-2006<br>Version<br>17-Jul-2006 10:27:29 |

**Item No.  Material No/Item Identifier No.  Total Order Quantity  Plant**
**         Description                                           Requester**

**Notes Continued:**

Tool Payment:

Final invoice for tools will not be accepted until full PPAP approval has been documented.

Supplier should therefore ensure that notification of approval has been received before submitting final invoice. Refer also to payment term on PO.

******************************************************************

*****************************************************
** PLEASE NOTE: TO BETTER SERVE OUR SUPPLIERS AND **
* TO HELP THE PAYMENT PROCESS, 'QUANTITY' LISTED  *
* FOR SERVICE PROVIDED IS THE ACTUAL DOLLAR AMOUNT *
* TO BE INVOICED BY YOU.         (SI) *
*****************************************************