**UNITED STATES BANKRUPTCY COURT**
**Southern District of New York**
(Manhattan)

|  |  |  |
|---|---|---|
| In Re: | ) | Case No. 05-44481-rdd |
|  | ) |  |
| DELPHI CORP., | ) |  |
|  | ) | Chapter 11 |
| Debtor. | ) |  |

-------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

I, Jean L. Guerrier, hereby certify that on November 1, 2006, a true and correct copy of the *Transfer Agreement FRBP Partial Transfer of Claim: Transfer of $8,000,000.00 portion, of Panasonic Automotive Systems Company of America claim #s 12677 and 14318, original claim amount $9,078,756.03, to SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD Transfer Agreement 3001 (e) 2 Transferors: Panasonic Automotive Systems Company of America, D(Claim No. 12677)(Claim No.14318, Amount 8,000,000.00). To SPCP GROUP, L.L.C., as agent for Silver Point Capi. filed by Maura I. Russell on behalf of Silver Point Capital, L.P..(Russell, Maura) (Entered: 10/31/2006).,* in the above captioned proceeding was caused to be served on the parties listed on the attached Service List via first class mail.

**Dreier LLP**

By: */s/Jean L. Guerrier*
**Jean L. Guerrier**

**Sworn to before me this**
**1rst day of November, 2006.**

*/s/ Lori Rudolph*
**Notary Public**

**Lori Rudolph - Notary Public, State of New York**
**No. 01RU4883588**
**Qualified in Richmond County**
**Commission Expires January 26, 2007**

{00204624.DOC;} G:\CLIENTS\600129\009\00204624.DOC

**Service List**

**Delphi Corporation**
5725 Delphi Drive
Troy, MI 48098

**Shearman & Sterling LLP**
599 Lexington Avenue
New York, NY 10022-6069
Attn: Douglas P. Bartner

**Kurtzman Carson Consultants LLC**
1180 Avenue of the Americas
Suite 1140
New York, NY 10036

**Panasonic Automotive Systems Company of America**
776 Hwy 74 South
Peachtree City, Georgia 30269
Attn: Laurence Roach, Esq.