UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

In Re:

    DELPHI CORPORATION, et al.,            Case No. 05-44481 (RDD)

                   Debtors.

------------------------------------------------------------- x

## ORDER

Upon the Motion of the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO/CLC ("USW") to Compel Debtors to Submit Individual Employee Matter to Impartial Medical Authority ("Motion to Compel"); and good and sufficient notice of the Motion to Compel having been given; and no further or other notice being necessary; and the Motion to Compel having been considered at a hearing before the Court on November 30, 2006; and upon the record made at the hearing and upon all of the prior proceedings herein; it is hereby

**ORDERED** that

(A)    the Debtors shall comply with the impartial medical dispute provisions of the parties' Supplemental Agreement (Pension Plan);

(B)    the Debtors shall cooperate in the joint selection of an impartial medical authority and the referral of the Detrick dispute to that authority; and

   (C)  the Debtors shall comply with the determinations made by such impartial authority as provided by the parties' agreement.

_____
U.S.B.J.

Dated: November   , 2006

80772

-2-