October 11 2006

The Honorable Robert D. Drain
United States Bankruptcy Judge
Southern District of New York
One Bowling Green Room 610
New York, New York 10274-5058

Also to: Delphi Corporation, 5725 Delphi Drive, Troy, MI 48098; Attn: General Counsel
   Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606, Attn: John Wm Butler, Jr.
   Official Committee of Equity Security Holder, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, NY 10004
   (Attn: Bonnie Steingart)
   Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004
   (Attn: Alicia M. Leonhard)

Ref:  Response to the First Omnibus Claims Objections
   Case Number 8594   Your notice of Objection to Claim
   Name of the Court: United States Bankruptcy Court,
         Southern District of New York
   Debtor: Delphi Corporation
   Names of the Claimant: Chi-Hau Chen and Wanda W. Chen
         Owner of 44 shares of Delphi stocks
   Amount of Claim: 44 shares of Delphi stock estimated at $1,100.

Dear Sir/Madam:

We received your notice of objection to claim. Here are our responses/objections.

We lost the amount equal to the value of our 44 shares of Delphi stock at the time of Delphi's filing for bankruptcy. We never heard from anyone about the stock we owned and this is totally irresponsible on the part of Delphi. We need to be informed on the compensation for our loss. The company cannot just walk away in this case. The value of our stock is very important to us as senior citizens and retirees. We ask to be refunded on the value of our stock for the estimated amount of $1,100.

Thank you for your consideration in this matter.

Sincerely yours,

Chi-Hau Chen

Chi-Hau Chen & Wanda W. Chen
415 Bradford Place
N. Dartmouth, MA 02747-3819
Tel: 508-999-8475

RECEIVED
OCT 17 2006
USBC-SDNY
RDD