10-9-06

Judge Robert Drain
United Bankruptcy
Bankruptcy Court
Courtroom 610
One Bowling Green
New York, New York 10004-1408

RECEIVED OCT 17 2006 USBC-SDNY

Dear Judge Drain,

My name is Mary Beth Smith, my husband Robert M. Smith retired from Delphi Corp. in Warren Ohio after 32 years.

I am asking you for my husband, the employees and all retirees to consider our plea that you will not rule in favor of Delphi to void our contracts and rule in favor of all retirees and employees. I also ask that you make all sides negotiate as long as they have to

and to do it fairly.

It is awful to see and handle what Delphi is doing to their present employees, the retirees and to all the people who took the buyouts.

My husband a faithful employee does not deserve to lose his pension or benefits. So many people's lives have been ruined or will be ruined if Delphi is allowed to void contracts.

Thank you for reading my letter, please help us.

Mary Beth Smick
7339 Bedford Rd
Hubbard Ohio 44425
330 534-4080