
Mr. Thomas J. St. George
729 Clifton Dr Ne
Warren, OH 44484-1815

Honorable Robert Drain
United States Bankruptcy Court
Southern District of New York
Bowling Green Station
P.O. Box 5058
New York, NY 10274-5058



Your Honor,
    As a Delphi retiree with over 35 years between G.M. and Delphi, I feel compelled to speak my mind about the ongoing bankruptcy proceedings involving Delphi.

    When the spin-off occurred in 1999, we watched management make one bad business decision after another. These decisions were called part of Delphi's 'Plan To Fail' on the plant floor by both hourly and salary employ es. One obvious bad decision after another, effecting almost every department and business unit occurred

    As an employee in the rubber molding area, I watched as millions of good parts were sent to the landfill so management would meet its 'lean' objective during inventory. I watched as box car loads of material used by skilled trades,[ new lumber,pipe, wire,nuts and bolts and hundreds of other new parts],were thrown away during a period when construction was at a peak for rearrangements and the instalation of new equipment. Within weeks ALL of this material had to be re-ordered.

    Every department at Packard in Warren has simular stories of obvious, intentional waste. No management team anywhere could make so many bad and expensive business decisions without alterior motives.

    In 1999, we had our first really large retirement incentive, when 2000 hourly employees retired. Almost none of them were asked to train their replacements or even share some of their knowledge before leaving. These people averaged over 30 years experiece each. 2000 employees times 30 years of experience equals 60,000 years of experience that walked out the door with no one trying to capture some of that knowledge. As a result the year 2000 was the worst year financially and for lack of quality in Packard's history.

    My 35 years at Packard were mostly years of good union-management relationships. Since 1982 we have had low wage hiring, limited benefits, etc. Everyone chipped in to resolve problems and reduce costs in production. Salary and hourly employees actually had some respect for each other. After the spin-off, this stopped immediately. Employees opinions were chastized and no longer welcome. I could go on and on.

    Thank you for this opportunity to vent. I know law dictates your decisions, but when the information you receive is obviously determined by motives beyond making our company profitable again, I must question those motives.

With respect,
Thomas St George