ATTORNEYS AT LAW
# MONTGOMERY, CHAPIN & FETTEN, P.C.
A PROFESSIONAL CORPORATION

ROBERT C. CHAPIN
GLENN A. MONTGOMERY
JOHN S. FETTEN
_____

MARK E. MARGIOTTA
GARY AHLADIANAKIS

745 ROUTE 202/206
SUITE 101
BRIDGEWATER, NJ 08807

(908) 203-8833
FAX (908) 203-8839

BRUCE R. FADEM, OF COUNSEL

October 16, 2006

Judge Robert D. Drain
United States Bankruptcy Court
Southern District of New York
1 Bowling Green
New York, NY 10004-1408

Dear Judge Drain:

I am an attorney in New Jersey who has been approached by a number of former Delphi employees who entered into a special attrition program agreement that I understand was approved by the Bankruptcy Court.

These employees, or former employees, approached me to indicate that approximately 100 New Brunswick, NJ, employees transitioned to Johnson Controls. All of these employees apparently chose to take the buy-out program, but were, for some reason, rejected.

Attached hereto is a self-explanatory letter that I wrote to The Delphi Corporation asking for an explanation as to why these employees were rejected with respect to the buy-out program.

I understand that the matter is being handled by Your Honor. Before I involve myself further in this case, I would just ask for confirmation that the special attrition plan was approved by the Bankruptcy Court and that The Delphi Corporation had the obligation to honor the buy-out/attrition program that the employees of the New Brunswick facility were involved in. I look forward to hearing from Your Honor.

Very truly yours,
MONTGOMERY, CHAPIN & FETTEN, P.C.

By:_____
Glenn A. Montgomery

GAM/ak
Enclosure

ATTORNEYS AT LAW

# MONTGOMERY, CHAPIN & FETTEN, P.C.
## A PROFESSIONAL CORPORATION

ROBERT C. CHAPIN
GLENN A. MONTGOMERY
JOHN S. FETTEN

745 Route 202/206
Suite 101
BRIDGEWATER, NJ 08807

(908) 203-8833
FAX (908) 203-8839

MARK E. MARGIOTTA
GARY AHLADIANAKIS

BRUCE R. FADEM, OF COUNSEL

September 14, 2006

**CMRRR (7006 0100 0005 7265 0704) & regular mail**

Donna Kennard
The Delphi Corporation
342 Perry House Road
Fitzgerald, GA 31750

RE:    Delphi / Johnson Controls
       Our file No. GP 18,641-2

Dear Ms Kennard:

I can advise you that I have been approached by a number of employees of Delphi/Johnson Controls that entered into the Special Attrition Program Agreement. As you are aware, this Special Attrition Program pertained to the Delphi New Brunswick facility.

I understand that there was a Special Attrition Program dated May 26, 2006, governing the attrition of employees under the Program. I understand that the Attrition Plan was apparently approved by the Bankruptcy Court.

These employees, or former employees, who have approached me have indicated that approximately 100 New Brunswick employees transitioned to Johnson Controls. Many, if not all, of these 100 employees apparently chose to take the Buyout Program, but were, for some reason, rejected.

I further understand that when those 100 employees transitioned to Johnson Controls, the majority of them were summarily dismissed from Johnson Controls after working there for less than a day, on or about August 1, 2006. I understand that those individuals sent a letter to you, asking for an explanation as to why approximately 70 percent of the 100 workers were terminated summarily on or about August 1, 2006.

Would you kindly, through your attorney or otherwise, advise me as to why these employees were apparently selected and were not given the buyout option? Can you also provide me with an

Donna Kennard
The Delphi Corporation
September 14, 2006
Page 2

explanation as to why 70 percent of them were summarily terminated on August 1, 2006, when a representation was made that they would be employed by Johnson Controls?

Basically, I want an explanation from someone as to what transpired prior to my taking any further action in this case. I am looking forward to your response, and/or the response from the Union and/or Johnson Controls. I have copied in the Union and Johnson Controls with respect to this letter.

Yours very truly,
MONTGOMERY, CHAPIN & FETTEN, P.C.


By_____
Glenn A Montgomery

GAM/ld
c:      President
        Communication Workers of America, AFL CIO
        501 Third Street N.W.
        Washington, DC 20001

        **CMRRR (7006 0100 0005 7265 0711) & regular mail**

        Johnson Controls, Inc.
        Automotive Group
        57 North Green Bay Avenue
        P.O. Box 591
        Milwaukee, WI 53201-0591

        **CMRRR (7006 0100 0005 7265 0728) & regular mail**