UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

In Re:

    DELPHI  CORPORATION, et al.,

               Debtors.

Case No. 05-44481 (RDD)

---------------------------------------------------------------- x

### **AFFIDAVIT OF SERVICE BY EXPRESS MAIL**

STATE OF New York    }
                                }    ss.:
COUNTY OF New York   }

        Paula T. PInnock, being duly sworn, deposes and says:

    1.    I am not a party to the action.

    2.    I am over 18 years of age.

    3.    I reside at Kings County, New York.

    4.    On November 2, 2006, I served the foregoing **Motion of USW to Compel Debtors to Submit Individual Employee Matter to Impartial Medical Authority, Notice of Motion of USW to Compel Debtors to Submit Individual Employee Matter to Impartial Medical Authority and Proposed Order** upon:

Bruce Simon
Cohen, Weiss & Simon
330 West 42nd Street
New York, NY 10036

Donald Bernstein
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Bonnie Steingart
Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, NY  10004

Robert J. Rosenberg
Latham & Watkins LLP
885 Third Avenue
New York, NY  10022

| | |
|---|---|
| Tom A. Jerman<br>O'Melveny & Myers LLP<br>1625 Eye Street, NW<br>Washington, DC  20006 | Kenneth S. Ziman<br>Simpson Thatcher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY  10017 |
| John William Butler<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 W. Wacker Drive<br>Suite 2100<br>Chicago, IL  60606 | Kayalyn A. Marafioti<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>4 Times Square<br>P.O. Box 300<br>New York, NY  10036 |
| Daniel D. Doyle<br>Spencer Fane Britt & Browne LLP<br>1 North Brentwood Boulevard<br>10th Floor<br>St. Louis, MO  63105 | Alicia M. Leonhard<br>United States Trustee<br>33 Whitehall Street<br>21stFloor<br>New York, NY  10004-2112 |
| Jeffrey L. Tanenbaum, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 | |

by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within New York State, located at 1350 Broadway, Suite 501, P.O. Box 822, New York, New York 10018-0026, to be sent by Express Mail, receipt #(s) 11 addressed to said attorney(s) at the address(es) above set forth, being the address(es) designated by said attorney(s) for that purpose.

/s/  Paula T. Pinnock
Paula T. Pinnock

Sworn to before me this
2nd day of November, 2006

/s/  Margarita DeJesus-Cuevas
    Notary Public

Commission Expires:  July 23, 2009

80817