UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW

In re                              )      Chapter 11
                                   )
DELPHI CORPORATION, et al.,        )      Case No. 05-44481 (RDD)
                                   )
                  Debtors.         )      (Jointly Administered)

### AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

KINGDOM OF BELGIUM      )
CITY OF BRUSSELS        ) SS.   ) ss:
EMBASSY OF THE UNITED   )
STATES OF AMERICA       )

Laurent A. Ruessmann, being duly sworn, deposes and says:

1. I am a principal of Sidley Austin LLP which firm maintains offices at 35 Square de Meeûs, B-1000 Brussels, Belgium.

2. Neither I, Sidley Austin LLP, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

3. Sidley Austin LLP, has represented and advised the Debtors in THE EUROPEAN UNION with respect to a broad range of aspects of the Debtors' businesses.

4. The Debtors have requested, and Sidley Austin LLP has agreed, to continue to represent and advise the Debtors pursuant to section 327(e) of title 11 of the United States Code, 11 U.S.C. §§101-1330, as amended (the "Bankruptcy Code"), with respect to such matters. Additionally, the Debtors have requested, and Sidley Austin LLP proposes, to render the following services to the Debtors: Legal.

5. Sidley Austin LLP 's current fees arrangement is per hour and reimbursement of reasonable expenses.

6. Except as set forth herein, no promises have been received by Sidley Austin LLP or any partner, auditor or other member thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

7.  Sidley Austin LLP has no agreement with any entity to share with such entity any compensation received by Sidley Austin LLP.

8.  Sidley Austin LLP and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases. Sidley Austin LLP does not and will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

9.  Neither I, Sidley Austin LLP, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which Sidley Austin LLP is to be engaged.

10. The foregoing constitutes the statement of Sidley Austin LLP pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

_____ 2 1 APR 2006
LAURENT RUESSMANN

Subscribed and sworn before me
this 21st day of April, 2006
_____
Notary Public

**Merry MILLER**
Vice Consul of the
United States of America

Commission expiration
date: not applicable

2

# CERTIFICATE OF SERVICE

Laurent Ruessmann, partner, hereby certifies that on September 1, 2006, served a copy of the Affidavit of Legal Ordinary Course Professional, upon the following interested parties via first class mail:

Delphi Corporation
Attention: General Counsel
5725 Delphi Drive
Troy, MI 48098
U.S.A.

Latham & Watkins
Attention: Mark A. Broude, Esq.
885 Third Avenue
New York, N.Y. 10022
U.S.A.

Skadden, Arps, Slate, Meagher & Flom
Attention: John W. Butler, Jr., Esq.
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
U.S.A.

Simpson Thacher & Bartlett LLP
Attention: Marissa Wesley, Esq.
425 Lexington Avenue
New York, N.Y. 10017
U.S.A.

United States Trustee
Attention: Alicia M. Leonhard, Esq.
33 Whitehall Street
Suite 2100
New York, N.Y. 10044
U.S.A.

Davis Polk & Wardwell
Attention: Donald Bernstein, Esq. and
Brian Resnick, Esq.
450 Lexington Avenue
New York, N.Y. 10017
U.S.A.

Delphi Corporation
Attention: John D. Sheehan, Esq.
Vice President & Chief Restructuring Officer
5725 Delphi Drive
Troy, MI 48098
U.S.A.

GE Plastics, Americas
Attention: Valeria Venable
Credit Manager
9930 Kincey Avenue
Huntersville, NC 28078
U.S.A.

*[signature]*

Laurent Ruessmann

Sidley Austin LLP
Square de Meeûs, 35
B-1000 Brussels, Belgium
Tel: +32 2 504 6464