COVINGTON & BURLING LLP
Foreign Trade and Special Corporate Committee
Counsel to the Debtors
1330 Avenue of the Americas
New York, New York  10019
Tel: (212) 841-1000
Fax: (212) 841-1010
Aaron R. Marcu (AM-6309)
Susan Power Johnston (SJ-9386)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
    In re                          :       Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :       Case No. 05-44481 (RDD)
                                          :
              Debtors.          :       (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### SUPPLEMENTAL DISCLOSURE DECLARATION OF
### AARON R. MARCU PURSUANT TO BANKRUPTCY RULE 2014

       Pursuant to 28 U.S.C. § 1746, Aaron R. Marcu states as follows:

       1.     I am an attorney at law and a member of the Bar of the State of New York.

I am a partner in the law firm of Covington & Burling LLP ("Covington"), which maintains

offices for the practice of law at 1330 Avenue of the Americas, New York, New York 10019.  I

am familiar with the matters set forth herein.  In connection with Covington's role as foreign

trade and special corporate committee legal counsel to the above-captioned debtors and debtors-

in-possession (collectively, the "Debtors"), I submit this supplemental disclosure declaration

pursuant to Rule 2014 of the Federal Bankruptcy Rules to fulfill Covington's obligation to

provide supplemental disclosures of its representation of parties in interest in this case in

unrelated matters.

       2.     I am not related and, to the best of my knowledge after inquiry of

Covington's partners, counsel and associates, no other attorney of Covington is related to any

judge of the United States Bankruptcy Court for the Southern District of New York or to the

United States Trustee for this District or her employees.

        3.      On February 17, 2006, the Debtors filed an Application for an Order

Under 11 U.S.C. §§ 327(e) and 1107(b) and Fed. R. Bankr. P. 2014 Authorizing the Employment

and Retention of Covington & Burling as Foreign Trade and Special Corporate Committee Legal

Counsel to Debtors (Docket No. 2424) (the "Retention Application"), seeking, among other

things, the employment and retention of Covington *nunc pro tunc* to October 8, 2005.

        4.      On March 9, 2006, the Court granted the Retention Application,

authorizing the employment and retention of Covington as Foreign Trade and Special Corporate

Committee Legal Counsel to the Debtors (Docket No. 2769) (the "Retention Order").

        5.      In my affidavit dated February 17, 2006, submitted in support of

Covington's retention (the "Retention Affidavit"), I disclosed the parties in interest in this case

whom Covington represented in other unrelated matters as of that date. I undertook to

supplement that disclosure should Covington be retained by additional parties in interest after

Covington's retention by the Debtors. The purpose of this declaration is (a) to disclose

Covington's relationship with parties in interest identified by the Debtors or by Covington from

publicly filed materials in the record of this case subsequent to the initial disclosure, and (b) to

supplement that initial disclosure with the names of parties in interest who have retained

Covington in unrelated matters after entry of the Retention Order.

        6.      Pursuant to Federal Rule of Bankruptcy Procedure 2014, Covington

periodically reviews its client database to ensure that it is aware of, and discloses, all connections

with a debtor, the debtor's creditors, any other party in interest, their respective attorneys and

accountants, the United States Trustee, or any person employed in the Office of the United States

2

Trustee. As initially disclosed in the Retention Affidavit, no member of Covington has been,

within two years from the date of the filing of the Debtors' petitions, a director, officer or

employee of the Debtors or of an investment banker as specified in subparagraph (B) or (C) of

11 U.S.C. § 101(14).

7.     Covington does not have an interest materially adverse to the interest of

the estates or of any class of creditors or equity security holders, by reason of any direct or

indirect relationship to, connection with, or interest in, the Debtors or an investment banker as

specified in subparagraph (B) or (C) of 11 U.S.C. § 101(14), or for any other reason. Covington

will not undertake the representation of any party other than the Debtors in connection with the

Debtors' chapter 11 proceedings.

8.     To the best of my knowledge and information, Covington neither holds

nor represents any interest adverse to the Debtors, their creditors or other parties in interest or

their respective attorneys in connection with these chapter 11 cases. Based upon information

available to me, I believe that Covington remains a "disinterested person" within the meaning of

the Bankruptcy Code.

9.     Following entry of the Retention Order, Covington's conflicts staff has

advised my colleague Susan Power Johnston whenever the firm has been retained by a new

client who appears on the conflicts database and party index originally provided to Covington by

the Debtors in November 2005 in connection with the preparation of the Covington Retention

Application. This review is current as of the date of this declaration.

10.    In addition, Covington has conducted additional queries of its conflicts

databases regarding possible relationships with, or connections to the following parties, to the

extent that such parties were not included in Covington's initial conflicts check: (1) all claim

3

transferees, as of September 29, 2006, compiled from the transfer of claim notices posted on the

Court's electronic docket; (2) parties who have filed a Notice of Appearance on the Court's

electronic docket as of September 29, 2006; (3) parties who appear on the schedules of liabilities

for each of the Debtors, as filed on January 20, 2006 and amended on February 1, 2006; (4)

parties who appear on the service lists maintained by the Debtors' claims and balloting agent;

and (5) certain other parties who have been actively involved in these cases and were identified

to Covington by Debtors' bankruptcy counsel. In this process, Covington identified

approximately 2073 additional parties in interest to check against its conflicts database.

11.     The conflicts check system and adverse party index maintained by

Covington is designed to include every matter on which the firm is now or has been engaged, by

which entity the firm is now and has been engaged and, in each instance, the identity of related

parties and adverse parties and certain of the attorneys in the firm that are knowledgeable about

the matter. It is Covington's policy that no new matter may be accepted or opened within

the firm without completing and submitting to those charged with maintaining the computer

conflicts database and adverse party index the information necessary to check each such matter

for conflicts, including the identity of the prospective client, the matter, and related and adverse

parties. Accordingly, Covington maintains and systematically updates this system in the

regular course of business of the firm, and it is the regular practice of the firm to make and

maintain these records.

12.     Attached as Exhibit A is a list of the additional parties in interest, and/or

certain affiliates of such parties, that were identified after Covington's initial conflicts check that

Covington currently represents in matters wholly unrelated to the Debtors' chapter 11 cases.

Attached as Exhibit B is a list of the additional parties in interest, and/or certain affiliates or

4

subsidiaries of such parties, that Covington has represented within the past five years in matters wholly unrelated to the Debtors' chapter 11 cases.

13.    None of the parties listed on Exhibit A or B accounted for more than 1% of Covington's gross revenues during fiscal year 2006 (October 1, 2005 through September 30, 2006), with the exception of Pfizer, which accounted for less than 3% of Covington's gross revenues during such period. Covington will not represent Pfizer (or any of the other parties listed on Exhibit A or B) in connection with this bankruptcy case.

14.    Covington will continue to conduct further due diligence and research of its client databases and will file additional supplemental declarations regarding its retention to the extent necessary.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 6, 2006.

/s/ Aaron R. Marcu
Aaron R. Marcu

5

**Exhibit A: Clients With Current Open Matters**

| Name | Comments |
|---|---|
| A.T. Kearney, Inc. | Related to Electronic Data Systems until January 2006; Two open matters for EDS |
| AAMC CLO | Several open matter for other subsidiaries of parent company, American Financial Group; nothing specific to this entity |
| Abbott Chemicals, Inc. | Several open matters for parent company, Abbott Laboratories |
| Abbott Pharmaceuticals PR LTD | Several open matters for parent company, Abbott Laboratories |
| Air Products & Chemicals | Several varied open matters |
| AK Steel Corporation | Several open matters |
| Aman Environmental Construction, Inc. | One open matter for parent company, URS Corporation |
| Apple Computer | Apple Computer is a member of the Business Software Alliance for which there are several open matters |
| Automatic Data Processing, Inc. | One open matter |
| Avenue Capital Group | One open matter |
| Banc One Capital Markets, Inc. | Subsidiary of JP Morgan Chase; there are many open matters for JP Morgan Chase and other subsidiaries |
| BB&T Capital Markets, Inc. | One open advice matter |
| Blake, Cassels & Graydon LLP | Two open matters |
| Cami Automotive, Inc. | Cami Automotive is a 50/50 joint venture between Suzuki Motors and General Motors of Canada; one open matter for Suzuki and open matters for other subsidiaries of General Motors |
| Capro, Ltd. | One open matter for subsidiary |
| Cashcode | One open matter for subsidiary |
| CIBA Specialty Chemicals Corporation | Several open matters |

| Name | Comments |
|---|---|
| CIBA-GEIGY Corp | Several open matters for parent company |
| Cingular Wireless | Open matters for Cingular Wireless and AT&T, which owns 60% of Cingular |
| Cintas Corporation | One open matter |
| Communitycare HMO, Inc. | One open matter for related entity, St. John's Health System |
| CPI Denver | One open matter for parent company, Affinia Group, Inc. |
| CSX Transportation, Inc. | Several open matters |
| DCI Communications, Inc. | Open matters for related entities |
| Dryden Leveraged Loan | Subsidiary of Prudential Financial; there is one open matters for a subsidiary of Prudential |
| Eagle Picher Holdings, Inc. | One open matter |
| Emhart Fastening Teknologies | One open matter for an entity that is related to parent company, Black and Decker Manufacturing |
| Emhart Teknologies, Inc. | One open matter for an entity that is related to parent company, Black and Decker Manufacturing |
| First Chicago Capital Markets, Inc. | Subsidiary of JP Morgan Chase; there are many open matters for JP Morgan Chase and other subsidiaries |
| Fisher Scientific | Several open matters |
| Fortune Plastics Company of Illinois, Inc. | Two open matters for parent company, Warburg Pincus, LLC |
| General Chemical Performance Products LLC | Two open matters for parent company, GenTek, Inc. |
| Georgia Department of Revenue | One open matter for the state of Georgia; nothing specific to that entity |
| Global Exchange Services | One open matter for parent company, Francisco Partners LP |
| Goodrich Corporation | Several open matters for parent company, Goodrich Corporation |

| Name | Comments |
|---|---|
| Hach Company | Open matters for another subsidiary of parent company |
| Hanover Inc. | One open matter for a related entity, The Hanover Compressor Company |
| Highland Floating Rate | One open matter for a related entity, Highland Capital Partners |
| Hitachi Chemical Singapore PTE | Open matters for several companies in Hitachi corporate tree |
| Honeywell-Sensotec | Several open matters |
| HP Network Storage Solutions | Several open matters |
| Hyatt Legal Plans, Inc. | Several open matters for parent company, Met Life |
| Illinois Secretary of State | Open matters for the state of Illinois; nothing specific to that entity |
| ITT Canon Switch Products | Open matters for parent company, ITT Corporation |
| ITT Industries | Open matter for this entity and for parent company, ITT Corporation |
| Kansas Department of Revenue | Open matters for the state of Kansas; nothing specific to that entity |
| Kansas Secretary of State | Open matters for the state of Kansas; nothing specific to that entity |
| Kautex Textron | Several open matters for other subsidiaries of parent, Textron, Inc. |
| Kramer Levin Naftalis & Frankel LLP | One open matter |
| Lazard Freres & Co. | Two open matters for related entity; Lazard Technology Partners |
| LISI Aerospace | One open matter |
| Los Angeles County Tax Collector | Open matters for the city of Los Angeles and the state of California; nothing specific for that entity |
| Maine Electric Power Company | Matters listed under parent, Energy East Corporation, and several other subsidiaries |

| Name | Comments |
|---|---|
| Merck Medco | Several open matters for subsidiary, RXHub LLC |
| Mississippi Office of Revenue | Open matters for the state of Mississippi; nothing related to that entity |
| Mittal Steel Company N.U. N.V. | Several open matters |
| Monsanto Company | Several open matters |
| Moody's Investor Service | Several open matters |
| Moody's Investor Service | Open matter for parent, Moody's Corporation |
| Noranda Aluminum, Inc. | Three open matters for three separate related entities |
| Norandal | Three open matters for three separate related entities |
| Norma Company | Two open matters for parent company, GenTek, Inc. |
| Octagon Investment Partners | Subsidiary of JP Morgan Chase; there are many open matters for JP Morgan Chase and other subsidiaries |
| Ohio Department of Taxation | Open matters for the state of Ohio; nothing specific to that entity |
| Ontario Limited | Several open matters |
| Oracle Credit Corporation | Open matters for a subsidiary of parent company, Oracle Corporation; nothing specific to that entity |
| Paul, Hastings, Janofsky & Walker, LLP | One open matter |
| Perkin Elmer LLC | One open matter for parent company |
| . Pfizer, Inc. | Pfizer is a major firm client for which there are several open matters for |
| Phillips-APM | A few open matters |
| Pitney Bowes | One open matter |

| Name | Comments |
|---|---|
| Pratt & Whitney | Pratt & Whitney's parent company, United Technology Corporation, is a firm client and has several open matters |
| Prudential Relocation, Inc. | One open matter |
| Prince George County, Maryland | Open matters for the state of Maryland, but nothing related to that entity |
| Quadrangle Debt Recovery Advisors, LLC | Several open matters |
| Quadrangle Group LLC | Several open matters |
| Quaker Chemical Corporation | One open matter |
| Regions Bank | One open matter |
| Regions Financial Corporation | One open matter |
| Rohm and Haas Company | One open matter |
| Royce & Associates | One open matter for related entity, Legg Mason Funds Management, Inc. |
| Sankaty High Yield Partners | Managed by Sankaty Advisors LLC, which is affiliated with Bain Capital. One open matter for Bain Capital |
| Sanmina-SCI Corporation | One open matter for an entity related to a subsidiary of Sanmina-SCI Corporation |
| Seyfarth Shaw LLP | One open matter |
| Sgs Canada Inc. | One advisory matter for ultimate parent, Société General de Survillance |
| Silver Point Capital LP | One open matter |
| Software Spectrum | One open matter for Level 3 Communications, which is the ultimate parent of software spectrum |
| Sony Electronics | Several open matters for parent and other subsidiaries; nothing specific to that entity |
| South Carolina Department of Health & Environmental Control | Open matters for the state of South Carolina; nothing specific to that entity |

| Name | Comments |
|---|---|
| South Carolina Department of Revenue | Open matters for the state of South Carolina; nothing specific to that entity |
| SPCP Group LLC | One open matter |
| State of California Department of Toxic Substances Control | Open matters for the state of California; nothing related to that entity |
| State of Delaware Division of Corporations | Two joint state matters for the state of Delaware; nothing related to that entity |
| Telpar, Inc. | One open mater for parent, RR Donnelley & Sons |
| Tennessee Department of Revenue | Open matters for the state of Tennessee; nothing specific to that entity |
| Tennessee Secretary of State | Open matters for the state of Tennessee; nothing specific to that entity |
| Texas Pacific Group, Ltd. | One advisory matter |
| TexasComptroller of Public Accountants | Open matters for the state of Texas; nothing specific to that entity |
| The Sherwin-Williams Company | One open matter and one open matter for the Midland Creditors Group, of which Sherwin-Williams is a member |
| The Valspar Corporation | One open matter in the United Kingdom |
| Timken Corporation | Three open matters for three separate related entities |
| Tosoh USA, Inc. | One open matter |
| Toyota Tsusho America, Inc. | One open matter for a subsidiary of Toyota Tsusho America, Inc. |
| Treasury of the State of Ohio | Open matters for the state of Ohio; nothing specific to that entity |
| U.S. Cellular | Several open matters for parent, TDS Telecommunications Corporation |
| United Global Com Inc. | One open matter for QVC, Inc., which was a former subsidiary of parent, Liberty Media Holdings Company |
| VERITAS Software Corporation | Several open matters for parent, Symantec Corporation, and open matters for the Business Software Alliance, of which Symantec is a member |

| Name | Comments |
|---|---|
| W.M. Berg, Inc. | Several open matters for multiple subsidiaries of W.M. Berg, Inc. |
| Wachovia Bank | Four open matters for subsidiaries of Wachovia Bank |
| Washington State Department of Revenue | One open joint state matter; nothing related to that entity |
| Wisconsin Department of Financial Institutions | Two open joint state matters; nothing related to that entity |
| Wisconsin Department of Revenue | Two open joint state matters; nothing related to that entity |
| Wyeth Holdings Corporation | Multiple open matters for parent organization and other subsidiaries |

**Exhibit B: Clients With Closed Matters**

| Name | Date of Last Closed Matter | Comments |
|---|---|---|
| Alpha Metals, Inc. | 1/8/2002 | One closed matter for subsidiary of parent company |
| Banco Billbao Vizcaya Argentiaria | 5/5/2006 | One closed matter for subsidiary, Laredo National Bancshares |
| Bank of Toyko Mitsubishi Company | 9/15/2003 | Two closed matters for related entities |
| Basf Corporation | 11/25/2002 | One closed matter for subsidiary of parent company |
| Buck Consultants, LLC | 6/25/2003 | One closed general matter |
| Clariant LSM America Inc. | 8/12/2003 | One closed matter for parent company, Clariant Corporation |
| Condor D.C. Power Supplies | 11/12/2002 | One closed matter for another subsidiary of parent company, SL Industries |
| Corporate Express | 5/25/2004 | One closed general matter for parent company |
| Corporate Express of Texas | 5/26/2004 | One closed general matter for parent company |
| Dun and Bradstreet | 9/1/2005 | Several closed matters |
| FMC Corporation | 7/9/2003 | One recent closed matter |
| Georgia Gulf Corp. | 11/13/2003 | One recent closed matter |
| Inco Europe, Ltd. | 7/24/2006 | Two closed matters |
| IUE-CWA Local 755 | 6/24/2003 | Multiple closed matters for ultimate parent, Communications Workers of America |
| Madison Capital Management | 6/15/2006 | One closed matter for related entity |

| Name | Date of Last Closed Matter | Comments |
|---|---|---|
| Madison Investment Trust-Series 17 | 6/15/2006 | One closed matter for related entity |
| Madison Investment Trust-Series 20 | 6/15/2006 | One closed matter for related entity |
| Madison Investment Trust-Series 35 | 6/15/2006 | One closed matter for related entity |
| Madison Investment Trust-Series 38 | 6/15/2006 | One closed matter for related entity |
| Madison Niche Opportunities, LLC Opportunities | 6/15/2006 | One closed matter for related entity |
| McDermott Will & Emery LLP | 5/25/2004 | One closed matter |
| Mettler-Toledo, Inc. | 5/25/2004 | One closed matter |
| Milliken Company | 8/10/2004 | One closed advice matter |
| Milliman, Inc. | 7/12/2004 | One closed advice matter |
| Nichia Corporation | 10/8/2002 | One closed matter |
| Robert Bosch Corp. | 3/13/2002 | Three closed matters |
| Sartomer Company, Inc. | 1/13/2004 | One closed matter; other closed matter for parent, Total S.A. |