**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____/

**In Re:**

DELPHI CORPORATION, *et al,*

    **Debtors.**

Chapter 11

Case No. 05-44481 (RDD)

(Jointly Administered)

_____/

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

The undersiged, James R. Scheuerle, a member in good standing of the bar in the State of Michigan, request admission *pro hac vice* before the Honorable Robert D. Drain, to represent Muskegon Castings Corporation, Port City Castings Corporation, and Port City Metal Products, affiliates of Port City Die Cast, Inc., in the above case.

Address:    Parmenter O'Toole
                601 Terrace Street, PO Box 786
                Muskegon MI 49443-0786

Email:        JRS@Parmenterlaw.com

Telephone:  231.722.1621

Fax:          231.728.2206

I agree to pay the fee of $25 upon the Court's approval of this motion for admission.

Dated: November 6, 2006                PARMENTER O'TOOLE

                                                        By   /s/ James R. Scheuerle
                                                            James R. Scheuerle (P42932)
                                                            601 Terrace Street, PO Box 786
                                                            Muskegon MI 49443-0786
                                                            Telephone 231.722.1621
                                                            Fax 231.728.2206
                                                           Email JRS@Parmenterlaw.com