# United States Bankruptcy Court
## Southern District of New York

In re DELPHI CORPORATION, et al.,   Case No. 05-44481
(Jointly Administered)
Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **Contrarian Funds, LLC** | **Reising Ethington Barnes Kisselle PC** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent

**Contrarian Funds, LLC**
**411 West Putnam Ave., Ste. 225**      Court Record Address of Transferor
**Greenwich, CT 06830**                  (Court Use Only)
**Attn: Alpa Jimenez**
**Phone 203-862-8236**

Last Four Digits of Acct#:  N/A

Last Four Digits of Acct#:  N/A

Name and Current Address of Transferor

Name and Address where transferee payments should be sent
(if different from above)

**Reising Ethington Barnes Kisselle PC**
**201 West Big Beaver Road, Suite 400**
**Troy, MI 48084**
**Claim No. 1239, $71,853.97**            **Attn: Frank Fodale**
**Claim No. 16336, $71,853.97**

Last Four Digits of Acct#:  N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/ *Alpa Jimenez*_____      Date: _____November 7, 2006_____
     Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

| ~DEADLINE TO OBJECT TO TRANSFER~ |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                         _____
                                          **CLERK OF THE COURT**

### EVIDENCE OF TRANSFER OF CLAIM

REISING ETHINGTON BARNES KISSELLE PC, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated October 12, 2006, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against Delphi Technologies, Inc., (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. 05-44554 (RDD) (jointly administered under 05-44481) or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 12th day of October 2006.

(Assignor)                                  (Assignee)
REISING ETHINGTON BARNES KISSELLE PC        CONTRARIAN FUNDS, LLC
                                            By: Contrarian Capital Management, LLC,
                                            as manager

By: _____                   By: _____
Name: WILLIAM H. FRANCIS                    Name: JANICE M. STANTON
                                                  MEMBER
Title: PRESIDENT                            Title: _____

(Assignor)
WITNESS:

By: _____
Name: SHIRLEY A. LANGLEY

Title: _____

KL2:2394444.1

## Schedule A
### Reising Ethington Barnes Kisselle PC

| Debtor | Case Number | Scheduled Amount | Proof of Claim Amt | Claim No. |
|---|---|---|---|---|
| Delphi Technologies, Inc. | 05-44554 | | 71,853.97 | 16336 |
| Delphi Corporation | 05-44481 | 74,155.74 | 71,853.97 | 1239 |

Initials:
Seller [signature]
Buyer [signature]