Evelyn M. Kiresen
St. Andrews- South Life Care Community
6065 S. Verde Trail
Apt. G-321
Boca Raton, Florida 33433
(561) 477-0361

October 2, 2006                              Chapter 11
                                             Case No. 05-44481 (RDD)

Honorable Robert D. Drain                    In the matter of Delphi Corporation
United States Bankruptcy Court for           et. al. Debtor's First Omnibus Claims
The Southern District of New York            Pursuant to 11 U.S.C. ch. 502(b) R.
One Bowling Green                            Bankr. P. 3007 to Certain (1) Dup-
Room 610                                     licate and Amended Claims and (2)
New York, New York, 10004                    Equity Claims.


Honorable Robert D. Drain:

As an elderly claimant who does not possess legal training, I am writing in strong objection to the complete disallowal of my Equity claim (#7474) filed 6/5/2006 in the amount of $4,379.92 on the following grounds:

I have been a shareholder of Delphi since its inception as a spin-off from General Motors, who reinvested all dividends back into the company in the belief that Delphi, a leading technology company according to its own statement with "technical competence in a variety of disciplines, and one of the largest global supplies of vehicle electronics, transportation components, integrated systems" ....suppling "products to <u>nearly every major global automobile original equipment manufacturer.</u>" had capable management and a strong balance sheet that included not only its total liabilities, but its worldwide assets. When I bought into Delphi I did not buy into a U.S. Domestic corporation, but a global one.
I believe that contrary to the bankruptcy statement: "Delphi's non-U.S. subsidiaries are not chapter 11 and continue their business without supervision from the Bankruptcy Court." this is equivalent to an individual pleading bankruptcy stating that they arbitrarily and capriciously would not include a dozen Rolls Royce autos housed abroad in various countries, a castle in Scotland and other assets in their Chapter 11 filing as these were foreign and not domestic assets. I have every reason to believe that Delphi has many successful and substantial profitable foreign assets that should be considered in the total picture. Were they to do so, I believe it would not only negate their sham bankruptcy filing but show the true motive for this filing: namely; to shed not only their loyal American workforce, but their stockholders as well.

Additionally, by example, in the late 1970s-early 80s, Caterpillar Tractor, a premier American corporation, filed for bankruptcy, reorganized <u>without either</u>

**dumping its workforce or its shareholders.** Caterpillar continues unto this day with not only its reputation intact but as a prosperous and quite profitable entity.

In the belief that Delphi has filed a premature and false bankruptcy petition that is without merit and does not deserve chapter 11 protection from the Court, I am filing this objection to the debtor's objection.

Yes, Delphi is in need of reorganization, a new chairman, board, and management team under the supervision of the Court—one that will utilize effectively its dedicated worldwide workforce and preserve shareholder value.

Sincerely,

Evelyn M. Kiresen