UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
IN RE                    **AFFIDAVIT**
DELPHI CORPORATION, et al.,
CH:11
Case No. 05-44481(RDD)          GENERAL

THIS SPACE IS FOR COURT USE ONLY

STATE OF   NEW YORK     } ss.
County of_____

Hearing on 10-19-2006
Time: 10:00 am

BEING FIRST DULY SWORN, deposes and says:

DL 10-12-2006   4:00 pm

I Vincent E. Rhynes Testify Under Oath

That I Filed Only One(1) "Proof Of Interest" As To My

"Ownership Interest" With A Copy Of My 'Stock Certificate'

In The Event The Debtor(Delphi Corporation,et al.,) Failed To

Reflect My True Status.

1# I Vincent E. Rhynes Hold A "STOCK CERTIFICATE" Of The Debtor

(Delphi Corporation ) Common Stock . A Copy Is Being Provided Here

With This Response.

2# This Common Stock Is Not Held In 'Street Name' But One Should Always

Make Clear Before The Bankruptcy Court One's True Holding Status.

-Relief Requested-

That Vincent Rhynes Ownership Interest & Status Be Uph... .

The Debtor Omnibus Objection Be Over Ruled.

-BASIS FOR RELIEF-

Section 501(a) & 502(a) Of The Bankruptcy Code.
Section 105(a) Of The Bankruptcy Code.


RECEIVED
OCT - 3 2006
U.S. BANKRUPTCY COURT
SO. DIST OF NEW YORK


Commission # 1420605
Notary Public - California
Los Angeles County
My Comm. Expires May 27, 2007


Vincent E. Rhynes

SUBSCRIBED and sworn to before me this 30th
day of September 2006

Notary Public in and for said State.

# CALIFORNIA ALL-PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

State of California )

County of Los Angeles )

On September 30 2006 before me, Mark Herman Rhynes
(here insert name and title of the officer)

personally appeared Vincent E. Rhynes

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
Signature of Notary Public

MARK HERMAN RHYNES
Commission # 1420605
Notary Public - California
Los Angeles County
My Comm. Expires May 27, 2007

(Seal)

## ADDITIONAL OPTIONAL INFORMATION

**DESCRIPTION OF THE ATTACHED DOCUMENT**

Affidavit of Response
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages 1   Document Date 9/30/06

_____
(Additional information)

**CAPACITY CLAIMED BY THE SIGNER**
- ☑ Individual(s)
- ☐ Corporate Officer
  _____
  (Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

**INSTRUCTIONS FOR COMPLETING THIS FORM**
*Any acknowledgment completed in California must contain verbiage exactly as appears above in the notary section or a separate acknowledgment form must be properly completed and attached to that document. The only exception is if a document is to be recorded outside of California. In such instances, any alternative acknowledgment verbiage as may be printed on such a document so long as the verbiage does not require the notary to do something that is illegal for a notary in California (i.e. certifying the authorized capacity of the signer). Please check the document carefully for proper notarial wording and attach this form if required.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they,- is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
    ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
    ❖ Indicate title or type of attached document, number of pages and date.
    ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document

CAPA v12.10.05 © by Association of Professional Notaries & CSA 800-873-9865 www.notaryclasses.com



| NAME AND ADDRESS OF ATTORNEY: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Vincent E. Rhynes<br>1514 W. Manchester AVE #5<br>Los Angeles CALIF, 90047 | (323)971-6063 | |

ATTORNEY FOR:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

PLAINTIFF(S)/PETITIONER(S):
Vincent E. Rhynes

DEFENDANT(S)/RESPONDENT(S):
Delphi Corporation, et al.,

**PROOF OF SERVICE BY MAIL**

CASE NUMBER:
05-44481(RDD)

Hearing: Date 10-19-2006
Time 10:00 am
Dept. (RDD)

I am over the age of 18 and not a party to this action. I am a resident of or employed in the county where the mailing occurred. My residence or business address is: 1522 W. Manchester AVE Los Angeles CALIF, 90047

I served a copy of the following documents (list documents): General Affidavit

by placing a true copy of each document in the United States mail, in a sealed envelope with postage fully prepaid, as follows:

a. Date of deposit: 09-30-2006

b. Place of deposit (city and state): Los Angeles CALIF.

c. Addressed as follows: Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Drive, Suite 2100
Chicago, Illinois 60606
ATTN: John wm. Butler Jr(JB 4711)
ATTN: Delphi CORP.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on (date) 09-30-2006, at (place) Los Angeles, California.

Stephanie Wright
Type or Print Name                    Signature

ACIS Code
33208(02)

PROOF OF SERVICE BY MAIL