UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Delphi Corporation, et al.,

                                                                                 In re: Case No. 05-44481(RDD)
                                                                                 Chapter 11

                             Debtors.
-----------------------------------------------------------x

                             Plaintiff               Adversary Proceeding
                                                                       Case No.
               v.

                             Defendant
-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, German Yusufov, a member in good standing of the bar in the State of Arizona, or of the bar of the U.S. District Court for the N/A District of _____, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Pima County, Arizona, a Creditor in the above referenced ☒ case ☐ adversary proceeding.

My: address is 32 N. Stone Ave., Ste. 2100, Tucson, AZ 85701
e-mail address is pcaocvbk@pcao.pima.gov; telephone number is (520) 740-5750

I agree to pay the fee of $25 upon approval by the Court admitting me to practice *pro hac vice*.

Dated: 11/3/06

                                                                   G. Yusufov
                                                            pcaocvbk@pcao.pima.gov

RECEIVED NOV - 7 2006 U.S. BANKRUPTCY COURT, SDNY