**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

Delphi Corporation, et al.,

In re: Case No. 05- 44481 (RDD)
Chapter 11

Debtors.

-----------------------------------------------------------x

Plaintiff

Adversary Proceeding
Case No.

v.

Defendant

-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Terri A. Roberts _____, a member in good standing of the bar in the State of
Arizona _____, or of the bar of the U.S. District Court for the N/A District of
_____, request admission, *pro hac vice*, before the Honorable
Robert D. Drain _____, to represent Pima County, Arizona _____, a
creditor _____ in the above referenced ☒ case ☐ adversary proceeding.

My: address is 32 N. Stone Ave., Ste. 2100, Tucson, AZ 85701 _____
e-mail address is pcaocvbk@pcao.pima.gov _____; telephone number is (520) 740-5750 _____

I agree to pay the fee of $25 upon approval by the Court admitting me to practice *pro hac vice*.

Dated: Nov 3, 2006

_Terri A. Roberts_

pcaocvbk@pcao.pima.gov

RECEIVED
NOV - 7 2006