**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------X

In re:                                                                              In Proceedings For A
                                                                                    Reorganization Under
**DELPHI CORPORATION, et al,**                                      Chapter 11
                                                                                    Case No.: 05-44481
                                                                                    Jointly Administered

                                             Debtors.

-------------------------------------------------------------------------X

                                                                                    **Claim Nos.:  8735**

NOTICE OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001** (e)(2) or (4))

To: (Transferor)              Severn Trent Lab Inc.
                              P.O. Box 7777 W 4305
                              Philadelphia, PA  19175-4305
                              Attn:  Marsha Hemmerich

The transfer of your claim as shown above, in the amount of **$16,349.40** has been transferred (unless previously expunged by court order) to:

                              Amroc Investments, LLC
                              535 Madison Avenue, 15th Floor
                              New York, New York 10022
                              Attn : David S. Leinwand, Esq.

No action is required if you do not object to the transfer of your claim.  However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN **20 DAYS** OF THE DATE OF THIS NOTICE, YOU MUST:

--FILE A **WRITTEN** OBJECTION TO THE TRANSFER with:
                 UNITED STATES BANKRUPTCY COURT
                 SOUTHERN DISTRICT OF NEW YORK
                 ONE BOWLING GREEN, ALEXANDER HAMILTON CUSTOM HOUSE
                 NEW YORK, NY 10004

--SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL No. _____ in your objection.
If you file an objection, a hearing will be scheduled.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

                                             CLERK OF THE COURT
_____

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
INTERNAL CONTROL NO. _____
Claims Agent Noticed: (Name of Outside Agent) _____
Copy to Transferee: _____

                              _____
                                             Deputy Clerk