UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                               Chapter 11
                                                     Case No. 05-44481 (RDD)
DELPHI CORPORATION, *et al.,*                        (Jointly Administered)
DELPHI AUTOMOTIVE SYSTEMS LLC

Debtors.
-----------------------------------------------------------X

**NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**

To: (Transferee)  Debt Acquisition Company of America V, LLC
                  1565 Hotel Circle South, Suite 310
                  San Diego, CA  92108

A transfer in the amount of $420.30 from:

AMERICAN RED CROSS (Transferor)
CENTRAL MISSISSIPPI CHAPTER
875 RIVERSIDE DR
JACKSON MS 39202

is acknowledged.

*By filing pursuant to Rule 3001(e)(1), you affirm that you have searched the official claims register and that the Transferor has not previously filed a Proof of Claim.*

Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

Kathleen Farrell, Clerk

_____

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
Copy (check):  Debtor's Attorney _____ Claims Agent _____ Deputy Clerk_____
Bc:  ackotree
ACKNOWLEDGEMENT-NO CLAIM ON FILE-NOT FOR SECURITY-
AFTER BAR DATE

Nov. 3. 2006 3:46AM    Health Info. Ser. UMC                                    No. 5516    P. 1

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | ) Chapter 11 |
| --- | --- |
|  | ) Case No. 05-44481 (RDD) |
|  | ) |
| DELPHI CORPORATION, et al., | ) Jointly Administered |
| DELPHI AUTOMOTIVE SYSTEMS LLC | ) |
|  | ) NOTICE OF TRANSFER OF CLAIM |
| Debtors. | ) OTHER THAN FOR SECURITY AND |
|  | ) WAIVER OF NOTICE |
|  | ) Bankruptcy Rule 3001(e)(1) |

PLEASE TAKE NOTICE that the scheduled claim of AMERICAN RED CROSS ("Transferor") against the Debtor in the amount of $420.30, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $420.30 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

**TRANSFEROR:**
**AMERICAN RED CROSS**
**CENTRAL MISSISSIPPI CHAPTER 875 RIVERSIDE DR JACKSON MS 39202**

Print Name _Mary Hamilton_    Title _Executive Director_
Signature _Mary Hamilton_      Date _11/2/06_
Updated Address (if needed) _____

Phone _____    Fax _____    E-Mail _____

**TRANSFEREE:**
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
1565 Hotel Circle South, Suite 310, San Diego, CA 92108
Signature: _____
   Tom Scheidt

Mail Rep 8-231
2585059

1