IN RE
Delphi Corporation, et al    Chapter 11
        Debtors            Case #05-44481(RDD)
                (Jointly
                Administered)

201 BrowerTown Rd.
West Paterson, N.J.
07424-2609
973-256-5886
28-September 2006

Honorable Robert D Drain
United States Bankruptcy Court
for the Southern District of
New York
1 Bowling Green Room 610
New York, New York 10004

I, Helen Jarmakowicz, disagree with this First Omnibus Objection.

I'm claiming $758.09 of Delphi Corporation, Claim # 6797, filed on 24-May '06.

I'm a widow, 81 years old, on a fixed income and I relied on Delphi Corp. to supplement my income, instead I'm to receive Nothing.

How come?

Please don't disqualify me or reject this letter.

Thank you
Sincerely
(Mrs) Helen Jarmakowicz

RECEIVED
OCT - 2 2006
USBC-SDNY
RDD