August 14, 2006

The Honorable Judge Drain
United States Bankruptcy Court for the Southern District of New York

Re: Delphi Corp. Chapter 11 bankruptcy, Case no. 05-44481

Your Honor,

The decision on retirement benefits and pensions of Delphi retirees may set the precedent for other Corporate reorganizations including Dana. Being the daughter of a retired Dana Corp employee, and the daughter-in-law to three, I wanted to express my concern for their benefits, as one who has lived and worked amongst them.

Physician visits were rare growing up. Now aging, unfortunately medication is a part of every day life. My father is diabetic and my mother has arthritis in her spine. Their income supports a small home, a 99 Honda, and a 79 Chevy truck. I wonder what could be given up to cover the cost of medicine should they lose their plan.

**Most families had no choice but to be part of UAW in order to obtain a job** My mother holds a degree from Lincoln Bible College, and was employed by the schools. My father, however did not have the resources available for college. He found a job as janitor at Perfect Circle, and shortly after hired full time in the factory. With three children to raise-you take what comes--**Union or not!!** He managed to put two children through college. Soon after he was faced with retirement. No 401Ks, no experience, no fancy graphs, or internet. He had to rely solely on the professional's integrity of whom he trusted to manage his financial future. How would he know if there was negligence in retirement planning?

I learned irreplaceable values from my parents: honesty, hard work and faith. I have put in place those values for 13 years by assisting members of our Credit Union (founded by Perfect Circle)in debt consolidations and counseling. Although our field of membership has grown substantially, I see Dana/Perfect Circle retirees daily. They are good people who want to continue living their simple lives without having to give up what they worked so hard for.

Mr. Drain, your consideration of fairness to these individuals would be greatly appreciated by their families.

Yours faithfully,
Lesley Shore
Hagerstown, IN

RECEIVED
AUG 21 2006
USBC-SDNY
RDD