3701 Ironwood Way
Anderson, Indiana
46011
September 11, 2006

To:
Honorable Judge Robert Drain

Good Afternoon on this most memorable 9/11/2006!

This is the fifth time I'm writing to you and my reason is still the same as it has been the first four times, "TO PLEAD FOR JUSTICE !" There is not much I can add to what I've already written to you, except to perhaps share with you my principle reason for this letter.

Isaiah the biblical prophet's writings are very meaningful to me. He wrote in the 59th chapter, 4th verse of the bible book which bears his name that "none calleth for justice, nor any pleadeth for truth."

I sincerely believe that applying Isaiah's admonition to the Delphi situation is very appropriate, as he warns his readers to DO their part, to plead for TRUTH and to CALL for JUSTICE in all circumstances of life.

My plea is for justice is for myself and for all Delphi Stockholders.

If and when the Delphi Corporation can emerge from bankruptcy and again become a viable public owned corporation, then I plead for each of us who own stock in Delphi to emerge with the same percentage of ownership in Delphi that we had before Delphi filed for bankruptcy.

I've also decided to copy Mr. Robert "Steve" Miller the CEO of Delphi on this brief note.

Thank you,
Sincerely,

*Robert W. Ward*

Robert W. Ward

cc Mr. Steve Miller

RECEIVED
SEP 18 2006
USBC-SDNY
RDD