**Madison Liquidity Investors, LLC**
**6310 Lamar Ave Ste 120**
**Overland Park, KS 66202**

## U. S. BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In Re: Delphi Corporation                          Chapter 11
In Re: **Longview Mech Contractors**               Case Nos **05-44481**

### Notice of Withdraw of Transfer of Claim

Please Take Notice that **Madison Investment Trust Series 39, LLC** hereby withdraws the Notice of Transfer of Claim filed on **5/18/2006** Docket#: **3811** from **Longview Mech Contractors** as Transferor, to **Madison Investment Trust – Series 39** as Transferee. The Withdraw of Transfer of Claim relates only to the schedule liability of **$7,133.68**

Submitted: **11/09/06**

**Madison Liquidity Investors, LLC**
**6310 Lamar Ave Ste 120**
**Overland Park, KS 66202**
**913-982-5007**

By: _____
        **Doyle Clark**

# Madison Liquidity Investors, LLC.

6310 Lamar Ave, Suite 120
Overland Park, KS 66202
Phone: (800) 896-8913   Fax: (913) 982-5039

May 18, 2006

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY  10004-1415

RE: **Dana Corporation**

   Buyer: Madison Investment Trust - Series 39

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
Longview Mech Contractors
PO BOX 5299
Longview, TX  75608-5299

Social Sec. No./Tax ID: 75-1235293

## Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. :_____

Effective date of distribution address change to Madison Liquidity Investors, LLC. :_____

Verified by (transfer agent):_____

Transfer Agreement Number: 102406013

## EVIDENCE OF TRANSFER OF CLAIM

TO:            New York Southern Bankruptcy Court
AND TO:     Madison Liquidity Investors, LLC.
               6310 Lamar Ave, Suite 120
               Overland Park, KS 66202

Longview Mechanical
Contractors        [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of
which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date
hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison
Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and
assigns all right, title and interest in and to the Claim(s) of Claimant against Dana Corporation in the New York
Southern Bankruptcy Court , The case entitled In re Dana Corporation, with a Case Number of 06-10354 pending in
the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of
Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an
unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all
future payments and distributions, and to give all notices and other communications, in respect to the Claim to
Buyer.

IN WITNESS WHERE OF, dated as of the     12th day of May, 2006

[NAME OF CLAIMANT]    Longview Mechanical Contractors

By: _____

(Signature of Claimant)                                          05-18-06A10:35 RCVD

Print Name:     David Funderburk, President

827 Fisher Rd.
(Address)

Longview, TX 75604
(Address)

75-1235293
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number: 102406013

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By: _____
                                 (signature)

_____
                                 (print name)

## File a Claim action:

05-44481-rdd Delphi Corporation

### U.S. Bankruptcy Court

### Southern District of New York

Notice of Electronic Filing

The following transaction was received from Newkirk, Richard entered on 5/18/2006 at 12:27 PM and filed on 5/18/2006

**Case Name:**        Delphi Corporation
**Case Number:**     05-44481-rdd
**Document Number:** 3811

**Docket Text:**
Transfer Agreement FRBP 3001(e) Transfer Agreement 3001 (e) 2 Transferors:Longview Mech Contractors(Claim No.822, Amount 7,133.68). To Madison Investment Trust- Series 39. filed by Madison Investment Trust - Series (1-50).(Newkirk, Richard)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**S:\RNewkirk\AR-M620N_20060518_111819.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=5/18/2006] [FileNumber=5139279-0]

[a6c8be87be70d379cd69c2429c4dd1276e0342d293d1ac1dcb3b2afecc702ce97e56d 8e7a1a5bd8d01197a42e5c554f27d26b301e876fd043564ed30a87c1c3f]]

**05-44481-rdd Notice will be electronically mailed to:**

eerman@ermanteicher.com,

David B. Aaronson    david.aaronson@dbr.com,

Elizabeth Abdelmasieh    eabdelmasieh@nmmlaw.com

Franklin C. Adams    franklin.adams@bbklaw.com

Jason R. Adams    jadams@torys.com,

Jennifer L. Adamy    bankruptcy@goodwin.com,

Joseph W. Allen    jallen@jaeckle.com,

Stephen M. Bales    sbales@zieglermetzger.com,

C. David Bargamian    dbargamian@bsdd.com,

# UNITED STATES BANKRUPTCY COURT FOR
# NEW YORK SOUTHERN BANKRUPTCY COURT

In re:  Dana Corporation

Debtor.

Chapter 11
Case Nos.   06-10354

Claim No.

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(1)

1.    TO:    **Longview Mech Contractors**                              ("Transferor")

[TRANSFEROR NAME & ADDRESS]

**PO BOX 5299**

**Longview, TX 75608-5299**

2.    Please take notice of the transfer of $ **7,133.68**           of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

**Transfer $7,133.68 to:**

**Madison Investment Trust - Series 39**                ("Transferee")

[TRANSFEREE NAME & ADDRESS]

**6310 Lamar Avenue, Suite 120**

**Overland Park, KS        66202**

No action is required if you do not object to the transfer of your claim.

Rick Newkirk

Madison Liquidity Investors, LLC.

(800) 896-8913

999-000/Forms/27475.1

## UNITED STATES BANKRUPTCY COURT FOR
## NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re: Dana Corporation<br><br><br><br>Debtor. | Chapter 11<br>Case Nos.   06-10354<br><br>Claim No.   822 |

## NOTICE OF TRANSFER OF CLAIM

## PURSUANT TO FRBP RULE 3001(e)(2)

1.    TO:    **Longview Mech Contractors**                        ("Transferor")

               [TRANSFEROR NAME & ADDRESS]

               **PO BOX 5299**

               **Longview, TX 75608-5299**

2.    Please take notice of the transfer of $ **7,133.68**        of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

               **Transfer $7,133.68 to:**

               **Madison Investment Trust - Series 39**                ("Transferee")

               [TRANSFEREE NAME & ADDRESS]

               **6310 Lamar Avenue, Suite 120**

               **Overland Park, KS        66202**

No action is required if you do not object to the transfer of your claim.

Rick Newkirk

Madison Liquidity Investors, LLC.

(800) 896-8913

999-000/Forms/27475.1