UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481 (RDD) |
| | (Jointly Administered) |
| Debtor. | |

-------------------------------------------------------x

## CLAIMS ASSIGNMENT AND TRANSFER AGREEMENT

    Attached is the Claims Assignment and Transfer Agreement between Metal Seal & Products, Inc. and CF Special Situation Fund 1 LP.

November 10, 2006        Respectfully submitted,

        /s/Scott N. Opincar
        Shawn M. Riley (OH0037235)
        Scott N. Opincar (OH0064027)
        McDonald Hopkins Co., LPA
        600 Superior Avenue, East
        Suite 2100
        Cleveland, OH  44114
        Telephone:  (216) 348-5400
        Facsimile:  (216) 348-5474
        E-mail: sriley@mcdonaldhopkins.com
            sopincar@mcdonaldhopkins.com

        COUNSEL FOR CF SPECIAL SITUATION FUND 1 LP

{1040939:}