UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481 (RDD) |
| | (Jointly Administered) |
| Debtor. | |

-------------------------------------------------------x

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2)

To: (Transferor)   Metal Seal & Products, Inc.
4323 Hamann Parkway
Willoughby, OH  44094

The transfer of your claim in the amount of $245,662.57, as listed on the Debtors' schedules, has been transferred to:

CF Special Situation Fund 1 LP
200 Public Square
Cleveland, OH 44114

No action is required if you do not want to object to the transfer of your claim.  IF, HOWEVER, YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

(1)   FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY  10004

(2)   SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.

If you file an objection, a hearing will be scheduled.  IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

---

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO. _____
Copy:   (check) Claims Agent ____   Transferee ____   Debtor's Attorney ____

_____
Deputy Clerk

{1033390:}