# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

In re:                                                    In Proceedings For A
                                                          Reorganization Under
          **DELPHI CORPORATION, et al,**                  Chapter 11
                                                          Case No.: 05-44481
                                                          Jointly Administered

          Delphi Automotive Systems
                              Debtors.                    Case No.: 05-44640

---------------------------------------------------------------------X

### NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

          Amroc Investments, LLC
          535 Madison Avenue, 15th Floor
          New York, New York 10022
          Attention: David S. Leinwand, Esq.

A transfer in the amount of **$64,197.82** from:

          Circle Prosco Inc. (Transferor)
          401 North Gates Drive
          Bloomington, IN  47404
          Attention: Doug Parker

is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.  Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                          Clerk of the Court
_____

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.

Copy: Debtor's Attorney _____

Claims Agent _____

                                   _____
                                                Deputy Clerk