KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
Counsel for *Applied Biosystems (Applera Corporation,
  acting through its Applied Biosystems Group)*
Robert N. Michaelson, Esquire (RM-5925)
599 Lexington Avenue
New York, NY  10022
Ph:     (212) 536-3900
Fax:    (212) 536-3901
Email: rmichaelson@klng.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
| In re: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
---------------------------------------------------------x


## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 12372 FILED AGAINST DELPHI MEDICAL SYSTEMS OF TEXAS CORPORATION

PLEASE TAKE NOTICE that Applied Biosystems (Applera Corporation, acting through its Applied Biosystems Group) hereby withdraws proof of claim no. 12372 that it filed against Delphi Medical Systems of Texas Corporation, case number 05-44511, and waives any and all rights to distribution on account of such claim.

Dated:  New York, NY
        November 14, 2006

                                               KIRKPATRICK & LOCKHART
                                               NICHOLSON GRAHAM LLP

                                               By:  /s/ Robert N. Michaelson
                                               599 Lexington Avenue
                                               New York, New York 10022
                                               212-536-3900

                                               Attorneys for Applied Biosystems (Applera Corporation, acting
                                               through its Applied Biosystems Group)