IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                            :

In re                              :     Chapter 11
                            :

DELPHI CORPORATION, et al.,       :     Case No. 05-44481 (RDD)
                            :

                 Debtors.     :     (Jointly Administered)
                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AFFIDAVIT OF SERVICE

      I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants, LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

      On November 10, 2006, I caused to be served the documents listed below (i) upon the parties listed on Exhibit A hereto via overnight delivery, (ii) upon the parties listed on Exhibit B hereto via electronic notification and (iii) upon the parties listed on Exhibit C hereto via postage pre-paid U.S. mail:

1) Motion for Order Authorizing Entry Into Settlement with the Securities and Exchange Commission and [Proposed] Order Authorizing Entry Into Settlement with The Securities and Exchange Commission (Docket No. 5520) [a copy of which is attached hereto as Exhibit D]

2) Second Supplemental Application for Order Under 11 U.S.C. Sections 327(a), 328(a), 1107(b) and Fed. R. Bankr. P. 2014 Authorizing Employment and Retention of KPMG LLP to Assist Debtors in (I) Certain Improvements to International Tax Reporting Package and Processes Effective Nunc Pro Tunc to August 1, 2006, (II) Certain Internal Reporting Initiatives Effective Nunc Pro Tunc to May 9, 2006, (III) a Special Investigation Effective Nunc Pro Tunc to July 10, 2006, (IV) Certain Transfer Pricing Services Effective Nunc Pro Tunc to May 19, 2006, (V) Certain Improvements to Financial Close, Consolidation and Management Reporting Processes, and (VI) Certain Additional Services; and [Proposed] Order Under 11 U.S.C. §§ 327(A), 328(A), 1107(B) and Fed. R. Bankr. P. 2014 Authorizing Employment and Retention of KPMG LLP To Assist Debtors in (I) Certain Improvements To International Tax Reporting Package and Processes Effective Nunc Pro Tunc To August 1, 2006, (II) Certain Internal Reporting Initiatives Effective Nunc Pro Tunc To May 9, 2006, (III) A Special Investigation Effective Nunc Pro Tunc To July 10, 2006, (IV) Certain Transfer Pricing Services Effective Nunc Pro Tunc To May 19, 2006, (V) Certain Improvements To Financial Close, Consolidation and Management Reporting Processes, And (VI) Certain Additional Services (Docket No. 5522) [a copy of which is attached hereto as Exhibit E]

On November 10, 2006, I caused to be served the document listed below upon the parties listed on Exhibit F hereto via overnight delivery:

> Motion for Order Authorizing Entry Into Settlement with the Securities and Exchange Commission and [Proposed] Order Authorizing Entry Into Settlement with The Securities and Exchange Commission (Docket No. 5520) [a copy of which is attached hereto as Exhibit D]

On November 10, 2006, I caused to be served the document listed below upon the parties listed on Exhibit G hereto via overnight delivery:

> Second Supplemental Application for Order Under 11 U.S.C. Sections 327(a), 328(a), 1107(b) and Fed. R. Bankr. P. 2014 Authorizing Employment and Retention of KPMG LLP to Assist Debtors in (I) Certain Improvements to International Tax Reporting Package and Processes Effective Nunc Pro Tunc to August 1, 2006, (II) Certain Internal Reporting Initiatives Effective Nunc Pro Tunc to May 9, 2006, (III) a Special Investigation Effective Nunc Pro Tunc to July 10, 2006, (IV) Certain Transfer Pricing Services Effective Nunc Pro Tunc to May 19, 2006, (V) Certain Improvements to Financial Close, Consolidation and Management Reporting Processes, and (VI) Certain Additional Services; and [Proposed] Order Under 11 U.S.C. §§ 327(A), 328(A), 1107(A) and Fed. R. Bankr. P. 2014 Authorizing Employment and Retention of KPMG LLP To Assist Debtors in (I) Certain Improvements To International Tax Reporting Package and Processes Effective Nunc Pro Tunc To August 1, 2006, (II) Certain Internal Reporting Initiatives Effective Nunc Pro Tunc To May 9, 2006, (III) A Special Investigation Effective Nunc Pro Tunc To July 10, 2006, (IV) Certain Transfer Pricing Services Effective Nunc Pro Tunc To May 19, 2006, (V) Certain Improvements To Financial Close, Consolidation and Management Reporting Processes, And (VI) Certain Additional Services (Docket No. 5522) [a copy of which is attached hereto as Exhibit E]

Dated: November 14, 2006

                                            _/s/ Evan Gershbein_____
                                            Evan Gershbein

Subscribed and sworn to (or affirmed) before me on this 14th day of November, 2006, by Evan Gershbein, personally known to me or proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _/s/ Shannon Joann Spencer_____

Commission Expires: _6/20/10_____