# EXHIBIT F

Delphi Corporation
SEC Settlement Motion
Special Parties

| CONTACT | COMPANY | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Charles E. Davidow | WilmerHale | 1875 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-663-6000 | 202-663-6363 | charles.davidow@wilmerhale.com | Counsel to Delphi Corporation |
| Christopher A. Andreoff and Peter Sugar | Jaffe Raitt Heuer & Weiss PC | 27777 Franklin Road | Suite 2500 | Southfield | MI | 48034-8214 | 248-351-3000 | 248-351-3082 | candreoff@jaffelaw.com; psugar@jaffelaw.com | Counsel to Laura Marion |
| David DuMouchel and Laurie J. Michelson | Butzel Long PC | 150 W. Jefferson Avenue | Suite 100 | Detroit | MI | 48226 | 313-225-7004 | 313-225-7080 | dumouche@butzel.com; michelso@butzel.com | Counsel to Catherine Rozanski |
| David M. Sherbin | Delphi Corporation | 5725 Delphi Drive | MC 483-400-603 | Troy | MI | 48098 | 248-813-2000 | 248-813-2670 | | Debtors |
| Ellen Christensen | Assistant United States Attorney U.S. Attorneys' Office | 211 W. Fort Street | Suite 2001 | Detroit | MI | 48226-3211 | 313-226-9112 | 313-226-3800 | ellen.christensen@usdoj.gov | Local Counsel to U.S. Securities and Exchange Commission |
| Gary Saretsky | Hertz, Schram & Saretsky, P.C. | 1760 S. Telegraph Hill | Suite 300 | Bloomfield Hills | MI | 48302 | 248-335-5000 | 248-335-3346 | gsaretsky@hsspc.com | Counsel to Judith Kudla |
| Gregory Bruch | Foley & Lardner | 3000 K Street, N.W. | Suite 500 | Washington | DC | 20007 | 202-672-5300 | 202-672-5399 | gbruch@foley.com | Counsel to B.N. Bahadur |
| Gregory N. Miller | U.S. Securities and Exchange Commission | 100 F. Street, N.E. | | Washington | DC | 20549-4030 | 202-551-4469 | 202-772-9245 | | Counsel to U.S. Securities and Exchange Commission |
| Larry Iason | Morvillo, Abramowitz, Grand, Iason & Silberberg, P.C. | 565 Fifth Avenue | | New York | NY | 10017 | 212-856-9600 | 212-856-9494 | liason@magislaw.com | Counsel to Scot McDonald |
| Martin E. Crandall | Clark Hill PLC | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226 | 313-965-8413 | 313-965-8252 | mcrandall@clarkhill.com | Counsel to Milan Belans |
| Matthew J. Lund and Richard A. Rossman | Pepper Hamilton LLP | 100 Renaissance Center | Suite 3600 | Detroit | MI | 48243 | 313-259-7110 | 313-259-7926 | lundm@pepperlaw.com; rossmanr@pepperlaw.com | Counsel to Paul R. Free |
| Robert E. Forrest | Kerr, Russell and Weber PLC | Detroit Center Suite 2500 | 500 Woodward Avenue | Detroit | MI | 48226-3427 | 313-961-0200 | 313-961-0388 | ref@krwlaw.com | Counsel to Kevin Curry |
| Robert M. Stern | O'Melveny & Myers LLP | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | rstern@omm.com | Counsel to Alan S. Dawes |
| Royal B. Martin and Leigh D. Roadman | Martin, Brown & Sullivan, Ltd. | Chicago Bar Association Building 321 South Plymouth Court | 10th Floor | Chicago | IL | 60604 | 312-360-5000 | 312-360-5026 | martin@mbslaw.com; roadman@mbslaw.com | Counsel to Atul Pasricha |
| Thomas W. Cranmer | Miller Canfield Paddock & Stone PLC | 840 W. Long Lake Road | Suite 200 | Troy | MI | 48098 | 248-267-3381 | 248-879-2001 | cranmer@millercanfield.com | Counsel to John G. Blahnik |
| Ty Cobb | Hogan & Harston LLP | 555 13th Street, N.W. | | Washington | DC | 20004 | 202-637-6437 | 202-637-5910 | tcobb@hhlaw.com | Counsel to Stuart Doyle |
| William A. Sankbeil | Kerr, Russell & Weber PLC | 500 Woodward Avenue | Detroit Center Suite 2500 | Detroit | MI | 48226 | 313-961-0200 | 313-961-0388 | was@krwlaw.com | Co-Counsel to John G. Blahnik |
| William H. Jeffress, Jr. | Baker Botts L.L.P. | The Warner | 1299 Pennsylvania Avenue N.W. | Washington | D.C. | 20004-2400 | 202-639-7700 | 202-639-7890 | william.jeffress@bakerbotts.com | Counsel to J.T. Battenberg, III |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

SEC Settlement Motion
Special Parties Service List

# EXHIBIT G

Delphi Corporation
Second Supplemental KPMG Retention Application
Special Parties

| CONTACT | COMPANY | ADDRESS1 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Bill Dimos | | | | | | 212-556-2239 | | bdimos@kslaw.com; | |
| H. Slayton Dabney, Jr. | King & Spalding LLP | 1185 Avenue of the Americas | New York | NY | 10036 | 212-556-2287 | 212-556-2222 | sdabney@kslaw.com | Counsel to KPMG |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2nd Supp KPMG Retention
Special Parties Service List