**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------------x
                                          )
In re:                                    )   Chapter 11
                                          )
DELPHI AUTOMOTIVE SYSTEMS, LLC            )   Case No. 05-44640 (RDD)
                                          )
                                          )
                                          )
       Debtor.                            )   (Jointly Administered)
------------------------------------------------------------------------x
```

NOTICE OF TRANSFER OF CLAIM
<u>PURSUANT TO FRBP RULE 3001(e)(2)</u>

1.    TO:                 SPECIAL SITUATIONS INVESTING GROUP, INC. ("Transferor")
                          c/o Goldman, Sachs & Co.
                          30 Hudson, 17th Floor
                          Jersey City, NJ 07302
                          Attn:    Pedro Ramirez
                          Phone:  (917) 343-8319

2.     Please take notice of the transfer, in the amount of $1,000,000.00, of your claim against
DELPHI AUTOMOTIVE SYSTEMS, LLC, above, as evidenced by the Proof of Claim (attached in
<u>Exhibit A</u> hereto) and as relating to the claims scheduled against the Debtor has been transferred to:

                          LONGACRE MASTER FUND, LTD. ("Transferee")
                          c/o U.S. Bank National Association
                          Corporate Trust Services
                          1420 Fifth Avenue, 7th Floor
                          Seattle, Washington 98101
                          Attn: Dawnita Ehl

       An evidence of transfer of claim is attached hereto as <u>Exhibit B</u>. All distributions and notices
regarding the transferred portion of the claim should be sent to the Transferee at the instructions attached
in <u>Exhibit C</u>.

3.     No action is required <u>if you do not object</u> to the transfer of your claim.  However, **IF YOU OB-
JECT TO THE TRANSFER OF YOUR CLAIM, WITHIN <u>20 DAYS</u> OF THE DATE OF THIS
NOTICE, YOU MUST:**

--            **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

NY362615.1/1124-00093

United States Bankruptcy Court
Southern District of New York
Attn: Clerk of Court
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

--    **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

--    Refer to **INTERNAL CONTROL NO.** _____ in your objection and any further
correspondence related to this transfer.

4.    If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT
TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON
OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

CLERK

-------------------------------------------------------------------------------------------------

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on _____,
2005.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtor's Attorney ___

_____
Deputy Clerk

NY362615.1/1124-00093

## EXHIBIT A

**PROOF OF CLAIM**

FORM B10 (Official Form 10) (04/05)

| UNITED STATES BANKRUPTCY COURT    **Southern**    DISTRICT OF    **New York** | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>Delphi Automotive Systems LLC | Case Number<br>05-44640 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Special Situations Investing Group, Inc.

Name and address where notices should be sent:

    Special Situations Investing Group, Inc. c/o Goldman, Sachs & Co.
    30 Hudson, 17th Floor
    Jersey City, NJ 07302
    Attention: Pedro Ramirez

Telephone number:    (917) 343-8319

☑ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here  ☐ replaces
if this claim  ☑ amends  a previously filed claim, dated:   3/29/06*

**1. Basis for Claim**
- ☑ Goods Sold / Services Performed
- ☐ Customer Claim
- ☐ Taxes
- ☐ Money Loaned
- ☐ Personal Injury
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
        (date)       (date)

**2. Date debt was incurred:**
    1/19/2005 to 10/8/2005

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed: $**   6,153,413.36 _____ _____ 6,153,413.36
           (unsecured)   (secured)   (priority)   (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle
  ☐ Other _____

Value of Collateral:    $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any:  $_____

**6. Unsecured Nonpriority Claim $**   6,153,413.36*
☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority  $_____
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(____).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:**  *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:**  To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

FILED
2006 JUL 31 A 10:31
U.S. BANKRUPTCY COURT
S.D.N.Y.

| Date<br><br>7/31/06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br><br>Brian J. Clarke<br>Authorized Signatory |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

* Please see Attachment to Amended Proof of Claim for detail.

## <u>EXHIBIT B</u>

**EVIDENCE OF TRANSFER OF CLAIM**

## EVIDENCE OF TRANSFER OF CLAIM

TO:          United States Bankruptcy Court ("Bankruptcy Court")
             Southern District of New York
             One Bowling Green
             New York, NY 10004
             Attn:    Clerk

AND TO:      DELPHI AUTOMOTIVE SYSTEMS LLC ("Debtor")
             Case No. 05-44640

*Claim #*

Special Situations Investing Group, Inc. its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

             LONGACRE MASTER FUND, LTD.
             c/o U.S. Bank National Association
             Corporate Trust Services
             1420 Fifth Avenue, 7th Floor
             Seattle, Washington 98101
             Attn: Dawnita Ehl

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller (which claim Seller purchased from ST MICROELECTRONICS, INC. (F/K/A SGS THOMSON MICROELECTRONICS, INC.), including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $1,000,000.00 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated July 31, 2006.

SPECIAL SITUATIONS INVESTING GROUP, INC.

By: _____

Name:
Title:          Brian J. Clarke
                Authorized Signatory


LONGACRE MASTER FUND, LTD.

By: _____

Name:
Title:          V. Jalisavcic
                Director

**EXHIBIT C**

Address for Notices:

LONGACRE MASTER FUND, LTD.
c/o U.S. Bank National Association
Corporate Trust Services
1420 Fifth Avenue, 7th Floor
Seattle, Washington 98101
Attn: Dawnita Ehl

Wire Instructions:

| | |
|---|---|
| Bank: | JPMorgan Chase Bank |
| | NY, NY |
| ABA#: | 021000021 |
| A/C#: | 904-762521 |
| A/C Name: | Longacre Master Fund Ltd. |