# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, *et al.,* | ) | Case No. 05-44481 (RDD) |
|        Debtors | ) | |
| | ) | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Richard J. Parks, a member of good standing of the bar in the State of Pennsylvania, the bars of the U.S. District Court for the Western District of Pennsylvania and the United States Bankruptcy Court for the Western District of Pennsylvania, requests admission, **pro hac vice**, before the Honorable Robert D. Drain, to represent American Turned Products, Inc. a party in interest in the above-referenced case. My mailing address, e-mail address and telephone are as follows:

> Richard J. Parks, Esquire
> MacDonald, Illig, Jones & Britton LLP
> 100 State Street, Suite 700
> Erie, Pennsylvania 16507
> (814) 870-7754 Telephone
> (814) 454-4647 Facsimile
> rparks@macdonaldillig.com

I agree to pay the fee of $25.00 at the time of the filing of this Motion.

> */s/ Richard J. Parks*
> Richard J. Parks
> Pa. Supreme Court ID No. 40477
> MacDONALD, ILLIG, JONES & BRITTON LLP
> 100 State Street, Suite 700
> Erie, PA 16507-1459
> (814) 870-7754
> Fax: (814) 454-4647
> E-mail: rparks@mijb.com
>
> Attorneys for American Turned Products, Inc.

Dated: November 15, 2006