**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, *et al.,* | ) | Case No. 05-44481 (RDD) |
|       Debtors | ) | |
| | ) | (Jointly Administered) |

**ORDER OF ADMISSION TO PRACTICE,** *Pro Hac Vice*

      Richard J. Parks, a member of good standing of the bar in the State of Pennsylvania, the bars of the U.S. District Court for the Western District of Pennsylvania and the United States Bankruptcy Court for the Western District of Pennsylvania, having requested admission, ***pro hac vice***, to represent American Turned Products, Inc., a party in interest, in the above-referenced case,

      **ORDERED**, that Richard J. Parks, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Date:   November _____, 2006

       New York, New York                       _____

                                                       UNITED STATES BANKRUPTCY JUDGE