TERRA LAW LLP
177 Park Avenue, 3rd Floor
San Jose, CA 95113
(408) 299-1200
David B. Draper (SBN 107790)

Attorneys for Maxim Integrated Products, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al. | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

-------------------------------------------------------- x

### NOTICE OF CHANGE OF ADDRESS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE THAT effective September 25, 2006 the address of Maxim Integrated Products, Inc.'s attorneys has changed as follows:

>David B. Draper, Esq.
>TERRA LAW LLP
>177 Park Avenue, 3rd Floor
>San Jose, California 95113
>Telephone: (408) 299-1200
>Facsimile: (408) 998-4895

Dated: San Jose, California
         November 15, 2006

TERRA LAW LLP

By: _____
David B. Draper
TERRA LAW LLP
177 Park Avenue, 3rd Floor
San Jose, CA 95113
(408) 299-1200

1146469