UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

*In re:*

DELPHI CORPORATION, *et al.*,

Debtors.

Case No. 05-44481 (RDD)
Chapter 11 Case

*(Jointly Administered)*

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, R. John Clark, a member in good standing of the bar in the State of New York and of the bar of the United States District Court for the Northern and Western Districts of New York, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Alliance Precision Plastics Corporation, a creditor in the above-referenced case.

My address is: Hancock & Estabrook, LLP, 1500 Tower I, P.O. Box 4976, Syracuse, New York 13221-4976; e-mail address is: rjclark@hancocklaw.com; telephone number is (315) 471-3151; and telecopier number is (315) 471-3167.

I agree to pay the fee of $25.00 upon approval by the Court admitting me to practice *pro hac vice*.

Dated: November 14, 2006
Syracuse, New York

R. John Clark

{H0695601.1}