UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

*In re:*

DELPHI CORPORATION, *et al.*,

Debtors.

Case No. 05-44481 (RDD)
Chapter 11 Case

(*Jointly Administered*)

## **ORDER**

R. John Clark, having moved this Court by *Ex Parte* Motion dated November ____, 2006, for admission, ***pro hac vice***, in the above-captioned case, and good and sufficient cause appearing therefore; it is hereby

**ORDERED**, that R. John Clark, Esq. is admitted to practice ***pro hac vice***, in the above-captioned case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: November ____, 2006
New York, New York

_____
Hon. Robert D. Drain
United States Bankruptcy Judge

{H0695607.1}