

HANCOCK & ESTABROOK, LLP
COUNSELORS AT LAW

November 14, 2006

Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York  10004-1408

> **Re**: <u>Delphi Corporation, *et al.* – Chapter 11; Case No. 05-444481</u>
> *Jointly Administered*

Dear Judge Drain:

Enclosed herewith please find a courtesy copy of a Motion and proposed Order for Admission to Practice, *Pro Hac Vice* (as instructed, the Order is in Word format on a diskette) in regard to the above-noted case.  Please be advised that same has been electronically filed on today's date and the $25.00 fee has been paid with my firm's credit card.

Thank you for your time and attention to this matter.

Respectfully submitted,

HANCOCK & ESTABROOK, LLP

R. John Clark

RJC/jsm
Enc.

{H0695877.1}                1500 Tower I. P.O. Box 4976. Syracuse. NY 13221-4976

Phone: 315 471 3151 • Fax: 315 471 3167 • www.hancocklaw.com