PACHULSKI STANG ZIEHL YOUNG JONES
   & WEINTRAUB LLP
780 Third Avenue, 36th Floor
New York, NY 10017-2024
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Michael R. Seidl (DE Bar No. 3889)
William P. Weintraub (SDNY WW2897)

Counsel for Creditor Essex Group, Inc.

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

**PLEASE TAKE NOTICE** that, pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Pachulski Stang Ziehl Young Jones & Weintraub LLP hereby appears as counsel of record for Essex Group, Inc. ("Essex").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rules 2002, 3007, 3017, 4001, 6004, 6006, 9007, and 9010 of the Bankruptcy Rules and section 1109(b) of the Bankruptcy Code, Essex hereby requests that that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including but not limited to all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements,

chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding be given and served upon its counsel, at the addresses, telephone, and facsimile numbers indicated below:

| | |
|---|---|
| Michael R. Seidl, Esquire<br>PACHULSKI STANG ZIEHL YOUNG<br> JONES & WEINTRAUB LLP<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899-8705<br>(Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:   (302) 652-4400<br>Email: mseidl@pszyjw.com | William P. Weintraub, Esquire<br>PACHULSKI STANG ZIEHL YOUNG<br> JONES & WEINTRAUB LLP<br>780 Third Avenue, 36th Floor<br>New York, NY  10017-2024<br>Telephone:  (212) 561-7700<br>Facsimile:   (212) 561-7777<br>Email: wweintraub@pszyjw.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that, this Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002 shall not be deemed or construed to be a waiver of any of the rights of Essex, including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding so triable in these cases or any case, controversy, or adversary proceeding related to these cases, (iii) have the reference withdrawn in any matter subject to mandatory or

discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Essex may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: November 16, 2006

        PACHULSKI STANG ZIEHL YOUNG JONES
        & WEINTRAUB LLP

        s/ William P. Weintraub
        _____

        William P. Weintraub (SDNY WW2897)
        Michael R. Seidl (DE Bar No. 3889)
        780 Third Avenue, 36th Floor
        New York, NY 10017-2024
        Telephone: (212) 561-7700
        Facsimile: (212) 561-7777

        Counsel to creditor Essex Group, Inc.

(Counsel for Debtors)
Douglas P. Bartner, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

(Counsel for Debtors)
Jessica Kastin, Esq.
O'Melveny & Myers
7 Times Square
New York, NY 10036

(Counsel for Debtors)
John Wm. Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606-1285

(Counsel for Debtors)
Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

(Counsel for Debtors)
Mateo Fowler, Esq.
Quinn Emanuel Urquhardt Oliver & Hedges
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017

(Counsel for Debtors)
Paul J.N. Roy, Esq.
Mayer, Brown, Rowe & Maw LLP
71 S. Wacker Drive
Chicago, IL 60606

(U.S. Trustee)
Alicia M. Leonhard, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

(U.S. Trustee)
Tracy Hope Davis, Esq.
United States Trustee Office
33 Whitehall Street
21st Floor
New York, NY 10004

(Counsel for the Committee)
Mark A. Broude, Esq.
Robert J. Rosenberg, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 10022-4802

(Counsel for the Committee)
Michael D. Warner, Esq.
Warner Stevens, L.L.P.
301 Commerce Street
Suite 1700
Fort Worth, TX 76102

82264-002\DOCS_DE:122852.1