SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                          :
        In re                             :      Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :      Case No. 05-44481 (RDD)
                                          :
                      Debtors.            :      (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

NOTICE OF FILING OF LIST OF PROPOSED MEDIATORS PURSUANT TO DEBTORS'
CLAIM OBJECTION AND ESTIMATION PROCEDURES MOTION

        PLEASE TAKE NOTICE that in accordance with footnote 5 of the Motion For

Order Pursuant To 11 U.S.C. §§ 502(b) And 502(c) And Fed. R. Bankr. P. 2002(m), 3007, 7016,

7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Disallowance Or

Estimation Of Claims And (II) Certain Notices And Procedures Governing Hearings Regarding

Disallowance Or Estimation Of Claims (the "Claim Objection and Estimation Procedures

Motion"), filed October 31, 2006 (Docket No. 5453), Delphi Corporation and its affiliate debtors

(the "Debtors") hereby identify the mediators selected by the Debtors to conduct the mandatory

non-binding summary mediation as provided for in the Claim Objection and Estimation

Procedures Motion.  The list of proposed mediators, comprised of mediators located in Chicago,

Illinois, Detroit, Michigan, and New York, New York, is attached hereto as Exhibit A.

Dated:  New York, New York
        November 16, 2006

<div style="margin-left:40%">

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By:  /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr. (JB 4711)
    John K. Lyons (JL 4951)
    Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

- and -

By:  /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

</div>

<u>EXHIBIT A</u>

## <u>DEBTORS' PROPOSED LIST OF MEDIATORS</u>

The following mediators have been selected by the Debtors to conduct mediations pursuant to the relief requested in the Claim Objection and Estimation Procedures Motion.  The Debtors are in the process of obtaining commitments from certain of the proposed mediators listed below to participate in the claims and estimation process.  In addition, certain of the proposed mediators are conducting internal research to determine whether they may appropriately mediate disputes between the Debtors and claimants.  Accordingly, the Debtors may revise this list based upon the outcome of these discussions and internal research.  In the event the Debtors elect to do so, they will file a revised list prior to the hearing on the Claim Objection and Estimation Procedures Motion scheduled for November 30, 2006.

Lawrence Abramcyzk
Marc Abrams
Ronald Barliant
Michael Baum
Morton Collins
Susan Cook
Samuel Damren
Eugene Driker
Jonathan Flaxer
Rozanne Giunta
Erwin Katz
Edward Moran
Alan Nisselson
Thomas Plunkett
Marty Reisig