RECEIVED
NOV 15 2006
U.S. BANKRUPTCY COURT, SDNY

**November 7, 2006,**

TO:     The Honorable Judge Robert D. Drain - Chambers
        1 Bowling Green    Ph- 212-668-2301 (Chambers) CR- 610
        New York, New York   1004

FROM:   Gail DeCaire RN- General Motors Salary Retiree, US taxpayer,
        L.A.W.S. & ACORN. 1714 Delaware, Saginaw, MI. 48602.
        Ph-989-790-7623 , cell- 989-798-2181.

Re:     Request to submit information regarding Delphi Bankruptcy.
        Can show CEO's Wagoner (GM) & Miller (Delphi) orchestrated
        entire "Delphi Bankruptcy" to OUTSOURCE AMERICAN JOBS
        ans break the Union (Union Busting.)

I spoke with Dorothy Lee this AM. I understand that the "court must remain neutral" in its Justice. Though I am not an attorney- I am a good nurse. I know right from wrong. I implore you to hear me. The Oath I took will not let me rest. I promise that I have documentation to support ALL I share with you.

I am a Registered Nurse in good standing. Though I have documentation to prove "White Collar Crime" that transcends every level of OUR legal system NO one will address my concerns. Can show violations of CFAA(Computer Fraud and Abuse Act), CCA(Clinger-Cohen Act), ECPA( Electronic Communication Protection Act),ERISA(Employment Retirement Income Security Act), HIPAA(Health Insurance Portability & Accountability Act) PPA(Privacy Protection Act) Sarbanes-Oxley Act of 2002, & the USA Patriot Act of 2001(Uniting & Strengthening America by Providing Appropriate Tools Requited to Intercept & Obstruct Terrorism).

I have been dismissed by numerous agencies:
SEC-File H01135852, OSHA-#203263660, Civil Rights- EEOC#23AA15783 & MDRC#2642277 Gail DeCaire vs General Motors, HHS- 04-16861 "Privacy rule does not apply to GM" & Michigan Judicial Tenure Commission-04-1510 & 04-15176.
Have letters and have been dismissed by Jennifer Granholm(Gov. Of Michigan) Mike Cox(attorney general) US dept. of Labor-Menez ,Hyde & Dove) and the FBI(Mike Anderson-unit chief, public corruption & govt.

fraud).

I have faxed/called and received NO response from: Henry Paulson-US treasury
   Phone-202-622-1100 fax#202-622-1829, Don Hammond 202-622-0560 fax # 202-622-0962.
   Mike Leavitt-HHS 202-690-7000 fax@202-619-7870

Please see letters from FBI, e-mail from Patrick Hyde and letters from US dept. of labor.

The FBI states "white collar crime is sophisticated and complex" "It has a significant impact on OUR economy and as much as ten percent of approximately $19 billion of funds appropriated for domestic programs may be lost by fraud in Government"

As the judge presiding over this delphi debacle I implore you to hear me. There is NO legal record keeping being done. The RN is the "legal record keeper". The Medical & Insurance dept. are OUTSOURCED. If you sanction this bankruptcy OUR democratic process is at risk. NO contract will be safe. Please know I cannot be silent . Please help me . TRUTH is the ONLY defense against libel and slander.

Respectfully, *Gail DeCaire RN*
Gail DeCaire RN- The Last GM Nurse(general motors) L.A.W.S. & ACORN

Attn: Dorothy Lee

included in communication:-OSHA Standard for Occupational Health Nurse,, Penalties for "failure to comply", Letter from FBI-Mike Anderson, e-mail from Patrick Hyde(US dept. of labor.) US justice dept. Alicia M. Leonhard 3-30-2006, letter from US dept. of labor-David Dove 3-22-06, Joseph Menez- 6-36-06, HIS record keeping-2-3-01, copies of letters from Cox, HHS,OSHA & Community health, letter from Rick Sutton 11-2-2000-SMCO Plant Manager, letter to FBI-Mueller 10-30-2006, letter to Linda Chatman Thomsen, SEC division of enforcement, 11-3-2006, copy of OUTSOURCING document signed by Smith, Voorheis and Dr. Varner.-gm Health care programs 2003