I am a Salary GM employee with over 20 years seniority. My experience as a Registered Nurse has included every aspect of Nursing.

*Certification in Burn Medicine, (U of M)   1975-Charge Nurse in Saginaw, St. Marys Burn Unit. Emergency Room and Critical Care experience.
*Colon Cancer Study among Patternmakers-1980. (UAW/GM) On going.
*Blood Pressure Screening-Trinity Center- (Red Cross) 1982-1987
*Hospice Nursing-Saginaw St. Marys- 1985-1987
* Psychiatric Nurse in Substance Abuse Unit- 1988-1991. Developed programs and clinical agenda for individual, group and family therapy. St. Lukes Health Center.
*Certified Occupational Hearing Conservationist-1989
*Trained in OSHA Record keeping-1991.
*Certified to administer pulmonary function tests-1991
*Practical Ergonomics training-1992
*Certified Bloodborne Pathogens trainer-1993. (GM/UAW) Mr. Al Loveless partner in education.
*Saginaw Valley State University -Academic Preceptor-1995 & 1996.
*Central Michigan Occupational Nurses- Past Communications Director & Interim Vice President.

### Michigan Nurse of The Year
*Gail DeCaire*

Gail DeCaire, SMI 1st shift registered nurse, has been awarded the 1996 "Nurse of the Year Award" by Central Michigan Assoc.ation of Occupational Health Nurse

## The OSHA Standard Setting Process
### Role of the Occupational Health Nurse.
Klinger, C.S., & Jones, M.L.

**1.** Occupational health nurses are the health professionals most often involved with the worker who suffers as a result of ineffective or non-existent safety and health standards.



*Gail Ann DeCaire*
*1714 Delaware*
*Saginaw, Michigan 48602-4925*



## UAW-GM
### Human Resource Center
### Center for Health & Safety

This Certifies That

**Gail Ann DeCaire**

Has Successfully Completed Practical Ergonomics Training

_Stephen P Yokich_
Vice President and Director
General Motors Department
International Union, UAW

_Richard F. O'Brien_
Vice President
Industrial Relations Staff
General Motors Corporation

_Richard O'Mone___

_Donlee Van Brullin_ 

log, and not to the other OSHA records. Also, it does not affect the employer's posting obligations.

D. Retention of OSHA records

The log and summary, OSHA No. 200, and the supplementary record, OSHA No. 101, must be retained in each establishment for 5 calendar years following the end of the year to which they relate. If an establishment changes ownership, the new employer must preserve the records for the remainder of the 5-year period. However, the new employer is not responsible for updating the records of the former owner.

E. Maintenance of the log (OSHA No. 200)

In addition to keeping the log on a calendar year basis, employers are required to update this form to include newly discovered cases and to reflect changes which occur in recorded cases after the end of the calendar year. Maintenance or updating of the log is different from the retention of records discussed in the previous section. Although all OSHA injury and illness records must be retained, only the log must be updated by the employer. If, during the 5-year retention period, there is a change in the extent or outcome of an injury or illness which affects an entry on a previous year's log, then the first entry should be lined out and a corrected entry made on that log. Also, new entries should be made for previously unrecorded cases that are discovered or for cases that initially weren't recorded but were found to be recordable after the end of the year in which the case occurred. The entire entry should be lined out for recorded cases that are later found nonrecordable. Log totals should also be modified to reflect these changes.

# Chapter VII. Access to OSHA Records and Penalties for Failure To Comply With Recordkeeping Obligations

*Very important document*

The preceding chapters describe recordkeeping and reporting requirements. This chapter covers subjects related to insuring the integrity of the OSH recordkeeping process—access to OSHA records and penalties for recordkeeping violations.

A. Access to OSHA records

All OSHA records, which are being kept by employers for the 5-year retention period, should be available for inspection and copying by authorized Federal and State government officials. Employees, former employees, and their representatives are provided access to only the log, OSHA No. 200.

Government officials with access to the OSHA records include: Representatives of the Department of Labor, including OSHA safety and health compliance officers and BLS representatives; representatives of the Department of Health and Human Services while carrying out that department's research responsibilities; and representatives of States accorded jurisdiction for inspections or statistical compilations. "Representatives" may include Department of Labor officials inspecting a workplace or gathering information, officials of the Department of Health and Human Services, or contractors working for the agencies mentioned above, depending on the provisions of the contract under which they work.

Employee access to the log is limited to the records of the establishment in which the employee currently works or formerly worked. All current logs and those being maintained for the 5-year retention period must be made available for inspection and copying by employees, former employees, and their representatives. An employee representative can be a member of a union representing the employee, or any person designated by the employee or former employee. Access to the log is to be provided in a reasonable manner and at a reasonable time. Redress for failure to comply with the access provisions of the regulations can be obtained through a complaint to OSHA.

B. Penalties for failure to comply with recordkeeping obligations

Employers committing recordkeeping and/or reporting violations are subject to the same sanctions as employers violating other OSHA requirements such as safety and health standards and regulations.

*RN is Legal Record keeper – So No – Pa Legal record keeping*

U.S. DEPARTMENT OF LABOR
OFFICE OF LABOR-MANAGEMENT STANDARDS

PATRICK A. HYDE
DIVISION CHIEF
DIVISION OF STATUTORY PROGRAMS

200 CONSTITUTION AVE NW
ROOM N-5112
WASHINGTON, DC 20210

TEL: (202) 693-1228
FAX: (202) 693-1342
CELL: (301) 538-1265

E-Mail: hyde.patrick@dol.gov



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D. C. 20535-0001

May 8, 2006

**WHO IS ACCOUNTABLE?**

Ms. Gail Decaire
1714 Delaware St.
Saginaw, MI 48602-4925

Dear Ms. Decaire:

Your letter to the Federal Bureau of Investigation dated March 31, 2006, was referred to me for reply.

Based on the information you provided, no violation within the investigative jurisdiction of the FBI could be identified. As much as we would like to assist you, the FBI has no authority to conduct an investigation in the absence of an indication that a Federal law within our jurisdiction has been violated.

Since your complaint appears to be civil in nature, I recommend that you explore with private counsel what legal options or remedies may be available to you. If you do not have an attorney, you may want to contact your local chapter of the American Bar Association or Legal Aid Society for an appropriate referral.

Sincerely yours,

Michael J. Anderson
Unit Chief
Public Corruption
Government Fraud Unit

*"The integrity of your company and your people is absolutely essential, but you can't take it for granted. You have to work it every day and never take your eye off the ball."*

John Devine,
GM vice chairman



John Devine

**Winning with integrity: GM honored for governance**

General Motors recently received two important honors for outstanding corporate governance practices. GM won *Treasury & Risk Management* magazine's first annual Corporate Governance Award for "its proven record of innovative and effective governance practices." The award was announced in *T&RM's* October 2004 issue, noting that "years before there was Sarbanes-Oxley, there was GM."

THE ANTITRUST LAWS
A. General

This commentary on the antitrust laws is not designed to give the employe answers to antitrust problems. Rather, it is intended to help employes recognize when problems have antitrust aspects so that they will know when they need advice. Whenever employes have any question or uncertainty as to the application of the antitrust laws to any existing or contemplated course of action, they should seek the advise of the Legal Staff immediately. Compliance with antitrust laws is an important part of the management responsibilities of every executive. Every employe must obey these

Directors office FBI - 202-324-3444
Public Corruption- 202-324-5701
Mike Anderson-Unit Chief- Public Corruption
202- 324-5446          Government Fraud Unit

Have letters from :HHS, OSHA, US Congress, US dept. of Labor
(Patrick Hyde) 202-693-1226 or cell 301-538-1342 and 4 differer
attorneys who ALL say different things.
GM Attorney -Mark Peroni, Paul Asker, Ed Gallagher and Tom Pabst.

The Oath I took will not let me rest.
Gail DeCaire RN- The Last GM Nurse. L.A.W.S.

learn the signs

| Delete | Reply ▼ | Forward ▼ | Spam | Move... ▼ |

**Folders** [Add - Edit]
- Inbox
- Draft
- Sent
- Bulk (7)  [Empty]
- Trash  [Empty]

**My Folders** [Hide]
- LASTGMNURSE
- National Do Not...
- Jokes and other...

See your credit score: $0

Find old High School friends

Online Degree Programs

Ugly credit? Attractive card.

[POWERTRAIN logo]

http://us.f380.mail.yahoo.com/ym/SI

This message is not flagged. [ Flag Message - Mark as Unread ]     Printable View

**Subject:** RE: YOUR response to L.A.W.S visit with you Feb. 10, 2006
**Date:** Mon, 27 Mar 2006 09:38:56 -0500
**From:** "Hyde, Patrick A - ESA" <Hyde.Patrick@dol.gov>  View Contact Details  Add Mobile Alert
**To:** "Gail Decaire" <gaildecaire@yahoo.com>

Ms. Decaire,

No one has dismissed the concerns that were raised at the February 10th meeting. I am addressing those piece by piece, increment by increment, consistent with the procedures of the Department.

Patrick Hyde
Chief, Division of Statutory Programs
Office of Labor-Management Standards
U.S. Department Of Labor
200 Constitution Avenue NW
Room N5112
Washington, DC, 20210
tel: (202)693-1226
fax: (202)693-1342

*[handwritten: He will Not Respond to Any of our requests]*

-----Original Message-----
**From:** Gail Decaire [mailto:gaildecaire@yahoo.com]
**Sent:** Monday, March 27, 2006 8:59 AM
**To:** Hyde, Patrick A - ESA
**Subject:** YOUR response to L.A.W.S visit with you Feb. 10, 2006

Gail Ann DeCaire
Registered Nurse
Tel: 517-757-1041   8-357-1041
Fax: 517-757-1225   8-357-1225

GM Powertrain Group
General Motors Corporation
Saginaw Malleable Iron
Mail Code 486-577-018
77 W. Center
Saginaw, MI 48605

Dear Patrick,

My sadness at your dismissal of concerns that should be a priority to you is great. Please know that L.A.W.S. continues to FIGHT for OUR country. Messages have been left for John Snow, Chris Cox (SEC) and the FBI. I have documentation to prove ALL WE shared with you on Feb. 10, 2006. Perhaps my initial opinion of you was wrong. I really thought that YOU might be the man with the Integrity to "Do the right thing". NO ONE is safe as long as YOU and the people in Washington BETRAY the trust of the Middle class. I believe that God is working in mysterious ways. I will not be silent. WE WANT A CONGRESSIONAL HEARING. THE AMERICAN PEOPLE HAVE THE RIGHT TO KNOW THE TRUTH. Please call Pat Meyer ASAP @ 269-998-4609.

Respectfully,
Gail DeCaire RN- The Last GM Nurse (General Motors)

**From:** "Thorne, Matt" <Matt.Thorne@mail.house.gov>  View Contact Details  Add Mobile Alert
**To:** "gaildecaire@yahoo.com" <gaildecaire@yahoo.com>
**CC:** "Scott, Ludmilla" <Ludmilla.Scott@mail.house.gov>
**Subject:** Meeting With Mr. Conyers office.
**Date:** Fri, 10 Feb 2006 17:14:23 -0500

Matthew M. Thorne
Legislative Assistant
Office of Congressman John Conyers, Jr.
14th Congressional District of Michigan
2426 Rayburn House Office Building
Washington, DC 20515

Hello Ms. DeCaire,

I am getting back to you personally because the issues that you have raised about the HIPAA at GM are substantially separate from the Delphi bankruptcy and pension issues. As I work primarily on Labor, Education, and Transportation issues I am going to turn over your story to one of our



**U.S. Department of Justice**

Office of the United States Trustee

*Region 2/Southern District of New York*

33 Whitehall Street, Suite 2100     Phone: 212-510-0500
New York, NY 10004                  Fax:   212-668-2255

March 30, 2006

To:   Equity security holders who may be eligible to serve on a committee of equity security holders in the chapter 11 bankruptcy cases of *Delphi Corporation, et al.*, Case No. 05-44481 (RDD) (jointly administered)

    On October 8, 2005, the Delphi Corporation and subsidiaries (the "Debtors") filed chapter 11 petitions in the Bankruptcy Court for the Southern District of New York (the "Delphi Cases"). The Bankruptcy Court has entered an order directing the United States Trustee to appoint a committee of equity security holders in the Delphi Cases pursuant to 11 U.S.C. § 1102(a)(2) and (b)(2).

    You have been identified as an equity security holder of the Debtors, and you may be eligible for appointment to a committee of equity security holders in the Delphi Cases. The duties of a committee are set forth in 11 U.S.C. § 1103(a), (c) & (d), a copy of which is enclosed.

    If you are interested in sitting on the committee of equity security holders in the Delphi Cases, please complete the enclosed form and return it to the United States Trustee **no later than 12:00 noon on April 24, 2006**. If you are not interested in committee membership, you do not need to take further action. If you have any questions, please contact the undersigned attorney.

Very truly yours,

DEIRDRE A. MARTINI
UNITED STATES TRUSTEE

By: /s/ Alicia M. Leonhard
    Alicia M. Leonhard
    Trial Attorney

Enclosures (2)

*[Handwritten annotations: "Called 11-7-06 message left"; "I was Never Able to Respond — please hear me"]*

**U.S. Department of Labor**  Employee Benefits Security Administration
Washington, D.C. 20210

Gail DeCaire
1714 Delaware Street
Saginaw, MI 48602

*[handwritten: No response from Anyone —]*

March 22, 2006

MAR 2 2 2006

Dear Ms. DeCaire:

I am responding to your letter concerning medical and pension benefits with General Motors Corporation.

The Secretary of Labor has discretionary authority to investigate and to bring a civil action for certain violations of Title I of Employee Retirement Income Security Act. We have forwarded a copy of your letter to our Employee Benefits Security Administration Cincinnati Regional Office that has investigative jurisdiction over this situation.

The privacy protections for medical information under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) are administered by the Department of Health and Human Services' Office for Civil Rights. Therefore, we have referred your letter to the Office for Civil Rights, U.S. Department of Health and Human Services, 200 Independence Avenue, S.W., Room 509F, HHH Building, Washington, D.C. 20201. The telephone number is (866) 627-7748. You may expect to receive a direct reply from that office.

If you have any questions or wish to provide additional information pertaining to this matter, the Regional Office may be contacted at 1885 Dixie Highway, Suite 210, Ft. Wright, Kentucky 41011-2664. The telephone number is (859)578-4680.

I hope this information is helpful to you.

*[handwritten: Scott Campbell — Paul Bauman 859-578-4662]*

*[handwritten: Linda Parker]*

Sincerely,

*[signature]*

David Dove
Deputy Director, Office of Participant Assistance

*[handwritten: for 859-578-4693]*

*[handwritten: Chris Eilerman assigned — drafted letter under review]*

cc: HHS

*[handwritten notes:
per Scott Campbell
Levitt is out of country
resp: Hippa coverage
David Dove — Natl - Washington
202-693-8635
HIPAA 410-786-4480 — Mike Phillips 410-786-6713
U.S. Dept of Labor 6-22-06  202-690-4160]*

**U.S. Department of Labor**  Employee Benefits Security Administration
Fort Wright Executive Building
1885 Dixie Highway
Ft. Wright, Kentucky 41011-2664

June 23, 2006

Ms. Gail DeCaire
1714 Delaware Street
Saginaw, Michigan 48602

Dear Ms. DeCaire:

This is in reply to your memorandum dated February 23, 2006, referred to the U.S. Department of Labor, Employee Benefits Security Administration (EBSA), Cincinnati Regional Office by EBSA's Office of Enforcement, regarding "alleged violations of ERISA pertaining to the provisions mandated by HIPAA and COBRA" and how you may get a Congressional hearing with regard to these issues.

As you may be aware, the Department of Labor (the Department) shares responsibility with the Internal Revenue Service for administering the Employee Retirement Income Security Act (ERISA). The purpose of ERISA is to protect the interests of participants and beneficiaries who depend on benefits from employee pension and welfare benefit plans. Among other protections, ERISA establishes standards of fiduciary conduct for administrators of employee benefit plans.

Based on the information provide by you, you are a nurse that was formerly employed by General Motors Corporation (General Motors). During the 1990's, General Motors "out sourced" it's nursing and other medical positions. You maintain that the current medical staff working at General Motors is not sufficiently or accurately entering and securing medical information of the General Motors employees. You believe that this constitutes a potential violation of both COBRA and HIPAA. Further, you seek a Congressional hearing with respect to this problem.

As this office advised you in phone conversations on May 22 and June 19, 2006, the Department shares enforcement authority of the amendments to ERISA instituted by the Consolidated Omnibus Budget Reconciliation Act (COBRA) and the Health Insurance Portability and Accountability Act (HIPAA). COBRA, which amended ERISA in 1986, requires most group health plans to provide a temporary continuation of group health coverage that otherwise might be terminated. The Department has enforcement responsibility for the notice requirement. The Internal Revenue Service has responsibility for interpretations and regulations relating to the COBRA eligibility and premium requirements. It does not appear that your inquiry relates to the notice requirements under COBRA.

HIPAA, which amended ERISA in 1996, includes provisions of Federal law governing health coverage portability and health information privacy. The Department has enforcement responsibility for the portability provisions. HIPAA privacy matters fall under the jurisdiction of the Department of Health and Human Services (HHS), Office of Civil Rights. Again, it does not appear that your inquiry relates to health coverage portability.

Letter to Ms. Gail DeCaire
Page 2

If you feel that your inquiry relates to health information privacy you may wish to contact HHS by calling 1-866-627-7748 or write to 200 Independence Ave., S.W., Room 509F, HHH Building, Washington, D.C. 20201.

As to your desire for Congressional hearings, you should be aware the Department is part of the Executive branch of government. Therefore, you should direct your request to a member of the Legislative branch of government.

I hope this information is helpful to you and regret that we can be of no further assistance.

Sincerely,

*Paul C Bauman* a-h
Joseph R. Menez
Regional Director
Cincinnati Regional Office

DEPARTMENT OF LABOR
U.S. Department of Labor
Fort Wright Executive Building
1885 Dixie Highway, Suite 210
Fort Wright, KY 41011-2664

IAL BUSINESS
(FOR PRIVATE USE, $300)

Ms. Gail DeCaire
1714 Delaware Street
Saginaw, Michigan 48602



**SAGINAW METAL CASTINGS OPERATION**

**WEEKEND OVERTIME REQUEST**

SATURDAY DATE 2-3-2001

2/2/01 THIRD SHIFT Josephine Nym Hope Mij
2/3/01 FIRST SHIFT Open Jon Wig
2/3 SECOND SHIFT Sally Sheets

SUNDAY DATE 2-4-2001

Sat 2/3 THIRD SHIFT Josephine Nym
Sun 2/4 FIRST SHIFT (Gm Nurse)
Sun 2/4 SECOND SHIFT Sally Sheets
Sun 2/4 THIRD SHIFT Hope Mijeske

# GM POWERTRAIN
## SAGINAW METAL CASTING OPERATIONS

DATE: 2-4-2001

PLEASE DELIVER TO: Dr. Stan Gerrick

FAX NUMBER: 8-237-8946

SENDER'S NAME: Gail DeCaire RN  SMCO  Medical Dept.

SENDER'S FAX NUMBER:

SENDER'S PHONE NUMBER: 3-357-1595

COMMENTS: Dr. Gerrick: Please see documentation from the week-end @ SMCO medical. I continue to document all events, incidents & verbal statements made by M. Jensen.
I implore you to talk with the manufacturing side of the business.
~~We all work for General Motors & I think if you spoke to the Safety~~
Director and got an honest report you might come to some very different conclusions.

1629 North Washington Avenue, Saginaw, Michigan 48605-5073
Phone # (517) 757-1595  8-357-1595  Fax # 757-1597  Mail Code 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

Thank-You In advance for your time
Consideration — I will continue to provide a
unique contribution to GM

| 6326 | 02-03-01 15:04 | JOSH HUGHES JR |
| 8973 | 02-03-01 15:00 | KYLE H BUNN |
| 6608 | 02-03-01 06:52 | EDWARD O WEIHL |
| 8412 | 02-03-01 06:51 | ARTHUR CARSWELL JR |
| 8328 | 02-03-01 06:16 | FREDERICK WILES |
| 7112 | 02-03-01 05:57 | JASON L FOCO |
| 4904 | 02-03-01 05:54 | LOUIS E MCGEE |
| 6063 | 02-03-01 05:54 | SCOTT WALLIS BROOKS |

See copies of documentation from 2-3-01.
Proof of "record keeping breach"
The contract RN did not have access to PC.
RN did not document ANY visits for entire 8 hour shift.
Sally Sheets-(contract RN on second shift( input notes. (Sharing passwords is prohibited by law)

copies of ALL sent to Supervisor Jensen and Dr. Stan Gerrick. Feb. 6 was my last day of work.
I will not be silent.
Gail DeCaire RN

TO: M. Jensen – Nursing Supervisor
From: Gail DeCaire RN  SMCO  Medical dept.
Re: Conflict in Compliance with PC use & Job Description.

Please address how contact RN  T. Wisnewski can work 8 hours in our medical dept. and not input any records in the HIS recording system. See copy of visits from HIS print out.  Per our discussion on Friday 2-2-2001 you assured me that Tom had access to the pc with both pin & passwords to do the job here at SMCO medical dept.  I rec. a call from a lady named Pam from EDS on 2-2-2001 who stated she was calling to try to get Tom's pin & password in place.  I referred her to you!!

My concern for compliance in all aspects of this medical are paramont.  You also told me that tom had come in & been re-oriented with A. Burliss last week and AGAIN - Tom scheduled an appt. for ee G. Guss to see the PMD with NO documentation in HIS or the cardex.

cc: Dr. Stan Gerrick



MIKE COX
ATTORNEY GENERAL

**MEDICAL**

December 23, 2003

P.O. Box 30212
LANSING, MICHIGAN 48909

I am in receipt of your most recent letter regarding your dispute with General Motors Corporation (GM). Specifically, you claim that you were unlawfully discharged from your position as a Salaried Registered Nurse because of GM's decision to "outsource" these services. You have asked this office to look into this matter.

A review of your most recent and past correspondence with this office indicates that you have filed various complaints with both state and federal agencies in an attempt to resolve this matter. You filed a race discrimination complaint with the Michigan Department of Civil Rights (MDCR No. 264277) on April 12, 2001, which was dismissed on August 21, 2002 based on a finding of "no probable cause." You filed a complaint with the Michigan Bureau of Safety and Regulation in 2001, which was dismissed on or about July 2, 2001, based on a determination that there were "no reasonable grounds...an occupational health or a violation of a MIOSHA health standard exists." Also in 2001, you filed a complaint with the U.S. Department of Justice alleging that you were the victim of a criminal violation of the federal civil rights statutes. This complaint was dismissed on August 2, 2001, based on a finding that your complaint did "not involve a prosecutable violation of federal criminal civil rights statutes." Lastly, you filed a claim for Workers' Compensation Benefits against GM, which was dismissed on or about March 12, 2003. According to a letter from the Attorney who represented you in this matter, the Workers' Compensation Judge dismissed your claim based on a finding that your allegations of incompetency of the contract nurses "was an unfounded perception on your part." Moreover, your attorney advised you that the Judge's determination was supported by the record and that he did not recommend an appeal.

Ms. Gail DeCaire
Page 2

I know that you have been in conversation with Ron Robinson, the Director of my Detroit Office regarding this matter but, in light of the above determinations by both state and federal agencies, there is nothing this office can do to assist you in this matter. By state law, the Attorney General is precluded from providing legal advise to private citizen or representing them in court. It would appear from your correspondence that you have exhausted all legal remedies that may be available to you. **WHAT IS YOUR JOB DESCRIPTION?**

I am sorry my offi[ce]...

STATE OF MICHIGAN
DEPARTMENT OF COMMUNITY HEALTH
LANSING

JENNIFER M. GRANHOLM
GOVERNOR

JANET OLSZEWSKI
DIRECTOR

October 14, 2004

The OSHA Standard Setting Process
Role of the Occupational Health Nurse.

Gail Ann DeCaire
1714 Delaware
Saginaw, MI 48602-4925

Re: Conspiracy & Fraud related to Outsourcing of GM Medical Dept.

Dear Ms. DeCaire:

We have completed our review of your allegation in the above-referenced matter. While we understand your expressed concerns, please be advised that our office has no jurisdiction over the nature of your complaint, as it does not appear to establish a violation of the Michigan Public Health Code.

The Bureau of Health Professions is responsible for licensing and regulating twenty health care professions. The health professional boards only have the authority to take disciplinary action against their licensees or registrants for practicing below acceptable standards or for other violations set forth in the Michigan Public Health Code.

I am very sorry we are unable to be of further assistance to you in this matter. If you have any questions, you may contact Linda Travis of my staff at 517-335-1754.

Sincerely,

Sherri Johnson, Manager
Allegation Section
Complaint & Allegation Division
Bureau of Health Professions

SJ/lt

**HIPAA -English version-**
**Confidentiality Rules/Laws.**
**Apply to ALL medical records, and is maintained by ANY provider, hospit[al]**

**Whose JURISDICTION AM I IN????**
**CONSPIRACY, CORRUPTION**
**& FRAUD.**

---

July 2, 2001

Ms. Gail Ann DeCaire, RN
1714 Delaware
Saginaw, Michigan 48602

Dear Ms. DeCaire:

Subject: GM Powertrain, Saginaw Metal Casting Operations

The department has received your complaint number 203263660. It has been determined there are no reasonable grounds for conducting an occupational health inspection because complaint does not provide objective evidence indicating that an occupational health hazard violation of a MIOSHA health standard exists.

Section 28(4) of Act 154 provides for a complainant to be able to request an informal review this decision. If you have any questions, please contact our office at (517) 322-1608.

Sincerely,

Emanuel Ferruzzi, P.E., CIH
Regional Supervisor
Occupational Health Division

EF/sb

---

DEPARTMENT OF HEALTH & HUMAN SERVICES
Voice - (312) 886-2359, (800) 368-1019
TDD - (312) 353-5693, (800) 537-7697
(FAX) - (312) 886-1807
http://www.hhs.gov/ocr/

OFFICE OF THE SECRETARY
Office for Civil Rights, Region V
233 N. Michigan Ave., Suite 240
Chicago, IL 60601

MAY 11 2004

Reference Number: 04-16861

Dear Ms. DeCaire:

Thank you for your complaint received on November 26, 2003, by the U.S. Department of Health and Human Services (HHS) Office for Civil Rights (OCR). In your complaint you alleged the General Motors Powertrain (GM) has violated the Federal standards for privacy of individually identifiable health information (the "Privacy Rule", 45 C.F.R. Parts 160 and 164 Subparts A and E). Specifically, the complaint alleges that GM has contracted nurses at the facility and one took your protected health information (PHI) while another nurse put the PHI the computer.

OCR enforces the Privacy Rule, and also enforces federal civil rights laws which prohibit discrimination in the delivery of health and human services because of race, color, national origin, disability and age.

Upon review of your complaint, we have determined that OCR does not have authority to investigate your complaint and is closing this matter. The Privacy Rule applies only to covered entities. The Privacy Rule defines a covered entity as, either: (a) a health care clearinghouse; a health plan; or (c) a health care provider who transmits any health information in electronic form in connection with a transaction for which HHS has adopted standards in the HIPAA Transactions Rule. GM does not meet the definition of a covered entity. Therefore, the requirements of the Privacy Rule do not apply to GM. Also, both employees, under the Privacy Rule, could have access to your PHI.

OCR's determination, as stated in this letter, applies only to the allegations in this complaint were reviewed by OCR.

If you have any questions regarding this matter, please contact Denise Schafer at (312) 353-0...

Sincerely,

Lisa M. Simeone
Regional Manager
Office for Civil Rights
Region V

**POWERTRAIN**

November 2, 2000

To: Gail DeCaire, R.N.

Re: Request for Meeting to Discuss
    Medical Department Issues

I received your letter of November 1, 2000, addressing a variety of issues in the Medical Department. Since I have been at the SMCO facility, I have had several meetings with Bennie Brown, Plant Personnel Director, Dr. Manfred Schwarz, Plant Medical Director and Dr. Stanley Gerrick, GMPT Medical Director to discuss Medical Department activities. It is my intent to continue to meet with this group of managers on a periodic basis to insure our Medical Department is meeting its objectives and providing effective and professional services to the plant and its people.

In your letter you also addressed your concerns related to your personal issues in the Medical Department. These issues must be addressed through the Enterprise Activity Group (EAG) personnel organization, in accordance with the GM Open Door Policy.

Rick Sutton
Plant Manager

October 30, 2006,

TO:     Director Mueller FBI- Washington & Mike Anderson Unit Chief
                                            Public Corruption
                                            Government Fraud Unit.
FROM:   Gail DeCaire RN- Retired General Motors Salary, L.A.W.S. & ACORN
RE:     The Mission of the FBI- "to provide leadership and law enforcement assistance to Federal, state, local and international agencies; and to perform these responsibilities in a manner that is responsive to the need of the public and is faithful to the Constitution of the United States.

As I state in my numerous faxes to the FBI in Washington & Detroit- I am a Proud American Woman, Registered Nurse and Retired General Motors Salary employee.. My concerns related to WHITE COLLAR CRIME, MONEY LAUNDERING, FINANCIAL INSTITUTION FRAUD, BANKRUPTCY FRAUD, SECURITIES AND COMMODITIES FRAUD, INSURANCE FRAUD, ANTITRUST FRAUD, PUBLIC CORRUPTION, ENVIRONMENTAL CRIMES AND GOVERNMENT FRAUD ARE PARAMOUNT.

I have documents to prove violations of agencies FBI, US dept. of labor, dept. of Justice, HHS, the SEC, Govt. Accountability, and Civil Rights.

As a United States Taxpayer and a Registered Nurse I invoke my rights under the "No Fear Act" of 2002. Under the No Fear Act, agencies must pay for settlements, awards or judgments against whistleblower and discrimination cases out of their own budgets. An investigation will show that neither General Motors NOR the agencies contacted are meeting their obligations to inform, educate and protect me and the OATH I took as a Registered Nurse.

Please see letter signed by Mike Anderson (FBI) May 8, 2006- HE states "since my complaint appears to be civil in nature - I explore with private counsel what legal options or remedies may be available." It is clearly obvious to me that Mr. Anderson did NOT review any of the documentation sent to him by certified mail dated March 31, 2006. I sent copies of letters from 4 attorneys that ALL say different things. See copies of letters from GM Attorney Mark Peroni, Paul Asker, Ed Gallagher and Tom Pabst. .

I request this day an investigation regarding my concerns regarding breach in American Nursing standards and the OUTSOURCING of the GM Medical and Insurance depts. Alleged violations of RICO, FIF Internet-facilitated Fraud in regards to GM/Delphi HIS record keeping, Bankruptcy Fraud with alleged violations of EBSA, ERISA, HIPAA and Antitrust law under the Sherman Act that prohibits ANY agreement among competitors to unreasonably to limit competition.

Finally - I ask you to investigate the US Government and the Agencies involved and contacted in my quest for justice. YOU state . That fraud is "sophisticated and complex" . "It has a significant impact on OUR economy and "as much as ten percent of approximately $19 billion of funds appropriated for domestic programs may be lost fo FRAUD in GOVERNMENT.T

Please know that I will not be silent. IF I am not in YOUR jurisdiction PLEASE find out Whose Jurisdiction I am IN.
The Health and Safety of ALL America is at risk.
Respectfully,
Gail DeCaire RN- The Last GM Nurse (general motors) L.A.W.S & ACORN.

November 3, 2006,

TO:     Linda Chatman Thomsen, SEC division of enforcement. 202-551-4500,
                                                                Fax#202-772-9279.
FROM:   Gail DeCaire RN, General Motors Salary retiree, L.A.W.S. & ACORN
        1714, Delaware, Saginaw, MI. 989-790-7623, cell-989-798-2181

RE:     Conspiracy, Fraud and Government Graft
        with violations of: CFAA(Computer Fraud and Abuse
        Act), CCA(Clinger-Cohen Act), ECPA(Electronic Communication Protections Act),
        ERISA(Employment Retirement Income Security Act), HIPAA(Health Insurance
        Portability & Accountability Act), PPA(Privacy Protection Act), Sarbanes-Oxley Act of
        2002, & the USA Patriot Act of 2001(Uniting & Strengthening America by Providing
        Appropriate Tools Requited to Intercept & Obstruct Terrorism).

I am a Registered Nurse in good standing and a Retired General Motors Salary employee. Though I have documentation to show White-collar crime that transcends ALL levels of our legal system I am dismissed. I am not an attorney, but the legal duty that the ANA Code of Ethics mandates, as well as my commitment to the people I serve and the oath I took will not let me rest. I know right from wrong. I have tried to utilize the chain of command that my position as a Registered Nurse mandates to NO avail. I beg you - Please hear me. I will not be silent. My constitutional rights as a United States citizen and taxpayer are violated. Though I have letters from the Rick Sutton(Plant Manager) to utilize the "open door policy" and am promised NO retaliation for information provided in good faith- I remain a victim. I can prove the failure of General Motors to carry out responsibilities not only in the OUTSOURCING of its Medical & Insurance departments, but in the un-needed bankruptcy of Delphi, orchestrated by CEO's Rick Wagoner and Steve Miller.

For the SEC to allow these men to "settle" "without admitting or denying the commission's allegations" is an atrocity. Sarbanes-Oxley and the Commission's rules state that the "tone at the top" matters. The CEO of a company must comply with the law, and honor its legal and ethical duties to owners, customers and even competitors. GM, Delphi and the UAW must be held accountable. "Bad" governance is a violation of Sarbanes-Oxley, and applies with equal force to the SEC.

I have letters and have been dismissed by the FBI(Mike Anderson), US Dept. Of Labor(Hyde & Menez), the HHS, OSHA, and many more.

Battenberg, a longtime GM executive, took over Delphi as the CEO and assembled a cabinet of top lieutenants, including several GM veterans. Deloitte & Touche, GM's independent auditor since 1918, added Delphi to its client list, BBK, an advisory firm used by GM became Delphi's turnaround firm. They "cooked the books" - including an $89-million inventory-shifting arrangement with BBK, the "turnaround firm, and a $200-million deal with Bank One.
Brian Marchiony, spokesman for JP Morgan Chase & Co., the company that bought Bank One in 2004, declined to comment. For GM/Delphi to "settle" and just pay money is wrong. The

American people have a right to the Whole story. Like Halliburton- the Back dating of options is "just the tip of the iceberg". America is the titanic.

Have sent Faxes to:
Don Hammond/Ms. Harvey- (US Treasury) phone-202-622-0560 fax#202-622-0962
FBI-Washington-202-323-2079, Cleveland-216-622-6717, Baltimore-410-277-6677 and
    Detroit-313-237-4307.
Senator Byron Dorgan-202-224-1193,
President Bush-202-456-2461 and numerous other people that have not responded.
I am in NO ONE's Jurisdiction.

The Breach of Duty in the legal realm as well as negligence by health care professionals failing to abide by the standard of care according to the ANA code of ethics cast serious reflection on the dignity of the court and the reputation of the legal and medical profession. The unethical use of power as well as blatant lies show a conspiracy that indeed transcends ALL levels of our government. Our legal system is broken, fraught with lies and deceit, sanctioned by a corporate American where devious behavior and the belief that you can prosper by cheating is ok. Non-compliance with the law is rampant. I cannot be silent. WE WANT A CONGRESSIONAL HEARING.

Gail DeCaire RN- The last GM nurse(general motors), L.A.W.S. & ACORN

Please see documents:
1- Mike Cox letter (12-23-03), OSHA( 7-2-01), HHS (5-11-04) Dept. Of Community Health
    (10-14-04)
2- SEC response-(3-6-06) File HO1135852 -first page.
3-GM Health Services Policies/Promise with letter from O'Connor-12-15-2000.
4- Letter from Sutton-SMCO Plant Manager(11-2-2000)
5-copy of chart-ie: "Legal Record KEEPING". THERE IS NONE!
6-October, 2006 - Mailing from General Motors regarding "Government mandates"
  I have hundreds of pages of documentation that will prove ALL I share with you.
    HOW CAN THE SEC SANCTION THE ENTIRE DELPHI DEBACLE AND MAKE THE
    AMERICAN PEOPLE PAY THE BILL?. I WILL NOT BE SILENT. THE HEALTH AND
    SAFETY OF ALL AMERICA IS AT RISK. OUR ENTIRE DEMOCRATIC PROCESS IS IN
    JEOPARDY IF YOU ALLOW THIS ATROCITY.

```
              SAGINAW  DIVISION
     General  Motors  Corporation
              Inter-Organizational Memo
```

**UAW GM AND DELPHI REPORT**    Date: March 4, 1994

SUBJECT: Commercial Evaluation of the Outsourcing of
         Saginaw Division's Medical Department

FROM:    Glenn E. Donell          **SCANDAL**

TO:      Loretta Woolridge        **NOT JUST @ DELPHI**

Please find enclosed the conclusion of the Commercial Evaluation
regarding the outsourcing of the Medical Staff, ie: registered
nurses, x-ray technician, medical assistant and physical
therapist.

**"GOOD OLD BOYS" MAKE LAWS**

Bidding Process: **SANCTION CRIME**

The result of our market study indicated that "Staff
Incorporated" clearly won the competitive bidding process by a
margin of $60,352/yr or 6.1% (see attachment A).

Per Diem Service Dates:

"Staff, Inc." is a newly formed company consisting of our
current per diem medical staff. Their service dates range from
as early as 1974 through 1993. (See attachment B). This point
serves as a benefit to Saginaw forgoing the need to retrain new
employees.    «I feel like we have just taken a shower.»
              CONGRESSMAN ZACH WAMP, Republican of Tennessee.

Internal Concern: past if indicted. The House later changed another rule to make
                  it harder to oust DeLay if one charges are brought

Notably, "Staff Inc" won the competitive bid against the outside
health service organizations. However, the cost to contract
"Staff Inc" exceeds the current internal cost of the per diem
medical employees.

The cost penalty to contract "Staff Inc" over our current cost
is $200,000/yr or an increase of about 29% (See attachment C).

Avoidance of Potential Liability:

Based on the assumption that the current 15 temporary positions
are required to convert to full time position the potential
liability would be a loss to Saginaw Division in the amount of
$290,000/yr. from current cost.

However, Saginaw would show a savings or cost avoidance of
$89,830/yr ranging to a savings of $189,830/yr based on
attrition of and additional 6 nurses who are now full time G.M.
employees (See attachment D).

xc:  J. Smith
     J. Voorheis
     Dr. Varner

Glenn E. Donell
Senior Buyer

**GOVERNMENT GRAFT.**

Loretta N. Woolridge
Personnel Manager
Engine Drive Business Unit
Saginaw Division
General Motors Corporation
3900 Holland Road
Saginaw, Michigan 48601-9494

OUR SOULS FOR POWER AND GREED
HAVE WE SOLD
GM POWERTRAIN
SAGINAW METAL CASTING OPERATIONS

Dear Loretta:

Thank you for taking the time to meet with Earlene Hill, Carey Moore, and myself on
February 22, 1994, to discuss medical staffing in Saginaw. I have a much better
understanding now of the partnership that you are endeavoring to form, and share
your excitement that it will be a successful enterprise.

I was truly impressed by the amount of thought and dilligence that went into the effort.
An outstanding team achievement!

Again, thank you! And please let me know if there is anything I can do to help.

My best regards,                              February 25, 1994

Thomas Hal Morley, M.D.
Thomas Hal Morley, M.D.
8-265-0406        Regional Personnel Administration
8-446-2873        Health Services Department
                  M.C. 482-C26-C24     General Motors Corporation
                  P.O. Box 300          920 Townsend
                  300 Renaissance Dr.
                  Detroit, MI 48265-30

---

**SEC probes Delphi link with EDS**

JOHN PORRETTO
THE ASSOCIATED PRESS

DETROIT — The U.S. Securities and Exchange Commission is investigating transactions between auto supplier Delphi Corp. and Electronic Data Systems Corp., its long-time supplier of information technology services.

In an 8-K filing with the SEC on Wednesday, Delphi said the investigation centers around the accounting treatment of $46 million in payments made and credits given by EDS to Delphi in 2000 and 2001, and $40.5 million in payments Delphi made to EDS for information technology services in 2002 and 2003.

Delphi, the world's largest automotive supplier and a former General Motors Corp. division, said it received a subpoena from the SEC in July and a formal order of investigation from the federal regulatory agency in August.

The SEC has since advised Troy-based Delphi that it is looking into the accounting treatment of payments Delphi received from other information technology suppliers.

Delphi, which posted $28 billion in sales last year, said it was cooperating fully with the SEC.

"Until the staff's investigation and our review are complete, we are not able to predict the potential effect they will have on Delphi," the filing said.

Kevin Lightfoot, a spokesman for Plano, Texas-based EDS, said the company self-reported the matter to the SEC in an August 10-Q filing.

EDS had $21.5 billion in sales in 2003.

EDS has remained under investigation by the SEC for two years over an earnings shortfall and stock transactions. The agency has also asked EDS for information about the company's write-down this year of a multi-billion-dollar computer contract with the Navy.

---

.59-year-old executive who had for the company for 12 ears received credit for 35 yrs service in his severance package and began drawing $69,070 a month.

"As the Emperor marched, unclothed, through the town square, his subjects were silent. Only an innocent child laughed. "The Emperor is not wearing..."

15% increase in total direct compensation paid to CEOs at major U.S. corporations 2001 to 2002

$3.02 million Median pay for those CEOs in 2002

**POWER & GREED!**

The study also reported that CEOs of the 70 companies that helped finance this summer's Democratic and Republican national conventions had an average pay increase of 49 percent in 2003, compared with a 9 percent average rise for CEOs-overall.

**Outsourcing CEOs paid most**

Check out General Motors?

CALL A LAWYER,
SICK? CONSPIRACY,
CORRUPTION,
FRAUD,

---

                                                              M&E
Division:  SAGINAW                                            Indirect    X
Meeting Date: 3/10/94        [ACG SOURCING COMMITTEE]

| A: General | | | Costbook: $975,000 | | Target $780,000 |
|---|---|---|---|---|---|
| Description: | Saginaw Site Medical | | Basis of Costbook: | Estimate | |
| Purpose: | Department Outsourced | | Appropriation Request # | Expense | AR $: $975,000 |
| | Commodity Manage | | User Plants Divisional Saginaw Site | | |
| | Health Sevice | | | | |
| Date of Installation: | 3 Years Starting 1994 | | | | Buyer: Glenn E. Donell |
| B: Price Comparison: | | | | | Reduction Against |
| | | | Quoted | Negotiated | Best | Cost |
| Supplier | Location | | Price | Price | Offer | % Book |
| Staff Inc. | Saginaw, MI | | | | | 6.1% $89,830 |
| Corp. Health Dism. | Troy, NY | | | | | |
| Olsten | Saginaw, MI | | | | | |
| Catalyst | Flint, MI | | | | | |
| St. Lukes | Saginaw, MI | | | | | |
| St. Mary's | Saginaw, MI | | | | | |
| Temp Health Prov. | Midland, MI | | | | | |
| Interim | Saginaw, MI | | | | | |
| Tank Forms | Fredericksburg, VA | | | | | |

**The Health & Safety of ALL AMERICA is at Risk**
**I WILL NOT BE SILENT.**
**GAIL DeCAIRE RN**

LEGAL PROTECTION OF WHISTLEBLOWER **THE LAST GM NURSE**

C: Source: I am a Registered Nurse, tax paying US citizen and
Supplier: **Whistle blower.** My documentation will prove
Comments: **GROSS misconduct that transcends EVERY level**
Requisition: **of our Legal/Judicial system.**

| E: Approvals | | | | Creativity Team Review | ALL |
| Buyer | | | | | |
| Eng/Personnel Dir. | | | Director, ACG M&E / Indirect | | |
| Div. Purchasing Director | | | Exec. Dir. ACG Purchasing | | |

# GENERAL MOTORS HEALTH CARE PROGRAMS AND HEALTH CARE SPENDING ACCOUNT

## NOTICE OF PRIVACY PRACTICES
### Effective April 14, 2003

THIS NOTICE DESCRIBES HOW MEDICAL INFORMATION ABOUT YOU MAY BE USED AND DISCLOSED AND HOW YOU CAN GET ACCESS TO THIS INFORMATION. PLEASE REVIEW IT CAREFULLY.

### Under the Health Insurance Portability and Accountability Act of 1996 (HIPAA), the General Motors Health Care Programs and Health Care Spending Account, collectively referred to in this Notice as the "Plans," may use and disclose protected health information about you for purposes of payment of health care claims and health care operations. The Plans may also use and disclose protected health information for other purposes that are permitted or required by law as described below. Although HIPAA also allows the Plans to use and disclose protected health information for treatment purposes, the Plans generally do not engage in treatment.

Protected health information (or "PHI") is individually identifiable health information collected from you that is created or received by a health care provider, a health plan, or a health care clearinghouse, and that relates to (1) your past, present, or future physical or mental health or condition; (2) the provision of health care to you; or (3) the past, present, or future payment for the provision of health care to you.

Access to PHI is restricted to persons who need it to carry out their job duties in administering the Plans. Use and disclosure is limited to the minimum necessary to accomplish the intended purpose.

This Notice applies to covered dependents as well as primary enrollees.

### Our Responsibilities
In accordance with the law, the Plans are required to implement reasonable measures to preserve the privacy of your PHI and to provide notice to you regarding:

(1) Uses and disclosures of PHI;

(2) The Plans' obligations relating to the privacy of your PHI;

(3) Your health information rights concerning your PHI;

(4) Your right to file a complaint with either the Plans or the Secretary of the U.S. Department of Health and Human Services; and

(5) Contact information for use in obtaining additional information with respect to the Plans' policies and procedures for handling PHI. The Plans are required to abide by the terms of this Notice until a revised notice is issued in accordance with HIPAA.

### Your Rights with Respect to PHI
You have the following individual rights with respect to your PHI:

(1) You have a right to access your PHI. You have a right to inspect and copy your PHI- Generally, the Plans' records containing your PHI are claims payment records and associated documents.

(2) If you believe that your PHI is incorrect or incomplete, you may request an amendment to the information. The Plans are not required to agree to the amendment, but if it is denied, you have a right to submit a statement of disagreement to be kept with the disputed record.

(3) You have the right to request restrictions on certain uses and disclosures of PHI. For example, you may request that the Plans refrain from disclosing your PHI to other persons, such as family members, even for permitted uses. Under certain circumstances, the Plans are not required to agree to a requested restriction.

(4) If you believe that a disclosure of your PHI may endanger you, you may request that the Plans communicate with you regarding your PHI in an alternative manner or at an alternative location.

(5) You have a right to an accounting of certain disclosures of your PHI if your PHI has been disclosed for reasons other than treatment, payment for health care, or health care operations.

(6) You have a right to a paper copy of this Notice.

To exercise these rights you may write to the address listed in the Contact Information section on the reverse side of this Notice. To request claim payment records containing your PHI, you may also contact the customer service department of your health care carrier directly. You may be asked to submit your request in writing.

### How Your Protected Health Information May Be Used

**Treatment:** While the Plans generally do not engage in treatment, the Plans are permitted to use or disclose your PHI for that purpose.

**Payment:** The Plans may use and disclose your PHI to pay claims associated with treatment and services that you receive by virtue of your enrollment in the Plans. Such purposes include, but are not limited to, eligibility determinations, claims processing, precertification or pre-authorization, billing, coordination of benefits, and subrogation. For example, PHI may be used to pay a doctor's bill for covered services rendered by that doctor while treating you.

**Health Care Operations:** The Plans may use and disclose PHI about you for day-to-day plan operations. Such purposes include, but are not limited to, business management and administration, customer service, enrollment, audit functions, quality assurance, abuse detection, quality assurance, and disease management. For example, the Plans may use claims information to respond to claims appeals or audit the accuracy of claims processing. If you have a Health Care Spending Account, your PHI may be used to process reimbursements.

**Business Associates:** The Plans contract with Business Associates to provide certain types of administrative services. To perform these functions or to provide the services, the Business Associates may receive, create, maintain, use, or disclose PHI. For example, the Plans may disclose your PHI to a Business Associate to administer claims or to provide customer service. The Business Associates will be required to agree in writing to appropriately safeguard your PHI. Examples of our Business Associates are the National Benefit Center, Blue Cross Blue Shield of Michigan, United HealthCare and Medco Health. In some cases, Business Associates may also contract with third parties to perform certain functions or to provide services.

**Plan Sponsor:** The Plans may disclose PHI to General Motors Corporation in its capacity as plan sponsor for purposes associated with sponsorship of the Plans. For example, the Plans may disclose PHI to General Motors Corporation in its capacity as plan sponsor for the purpose of considering plan enhancements. Generally, the information disclosed is summarized data and does not identify individuals personally.

**Required by the Law:** The Plans may use or disclose PHI about you as required by state and federal law. For example, the Plans may disclose your PHI when required by national security laws or public health disclosure laws. The Plans are required to disclose your PHI to the Secretary of the U.S. Department of Health and Human Services when the Secretary is investigating or determining the Plans' compliance with HIPAA.

**Legal Proceedings:** The Plans may disclose your PHI: (1) as required by law in the course of any judicial or administrative proceeding in response to an order of a court or administrative tribunal; and (2) in response to a subpoena, discovery request, or other lawful process, under the conditions required by applicable law.

**Workers' Compensation:** The Plans may disclose your PHI to comply with workers' compensation laws and other similar programs that provide benefits for work-related injuries.

**Other Permitted Uses and Disclosures:** The law permits the Plans to make the following types of uses and disclosures under certain circumstances. While the Plans generally do not use or disclose PHI for these purposes, they may disclose PHI to: a health oversight agency (such as Medicare or Medicaid); for government functions (for reasons of national security); to avert serious health or safety threat; or for post-mortem identification.

**Other Uses:** Other uses and disclosures require your written authorization. For example, an authorization is required for any use or disclosure of psychotherapy notes, except in connection with a legal action or other proceeding brought by the Individual who is the subject of the notes. If you provide an authorization, you may revoke the authorization in writing, and this revocation will be effective for future uses and disclosures of PHI requiring authorization.

### Complaints and Inquiries
You may file a complaint with the Plans or the Department of Health and Human Services if you believe your privacy rights have been violated. To file a complaint with the Plans, you may write to the address below. You will not be retaliated against for filing such a complaint.

### Future Changes in the Notice
The Plans reserve the right to change their privacy practices and the terms of this Notice, making the new notice provisions effective for all PHI maintained by the Plans. The revised Notice will be provided by mail. In the future, you may have the option of receiving the Notice electronically.

### Contact Information
For assistance, or to obtain a copy of this Notice, you may contact the National Benefit Center at www.gmnbc.com, call 1-800-828-9236 or write to:

GM Health Care Privacy Office
National Benefit Center
P.O. Box 5175
Southfield, MI 48086-5175.