ROSEN SLOME MARDER LLP
333 Earle Ovington Boulevard
Suite 901
Uniondale, New York
Adam L. Rosen (AR-5664)
Lon J. Seidman (LS-0330)
(516) 227-1600

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481(RDD) |
|  | (Jointly Administered) |
| Debtors. |  |

VERIFIED STATEMENT PURSUANT TO RULE 2019(a)
OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure, Rosen Slome Marder LLP ("RSM") files this Verified Statement of multiple representation:

1. The name and address of the creditors represented by RSM in these chapter 11 cases are:

    A. Kilroy Realty Corporation
       12200 W. Olympic Blvd., Suite 200
       Los Angeles, CA 90064

    B. Formall, Inc.
       3908 Fountain Valley Drive
       Knoxville, TN 37918

2. The representations set forth above are separate representations. They are not under, or in connection with RSM's clients acting together pursuant to, a deposit agreement,

proxy, trust mortgage, trust indenture, deed of trust or committee arrangement.  Information about the claims held by RSM's clients will be set forth in their respective proofs of claim, if any.

   3.  RSM may also represent other clients in matters pertaining to these cases and in the future may undertake other engagements.  Those representations may or may not result in representations in these bankruptcy cases; if they come to involve representations in these bankruptcy cases, RSM will supplement this Statement.

Dated: Uniondale, New York
   November 16, 2006

               ROSEN SLOME MARDER LLP


               By: /s/ Lon J. Seidman
                 Adam L. Rosen (AR-5664)
                 Lon J. Seidman (LS-0330)

               333 Earle Ovington Boulevard
               Suite 901
               Uniondale, New York 11553
               (516) 227-1600

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481(RDD) |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |

## VERIFICATION

I, Lon J. Seidman, declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information and belief.

/s/ Lon J. Seidman
Lon J. Seidman
Rosen Slome Marder LLP
333 Earle Ovington Boulevard
Suite 901
Uniondale, New York 11553

G:\Formall\Lit\verified statement.doc