UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x

In re:                                              Chapter 11

**DELPHI CORPORATION,** *et al.,*                    Case No. 05-44481 (RDD)

          **Debtor.**                  (Jointly administered with
                                        Delphi Automotive Systems, LLC,
                                        Case No. 05-44640)

-------------------------------------------------x

## NOTICE REGARDING TRANSFER OF CLAIM
## PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2)

To:    SPCP Group L.L.C.
        as Agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund Ltd.
        Two Greenwich Plaza, 1st Floor
        Greenwich, CT 06830
        Attention: Brian Jarmain
        Telephone: (203) 542-4032
        Facsimile: (203) 542-4100

Your general unsecured claim against Delphi Automotive Systems, LLC (or any of its operating subsidiaries), a debtor and debtor-in-possession in the above-captioned case, in the amount of $1,377,687.00, and any and all proofs of claim in respect thereof, have been transferred, pursuant to the terms of the Evidence of Transfer of Claim (attached hereto as Exhibit A), to Merrill Lynch Credit Products, LLC (the "Transferee"), its successors and assigns, with offices located at:

        Merrill Lynch Credit Products, LLC
        4 World Financial Center, 7th Floor
        New York, New York 10080
        Attention: Gary S. Cohen / Christopher Moon
        Telephone: (212) 449-4969
        Facsimile: (646) 736-5217

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE YOU MUST FILE A WRITTEN OBJECTION WITH:**

        United States Bankruptcy Court
        Southern District of New York
        One Bowling Green
        New York, New York 10004-1408

dc-470222

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to Internal Control No. _____ in your objection.
IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

_____Clerk of the Court_____

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.

INTERNAL CONTROL NO._____
Copy to Transferee:       _____
Claims Agent Noticed:    _____

_____
Deputy Clerk

dc-470222

# EXHIBIT A

## Evidence of Transfer of Claim

dc-470222

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
:
In re:                                          :
:
Delphi Automotive Systems, LLC,                 :    Chapter 11
:    Case No. 05-44481
Debtors.                                        :    (Jointly Administered)
:
------------------------------------------------x

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

      For value received, the adequacy and sufficiency of which are hereby acknowledged, **SPCP GROUP, L.L.C., as Agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund Ltd.** ("Assignor"), as assignee of Energy Conversion Systems Holdings Company, hereby unconditionally and irrevocably sells, transfers and assigns to **MERRILL LYNCH CREDIT PRODUCTS, LLC** ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the total amount of $1,377,687.00 against Delphi Automotive Systems, LLC or any one of its operating subsidiaries, the debtor-in-possession in the chapter 11 reorganization case entitled, *In re: Delphi Automotive Systems, LLC*, Chapter 11 Case, Case No. 05-44481 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all proofs of claim assigned to Assignor by the original owner thereof and any and all notices of Evidence of Transfer filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

      Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim, Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

*(The remainder of this page is left blank intentionally. The signatures follow on next page.)*

IN WITNESS HEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 31 day of ~~June~~ October, 2006.

SPCP GROUP, L.L.C., AS AGENT FOR SILVER POINT CAPITAL FUND, L.P. AND SILVER POINT CAPITAL OFFSHORE FUND LTD.

By: _____
Name: Michael A. Gatto
Title: Authorized Signatory

MERRILL LYNCH CREDIT PRODUCTS, LLC

By: _____
Name: Ronald Torok
Title: Vice President