**PEPE & HAZARD LLP**
Kristin B. Mayhew (ct20896)
30 Jelliff Lane
Southport, CT  06890-1436
Tel.:  (203) 319-4022
Fax:   (203) 259-0251
*Attorneys for Illinois Tool Works Inc., Illinois Tool Works for*
*Hobart Brothers Co., Hobart Brothers Company, ITW Food*
*Equipment Group LLC and Tri-Mark, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| **DELPHI CORPORATION**, *et al.* | : |  |
|  | : | Case No.05-44481 (RDD) |
|  | : | (Jointly Administered) |
| **Debtors.** | : |  |
|  | : | November 20, 2006 |

**MOTION FOR ADMISSION TO PRACTICE,** ***PRO HAC VICE***

    I, Kristin B. Mayhew, a member in good standing of the bars of the State of Connecticut, State of New Jersey, Commonweath of Pennsylvania, United States District Court for the District of Connecticut, United States District Court for the District of New Jersey, United States District Court for the Eastern District of Pennsylvania and the United States District Court for the Middle District of Pennsylvania, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Illinois Tool Works Inc., Illinois Tool Works for Hobart Brothers Co., Hobart Brothers Company, ITW Food Equipment Group LLC and Tri-Mark, Inc.  My office and email addresses and my telephone and fax numbers are:

2

>Kristin B. Mayhew, Esq.
>Pepe & Hazard LLP
>30 Jelliff Lane
>Southport, CT  06890-1436
>Tel.:   (203) 319-4022
>Fax:   (203) 259-0251
>email:  kmayhew@pepehazard.com

I agree to pay the fee of $25 upon entry of an order admitting me to practice *pro hac vice*.

Dated: November 20, 2006

>_____/s/_____
>Kristin B. Mayhew