**PEPE & HAZARD LLP**
Kristin B. Mayhew (ct20896)
30 Jelliff Lane
Southport, CT  06890-1436
Tel.:    (203) 319-4022
Fax:    (203) 259-0251
*Attorneys for Illinois Tool Works Inc., Illinois Tool Works for Hobart Brothers Co., Hobart Brothers Company, ITW Food Equipment Group LLC and Tri-Mark, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| **DELPHI CORPORATION,** *et al.* | : | |
| | : | Case No.05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

### ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

Kristin B. Mayhew, a member of good standing of the bars of the State of Connecticut, State of New Jersey, Commonweath of Pennsylvania, United States District Court for the District of Connecticut, United States District Court for the District of New Jersey, United States District Court for the Eastern District of Pennsylvania and the United States District Court for the Middle District of Pennsylvania, having requested admission, *pro hac vice*, to represent Illinois Tool Works Inc., Illinois Tool Works for Hobart Brothers Co., Hobart Brothers Company, ITW Food Equipment Group LLC and Tri-Mark, Inc., parties in interest in the above-referenced case, it is hereby

05-44481-rdd    Doc 5575-1    Filed 11/20/06    Entered 11/20/06 11:10:22    Proposed
Order re: Admission to Practice    Pro Hac Vice    Pg 2 of 2

2

**ORDERED** that Kristin B. Mayhew, Esq. is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: November ___ , 2006
      New York, New York

 

                                              The Honorable Robert D. Drain
                                              United States Bankruptcy Judge