UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, ET AL., | Case No. 05-44481-RDD |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------x

## CERTIFICATE OF SERVICE

Julie D. Dyas, being duly sworn, deposes and says:

I am not a party to the action.  I am over the age of eighteen years and reside in New York, New York.

On November 20, 2006, I served a copy of the document listed below by causing true and correct copies of the same to be sent by first class mail, postage pre-paid to the persons listed on Exhibit A hereto, unless otherwise indicated:

ARC AUTOMOTIVE, INC.'S RESPONSE TO DEBTORS'
THIRD OMNIBUS OBJECTION TO CERTAIN CLAIMS.

                                             */s/ Julie D. Dyas*
                                             Julie D. Dyas

Sworn to before me this 20th
day of November, 2006.

*/s/ Neal W. Cohen*
NOTARY PUBLIC
Neal W. Cohen
Notary Public, State of New York
No. 02CO5056426
Qualified in Nassau County
Commission Expires March 4, 2011

{00023324.1 / 0153-001}

**Exhibit A**

**Office of the U.S. Trustee**
33 Whitehall Street
New York, New York 10004
Attn: Alicia M. Leonard, Esq., re Delphi

**Delphi Corporation**
5725 Delphi Drive
Troy, Michigan 48098
Att'n: General Counsel

**Skadden, Arps, Slate, Meagher
 & Flom LLP**
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
Att'n: John Wm. Butler, Jr. , re Delphi

**Simpson Thacher & Bartlett LLP**
425 Lexington Avenue
New York, New York 10017
Att'n: Kenneth S. Ziman, re Delphi

**Davis Polk & Wardwell**
450 Lexington Avenue
New York, New York 10017
Att'n: Marlane Melican, re Delphi

**Latham & Watkins LLP**
885 Third Avenue
New York, New York 10022
Att'n: Robert J. Rosenberg, Mark A. Broude, re Delphi

**Fried, Frank, Harris, Shriver
 & Jacobson LLP**
One New York Plaza
New York, New York 10004
Att'n: Bonnie Steingart, re Delphi

{00023321.1 / 0153-001}