# EXHIBIT B

# DELPHI

July 1, 2004

Don H. Chapin
Certified, Elder Law Attorney
5960 Wilcox Place, Suite B
Dublin, Ohio 43016

Dear Mr Chapin

    This letter is to confirm our telephone conversation concerning the residence of Mrs. Audrey Huston and her daughter, Mrs. Kay Shaffer. Per your telephone messages to Steve Weflen and myself last April and your April 30th letter to me, Delphi has not contacted your client and is awaiting hearing from you. Your client may have maintained that on March 19th there was a "handshake" agreement for Delphi to purchase the Engle Road property for $130,000 plus pay $20,000 for moving and closing expenses. Delphi remains willing to enter into a purchase agreement memorializing the terms discussed with Mrs. Huston and Mrs Shaffer prior to your representing them. I understand you will be contacting me in mid July outlining your client's position.

    We also discussed Delphi's request to conduct follow up water testing at the Huston home. Several tests of the tap water have been taken over the last two years and the results shared with the Hustons, the County Health Department and U.S. EPA. You stated you would prefer that additional tests be delayed until after the property is transferred. As I mentioned, Delphi will advise EPA of this in the next environmental report. If your client decides later that she would like the water tested Delphi would be willing to do so, at its expense, and share the data.

I look forward to receiving your letter later this month.

Sincerely,

*James P Walle*

James P. Walle

Bcc: Steve Chapman
Mark Hester
Glenn Howarth
John Ridd
Steve Weflen

Delphi Legal Staff, P.O. Box 5052, Troy, Michigan 48007-5052