**PEPE & HAZARD LLP**
Kristin B. Mayhew (ct20896)
30 Jelliff Lane
Southport, CT  06890-1436
Tel.:    (203) 319-4022
Fax:     (203) 259-0251
*Attorneys for Illinois Tool Works Inc., Illinois Tool Works for*
*Hobart Brothers Co., Hobart Brothers Company, ITW Food*
*Equipment Group LLC and Tri-Mark, Inc.*


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | : | |
| In re | : | **Chapter 11** |
| **DELPHI CORPORATION,** *et al.* | : | |
| | : | **Case No.05-44481 (RDD)** |
| | : | **(Jointly Administered)** |
| Debtors. | : | |
| | : | **November 20, 2006** |

**NOTICE OF APPEARANCE, REQUEST FOR NOTICES**
**AND DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE pursuant to 11 U.S.C. 1109(b) and Rules 2002, 9007, 9010(b)

and 9013 of the Federal Rules of Bankruptcy Procedure that a true, complete and accurate copy of

each and every notice required to be given in the above-captioned case, as well as all copies of

pleadings and other papers filed in the above matter, be directed to counsel for Illinois Tool

Works Inc., Illinois Tool Works for Hobart Brothers Co., Hobart Brothers Company, ITW

Food Equipment Group LLC and Tri-Mark, Inc. at:

> Kristin B. Mayhew
> Pepe & Hazard LLP
> 30 Jelliff Lane
> Southport, CT  06890-1436
> Tel.:    (203) 319-4022
> Fax:     (203) 259-0251
> E-mail kmayhew@pepehazard.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which may affect or seek to affect in any way, the rights or interests of Illinois Tool Works Inc., Illinois Tool Works for Hobart Brothers Co., Hobart Brothers Company, ITW Food Equipment Group LLC  and Tri-Mark, Inc. with respect to the above-captioned proceeding.

Dated:  November 20, 2006

By:          /s/
Kristin B. Mayhew – ct20896
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT  06890-1436
Tel.:   (203) 319-4022
Fax:    (203) 259-0251
Email   kmayhew@pepehazard.com