UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| **DELPHI CORPORATION**, *et al.*, | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Sarah F. Sparrow, a member in good standing of the bar in the State of North Carolina and the bar of the U.S. District Court for the Middle, Western and Eastern Districts of North Carolina and the Northern District of Texas, the Fourth Circuit Court of Appeals and the Fifth Circuit Court of Appeals, request admission, *pro hac vice,* before the Honorable Robert D. Drain, to represent TK Holdings, Inc., Automotive Systems Laboratory, Inc., Takata Seat Belts, Inc., Takata Corporation and Highland Industries, Inc., parties in interest in the above-referenced case.

Address:   Sarah F. Sparrow, Esquire
           Tuggle Duggins & Meschan, P.A.
           P. O. Box 2888
           Greensboro, NC 27402

Email:     ssparrow@tuggleduggins.com

Telephone: (336) 378-1431

Facsimile: (336) 274-6590

The filing fee of $25.00 is submitted contemporaneously with this motion for *pro hac vice* admission.

Dated: November 15, 2006
Greensboro, North Carolina

*/s/ Sarah F. Sparrow*
Sarah F. Sparrow
N.C. State Bar No. 13112
Tuggle Duggins & Meschan, P.A.
100 North Greene Street, Suite 600
P. O. Box 2888
Greensboro, NC 27402
(336) 378-1431
Fax: (336) 274-6590
ssparrow@tuggleduggins.com

*Attorneys for TK Holdings, Inc., Takata
Corporation, Automotive Systems Laboratory, Inc.,
Takata Seat Belts, Inc., and Highland Industries, Inc.*