HONORABLE JUDGE ROBERT D. DRAIN     NOV. 7TH 2006
UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN, ROOM 610
NEW YORK, NEW YORK 10004

RECEIVED NOV 13 2006 U.S. BANKRUPTCY COURT, SDNY

I DISAGREE WITH THIS THIRD OMNIBUS OBJECTION FROM THE DELPHI CORPORATION. DOC. NO. 5453

ON JUNE 13TH 2000 I WAS SOLD $10,000 WORTH OF DELPHI COMMON STOCK. ON MARCH 3RD 2005 I WAS SOLD ANOTHER $10,000 WORTH OF DELPHI COMMON STOCK, FOR A TOTAL OF $20,000 DOLLARS. DELPHI CORPORATION AND FIDELITY INVESTMENT COMPANIES SOLD THIS STOCK IN A FRAUDULENT SCHEME, TO MAKE DELPHI'S EMPLOYEES BELIEVE THAT THEY PAINTED AN HONEST PICTURE OF DELPHI'S FINANCIAL HEALTH. SO THE EMPLOYEES WOULD INVEST IN THE STOCK FROM THEIR OWN RETIREMENT PROGRAMS. THE MANAGERS AT BOTH COMPANIES HAD A DUTY TO CONVEY TO IT'S MEMBERS COMPLETE AND ACCURATE INFORMATION ABOUT IT'S TRUE FINANCIAL PICTURE.

BOTH J.T. BATTENBERG AND ALAN DAWES WERE FINED BY THE SECURITIES AND EXCHANGE COMMISSION FOR PARTICIPATING IN OR AIDING AND ABETTING THE COMPANY'S FRAUD. FINES AND RESTITUTION FOR ALAN DAWES WAS $687,000. I RECEIVED FROM THE DELPHI CORPORATION $2,025.36 AFTER THEY SOLD MY STOCK FOR .32 CENTS A SHARE. THEY TOOK ME FOR $17,974.64 WHICH I WOULD LIKE THE COURT TO RETURN TO ME.

THANK YOU

*Terry R. Mocny Sr.*

TERRY R. MOCNY 141 NORMAN STREET VASSAR MICHIGAN 48768 1-989-823-2943