**PEPE & HAZARD LLP**
Kristin B. Mayhew (ct20896)
30 Jelliff Lane
Southport, CT 06890-1436
Tel    (203) 319-4022
Fax   (203) 259-0251
*Attorneys for Illinois Tool Works Inc., Illinois Tool Works for Hobart Brothers Co., Hobart Brothers Company, ITW Food Equipment Group LLC and Tri-Mark, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, *et al.* | : | |
| | : | Case No.05-44481 (RDD) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | November 20, 2006 |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 20th day of November, 2006 true and correct copies of the Notice of Appearance, Request for Notices and Demand for Service of Papers and Motion for Admission to Practice, *Pro Hac Vice* were served:

(i)    to the parties on the attached Exhibit A via email service by the Court, and

(ii)   to the parties on the attached Exhibit B via first-class U.S. mail, postage pre-paid.

/s/
Kristin B. Mayhew – ct20896
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890-1436
Tel.:   (203) 319-4022
Fax:   (203) 259-0251
Email  kmayhew@pepehazard.com

KBM/32073/12/80580v1
11/20/06-SPT/

# EXHIBIT A

david.boyle@airgas.com
tajamie@ajamie.com
aswiech@akebono-usa.com
pgurfein@akingump.com
mgreger@allenmatkins.com
craig.freeman@alston.com
dconnolly@alston.com
dwender@alston.com
bkessinger@akebono-usa.com
steven.keyes@aam.com
gogimalik@andrewskurth.com
mblacker@andrewskurth.com
lwalzer@angelogordon.com
mtf@afrct.com
aleinoff@amph.com
mhamilton@ampn.com
Cohen.Mitchell@arentfox.com
Hirsh.Robert@arentfox.com
dladdin@agg.com
joel_gross@aporter.com
cgalloway@atsautomation.com
kim.robinson@bfkpn.com
william.barrett@bfkpn.com
alan.mills@btlaw.com
john.gregg@btlaw.com
mark.owens@btlaw.com
michael.mccrory@btlaw.com
pmears@btlaw.com
wendy.brewer@btlaw.com
ffm@bostonbusinesslaw.com
tom@beemanlawoffice.com
hannah@blbglaw.com
sean@blbglaw.com
wallace@blbglaw.com
murph@berrymoorman.com
klaw@bbslaw.com
lschwab@bbslaw.com

pcostello@bbslaw.com
tgaa@bbslaw.com
fatell@blankrome.com
mrichards@blankrome.com
rmcdowell@bodmanllp.com
chill@bsk.com
csullivan@bsk.com
sdonato@bsk.com
jhinshaw@boselaw.com
amcmullen@bccb.com
rjones@bccb.com
massimiliano_cini@brembo.it
dludman@brownconnery.com
schristianson@buchalter.com
mhall@burr.com
sabelman@cagewilliams.com
jonathan.greenberg@engelhard.com
rusadi@cahill.com
driggio@candklaw.com
rweisberg@carsonfischer.com
cahn@clm.com
japplebaum@clarkhill.com
sdeeby@clarkhill.com
rgordon@clarkhill.com
maofiling@cgsh.com
maofiling@cgsh.com
tmaxson@cohenlaw.com
jvitale@cwsny.com
bceccotti@cwsny.com
srosen@cb-shea.com
amalone@colwinlaw.com
Elliott@cmplaw.com
jwisler@cblh.com
mlee@contrariancapital.com
jstanton@contrariancapital.com
wraine@contrariancapital.com
solax@contrariancapital.com
Pretekin@coollaw.com
wachstein@coollaw.com

derrien@coollaw.com
nhp4@cornell.edu
sjohnston@cov.com
swalsh@chglaw.com
dpm@curtinheefner.com
rsz@curtinheefner.com
athau@cm-p.com
dkarp@cm-p.com
krk4@daimlerchrysler.com
wsavino@damonmorey.com
selanders@danielsandkaplan.com
carol_sowa@denso-diam.com
amina.maddox@dol.lps.state.nj.us
gdiconza@dlawpc.com
john.persiani@dinslaw.com
richard.kremen@dlapiper.com
andrew.kassner@dbr.com
david.aaronson@dbr.com
jhlemkin@duanemorris.com
dmdelphi@duanemorris.com
wmsimkulak@duanemorris.com
mbusenkell@eckertseamans.com
ayala.hassell@eds.com
akatz@entergy.com
dfreedman@ermanteicher.com
gettelman@e-hlaw.com
ggreen@fagelhaber.com
lnewman@fagelhaber.com
charles@filardi-law.com
tdonovan@finkgold.com
jmurch@foley.com
fstevens@foxrothschild.com
mviscount@foxrothschild.com
ftrikkers@rikkerslaw.com
office@gazesllc.com
ian@gazesllc.com
crieders@gjb-law.com
dcrapo@gibbonslaw.com
mmeyers@gsmdlaw.com
abrilliant@goodwinproctor.com
cdruehl@goodwinproctor.com
bmehlsack@gkllaw.com

pbilowz@goulstonstorrs.com
gjarvis@ggelaw.com
jeisenhofer@gelaw.com
snirmul@gelaw.com
mrr@previant.com
tch@previant.com
mdebbeler@graydon.com
ckm@greensfelder.com
jpb@greensfelder.com
herb.reiner@guarantygroup.com
cbattaglia@halperinlaw.net
ahalperin@halperinlaw.net
jdyas@halperinlaw.net
hleinwand@aol.com
carren.shulman@hellerehrman.com
timothy.mehok@hellerehrman.com
prubin@herrick.com
anne.kennelly@hp.com
glen.dumont@hp.com
ken.higman@hp.com
sharon.petrosino@hp.com
echarlton@hiscockbarclay.com
jkreher@hodgsonruss.com
sgross@hodgsonruss.com
amoog@hhlaw.com
ecdolan@hhlaw.com
sagolden@hhlaw.com
elizabeth.flaagan@hro.com
dbaty@honigman.com
tsable@honigman.com
jrhunter@hunterschank.com
tomschank@hunterschank.com
mmassad@hunton.com
sholmes@hunton.com
aee@hurwitzfine.com
Ben.Caughey@icemiller.com
greg.bibbes@infineon.com
jeffery.gillispie@infineon.com
rgriffin@iuoe.org
pbarr@jaffelaw.com

rpeterson@jenner.com
gerdekomarek@bellsouth.net
sjfriedman@jonesday.com
john.sieger@kattenlaw.com

kcookson@keglerbrown.com
lsarko@kellerrohrback.com
claufenberg@kellerrohrback.com
eriley@kellerrohrback.com
ggotto@kellerrohrback.com
mbane@kelleydrye.com
msomerstein@kelleydrye.com
lmagarik@kjmlabor.com
sjennik@kjmlabor.com
tkennedy@kjmlabor.com
afeldman@kslaw.com
gsouth@kslaw.com
grichards@kirkland.com
efox@klng.com
schnabel@klettrooney.com
dbrown@klettrooney.com
sosimmerman@kwgd.com
ekutchin@kutchinrufo.com
knorthup@kutchinrufo.com
smcook@lambertleser.com
erika.ruiz@lw.com
henry.baer@lw.com
john.weiss@lw.com
mark.broude@lw.com
michael.riela@lw.com
mitchell.seider@lw.com
rcharles@lrlaw.com
sfreeman@lrlaw.com
jengland@linear.com
austin.bankruptcy@publicans.com
dallas.bankruptcy@publicans.com
houston_bankruptcy@publicans.com
gschwed@loeb.com
whawkins@loeb.com
tmcfadden@lordbissell.com
tbrink@lordbissell.com
kwalsh@lordbissell.com
rcovino@lordbissell.com
bnathan@lowenstein.com
ilevee@lowenstein.com
krosen@lowenstein.com
metkin@lowenstein.com
scargill@lowenstein.com
vdagostino@lowenstein.com
egc@lydenlaw.com
rparks@mijb.com

jlanden@madisoncap.com
jml@ml-legal.com
lmc@ml-legal.com
vmastromar@aol.com
gsantella@masudafunai.com
jgtougas@mayerbrownrowe.com
rdaversa@mayerbrown.com
dadler@mccarter.com
jsalmas@mccarthy.ca
lsalzman@mccarthy.ca
jmsullivan@mwe.com
sselbst@mwe.com
jrobertson@mcdonaldhopkins.com
sopincar@mcdonaldhopkins.com
sriley@mcdonaldhopkins.com
jbernstein@mdmc-law.com
egunn@mcguirewoods.com
hkolko@msek.com
lpeterson@msek.com
emeyers@mrrlaw.net
rrosenbaum@mrrlaw.net

miag@michigan.gov
raterinkd@michigan.gov
miag@michigan.gov
khopkins@milesstockbridge.com
trenda@milesstockbridge.com
sarbt@millerjohnson.com
wolfordr@millerjohnson.com
greenj@millercanfield.com
fusco@millercanfield.com
pjricotta@mintz.com
skhoos@mintz.com
Jeff.Ott@molex.com
agottfried@morganlewis.com
mzelmanovitz@morganlewis.com
resterkin@morganlewis.com
lberkoff@moritthock.com
mdallago@morrisoncohen.com
rurbanik@munsch.com
jwielebinski@munsch.com
drukavina@munsch.com
sandy@nlsg.com
Knathan@nathanneuman.com

3

sbrennan@nathanneuman.com
lisa.moore2@nationalcity.com
george.cauthen@nelsonmullins.com
bbeckworth@nixlawfirm.com
jangelovich@nixlawfirm.com
susanwhatley@nixlawfirm.com
jimbriaco@gentek-global.com
eabdelmasieh@nmmlaw.com
dgheiman@jonesday.com
mmharner@jonesday.com
cahope@chapter13macon.com
jay.hurst@oag.state.tx.us
michaelz@orbotech.com
mmoody@okmlaw.com
aenglund@orrick.com
aprinci@orrick.com
tkent@orrick.com
fholden@orrick.com
jguy@orrick.com
mcheney@orrick.com
rwyron@orrick.com
mhager@oshr.com
shazan@oshr.com
cweidler@paulweiss.com
ddavis@paulweiss.com
emccolm@paulweiss.com
sshimshak@paulweiss.com
housnerp@michigan.gov
aaronsona@pepperlaw.com
lawallf@pepperlaw.com
jaffeh@pepperlaw.com
caseyl@pepperlaw.com
jmanheimer@pierceatwood.com
kcunningham@pierceatwood.com
karen.dine@pillsburylaw.com
margot.erlich@pillsburylaw.com
mark.houle@pillsburylaw.com
richard.epling@pillsburylaw.com
robin.spear@pillsburylaw.com
rmeth@pitneyhardin.com
rbeacher@pitneyhardin.com
bsmoore@pbnlaw.com
jsmairo@pbnlaw.com
jh@previant.com
mgr@previant.com

asm@pryormandelup.com
kar@pryormandelup.com
jkp@qad.com
andrew.herenstein@quadranglegroup.com
patrick.bartels@quadranglegroup.com
jharris@quarles.com
knye@quarles.com
sgoldber@quarles.com
elazarou@reedsmith.com
morton@reedsmith.com
jlapinsky@republicengineered.com
jshickich@riddellwilliams.com
jcrotty@rieckcrotty.com
mscott@riemerlaw.com
holly@regencap.com
amathews@robinsonlaw.com
cnorgaard@ropers.com
gregory.kaden@ropesgray.com
marc.hirschfield@ropesgray.com
tslome@rsmllp.com
rtrack@msn.com
cschulman@sachnoff.com
agelman@sachnoff.com
cbelmonte@ssbb.com
pbosswick@ssbb.com
dweiner@schaferandweiner.com
hborin@schaferandweiner.com
mnewman@schaferandweiner.com
rheilman@schaferandweiner.com
myetnikoff@schiffhardin.com
wkohn@schiffhardin.com
myarnoff@sbclasslaw.com
shandler@sbclasslaw.com
james.bentley@srz.com
michael.cook@srz.com
carol.weiner.levy@srz.com
pbaisier@seyfarth.com
rdremluk@seyfarth.com
whanlon@seyfarth.com
bharwood@sheehan.com
lawtoll@comcast.net
ewaters@sheppardmullin.com
msternstein@sheppardmullin.com
tcohen@sheppardmullin.com
twardle@sheppardmullin.com

rthibeaux@shergarner.com
rthibeaux@shergarner.com
bankruptcy@goodwin.com
asherman@sillscummis.com
jzackin@sillscummis.com
cfortgang@silverpointcapital.com
bellis-monro@sgrlaw.com
kmiller@skfdelaware.com
fyates@sonnenschein.com
rrichards@sonnenschein.com
lloyd.sarakin@am.sony.com
rgoldi@sotablaw.com
emarcks@ssd.com
pabutler@ssd.com
sarah.morrison@doj.ca.gov
hwangr@michigan.gov
jmbaumann@steeltechnologies.com
rkidd@srcm-law.com
shapiro@steinbergshapiro.com
jposta@sternslaw.com
cs@stevenslee.com
cp@stevenslee.com
mshaiken@stinsonmoheck.com
robert.goodrich@stites.com
madison.cashman@stites.com
wbeard@stites.com
jminias@stroock.com
khansen@stroock.com
msteinwurtzel@swidlaw.com
ferrell@taftlaw.com
miller@taftlaw.com
marvin.clements@state.tn.us
ddraper@terra-law.com
jforstot@tpw.com
lcurcio@tpw.com
niizeki.tetsuhiro@furukawa.co.jp
robert.morris@timken.com
dlowenthal@thelenreid.com
dlowenthal@thelenreid.com

rhett.campbell@tklaw.com
ira.herman@tklaw.com
john.brannon@tklaw.com
ephillips@thurman-phillips.com
jlevi@toddlevi.com
bmcdonough@teamtogut.com
DBR@tbfesq.com
jwilson@tylercooper.com
hzamboni@underbergkessler.com
mkilgore@UP.com
djury@steelworkers-usw.org
msmcelwee@varnumlaw.com
rjsidman@vssp.com
tscobb@vssp.com
EAKleinhaus@wlrk.com
RGMason@wlrk.com
david.lemke@wallerlaw.com
robert.welhoelter@wallerlaw.com
gtoering@wnj.com
mcruse@wnj.com
growsb@wnj.com
mwarner@warnerstevens.com
lekvall@wgllp.com
aordubegian@weineisen.com
gpeters@weltman.com
gkurtz@ny.whitecase.com
guzzi@whitecase.com
dbaumstein@ny.whitecase.com
tlauria@whitecase.com
featon@miami.whitecase.com
barnold@whdlaw.com
bspears@winstead.com
mfarquhar@winstead.com
mwinthrop@winthropcouchot.com
sokeefe@winthropcouchot.com
oiglesias@wlross.com
lpinto@wcsr.com
pjanovsky@zeklaw.com
skrause@zeklaw.com

# EXHIBIT B

Delphi Corporation
5725 Delphi Drive
Troy, MI 48908
Attn: Sean Corcoran
      Karen Craft

United States Trustee
Alicia M. Leonard
33 Whitehall Street, Suite 2100
New York, NY 10004

Electronics Data System Corp.
5505 Corporate Drive MSIA
Troy, MI 48098
Attn: Michael Nefkens

Brandes Investment Partners LP
11988 El Camino Real
Suite 500
San Diego, CA 92103
Attn: Ted Kim

Flextronics International
305 Interlocken Parkway
Broomfield, CO 80021
Attn: Carrie L. Schifff

Brown Rudnick Berlack Israels LLP
Seven Times Square
New York, Ny 10036
Attn: Robert J. Stark

Flextronics International USA, Inc.
2090 Fortune Drive
San Jose, CA 95131
Attn: Paul W. Anderson

Cohen, Weiss & Simon
330 W. 42nd Street
New York, NY 10036
Attn: Bruce Simon

Freecale Semiconductor, Inc.
6501 William Cannon Drive West
MD: OE16
Austin, TX 78735
Attn: Richard Lee Chambers, III

Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

FTI Consulting, Inc.
3 Times Square
11th Floor
New York, NY 10036
Attn: Randall S. Eisenberg

Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Attn: Brian Resnick
      Donald Bernstein

General Electric Company
9930 Kincey Avenue
Huntersville, NC 28078
Attn: Valerie Venable

DC Capital Partners LP
800 Third Avenue
40th Floor
New York, NY 10022
Attn: Douglas L. Dethy

Groom Law Group
1701 Pennsylvania Avenue, NW
Washington, DC 20006
Attn: Lonie A. Hassel

Hodgson Russ LLP
152 West 57th Street
35th Floor
New York, NY 10019
Attn: Stephen H. Gross

Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583
Attn: Frank L. Gorman
       Robert B. Weiss

JP Morgan Chase Bank, N.A.
270 Park Avenue
New York, NY 10017
Attn: Thomas F. Maher, Richard Duker,
      Gianni Russello, Vilma Francis

Internal Revenue Service
290 Broadway, 5th Floor
New York, NY 10007
Attn: Insolvency Department
      Maria Valerio

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Gordon Z. Novod
      Thomas Moers Mayer

Internal Revenue Service
477 Michigan Avenue
Mail Stop 15
Detroit, MI 48226
Attn: Insolvency Department

Kurtzman Carson Consultants
12910 Culver Boulevard, Suite I
Los Angeles, CA 90066
Attn: James Le

IUE-CWA
2360 W. Dorothy Lane
Suite 201
Dayton, OH 45439
Attn: Henry Reichard

Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Attn: Robert J. Rosenberg

James E. Bishop, Sr.
502 Shiloh Drive
No. 9
Laredo, TX 78045

Law Debenture Trust of New York
767 Third Avenue, 31st Floor
New York, NY 10017
Attn: Patrick J. Healy
      Daniel R. Fisher

James H. Kelly
P.O. Box 4426
Boulder, CO 80306

Luqman Yucab
P.O. Box 1026
Hartville, OH 44632

Jeffries & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022
Attn: William Derrough

McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606
Attn: David D. Cleary
　　　Mohsin N. Khamabati

Pension Benefit Guaranty Corporation
1200 K. Street, N.W.
Suite 340
Washington, DC 20005-4026
Attn: Ralph L. Landy

McTigue Law Firm
5301 Wisconsin Ave., N.W.
Suite 350
Washington, DC 20015

Phillip Nizer LLP
666 Fifth Avenue
New York, NY 10103
Attn: Sandra A. Riemer

Mesirow Financial
666 Third Avenue, 21st Floor
New York, NY 10022
Attn: Joseph T. Moldovan

Rothchild Inc.
1251 Avenue of the Americas
New York, NY 10020
Attn: David L. Resnick

Northeast Regional Office
3 World Financial Center
Room 4300
New York, NY 10281
Attn: Mark Schonfeld

Sayfarth Shaw LLP
1270 Avenue of the Americas
Suite 2500
New York, NY 10020-1801
Attn: Robert W. Dremluk

Office of New York State
120 Broadway
New York, NY 10271
Attn: Eliot Spitzer
　　　Neal S. Mann

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069
Attn: Douglas Bartner
　　　Jill Frizzley

O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, Ca 90071
Attn: Robert Siegel

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Attn: Tom A. Jerman
      Rachel Janger

Pardus European Special Opportunities Master
    Fund LP
Pardus Capital Management LP
1101 Avenue of the Americas, Suite 1100
New York, NY 10018
Attn: Joseph R. Thornton

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
P.O. Box 300
New York, NY 10036
Attn: Kayalyn A. Marafioti
      Thomas J. Matz

Spencer Fane Britt & Browne LLP
1 North Brentwood Boulevard
10th Floor
St. Louis, MO 63105
Attn: Nicholas Franke

Stevens & Lee, P.C.
485 Madison Avenue
20th Floor
New York, NY 10022
Attn: Chester B. Salomon
      Constantine D. Pourakis

Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, Ny 10119
Attn: Albert Togut
      Neil Berger

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Attn: Kenneth S. Ziman
      Robert H. Trust
      William T. Russell, Jr.

Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Drive
Suite 2100
Chicago, IL 60606
Attn: John William Butler, John K. Lyons,
      Ron E. Meisler

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Jeffrey L. Tannenbaum
      Martin J. Bienenstock
      Michael P. Kessler

Wilmington Trust Company
Rodney Square Noreth
1100 North Market Street
Wilmington, DE 19890
Attn: Steven M. Cimalore

Manda L. Anagost
1024 N. Michigan Avenue
P.O. Box 3197
Saginaw, MI 48605-3197

Ropes & Gray LLP
45 Rockefeller Plaza
New York, NY 10111
Attn: Mark I. Bane
      Marc E. Hirschfield

Trustee of the Koury Family Trust
410 Reposado Drive
La Habra Heights, CA  90631
Attn: James N. Koury

Thomas M. Beeman
33 West 10th Street, Suite 200
Anderson, IN  46016

Tyco Electronics Company
60 Columbia Road
Morristown, NJ  07960
Attn: Mary Ann Brereton

White & Case LLP
1155 Avenue of the Americas
New York, NY  10036
Attn: Howard Beltzer
 Frank E. Eaton

Warner Stevens, L.L.P.
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX  76102
Attn: Michael D. Warner

Jaffe & Asher LLP
600 Third Avenue
New York, NY  10016
Attn: Glenn P. Berger

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178
Attn: James S. Carr

Cohen, Weiss and Simon
330 West 42nd Street, 25th Floor
New York, NY  10036
Attn: Babette A. Ceccotti

Blank Rome LLP
405 Lexington Avenue
New York, NY  10174
Attn: Craig Alan Damast

Central Transportation International, Inc.
c/o Mark H. Shapiro
24901 Northwestern Highway
Suite 611
Southfield, MI  48075

Graydon, Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH  45202
Attn: J. Michael Debbeler

Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY  10022
Attn: Michael I. Cook

Balch & Bingham LLP
1901 Sixth Avenue N., Suite 2600
Birmingham, AL  35209
Attn: Christie Lyman Dowling

Clark Hill PLC
500 Woodward Avenue, Suite 3500
Detroit, MI 48226
Attn: Martin E. Crandall

Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103

Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY 10022
Attn: Maureen A. Cronin

Ellmann & Ellmann, P.C.
308 West Huron
Ann Arbor, MI 48103-4204
Attn: Douglas Ellmann

Kramer Mellen, P.C.
3000 Town Center, Suite 1700
Southfield, MI 48075-1277
Attn: Gary H. Cunningham

Lowenstein Sandler PC
1251 Avenue of the Americas
18th Floor
New York, NY 10019
Attn: Michael S. Etkins
       Ira M. Levee

White & Case LLP
200 South Biscayne Boulevard
Suite 4900
Miami, FL 33131
Attn: John K. Cunningham

Ettelman & Hochheiser, P.C.
100 Quentin Roosevelt Boulevard
Suite 401
Garden City, NY 11530
Attn: Gary Ettleman

Mayer, Brown, Rowe & Maw
1675 Broadway
New York, NY 10019-5820
Attn: Raniero D'Aversa

Fair Harbor Capital LLP
875 Avenue of the Americas, Suite 2305
New York, NY 10001

Michael D. Fishman
39533 Woodward Avenue, Suite 140
Bloomfield Hills, MI 48304

Larry D. Harvey, P.C.
5290 DTC Parkway, Suite 150
Englewood, CO 80111

Holme Roberts & Owens LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203
Attn: Elizabeth K. Flaagan

Bruce A. Harwood
1000 Elm Street
P.O. Box 3701
Manchester, NH 03015-3701

Anglin, Flewelling, Rasmussen, Campbell
 & Trytten LLP
199 South Robles Avenue, Suite 600
Pasadena, CA 91101
Attn: Mark T. Flewelling

McGuire Woods LLP
901 East Cary Street
Richmond, VA 23219-4030
Attn: Dion W. Hayes

Glenn D. Forbis
39533 Woodward Avenue, Suite 140
Bloomfield Hills, MI 48304

David A. Hodges
212 Center Street, 5th Floor
Little Rock, AR 72201

Moore, Clark, DuVall & Rodgers, P.C.
2829 Old Dawson Road
Albany, GA 31707
Attn: David Garland

Kronish Lieb Weiner & Hellman, LLLP
1114 Avenue of the Americas
New York, NY 10036
Attn: Jay R. Imdyke

Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068-5738
Attn: Ira P. Goldberg

Sidley Austin
1501 K Street NW
Washington, DC 20005
Attn: Kurt Jacobs

Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
Attn: Andrew D. Gottfried

Thomas H. Keyse
1700 Lincoln Street, Suite 4000
Denver, CO 80203

Shumaker Loop & Kendrick
128 South Tryon Street, Suite 1800
Charlotte, NC 28208
Attn: David M. Grogan

Kieselstein Law Firm, PLLC
43 British American Boulevard
Latham, NY 12110
Attn: Steve Kieselstein

Regen Capital
2109 Broadway
New York, NY 10023
Attn: Holly G. Gydus

Thompson Hine LLP
One Chase Manhattan Plaza
58th Floor
New York, NY 10005
Attn: Joseph B. Koczko


Meyer, Suozzi, English & Klein, P.C.
1350 Broadway, Suite 501
New York, NY 10018
Attn: Hana B. Kolko

Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Attn: Daniel A. McLaughlin
      A. Robert Pietrzak

Montgomery, McCracken Walker & Rhoads
123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109
Attn: Laurie Krepto

Barnes & Thornberg LLP
300 Ottawa Avenue, NW
Suite 500
Grand Rapids, MI 49503
Attn: Patrick E. Mears

Mandel, Katz, Manna & Brosnan LLP
210 Route 303
Valley Cottage, NY 10989
Attn: Anna C. Lee

Menaker & Herrmann LLP
10 E. 40th Street, 43rd Floor
New York, NY 10016
Attn: Richard G. Menaker

Amroc Investments, LLC
535 Madison Avenue, 15th Floor
New York, NY 10017
Attn: David S. Leinwand

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren M. Nashelsky

Kennedy, Jennik & Murray, P.C.
113 University Place, 7th Floor
New York, NY 10003
Attn: Larry Magarik

Hayt, Hayt & Landau
600 Northern Boulevard
Great Neck, NY 11021
Attn: George Panters

Dreier LLP
499 Park Avenue, 14th Floor
New York, NY 10022
Attn: Wendy G. Marcari
      Maura I. Russell

Novak, Robenalt, Pavlik
Skylight Office Tower, Suite 270
1660 West Second Street
Cleveland, OH 44113
Attn: Thomas C. Pavlik

Rosen Slome Marder LLP
333 Earle Ovington Boulevard, Suite 901
Uniondale, NY 11553
Attn: Alan E. Marder
      Jill Mazer-Marino

Brown Rudnick Berlack Israels, LLP
One Financial Center
Boston, Ma 02111
Attn: Steven D. Pohl

Lord, Bissell & Brook
115 La Salle Street
Chicago, IL 60603
Attn: Timothy S. McFadden

Kelman Loria, PLLC
660 Woodward Avenue, Suite 1420
Detroit, MI 48226
Attn: Alan B. Posner

Sonnenschein Nath & Rosenthal, LLP
1221 Avenue of the Americas
New York, NY 10020
Attn: Jo Christine Reed

Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016
Attn: Paul Rubin

Baker & McKenzie
805 Third Avenue
New York, NY 10022
Attn: Ira A. Reid

Leon R. Russell
3102 Oak Lawn
Suite 600, LB 164
Dallas, TX 75219

Sandra A. Reimer
666 Fifth Avenue
New York, NY 10103

Bialson, Bergen & Schwab
2600 El Camino Read, Suite 300
Palo Alto, CA 94306
Attn: Lawrence M. Schwab

David Polk & Wardell
450 Lexington Avenue
New York, NY 10017
Attn: Brian Resnick

Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154
Attn: Peter Gregory Schwed

Pryor & Madelup LLP
675 Old Country Road
Westbury, NY 11590
Attn: Kenneth A. Reynolds

Binder & Malter LLP
2775 Park Avenue
Santa Clara, CA 95050
Attn: Wendy W. Smith

Foley & Lardner LLP
90 Park Avenue, 37th Floor
New York, NY 10016
Attn: Michael P. Richman

Stewart & Stewart
931 S. Rangeline Road
Carmel, IN 46032
Attn: Michael J. Sobieray

05-44481-rdd    Doc 5586    Filed 11/20/06    Entered 11/20/06 16:29:06    Main Document
Pg 18 of 18

Harold Ritvo, P.C.
One University Plaza
Hackensack, NJ 07601

Leigh C. Taggart
Rader, Fishman & Grauer PLLC
39533 Woodward Avenue, Suite 140
Bloomfield Hills, MI 48304

Latham & Watkins
885 Third Avenue
New York, NY 10022
Attn: Robert J. Rosenberg

Universal Am-Can, Ltd.
c/o Mark H. Shapiro
24901 Northwestern Highway, Suite 611
Southfield, MI 48075

Pepper Hamilton LLP
100 Renaissance Center, 36th Floor
Detroit, MI 48243

Piper Rudnick Gray Cary LLP
1251 Avenue of the Americas
New York, NY 10020-1104
Attn: Timothy W. Walsh

Mayer, Brown, Rowe & Maw LLP
71 S. Wacker Drive
Chicago, IL 60606-4637
Attn: Paul J. N. Roy

Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036-4039
Attn: Karen B. Dine

Pillsbury Winthrop Shaw Pittman LLP
650 Town Center Drive, 7th Floor
Costa Mesa, CA 92626-7122
Attn: Mark D. Houle

KBM/32073/12/80582v1
11/20/06-SPT/

10