UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                          Chapter 11
                                                                                    Case No. 05-44481 (RDD)
DELPHI CORPORATION, *et al.,*                              (Jointly Administered)
DELPHI AUTOMOTIVE SYSTEMS LLC

Debtors.
------------------------------------------------------------X

**NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**

To: (Transferee)  Debt Acquisition Company of America V, LLC
                          1565 Hotel Circle South, Suite 310
                          San Diego, CA  92108

A transfer in the amount of $3,362.34 from:

2KM NORTH AMERICA INC (Transferor)
24 JOSEPH STREET
PARRY SOUND ON P2A 2G2

is acknowledged.

*By filing pursuant to Rule 3001(e)(1), you affirm that you have searched the official claims register and that the Transferor has not previously filed a Proof of Claim.*

Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

Kathleen Farrell, Clerk

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on
_____, 2006.
Copy (check):  Debtor's Attorney _____ Claims Agent _____ Deputy Clerk_____
Bc:  ackotree
ACKNOWLEDGEMENT-NO CLAIM ON FILE-NOT FOR SECURITY-
AFTER BAR DATE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 05-44481 (RDD) |
| | ) |
| DELPHI CORPORATION, et al., | ) Jointly Administered |
| DELPHI AUTOMOTIVE SYSTEMS LLC | ) |
| | ) **NOTICE OF TRANSFER OF CLAIM** |
| Debtors. | ) **OTHER THAN FOR SECURITY AND** |
| | ) **WAIVER OF NOTICE** |
| | ) Bankruptcy Rule 3001(e)(1) |

PLEASE TAKE NOTICE that the scheduled claim of 2KM NORTH AMERICA INC ("Transferor") against the Debtor in the amount of $3,362.34, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $3,362.34 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

**TRANSFEROR:**
**2KM NORTH AMERICA INC**
**24 JOSEPH STREET  PARRY SOUND ON P2A 2G2**

Print Name  GARY BAUER                Title  MANAGING DIRECTOR

Signature  [signed]                   Date   9 NOV 2006

Updated Address (if needed) _____

Phone 1-705-746-1162  Fax 1-705-746-1164  E-Mail g.bauer.2km@cogeco.ca

**TRANSFEREE:**
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**

Signature: _____[signed]_____
                Tom Scheidt

Mail Ref# 8-1849
2584772

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                                Chapter 11
                                                                                           Case No. 05-44481 (RDD)
DELPHI CORPORATION, *et al.,*                                    (Jointly Administered)
DELPHI MEDICAL SYSTEMS COLORADO CORP

Debtors.
-----------------------------------------------------------X

### NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)

To: (Transferee)  Debt Acquisition Company of America V, LLC
                          1565 Hotel Circle South, Suite 310
                          San Diego, CA  92108

A transfer in the amount of $255.76 from:

AJAX CUSTOM PLASTICS (Transferor)
34585 7TH STREET
UNION CITY CA 94587-3673

is acknowledged.

***By filing pursuant to Rule 3001(e)(1), you affirm that you have searched the official claims register and that the Transferor has not previously filed a Proof of Claim.***

Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

Kathleen Farrell, Clerk

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
Copy (check):  Debtor's Attorney _____ Claims Agent _____ Deputy Clerk_____
Bc:  ackotree
ACKNOWLEDGEMENT-NO CLAIM ON FILE-NOT FOR SECURITY-AFTER BAR DATE

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 05-44481 (RDD) |
| | ) |
| DELPHI CORPORATION, et al., | ) Jointly Administered |
| DELPHI MEDICAL SYSTEMS COLORADO CORP | ) |
| | ) NOTICE OF TRANSFER OF CLAIM |
| Debtors. | ) OTHER THAN FOR SECURITY AND |
| | ) WAIVER OF NOTICE |
| | ) Bankruptcy Rule 3001(e)(1) |

PLEASE TAKE NOTICE that the scheduled claim of AJAX CUSTOM PLASTICS ("Transferor") against the Debtor in the amount of $255.76, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $255.76 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
AJAX CUSTOM PLASTICS
34585 7TH STREET UNION CITY CA 94587-3673

Print Name Daisy Chan      Title Controller
Signature David Chan        Date 11/13/06
Updated Address (if needed) _____
Phone 510-476-8003    Fax 510-476-8001    E-Mail AR@ajaxmfg.com

TRANSFEREE:
DEBT ACQUISITION COMPANY OF AMERICA V, LLC
1565 Hotel Circle South, Suite 310, San Diego, CA 92108

Signature: _____
Tom Scheidt

Mail Ref# 8-141
2589829

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                          Chapter 11
                                                                Case No. 05-44481 (RDD)

DELPHI CORPORATION, *et al.,*                           (Jointly Administered)
DELPHI AUTOMOTIVE SYSTEMS LLC

Debtors.
-----------------------------------------------------------X

**NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**

To: (Transferee)  Debt Acquisition Company of America V, LLC
                        1565 Hotel Circle South, Suite 310
                        San Diego, CA  92108

A transfer in the amount of $750.00 from:

AMERICAN INDUSTRIAL CASTING (Transferor)
ONE AMERICAN WAY
EAST GREENWICH RI 02818

is acknowledged.

*By filing pursuant to Rule 3001(e)(1), you affirm that you have searched the official claims register and that the Transferor has not previously filed a Proof of Claim.*

Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

Kathleen Farrell, Clerk

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
Copy (check):  Debtor's Attorney _____ Claims Agent _____ Deputy Clerk_____
Bc:  ackotree
ACKNOWLEDGEMENT-NO CLAIM ON FILE-NOT FOR SECURITY-
AFTER BAR DATE

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | ) Chapter 11 |
| --- | --- |
| | ) Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | ) Jointly Administered |
| DELPHI AUTOMOTIVE SYSTEMS LLC | ) |
| | ) NOTICE OF TRANSFER OF CLAIM |
| Debtors. | ) OTHER THAN FOR SECURITY AND |
| | ) WAIVER OF NOTICE |
| | ) Bankruptcy Rule 3001(e)(1) |

PLEASE TAKE NOTICE that the scheduled claim of AMERICAN INDUSTRIAL CASTING ("Transferor") against the Debtor in the amount of $750.00, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $750.00 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
AMERICAN INDUSTRIAL CASTING
ONE AMERICAN WAY  EAST GREENWICH RI 02818

Print Name  Mike Karnis        Title  President
Signature   [signature]         Date   11-14-06
Updated Address (if needed) _____
Phone  401-885-9565  Fax _____ E-Mail _____
or 360-653-9388

TRANSFEREE:
DEBT ACQUISITION COMPANY OF AMERICA V, LLC
1565 Hotel Circle South, Suite 310, San Diego, CA 92108

Signature: [signature]
Tom Scheidt

Mail Ref# 8-413
2585043

2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                Chapter 11
                                                                           Case No. 05-44481 (RDD)
DELPHI CORPORATION, *et al.,*                         (Jointly Administered)
DELPHI CONNECTIONS SYSTEMS

Debtors.
-----------------------------------------------------------X

**NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**

To: (Transferee)  Debt Acquisition Company of America V, LLC
                          1565 Hotel Circle South, Suite 310
                          San Diego, CA  92108

A transfer in the amount of $933.34 from:

AMERISPONSE (Transferor)
2119 RIVERWALK DR # 145
MOORE OK 73160-2700

is acknowledged.

***By filing pursuant to Rule 3001(e)(1), you affirm that you have searched the official claims register and that the Transferor has not previously filed a Proof of Claim.***

Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

Kathleen Farrell, Clerk

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
Copy (check):  Debtor's Attorney _____ Claims Agent _____ Deputy Clerk_____
Bc:  ackotree
ACKNOWLEDGEMENT-NO CLAIM ON FILE-NOT FOR SECURITY-
AFTER BAR DATE

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | ) Chapter 11 |
| --- | --- |
|  | ) Case No. 05-44481 (RDD) |
|  | ) |
| DELPHI CORPORATION, et al., | ) Jointly Administered |
| DELPHI CONNECTIONS SYSTEMS | ) |
|  | ) **NOTICE OF TRANSFER OF CLAIM** |
| Debtors. | ) **OTHER THAN FOR SECURITY AND** |
|  | ) **WAIVER OF NOTICE** |
|  | ) Bankruptcy Rule 3001(e)(1) |

PLEASE TAKE NOTICE that the scheduled claim of AMERISPONSE ("Transferor") against the Debtor in the amount of $933.34, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $933.34 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

**TRANSFEROR:**
**AMERISPONSE**
**2119 RIVERWALK DR # 145 MOORE OK 73160-2700**

Print Name Tony Phillips            Title Manager
Signature _____ Date 11-16-06
Updated Address (if needed) _____
Phone 405-491-0050  Fax 405-491-0040  E-Mail Tony@Amerisponse.com

**TRANSFEREE:**
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**

Signature: _____
            Tom Scheid

Mail Ref# 8-513
2585076

** TOTAL PAGE.01 **

1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                    Chapter 11
                                                                             Case No. 05-44481 (RDD)
DELPHI CORPORATION, *et al.,*                          (Jointly Administered)
DELPHI AUTOMOTIVE SYSTEMS LLC

Debtors.
-----------------------------------------------------------X

**NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**

To: (Transferee)  Debt Acquisition Company of America V, LLC
                           1565 Hotel Circle South, Suite 310
                           San Diego, CA  92108

A transfer in the amount of $4,381.59 from:

AUTOTUBE LIMITED EFT (Transferor)
300 HIGH STREET E
STRATHROY ONTARIO N7G4C5

is acknowledged.

*By filing pursuant to Rule 3001(e)(1), you affirm that you have searched the official claims register and that the Transferor has not previously filed a Proof of Claim.*

Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

Kathleen Farrell, Clerk

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
Copy (check):  Debtor's Attorney _____ Claims Agent _____ Deputy Clerk_____
Bc:  ackotree
ACKNOWLEDGEMENT-NO CLAIM ON FILE-NOT FOR SECURITY-
AFTER BAR DATE

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 05-44481 (RDD) |
| ) | |
| DELPHI CORPORATION, *et al.*, ) | Jointly Administered |
| DELPHI AUTOMOTIVE SYSTEMS LLC ) | |
| ) | **NOTICE OF TRANSFER OF CLAIM** |
| Debtors. ) | **OTHER THAN FOR SECURITY AND** |
| ) | **WAIVER OF NOTICE** |
| ) | Bankruptcy Rule 3001(e)(1) |

PLEASE TAKE NOTICE that the scheduled claim of **AUTOTUBE LIMITED EFT** ("Transferor") against the Debtor in the amount of **$4,381.59**, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $4,381.59 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**AUTOTUBE LIMITED EFT**
**300 HIGH STREET  STRATHROY ON N7G 3J2**

Print Name  *Bernie Sterkenburg*  Title *Cost Accountant*

Signature *Bernie Sterkenburg*  Date *Nov. 08/2006*

Updated Address (if needed) *Autotube Ltd. 300 High St E, Strathroy, Ontario N7G 4C5*

Phone *519-245-1742*  Fax *519-245-3870*  E-Mail *bsterkenburg@autotube.com*

TRANSFEREE:
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**

Signature: _____
Tom Scheidt

Mail Ref# 8-2410
2585281

05-44481-rdd    Doc 5591    Filed 11/20/06    Entered 11/20/06 18:11:56    Main Document
            Pg 11 of 18

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                    Chapter 11
                                                          Case No. 05-44481 (RDD)
DELPHI CORPORATION, *et al.,*                             (Jointly Administered)
DELPHI AUTOMOTIVE SYSTEMS LLC

Debtors.
-----------------------------------------------------------X

**NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**

To: (Transferee)  Debt Acquisition Company of America V, LLC
                  1565 Hotel Circle South, Suite 310
                  San Diego, CA  92108

A transfer in the amount of $755.15 from:

CRANE ELECTRONICS INC (Transferor)
1260 11TH ST
MILAN, IL 61264

is acknowledged.

*By filing pursuant to Rule 3001(e)(1), you affirm that you have searched the official claims register and that the Transferor has not previously filed a Proof of Claim.*

Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

Kathleen Farrell, Clerk

_____

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
Copy (check):  Debtor's Attorney _____ Claims Agent _____ Deputy Clerk_____
Bc:  ackotree
ACKNOWLEDGEMENT-NO CLAIM ON FILE-NOT FOR SECURITY-AFTER BAR DATE

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | ) Chapter 11 |
|---|---|
| | ) Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | ) |
| DELPHI AUTOMOTIVE SYSTEMS LLC | ) Jointly Administered |
| | ) |
| Debtors. | ) NOTICE OF TRANSFER OF CLAIM |
| | ) OTHER THAN FOR SECURITY AND |
| | ) WAIVER OF NOTICE |
| | ) Bankruptcy Rule 3001(e)(1) |

PLEASE TAKE NOTICE that the scheduled claim of CRANE ELECTRONICS INC ("Transferor") against the Debtor in the amount of $755.15, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001(e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $755.15 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
CRANE ELECTRONICS INC
1260 11TH ST   MILAN, IL 61264

Print Name  Jerry A Keel                Title  General Manager
Signature  [signature]                  Date  11/15/06
Updated Address (if needed) _____
Phone 309-787-1223   Fax 309-787-2099   E-Mail jerry@torque-2-crane.com

TRANSFEREE:
DEBT ACQUISITION COMPANY OF AMERICA V, LLC
1565 Hotel Circle South, Suite 310, San Diego, CA 92108

Signature: [signature]
Tom Schmidt

Mail Ref# 8-415
2588921

TOTAL P.01

1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                              Chapter 11
                                                                                                      Case No. 05-44481 (RDD)

DELPHI CORPORATION, *et al.,*                              (Jointly Administered)
DELPHI AUTOMATIC SYSTEMS LLC

Debtors.
-----------------------------------------------------------X

**NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**

To: (Transferee)   Debt Acquisition Company of America V, LLC
                          1565 Hotel Circle South, Suite 310
                          San Diego, CA  92108

A transfer in the amount of $604.30 from:

MINI-CIRCUITS (Transferor)
PO BOX 350165
BROOKLYN NY 112350003

is acknowledged.

*By filing pursuant to Rule 3001(e)(1), you affirm that you have searched the official claims register and that the Transferor has not previously filed a Proof of Claim.*

Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

Kathleen Farrell, Clerk

_____

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on
_____, 2006.
Copy (check):  Debtor's Attorney _____ Claims Agent _____ Deputy Clerk_____
Bc:  ackotree
ACKNOWLEDGEMENT-NO CLAIM ON FILE-NOT FOR SECURITY-
AFTER BAR DATE

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  ) Chapter 11
) Case No. 05-44481 (RDD)
)
DELPHI CORPORATION, et al., ) Jointly Administered
DELPHI AUTOMATIC SYSTEMS LLC )
) NOTICE OF TRANSFER OF CLAIM
Debtors. ) OTHER THAN FOR SECURITY AND
) WAIVER OF NOTICE
) Bankruptcy Rule 3001(e)(1)

-- PLEASE TAKE NOTICE that the scheduled claim of MINI-CIRCUITS ("Transferor") against the Debtor in the amount of $604.30, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $604.30 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
MINI-CIRCUITS
PO BOX 350165 BROOKLYN NY 112350003

Print Name _Jane Sweet_  Title _Corp. Controller_
Signature _____  Date _11/14/06_
Updated Address (if needed) _____
Phone _____  Fax _____  E-Mail _____

TRANSFEREE:
DEBT ACQUISITION COMPANY OF AMERICA V, LLC
1565 Hotel Circle South, Suite 310, San Diego, CA 92108

Signature: _____
Tom Scheidt

Mail Ref# 8-332
2591733

1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                              Chapter 11
                                                                         Case No. 05-44481 (RDD)
DELPHI CORPORATION, *et al.,*                        (Jointly Administered)
DELPHI CONNECTIONS SYSTEMS

Debtors.
-----------------------------------------------------------X

**NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**

To: (Transferee)  Debt Acquisition Company of America V, LLC
                          1565 Hotel Circle South, Suite 310
                          San Diego, CA  92108

A transfer in the amount of $124.11 from:

SEIKA MACHINERY (Transferor)
3528 TORRANCE BLVD. STE. 100
TORRANCE CA 90503

is acknowledged.

*By filing pursuant to Rule 3001(e)(1), you affirm that you have searched the official claims register and that the Transferor has not previously filed a Proof of Claim.*

Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

Kathleen Farrell, Clerk

_____

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
Copy (check):  Debtor's Attorney _____ Claims Agent _____ Deputy Clerk_____
Bc:  ackotree
ACKNOWLEDGEMENT-NO CLAIM ON FILE-NOT FOR SECURITY-
AFTER BAR DATE

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 05-44481 (RDD) |
| | ) |
| DELPHI CORPORATION, et al., | ) Jointly Administered |
| DELPHI CONNECTIONS SYSTEMS | ) |
| | ) NOTICE OF TRANSFER OF CLAIM |
| Debtors. | ) OTHER THAN FOR SECURITY AND |
| | ) WAIVER OF NOTICE |
| | ) Bankruptcy Rule 3001(e)(1) |

PLEASE TAKE NOTICE that the scheduled claim of SEIKA MACHINERY ("Transferor") against the Debtor in the amount of $124.11, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $124.11 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

**TRANSFEROR:**
SEIKA MACHINERY
3528 TORRANCE BLVD. STE. 100 TORRANCE CA 90503

Print Name: TORU KURISAKA    Title: Accounting Manager
Signature: T. Kurisaka    Date: 11/06/2006

Updated Address (if needed): _____

Phone 310-540-7310   Fax 310-540-7930   E-Mail toru@seikausa.com

**TRANSFEREE:**
DEBT ACQUISITION COMPANY OF AMERICA V, LLC
1565 Hotel Circle South, Suite 310, San Diego, CA 92108

Signature: _____
Tom Scheidt

Mail Ref# 8-68
2585624

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                          Chapter 11
                                                                                    Case No. 05-44481 (RDD)
DELPHI CORPORATION, *et al.*,                             (Jointly Administered)
DELPHI MEDICAL SYSTEMS TEXAS CORP

Debtors.
-----------------------------------------------------------X

**NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**

To: (Transferee)  Debt Acquisition Company of America V, LLC
                          1565 Hotel Circle South, Suite 310
                          San Diego, CA  92108

A transfer in the amount of $385.00 from:

WEST HOUSTON VALVE & FITTING (Transferor)
P.O. BOX 820186
HOUSTON TX 77282-0186

is acknowledged.

*By filing pursuant to Rule 3001(e)(1), you affirm that you have searched the official claims register and that the Transferor has not previously filed a Proof of Claim.*

Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

Kathleen Farrell, Clerk

_____

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
Copy (check):  Debtor's Attorney _____ Claims Agent _____ Deputy Clerk_____
Bc:  ackotree
ACKNOWLEDGEMENT-NO CLAIM ON FILE-NOT FOR SECURITY-
AFTER BAR DATE

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | ) Chapter 11 |
| --- | --- |
|  | ) Case No. 05-44481 (RDD) |
|  | ) |
| DELPHI CORPORATION, et al., | ) Jointly Administered |
| DELPHI MEDICAL SYSTEMS TEXAS CORP | ) |
|  | ) NOTICE OF TRANSFER OF CLAIM |
| Debtors. | ) OTHER THAN FOR SECURITY AND |
|  | ) WAIVER OF NOTICE |
|  | ) Bankruptcy Rule 3001(c)(1) |

PLEASE TAKE NOTICE that the scheduled claim of WEST HOUSTON VALVE & FITTING ("Transferor") against the Debtor in the amount of $385.00, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (c)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $385.00 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
WEST HOUSTON VALVE & FITTING
P.O. BOX 820186  HOUSTON TX 77282-0186

Print Name _E. A. STAPLES_   Title _President_
Signature _[signature]_   Date _11/10/06_
Updated Address (if needed) _____
Phone _281-531-5855_   Fax _281-870-9569_   E-Mail _____

TRANSFEREE:
DEBT ACQUISITION COMPANY OF AMERICA V, LLC
1565 Hotel Circle South, Suite 310, San Diego, CA 92108

Signature: _[signature]_
Tom Scheidt

Mail Ref# 8-212
2592679

TOTAL P.01