# EXHIBIT C

In re: DELPHI CORPORATION Debtor, Case No. 05-44481    Entity #2

## AMENDED AND RESTATED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1557845 - 10081463<br>WHITAKER, SAMUEL F.<br>(Address on File) | ADMINISTRATIVE CLAIMS<br>AGENCY: EEOC, CHARGE NUMBER:<br>221-A30-0048 | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1561391 - 10107673<br>WHITE BROTHERS SALVAGE & RECYCLING, INC.<br>Attn BOBBIE RAY WHITE<br>514 S. CHESNUT<br>CENTRALIA    IL    62801-4118 | ENVIRONMENTAL CLAIMS<br>CERCLA: SANDOVAL | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1042189 - 10081479<br>WHITE GLENN<br>(Address on File) | ADMINISTRATIVE CLAIMS<br>AGENCY: NLRB, CHARGE NUMBER:<br>3-CB-8433 | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1065189 - 10014474<br>WHITE GREGORY<br>(Address on File) | RECOGNITION AND RETENTION GRANT | Unliquidated | Unknown |
| 1557846 - 10081464<br>WHITE, GLENN W.<br>(Address on File) | ADMINISTRATIVE CLAIMS<br>AGENCY: NYDHR, CHARGE NUMBER:<br>10107731/16GA505023 | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1527626 - 10108074<br>WHITNEY, GARY<br>HELMER FRIEDMAN, LLP<br>723 OCEAN FRONT WALK<br>VENICE    CA    90291 | EMPLOYMENT LITIGATION | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1065235 - 10014475<br>WHITSON JAMES<br>(Address on File) | RECOGNITION AND RETENTION GRANT | Unliquidated | Unknown |
| 1594327 - 10385622<br>WHITSON, JAMES P.<br>c/o SHEARMAN & STERLING<br>Attn MARC D. ASHLEY, ESQ.<br>599 LEXINGTON AVENUE<br>NEW YORK    NY    10022-6069 | INDEMNIFIED CO-DEFENDANT<br>PARTY NAMED IN MULTIPLE ACTIONS | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1562755 - 10109298<br>WHITTAKER CORPORATION / DAYTON COATINGS<br>Attn ASHLEY WILSON, GNRL COUNSEL<br>1955 NORTH SURVEYOR AVENUE<br>SIMI VALLEY    CA    93063-3386 | ENVIRONMENTAL CLAIMS<br>CERCLA: TREMONT BARREL FILL PRP | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1562756 - 10109299<br>WHITTEMORE, JOYCE<br>c/o BOS & GLAZIER<br>Attn CAROLE D. BOS, BRADLEY K. GLAZIER<br>990 MONROE AVE. N.W.<br>GRAND RAPIDS    MI    49503-1423 | ENVIRONMENTAL CLAIMS<br>CLASS ACTION SUIT: PROPERTY DAMAGE SUIT | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1561392 - 10107674<br>WICHITA COUNTY PUBLIC HEALTH DISTRICT<br>Attn CHARLES MCDONALD LAB/WATER POL. DIV<br>1700 THIRD STREET<br>WICHITA FALLS    TX    76301-2199 | ENVIRONMENTAL CLAIMS<br>REGULATORY MATTERS: REGULATORY AGENCIES | Contingent,<br>Disputed,<br>Unliquidated | Unknown |