Hearing Date and Time: November 30, 2006 at 10:00 a.m.
Response Date and Time: November 24, 2006 at 4:00 p.m.

Theodore A. Cohen (TC-4164)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
333 South Hope Street, 48th Floor
Los Angeles, California  90071-1448
Telephone:    213-620-1780
Facsimile:    213-620-1398

- and –

Malani J. Sternstein (MS 3882)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
30 Rockefeller Plaza, Suite 2400
New York, NY  10112
Telephone:    212-332-3800
Facsimile:    212-332-3888

*Attorneys for Creditor Gary Whitney*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, <u>et</u> <u>al.</u>, | Case No. 05-44481 (RDD) |
| Debtors. | Jointly Administered |

CERTIFICATE OF SERVICE RE:

RESPONSE OF CREDITOR GARY WHITNEY TO DEBTORS'
(I) THIRD OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO
11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN
(A) CLAIMS WITH INSUFFICIENT DOCUMENTATION, (B) CLAIMS
UNSUBSTANTIATED BY DEBTORS' BOOKS AND RECORDS, AND
(C) CLAIMS SUBJECT TO MODIFICATION, AND (II) MOTION TO ESTIMATE
<u>CONTINGENT AND UNLIQUIDATED CLAIMS PURSUANT TO 11 U.S.C. § 502(c)</u>
RESPONSE OF CREDITOR GARY WHITNEY TO DEBTORS'
MOTION FOR ORDER PURSUANT TO 11 U.S.C. §§ 502(b) AND 502(c) AND FED. R.
BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES
FOR HEARINGS REGARDING DISALLOWANCE OR ESTIMATION OF CLAIMS AND
(II) CERTAIN NOTICES AND PROCEDURES GOVERNING HEARINGS REGARDING
<u>DISALLOWANCE OR ESTIMATION OF CLAIMS</u>

<u>CERTIFICATE OF SERVICE</u>

<u>STATE OF CALIFORNIA, COUNTY OF LOS ANGELES</u>

   I am employed in the County of Los Angeles; I am over the age of eighteen years and not a party to the within entitled action; my business address is 333 South Hope Street, 48th Floor, Los Angeles, California 90071-1448.

   On **November 20, 2006**, I served the following document(s) described as:

**RESPONSE OF CREDITOR GARY WHITNEY TO DEBTORS' (I) THIRD OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) CLAIMS WITH INSUFFICIENT DOCUMENTATION, (B) CLAIMS UNSUBSTANTIATED BY DEBTORS' BOOKS AND RECORDS, AND (C) CLAIMS SUBJECT TO MODIFICATION, AND (II) MOTION TO ESTIMATE CONTINGENT AND UNLIQUIDATED CLAIMS PURSUANT TO 11 U.S.C. § 502(c)**

**RESPONSE OF CREDITOR GARY WHITNEY TO DEBTORS' MOTION FOR ORDER PURSUANT TO 11 U.S.C. §§ 502(b) AND 502(c) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING DISALLOWANCE OR ESTIMATION OF CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING HEARINGS REGARDING DISALLOWANCE OR ESTIMATION OF CLAIMS**

**CERTIFICATE OF SERVICE RE:**
**RESPONSE OF CREDITOR GARY WHITNEY TO DEBTORS' (I) THIRD OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) CLAIMS WITH INSUFFICIENT DOCUMENTATION, (B) CLAIMS UNSUBSTANTIATED BY DEBTORS' BOOKS AND RECORDS, AND (C) CLAIMS SUBJECT TO MODIFICATION, AND (II) MOTION TO ESTIMATE <u>CONTINGENT AND UNLIQUIDATED CLAIMS PURSUANT TO 11 U.S.C. § 502(c)</u>**
**RESPONSE OF CREDITOR GARY WHITNEY TO DEBTORS' MOTION FOR ORDER PURSUANT TO 11 U.S.C. §§ 502(b) AND 502(c) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING DISALLOWANCE OR ESTIMATION OF CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING HEARINGS REGARDING <u>DISALLOWANCE OR ESTIMATION OF CLAIMS</u>**

on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

**See Attached Service List**

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S.

postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was 213-620-1398. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2008(e), a copy of that report is attached to this declaration.

☐ **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **November 20, 2006**, at Los Angeles, California.

*/s/ Virginia La Monica*
Virginia La Monica

**SERVICE LIST**

*In re DELPHI CORPORATION, et al.(Chapter 11)*
*U.S.B.C., Southern District of New York, Case No. 05-44481 (RDD)*

| | |
|---|---|
| Delphi Corporation<br>Attn: General Counsel<br>5725 Delphi Drive<br>Troy, MI  48098 | *Debtors*<br>Tel 248-813-2000<br>Fax 248-813-2670 |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: John Wm. Butler, Jr.<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL  60606 | *Counsel to the Debtors*<br>Tel 312-407-0700<br>Fax 312-407-0411<br>Email: jbutler@skadden.com |
| Simpson, Thacher & Bartlett LLP<br>Attn: Kenneth S. Ziman<br>425 Lexington Avenue<br>New York, NY  10017 | *Counsel to the Agent under the Debtors'*<br>*pre-petition credit facility*<br>Tel 212-455-2000<br>Fax 212-455-2502<br>Email: kziman@simpsonthacher.com |
| Davis Polk & Wardwell<br>Attn: Donald S. Bernstein and Brian M. Resnick<br>450 Lexington Avenue<br>New York, NY  10017 | *Counsel to the Agent under the post-*<br>*petition credit facility*<br>Tel 212-450-4092<br>Fax 212-450-3092<br>Email: donald.bernstein@dpw.com |
| Latham & Watkins LLP<br>Attn: Robert J. Rosenberg and Mark A. Broude<br>885 Third Avenue<br>New York, NY  10022 | *Counsel to the Official Committee of*<br>*Unsecured Creditors*<br>Tel 212-906-1200<br>Fax 212-751-4864<br>Email: robert.rosenberg@lw.com |
| Fried, Frank, Harris, Shriver & Jacobson LLP<br>Attn: Bonnie Steingart<br>One New York Plaza<br>New York, NY  10004 | *Counsel to the Official Committee of*<br>*Equity Security Holders*<br>Tel 212-859-8004<br>Fax 212-859-4000<br>Email: bonnie.steingart@friedfrank.com |
| Office of the United States Trustee<br>Southern District of New York<br>Attn: Alicia M. Leonhard<br>33 Whitehall Street, Suite 2100<br>New York, NY  10004 | *Office of the U.S. Trustee for the*<br>*Southern District of New York*<br>Tel 212-510-0500<br>Fax 212-668-2255 |