HOWARD & HOWARD ATTORNEYS, P.C.
39400 Woodward Avenue, Suite 101
Bloomfield Hills, MI 48304
(248) 723-0396
Lisa S. Gretchko (P29881)

Intellectual Property Counsel for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
   In re                                :   Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :   Case No. 05-44481 (RDD)
                                        :
                        Debtors.        :   (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2006, I caused to be served, via first class U.S. Mail, a copy of **Response of Howard & Howard Attorneys, P.C. and Contrarian Funds, LLC to Debtors' Second Omnibus Objection (Procedural) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (I) Equity Claims, (II) Claims Duplicative of Consolidated Trustee or Agent Claims and (III) Duplicate and Amended Claims** upon the following:

>    Delphi Corporation
>    Attn: General Counsel
>    5725 Delphi Drive
>    Troy, Michigan 48098

#227478-v1

Counsel to the Debtors
Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John William Butler, Jr.
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Counsel for the agent under the Debtors' pre-petition credit facility
Simpson Thacher & Bartlett LLP
Attn: Kenneth S. Ziman
425 Lexington Avenue
New York, New York 10017

Counsel for the agent under the post-petition credit facility
Davis Polk & Wardwell
Attn: Donald Bernstein and Brian Resnick
450 Lexington Avenue
New York, New York 10017

Counsel for the Official Committee of Unsecured Creditors
Latham & Watkins LLP
Attn: Robert J. Rosenberg and Mark A. Broude
885 Third Avenue
New York, New York 10022

Counsel to the Official Committee of Equity Security Holders
Fried, Frank, Harris, Shriver & Jacobson LLP
Attn: Bonnie Steingart
One New York Plaza
New York, New York 10004

Office of the United States Trustee
For the Southern District of New York
Attn: Alicia M. Leonhard
33 Whitehall Street, Suite 2100
New York, New York 10004

as well via electronic mail on November 20, 2006, upon all persons receiving email notification according to the Rule 2002 Master List.

I also caused a copy of the foregoing Response to be served upon the Chambers of the Honorable Robert D. Drain, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408, via Federal Express, on November 20, 2006.

                                  **HOWARD AND HOWARD ATTORNEYS, P.C.**

Dated: November 20, 2006        By:   /s/ Lisa S. Gretchko
                                                  Lisa S. Gretchko (P29881)
                                   39400 Woodward Avenue, Suite 101
                                   Bloomfield Hills, Michigan 48304-5151
                                   Telephone:   (248) 723-0396
                                   Facsimile:    (248) 645-1568
                                   Email: lgretchko@howardandhoward.com