**Exhibit A**

FORM B10 (Official Form 10) (04/05)

| United States Bankruptcy Court   Southern   District of New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor | Case Number |
|---|---|
| Delphi Automotive Systems LLC | 05-44640 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): | |
|---|---|
| **VERITAS Software Corporation** | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

Name and address where notices should be sent:
Lawrence Schwab/ Thomas Gaa
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306   Phone: 650-857-9500
Telephone number:

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☒ Check box if the address differs from the address on the envelope sent to you by the court.

**Received**

**AUG 02 2006**

**Kurtzman Carson**

This Space is for Court Use Only

| Account or other number by which creditor identifies debtor: | Check here ☐ replaces
if this claim ☐ amends   a previously filed claim, dated:_____ |
|---|---|

**1. Basis for Claim**
- ☒ Goods Sold / Services Performed
- ☐ Customer Claim
- ☐ Taxes
- ☐ Money Loaned
- ☐ Personal Injury
- ☒ Other   See Attachment 1 _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)              (date)

**2. Date debt was incurred:**

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $

| See Attachment 1 | See Attachment 1 | See Attachment 1 | 40,867.33 |
|---|---|---|---|
| (unsecured) | (secured) | (priority) | (Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☒ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
- ☐ Real Estate   ☐ Motor Vehicle
- ☒ Other   See Attachment 1

Value of Collateral:   $ See Attachment 1

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ See Attachment 1

**6. Unsecured Nonpriority Claim** $ See Attachment 1

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☒ Check this box if you have an unsecured priority claim
Amount entitled to priority $ See Attachment 1
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
- ☒ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)( 1 ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space is for Court Use Only

**RECEIVED**
**JUL 26 2006**
**CLAIMS PROCESSING CENTER**
**USBC, SDNY**

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| July 24, 2006 | *Thomas M. Gaa* Thomas M. Gaa, Attorney-in-fact |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

COPY

### Attachment 1 to Proof of Claim of
### Solectron Corporation

**Debtor:   Delphi Automotive Systems LLC**                    **Case No.05-44640**

**Creditor: VERITAS Software Corporation**

**Claim Amount: not less than $40,867.33**

### Statement of Claim

Delphi Automotive Systems LLC ("Debtor") is indebted to VERITAS Software
Corporation ("Creditor") in an amount of not less than $40,867.33 as summarized below and as
evidenced by copies of invoices attached hereto as Exhibit A.

| Invoice Date | Invoice # | Amount | Secured/Priority | Pre-petition Non-priority | Post-petition Service |
|---|---|---|---|---|---|
| 7/7/04 | 603352783 | $10,753.23 | | $10,753.23 | |
| 9/15/05 | 101127594 | $567.30 | | $457.39 | $109.91 |
| 9/15/05 | 101127595 | $2,836.50 | | $2,286.96 | $549.54 |
| 9/15/05 | 101127596 | $751.80 | | $606.05 | $145.75 |
| 9/15/05 | 100138293 | $279.05 | | $224.89 | $54.16 |
| 9/15/05 | 101127598 | $1,134.60 | | $914.78 | $219.82 |
| 9/15/05 | 101127599 | $4,483.50 | | $3,613.79 | $869.71 |
| 9/15/05 | 101127600 | $2,268.00 | | $1,829.49 | $438.51 |
| 9/16/05 | 101128559 | $1,692.70 | | $1,363.61 | $329.09 |
| 9/19/05 | 101129516 | $3,402.00 | | $2,736.54 | $665.46 |
| 9/19/05 | 101129517 | $567.00 | | $456.09 | $110.91 |
| 9/27/05 | 101135269 | $4,515.40 | $3,581.25 | $28.15 | $906.00 |
| 9/28/05 | 101136191 | $1,692.70 | $1,342.50 | $9.59 | $340.61 |
| 9/30/05 | 101138468 | $4,222.55 | $3,348.75 | $19.15 | $854.65 |
| 10/4/05 | 101139325 | $1,701.00 | $1,350.00 | $3.85 | $347.15 |
| | | $40,867.33 | $9,622.50 | $25,303.56 | $5,941.27 |

Pursuant to Section 546(c) of the U.S. Bankruptcy Code, $9,622.50 of Creditor's claim
for products and goods delivered prior to the commencement of the case is entitled to treatment
as a secured and/or priority claim based on Creditor's reclamation of the goods.  On October 19,
2005, Creditor demanded in writing reclamation of products and goods set forth in Invoices
No.101135269, 101136191, 101138468, and 101139325.  A copy of the reclamation demand is
attached hereto as Exhibit B.  The reclamation demand was identified by Debtor as Claim
No.641.

This Proof of Claim asserts a secured claim to the extent of any rights of setoff or
recoupment that Creditor may have against Debtor, and Creditor hereby reserves any and all such

1

rights.

Creditor reserves the right to amend and/or supplement this Proof of Claim in any manner to state additional amounts which may be determined to be due. To the extent that the services and consideration have been provided to affiliates of the Debtor jointly administered with the Debtor, this Proof of Claim shall be deemed a Proof of Claim in such affiliate's case.

This Proof of Claim is filed to protect the Creditor from forfeiture of its claim. The execution and filing of this Proof of Claim is not: (a) a waiver or release of the Creditor's rights against any other entity or person liable for all or part of the claim; (b) a consent by the Creditor to the jurisdiction of this Court with respect to any proceeding commenced in this case against or otherwise involving the Creditor; (c) a waiver of the right to withdraw the reference with respect to the subject matter of the claim, any objection or other proceedings commenced with respect thereto or any other proceeding commenced in this case against or otherwise involving the Creditor; or (d) an election of remedy which waives or otherwise affects any other remedy. The Creditor expressly reserves its rights to file other proofs of claim or requests for allowance and payment of any administrative expense with respect to the claim set forth herein or otherwise (which proof of claim or request, if so filed, shall not be deemed to supersede this claim), to amend or supplement this Proof of Claim in any respect, including with respect to the filing of an amended claim or to file additional proofs of claim for claims not covered by this Proof of Claim.

Creditor expressly reserves its rights in respect to the claim set forth herein or any other claims, cause of action, chose in action, and preserves all rights, notwithstanding anything contained in this Proof of Claim, including, without limitation, to assert its rights against any third party whatsoever.

Creditor asserts, without limitation, the following additional claims, as to all of which Creditor expressly reserves and preserves all rights, notwithstanding anything contained in this Proof of Claim, including, without limitation, (i) the right to claim administrative expense priority for any unsecured portion of the claim; (ii) interest, attorneys' fees and costs which continue to accrue and be incurred; (iii) rights to estimate contingent and assert additional claims if contingent claims are estimated and/or liquidated; and (iv) any other claim Creditor may have against the Debtor relating to or incidental to any loans made by Creditor to the Debtor.

W:\V0062\149\doc\Attachment 1 to POC.wpd

Exhibit A



**VERITAS Software Global LLC**
**350 ELLIS STREET**
**MOUNTAIN VIEW, CA 94043**
**United States**
**Hotline: (Toll Free) 877.202.3007**
**Fax: 650.527.4119**
**Email: credit@veritas.com**
**Taxpayer ID #59-2878624**

| INVOICE | |
|---|---|
| **NUMBER** | |
| 603352783 | |
| **DATE** | **PAGE** |
| 07-JUL-04 | 1 of   2 |
| **PURCHASE ORDER NUMBER** | |
| FDS76645 | |
| **OUR REFERENCE** | |
| | |
| **VERITAS SALES ORDER NUMBER** | |
| 9892648 | |
| **CUSTOMER NUMBER** | **LOCATION REF.** |
| 27944 | BT-VANDALI |

**BILL TO**
ACCOUNTS PAYABLE
DELPHI AUTOMOTIVE SYSTEMS
PO BOX 5051
VANDALIA OH 45377-5051

**SHIP TO**
JOE KOKOSZKA
DELPHI AUTOMOTIVE SYSTEMS
200 UPPER MOUNTAIN RD
LOCKPORT NY 14094-1896

**REMIT TO**
P.O. Box 91936
CHICAGO IL 60693

| SHIP DATE | SHIP VIA | | SHIPPING REFERENCE |
|---|---|---|---|
| 01-JUL-04 | Federal Express 2-D | | 671422976964 |

| TERMS | DUE DATE | SALESPERSON | BUYER |
|---|---|---|---|
| NET 30 DAYS | 06-AUG-04 | SHORT, BRYAN | ACCOUNTS PAY |

| LINE NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | TAX | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 1 | A113918-300000<br>NetBackup Server,Windows,Enterprise Server,v5.0,License<br>P/N : | 1 | 1 | | 5,600.00 | 5,600.00 |
| 2 | A113938-300000<br>NetBackup Server,Windows,SAN Media Server,v5.0,License<br>P/N : | 1 | 1 | | 2,800.00 | 2,800.00 |
| 3 | W113938-300212  Effective From 01-JUL-04 To 01-JUL-05 Extended Support  for  A113938 NetBackup<br>Server,Windows,SAN Media Server,v5.0,License<br>P/N : | 1 | 1 | | 782.00 | 782.00 |

| COMMENTS | SUBTOTAL | TAX | TAX TOTAL | SHIPPING/ HANDLING | TOTAL |
|---|---|---|---|---|---|
| | 10,746.00 | 0.00 | | 7.23 | 10,753.23 USD |

GST# 88110 0010 RT0001  QST# 1087079551TQ0001



**VERITAS Software Global LLC**
**350 ELLIS STREET**
**MOUNTAIN VIEW, CA 94043**
United States
Hotline: (Toll Free) 877.202.3007
Fax: 650.527.4119
Email: credit@veritas.com
Taxpayer ID #59-2878624

| INVOICE | |
|---|---|
| **NUMBER** | |
| 603352783 | |
| **DATE** | **PAGE** |
| 07-JUL-04 | 2 of 2 |
| **PURCHASE ORDER NUMBER** | |
| FDS76645 | |
| **OUR REFERENCE** | |
| | |
| **VERITAS SALES ORDER NUMBER** | |
| 9892648 | |
| **CUSTOMER NUMBER** | **LOCATION REF.** |
| 27944 | BT-VANDALI |

**B I L L  T O**
ACCOUNTS PAYABLE
DELPHI AUTOMOTIVE SYSTEMS
PO BOX 5051
VANDALIA OH 45377-5051

**S H I P  T O**
JOE KOKOSZKA
DELPHI AUTOMOTIVE SYSTEMS
200 UPPER MOUNTAIN RD
LOCKPORT NY 14094-1896

**R E M I T  T O**
P.O. Box 91936
CHICAGO IL 60693

| SHIP DATE | SHIP VIA | SHIPPING REFERENCE | |
|---|---|---|---|
| 01-JUL-04 | Federal Express 2-D | 671422976964 | |

| TERMS | DUE DATE | SALESPERSON | BUYER |
|---|---|---|---|
| NET 30 DAYS | 06-AUG-04 | SHORT, BRYAN | ACCOUNTS PAY |

| LINE NO. | DESCRIPTION | QUANTITY ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 4 | W113918-300212  Effective From 01-JUL-04 To 01-JUL-05 Extended Support  for  A113918 NetBackup Server,Windows,Enterprise Server,v5.0,License     P/N :     Waybill No  : | 1 | 1 | | 1,564.00 | 1,564.00 |

| COMMENTS | SUBTOTAL | TAX | TAX TOTAL | SHIPPING/ HANDLING | TOTAL |
|---|---|---|---|---|---|
| | 10,746.00 | 0.00 | | 7.23 | 10,753.23 USD |

GST# 88110 0010 RT0001   QST# 1087079551TQ0001



**VERITAS Software Global LLC**
350 Ellis Street
Mountain View, CA 94043
United States
Hotline: (Toll Free) 877.202.3007
Fax: 650.527.4119
Email: credit@veritas.com
Taxpayer ID #59-2878624

| INVOICE | |
|---|---|
| **NUMBER** | |
| 101127594 | |
| **DATE** | **PAGE** |
| 15-SEP-05 | 1 of 1 |
| **PURCHASE ORDER NUMBER** | |
| 450134887 | |
| **OUR REFERENCE** | |
| | |
| **VERITAS SALES ORDER NUMBER** | |
| 100138290 | |
| **CUSTOMER NUMBER** | **LOCATION REF.** |
| 27944 | BT-TROY-MI-1644 |

**BILL TO**
MIKE MCCAUSTLAND
DELPHI AUTOMOTIVE SYSTEMS
1441 W LONG LAKE RD
TROY MI 48098 4442
United States

**SHIP TO**
MIKE MCCAUSTLAND
DELPHI AUTOMOTIVE SYSTEMS
1441 W LONG LAKE RD
TROY MI 48098 4442
United States

**REMIT TO**
P.O. Box 91936
CHICAGO IL 60693
United States

| SHIP DATE | SHIP VIA | | SHIPPING REFERENCE | |
|---|---|---|---|---|
| 15-SEP-05 | ELECTRONIC | | ELECTRONIC | |
| **TERMS** | **DUE DATE** | **SALESPERSON** | | **BUYER** |
| Net 60 | 14-NOV-05 | RISHOI, JAN | | MIKE MCCAUSTLAND |

| LINE NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | TAX % | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 1 | W113958-0002 Effective From 15-SEP-05 To 14-SEP-06 Extended Support for A113958 NetBackup Client,Windows,Protect Server,v5.0,License | 1 | 1 | | 117.30 | 117.30 |
| 2 | A113958-000000 NetBackup Client,Windows,Protect Server,v5.0,License | 1 | 1 | | 450.00 | 450.00 |

| COMMENTS | SUBTOTAL | TAX % | TAX TOTAL | SHIPPING/ HANDLING | TOTAL |
|---|---|---|---|---|---|
| | 567.30 | 0% | 0.00 USD | 0.00 | 567.30 USD |

59-2878624



**VERITAS Software Global LLC**
**350 Ellis Street**
**Mountain View, CA 94043**
**United States**
**Hotline: (Toll Free) 877.202.3007**
**Fax: 650.527.4119**
**Email: credit@veritas.com**
**Taxpayer ID #59-2878624**

### INVOICE

| | |
|---|---|
| **NUMBER** | |
| 101127595 | |
| **DATE** | **PAGE** |
| 15-SEP-05 | 1 of 1 |
| **PURCHASE ORDER NUMBER** | |
| 450134848 | |
| **OUR REFERENCE** | |
| | |
| **VERITAS SALES ORDER NUMBER** | |
| 100138291 | |
| **CUSTOMER NUMBER** | **LOCATION REF.** |
| 27944 | BT-TROY-MI-1644 |

**BILL TO**
MIKE MCCAUSTLAND
DELPHI AUTOMOTIVE SYSTEMS
1441 W LONG LAKE RD
TROY MI 48098 4442
United States

**SHIP TO**
MIKE MCCAUSTLAND
DELPHI AUTOMOTIVE SYSTEMS
1441 W LONG LAKE RD
TROY MI 48098 4442
United States

**REMIT TO**
P.O. Box 91936
CHICAGO IL 60693
United States

| SHIP DATE | SHIP VIA | SHIPPING REFERENCE | |
|---|---|---|---|
| 15-SEP-05 | ELECTRONIC | ELECTRONIC | |
| **TERMS** | **DUE DATE** | **SALESPERSON** | **BUYER** |
| Net 60 | 14-NOV-05 | RISHOI, JAN | MIKE MCCAUSTLAND |

| LINE NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | TAX % | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 1 | W113958-0002  Effective From 15-SEP-05 To 14-SEP-06 Extended Support  for  A113958 NetBackup Client,Windows,Protect Server,v5.0,License | 5 | 5 | | 117.30 | 586.50 |
| 2 | A113958-000000 NetBackup Client,Windows,Protect Server,v5.0,License | 5 | 5 | | 450.00 | 2,250.00 |

| COMMENTS | SUBTOTAL | TAX % | TAX TOTAL | SHIPPING/ HANDLING | TOTAL |
|---|---|---|---|---|---|
| | 2,836.50 | 0% | 0.00 USD | 0.00 | 2,836.50 USD |

59-2878624



**VERITAS Software Global LLC**
**350 Ellis Street**
**Mountain View, CA 94043**
**United States**
**Hotline: (Toll Free) 877.202.3007**
**Fax: 650.527.4119**
**Email: credit@veritas.com**
**Taxpayer ID #59-2878624**

## INVOICE

| | |
|---|---|
| **NUMBER** | |
| 101127596 | |

| **DATE** | **PAGE** |
|---|---|
| 15-SEP-05 | 1 of 1 |

| **PURCHASE ORDER NUMBER** |
|---|
| 450134891 |

| **OUR REFERENCE** |
|---|
| |

| **VERITAS SALES ORDER NUMBER** |
|---|
| 100138292 |

| **CUSTOMER NUMBER** | **LOCATION REF.** |
|---|---|
| 27944 | BT-TROY-MI-1644 |

**BILL TO**
MIKE MCCAUSTLAND
DELPHI AUTOMOTIVE SYSTEMS
1441 W LONG LAKE RD
TROY MI 48098 4442
United States

**SHIP TO**
MIKE MCCAUSTLAND
DELPHI AUTOMOTIVE SYSTEMS
1441 W LONG LAKE RD
TROY MI 48098 4442
United States

**REMIT TO**
P.O. Box 91936
CHICAGO IL 60693
United States

| SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|
| 15-SEP-05 | ELECTRONIC | ELECTRONIC |

| TERMS | DUE DATE | SALESPERSON | BUYER |
|---|---|---|---|
| Net 60 | 14-NOV-05 | RISHOI, JAN | MIKE MCCAUSTLAND |

| LINE NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | TAX % | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 1 | W130258-0002 Effective From 15-SEP-05 To 14-SEP-06 Extended Support for A130258 Backup Exec,Windows,Servers,v10,License | 1 | 1 | | 155.55 | 155.55 |
| 2 | A130258-000000 Backup Exec,Windows,Servers,v10,License | 1 | 1 | | 596.25 | 596.25 |

| COMMENTS | SUBTOTAL | TAX % | TAX TOTAL | SHIPPING/ HANDLING | TOTAL |
|---|---|---|---|---|---|
| | 751.80 | 0% | 0.00 USD | 0.00 | 751.80 USD |

59-2878624



**VERITAS Software Global LLC**
350 Ellis Street
Mountain View, CA 94043
United States
Hotline: (Toll Free) 877.202.3007
Fax: 650.527.4119
Email: credit@veritas.com
Taxpayer ID #59-2878624

## INVOICE

| NUMBER | |
|---|---|
| 101127597 | |

| DATE | PAGE |
|---|---|
| 15-SEP-05 | 1 of 1 |

| PURCHASE ORDER NUMBER |
|---|
| 450134892 |

| OUR REFERENCE |
|---|
| |

| VERITAS SALES ORDER NUMBER |
|---|
| 100138293 |

| CUSTOMER NUMBER | LOCATION REF. |
|---|---|
| 27944 | BT-TROY-MI-1644 |

**BILL TO**
MIKE MCCAUSTLAND
DELPHI AUTOMOTIVE SYSTEMS
1441 W LONG LAKE RD
TROY MI 48098 4442
United States

**SHIP TO**
MIKE MCCAUSTLAND
DELPHI AUTOMOTIVE SYSTEMS
1441 W LONG LAKE RD
TROY MI 48098 4442
United States

**REMIT TO**
P.O. Box 91936
CHICAGO IL 60693
United States

| SHIP DATE | SHIP VIA | SHIPPING REFERENCE | |
|---|---|---|---|
| 15-SEP-05 | ELECTRONIC | ELECTRONIC | |

| TERMS | DUE DATE | SALESPERSON | BUYER |
|---|---|---|---|
| Net 60 | 14-NOV-05 | RISHOI, JAN | MIKE MCCAUSTLAND |

| LINE NO. | DESCRIPTION | QUANTITY ORDERED | SHIPPED | TAX % | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 1 | W131338-0002 Effective From 15-SEP-05 To 14-SEP-06 Extended Support for A131338 Backup Exec,Windows,Remote Agent (CAL) for Windows or Netware Servers,v10,License | 1 | 1 | | 57.80 | 57.80 |
| 2 | A131338-000000 Backup Exec,Windows,Remote Agent (CAL) for Windows or Netware Servers,v10,License | 1 | 1 | | 221.25 | 221.25 |

| COMMENTS | SUBTOTAL | TAX % | TAX TOTAL | SHIPPING/ HANDLING | TOTAL |
|---|---|---|---|---|---|
| | 279.05 | 0% | 0.00 USD | 0.00 | 279.05 USD |

59-2878624

# VERITAS™

**VERITAS Software Global LLC**
350 Ellis Street
Mountain View, CA 94043
United States
Hotline: (Toll Free) 877.202.3007
Fax: 650.527.4119
Email: credit@veritas.com
Taxpayer ID #59-2878624

## INVOICE

| NUMBER | |
|---|---|
| 101127598 | |
| **DATE** | **PAGE** |
| 15-SEP-05 | 1 of 1 |
| **PURCHASE ORDER NUMBER** | |
| 450134894 | |
| **OUR REFERENCE** | |
| | |
| **VERITAS SALES ORDER NUMBER** | |
| 100138294 | |
| **CUSTOMER NUMBER** | **LOCATION REF.** |
| 27944 | BT-TROY-MI-1644 |

**BILL TO**
MIKE MCCAUSTLAND
DELPHI AUTOMOTIVE SYSTEMS
1441 W LONG LAKE RD
TROY MI 48098 4442
United States

**SHIP TO**
MIKE MCCAUSTLAND
DELPHI AUTOMOTIVE SYSTEMS
1441 W LONG LAKE RD
TROY MI 48098 4442
United States

**REMIT TO**
P.O. Box 91936
CHICAGO IL 60693
United States

| SHIP DATE | SHIP VIA | | SHIPPING REFERENCE | | |
|---|---|---|---|---|---|
| 15-SEP-05 | ELECTRONIC | | ELECTRONIC | | |
| **TERMS** | **DUE DATE** | **SALESPERSON** | | **BUYER** | |
| Net 60 | 14-NOV-05 | RISHOI, JAN | | MIKE MCCAUSTLAND | |

| LINE NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | TAX % | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 1 | W11395B-0002  Effective From 15-SEP-05 To 14-SEP-06 Extended Support  for  A11395B NetBackup Client,Unix,Protect Server,v5.0,License | 2 | 2 | | 117.30 | 234.60 |
| 2 | A11395B-000000 NetBackup Client,Unix,Protect Server,v5.0,License | 2 | 2 | | 450.00 | 900.00 |

| COMMENTS | SUBTOTAL | TAX % | TAX TOTAL | SHIPPING/ HANDLING | TOTAL |
|---|---|---|---|---|---|
| | 1,134.60 | 0% | 0.00 USD | 0.00 | 1,134.60 USD |

59-2878624

# VERITAS™

**VERITAS Software Global LLC**
**350 Ellis Street**
**Mountain View, CA 94043**
**United States**
Hotline: (Toll Free) 877.202.3007
Fax: 650.527.4119
Email: credit@veritas.com
Taxpayer ID #59-2878624

## INVOICE

| NUMBER | |
|---|---|
| 101127599 | |
| **DATE** | **PAGE** |
| 15-SEP-05 | 1 of 1 |
| **PURCHASE ORDER NUMBER** | |
| 450116793 | |
| **OUR REFERENCE** | |
| | |
| **VERITAS SALES ORDER NUMBER** | |
| 100136165 | |
| **CUSTOMER NUMBER** | **LOCATION REF.** |
| 27944 | BT-TROY-MI-2185 |

**BILL TO**
DELPHI AUTOMOTIVE SYSTEMS
5725 DELPHI DR
TROY MI 48098 2815
United States

**SHIP TO**
BRUCE VAN HORN
DELPHI AUTOMOTIVE SYSTEMS
5725 DELPHI DR
TROY MI 48098 2815
United States

**REMIT TO**
P.O. Box 91936
CHICAGO IL 60693
United States

| SHIP DATE | SHIP VIA | | SHIPPING REFERENCE | |
|---|---|---|---|---|
| 15-SEP-05 | ELECTRONIC | | ELECTRONIC | |
| **TERMS** | **DUE DATE** | **SALESPERSON** | | **BUYER** |
| Net 60 | 14-NOV-05 | RISHOI, JAN | | |

| LINE NO. | DESCRIPTION | QUANTITY ORDERED | SHIPPED | TAX % | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 1 | W130258-0002  Effective From 15-SEP-05 To 14-SEP-06 Extended Support  for  A130258 Backup Exec,Windows,Servers,v10,License | 1 | 1 | | 155.55 | 155.55 |
| 2 | A130258-000000 Backup Exec,Windows,Servers,v10,License | 1 | 1 | | 596.25 | 596.25 |
| 3 | W131338-0002  Effective From 15-SEP-05 To 14-SEP-06 Extended Support  for  A131338 Backup Exec,Windows,Remote Agent (CAL) for Windows or Netware Servers,v10,License | 10 | 10 | | 57.80 | 578.00 |
| 4 | A131338-000000 Backup Exec,Windows,Remote Agent (CAL) for Windows or Netware Servers,v10,License | 10 | 10 | | 221.25 | 2,212.50 |
| 5 | W131298-0002  Effective From 15-SEP-05 To 14-SEP-06 Extended Support  for  A131298 Backup Exec,Windows,Microsoft SQL Server Agent with Client Access License,v10,License | 1 | 1 | | 194.65 | 194.65 |
| 6 | A131298-000000 Backup Exec,Windows,Microsoft SQL Server Agent with Client Access License,v10,License | 1 | 1 | | 746.55 | 746.55 |

| COMMENTS | SUBTOTAL | TAX % | TAX TOTAL | SHIPPING/ HANDLING | TOTAL |
|---|---|---|---|---|---|
| | 4,483.50 | 0% | 0.00 USD | 0.00 | 4,483.50 USD |

59-2878624



**VERITAS Software Global LLC**
350 Ellis Street
Mountain View, CA 94043
United States
Hotline: (Toll Free) 877.202.3007
Fax: 650.527.4119
Email: credit@veritas.com
Taxpayer ID #59-2878624

## INVOICE

| NUMBER | |
|---|---|
| 101127600 | |
| **DATE** | **PAGE** |
| 15-SEP-05 | 1 of 1 |
| **PURCHASE ORDER NUMBER** | |
| 450116857 | |
| **OUR REFERENCE** | |
| | |
| **VERITAS SALES ORDER NUMBER** | |
| 100117387 | |
| **CUSTOMER NUMBER** | **LOCATION REF.** |
| 27944 | BT-KOKOMO-IN-84 |

**BILL TO**
RUDY KIZER
DELPHI AUTOMOTIVE SYSTEMS
ELECTRONICS AND SAFETY
ATTN: MANUAL RECEIPTS PROCESSING
M/S 9A241
KOKOMO IN 46904
United States

**SHIP TO**
RUDY KIZER
DELPHI AUTOMOTIVE SYSTEMS
ELECTRONICS AND SAFETY
M/S-CTA229
KOKOMO IN 46904-9005
United States

**REMIT TO**
P.O. Box 91936
CHICAGO IL 60693
United States

| SHIP DATE | SHIP VIA | | SHIPPING REFERENCE | |
|---|---|---|---|---|
| 15-SEP-05 | ELECTRONIC | | ELECTRONIC | |
| **TERMS** | **DUE DATE** | **SALESPERSON** | | **BUYER** |
| Net 60 | 14-NOV-05 | MARA, JOSEPH | | RUDY KIZER |

| LINE NO. | DESCRIPTION | QUANTITY ORDERED | SHIPPED | TAX % | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 1 | W113958-0002  Effective From 15-SEP-05 To 14-SEP-06 Extended Support  for  A113958 NetBackup Client,Windows,Protect Server,v5.0,License | 4 | 4 | | 117.00 | 468.00 |
| 2 | A113958-000000 NetBackup Client,Windows,Protect Server,v5.0,License | 4 | 4 | | 450.00 | 1,800.00 |

| COMMENTS | SUBTOTAL | TAX % | TAX TOTAL | SHIPPING/ HANDLING | TOTAL |
|---|---|---|---|---|---|
| | 2,268.00 | 0% | 0.00 USD | 0.00 | 2,268.00 USD |

59-2878624



**VERITAS Software Global LLC**
350 Ellis Street
Mountain View, CA 94043
United States
Hotline: (Toll Free) 877.202.3007
Fax: 650.527.4119
Email: credit@veritas.com
Taxpayer ID #59-2878624

| INVOICE | |
|---|---|
| **NUMBER** | |
| 101128559 | |
| **DATE** | **PAGE** |
| 16-SEP-05 | 1 of 1 |
| **PURCHASE ORDER NUMBER** | |
| FDS83281 | |
| **OUR REFERENCE** | |
| | |
| **VERITAS SALES ORDER NUMBER** | |
| 100133004 | |
| **CUSTOMER NUMBER** | **LOCATION REF.** |
| 27944 | BT-TROY-MI-2185 |

**BILL TO**
DELPHI AUTOMOTIVE SYSTEMS
5725 DELPHI DR
TROY MI 48098 2815
United States

**SHIP TO**
J WALLACE
DELPHI AUTOMOTIVE SYSTEMS
THERMAL & INTERIOR SYSTEMS
1450 E BEECHER STREET
ADRIAN MI 49221
United States

**REMIT TO**
P.O. Box 91936
CHICAGO IL 60693
United States

| SHIP DATE | SHIP VIA | SHIPPING REFERENCE | |
|---|---|---|---|
| 16-SEP-05 | FEDEX | 671423937952 | |

| TERMS | DUE DATE | SALESPERSON | BUYER |
|---|---|---|---|
| Net 60 | 15-NOV-05 | RISHOI, JAN | |

| LINE NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | TAX % | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 1 | W130258-0002 Effective From 16-SEP-05 To 15-SEP-06 Extended Support for A130258 Backup Exec,Windows,Servers,v10,License | 1 | 1 | | 155.55 | 155.55 |
| 2 | A130258-000000 Backup Exec,Windows,Servers,v10,License | 1 | 1 | | 596.25 | 596.25 |
| 3 | W131298-0002 Effective From 16-SEP-05 To 15-SEP-06 Extended Support for A131298 Backup Exec,Windows,Microsoft SQL Server Agent with Client Access License,v10,License | 1 | 1 | | 194.65 | 194.65 |
| 4 | A131298-000000 Backup Exec,Windows,Microsoft SQL Server Agent with Client Access License,v10,License | 1 | 1 | | 746.25 | 746.25 |

| COMMENTS | SUBTOTAL | TAX % | TAX TOTAL | SHIPPING/ HANDLING | TOTAL |
|---|---|---|---|---|---|
| | 1,692.70 | 0% | 0.00 USD | 0.00 | 1,692.70 USD |

59-2878624



**VERITAS Software Global LLC**
**350 Ellis Street**
**Mountain View, CA 94043**
**United States**
**Hotline: (Toll Free) 877.202.3007**
**Fax: 650.527.4119**
**Email: credit@veritas.com**
**Taxpayer ID #59-2878624**

| INVOICE | |
|---|---|
| **NUMBER** | |
| 101129516 | |
| **DATE** | **PAGE** |
| 19-SEP-05 | 1 of 1 |
| **PURCHASE ORDER NUMBER** | |
| 450136930 | |
| **OUR REFERENCE** | |
| | |
| **VERITAS SALES ORDER NUMBER** | |
| 100142175 | |
| **CUSTOMER NUMBER** | **LOCATION REF.** |
| 27944 | BT-TROY-MI-1644 |

**BILL TO**
MIKE MCCAUSTLAND
DELPHI AUTOMOTIVE SYSTEMS
1441 W LONG LAKE RD
TROY MI 48098 4442
United States

**SHIP TO**
MIKE MCCAUSTLAND
DELPHI AUTOMOTIVE SYSTEMS
1441 W LONG LAKE RD
TROY MI 48098 4442
United States

**REMIT TO**
P.O. Box 91936
CHICAGO IL 60693
United States

| SHIP DATE | SHIP VIA | SHIPPING REFERENCE | |
|---|---|---|---|
| 19-SEP-05 | ELECTRONIC | ELECTRONIC | |
| **TERMS** | **DUE DATE** | **SALESPERSON** | **BUYER** |
| Net 60 | 18-NOV-05 | RISHOI, JAN | MIKE MCCAUSTLAND |

| LINE NO. | DESCRIPTION | QUANTITY ORDERED | SHIPPED | TAX % | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 1 | W113958-0002  Effective From 19-SEP-05 To 18-SEP-06 Extended Support  for  A113958 NetBackup Client,Windows,Protect Server,v5.0,License | 6 | 6 | | 117.00 | 702.00 |
| 2 | A113958-000000 NetBackup Client,Windows,Protect Server,v5.0,License | 6 | 6 | | 450.00 | 2,700.00 |

| COMMENTS | SUBTOTAL | TAX % | TAX TOTAL | SHIPPING/ HANDLING | TOTAL |
|---|---|---|---|---|---|
| | 3,402.00 | 0% | 0.00 USD | 0.00 | 3,402.00 USD |

59-2878624



**VERITAS Software Global LLC**
**350 Ellis Street**
**Mountain View, CA 94043**
**United States**
**Hotline: (Toll Free) 877.202.3007**
**Fax: 650.527.4119**
**Email: credit@veritas.com**
**Taxpayer ID #59-2878624**

| INVOICE | |
|---|---|
| **NUMBER** | |
| 101129517 | |
| **DATE** | **PAGE** |
| 19-SEP-05 | 1 of 1 |
| **PURCHASE ORDER NUMBER** | |
| 450136937 | |
| **OUR REFERENCE** | |
| | |
| **VERITAS SALES ORDER NUMBER** | |
| 100142176 | |
| **CUSTOMER NUMBER** | **LOCATION REF.** |
| 27944 | BT-TROY-MI-1644 |

**BILL TO**
MIKE MCCAUSTLAND
DELPHI AUTOMOTIVE SYSTEMS
1441 W LONG LAKE RD
TROY MI 48098 4442
United States

**SHIP TO**
MIKE MCCAUSTLAND
DELPHI AUTOMOTIVE SYSTEMS
1441 W LONG LAKE RD
TROY MI 48098 4442
United States

**REMIT TO**
P.O. Box 91936
CHICAGO IL 60693
United States

| SHIP DATE | SHIP VIA | SHIPPING REFERENCE | |
|---|---|---|---|
| 19-SEP-05 | ELECTRONIC | ELECTRONIC | |
| **TERMS** | **DUE DATE** | **SALESPERSON** | **BUYER** |
| Net 60 | 18-NOV-05 | RISHOI, JAN | MIKE MCCAUSTLAND |

| LINE NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | TAX % | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 1 | W113958-0002 Effective From 19-SEP-05 To 18-SEP-06 Extended Support for A113958 NetBackup Client,Windows,Protect Server,v5.0,License | 1 | 1 | | 117.00 | 117.00 |
| 2 | A113958-000000 NetBackup Client,Windows,Protect Server,v5.0,License | 1 | 1 | | 450.00 | 450.00 |

| COMMENTS | SUBTOTAL | TAX % | TAX TOTAL | SHIPPING/ HANDLING | TOTAL |
|---|---|---|---|---|---|
| | 567.00 | 0% | 0.00 USD | 0.00 | 567.00 USD |

59-2878624

# VERITAS™

**VERITAS Software Global LLC**
350 Ellis Street
Mountain View, CA 94043
United States
Hotline: (Toll Free) 877.202.3007
Fax: 650.527.4119
Email: credit@veritas.com
Taxpayer ID #59-2878624

## INVOICE

| NUMBER | |
|---|---|
| 101135269 | |
| **DATE** | **PAGE** |
| 27-SEP-05 | 1 of 1 |
| **PURCHASE ORDER NUMBER** | |
| 450140729 | |
| **OUR REFERENCE** | |
| | |
| **VERITAS SALES ORDER NUMBER** | |
| 100148329 | |
| **CUSTOMER NUMBER** | **LOCATION REF.** |
| 27944 | BT-TROY-MI-1644 |

**BILL TO**
MIKE MCCAUSTLAND
DELPHI AUTOMOTIVE SYSTEMS
1441 W LONG LAKE RD
TROY MI 48098 4442
United States

**SHIP TO**
MIKE MCCAUSTLAND
DELPHI AUTOMOTIVE SYSTEMS
1441 W LONG LAKE RD
TROY MI 48098 4442
United States

**REMIT TO**
P.O. Box 91936
CHICAGO IL 60693
United States

| SHIP DATE | SHIP VIA | SHIPPING REFERENCE | | |
|---|---|---|---|---|
| 27-SEP-05 | ELECTRONIC | ELECTRONIC | | |
| **TERMS** | **DUE DATE** | **SALESPERSON** | | **BUYER** |
| Net 60 | 26-NOV-05 | RISHOI, JAN | | MIKE MCCAUSTLAND |

| LINE NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | TAX % | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 1 | W130258-0002  Effective From 27-SEP-05 To 26-SEP-06 Extended Support  for  A130258 Backup Exec,Windows,Servers,v10,License | 1 | 1 | | 155.55 | 155.55 |
| 2 | A130258-000000 Backup Exec,Windows,Servers,v10,License | 1 | 1 | | 596.25 | 596.25 |
| 3 | W131278-0002  Effective From 27-SEP-05 To 26-SEP-06 Extended Support  for  A131278 Backup Exec,Windows,Microsoft Exchange Server Agent with Client Access License,v10,License | 4 | 4 | | 194.65 | 778.60 |
| 4 | A131278-000000 Backup Exec,Windows,Microsoft Exchange Server Agent with Client Access License,v10,License | 4 | 4 | | 746.25 | 2,985.00 |

| COMMENTS | SUBTOTAL | TAX % | TAX TOTAL | SHIPPING/ HANDLING | TOTAL |
|---|---|---|---|---|---|
| | 4,515.40 | 0% | 0.00 USD | 0.00 | 4,515.40 USD |

59-2878624



**VERITAS Software Global LLC**
**350 Ellis Street**
**Mountain View, CA 94043**
**United States**
**Hotline: (Toll Free) 877.202.3007**
**Fax: 650.527.4119**
**Email: credit@veritas.com**
**Taxpayer ID #59-2878624**

## INVOICE

| NUMBER | |
|---|---|
| 101136191 | |
| DATE | PAGE |
| 28-SEP-05 | 1 of 1 |
| PURCHASE ORDER NUMBER | |
| 450140724 | |
| OUR REFERENCE | |
| | |
| VERITAS SALES ORDER NUMBER | |
| 100148531 | |
| CUSTOMER NUMBER | LOCATION REF. |
| 27944 | BT-SAGINAW-MI-8 |

**BILL TO**
DELPHI AUTOMOTIVE SYSTEMS
2328 E GENESEE
SAGINAW MI 48601
United States

**SHIP TO**
WAYNE PRETZER
DELPHI AUTOMOTIVE SYSTEMS
DELPHI E & C SAGINAW
2338 E GENESEE AVE
SAGINAW MI 48601
United States

**REMIT TO**
P.O. Box 91936
CHICAGO IL 60693
United States

| SHIP DATE | SHIP VIA | SHIPPING REFERENCE | |
|---|---|---|---|
| 28-SEP-05 | FEDEX | 671423957884 | |

| TERMS | DUE DATE | SALESPERSON | BUYER |
|---|---|---|---|
| Net 60 | 27-NOV-05 | RISHOI, JAN | |

| LINE NO. | DESCRIPTION | QUANTITY ORDERED | SHIPPED | TAX % | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 1 | W130258-0002 Effective From 28-SEP-05 To 27-SEP-06 Extended Support for A130258 Backup Exec,Windows,Servers,v10,License | 1 | 1 | | 155.55 | 155.55 |
| 2 | A130258-000000 Backup Exec,Windows,Servers,v10,License | 1 | 1 | | 596.25 | 596.25 |
| 3 | W131298-0002 Effective From 28-SEP-05 To 27-SEP-06 Extended Support for A131298 Backup Exec,Windows,Microsoft SQL Server Agent with Client Access License,v10,License | 1 | 1 | | 194.65 | 194.65 |
| 4 | A131298-000000 Backup Exec,Windows,Microsoft SQL Server Agent with Client Access License,v10,License | 1 | 1 | | 746.25 | 746.25 |

| COMMENTS | SUBTOTAL | TAX % | TAX TOTAL | SHIPPING/ HANDLING | TOTAL |
|---|---|---|---|---|---|
| | 1,692.70 | 0% | 0.00 USD | 0.00 | 1,692.70 USD |

59-2878624



**VERITAS Software Global LLC**
350 Ellis Street
Mountain View, CA 94043
United States
Hotline: (Toll Free) 877.202.3007
Fax: 650.527.4119
Email: credit@veritas.com
Taxpayer ID #59-2878624

## INVOICE

| | |
|---|---|
| **NUMBER** | |
| 101138468 | |
| **DATE** | **PAGE** |
| 30-SEP-05 | 1 of 1 |
| **PURCHASE ORDER NUMBER** | |
| 450142070 | |
| **OUR REFERENCE** | |
| | |
| **VERITAS SALES ORDER NUMBER** | |
| 100151541 | |
| **CUSTOMER NUMBER** | **LOCATION REF.** |
| 27944 | BT-TROY-MI-1644 |

**BILL TO**
MIKE MCCAUSTLAND
DELPHI AUTOMOTIVE SYSTEMS
1441 W LONG LAKE RD
TROY MI 48098 4442
United States

**SHIP TO**
MIKE MCCAUSTLAND
DELPHI AUTOMOTIVE SYSTEMS
1441 W LONG LAKE RD
TROY MI 48098 4442
United States

**REMIT TO**
P.O. Box 91936
CHICAGO, IL 60693
United States

| SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|
| 30-SEP-05 | ELECTRONIC | ELECTRONIC |

| TERMS | DUE DATE | SALESPERSON | BUYER |
|---|---|---|---|
| Net 60 | 29-NOV-05 | RISHOI, JAN | MIKE MCCAUSTLAND |

| LINE NO. | DESCRIPTION | QUANTITY ORDERED | SHIPPED | TAX % | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 1 | W130258-0002 Effective From 30-SEP-05 To 29-SEP-06 Extended Support for A130258 Backup Exec,Windows,Servers,v10,License | 2 | 2 | | 155.55 | 311.10 |
| 2 | A130258-000000 Backup Exec,Windows,Servers,v10,License | 2 | 2 | | 596.25 | 1,192.50 |
| 3 | W131278-0002 Effective From 30-SEP-05 To 29-SEP-06 Extended Support for A131278 Backup Exec,Windows,Microsoft Exchange Server Agent with Client Access License,v10,License | 2 | 2 | | 194.65 | 389.30 |
| 4 | A131278-000000 Backup Exec,Windows,Microsoft Exchange Server Agent with Client Access License,v10,License | 2 | 2 | | 746.25 | 1,492.50 |
| 5 | W131338-0002 Effective From 30-SEP-05 To 29-SEP-06 Extended Support for A131338 Backup Exec,Windows,Remote Agent (CAL) for Windows or Netware Servers,v10,License | 3 | 3 | | 57.80 | 173.40 |
| 6 | A131338-000000 Backup Exec,Windows,Remote Agent (CAL) for Windows or Netware Servers,v10,License | 3 | 3 | | 221.25 | 663.75 |

| COMMENTS | SUBTOTAL | TAX % | TAX TOTAL | SHIPPING/ HANDLING | TOTAL |
|---|---|---|---|---|---|
| | 4,222.55 | 0% | 0.00 USD | 0.00 | 4,222.55 USD |

59-2878624

# VERITAS™

**VERITAS Software Global LLC**
350 Ellis Street
Mountain View, CA 94043
United States
Hotline: (Toll Free) 877.202.3007
Fax: 650.527.4119
Email: credit@veritas.com
Taxpayer ID #59-2878624

## INVOICE

| NUMBER | |
|---|---|
| 101139325 | |

| DATE | PAGE |
|---|---|
| 04-OCT-05 | 1 of 1 |

**PURCHASE ORDER NUMBER**
450140732

**OUR REFERENCE**

**VERITAS SALES ORDER NUMBER**
100148326

| CUSTOMER NUMBER | LOCATION REF. |
|---|---|
| 27944 | BT-TROY-MI-1644 |

**BILL TO**
STAN LAFFREY
DELPHI AUTOMOTIVE SYSTEMS
1441 W LONG LAKE RD
TROY MI 48098 4442
United States

**SHIP TO**
MIKE MCCAUSTLAND
DELPHI AUTOMOTIVE SYSTEMS
1441 W LONG LAKE RD
TROY MI 48098 4442
United States

**REMIT TO**
P.O. Box 91936
CHICAGO, IL 60693
United States

| SHIP DATE | SHIP VIA | | SHIPPING REFERENCE | |
|---|---|---|---|---|
| 04-OCT-05 | ELECTRONIC | | ELECTRONIC | |

| TERMS | DUE DATE | SALESPERSON | BUYER |
|---|---|---|---|
| Net 60 | 03-DEC-05 | RISHOI, JAN | STAN LAFFREY |

| LINE NO. | DESCRIPTION | QUANTITY ORDERED | SHIPPED | TAX % | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 1 | W113958-0002 Effective From 04-OCT-05 To 03-OCT-06 Extended Support for A113958 NetBackup Client,Windows,Protect Server,v5.0,License | 3 | 3 | | 117.00 | 351.00 |
| 2 | A113958-000000 NetBackup Client,Windows,Protect Server,v5.0,License | 3 | 3 | | 450.00 | 1,350.00 |

| COMMENTS | SUBTOTAL | TAX % | TAX TOTAL | SHIPPING/ HANDLING | TOTAL |
|---|---|---|---|---|---|
| | 1,701.00 | 0% | 0.00 USD | 0.00 | 1,701.00 USD |

59-2878624

Exhibit B

## BIALSON, BERGEN & SCHWAB

ATTORNEYS AT LAW
A PARTNERSHIP OF
PROFESSIONAL CORPORATIONS
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CALIFORNIA 94306

October 19, 2005

TELEPHONE
(650) 857-9500

FACSIMILE
(650) 494-2738

E-MAIL: atty@bbslaw.com

SEYMOUR BERGEN
(1923-2003)

**Via FedEx and Fax (248) 813-2670**
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098-2815

**Via First-Class U.S. Mail**
Delphi Automotive Systems
1441 W. Long Lake Road
Troy, MI 48098
Attn: Mike McCaustland

**Via First-Class U.S. Mail**
Delphi Automotive Systems
2328 E. Genesee
Saginaw, MI 48601
Attn: Wayne Pretzer

**Via FedEx and Fax (312) 407-0411 and (212) 735-2000**
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attn.   John Wm. Butler, Esq.
        Kayalyn A. Marafioti, Esq.

Re:    **In re Delphi Corporation et. al., Case No. 05-44481 (RDD) (Jointly Administered)**

Dear Gentlemen:

This firm is counsel to VERITAS Software Corporation ("Veritas"). Pursuant to Section 2-702 of the Uniform Commercial Code as codified under applicable state law and 11 U.S.C. Section 546(c), and without waiving any other rights, remedies or claims, Veritas hereby demands the return of all goods ("Goods") of any kind or character received by Delphi Corporation, Delphi Automotive Systems and/or any of their subsidiaries, affiliated and other related entities (collectively "Delphi") from Veritas, including, without limitation, those Goods shipped, delivered and received by Delphi as set forth in the Delphi purchase orders and Veritas invoices attached hereto for your convenience.

By this letter you are instructed to immediately inventory the Goods and keep the Goods segregated from all other inventory, machinery and equipment. Further, you are not permitted to use, sell, encumber or transfer the Goods to any other party.

Please contact the undersigned to arrange for the immediate return of the Goods.

Very truly yours,
BIALSON, BERGEN & SCHWAB

Thomas M. Gaa

W:\V0062\149\ltr\101905DelphiDemand.wpd

# VERITAS™

VERITAS Software Global LLC
350 Ellis Street
Mountain View, CA 94043
United States
Hotline: (Toll Free) 877.202.3007
Fax: 650.527.4119
Email: credit@veritas.com
Taxpayer ID #59-2878624

## INVOICE

| NUMBER | |
|---|---|
| 101135269 | |
| DATE | PAGE |
| 27-SEP-05 | 1 of 1 |
| PURCHASE ORDER NUMBER | |
| 450140729 | |
| OUR REFERENCE | |
| VERITAS SALES ORDER NUMBER | |
| 100148329 | |
| CUSTOMER NUMBER | LOCATION REF. |
| 27944 | BT-TROY-MI-1644 |

**BILL TO**
MIKE MCCAUSTLAND
DELPHI AUTOMOTIVE SYSTEMS
1441 W. LONG LAKE RD
TROY MI 48098 4442
United States

**SHIP TO**
MIKE MCCAUSTLAND
DELPHI AUTOMOTIVE SYSTEMS
1441 W LONG LAKE RD
TROY MI 48098 4442
United States

**REMIT TO**
P.O. Box 91986
CHICAGO IL 61693
United States

| SHIP DATE | SHIP VIA | | SHIPPING REFERENCE | |
|---|---|---|---|---|
| 27-SEP-05 | ELECTRONIC | | ELECTRONIC | |
| TERMS | | DUE DATE | SALESPERSON | BUYER |
| Net 60 | | 26-NOV-05 | RISHOI, JAN | MIKE MCCAUSTLAND |

| LINE NO. | DESCRIPTION | QUANTITY ORDERED | SHIPPED | TAX % | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 1 | W130258-0002  Effective From 27-SEP-05 To 26-SEP-06 Extended Support for A130258 Backup Exec.Windows.Servers.v10.License | 1 | 1 | | 155.55 | 155.55 |
| 2 | A130258-000000 Backup Exec.Windows.Servers.v10.License | 1 | 1 | | 596.25 | 596.25 |
| 3 | W131278-0002  Effective From 27-SEP-05 To 26-SEP-06 Extended Support for A131278 Backup Exec.Windows.Microsoft Exchange Server Agent with Client Access License.v10.License | 4 | 4 | | 194.65 | 778.60 |
| 4 | A131278-000000 Backup Exec.Windows.Microsoft Exchange Server Agent with Client Access License.v10.License | 4 | 4 | | 746.25 | 2,985.00 |

| COMMENTS | SUBTOTAL | TAX % | TAX TOTAL | SHIPPING/ HANDLING | TOTAL |
|---|---|---|---|---|---|
| | 4,515.40 | 0% | 0.00 USD | 0.00 | 4,515.40 USD |

59-2878624

10/13/2005 03:41 FAX 16505270969          VERITAS SERVICE                    ☑048/061

# DELPHI
_____ Delphi

**Buyer:**
Delphi
5725 Delphi Dr.
TROY MI 43098

**Purchase Order**

| PO Number | Date Issued |
|---|---|
| 450140729 | 23-Sep-2005 |
| Version | |
| 23-Sep-2005 14:49:22 | |

**Delivery date: 31-DEC-2005**

VERITAS SOFTWARE CORP
100 BLOOMFIELD HILLS PKY
1ST FL
BLOOMFIELD HILLS MI 48304

Vendor No:  1018728
DUNS No:   032058435

**Payment Terms:** ZMN2        **Currency:** USD
Payment settled on 2nd, 2nd Month

**Incoterms:** FOB-Freight Collect

| Item No. | Material No/Item Identifier No. | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requestor |
| 00010 | PR10224860 00010 | 1.000 | EW01 DELPHI A WORLD HEADQUARTERS |
| | BACKUP EXEC, WINDOWS, SERVERS, V10 LICENSE - VENDOR P/N: A130258-000000 | | MCAUSTLAND |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 31-DEC-2005 | 1.000 | 596.25 | 1 | EA | 596.25 |
| Net Line Item Value | | | | USD | 596.25 |

Deliver To: Delphi Corporation, Northfield Crossing
1441 W. Long Lake Rd.-M. MCCAUSTLAN, TROY, MI, 48098, USA

| Item No. | Material No/Item Identifier No. | Total Order Quantity | Plant |
|---|---|---|---|
| 00020 | PR10224860 00020 | 1.000 | EW01 DELPHI A WORLD HEADQUARTERS |
| | BACK UP EXEC. WINDOWS, SERVERS, V10 EXTENDED SUPPORT, 1YR 24X7 P/N: W130258-000212 | | MCAUSTLAND |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 31-DEC-2005 | 1.000 | 155.55 | 1 | EA | 155.55 |
| Net Line Item Value | | | | USD | 155.55 |

Purchasing Contact: Volpp, Mark
Phone: 248-813-1287
Fax: 248-813-1744

Contact Address:
Delphi Headquarters IT
5820 Delphi Dr.,
TROY MI 48098

Date and Time Printed: 23-Sep-2005 14:49:22

10/13/2005  03:42 FAX  16505270969          VERITAS SERVICE                    ☑049/061

# DELPHI

————————————————————————————— Delphi

VERITAS SOFTWARE CORP
100 BLOOMFIELD HILLS PKY
1ST FL
BLOOMFIELD HILLS  MI  48304

### Purchase Order

PO Number
450140729
Version
23-Sep-2005  14:49:22

Date Issued
23-Sep-2005

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
| --- | --- | --- | --- |
| | Description | | Requester |

Deliver To:  Delphi Corporation,Northfield Crossing
1441 W. Long Lake Rd.- M. MCCAUSTLA,TROY,MI,48098,USA

| 00030 | PRI0224860  00030 | 4.000 | EW01 DELPHI A  WORLD HEADQUARTERS |
| | BACK UP EXEC, WINDOWS EXCHANGE AGENT | | MCAUSTLAND |
| | (CAL), V10, LICENSE | | |
| | P/N: A131278-000000 | | |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
| --- | --- | --- | --- | --- | --- |
| 31-DEC-2005 | 4.000 | 746.25 | 1 | EA | 2,985.00 |
| Net Line Item Value | | | | USD | 2,985.00 |

Deliver To:  Delphi Corporation,Northfield Crossing
1441 W. Long Lake Rd.- M. MCCAUSTLA,TROY,MI,48098,USA

| 00040 | PRI0224860  00040 | 4.000 | EW01 DELPHI A  WORLD HEADQUARTERS |
| | BACK EXEC, WINDOWS, EXCHANGE AGENT | | MCAUSTLAND |
| | (CAL) FOR WINDOWS OR NETWARE SERVERS, | | |
| | V10, LICENSE EXTENDED SUPPORT, 1 YR 24X7, P.N.: w131278-000212 | | |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
| --- | --- | --- | --- | --- | --- |
| 31-DEC-2005 | 4.000 | 194.65 | 1 | EA | 778.60 |
| Net Line Item Value | | | | USD | 778.60 |

Deliver To:  Delphi Corporation,Northfield Crossing
1441 W. Long Lake Rd.- M. MCCAUSTLA,TROY,MI,48098,USA.

| Total net value | USD | 4,515.40 |
| --- | --- | --- |

### Notes

Reference Quote #50030603-0

If this PO is in error, please advise the Purchasing Contact listed on the first page before shipping.

T'S & C'S ON FILE APPLY

Terms and Conditions on file at Delphi and Supplier apply.

INVOICE REQUIRED

Certain non-tangible items in this order require an invoice for payment processing.  Send an invoice for those items to:
Mike McCaustland
Delphi Corporation
1441 W. Long Lake Rd.
Troy, MI  48098
MC:  480-415-220

10/13/2005  03:43 FAX  16505270969          VERITAS SERVICE                    ☑ 050/061

# DELPHI ────────────────────────────────────── Delphi

Page  3  of  4

VERITAS SOFTWARE CORP
100 BLOOMFIELD HILLS PKY
1ST FL
BLOOMFIELD HILLS MI 48304

**Purchase Order**

PO Number                              Date Issued
450140729                              23-Sep-2005
Version
23-Sep-2005  14:49:22

Item No.  Material No/Item Identifier No.  Total Order Quantity  Plant
          Description                                            Requester

**Notes Continued**

GENERAL SHIPPING AND DISBURSEMENTS

**********GENERAL SHIPPING INSTRUCTIONS ***********************************************
Delphi will only pay shipping costs if you comply with the following instructions.

SHIPMENTS WEIGHING LESS THAN 150 LBS:
All shipments under 150 pounds shall be shipped via UPS using "Consignee Billing" method. Contact UPS at 1-800-354-7527 to verify "Deliver to" address on
the face of this PO is recognized by UPS as a Delphi address. If the address is not acknowledged by UPS, contact "Purchasing Contact" before shipping.

SHIPMENTS WEIGHING 150 LBS OR MORE:
All shipments of 150 pounds or more shall be shipped freight collect via Central Transport. Contact Central Transport at (800) 221-9602 to arrange pickup and
verify billing.

All shipments are to be 3-day ground transportation unless specific priority shipping authorization is provided by delphi.

***********************************  GENERAL PAYMENT AND DISBURSEMENTS INFORMATION *****************************************
Any questions regarding payment or disbursement related issues should be directed to: Delphi Disbursements-Customer Center (248) 874-4636.

Note: This order will pay on receipt. Please do not send an invoice unless specifically requested on the order. This is an invoice less system, which generates
payment, based on receipt.

SALES AND USE TAX EXEMPTION:

Do not bill Sales or Use Tax on items delivered to all Deliver To locations within the states listed below.

Delphi Automotive Systems, LLC ("Delphi") holds Direct Pay Authority with the states listed below. As a result, in all of the identified states Delphi will remit
directly to taxing authorities, all Sales or Use Tax liability related to its purchase and use of tangible personal property and services.

Listed by state are the Direct Pay permit or Sales Tax license numbers for the eleven (11) states where Delphi holds Direct Pay Authority.

Mississippi   4375
New Jersey   383-431-131/000
Michigan   38-3431131
New York   dp-3487
Alabama   805
Georgia   300-45870-8
Indiana   1018702130011
Kansas   98-0003a
Texas   1-38-3431131-1
Ohio   98-002667
Wisc   wdp-99-01-010037

For those states not identified above, please submit an invoice highlighting the tax liability to:
Delphi Disbursements

10/13/2005 03:43 FAX 16505270969          VERITAS SERVICE                    ☑051/061

# DELPHI

Delphi

Page 4 of 4

| VERITAS SOFTWARE CORP | Purchase Order |
| 100 BLOOMFIELD HILLS PKY | |
| 1ST FL | PO Number                     Date Issued |
| BLOOMFIELD HILLS MI 48304 | 450140729                   23-Sep-2005 |
| | Version |
| | 23-Sep-2005 14:49:22 |

**Item No. Material No. Item Identifier No. Total Order Quantity  Plant**
**Description                                                     Requester**

**Notes Continued**

PO Box 1550
Flint, MI 48501-1550
Attn: Sales Tax Processing.

**ON-LINE PAYMENT STATUS INFORMATION**
You can now view payment status on-line using e-Dacor. You may go to the website at www.Delphi.com clicking on "Suppliers" in the header & information about payment visibility (e-Dacor-payment status)on supplier page to find out how to get yourself set up.

**REMITTANCE INSTRUCTIONS**
If this is your first purchase order with Delphi under this DUNs Number or your remittance information has changed, you need to establish a payment link with the following:
Delphi Corporation EAG Disbursements Center
Vendor Name and Address Group
16 E. Judson St.
Pontiac, MI 48342-2205.
Attn: The UNA Work Group
Fax 602-797-6513

You will need to provide a copy of invoice or letterhead showing, company name, correct remittance and correspondence addresses, contract number and "ship from" DUNs Number.

To request EFT agreement forms go to website at www.Delphi.com clicking on "Suppliers" in the header, then click "Supplier Community Portal" & then click on "Supplier Standards" on supplier page.



**VERITAS Software Global LLC**
**350 Ellis Street**
**Mountain View, CA 94043**
**United States**
**Hotline: (Toll Free) 877.202.3007**
**Fax: 650.527.4119**
**Email: credit@veritas.com**
**Taxpayer ID #59-2878624**

## INVOICE

| NUMBER | |
|---|---|
| 101136191 | |
| DATE | PAGE |
| 28-SEP-05 | 1 of 1 |
| PURCHASE ORDER NUMBER | |
| 450140724 | |
| OUR REFERENCE | |
| | |
| VERITAS SALES ORDER NUMBER | |
| 100148531 | |
| CUSTOMER NUMBER | LOCATION REF. |
| 27944 | BT-SAGINAW-MI-8 |

**BILL TO**
DELPHI AUTOMOTIVE SYSTEMS
2328 E GENESEE
SAGINAW MI 48601
United States

**SHIP TO**
WAYNE PRETZER
DELPHI AUTOMOTIVE SYSTEMS
DELPHI E & C SAGINAW
2338 E GENESEE AVE
SAGINAW MI 48601
United States



REMIT TO
P.O. Box 91986
CHICAGO IL 60693
United States

| SHIP DATE | SHIP VIA | | SHIPPING REFERENCE | |
|---|---|---|---|---|
| 28-SEP-05 | FEDEX | | 671423957884 | |
| TERMS | DUE DATE | SALESPERSON | | BUYER |
| Net 60 | 27-NOV-05 | RISHOI, JAN | | |

| LINE NO. | DESCRIPTION | QUANTITY ORDERED | SHIPPED | TAX % | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 1 | W130258-0002  Effective From 28-SEP-05 To 27-SEP-06 Extended Support for A130258 Backup Exec.Windows.Servers.v10.License | 1 | 1 | | 155.55 | 155.55 |
| 2 | A130258-000000 Backup Exec.Windows.Servers.v10.License | 1 | 1 | | 596.25 | 596.25 |
| 3 | W131298-0002  Effective From 28-SEP-05 To 27-SEP-06 Extended Support for A131298 Backup Exec.Windows.Microsoft SQL Server Agent with Client Access License.v10.License | 1 | 1 | | 194.65 | 194.65 |
| 4 | A131298-000000 Backup Exec.Windows.Microsoft SQL Server Agent with Client Access License.v10.License | 1 | 1 | | 746.25 | 746.25 |

| COMMENTS | SUBTOTAL | TAX % | TAX TOTAL | SHIPPING/ HANDLING | TOTAL |
|---|---|---|---|---|---|
| | 1,692.70 | 0% | 0.00 USD | 0.00 | 1,692.70 USD |

59-2878624

10/13/2005 03:44 FAX 16505270969        VERITAS SERVICE                      ☑ 052/061

# DELPHI

Energy & Chassis Systems

Page 1 of 3

**Buyer:**

DELPHI
ENERGY & CHASSIS SYSTEMS
5820 DELPHI DR
TROY MI 48098

**Purchase Order**

| PO Number | Date Issued |
|---|---|
| 450140724 | 23-Sep-2005 |

Version
23-Sep-2005 14:33:56

**Deliver to:**

DELPHI E & C SAGINAW
2338 E. GENESEE AVE.
SAGINAW MI 48601

Delivery date: 30-SEP-2005

VERITAS SOFTWARE CORP
100 BLOOMFIELD HILLS PKY
1ST FL
BLOOMFIELD HILLS MI 48304

Vendor No: 1018728
DUNS No: 032058435

**Payment Terms: 2M02**     **Currency: USD**

Payment settled on 2nd, 2nd Month

**Incoterms: FOB Freight Collect**

| Item No. | Material No/Item Identifier No. | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |
| 00010 | PR102224658 00010 | 1.000 | HE01 DELPHI E & C SAGINAW |
| | VERITAS SOFTWARE FOR HP SERVER | | W. PRETZER |

QUOTE #50022402-0. PART #'S A130258-0000
A131298-000000,W130258-000212,W131298-21

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 30-SEP-2005 | 1.000 | 1,692.70 | 1 | PC | 1,692.70 |
| Net Line Item Value | | | | USD | 1,692.70 |

| Total net value | USD | 1,692.70 |
|---|---|---|

**Notes:**

Reference Quote #50022402-1 dated 9/21/05

If this PO is in error, please advise the Purchasing Contact listed on the first page before shipping.

Purchasing Contact: Volpp, Mark
Phone: 248-813-1287
Fax: 248-813-1744

Contact Address:

Delphi Headquarters IT
5820 Delphi Dr.
TROY MI 48098

Date and Time Printed: 23-Sep-2005 14:33:56

10/13/2005 03:44 FAX  16505270969        VERITAS SERVICE                    ☑053/061

# DELPHI

Energy & Chassis Systems

Page  2  of 3

VERITAS SOFTWARE CORP
100 BLOOMFIELD HILLS PKY
1ST FL
BLOOMFIELD HILLS MI 48304

**Purchase Order**

| PO Number | Date Issued |
|---|---|
| 450140724 | 23-Sep-2005 |
| Version | |
| 23-Sep-2005  14:33:56 | |

| Item No.  Material No/Item Identifier No.   Total Order Quantity   Plant |
|---|
| Description                                                     Requester |

**Notes Continued:**

**T'S & C'S ON FILE APPLY**

Terms and Conditions on file at Delphi and Supplier apply.

**INVOICE REQUIRED**

Certain non-tangible items in this order require an invoice for payment processing.   Send an invoice for those items to:
Wayne Pretzer
Delphi
2328 E. Genesee
Saginaw, MI  48601

**GENERAL SHIPPING AND DISBURSEMENTS**

**\*\*\*\*\*\*\*\*\*\*GENERAL SHIPPING INSTRUCTIONS \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
Delphi will only pay shipping costs if you comply with the following instructions.

**SHIPMENTS WEIGHING LESS THAN 150 LBS:**
All shipments under 150 pounds shall be shipped via UPS using "Consignee Billing" method.  Contact UPS at 1-800-354-7527 to verify "Deliver to" address on the face of this PO is recognized by UPS as a Delphi address.  If the address is not acknowledged by UPS, contact "Purchasing Contact" before shipping.

**SHIPMENTS WEIGHING 150 LBS OR MORE:**
All shipments of 150 pounds or more shall be shipped freight collect via Central Transport.  Contact Central Transport at (800) 221-9602 to arrange pickup and verify billing.

All shipments are to be 3-day ground transportation unless specific priority shipping authorization is provided by delphi.

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* GENERAL PAYMENT AND DISBURSEMENTS INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
Any questions regarding payment or disbursement related issues should be directed to:  Delphi Disbursements-Customer Center (248) 874-4636.

Note: This order will pay on receipt.  Please do not send an invoice unless specifically requested on the order.  This is an invoice less system, which generates payment, based on receipt.

**SALES AND USE TAX EXEMPTION**

Do not bill Sales or Use Tax on items delivered to all Deliver To locations within the states listed below.

Delphi Automotive Systems, LLC ("Delphi") holds Direct Pay Authority with the states listed below.  As a result, in all of the identified states Delphi will remit directly to taxing authorities, all Sales or Use Tax liability related to its purchase and use of tangible personal property and services.

Listed by state are the Direct Pay permit or Sales Tax license numbers for the eleven (11) states where Delphi holds Direct Pay Authority.

Mississippi  4375

10/13/2005  03:45 FAX  16505270969          VERITAS SERVICE                    ☑054/061

# DELPHI

————————————————————————— Energy & Chassis Systems

Page  3  of  3

```
VERITAS SOFTWARE CORP
100 BLOOMFIELD HILLS PKY
1ST FL
BLOOMFIELD HILLS  MI  48304
```

**Purchase Order**

PO Number                                    Date Issued
450140724                                    23-Sep-2005
Version
23-Sep-2005   14:33:56

| Item No. | Material No/Item Identifier No   Total Order Quantity   Plant |
|----------|--------------------------------------------------------------|
| | Description                                       Requester |

**Notes Continued**

New Jersey  383-431-131/000
Michigan    38-3431131
New York    dp-3487
Alabama     805
Georgia     300-45870-8
Indiana     1018702130011
Kansas      98-0003a
Texas       1-38-3431131-1
Ohio        96-002667
Wisc.       wdp-99-01-010037

For those states not identified above, please submit an invoice highlighting the tax liability to:
Delphi Disbursements
PO Box 1550
Flint, MI 48501-1550
Attn: Sales Tax Processing

**ON-LINE PAYMENT STATUS INFORMATION**
You can now view payment status on-line using e-Dacor. You may go to the website at www.Delphi.com clicking on "Suppliers" in the header & information about payment visibility (e-Dacor-payment status)on supplier page to find out how to get yourself set up.

**REMITTANCE INSTRUCTIONS**
If this is your first purchase order with Delphi under this DUNs Number or your remittance information has changed, you need to establish a payment link with the following:
Delphi Corporation EAG Disbursements Center
Vendor Name and Address Group
16 E. Judson St.
Pontiac, MI 48342-2205
Attn: The UNA Work Group
Fax 602-797-6513

You will need to provide a copy of invoice or letterhead showing, company name, correct remittance and correspondence addresses, contract number and "ship from" DUNs Number.

To request EFT agreement forms go to website at www.Delphi.com clicking on "Suppliers" in the header, then click "Supplier Community Portal" & then click on "Supplier Standards" on supplier page.



**VERITAS Software Global LLC**
350 Ellis Street
Mountain View, CA 94043
United States
Hotline: (Toll Free) 877.202.3007
Fax: 650.527.4119
Email: credit@veritas.com
Taxpayer ID #59-2878624

## INVOICE

| | |
|---|---|
| **NUMBER** | |
| 101138468 | |
| **DATE** | **PAGE** |
| 30-SEP-05 | 1 of 1 |
| **PURCHASE ORDER NUMBER** | |
| 450142070 | |
| **OUR REFERENCE** | |
| **VERITAS SALES ORDER NUMBER** | |
| 100151541 | |
| **CUSTOMER NUMBER** | **LOCATION REF.** |
| 27944 | BT-TROY-MI-1644 |

**B I L L   T O**
MIKE MCCAUSTLAND
DELPHI AUTOMOTIVE SYSTEMS
1441 W LONG LAKE RD
TROY MI 48098 4442
United States

**S H I P   T O**
MIKE MCCAUSTLAND
DELPHI AUTOMOTIVE SYSTEMS
1441 W LONG LAKE RD
TROY MI 48098 4442
United States

**R E M I T   T O**

P.O. Box 9196
CHICAGO IL 60693
United States

| SHIP DATE | SHIP VIA | SHIPPING REFERENCE | | |
|---|---|---|---|---|
| 30-SEP-05 | ELECTRONIC | ELECTRONIC | | |
| **TERMS** | **DUE DATE** | **SALESPERSON** | | **BUYER** |
| Net 60 | 29-NOV-05 | RISHOI, JAN | | MIKE MCCAUSTLAND |

| LINE NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | TAX % | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 1 | W130258-0002  Effective From 30-SEP-05 To 29-SEP-06 Extended Support for A130258 Backup Exec.Windows.Servers.v10.License | 2 | 2 | | 155.55 | 311.10 |
| 2 | A130258-000000 Backup Exec.Windows.Servers.v10.License | 2 | 2 | | 596.25 | 1,192.50 |
| 3 | W131278-0002  Effective From 30-SEP-05 To 29-SEP-06 Extended Support for A131278 Backup Exec.Windows.Microsoft Exchange Server Agent with Client Access License.v10.License | 2 | 2 | | 194.65 | 389.30 |
| 4 | A131278-000000 Backup Exec.Windows.Microsoft Exchange Server Agent with Client Access License.v10.License | 2 | 2 | | 746.25 | 1,492.50 |
| 5 | W131338-0002  Effective From 30-SEP-05 To 29-SEP-06 Extended Support for A131338 Backup Exec.Windows.Remote Agent (CAL) for Windows or Netware Servers.v10.License | 3 | 3 | | 57.80 | 173.40 |
| 6 | A131338-000000 Backup Exec.Windows.Remote Agent (CAL) for Windows or Netware Servers.v10.License | 3 | 3 | | 221.25 | 663.75 |

| COMMENTS | SUBTOTAL | TAX % | TAX TOTAL | SHIPPING/ HANDLING | TOTAL |
|---|---|---|---|---|---|
| | 4,222.55 | 0% | 0.00 USD | 0.00 | 4,222.55 USD |

59-2878624

10/13/2005 03:46 FAX  16505270969          VERITAS SERVICE                    @ 055/061

# DELPHI

_____ Delphi

Page 1 of 4

| Buyer: | Purchase Order |
|---|---|
| Delphi<br>5725 Delphi Dr.<br>TROY MI 48098 | PO Number                 Date Issued<br>450142070                   27-Sep-2005<br>Version<br>27-Sep-2005 13:24:08 |

**Deliver to:**
Delphi Corporation
Northfield Crossing
1441 W. Long Lake Rd.- M. McCaustla
TROY MI 48098

**Delivery date:  31-DEC-2005**

VERITAS SOFTWARE CORP
100 BLOOMFIELD HILLS PKY
1ST FL
BLOOMFIELD HILLS MI 48304

**Vendor No:  1018728**
**DUNS No:  032058435**

**Payment Terms:  24N2                    Currency:  USD**
Payment settled on 2nd, 2nd Month

**Incoterms:  FOB- Freight Collect**

| Item No. | Material No. | Item Identifier No. | Total Order Quantity | Plant |
|---|---|---|---|---|
| | Description | | | Requester |

**00010  PR10195793 00010                   3.000      EW01 DELPHI A  WORLD HEADQUARTERS**
BACKUP EXEC, WINDOWS, REMOTE AGENT (CAL)     MC CAUSTLAND
FOR WIND/NETWARE, V10. LIC VENDOR:
A131338-000000

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 31-DEC-2005 | 3.000 | 221.25 | 1 | EA | 663.75 |
| Net Line Item Value: | | | | USD | 663.75 |

**00020  PR10195793 00020                   3.000      EW01 DELPHI A  WORLD HEADQUARTERS**
BACKUP EXEC, WINDOWS, REMOTE AGENT (CAL)     MC CAUSTLAND
FOR WINDOWS OR NETWARE SERVERS, V10
LICENSE EXTENDED SUPPORT, 1 YR 24X7 VENDOR
PART NUMBER: W131338-000212

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 31-DEC-2005 | 3.000 | 57.80 | 1 | EA | 173.40 |
| Net Line Item Value: | | | | USD | 173.40 |

Purchasing Contact: Volpp, Mark
Phone:  248-813-1287
Fax:  248-813-1744

Contact Address:

Delphi Headquarters IT
5820 Delphi Dr.,
TROY MI 48098

Date and Time Printed:  27-Sep-2005 13:24:08

10/13/2005 03:47 FAX  16505270969          VERITAS SERVICE                    ☑ 056/061

# DELPHI

_____ Delphi

Page  2  of  4

| VERITAS SOFTWARE CORP | **Purchase Order** |
|---|---|
| 100 BLOOMFIELD HILLS PKY | |
| 1ST FL | PO Number |
| BLOOMFIELD HILLS MI 48304 | 450142070 |
| | Version |
| | 27-Sep-2005  13:24:08 |

Date Issued
27-Sep-2005

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant | Requester |
|---|---|---|---|---|
| Description | | | | |

**00030    PR10195793 00030                    2.000   EW01 DELPHI A   WORLD HEADQUARTERS**
BACKUP EXEC, WINDOWS, EXCHANGE AGENT (        MC CAUSTLAND
CAL), V10, LICENSE - VENDOR P/N: A131278
-000000

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 31-DEC-2005 | 2.000 | 746.25 | 1 | EA | 1,492.50 |
| Net Line Item Value | | | | USD | 1,492.50 |

**00040    PR10195793 00040                    2.000   EW01 DELPHI A   WORLD HEADQUARTERS**
BACKUP EXEC, WINDOWS, EXCHANGE AGENT (        MC CAUSTLAND
CAL) FOR WINDOWS OR NETWARE SERVERS, V10
LICENSE EXTENDED SUPPORT, 1 YR 24X7 - VENDOR
PART NUMBER: W131278-000212

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 31-DEC-2005 | 2.000 | 194.65 | 1 | EA | 389.30 |
| Net Line Item Value | | | | | 389.30 |

**00050    PR10195793 00050                    2.000   EW01 DELPHI A   WORLD HEADQUARTERS**
BACKUP EXEC, WINDOWS, SERVERS,               MC CAUSTLAND
V10, LICENSE.
VENDOR P/N: A130258-000000

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 31-DEC-2005 | 2.000 | 596.25 | 1 | EA | 1,192.50 |
| Net Line Item Value | | | | USD | 1,192.50 |

**00060    PR10195793 00060                    2.000   EW01 DELPHI A   WORLD HEADQUARTERS**
BACKUP EXEC, WINDOWS, SERVERS,               MC CAUSTLAND
V10, EXTENDED SUPPORT, 1 YR 24X7
VENDOR P/N: W130258-000212

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 31-DEC-2005 | 2.000 | 155.55 | 1 | EA | 311.10 |
| Net Line Item Value | | | | USD | 311.10 |

| **Total net value** | USD | 4,222.55 |
|---|---|---|

**Notes**

Reference Quote #50030908-0 dated 9/27/05

If this PO is in error, please advise the Purchasing Contact listed on the first page before shipping.

T'S & C'S ON FILE APPLY

10/13/2005 03:48 FAX  16505270969        VERITAS SERVICE                          ☑ 057/061

# DELPHI

_____ Delphi

VERITAS SOFTWARE CORP
100 BLOOMFIELD HILLS PKY
1ST FL
BLOOMFIELD HILLS MI 48304

## Purchase Order

PO Number                                    Date Issued
450142070                                    27-Sep-2005
Version
27-Sep-2005  13:24:08

| Item No.  Material No/Item Identifier No   Total Order Quantity   Plant |
| Description                                   Requester |

## Notes Continued

Terms and Conditions on file at Delphi and Supplier apply.

### INVOICE REQUIRED

Certain non-tangible items in this order require an invoice for payment processing.  Send an invoice for those items to:
Mike McCausland
Delphi Corporation
1441 W. Long Lake Rd.
Troy, MI  48098
MC: 480-415-220

### GENERAL SHIPPING AND DISBURSEMENTS

\*\*\*\*\*\*\*\*\*\*\*GENERAL SHIPPING INSTRUCTIONS \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Delphi will only pay shipping costs if you comply with the following instructions.

SHIPMENTS WEIGHING LESS THAN 150 LBS:
All shipments under 150 pounds shall be shipped via UPS using "Consignee Billing" method.  Contact UPS at 1-800-354-7527 to verify "Deliver to" address on
the face of this PO is recognized by UPS as a Delphi address.  If the address is not acknowledged by UPS, contact "Purchasing Contact" before shipping.

SHIPMENTS WEIGHING 150 LBS OR MORE:
All shipments of 150 pounds or more shall be shipped freight collect via Central Transport.  Contact Central Transport at (800) 221-9602 to arrange pickup and
verify billing.

All shipments are to be 3-day ground transportation unless specific priority shipping authorization is provided by delphi.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* GENERAL PAYMENT AND DISBURSEMENTS INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Any questions regarding payment or disbursement related issues should be directed to:  Delphi Disbursements-Customer Center (248) 874-4636.

Note: This order will pay on receipt.  Please do not send an invoice unless specifically requested on the order.  This is an invoice less system, which generates
payment, based on receipt.

### SALES AND USE TAX EXEMPTION

Do not bill Sales or Use Tax on items delivered to all Deliver To locations within the states listed below.

Delphi Automotive Systems, LLC ("Delphi") holds Direct Pay Authority with the states listed below.  As a result, in all of the identified states Delphi will remit
directly to taxing authorities, all Sales or Use Tax liability related to its purchase and use of tangible personal property and services.

Listed by state are the Direct Pay permit or Sales Tax license numbers for the eleven (11) states where Delphi holds Direct Pay Authority.

Mississippi  4375
New Jersey  383-431-131/000
Michigan    38-3431131
New York    dp-3487

10/13/2005 03:48 FAX  16505270969          VERITAS SERVICE                    ☑058/061

# DELPHI

_____ Delphi

Page 4 of 4

```
VERITAS SOFTWARE CORP
100 BLOOMFIELD HILLS PKY
1ST FL
BLOOMFIELD HILLS MI 48304
```

## Purchase Order

PO Number                          Date Issued
450142070                          27-Sep-2005
Version
27-Sep-2005 13:24:08

| Item No. | Material No/Item Identifier No. | Total Order Quantity | Plant |
|----------|-------------------------------|---------------------|-------|
| Description | | | Requester |

### Notes Continued

| | |
|---|---|
| Alabama | 805 |
| Georgia | 300-45870-8 |
| Indiana | 1018702130011 |
| Kansas | 98-0003a |
| Texas | 1-38-3431-131-1 |
| Ohio | 98-002667 |
| Wisc. | wdp-99-01-010037 |

For those states not identified above, please submit an invoice highlighting the tax liability to:
Delphi Disbursements
PO Box 1550
Flint, MI 48501-1550
Attn: Sales Tax Processing

ON-LINE PAYMENT STATUS INFORMATION
You can now view payment status on-line using e-Dacor. You may go to the website at www.Delphi.com clicking on "Suppliers" in the header & information
about payment visibility (e-Dacor-payment status)on supplier page to find out how to get yourself set up.

REMITTANCE INSTRUCTIONS
If this is your first purchase order with Delphi under this DUNs Number or your remittance information has changed, you need to establish a payment link with
the following:
Delphi Corporation EAG Disbursements Center
Vendor Name and Address Group
16 E. Judson St.
Pontiac, MI 48342-2205
Attn: The UNA Work Group
Fax 602-797-6513

You will need to provide a copy of invoice or letterhead showing company name, correct remittance and correspondence addresses, contract number and "ship
from" DUNs Number.

To request EFT agreement forms go to website at www.Delphi.com clicking on "Suppliers" in the header, then click "Supplier Community Portal" & then click
on "Supplier Standards" on supplier page.

# VERITAS™

**VERITAS Software Global LLC**
350 Ellis Street
Mountain View, CA 94043
United States
Hotline: (Toll Free) 877.202.3007
Fax: 650.527.4119
Email: credit@veritas.com
Taxpayer ID #59-2878624

## INVOICE

| NUMBER | |
|---|---|
| 101139325 | |
| DATE | PAGE |
| 04-OCT-05 | 1 of 1 |
| PURCHASE ORDER NUMBER | |
| 450140732 | |
| OUR REFERENCE | |
| | |
| VERITAS SALES ORDER NUMBER | |
| 100148326 | |
| CUSTOMER NUMBER | LOCATION REF. |
| 27944 | BT-TROY-MI-1644 |

**BILL TO**
STAN LAFFREY
DELPHI AUTOMOTIVE SYSTEMS
1441 W LONG LAKE RD
TROY MI 48098 4442
United States

**SHIP TO**
MIKE MCCAUSTLAND
DELPHI AUTOMOTIVE SYSTEMS
1441 W LONG LAKE RD
TROY MI 48098 4442
United States

**REMIT TO**
P.O. Box 91936
CHICAGO IL 60693
United States

| SHIP DATE | SHIP VIA | SHIPPING REFERENCE | |
|---|---|---|---|
| 04-OCT-05 | ELECTRONIC | ELECTRONIC | |

| TERMS | DUE DATE | SALESPERSON | BUYER |
|---|---|---|---|
| Net 60 | 03-DEC-05 | RISHOI, JAN | STAN LAFFREY |

| LINE NO. | DESCRIPTION | QUANTITY ORDERED | SHIPPED | TAX % | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 1 | W113958-0002  Effective From 04-OCT-05 To 03-OCT-06 Extended Support for A113958 NetBackup Client.Windows.Protect Server.v5.0.License | 3 | 3 | | 117.00 | 351.00 |
| 2 | A113958-000000 NetBackup Client.Windows.Protect Server.v5.0.License | 3 | 3 | | 450.00 | 1,350.00 |

| COMMENTS | SUBTOTAL | TAX % | TAX TOTAL | SHIPPING/ HANDLING | TOTAL |
|---|---|---|---|---|---|
| | 1,701.00 | 0% | 0.00 USD | 0.00 | 1,701.00 USD |

59-2878624

# DELPHI
Delphi

Page 1 of 3

**Buyer:**
Delphi
5725 Delphi Dr.
TROY, MI 48098

**Deliver to:**
Delphi Corporation
Northfield Crossing
1441 W. Long Lake Rd.- MIKE MC CAUS
TROY MI 48098

VERITAS SOFTWARE CORP
100 BLOOMFIELD HILLS PKY
1ST FL
BLOOMFIELD HILLS MI 48304

**Purchase Order**

PO Number                 Date Issued
450140732                 23-Sep-2005
Version
23-Sep-2005 14:56:06

Delivery date: 31-DEC-2005

Vendor No: 1018728
DUNS No: 032058435

**Payment Terms: 2MN2          Currency: USD**
Payment settled on 2nd, 2nd Month

**Incoterms: FOB-Freight Collect**

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant Requester | | | |
|---|---|---|---|---|---|---|
| 00010 | PR10225242 00010 | 3.000 | EW01 DELPHI A  WORLD HEADQUARTERS S/LAFFREY | | | |
| | NETBACKUP SERVER WINDOWS, ENTERPRISE SERVER, V5.0 LICENSE TIER 2. VERIAS P/N: A113958-200000 | | | | | |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 31-DEC-2005 | 3.000 | 450.00 | 1 | EA | 1,350.00 |
| Net Line Item Value | | | | USD | 1,350.00 |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant Requester | | | |
|---|---|---|---|---|---|---|
| 00020 | PR10225242 00020 | 3.000 | EW01 DELPHI A  WORLD HEADQUARTERS S/LAFFREY | | | |
| | NETBACKUP SERVER, WINDOWS ENTERPRISE SERVER, V5.0 EXTENDED SUPPORT 1YEAR, VERITAS P/N: W113958-200212 | | | | | |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 31-DEC-2005 | 3.000 | 117.00 | 1 | EA | 351.00 |
| Net Line Item Value | | | | USD | 351.00 |

| Total net value: | USD | 1,701.00 |
|---|---|---|

Purchasing Contact: Volpp, Mark
Phone: 248-813-1287
Fax: 248-813-1744

Contact Address:
Delphi Headquarters IT
5820 Delphi Dr.,
TROY MI 48098

Date and Time Printed: 23-Sep-2005 14:56:06

10/13/2005  03:50 FAX  16505270969          VERITAS SERVICE                    ☑ 060/061

# DELPHI
_____ Delphi

| VERITAS SOFTWARE CORP<br>100 BLOOMFIELD HILLS PKY<br>1ST FL<br>BLOOMFIELD HILLS MI 48304 | **Purchase Order** |
|---|---|
| | PO Number                          Date Issued<br>450140732                          23-Sep-2005<br>Version<br>23-Sep-2005  14:56:06 |

**Item No.   Material No/Item Identifier No   Total Order Quantity   Plant**
**Description                                                    Requester**

**Notes**

Reference Quote R50030604-0

If this PO is in error, please advise the Purchasing Contact listed on the first page before shipping.

T'S & C'S ON FILE APPLY

Terms and Conditions on file at Delphi and Supplier apply.

INVOICE REQUIRED

Certain non-tangible items in this order require an invoice for payment processing.  Send an invoice for those items to:
Sean Laffrey
Delphi Corporation
1441 W. Long Lake Rd.
Troy, MI 48098
MC: 480-415-220

GENERAL SHIPPING AND DISBURSEMENTS

**********GENERAL SHIPPING INSTRUCTIONS ****************************************
Delphi will only pay shipping costs if you comply with the following instructions.

SHIPMENTS WEIGHING LESS THAN 150 LBS:
All shipments under 150 pounds shall be shipped via UPS using "Consignee Billing" method.  Contact UPS at 1-800-354-7527 to verify "Deliver to" address on the face of this PO is recognized by UPS as a Delphi address.  If the address is not acknowledged by UPS, contact "Purchasing Contact" before shipping.

SHIPMENTS WEIGHING 150 LBS OR MORE:
All shipments of 150 pounds or more shall be shipped freight collect via Central Transport.  Contact Central Transport at (800) 221-9602 to arrange pickup and verify billing.

All shipments are to be 3-day ground transportation unless specific priority shipping authorization is provided by delphi.

*********************** GENERAL PAYMENT AND DISBURSEMENTS INFORMATION ***********************
Any questions regarding payment or disbursement related issues should be directed to: Delphi Disbursements-Customer Center (248) 874-4636.

Note: This order will pay on receipt.  Please do not send an invoice unless specifically requested on the order. This is an invoice less system, which generates payment, based on receipt.

SALES AND USE TAX EXEMPTION

Do not bill Sales or Use Tax on items delivered to all Deliver To locations within the states listed below.

Delphi Automotive Systems, LLC ("Delphi") holds Direct Pay Authority with the states listed below.  As a result, in all of the identified states Delphi will remit

10/13/2005 03:50 FAX 16505270969          VERITAS SERVICE                    ☑061/061

# DELPHI

―――――――――――――――――――――――――――――――――― Delphi

Page  3  of 3

VERITAS SOFTWARE CORP
100 BLOOMFIELD HILLS PKY
1ST FL
BLOOMFIELD HILLS MI 48304

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450140732 | 23-Sep-2005 |
| Version | |
| 23-Sep-2005 14:56:06 | |

**Item No. Material No/Item Identifier No. Total Order Quantity Plant Description Requester**

### Notes Continued :

directly to taxing authorities, all Sales or Use Tax liability related to its purchase and use of tangible personal property and services.

Listed by state are the Direct Pay permit or Sales Tax license numbers for the eleven (11) states where Delphi holds Direct Pay Authority.

| | |
|---|---|
| Mississippi | 4375 |
| New Jersey | 383-431-131/000 |
| Michigan | 38-3431131 |
| New York | dp-3487 |
| Alabama | 805 |
| Georgia | 300-45870-8 |
| Indiana | 1018702130011 |
| Kansas | 98-0003a |
| Texas | 1-38-3431131-1 |
| Ohio | 98-002667 |
| Wisc. | wdp-99-01-010037 |

For those states not identified above, please submit an invoice highlighting the tax liability to:
Delphi Disbursements
PO Box 1550
Flint, MI 48501-1550
Attn: Sales Tax Processing

**ON-LINE PAYMENT STATUS INFORMATION**
You can now view payment status on-line using e-Dacor. You may go to the website at www.Delphi.com clicking on "Suppliers" in the header & information about payment visibility (e-Dacor-payment status)on supplier page to find out how to get yourself set up.

**REMITTANCE INSTRUCTIONS**
If this is your first purchase order with Delphi under this DUNs Number or your remittance information has changed, you need to establish a payment link with the following:
Delphi Corporation EAG Disbursements Center
Vendor Name and Address Group
16 E. Judson St.
Pontiac, MI 48342-2205
Attn: The UNA Work Group
Fax 602-797-6513

You will need to provide a copy of invoice or letterhead showing, company name, correct remittance and correspondence addresses, contract number and "ship from" DUNs Number.

To request EFT agreement forms go to website at www.Delphi.com clicking on "Suppliers" in the header, then click "Supplier Community Portal" & then click on "Supplier Standards" on supplier page.