**Exhibit C**

05-44481-rdd    Doc 5597-3    Filed 11/21/06    Entered 11/21/06 09:15:25    Exhibit C
Pg 1 of 6

| Invoice Date | Invoice # | Amount | Secured/Priority | Pre-petition Non-priority | Post-petition Service |
|---|---|---|---|---|---|
| 7/7/04 | 603352783 | $10,753.23 | | $10,753.23 | |
| 9/15/05 | 101127594 | $567.30 | | $457.39 | $109.91 |
| 9/15/05 | 101127595 | $2,836.50 | | $2,286.96 | $549.54 |
| 9/15/05 | 101127596 | $751.80 | | $606.05 | $145.75 |
| 9/15/05 | 100138293 | $279.05 | | $224.89 | $54.16 |
| 9/15/05 | 101127597 | $279.05 | | $17.58 | $261.47 |
| 9/15/05 | 101127598 | $1,134.60 | | $914.78 | $219.82 |
| 9/15/05 | 101127599 | $4,483.50 | | $3,613.79 | $869.71 |
| 9/15/05 | 101127600 | $2,268.00 | | $1,829.49 | $438.51 |
| 9/16/05 | 101128559 | $1,692.70 | | $1,363.61 | $329.09 |
| 9/19/05 | 101129516 | $3,402.00 | | $2,736.54 | $665.46 |
| 9/19/05 | 101129517 | $567.00 | | $456.09 | $110.91 |
| 9/27/05 | 101135269 | $4,515.40 | $3,581.25 | $28.15 | $906.00 |
| 9/28/05 | 101136191 | $1,692.70 | $1,342.50 | $9.59 | $340.61 |
| 9/30/05 | 101138468 | $4,222.55 | $3,348.75 | $19.15 | $854.65 |
| 10/4/05 | 101139325 | $1,701.00 | $1,350.00 | $3.85 | $347.15 |
| 7/26/06 | 105018639 | $21,736.87 | | | $21,736.87 |
| | TOTAL: | $62,883.25 | $9,622.50 | $25,321.14 | $27,939.61 |



VERITAS Software Global LLC
350 Ellis Street
Mountain View, CA 94043
United States
Hotline: (Toll Free) 877.202.3007
Fax: 650.527.4119
Email: credit@veritas.com
Taxpayer ID #59-2878624

| INVOICE | |
|---|---|
| **NUMBER** 101127597 | |
| **DATE** 15-SEP-05 | **PAGE** 1 of 1 |
| **PURCHASE ORDER NUMBER** 450134892 | |
| **OUR REFERENCE** | |
| **VERITAS SALES ORDER NUMBER** 100138293 | |
| **CUSTOMER NUMBER** 27944 | **LOCATION REF.** BT-TROY-MI-1644 |

**BILL TO**
MIKE MCCAUSTLAND
DELPHI AUTOMOTIVE SYSTEMS
1441 W LONG LAKE RD
TROY MI 48098 4442
United States

**SHIP TO**
MIKE MCCAUSTLAND
DELPHI AUTOMOTIVE SYSTEMS
1441 W LONG LAKE RD
TROY MI 48098 4442
United States

**REMIT TO**
P.O. Box 91936
CHICAGO IL 60693
United States

| SHIP DATE | SHIP VIA | SHIPPING REFERENCE | |
|---|---|---|---|
| 15-SEP-05 | ELECTRONIC | ELECTRONIC | |
| **TERMS** | **DUE DATE** | **SALESPERSON** | **BUYER** |
| Net 60 | 14-NOV-05 | RISHOI, JAN | MIKE MCCAUSTLAND |

| LINE NO. | DESCRIPTION | QUANTITY ORDERED | SHIPPED | TAX % | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 1 | W131338-0002 Effective From 15-SEP-05 To 14-SEP-06 Extended Support for A131338 Backup Exec,Windows,Remote Agent (CAL) for Windows or Netware Servers,v10,License | 1 | 1 | | 57.80 | 57.80 |
| 2 | A131338-000000 Backup Exec,Windows,Remote Agent (CAL) for Windows or Netware Servers,v10,License | 1 | 1 | | 221.25 | 221.25 |

| COMMENTS | SUBTOTAL | TAX % | TAX TOTAL | SHIPPING/ HANDLING | TOTAL |
|---|---|---|---|---|---|
| | 279.05 | 0% | 0.00 USD | 0.00 | 279.05 USD |

59-2878624



VERITAS Software Global LLC
350 Ellis Street
Mountain View, CA 94043
United States
Hotline: (Toll Free) 877.202.3007
Fax: 650.527.4119
Email: credit@veritas.com
Taxpayer ID #59-2878624

| | INVOICE |
|---|---|
| NUMBER | |
| 105018639 | |
| DATE | PAGE |
| 26-JUL-06 | 1 of 3 |
| PURCHASE ORDER NUMBER | |
| 450324720 | |
| OUR REFERENCE | |
| | |
| VERITAS SALES ORDER NUMBER | |
| 110425097 | |
| CUSTOMER NUMBER | LOCATION REF. |
| 27944 | BT-TROY-MI-1644 |

BILL TO:
DELPHI AUTOMOTIVE SYSTEMS
1441 W LONG LAKE RD
TROY MI 48098 4442
United States

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
1441 W LONG LAKE RD
TROY MI 48098 4442
United States

REMIT TO:
P.O. Box 91936
CHICAGO IL 60693
United States

| SHIP DATE | SHIP VIA | SHIPPING REFERENCE | | |
|---|---|---|---|---|
| | | | | |

| TERMS | DUE DATE | SALESPERSON | BUYER | |
|---|---|---|---|---|
| Net 60 | 24-SEP-06 | THURFJELL, LARS | | |

| LINE NO. | DESCRIPTION | QUANTITY ORDERED | SHIPPED | TAX % | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 1 | W16297F-A002 Effective From 27-OCT-2005 To 26-OCT-2006 Extended Support for A16297F Storage Foundation Standard,Solaris,v4.1,License | 1 | 1 | | 573.85 | 573.85 |
| 2 | W16297F-A002 Effective From 27-OCT-2005 To 26-OCT-2006 Extended Support for A16297F Storage Foundation Standard,Solaris,v4.1,License | 1 | 1 | | 573.85 | 573.85 |
| 3 | W16297F-A002 Effective From 27-OCT-2005 To 26-OCT-2006 Extended Support for A16297F Storage Foundation Standard,Solaris,v4.1,License | 1 | 1 | | 573.85 | 573.85 |
| 4 | W16297F-A002 Effective From 27-OCT-2005 To 26-OCT-2006 Extended Support for A16297F Storage Foundation Standard,Solaris,v4.1,License | 1 | 1 | | 573.85 | 573.85 |
| 5 | W16297F-E002 Effective From 27-OCT-2005 To 26-OCT-2006 Extended Support for A16297F Storage Foundation Standard,Solaris,v4.1,License | 1 | 1 | | 2,735.85 | 2,735.85 |
| 6 | W16297F-E002 Effective From 02-JUL-2005 To 26-OCT-2006 Extended Support for A16297F Storage Foundation Standard,Solaris,v4.1,License | 1 | 1 | | 3,603.67 | 3,603.67 |

| COMMENTS | SUBTOTAL | TAX % | TAX TOTAL | SHIPPING/ HANDLING | TOTAL |
|---|---|---|---|---|---|
| | 21,736.87 | 0% | 0.00 USD | 0.00 | 21,736.87 USD |

59-2878624



VERITAS Software Global LLC
350 Ellis Street
Mountain View, CA 94043
United States
Hotline: (Toll Free) 877.202.3007
Fax: 650.527.4119
Email: credit@veritas.com
Taxpayer ID #59-2878624

| | INVOICE |
|---|---|
| **NUMBER** | |
| 105018639 | |
| **DATE** | **PAGE** |
| 26-JUL-06 | 2 of 3 |
| **PURCHASE ORDER NUMBER** | |
| 450324720 | |
| **OUR REFERENCE** | |
| | |
| **VERITAS SALES ORDER NUMBER** | |
| 110425097 | |
| **CUSTOMER NUMBER** | **LOCATION REF.** |
| 27944 | BT-TROY-MI-1644 |

**BILL TO**
DELPHI AUTOMOTIVE SYSTEMS
1441 W LONG LAKE RD
TROY MI 48098 4442
United States

**SHIP TO**
DELPHI AUTOMOTIVE SYSTEMS
1441 W LONG LAKE RD
TROY MI 48098 4442
United States

**REMIT TO**
P.O. Box 91936
CHICAGO IL 60693
United States

| SHIP DATE | SHIP VIA | SHIPPING REFERENCE | |
|---|---|---|---|
| **TERMS** | **DUE DATE** | **SALESPERSON** | **BUYER** |
| Net 60 | 24-SEP-06 | THURFJELL, LARS | |

| LINE NO. | DESCRIPTION | QUANTITY ORDERED | SHIPPED | TAX % | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 7 | W16297F-A002 Effective From 27-OCT-2005 To 26-OCT-2006 Extended Support for A16297F Storage Foundation Standard,Solaris,v4.1,License | 1 | 1 | | 573.85 | 573.85 |
| 8 | W16297F-A002 Effective From 27-OCT-2005 To 26-OCT-2006 Extended Support for A16297F Storage Foundation Standard,Solaris,v4.1,License | 1 | 1 | | 573.85 | 573.85 |
| 9 | W16297F-A002 Effective From 27-OCT-2005 To 26-OCT-2006 Extended Support for A16297F Storage Foundation Standard,Solaris,v4.1,License | 1 | 1 | | 573.85 | 573.85 |
| 10 | W16297F-A002 Effective From 27-OCT-2005 To 26-OCT-2006 Extended Support for A16297F Storage Foundation Standard,Solaris,v4.1,License | 1 | 1 | | 573.85 | 573.85 |
| 11 | W16297F-A002 Effective From 27-OCT-2005 To 26-OCT-2006 Extended Support for A16297F Storage Foundation Standard,Solaris,v4.1,License | 1 | 1 | | 573.85 | 573.85 |
| 12 | W16297F-A002 Effective From 27-OCT-2005 To 26-OCT-2006 Extended Support for A16297F Storage Foundation Standard,Solaris,v4.1,License | 1 | 1 | | 573.85 | 573.85 |

| COMMENTS | SUBTOTAL | TAX % | TAX TOTAL | SHIPPING/ HANDLING | TOTAL |
|---|---|---|---|---|---|
| | 21,736.87 | 0% | 0.00 USD | 0.00 | 21,736.87 USD |

59-2878624

**VERITAS™**

VERITAS Software Global LLC
350 Ellis Street
Mountain View, CA 94043
United States
Hotline: (Toll Free) 877.202.3007
Fax: 650.527.4119
Email: credit@veritas.com
Taxpayer ID #59-2878624

### INVOICE

| NUMBER | |
|---|---|
| 105018639 | |
| **DATE** | **PAGE** |
| 26-JUL-06 | 3 of 3 |
| **PURCHASE ORDER NUMBER** | |
| 450324720 | |
| **OUR REFERENCE** | |
| | |
| **VERITAS SALES ORDER NUMBER** | |
| 110425097 | |
| **CUSTOMER NUMBER** | **LOCATION REF.** |
| 27944 | BT-TROY-MI-1644 |

**BILL TO:**
DELPHI AUTOMOTIVE SYSTEMS
1441 W LONG LAKE RD
TROY MI 48098 4442
United States

**SHIP TO:**
DELPHI AUTOMOTIVE SYSTEMS
1441 W LONG LAKE RD
TROY MI 48098 4442
United States

**REMIT TO:**
P O Box 91936
CHICAGO IL 60693
United States

| SHIP DATE | SHIP VIA | SHIPPING REFERENCE | |
|---|---|---|---|
| | | | |

| TERMS | DUE DATE | SALESPERSON | BUYER |
|---|---|---|---|
| Net 60 | 24-SEP-06 | THURFJELL, LARS | |

| LINE NO. | DESCRIPTION | QUANTITY ORDERED | SHIPPED | TAX % | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 13 | W16297F-J002 Effective From 27-OCT-2005 To 26-OCT-2006 Extended Support for A16297F Storage Foundation Standard,Solaris,v4.1,License | 1 | 1 | | 9,658.85 | 9,658.85 |

**COMMENTS**

| SUBTOTAL | TAX % | TAX TOTAL | SHIPPING/ HANDLING | TOTAL |
|---|---|---|---|---|
| 21,736.87 | 0% | 0.00 USD | 0.00 | 21,736.87 USD |

59-2878624