Lawrence M. Schwab, Esq. (Calif. Bar No. 085600)
Thomas M. Gaa, Esq. (TM1041)
BIALSON, BERGEN & SCHWAB
2600 El Camino Real, Suite 300
Palo Alto, California  94306

    -and –

OCHS & GOLDBERG, LLP
60 East 42nd Street, Suite 1545
New York, New York 10165
Martin P. Ochs, Esq. (MO1203)

Attorneys for Creditor
Solectron Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- x
:
In re: : Chapter 11 Case No.
:
**DELPHI CORPORATION, et al.;** : 05-44481
:
    Debtors. : **(Jointly Administered)**
:
-------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

    I, Catherine Lee, being duly sworn according to law, depose and say that I am over the age of eighteen years and not a party to or interested in the above-captioned cases.  I am an employee of BIALSON, BERGEN & SCHWAB, and my business address is 2600 El Camino Real, Suite 300, Palo Alto, California  94306.

    On November 20, 2006, I served the parties listed on the annexed Exhibit A via overnight delivery the following:

- **RESPONSE OF SOLECTRON CORPORATION TO THIRD OMNIBUS OBJECTION TO CLAIMS**

                                      /s/Catherine Lee
                                      Catherine Lee

Subscribed and sworn to (or affirmed) before me on this 20th day of November, 2006, by Catherine Lee, personally known to me or proved to me on the basis of satisfactory evidence to be the person who appeared before me.

/s/ Brian E. Doucette
Brian E. Doucette
Notary Public, State of California
No. 1502757
Commission Expires July 22, 2008

**<u>Exhibit A</u>**

**Counsel to the Debtors**
John Wm. Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Kayalyn A. Marafioti, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Douglas P. Bartner, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

Jessica Kastin, Esq.
O'Melveny & Myers
7 Times Square
New York, NY 10036

Mateo Fowler, Esq.
Quinn Emanuel Urquhardt Oliver & Hedges
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017

Paul J.N. Roy, Esq.
Mayer, Brown, Rowe & Maw LLP
71 S. Wacker Drive
Chicago, IL 60606

**Counsel to Debtors' Postpetition Administrative Agent**
Donald Bernstein, Esq.
Davis, Polk & Wardwell
450 Lexington Ave.
New York, NY 10017

**Counsel to Equity Security Holders Committee**
Brad Eric Sheler, Esq.
Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, NY 10004

**Debtors**
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Attn: General Counsel

**United States Trustee**
Alice M. Leonard, Esq.
Tracy Hope Davis, Esq.
U.S. Department of Justice
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004-2111

**Counsel to Creditors' Committee**
Robert J. Rosenberg, Partner, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834

Michael D. Warner, Esq.
Warner Stevens, L.L.P.
301 Commerce Street, Suite 1700
Fort Worth, TX 76102