KAYE SCHOLER LLP
Richard G. Smolev (RS 2222)
425 Park Avenue
New York, New York  10022-3598
(212) 836-8000 (telephone)
(212) 836-8689 (facsimile)

*Counsel for InPlay Technologies, Inc.,*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No.:  05-44481 (RDD) |
| Debtors. | Jointly Administered |

**RESPONSE OF INPLAY TECHNOLOGIES, INC.
TO OBJECTION TO CLAIM 2558**

InPlay Technologies, Inc. ("InPlay"), for its Response to the Objection of Claim 2558 states as follows:

1. InPlay licenses proprietary technologies for various commercial and industrial applications.

2. The facts supporting claim 2588 are detailed in the Affidavit of Robert J. Brilon, attached hereto as Exhibit A and incorporated herein.  Claim 2558 represents the amount of minimum royalty payments due and owing from Delphi pursuant to Section 3.2 of the License Agreement.

3. Claim 2558 is in the liquidated amount of $9 million and is not subject to offset, reduction or abatement.

4. Copies of any reply to with respect to Claim 2588 shall be delivered to :

>InPlay Technologies, Inc
>c/o Robert J.Brilon, President and CEO
>234 South Extension Road
>Mesa, Arizona  85201
>bob@inplaytechnologies.com
>
>with a copy to
>
>Richard G. Smolev, Esq.
>Kaye Scholer, LLP
>425 Park Avenue
>New York, New York  10022
>rsmolev@kayescholer.com

5. Subject to consent of the InPlay Board of Directors, Mr. Brilon has ultimate authority to reconcile, settle or otherwise to resolve Claim 2588.  Mr. Brilon's address is set forth above.  His telephone number is 480 586 3300.

Dated: New York, New York
       November 21, 2006

>KAYE SCHOLER LLP
>
> /s/ Richard G. Smolev_
>Richard G. Smolev (RS 2222)
>Counsel for InPlay Technologies, Inc.
>425 Park Avenue
>New York, New York  10022-3598
>(212) 836-8000 (telephone)
>(212) 836-8689 (facsimile)