# EXHIBIT A

KAYE SCHOLER LLP
Richard G. Smolev (RS 2222)
425 Park Avenue
New York, New York 10022-3598
(212) 836-8000 (telephone)
(212) 836-8689 (facsimile)

*Counsel for InPlay Technologies, Inc.,*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No.: 05-44481 (RDD) |
| Debtors. | Jointly Administered |

**ORDER ALLOWING CLAIM 2558**

Debtors' objection to claim 2558 filed by InPlay Technologies, Inc. is overruled.

Claim 2558 hereby is allowed in the amount of $9 million.

**ENTERED** this _____ day of _____, 2006 in New York, New York.

                                                                _____
                                                                Honorable Robert D. Drain
                                                                United States Bankruptcy Judge

31361134.DOC