**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____/

**In Re:**

DELPHI CORPORATION, *et al,*

    **Debtors.**

_____/

Chapter 11

Case No. 05-44481 (RDD)

(Jointly Administered)

## ORDER OF ADMISSION TO PRACTICE *PRO HAC VICE*

James R. Scheuerle, a member in good standing of the bar in the State of Michigan, the Bars of the District Courts for the Eastern District of Michigan and the Western District of Michigan, having requested admission *pro hac* vice to represent Muskegon Castings Corporation, Port City Castings Corporation, and Port City Metal Products, affiliates of Port City Die Cast, Inc., in the above case.

ORDERED that James R. Scheuerle is admitted to practice, *pro hac vice*, in the above case, in the United States Bankruptcy Court, Southern District of New York. The filing fee was paid with the motion on November 15, 2006.

Dated: _____, 2006

New York, New York

/s/ Robert D. Drain
United States Bankruptcy Judge