UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | : | (Jointly Administered |
| | : | |
| Debtors. | : | Hon. Robert D. Drain |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**RESPONSE OF RALCO INDUSTRIES, INC.
TO THIRD OMNIBUS OBJECTIONS TO CLAIMS**

*NOW COMES* Ralco Industries, Inc., by and through its attorneys, Silverman & Morris, P.L.L.C., and responds as follows to the Debtors' Third Omnibus Objections to Claims:

1. Ralco Industries, Inc. ("Ralco") filed a proof of claim on June 26, 2006 in the amount of $163,499.09. This claim was assigned Claim No. 8525. The Debtors listed Ralco's claim in their Third Omnibus Objections to Claims, stating that it "subject to modification" and requesting that it be allowed in the reduced amount of $96,091.36.

2. The basis for Ralco's claim is stated in its proof of claim. This claim relates to goods ordered by and sold to the Debtors. Attached to the proof of claim is a list in the amounts making up Ralco's claim. This attachment to the proof of claim lists the invoice date, invoice number, and invoice balance.

3. The Debtors stated no basis for their objection to Ralco's claim.

4. The Debtors declined to explain the basis for the Debtors' objection to Ralco's claim, and instead recommended that Ralco contact a telephone number listed in the Third Omnibus Objection. Ralco did so and left a message requesting information concerning the objection to its claim, but have received no response from the Debtors.

5. Ralco's claim should not be "modified" for the reasons set forth in the Third Omnibus Objection. The claim is due and owing for the reasons stated in Ralco's proof of claim.

6. The name, address, and telephone number of the person possessing ultimate authority to reconcile, settle or otherwise resolve Ralco's claim on behalf of Ralco is as follows:

> Mr. Paul DeLong
> Ralco Industries, Inc.
> 2720 Auburn Court
> Auburn Hills, Michigan 48326
> telephone (248) 853-3200; facsimile (248) 853-3214

7. The address to which the Debtors must deliver any reply to this response is the address of Ralco's attorneys, set forth below.

8. Ralco is entitled to an award of attorney's fees in its favor and against the Debtors, for the reason that the Debtors have put Ralco to unnecessary expense by having failed to specify any basis for an objection to Ralco's claim, despite Ralco having given detailed information in its proof of claim.

**WHEREFORE,** Ralco Industries, Inc. respectfully requests that the Court disallow the Debtors' objection to Ralco's claim, and instead allow Ralco's claim in full and award to Ralco

and against the Debtors the attorney's fees and other expenses incurred by Ralco in responding to the objection to claim.

                                  SILVERMAN & MORRIS, P.L.L.C.

                                  By:   /s/ Thomas R. Morris
                                          THOMAS R. MORRIS (P39141)
                                  Attorneys for Ralco Industries, Inc.
                                  7115 Orchard Lake Road, Suite 500
                                  West Bloomfield, Michigan 48322
                                  morris@silvermanmorris.com
                                  telephone (248) 539-1330; fax (248) 539-1355

Dated:   November 21, 2006
\\2000server\Documents\Clients\Ralco\Delphi\response to objection to claim (11.21.06).doc