**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re:    Chapter 11

  Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,    Jointly Administered

Debtors

-------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Sarah F. Sparrow, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

ORDERED, that Sarah F. Sparrow, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern  District of New York, subject to payment of the filing fee.

Dated: November 21, 2006
       New York, New York

/s/Robert D. Drain_____
UNITED STATES BANKRUPTCY JUDGE