## EXHIBIT B

### First Page of Revised DAS POC and Revised DFWS POC

# 2648

| FORM B10 (Official Form 10) | | PROOF OF CLAIM |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>Name of Debtors<br>**Delphi Automotive Systems LLC** | Case Number    05-44481 (RDD) | Claim #02648<br>USBC SDNY<br>Delphi Corporation, et al.<br>05-44481 (RDD) |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

**Name of Creditor** (The person or other entity to whom the debtor owes money or property):

**The Furukawa Electric Co., Ltd.**

Name and address where notices should be sent:
c/o Penn Ayers Butler, Esq.
Squire, Sanders & Dempsey L.L.P.
600 Hansen Way
Palo Alto, California 94304-1043
Telephone Number: (650) 856-6500

Account or other number by which creditor identifies debtor:

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

RECEIVED APR 13 2006

Check here if this claim  ☒ replaces a previously filed claim, dated: January 25, 2006
                          ☐ amends

1. **Basis for Claim**
   ☒ Goods sold (Please see attached Exhibit A)
   ☒ Services performed (Please see attached Exhibit A)
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☐ Other

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
     Your SS#: _____
     Unpaid compensation for services performed
     From _____ to _____
        (date)        (date)

2. **Date debt was incurred:** 2005
3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed: $546,719.03**
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below:
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
     ☐ Real Estate  ☐ Motor Vehicle
     ☐ Other_____
   Value of Collateral: $_____

   Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority _____
   Specify the priority of the claim:
   ☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).
   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(6).
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 506(a)(7).
   ☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

THIS SPACE IS FOR COURT USE ONLY

RECEIVED
APR 14 2006
KURTZMAN CARSON

7. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
8. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
9. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date<br>4/11/06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>/s/ *Yasufumi Osada*<br>Yasufumi Osada<br>Divisional Manager, Automotive Products Div. |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

0544481060413000000000052

SANFRANCISCO/178599.1
36965.00197

**FORM B10 (Official Form 10)**

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | | **PROOF OF CLAIM** |
|---|---|---|
| Name of Debtors: **Delphi Furukawa Wiring Systems LLC** | Case Number 05-44481 (RDD) | Claim #02649 USBC SDNY Delphi Corporation, et al. 05-44481 (RDD) |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

**The Furukawa Electric Co., Ltd.**

Name and address where notices should be sent:

c/o Penn Ayers Butler, Esq.
600 Hansen Way
Palo Alto, California 94304-1043
Telephone number: (650) 856-6500

Account or other number by which creditor identifies debtor:

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

RECEIVED APR 14 2006 KURTZMAN CARSON

THIS SPACE IS FOR COURT USE ONLY

Check here if this claim  ☒ replaces a previously filed claim, dated: January 25, 2006
                          ☐ amends _____

1. **Basis for Claim**
   ☒ Goods sold (Please see attached Exhibit A)
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☐ Other

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Your SS#: ___ ___ ___
   Unpaid compensation for services performed
   From _____ to _____
         (date)      (date)

2. **Date debt was incurred:** 2005

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed: $68,059.78**
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below:
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate  ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral: $_____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority _____
   Specify the priority of the claim:
   ☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).
   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(6).
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 506(a)(7).
   ☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

7. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

8. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the document ... attach a summary.

9. **Date-Stamped Copy:** To receive stamped, self-addressed envelope...

THIS SPACE IS FOR COURT USE ONLY

RECEIVED APR 13 2006

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 4/11/06 | /s/ Yasufumi Osada  Divisional Manager, Automotive Products Div. |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

SANFRANCISCO/178592.1
36965.00197