## EXHIBIT C

### Page 390 of Exhibit D of the Objection

SANFRANCISCO/201291.1

In re Delphi Corporation, et al.

Second Omnibus Claims Objection

EXHIBIT D - DUPLICATE AND AMENDED CLAIMS

| Claim to be Expunged | Surviving Claim |
|---|---|
| Claim Number: 10181<br>Date Filed: 07/21/2006<br>Claimant Name and Address:<br>THE CHERRY CORPORATION<br>C O JASON J DEJONKER ESQ<br>MCDERMOTT WILL & EMERY LLP<br>227 W MONROE ST<br>CHICAGO, IL 60606-5096<br><br>Debtor: SPECIALTY ELECTRONICS, INC (05-44539)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,670,436.79<br>Total: $1,670,436.79 | Claim Number: 10180<br>Date Filed: 07/21/2006<br>Claimant Name and Address:<br>THE CHERRY CORPORATION<br>C O JASON J DEJONKER ESQ<br>MCDERMOTT WILL & EMERY LLP<br>227 W MONROE ST<br>CHICAGO, IL 60606-5096<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured: $1,670,436.79<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $1,670,436.79 |
| Claim Number: 10182<br>Date Filed: 07/21/2006<br>Claimant Name and Address:<br>THE CHERRY CORPORATION<br>C O JASON J DEJONKER ESQ<br>MCDERMOTT WILL & EMERY LLP<br>227 W MONROE ST<br>CHICAGO, IL 60606-5096<br><br>Debtor: DELPHI CONNECTION SYSTEMS (05-44624)<br>Secured: $1,670,436.79<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $1,670,436.79 | Claim Number: 10180<br>Date Filed: 07/21/2006<br>Claimant Name and Address:<br>THE CHERRY CORPORATION<br>C O JASON J DEJONKER ESQ<br>MCDERMOTT WILL & EMERY LLP<br>227 W MONROE ST<br>CHICAGO, IL 60606-5096<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured: $1,670,436.79<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $1,670,436.79 |
| Claim Number: 1666<br>Date Filed: 01/25/2006<br>Claimant Name and Address:<br>THE FURUKAWA ELECTRIC CO LTD<br>CO PENN AYERS BUTLER ESQ<br>SQUIRE SANDERS & DEMPSEY LLP<br>600 HANSEN WY<br>PALO ALTO, CA 94304-1043<br><br>Debtor: DELPHI FURUKAWA WIRING SYSTEMS LLC (05-47452)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $62,351.00<br>Total: $62,351.00 | Claim Number: 2649<br>Date Filed: 04/13/2006<br>Claimant Name and Address:<br>THE FURUKAWA ELECTRIC CO LTD<br>CO PENN AYERS BUTLER ESQ<br>SQUIRE SANDERS & DEMPSEY LLP<br>600 HANSEN WY<br>PALO ALTO, CA 94304-1043<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $68,059.78<br>Total: $68,059.78 |
| Claim Number: 1665<br>Date Filed: 01/25/2006<br>Claimant Name and Address:<br>THE FURUKAWA ELECTRIC CO LTD<br>CO PENN AYERS BUTLER ESQ<br>SQUIRE SANDERS & DEMPSEY LLP<br>600 HANSEN WY<br>PALO ALTO, CA 94304-1043<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $550,992.16<br>Total: $550,992.16 | Claim Number: 2649<br>Date Filed: 04/13/2006<br>Claimant Name and Address:<br>THE FURUKAWA ELECTRIC CO LTD<br>CO PENN AYERS BUTLER ESQ<br>SQUIRE SANDERS & DEMPSEY LLP<br>600 HANSEN WY<br>PALO ALTO, CA 94304-1043<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $68,059.78<br>Total: $68,059.78 |
| Claim Number: 11613<br>Date Filed: 07/27/2006<br>Claimant Name and Address:<br>THE MATHWORKS INC<br>ATTN THOMAS SPERA<br>3 APPLE HILL DR<br>NATICK, MA 01760-2098<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $176,540.85<br>Total: $176,540.85 | Claim Number: 11246<br>Date Filed: 07/27/2006<br>Claimant Name and Address:<br>THE MATHWORKS INC<br>ATTN THOMAS SPERA<br>3 APPLE HILL DR<br>NATICK, MA 01760-2098<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $176,540.85<br>Total: $176,540.85 |