**Squire, Sanders & Dempsey L.L.P.**
Attorneys for The Furukawa Electric Co., Ltd.
600 Hansen Way
Palo Alto, CA  94304
Telephone:    (650) 843-3306
Facsimile:    (650) 843-8777

Penn Ayers Butler (CA Bar No. 56663)
Email: pabutler@ssd.com
Eric Marcks (CA Bar No. 212012)
Email: emarcks@ssd.com
Christine M. Pierpont (OH Bar No. 0051286)
Email: cpierpont@ssd.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, *et al.*, | ) | Case No. 05-44481 (ROD) |
| | ) | |
| **Debtors**. | ) | (Jointly Administered) |

### CERTIFICATE OF SERVICE

Document Served:    RESPONSE BY THE FURUKAWA ELECTRIC CO., LTD. TO DEBTORS' SECOND OMNIBUS OBJECTION (PROCEDURAL) PURSUANT TO 11 U.S.C. § 502(B) AND FED. R. BANKR. P. 3007 TO CERTAIN (I) EQUITY CLAIMS, (II) CLAIMS DUPLICATIVE OF CONSOLIDATED TRUSTEE OR AGENT CLAIMS, AND (III) DUPLICATIVE AND AMENDED CLAIMS

The undersigned certifies that a copy of the documents listed above was served upon the parties listed in the attached Exhibit A at their respective addresses by overnight courier on the date indicated below.

Date of Service:    November 20, 2006    I declare that the statement above is true to the best of my information, knowledge and belief.

　　　　／s/Eric Marcks
Eric Marcks