# AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        :ss.:
COUNTY OF NEW YORK      )

DHARMENDRA SAWH, being duly sworn, deposes and says:

Deponent is not a party to this action, is over 18 years of age and resides in Jersey City, New Jersey.

On November 21, 2006, deponent served a true copy of the Opposition of Creditor Bank of Lincolnwood to Debtors' Third Omnibus Claims Objection upon the following:

| | |
|---|---|
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Attn: General Counsel | Skadden, Arps, Slate, Meagher & Floom, LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606<br>Attn: John Wm. Butler, Jr. |
| Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, New York 10017<br>Attn: Kenneth S. Ziman | Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, New York 10017<br>Attn: Donald Bernstein and Brian Resnick |
| Latham & Watkins LLP<br>885 Third Avenue<br>New York, New York 10022<br>Attn: Robert J. Rosenberg and Mark A. Broude | Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, New York 10004<br>Attn: Bonnie Steingart |

Office of the United States
Trustee for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
Attn: Alicia M. Leonhard

by causing true copies of same, to be delivered by Federal Express overnight service by depositing said documents with an authorized Federal Express agent.

DHARMENDRA SAWH

Sworn to before me this 21 day of
November, 2006

NOTARY PUBLIC

DAVID B. ROSENBERG
Notary Public, State Of New York
No. OZRO6004631
Qualified In Westchester County
Commission Expires March 23, 2010