**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| **DELPHI CORPORATION, INC., <u>et al.</u>,** | ) Case No. 05-44481 (RDD) |
| **Debtors.** | ) (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Alan E. Marder, hereby certify that on this 21st day of November, 2006, I caused true and correct copies of *Kilroy Realty, L.P.'s Objection to the Debtors' Proposed Procedures Governing Hearings Regarding Disallowance or Estimation of Claims* to be served via overnight mail, postage prepaid on the parties listed on the annexed Service List.

/s/ Alan E. Marder
Alan E. Marder (AM-0114)

Service List

| | |
|---|---|
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Attn: General Counsel | Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606<br>Attn: John William Butler, Jr., Esq. |
| Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, New York 10017<br>Attn: Kenneth S. Ziman, Esq. | Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>Attn: Marlane Melican, Esq. |
| Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022<br>Attn: Robert J. Rosenberg, Esq.<br>        Mark A. Broude, Esq. | Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY 10004<br>Attn: Bonnie Steingart, Esq. |
| Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004<br>Attn: Alicia M. Leonhard, Esq. | |

G:\Kilroy\Delphi\lit\cos-procedures objection.doc