# EXHIBIT A – Part 5

05-44481-rdd    Doc 5617-5    Filed 11/21/06    Entered 11/21/06 14:22:01    Exhibit A
part 5    Pg 1 of 9

48. *Guidance Manual for the Integrated Exposure Uptake Biokinetic (IEUBK) Model for Lead in Children*, U.S. EPA, OSWER Publication 9285.7-15-1, February 1994; and associated, clarifying Short Sheets on IEUBK Model inputs, including but not limited to OSWER 9285.7-32 through 34, as listed on the OSWER lead internet site at www.epa.gov/superfund/programs/lead/prods.htm.

49. *Integrated Exposure Uptake Biokinetic (IEUBK) Model for Lead in Children*, Version 0.99D, NTIS PB94-501517, 1994 or *Integrated Exposure Uptake Biokinetic (IEUBK) Model for Lead in Children*, Windows© version, 2001,

50. *Role of the Baseline Risk Assessment in Superfund Remedy Selection Decisions*, U.S. EPA, OSWER Directive 9355.0-30, April 22, 1991.

51. *Performance of Risk Assessments in Remedial Investigation /Feasibility Studies (RI/FSs) Conducted by Potentially Responsible Parties (PRPs)*, OSWER Directive No. 9835.15, August 28, 1990.

52. *Supplemental Guidance on Performing Risk Assessments in Remedial Investigation Feasibility Studies (RI/FSs) Conducted by Potentially Responsible Parties (PRPs)*, OSWER Directive No. 9835.15(a), July 2, 1991.

53. *Role of Background in the CERCLA Cleanup Program*, U.S. EPA, OSWER 9285.6-07P, April 26, 2002.

54. *Soil Screening Guidance: User's Guide*, U.S. EPA, OSWER Publication 9355.4-23, July 1996.

55. *Soil Screening Guidance: Technical Background Document*, U.S. EPA, EPA/540/R95/128, May 1996.

56. *Supplemental Guidance for Developing Soil Screening Levels for Superfund Sites (Peer Review Draft)*, U.S. EPA, OSWER Publication 9355.4-24, March 2001.

57. *Ecological Risk Assessment Guidance for Superfund: Process for Designing & Conducting Ecological Risk Assessments*, U.S. EPA, OSWER Directive 9285.7-25, EPA-540-R-97-006, February 1997.

58. *Guidelines for Ecological Risk Assessment*, U.S. EPA, EPA/630/R-95/002F, April 1998.

59. *The Role of Screening-Level Risk Assessments and Refining Contaminants of Concern in Baseline Ecological Risk Assessments*, U.S. EPA, OSWER Publication 9345.0-14, EPA/540/F-01/014, June 2001.

60. *Ecotox Thresholds*, U.S. EPA, OSWER Publication 9345.0-12FSI, EPA/540/F-95/038, January 1996.

61. *Issuance of Final Guidance: Ecological Risk Assessment and Risk Management Principles for Superfund Sites*, U.S. EPA, OSWER Directive 9285.7-28P, October 7, 1999.

62. *Guidance for Data Useability in Risk Assessment (Quick Reference Fact Sheet)*, OSWER 9285.7-05FS, September, 1990.

63. *Guidance for Data Useability in Risk Assessment (Part A)*, U.S. EPA, Office of Emergency and Remedial Response, Publication 9285.7-09A, April 1992.

64. *Guide for Conducting Treatability Studies Under CERCLA*, U.S. EPA, EPA/540/R-92/071a, October 1992.

65. *CERCLA Compliance with Other Laws Manual, Two Volumes*, U.S. EPA, Office of Emergency and Remedial Response, OSWER Directive No. 9234.1-01 and -02, EPA/540/G-89/009, August 1988.

66. *Guidance on Remedial Actions for Contaminated Ground Water at Superfund Sites*, U.S. EPA, Office of Emergency and Remedial Response, (Interim Final), OSWER Directive No. 9283.1-2, EPA/540/G-88/003, December 1988.

67. *Considerations in Ground-Water Remediation at Superfund Sites and RCRA Facilities - Update*, U.S. EPA, OSWER Directive 9283.1-06, May 27, 1992.

68. *Methods for Monitoring Pump-and-Treat Performance*, U.S. EPA, EPA/600/R-94/123, June 1994.

69. *Pump-and-Treat Ground-Water Remediation A Guide for Decision Makers and Practitioners*, U.S. EPA, EPA/625/R-95/005, July 1996.

70. *Ground-Water Treatment Technology Resource Guide*, U.S. EPA, OSWER, EPA-542-B-94/009, September 1994.

71. *Land Use in the CERCLA Remedy Selection Process*, U.S. EPA, OSWER Directive No. 9355.7-04, May 25, 1995.

72. *Reuse Assessments: A Tool To Implement The Superfund Land Use Directive*, U.S. EPA, OSWER 9355.7-06P, June 4, 2001.

73. *Reuse of CERCLA Landfill and Containment Sites*, U.S. EPA, OSWER 9375.3-05P, EPA-540-F-99-015, September 1999.

74. *Reusing Superfund Sites: Commercial Use Where Waste is Left on Site*, U.S. EPA, OSWER 9230.0-100, February 2002.

75. *Covers for Uncontrolled Hazardous Waste Sites*, U.S. EPA, EPA/540/2-85/002, 1985.

76. *Technical Guidance Document: Final Covers on Hazardous Waste Landfills and Surface Impoundments*, U.S. EPA, OSWER, EPA/530-SW-89-047, July 1989.

77. *Engineering Bulletin: Landfill Covers*, U.S. EPA, EPA/540/S-93/500, 1993.

78. *Principles for Managing Contaminated Sediment Risks at Hazardous Waste Sites*, U.S. EPA OSWER Directive 9285.6-08, February 12, 2002.

79. *Institutional Controls: A Site Manager's Guide to Identifying, Evaluating and Selecting Institutional Controls at Superfund and RCRA Corrective Action Cleanups*, U.S. EPA, OSWER 9355.0-74FS-P, EPA/540-F-00-005, September 29, 2000.

80. *Health and Safety Requirements of Employees Employed in Field Activities*, U.S. EPA, Office of Emergency and Remedial Response, EPA Order No. 1440.2, July 12, 1981.

81. *OSHA Regulations in 29 CFR 1910.120*, Federal Register 45654, December 19, 1986.

82. *Standard Operating Safety Guides*, PB92-963414, June 1992.

83. *Community Relations in Superfund: A Handbook*, U.S. EPA, Office of Emergency and Remedial Response, OSWER Directive No. 9230.0#3B June 1988; and OSWER Directive No. 9230.0-3C, January 1992.

# Appendix B - Site Map and Figure



**SITE CURRENTLY INCLUDES LOT**
Nos: *5054, 5171, 5172, 5173, 5174 5175, 5176, 5177, 5178, 3274, 3753, 4423, 4610 and 3252*

**South Dayton Dump Site**
**Montgomery County, Ohio**

Sources: Montgomery Co. Appraisal District (2004)
Grillot & Boesch Plat (1999)
Approximate scale: 1"=500'



N

South Dayton Dump Site
Moraine, Ohio
Montgomery County



# Appendix C - Respondents

**RESPONDENTS OF**
**ADMINISTRATIVE SETTLEMENT AGREEMENT AND ORDER ON CONSENT**
**FOR RI/FS**
**SOUTH DAYTON DUMP AND LANDFILL**

1. Kathryn Boesch
   c/o Coolidge, Wall, Womsley & Lombard
   Attn: Timothy Hoffman
   33 West First Street
   Suite 600
   Dayton, OH 45402

2. General Motors Corporation
   Attn: James P. Walle, Attorney
   300 Renaissance Center
   M/C 482-C24-D24
   Detroit, MI 48243

3. Margaret Grillot
   c/o Coolidge, Wall, Womsley & Lombard
   Attn: Timothy Hoffman
   33 West First Street
   Suite 600
   Dayton, OH 45402

4. Hobart Corporation
   Attn: Philip S. Dallosto, Associate General Counsel
   Illinois Tool Works, Inc.
   3600 West Lake Avenue
   Glenview, IL 60026
   *NOTE: Hobart Corporation is a wholly owned subsidiary of Illinois Tool Works, Inc.*

5. Kelsey Hayes Company
   Attn: David Bialosky, Vice President and General Counsel
   TRW
   12001 Tech Center Drive
   Livonia, MI 48154

6. NCR Corporation
   Attn: Susan Chema, Chief Litigation Counsel
   1700 S. Patterson Blvd., WHQ-5E
   Dayton, OH 45479