# EXHIBIT B



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
REGION 5
77 WEST JACKSON BOULEVARD
CHICAGO, IL 60604-3590

August 21, 2006

REPLY TO THE ATTENTION OF

Philip S. Dallosto, Associate General Counsel
Illinois Tool Works, Inc./Hobart
3600 West Lake Avenue
Glenview, IL 60026

RE: Administrative Settlement Agreement and Order on Consent for Remedial Investigation/Feasibility Study
South Dayton Dump and Landfill Site in Moraine, Ohio

Dear Mr. Dallosto:

Enclosed is a copy of the executed Administrative Settlement Agreement and Order on Consent (ASAOC) for the Remedial Investigation/Feasibility Study (RI/FS) at the South Dayton Dump and Landfill Site in Moraine, Ohio.

The ASAOC was signed by the U.S. EPA Region 5 Superfund Division Director on August 10, 2006. The effective date of the ASAOC is August 15, 2006.

U.S. EPA appreciates the Respondents' willingness to undertake the RI/FS for the South Dayton Dump and Landfill Site and looks forward to working with you throughout the RI/FS process.

If you have any questions please feel free to contact me at (312) 886-1843 or via email at cibulskis.karen@epa.gov. Legal questions may be directed to Mr. Thomas Nash, Associate Regional Counsel for the site at (312) 886-0552 or via email at nash.thomas@epa.gov.

Sincerely,

*Karen Cibulskis*

Karen Cibulskis
Remedial Project Manager

cc: T. Nash, CS-14J
    L. Vanderpool, SRF-5J
    M. Justice, OEPA
    S. Quigley, CRA
    K. Brown, ITW

Recycled/Recyclable • Printed with Vegetable Oil Based Inks on 50% Recycled Paper (20% Postconsumer)