# EXHIBIT C

05-44481-rdd    Doc 5617-7    Filed 11/21/06    Entered 11/21/06 14:22:01    Exhibit C
Pg 1 of 5



figure 1
COST PROBABILITY TREE
RESPONDENTS' RI/FS
SOUTH DAYTON DUMP SITE
Moraine, Ohio



figure 2
COST PROBABILITY TREE
USEPA RI/FS
SOUTH DAYTON DUMP SITE
Moraine, Ohio

TABLE 1
PHASE I REMEDIAL INVESTIGATION INSTALLATIONS
SOUTH DAYTON DUMP AND LANDFILL SITE
MORAINE, OHIO

| Investigation Item | Objective | Number and Type of Installation | FRP, Phase 1 RI | Cost Estimate | FRP, Phase 2 RI Best Case | Cost Estimate | FRP, Phase 2 RI Worst Case | Cost Estimate | FRP, Phase 3 RI Best Case | Cost Estimate | FRP, Phase 3 RI Worst Case | Cost Estimate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Geophysical Survey and Boundary Survey | Determine extent of landfilling and locate magnetic anomalies | • Geophysical Survey - Open and accessible Site areas west of frontage properties<br>• Land Survey - Site | | $ 32,000<br>7,000 | Survey Site Locations | $ 2,500 | Survey Site Locations | $ 3,500 | Survey Site Locations (off-site locations) | $ 3,000 | Survey Site Locations | $ 4,000 |
| Focused Geoprobe Investigation | Determine if groundwater contamination poses a human health risk to residential dwellings southwest of Site | • Geoprobe shallow groundwater investigation, two days probe and sample | | 5,000 | Additional 2 days Geoprobe and tech 15 samples | 6,300<br>15,000 | Additional 19 days Geoprobe - probe and 1 tech 30 samples | 25,000<br>30,000 | Additional 3 days Geoprobe and tech 40 samples | 8,000<br>40,000 | | |
| Testing Trenching Program | Lateral Extent of Waste and Type of Waste | • Nine test trenches<br>• Four test pits | | 20,000 | 4 additional test pits | 2,000 | Nine test trenches 8 additional test pits | 20,000 | None | | None | |
| Hydrogeologic Characterization | Characterize geology and hydrogeology at Site | • Five vertical profiles (CPT, 80' depth, 5 discrete water samp. analyzed for CPT - 25 samples<br>• Three new shallow groundwater monitoring wells<br>• Three new deep groundwater monitoring wells<br>• Two new shallow source area groundwater monitoring well<br>• Two new shallow downgradient groundwater monitoring wells<br>• Two contingency deep groundwater monitoring wells<br>• Three shallow piezometers<br>• Up to ten staff gauges<br>• Survey locations | | 17,000<br>25,000<br>6,800<br>8,500<br>2,500<br>6,800<br>6,000<br>7,000<br>3,500<br>1,500 | 2 vertical profiles<br>10 samples<br>Two new shallow groundwater monitoring wells<br>Two new deep groundwater monitoring wells<br>One shallow source area groundwater monitoring well<br>One new shallow downgradient groundwater monitoring w. | $<br>$<br>$<br>$<br>$<br>$ | 7,000<br>10,000<br>6,800<br>7,000<br>2,500<br>3,300 | 8 vertical profiles<br>40 samples<br>6 new shallow groundwater monitoring wells<br>4 new deep groundwater monitoring wells<br>One shallow source area groundwater monitoring well<br>Two new shallow downgradient groundwater monitoring w. | $<br>$<br>$<br>$<br>$<br>$ | 20,000<br>40,000<br>18,000<br>14,000<br>2,500<br>6,000 | Three shallow piezometers | 7,000 | None | | 2 vertical profiles<br>10 samples<br>1 new shallow groundwater monitoring well<br>1 new deep groundwater monitoring well<br>One shallow source area groundwater monitoring well<br>Two new shallow downgradient groundwater monitoring w. | $<br>$<br>$<br>$<br>$<br>$ | 7,000<br>10,000<br>3,500<br>4,200<br>2,500<br>7,000 |
| b. Soil Sample Collection | Surface and subsurface soil quality | • One surface soil sample and one subsurface soil sample at each new monitoring well or probe location (30#) | | 20,000 | One surface soil sample and one subsurface soil sample at each new monitoring well or probe location (12 #) | 12,000 | One surface soil sample and one subsurface soil sample at each new monitoring well or probe location (24#) | 55,000 | One surface soil sample and one subsurface soil sample at each new monitoring well or probe location | 6,000 | One surface soil sample and one subsurface soil sample at each new monitoring well or probe location | 14,000 |
| c. Leachate Investigation | Leachate quality determination | • Hydrogeological investigation<br>• Leave in position (geoloth - probe and analysis) | | 8,000<br>5,000 | 3 Leachate wells - assume rota some for install | 9,000 | 8 Leachate wells | 24,000 | Monitor existing wells - 11 wells | 15,000 | 2 Leachate wells and monitor existing wells - monitor 13 wells | 7,000<br>14,000 |
| d. Geotechnical Investigation | Characterize geotechnical properties of soil at Site | • Collect up to five samples for geotechnical analyses | | 6,500 | 3 additional samples | | 3 additional samples | 4,500 | None | | None | |
| Surface Water and Sediment | Characterize surface water and sediment quality | • Bathymetry Survey of Quarry Pond<br>• Three sediment and three surface water samples | | 4,500<br>6,000 | Three sediment and three surface water samples | 7,000 | 20 sediment and 20 surface water samples | 45,000 | 3 sediment and 5 surface water samples | 12,000 | 10 sediment and 10 surface water samples | 22,000 |
| Landfill Gas Investigation | Determine landfill gas generation potential and impact | • Five probes - install and monitor | | 5,000<br>4,500 | 2 probes - install 1 new Monitoring - two events | 3,200<br>2,500 | 10 probes - install 1 new Monitoring - 4 events of TO-14 | 10,000<br>3,000 | Monitoring - 4 rounds of 17 wells | 5,000 | Monitoring - 18 monthly rounds of 17 wells | 18,000 |
| Wetland Delineation | Determine if wetlands exists on Site and their extent | • Wetland delineation (complete project area survey ) | | 6,500 | Benthic survey | 15,000 | Benthic survey | 30,000 | Benthic monitoring - quarterly | 15,000 | Benthic monitoring - larger study area | 60,000 |
| Monitoring | | 2 rounds (50 wells total each round) | | 70,000 | one more round | | Great Miami River + water study + endangered species etc | 40,000 | 1 round | 250,000 | 6 more quarterly rounds of 28 wells assume tech cost of $15,000 per round for low flow | 200,000 |
| Ecological Assessment | | none | | | Site - complete site area - endangered species etc | 10,000 | Great Miami River + water study + endangered species etc | 20,000 | None | | Expanded Great Miami River biodiversity study | 40,000 |
| Great Miami River Water Monitoring | | none | | | 3 SW and Sed locations- assume using boat | 7,200 | 15 SW and Sed locations | 30,000 | 5 SW and Sed locations | 12,000 | 10 SW and Sed locations | 25,000 |
| Ambient Air Survey | | none | | | 3 locations - one round of TO-14 | 3,600 | 8 locations of TO-14 | 14,000 | None | | 4 locations - 1 round TO-14 plus puff etc | 7,500 |
| Hot-Spot Investigation | | none | | | 5 locations - 1 day probe at each plus samples | 15,000 | 15 locations - one day probe plus samples at each | 45,000 | None | | 2 locations - Drum Removal | 30,000 |
| Community Relations support | | minimal - 2 meetings plus reports - 2500 each | | 7,200 | modest - 4 quarterly meetings plus reports plus presentation (3500 each meeting - prep and report) | 12,000 | significant - 18 monthly community meetings and reports (3000 each meeting - prep and report) | 54,000 | significant - 18 monthly community meetings and reports (3000 each meeting - prep and report) | 54,000 | significant - 18 monthly community meetings and reports (3000 each meeting - prep and report) | 54,000 |
| Project Engineering/Oversight | | | | 250,000 | | | | | | | | |
| Technical Memo | | | | 15,000 | | 15,000 | | 25,000 | | 15,000 | | 25,000 |
| totals | | | | 562,600 | | 213,900 | | 775,300 | | 215,500 | | 743,000 |

assume that analytical costs will be $1,000 per sample soil or water

TABLE 1
PHASE I REMEDIAL INVESTIGATION INSTALLATIONS
SOUTH DAYTON DUMP AND LANDFILL SITE
MORAINE, OHIO

| Sequence No. | Investigation Item | Objective | Number and Type of Investigation | EPA Phase 1 RI | Cost Estimate | EPA Phase 2 RI Best Case | Cost Estimate | EPA Phase 2 RI Worst Case | Cost Estimate | EPA Phase 3 RI Best Case | Cost Estimate | EPA Phase 3 RI Worst Case | Cost Estimate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Geophysical Survey and Boundary Survey | Determine extent of landfilling and locate magnetic anomalies | • Geophysical Survey; • Open and accessible Site areas west of frontage properties • Land Survey: -Site | Geophysical Survey of Quarry Pond | $ 35,000 | Additional geophysics Survey Site Locations | $ 20,000 4,500 | expanded area geophysics Survey Site Locations | $ 25,000 4,500 | expanded boundary Survey Site Locations | $ 25,000 4,500 | expanded boundary Survey Site Locations | $ 20,000 4,500 |
| | Focused Geoprobe Investigation | Determine if groundwater contamination poses a human health risk to residential dwellings adjacent of Site | • Geoprobe shallow groundwater investigation | | $ 10,000 | Additional 10 days Geoprobe Additional analytical | $ 25,000 40,000 | Additional 10 days Geoprobe None | $ 25,000 40,000 | None | | Additional 5 days geoprobe analytical | $ 10,000 20,000 |
| | Testing Trenching Program | Lateral Extent of Waste and Types of Waste | • Nine test trenches 8 test pits | | $ 10,000 | Nine test trenches 8 additional test pits | $ 10,000 | Nine test trenches 8 additional test pits | $ 10,000 | None | | None | |
| a. | Hydrogeologic Characterization | Characterize geology and hydrogeology at Site | • 40 vertical profiles - CPT 80' depth, 6 discrete water analytical for 6 samples - 240 samples one on site lab • 10 new shallow groundwater monitoring wells • 5 new deep groundwater monitoring wells • 5 shallow source area groundwater monitoring well • 5 new shallow downgradient groundwater monitoring well | | $ 52,000 100,000 26,000 24,000 14,000 14,000 | 10 vertical profiles analytical for 60 samples 4 new shallow groundwater monitoring wells 4 new deep groundwater monitoring wells Two shallow source area groundwater monitoring wells Two new shallow downgradient groundwater monitoring wells | $ 15,000 60,000 10,000 16,000 5,000 5,000 | 20 vertical profiles analytical for 120 samples 6 new shallow groundwater monitoring wells 4 new deep groundwater monitoring wells One shallow source area groundwater monitoring well Two new shallow downgradient groundwater monitoring wells | $ 30,000 120,000 15,000 16,000 3,000 5,000 | 4 vertical profiles sampling - 6 per CPT probe 5 new shallow groundwater monitoring wells 4 new deep groundwater monitoring wells One shallow source area groundwater monitoring well 2 new shallow downgradient groundwater monitoring wells | $ 8,000 24,000 12,000 16,000 3,000 4,000 | 8 vertical profiles analytical for 6 sys w/ 6 samples per 8 new shallow groundwater monitoring wells 8 new deep groundwater monitoring wells 2 shallow source area groundwater monitoring well 4 new shallow downgradient groundwater monitoring wells | $ 16,000 48,000 24,000 32,000 6,000 12,000 |
| | | | • Six shallow piezometers • 15 staff gauges • Survey location | | $ 15,000 5,000 3,500 | Six shallow piezometers | $ 15,000 | Three shallow piezometers | $ 7,500 | None | | None | |
| b. | Soil Sample Collection | Surface and subsurface soil quality | • One surface soil sample and one subsurface soil sample at each new monitoring well or probe location | | $ 64,000 | One surface soil sample and one subsurface soil sample at each new monitoring well or probe location (28 locat. x 2) | $ 56,000 | One surface soil sample and one subsurface soil sample at each new monitoring well or probe location (36 locat. x2) | $ 72,000 | One surface soil sample and one subsurface soil sample at each new monitoring well or probe location (14 locats) | $ 28,000 | One surface soil sample and one subsurface soil sample at each new monitoring well or probe location (30 locats) | $ 60,000 |
| c. | Leachate Investigation | Leachate quality determination | • 10 Leachate wells • Levee inspection • 6 Leaching beds | | $ 28,000 8,000 18,000 | 5 Leachate wells 2 Leaching beds | $ 14,000 6,000 | 8 Leachate wells, monitor 18 | $ 25,000 | 4 Leachate wells, monitor 22 | $ 15,000 | 8 Leachate wells, monitor 26 | $ 28,000 |
| d. | Geotechnical Investigation | Characterize geotechnical properties of soil at Site | • Collect five samples for geotechnical analyses | | $ 6,500 | 3 additional samples | $ 4,500 | 6 additional samples | $ 10,000 | None | | None | |
| | Surface Water and Sediment | Characterize surface water and sediment quality | • Bathymetry Survey of Quarry Pond • 6 sediment and 6 surface water samples | | $ 4,500 12,000 | Three sediment and three surface water samples | $ 7,000 | 20 sediment and 20 surface water samples | $ 42,000 | 10 sediment and 10 surface water samples | $ 22,000 | 20 sediment and 20 surface water samples | $ 42,000 |
| | Landfill Gas Investigation | Determine landfill gas generation potential and impact | • 10 probes | | $ 10,000 | 2 probes Monitoring | $ 12,000 1,500 | 10 probes Monitoring | $ 9,000 1,500 | Monitoring | $ 3,500 | Monitoring | $ 3,000 |
| | Wetlands Delineation | Determine if wetlands exists on Site and their extent | • Wetland delineation Benthic Survey | | $ 6,500 20,000 | Benthic survey | $ 20,000 | Benthic survey | $ 50,000 | Biomonitoring | $ 8,000 | Biomonitoring | $ 10,000 |
| | Monitoring | | • 4 rounds (23 wells) | | $ 160,000 60,000 | Quarterly for one year ( wells, 42 wells) test costs | $ 168,000 60,000 | 6 times - 48 wells - analytical test costs | $ 283,000 92,000 | 6 times - 42 wells test costs | $ 253,000 130,000 | 8 times (56 wells) test costs | $ 448,000 180,000 |
| | Ecological Assessment | | Great Miami River | | $ 15,000 | Site | $ 15,000 | Great Miami River | $ 50,000 | Expanded Great Miami | $ 20,000 | Expanded Great Miami | $ 30,000 |
| | Great Miami River Water Monitoring | | 10 SW and 10 Sed locations | | $ 20,000 | 3 SW and Sed locations | $ 7,200 | 15 SW and Sed locations | $ 30,000 | 15 SW and Sed locations | $ 33,000 | 30 SW and Sed locations | $ 63,000 |
| | Ambient Air Survey | | 5 locations | | $ 7,500 | 3 locations | $ 4,500 | 8 locations | $ 12,000 | 8 locations | $ 12,000 | 16 locations | $ 24,000 |
| | Field spot Investigation | | 10 locations | | $ 20,000 | 5 locations | $ 15,000 | 15 locations | $ 45,000 | 2 locations - Drum Removal | $ 10,000 | 4 locations - Drum Removal | $ 20,000 |
| | Community Relations support | | significant; 12 monthly meetings and hotline etc $5k/ month | | $ 60,000 | models 4 quarterly meetings and hotline etc $5k/ quarter | $ 20,000 | significant 18 monthly meetings and hotline etc $5k/ month | $ 90,000 | significant 8 quarterly meetings and hotline etc $5k/ quarter | $ 40,000 | significant 18 monthly meetings and hotline etc $5k/ month | $ 90,000 |
| | Project Engineering/ Oversight | | | | $ 250,000 | | | | | | | | |
| | subtotal reserve | | | | $ 15,000 | | $ 15,000 | | $ 25,000 | | $ 15,000 | | $ 25,000 |
| | total costs | | | | $ 1,059,500 | | $ 640,200 | | $ 1,155,500 | | $ 662,000 | | $ 1,179,500 |