



# KILROY
# REALTY
## CORPORATION

## Delphi

Address
Irvine,  CA

11-24-05









1


















































































































 


















