

# Delphi Damage Photos

Irvine, CA
Von Karmen
6 July 2006:











1








2








3














5





