

# Project Detail Budget
## Estimate No. 1
### Delphi Repairs
### 17150 Von Karmen
### Irvine, CA

| | | | |
|---|---|---|---|
| **Project Number:** | - | **Construction Commencement:** | - |
| **Project Manager:** | R.Mount | **Date of Substantial Completion:** | - |
| **PDB Prep. Date:** | 7/26/2006 | **Premises RSF:** | - |
| **Revision Date:** | - | **Premises USF:** | 157,458 |

| Cost Code / Date | Indirect Cost | Cost | |
|---|---|---|---|
| PSA # | **Architectural PSA** | | |
| | TBD | | |
| | Plans and processing for the repairs of the damaged premises back to acceptable condition. | | |
| | - | 10,000.00 | |
| 10-20-01-020 | **Architecture** | $ 10,000.00 | $ 10,000.00 |
| | | | |
| 10-20-01-035 | Interior Design | $ - | |
| 10-20-01-040 | Misc. Architecture | - | |
| 10-30-01-150 | Misc. Consultants | 2,500.00 | |
| | **Subtotal Indirect Cost** | $ 2,500.00 | $ 2,500.00 |

| Cost Code / Date | Reimbursables | | |
|---|---|---|---|
| 10-20-03-010 | Reimbursable | $ 1,500.00 | |
| 10-30-02-025 | Blueprints and Reprographics | - | |
| 10-30-02-030 | CAD Plotting | - | |
| 10-30-02-045 | Travel & Entertainment | - | |
| | **Subtotal Reimbursable** | $ 1,500.00 | $ 1,500.00 |

| Cost Code / Date | Fees and Permits | | |
|---|---|---|---|
| 10-40-01-020 | Building Plan Check Fee | $ 500.00 | |
| 10-40-02-010 | Building Permit | 750.00 | |
| | **Subtotal Permits** | $ 1,250.00 | $ 1,250.00 |

| | | |
|---|---|---|
| **Rentable Square Footage of Demised Premises** | | 157,458 |

Guard to secure building

| | | | |
|---|---|---|---:|
| | **Airport Lock and Safe** | $ | 640.00 |
| | Rekeying | | |
| | **Utility Transfers** | $ | 1,000.00 |
| | (Elect- Water - Phone) | | |
| | **Cost Co Fire Protection** | $ | 1,860.00 |
| | **Pyro-Comm Systems** | $ | 12,000.00 |
| | Fire Monitoring Panel Repairs | | |

| Contract # | | | | | |
|---|---|---|---|---|---|
| *-* | **Interior Repairs** | | | | |
| | **2h** | | | | |
| | Repairs of the damaged premises back to acceptable condition. | | | | |
| | Demolition | $15,589.00 | | | |
| | Dumpsters | $1,200.00 | | | |
| | Drywall and Metal Studs | $67,605.00 | | | |
| | Door / Frames | $56,250.00 | | | |
| | Hardware and Installation | $128,250.00 | | | |
| | Glass / Glazing | $6,480.00 | | | |
| | Acoustical Ceilings | $41,920.00 | | | |
| | Paint and Wall Coverings | $15,675.00 | | | |
| | Carpet and Flooring | $52,312.00 | | | |
| | Janitorial | $23,311.00 | | | |
| | General Conditions | $0.00 | | | |
| | Supervision | $9,900.00 | | | |
| | Contingency Allowance | $0.00 | | | |
| | Contractor Fee | $41,849.00 | | | |
| | ***Base Contract*** | **$460,341.00** | | | |
| *Date* | PCO # 1 | - | | | |
| *Date* | PCO # 2 | - | | | |
| 50-10-01-001 | ***Adjusted G/C*** | **$ 460,341.00** | 2.92 | **$ 460,341.00** | |
| | **Project Subtotal** | | *3.21* | *$504,762.00* | |
| 10-30-02-020 | Construction Management Fees | 30,285.72 | **0.19** | **$ 30,285.72** | |
| | Owner Contingency | | | **$ 25,000.00** | |
| | **Project total** | | 3.56 | **$ 560,047.72** | |

# 2H CONSTRUCTION

2651 Walnut Ave., Signal Hill, CA 90755

Phone 562.424.5567  Fax 562.424.5578



July 23, 2006

Proposal # 0706-0049

Project Estimate For

**Delphi Bankruptcy**

Contact

**Rick Mount**

**Kilroy Realty**

**12200 W. Olympic - Suite 200**

**Los Angeles, CA 90064**

Project Location

**17150 VonKarman**

**Suite #**

**Irvine, CA**

Bid Documents

**As Builts - 1st & 2nd Floor Plans**

**1 & 2**

**7/21/2006**

Total Square Footage of Project

**155410**

| | |
|---|---:|
| DIVISION 1 - GENERAL REQUIREMENTS | $33,211.50 |
| DIVISION 2 - SITE REQUIREMENTS | $16,788.75 |
| DIVISION 3 - CONCRETE | $0.00 |
| DIVISION 4 - MASONRY | $0.00 |
| DIVISION 5 - METALS | $0.00 |
| DIVISION 6 - WOODS AND PLASTICS | $0.00 |
| DIVISION 7 - THERMAL AND MOISTURE PROTECTION | $0.00 |
| DIVISION 8 - DOORS AND WINDOWS | $190,980.00 |
| DIVISION 9 - FINISHES | $177,512.50 |
| DIVISION 10 - SPECIALTIES | $0.00 |
| DIVISION 11 - EQUIPMENT | $0.00 |
| DIVISION 12 - FURNISHINGS | $0.00 |
| DIVISION 13 - SPECIAL CONSTRUCTION | $0.00 |
| DIVISION 14 - CONVEYING SYSTEMS | $0.00 |
| DIVISION 15 - MECHANICAL | $0.00 |
| DIVISION 16 - ELECTRICAL | $0.00 |
| GENERAL CONTRACTOR'S FEES | $41,849.28 |
| **TOTAL** | **$460,342.00** |
| **COST PER SQUARE FOOT** | **$2.96** |

## DETAILED BREAKDOWN BY CSI DIVISION

### DIVISION 1 - GENERAL REQUIREMENTS

| | | | |
|---|---|---|---|
| 01000 | PROJECT MANAGEMENT | | |
| 01001 | ON-SITE SUPERVISION | 3 WEEK | |
| 01002 | PROJECT MANAGEMENT | 3 WEEK | |
| 01003 | TEMPORARY UTILITIES | 0 WEEK | |
| | | PROJECT MGMT TOTAL | $9,900.00 |
| 01600 | FINAL CLEAN-UP | | |
| 01601 | FINAL CLEANING | 155,410 SQFT | JANITORIAL CLEAN |
| | | FINAL CLEAN TOTAL | $23,311.50 |

**DIVISION 1 TOTAL** — **$33,211.50**

### DIVISION 2 - SITE REQUIREMENTS

| | | | |
|---|---|---|---|
| 02200 | DEMOLITION | | |
| 02201 | DEMO FLOORING & BASE | 11,475 SQFT | |
| 02202 | DEMO MILLWORK | 0 LNFT | |
| 02203 | DEMO PARTITIONS | 875 LNFT | |
| 02204 | DEMO DOORS | 0 EACH | |
| 02205 | DEMO CEILING & LIGHTS | 8,880 SQFT | |
| | | DEMO TOTAL | $15,588.75 |
| 02300 | DUMPSTERS | | |
| 02001 | DUMPSTER | 3 EACH | |
| | | DUMPSTER TOTAL | $1,200.00 |

**DIVISION 2 TOTAL** — **$16,788.75**

### DIVISION 3 - CONCRETE

| | | | |
|---|---|---|---|
| 03100 | STRUCTURAL CONCRETE | | |
| 03101 | STRUCTURAL CONCRETE | 0 SQFT | |
| | | STRUCT. CONC. TOTAL | $0.00 |
| 03200 | CONCRETE PATCH | | |
| 03201 | PATCH ABANDONED CORE | 1 LS | |
| | | CONCRETE PATCH TOTAL | $0.00 |
| 03300 | EPOXY INJECTION | | |
| 03301 | EPOXY INJECTION | 0 LS | |
| | | EPOXY TOTAL | $0.00 |

**DIVISION 3 TOTAL** — **$0.00**

### DIVISION 4 - MASONRY

**DIVISION 4 TOTAL** — **$0.00**

### DIVISION 5 - METALS

**DIVISION 5 TOTAL** — **$0.00**

### DIVISION 6 - WOODS AND PLASTICS

**DIVISION 6 TOTAL** — **$0.00**

### DIVISION 7 - THERMAL AND MOISTURE PROTECTION

**DIVISION 7 TOTAL** — **$0.00**

## DIVISION 8 - DOORS AND WINDOWS

| | | | | | |
|---|---|---|---|---|---|
| 08100 | **DOOR, FRAME, HARDWARE** | | | | |
| 08101 | PROVIDE & INSTALL NEW | 45 | EACH | | |
| | | MTL DRS & FRAMES TOTAL | | $56,250.00 | |
| 08400 | **STOREFRONT GLAZING** | | | | |
| 08402 | GLAZING IN ALUMINUM FRAMES | 144 | SQFT | **REPAIR THRESHOLD ALSO** | |
| | | STOREFRONT TOTAL | | $6,480.00 | |
| 08700 | **HARDWARE** | | | | |
| 08701 | INTERIOR LOCK SET | 285 | EACH | **PROVIDE & INSTALL** | |
| | | HARDWARE TOTAL | | $128,250.00 | |

| **DIVISION 8 TOTAL** | **$190,980.00** |
|---|---|

## DIVISION 9 - FINISHES

| | | | | | |
|---|---|---|---|---|---|
| 09100 | **GYPSUM BOARD FRAMING SYSTEMS** | | | | |
| 09101 | INTERIOR PARTITION WALL CLG HI | 875 | LNFT | **NEW STUDS & DRYWALL** | |
| 09102 | WALL BASE REPAIRS | 330 | LNFT | | |
| 09103 | DEMISING WALL | 0 | LNFT | | |
| | | GYP SYSTEM TOTAL | | $67,605.00 | |
| 09500 | **ACOUSTICAL TREATMENT** | | | | |
| 09501 | PATCH GRID & TILE CEILINGS | 4,440 | SQFT | **5% OVERALL** | |
| 09502 | VINYL ROCK TILES | 3,500 | SQFT | **25% OVERALL** | |
| 09503 | NEW TILES ONLY | 8,880 | SQFT | **10% OVERALL** | |
| | | ACOUSTICAL TOTAL | | $41,920.00 | |
| 09650 | **FLOORING** | | | | |
| 09651 | CARPETING - DIRECT GLUE DOWN | 0 | SQYD | | |
| 09652 | CARPETING - OVER PAD | 0 | SQYD | | |
| 09653 | VCT | 10,875 | SQFT | **REMOVE & INSTALL** | |
| 09654 | SHEET VINYL | 600 | SQFT | **REMOVE & INSTALL** | |
| 09655 | BASE | 3,750 | LNFT | | |
| 09656 | CARPET BASE | 0 | LNFT | | |
| 09657 | FLOOR PREP | 5 | JOB | | |
| | | FLOORING TOTAL | | $52,312.50 | |
| 09900 | **PAINTING** | | | | |
| 09901 | PAINT WALLS | 19,000 | SQFT | | |
| 09902 | PAINT CEILING | 0 | SQFT | | |
| 09903 | FINISH DOORS | 45 | EACH | | |
| | | PAINTING TOTAL | | $15,675.00 | |

| **DIVISION 9 TOTAL** | **$177,512.50** |
|---|---|

## DIVISION 10 - SPECIALTIES

| **DIVISION 10 TOTAL** | **$0.00** |
|---|---|

## DIVISION 11 - EQUIPMENT

| **DIVISION 11 TOTAL** | **$0.00** |
|---|---|

## DIVISION 12 - FURNISHINGS

| | | | | | |
|---|---|---|---|---|---|
| 12650 | **FURNITURE MOVING** | | | | |
| 12651 | MOVE FURNITURE FOR CARPET INSTALLATION | 0 | JOB | | |
| | | MOVING TOTAL | | $0.00 | |

| **DIVISION 12 TOTAL** | **$0.00** |
|---|---|

## DIVISION 13 - SPECIAL CONSTRUCTION

| **DIVISION 13 TOTAL** | **$0.00** |
|---|---|

## DIVISION 14 - CONVEYING SYSTEMS

| **DIVISION 14 TOTAL** | **$0.00** |
|---|---|

## DIVISION 15 - MECHANICAL

| | | | |
|---|---|---|---|
| **15300** | **FIRE SPRINKLERS** | | |
| 15301 | RELOCATE SPRINKLER HEADS | 0 | EACH |
| 15302 | NEW SPRINKLER HEADS | 0 | EACH |
| 15303 | DRAWINGS & PLAN CHECK | 0 | JOB |
| 15304 | PERMITS | 0 | JOB |
| | FIRE SPRINKLER TOTAL | | $0.00 |
| **15400** | **PLUMBING** | | |
| 15401 | DEMO & CAP EXISTING PLUMBING | 0 | JOB |
| 15402 | S.S. KITCHEN SINK & FAUCET | 0 | EACH |
| 15403 | ROUGH-IN FOR HOT & COLD, VENT & DRAIN | 0 | EACH |
| 15404 | TOILET | 0 | EACH |
| 15405 | URINAL | 0 | EACH |
| 15406 | LAVATORIES W/ FAUCET | 0 | EACH |
| 15407 | SHOWER, FIBERGLASS UNIT | 0 | EACH |
| 15408 | SAW CUT, BREAK & REMOVAL | 0 | SQFT |
| 15409 | 5 GAL. WATER HEATER | 0 | JOB |
| 15410 | INSTA-HOT WATER HEATER | 0 | EACH |
| 15411 | GARBAGE DISPOSAL | 0 | EACH |
| 15412 | X-RAY FOR CORE DRILLING | 0 | JOB |
| 15413 | CORE DRILLING | 0 | JOB |
| 15414 | DRAWINGS & PLAN CHECK | 0 | EACH |
| 15415 | PERMITS | 0 | JOB |
| | PLUMBING TOTAL | | $0.00 |
| **15500** | **HVAC** | | |
| 15501 | DEMO DUCTWORK | 0 | JOB |
| 15502 | DUCTING | 0 | JOB |
| 15503 | RELOCATE SUPPLY REGISTERS | 0 | EACH |
| 15504 | RELOCATE RETURN REGISTERS | 0 | EACH |
| 15505 | SUPPLY REGISTERS | 0 | EACH |
| 15506 | RETURN REGISTERS | 0 | EACH |
| 15507 | RELOCATE THERMOSTATS | 0 | EACH |
| 15508 | NEW INTERIOR ZONE | 0 | EACH |
| 15509 | NEW EXTERIOR ZONE | 0 | EACH |
| 15510 | 24 HR AC UNIT - 2 TON | 0 | EACH |
| 15511 | THERMOSTATS | 0 | EACH |
| 15512 | SMOKE/ FIRE DAMPER | 0 | EACH |
| 15513 | DUCT SMOKE DETECTORS | 0 | EACH |
| 15514 | DUCT SOUND BAFFLES | 0 | EACH |
| 15515 | EXHAUST FAN | 0 | EACH |
| 15516 | AIR BALANCE | 0 | JOB |
| 15517 | ENGINEERED DRAWINGS & TITLE 24 | 0 | SQFT |
| 15518 | PLAN CHECK | 0 | JOB |
| 15519 | PERMITS | 0 | JOB |
| | HVAC TOTAL | | $0.00 |

| **DIVISION 15 TOTAL** | **$0.00** |
|---|---|

## DIVISION 16 - ELECTRICAL

| | | | |
|---|---|---|---|
| **16300** | **ELECTRICAL** | | |
| 16301 | DEMO | 0 | JOB |
| 16302 | X-RAY FOR CORE DRILLING | 0 | JOB |
| 16303 | CORE DRILLING | 0 | JOB |
| 16304 | DUPLEX POWER OUTLETS | 0 | EACH |
| 16305 | 4-PLEX POWER OUTLETS | 0 | EACH |
| 16306 | DEDICATED CIRCUIT | 0 | EACH |
| 16307 | ISOLATED GROUND CIRCUIT | 0 | EACH |
| 16308 | 120V 20A SEPARATE CIRCUIT | 0 | EACH |
| 16309 | 120V 30A SEPARATE CIRCUIT | 0 | EACH |
| 16311 | FLOOR POWER RECEPTACLE | 0 | EACH |
| 16342 | ENGINEERED DRAWINGS & TITLE 24 | 0 | SQFT |
| 16343 | PLAN CHECK | 0 | EACH |
| 16344 | PERMITS | 0 | EACH |
| | ELECTRICAL TOTAL | | $0.00 |
| **16600** | **FIRE/LIFE/SAFETY** | | |
| 16601 | SPEAKERS | 0 | EACH |
| 16602 | STROBE DEVICES | 0 | EACH |
| 16603 | MAGNETIC DOOR HOLD-OPENS; LABOR ONLY | 0 | EACH |
| 16604 | SMOKE/ FIRE DAMPERS; LABOR ONLY | 0 | EACH |
| 16605 | SMOKE DETECTORS | 0 | EACH |
| 16606 | F/L/S TEST PERMIT | 0 | JOB |
| | F/L/S TOTAL | | $0.00 |

| 16700 | COMMUNICATIONS | | |
|---|---|---|---|
| 16701 | INSTALL DATA CABLE | 0 JOB | |
| 16702 | INSTALL TELEPHONE CABLE | 0 JOB | |
| | | COMMUNICATIONS TOTAL | $0.00 |

| **DIVISION 16 TOTAL** | **$0.00** |
|---|---|

## GENERAL CONTRACTOR'S FEES

**CONTRACTOR'S FEE**
OVERHEAD AND PROFIT

| OH & P TOTAL | $41,849.28 |
|---|---|

**PERMIT FEE'S**
BUILDING PERMIT
PLAN CHECK FEE

| PERMIT TOTAL | $0.00 |
|---|---|

**INSURANCE**
GENERAL LIABILITY

| INSURANCE TOTAL | $0.00 |
|---|---|

**BUDGET CONTINGENCY**
CONTINGENCY TO PROJECT

| 0 % | |
|---|---|
| CONTINGENCY TOTAL | $0.00 |

| **GENERAL CONTRACTORS TOTAL** | **$41,849.28** |
|---|---|

| **TOTAL** | **$460,342.00** |
|---|---|

| **COST PER SQ. FT.** | $ | 2.96 |
|---|---|---|

**ALTERNATES:**

| BREAK PIT CONCRETE WALLS, FILL, POUR NEW SLABS | 2,460 SF | $ | 52,400.00 |
|---|---|---|---|

**EXCLUSIONS:**

1. HANDLING OF HAZARDOUS MATERIALS.

2. TEL/DATA CABLING AND EQUIPMENT.

3. MAJOR FLOOR PREP.

4. BASE BUILDING DEFICIENCIES.

5. INSTALLATION OF OR MODIFICATIONS TO F/L/S SYSTEMS.

**QUALIFICATIONS:**

1. BUILDING PERMIT TO BE REIMBURSED.

2. THIS PROPOSAL MAY BE WITH-DRAWN BY US IF NOT ACCEPTED WITHIN 30 DAYS.



[Floor plan drawing with handwritten annotations:]

- "← 160' → / ↑ 209' ↓ / 37,440 sf"
- "147 Door Hardware"
- "2nd Floor Hardware"
- "← 30' → / ↑ 107' ↓ / 3,210"
- "2nd Floor"
- "606,60 sf"
- "Mnfx = 155,410 sf"

[Annotated floor plan with handwritten notations, including:]

- To Don Hammond - Thursday
- 10% ceiling tile
- 10% VCT
- 10% wall base
- Wall $.75/lf Paint $0.10/sf
- VCT $3.00/sf
- S.V. $35.00/sf
- Fill in 0 by concrete opening. Walls & free standing walls & floor to not incl water survey & concrete, 6" slab
- 138 door hardware
- $1.50/sf 2x4 tiles
- $5.00/sf vinyl rock tiles
- Threshold repair
- Entrance
- Elec panel
- S.V. floor
- VCT
- Acid
- 6" wall base graphic restore to linoleum w/ 4" wall
- Aluminum wall panels, carpet tiles
- Open cell
- R. Johnson
- B. Gist