

# Project Detail Budget
## Estimate No. 1
## Delphi Restoration
## 17150 Von Karmen
## Irvine, CA

| | | | |
|---|---|---|---|
| *Project Number:* | - | *Construction Commencement:* | - |
| *Project Manager:* | R.Mount | *Date of Substantial Completion:* | - |
| *PDB Prep. Date:* | 7/26/2006 | *Premises RSF:* | - |
| *Revision Date:* | - | *Premises USF:* | 157,458 |

| Cost Code / Date | Indirect Cost | Cost | |
|---|---|---|---|
| PSA # | *Architectural PSA* | | |
| | *TBD* | | |
| | Plans and processing for the restoration of the Wet Process Area back to buliding standard condition. | | |
| | - | 25,000.00 | |
| 10-20-01-020 | *Architecture* | $ 25,000.00 | $ 25,000.00 |
| | | | |
| 10-20-01-035 | Interior Design | $ - | |
| 10-20-01-040 | Misc. Architecture | 5,000.00 | |
| 10-30-01-150 | Misc. Consultants | 10,000.00 | |
| | *Subtotal Indirect Cost* | $ 15,000.00 | $ 15,000.00 |

| Cost Code / Date | Reimbursables | | |
|---|---|---|---|
| 10-20-03-010 | Reimbursable | $ 5,000.00 | |
| 10-30-02-025 | Blueprints and Reprographics | - | |
| 10-30-02-030 | CAD Plotting | - | |
| 10-30-02-045 | Travel & Entertainment | - | |
| | *Subtotal Reimbursable* | $ 5,000.00 | $ 5,000.00 |

| Cost Code / Date | Fees and Permits | | |
|---|---|---|---|
| 10-40-01-020 | Building Plan Check Fee | $ 1,500.00 | |
| 10-40-02-010 | Building Permit | 1,000.00 | |
| | *Subtotal Permits* | $ 2,500.00 | $ 2,500.00 |

*Square Footage of the Restoration Area*  21,000

|  |  |  |
|---|---:|---:|
| Concrete | $4.00 | $84,000.00 |
| Drywall and Metal Studs | $0.50 | $10,500.00 |
| Acoustical Ceilings | $0.50 | $10,500.00 |
| Patch and Paint | $0.25 | $5,250.00 |
| Misc Utilities | $1.50 | $31,500.00 |
| *HVAC* | $1.50 | $31,500.00 |
| Plumbing | $1.00 | $21,000.00 |
| Electrical | $2.50 | $52,500.00 |
| ***Subtotal*** | **$14.25** | **$299,250.00** |
| Supervision | $0.75 | $15,750.00 |
| General Conditions | $0.86 | $17,955.00 |
| Insurance | $0.14 | $2,992.50 |
| Contractor Fee | $1.00 | $20,947.50 |
| ***Total*** | **$17.00** | **$356,895.00** |

| | | | |
|---|---:|---:|---:|
| **Project Subtotal** | | *19.38* | *$406,895.00* |
| 10-30-02-020    Construction Management Fees | 24,413.70 | **1.16** | **$ 24,413.70** |
| Owner Contingency | | | **$ 20,000.00** |
| **Project total** | | **21.49** | **$ 451,308.70** |

## *Project Analysis*

| | |
|---|---|
| **Project Total Cost** | $ 451,308.70 |
| **T.I. Allowance** | $            - |
| **Cost Difference** | $ (451,308.70) |
| **L/L Additional Contributions** | $            - |
| **Balance To Fund** | $ (451,308.70) |

RESTORE 'WET PROCESS'
AREA BACK TO BUILDING
STD.



RESTORATION EXHIBIT 1