# KILROY REALTY CORPORATION
## INVOICE ROUTING AND APPROVAL FORM

Vendor: NM003 - NINYO & MOORE
Invoice Number: 115025
Description: ENV DUE DIL 17150 VON KARMAN
Invoice Date: 9/30/2005    Date Recvd: 11/14/2005    Payment Date: 10/30/2005

| Property | Account | Account Title | Amount | Allocation |
|---|---|---|---|---|
| 2-6012-00 | 6150.0000 | Contract Services: Other | 4,700.00 | 0.00 |

Invoice Total: $4,700.00

CORPORATE ACCOUNTING
5710 RUFFIN ROAD
SAN DIEGO, CA  92123

Routing    Approval    Date
NKK

Comments: ENVIRONMENTAL DUE DILIGENCE FOR 17150 VON KARMAN, IRVINE

11/14/200 3:24:17PM

*131869-*

Database: APRoute

**KILROY REALTY CORPORATION, LLP**
c/o McRoberts Roberts & Rainer
4550 Belleview Avenue, 2nd Floor
Kansas City, MO 64111
Attn: Ms. Karen Kight

September 30, 2005
Invoice No: 115025
Project No: 206477001
Page:    1

Re:   Phase I Environmental Site Assessment
      17150 Von Karman
      Irvine, California

Tax ID No. 33-0269828

Invoice for environmental consulting services including performance of a Phase I Environmental Site Assessment of the Delphi property at 17150 Von Karman, Irvine, California.

| | |
|---|---|
| Total Fee | 4,700.00 |
| Percent Complete | 100.00% |
| Total Fee Billed | 4,700.00 |
| Fee Previously Billed | 0.00 |
| Current Fee Billing | 4,700.00 |

***This Invoice Total***        $4,700.00



RECEIVED NOV 14 2005 LEGAL DEPARTMENT

5710 Ruffin Road • San Diego, California 92123 • Phone (858) 576-1000 • Fax (858) 576-9600

San Diego • Irvine • Ontario • Los Angeles • Oakland • Las Vegas • Salt Lake City • Phoenix