**PEPE & HAZARD LLP**
Kristin B. Mayhew (ct20896)
30 Jelliff Lane
Southport, CT  06890-1436
Tel      (203) 319-4022
Fax      (203) 259-0251
*Attorneys for Illinois Tool Works Inc., Illinois Tool Works for*
*Hobart Brothers Co., Hobart Brothers Company, ITW Food*
*Equipment Group LLC and Tri-Mark, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | : | |
| In re | : | **Chapter 11** |
| **DELPHI CORPORATION,** *et al.* | : | |
| | : | **Case No.05-44481 (RDD)** |
| | : | **(Jointly Administered)** |
| Debtors. | : | |
| | : | **November 21, 2006** |

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on this 21st day of November, 2006 true and

correct copies of the Response Of Creditors: (i) Illinois Tool Works, Inc., (ii) Illinois Tool

Works for Hobart Brothers Co., (iii) Hobart Brothers Company, (iv) ITW Food Equipment

Group LLC and (v) Tri-Mark, Inc. In Opposition To Third Omnibus Objection To Certain

Claims were served:

via Federal Express upon:

> The Honorable Robert D. Drain
> United States Bankruptcy Court
> Southern District of New York
> One Bowling Green
> New York, NY  10004-1405

and via first class U.S. mail, postage prepaid upon:

KBM/32073/17/80585v1
11/21/06-SPT/

Delphi Corporation
5725 Delphi Drive
Troy, MI  48098
Attn:  General Counsel

**Counsel to the Agent under the
Debtors' Prepetition Credit Facility**
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017
Attn:  Kenneth S. Ziman

**Counsel to the Official Committee of
Unsecured Creditors**
Latham & Watkins LLP
885 Third Avenue
New York, NY  10022
Attn:  Robert J. Rosenberg
        Mark A. Broude

**Office of the United States Trustee for
the Southern District of New York**
33 Whitehall Street, Suite 2100
New York, NY  10004
Attn:  Alicia M. Leonard

**Counsel to the Debtors**
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL  60606
Attn:  John William Butler, Jr.

**Counsel to the Agent under the Postpetition
Credit Facility**
Davis Polk & Wardell
450 Lexington Avenue
New York, NY  10017
Attn:  Donald Bernstein
        Brian Resnick

**Counsel to the Official Committee of Equity
Security Holders**
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY  10004
Attn:  Bonnie Steingart

_____/s/_____
Kristin B. Mayhew