UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
   In re                                                   :
                                                           :
DELPHI CORPORATION, et al.,                                :   Case No. 05-44481 (RDD)
                                                           :
        Debtors.                                           :
                                                           :
-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Ramon C. Cabrera, hereby certify that on this the 21st day of November, 2006, I served a true and correct copy of the foregoing **Response Of CYRO Industries To Debtors' Third Omnibus Objection To Claims** by delivering the document via Federal Express - Priority Overnight to be delivered on Wednesday, November 22nd to:

> Delphi Corporation
> 5725 Delphi Drive
> Troy, Michigan 48098
> (Attn: General Counsel)
>
> Skadden, Arps, Slate, Meagher & Flom LLP
> 333 West Wacker Drive, Suite 2100
> Chicago, Illinois 60606
> (Attn: John Wm. Butler, Jr.)
>
> Simpson Thacher & Bartlett LLP
> 425 Lexington Avenue
> New York, New York 10017
> (Attn: Kenneth S. Ziman)
>
> Davis Polk & Wardwell
> 450 Lexington Avenue
> New York, New York 10017
> (Attn: Donald Bernstein and Brian Resnick)
>
> Latham & Watkins LLP
> 885 Third Avenue
> New York, New York 10022
> (Attn: Robert J. Rosenberg and Mark A. Broude)
>
> Fried, Frank, Harris, Shriver & Jacobson LLP
> One New York Plaza
> New York, New York 10004
> (Attn: Bonnie Steingart)

Office of the United States Trustee for the Southern District of New York
333 Whitehall Street, Suite 2100
New York, New York 10004
(Attn: Alicia M. Leonhard)

_____
Ramon C. Cabrera
Paralegal