# EXHIBIT B

Due to the voluminous nature of the records, Claimant has not electronically filed said copies. Complete copies of Exhibit B have been served upon the parties set forth on page 20 of the Debtors' Third Omnibus Claims Objection. Claimant will promptly provide complete copies of Exhibit B to any party in interest upon written request to Weston Eguchi at weguchi@mayerbrownrowe.com.