UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No.: 05-44481 (RDD) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

   I, Robert Rotman, attest that I am over the age of eighteen, an employee of KAYE SCHOLER LLP and not a party to this action. I hereby certify that on November 21st, 2006 I caused to be served on the parties on the annexed service list, by overnight mail, true and correct copies of:

> *(a) Notice of Appearance and Demand for Service of Papers; and*
>
> *(b) Response of InPlay Technologies, Inc. to Objection to Claim 2558; and*
>
> *(c) Objection of InPlay Technologies, Inc. to the Claims Objection and Estimation Procedures Motion.*

          /s/ Robert Rotman
          Robert Rotman

Sworn to before me this
21st day of November 2006

 /s/ Gurnel Jean-Louis     Notary Public, State of New York
  Notary Public       No. 01JE6016979
            Qualified in Queens County
            Commission Expires 11/30/2006

**SERVICE LIST**

General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

John W. Butler, Jr. Esq.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

Kenneth S. Zinman, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Donald Bernstein, Esq.
Brian Resnick, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Robert J. Rosenberg, Esq.
Mark A. Broude, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

Bonnie Steingart, Esq.
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

Alicia M. Leonhard, Esq.
Office of United States Trustee
33 Whitehall Street
Suite 2100
New York, NY 10004