UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, et al.,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

**ORDER GRANTING MOTION OF ULTRATECH, INC. TO
FILE CERTAIN UNREDACTED DOCUMENTS UNDER SEAL**

Upon the Motion (the "Motion"), dated November 20, 2006, of Ultratech, Inc. (the "Movant"), seeking entry of an order pursuant to section 107(b) of the Bankruptcy Code and Rule 9018 of the Federal Rules of Bankruptcy Procedure, authorizing the Movant to file certain unredacted documents under seal;

And the Court having reviewed the Motion;

And the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief requested therein;

And the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334;

And this being a core proceeding pursuant to 28 U.S.C. § 157;

And venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409;

And it appearing that no notice of the Motion being necessary;

And after due deliberation and good and sufficient cause appearing therefor, it is hereby,

**ORDERED**, that the Motion be and hereby is granted; and it is further

**ORDERED**, that the Movant is allowed to file the Ultratech Responses (as defined in the Motion) under seal, pursuant to section 107(b) of the Bankruptcy Code and Rule 9018 of the Federal Rules of Bankruptcy Procedure, to the extent necessary to prevent the disclosure of any information designated by the Debtors as confidential; and it is further

**ORDERED**, that the Movant shall file and serve (if not already done) a *redacted* version of the Ultratech Responses upon all parties entitled thereto; provided that Movant shall serve the unredacted Ultratech Responses on counsel for the Debtors and the Official Creditors Committee; and it is further

**ORDERED**, the requirement pursuant to Local Rule 9013-1(b) that the Movant file a memorandum of law is hereby waived.

Dated:   New York, New York
         November 21, 2006

/s/Robert D. Drain
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE