05-44481-rdd    Doc 5627-11    Filed 11/21/06    Entered 11/21/06 16:13:40    Exhibit Ex.
C    Pg 1 of 4



10080 N. Wolfe Road, Suite SW3-190
Cupertino, CA  95014
tel +1 408 446 4222
fax +1 408 446 5444

12 OCT 05

Mr. Rodney O'Neal
President, COO & Director
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

IMPORTANT NEWS ABOUT THE
MOORE MICROPROCESSOR PATENT ("MMP") PORTFOLIO
_____

Dear Mr. O'Neal

Alliacense is a firm specializing in Licensing Program Management.  We represent the TPL Group which has exclusive control over all aspects of licensing and enforcement with respect to the MMP Portfolio.   The MMP Portfolio covers technology widely used in products and systems containing microprocessors.

We understand that you are a leading customer of NEC Electronics Corp and that many of your products contain microprocessors from NEC and others.  You need to be aware of several important facts.

I.    UNLICENSED UNDER THE MMP PORTFOLIO

The manufacture and sale of products containing unlicensed microprocessor technology creates massive financial liability for your company.


II.    INDUSTRY-LEADING LICENSEES

Unlike many disputed or questionable patents, it has been widely acknowledged that the MMP Portfolio contains several fundamental building blocks of modern microprocessor architecture and implementation.

As a testament to this practical reality, and in response to their requests to be first, industry leaders Intel and AMD each recently purchased MMP Portfolio licenses to cover their products, and to protect their corporate treasuries from massive exposure.

Going forward, the MMP Portfolio Licensing Program will reward first movers in their industry sectors with dramatic discounts. Those who fail to act will pay much more than their competitors, or may face costly legal proceedings. By design, this structure enables nimble and forward-thinking companies to disadvantage their competitors.

## III. SCOPE OF THE MMP PORTFOLIO

Running through 2015, the MMP Portfolio consists of:
- US 5,440,749
- US 5,530,890
- US 5,604,915
- US 5,659,703
- US 5,784,584
- US 5,809,336
- US 6,598,148
- European Counterparts and Japanese Counterparts.

US'336: Clocking CPU and I/O Separately.
Use of US'336 is prevalent across most microprocessors … from low speed microcontrollers to sophisticated systems on chips. Advertised advantages include: cost reduction, instant-on execution, failsafe operation, EMI reduction, and power savings. It is a modern requirement from a design for test ("DFT") perspective.

US'584: Multiple Instruction Fetch.
Multiple Instruction Fetch architectures are the norm in environments where limiting power consumption is critical; eg; portable products. Various techniques can be employed to achieve the Multiple Instruction Fetch, and marketing terminology includes "VLIW," "SIMD," "MIMD," "Superscalar," etc.

US'148: On-Chip Oscillator and Embedded Memory.
Combining the on-chip oscillator feature of US'336 with memory covering more than majority of chip, the US'148 lso includes claims pertaining to multiple CPU, array or cell implementations. The vast majority of the system on chip ("SoC") products, as well as flash microcontrollers are affected.

Mr. O'Neal
12 OCT 05
Page 3 of 4

Virtually every product manufactured today utilizing microprocessors or embedded processors will require an MMP Portfolio license.  The Portfolio covers microprocessors and the Systems containing microprocessors.

IV.  PORTFOLIO BACKGROUND

The TPL Group assisted Charles Moore in the development of the MMP Technology and Patents beginning 1989.  Mr. Moore, also the inventor of the Forth computing language, now serves as Chief Technology Officer of the TPL Group.

Alliacense has been purpose-built by the TPL Group to implement licensing programs, and is staffed with leading licensing experts from various industries.  Based on the large number of Licensees we are serving, it may be some time before we contact you directly again.  Be assured however, that this would only indicate that other companies from your business sector are occupying the crucial first-mover bandwidth … instead of you.  We therefore urge you to immediately communicate your concerns to us.

To assist you in assessing your company's potential financial exposure we have enclosed the following documents:

1. A list of NEC Electronics Corporation's microprocessors known to us to utilize the technology covered by the MMP Portfolio;

2. Claim Chart analyses on representative samples of NEC's microprocessor line which are applicable to your products contain such, or similar, devices;

3. A data disc containing the full text of all the US patents in the portfolio, as well as their file wrappers.

You may access further information by requesting a username and password for the MMP Portfolio Licensing Private Website via:  mmp-licensing@tplgroup.net.  General correspondence may also be sent to this address.

Upon request, we will provide Product Reports (analyzing the relationship of a product to the Portfolio) on product lines of your choosing.  Product Reports are generally available on a 48-hour turnaround.

We have representatives in the US, Asia and Europe.  We would like to meet with your Decision Makers sooner rather than later to provide an overview of the MMP Portfolio Licensing Program, and to discuss what opportunities remain available in your industry sector.

Mr. O'Neal
12 OCT 05
Page 4 of 4

    We look forward to getting acquainted and to serving you.

    Sincerely,

*Mike Davis*

Mike Davis
Vice President Licensing

Enclosures   (1) NEC Microprocessors covered by MMP Portfolio
                 (2) Claim Chart Analyses of select NEC microprocessors
                 (3) MMP Portfolio Materials Disc

cc:  Logan G. Robinson
VP and General Counsel