

# Moore Microprocessor Portfolio - "MMP"

## ムーア・μプロセッサー・ポートフォリオ："MMP"

### Overview & Opportunity

概要と好機

# Delphi Corporation

# ライセンシー



# Attendees
# 会議参加者

Alliacense                                    Delphi



# Agenda
# アジェンダ

- TPL Overview

- MMP Portfolio Overview

- MMP Licensing Program

- TPL 概要

- MMPポートフォリオ概要

- MMP ライセンシング・プログラム



# TPL Group – Overview
# TPLグループ会社概要



| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED | テクノロジー プロパティーズ リミッティド社 |



# TPL Group – Charter
# TPLグループについて

- 18 Years

- A Small, Privately-Held Group
  - DEL, Chairman & Principal

- Tight Focus:
  - Translate Proprietary Product Technology into a Structured Business Opportunity

  - Deliver that Opportunity to Carefully-Defined Decision-Makers

- 18年

- 株式未上場少数精鋭集団
  - 会長：ダニエル E. レクロン

- 事業の焦点
  - 所有権を有する製品技術を体系的なビジネス機会へと導き、かつその構築をはかる

  - それらビジネス機会を注意深く選別された意志決断者に届ける



# TPL Group – Experience
# TPLグループ- 経験・業績

**BROAD RANGE OF TECHS AND INDUSTRIES:**

広範囲にわたる技術と業界

- VIDEO SIGNAL PROCESSING - PIP
- AUDIO SIG PROC / PSYCHO ACOUSTICS - EARPIECE
- WIRELESS COMM – IR / RF
- µP – RISC / MISC
- COMPUTER HARDWARE / SOFTWARE
- SEMICONDUCTOR PROCESS
- POLYMER RECYCLING
- NANO-PARTICLES
- WATER TREATMENT

- ビデオ信号プロセシング（PIP）
- 音声信号プロセシング・心理音響関連・イヤピース
- 無線通信　−−　赤外線・無線周波数関連
- マイクロプロセサー: RISC / MISC
- コンピュータハードウェア及びソフトウェア
- 半導体プロセス
- ポリマー・リサイクリング
- ナノ粒子
- 水処理



# TPL Group – Experience
# TPLグループ - 経験▪業績

## World Class Partners
















Subject to FRE408.  © Alliacense 2006.  Confidential & Proprietary.



# The TPL Group Enterprises
# TPLグループ関連会社

- IntellaSys
  - Revolutionary New Multicore Processor Technologies
  - SEAforth multicore solutions
    - Raise the performance-per-watt bar

- OnSpec
  - Developer and Marketer of Digital Controller ICs for Flash Memory Devices

- Indigita
  - Developer and Marketer of Advanced HD Video Processing Solutions

- SWAT
  - "Subwavelength  Acoustic Technology" and "Acoustic Communication Research"
    - Revolutionary Hearing Aid Devices
    - Revolutionary Listening Devices for Consumer Electronic Applications

- Alliacense
  - TPL's Dedicated Licensing Enterprise
  - Design and Execution of Intellectual Property Licensing Programs

- インテラシス社
  - 革新的新マルチコア・プロセッサー技術
  - SEAフォース・マルチコア・ソリューション
    - ワット当り性能の基準を引き上げる

- オンスペック社
  - フラッシュ・メモリー・デバイス用のデジタル・コントローラICsの開発およびマーケティング

- インデジタ社
  - 高度HDビデオプロセシングソリューションの開発およびマーケター

- スワット社
  - 「サブ波長オーディオ技術」と「音波通信研究開発」
    - 革新的補聴器デバイス
    - 革新的な消費者向エレクトロニクスアプリケーション用の聴覚デバイス

- アライアセンス社
  - TPL専属ライセンシング会社
  - 知的財産権プログラムの設計および実施



# TPL Group Intellectual Property Strategies

**Strategies for Success**

- Focus
  - Building Long Term Relationships

- Partners, not Adversaries

- Solutions, not Problems
  - Deliver Significant Opportunities

- In-Person, Often

**成功への戦略**

- 焦点
  - 長期的な関係の確立

- パートナーであり、敵対者ではない

- 解決策であり、問題の提供ではない
  - 大きなビジネス・チャンスの提供

- 頻繁な、対面による関係



# Agenda
# アジェンダ

- TPL Overview
- **MMP Portfolio Overview**
- MMP Licensing Program

- TPL 概要
- **MMP ポートフォリオ概要**
- MMP ライセンシング・プログラム



# "MMP" - Moore µProcessor Portfolio
## [MMP]：ムーア・マイクプロセッサー・ポートフォリオ





# MMP Portfolio Background
# MMPポートフォリオの背景





### CHUCK MOORE

### チャック・ムーア氏

- '60-'70 MIT & STANFORD: PHYSICS
- '70-'78 - SMITHSONIAN ASTROPHYSICS PROJECT
  - WORLD'S 1ST RADIO TELESCOPE
  - KITT PEAK OBSERVATORY
  - CREATED THE FORTH LANGUAGE
  - SPARC, PowerPC, x86 BOOT FORTH

- 60年代から70年には、MIT及びスタンフォード大学の物理学専攻
- 70年から78年にはスミソニアンの天体物理学プロジェクトに参加
  - 世界初の電波望遠鏡
  - KITTピーク気象観測所
  - Forth言語の開発
  - SPARC、パワーPC、x86 Boot Forth



# MMP Portfolio Background
# MMP ポートフォリオの背景



## CHUCK MOORE

- '80-'84:  Designed 1st RISC µP
  - Marketed by Harris Corp (RTX2000)
  - Widely Used by NASA
  - Remarkable Lifespan '84 - '06

- '89-'90:  Developed ShBoom
  - TPL/Moore Joint Venture for ShBoom
  - TPL Filed MMP Patent Applications

## チャック・ムーア氏

- 80—84年、世界初のRISC µPを設計
  - Harris社によって市場化される(RTX2000)
  - NASAで広く使用
  - 1984年－2006年までの驚くべく長寿命

- 89—90年、ShBoomの開発
  - TPL/ムーア氏間の合弁によるShBoom
  - TPLがMMP特許申請をした



# MMP Portfolio Life Cycle
## MMPポートフォリオ・ライフサイクル



*Alliacense is a TPL Group Enterprise.*    Subject to FRE408. © Alliacense 2006. Confidential & Proprietary.



# MMP Portfolio Overview
# MMPポートフォリオ概要

| Japan  日本 | United States  米国 | Europe  欧州 |
|---|---|---|
| | Separate CPU & I/O Clocks<br>個別のCPUとI/Oクロック | |
| | Embedded Memory & Inter-processor Communication<br>内蔵メモリー&プロセッサー間コミュニケーション | |
| Multiple Instruction Fetch<br>マルチ・インストラクション・フェッチ | | |



# 3 Principle US Patents
# 主要な三米国特許

| | |
|---|---|
| US'336 米国特許'336 | Separate CPU & I/O Clocks 個別のCPUとI/Oクロック |
| US'148 米国特許'148 | Embedded Memory & Inter-processor Communication 内蔵メモリー＆プロセサー間コミュニケーション |
| US'584 米国特許'584 | Multiple Instruction Fetch マルチ・インストラクション・フェッチ |



# MMP Portfolio Overview
# MMPポートフォリオ概要

- All US patents in the MMP Portfolio are continuations of US'749

- High Performance, Low Cost Microprocessor Architecture

- Priority Date: 1989

- Royalty Period: 2000-2016

- MMPポートフォリオ内の全米国特許は米国特許'749の継続特許である

- 高性能、低コスト・マイクロプロセッサー・アーキテクチャー

- 優先日：1989年

- ロイヤリティ期間: 2000-2016



# MMP Portfolio Overview
# MMPポートフォリオ概要

## Key Benefits of MMP Technology   MMP技術の主な利点

Higher Performance
高性能
Lower Cost
低コスト
Lower Power Consumption
低消費電力

### '336
On-chip CPU clock and independent I/O clock create more efficient system
オンチップCPUクロックと独立したI/Oクロックはより効率的なシステムを作成

### '148
Placing memory on same die reduces power consumption, and memory access times
同一ダイ上にメモリーを置くことで消費電力とメモリー・アクセス時間を低下

### '584
Fetching multiple instructions per clock cycle reduces power consumption and processing time
一クロックサイクル当り複数インストラクションのフェッチングをすることで消費電力と処理時間を低下

Subject to FRE408.  © Alliacense 2006.  Confidential & Proprietary.



# US '336 - In Brief
# 米国特許'336－要約

| US'336<br>米国特許'336 | Separate CPU & I/O Clocks<br>個別のCPUとI/Oクロック |
|---|---|

- **Modern Necessity**
  - μProcessors
  - μControllers
  - Systems on Chip

- **Advertised Occasionally**
  - μControllers

- **現代の必需品**
  - マイクロプロセッサー
  - マイクロコントローラ
  - システムズ・オン・チップ

- **時折、宣伝される**
  - マイクロコントローラ



# US '336 - Structure
# 米国特許'336 ‒ 構成

- 4 Independent Claims

- Basic Elements
  - On-Chip CPU Clock
  - Varying Together with CPU
  - On-Chip I/O Interface
  - A Second I/O Clock

- 4つの独立クレイム

- 基本要素
  - オン・チップCPUクロック
  - CPUと一緒に変動
  - オン・チップI/Oインターフェース
  - 二番目のI/Oクロック



# US '336    Claim 1
# 米国特許'336  クレーム1



μProcessor  マイクロプロセッサー

Ring Oscillator Variable Speed Clock 1
リング・オシレーター可変スピード・クロック1

Central Processing Unit
中央演算処理装置

Request
リクエスト

Ready
レディー

Data / Address
データ/アドレス

I/O Interface
I/Oインターフェイス

Clock 2
クロック2



# US '336    Claim 3
# 米国特許'336　クレーム3





# US '336      Claim 6
# 米国特許'336　クレーム6





# US '336     Claim 10
# 米国特許'336  クレーム10





# Varying Together
# 一緒に変動

## <u>ALL</u>
## ON-CHIP
## OSCILLATORS
## ARE
## VARIABLE

## あらゆる
## オンチップ・
## オシレーターは
## 変動する

– Without exception

– Despite the On-going Best Efforts of Industry

– For the Foreseeable Future

– Thus, the Frequent Use of PLLs

– 例外無しに

– 業界の継続した最善の努力にも関わらず

– 将来、当分の間

– 故に、頻繁なるPLLsの使用



# Variations during operation
# 操作中の変動

– Operation outside of the programmed range
– State-to-state variation
– Variability in the start up state (PLL not yet involved)

– プルグラム範囲外での動作
– ステート間のバラツキ
– 開始時ステートのバラツキ (PLL はまだ 関与していない)





# Die to Die Manufacturing Variations
# ダイ間の製造バラツキ

- Processing frequency varies due to variations in manufacturing process

- 処理周波数は製造プロセスバラツキによって変動する





# US '336    Clock 2
# 米国特許'336　クロック2

| CLK2- Sources for Clocking _ _ _ _  2 -_ _ _ _ _ _ _ _ _ _ | | |
|---|---|---|
| External Clock _ _ _ _ _ _ Claims 1, 3, 6 & 10 | | Internal Clock _ _ _ _ _ _ Claims 1 & 3 |
| Embedded Clock _ _ _ _ _ _ | Dedicated Clock  Pin _ _ _ _ _ _ _ _ | |
| Video, Audio Ethernet Fiber Channel Serial ATA IEEE 1394 USB Bluetooth | DVI PCI SPI AGP MII I2C Neighboring Processor Ultra ATA | Sub-clock I/O Oscillator |



# Sources of Clocking
# クロッキング・ソース

## Dedicated Clocking Pin [I2C]
## 専用クロッキング・ピン[I2C]

## Embedded Clocking [USB]
## 内蔵クロッキング[USB]

### SCL-Clock ; SDA- Data





NEC uPD720130 DataSheet, NEC,p.3



# CLK2 Sources - USB
# クロック2ソースーUSB

Note: The Universal Serial Bus (USB) is an I/O bus. The USB carries a receiving stream, that extracts a receive clock from the receive stream. This is diagrammed in the following figure:

注釈:ユニバーサル・シリアル・バス(USB)はI/Oバス。USBは受信ストリームの伝達を行い、それは受信ストリームから一つの受信クロックを抽出する。これに関しては次図を参照のこと。



Figure 11-14. Example Hub Repeater Organization

Universal Serial Bus Specification, p. 324



# US'148  Summary
# 米国特許'148要約

| US'148 米国特許'148 | Embedded Memory & Inter-processor Communication 内蔵メモリー&プロセッサー間コミュニケーション |
| --- | --- |

- Modern Necessity

- Found in Most
  - Microcontrollers with Flash Memory
  - µProcessors
  - Systems on Chip

- Advertised
  - Core Size

- 現代の必需品

- 殆どの下記の製品に見られる
  - フラッシュ・メモリー付マイクロコントローラー
  - マイクロプロセッサー
  - システムズ・オン・チップ

- 宣伝は
  - コア・サイズ



# US '148    Structure
# 米国特許'148　構成

- 4 Independent Claims
  - 1, 4, 8, 11

- Basic Elements
  - CPU with Variable Speed Clock & Memory On-Chip

  - Memory Larger than CPU

  - Memory Majority of Chip

- 独立した4つのクレイム
  - 1, 4, 8, 11

- 基本要素
  - 可変スピードクロックとメモリ・オン・チップのCPU

  - CPUより大きなメモリー

  - チップの大多数がメモリー



# US '148 Systems on Chip
# 米国特許'148 システムズ・オン・チップ

## Embedded Memory Increasingly Dominates Chip Area for SoC

SoCにおいては、内蔵メモリーはますますチップ・エリアを支配する



内蔵メモリーは技術の提供において重要な差別化要因になっている。

*Embedded Memory becomes a Key Differentiator in Technology Offerings*

Embedded Market Convergence - Rising to the Challenge, Simson, Embedded Processor Forum, June 2003, pg. 54



# US '148    Example
# 米国特許'148  事例

Total on-chip embedded memory occupies 50.76% of the total die area.
オン・チップ内蔵メモリーの合計はダイ・エリア合計の50.76%を占める



Characteristics of the world's first mass-production of 0.18 FeRAM-embedded SoCs 1)

■Achieves smaller chip size, about one-fifth of previous products with 8K byte FeRAM.

8-bit micro controller cryptographic circuit

FeRAM 8kB

0.18μmFeRAM-embeded product (FeRAM : 8Kbyte)

ROM 16kB

RAM 1kB

ANALOG I/F

Copyright (C) 2004 Matsushita Electric Industrial

**Panasonic**

The world's first mass production of FeRAM-embedded system-on-a-chip (SoC) using a 0.18 μm processing technology

A wide variety of potential applications for a ubiquitous network society

July 14, 2003



# US '148   Example
# 米国特許'148  事例

Total on-chip embedded memory occupies 92.4% of the total die area
オン・チップ内蔵メモリーの合計はダイ・エリア合計の92.4%を占める



The µPD77050- A New Low-power DSP for Mobile Multimedia Applications, IKEKAWA, EPF 2002, pg. 12



# US '148    Example
# 米国特許'148  事例

Total on-chip embedded memory occupies 80.07% of the total die area
オン・チップ内蔵メモリーの合計はダイ・エリア合計の80.07%を占める



A Multithreaded PowerPC Processor for Commercial Servers, Borkenhagen et al., MEI J. RES. DEVELOP. VOL. 44 NO. 6 NOVEMBER 2000, p.888.



# US '148 Example
# 米国特許'148　事例

Total on-chip embedded memory occupies 57.3% of the total die area
オンチップ内蔵メモリーの合計はダイエリア合計の57.3%を占める



Blackfin DSP & Arm7TDMI Analog Device

Level 2 Chipography LG A7110, Portelligent, July 2005



# US '584    In Brief
# 米国特許'584    要約

| US'584<br>米国特許'584 | Multiple Instruction Fetch<br>マルチ・インストラクション・フェッチ |
| --- | --- |

- Breaks the 1 Instruction per Cycle Bottleneck

- Modern Necessity
  - Embedded Processors
  - μProcessors
  - Systems on Chip

- Advertised Widely

- Examples of Multiple Instruction Fetch
  - Superscalar
  - VLIW
  - SIMD, MIMD
  - Compression/Substitution

- サイクル当り1インストラクションというボトルネックを解決

- 現代の必需品
  - 内蔵プロセッサー
  - マイクロプロセッサー
  - システムズ・オン・チップ

- 広く宣伝されている

- マルチ・インストラクション・フェッチの例
  - Superscalar
  - VLIW
  - SIMD, MIMD
  - Compression/Substitution

Subject to FRE408. © Alliacense 2006.  Confidential & Proprietary.



# US '584 Structure
# 米国特許' 584　構成

- 3 Independent Claims
  - 1, 20, 29


- Basic Elements
  - CPU + Memory
  - Multiple Instruction Fetch by:
    - Fetching Groups of Instructions From Memory
    - Identifying Operand or Instruction Based on Position within Group
    - Supplying identified Operand or Instructions or both to the CPU

- 3つの独立クレーム
  - 1, 20, 29


- 基本要素
  - CPU ＋ メモリー
  - マルチ・インストラクショ　ン・フェッチは。。。
    - メモリーから複数インストラクショングループをフェッチング
    - グループ内の位置により、オペランドまたはインストラクションを認識
    - 認識されたオペランドまたはインストラクション、またはその両方をCPUに供給



# MMP Portfolio Summary
# MMPポートフォリオ要約

- MMP Not Subject to Mandatory Licensing

- MMP is a "Multiple Patent" Portfolio
  - 11 Independent Claims
  - 52 Claims in Total
  - Statistical Likelihood of Avoiding all Claims is Nominal

- Proof of Infringement is Publicly Available

- US Law Gives MMP a Strong Presumption of Validity

- MMPポートフォリオは強制ライセンシングの対象ではない

- MMPは「複数特許」ポートフォリオである
  - 11の独立クレーム
  - 合計で52クレーム
  - 全クレームを回避するという統計的見込みは極めて少ない

- 侵害の証拠は公けの場所から入手できる

- 米国法はMMPに対し、強力な有効性の推定を与える



# Indemnity for Infringement
# 侵害における損失補償

- Ability to seek refuge in indemnity contracts is remarkably impaired

  - <u>Dilution & Redirection</u>:  most systems include many chips from multiple vendors

  - <u>System-Level Infringement</u>:  MMP Portfolio contains system-level claims.

  - <u>Indemnity Exclusions</u>:
    - Microprocessors rarely act "alone and not in combination"

    - Chips regularly made to customer specifications (eg; SOC's)

  - Failure to Mitigate Damages: Program rates widely understood to increase over time and between rounds.

- 損失補償契約上における避難追及能力は著しく損なわれる

  - <u>希薄化および方向転化</u>:  殆どのシステムは複数業者からの多チップを包含している

  - <u>システムレベル侵害</u>:  MMP ポートフォリオはシステムレベルのクレームを含んでいる

  - <u>損失補償免責</u>:
    - マイクロプロセッサーが「組み合わせて使用されずに単一で使用されること」はまれである

    - チップが顧客仕様に合わせて製造されることは一般的に行われている（例：SOC's）

  - 損害額の回避・軽減に失敗した場合: プログラム・レートは時間とラウンドの経過に従って上昇するということは広く理解されている



# Agenda  アジェンダ

- TPL Overview

- MMP Portfolio Overview

- MMP Licensing Program

- TPL 概要

- MMP ポートフォリオ概要

- MMP ライセンシング・プログラム



# MMP Licensing Program
# MMPライセンシング・プログラム

## Status
## ステータス



# Licensing Program Update
# ライセンシング・プログラム・アップデート

## NEW MMP LICENSEES  新たなMMPライセンシー

 

   

- Standard MMP License Agreement
- Worldwide, non-exclusive
- System License
  - Royalty Bearing
  - Covers All Products Containing an Implementation
- Implementation License
  - Royalty Free
  - Covers All Chips Containing a CPU
  - License to Make and Sell Only

- 標準MMPライセンス契約書

- グローバル対応、非独占ライセンス
- システムライセンス
  - ロイヤリティの支払
  - インプレメンテーションを含む全製品をカバーする
- インプレメンテーション・ライセンス
  - ロイヤリティ・フリー
  - CPUを含む全チップをカバー
  - 製造および販売のみのライセンス

Subject to FRE408. © Alliacense 2006.  Confidential & Proprietary.



# MMP Chain of Title
# MMP所有権の経緯





# MMP Portfolio Background
# MMPポートフォリオの背景





# MMP Licensing Program
# MMPライセンシング・プログラム

Structure

構成



# MMP Licensing Program
# MMPライセンシング・プログラム

- Royalty Collected at End-User Product Level Only
  - Portfolio Contains System-Level Claims
  - Most End-User Products Contain Chips from Many Sources

- Implementation Coverage at no Extra Cost
  - Optional Implementation License
  - Reporting

- ロイヤリティはエンドユーザー製品レベルでもってのみ回収される
  - ポートフォリオはシステムレベルのクレームを包含している
  - 殆どのエンドユーザー製品は多ソースのチップを使用している

- 追加コスト無しで、インプレメンテーションをカバーする
  - オプションとしてのインプレメンテーション・ライセンス
  - 報告



# MMP License Terminology
# MMPライセンス語彙

- "Licensed Product"
  - Complete, Ready-to-Use, End-User Product
  - Contains an "Implementation"
  - Bears a Licensee Brand

- "Implementation"
  - Chip, PCB, Subassembly
  - Incorporating MMP Feature (contains CPU)

- 「ライセンス製品」
  - 完成品ですぐに使用可能なエンド・ユーザー製品
  - インプレメンテーションを含む
  - ライセンシーのブランドである

- インプレメンテーション
  - チップ、PCB、サブ・アセンブリー
  - MMPのフィチャーを取り組んでいる（CPUを含む）



# Implementation License Examples
## インプレメンテーション・ライセンス事例

Implementation / System Structure is popular in "Standards" Licensing Programs

…The MMP Portfolio is a "De Facto" Standard

インプレテーション/システム構成は「標準」ライセンシング・プログラムでは一般的である

…MMPポートフォリオは「事実上」の標準である

| PROGRAM | IMPLEMENTATION ROYALTY / LICENSE REQUIRED | END-USER PRODUCT ROYALTY | LICENSORS |
|---|---|---|---|
| MLP DVD -A | $0 / Yes | $0.50 | Dolby |
| Dolby Digital AC-3 | $0 / Yes | $1.00 | Dolby |
| MPEG2 Audio AAC | $0 / No | $0.50 | AT&T, Dolby, FhG Philips, Sony |
| MPEG4 Audio AAC | $0 / No | $0.70 | AT&T, CT, Dolby, ETRI, FT, FhG, Philips, MEI, NEC, NTT, Nokia, Samsung, Sony |
| AVC H.264 Video Coding | $0 | $0.20 | ETRI, FT, Fujitsu, Hitachi, Philips, LG, MEI, MS, Mitsubishi, Bosch, Samsung, Sedna, Sharp, Siemens, Sony, Columbia, Toshiba, JVC |
| IEEE 802.11x | $0 | $0.50 | France Telecom, Fujitsu, NJRC, Philips,_ LG, Sony |
| IEEE 1394 Firewire | $0 | $0.25 | Apple, Canon, Hitachi, Philips, LG, MEI, Samsung, Sony, ST, Toshiba |
| MPEG2 Video | $0 | $2.50 | Alcatel, Canon CIF Columbia, FT, Fujitsu, GI, GE, Hitachi, KDDI LG, MEI, Mitsubishi,    NTT, Philips, Bosch, Samsung, Sanyo, SA, Sharp, Sony, Thomson, Toshiba |
| ETSI DVB -T | $0 | $0.75 | FT, Philips, MEI, JVC |
| Macrovision DVD Encoding | $0 | Annual Fee | Macrovision |
| 6C Entity | $0 | 4% or $4 minimum | Hitachi, Matsushita, Mitsubishi, AOL Time Warner, Toshiba, Victor, IBM |



# MMP Licensing Program
# MMPライセンシング・プログラム

## MMP Portfolio Pricing / Incentive Strategy

## MMPポートフォリオ価格 とインセンティブの戦略



# MMP Licensing Program
# MMPライセンシング・プログラム

- Opportunities are arranged by Industry Segments.

- A tiered pricing structure is applied which favors early-movers, and disadvantages slower-moving competitors.

- 好機は業界セグメント毎に用意されている。

- 階層的価格は早期行動者に有利であり、行動の遅い競合会社には不利になるように構成されている。

| Aerospace & Defense | Appliance & Tool | Audio/ Visual | Auto & Truck Mfrs | Auto & Truck Parts | Business Machines | Computer Peripherals |
|---|---|---|---|---|---|---|
| 1st | 1st | 1st | 1st | **Kenwood** | 1st | **Seiko Epson** |
| 2nd | 2nd | 2nd | 2nd | 2nd | 2nd | 2nd |
| 3rd | 3rd | 3rd | 3rd | 3rd | 3rd | 3rd |
| Standard Program Rates  標準プログラムレート | | | | | | |



# MMP Licensing Program
# MMPライセンシング・プログラム

- Opportunities are arranged by Industry Segments.

- A tiered pricing structure is applied which favors early-movers, and disadvantages slower-moving competitors.

- 好機は業界セグメント毎に用意されている。

- 階層的価格は早期行動者に有利であり、行動の遅い競合会社には不利になるように構成されている。

| Computer Storage | Computers | Consumer Electronics | Elect Test, Msmnt. & Controls | Game Consoles | Heavy Equip. & Machinery | Industrial Products |
|---|---|---|---|---|---|---|
| 1st | **HP** | **Casio** | 1st | **Sony** | 1st | 1st |
| | **Fujitsu** | 2nd | 2nd | 2nd | 2nd | 2nd |
| 3rd | 3rd | 3rd | 3rd | 3rd | 3rd | 3rd |
| Standard Program Rates  標準プログラムレート | | | | | | |



# MMP Licensing Program
# MMPライセンシング・プログラム

- Opportunities are arranged by Industry Segments.

- A tiered pricing structure is applied which favors early-movers, and disadvantages slower-moving competitors.

- 好機は業界セグメント毎に用意されている。

- 階層的価格は早期行動者に有利であり、行動の遅い競合会社には不利になるように構成されている。

| Medical Equipment | Mobile Comm. | Networking & Comm. | Photography Equipment | Scientific & Technical Instruments | Servers | Specialized Computers |
|---|---|---|---|---|---|---|
| **Olympus** | 1st | 1st | **Nikon Pentax** | 1st | 1st | 1st |
| 2nd | 2nd | 2nd | 2nd | 2nd | 2nd | 2nd |
| 3rd | 3rd | 3rd | 3rd | 3rd | 3rd | 3rd |
| Standard Program Rates  標準プログラムレート | | | | | | |

*Alliacense is a TPL Group Enterprise.*                                Page 54                                Subject to FRE408.  © Alliacense 2006.  Confidential & Proprietary.



# MMP Licensing Program
# MMPライセンシング・プログラム

| Licensee #1 Per Industry Segment | Licensee #2 Per Industry Segment | Licensee #3 Per Industry Segment | All Others |
|---|---|---|---|
| ライセンシ #1 業界セグメント毎 | ライセンシ #2 業界セグメント毎 | ライセンシ #3 業界セグメント毎 | その他全て |
| 1st Round X | 2nd Round X+ | 3rd Round X++ | Standard Program 1.8%, 7.2% |
| 第一ラウンド | 第二ラウンド | 第三ラウンド | 標準プログラム |



# Who Are Your Competitors?
# 御社の競合会社は？

- Several Methods to Evaluate
- Major Revenue Generating Business Segments

- 評価方法は複数ある
- 主要売上を出している事業セグメント

| **Delphi Corporation**<br>**List of Competitors** | |
|---|---|
| Aisin Seiki<br>American Axle & Manufacturing Holdings, Inc.<br>ArvinMeritor, Inc.<br>Autoliv, Inc.<br>BorgWarner Inc.<br>COFIDE<br>Continental AG<br>Dana Corporation<br>Dura Automotive Systems | Denso Corporation<br>Federal-Mogul Corporation<br>Intier Automotive Inc.<br>Johnson Controls<br>Key Safety Systems (Key Automotive Group)<br>Lear Corporation<br>Magna International<br>Robert Bosch<br>TRW Automotive Holdings<br>Visteon Corporation |

Subject to FRE408.  © Alliacense 2006.  Confidential & Proprietary.



# Negotiated Royalty Rate Examples
# 交渉済みロイヤリティ率の事例

| Licensor | Licensing Program | Approx Royalty Rate |
|---|---|---|
| ELECTRONICS SECTOR | | |
| 6C Entity (Hitachi, MEI, Warner, Toshiba, IBM, JVC) | DVD | 4% |
| Philips | DVD | 0.75% |
| 3C Entity (Philips, Sony, Pioneer) | DVD | 5% |
| MPEGLA | MP2 Video DVD, DTV | 2% |
| Dolby | DVD, DTV | 1.5% |
| Thomson | DVD | $0.02 / disc |
| Macrovision | DVD | $0.02 / disc |
| FhG, Dolby, AT&T, Sony | MP4 AAC – Digital Satellite Radio, iPod | 1% |
| Aura, Daewoo | HDTV | 1.8% |
| TPL | Picture in Picture | 1.8% |
| Gamma, Fusan | Digital audio | 3% |
| IBM | AT / XT | 3% |
| MTC Electric | AC/DC converter | 6% |
| Ovonic Battery | Battery Patent | 3.5% |
| Symbol Tech | Bar code capture | 7.5% |
| Unisys | LZW compression | 1% |
| IBM | Group 1 | 1% |
| | Group 2 | 2% |
| | All | 5% |
| Discovision | CD Replication | 3% |
| MEDICAL SECTOR | | |
| DDI | Diagnostic kits | 6% |
| Future Medical | Micro filter | 5% |
| Hailey Energy | Cyto Diagnostic | 9% |
| Molecular Bio | Acid probe | 5.5% |
| Pfizer | Burn dressing | 5% |
| Roche | PCR | 9% |



# MMP Licensing Program
# MMPライセンシング・プログラム

Exposure Analysis

and Proposal


リスク分析とご提案



# Products Analyzed
# 分析済み製品

- Analyzed Products are Exemplary Only - Random sampling of products where technical information was available.

- Indications are that virtually all Products utilizing microprocessors may be affected

- 分析済み製品はあくまでも事例のためのものである － 技術的情報が入手可能な製品を無作為抽出する

- マイクロプロセッサー使用の文字通り全製品が侵害の可能性ありとの示唆

**Alliacense**

10050 N. Wolfe Rd.
Cupertino, CA 95014
tel. (408) 446-4222
fax (408) 446-4444

Product Report
Delphi Corporation - TPL MMP Portfolio v.1
Table of Contents with Links
(click the item to link to it)

Consumer Products
Satellite Radio
1.0   Delphi XM SkyFi Satellite Radio SA10000 - US'336
    1.1   Atmel ATmega323 / ATmega323L datasheet, Atmel, 2003
    1.2   Process & Environmental Variation Impacts on ASIC Timing, Zuchowski, et al., IEEE, 2004
    1.3   A 7-MHz Process, Temperature and Supply Compensated Osc, GA Inst of Tech, 2003
    1.4   ST Micro STA400A XMRadio SDARS Channel Decoder Datasheet, ST Micro, 2003

GPS Navigation
2.0   Delphi Grundig Navigation System Nav100 - EU'730
    2.1   Samsung S3C2410X User's Manual, 2003
    2.2   ARM9TDMI Technical Reference Manual, ARM, 2000
    2.3   ARM920T Technical Refernce Manual, ARM, 2001
    2.4   An Introduction to Thumb, ARM, 1995

Commercial Products
Adaptive Cruise Control
3.0   Delphi Vision/Fusion System Forward Sensing Module 2 - US'336
3.0a  Delphi Vision/Fusion System Forward Sensing Module 2 - US'584
    3.1   Freescale MPC6200 Datasheet, Freescale, 2005
    3.2   Process & Environmental Variation Impacts on ASIC Timing, Zuchowski, et al., IEEE, 2004
    3.3   A 7-MHz Process, Temperature and Supply Compensated Osc, GA Inst of Tech, 2003
    3.4   Freescale Adaptive Cruise Control (SC2025), Freescale, 2005
    3.5   Freescale MC33989 CAN Transceiver Technical Data, Freescale, 2006
    3.6   PowerPC 603e and EM603e User's Manual, IBM, 1998

Powertrain Control
4.0   Delphi Engine Management Engine Control Units - US'584

confidential unpublished work Subject to FRE 408     Page 1 of   2     © Alliacense 2006

4.1   Freescale An In-Depth Look at the MPC5500 Automotive Family, Freescale, 2005
4.2   Freescale e200z6 Reference Manual, Freescale, 2004
4.3   PowerPC Book E Reference Manual, IBM, 2002

confidential unpublished work Subject to FRE 408     Page 2 of   2     © Alliacense 2006



# Relevant Products
# 関連製品

| Business Segment | Product Line<br>Model Name /Number | Product Description |
|---|---|---|
| **Electrical/Electronics & Safety** | | |
| | **Satellite Radio** | |
| 1 | MyFi | Portable Satellite Radio |
| 2 | XM Satellite Fadio | Delphi XM SKYFi2 satellite radio receiver |
| 3 | Roady XT | XM Roady XT is the smallest lightest XM Satellite Radio |
| 4 | XM Signal Repeater | Delphi XM® Signal Repeater |
| | **Vehicle Audio Entertainment** | |
| 1 | 6-Disc | Delphi Integrated 6-Disc CD Changer |
| 2 | MP3 Audio | Vehicle MP3 Audio System |
| 3 | Rear Seat | Delphi Rear Seat Entertainment |
| 4 | Real-Time Traffic | Enabled by Delphi's data decoder and XM NavTraffic Vehicle Audio |
| 5 | Satellite Radio System | Delphi Satellite Radio Systems |
| 6 | Touch Screen Navigation | Delphi Touch-screen Navigation |
| 7 | Fuba FM | Delphi Fuba FM Diversity Reception Systems |
| 8 | Fuba TV | Delphi Fuba TV Reception System |
| 9 | HD Radio | Delphi's HD Radio provides local radio programming digital |
| | **Vehicle Connectivity** | |
| 1 | Telematics Module | Commercial Vehicle Telematics Module phone, GPS Receiver,& DSP |
| 2 | High Value | The Delphi Commercial Vehicle High Value Telematics System |
| 3 | Wireless Networking | Delphi's Commercial Vehicle Wireless Networking uses and 802.11 |



# Relevant Products
# 関連製品

| Business Segment | Product Line<br>Model Name /Number | Product Description |
|---|---|---|
| **Dynamics, Propulsion, and Thermal** | | |
| | **Vehicle Electronic Controls** | |
| 1 | Vehicle Body Electronics | Body Electronics Vehicle and Security Systems |
| 2 | Chassis and Steering | Chassis and Steering Electronic Control Module |
| 3 | Brake Systems | Electronic Brake Monitoring Control Units |
| | **Vehicle Microelectronics** | |
| 1 | IDMC | Delphi Inductive Driver Module Controller IC |
| 2 | ASCZ | Delphi Accelerometer Signal Conditioner IC |
| **Other** | | |
| | **Medical Electronics** | |
| 1 | IVantage™ | IVantage™ Infusion Portable Handheld Pump Device |
| 2 | PocketChart™ | Medical PDA |
| 3 | VitalPoint™ Home | Remote Vital Signs Device |
| 4 | VitalPoint™ | Professional Remote Vital Signs Device |

Subject to FRE408.  © Alliacense 2006.  Confidential & Proprietary.



# Royalty Models

- TPL has developed two royalty models
  - Royalty Exposure Model
  - Tiered Pricing Model

- Each Model has two components
  - Royalty Base
  - Royalty Rate

| | ROYALTY EXPOSURE MODEL [Negotiable – assumptions can be adjusted to actuals] | TIERED PRICING MODEL [Non-negotiable] | |
| --- | --- | --- | --- |
| | | **1st ROUND PRICING → …** | **→ 4th ROUND PRICING** |
| **Royalty Base** | Total Infringing Product Revenue for Exposure Period | Total Relevant Revenue for Exposure Period | Total Relevant Revenue for Exposure Period |
| **Royalty Rate** | Consumer Product       1.8%<br>Commercial Products   7.2% | 1st Round Royalty Rate → … | → 4th Round Royalty Rate |

Subject to FRE408.  © Alliacense 2006.  Confidential & Proprietary.



# Royalty Exposure Model
## ロイヤリティ・エクスポージャー・モデル

ASSUMPTIONS

前提

1. Total Worldwide Sales are constant ('00 to '16) at 2005 level

2. Sales by Business Segment are constant during Royalty Period ('00 to '16) at 2005 level

3. Total Relevant Revenue equals Total Revenue from infringing products (contain CPUs)

1. グローバル総販売額が2000年から2016年までの間、2005年と同レベルを毎年維持する。

2. ビジネスセグメント別販売額は2000年から2016年までのロイヤリティ期間中、2005年と同レベルを毎年維持する。

3. 関連総収入は(CPUを含む)侵害製品の総収入と同じである。



# MMP Portfolio Life Cycle
# MMPポートフォリオ・ライフサイクル



*Alliacense is a TPL Group Enterprise.*

Subject to FRE408. © Alliacense 2006. Confidential & Proprietary.



# 2005 Relevant Revenue by Region
# 2005年度地域別関連販売額

| RELEVANT REVENUE BY BUSINESS SEGMENT - Delphi 2005 | | | |
|---|---|---|---|
| Dollars in Millions | | RELEVANT REVENUE | |
| Business Segment | Reported Revenue | Relevant Portion | Total |
| Dynamics, Propulson, Thermal & Interior | $  11,800 | 55% | $  6,490 |
| Electrical, Electronics & Safety | 13,145 | 55% | 7,230 |
| Automotive Holding Group | 1,913 | 25% | 478 |
| Other | 89 | | - |
| Total | $  26,947 | | $  14,198 |
| | | Percent of Total | 52.7% |

| ESTIMATED RELEVANT REVENUE BY REGION - Delphi 2005 | | | |
|---|---|---|---|
| Dollars in Millions | (a) | (b) | (a) x (b) |
| Region | Net Sales by Region | Percent of Total | Relevant Revenue by Region |
| US | $  18,272 | 52.7% | $  9,627 |
| Japan | | 52.7% | - |
| Europe | 6,700 | 52.7% | 3,530 |
| Asia | 1,303 | 0.0% | - |
| Other | 672 | 0.0% | - |
| Total | $  26,947 | | $  13,157 |



# Royalty Exposure
# ロイヤリティ・エクスポージャー

| ROYALTY EXPOSURE - DELPHI 2000-2015 |
|---|
| Dollars in Millions |

| MMP Relevant Revenue by Region | 2005 Relevant Revenue | Porfolio Life (Years) | Total Relevant Revenue |
|---|---|---|---|
| US | $ 9,627 | 15 | $ 144,409 |
| Japan | - | 10 | - |
| Europe | 3,530 | 10 | 35,301 |
| **TOTAL** | $ 13,157 | | $ 179,710 |

| | | Total Relevant Revenue | Royalty Rate | Total Royalty Exposure |
|---|---|---|---|---|
| Consumer Products | 100% | $ 179,710 | 1.8% | $ 3,235 |
| Commercial Products | 0% | - | 7.2% | - |
| **TOTAL** | | $ 179,710 | | $ 3,235 |



# Thank You for Listening

# ご清聴有り難うございました。