Hearing Date and Time: November 30, 2006 at 10:00 a.m.
Response Deadline: November 24, 2006 at 4:00 p.m.

Robert K. Weiler, Esq. (RW6497)
Green & Seifter, Attorneys, PLLC
OFFICE AND POST OFFICE ADDRESS
One Lincoln Center, Suite 900
Syracuse, NY 13202
Telephone: (315) 422-1391
Fax: (315) 423-2870

Attorneys for Carlisle Engineered Products, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481(RDD)<br>(Jointly Administered) |
| Debtors. | |

-------------------------------------------------------------

**RESPONSE BY CARLISLE ENGINEERED PRODUCTS, INC.
TO DEBTORS' (I) THIRD OMNIBUS OBJECTION (SUBSTANTIVE)
PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN
(A) CLAIMS WITH INSUFFICIENT DOCUMENTATION, (B) CLAIMS
UNSUBSTANTIATED BY DEBTORS' BOOKS AND RECORDS, AND (C)
CLAIMS SUBJECT TO MODIFICATION AND
(II) MOTION TO ESTIMATE CONTINGENT
AND UNLIQUIDATED CLAIMS PURSUANT TO 11 U.S.C. § 502(c)**

Carlisle Engineered Products, Inc. ("Carlisle"), by and through its

attorneys, Green & Seifter, Attorneys, PLLC, for its Response to an objection to

Carlisle's proof of claim filed on July 28, 2006 ("Claim No. 11910") set forth in Debtors'

(I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) and Fed. R.

Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims

Unsubstantiated By Debtors' Books and Records, and (c) Claims Subject To Modification

and (II) Motion to Estimate Contingent and Unliquidated Claims Pursuant to 11 U.S.C. §502(c) filed on October 31, 2006 ("Third Omnibus Claim Objection"), respectfully represents:

1.  This is a Response by Carlisle to Debtors' objection to its claim. The Debtor's Objection is very generally stated, and it seeks reduction of Carlisle's claim in the aggregate amount of $4,868,870.27 to an unsecured claim of $4,673,816.38. No basis for the reduction was set forth in the Third Omnibus Claim Objection.

2.  On July 28, 2006, Carlisle filed a claim in the amount of $4,868,870.27, a copy of which is attached as Exhibit "A". However, within this claim there were two components that have administrative expense priority and for which Carlisle's rights are preserved. One component is the amount of $105,149.16, which was separately itemized in Exhibit "C" to Carlisle's proof of claim and which represents a claim for post-petition purchases of goods by Debtor. In addition, Carlisle previously filed a reclamation claim in the amount of $624,381.61 (Docket No. 316) which is currently the subject of negotiations between Carlisle and Debtors and which is included within the claim.

3.  From the Third Omnibus Claim Objection, Carlisle cannot tell whether the Debtor is willing to allow the $4,673,816.38 as the total claim or is willing to accept the $4,673,816.38 as a general unsecured claim subject to Carlisle's separate right to assert the additional $105,149.16 as a post-petition claim entitled to an administrative expense priority. Carlisle would be willing to acknowledge a reduction of its claim as reduced by Debtor to $4,673,816.38 to be treated as a general unsecured claim on the condition that (a) Carlisle is permitted to continue to claim the additional sum

$105,149.16 for post-petition items (i.e., for goods delivered after the date of the petition for which Carlisle is entitled to an administrative priority claim) and (b) continue to reserve its reclamation claim of $624,301.61, which is otherwise included within the $4,673,816.38 and which will be addressed in other proceedings.

WHEREFORE, Carlisle requests the Court to deny the Third Omnibus Claim Objection or, in the alternative, allow Carlisle a claim of $4,673,816.38 subject to (a) resolution of reclamation claim for $624,301.61 (Docket No. 316); and (b) the right of Carlisle to assert that the additional sum of $105,149.16 should be treated as an administrative expense claim; and granting to Carlisle such other and further relief as the Court deems just and equitable.

Dated: November 21, 2006         GREEN & SEIFTER, ATTORNEYS, PLLC


By: __Robert K. Weiler_____
Robert K. Weiler (RW6497)
Attorneys for Carlisle Engineered Products, Inc.
OFFICE AND POST OFFICE ADDRESS
One Lincoln Center, Suite 900
Syracuse, NY 13202
Telephone: (315) 422-1391
Fax: (315) 423-2870

405481_1.DOC/C0207L-00040