Robert K. Weiler, Esq. (RW6497)
Green & Seifter, Attorneys, PLLC
OFFICE AND POST OFFICE ADDRESS
One Lincoln Center, Suite 900
Syracuse, NY 13202
Telephone: (315) 422-1391
Fax: (315) 423-2870

Attorneys for Carlisle Engineered Products, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------

In re                                            Chapter 11

DELPHI CORPORATION, et al.,                      Case No. 05-44481(RDD)
                                                 (Jointly Administered)
                            Debtors.

---------------------------------------------------------------

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2006, I have caused a true and complete copy of the RESPONSE BY CARLISLE ENGINEERED PRODUCTS, INC. TO DEBTORS' (I)THIRD OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. § 502(B) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) CLAIMS WITH INSUFFICIENT DOCUMENTATION, (B) CLAIMS UNSUBSTANTIATED BY DEBTORS' BOOKS AND RECORDS, AND (C) CLAIMS SUBJECT TO MODIFICATION AND (II) MOTION TO ESTIMATE CONTINGENT AND UNLIQUIDATED CLAIMS PURSUANT TO 11 U.S.C. § 502(C). to be electronically filed with the United States Bankruptcy Court for the Southern District of New York. In addition to the parties served electronically by the Court, I have caused a true and complete copy of the above-referenced document to be served on the parties listed below by mailing a true copy of said document in a postage paid envelope via Federal Express to the following parties:

John Wm. Butler, Jr., Esq.                   Delphi Corporation
Skadden, Arps, Slate, Meagher & Flom LLP     Attention: General Counsel
333 West Wacker Drive, Suite 2100            5725 Delphi Drive
Chicago, IL 60606                            Troy, MI  48098

Alicia M. Leonhard, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Kenneth S. Ziman, Esq.
Simpson, Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Marlene Melican, Esq.
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Robert J. Rosenberg, Esq.
Mark A. Broude, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

Bonnie Steingart, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

Dated: November 21, 2006

/s/ Lenore C. Ellis
Lenore C. Ellis
Green & Seifter, Attorneys, PLLC
One Lincoln Center, Suite 900
Syracuse, NY 13202
(315) 422-1391

405654_1.DOC/C0207L-00040