**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: : | Chapter 11 |
| DELPHI CORPORATION, et al., : | |
| : | Case No. 05-44481 (RDD) |
| Debtors. : | |
| : | (Jointly Administered) |
| : | |

## CERTIFICATE OF SERVICE

    I, Ira M. Levee, of full age, certify that on November 21, 2006, I caused to be served by facsimile and first class mail, a copy of Lead Plaintiffs' Limited Response To Motion Of Certain Employees Of Debtor For Limited Relief From The Automatic Stay, To the Extent Applicable, To Pay And/Or Advance Defense Costs Under The Debtors' Insurance Policies on the parties listed on Exhibit A and by email upon the parties on the 2002 Notice List and by Federal Express overnight delivery a copy to the Chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United State Bankruptcy Court, One Bowling Green New York, NY 10004-1408.

    I certify under penalty of perjury that the forgoing statements are true.

Dated: November 21, 2006                    /s/ Ira M. Levee
                                                       Ira M. Levee

                                                       Lowenstein Sandler PC
                                                     65 Livingston Avenue
                                                     Roseland, NJ 07068
                                                     973.597.2480 (Telephone)
                                                     973.597.2481 (Facsimile)

                                                     *Bankruptcy Counsel to Lead*
                                                     *Plaintiffs and the Prospective Class*

## EXHIBIT A

Richard A. Rossman, Esq.
Matthew J. Lund, Esq.
Pepper Hamilton LLP
100 Renaissance Center, Suite 3600
Detroit, Michigan 48243
(313) 259-7110  (Telephone)
(313) 259-7926 (Facsimile)
***Counsel for Paul Free***

William A. Sankbeil, Esq.
Kerr, Russell & Weber PLC
500 Woodward Avenue, Suite 2500
Detroit, Michigan 48226
(313) 961-0200 (Telephone)
(313) 961-0388 (Facsimile)
***Co-Counsel for John Blahnik***

Christopher A. Andreoff, Esq.
Jaffe, Raitt, Heuer & Weiss PC
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
(248) 351-3000 (Telephone)
(248) 351-3082 (Facsimile)
***Counsel for Laura Marion***

William H. Jeffress, Jr., Esq.
Baker Botts LLP
The Warner
1299 Pennsylvania Ave., NW
Washington, D.C. 20004-2400
(202) 639-7700 (Telephone)
(202) 639-7832 (Facsimile)
***Counsel for J.Tt. Battenburg, III***

Eric P. Wapnick, Esq.
Stoneridge West
4100 Woodward Avenue
Bloomfield Hills, Michigan 48304
(248) 258-1616 (Telephone)
(248) 258-1439 (Facsimile)

***Counsel for Pam Geller***

Thomas W. Cranmer, Esq.
Miller Canfield Paddock & Stone PLC
810 W. Long Lake Road, Suite 200
Troy, Michigan 48098
(248) 267-3381 (Telephone)
(248) 879-2001 (Facsimile)
***Counsel for John Blahnik and Peter Janak***

Martin E. Crandall, Esq.
Clark Hill PLC
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226
(313) 965-8413 (Telephone)
(313) 965-8252 (Facsimile)
***Counsel for Milan Belans***

David Dumouchel, Esq.
Laurie J. Michelson, Esq.
Butzel Long PC
150 W. Jefferson Avenue, Suite 100
Detroit, Michigan 48226
(313) 225-7004 (Telephone)
(313) 225-7080 (Facsimile)
***Counsel for Cathy Rozanski***

Robert M. Stern, Esq.
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
(202) 383-5300 (Telephone)
(202) 383-5414 ) (Facsimile)
***Counsel for Alan Dawes***