BIALSON, BERGEN & SCHWAB
2600 El Camino Real, Suite 300
Palo Alto, California 94306
Lawrence M. Schwab, Esq. (Calif. Bar No. 085600)
Thomas M. Gaa, Esq. (TM1041)

    -and –

OCHS & GOLDBERG, LLP
60 East 42nd Street, Suite 1545
New York, New York 10165
Martin P. Ochs, Esq. (MO1203)

Counsel for Symantec Corporation
Successor by Merger to Veritas Software Corp.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
                  :
**In re:**                    :      **Chapter 11 Case No.**
                  :
**DELPHI CORPORATION, et al.;**  :      **05-44481**
                  :
      **Debtors.**        :      **(Jointly Administered)**
                  :
---------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

    I, Catherine Lee, being duly sworn according to law, depose and say that I am over the age of eighteen years and not a party to or interested in the above-captioned cases. I am an employee of BIALSON, BERGEN & SCHWAB, and my business address is 2600 El Camino Real, Suite 300, Palo Alto, California 94306.

    On November 21, 2006, I served via overnight delivery a copy of **RESPONSE OF SYMANTEC CORPORATION TO DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS** upon the following:

        Counsel for the agent under the Debtors' pre-petition credit facility
                Kenneth S. Ziman, Esq.
               Simpson Thacher & Bartlett LLP
                  425 Lexington Avenue
                   New York, NY 10017

                                          /s/Catherine Lee
                                          Catherine Lee

Subscribed and sworn to (or affirmed) before me on this 21st day of November, 2006, by Catherine Lee, personally known to me or proved to me on the basis of satisfactory evidence to be the person who appeared before me.

/s/ Brian E. Doucette
Brian E. Doucette
Notary Public, State of California
No. 1502757
Commission Expires July 22, 2008