**Hearing Date and Time: November 30, 2006 at 10:00 a.m.**
                                        **Response Date and Time: November 24, 2006 at 4:00 p.m.**

**Sarah F. Sparrow (NC State Bar No. 13112)**
**Ryan S. Luft (RL 3808)**
**Tuggle Duggins & Meschan, P.A.**
**100 North Greene Street, Suite 600**
**P. O. Box 2888**
**Greensboro, NC 27402**
**(336) 378-1431**

*Attorneys for TK Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------- x
                                                  )
In Re:                                       )          Chapter 11
                                                )
**DELPHI CORPORATION,** *et al.,*      )          Case No. 05-44481 (RDD)
                                                )
           Debtors.                     )          (Jointly Administered)
--------------------------------------------------------------- x

**RESPONSE TO DEBTORS' THIRD OMNIBUS CLAIMS OBJECTION [1]**
**BY TK HOLDINGS INC. (CLAIM NO. 10964)**

      **NOW COMES** TK Holdings Inc. ("TK Holdings"), a party to an executory contract with Delphi Technologies, Inc., and responds to the Debtors' Third Omnibus Claims Objection to TK Holdings' Proof of Claim No. 10964 filed against Delphi Technologies, Inc. The Debtors assert that the claim is an unsubstantiated claim and that it should be disallowed and expunged. TK Holdings objects to the disallowance and expungement of this proof of claim by the Debtors. In support thereof, TK Holdings shows the Court the following:

---

[1] Debtors' (1) Third Omnibus Objection (Substantive) pursuant to 11 U.S.C. §502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Claims with Insufficient Documentation, (B) Claims Unsubstantiated by Debtors' Books and Records, and (C) Claims Subject to Modification and (II) Motion to Estimate Contingent and Unliquidated Claims Pursuant to 11 U.S.C. §502(c) ("Third Omnibus Claims Objection")

1.      The proof of claim is based upon an executory contract dated November 12, 2001 which has not been rejected as of this date.  The proof of claim was filed as a contingent unliquidated claim in an undetermined amount as a protective filing to preserve all of TK Holdings' rights. Delphi Technologies, Inc. entered into the license agreement dated November 12, 2001 with TK Holdings.  Delphi Technologies scheduled the 11/21/01 Agreement on its Schedule G, Schedule of Executory Contracts.  Therefore, it is difficult to understand how Delphi Technologies could assert that the claim is unsubstantiated.  The terms of the Agreement prevent TK Holdings from filing the agreement.  However, TK Holdings will provide Debtors' counsel with a copy.  Upon information and belief, Delphi Technologies, Inc. has a copy of the agreement because it listed the agreement as an executory contract on its Schedule of Executory Contracts.

2.      The agreement is an executory contract which is being performed postpetition. TK Holdings cannot determine its damages so long as the executory contract is being performed and has not been rejected.

3.      Disallowance of the proof of claim at this stage in the proceedings is premature until Delphi Technologies, Inc. determines whether it will assume or reject the executory contract.

4.      Any reply to this Response should be addressed to Sarah F. Sparrow at the address below.

5.      The contact information for the person who possesses the authority to reconcile, settle or otherwise resolve the Third Omnibus Claims Objection is Sarah F. Sparrow at the address below.

**WHEREFORE**, TK Holdings Inc. respectfully requests that the Court overrule the Debtors' objection to its Proof of Claim No. 10964.

Dated: November 21, 2006  
      Greensboro, NC

Respectfully submitted,

TUGGLE DUGGINS & MESCHAN, P.A.

By: _/s/ Sarah F. Sparrow_  
    Sarah F. Sparrow[2] (NC State Bar No. 13112)  
    Ryan S. Luft (RL 3808)  
    100 North Greene Street, Suite 600  
    P. O. Box 2888  
    Greensboro, NC 27402  
    (336) 378-1431  
    Fax: (336) 274-6590  
    ssparrow@tuggleduggins.com  
    rluft@tuggleduggins.com

*Attorneys for TK Holdings Inc.*

---

[2] Admitted to practice *pro hac vice* per Order dated November 21, 2006 (Dkt. #5608).

# CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that the undersigned served a copy of the foregoing **Response to Debtors' Third Omnibus Claims Objection by TK Holdings Inc. (Claim No. 10964)** by Federal Express to the parties in interest as shown below, at addresses identified in the Notice of Objection to Claim (Dkt. #5452) (the "Notice"), and electronically by the Court's ECF System.

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI 48098

Davis Polk & Wardwell
Attn: Donald Bernstein and Brian Resnick
450 Lexington Avenue
New York, NY 10017

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John Wm. Butler, Jr.
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Latham & Watkins LLP
Attn: Robert J. Rosenberg and Mark A. Broude
885 Third Avenue
New York, NY 10022

Simpson Thacher & Bartlett LLP
Attn: Kenneth S. Ziman
425 Lexington Avenue
New York, NY 10017

Fried, Frank, Harris, Shriver & Jacobson LLP
Attn: Bonnie Steingart
One New York Plaza
New York, NY 10004

Office of the United States Trustee
Southern District of New York
Attn: Alicia M. Leonhard
33 Whitehall Street, Suite 2100
New York, NY 10004

In addition, the undersigned submitted a copy, as required by the Notice, by Federal Express to the following:

The Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 632
New York, NY 10004

This the 21st day of November, 2006.

*/s/ Sarah F. Sparrow*
Sarah F. Sparrow