BIALSON, BERGEN & SCHWAB
2600 El Camino Real, Suite 300
Palo Alto, California  94306
Lawrence M. Schwab, Esq. (Calif. Bar No. 085600)
Patrick M. Costello, Esq. (Calif. Bar No.117205)

      -and –

OCHS & GOLDBERG, LLP
60 East 42nd Street, Suite 1545
New York, New York 10165
Martin P. Ochs, Esq. (MO1203)

Attorneys for Creditor
Coherent, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
: 
In re: : Chapter 11 Case No.
:
**DELPHI CORPORATION, et al.;** : 05-44481
:
    Debtors. : (Jointly Administered)
:
------------------------------------------------------------ x

## CERTIFICATE OF SERVICE

    I, Catherine Lee, being duly sworn according to law, depose and say that I am over the age of eighteen years and not a party to or interested in the above-captioned cases.  I am an employee of BIALSON, BERGEN & SCHWAB, and my business address is 2600 El Camino Real, Suite 300, Palo Alto, California  94306.

    On November 21, 2006, I served via overnight delivery a copy of **RESPONSE OF COHERENT, INC. TO SECOND AND THIRD OMNIBUS OBJECTIONS TO CLAIMS** upon the following:

    Counsel for the agent under the Debtors' pre-petition credit facility
    Kenneth S. Ziman, Esq.
    Simpson Thacher & Bartlett LLP
    425 Lexington Avenue
    New York, NY 10017

    /s/Catherine Lee
    Catherine Lee

Subscribed and sworn to (or affirmed) before me on this 21st day of November, 2006, by Catherine Lee, personally known to me or proved to me on the basis of satisfactory evidence to be the person who appeared before me.

/s/ Brian E. Doucette
Brian E. Doucette
Notary Public, State of California
No. 1502757
Commission Expires July 22, 2008