Hearing Date and Time: November 30, 2006 at 10:00 a.m.
Response Date and Time: November 24, 2006 at 4:00 p.m.

**Sarah F. Sparrow (NC State Bar No. 13112)**
**Ryan S. Luft (RL 3808)**
**Tuggle Duggins & Meschan, P.A.**
**100 North Greene Street, Suite 600**
**P. O. Box 2888**
**Greensboro, NC 27402**
**(336) 378-1431**

*Attorneys for Takata Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
                                                                 )
In Re:                                                           )    Chapter 11
                                                                 )
**DELPHI CORPORATION,** *et al.,*                                )    Case No. 05-44481 (RDD)
                                                                 )
       Debtors.                )    (Jointly Administered)
---------------------------------------------------------------- x

### RESPONSE TO DEBTORS' THIRD OMNIBUS CLAIMS OBJECTION[1]
### BY TAKATA CORPORATION (CLAIM NO. 10965)

**NOW COMES** Takata Corporation ("Takata"), a party to an executory contract with the Debtors Delphi Corporation and Delphi Technologies, Inc., and responds to the Debtors' Third Omnibus Claims Objection to Takata's Proof of Claim No. 10965 filed against Delphi Technologies, Inc. The Debtors have asserted that the basis for the objection is that it is an unsubstantiated claim and that it should be disallowed and expunged. Takata objects to the disallowance and expungement of this proof of claim by the Debtors. In support thereof, Takata shows the Court the following:

    1.    The proof of claim is based upon an executory contract dated October 24, 2003 which has not been rejected as of this date. The proof of claim was filed as a contingent unliquidated

---

[1] Debtors' (1) Third Omnibus Objection (Substantive) pursuant to 11 U.S.C. §502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Claims with Insufficient Documentation, (B) Claims Unsubstantiated by Debtors' Books and Records, and (C) Claims Subject to Modification and (II) Motion to Estimate Contingent and Unliquidated Claims Pursuant to 11 U.S.C. §502(c) ("Third Omnibus Claims Objection")

claim in an undetermined amount as a protective filing to preserve all of Takata's rights. Delphi Corporation and Delphi Technologies, Inc. entered into an agreement dated October 24, 2003 with Takata Corporation. In addition, the agreement provided for a designation which was made May 6, 2005. The terms of the agreement prevent Takata from filing the agreement. However, Takata will provide a copy to Debtors' counsel.

2. The agreement is an executory contract which is being performed postpetition. Takata cannot determine its damages so long as the executory contract is being performed and has not been rejected.

3. Disallowance of the proof of claim at this stage in the proceedings is premature until the Debtor determines whether it will assume or reject the executory contract.

4. In addition, the Debtor Delphi Technologies, Inc. identified in its Schedule B certain patents which it has sublicensed to Takata. General Motors Corporation dba Delphi Interiors & Lighting Systems entered into an agreement with Takata Corporation, Takata Fabrication Corporation and Takata, Inc. as of September 18, 1995 regarding sublicenses of certain seat belt patents. There may be related agreements. To the extent other agreements are related such agreements are hereby incorporated by reference. These licenses are executory contracts which are being performed postpetition. Takata cannot determine its damages so long as the executory contracts are being performed. Disallowance of the proof of claim is premature until the Debtor determines whether it will assume or reject the executory contract.

5. Any reply to this Response should be addressed to Sarah F. Sparrow at the address below.

6. The contact information for the person who possesses the authority to reconcile, settle or otherwise resolve the Third Omnibus Claims Objection is Sarah F. Sparrow at the address below.

**WHEREFORE**, Takata respectfully requests that the Court overrule the Debtors' objection to its Proof of Claim No. 10965.

Dated: November 21, 2006  
       Greensboro, NC

Respectfully submitted,

TUGGLE DUGGINS & MESCHAN, P.A.

By: _/s/ Sarah F. Sparrow_  
Sarah F. Sparrow[2] (NC State Bar No. 13112)  
Ryan S. Luft (RL 3808)  
100 North Greene Street, Suite 600  
P. O. Box 2888  
Greensboro, NC 27402  
(336) 378-1431  
Fax: (336) 274-6590  
ssparrow@tuggleduggins.com  
rluft@tuggleduggins.com

*Attorneys for Takata Corporation*

---

[2] Admitted to practice *pro hac vice* per Order dated November 21, 2006 (Dkt. #5608).

# CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that the undersigned served a copy of the foregoing **Response to Debtors' Third Omnibus Claims Objection by Takata Corporation (Claim No. 10965)** by Federal Express to the parties in interest as shown below, at addresses identified in the Notice of Objection to Claim (Dkt. #5452) (the "Notice"), and electronically by the Court's ECF System.

| | |
|---|---|
| Delphi Corporation<br>Attn: General Counsel<br>5725 Delphi Drive<br>Troy, MI 48098 | Davis Polk & Wardwell<br>Attn: Donald Bernstein and Brian Resnick<br>450 Lexington Avenue<br>New York, NY 10017 |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: John Wm. Butler, Jr.<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606 | Latham & Watkins LLP<br>Attn: Robert J. Rosenberg and Mark A. Broude<br>885 Third Avenue<br>New York, NY 10022 |
| Simpson Thacher & Bartlett LLP<br>Attn: Kenneth S. Ziman<br>425 Lexington Avenue<br>New York, NY 10017 | Fried, Frank, Harris, Shriver & Jacobson LLP<br>Attn: Bonnie Steingart<br>One New York Plaza<br>New York, NY 10004 |
| Office of the United States Trustee<br>Southern District of New York<br>Attn: Alicia M. Leonhard<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 | |

In addition, the undersigned submitted a copy, as required by the Notice, by Federal Express to the following:

> The Honorable Robert D. Drain
> United States Bankruptcy Judge
> United States Bankruptcy Court
> Southern District of New York
> One Bowling Green, Room 632
> New York, NY 10004

This the 21st day of November, 2006.

                                                                                               */s/ Sarah F. Sparrow*
                                                                                               Sarah F. Sparrow