Hearing Date and Time: November 30, 2006 at 10:00 a.m.
Response Date and Time: November 24, 2006 at 4:00 p.m.

**Sarah F. Sparrow (NC State Bar No. 13112)**
**Ryan S. Luft (RL 3808)**
**Tuggle Duggins & Meschan, P.A.**
**100 North Greene Street, Suite 600**
**P. O. Box 2888**
**Greensboro, NC 27402**
**(336) 378-1431**

*Attorneys for Highland Industries, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               )
In Re:                                                         )      Chapter 11
                                                               )
**DELPHI CORPORATION,** *et al.,*                              )      Case No. 05-44481 (RDD)
                                                               )
        Debtors.                                               )      (Jointly Administered)
---------------------------------------------------------------x

### RESPONSE TO DEBTORS' THIRD OMNIBUS CLAIMS OBJECTION[1]
### BY HIGHLAND INDUSTRIES, INC. (CLAIM NOS. 10966 & 10967)

**NOW COMES** Highland Industries, Inc. ("Highland"), a party to an executory contract with Delphi, and responds to the Debtors' Third Omnibus Claims Objection to Highland's Proofs of Claim Nos. 10966 and 10967 filed against Delphi Technologies, Inc. and Delphi Corporation, respectively. The Debtors assert that the claims are unsubstantiated and that they should be disallowed and expunged. Highland objects to the disallowance and expungement of these proofs of claim by the Debtors. In support thereof, Highland shows the Court the following:

1. The proofs of claim are based upon an executory contract between Highland and Delphi dated January 15, 2004, which has not been rejected as of this date. The proofs of claim were filed as contingent unliquidated claims in an undetermined amount as a protective filing to

---

[1] Debtors' (1) Third Omnibus Objection (Substantive) pursuant to 11 U.S.C. §502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Claims with Insufficient Documentation, (B) Claims Unsubstantiated by Debtors' Books and Records, and (C) Claims Subject to Modification and (II) Motion to Estimate Contingent and Unliquidated Claims Pursuant to 11 U.S.C. §502(c) ("Third Omnibus Claims Objection")

preserve all of Highland's rights. The terms of the agreement prevent Highland from filing the agreement. However, Highland will provide Debtors' counsel with a copy.

2. The agreement is an executory contract which is being performed postpetition. Highland cannot determine its damages so long as the executory contract is being performed and has not been rejected.

3. Disallowance of the proofs of claim at this stage in the proceedings is premature until Delphi determines whether it will assume or reject the executory contract.

4. Any reply to this Response should be addressed to Sarah F. Sparrow at the address below.

5. The contact information for the person who possesses the authority to reconcile, settle or otherwise resolve the Third Omnibus Claims Objection is Sarah F. Sparrow at the address below.

**WHEREFORE**, Highland Industries, Inc. respectfully requests that the Court overrule the Debtors' objection to its Proofs of Claim Nos. 10966 and 10967.

Dated: November 21, 2006           Respectfully submitted,
       Greensboro, NC

                                   TUGGLE DUGGINS & MESCHAN, P.A.


                                   By: /s/ Sarah F. Sparrow
                                       Sarah F. Sparrow[2] (NC State Bar No. 13112)
                                       Ryan S. Luft (RL 3808)
                                       100 North Greene Street, Suite 600
                                       P. O. Box 2888
                                       Greensboro, NC 27402
                                       (336) 378-1431
                                       Fax: (336) 274-6590
                                       ssparrow@tuggleduggins.com
                                       rluft@tuggleduggins.com

                                       *Attorneys for Highland Industries, Inc.*

---

[2] Admitted to practice *pro hac vice* per Order dated November 21, 2006 (Dkt. #5608).

2

## CERTIFICATE OF SERVICE

  **THIS IS TO CERTIFY** that the undersigned served a copy of the foregoing **Response to Debtors' Third Omnibus Claims Objection by Highland Industries, Inc. (Claim Nos. 10966 & 10967)** by Federal Express to the parties in interest as shown below, at addresses identified in the Notice of Objection to Claim (Dkt. #5452) (the "Notice"), and electronically by the Court's ECF System.

| | |
|---|---|
| Delphi Corporation<br>Attn: General Counsel<br>5725 Delphi Drive<br>Troy, MI 48098 | Davis Polk & Wardwell<br>Attn: Donald Bernstein and Brian Resnick<br>450 Lexington Avenue<br>New York, NY 10017 |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: John Wm. Butler, Jr.<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606 | Latham & Watkins LLP<br>Attn: Robert J. Rosenberg and Mark A. Broude<br>885 Third Avenue<br>New York, NY 10022 |
| Simpson Thacher & Bartlett LLP<br>Attn: Kenneth S. Ziman<br>425 Lexington Avenue<br>New York, NY 10017 | Fried, Frank, Harris, Shriver & Jacobson LLP<br>Attn: Bonnie Steingart<br>One New York Plaza<br>New York, NY 10004 |
| Office of the United States Trustee<br>Southern District of New York<br>Attn: Alicia M. Leonhard<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 | |

  In addition, the undersigned submitted a copy, as required by the Notice, by Federal Express to the following:

> The Honorable Robert D. Drain
> United States Bankruptcy Judge
> United States Bankruptcy Court
> Southern District of New York
> One Bowling Green, Room 632
> New York, NY 10004

This the 21st day of November, 2006.

                 */s/ Sarah F. Sparrow*
                 Sarah F. Sparrow