**Hearing Date and Time: November 30, 2006 at 10:00 a.m.**
                                     **Response Date and Time: November 24, 2006 at 4:00 p.m.**

**Sarah F. Sparrow (NC State Bar No. 13112)**
**Ryan S. Luft (RL 3808)**
**Tuggle Duggins & Meschan, P.A.**
**100 North Greene Street, Suite 600**
**P. O. Box 2888**
**Greensboro, NC 27402**
**(336) 378-1431**

*Attorneys for TK Holdings Inc., Automotive Systems*
*Laboratory, Inc., and Takata Seat Belts Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                     )
In Re:                                         )           Chapter 11
                                                   )
**DELPHI CORPORATION,** *et al.,*      )           Case No. 05-44481 (RDD)
                                                   )
              Debtors.                 )           (Jointly Administered)
-----------------------------------------------------------------x

### RESPONSE TO DEBTORS' THIRD OMNIBUS CLAIMS OBJECTION [1]
### BY TK HOLDINGS INC., AUTOMOTIVE SYSTEMS LABORATORY, INC.
### AND TAKATA SEAT BELTS INC. (CLAIM NO. 10570)

      **NOW COME** TK Holdings Inc., Automotive Systems Laboratory, Inc. and Takata Seat Belts Inc. ("TK Holdings"), parties to an executory contract with the Debtors Delphi Corporation and Delphi Technologies, Inc., and respond to the Debtors' Third Omnibus Claims Objection to TK Holdings' Proof of Claim No. 10570 filed against Delphi Technologies, Inc. The Debtors assert that the claim is an unsubstantiated claim and that it should be disallowed and expunged. TK Holdings objects to the disallowance and expungement of this proof of claim by the Debtors. In support thereof, TK Holdings shows the Court the following:

---

[1] Debtors' (1) Third Omnibus Objection (Substantive) pursuant to 11 U.S.C. §502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Claims with Insufficient Documentation, (B) Claims Unsubstantiated by Debtors' Books and Records, and (C) Claims Subject to Modification and (II) Motion to Estimate Contingent and Unliquidated Claims Pursuant to 11 U.S.C. §502(c) ("Third Omnibus Claims Objection")

1. The proof of claim is based upon an executory contract dated November 22, 2004 (the "11/22/04 Agreement") which has not been rejected as of this date. The proof of claim was filed as a contingent unliquidated claim in an undetermined amount as a protective filing to preserve all of TK Holdings' rights. Both Delphi Corporation and Delphi Technologies, Inc. entered into a license agreement dated November 22, 2004 with TK Holdings. Delphi Technologies scheduled the 11/22/04 Agreement on its Schedule G, Schedule of Executory Contracts. Therefore, it is difficult to understand how Delphi Technologies could assert that the claim is unsubstantiated. The terms of the 11/22/04 Agreement prevent TK Holdings from filing the agreement. However, TK Holdings will provide Debtors' counsel with a copy. Upon information and belief, Delphi Technologies, Inc. has a copy of the agreement because it listed the agreement as an executory contract on its Schedule of Executory Contracts.

2. The agreement is an executory contract which is being performed postpetition. TK Holdings cannot determine its damages so long as the executory contract is being performed and has not been rejected.

3. Disallowance of the proof of claim at this stage in the proceedings is premature until Delphi Technologies, Inc. determines whether it will assume or reject the executory contract.

4. Any reply to this Response should be addressed to Sarah F. Sparrow at the address below.

5. The contact information for the person who possesses the authority to reconcile, settle or otherwise resolve the Third Omnibus Claims Objection is Sarah F. Sparrow at the address below.

**WHEREFORE**, TK Holdings Inc. respectfully requests that the Court overrule the Debtors' objection to its Proof of Claim No. 10570.

Dated: November 21, 2006                Respectfully submitted,
       Greensboro, NC

                                        TUGGLE DUGGINS & MESCHAN, P.A.

                                  By:  */s/ Sarah F. Sparrow*
                                        Sarah F. Sparrow[2] (NC State Bar No. 13112)
                                        Ryan S. Luft (RL 3808)
                                        100 North Greene Street, Suite 600
                                        P. O. Box 2888
                                        Greensboro, NC 27402
                                        (336) 378-1431
                                        Fax: (336) 274-6590
                                        ssparrow@tuggleduggins.com
                                        rluft@tuggleduggins.com

                                        ***Attorneys for TK Holdings Inc., Automotive Systems Laboratory, Inc., and Takata Seat Belts Inc.***

---

[2] Admitted to practice *pro hac vice* per Order dated November 21, 2006 (Dkt. #5608).

**CERTIFICATE OF SERVICE**

  **THIS IS TO CERTIFY** that the undersigned served a copy of the foregoing **Response to Debtors' Third Omnibus Claims Objection by TK Holdings Inc., Automotive Systems Laboratory, Inc., and Takata Seat Belts Inc. (Claim No. 10570)** by Federal Express to the parties in interest as shown below, at addresses identified in the Notice of Objection to Claim (Dkt. #5452) (the "Notice"), and electronically by the Court's ECF System.

| | |
|---|---|
| Delphi Corporation<br>Attn: General Counsel<br>5725 Delphi Drive<br>Troy, MI 48098 | Davis Polk & Wardwell<br>Attn: Donald Bernstein and Brian Resnick<br>450 Lexington Avenue<br>New York, NY 10017 |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: John Wm. Butler, Jr.<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606 | Latham & Watkins LLP<br>Attn: Robert J. Rosenberg and Mark A. Broude<br>885 Third Avenue<br>New York, NY 10022 |
| Simpson Thacher & Bartlett LLP<br>Attn: Kenneth S. Ziman<br>425 Lexington Avenue<br>New York, NY 10017 | Fried, Frank, Harris, Shriver & Jacobson LLP<br>Attn: Bonnie Steingart<br>One New York Plaza<br>New York, NY 10004 |
| Office of the United States Trustee<br>Southern District of New York<br>Attn: Alicia M. Leonhard<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 | |

  In addition, the undersigned submitted a copy, as required by the Notice, by Federal Express to the following:

> The Honorable Robert D. Drain
> United States Bankruptcy Judge
> United States Bankruptcy Court
> Southern District of New York
> One Bowling Green, Room 632
> New York, NY 10004

This the 21st day of November, 2006.

                  _/s/ Sarah F. Sparrow_
                  Sarah F. Sparrow