**EXHIBIT "A"**



James J. Leyden
Associate General Counsel

Teleflex Incorporated
155 South Limerick Road
Limerick, PA 19468 USA

Phone: 610-948-1747
Fax:     610-948-2011

www.teleflex.com

## Notice of Reclamation

October 10, 2005

**Via Overnight Courier
And Facsimile Transmission**

TO:  Delphi Safety & Interior Systems
1401 Crooks Road
Troy, MI 48084
Attention: Fred Clark
Fax No.: 248-655-8350

Delphi Harrison Thermal Systems
200 Upper Mountain Road
Lockport, NY 14094
Attention: Michael Ranieri
Fax No.: 716-439-3818

Skadden, Arps, Slate, Meagher
  & Flom, LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
Attention: John Wm Butler, Jr., Partner
Fax No.: 312-407-0411

Delphi Corporation
5725 Delphi Drive
Troy, MI 48908-2815
Attention: John D. Sheehan
Fax No.: 248-813-2670

Delphi Automotive Systems
48 Walter Jones Road
El Paso, TX 79906

Skadden, Arps, Slate, Meagher
  & Flom, LLP
Four Times Square
New York, NY 10036
Attention: Kayalyn A. Marafioti, Partner
Fax No. 212-735-2000

Gentlemen and Ms. Marafioti:

Pursuant to Uniform Commercial Code Section 2-702 and Bankruptcy Code Section 546(c), 11 U.S.C. §546(c), Teleflex Incorporated and each of its subsidiaries ("Teleflex") hereby demands reclamation of all its products received by Delphi Corporation and/or Delphi Safety and Interior Systems and Delphi Harrison Thermal Systems within the applicable statutory period, including but not limited to all products which were delivered in connection with the documents listed on Exhibit A attached hereto. Teleflex demands an immediate inventory from you of all

Notice of Reclamation
October 10, 2005
Page Two

products and all other items subject to reclamation pursuant to this Notice. Teleflex will provide additional documentation supporting the claim upon request.

                Very truly yours,

                TELEFLEX INCORPORATED

                By: _____
                James J. Leyden, Esquire
                Associate General Counsel

JJL:mcc

cc: Francis J. Lawall, Esquire

**Exhibit A**

```
===============================================================================
DATE: 10/10/05                                  INVOICE NUMBER:  1670003660
===============================================================================
BILL-TO: 3099507                         !  SHIP-TO: 3099517
    DELPHI AUTOMOTIVE SYSTEMS            !      DELPHI PACKARD ELECTRIC #3200
    ATTN: ACCOUNTS PAYABLE               !      48 WALTER JONES BLVD.
    48 WALTER JONES BLVD.                !      EL PASO D.D. PLANT #3200
                                         !
    EL PASO,  TX                         !      EL PASO, TX
    79906                                !      79906
                                         !
INVOICE DATE:              09/19/05      !  SHIPMENT DATE:             09/19/05
FISCAL PERIOD:                 0905      !  SHIPPED VIA:          UPS ORANGE COL
P.O. NO.:   P4570078 9/19 RELEASE        !  BILL OF LADING:         01261134517
APPLY TO DOCUMENT:          7573670      !  ORIGINAL BALANCE:            360.00
TERMS:       NET 30                      !  OPEN BALANCE:                360.00
SHIPMENT ID NUMBER:         1310255      !  DISPUTED AMT:                   .00
STATUS:                        OPEN      !  TYPE:                       REGULAR
REMIT-TO CODE:                 NONE      !
DISPLAY LINE ITEMS (Y)?           *

                                         QTY     QTY     UNIT
LN    PRODUCT NUMBER    REMARKS          SHPD    BCKORD  PRICE     EXTENSION
---   --------------    -------          ----    ------  -----     ---------
 1    6533371                            4000       0    .090        360.00
      TUBING #7 HEAVY WALL

   SPECIAL INSTR:  *****MUST SHIP COMPLETE!!!!!!!!!*******
                   PROPER BAR CODE LABELS ARE REQUIRED.

                   **************************************************************
                   ATTENTION CUSTOMER; RECEIVING, ACCOUNTS PAYABLE AND
                   PURCHASING: THE CUSTOMER SERVICE IN THE APPROPORIATE
                   LOCATION MUST BE NOTIFIED OF ANY ORDER SHORTAGES, OVERAGES
                   OR FREIGHT CONCERNS WITHIN 7 DAYS OF RECEIPT OF SHIPMENT.
                   ***ANY CLAIMS NOT REPORTED TO CUSTOMER SERVICE IN A TIMELY
                   MANNER, WILL BE DENIED.
                   THANK YOU IN ADVANCE FOR YOUR COOPERATION.

                   ******ASN MUST BE PROVIDED*******


CONTINUE (Y)?    *
                                                                 -----------
                                                       TOTAL:        360.00
```

**TELEFLEX MORSE**
PO BOX 8500-6865
**PHILADELPHIA, PA 19178-6865**
P 610-495-7011
F 610-495-2071

```
=========================================================================
DATE: 10/10/05                                    INVOICE NUMBER:  1670003664
=========================================================================
BILL-TO: 3099507                     !  SHIP-TO: 3099517
    DELPHI AUTOMOTIVE SYSTEMS        !      DELPHI PACKARD ELECTRIC #3200
    ATTN: ACCOUNTS PAYABLE           !      48 WALTER JONES BLVD.
    48 WALTER JONES BLVD.            !      EL PASO D.D. PLANT #3200
                                     !
    EL PASO,   TX                    !      EL PASO, TX
    79906                            !      79906
                                     !
INVOICE DATE:            09/19/05    !  SHIPMENT DATE:            09/19/05
FISCAL PERIOD:               0905    !  SHIPPED VIA:         UPS ORANGE COL
P.O. NO.:   P4910033 9/19 RELEASE    !  BILL OF LADING:         01262526534
APPLY TO DOCUMENT:        7573669    !  ORIGINAL BALANCE:           6922.78
TERMS:      NET 30                   !  OPEN BALANCE:               6922.78
SHIPMENT ID NUMBER:       1310259    !  DISPUTED AMT:                   .00
STATUS:                      OPEN    !  TYPE:                       REGULAR
REMIT-TO CODE:               NONE    !
DISPLAY LINE ITEMS (Y)?         *

                                       QTY    QTY    UNIT
  LN   PRODUCT NUMBER    REMARKS       SHPD   BCKORD PRICE      EXTENSION
  ---  --------------    -------       ----   ------ -----      ---------
   1  86742F                             24     0     9.640        231.36
         TRIM MERC SRMLSS
   2  86310F                             24     0    40.810        979.44
         TACH/HR 6K S/I 5POS 3" SRMLSS
   3  86513F                             24     0    16.290        390.96
         SPEEDO 65MPH SRMLSS
   4  65106                              48     0    32.750       1572.00
         TACH/HR 7K LCD SRAYS5 SS BEZEL
   5  65108                              48     0     7.260        348.48
         FUEL E-F S/W SRAYS5 SS BEZ
   6  65110                              48     0     7.260        348.48
         TRIM SRAYS5 SS BEZ
   7  65111                              48     0     7.260        348.48
         TEMP 100-220F SRAYS5 SS BEZEL
   8  65112                              48     0     7.260        348.48
         OIL PRESS 80PSI SRAYS5 SS BEZ
   9  86851F                             30     0    37.470       1124.10
         4N1, 80PSI,220 TEMP, VOLT,FUEL
CONTINUE (Y)?    *

  10  66575                             100     0    12.310       1231.00
         SPEEDO 3" 65 MPH DRIFTWOOD SS

    SPECIAL INSTR: *****MUST SHIP COMPLETE!!!!!!!!*******
                   PROPER BAR CODE LABELS ARE REQUIRED.

    **************************************************************
    ATTENTION CUSTOMER; RECEIVING, ACCOUNTS PAYABLE AND
    PURCHASING: THE CUSTOMER SERVICE IN THE APPROPORIATE
    LOCATION MUST BE NOTIFIED OF ANY ORDER SHORTAGES, OVERAGES
    OR FREIGHT CONCERNS WITHIN 7 DAYS OF RECEIPT OF SHIPMENT.
    ***ANY CLAIMS NOT REPORTED TO CUSTOMER SERVICE IN A TIMELY
    MANNER, WILL BE DENIED.
    THANK YOU IN ADVANCE FOR YOUR COOPERATION.

    ******ASN MUST BE PROVIDED*******

                                                    ----------
                                           TOTAL:      6922.78
```

**TELEFLEX MORSE**
PO BOX 8500-6865
PHILADELPHIA, PA 19178-6865
P 610-495-7011
F 610-495-2071

```
===========================================================================
DATE: 10/10/05                             INVOICE NUMBER:   1670003971
===========================================================================
BILL-TO: 3099507                  !  SHIP-TO: 3099517
    DELPHI AUTOMOTIVE SYSTEMS     !     DELPHI PACKARD ELECTRIC #3200
    ATTN: ACCOUNTS PAYABLE        !     48 WALTER JONES BLVD.
    48 WALTER JONES BLVD.         !     EL PASO D.D. PLANT #3200
                                  !
    EL PASO,   TX                 !     EL PASO, TX
    79906                         !     79906
                                  !
INVOICE DATE:            09/26/05 !  SHIPMENT DATE:          09/26/05
FISCAL PERIOD:               1005 !  SHIPPED VIA:         UPS ORANGE COL
P.O. NO.:    P4570078 9/26 RELEASE!  BILL OF LADING:       0126106685
APPLY TO DOCUMENT:        7574218 !  ORIGINAL BALANCE:        180.00
TERMS:       NET 30               !  OPEN BALANCE:            180.00
SHIPMENT ID NUMBER:       1310565 !  DISPUTED AMT:               .00
STATUS:                      OPEN !  TYPE:                    REGULAR
REMIT-TO CODE:               NONE !
DISPLAY LINE ITEMS (Y)?         *

                                        QTY    QTY    UNIT
 LN    PRODUCT NUMBER     REMARKS       SHPD   BCKORD PRICE     EXTENSION
 ---   --------------   ------------    ----   ------ -----     ---------
  1    6533371                          2000     0    .090        180.00
         TUBING #7 HEAVY WALL

   SPECIAL INSTR: *****MUST SHIP COMPLETE!!!!!!!!*******
                  PROPER BAR CODE LABELS ARE REQUIRED.

   *************************************************************
   ATTENTION CUSTOMER; RECEIVING, ACCOUNTS PAYABLE AND
   PURCHASING: THE CUSTOMER SERVICE IN THE APPROPORIATE
   LOCATION MUST BE NOTIFIED OF ANY ORDER SHORTAGES, OVERAGES
   OR FREIGHT CONCERNS WITHIN 7 DAYS OF RECEIPT OF SHIPMENT.
   ***ANY CLAIMS NOT REPORTED TO CUSTOMER SERVICE IN A TIMELY
   MANNER, WILL BE DENIED.
   THANK YOU IN ADVANCE FOR YOUR COOPERATION.

   ******ASN MUST BE PROVIDED*******


CONTINUE (Y)?     *
                                                       ------------
                                          TOTAL:            180.00
```

**TELEFLEX MORSE**
PO BOX 8500-6865
**PHILADELPHIA, PA 19178-6865**
P 610-495-7011
F 610-495-2071

```
===========================================================================
DATE: 10/10/05                                    INVOICE NUMBER:  1670003998
===========================================================================
BILL-TO: 3099507                      !  SHIP-TO: 3099517
    DELPHI AUTOMOTIVE SYSTEMS         !      DELPHI PACKARD ELECTRIC #3200
    ATTN: ACCOUNTS PAYABLE            !      48 WALTER JONES BLVD.
    48 WALTER JONES BLVD.             !      EL PASO D.D. PLANT #3200
                                      !
    EL PASO,   TX                     !      EL PASO, TX
    79906                             !      79906
                                      !
INVOICE DATE:            09/26/05     !  SHIPMENT DATE:            09/26/05
FISCAL PERIOD:               1005     !  SHIPPED VIA:          UPS ORANGE COL
P.O. NO.:   P4910033 9/26 RELEASE     !  BILL OF LADING:        01261330297
APPLY TO DOCUMENT:        7573910     !  ORIGINAL BALANCE:          7781.76
TERMS:    NET 30                      !  OPEN BALANCE:              7781.76
SHIPMENT ID NUMBER:       1310592     !  DISPUTED AMT:                  .00
STATUS:                      OPEN     !  TYPE:                      REGULAR
REMIT-TO CODE:               NONE     !
DISPLAY LINE ITEMS (Y)?         *
                                   QTY    QTY    UNIT
                                   SHPD   BCKORD PRICE      EXTENSION
LN    PRODUCT NUMBER    REMARKS
---   -------------------------------
 1  66575                            96     0    12.310      1181.76
        SPEEDO 3" 65 MPH DRIFTWOOD SS
 2  86742F                           48     0     9.640       462.72
        TRIM MERC SRMLSS
 3  86513F                           48     0    16.290       781.92
        SPEEDO 65MPH SRMLSS
 4  65106                            48     0    32.750      1572.00
        TACH/HR 7K LCD SRAYS5 SS BEZEL
 5  65108                            48     0     7.260       348.48
        FUEL E-F S/W SRAYS5 SS BEZ
 6  65110                            48     0     7.260       348.48
        TRIM SRAYS5 SS BEZ
 7  65111                            48     0     7.260       348.48
        TEMP 100-220F SRAYS5 SS BEZEL
 8  65112                            48     0     7.260       348.48
        OIL PRESS 80PSI SRAYS5 SS BEZ
 9  86851F                           48     0    37.470      1798.56
        4N1, 80PSI,220 TEMP,VOLT,FUEL
CONTINUE (Y)?     *
10  65107                            48     0    12.310       590.88
        SPEEDO 50MPH SRAYS5 SS BEZ

SPECIAL INSTR: *****MUST SHIP COMPLETE!!!!!!!!*******
               PROPER BAR CODE LABELS ARE REQUIRED.

***************************************************************
ATTENTION CUSTOMER; RECEIVING, ACCOUNTS PAYABLE AND
PURCHASING: THE CUSTOMER SERVICE IN THE APPROPORIATE
LOCATION MUST BE NOTIFIED OF ANY ORDER SHORTAGES, OVERAGES
OR FREIGHT CONCERNS WITHIN 7 DAYS OF RECEIPT OF SHIPMENT.
***ANY CLAIMS NOT REPORTED TO CUSTOMER SERVICE IN A TIMELY
MANNER, WILL BE DENIED.
THANK YOU IN ADVANCE FOR YOUR COOPERATION.

******ASN MUST BE PROVIDED*******

                                         -----------
                                  TOTAL:     7781.76


                                       TELEFLEX M____
                                       PO BOX 85_
                                       PHILADEL_          __78-6865
                                       P 610-49_
                                       F 610-49_ __71
```

```
===================================================================================
                                            INVOICE NUMBER:   1670004209
DATE: 10/10/05
===================================================================================
BILL-TO: 3099507                    !  SHIP-TO: 3099517
    DELPHI AUTOMOTIVE SYSTEMS       !      DELPHI PACKARD ELECTRIC #3200
    ATTN: ACCOUNTS PAYABLE          !      48 WALTER JONES BLVD.
    48 WALTER JONES BLVD.           !      EL PASO D.D. PLANT #3200
                                    !
    EL PASO,  TX                    !      EL PASO, TX
    79906                           !      79906
                                    !
INVOICE DATE:              09/30/05 !  SHIPMENT DATE:             09/30/05
FISCAL PERIOD:                 1005 !  SHIPPED VIA:         UPS ORANGE COL
P.O. NO.:    P4570078 10/3 RELEASE  !  BILL OF LADING:          1263882545
APPLY TO DOCUMENT:          7574315 !  ORIGINAL BALANCE:             270.00
TERMS:       NET 30                 !  OPEN BALANCE:                 270.00
SHIPMENT ID NUMBER:         1310803 !  DISPUTED AMT:                    .00
STATUS:                        OPEN !  TYPE:                        REGULAR
REMIT-TO CODE:                 NONE !
DISPLAY LINE ITEMS (Y)?           *

                                        QTY    QTY    UNIT
 LN    PRODUCT NUMBER     REMARKS       SHPD   BCKORD PRICE    EXTENSION
 ---   --------------     -------       ----   ------ -----    ---------
  1    6533371                          3000     0    .090        270.00
           TUBING #7 HEAVY WALL

     SPECIAL INSTR:  *****MUST SHIP COMPLETE!!!!!!!!*******
                     PROPER BAR CODE LABELS ARE REQUIRED.

                     *************************************************************
                     ATTENTION CUSTOMER; RECEIVING, ACCOUNTS PAYABLE AND
                     PURCHASING: THE CUSTOMER SERVICE IN THE APPROPORIATE
                     LOCATION MUST BE NOTIFIED OF ANY ORDER SHORTAGES, OVERAGES
                     OR FREIGHT CONCERNS WITHIN 7 DAYS OF RECEIPT OF SHIPMENT.
                     ***ANY CLAIMS NOT REPORTED TO CUSTOMER SERVICE IN A TIMELY
                     MANNER, WILL BE DENIED.
                     THANK YOU IN ADVANCE FOR YOUR COOPERATION.

                     ******ASN MUST BE PROVIDED*******


CONTINUE (Y)?       *
                                                         -----------
                                                TOTAL:        270.00
```

TELEFLEX MORSE
PO BOX 8500-6865
PHILADELPHIA, PA 19178-6865
P 610-495-7011
F 610-495-2071

```
=========================================================================================
                                              INVOICE NUMBER:    169093466
DATE: 10/10/05
=========================================================================================
BILL-TO: 3099501                         !  SHIP-TO: 9025859
    DELPHI AUTOMOTIVE SYSTEMS            !      DELPHI AUTOMOTIVE SYSTEMS
    ATTN: PAT RYAN                       !      COMBINED WAREHOUSES
    48 WALTER JONES RD                   !      48 WALTERS JONES BLVD
                                         !
    EL PASO,   TX                        !      EL PASO, TX
    79906                                !      79906
                                         !
INVOICE DATE:               10/03/05     !  SHIPMENT DATE:              10/03/05
FISCAL PERIOD:                  1005     !  SHIPPED VIA:
P.O. NO.:    P4420082                    !  BILL OF LADING:
APPLY TO DOCUMENT:       CO05-21568      !  ORIGINAL BALANCE:              629.00
TERMS:     NET 30                        !  OPEN BALANCE:                  629.00
                                         !  DISPUTED AMT:                     .00
SHIPMENT ID NUMBER:                      !
STATUS:                         OPEN     !  TYPE:                         REGULAR
REMIT-TO CODE:                  NONE     !
DISPLAY LINE ITEMS (Y)?            *

                                            QTY    QTY    UNIT
                                            SHPD   BCKORD PRICE      EXTENSION
LN    PRODUCT NUMBER      REMARKS
---   --------------      -------
  1   MP41046SR           1Z79E9520312241911   100    0   6.290         629.00

901   HANDLING CHARGE     1Z79E9520312241911     1    0    .000            .00
                                                                     -----------
                                                         TOTAL:          629.00
```

SIERRA INTERNATIONAL
PO BOX 8500-6865
PHILADELPHIA, PA 19178-6865
P 610-495-7011
F 610-495-2071

```
==================================================================================
DATE: 10/10/05                                  INVOICE NUMBER:      1670004442
==================================================================================
BILL-TO: 3099507                     !    SHIP-TO: 3099517
    DELPHI AUTOMOTIVE SYSTEMS        !        DELPHI PACKARD ELECTRIC #3200
    ATTN: ACCOUNTS PAYABLE           !        48 WALTER JONES BLVD.
    48 WALTER JONES BLVD.            !        EL PASO D.D. PLANT #3200
                                     !
    EL PASO,  TX                     !        EL PASO, TX
    79906                            !        79906
                                     !
INVOICE DATE:            10/06/05    !   SHIPMENT DATE:            10/06/05
FISCAL PERIOD:               1005    !   SHIPPED VIA:           UPS ORANGE COL
P.O. NO.:    P4910033 10/3 RELEASE   !   BILL OF LADING:          1262511170
APPLY TO DOCUMENT:        7574221    !   ORIGINAL BALANCE:          11917.14
TERMS:       NET 30                  !   OPEN BALANCE:              11917.14
SHIPMENT ID NUMBER:       1311036    !   DISPUTED AMT:                   .00
STATUS:                      OPEN    !   TYPE:                       REGULAR
REMIT-TO CODE:               NONE    !
DISPLAY LINE ITEMS (Y)?         *

                                      QTY     QTY    UNIT
                                      SHPD    BCKORD PRICE    EXTENSION
LN    PRODUCT NUMBER      REMARKS
---   -------------------------------  -----   ------ --------- -----------
  1  66575                              48       0   12.310       590.88
        SPEEDO 3" 65 MPH DRIFTWOOD SS
  2  86742F                             48       0    9.640       462.72
        TRIM MERC SRMLSS
  3  86310F                             96       0   40.810      3917.76
        TACH/HR 6K S/I 5POS 3" SRMLSS
  4  86513F                             48       0   16.290       781.92
        SPEEDO 65MPH SRMLSS
  5  65106                              72       0   32.750      2358.00
        TACH/HR 7K LCD SRAYS5 SS BEZEL
  6  65107                              48       0   12.310       590.88
        SPEEDO 50MPH SRAYS5 SS BEZ
  7  65108                              72       0    7.260       522.72
        FUEL E-F S/W SRAYS5 SS BEZ
  8  65110                              72       0    7.260       522.72
        TRIM SRAYS5 SS BEZ
  9  65111                              72       0    7.260       522.72
        TEMP 100-220F SRAYS5 SS BEZEL
CONTINUE (Y)?    *

 10  65112                              72       0    7.260       522.72
        OIL PRESS 80PSI SRAYS5 SS BEZ
 11  86851F                             30       0   37.470      1124.10
        4N1, 80PSI,220 TEMP, VOLT,FUEL

    SPECIAL INSTR: *****MUST SHIP COMPLETE!!!!!!!!*******
                   PROPER BAR CODE LABELS ARE REQUIRED.

    **********************************************************
    ATTENTION CUSTOMER; RECEIVING, ACCOUNTS PAYABLE AND
    PURCHASING: THE CUSTOMER SERVICE IN THE APPROPORIATE
    LOCATION MUST BE NOTIFIED OF ANY ORDER SHORTAGES, OVERAGES
    OR FREIGHT CONCERNS WITHIN 7 DAYS OF RECEIPT OF SHIPMENT.
    ***ANY CLAIMS NOT REPORTED TO CUSTOMER SERVICE IN A TIMELY
    MANNER, WILL BE DENIED.
    THANK YOU IN ADVANCE FOR YOUR COOPERATION.

    ******ASN MUST BE PROVIDED*******

                                                         -----------
                                          TOTAL:          11917.14
```

TELEFLEX MORSE
PO BOX 8500-6865
PHILADELPHIA, PA 19178-6865
P 610-495-7011
F 610-495-2071