**PEPPER HAMILTON LLP**
Linda J. Casey (LC 1891)
Bonnie MacDougal Kistler
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
(215) 981-4000

*Attorneys for Teleflex Incorporated,*
*d/b/a Teleflex Morse*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| **DELPHI CORPORATION**, *et al.,* ) | |
| ) | Case Nos. 05-44481 (RDD) |
| Debtors. ) | |
| ) | Jointly Administered |
| ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 21, 2006, copies of the *Response of Teleflex Incorporated, d/b/a Teleflex Morse to Debtors' Third Omnibus Objection to Claims* were caused to be served by overnight courier and first class mail, postage prepaid, on the individuals on the attached service list.

PEPPER HAMILTON LLP

/s/ Linda J. Casey
Linda J. Casey (LC 1891)
Bonnie MacDougal Kistler
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
(215) 981-4000

Attorneys for Teleflex Incorporated, d/b/a
Teleflex Morse

Dated: November 21, 2006

#8149498 v1

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel

John W. Butler, Esquire
Skadden Arps Slate Meagher & Flom, LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

Kenneth S. Ziman, Esquire
Simpson Thatcher & Bartlett, LLP
425 Lexington Avenue
New York, NY 10017

Donald Bernstein, Esquire
Brian Resnick, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Mark A. Broude, Esquire
Robert J. Rosenberg, Esquire
Latham & Watkins, LLP
885 Third Avenue
New York, NY 10022

Bonnie Steingart, Esquire
Fried Frank Harris Shriver & Jacobson, LLP
One New York Plaza
New York, NY 10004

Alicia M. Leonard, Esquire
Office of the U. S. Trustee
Southern District of NY
33 Whitehall Street
Suite 2100
New York, NY 10004

Marlane Melican, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017