Hearing Date and Time: November 30, 2006 at 10:00 am
Response Date and Time: November 24, 2006 at 4:00 p.m.

**PEPPER HAMILTON LLP**
Linda J. Casey (LC 1891)
Bonnie MacDougal Kistler
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
(215) 981-4000

*Attorneys for Capro, Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) |
| | ) Chapter 11 |
| **DELPHI CORPORATION,** *et al.,* | ) |
| | ) Case Nos. 05-44481 (RDD) |
| Debtors. | ) |
| | ) Jointly Administered |
| | ) |

## RESPONSE OF CAPRO, LTD. TO
## DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS

Capro, Ltd. ("Capro"), by and through its undersigned counsel, responds to the Debtors' Second Omnibus Objection (Procedural) to Claims (the "Objection"), as follows:

1.      The Debtors commenced these Chapter 11 cases on October 8, 2005 (the "Petition Date").

2.      Prior to the Petition Date, Capro sold and delivered goods (the "Goods") on credit to an entity or entities doing business as "Delphi," "Delphi Corporation," "Delphi Safety & Interior Systems," "Delphi S & I CMM," "Delphi CMM," "Delphi Thermal & Interior," "Delphi Harrison Thermal Systems," "Delphi Interior & Light," "Delphi Tool & Prototypes," and "Delphi Harrison-Lockport Energy and Engine" (collectively, the "Delphi Entity.") The indebtedness owed by the Delphi Entity for the Goods as of the Petition Date was $874,448.21 (the "Indebtedness").

#8124380 v2

3. Because Capro was unable to determine the precise corporate identity of the Delphi Entity, it filed proofs of the claim for the Indebtedness against both Delphi Corporation and Delphi Automotive Systems, LLC. On or about January 30, 2006, Capro filed a timely proof of claim, designated as Claim No. 1727, asserting a claim against Delphi Corporation in the total amount of $874,448.21. On or about the same date, Capro filed a timely proof of claim, designated as Claim No. 1704, asserting a claim against Delphi Automotive Systems, LLC in the total amount of $874,448.21.

4. In the Objection, the Debtors assert that Claim Nos. 1727 and 1704 are duplicates, and that Claim No. 1727 should be expunged.

5. Claim Nos. 1727 and 1704 are in fact not duplicates, since they are claims against different Debtors.

6. Capro is willing to consent to the expungement of Claim No. 1727, provided that the Debtors stipulate that they will not object to or otherwise contest Claim No. 1704 on the ground the Indebtedness is owed not by Delphi Automotive Systems, LLC, but by Delphi Corporation and/or a different Debtor.

7. Any reply by the Debtors to this Response should be delivered to the undersigned counsel for Teleflex. The following person has ultimate authority to reconcile, settle or otherwise resolve Claim No. 1703 on behalf of Teleflex:

>Bonnie MacDougal Kistler
>3000 Two Logan Square
>18th and Arch Streets
>Philadelphia, PA 19103
>(215) 981-4000

#8124380 v2

WHEREFORE, Capro, Ltd. respectfully requests that the Court overrule the Objection and grant all other proper relief.

        **PEPPER HAMILTON LLP**

        /s/ Linda J. Casey
        Linda J. Casey (LC 1891)
        Bonnie MacDougal Kistler
        3000 Two Logan Square
        18th and Arch Streets
        Philadelphia, PA 19103
        (215) 981-4000

        Attorneys for Capro, Ltd.

#8124380 v2