Hearing Date and Time: November 30, 2006 at 10:00 am
Response Date and Time:  November 24, 2006 at 4:00 p.m.

**PEPPER HAMILTON LLP**
Linda J. Casey (LC 1891)
Bonnie MacDougal Kistler
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
(215) 981-4000

*Attorneys for Teleflex Automotive*
*Manufacturing Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re                                                  ) | Chapter 11 |
| **DELPHI CORPORATION**, *et al.*,    ) | |
| ) | Case Nos. 05-44481 (RDD) |
| Debtors.                          ) | |
| ) | Jointly Administered |

**RESPONSE OF TELEFLEX AUTOMOTIVE MANUFACTURING CORPORATION TO**
**DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS**

Teleflex Automotive Manufacturing Corporation ("Teleflex"), by and through its

undersigned counsel, responds to the Debtors' Second Omnibus Objection (Procedural) to

Claims (the "Objection"), as follows:

1.      The Debtors commenced these Chapter 11 cases on October 8, 2005 (the

"Petition Date").

2.      Prior to the Petition Date, Teleflex sold and delivered goods (the "Goods")

on credit to an entity or entities doing business as "Delphi," "Delphi Saginaw Steering System,"

and "Delphi Energy and Engine" (collectively, the "Delphi Entity.")  The indebtedness owed by

the Delphi Entity for the Goods as of the Petition Date was $212,632.48 (the "Indebtedness").

#8124336 v2

3.    Because Teleflex was unable to determine the precise corporate identity of

the Delphi Entity, it filed proofs of the claim for the Indebtedness against both Delphi

Corporation and Delphi Automotive Systems, LLC.  On or about January 30, 2006, Teleflex

filed a timely proof of claim, designated as Claim No. 1702, asserting a claim against Delphi

Corporation in the total amount of $212,632.48.  On or about the same date, Teleflex filed a

timely proof of claim, designated as Claim No. 1728, asserting a claim against Teleflex

Automotive Systems, LLC in the total amount of $212,632.48.

4.    In the Objection, the Debtors assert that Claim Nos. 1702 and 1728 are

duplicates, and that Claim No. 1702 should be expunged.

5.    Claim Nos. 1702 and 1728 are in fact not duplicates, since they are claims

against different Debtors.

6.    Teleflex is willing to consent to the expungement of Claim No. 1702,

provided that the Debtors stipulate that they will not object to Claim No. 1728 on the ground the

Indebtedness is owed not by Delphi Automotive Systems, LLC, but by Delphi Corporation

and/or a different Debtor.

7.    Any reply by the Debtors to this Response should be delivered to the

undersigned counsel for Teleflex.  The following person has ultimate authority to reconcile,

settle or otherwise resolve Claim No. 1703 on behalf of Teleflex:

> Bonnie MacDougal Kistler
> 3000 Two Logan Square
> 18th and Arch Streets
> Philadelphia, PA 19103
> (215) 981-4000

#8124336 v2

WHEREFORE, Teleflex Automotive Manufacturing Corporation respectfully requests that the Court overrule the Objection and grant all other proper relief.

PEPPER HAMILTON LLP

/s/ Linda J. Casey
Linda J. Casey (LC 1891)
Bonnie MacDougal Kistler
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
(215) 981-4000

Attorneys for Teleflex Automotive
Manufacturing Corporation

-3-