# EXHIBIT D

# The Supreme Court of Ohio

FILED
MAR 0 2 2005

MARCIA J. MENGEL, CLERK
SUPREME COURT OF OHIO

Edith C. James,
    Appellee,
        v.
Delphi Automotive Systems,
Loretta Woolridge and James R. Barr,
    Appellants.

Case No. 04-1964

ENTRY

    Upon consideration of the jurisdictional memoranda filed in this case, the Court declines jurisdiction to hear the case and dismisses the appeal as not involving any substantial constitutional question.

    (Franklin County Court of Appeals; No. 04AP215)

THOMAS J. MOYER
Chief Justice