# EXHIBIT E

IN THE COURT OF COMMON PLEAS, FRANKLIN COUNTY, OHIO
CIVIL DIVISION

Edith C. James,

        Plaintiff,

v.

        Case No. 03CVH-02-2213

        Judge John F. Bender

Delphi Automotive Systems, et al.,

        Defendants.

### AMENDED CASE SCHEDULE

Final Pre-trial Conference        01/31/06 @ 8:45 a.m.

Trial Assignment        02/20/06 @ 9:00 a.m.

Motions in limine must be filed no later than January 24, 2006.

**SO ORDERED.**

_____
John F. Bender, Judge

Copies to:
Sheila P. Vitale, Esq.
Cooper & Elliott, LLC
2175 Riverside Drive
Columbus, Ohio 43221
Counsel for Plaintiff

Jeffrey D. Winchester, Esq.
Jones Day
325 John H. McConnell Blvd.
Columbus, Ohio 43215
Counsel for Defendants

FILED COURT OF COMMON PLEAS OHIO
2005 SEP 22 AM 9:12
CLERK OF COURTS