**Exhibit A**

X FDP9006-0400 PURCHASE ORDER CHANGE - EFFECTIVE 11-19-03
VALL91
THIS NUMBER MUST APPEAR ON ALL INVOICES

PEDP2910056 003

PURCHASE ORDER NUMBER OR RELEASE NUMBER IF ISSUED TOGETHER WITH PART NUMBER OR ITEM NUMBER, PACKING SLIP NUMBER, AND PLANT NUMBER, MUST APPEAR ON ALL INVOICES, PACKAGES, PACKING SLIPS AND BILLS OF LADING.

# DELPHI

DELIVER TO: ( AS RELEASED )
EL PASO TX

VENDOR CODE

TO:
DUNS: 695283358-P01 / 800432635-C01
KYOCERA INDUSTRIAL CERAMICS CORP

25 NW POINT BLVD STE 450
ELK GROVE VILLAGE IL 60007 US

PLEASE ENTER OUR ORDER/REVISION AS LISTED HEREON, SUBJECT TO TERMS AND CONDITIONS CONTAINED WITHIN.

PURCHASE ORDER PEDP2910056 003
ORDER DATE 11-06-02
REF. INQ. NO.

PRICES IN USD
EXPIRATION 12-31-04
REVISION DATE 11-19-03

| FREIGHT TERM | SHIPPING POINT | PAYMENT TERM |
|---|---|---|
| FOB-OUR PLANT FREIGHT COLLECT | FREIGHT COLLECT | 2ND DAY OF 2ND MONTH |

| TITLE TRANSFER | SHIPPING INSTRUCTION | BUYER |
|---|---|---|
| TITLE TRANSFER OUR PLANT | BEST WAY | 91 |

REVISION TO CHANGE STD. PACK FROM
5000 TO 4000.
OR/MC.

REVISIONS TO PART
25108420 CHARGE % A 100 PRICE/UOM 1.9500/PCS

| LEAD-DAYS | STD-PACK | CONTR | ALT-UOM | CONV-FACTOR | COO |
|---|---|---|---|---|---|
| 20 | 4000 | CTN | | | JP |

REVISIONS TO PART
25165124 CHARGE % A 100 PRICE/UOM 2.3300/PCS

| LEAD-DAYS | STD-PACK | CONTR | ALT-UOM | CONV-FACTOR | COO |
|---|---|---|---|---|---|
| 20 | 4000 | PCS | | | JP |

| DELIVER-TO | STA | DEPT | GEN-LED | ACCT | DEPT/POM | W.O. | PROJ | DEBIT | JOB-NUMBER | CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| EL PASO | | | 80180 | 80180 | | | | | | A |

3-00001-8279-7

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR MATERIAL OR SERVICES SUPPLIED.

IMPORTANT: This order is not binding until accepted. When requested - acceptance must be executed on acknowledgement copy which must be returned to Buyer.
This order, including the terms and conditions contained within, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyers authorized representative.

MC 11/24/03

DELPHI PACKARD ELECTRIC SYSTEMS
Delphi Packard Electric
P.O. BOX 431 WARREN, OHIO 44486

KEVIN J VELASQUEZ
PHONE 330 505-3042
BUYER

SIDNEY JOHNSON

PAGE 1 OF 2

# PURCHASE ORDER TERMS AND CONDITIONS

1. ACCEPTANCE
Seller acknowledges and agrees that these General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to to this contract (such documents are collectively referred to as this Contract.) Seller acknowledges and agrees that it has read and understands these General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this contract, Seller will be deemed to have accepted this contract and these General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including these General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.

2. SHIPPING AND BILLING
2.1 Shipping. Seller will (a) properly pack, mark and, ship goods as instructed by buyer or any carriers and in accordance with any applicable laws or regulations, (b) route shipments as Buyer instructs, (c) not charge for costs relating to handling, packaging, storage or transportation (including duties, taxes, fees, etc.) unless otherwise expressly stated in this contract, (d) provide packing slips with each shipment that identify Buyers contract and/or release number and the date of the shipment, and (e) promptly forward the original bill of lading or other shipping receipt with respect to each shipment as Buyer instructs. Seller will include on bills of lading or other shipping receipts the correct classification identification of the goods shipped as Buyer or the carrier requires. The marks on each package and identification of the goods on packing slips, bills of lading and invoices must enable Buyer to easily identify the goods.
2.2 Billing. Seller will (a) accept payment based upon Buyers Evaluated Receipt Record/Self-Billed Invoice unless Buyer requests that Seller issue and deliver an invoice and (b) accept payment by electronic funds transfer. If the payment due date is not otherwise specified in this Contract, the payment due date will be the due date established by the multilateral Netting System (MNS-2) used by Buyer, which provides, on average, that payment will be due on the second day of the second month following the date Buyer receives the goods or services. Buyer may withhold payment for any goods or services until Buyer receives evidence, in such form and detail as Buyer requires, of the the absence of any liens, encumbrances and claims on such goods or services.
2.3 Delivery Schedules. Deliveries will be made in the quantities, on the dates, and at the times specified by Buyer in this Contract or any subsequent releases or instructions Buyer issues under this Contract. Time is of the essence with respect to all delivery schedules Buyer establishes. Buyer will not be required to pay for any goods that exceed the quantities specified in Buyers delivery schedules or to accept goods that are delivered in advance of the delivery date specified in Buyers delivery schedules. Seller bears the risk of loss of all goods delivered in advance of the delivery date specified in Buyers delivery schedules. If Buyer determines that the requirements of Buyers customers or market, economic or other conditions require changes in deliver schedules, Buyer may change the rate of scheduled shipments or direct temporary suspension of scheduled shipments without entitling Seller to a price adjustment or other modification of this Contract.
2.4 Premium Shipments. If seller fails to have goods ready for shipment in time to meet Buyers delivery schedules using the method of transportation originally specified by Buyer and, as a result, Buyer requires Seller to ship the goods using a premium(more expeditious) method of transportation, Seller will ship the goods as expeditiously as possible. Seller will pay, and be responsible for, the entire cost of such premium shipment, unless Buyers actions caused Seller to fail to meet Buyers delivery schedules, in which case Buyer will pay any costs for premium shipment.

3. SPECIFICATION, DESIGN AND SCOPE CHANGES
Buyer may at any time require Seller to implement changes to the specifications or design of the goods or to the scope of any services or work covered by this Contract, including work related to inspection, testing or quality control. While Buyer will endeavor to discuss any such changes with Seller as early as practical, Seller will promptly implement such changes. Buyer will equitably determine any adjustment in price or delivery schedules resulting from such changes, including Buyers payment of reasonable costs of modifications to Sellers Equipment and Facilities (as defined in Article 16) Necessary to implement such changes. In order to assist in the determination of any equitable adjustment in price or delivery schedules, Seller will, as requested, provide information to Buyer, including documentation of changes in Sellers cost of production and the time to implement such changes. In the event of any disagreement arising out of such changes, Buyer and Seller will work to resolve the disagreement in good faith, provided, however, that Seller will continue performing under this Contract, including prompt implementation of changes required by Buyer, while Buyer and Seller resolve any disagreement arising out of such changes.

4. QUALITY AND INSPECTION
Seller will participate in Buyers supplier quality and development program(s) and comply with all quality requirements and procedures Buyer specifies from time to time. Seller will permit Buyer and its representatives and consultants to (i) inspect Sellers books and records in order to monitor Sellers compliance with this Contract and Sellers financial condition and (ii) enter Sellers facilities at reasonable times to inspect such facilities and any goods, materials and property that relate to this Contract. No such inspection by Buyer will constitute acceptance by Buyer of any work-in-process or finished goods.

5. NON-CONFORMING GOODS
Buyer is not required to perform incoming inspections of any goods, and Seller waives any right to require Buyer to conduct any such inspections. Seller will not substitute any goods for the goods covered by this Contract unless Buyer consents in writing. If Buyer rejects any goods as non-conforming, Buyer may, at its option, (a) reduce the quantities of goods ordered under this Contract by the quantity of non-conforming goods, (b) require Seller to replace the non-conforming goods, and/or (c) exercise any other applicable rights or remedies. If Seller fails to inform Buyer in writing of the manner in which Seller desires that Buyer dispose of non-onforming goods within forty-eight (48) hours of notice of Buyers rejection of non-conforming goods (or such shorter period as is reasonable under the circumstances), Buyer will be entitled to dispose of the non-conforming goods without liability to Seller, provided, however, that in any event Buyer may elect to arrange for the shipment of any non-conforming goods back to Seller at Sellers expense. Seller will bear all risk of loss with respect to all non-conforming goods and will promptly pay or reimburse all costs incurred by Buyer to return, store or dispose any non-conforming goods. Buyers payment for any non-conforming goods will not constitute acceptance by Buyer, limit or impair Buyers right to exercise any rights or remedies, or relieve Seller of responsibility for the non-conforming goods.

6. FORCE MAJEURE
If Seller is unable to produce, sell or deliver any goods or services covered by this Contract, or Buyer is unable to accept delivery, buy or use any goods or services covered by this Contract, as a result of an event or occurrence beyond the reasonable control of the affected party and without such partys fault or negligence, then any delay or failure to perform under this Contract that results from such event or occurrence will be excused for so long as such event or occurrence continues, provided however, that the affected party gives written notice of such delay (including the anticipated duration of the delay) to the other party as soon as possible after the event or occurrence (but in no event more than three (3) days thereafter). Such events and occurrences may include, by way of example and not limitation, natural disasters, fires, floods, windstorms, severe weather, explosions, riots, wars, sabotage, labor problems (including lockouts, strikes and slowdowns), equipment breakdowns and power failures. During any delay or failure to perform by Seller, Buyer may (i) purchase substitute goods from other available sources, in which case the quantities under this Contract will be reduced by the quantities of such substitute goods and Seller will reimburse Buyer for any additional costs to Buyer of obtaining the substitute goods compared to the prices set forth in this Contract and/or (ii) have Seller provide substitute goods from other available sources in quantities and at times buyer requests and at the prices set forth in this Contract. If Seller fails to provide adequate assurances that any delay will not exceed thirty (30) days or if any delay lasts more than thirty (30) days, Buyer may terminate this Contract without liability. Before any of Sellers labor contracts expire and as soon as Seller anticipates or learns of any impending strike, labor dispute, work stoppage or other disruption at Sellers facilities that might affect the delivery of goods to Buyer, Seller will produce (and locate in an area that will not be affected by any such disruption) a finished inventory of goods in quantities sufficient to ensure the supply of goods to Buyer for at least thirty (30) days after such disruption commences.

7. WARRANTY
7.1 General. Seller warrants and guarantees to Buyer, its successors, assigns and customers that the goods and services covered by this contract will (a) conform to all applicable specifications, drawings, samples, descriptions, brochures and manuals furnished by Seller or Buyer, (b) will be merchantable, (c) of good material and workmanship, (d) free from defect, and (e) are fit and sufficient for the particular purposes intended by Buyer and any customer of Buyer. If requested by Buyer, Seller will enter into a separate agreement for the administration or processing of warranty chargebacks for non-conforming goods.
7.2 Date and Time Processing. Seller warrants and guarantees to Buyer and its customers that any products (including computer hardware, software, firmware, machinery and equipment) covered by this Contract must at all times accurately process, handle, calculate, compare and sequence date and time data from, into, within and between the 20th and 21st centuries, including leap year calculations.
7.3 Warranty Period. The period for each of the foregoing warranties will be that provided by applicable law, except that if Buyer ever provides a longer warranty to its customers, such longer warranty period will apply to the goods covered by this Contract.

8. INGREDIENTS AND HAZARDOUS MATERIALS
If Buyer requests, Seller will promptly furnish to Buyer, in such form and detail as Buyer directs: (a) a list of all ingredients in the goods, (b) the amount of all ingredients, and (c) information concerning any changes in or additions to the ingredients. Prior to, and together with, the shipment of the goods, Seller will furnish to Buyer and all carriers sufficient written warning and notice (including appropriate labels on the goods, containers and packing) of any hazardous material that is an ingredient or a part of any of the goods, together with all special handling instructions, safety measures and precautions as may be necessary to comply with applicable law, to inform Buyer and all carriers of any applicable legal requirements and to best allow Buyer and all carriers to prevent bodily injury or property damage in the handling, transportation, processing, use or disposal of the goods, containers and packing.

9. INSOLVENCY OF SELLER
Buyer may immediately terminate this Contract without liability to Seller in any of the following or any similar events: (a) insolvency or financial difficulties of Seller, (b) filing of a voluntary petition in bankruptcy by Seller, (c) filing of any involuntary petition in bankruptcy against Seller, (d) appointment of a receiver or trustee for Seller, (e) execution of an assignment for the benefit of creditors by Seller, or (f) any accommodation by Buyer, financial or otherwise, not contemplated by this Contract, that are necessary for Seller to meet its obligations under this Contract. Seller will reimburse Buyer for all costs Buyer incurs in connection with any of the foregoing whether or not this Contract is terminated, including, but not limited to, all attorney or other professional fees.

10. TERMINATION FOR BREACH
Buyer my terminate all or any part of this contract, without liability to Seller at any time after execution if Seller (a) repudiates, breaches, or threatens to breach any of the terms of this Contract, including Sellers warranties, (b) fails to perform or threatens not to perform services or deliver goods in accordance with this Contract; or (c) fails to assure timely and proper completion of services or delivery of goods.

11. TERMINATION FOR CONVENIENCE
In addition to any other rights of Buyer to terminate this Contract, Buyer may immediately terminate all or any part of this Contract, at any time and for any reason, by notifying Seller in writing. Upon such termination, Buyer may at its option, purchase from Seller any or all raw materials, work-in-process and finished goods inventory related to the goods under this Contract which are useable and in a merchantable condition. The purchase price for such finished goods, raw materials and work-in-process, and Sellers sole and exclusive recovery from Buyer (without regard to the legal theory which is the basis for any claim by Seller) on account of such termination, will be (a) the contract price for all goods or services that have been completed in accordance with this Contract as of termination date and delivered and accepted by Buyer and not previously paid for, plus (b) the actual costs of work-in-process and raw materials incurred by Seller in furnishing the goods or services under this Contract to the extent such costs are reasonable in amount and are properly allocable or apportionable under generally accepted accounting principles to the terminated portion of this Contract less (c) the reasonable value or cost (whichever is higher) of any goods or materials used or sold by Seller with Buyers written consent. In no event will Buyer be required to pay for finished goods, work-in-process or raw materials which Seller fabricates or procures in amounts that exceed those Buyer authorizes in delivery releases nor will Buyer be required to pay for any goods or materials that are in Sellers standard stock or that are readily marketable. Payments made under this Article will not exceed the aggregate price for finished goods that would be produced by Seller under delivery or release schedules outstanding at the date of termination. Within sixty (60) days after the effective date of termination, Seller will submit a comprehensive termination claim to Buyer, With sufficient supporting data to permit an audit by Buyer, and will thereafter promptly furnish any supplemental and supporting information Buyer requests.

12. TECHNICAL INFORMATION
12.1 Exchange of information. Buyer and Seller will cooperate to create, maintain, update, and share technical information about the goods, products, machinery, materials, formulations and their manufacture, use, application and control in compliance with Buyers drafting and math data standards. Such technical information will not be subject to any use or disclosure restrictions. Accordingly, Seller agrees not to assert any claims against Buyer, its customers or their respective suppliers with respect to any technical information that Seller discloses in connection with this Contract.
12.2 Waiver of Claims. Seller agrees not to assert any claim (other than a claim for patent infringement) against Buyer, Buyers customers or their respective suppliers with respect to any technical information that Seller shall have disclosed or may here-after disclose in connection with the goods or services covered by this Contract.
12.3 Repair and Rebuild. Seller authorizes Buyer, its affiliates, agents and subcontractors, and Buyers customers and their subcontractors to repair, reconstruct or rebuild the goods and products delivered under this Contract without payment of any royalty or other compensation to Seller.
12.4 Computer Programs and Written Works. All works of authorship, including without limitation, software, computer programs, and databases (including object code, microcode, source code and data structures), and all enhancements, modifications and updates thereof and all other written work products or materials, which are created in the course of performing the Contract (separately or as a part of any goods and components) are works made for hire and the sole property of Buyer. To the extent that all right, title and interest in any intellectual property rights in such works authorship.

13. INDEMNIFICATION
13.1 Infringement. Seller will defend, hold harmless and indemnify Buyer and its customers, and their respective successors and assigns, against any claims of infringement (including patent, trademark, copyright, moral, industrial design or other proprietary rights, or misuse or misappropriation of trade secret) and resulting damages and expenses (including, without limitation, attorney and other professional fees and disbursements) relating to the goods or services covered by this Contract, including any claims in circumstances where Seller has provided only part of the goods or services. Seller waives any claim against Buyer that such infringement arose out of compliance with Buyers specifications.
13.2 Activities on Buyers Premises. Seller will defend, hold harmless, and indemnify Buyer from and against any liability, claims, demands, damages, costs or expenses (including, without limitation, reasonable attorney and other professional fees and disbursements) arising from or in connection with the performance of any service or work by Seller or its employees, agents, representatives and subcontractors on Buyers or Buyers customers premises or the use of the property of Buyer or any customer of Buyer, except to the extent such liability arises out of the negligence or willful misconduct of Buyer or Buyers customer.
13.3 Product Liability. Seller will defend, hold harmless, and indemnify Buyer from and against any liability and expenses (including, without limitation, attorney and other professional fees and disbursements) arising from or in connection with any third party claims or demands to recover for personal injury or death, property damage or economic loss caused by any of the goods or services supplied by Seller (regardless of whether such claim or demand arises under tort, negligence, contract, warranty, strict liability or other legal theories), except to the extent such injury, damage or loss results from Buyers specifications as to design or materials or from alteration or improper repair, maintenance or installation by any party other than seller.

14. COMPLIANCE WITH LAWS
Seller, and any goods or services supplied by Seller, will comply with all applicable laws, rules, regulations, orders, conventions, ordinances and standards of the country(ies) of origin and destination or that relate to the manufacture, labeling, transportation, importation, exportation, licensing, approval or certification of the goods or services, including, but not limited to, those relating to environmental matters, wages, hours and conditions of employment, subcontractor selection, discrimination, occupational health/safety and motor vehicle safety. Neither Seller nor any of its subcontractors will utilize slave, prisoner or any other form of forced or involuntary labor in the supply of goods or services under this Contract. Upon Buyers request, Seller will certify in writing its compliance with the foregoing. Seller will defend, hold harmless and indemnify Buyer from and against any liability, claims, demands, damages or expenses (including reasonable attorney or other professional fees and disbursements) arising from the Sellers noncompliance with this Article.

15. INSURANCE
Seller will maintain insurance coverage as required by applicable law or reasonably requested by Buyer with carriers reasonably acceptable to Buyer. With respect to any such insurance coverage, Seller will furnish to Buyer either a certificate evidencing satisfaction of the above-mentioned insurance requirements under this Contract or certified copies of all insurance policies within ten (10) days after Buyer requests. The certificate must provide that Buyer will receive thirty (30) days prior written notice from the insurer of any termination or reduction in the amount or scope of coverage. The furnishing of certificates of insurance and purchase of insurance will not limit or release Seller from Sellers obligations or liabilities under this Contract.

16. SELLERS EQUIPMENT
Seller, at its expense, will furnish, keep in good condition, and replace when necessary all of its machinery and equipment, including related tooling, jigs, dies, gauges, fixtures, molds, patterns, fixtures and other accessories, required for the production of the products covered by this Contract (Sellers Equipment). Seller will insure Sellers Equipment with fire and extended coverage insurance for its full replacement value. Seller grants Buyer an irrevocable option to take possession of, and title to, all or part of Sellers Equipment that is specially designed or outfitted for the production of the goods covered by this Contract upon payment to Seller of the net book value of such Sellers Equipment less any amounts that Buyer has previously paid to Seller for the cost of such Sellers Equipment. The option will not apply to the extent that Sellers Equipment is used to produce goods that are the standard stock of Seller or if a substantial quantity of like goods are being sold by Seller to others. Sellers right to exercise this option is not conditioned on Sellers breach or Buyers termination of this Contract or upon payment of any other amounts due under this Contract.

17. BUYERS PROPERTY
17.1 Bailment of Property. All supplies, materials, tooling, jigs, dies, gauges, fixtures, molds, patterns, equipment and other items Buyer furnishes, either directly or indirectly, to Seller, or for which Buyer gives consideration to Seller in whole or in part (Buyers Property), will be and remain the property of Buyer and be held by Seller on a bailment basis. To the extent that this Contract provides that Buyer will reimburse Seller for any specific items of Buyers property (such as tooling), Seller will purchase and pay for such Buyers Property as agent of Buyer. To the extent that this Contract provides that Seller will obtain any specific items of Buyers Property (such as tooling) without separate or additional payment or reimbursement by Seller, Seller acknowledges and agrees that Buyers issuance of this Contract is good and sufficient consideration for such Buyers Property and that title to such Buyers property shall vest immediately in Buyer and be held by Seller pursuant to this Article. Seller shall assign to Buyer any contract rights or claims in which Seller has an interest with respect to Buyers property. Seller shall also execute (i) any bills of sale or other documents of conveyance Buyer requests to evidence the transfer to Buyer of title to any Buyers property, related contract rights and claims and (ii) any financing statements or other documents Buyer requests to evidence Buyers ownership of Buyers property. Title to all replacement parts, additions, improvements and accessories purchased by Seller will vest in Buyer immediately upon attachment or incorporation into Buyers property. Seller will not sell, lend, rent, encumber, pledge, lease, transfer or otherwise dispose of Buyers property. Furthermore, Seller will not assert, or permit any person claiming an interest through Seller to assert any claims of ownership to or any other interest in Buyers Property. When permitted by law, Seller waives any lien or other rights that Seller might otherwise have on or in any of Buyers property for work performed on such property or otherwise. Goods manufactured based on Buyers drawings and/or specifications may not be used for Sellers own use or sold to third parties without Buyers express written authorization.
17.2 Sellers Duties with Respect to Buyers Property. While Buyers property is in Sellers possession and until Seller delivers Buyers property back to Buyer, Seller bears the risk of loss and damage to Buyers property. Seller will be responsible for the cost of repairing or replacing Buyers property if it is damaged or destroyed regardless of cause or fault. Seller will at all times (a) regularly inspect, maintain in good condition, and repair Buyers Property at Sellers own expense, (b) use Buyers Property only for the performance of this Contract, (c) deem Buyers property to be personal property, (d) conspicuously mark Buyers property as the property of Buyer and maintain such markings, (e) not commingle Buyers property with the property of Seller or with that of a third person, (f) not move Buyers Property from Sellers premises without Buyers written approval, and (g) use Buyers Property in compliance with Buyers or the manufacturers instructions and in compliance with all federal, state and local laws, ordinances and regulations. Buyer will have the right to enter Sellers premises at all reasonable times to inspect Buyers Property and Sellers records with respect thereto.
17.3 Return of Buyers property. Seller agrees that Buyer has the right, at any time and from time to time, with or without reason and without payment of any kind, to retake possession of or request the return of Buyers property. Without further notice or court hearings, which rights, if any, are hereby waived, Buyer or its designee(s) will have the right to enter Sellers premises and take possession of any and all of Buyers Property. Upon Buyers request and in accordance with Buyers instructions, Buyers Property will be immediately released to Buyer or delivered to Buyer by Seller, either (i) Ex Works (Incoterms 1990) at Sellers plant properly packed and marked in accordance with the requirements of the carrier selected by Buyer to transport such Buyers Property or (ii) to any location Buyer designates, in which event Buyer will pay Seller the reasonable costs of delivering Buyers Property to the location Buyer designates. If Seller does not release and deliver any Buyers Property in accordance with this Article, Buyer may obtain an immediate writ of possession without notice and without the posting of any bond and/or enter Sellers premises, with or without legal process, and take immediate possession of Buyers Property.
17.4 Disclaimer of Warranties. Seller acknowledges and agrees that (i) Buyer is not the manufacturer of Buyers Property nor the manufacturers agent nor a dealer therein, (ii) Buyer is bailing Buyers property to Seller for Sellers benefit, (iii) Seller is satisfied that Buyers Property is suitable and fit for its purposes, and (iv) BUYER HAS NOT MADE AND DOES NOT MAKE ANY WARRANTY OR REPRESENTATION WHATSOEVER, EITHER EXPRESS OR IMPLIED, AS TO THE FITNESS, CONDITION, MERCHANTABILITY, DESIGN OR OPERATION OF BUYERS PROPERTY OR ITS FITNESS FOR ANY PARTICULAR PURPOSE. Buyer will not be liable to Seller for any loss, damage, injury or expense of any kind or nature caused, directly or indirectly, by Buyers Property, including, without limitation, the use or maintenance thereof, or the repair, service or adjustment thereof, or by any interruption of service or for any loss of business whatsoever or howsoever caused, including, without limitation, any loss of anticipatory damages, profits, or any other indirect, special or consequential damages.
17.5 Development, Engineering and Consulting Services. Engineering, consulting or development services (Development Services) funded under this Contract that result in any idea, invention, concept, discovery, work of authorship, patent, copyright, trademark, trade secret, know-how or other intellectual property (IP) shall be the sole property of Buyer. Seller agrees to assign all right, title and interest in and to IP that results from Development Services (Developed IP) to Buyer. Seller shall notify Buyer of the existence of Developed IP and assist Buyer in every reasonable way to perfect its right, title and interest in Developed IP, such as by executing and delivering all additional documents reasonably requested by Buyer in order to perfect, register, and/or enforce the same, and Buyer shall reimburse Seller for reasonable costs incurred by Seller in providing such assistance.

18. SERVICE AND REPLACEMENT PARTS
During the term of this Contract, Seller will sell to Buyer goods necessary to fulfill Buyers service and replacement parts requirements to Buyers customers at the then current production price(s) under this Contract. If the goods are systems or modules, Seller will sell the components or parts that comprise the system or module at price(s) that will not, in the aggregate, exceed the price of the system or module less assembly costs. If this Contract is in effect at the end of the vehicle production program into which the goods covered by the Contract are incorporated, Seller will also sell goods to Buyer to fulfill Buyers and its customers service and replacement parts requirements during the fifteen (15) year period following the end of such vehicle production program (the Post-Production Period), and this Contract will automatically remain in effect during the entire Post-Production Period. During the first three (3) years of the Post-Production Period, the price(s) for such goods will be the production price(s) which were in effect at the commencement of the Post-Production Period. For the remainder of the Post-Production Period, the price(s) for such service goods will be as reasonably agreed to by the parties. If requested by Buyer, Seller will also make service literature and other materials available at no additional charge to support Buyers service activities.

19. REMEDIES
The rights and remedies reserved to Buyer in this Contract are cumulative with, and in addition to, all other or further remedies provided in law or equity.

20. CUSTOMS AND EXPORT CONTROLS
Credits or benefits resulting or arising from this Contract, including trade credits, export credits or the refund of duties, taxes or fees, belong to the Buyer. Seller will provide all information necessary (including written documentation and electronic transaction records) to permit Buyer to receive these benefits or credits, and to fulfill any customs related obligations, origin marking or labeling requirements and local content origin requirements. Seller will obtain all export licenses or authorizations necessary for the export of the goods unless otherwise indicated in this Contract, in which event Seller will provide all information as may be necessary to enable Buyer to obtain such licenses or authorization(s). Seller will make all arrangements that are necessary for the goods to be covered by any duty deferral or free trade zone program(s) of the country of import.

21. SETOFF AND RECOVERY
With respect to any monetary obligations of Seller or Sellers affiliates to Buyer or Buyers affiliates, Buyer may (i) setoff such obligations against and sums owing to Seller or Sellers affiliates and/or (ii) recoup such obligations from any amounts paid to Seller or Sellers affiliates by Buyer or Buyers affiliates.

22. NO ADVERTISING
Seller will not, in any manner, advertise or publish that Seller has contracted to furnish Buyer the goods or services covered by this Contract or use any trademarks or trade names of Buyer in Sellers advertising or promotional materials unless Buyer consents in writing.

23. NO IMPLIED WAIVER
The failure of either party at any time to require performance by the other party of any provision of this Contract will not affect the right to require such performance at any later time, nor will the waiver by either party of a breach of any provision of this Contract constitute a waiver of any succeeding breach of the same or any other provision. No course of dealing or course of performance may be used to evidence a waiver or limitation of Sellers obligations under this Contract.

24. ASSIGNMENT
Buyer may assign its rights and obligations under this Contract without Sellers prior written consent. Seller may not assign or delegate its rights or obligations under this contract without Buyers prior written consent.

25. RELATIONSHIP OF PARTIES
Seller and Buyer are independent contracting parties. Nothing in this Contract makes either party the agent or legal representative of the other for any purpose whatsoever, nor grants either party any authority to assume or create any obligation on behalf of or in the name of the other party.

26. GOVERNING LAW AND JURISDICTION
This Contract is to be construed according to the laws of the country (and state or province, if applicable) from which this Contract is issued as shown by the address of Buyer, excluding the provisions of the United Nations Convention on Contracts for the International Sale of Goods and any choice of law provisions that require application of any other law. Any action or proceedings by Buyer against Seller may be brought by Buyer in any court(s) having jurisdiction over Seller or, at Buyers option, in the court(s) having jurisdiction over Buyers location, in which event Seller consents to jurisdiction and service of process in accordance with applicable procedures. Any actions by Seller against Buyer may be brought by Seller only in the court(s) having jurisdiction over the location of Buyer from which this Contract is issued.

27. SEVERABILITY
If any provision of this Contract is invalid or unenforceable under any statute, regulation, ordinance, executive order or other rule of law, such provision will be deemed reformed or deleted, as the case may be, but only to the extent necessary to comply with such statute, regulation, ordinance, order of rule, and the remaining provisions of this Contract will remain in full force and effect.

28. RIGHT TO AUDIT
Buyer, at its expense, has the right to audit and review all relevant books, records, payroll data, receipts and other documents, including Sellers administrative and accounting policies, guidelines, practices and procedures, in order to substantiate any charges and other matters under this Contract. Seller will maintain and preserve all such documents for a period of four (4) years following final payment under this Contract. In addition, Seller has the right to inspect all inventories, work-in-process, materials, machinery, equipment, tooling, fixtures, gauges, and other items related to Sellers performance of the Contract. Seller will provide Buyer with reasonable access to its facilities and otherwise cooperate and facilitate any such audits or inspections by Buyer.

29. ENTIRE AGREEMENT
This Contract, together with the attachments, exhibits, supplements or other terms of buyer specifically referenced in this Contract, constitutes the entire agreement between Seller and Buyer with respect to the matters contained in this Contract and supersedes all prior oral or written representations and agreements. This Contract may only be modified by a written contract amendment issued by the Buyer. Notwithstanding anything to the contrary contained herein, Buyer explicitly reserves, and his Contract will not constitute a waiver or release of, any rights and claims against Seller arising out of, or relating to, any fraud or duress in connection with the formation of this Contract or any breach or anticipatory breach of any previously existing contract between Buyer and Seller (whether or not such previously existing contract related to the same or similar goods or subject matter as this Contract). All payments by Buyer to Seller under this Contract are without prejudice to Buyers claims, rights, or remedies.

JUNE 1999

FDP9006-0400

PURCHASE ORDER

PEDP4420062

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS, BILLS OF LADING, AND RELATED DOCUMENTS.

DELPHI

DELIVER TO: ( AS RELEASED )
EL PASO TX

VENDOR CODE

DUNS: 695283358-P01 / 800432635-C01 PHONE 000-000-0000

PLEASE ENTER OUR ORDER/REVISION AS LISTED HEREON, SUBJECT TO TERMS AND CONDITIONS CONTAINED WITHIN.

TO: KYOCERA INDUSTRIAL CERAMICS CORP
25 NW POINT BLVD STE 450
ELK GROVE VILLAGE IL 60007 US

PURCHASE ORDER PEDP4420062
ORDER DATE 08-19-04
REF. INQ. NO. 000

| FREIGHT TERM | SHIPPING POINT | PAYMENT TERM |
|---|---|---|
| FOB-OUR PLANT FREIGHT COLLECT | KOKUBU | 2ND DAY OF 2ND MONTH |

| TITLE TRANSFER | SHIPPING INSTRUCTION | BUYER |
|---|---|---|
| TITLE TRANSFER OUR PLANT | BEST WAY | 42 |

PART NO. DESCRIPTION / PERCENT PRICE PRICES IN USD QUANTITY UOM SHIP

REQUIREMENTS CONTRACT STATEMENT:
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

SELLER AGREES TO SELL AND BUYER AGREES TO PURCHASE AT THE PRICE AND SUBJECT TO THE TERMS AND CONDITIONS HEREOF, THE PART NUMBERS INDICATED HEREIN. SHIPMENTS ARE AUTHORIZED ONLY WHEN RELEASED BY OUR SHIPPING SCHEDULE OR SPOT BUY PURCHASE ORDER. ALL MATERIAL SHALL BE SUPPLIED IN CONFORMANCE WITH SPECIFICATIONS, DRAWINGS, SAMPLES, OR OTHER DESCRIPTIONS PROVIDED. PACKAGING SHALL BE IN COMPLIANCE WITH DELPHI AUTOMOTIVE GLOBAL SUPPLIER PACKAGING MANUAL (AVAILABLE AT WWW.DELPHI.COM). ALL REQUIREMENTS LISTED IN DELPHI AUTOMOTIVE SUPPLIER GUIDELINES APPLY. A COPY OF THESE GUIDELINES ARE AVAILABLE AT WEBSITE WWW.DELPHI.COM
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

ALL NAFTA RELATED DOCUMENT AS WELL AS MANUFACTURER'S AFFIDAVITS SHOULD BE SENT TO:
DELPHI CORPORATION
M/C 480-410-228
5825 DELPHI DRIVE
TROY, MI 48098
ATTN: JEROME KLOTZ

25108420 REV 39
CRG: A 100 AS RELEASED
HEATER 1.9500 PCS
++++++++++++++++++++++++++++++++++++++++

PER GPS 2500177526
7/1/01 = 1.95
7/1/02 = 1.95
7/1/03 = 1.95

| LEAD-DAYS | STD-PACK | CONTR | COO |
|---|---|---|---|
| 20 | 4000 | CTN | JP |

EFFECTIVE 09-01-04 EXPIRATION 12-31-05 TAX CODE: 00

| DELIVER-TO | STA | DEPT | GEN-LED | ACCT | DEPT/POM | W.O. | PROJ | DEBIT | JOB-NUMBER | CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| EL PASO | | | 80180 | 80180 | | | | | | A |

3-00001-8279-7

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR MATERIAL OR SERVICES SUPPLIED.

[illegible]

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431 Warren, Ohio 44486

FERNANDO DE LEON
PHONE: 915 612-8543 BUYER

SIDNEY JOHNSON

[x] FDP9006-0400

PURCHASE ORDER

PEDP4420062

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS, BILLS OF LADING, AND RELATED DOCUMENTS.

# DELPHI

DELIVER TO: ( AS RELEASED )

EL PASO TX

VENDOR CODE

DUNS: 695283358-P01 / 800432635-C01 PHONE 000-000-0000

PLEASE ENTER OUR ORDER/REVISION AS LISTED HEREON, SUBJECT TO TERMS AND CONDITIONS CONTAINED WITHIN.

TO: KYOCERA INDUSTRIAL CERAMICS CORP
25 NW POINT BLVD STE 450
ELK GROVE VILLAGE IL 60007 US

PURCHASE ORDER PEDP4420062
ORDER DATE 08-19-04
REF. INQ. NO. 000

| FREIGHT TERM | SHIPPING POINT | PAYMENT TERM |
|---|---|---|
| FOB-OUR PLANT FREIGHT COLLECT | KOKUBU | 2ND DAY OF 2ND MONTH |

| TITLE TRANSFER | SHIPPING INSTRUCTION | BUYER |
|---|---|---|
| TITLE TRANSFER OUR PLANT | BEST WAY | 42 |

| PART NO. | DESCRIPTION / PERCENT | PRICE | QUANTITY | UOM SHIP |
|---|---|---|---|---|
| | CARRY OVER: A | | | |
| 25165124 | REV A<br>CRG: A 100<br>18 WATT HEATER ROD | 2.3300 | AS RELEASED | PCS |

++++++++++++++++++++++++++++++++++++++++++++
PER GPS 2500177526
7/1/01 = 2.33
7/1/02 = 2.33
7/1/03 = 2.33

| LEAD-DAYS | STD-PACK | CONTR | INNER-PACK | COO |
|---|---|---|---|---|
| 20 | 4000 | PCS | 1000 | JP |

CARRY OVER: A

TOTAL IN USD

EFFECTIVE 09-01-04 EXPIRATION 12-31-05 TAX CODE: 00

| DELIVER-TO | STA | DEPT | GEN-LED | ACCT | DEPT/POM | W.O. | PROJ | DEBIT | JOB-NUMBER | CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| EL PASO | | | 80180 | 80180 | | | | | | A |

3-00001-8279-7

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR MATERIAL OR SERVICES SUPPLIED.

IMPORTANT: [illegible]

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431 Warren, Ohio 44486

FERNANDO DE LEON
PHONE: 915 612-8543 BUYER

SIDNEY JOHNSON

PURCHASE ORDER PEDP4420062 PAGE 3 OF 3

Effective March 2004

# DELPHI CORPORATION

## GENERAL TERMS AND CONDITIONS

**1. ACCEPTANCE**
[illegible]

**2. SHIPPING AND BILLING**
2.1 Shipping. [illegible]
2.2 Billing. [illegible]
2.3 Taxes. [illegible]
2.4 Withholding of Taxes by Buyer. [illegible]
2.5 Delivery Schedules. [illegible]
2.6 Premium Shipments. [illegible]
2.7 Volume Forecasts. [illegible]

**3. SPECIFICATION, DESIGN AND SCOPE CHANGES**
[illegible]

**4. QUALITY AND INSPECTION**
[illegible]

**5. NONCONFORMING GOODS**
[illegible]

**6. FORCE MAJEURE**
[illegible]

**7. WARRANTY**
[illegible]

**8. INGREDIENTS AND HAZARDOUS MATERIALS**
[illegible]

**9. INSOLVENCY OF SELLER**
[illegible]

**10. TERMINATION FOR BREACH**
[illegible]

**11. TERMINATION FOR CONVENIENCE**
[illegible]

**12. TECHNICAL INFORMATION**
[illegible]

**13. INDEMNIFICATION**
[illegible]

**14. COMPLIANCE WITH LAWS**
[illegible]

**15. INSURANCE**
[illegible]

**16. SELLER'S EQUIPMENT**
[illegible]

**17. BUYER'S PROPERTY AND INFORMATION**
[illegible]

**18. SERVICE AND REPLACEMENT PARTS**
[illegible]

**19. REMEDIES AND INJUNCTIVE RELIEF**
[illegible]

**20. CUSTOMS AND EXPORT CONTROLS**
[illegible]

**21. BUYER'S RECOVERY RIGHT**
[illegible]

**22. NO ADVERTISING**
[illegible]

**23. NO IMPLIED WAIVER**
[illegible]

**24. ASSIGNMENT AND CHANGE IN CONTROL**
[illegible]

**25. RELATIONSHIP OF PARTIES**
[illegible]

**26. GOVERNING LAW AND JURISDICTION**
26.1 U.S. Contracts. [illegible]
26.2 Non-U.S. Contracts. [illegible]

**27. SEVERABILITY**
[illegible]

**28. RIGHT TO AUDIT AND INSPECT**
[illegible]

**29. ENTIRE AGREEMENT**
[illegible]

**30. TRANSLATIONS**
[illegible]

# Exhibit B

Item Manager

PRINT

Item | Fab Auth History | Forecast | Avg. Daily Use | X-Ref | Create Alert | Search

## Forecast

Export

Item: 25165124

Supplied To: Delphi Packard Plant 39 - Juarez

Status: 0 — 0 — 36000

Next Shipment: SET

Last Delivery: 20000 02/14/04 00:00

FORECAST Weeks 1-24

Current Forecast Previous Forecast

| Week | Date | Forecast | Week | Date | Forecast | Week | Date | Forecast |
|---|---|---|---|---|---|---|---|---|
| 1 | 02/23/04 | 23890 | 9 | 04/19/04 | 17630 | 17 | 06/14/04 | |
| 2 | 03/01/04 | 23660 | 10 | 04/26/04 | 17630 | 18 | 06/21/04 | |
| 3 | 03/08/04 | 21080 | 11 | 05/03/04 | 17630 | 19 | 06/28/04 | |
| 4 | 03/15/04 | 21230 | 12 | 05/10/04 | 17630 | 20 | 07/05/04 | |
| 5 | 03/22/04 | 19430 | 13 | 05/17/04 | 17630 | 21 | 07/12/04 | |
| 6 | 03/29/04 | 17630 | 14 | 05/24/04 | 17630 | 22 | 07/19/04 | |
| 7 | 04/05/04 | 17630 | 15 | 05/31/04 | 17630 | 23 | 07/26/04 | |
| 8 | 04/12/04 | 17630 | 16 | 06/07/04 | 17630 | 24 | 08/02/04 | |

i-supply

Sheila Murphy(michael.werner), Kyocera Ind Ceramics - Elk Grove Village — 02/25/04 09:44

Item Manager

PRINT 

Item Fab Auth History Forecast Avg. Daily Use X-Ref Create Alert Search

## Forecast

Export

Item: 25165124

Supplied To: Delphi Packard Plant 39 - Juarez

| Status | Next Shipment | Last Delivery |
|---|---|---|
| 12000 / 0 / 36000 | 16000 02/25/04 13:46 | 12000 03/01/04 08:59 |

FORECAST Weeks 1-24

| Week | Date | Forecast | Week | Date | Forecast | Week | Date | Forecast |
|---|---|---|---|---|---|---|---|---|
| 1 | 03/01/04 | 23840 | 9 | 04/26/04 | 17630 | 17 | 06/21/04 | |
| 2 | 03/08/04 | 21230 | 10 | 05/03/04 | 17630 | 18 | 06/28/04 | |
| 3 | 03/15/04 | 21230 | 11 | 05/10/04 | 17630 | 19 | 07/05/04 | |
| 4 | 03/22/04 | 19430 | 12 | 05/17/04 | 17630 | 20 | 07/12/04 | |
| 5 | 03/29/04 | 17630 | 13 | 05/24/04 | 17630 | 21 | 07/19/04 | |
| 6 | 04/05/04 | 17630 | 14 | 05/31/04 | 17630 | 22 | 07/26/04 | |
| 7 | 04/12/04 | 17630 | 15 | 06/07/04 | 17630 | 23 | 08/02/04 | |
| 8 | 04/19/04 | 17630 | 16 | 06/14/04 | 17630 | 24 | 08/09/04 | |

i-supply

Shella Murphy(michael.werner), Kyocera Ind Ceramics - Elk Grove Village — 03/02/04 09:11

Item Manager

PRINT 

Item Fab Auth History Forecast Avg. Daily Use X-Ref Create Alert Search

## Forecast

Export

Item: 25165124

Supplied To: Delphi Packard Plant 39 - Juarez

| Status | Next Shipment | Last Delivery |
|---|---|---|
| 0 20000 35000 | SET | 16000 03/09/04 00:00 |

FORECAST Weeks 1-24

| Week | Date | Forecast | Week | Date | Forecast | Week | Date | Forecast |
|---|---|---|---|---|---|---|---|---|
| 1 | 03/08/04 | 25340 | 9 | 05/03/04 | 17630 | 17 | 06/28/04 | |
| 2 | 03/15/04 | 25310 | 10 | 05/10/04 | 17630 | 18 | 07/05/04 | |
| 3 | 03/22/04 | 22460 | 11 | 05/17/04 | 17630 | 19 | 07/12/04 | |
| 4 | 03/29/04 | 18180 | 12 | 05/24/04 | 17630 | 20 | 07/19/04 | |
| 5 | 04/05/04 | 17630 | 13 | 05/31/04 | 17630 | 21 | 07/26/04 | |
| 6 | 04/12/04 | 17630 | 14 | 06/07/04 | 17630 | 22 | 08/02/04 | |
| 7 | 04/19/04 | 17630 | 15 | 06/14/04 | 17630 | 23 | 08/09/04 | |
| 8 | 04/26/04 | 17630 | 16 | 06/21/04 | 17630 | 24 | 08/16/04 | |

isupply Sheila Murphy(michael.werner), Kyocera Ind Ceramics - Elk Grove Village — 03/09/04 09:34

Item Manager

PRINT 

Item | Fab Auth History | Forecast | Avg. Daily Use | X-Ref | Create Alert | Search

## Forecast

Export

Item: 25165124

Supplied To: Delphi Packard Plant 39 - Juarez

| Status | Next Shipment | Last Delivery |
|---|---|---|
| 20000 44000 0 36000 | 12000 03/11/04 08:30 | 12000 03/16/04 00:00 |

FORECAST Weeks 1-24

| Week | Date | Forecast | Week | Date, | Forecast | Week | Date | Forecast |
|---|---|---|---|---|---|---|---|---|
| 1 | 03/15/04 | 27740 | 9 | 05/10/04 | 17630 | 17 | 07/05/04 | |
| 2 | 03/22/04 | 24860 | 10 | 05/17/04 | 17630 | 18 | 07/12/04 | |
| 3 | 03/29/04 | 20380 | 11 | 05/24/04 | 17630 | 19 | 07/19/04 | |
| 4 | 04/05/04 | 17630 | 12 | 05/31/04 | 17630 | 20 | 07/26/04 | |
| 5 | 04/12/04 | 17630 | 13 | 06/07/04 | 17630 | 21 | 08/02/04 | |
| 6 | 04/19/04 | 17630 | 14 | 06/14/04 | 17630 | 22 | 08/09/04 | |
| 7 | 04/26/04 | 17630 | 15 | 06/21/04 | 17630 | 23 | 08/16/04 | |
| 8 | 05/03/04 | 17630 | 16 | 06/28/04 | 17630 | 24 | 08/23/04 | |

isupply

Sheila Murphy(michael.werner), Kyocera Ind Ceramics - Elk Grove Village — 03/16/04 08:37

Item Manager

PRINT 

Item Fab Auth History Forecast Avg. Daily Use X-Ref Create Alert Search

## Forecast

Export

Item: 25165124

Supplied To: Delphi Packard Plant 39 - Juarez

Status

16000 40000
12000 36000

Next Shipment

12000 03/15/04 10:22

Last Delivery

12000 03/20/04 00:00

FORECAST Weeks 1-24

| Week | Date | Forecast | Week | Date | Forecast | Week | Date | Forecast |
|---|---|---|---|---|---|---|---|---|
| 1 | 03/22/04 | 27690 | 9 | 05/17/04 | 17630 | 17 | 07/12/04 | |
| 2 | 03/29/04 | 27380 | 10 | 05/24/04 | 17630 | 18 | 07/19/04 | |
| 3 | 04/05/04 | 24880 | 11 | 05/31/04 | 17630 | 19 | 07/26/04 | |
| 4 | 04/12/04 | 19830 | 12 | 06/07/04 | 17630 | 20 | 08/02/04 | |
| 5 | 04/19/04 | 19830 | 13 | 06/14/04 | 17630 | 21 | 08/09/04 | |
| 6 | 04/26/04 | 17630 | 14 | 06/21/04 | 17630 | 22 | 08/16/04 | |
| 7 | 05/03/04 | 17630 | 15 | 06/28/04 | 17630 | 23 | 08/23/04 | |
| 8 | 05/10/04 | 17630 | 16 | 07/05/04 | 17630 | 24 | 08/30/04 | |

i-supply Sheila Murphy(michael.werner), Kyocera Ind Ceramics - Elk Grove Village — 03/23/04 09:07

Item Manager

PRINT

Item Fab Auth History Forecast Avg. Daily Use X-Ref Create Alert Search

## Forecast

Export

Item: 25165124

Supplied To: Delphi Packard Plant 39 - Juarez

Status

Next Shipment

Last Delivery

24000 03/26/04 09:45

FORECAST Weeks 1-24

Current Forecast Previous Forecast

| Week | Date | Forecast | Week | Date | Forecast | Week | Date | Forecast |
|---|---|---|---|---|---|---|---|---|
| 1 | 03/29/04 | 27690 | 9 | 05/24/04 | 17630 | 17 | 07/19/04 | |
| 2 | 04/05/04 | 27610 | 10 | 05/31/04 | 17630 | 18 | 07/26/04 | |
| 3 | 04/12/04 | 24880 | 11 | 06/07/04 | 17630 | 19 | 08/02/04 | |
| 4 | 04/19/04 | 19830 | 12 | 06/14/04 | 17630 | 20 | 08/09/04 | |
| 5 | 04/26/04 | 19830 | 13 | 06/21/04 | 17630 | 21 | 08/16/04 | |
| 6 | 05/03/04 | 17630 | 14 | 06/28/04 | 17630 | 22 | 08/23/04 | |
| 7 | 05/10/04 | 17630 | 15 | 07/05/04 | 17630 | 23 | 08/30/04 | |
| 8 | 05/17/04 | 17630 | 16 | 07/12/04 | 17630 | 24 | 09/06/04 | |

isupply

Sheila Murphy(michael.werner), Kyocera Ind Ceramics - Elk Grove Village — 03/30/04 09:15



Item Manager

michael.werner | Kyocera Ind Ceramics - Elk Grove Village

Item Details
Multi-Item Update
Forecast
Average Daily Use
Authorization History
Search

Delphi Packard Plant 39 - Juarez | 25165124 | Weeks 1-24 | Go

Next Delivery: 2000 04/02/04 15:28 80477364
Last Delivery: 0 04/02/04 08:00 804751910

Last Inventory Level Change: 04/03/04 03:22

ACTUAL FORECAST | SUPPLIER CAPACITY | Export

| Week | Date | Forecast | Capacity | Week | Date | Forecast | Capacity | Week | Date | Forecast | Capacity |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 04/05/04 | 27690 | | 9 | 05/31/04 | 15630 | | 17 | 07/26/04 | | |
| 2 | 04/12/04 | 25030 | | 10 | 06/07/04 | 15630 | | 18 | 08/02/04 | | |
| 3 | 04/19/04 | 22680 | | 11 | 06/14/04 | 15630 | | 19 | 08/09/04 | | |
| 4 | 04/26/04 | 19730 | | 12 | 06/21/04 | 15630 | | 20 | 08/16/04 | | |
| 5 | 05/03/04 | 19730 | | 13 | 06/28/04 | 15630 | | 21 | 08/23/04 | | |

Save






Forecast

Delphi Packard Plant 39 - Juarez | 25165124 | Weeks 1-24 | Go

12000 42000 44000

Next Delivery: Set
Last Delivery: 16000 04/14/04 00:00 80478137

Last Inventory Level Change: 04/20/04 03:22

Last Item Update From ERP: 04/20/04 07:38

ACTUAL FORECAST | SUPPLIER CAPACITY

Export

Current Forecast | Previous Forecast

| Week | Date | Forecast | Capacity | Week | Date | Forecast | Capacity | Week | Date | Forecast | Capacity |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 04/19/04 | 25410 | | 9 | 06/14/04 | 15630 | | 17 | 08/09/04 | | |
| 2 | 04/26/04 | 24630 | | 10 | 06/21/04 | 15630 | | 18 | 08/16/04 | | |
| 3 | 05/03/04 | 19730 | | 11 | 06/28/04 | 15630 | | 19 | 08/23/04 | | |
| 4 | 05/10/04 | 17830 | | 12 | 07/05/04 | 15630 | | 20 | 08/30/04 | | |
| 5 | 05/17/04 | 15630 | | 13 | 07/12/04 | 15630 | | 21 | 09/06/04 | | |
| 6 | 05/24/04 | 15630 | | 14 | 07/19/04 | 15630 | | 22 | 09/13/04 | | |
| 7 | 05/31/04 | 15630 | | 15 | 07/26/04 | 15630 | | 23 | 09/20/04 | | |

Forecast

| 8 | 06/07/04 | 15630 | | 16 | 08/02/04 | 15630 | | 24 | 09/27/04 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

Save

https://services.supplysolution.com/iSupply/ItemManager/Forecast.do

4/20/2004



Forecast

Delphi Packard Plant 39 - Juarez | 25165124 | Weeks 1-24 | Go

12000 28000 44000 44000

Next Delivery: 8000 04/27/04 10:59 80482420
Last Delivery: 16000 04/14/04 00:00 80478137

Last Inventory Level Change: 04/27/04 03:22

Last Item Update From ERP: 04/27/04 14:22

ACTUAL FORECAST | SUPPLIER CAPACITY

Export

| Week | Date | Forecast | Capacity | Week | Date | Forecast | Capacity | Week | Date | Forecast | Capacity |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 04/26/04 | 25410 | | 9 | 06/21/04 | 15630 | | 17 | 08/16/04 | | |
| 2 | 05/03/04 | 19730 | | 10 | 06/28/04 | 15630 | | 18 | 08/23/04 | | |
| 3 | 05/10/04 | 17830 | | 11 | 07/05/04 | 15630 | | 19 | 08/30/04 | | |
| 4 | 05/17/04 | 15630 | | 12 | 07/12/04 | 15630 | | 20 | 09/06/04 | | |
| 5 | 05/24/04 | 15630 | | 13 | 07/19/04 | 15630 | | 21 | 09/13/04 | | |
| 6 | 05/31/04 | 15630 | | 14 | 07/26/04 | 15630 | | 22 | 09/20/04 | | |
| 7 | 06/07/04 | 15630 | | 15 | 08/02/04 | 15630 | | 23 | 09/27/04 | | |

Forecast

| 8 | 06/14/04 | 15630 | | 16 | 08/09/04 | 15630 | | 24 | 10/04/04 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

Save

https://services.supplysolution.com/iSupply/ItemManager/Forecast.do

4/27/2004

Forecast

Delphi Packard Plant 39 - Juarez | 25165124 | Weeks 1-24 | Go

20000 40000
12000 44000

Next Delivery: 20000 05/05/04 13:55 80483300
Last Delivery: 8000 05/03/04 00:00 80482425

Last Inventory Level Change: 05/05/04 03:22

Last Item Update From ERP: 05/05/04 08:21

ACTUAL FORECAST | SUPPLIER CAPACITY

| Week | Date | Forecast | Capacity | Week | Date | Forecast | Capacity | Week | Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 05/03/04 | 23310 | | 9 | 06/28/04 | 14960 | | 17 | 08/23, |
| 2 | 05/10/04 | 18510 | | 10 | 07/05/04 | 0 | | 18 | 08/30, |
| 3 | 05/17/04 | 14860 | | 11 | 07/12/04 | 14960 | | 19 | 09/06, |
| 4 | 05/24/04 | 15560 | | 12 | 07/19/04 | 14960 | | 20 | 09/13, |
| 5 | 05/31/04 | 15560 | | 13 | 07/26/04 | 14960 | | 21 | 09/20, |
| 6 | 06/07/04 | 14960 | | 14 | 08/02/04 | 14960 | | 22 | 09/27, |
| 7 | 06/14/04 | 14960 | | 15 | 08/09/04 | 14960 | | 23 | 10/04, |

Forecast

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 8 | 06/21/04 | 14816 | | 16 | 08/16/04 | 14960 | | 24 | 10/11 |

https://services.supplysolution.com/iSupply/ItemManager/Forecast.do

Delphi Packard Plant 39 - Juarez | 25165124 | Weeks 1-24 | Go

24000 | 44000
12000 | 44000

Next Delivery: 20000 05/05/04 13:55 80483300
Last Delivery: 8000 05/10/04 00:00 80484772

Last Inventory Level Change: 05/12/04 03:22

Last Item Update From ERP: 05/12/04 08:09

ACTUAL FORECAST | SUPPLIER CAPACITY

| Week | Date | Forecast | Capacity | Week | Date | Forecast | Capacity | Week | Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 05/10/04 | 16310 | | 9 | 07/05/04 | 0 | | 17 | 08/30/ |
| 2 | 05/17/04 | 14860 | | 10 | 07/12/04 | 14960 | | 18 | 09/06/ |
| 3 | 05/24/04 | 15560 | | 11 | 07/19/04 | 14960 | | 19 | 09/13/ |
| 4 | 05/31/04 | 15560 | | 12 | 07/26/04 | 14960 | | 20 | 09/20/ |
| 5 | 06/07/04 | 14960 | | 13 | 08/02/04 | 14960 | | 21 | 09/27/ |
| 6 | 06/14/04 | 14960 | | 14 | 08/09/04 | 14960 | | 22 | 10/04/ |
| 7 | 06/21/04 | 14960 | | 15 | 08/16/04 | 14960 | | 23 | 10/11/ |

A-B Pg 22 of 30

Forecast

| 8 | 06/28/04 | 14960 | | 16 | 08/23/04 | 14960 | | 24 | 10/18/ |
|---|---|---|---|---|---|---|---|---|---|

https://services.supplysolution.com/iSupply/ItemManager/Forecast.do

Delphi Packard Plant 39 - Juarez | 25165124 | Weeks 1-24 | Go

12000 8000 28000

Next Delivery: Set
Last Delivery: 0 05/14/04 13:43 80483300

Last Inventory Level Change: 05/18/04 03:22

Last Item Update From ERP: 05/18/04 08:24

ACTUAL FORECAST | SUPPLIER CAPACITY

Export

Current Forecast | Previous Forecast

| Week | Date | Forecast | Capacity | Week | Date | Forecast | Capacity | Week | Date | Forecast | Capacity |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05/17/04 | 14700 | | 9 | 07/12/04 | 14960 | | 17 | 09/06/04 | | |
| 2 | 05/24/04 | 15660 | | 10 | 07/19/04 | 14960 | | 18 | 09/13/04 | | |
| 3 | 05/31/04 | 15660 | | 11 | 07/26/04 | 14960 | | 19 | 09/20/04 | | |
| 4 | 06/07/04 | 14960 | | 12 | 08/02/04 | 14960 | | 20 | 09/27/04 | | |
| 5 | 06/14/04 | 14960 | | 13 | 08/09/04 | 14960 | | 21 | 10/04/04 | | |
| 6 | 06/21/04 | 14960 | | 14 | 08/16/04 | 14960 | | 22 | 10/11/04 | | |
| 7 | 06/28/04 | 14960 | | 15 | 08/23/04 | 14960 | | 23 | 10/18/04 | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 07/05/04 | 0 | | 16 | 08/30/04 | 14960 | | 24 | 10/25/04 | | |

Save

Delphi Packard Plant 39 - Juarez | 25165124 | Weeks 1-24 | Go

12000 | 25000
8000 | 20000

Next Delivery: 16000 05/20/04 08:19 80485905
Last Delivery: 12000 05/22/04 00:00 80487394

Last Inventory Level Change: 05/24/04 03:22

Last Item Update From ERP: 05/25/04 03:22

ACTUAL FORECAST | SUPPLIER CAPACITY

QUANTITY
30000
27000
24000
21000
18000
15000
12000
9000
6000
3000
0

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23
05/24/04

WEEKS

| Week | Date | Forecast | Capacity | Week | Date | Forecast | Capacity | Week | Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 05/24/04 | 12605 | | 9 | 07/19/04 | 14960 | | 17 | 09/13/ |
| 2 | 05/31/04 | 15660 | | 10 | 07/26/04 | 14960 | | 18 | 09/20/ |
| 3 | 06/07/04 | 14960 | | 11 | 08/02/04 | 14960 | | 19 | 09/27/ |
| 4 | 06/14/04 | 14960 | | 12 | 08/09/04 | 14960 | | 20 | 10/04/ |
| 5 | 06/21/04 | 14960 | | 13 | 08/16/04 | 14960 | | 21 | 10/11/ |
| 6 | 06/28/04 | 14960 | | 14 | 08/23/04 | 14960 | | 22 | 10/18/ |
| 7 | 07/05/04 | 0 | | 15 | 08/30/04 | 14960 | | 23 | 10/25/ |

Forecast

| 8 | 07/12/04 | 14960 | | 16 | 09/06/04 | 14960 | | 24 | 11/01/ |
|---|---|---|---|---|---|---|---|---|---|

https://services.supplysolution.com/iSupply/ItemManager/Forecast.do

Delphi Packard Plant 39 - Juarez 25165124 Weeks 1-24 Go

Next Delivery: 16000 06/02/04 08:54 80489084

Last Delivery: 16000 05/26/04 00:00 80485905

Last Inventory Level Change: 05/26/04 03:22

Last Item Update From ERP: 06/02/04 08:11

| Week | Date | Forecast | Capacity | Week | Date | Forecast | Capacity | Week | Date | Forecast | Capa |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05/31/04 | 14660 | | 9 | 07/26/04 | 6660 | | 17 | 09/20/04 | | |
| 2 | 06/07/04 | 14960 | | 10 | 08/02/04 | 6660 | | 18 | 09/27/04 | | |
| 3 | 06/14/04 | 14960 | | 11 | 08/09/04 | 6660 | | 19 | 10/04/04 | | |
| 4 | 06/21/04 | 14960 | | 12 | 08/16/04 | 6660 | | 20 | 10/11/04 | | |
| 5 | 06/28/04 | 0 | | 13 | 08/23/04 | 6660 | | 21 | 10/18/04 | | |
| 6 | 07/05/04 | 6660 | | 14 | 08/30/04 | 6660 | | 22 | 10/25/04 | | |
| 7 | 07/12/04 | 7760 | | 15 | 09/06/04 | 6660 | | 23 | 11/01/04 | | |
| 8 | 07/19/04 | 6660 | | 16 | 09/13/04 | 6660 | | 24 | 11/08/04 | | |

Sa

Delphi Packard Plant 39 - Juarez

25165124

Weeks 1-24 Go

20000 ~4000
0000 20000

Next Delivery: 16000 06/02/04 08:54 80489084
Last Delivery: 16000 05/26/04 00:00 80485905

Last Inventory Level Change: 06/05/04 03:22

Last Item Update From ERP: 06/08/04 07:54

| Week | Date | Forecast | Capacity | Week | Date | Forecast | Capacity | Week | Date | Forecast | Capa |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 06/07/04 | 6810 | | 9 | 08/02/04 | 2660 | | 17 | 09/27/04 | | |
| 2 | 06/14/04 | 15410 | | 10 | 08/09/04 | 2660 | | 18 | 10/04/04 | | |
| 3 | 06/21/04 | 15410 | | 11 | 08/16/04 | 2660 | | 19 | 10/11/04 | | |
| 4 | 06/28/04 | 0 | | 12 | 08/23/04 | 2660 | | 20 | 10/18/04 | | |
| 5 | 07/05/04 | 3110 | | 13 | 08/30/04 | 2660 | | 21 | 10/25/04 | | |
| 6 | 07/12/04 | 3760 | | 14 | 09/06/04 | 2660 | | 22 | 11/01/04 | | |
| 7 | 07/19/04 | 2660 | | 15 | 09/13/04 | 2660 | | 23 | 11/08/04 | | |
| 8 | 07/26/04 | 2660 | | 16 | 09/20/04 | 2660 | | 24 | 11/15/04 | | |

Si

12k - inventory
24k - 6/28
24k - 7/2 - 7/16
20k - XYY - 8/12
20k - XXY -- 9/24

July - 24k
Aug. 24k
Sept. 24k

· Forecast

Page 1 of 2

Delphi Packard Plant 39 - Juarez
25165124
Weeks 1-24
Go
Next Delivery: 16000 06/02/04 08:54 80489084
Last Delivery: 16000 05/26/04 00:00 80485905
Last Inventory Level Change: 06/05/04 03:22
Last Item Update From ERP: 06/15/04 03:22
ACTUAL FORECAST
SUPPLIER CAPACITY

Current Forecast
Previous Forec
QUANTITY
30000
27000
24000
21000
18000
15000
12000
9000
6000
3000
0
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24
06/14/04
WEEKS

| Week | Date | Forecast | Capacity | Week | Date | Forecast | Capacity | Week | Date | Forecast | Capa |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 06/14/04 | 8080 | | 9 | 08/09/04 | 2960 | | 17 | 10/04/04 | | |
| 2 | 06/21/04 | 9110 | | 10 | 08/16/04 | 2960 | | 18 | 10/11/04 | | |
| 3 | 06/28/04 | 0 | | 11 | 08/23/04 | 2960 | | 19 | 10/18/04 | | |
| 4 | 07/05/04 | 2610 | | 12 | 08/30/04 | 2960 | | 20 | 10/25/04 | | |
| 5 | 07/12/04 | 3660 | | 13 | 09/06/04 | 2960 | | 21 | 11/01/04 | | |
| 6 | 07/19/04 | 2960 | | 14 | 09/13/04 | 2960 | | 22 | 11/08/04 | | |
| 7 | 07/26/04 | 2960 | | 15 | 09/20/04 | 2960 | | 23 | 11/15/04 | | |
| 8 | 08/02/04 | 2960 | | 16 | 09/27/04 | 2960 | | 24 | 11/22/04 | | |

https://services.supplysolution.com/iSupply/ItemManager/Forecast.do 6/15/2004

Delphi Packard Plant 39 - Juarez    25165124    Weeks 1-24    Go

Next Delivery: Set
Last Delivery: 0 06/16/04 12:02 80489084

Last Inventory Level Change: 06/16/04 03:22

Last Item Update From ERP: 06/22/04 03:22

| Week | Date | Forecast | Capacity | Week | Date | Forecast | Capacity | Week | Date | Forecast | Capacity |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 06/21/04 | 1600 | | 9 | 08/16/04 | 2960 | | 17 | 10/11/04 | | |
| 2 | 06/28/04 | 0 | | 10 | 08/23/04 | 2960 | | 18 | 10/18/04 | | |
| 3 | 07/05/04 | 2610 | | 11 | 08/30/04 | 2960 | | 19 | 10/25/04 | | |
| 4 | 07/12/04 | 4060 | | 12 | 09/06/04 | 2960 | | 20 | 11/01/04 | | |
| 5 | 07/19/04 | 2960 | | 13 | 09/13/04 | 2960 | | 21 | 11/08/04 | | |
| 6 | 07/26/04 | 2960 | | 14 | 09/20/04 | 2960 | | 22 | 11/15/04 | | |
| 7 | 08/02/04 | 2960 | | 15 | 09/27/04 | 2960 | | 23 | 11/22/04 | | |
| 8 | 08/09/04 | 2960 | | 16 | 10/04/04 | 2960 | | 24 | 11/29/04 | | |

Sa