**Exhibit C**

## Jason Blumberg

**From:**    susann.halverson [susann.halverson@delphi.com]
**Sent:**    Wednesday, February 11, 2004 6:31 PM
**To:**    Murphy, Sheila
**Cc:**    Jorge Laing (E-mail); Marion Schlotmann; Torres, Jose H; McGuire, Carolyn
**Subject:** Kyocera Forecast Feb

*********************************************************************************

Note: The information contained in this message may be privileged and confidential and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.

*********************************************************************************

## Global Kyocera Requirements

| Heater Part # | Wattage | | Feb-04 | Mar-04 | Apr-04 | May-04 | Jun-04 | Jul-04 | Aug-04 | Sep-04 | Oct-04 | Nov-04 | Dec-04 | Jan-05 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25108420 | 12 w | LAST MONTH | 44000 | 46000 | 46000 | 46000 | 46000 | 46000 | 46000 | 46000 | 46000 | 46000 | 46000 | 46000 |
| | | Current Month | 44000 | 46000 | 46000 | 46000 | 46000 | 46000 | 46000 | 46000 | 46000 | 46000 | 46000 | |
| | | variance | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |
| 25165124 | 18 w | LAST MONTH | 61455 | 61455 | 61455 | 52300 | 52300 | 15000 | 15000 | 14000 | 12000 | 11000 | 11000 | 11000 |
| | | Current Month | 61455 | 61455 | 61455 | 52300 | 52300 | 15000 | 15000 | 14000 | 12000 | 11000 | 11000 | |
| | | variance | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |

## DPI Requirements:

| Heater Part # | Wattage | Kyc Inv | DPI Inv | Feb-04 | Mar-04 | Apr-04 | May-04 | Jun-04 | Jul-04 | Aug-04 | Sep-04 | Oct-04 | Nov-04 | Dec-04 | Jan-05 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25326169 | 7.5 | | LAST MONTH | 330000 | 340000 | 340000 | 340000 | 340000 | 340000 | 340000 | 340000 | 340000 | 340000 | 340000 | 290000 |
| | | | Current Month | 330000 | 340000 | 340000 | 290000 | 290000 | 290000 | 290000 | 290000 | 290000 | 290000 | 290000 | 290000 |
| | | | variance | 0.0% | 0.0% | 0.0% | -14.7% | -14.7% | -14.7% | -14.7% | -14.7% | -14.7% | -14.7% | -14.7% | |
| 25337391 | 7.5 Short | | LAST MONTH | 100000 | 105500 | 104000 | 100500 | 100500 | 115000 | 115000 | 115000 | 115000 | 115000 | 115000 | 115000 |
| | | | Current Month | 100000 | 105500 | 104000 | 115000 | 115000 | 115000 | 115000 | 115000 | 115000 | 115000 | 115000 | 115000 |
| | | | variance | 0.0% | 0.0% | 0.0% | 14.4% | 14.4% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |
| 25346795 | 8.5 Short | | LAST MONTH | 55000 | 55000 | 56000 | 55000 | 55000 | 55000 | 55000 | 55000 | 55000 | 55000 | 55000 | 55000 |
| | | | Current Month | 55000 | 55000 | 56000 | 55000 | 55000 | 55000 | 55000 | 55000 | 55000 | 55000 | 55000 | |
| | | | variance | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | #DIV/0! | |
| | | | Days of Month | 20 | 23 | 20 | 19 | 22 | 14 | 22 | 21 | 21 | 18 | 17 | 19 |

**Source data:**
1) OSV, OSS & OSSS WF data based on orders thru May and Sales  DBPS.  DBPS. for balance
2) 18w goes away on 2004 MY cars or mid year 2004 calendar.  Latest DBPS reflects this so this forecast reflects the change 6 months from now.18 w SPO still in forecast
3) DBPS Sales information updated Dec 03 -
4) reduction in 7.5 due to increase in 7.5s start May time frame
5) Next forecast  Mar 9th

**Action Items:**
1) Monitor model change on 18w reduction
2) Need clarification on 7.5 short new applications part # 25348560/7669 from sales.     *heater same no diff.

**Updated:** 02/11/2004 S HALVERSON

Global Kyocera 12 M Fore Feb 04.xls

11/17/2006/5:12 PM

## Jason Blumberg

**From:**      susann.halverson [susann.halverson@delphi.com]
**Sent:**      Thursday, March 18, 2004 6:13 PM
**To:**        Murphy, Sheila
**Cc:**         Jorge Laing (E-mail); Marion Schlotmann; Torres, Jose H; McGuire, Carolyn
**Subject:** Kyocera Forecast Mar


Sorry for the delay, thanks all for your patience.

Susann

<<Global Kyocera 12 M Fore Mar 04.xls>>


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Note: The information contained in this message may be privileged and confidential and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# Global Kyocera Requirements

| Heater Part # | Wattage | | Mar-04 | Apr-04 | May-04 | Jun-04 | Jul-04 | Aug-04 | Sep-04 | Oct-04 | Nov-04 | Dec-04 | Jan-05 | Feb-05 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25108420 | 12 w | LAST MONTH | 46000 | 46000 | 46000 | 46000 | 46000 | 46000 | 46000 | 46000 | 46000 | 46000 | 46000 | |
| | | Current Month | 46000 | 46000 | 46000 | 46000 | 46000 | 46000 | 46000 | 46000 | 46000 | 46000 | 46000 | 46000 |
| | | variance | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |
| 25165124 | 18 w | LAST MONTH | 61455 | 61455 | 52300 | 52300 | 15000 | 15000 | 14000 | 12000 | 11000 | 11000 | 11000 | |
| | | Current Month | 61455 | 53000 | 44500 | 44500 | 13000 | 13000 | 12000 | 11000 | 11000 | 11000 | 11000 | 11000 |
| | | variance | 0.0% | -13.8% | -14.9% | -14.9% | -13.3% | -13.3% | -14.3% | -8.3% | 0.0% | 0.0% | 0.0% | |

## DPI Requirements:

| Heater Part # | Wattage | Kyc Inv | DPI Inv | Mar-04 | Apr-04 | May-04 | Jun-04 | Jul-04 | Aug-04 | Sep-04 | Oct-04 | Nov-04 | Dec-04 | Jan-05 | Feb-05 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25326169 | 7.5 | | LAST MONTH | 340000 | 340000 | 290000 | 290000 | 290000 | 290000 | 290000 | 290000 | 290000 | 290000 | 290000 | |
| | | | Current Month | 340000 | 340000 | 290000 | 300000 | 290000 | 290000 | 290000 | 290000 | 290000 | 290000 | 290000 | 290000 |
| | | | variance | 0.0% | 0.0% | 3.4% | 3.4% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |
| 25337391 | 7.5 Short | | LAST MONTH | 105500 | 104000 | 115000 | 115000 | 115000 | 115000 | 115000 | 115000 | 115000 | 115000 | 115000 | |
| | | | Current Month | 105500 | 104000 | 130000 | 127000 | 132000 | 132000 | 132000 | 132000 | 132000 | 132000 | 132000 | 132000 |
| | | | variance | 0.0% | 0.0% | 13.0% | 10.4% | 14.8% | 14.8% | 14.8% | 14.8% | 14.8% | 14.8% | 14.8% | |
| 25346795 | 8.5 Short | | LAST MONTH | 55000 | 56000 | 55000 | 55000 | 55000 | 55000 | 55000 | 55000 | 55000 | 55000 | 55000 | |
| | | | Current Month | 55000 | 56000 | 63000 | 63000 | 63000 | 63000 | 63000 | 63000 | 63000 | 63000 | 63000 | 63000 |
| | | | variance | 0.0% | 0.0% | 14.5% | 14.5% | 14.5% | 14.5% | 14.5% | 14.5% | 14.5% | 14.5% | 14.5% | |
| | | | Days of Month | 20 | 23 | 20 | 19 | 22 | 14 | 22 | 21 | 21 | 18 | 17 | 19 |

**Source data:**
1) OSV, OSS & OSSS WF data based on orders thru May and Sales  DBPS.  DBPS  for balance
2) 18w goes away on 2004 MY cars or mid year 2004 calendar. Latest DBPS reflects this so this forecast reflects the change 6 months from now. 18 w SPO still in forecast
3) DBPS Sales information updated Dec 03 -
4) reduction in 7.5 due to increase in 7.5s start May time frame
5) SPO no longer in SAP system, using forcast from Division. Comparing this to DBPS.
6) Next forecast APR 13th

**Action Items:** 1) Monitor model change on 18w reduction
**Updated:** 03/18/2004 S HALVERSON

**<u>Exhibit D</u>**

**From:** Murphy, Sheila
**Sent:** Monday, April 19, 2004 3:10 PM
**To:** Tutka, Joe; 'haruo.namaizawa.hs@kyocera.jp'
**Cc:** Kamiya, Nick
**Subject:** Delphi - Call Report - 4/15
SHE04/4419
ATTN: JT / HARUO

*Redacted*

Location:  Delphi Packard Electric – Juarez, Mexico
Date:  4/15/04

Attendees:
Ruben Estrada – Manager, Purchasing – Delphi Global Purchasing (DGP)
Fernando De Leon – Buyer, Delphi Global Purchasing
Christopher Precopi – Buyer, Delphi Global Purchasing
Jorge Soto – PC & L (Logistics 12W & 18W)

Achievement:

1.  Forecast Information – Packard Electric has not been receiving the forecast information that Susann Halverson is relaying to Kyocera every month.  Mr. DeLeon advised that the only forecast information that they receive is from the plants themselves and this information is entered into I-Supply.  I have agreed to forward Ms. Halverson's 12 month forecast information to DGP for reference but Mr. DeLeon advised that when Kyocera is shipping product – I Supply is the only forecast/requirements that Kyocera should reference.  DGP also had no knowledge of future reductions on the 18W and this is the reason that these reductions are not reflected in I-Supply as of yet.  DGP promised that they would investigate this and I stressed that information on the reduction schedule is critical to Kyocera production.

Best Regards,
Sheila

**Exhibit E**



**Daily Released Orders**
**Kyocera Ind Ceramics Corp**

```
Run Date : 08/27/2004                                              Page   : YSB00
Run Time : 23:31:55                                                Report : 2
                                                                   System : KiS

processed date : 12/11/2003          ref doc :        prod order :
order class    : 2                                    date entered : 12/11/2003   user-id: SHEILA-H
order num      : 244132                               product code : KK           02 Heater no Leads
order item     : 10              usage :              division channel : AU
sales office   : KiCC                                 division         : EA71
sales group    : VHi KC Chicago                       prod-dept        :
order type     : VHR KC NonDrop Reg. KiCC

sold-to : 18001683   DELPHI AUTOMOTIVE SYSTEMS     ship-to : 9003593   DELPHI PACKARD ELECTRIC SYSTEMS
                     **DO NOT MAIL INVOICES**                          EL PASO, TX 79906
                     PONTIAC, MI 48343                                 US
                     US
                                                                       contr qty :
                                                                       order qty :
                                                                       chngd qty :
                                  salesman : 125  SHEILA MURPHY        extension :

                                                              released/ item /order qty
                                  rep noj :                      244132    10    288000
                                  rep noj :

                                  cust mat# : 25165124 REV. 2   (KC)

inco terms  : FOB SFO                  18 W HEATER / ALUMINA A-473 / ROD
paymt terms : C023 Net 60 Days         cust spc : 25165124 REV 2
tax flag    : 1                        cust dwg : 25165124 REV. 2
ship.cond   : 03                       prod dwg : 25165124 REV. 2
carrier     : Ship Collect             prod spc : N/A
customer po : /*PEDP4420062/           cust grp :

material #    : 17035                               charges    :          0.00
order qty     : 288000                              prop1techg :          0.00
reject reason : 1
production    :                                     note 1 :        chg ship via 6/17, sm.
description   : 18W ALUMINA HEATER NOR 02 SENS      note 2 :        chg FRH 248 to 288, 5/19,
                                                    ship instr :  * chg po# per Delphi, 28/27, sm.

contract price : 2.33                                              Def: priority rating:
list price     : 2.300
freight charge : 2.000   .0000                       671,040.00
metal factor   : 450.00                              661,920.00
kilbase price  : .000
customer base  :
SAP spc com/factor : 9.000
```

| Request date | Request qty | Confirm Ship Date | Confirm qty |
|---|---|---|---|
| 00/27/2004 | 24000 | 00/29/2004 | 24000 |
| 03/01/2004 | 24000 | 03/09/2004 | 24000 |
| 03/15/2004 | 24000 | 04/19/2004 | 24000 |
| 04/05/2004 | 16000 | 04/14/2004 | 16000 |
| 05/03/2004 | 12000 | 05/14/2004 | 12000 |
| 05/17/2004 | 24000 | 05/25/2004 | 24000 |
| 06/07/2004 | 12000 | 06/16/2004 | 12000 |
| 06/21/2004 | 24000 | 06/25/2004 | 24000 |
| 07/12/2004 | 16000 | 07/20/2004 | 16000 |

```
Signature: _____        Date: _____
```

**<u>Exhibit F</u>**

Remit Payment to :
Kyocera Industrial Ceramics Corp
P.O. Box 100926
Atlanta, GA 30384-0926
PH: (360)695-8950

# Invoice

| Billing Address | 8001683 |
|---|---|

DELPHI AUTOMOTIVE SYSTEMS
***DO NOT MAIL INVOICES***
PONTIAC MI 48343

| Information |  |  |
|---|---|---|
| Invoice Number | 96361247 | 09/15/2005 |
| Pack List Number | 80588617 | 07/28/2005 |
| Payment Terms | Net 60 Days |  |
| Ship Via | SHIP INSTRCT |  |
| Tracking Number | 946-106976-6 |  |
| Delivery Terms | FOB sfo |  |
| Salesperson | SHEILA MURPHY  125 | CHI |
| Reference: | Q5G0338 |  |

| Shipping Address | 8008993 |
|---|---|

DELPHI PACKARD ELECTRIC SYSTEMS
STORE # 3900 / DOCK # 30
48 WALTER JONES BLVD
EL PASO TX 79906

| Customer PO | PEDP4420062 |
|---|---|

Page 1 / 1

| Invoice Details | | | | |
|---|---|---|---|---|
| Item | Material Description | Quantity Shipped | Unit Price | Amount |
| *10 | 25109420    (KC) | 12,000.0 | 1.95 | 23,400.00 |
|  | W ALUMINA HEATER FOR O2 SENSOR | | Per 1 EA | |
|  | Alumina Heater | | | |
|  | - SAP # 17036 | | | |
|  | - Sales Order # 264920 10 | | | |
|  | - Original Order Quantity        500,000 | | | |
|  | - Made in Japan | | | |
|  |  | Sales Tax | | 0.00 |
|  |  | Freight | | 0.00 |
|  |  | Total Amount USD | | 23,400.00 |

*These commodities, technology or software are subject to the U.S. Department of Commerce Export Administration Regulations (EAR) and if exported from the United States, must be in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Remit Payment to :
Kyocera Industrial Ceramics Corp
P.O. Box 100926
Atlanta, GA 30384-0926
PH: (360)696-8950

# Invoice

| Billing Address | 8001663 |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS<br>***DO NOT MAIL INVOICES***<br>PONTIAC MI 46343 | |

| Information | | |
|---|---|---|
| Invoice Number | 96361248 | 09/18/2005 |
| Pack List Number | 80691642 | 08/10/2005 |
| Payment Terms | Net 60 Days | |
| Ship Via | SHIP INSTRCT | |
| Tracking Number | 946-106976-6 | |
| Delivery Terms | FOB sfo | |
| Salesperson | SHEILA MURPHY  125 | CHI |
| Reference: | Q5H0043 | |

| Shipping Address | 9003683 |
|---|---|
| DELPHI PACKARD ELECTRIC SYSTEMS<br>STORE # 3600 / DOCK # 30<br>48 WALTER JONES BLVD<br>EL PASO TX 79906 | |

| Customer PO | PEDP4420062 |
|---|---|

Page 1 / 1

## Invoice Details

| Item | Material<br>Description | Quantity<br>Shipped | Unit Price | Amount |
|---|---|---|---|---|
| *10 | 25109420    (KC)<br>1/2 W ALUMINA HEATER FOR O2 SENSOR<br>Alumina Heater<br>- SAP # 17036<br>- Sales Order # 254920 10<br>- Original Order Quantity      500,000<br>- Made in Japan | 12,000.0 | 1.95<br>Per 1 EA | 23,400.00 |
| | | Sales Tax | | 0.00 |
| | | Freight | | 0.00 |
| | | Total Amount<br>USD | | 23,400.00 |
| | *These commodities, technology or software are subject to the U.S.<br>Department of Commerce Export Administration Regulations (EAR) and if<br>exported from the United States, must be in accordance with the Export<br>Administration Regulations. Diversion contrary to U.S. law prohibited. | | | |

Remit Payment to:
Kyocera Industrial Ceramics Corp
P.O. Box 100928
Atlanta, GA 30384-0928
PH: (360)696-8960

# Invoice

| Billing Address | 8001683 |
|---|---|

DELPHI AUTOMOTIVE SYSTEMS
***DO NOT MAIL INVOICES***
PONTIAC MI 48343

| Shipping Address | 9003683 |
|---|---|

DELPHI PACKARD ELECTRIC SYSTEMS
STORE # 3800 / DOCK # 30
48 WALTER JONES BLVD
EL PASO TX 79906

| Information | | |
|---|---|---|
| Invoice Number | 98363006 | 09/28/2005 |
| Pack List Number | 80582355 | 08/30/2005 |
| Payment Terms | Net 60 Days | |
| Ship Via | SHIP INSTRCT | |
| Tracking Number | 946-108976-4 | |
| Delivery Terms | FOB sfo | |
| Salesperson | SHEILA MURPHY  125 | CHI |
| Reference: | QBF0366 | |

| Customer PO | PEDP4420062 |
|---|---|

Page 1 / 1

| Invoice Details | | | | |
|---|---|---|---|---|
| Item | Material Description | Quantity Shipped | Unit Price | Amount |
| *10 | 25109420   (KC) /12 W ALUMINA HEATER FOR O2 SENSOR Alumina Heater - SAP # 17036 - Sales Order # 284920 10 - Original Order Quanity     500,000 - Made in Japan | 20,000.0 | 1.95 Per 1 EA | 39,000.00 |
| | | Sales Tax | | 0.00 |
| | | Freight | | 0.00 |
| | | Total Amount USD | | 39,000.00 |

*These commodities, technology or software are subject to the U.S. Department of Commerce Export Administration Regulations (EAR) and if exported from the United States, must be in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

**<u>Exhibit G</u>**

x FDP9006-0400    PURCHASE ORDER CHANGE - EFFECTIVE 05-17-06
VALL42

PEDP5420038 003

**PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS, BILLS OF LADING, AND RELATED DOCUMENTS.**

# DELPHI

DELIVER TO:  GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN                    OH 44483

VENDOR CODE

**PLEASE ENTER OUR ORDER/REVISION AS LISTED HEREON, SUBJECT TO TERMS AND CONDITIONS CONTAINED WITHIN.**

DUNS: 695283358-P01 / 800432635-C01

TO:  KYOCERA INDUSTRIAL CERAMICS CORP

PURCHASE ORDER    PEDP5420038 003

25 NW POINT BLVD STE 450

ORDER DATE    08-31-05

ELK GROVE VILLAGE        IL 60007    US

REF. INQ. NO.

| PRICES IN USD | EXPIRATION  12-31-07 | REVISION DATE 05-17-06 |
|---|---|---|
| FREIGHT TERM | SHIPPING POINT | PAYMENT TERM |
| FOB-OUR PLANT FREIGHT COLLECT | KOKUBU | 2ND DAY OF 2ND MONTH |
| TITLE TRANSFER | SHIPPING INSTRUCTION | BUYER |
| TITLE TRANSFER OUR PLANT | REFER TO P.O. CLAUSE BELOW | 42 |

CONTRACT REQUIREMENTS STATEMENT:
*******************************************************
SELLER ACKNOWLEDGES AND AGREES THAT BUYER'S GENERAL TERMS AND CONDITIONS AND
DELPHI CUSTOMER SPECIFIC REQUIREMENTS ARE INCORPORATED IN, AND A PART OF,
THIS CONTRACT AND EACH PURCHASE ORDER, RELEASE, REQUISITION, WORK ORDER,
SHIPPING INSTRUCTION, SPECIFICATION AND OTHER DOCUMENT ISSUED BY BUYER OR
ACCEPTED IN WRITING BY BUYER, WHETHER EXPRESSED IN WRITTEN FORM OR BY
ELECTRONIC DATA INTERCHANGE, RELATING TO THE GOODS AND/OR SERVICES TO BE
PROVIDED BY SELLER PURSUANT TO THIS CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY
REFERRED TO AS THIS "CONTRACT").  A COPY OF BUYER'S GENERAL TERMS AND
CONDITIONS AND DELPHI CUSTOMER SPECIFIC REQUIREMENTS ARE AVAILABLE UPON
WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT DELPHI'S WEBSITE,
WWW.DELPHI.COM. SELLER ACKNOWLEDGES AND AGREES THAT IT HAS READ AND
UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS AND DELPHI CUSTOMER
SPECIFIC REQUIREMENTS.  IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR
COMMENCES ANY OF THE WORK OR SERVICES WHICH ARE THE SUBJECT OF THIS CONTRACT,
SELLER WILL BE DEEMED TO HAVE ACCEPTED THIS CONTRACT AND BUYER'S GENERAL
TERMS AND CONDITIONS AND DELPHI CUSTOMER SPECIFIC REQUIREMENTS IN THEIR
ENTIRETY WITHOUT MODIFICATION.  ANY ADDITIONS TO, CHANGES IN, MODIFICATIONS
OF, OR REVISIONS OF THIS CONTRACT (INCLUDING BUYER'S GENERAL TERMS AND
CONDITIONS AND DELPHI CUSTOMER SPECIFIC REQUIREMENTS) WHICH SELLER
PROPOSES WILL BE DEEMED TO BE REJECTED BY BUYER EXCEPT TO THE EXTENT
THAT BUYER EXPRESSLY AGREES TO ACCEPT ANY SUCH PROPOSALS IN WRITING.
    :
    :
    :
    :
    :

| DELIVER-TO VARIOUS | STA | DEPT GEN-LED 80100 | ACCT DEPT/POM 80100 | W.O. | PROJ | DEBIT | JOB-NUMBER | CODE A |

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS:  AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

**IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR MATERIAL OR SERVICES SUPPLIED.**

IMPORTANT: This order is not binding until accepted.  When requested - acceptance must be executed on acknowledgement copy which must be returned to Buyer.
This order, including the terms and conditions contained within, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyers authorized representative.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431  Warren, Ohio 44486

FERNANDO DE LEON
PHONE 915 612-4806                    BUYER

LARRY GRAVES, DIRECTOR GSM

PAGE  1  OF  4

x FDP9006-0400   PURCHASE ORDER CHANGE - EFFECTIVE 05-17-06
VALL42

PEDP5420038 003

PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, PACKING SLIPS, BILLS OF
LADING, AND RELATED DOCUMENTS.

# DELPHI

DELIVER TO:  GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN                      OH 44483

**VENDOR CODE**

PLEASE ENTER OUR ORDER/REVISION AS LISTED
HEREON, SUBJECT TO TERMS AND CONDITIONS
CONTAINED WITHIN.

DUNS: 695283358-P01 / 800432635-C01

**TO:**  KYOCERA INDUSTRIAL CERAMICS CORP

PURCHASE ORDER   PEDP5420038 003

25 NW POINT BLVD STE 450

ORDER DATE   08-31-05

ELK GROVE VILLAGE        IL 60007    US

REF. INQ. NO.

PRICES IN USD              EXPIRATION 12-31-07          REVISION DATE 05-17-06
    FREIGHT TERM                         SHIPPING POINT           PAYMENT TERM
FOB-OUR PLANT FREIGHT COLLECT             KOKUBU           2ND DAY OF 2ND MONTH

       TITLE TRANSFER                 SHIPPING INSTRUCTION           BUYER
TITLE TRANSFER OUR PLANT          REFER TO P.O. CLAUSE BELOW           42

:
NAFTA & MANUFACTURER'S AFFIDAVIT DOCUMENTS:
**********************************************************
ALL NAFTA RELATED DOCUMENTS AND MANUFACTURER'S AFFIDAVITS
SHOULD BE SENT TO:
   DELPHI CORPORATION
   M/C 480-410-228 5825 DELPHI DRIVE
   TROY, MI 48098
   ATTN: LAURA JAKOB
:
      FAX: 248-813-1411
:
SHIPPING INSTRUCTIONS / SHIP VIA:
**********************************************************
SUPPLIERS ARE REQUIRED TO SHIP VIA DELPHI PACKARD CERTIFIED CARRIERS AS DIRECTE
BY PROCUREMENT. ALL ROUTING INSTRUCTIONS CAN BE VIEWED ON THE COVISINT SUPPLIE
PORTAL WEB SITE UNDER SUPPLIER BULLETIN #10029 OR BY CALLING THE DELPHI PACKAR
LOGISTICS DEPARTMENT AT 915-612-4908.
**********************************************************

REVISION TO INCLUDE IN DESCRIPTION
THE MAT AND FAB TO 4+9 THROUGH DECEMBER
31,2007. FDL/MC

REVISIONS TO PART                                            PRICE/UOM
   25108420        CHARGE % A 100                            2.0500/PCS
LEAD-DAYS  STD-PACK CONTR   ALT-UOM  CONV-FACTOR    COO
  20       4000    CTN                             JP
LINE ITEM DESCRIPTION REVISION FOLLOWS:
HEATER

DELIVER-TO        STA DEPT  GEN-LED  ACCT DEPT/POM  W.O.  PROJ DEBIT JOB-NUMBER  CODE
VARIOUS                     80100    80100                                        A

                                        T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS:  AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS  PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A
FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS
ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR
MATERIAL OR SERVICES SUPPLIED.
IMPORTANT: This order is not binding until accepted.  When requested , acceptances must be executed on acknowledgement copy
which must be returned to Buyer.
This order, including the terms and conditions contained within, contains the complete and final agreement
between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be
binding upon Buyer unless made in writing and signed by Buyer's authorized representatives.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431   Warren, Ohio 44486

FERNANDO DE LEON
PHONE 915 612-4806                        BUYER

                LARRY GRAVES, DIRECTOR GSM

PAGE  2   OF  4

X FDP9006-0400   PURCHASE ORDER CHANGE - EFFECTIVE 05-17-06
VALL42

PEDP5420038 003

# DELPHI

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS, BILLS OF LADING, AND RELATED DOCUMENTS.

DELIVER TO: GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN                OH 44483

**VENDOR CODE**

DUNS: 695283358-P01 / 800432635-C01

PLEASE ENTER OUR ORDER/REVISION AS LISTED HEREON, SUBJECT TO TERMS AND CONDITIONS CONTAINED WITHIN.

**TO:** KYOCERA INDUSTRIAL CERAMICS CORP

PURCHASE ORDER   PEDP5420038 003

25 NW POINT BLVD STE 450

ORDER DATE   08-31-05

ELK GROVE VILLAGE      IL 60007    US

REF. INQ. NO.

PRICES IN USD          EXPIRATION  12-31-07      REVISION DATE 05-17-06
   FREIGHT TERM                   SHIPPING POINT        PAYMENT TERM
FOB-OUR PLANT FREIGHT COLLECT     KOKUBU          2ND DAY OF 2ND MONTH
     TITLE TRANSFER              SHIPPING INSTRUCTION          BUYER
TITLE TRANSFER OUR PLANT       REFER TO P.O. CLAUSE BELOW       42

```
*****************************************
PER DGSS PROJECT ID: 151387
**MAT AND FAB TO 4+9 THROUGH DECEMBER 31
2007.**
```

DELIVER-TO      STA DEPT GEN-LED  ACCT DEPT/POM  W.O.  PROJ DEBIT JOB-NUMBER  CODE
VARIOUS              80100      80100                                          A

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS:  AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR MATERIAL OR SERVICES SUPPLIED.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431  Warren, Ohio 44486

FERNANDO DE LEON
PHONE 915 612-4806          BUYER

LARRY GRAVES, DIRECTOR GSM

PAGE  3  OF  4

PURCHASE ORDER

# DELPHI CORPORATION

Effective March 2004

## GENERAL TERMS AND CONDITIONS