**William M. Hawkins (WH-1865)**
**LOEB & LOEB LLP**
**345 Park Avenue**
**New York, NY 10154**
**(212) 407-4000**

**Attorneys for Kyocera Industrial Ceramics Corporation**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- X
In re:                                                  :
                                                        :   Chapter 11
                                                        :
DELPHI CORPORATION, et al.,                             :   Case No. 05-44481 (RDD)
                                                        :
                    Debtors.                            :   (Jointly Administered)
                                                        :
------------------------------------------------------- X

### LIMITED OBJECTION OF CREDITOR KYOCERA INDUSTRIAL CERAMICS CORPORATION TO DEBTORS' CLAIM OBJECTION AND ESTIMATION PROCEDURES MOTION

Creditor Kyocera Industrial Ceramics Corporation ("KICC"), by and through its undersigned counsel Loeb & Loeb LLP, hereby submits its limited objection (the "Objection") to the above-captioned debtors' (the "Debtors") claim objection and estimation procedures motion dated October 31, 2006 (docket number 5453) (the "Motion"). In support of its Objection, KICC respectfully represents as follows:

1. On July 28, 2006, KICC filed its proof of claim (claim number 12530) (the "Proof of Claim") in these cases, asserting that Debtor Delphi Automotive Systems LLC is indebted to it in the amount of no less than $312,610.00. The Debtors have objected to KICC's proof of claim in their third omnibus claim objection.[1]

---

[1] Contemporaneously herewith, KICC has filed a response to such claim objection.

2.      KICC does not object to the Motion in principle. However, the Motion proposes that all creditors holding Contested Claims[2] in excess of $250,000.00 be required to attend at least two sets of mandatory in-person meetings in Troy, Michigan – the Meet and Confers and the Mediations. KICC believes that requiring in-person meetings would be unduly burdensome and costly for creditors that have asserted relatively small claims (such as KICC).

3.      Therefore, KICC proposes that all creditors holding Contested Claims that do not exceed $1,000,000.00 be permitted to attend any mandatory Meet and Confers, Mediations or other meetings telephonically.

WHEREFORE, KICC respectfully requests that this Court: (i) (A) deny the Motion; or (B) permit creditors holding Contested Claims that do not exceed $1,000,000.00 to attend any mandatory Meet and Confers, Mediations or other meetings telephonically; and (ii) grant such other and further relief as is just and proper.

Dated: New York, New York
       November 22, 2006

                              LOEB & LOEB LLP


                              By:    /s/ William M. Hawkins
                                     William M. Hawkins (WH1865)
                                     345 Park Avenue
                                     New York, NY 10154
                                     (212) 407-4000
                                     Attorneys for Kyocera Industrial
                                     Ceramics Corporation

---

[2]     All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2