BODMAN LLP
Ralph E. McDowell (P39235) (Admitted Pro Hac Vice)
rmcdowell@bodmanllp.com
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
(313) 393-7592

Attorneys for Pentastar Aviation, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____/

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, ET AL., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2006, I caused to be served, via first class U.S. Mail, a copy of ***Response of Pentastar Aviation, LLC to Debtors' Second Omnibus Objection (Procedural) Under 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (I) Equity Claims, (II) Claims Duplicative of Consolidated Trustee or Agent Claims, and (III) Duplicate and Amended Claims*** upon the following:

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
(Attn: General Counsel)

Skadden Arps Slate Meagher & Flom
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(Attn: John Wm. Butler, Jr.)

Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017

Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
(Attn: Robert J Rosenberg and Mark A. Broude)

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
(Attn: Bonnie Steingart)

-2-

| | |
|---|---|
| (Attn: Kenneth S. Ziman) | Office of the United States Trustee for the Southern District of New York |
| Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, New York 10017<br>(Attn: Donald Bernstein and Brian Resnick) | 33 Whitehall Street, Suite 2100<br>New York, New York 10004<br>(Attn: Alicia M. Leonhard) |

Also, via electronic mail on November 22, 2006, upon all persons receiving e-mail notification according to the Rule 2002 Master List

I also caused a copy of the foregoing Response to be served upon the Chambers of the Honorable Robert D. Drain, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004-1408, via Federal Express, on November 21, 2006.

Dated: November 22, 2006            **BODMAN LLP**

By: /s/ LaVerne Stewart
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, MI 48226

Detroit_731550_1

-2-