UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

*In re:*

DELPHI CORPORATION, *et al.*,

Debtors.

Case No. 05-44481 (RDD)
Chapter 11 Case

(*Jointly Administered*)

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that Alliance Precision Plastics Corporation ("Alliance"), a creditor in the above-referenced case, by and through its undersigned counsel, hereby enters its appearance pursuant to §1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002 and 9007 and § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings in this case be given and served upon the undersigned at the following address and telephone number:

**HANCOCK & ESTABROOK, LLP**
**R. John Clark, Esq. of counsel**
**1500 Tower I, P.O. Box 4976**
**Syracuse, New York 13221-4976**
**Tel: (315) 471-3151**
**Fax: (315) 471-3167**
**e-mail:** *rjclark@hancocklaw.com*

**PLEASE TAKE FURTHER NOTICE**, that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or given with regard to the referenced case and the proceedings herein.

{H0697930 1}

**PLEASE TAKE FURTHER NOTICE**, that the undersigned hereby demands that the name and address set forth herein be added to the mailing matrix in these cases.

**PLEASE TAKE FURTHER NOTICE**, that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Alliance's (i) rights to have final orders in non-core matters entered only after de novo review by a District Court Judge; (ii) rights to trial by jury and any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) rights to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Alliance is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are reserved. This Notice of Appearance is not intended, and shall not be deemed, to be consent by Alliance to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving Alliance.

HANCOCK & ESTABROOK, LLP

DATED: November 21, 2006    By: _____
R. John Clark, Esq.
Attorneys for Alliance Precision Plastics Corporation
Office and Post Office Address:
1500 Tower I, P.O. Box 4976
Syracuse, New York 13221-4976
Telephone: (315) 471-3151
Facsimile: (315) 471-3167

2

{H0697930.1}