# EXHIBIT A

| United States Bankruptcy Court | Southern District Of New York | | PROOF OF CLAIM |
|---|---|---|---|
| Name of Debtor **Delphi Automotive Systems, LLC** | Case Number **05-44640 (RDD)** | | MDH |

| Name of Creditor (The person or other entity to whom the debtor owes money or property): **Clarion Corporation of America** | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement Giving particulars. | |
|---|---|---|
| Name and address where notices should be sent: **Clarion Corporation of America** **Attn Mr. Joseph S. Muto** **661 W. Redondo Beach Boulevard, Gardena, CA 90247** **and** **Pillsbury Winthrop Shaw Pittman LLP** **Attn Mark D. Houle, Esq.** **650 Town Center Drive, 7th Floor, Costa Mesa, CA 92626** Telephone number: **(714) 436-6843** | ☐ Check box if you have never received any notices from the bankruptcy court in this case ☐ Check box if the address differs from the address on the envelope sent to you by the court | **This space is for Court Use Only** |
| Last four digits of account or other number by which creditor identifies debtor: N/A | Check here if this claim  ☐ replaces   ☐ amends   a previously filed claim, dated: _____ | |

| 1. Basis for Claim | |
|---|---|
| ☒ Goods sold | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a) |
| ☐ Services performed | ☐ Wages, salaries, and compensation (fill out below) |
| ☐ Money loaned | Last four digits of your SS#: _____ |
| ☐ Personal injury/wrongful death | Unpaid compensation for services performed |
| ☐ Taxes | from _____ to _____ |
| ☐ Other: Breach of Contract | (date)       (date) |

| 2. Date debt was incurred: (See Attachment A) | 3. If court judgment, date obtained: |
|---|---|

**4. Classification of Claim.** Check the appropriate box or boxes that the best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim $2,115,405.67 (See Attachment A)**
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle    ☐ Other

Value of Collateral: $_____

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
  Amount entitled to priority $_____

Amount of arrearage and other charges <u>at time case filed</u> included in secured claim, if any: $_____

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4)

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)-(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**5. Total Amount of Claim at Time Case Filed:** $2,115,405.67 (see Attachment A)
(Unsecured)       (Secured)       (Priority)       (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. **CREDITS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
7. **Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
8. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is for Court Use Only

| Date 2/16/2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): _____ By Mark D. Houle, Pillsbury Winthrop Shaw Pittman LLC, counsel to Clarion Corporation | |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

600115642v1

## ATTACHMENT "A" TO PROOF OF CLAIM

THE TITLED OR NUMBERED SECTIONS HEREIN CORRESPOND TO THE SIMILARLY TITLED OR NUMBERED SECTION OF THE FACE PAGE OF THIS PROOF OF CLAIM

**Name of Creditor** (the titled or numbered sections herein correspond to the similarly titled or numbered section of the face page of this Proof of Claim): Clarion Corporation of America ("Clarion" or "Claimant") makes this Proof of Claim against Debtor Delphi Automotive Systems LLC ("Delphi" or "Debtor").

5.  The Amount of Claim.

The claim of Clarion against Debtor ("Claim") arises out of the obligations of Debtor to Clarion under contracts between the parties including various purchase orders filled by Clarion (collectively, the "Documents").

The Claim amount is comprised of the following:

    a.    Outstanding invoice amounts of $2,115,405.67;[1] and

    b.    All other obligations and other fees, costs, expenses and charges to which Claimant is entitled under the Documents (collectively, "Other Charges"), whether any such Other Charges had accrued as of the Debtor's petition date or thereafter. The amount of the Other Charges is unknown at the time of filing this Proof of Claim. The Claimant will amend this Proof of Claim at such time that the amount of the Other Charges becomes known.

6.  Credits:    The Claim amount set forth above in paragraph 4 includes all credits and deductions for payments on the Claim.

7.  Supporting Documents:    The Debtor has already been provided all of the Documents upon which the Claim is based. Attached is an breakdown of invoice numbers and corresponding invoice amounts which constitute the Claim amount. Copies of Documents evidencing the Claim will be provided upon request of any other party in interest upon written request to:

Mark D. Houle, Esq.
PILLSBURY WINTHROP SHAW PITTMAN LLP
650 Town Center Drive, 7th Floor
Costa Mesa, CA 92626

---

[1] The claim amount includes obligations previously asserted by Clarion against the Debtor on or about October 10, 2005 as a reclamation demand, which has been assigned reclamation claim number 177 by the Debtor ("Reclamation Claim"). As of the date of this proof of claim Clarion has not yet received the Debtor's response to the Reclamation Claim. Nothing in this Proof of Claim shall be deemed Clarion's waiver of its Reclamation Claim or the priority status asserted therefor.

600115530v1

The Claimant reserves the right to supplement the documents attached hereto and/or referenced herein at a later date for any reason.

The Claimant reserves the right to supplement and otherwise amend this Proof of Claim for any reason, at any time, and in any respect, including, without limitation, for purposes of asserting: (i) additional claims for interest accrued or accruing prior to, on, or after the Petition Date, (ii) additional Professional Fees, Fees and Costs and Other Charges, or (iii) claims that could arise pursuant to Section 502(h) of Title 11 of the United States Code, provided, however, that the Claimant does not admit, and expressly reserves the right to object to, any determination that any property delivered to or for the benefit of the Claimant is entitled to be recovered.

The filing of this Proof of Claim shall not constitute: (i) a waiver or release of any rights of the Claimant against the Debtor, or any other person, entity or property, or any property in which the Claimant has a security interest or lien, or (ii) an election of remedies by the Claimant.

Clarion Corporation of America  
Statement of Account  
Pre Petition Claim

|  | Invoice # | Invoice Date | Due Date | Amount |
|---|---|---|---|---|
| 32951 DELPHI DELCO ELECTRONICS | 1106614 RI | 9/15/2004 | 11/2/2004 | 256.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1109694 RI | 9/27/2004 | 11/2/2004 | 1,831.20 |
| 32951 DELPHI DELCO ELECTRONICS | 1110904 RI | 9/30/2004 | 11/2/2004 | 3,662.40 |
| 32951 DELPHI DELCO ELECTRONICS | 1110907 RI | 9/30/2004 | 11/2/2004 | 3,540.32 |
| 32951 DELPHI DELCO ELECTRONICS | 1112428 RI | 10/6/2004 | 12/2/2004 | 1,831.20 |
| 32951 DELPHI DELCO ELECTRONICS | 1112443 RI | 10/6/2004 | 12/2/2004 | 8,704.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1116925 RI | 10/25/2004 | 12/2/2004 | 5,493.60 |
| 32951 DELPHI DELCO ELECTRONICS | 1117582 RI | 10/27/2004 | 12/2/2004 | 1,831.20 |
| 32951 DELPHI DELCO ELECTRONICS | 1120805 RI | 11/10/2004 | 1/2/2005 | 1,373.40 |
| 32951 DELPHI DELCO ELECTRONICS | 1131743 RI | 1/7/2005 | 3/2/2005 | 1,620.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1136597 RI | 1/25/2005 | 3/2/2005 | 2,400.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1136598 RI | 1/25/2005 | 3/2/2005 | 6,000.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1144809 RI | 2/21/2005 | 4/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1146023 RI | 2/24/2005 | 4/2/2005 | 1,074.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1146563 RI | 2/25/2005 | 4/2/2005 | 6,720.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1148768 RI | 3/3/2005 | 5/2/2005 | 1,200.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1148769 RI | 3/3/2005 | 5/2/2005 | 12,480.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1149608 RI | 3/7/2005 | 5/2/2005 | 4,420.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1150061 RI | 3/8/2005 | 5/2/2005 | 12,800.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1154448 RI | 3/22/2005 | 5/2/2005 | 14,880.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1154450 RI | 3/22/2005 | 5/2/2005 | 8,580.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1157051 RI | 3/29/2005 | 5/2/2005 | 5,500.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1161346 RI | 4/12/2005 | 6/2/2005 | 1,140.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1164762 RI | 4/22/2005 | 6/2/2005 | 751.80 |
| 32951 DELPHI DELCO ELECTRONICS | 1164763 RI | 4/22/2005 | 6/2/2005 | 1,939.05 |
| 32951 DELPHI DELCO ELECTRONICS | 1165715 RI | 4/26/2005 | 6/2/2005 | 5,600.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1166699 RI | 4/28/2005 | 6/2/2005 | 966.60 |
| 32951 DELPHI DELCO ELECTRONICS | 1168677 RI | 5/5/2005 | 7/2/2005 | 39,150.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1173613 RI | 5/18/2005 | 7/2/2005 | 322.20 |
| 32951 DELPHI DELCO ELECTRONICS | 1182446 RI | 6/16/2005 | 8/2/2005 | 4,032.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1188195 RI | 6/30/2005 | 8/2/2005 | 3,985.80 |
| 32951 DELPHI DELCO ELECTRONICS | 1188582 RI | 7/1/2005 | 9/2/2005 | 7,047.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1188588 RI | 7/1/2005 | 9/2/2005 | 7,936.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1190919 RI | 7/12/2005 | 9/2/2005 | 13,920.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1191434 RI | 7/13/2005 | 9/2/2005 | 34,800.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1191435 RI | 7/13/2005 | 9/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1205153 RI | 9/1/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1205154 RI | 9/1/2005 | 11/2/2005 | 3,480.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1205372 RI | 9/2/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1205373 RI | 9/2/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1205374 RI | 9/2/2005 | 11/2/2005 | 1,128.80 |
| 32951 DELPHI DELCO ELECTRONICS | 1205375 RI | 9/2/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1205376 RI | 9/2/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1205377 RI | 9/2/2005 | 11/2/2005 | 6,670.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1205378 RI | 9/2/2005 | 11/2/2005 | 1,128.80 |
| 32951 DELPHI DELCO ELECTRONICS | 1205379 RI | 9/2/2005 | 11/2/2005 | 6,960.00 |

| | | | | |
|---|---|---|---|---|
| 32951 DELPHI DELCO ELECTRONICS | 1205380 RI | 9/2/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1205381 RI | 9/2/2005 | 11/2/2005 | 6,670.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1205382 RI | 9/2/2005 | 11/2/2005 | 55,680.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1205669 RI | 9/6/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1205670 RI | 9/6/2005 | 11/2/2005 | 6,670.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1205671 RI | 9/6/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1205672 RI | 9/6/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1205673 RI | 9/6/2005 | 11/2/2005 | 6,670.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1205674 RI | 9/6/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1205675 RI | 9/6/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1205676 RI | 9/6/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1205677 RI | 9/6/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1205678 RI | 9/6/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1205679 RI | 9/6/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1205680 RI | 9/6/2005 | 11/2/2005 | 564.40 |
| 32951 DELPHI DELCO ELECTRONICS | 1205681 RI | 9/6/2005 | 11/2/2005 | 6,670.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1205682 RI | 9/6/2005 | 11/2/2005 | 322.20 |
| 32951 DELPHI DELCO ELECTRONICS | 1205683 RI | 9/6/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1205684 RI | 9/6/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1206033 RI | 9/7/2005 | 11/2/2005 | 1,128.80 |
| 32951 DELPHI DELCO ELECTRONICS | 1206034 RI | 9/7/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1206035 RI | 9/7/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1206036 RI | 9/7/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1206037 RI | 9/7/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1206038 RI | 9/7/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1206039 RI | 9/7/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1206040 RI | 9/7/2005 | 11/2/2005 | 6,670.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1206041 RI | 9/7/2005 | 11/2/2005 | 6,670.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1206042 RI | 9/7/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1206339 RI | 9/8/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1206340 RI | 9/8/2005 | 11/2/2005 | 322.20 |
| 32951 DELPHI DELCO ELECTRONICS | 1206341 RI | 9/8/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1206342 RI | 9/8/2005 | 11/2/2005 | 52,200.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1206343 RI | 9/8/2005 | 11/2/2005 | 1,450.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1206344 RI | 9/8/2005 | 11/2/2005 | 1,450.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1206345 RI | 9/8/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1206346 RI | 9/8/2005 | 11/2/2005 | 6,670.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1206347 RI | 9/8/2005 | 11/2/2005 | 5,220.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1206348 RI | 9/8/2005 | 11/2/2005 | 564.40 |
| 32951 DELPHI DELCO ELECTRONICS | 1206349 RI | 9/8/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1206350 RI | 9/8/2005 | 11/2/2005 | 13,920.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1206351 RI | 9/8/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1206352 RI | 9/8/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1206353 RI | 9/8/2005 | 11/2/2005 | 564.40 |
| 32951 DELPHI DELCO ELECTRONICS | 1206354 RI | 9/8/2005 | 11/2/2005 | 6,670.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1206355 RI | 9/8/2005 | 11/2/2005 | 5,220.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1206604 RI | 9/9/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1206605 RI | 9/9/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1206606 RI | 9/9/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1206607 RI | 9/9/2005 | 11/2/2005 | 6,670.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1206608 RI | 9/9/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1206609 RI | 9/9/2005 | 11/2/2005 | 6,670.00 |

| Customer | Name | Invoice | Inv Date | Due Date | Amount |
|---|---|---|---|---|---|
| 32951 | DELPHI DELCO ELECTRONICS | 1206610 RI | 9/9/2005 | 11/2/2005 | 6,670.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1206843 RI | 9/12/2005 | 11/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1206844 RI | 9/12/2005 | 11/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1206845 RI | 9/12/2005 | 11/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1206846 RI | 9/12/2005 | 11/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1206847 RI | 9/12/2005 | 11/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1206848 RI | 9/12/2005 | 11/2/2005 | 564.40 |
| 32951 | DELPHI DELCO ELECTRONICS | 1206849 RI | 9/12/2005 | 11/2/2005 | 564.40 |
| 32951 | DELPHI DELCO ELECTRONICS | 1206850 RI | 9/12/2005 | 11/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1206851 RI | 9/12/2005 | 11/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1206852 RI | 9/12/2005 | 11/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1206854 RI | 9/12/2005 | 11/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1206855 RI | 9/12/2005 | 11/2/2005 | 13,920.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1206856 RI | 9/12/2005 | 11/2/2005 | 41,760.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1207102 RI | 9/13/2005 | 11/2/2005 | 564.40 |
| 32951 | DELPHI DELCO ELECTRONICS | 1207106 RI | 9/13/2005 | 11/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1207107 RI | 9/13/2005 | 11/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1207108 RI | 9/13/2005 | 11/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1207109 RI | 9/13/2005 | 11/2/2005 | 6,090.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1207110 RI | 9/13/2005 | 11/2/2005 | 564.40 |
| 32951 | DELPHI DELCO ELECTRONICS | 1207111 RI | 9/13/2005 | 11/2/2005 | 6,090.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1207968 RI | 9/14/2005 | 11/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1207969 RI | 9/14/2005 | 11/2/2005 | 6,380.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1207970 RI | 9/14/2005 | 11/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1207972 RI | 9/14/2005 | 11/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1207973 RI | 9/14/2005 | 11/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1207974 RI | 9/14/2005 | 11/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1207975 RI | 9/14/2005 | 11/2/2005 | 564.40 |
| 32951 | DELPHI DELCO ELECTRONICS | 1207976 RI | 9/14/2005 | 11/2/2005 | 322.20 |
| 32951 | DELPHI DELCO ELECTRONICS | 1207977 RI | 9/14/2005 | 11/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1207978 RI | 9/14/2005 | 11/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1208347 RI | 9/15/2005 | 11/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1208348 RI | 9/15/2005 | 11/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1208350 RI | 9/15/2005 | 11/2/2005 | 34,220.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1208351 RI | 9/15/2005 | 11/2/2005 | 1,450.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1208352 RI | 9/15/2005 | 11/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1208353 RI | 9/15/2005 | 11/2/2005 | 1,754.50 |
| 32951 | DELPHI DELCO ELECTRONICS | 1208354 RI | 9/15/2005 | 11/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1208355 RI | 9/15/2005 | 11/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1208356 RI | 9/15/2005 | 11/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1208357 RI | 9/15/2005 | 11/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1208358 RI | 9/15/2005 | 11/2/2005 | 564.40 |
| 32951 | DELPHI DELCO ELECTRONICS | 1208359 RI | 9/15/2005 | 11/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1208360 RI | 9/15/2005 | 11/2/2005 | 48,720.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1208631 RI | 9/16/2005 | 11/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1208632 RI | 9/16/2005 | 11/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1208633 RI | 9/16/2005 | 11/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1208634 RI | 9/16/2005 | 11/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1208635 RI | 9/16/2005 | 11/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1208636 RI | 9/16/2005 | 11/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1208637 RI | 9/16/2005 | 11/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1208638 RI | 9/16/2005 | 11/2/2005 | 6,960.00 |

5

| Vendor | Invoice | Invoice Date | Due Date | Amount |
|---|---|---|---|---|
| 32951 DELPHI DELCO ELECTRONICS | 1208639 RI | 9/16/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1208640 RI | 9/16/2005 | 11/2/2005 | 13,920.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1208916 RI | 9/19/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1208917 RI | 9/19/2005 | 11/2/2005 | 3,480.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1208918 RI | 9/19/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1208919 RI | 9/19/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1209209 RI | 9/20/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1209211 RI | 9/20/2005 | 11/2/2005 | 322.20 |
| 32951 DELPHI DELCO ELECTRONICS | 1209212 RI | 9/20/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1209213 RI | 9/20/2005 | 11/2/2005 | 5,220.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1209214 RI | 9/20/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1209446 RI | 9/21/2005 | 11/2/2005 | 2,257.60 |
| 32951 DELPHI DELCO ELECTRONICS | 1209447 RI | 9/21/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1209448 RI | 9/21/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1209449 RI | 9/21/2005 | 11/2/2005 | 1,693.20 |
| 32951 DELPHI DELCO ELECTRONICS | 1209450 RI | 9/21/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1209451 RI | 9/21/2005 | 11/2/2005 | 1,693.20 |
| 32951 DELPHI DELCO ELECTRONICS | 1209452 RI | 9/21/2005 | 11/2/2005 | 2,175.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1209453 RI | 9/21/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1209454 RI | 9/21/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1209455 RI | 9/21/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1209456 RI | 9/21/2005 | 11/2/2005 | 6,090.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1209457 RI | 9/21/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1209458 RI | 9/21/2005 | 11/2/2005 | 6,670.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1209768 RI | 9/22/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1209769 RI | 9/22/2005 | 11/2/2005 | 6,670.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1209770 RI | 9/22/2005 | 11/2/2005 | 720.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1209771 RI | 9/22/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1209772 RI | 9/22/2005 | 11/2/2005 | 13,920.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1209773 RI | 9/22/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1209774 RI | 9/22/2005 | 11/2/2005 | 6,670.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1209775 RI | 9/22/2005 | 11/2/2005 | 6,670.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1209776 RI | 9/22/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1210027 RI | 9/23/2005 | 11/2/2005 | 564.40 |
| 32951 DELPHI DELCO ELECTRONICS | 1210028 RI | 9/23/2005 | 11/2/2005 | 1,450.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1210029 RI | 9/23/2005 | 11/2/2005 | 2,881.80 |
| 32951 DELPHI DELCO ELECTRONICS | 1210030 RI | 9/23/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1210031 RI | 9/23/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1210032 RI | 9/23/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1210033 RI | 9/23/2005 | 11/2/2005 | 2,610.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1210034 RI | 9/23/2005 | 11/2/2005 | 564.40 |
| 32951 DELPHI DELCO ELECTRONICS | 1210035 RI | 9/23/2005 | 11/2/2005 | 13,920.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1210036 RI | 9/23/2005 | 11/2/2005 | 6,670.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1210037 RI | 9/23/2005 | 11/2/2005 | 3,480.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1210038 RI | 9/23/2005 | 11/2/2005 | 290.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1210039 RI | 9/23/2005 | 11/2/2005 | 5,510.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1210367 RI | 9/26/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1210368 RI | 9/26/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1210369 RI | 9/26/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1210370 RI | 9/26/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1210371 RI | 9/26/2005 | 11/2/2005 | 4,350.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1210372 RI | 9/26/2005 | 11/2/2005 | 6,960.00 |

| Vendor | Invoice | Inv Date | Due Date | Amount |
|---|---|---|---|---|
| 32951 DELPHI DELCO ELECTRONICS | 1210373 RI | 9/26/2005 | 11/2/2005 | 6,670.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1210374 RI | 9/26/2005 | 11/2/2005 | 20,880.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1210375 RI | 9/26/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1210376 RI | 9/26/2005 | 11/2/2005 | 6,670.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1210377 RI | 9/26/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1210378 RI | 9/26/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1210379 RI | 9/26/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1210380 RI | 9/26/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1210381 RI | 9/26/2005 | 11/2/2005 | 13,920.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1210382 RI | 9/26/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1210657 RI | 9/27/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1210658 RI | 9/27/2005 | 11/2/2005 | 6,670.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1210659 RI | 9/27/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1210660 RI | 9/27/2005 | 11/2/2005 | 6,670.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1210661 RI | 9/27/2005 | 11/2/2005 | 27,840.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1211016 RI | 9/28/2005 | 11/2/2005 | 13,920.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1211017 RI | 9/28/2005 | 11/2/2005 | 6,670.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1211018 RI | 9/28/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1211019 RI | 9/28/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1211020 RI | 9/28/2005 | 11/2/2005 | 6,670.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1211021 RI | 9/28/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1211022 RI | 9/28/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1211023 RI | 9/28/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1211024 RI | 9/28/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1211401 RI | 9/29/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1211402 RI | 9/29/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1211403 RI | 9/29/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1211404 RI | 9/29/2005 | 11/2/2005 | 6,670.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1211405 RI | 9/29/2005 | 11/2/2005 | 13,920.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1211406 RI | 9/29/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1211407 RI | 9/29/2005 | 11/2/2005 | 6,670.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1211695 RI | 9/30/2005 | 11/2/2005 | 322.20 |
| 32951 DELPHI DELCO ELECTRONICS | 1211696 RI | 9/30/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1211697 RI | 9/30/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1211698 RI | 9/30/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1211699 RI | 9/30/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1211700 RI | 9/30/2005 | 11/2/2005 | 322.20 |
| 32951 DELPHI DELCO ELECTRONICS | 1211701 RI | 9/30/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1211702 RI | 9/30/2005 | 11/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1211703 RI | 9/30/2005 | 11/2/2005 | 6,670.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1212048 RI | 10/3/2005 | 12/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1212049 RI | 10/3/2005 | 12/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1212050 RI | 10/3/2005 | 12/2/2005 | 13,920.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1212051 RI | 10/3/2005 | 12/2/2005 | 1,450.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1212052 RI | 10/3/2005 | 12/2/2005 | 5,162.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1212053 RI | 10/3/2005 | 12/2/2005 | 20,880.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1212054 RI | 10/3/2005 | 12/2/2005 | 6,670.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1212055 RI | 10/3/2005 | 12/2/2005 | 6,670.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1212056 RI | 10/3/2005 | 12/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1212057 RI | 10/3/2005 | 12/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1212058 RI | 10/3/2005 | 12/2/2005 | 6,960.00 |
| 32951 DELPHI DELCO ELECTRONICS | 1212059 RI | 10/3/2005 | 12/2/2005 | 6,960.00 |

| Vendor | | Invoice | Inv Date | Due Date | Amount |
|---|---|---|---|---|---|
| 32951 | DELPHI DELCO ELECTRONICS | 1212060 RI | 10/3/2005 | 12/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1212315 RI | 10/4/2005 | 12/2/2005 | 1,846.20 |
| 32951 | DELPHI DELCO ELECTRONICS | 1212316 RI | 10/4/2005 | 12/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1212317 RI | 10/4/2005 | 12/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1212669 RI | 10/5/2005 | 12/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1212670 RI | 10/5/2005 | 12/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1212671 RI | 10/5/2005 | 12/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1212672 RI | 10/5/2005 | 12/2/2005 | 6,670.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1212673 RI | 10/5/2005 | 12/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1212674 RI | 10/5/2005 | 12/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1212675 RI | 10/5/2005 | 12/2/2005 | 6,670.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1212676 RI | 10/5/2005 | 12/2/2005 | 6,670.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1212677 RI | 10/5/2005 | 12/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1212678 RI | 10/5/2005 | 12/2/2005 | 41,760.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1212977 RI | 10/6/2005 | 12/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1212978 RI | 10/6/2005 | 12/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1212979 RI | 10/6/2005 | 12/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1212980 RI | 10/6/2005 | 12/2/2005 | 6,670.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1212981 RI | 10/6/2005 | 12/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1213238 RI | 10/7/2005 | 12/2/2005 | 1,693.20 |
| 32951 | DELPHI DELCO ELECTRONICS | 1213239 RI | 10/7/2005 | 12/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1213240 RI | 10/7/2005 | 12/2/2005 | 1,693.20 |
| 32951 | DELPHI DELCO ELECTRONICS | 1213241 RI | 10/7/2005 | 12/2/2005 | 6,670.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1213242 RI | 10/7/2005 | 12/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1213243 RI | 10/7/2005 | 12/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1213244 RI | 10/7/2005 | 12/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1213463 RI | 10/10/2005 | 12/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1213464 RI | 10/10/2005 | 12/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1213465 RI | 10/10/2005 | 12/2/2005 | 6,670.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1213466 RI | 10/10/2005 | 12/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1213467 RI | 10/10/2005 | 12/2/2005 | 6,960.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1213475 RI | 10/10/2005 | 12/2/2005 | 41,760.00 |
| 32951 | DELPHI DELCO ELECTRONICS | 1214001 RI | 10/12/2005 | 12/2/2005 | 6,960.00 |

2,115,405.67



8