Delphi Corporation
Case No. 05-44481 (RDD)                                    Claim No. 7075

November 12, 2006

To the Court,

I have received the objection to my claim and here is my response. Enclosed is a press release on Delphis' fraud. The SEC has put forward how Delphi engaged in this fraud between years 2000 thru 2004 and it was deliberate. High ranking officers have paid fines and accepted the findings of the SEC. I believe I should get the $5,330.00 I have asked for in my first letter. The information I have enclosed speaks for its self.

This fraud when finally exposed to the public sent Delphis' stock price falling, also bankruptcy most likely could have been prevented if Delphi had not engaged in fraudulent practices from years 2000 thru 2004.

Thank you for your time and consideration in this matter.

Sincerely,

*[signature: Michael E. Sieloff]*

Michael E. Sieloff
(989) 742-3643

Mr. Michael Sieloff
16075 N County Road 459
Hillman, MI 49746-9510

November 12, 2006

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

                                                   Chapter 11

DELPHIE CORPORATION, et al.,        Case No. 05-44481 (RDD)

                                                 (Jointly Administered)

            Debtors

DEBTORS' THIRD OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO
11 U.S.C. 502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) CLAIMS WITH
INSUFFICIENT DOCUMENTATION, (B) CLAIMS UNSUBSTANTIATED BY DEBTORS' BOOKS
AND RECORDS, AND © CLAIMS SUBJECT TO MODIFICATION AND (II) MOTION TO
ESTIMATE CONTINGENT AND UNLIQUIDATED CLAIMS PURSUANT TO 22 U.S.C. 502 ( c )

("THIRD OMNIBUS CLAIMS OBJECTION")



RECEIVED
CLAIMS PROCESSING CENTER
USBC, SDNY

Claim No. 7075

Email: [     ]   Password: [     ]   [GO»]   » Create an account   » Forgot your password?

# Automotive News

Subscribe to
Automotive N
Automotive N
Europe

| Home | Data Center | Automotive News Europe | Automobilwoche | AutoW |
| November 4, 2006 | Calendar | Our Events | RSS Feeds | Classifieds | Media Kits | S |

Advertisement

**LATEST NEWS**
- Daily News
- Top Stories
- Americas
- Europe
  - German Auto Industry Newsletter [$]
- Asia
  - China
- OEM
- Retail/Dealers
- Marketing
- Columnists
- Auto Shows
  - 2006 Paris Motor Show
- Special Coverage
  - The Franchise System -- Sept. 25, 2006

**SERVICES**
Subscriber Services
Contact Editorial
Contact Advertising
Industry Directory
Advanced Search

**LATEST ISSUE**
Oct. 30, 2006

Automotive News
Ford will slash production in '07

SUBSCRIBE NOW!

SEARCH | Click here for Advanced Search

Past 30 Days   [GO]   Sign up for e

HOMEPAGE » RSS01 » AMERICAS »

E-mail article | Print article | Orde

# PRESS RELEASE: SEC Charges Delphi Corporation and Nine Individuals, Including Former CEO, CFO, Treasurer and Controller, in Wide-Ranging Financial Fraud; Four Others Charged With Aiding and Abetting Related Violations

## Delphi and Six Individuals Settle

Automotive News / October 30, 2006 - 1:39 pm

**Washington, D.C., Oct. 30, 2006** -- The Securities and Exchange Commission today filed settled financial fraud charges in federal court in Detroit against Delphi Corporation, a Troy, Mich., auto parts supplier. In its complaint, the Commission charges Delphi with engaging in a pattern of fraudulent conduct between 2000 and 2004. The Commission also charges thirteen individuals for their alleged roles in the fraudulent conduct and/or in related reporting and books-and-records violations by Delphi.

Linda Chatman Thomsen, the Director of the Commission's Division of Enforcement, said, "This case demonstrates again that the Commission will take strong action when a company and its officers engage

Advertisement

PRESS RELEASE: SEC Charges Delphi Corporation and Nine Individuals, Including Fo... Page 2 of 6
05-44481-rdd   Doc 5667   Filed 11/17/06   Entered 11/22/06 10:18:46   Main Document
Pg 4 of 7

Claim No. 7025

RSS feed

**BUSINESS PERSPECTIVES**

Courland

- See all perspectives
- Learn more

**WEBINARS**
Learn more from Automotive News partners

**Collaboration: From Tool to Weapon**
Creating an adaptive supply chain through supplier collaboration.
*sponsored by SAP*
View the archive

**PACE Best Practices**
*sponsored by SAP*
View the event archive.

PHOTO GALLERY



- 2007 Nissan Altima
- 2007 Toyota Tundra
- 2007 Infiniti G35
- 2007 Lexus LS 460

More ...

CAR CUTAWAYS
- 2007 BMW Z4 M
- 2007 Dodge Caliber
- Dodge Caliber
- 2007 Volvo S80
- Ferrari 599 GTB Fiorano

More ...

FUTURE PRODUCTS
General Motors
Ford Motor Co.
Asian manufacturers
Chrysler
Europe manufacturers

RESOURCES
Advanced Search

COURLAN
AUTOMOTIVE PRAC

Excellence in
global automot
executive recruitr

www.courland.co

in accounting fraud in order to hide the company's financial difficulties from investors, analysts, and others. The facts here are particularly troubling because of the number of fraudulent schemes engaged in by Delphi, the length of time over which they occurred, and the number of Delphi employees, including senior officers, who carried out the schemes."

The complaint charges seven former Delphi employees and two others with participating in or aiding and abetting Delphi's fraud.

1. J.T. Battenberg, III of Bloomfield Hills, Mich., and Naples, Fla., the former Chief Executive Officer of Delphi and Chairman of its Board of Directors;

2. Alan Dawes of Palm Beach Gardens, Fla., the former Chief Financial Officer of Delphi;

3. Paul Free of Oakland, Mich., a former Controller and Chief Accounting Officer of Delphi;

4. John Blahnik of Bloomfield Hills, Mich., a former Treasurer and Senior Vice President of De

5. Milan Belans of Farmington Hills, Mich., a former Director of Capital Planning and Pension, Delphi;

6. Catherine Rozanski of Troy, Mich., a former Director of Financial Accounting and Reporting

7. Judith Kudla of Bloomfield Hills, Mich., a former Director of Finance in Delphi's information t department;

8. Scot McDonald of Carrollton, Texas, who is employed by a Texas-based information technc company and formerly served as its Manager of U.S. GAAP Consulting and Reporting; and

9. B.N. Bahadur of West Bloomfield, Mich., who, in the relevant period, was the founder, sole principal of a Michigan-based private management consulting company.

The complaint also charges four individuals with aiding and abetting Delphi's reporting and bo records violations.

1. Atul Pasricha of Bloomfield Hills, Mich., a former Assistant Treasurer at Delphi;

2. Laura Marion of Rochester Hills, Mich., a former Director of Financial Accounting and Repo Delphi;

3. Stuart Doyle of Rochester Hills, Mich., a former client executive supporting the Texas IT cor relationship with Delphi; and

CLAIM NO
7025

Calendar
Our Events
Classifieds
Industry Directory
Auto Auctions
AN Media Kit
ANE Media Kit

Advertisement



Deloitte.

NOVEMBER 15-18
BEIJING, CHINA

EVENT HIGHLIGHTS

Outstanding
Speakers

Valuable
Networking

REGISTER
TODAY!

4. Kevin Curry of Hilton Head, S.C., also a former client executive supporting the Texas IT cor relationship with Delphi.

The Commission's complaint alleges that, between 2000 and 2004, Delphi engaged in multipl that resulted in Delphi materially misstating its financial condition and operating results in filing Commission, offering documents, press releases, and other documents and statements. The include the following.

* In 2000, Delphi engaged in two fraudulent accounting and disclosure schemes, which had th of and ultimately resulted in Delphi hiding a $237 million warranty claim asserted by its former company and inflating its net income by $202 million.

* In the fourth quarter of 2000, Delphi entered into two improper inventory schemes, through w agreed to sell approximately $270 million of metals, automotive batteries and generator cores parties at year end, while simultaneously agreeing to repurchase the inventory in the following the original sales price, plus interest charges and structuring fees. The purpose and result of t schemes was for Delphi to inflate its cash flow from operations by $200 million, engineer $270 inventory reductions and improperly report $80 million in net income.

* In the fourth quarter of 2001, Delphi solicited a $20 million lump sum payment from an IT cor return for Delphi providing new business to the IT company. Delphi agreed to repay the $20 m five years, with interest, which made the payment, in substance, a loan to the IT company. Ho order to meet earnings forecasts for the quarter, Delphi improperly accounted for the $20 milli as if it was a nonrefundable rebate on past business, rather than a liability.

* From 2003 to 2004, Delphi hid up to $325 million in factoring, or sales of accounts receivable to improperly boost non-GAAP, pro forma measures of Delphi's financial performance that we upon by investors, analysts and rating agencies. Hiding this factoring allowed Delphi to overst materially its "Street Net Liquidity," a pro forma measure, during that two-year period. In additi quarter, Delphi also manipulated the hidden factoring to create a false $30 million boost in its ' Operating Cash Flow," another pro forma measure.

Delphi simultaneously settled the charges, without admitting or denying the Commission's alle consenting to the entry of a final judgment permanently enjoining it from violating Section 17(a Securities Act of 1933 and Sections 10(b), 13(a), 13(b)(2)(A) and 13(b)(2)(B) of the Securities Act of 1934 and Rules 10b-5, 12b-20, 13a-1, 13a-11 and 13a-13 thereunder.

Fredric D. Firestone, an Associate Director in the Division of Enforcement, stated, "Despite en widespread fraudulent conduct, Delphi took significant remedial steps and cooperated extensi the Commission's investigation. Consistent with the principles announced in the Commission's 2006 Statement Concerning Financial Penalties, the Commission considered Delphi's remedi cooperation, among other things, in deciding not to impose a penalty."

In addition to settling with Delphi, the Commission simultaneously settled with six individuals, ' neither admitted nor denied the Commission's allegations.

* Dawes agreed to a five-year officer-and-director bar and to pay disgorgement of $253,000 pl prejudgment interest of $134,000, and a penalty of $300,000. He also consented to the entry judgment permanently enjoining him from violating Section 17(a) of the Securities Act and Sec and 13(b)(5) of the Exchange Act and Rules 10b-5, 13b2-1 and 13b2-2 thereunder, and from abetting violations of Sections 13(a), 13(b)(2)(A) and 13(b)(2)(B) of the Exchange Act and Rul 13a-1, 13a-11 and 13a-13 thereunder.

* Pasricha agreed to pay a penalty of $55,000. He also consented to the entry of a final judgm permanently enjoining him from aiding and abetting violations of Sections 13(a) and 13(b)(2)(A Exchange Act and Rules 12b-20, 13a-1 and 13a-13 thereunder.

CLAIM NO
7025

\* In connection with the civil action, Bahadur agreed to pay disgorgement of $350,000 with pre interest of $139,257 and a penalty of $80,000, Marion and Doyle each agreed to pay penalties $40,000, and Curry agreed to pay a penalty of $25,000. Additionally, Bahadur, Marion, Doyle have each agreed to the institution of settled administrative cease-and-desist proceedings aga The Commission's Order as to Bahadur orders him to cease and desist from committing or ca violations of Section 10(b) of the Exchange Act and Rule 10b-5 thereunder. In addition, the Commission's orders as to Bahadur, Marion, Doyle and Curry, order each of them to cease ar from causing violations of Sections 13(a) and 13(b)(2)(A) of the Exchange Act and Rules 12b- 13a-1 thereunder.

Each of the settlements is subject to court approval, and Delphi's settlement is also subject to by the U.S. Bankruptcy Court overseeing Delphi's bankruptcy.

The Commission acknowledges the assistance and cooperation in this investigation of the U.S Department of Justice, Criminal Division, the U.S. Attorney's Office for the Eastern District of N the U.S. Postal Inspection Service and the Federal Bureau of Investigation.

The Commission's investigation is continuing.

RELATED STORIES
• SEC charges Delphi, Battenberg with fraud

OTHER STORIES ABOUT ...
• Delphi losses mount in September -- 10/31/2006
• SEC charges Delphi, Battenberg with fraud -- 10/30/2006
• PRESS RELEASE: Delphi and SEC Reach Settle... -- 10/30/2006
• GM signals it is closer to labor deal with... -- 10/25/2006
• GM pleased with progress in Delphi talks -- 10/25/2006
• Ex-Delphi executives seeking cover for leg... -- 10/24/2006
• Buyout firms look at Delphi -- 10/24/2006
• Akebono eyes Delphi brake unit -- 10/23/2006
• GM wants cash for Delphi retiree claims -- 10/23/2006
• Delphi: Power products are no longer key -- 10/23/2006
• Judge gives Delphi more time for stakehold... -- 10/19/2006
• Delphi makes pension payment -- 10/16/2006
• Delphi makes pension payment -- 10/13/2006
• Report: GM, Delphi, creditors near strike ... -- 10/11/2006
• One year after Chapter 11, Delphi sheds un... -- 10/09/2006

**ArticleTools**



EMAIL THIS
PRINT THIS
ORDER REP

**ArticleSponso**

Feature Y
Compar
Here!

Subscribe to **AutomotiveNews**

If you enjoy the content on the *Automotive News* website and want to see more, subscribe t publication TODAY! For a limited time, we are offering you an entire year of Automotive Nev $149 with FREE online access. That's 43% off the cover price. Sign up below.



\*Name:
\*E-mail:
Company:
\*Address:
\*City:                                              State:
\*Zip/Postal Code:
\*Country:

Mr. Michael Sieloff
16075 N County Road 459
Hillman, MI 49746-9510

United States Bankruptcy Court
Southern District of New York
Delphi Corporation Claims
Bowling Green Station
P.O Box 5058
New York, New York 10274-5058