**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re:                                                                         Chapter 11

                                                                                    Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                                     Jointly Administered

                                    Debtors

------------------------------------------------------------x

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of James R. Scheuerle, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

ORDERED, that James R. Scheuerle, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern  District of New York, subject to payment of the filing fee.

Dated: November 22, 2006
       New York, New York

                                                            /s/Robert D. Drain_____
                                                            UNITED STATES BANKRUPTCY JUDGE