**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re:                                                                              Chapter 11

                                                                                                    Case No. 05-44481(RDD)

DELPHI CORPORATION, et al.,                                       Jointly Administered

                                 Debtors

-------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of German Yusufov, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

ORDERED, that German Yusufov, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: November 22, 2006
       New York, New York

                                                      /s/Robert D. Drain_____
                                                      UNITED STATES BANKRUPTCY JUDGE