**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re:                                              Chapter 11

                                                    Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,              Jointly Administered

                        Debtors

-------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Terri A. Roberts, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

ORDERED, that Terri A. Roberts, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern  District of New York, subject to payment of the filing fee.

Dated: November 22, 2006
       New York, New York

                                        /s/Robert D. Drain_____
                                        UNITED STATES BANKRUPTCY JUDGE