**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re:                                                                  Chapter 11

                                                          Case No. 05-44481(RDD)

DELPHI CORPORATION,  et al.,                           Jointly Administered

                            Debtors

-------------------------------------------------------------x

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

      UPON the motion of Kristin B. Mayhew, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

      ORDERED, that Kristin B. Mayhew, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern  District of New York, subject to payment of the filing fee.

Dated: November 22, 2006
       New York, New York

                                          /s/Robert D. Drain_____
                                          UNITED STATES BANKRUPTCY JUDGE