MORGAN, LEWIS & BOCKIUS LLP          Hearing Date:  November 30, 2006
Attorneys for Hitachi Chemical (Singapore) Pte. Ltd.          Hearing Time: 10:00 a.m.
101 Park Avenue
New York, New York  10178-0060
(212) 309-6000
Menachem O. Zelmanovitz (MZ-0706)
Mark C. Haut (MH-0429)


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
In re:                                           :          Chapter 11
                                                 :
DELPHI CORPORATION, et al.                       :          Case No.  05-44481 (RDD)
                                                 :          (Jointly Administered)
                            Debtors.             :
-----------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Mark C. Haut, hereby certify that on the 22nd day of November, 2006, copies of:

(i)      Response of Hitachi Chemical (Singapore) Pte. Ltd. (f/k/a Hitachi Chemical Asia-

         Pacific Pte. Ltd.) ("*HCS*") to the Debtors' Second Omnibus Objection to Claims,

         dated October 31, 2006, and

(ii)     (ii) Objection of HCS to the Debtors' Motion for Order Pursuant to 11 U.S.C. §§

         502(C) and Fed. R. Bankr. P. 2002(M), 3007, 7016, 7026, 9006, 9007, and 9014

         Establishing (i) Dates for Hearings Regarding Disallowance or Estimation of

         Claims and (ii) Certain Notices and Procedures Governing Hearings Regarding

         Disallowance or Estimation of Claims, dated October 31, 2006,

were served on the parties listed on the attached service list via overnight delivery.

Dated: November 22, 2006


                                        _____/s/ Mark C. Haut_____
                                              Mark C. Haut

<u>**SERVICE LIST**</u>

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL  60606
Attn:  John Wm. Butler, Jr., Esq.

Delphi Corporation
5725 Delphi Drive
Troy, MI  48098
Attn:  General Counsel

Office of the U.S. Trustee
33 Whitehall Street
New York, NY  10004
Attn:  Alicia M. Leonhard, Esq.

Simpson Thacher & Bartlett, LLP
425 Lexington Avenue
New York, NY  10017
Attn:  Kenneth S. Ziman, Esq.

Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY  10017
Attn:  Donald Bernstein, Esq. and Brian Resnick, Esq.

Latham & Watkins, LLP
885 Third Avenue
New York, NY  10022
Attn:  Robert J. Rosenberg, Esq. and Mark A. Broude, Esq.

Fried, Frank, Harris, Shriver & Jacobson, LLP
One New York Plaza
New York, NY  10004
Attn:  Bonnie Steingart, Esq.