Douglas J. McBride
P.O. Box 11025
Glendale, AZ 85318

Case # 05-44481 (RDD)
Re: Chapter 11 Delphi Corporation

Exception is taken to the correspondence of Kurtzman Carson Consultants LLC, who disallowed my claim.

I own a Bond(s) and not common stock as indicated in the correspondence from Kurtzman Carson.

Reference the attached confirmation notice with the CUSIP number # 247126AD7, which belongs to a Bond.

Douglas J. McBride

Nov. 13, 2006



RECEIVED
CLAIMS PROCESSING CENTER
USBC, SDNY

# Banc of America Investment Services, Inc.™

Investment products and services provided by Banc of America Investment Services, Inc. are:

| NOT FDIC-INSURED | May Lose Value | No Bank Guarantee |

Banc of America Investment Services, Inc. is a registered broker-dealer and member NASD

| Brokerage No. | Type | Reg Rep | Trade Date | Settlement Date | Trans No. | Cusip | Exc | Orig |
|---|---|---|---|---|---|---|---|---|
| W82-305995 | 1 | 6LD  6LD | 06-14-05 | 06-17-05 | 471097 | 247126AD7 | 4 | |

YOU BOUGHT 5,000 AT 99.249

SECURITY DESCRIPTION

DELPHI CORP NT MAKE WHOLE
WE HAVE ACTED AS PRINCIPAL.
COUPON 6.5500%   MATURITY DATE
06/15/2006 YIELD TO MATURITY 7.346%
MOODY'S B3      STANDARD & POOR'S B-
INTEREST PAID SEMI-ANNUALLY
SOLICITED ORDER

| | |
|---|---:|
| Principal Amount | 4,962.45 |
| Interest | 1.82 |
| Commission | 0.00 |
| State Tax | 0.00 |
| Miscellaneous Charges | 0.00 |
| Regulatory Fee/Pstg | 0.00 |
| POST/SERV FEE | 5.00 |
| **Settlement Amount** | 4,969.27 |

REF # 05165-471097

## CONFIRMATION NOTICE

THE TRANSACTION MAY HAVE BEEN EXECUTED WITH BANC OF AMERICA SECURITIES L.L.C.,
AN AFFILIATE, WHICH RECEIVES COMPENSATION FOR ANY SUCH SERVICES.

| BROKERAGE NUMBER | W82-305995 |

FOR QUESTIONS CALL:
DONNA SHUROT
(800) 822-2222

NFS/FMTC ROLLOVER IRA
FBO DOUGLAS J MCBRIDE
PO BOX 11025
GLENDALE AZ 85318

BANC OF AMERICA
INVESTMENT SERVICES, INC.
900 W. TRADE STREET
NC1-026-05-01
CHARLOTTE, NC 28255

ACCOUNT CARRIED WITH NATIONAL FINANCIAL SERVICES LLC ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

NF04
rev: 11/08/04

#1/2427/1213/2425/1213

| UNITED STATES BANKRUPTCY COURT Southern DISTRICT OF New York | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: Delphi Corporation | Case Number: 05-44481 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): DOUGLAS J. McBRIDE
Depository Trust Company Treasurers Dept

Name and address where notices should be sent:
DOUGLAS J. McBRIDE
P.O. BOX 11025
GLENDALE, AZ 85318

Telephone number: 623-773-2243

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

RECEIVED
AUG 02 2006
KURTZMAN CARSON

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here ☐ replaces
if this claim    ☐ amends    a previously filed claim, dated:_____

1. Basis for Claim
   ☐ Goods Sold / Services Performed
   ☐ Customer Claim
   ☐ Taxes
   ☐ Money Loaned
   ☐ Personal Injury
   ☒ Other DELPHI BONDS (SEE ATTACHED)
   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last four digits of SS #: _____
   Unpaid compensation for services performed
   from _____ to _____
   (date)    (date)

2. Date debt was incurred: (06-14-05) OCT. 8, 2005

3. If court judgment, date obtained:

4. Total Amount of Claim at Time Case Filed: $ 4969.27 + DIVIDENDS
   (unsecured)    (secured)    (priority)    (Total)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. Secured Claim.
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate    ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral: $ _____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

6. Unsecured Nonpriority Claim $ _____
   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. Unsecured Priority Claim.
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $ _____
   Specify the priority of the claim:
   ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

Date: 07-20-06
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim:
DOUGLAS J. McBRIDE

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

P.O. Box 11025
GLENDALE, AZ 85318

PHOENIX AZ 850
13 NOV 2006 PM 4 L

Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
Delphi Corporation Claims
Bowling Green Station
P.O. Box 5058
New York, N.Y. 10274-5058