| | |
|---|---|
| David A. Rosenzweig (DR-5742) | Hearing Date:    November 30, 2006 |
| FULBRIGHT & JAWORSKI L.L.P. | Hearing Time:    10:00 a.m. |
| 666 Fifth Avenue | |
| New York, New York  10103 | |
| (212) 318-3000 | |

Attorneys for Hirschmann Car
Communications Gmbh

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

----------------------------------------------------------x

### RESPONSE TO DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIM NUMBER 14313 FILED BY HIRSCHMANN CAR COMMUNICATIONS GMBH

Hirschmann Car Communications Gmbh ("Hirschmann"), by and through its undersigned counsel, Fulbright & Jaworski L.L.P., hereby submits this response to the Third Omnibus Objection to Claims filed by Delphi Corporation and its affiliated debtors (collectively, the "Debtors"), and respectfully represents as follows:

1.    The debtor Delphi Automotive Systems LLC is party to a Delphi Automotive Systems Long Term Contract with Hirschmann under which the debtor agreed to purchase certain automotive equipment from Hirschmann.

2.    Hirschmann filed a proof of claim (the "Proof of Claim") in the amount of US$263,963.41.  The claim was asserted in U.S. dollars, and invoices and other back up material were attached to the Proof of Claim.

3.    In the Third Omnibus Claims Objection, the Debtors purport to seek to modify the Proof of Claim to a fully liquidated amount of US$263,963.41 -- which is the exact

amount of Hirschmann's Proof of Claim.  Hirschmann does not object to the relief sought by the Debtors, since it appears that the Debtors do not seek to reduce the amount of the Proof of Claim. However, if the Debtors' intent is to reduce or object to the Proof of Claim, Hirschmann respectfully requests that the Debtors specifically assert such objections and that the hearing on Hirschmann's Proof of Claim be adjourned.  Hirschmann reserves its rights to respond to any further objection to the Proof of Claim.

WHEREFORE, Hirschmann respectfully requests that the Third Omnibus Objection to Hirschmann's Proof of Claim be denied to the extent that it seeks to reduce or object to the Proof of Claim and that the Court grant such other and further relief as is just and proper.

Dated: New York, New York
November 22, 2006

FULBRIGHT & JAWORSKI L.L.P.
Attorneys for Hirschmann Car
Communications Gmbh


By: /s/ David A. Rosenzweig
    David A. Rosenzweig (DR-5742)
666 Fifth Avenue
New York, New York  10103
(212) 318-3000
(212) 318-3400 (Facsimile)