Victor J. Mastromarco, Jr. (Mich Bar No P34564)
THE MASTROMARCO FIRM
Counsel to H.E. Services Company &
Robert Backie
1024 North Michigan Avenue
Post Office Box 3197
Saginaw, Michigan 48605-3197
(989) 752-1414

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

DELPHI CORPORATION, et al.,

Debtors.

Chapter 11
Case No. 05-44481 (RDD)
(Jointly Administered)

## CERTIFICATE OF SERVICE

I certify that on November 22, 2006, copies of H.E. Services Company and Robert Backie's Response to Debtors' Motion for Order pursuant to 11 USC §§ 502 (b) and 502 (c) and Fed. R. Bankr. P. 2002 (m), 3007, 7016, 7026, 9006, 9007, and 9014 establishing (I) dates for hearings regarding disallowance or estimation of clams and (II) certain notices and procedures governing hearings regarding disallowance or estimation of claims, H.E. Services Company and Robert Backie's Response to Debtors' Second Omnibus Objection (Procedural) pursuant to 11 USC § 502(b) and Fed. R. Bankr. P. 3007 to certain (I) equity claims (II) claims duplicative of consolidated trustee or agent claims, and (III) duplicate and amended claims, and H.E. Services Company and Robert Backie's Response to Debtors' (I) Third Omnibus Objection (Substantive) pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to certain (A) claims with insufficient documentation, (B) claims unsubstantiated by Debtors' books and records, and (C) claims

1

subject to modification and (II) Motion to estimate contingent and unliquidated claims pursuant to 11 U.S.C. § 502(c) along with a copy of this Proof of Service were served by mailing the same by overnight mail, to the following:

Honorable Robert A. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004

Delphi Corporation
Att'n: General Counsel
5725 Delphi Drive
Troy, MI 48098

Mr. Robert J. Rosenberg
Mr. Mark A. Broude
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

Ms. Bonnie Steingart
Fried, Frank, Harris, Shriver
& Jacobson, LLP
One New York Plaza
New York, New York 10004

Mr. John William Butler, Jr.
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Mr. Kenneth S. Ziman
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Mr. Donald Bernstein
Mr. Brian Resnick
Davis, Polk & Wardwell
450 Lexington Avenue
New York, New York 10017

Ms. Alicia M. Leonhard
Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004

Dated:    November 22, 2006

Respectfully submitted,

THE MASTROMARCO FIRM

s/ Victor J. Mastromarco, Jr.
Victor J. Mastromarco, Jr. (P34564)
Attorney for Creditors
vmastromar@aol.com