UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>DELPHI CORPORATION, et al.,<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

### AMENDMENT TO CERTIFICATE OF SERVICE

I, Ira M. Levee, of full age, certify that on November 22, 2006, I caused to be served a copy of Lead Plaintiffs' Limited Response To Motion Of Certain Employees Of Debtor For Limited Relief From The Automatic Stay, To the Extent Applicable, To Pay And/Or Advance Defense Costs Under The Debtors' Insurance Policies by facsimile on counsel as set forth on the attached transmission report.

I certify under penalty of perjury that the forgoing statements are true.

Dated: November 22, 2006

/s/ Ira M. Levee
Ira M. Levee

Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
973.597.2480 (Telephone)
973.597.2481 (Facsimile)

*Bankruptcy Counsel to Lead
Plaintiffs and the Prospective Class*

18692/2
11/22/2006 2064464.01

## \*\*\* TRANSMISSION REPORT \*\*\*

SID : LOWENSTEIN SANDLER          Number L1 :          Date : 11-22-06 09:14
                                  Number L2 :

| Date/Time | 11-22 9:13 |
|---|---|
| Dialled number | 2#113#13132597926 |
| Durat. | 1'13" |
| Mode | NORMAL |
| Pages | 10 |
| On | Line 1 |
| Status | Correct |

---

**Lowenstein Sandler**
ATTORNEYS AT LAW

**FACSIMILE COVER SHEET**

From:  Ira M. Levee
       Lowenstein Sandler PC
       65 Livingston Avenue   Roseland, New Jersey 07068

Date: NOVEMBER 22, 2006

Tel: 973 597 2480    Fax: 973 597 2481    E-Mail: ilevee@lowenstein.com

To:  RICHARD A. ROSSMAN, ESQ.
     MATTHEW J. LUND, ESQ.

Facsimile no.: 313.259.7926
Voice no.:

Total Pages (with cover):          Client ID/Matter #: 18692/2

If you have any trouble with this transmittal, please call 973 597 2500 ext. 1480

CIRCULAR 230 DISCLAIMER: TO ENSURE COMPLIANCE WITH REQUIREMENTS IMPOSED BY THE IRS, WE INFORM YOU THAT ANY U.S. FEDERAL TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF (i) AVOIDING TAX-RELATED PENALTIES UNDER THE INTERNAL REVENUE CODE OR (ii) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TRANSACTION OR TAX-RELATED MATTER(S) ADDRESSED HEREIN.

THIS FACSIMILE CONTAINS PRIVILEGED AND CONFIDENTIAL INFORMATION. IF YOU ARE NOT THE INTENDED RECIPIENT, DISSEMINATION OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL FACSIMILE TO THE ABOVE ADDRESS. WE WILL REIMBURSE YOU FOR ALL EXPENSES INCURRED. THANK YOU.
18692/2
11/22/2006 2063924.01