UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

*In re:*

DELPHI CORPORATION, *et al.*,

Debtors.

Case No.  05-44481 (RDD)
Chapter 11 Case

(*Jointly Administered*)

# CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2006, I electronically filed the Response to Debtors' Third Omnibus Objection to Certain Claims Subject to Modification and Motion to Estimate Contingent and Un-liquidated Claim on behalf of Alliance Precision Plastics Corporation in regard to the captioned case with the Clerk of the Bankruptcy Court using the CM/ECF system for the Southern District of New York.

/s/ Jessica S. McCarthy
JESSICA S. MCCARTHY

{H0698660.1}