**McCARTER & ENGLISH, LLP**
245 Park Avenue
27th Floor
New York, New York  10167
(212) 609-6800 - Telephone
(212) 609-6921 - Facsimile
David J. Adler (DA-0048)
Brian F. Moore (BM-5719)
Attorneys for Automodular Assemblies Inc.,
Tec-Mar Distribution Services, Inc.
and Automodular Assemblies (Ohio) Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case Nos. 05-44640 (RDD) |
| DELPHI AUTOMOTIVE SYSTEMS, LLC |  |
| Debtor. |  |

## CERTIFICATE OF SERVICE

I, Brian F. Moore, do hereby certify as follows:

1.    On November 21, 2006, I caused to be served via federal express a copy of the Response to the Debtor's Third Omnibus Objection to Proof of Claim in the above-captioned case upon the parties in the service list attached hereto as Exhibit A.

2.    Pursuant to 28 U.S.C. §1746, I hereby certify that the foregoing statements are true to the best of my knowledge and belief.  I understand that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated:  November 22, 2006
        New York, New York

        McCARTER & ENGLISH, LLP
        Attorneys for Automodular Assemblies Inc., Tec-Mar
        Distribution Services, Inc. and Automodular Assemblies
        (Ohio) Inc.

        By:    /s/ Brian F. Moore
              Brian F. Moore (BM-5719)
              245 Park Avenue
              27th Floor
              New York, New York  10167-7402
              (212) 609-6800 telephone
              (212) 609-6921 facsimile

# EXHIBIT A

## DELPHI AUTOMOTIVE SYSTEMS SERVICE LIST

| | |
|---|---|
| Delphi Corporation<br>Attn: General Counsel<br>5725 Delphi Drive<br>Troy, Michigan 48098 | Skadden, Arps, Slate, Meagher & Flom, LLP<br>Attn: John Wm. Butler, Jr.<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, Illinois 60606 |
| Simpson Thacher & Bartlett, LLP<br>Attn: Kenneth S. Ziman<br>425 Lexington Avenue<br>New York, NY 10017 | Davis Polk & Wardwell<br>Attn: Donald Bernstein and Brian Resnick<br>450 Lexington Avenue<br>New York, NY 10017 |
| Latham & Watkins, LLP<br>Attn: Robert J. Rosenberg and Mark A Broude<br>885 Third Avenue<br>New York, NY 10022 | Fried, Frank, Harris, Shriver & Jacobson, LLP<br>Attn: Bonnie Steingart<br>One New York Plaza<br>New York, NY 10004 |
| Office of the United States Trustee for the Southern District of New York<br>Attn: Alicia M. Leonhard<br>33 Whitehall Street<br>Suite 2100<br>New York, NY 10004 | |