Lori V. Vaughan (*Pro Hac Vice* pending)
FOLEY & LARDNER LLP
90 Park Ave., 37th Floor
New York, NY 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-2329

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             )
In re:                                                       )
                                                             )      Chapter 11
DELPHI CORPORATION, et al.,                                  )      Case No. 05-44481 (RDD)
                                                             )      Jointly Administered
            Debtors.                                         )
-------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Lori V. Vaughan, a member in good standing of the bar in the State of Florida, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Metaldyne Corporation, PBR International, GE Plastics and those creditors listed on the Rule 2019 Verified Statement filed herein by Foley & Lardner LLP on November 1, 2005 in the above referenced case proceeding.

My address is 90 Park Ave., 37th Floor, New York, New York; e-mail address is lvaughan@foley.com; telephone number is (212) 682-7474.

I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.

Dated:  November 22, 2006           FOLEY & LARDNER LLP
        New York, New York

                                    /s/ Lori V. Vaughan___
                                    Lori V. Vaughan (*pro hac vice* pending)
                                    FOLEY & LARDNER LLP
                                    90 Park Ave., 37th Floor
                                    New York, NY 10016
                                    Telephone: (212) 682-7474

                                    Attorney for Metaldyne Corporation, PBR
                                    International, GE Plastics and those creditors
                                    listed on the Rule 2019 Verified Statement filed
                                    herein by Foley & Lardner LLP on November 1,
                                    2005.

NYC_22170.1

## **ORDER**

**ORDERED**,

That Lori V. Vaughan, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:
November 21, 2006
New York, New York        /s/ _____
                 UNITED STATES BANKRUPTCY JUDGE

2

NYC_22170.1