UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
In re:                                                       :
                                                             :    Chapter 11
DELPHI CORPORATION, et al.,                                  :
                                                             :    Case No. 05-44481 (RDD)
                             Debtors.                        :
                                                             :    (Jointly Administered)
                                                             :
------------------------------------------------------------- X


CERTIFICATE OF SERVICE

I, Francine Brown, hereby certify that on the 21st day of November, 2006, I caused a true and correct copy of Response by Tesa AG to Third Omnibus Claims Objection to be served by electronic notification and by hand to:

**Honorable Robert D. Drain**
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green, Room 610
New York, New York 10004

**Kenneth S. Ziman**
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017

**Donald Bernstein**
**Brian Resnick**
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017

**Robert J. Rosenberg**
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022

**Bonnie Steingart**
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004

**Alicia M. Leonhard**
Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004

by electronic notification and Federal Express overnight mail to:

**John Wm. Butler, Jr.**
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

**General Counsel**
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098

_____
Francine S. Brown