Lori V. Vaughan (*Pro Hac Vice* pending)
FOLEY & LARDNER LLP
90 Park Ave., 37th Floor
New York, NY 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-2329

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            )
In re:                                                      )
                                                            )    Chapter 11
DELPHI CORPORATION, et al.,                                 )    Case No. 05-44481 (RDD)
                                                            )    Jointly Administered
         Debtors.                                           )
------------------------------------------------------------x

## CERTIFICATION OF SERVICE

Jennelle D. Menendez, of full age, certifies as follows:

    I am a Paralegal employed with the firm of Foley & Lardner LLP, Attorneys for Metaldyne Corporation, PBR International, GE Plastics and those creditors listed on the Rule 2019 Verified Statement filed herein by Foley & Lardner LLP on November 1, 2005 listed in the documents herein.

    On November 22, 2006, I filed the **Motion for the Admission to Practice, *Pro Hac Vice*, of Lori V. Vaughan** electronically with the United States Bankruptcy Court for the Southern District of New York, and will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. The parties on the annexed Service List were served at the addresses set forth herein as indicated by first class U.S. mail.

                                        /s/ Jennelle D. Menendez

NYC_22173.1

Sworn to before me this
22nd day of November, 2006
/s/ Jeremy Wallison
Notary Public, State of New York

## SERVICE LIST

**Via First Class Mail**

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48098

Skadden, Arps, Slate, Meagher & Flom
Attn: John Wm. Butler, Jr.
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606

Simpson Thatcher & Bartlett LLP
Attn: Kenneth S. Ziman
425 Lexington Avenue
New York, New York 10017

Davis Polk & Wardell
Attn: Donald Bernstein and Brian Resnick
450 Lexington Avenue
New York, New York 10017

Latham & Watkins LLP
Attn: Robert J. Rosenberg and Mark A. Broude
885 Third Avenue
New York, New York 10022

Fried, Frank, Harris, Shriver & Jacobson LLP
Attn: Bonnie Steingart
One New York Plaza
New York, New York 10004

Offices of the US Trustee for the
Southern District of New York
Attn: Alicia M. Leonhard
33 Whitehall Street, Suite 2100
New York, New York 10004

NYC_22173.1