# Exhibit "A"

Exhibit "A," totaling over 550 pages, is too voluminous to be electronically filed through the Court's CM/ECF System. Pursuant to instructions from the Clerk of Court, undersigned counsel has forwarded a copy of Exhibit "A" to the Chambers of Judge Robert D. Drain and will maintain a copy of Exhibit "A," which is available upon request directed to undersigned counsel.

s/ James M. Garner
JAMES M. GARNER (pro hac vice)
ROBERT P. THIBEAUX (pro hac vice)
THOMAS J. MADIGAN, II (pro hac vice)
**SHER GARNER CAHILL RICHTER
  KLEIN & HILBERT, L.L.C.**
909 Poydras Street, 28th Floor
New Orleans, LA 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
ATTORNEYS FOR GULF COAST BANK
  & TRUST COMPANY
