LAW OFFICES OF

# SHER GARNER CAHILL RICHTER
# KLEIN MCALISTER & HILBERT, L.L.C.

TWENTY-EIGHTH FLOOR
909 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70112-1033
http://www.shergarner.com

LEOPOLD Z. SHER[1]
JAMES M. GARNER[2]
ELWOOD F. CAHILL, JR.
RICHARD P. RICHTER
STEVEN I. KLEIN[3,1]
THOMAS P. McALISTER[2]
PETER L. HILBERT, JR.
MARIE A. MOORE[3]
DEBRA J. FISCHMAN
ROBERT P. THIBEAUX
DARNELL ELLSWORTH[3]
MARTHA Y. CURTIS[2]
NEAL J. KLING
KEITH A. KORNMAN[2]

JOSHUA S. FORCE[3,4]
DEBORAH J. MOENCH
DOROTHY S. WATKINS LAWRENCE

JOHN T. BALHOFF, II
ALVIN C. MIESTER, III
KAREN T. HOLZENTHAL
EDWARD J. RANTZ, JR.
ASHLEY S. BERGERON
ELIZABETH B. ROBINS
CHRISTOPHER T. CHOCHELES
EMMA E. DASCHBACH
HOWARD T. BOYD, III[2]
RYAN D. ADAMS
TERRI B. LOUGHLIN

ELIZABETH A. READY
JACOB A. AIREY
THOMAS J. MADIGAN, II[6]
KEVIN M. McGLONE
SHARONDA R. WILLIAMS[3,5]
CHAD P. MORROW
LAUREN L. HUDSON

OF COUNSEL:
TIMOTHY B. FRANCIS
DAVID A. MARCELLO

[1]  LAW CORPORATION
[2]  MEMBER OF LOUISIANA AND TEXAS BARS
[3]  MEMBER OF LOUISIANA AND ALABAMA BARS
[4]  MEMBER OF LOUISIANA AND CALIFORNIA BARS
[5]  MEMBER OF LOUISIANA AND GEORGIA BARS
[6]  MEMBER OF LOUISIANA AND MISSISSIPPI BARS
     BOARD CERTIFIED TAX ATTORNEY LOUISIANA
     BOARD OF LEGAL SPECIALIZATION
[7]  REGISTERED TO PRACTICE BEFORE THE
     UNITED STATES PATENT AND TRADEMARK
     OFFICE

ALL OTHERS LOUISIANA BAR

rthibeaux@shergarner.com
Direct Dial: (504) 299-2110

(504) 299-2100
FAX (504) 299-2300

April 6, 2005

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
ATTENTION: LEGAL DEPARTMENT
Telecopy: (602) 7976513
With additional copy to: Dana McConahy
(915) 612 3971

BY CERTIFIED MAIL AND BY TELECOPY

Ladies and Gentlemen:

Dear Sir or Madam:

    We serve as counsel for Gulf Coast Business Credit ("Gulf Coast").  Gulf Coast is the assignee the outstanding accounts receivable of Jackson Rapid Delivery Service, Inc. ("Jackson Rapid"), and has previously provided to Delphi Corporation ("Delphi") a written notice of this assignment (the "Notice Letter").  A copy of the Notice Letter, which is dated September 12, 2002, and which was signed and accepted by a Lucinda Wagenman on behalf of Delphi Corporation, is attached.  The letter was sent by mail and by telecopy, to a telecopy number indicated on a wire instructions agreement issued on Delphi letterhead.  A copy of the wire instructions agreement is also attached to this letter.

    In reliance on this letter, Gulf Coast has purchased various accounts receivable having Delphi as an account debtor.  As of the date of this letter, Delphi invoices in the face amount of $257,033.28 have been purchased from Jackson Rapid.  A printout listing these invoices (the "Invoices") is attached.  As you may be aware, Jackson Rapid is subject to pending Chapter 11 proceedings.

**EXHIBIT**

**F**

Law Offices of
## SHER GARNER CAHILL RICHTER
## KLEIN McALISTER & HILBERT, L.L.C.

April 6, 2005
Page - 2 -

We understand that Delphi may have extended unsecured loans to Jackson Rapid, and is now seeking to avoid payment on the Invoices, based on an asserted right of set off.

All of these invoices date well after Delphi's receipt of the Notice Letter. Accordingly, under Section 9-404(a)(2) of the UCC, Delphi may not legally exercise set off rights with respect to the Invoices based on a default under a loan from Delphi to Jackson Rapid. Bankruptcy law would of course also limit any exercise of set off rights. We have not been made aware of any defenses to payment that would be legally cognizable under Section 9-404 of the UCC.

The fax number to which the Notice Letter was sent is obviously a valid number, since Gulf Coast has been receiving wire transfers for some time now from Delphi based on the EFT Payment Authorization letter, which was transmitted to the 602 797 6513 fax number indicated in that letter.

All of the Invoices are past their thirty day due date, and are due immediately. Gulf Coast, as owner of the Invoices, hereby makes formal demand for payment of the Invoices, IN FULL, within five (5) days of the date of this letter. If payment in full is not received in that period, Gulf Coast intends to file suit to collect the Invoices. It is fully authorized to do so under the DIP financing documents approved by the court. It is unfortunate that Gulf Coast's efforts to amicably collect these amounts without resort to legal demand letters (such as this) and litigation (which is imminent) have been unavailing.

The customer is adamant in insisting that there are no defenses to collection based on a failure of performance. If Delphi has a contrary opinion, we would appreciate being informed of it in writing, with specific detail concerning the nature and extent of the alleged non-performance.

You may of course contact me personally to discuss this matter. Gulf Coast reserves all of its rights and remedies with respect to the matters discussed herein.

Sincerely,

Robert P. Thibeaux

Cc    Mr. Allen E. Frederic, Jr.
      Ms. Eileen Shaffer (By Fax)



SEP-13-2002(FRI)  11:20                                                          P. 002/002

EDI
ACH

# DELPHI
Driving Tomorrow's Technology

Delphi Corporation
EFT Payment Authorization

Please complete and return this Electronic Funds Transfer (EFT) Authorization Form. This form is necessary in order to make payments to your company for shipments or services provided to Delphi Automotive Systems, North American Operations. Please type or print clearly.

**Bank Verification:** In addition to filling out this form you must provide confirmation of your bank account and routing number with one of three options:
   1) Have your bank provide a sealed name, phone number, stamp and/or signature on appropriate lines below, or
   2) Your bank must use their own stationery to confirm bank routing information and your company's bank account number, or
   3) You must provide a copy of a voided check with your company's bank account and routing information.

For all currencies, the receiving bank must include the bank's SWIFT ID Number. Canadian banks must provide their routing/transit number; German and Spanish banks must provide their in-country bank ID number, and United Kingdom banks must provide the Appropriate Sort Code.

The undersigned ("Payer") authorizes Delphi Automotive Systems and any of its subsidiaries and affiliates (collectively, "Delphi Automotive Systems") to make payment for goods and services rendered by any purchase order or agreement, now or hereinafter in effect, through electronic fund transfer.

In connection with electronic fund transfers, the Payee agrees as follows:

1) Payee will use reasonable efforts to verify and ensure that the Depository Institution selected by Payee is able to receive electronic fund transfers from Delphi Automotive Systems' originating bank directly, or from a correspondent bank or through an automated clearing house or any other electronic payment network designated or approved by Delphi Automotive Systems from time to time.

2) Payee may, at least 30 days prior to the effective date of the next electronic fund payment by Delphi Automotive Systems, change any portion of the information provided in this document by submitting to Delphi Automotive Systems an amended payment authorization in a form acceptable to Delphi Automotive Systems. The Payee is responsible for any loss which may arise by reason of any error, mistake, or fraud regarding the information provided to Delphi Automotive Systems or the Payee's failure to follow the procedure set forth in this document.

3) The payment terms specified in the applicable purchase order or agreement, other than the MN2L payment term, are modified by adding three calendar days to the time period for payment. For example, for the "net 30 days" payment term, the electronic funds transfer will occur on the 33rd day. If the payment date is a non-banking day, the electronic funds transfer will occur the following day on which both Delphi Automotive Systems' originating bank and Payee's Depository Institution are available to transmit and receive electronic funds transfers.

4) Electronic fund transfers will be deemed to have been made when the Payee's Depository Institution receives or has control of the payment. Any loss of payment following the point at which the Payee's Depository Institution receives or has control of the payment will be borne by the payee.

5) In the event of duplicate payment, overpayment, fraudulent payment or payment made in error, Payee will promptly cause the return of funds to Delphi Automotive Systems at its designated originating bank.

6) In the event that payment has not been received by Payee, Payee shall notify Delphi Automotive Systems immediately in writing and Delphi Automotive Systems will have a reasonable period in which to make the payment, and until the expiration of that period, Payee agrees that it will not have or pursue any rights or remedies against Delphi Automotive Systems for any failure to make payment including, without limitation, actual, incidental, or consequential damages.

Company Name & Dun Number: **# HBB67560   Jackson Rapid Delivery Service, Inc.**

Contact Name: **Arlene McFatter**

Remit Address: **200 St. Charles Ave  4th Floor**
**New Orleans, LA 70130**

Telephone Number: **504-412-2029**

Fax Number: **504-412-2010**

E-mail Address: **arlenecfatter@gulf bank.com**

## Banking Information

Account Name: **Jackson Rapid Delivery Service, Inc**

Account Number: **1000010294**

Swift/Local Bank ID/Routing Number/UK Sort Code: **265070435**

Bank Contact Name & Phone Number: **Patty Boudreaux**

Bank Signature/Verification Stamp: **[signature]**

Account Currency: (List All Acceptable) **US**

Bank Name: **Gulf Coast Bank + Trust Co.**

Bank Address: **PO Box 61051**
**New Orleans, LA 70151-1051**

The Payee accepts the terms of this agreement executed on this **13th** day of **September**, 20 **02**.

**[signature]**
(Payee Authorized Signature)

**William L Watkins / President**
(Printed Name & Title)

The requested documents may be mailed or faxed to:
Attn: VNA Group/Disbursement Services Mail Code 852-811-307 PO Box 52530 Phoenix, AZ 85082-2530
Fax (602) 792-6513 (If faxed, do not mail original)

Received  08-13-2002  10:58am    From-                    To-GULF COAST BUSINESS    Page  002

Sep-16-2002 09:15am   From-Disbursements VNA-                    8027878512              T-427  P.001/001  F-276

## Gulf Coast Business Credit
### A Division of Gulf Coast Bank & Trust Company

September 12, 2002

SECOND REQUEST
9/16/02

*Via Facsimile #(602)797-6573*

Delphi c/o EDS
Troy, MI 48098
Attention: VNA

Re: *Notification of Change of Remittance*
DUNS # 46867356B

Dear Accounts Payable Supervisor:

Gulf Coast Business Credit ("GCBC"), a division of Gulf Coast Bank & Trust Company, has entered into an agreement with Jackson Rapid Delivery Service, Inc. ("Jackson Rapid") in order to provide working capital to help facilitate the company's growth which will enable them to better serve you. Under this financing arrangement, all present and future accounts have been assigned to GCBC. To the extent that you are now indebted or may in the future become indebted to Jackson Rapid, payment thereof is to be made to GCBC, for the account of Jackson Rapid. Effective immediately, payments should be made payable to and mailed in the following fashion:

**Gulf Coast Bank and Trust Company**
**For the account of Jackson Rapid Delivery Service, Inc.**
**P.O. Box 61051**
**New Orleans, LA 70151-1051**
**OR BY ACH/WIRE AS FOLLOWS:**
Gulf Coast Bank & Trust Company - ABA#265070435
Attn: Gulf Coast Business Credit
For the Account of Jackson Rapid Delivery Service, Inc.
Acct.#600010094

As assignee of such accounts, GCBC's consent is necessary in connection with any modification of the payment terms of your account. *This letter can only be revoked by written notification, signed by one of our officers.*

We look forward to assisting Jackson Rapid in connection with its working capital needs. Please do not hesitate to contact us at (504)412-2029 should you have questions or need additional information.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please confirm receipt of this notification by signing below, and faxing this letter to us at (504)412-2040. We appreciate your prompt attention to this matter.

Sincerely,

Patty D. Boudreaux
Assistant Vice President

SIGNED AND ACCEPTED BY:

*Lucinda Waggaman*
Signature

*accounting analyst*
Title

*Lucinda Waggaman*
Printed Name

*9-16-02*
Date

200 St. Charles Ave., 4th Floor • New Orleans, La 70130
Ph.# (504) 412-2029 • Fax# (504) 412-2040

Received  09-16-2002  11:08am      From-8027878512              To-GULF COAST BUSINESS    Page  001

| | |
|---|---|
| Account ID: | 452-452DELPHI |
| Statement As Of: | 4/4/2005 |
| Due Date: | 5/4/2005 |
| Total Amount Due: | 257,033.28 |

GULF COAST BUSINESS CREDIT

P.O. BOX 61051
NEW ORLEANS, LA 70151-1051

DELPHI CORPORATION
5725 DELPHI DRIVE
TROY, MI 48098

JACKSON RAPID DELIVERY SERVICE, INC.                   4/4/2005                              Account ID: 452-452DELPHI

| Invoice Date | P.O. # | Due Date | Invoice # | Sched # | Amount |
|---|---|---|---|---|---|
| 12/21/2004 | | 1/20/2005 | 121704-1 | 122106 | 1,712.00 |
| 12/28/2004 | | 1/27/2005 | 122404-1 | 122606 | 1,712.00 |
| 1/3/2005 | | 2/2/2005 | 142388 | 10309 | 4,700.00 |
| 1/3/2005 | | 2/2/2005 | 142387 | 10309 | 1,500.00 |
| 1/3/2005 | | 2/2/2005 | 142386 | 10309 | 3,325.00 |
| 1/4/2005 | | 2/3/2005 | 142435 | 10407 | 9,225.00 |
| 1/7/2005 | | 2/6/2005 | 142604 | 10717 | 1,000.00 |
| 1/7/2005 | | 2/6/2005 | 142606 | 10717 | 1,000.00 |
| 1/7/2005 | | 2/6/2005 | 142610 | 10717 | 2,125.00 |
| 1/7/2005 | | 2/6/2005 | 142613 | 10717 | 125.00 |
| 1/7/2005 | | 2/6/2005 | 142614 | 10717 | 500.00 |
| 1/7/2005 | | 2/6/2005 | 142616 | 10717 | 536.00 |
| 1/7/2005 | | 2/6/2005 | 142617 | 10717 | 670.00 |
| 1/7/2005 | | 2/6/2005 | 142618 | 10717 | 6,727.50 |
| 1/7/2005 | | 2/6/2005 | 142593 | 10715 | 1,468.50 |
| 1/7/2005 | | 2/6/2005 | 142596 | 10715 | 1,468.50 |
| 1/7/2005 | | 2/6/2005 | 142615 | 10717 | 2,125.00 |
| 1/11/2005 | | 2/10/2005 | 142783 | 11106 | 127.20 |
| 1/14/2006 | | 2/13/2005 | 143057 | 11420 | 500.00 |
| 1/14/2005 | | 2/13/2005 | 143055 | 11420 | 1,000.00 |

Account ID:       452-452DELPHI
Statement As Of:  4/4/2005
Due Date:         5/4/2005
Total Amount Due: 257,033.28

GULF COAST BUSINESS CREDIT
P.O. BOX 51051
NEW ORLEANS, LA  70151-1051

DELPHI CORPORATION
5725 DELPHI DRIVE
TROY, MI  48098

| JACKSON RAPID DELIVERY SERVICE, INC. | | 4/4/2005 | | Account ID: 452-452DELPHI | |
|---|---|---|---|---|---|
| Invoice Date | P.O. # | Due Date | Invoice # | Sched # | Amount |
| 1/14/2005 | | 2/13/2005 | 143056 | 11420 | 125.00 |
| 1/14/2005 | | 2/13/2005 | 143058 | 11420 | 2,125.00 |
| 1/14/2005 | | 2/13/2005 | 143049 | 11420 | 1,000.00 |
| 1/14/2005 | | 2/13/2005 | 143061 | 11420 | 535.00 |
| 1/14/2005 | | 2/13/2005 | 143063 | 11420 | 670.00 |
| 1/14/2005 | | 2/13/2005 | 143065 | 11420 | 6,727.50 |
| 1/14/2005 | | 2/13/2005 | 143307 | 11412 | 132.50 |
| 1/14/2005 | | 2/13/2005 | 143059 | 11420 | 2,125.00 |
| 1/18/2005 | | 2/17/2005 | 143225 | 11807 | 530.00 |
| 1/18/2005 | | 2/17/2005 | 143213 | 11807 | 127.20 |
| 1/18/2005 | | 2/17/2005 | 143212 | 11807 | 127.20 |
| 1/18/2005 | | 2/17/2005 | 143211 | 11807 | 127.20 |
| 1/21/2005 | | 2/20/2005 | 143448 | 12115 | 670.00 |
| 1/21/2005 | | 2/20/2005 | 143450 | 12115 | 1,139.00 |
| 1/21/2005 | | 2/20/2005 | 143451 | 12115 | 2,125.00 |
| 1/21/2005 | | 2/20/2005 | 143452 | 12115 | 500.00 |
| 1/21/2005 | | 2/20/2005 | 143449 | 12115 | 535.00 |
| 1/21/2005 | | 2/20/2005 | 143454 | 12115 | 1,000.00 |
| 1/21/2005 | | 2/20/2005 | 143455 | 12115 | 1,000.00 |
| 1/21/2005 | | 2/20/2005 | 143456 | 12115 | 6,727.50 |

Account ID:         452-452DELPHI
Statement As Of:    4/4/2005
Due Date:           5/4/2005
Total Amount Due:   257,033.28

GULF COAST BUSINESS CREDIT
P.O. BOX 61051
NEW ORLEANS, LA 70151-1051

DELPHI CORPORATION
5725 DELPHI DRIVE
TROY, MI 48098

| JACKSON RAPID DELIVERY SERVICE, INC. | | 4/4/2005 | | Account ID: 452-452DELPHI | |
|---|---|---|---|---|---|
| Invoice Date | P.O. # | Due Date | Invoice # | Sched # | Amount |
| 1/21/2005 | | 2/20/2005 | 143453 | 12115 | 125.00 |
| 1/25/2005 | | 2/24/2005 | 143683 | 12511 | 1,350.00 |
| 1/28/2005 | | 2/27/2005 | 143930 | 12818 | 817.50 |
| 1/28/2005 | | 2/27/2005 | 143943 | 12821 | 527.50 |
| 1/28/2005 | | 2/27/2005 | 143949 | 12821 | 1,000.00 |
| 1/28/2005 | | 2/27/2005 | 143950 | 12821 | 1,000.00 |
| 1/28/2005 | | 2/27/2005 | 143951 | 12821 | 125.00 |
| 1/28/2005 | | 2/27/2005 | 143952 | 12821 | 500.00 |
| 1/28/2005 | | 2/27/2005 | 143953 | 12821 | 2,125.00 |
| 1/25/2005 | | 2/27/2005 | 143954 | 12821 | 2,125.00 |
| 1/28/2005 | | 2/27/2005 | 143955 | 12821 | 536.00 |
| 1/28/2005 | | 2/27/2005 | 143956 | 12821 | 670.00 |
| 1/28/2005 | | 2/27/2005 | 143938 | 12818 | 1,462.00 |
| 1/28/2005 | | 2/27/2005 | 143939 | 12818 | 1,462.00 |
| 1/28/2005 | | 2/27/2005 | 143929 | 12816 | 11,725.00 |
| 1/28/2005 | | 2/27/2005 | 143931 | 12818 | 1,591.40 |
| 1/28/2005 | | 2/27/2005 | 143940 | 12818 | 1,462.00 |
| 1/28/2005 | | 2/27/2005 | 10705 | 12813 | 1,712.00 |
| 1/28/2005 | | 2/27/2005 | 11405 | 12813 | 1,712.00 |
| 1/28/2005 | | 2/27/2005 | 12105 | 12813 | 1,712.00 |

Account ID:    452-452DELPHI
Statement As Of:  4/4/2005
Due Date:    5/4/2005
Total Amount Due: 257,033.28

GULF COAST BUSINESS CREDIT
P.O. BOX 61051
NEW ORLEANS, LA 70151-1051

DELPHI CORPORATION
5725 DELPHI DRIVE
TROY, MI 48098

| JACKSON RAPID DELIVERY SERVICE, INC. | | 4/4/2005 | | Account ID: 452-452DELPHI | |
|---|---|---|---|---|---|
| Invoice Date | P.O. # | Due Date | Invoice # | Sched # | Amount |
| 1/28/2005 | | 2/27/2005 | 143832 | 12816 | 545.00 |
| 1/28/2005 | | 2/27/2005 | 123104-1 | 12813 | 1,712.00 |
| 1/28/2005 | | 2/27/2005 | 143891 | 12812 | 6,727.50 |
| 1/28/2005 | | 2/27/2005 | 143892 | 12812 | 1,000.00 |
| 1/28/2005 | | 2/27/2005 | 143893 | 12812 | 1,000.00 |
| 1/28/2005 | | 2/27/2005 | 143894 | 12812 | 125.00 |
| 1/28/2005 | | 2/27/2005 | 143895 | 12812 | 500.00 |
| 1/28/2005 | | 2/27/2005 | 143896 | 12812 | 2,125.00 |
| 1/28/2005 | | 2/27/2005 | 143897 | 12812 | 2,125.00 |
| 1/28/2005 | | 2/27/2005 | 143898 | 12812 | 536.00 |
| 1/28/2005 | | 2/27/2005 | 143899 | 12812 | 142.50 |
| 1/28/2005 | | 2/27/2005 | 143899-1 | 12812 | 527.50 |
| 2/1/2005 | | 3/3/2005 | 144122 | 20109 | 1,712.00 |
| 2/3/2005 | | 3/5/2005 | 144235 | 20312 | 570.00 |
| 2/3/2005 | | 3/5/2005 | 144236 | 20312 | 536.00 |
| 2/3/2005 | | 3/5/2005 | 144237 | 20312 | 2,125.00 |
| 2/3/2005 | | 3/5/2005 | 144238 | 20312 | 2,125.00 |
| 2/3/2005 | | 3/5/2005 | 144239 | 20312 | 500.00 |
| 2/3/2005 | | 3/5/2005 | 144175 | 20311 | 131.88 |
| 2/3/2005 | | 3/5/2005 | 144241 | 20312 | 1,000.00 |

Account ID:        452-452DELPHI
Statement As Of:   4/4/2005
Due Date:          5/4/2005
Total Amount Due:  257,033.28

GULF COAST BUSINESS CREDIT
P.O. BOX 61051
NEW ORLEANS, LA  70151-1051

DELPHI CORPORATION
5725 DELPHI DRIVE
TROY, MI  48098

| JACKSON RAPID DELIVERY SERVICE, INC. | | 4/4/2005 | | Account ID: 452-452DELPHI | |
|---|---|---|---|---|---|
| Invoice Date | P.O. # | Due Date | Invoice # | Sched # | Amount |
| 2/3/2005 | | 3/5/2005 | 144243 | 20312 | 1,000.00 |
| 2/3/2005 | | 3/5/2005 | 144244 | 20312 | 6,727.50 |
| 2/3/2005 | | 3/5/2005 | 144240 | 20312 | 125.00 |
| 2/4/2005 | | 3/6/2005 | 144312 | 20416 | 1,343.75 |
| 2/4/2005 | | 3/6/2005 | 144307 | 20416 | 1,462.00 |
| 2/4/2005 | | 3/6/2005 | 144308 | 20416 | 1,462.00 |
| 2/4/2005 | | 3/6/2005 | 144309 | 20416 | 1,462.00 |
| 2/4/2005 | | 3/6/2005 | 144310 | 20416 | 1,462.00 |
| 2/4/2005 | | 3/6/2005 | 144311 | 20416 | 1,343.75 |
| 2/4/2005 | | 3/6/2005 | 144306 | 20416 | 1,462.00 |
| 2/4/2005 | | 3/6/2005 | 144313 | 20416 | 1,343.75 |
| 2/4/2005 | | 3/6/2005 | 144317 | 20416 | 1,343.75 |
| 2/4/2005 | | 3/6/2005 | 144315 | 20416 | 1,343.75 |
| 2/4/2005 | | 3/6/2005 | 144316 | 20416 | 1,343.75 |
| 2/4/2005 | | 3/6/2005 | 144318 | 20416 | 1,343.75 |
| 2/4/2005 | | 3/6/2005 | 144319 | 20416 | 1,343.75 |
| 2/4/2005 | | 3/6/2005 | 144320 | 20416 | 1,343.75 |
| 2/4/2005 | | 3/6/2005 | 144321 | 20416 | 1,343.75 |
| 2/4/2005 | | 3/6/2005 | 144322 | 20416 | 1,343.75 |
| 2/4/2005 | | 3/6/2005 | 144314 | 20416 | 1,343.75 |

Account ID:          452-452DELPHI
Statement As Of:     4/4/2005
Due Date:            5/4/2005
Total Amount Due:    257,033.28

GULF COAST BUSINESS CREDIT
P.O. BOX 61051
NEW ORLEANS, LA 70151-1051

DELPHI CORPORATION
5725 DELPHI DRIVE
TROY, MI 48098

| JACKSON RAPID DELIVERY SERVICE, INC. | | | 4/4/2005 | | Account ID: 452-452DELPHI |
|---|---|---|---|---|---|
| Invoice Date | P.O. # | Due Date | Invoice # | Sched # | Amount |
| 2/7/2005 | | 3/9/2005 | 144461 | 20717 | 126.80 |
| 2/11/2005 | | 3/13/2005 | 144799 | 21116 | 1,452.00 |
| 2/11/2005 | | 3/13/2005 | 144792 | 21115 | 2,180.00 |
| 2/11/2005 | | 3/13/2005 | 144779 | 21113 | 6,727.50 |
| 2/11/2005 | | 3/13/2005 | 144780 | 21113 | 1,000.00 |
| 2/11/2005 | | 3/13/2005 | 144781 | 21113 | 1,000.00 |
| 2/11/2005 | | 3/13/2005 | 144782 | 21113 | 125.00 |
| 2/11/2005 | | 3/13/2005 | 144784 | 21113 | 2,125.00 |
| 2/11/2005 | | 3/13/2005 | 144785 | 21113 | 2,125.00 |
| 2/11/2005 | | 3/13/2005 | 144786 | 21113 | 538.00 |
| 2/11/2005 | | 3/13/2005 | 144787 | 21113 | 670.00 |
| 2/11/2005 | | 3/13/2005 | 144783 | 21113 | 500.00 |
| 2/12/2005 | | 3/14/2005 | 144814 | 21419 | 527.50 |
| 2/12/2005 | | 3/14/2005 | 144854 | 21418 | 1,569.50 |
| 2/14/2005 | | 3/16/2005 | 144918 | 21412 | 1,569.50 |
| 2/28/2005 | | 3/30/2005 | 798286 | 22816 | 22,680.00 |
| 3/3/2005 | | 4/2/2005 | 21805 | 30314 | 1,805.00 |
| 3/3/2005 | | 4/2/2005 | 21105 | 30314 | 1,805.00 |
| 3/3/2005 | | 4/2/2005 | 20405 | 30314 | 1,805.00 |
| 3/4/2005 | | 4/3/2005 | 145759 | 30416 | 18,750.00 |

Account ID:      452-452DELPHI
Statement As Of:    4/4/2005
Due Date:        5/4/2005
Total Amount Due:  257,033.28

GULF COAST BUSINESS CREDIT
P.O. BOX 61051
NEW ORLEANS, LA 70151-1051

DELPHI CORPORATION
5725 DELPHI DRIVE
TROY, MI 48098

| JACKSON RAPID DELIVERY SERVICE, INC. | | 4/4/2005 | | Account ID: 452-452DELPHI | |
|---|---|---|---|---|---|
| Invoice Date | P.O. # | Due Date | Invoice # | Sched # | Amount |
| 3/4/2005 | | 4/3/2005 | 145788 | 30416 | 28,075.00 |
| | | | Total Amount Due ==> | | 257,033.28 |

| 1 - 30 Days | 31 - 45 Days | 46 - 60 Days | 61 - 75 Days | 76 - 90 Days | 91 - 120 Days |
|---|---|---|---|---|---|
| 0.00 | 74,320.00 | 22,223.60 | 104,589.78 | 33,725.90 | 22,174.00 |

Law Offices of

# Sher Garner Cahill Richter
# Klein McAlister & Hilbert, L.L.C.

Twenty-Eighth Floor
909 Poydras Street
New Orleans, LA 70112-1033
http://www.shergarner.com

Telephone: (504) 299-2100
Facsimile: (504) 299-2300

DIRECT DIAL - (504) 299-2110

## MEMORANDUM OF TRANSMITTAL

**TO:**                    DELPHI CORPORATION
                           ATTN: LEGAL DEPARTMENT
                           TROY, MI

**FAX NUMBER:**            (602) 797-6513

**CC:**                    DANA McCONAHY
**FAX NUMBER:**            (915) 612-3971

**FROM:**                  ROBERT P. THIBEAUX, ESQ.

**DATE:**                  APRIL 6, 2005

**RE:**                    JACKSON RAPID DELIVERY SERVICE, INC.

**MESSAGES, NOTES, COMMENTS:**

   Please see attached letter with attachments.

**NO. OF PAGES: 12**

IF YOU EXPERIENCE DIFFICULTIES IN TRANSMISSION, OR DO NOT RECEIVE
ALL PAGES INDICATED, PLEASE CONTACT LUCY MEYER AT (504) 299-2206

Confidentiality Statement

"The information contained in this facsimile message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone and return the original message to us at the above address via the United States Postal Service."

```
                    * * *  OMM   CATION RESULT REPORT  ( APR. 6.2006     PM )  *  *  *
                                                                         TTI   SHER GARNER
```

| FILE MODE | OPTION | ADDRESS (GROUP) | RESULT | PAGE |
|---|---|---|---|---|
| 176  MEMORY TX | | 0058*99999*9999*145*16027976513 * | OK | P. 12/12 |

```
REASON FOR ERROR
E-1) HANG UP OR LINE FAIL          E-2) BUSY
E-3) NO ANSWER                     E-4) NO FACSIMILE CONNECTION
```

Law Offices of

## Sher Garner Cahill Richter
## Klein McAlister & Hilbert, L.L.C.

Twenty-Eighth Floor
909 Poydras Street
New Orleans, LA 70112-1033
http://www.shergarner.com

Telephone: (504) 299-2100
Facsimile: (504) 299-2300

DIRECT DIAL - (504) 299-2110

MEMORANDUM OF TRANSMITTAL

TO:                 DELPHI CORPORATION
                    ATTN: LEGAL DEPARTMENT
                    TROY, MI

FAX NUMBER:         (602) 797-6513

CC:                 DANA McCONAHY
FAX NUMBER:         (915) 612-3971

* * * COMMUNICATION RESULT REPORT ( APR. 6.2005  5:34PM ) * * *

                                                    TTI   SHER GARNER

| FILE | MODE | OPTION | ADDRESS (GROUP) | RESULT | PAGE |
|------|------|--------|-----------------|--------|------|
| 735 | MEMORY TX | | 0050#99999#9999#145#19156123971 | OK | P. 12/12 |

REASON FOR ERROR
  E-1) HANG UP OR LINE FAIL          E-2) BUSY
  E-3) NO ANSWER                     E-4) NO FACSIMILE CONNECTION

Law Offices of

# Sher Garner Cahill Richter
# Klein McAlister & Hilbert, L.L.C.

Twenty-Eighth Floor
909 Poydras Street
New Orleans, LA 70112-1033
http://www.shergarner.com

Telephone: (504) 299-2100
Facsimile: (504) 299-2300

DIRECT DIAL - (504) 299-2110

## MEMORANDUM OF TRANSMITTAL

TO:                DELPHI CORPORATION
                   ATTN: LEGAL DEPARTMENT
                   TROY, MI

FAX NUMBER:        (602) 797-6513

cc:
FAX NUMBER:        DANA McCONAHY
                   (915) 612-3971

Law Offices of

# Sher Garner Cahill Richter
# Klein McAlister & Hilbert, L.L.C.

Twenty-Eighth Floor
909 Poydras Street
New Orleans, LA 70112-1033
http://www.shergarner.com

Telephone: (504) 299-2100
Facsimile: (504) 299-2300

DIRECT DIAL - (504) 299-2110

## MEMORANDUM OF TRANSMITTAL

| | |
|---|---|
| **TO:** | DELPHI CORPORATION<br>ATTN: LEGAL DEPARTMENT<br>TROY, MI |
| **FAX NUMBER:** | (602) 797-6513 |
| **cc:**<br>**FAX NUMBER:** | DANA McCONAHY<br>(915) 612-3971 |
| **FROM:** | ROBERT P. THIBEAUX, ESQ. |
| **DATE:** | APRIL 6, 2005 |
| **RE:** | JACKSON RAPID DELIVERY SERVICE, INC. |

MESSAGES, NOTES, COMMENTS:

Please see attached letter with attachments.

NO. OF PAGES: 12

IF YOU EXPERIENCE DIFFICULTIES IN TRANSMISSION, OR DO NOT RECEIVE
ALL PAGES INDICATED, PLEASE CONTACT LUCY MEYER AT (504) 299-2206

Confidentiality Statement

"The information contained in this facsimile message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone and return the original message to us at the above address via the United States Postal Service."

03/07/05   16:05  FAX    94' 002

# EILEEN N. SHAFFER

Attorney at Law
401 E. CAPITOL ST. - SUITE 316
JACKSON, MISSISSIPPI 39201

(601) 969-3006

MAILING ADDRESS
P. O. BOX 1177
JACKSON, MISSISSIPPI 39215-1177

FACSIMILE (601) 949-4002
e-mail: enslaw@bellsouth.net

DATE: 3/7/05

TO: Chad mann

FAX NO. (504) 299-2329

FROM: Eileen Shaffer

NUMBER OF PAGES BEING TRANSMITTED (INCLUDING THIS PAGE): 5

RE: Jackson Rapid Delivery Service, Inc

COMMENTS:

## CONFIDENTIALITY NOTICE

This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that any disclosure, distribution, or copying of this information is strictly prohibited. If you have received this transmission in error, please notify us by telephone, and return the original documents to us at the above address via the United States Postal Service.

IF PROBLEMS ARISE, PLEASE CONTACT: Terry

* * * COM  ICATION RESULT REPORT ( APR. 7.2.  .  AM ) * * *

| | | | TTI   SHER GARNER | |
|---|---|---|---|---|
| FILE MODE | OPTION | ADDRESS (GROUP) | RESULT | PAGE |
| 180   MEMORY TX | | 0060#99999#9999#145#16019494002 # | OK | P. 12/12 |

REASON FOR ERROR
E-1) HANG UP OR LINE FAIL          E-2) BUSY
E-3) NO ANSWER                     E-4) NO FACSIMILE CONNECTION

Law Offices of

# Sher Garner Cahill Richter
# Klein McAlister & Hilbert, L.L.C.

Twenty-Eighth Floor
909 Poydras Street
New Orleans, LA 70112-1053
http://www.shergarner.com

Telephone: (504) 299-2100
Facsimile: (504) 299-2300

DIRECT DIAL - (504) 299-2110

## MEMORANDUM OF TRANSMITTAL

TO:              EILEEN N. SHAFFER, ESQ.

FAX NUMBER:      (601) 949-4002

FROM:            ROBERT P. THIBEAUX, ESQ.

DATE:            APRIL 6, 2005

RE:              JACKSON RAPID DELIVERY SERVICE, INC.

Law Offices of
## Sher Garner Cahill Richter
## Klein McAlister & Hilbert, L.L.C.

Twenty-Eighth Floor
909 Poydras Street
New Orleans, LA 70112-1033
http://www.shergarner.com

Telephone: (504) 299-2100
Facsimile: (504) 299-2300

DIRECT DIAL - (504) 299-2110

## MEMORANDUM OF TRANSMITTAL

**TO:**  EILEEN N. SHAFFER, ESQ.

**FAX NUMBER:**  (601) 949-4002

**FROM:**  ROBERT P. THIBEAUX, ESQ.

**DATE:**  APRIL 6, 2005

**RE:**  JACKSON RAPID DELIVERY SERVICE, INC.

MESSAGES, NOTES, COMMENTS:

Please see attached letter with attachments.

NO. OF PAGES: 12
(Including Cover)

IF YOU EXPERIENCE DIFFICULTIES IN TRANSMISSION, OR DO NOT RECEIVE
ALL PAGES INDICATED, PLEASE CONTACT LUCY MEYER AT (504) 299-2206

Confidentiality Statement

"The information contained in this facsimile message is attorney privileged and confidential information intended only for the use of the individual
or entity named above.  If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended
recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.  If you
have received this transmission in error, please immediately notify us by telephone and return the original message to us at the above address via the
United States Postal Service."

Jackson Rapid - Delphi

*con -*
*GC - Jackson Rapid*

---

## Thibeaux, Robert

**From:** Patty Boudreaux [pattyb@gulfbank.com]
**Sent:** Wednesday, April 06, 2005 9:34 AM
**To:** Thibeaux, Robert
**Cc:** Wade Hladky
**Subject:** Jackson Rapid - Delphi

Bob - Per our conversation, this is the info. I have on the above referenced:

**Delphi - Dana M. McConahy**
Phone - 915-612-3877
Fax - 915-612-3971
Cell - 915-227-3638
She is my contact at Delphi - very hard to reach by phone. It's my understanding that she keys the invoices in and send for approval (see e-mail). She mentions Colton and Don Waldron in the e-mail - Deborah says these are the "head honchos" for the Clinton Operations of Delphi.

**Data2Logistics - Trevor Smith, Site Manager**
Phone - 781-506-1001 (Ext.#210)
Fax - 781-986-8482
Cell - 239-872-5026
This is a Payment Processing Company for Delphi. He agreed to provide me with payment information. I was told yesterday by Susan in the payment processing department that the next payment date for Jackson was May 25, 2005, but she could not give me any additional info. I explained to Mr. Smith that I needed to verify ALL outstanding invoices and obtain an expected payment date on ALL.

**Potential Problem** - The signed notification letter that I've attached was faxed to Delphi - C/O EDS - this must have been a previous payment processing company for Delphi. I called Delphi's main number 248-813-2000 and the person that signed our letter - Lucinda Wagenman - Accounting Analyst - is not an employee of Delphi???

Please see attachment in PDF format - call if you need anything else.
<<e-mail.pdf>> <<Jackson - Delphi.PDF>> <<Notif Letter.PDF>>

The electronic mail and the materials enclosed with this transmission are the private property of the Gulf Coast Bank and Trust Co. and the materials are privileged communication intended solely for the intended recipient indicated. If you are not the intended recipient, you are hereby notified that review, disclosure, copying, distribution, or the taking of any action in reliance to the contents of this transmission is strictly prohibited and may result in legal liability on your part. If you have received this transmission in error, please notify Gulf Coast Bank and Trust Co. immediately at inforequests@gulfbank.com or 504-581-4561 and arrange for the destruction or return of this transmission to us.

4/6/2005

Jackson - Delphi

---

**Thibeaux, Robert**

| | |
|---|---|
| **From:** | Patty Boudreaux [pattyb@gulfbank.com] |
| **Sent:** | Wednesday, April 06, 2005 10:50 AM |
| **To:** | Thibeaux, Robert |
| **Cc:** | Wade Hladky |
| **Subject:** | Jackson - Delphi |

Bob,

Attached is an EFT authorization that we completed in 2002 to begin receiving ACH payments from Delphi. At the lower left-hand corner the instructions are to fax the form to Delphi using the SAME fax number we used for the notification letter.

I believe the EDS stand for Electronic Data Services.

Besides, we currently receive ACH payments hence they were notified.

<<EFT Authorization.PDF>>

The electronic mail and the materials enclosed with this transmission are the private property of the Gulf Coast Bank and Trust Co. and the materials are privileged communication intended solely for the intended recipient indicated. If you are not the intended recipient, you are hereby notified that review, disclosure, copying, distribution, or the taking of any action in reliance to the contents of this transmission is strictly prohibited and may result in legal liability on your part. If you have received this transmission in error, please notify Gulf Coast Bank and Trust Co. immediately at inforequests@gulfbank.com or 504-581-4561 and arrange for the destruction or return of this transmission to us.

4/6/2005

Deborah

**From:** "Bill Watkins" <billwatkins@air2tan.net>
**To:** <deborah@jrds.com>
**Sent:** Thursday, March 03, 2005 11:05 AM
**Attach:** JRDS Trls over 5 days 2004-ytd 2005.xls
**Subject:** Fw:

—— Original Message ——

To: "Bill Watkins (E-mail)" <billwatkins@jrds.com>; "Bill Watkins (E-mail
2)" <billwatkins@jrds.com>
Sent: Thursday, March 03, 2005 6:13 AM

Bill,
In regards to your trailer invoices:
We have processed them and ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
⬛⬛⬛⬛⬛⬛⬛⬛ We have reviewed the information and passed along to
Colton and Don Waldron for approval to process. The one master invoice of
119294 and 121451, and 125621 are the only ones we had seen submitted
previously.
In addition, we will not authorize payment on the El Paso invoice for 03
demurrage for $43,265.00. There is not sufficient backup for this. We did
however have our weekly trailer reports pulled for 2004 for the El Paso
operations looking for all JRDS trailers held over 5 days- see the below
file. ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
⬛⬛⬛⬛⬛⬛⬛⬛
We are pushing to get resolution to the MS trailers quickly so that we can
close this issue.
Please let me know if you have any questions in regards to this.
Thanks, Dana
<<JRDS Trls over 5 days 2004-ytd 2005.xls>>

*handwritten annotations in right margin:*
142386
145789 - 18,750.
793286 - 22,080.
(wc025-4(lw 453) 3/c
145788-
142435-
142388
142387
145788
Iher# ⬛
All others?

*********************************************************************
************

Note: The information contained in this message may be privileged and
confidential and thus protected from disclosure. If the reader of this
message is not the intended recipient, or an employee or agent responsible
for delivering this message to the intended recipient, you are hereby
notified that any dissemination, distribution or copying of this
communication is strictly prohibited. If you have received this
communication in error, please notify us immediately by replying to the
message and deleting it from your computer. Thank you.

*********************************************************************
************

*JMG*
RPT
TJM
Sherguy R.
*G* - Lisa
mayer

James M. Garner
Sher Garner Cahill Richter Klein McAlister & Hilbert, LLC
909 Poydras St., 28th Floor
New Orleans, LA 70112-1033