

managing risk, enabling trade

October 17, 2006

United States Bankruptcy Court
For the Southern District of New York
One Bowling Green
New York, NY 10004

Re: Delphi Corporation
Bankruptcy Case No. 05-44481

Dear Sir or Madam Clerk:

    I enclose an original and one copy of a Notice of Transfer of Claim for filing in the above-captioned matter. Upon filing of the original, please return a date-stamped copy to the undersigned via the self-addressed, stamped envelope.

If you have any questions, please do not hesitate to contact me at (410)-246-5548. Thank you.

Kind Regards,

Dana Santilli
Recovery Officer

(410)-246-5548
(410)-246-5545 fax
dana.santilli@atradius.com

Atradius Trade Credit
Insurance, Inc.
5026 Campbell Blvd.
Suite C
Baltimore, MD 21236

Phone
+1 410-931-9441
Fax
+1 410-246-5530
www.atradius.us

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Delphi Corporation | Case No. 05-44481<br><br>Chapter 11 |

### NOTICE OF TRANSFER OF CLAIM

Pursuant to Federal Rule of Bankruptcy 3001(e)(2), notice is hereby given that the proof of claim filed by RCMA Americas, Inc. on 11/14/05 in the sum of $286,377.08 has been unconditionally transferred to Atradius Trade Credit Insurance 10/12/06, for consideration received. The transferor requests that any dividend checks be made payable to Atradius Trade Credit Insurance, 5026 Campbell Boulevard, Suite C, Baltimore, MD 21236, attn. Dana Santilli.

Respectfully submitted

*[signature]*
Dana Santilli
Atradius Trade Credit Insurance
5026 Campbell Boulevard, Suite C
Baltimore, MD 21236

Claim No. 8726288

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re:

Delphi Corporation

Case No. 05-44481

Chapter 11

### NOTICE OF TRANSFER OF CLAIM

Pursuant to Federal Rule of Bankruptcy 3001(e)(2), notice is hereby given that the proof of claim filed by RCMA Americas, Inc. on 11/14/05 in the sum of $286,377.08 has been unconditionally transferred to Atradius Trade Credit Insurance 10/12/06, for consideration received. The transferor requests that any dividend checks be made payable to Atradius Trade Credit Insurance, 5026 Campbell Boulevard, Suite C, Baltimore, MD 21236, attn. Dana Santilli.

Respectfully submitted

Dana Santilli
Atradius Trade Credit Insurance
5026 Campbell Boulevard, Suite C
Baltimore, MD 21236

Claim No. 8726288



# Assignment

Petrene Pearce
RCMA AMERICAS INC
115 COLLEGE PLACE
NORFOLK, VA 23510-9998
UNITED STATES OF AMERICA

If you have any questions,
please contact Donna Messick.

Our Reference: 8726288
Telephone: +1 410 246 5494
Fax: +1 410 246 5530
Date: 11 October 2006

In consideration of the payment of $200,000.00, RCMA AMERICAS INC (hereafter "Insured") does hereby assign, transfer and set over to

Atradius Trade Credit Insurance Inc.
Attention: Claims Department
5026 Campbell Boulevard, Suite A-D
Baltimore, Maryland 21236

(hereafter "Company") all of its rights, title and interest in the claim against the Debtor identified below, together with all securities and guarantees related thereto, in the amount shown:

Debtor: DELPHI AUTOMOTIVE SYSTEMS GLOBAL (HOLDING), INC
Amount: $286,377.08

Claim No: 8726288
Policy No: 644618

Any portion of the claim assigned to Company that may not have been covered by the Policy specified above must be handled by the Company for the joint benefit of the Insured and Company as their interest appear. Insured agrees to transmit to Company any amounts hereafter received from Debtor or its representative.

Insured warrants the legal validity of the indebtedness for the amount of such claim and that there is no known defense, set-off or counterclaim against it. It is agreed that the Company is not liable for any legal or collection expenses incurred by the Insured prior to the date of this Assignment.

By: *Petrene Pearce*
Title: SENIOR VP FINANCE & ADMIN
Date: 10/12/06

Subscribed and Sworn to before me this 12th day of Oct. ,20 06.
Notary Public *Wendy Aulebo*
My commission Expires 12/31/2010

Atradius Trade Credit Insurance, Inc
Atradius Trade Credit Insurance Company, New Jersey
5026 Campbell Boulevard, Suite C
Baltimore, Maryland 21236
USA

CERTIFICATE OF SERVICE

      I HEREBY certify that on this 17th day of August a copy of the foregoing Notice of Transfer of Claim was mailed first-class, postage pre-paid to:

Bankruptcy Clerk's Office:

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attorney for Debtor:

John Wm. Butler, Jr.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606