# EXHIBIT 1

05-44481-rdd Doc 5698-1 Filed 11/22/06 Entered 11/22/06 12:26:00 Exhibit 1
Pg 1 of 4

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK (MANHATTAN) | PROOF OF CLAIM |
|---|---|
| NAME OF DEBTOR: DELPHI AUTOMOTIVE SYSTEMS, LLC   Case Number: 05-44640 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>CITY OF WYOMING, MICHIGAN<br>1155 – 28TH Street, S.W.<br>Wyoming, Michigan 49509 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
|---|---|
| Name and address where notices should be sent:<br>Sandra S. Hamilton (P41980)<br>NANTZ, LITOWICH, SMITH, GIRARD & HAMILTON, P.C.<br>2025 East Beltline, S.E., Ste. 600<br>Grand Rapids, Michigan 49546<br>Telephone number: (616) 977-0077 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. |
| Last four digits of account or other number by which creditor identifies Debtor:<br>**2381 | Check here if this  ☐ replaces<br>claim                     ☐ amends           a previously filed claim, dated: _____ |

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☒ Other   Utilities (Water/Sewer)
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #: _____
  Unpaid compensation for services performed
  From _____ to _____
       (date)                          (date)

**2. Date debt was incurred:**
7/11/05 – 10/11/05

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

Unsecured Nonpriority Claim   $_____

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) if none or only part of your claim is entitled to priority.

Unsecured Priority Claim

☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $_____

Secured Claim.
☒ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☒ Real Estate**    ☐ Motor Vehicle
☐ Other _____

Value of Collateral:   $ Unknown at this time

Amount of arrearage and other charges at time case filed included in secured claim, if any:   $ 80,786.39 (Bill is Past Due)
**Per Section 86-43 of the WYOMING CITY CODE and MCL 123.162 (State law): "... Charges for services provided by the water supply system shall constitute a lien on property served ..."

Specify the priority of the claim:
- ☐ Domestic support obligation under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B)
- ☐ Wages, Salaries, or commissions (up to $4,300),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(6).
- ☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
- ☐ Other Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

| 5. Total Amount of Claim at Time Case Filed: | $ _____ | $ 80,786.39 | $ _____ | $ 80,786.39* |
|---|---|---|---|---|
| | (unsecured) | (secured) | (priority) | (Total) |

*Plus applicable interest in accordance with State law*

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date - Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

EXHIBIT 1

| Date<br>July 26, 2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>Authorized Attorney for City of Wyoming<br>Sandra S. Hamilton (P41980) |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571



**CITY OF WYOMING**
"City of Vision & Progress"
P.O. Box 630422
Cincinnati, OH 45263-0422
(616) 530-7389

## WATER AND SEWER BILL

| ACCOUNT #: | 22381 | SERVICE ADDRESS: | 2100 BURLINGAME AVE SW |
| --- | --- | --- | --- |
| | | | WYOMING MI 49509-1753 |

0205 000000000022381 8078639 8886503 0000000038 5

DELPHI AUTOMOTIVE SYSTEMS   (21346)
PO BOX 319022
CHICAGO IL 60631

| | | |
| --- | --- | --- |
| AMOUNT DUE BY: 12/22/05 | | 80,786.39 |
| Payment rec'd 12/22/05 | | (3,512.45) |
| AMOUNT DUE AFTER: 12/22/05 | | 77,273.94 |

*Please detach and return TOP section with payment*

| Customer #: | 21346 | | | |
| --- | --- | --- | --- | --- |
| ACCOUNT NUMBER: | 22381 | SERVICE ADDRESS: | 2100 BURLINGAME AVE SW | |
| | | | WYOMING MI 49509-1753 | |
| BILLING DATE: | 11/22/05 | BILLED FROM: 07/11/05  TO: 10/11/05 | | BILLING DAYS: 92 |

| READINGS | | CONSUMPTION | | | |
| --- | --- | --- | --- | --- | --- |
| Previous | Current | Current | 1 Year Ago | Service Description | Current Amount |
| | | | | PREVIOUS BALANCE DUE | 53,042.70 |
| | | | | PAYMENT APPLIED | -53,042.70 |
| Meter #: 6534 | | Water Meter | | IND 6" WATER ONLY | |
| 42590.00 | 562600.00 | 20010.00 | 51465.00 | WATER COMMODITY CHARGE | 18,009.00 |
| | Estimate | | | 6" WATER READY TO SERVE | 882.00 |
| Meter #: 12240 | | Water Meter | | IND 6" METERED SEWER ONLY | |
| 19494.50 | 519494.50 | 0.00 | 66852.50 | 6" SEWER READY TO SERVE | 406.80 |
| | CUSTOMER | | | | |
| Meter #: 11924 | | Water Meter | | IND 6" METERED SEWER ONLY | |
| 07987.30 | 107987.30 | 0.00 | 66852.50 | 6" SEWER READY TO SERVE | 419.94 |
| | CUSTOMER | | | | |
| Meter #: 8749 | | Water Meter | | IND 6" METERED SEWER ONLY | |
| 31875.40 | 60240.60 | 28365.20 | 66852.50 | COMMERC/INDUST SEWER COMM | 37,442.06 |
| | CUSTOMER | | | 6" SEWER READY TO SERVE | 419.94 |
| Meter #: 4966 | | Water Meter | | IND 6" METERED SEWER ONLY | |
| 75900.00 | 77898.00 | 1998.00 | 66852.50 | SEWER COMMODITY CHARGE | 2,637.36 |

PAST DUE AMOUNT IS SUBJECT TO SHUTOFF                   Continued on nex

BILLING & SERVICE INFORMATION CAN BE FOUND ON OPPOSITE SIDE

PLEASE KEEP THIS PORTION
FOR YOUR RECORDS

**CITY OF WYOMING**
P.O. BOX 630422
CINCINNATI, OH 45263-0422
(616) 530-7389

| TOTAL DUE: | 80,786.39 |
| --- | --- |
| DATE DUE: | 12/22/05 |



**CITY OF WYOMING**  
"City of Vision Progress"  
P.O. Box 630422  
Cincinnati, OH 45263-0422  
(616) 630-7389

**WATER AND SEWER BILL**

ACCOUNT #: 22381    SERVICE ADDRESS:  2100 BURLINGAME AVE SW
WYOMING MI 49509-1753

D205 0000000000022381 8078639 8886503 000000038 5

DELPHI AUTOMOTIVE SYSTEMS    (21346)
PO BOX 319022
CHICAGO IL 60631

AMOUNT DUE BY: 12/22/05          80,786.39
Payment rec'd 12/22/05          (3,512.45)
AMOUNT DUE AFTER: 12/22/05       77,273.94

*Please detach and return TOP section with payment*

Customer #: 21346
ACCOUNT NUMBER: 22381    SERVICE ADDRESS: 2100 BURLINGAME AVE SW
WYOMING MI 49509-1753

BILLING DATE: 11/22/05    BILLED FROM: 07/11/05 TO: 10/11/05    BILLING DAYS: 92

| READINGS | | CONSUMPTION | | Service Description | Current Amount |
|---|---|---|---|---|---|
| Previous | Current | Current | 1 Year Ago | | |
| CUSTOMER | | | | | |
| Meter #: 2749 | | Water Meter | | IND 6" METERED SEWER ONLY | |
| 79000.00 | 479000.00 | 0.00 | 66852.50 | 6" SEWER READY TO SERVE | 406.80 |
| CUSTOMER | | | | | |
| Meter #: 18922 | | Water Meter | | IND 8" WATER ONLY | |
| 36851.00 | 957500.00 | 20649.00 | 74260.00 | WATER COMMODITY CHARGE | 18,584.10 |
| | | Estimate | | 8" WATER READY TO SERVE | 1,578.39 |

**PAST DUE AMOUNT IS SUBJECT TO SHUTOFF**

BILLING & SERVICE INFORMATION CAN BE FOUND ON OPPOSITE SIDE

PLEASE KEEP THIS PORTION
FOR YOUR RECORDS

CITY OF WYOMING
P.O. BOX 630422
CINCINNATI, OH 45263-0422
(616) 630-7389

TOTAL DUE:    80,786.39
DATE DUE:     12/22/05