Hearing Date: November 30, 2006
at 10:00 a.m.

Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 885-5000
Marc E. Richards (MER-9465)

Co-Counsel for DENSO International America, Inc.
and Affiliates

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                                    )    Chapter 11
In re                                              )    Case No. 05-44481 (RDD)
                                                    )
DELPHI CORPORATION, *et al.,*          )    (Jointly Administered)
                                                    )
                                  Debtors.      )
                                                    )
                                                    )
_____ )

**RESPONSE OF DENSO CORPORATION, DENSO INTERNATIONAL
AMERICA, INC. AND AFFILIATES TO DEBTORS' SECOND AND THIRD
OMNIBUS CLAIMS OBJECTIONS AND REQUEST FOR A CONTINUANCE WITH
RESPECT TO CLAIM NOS. 10590, 11242, 11243, 11244, 12339, 12340, AND 12341**

DENSO Corporation, DENSO International America, Inc. and their Affiliates ("DENSO"), by

their Co-Counsel, Blank Rome LLP and Plunkett & Cooney, P.C., as and for their Response to the

Second and Third Omnibus Claims Objections of Delphi Corporation and Affiliates (collectively,

"Delphi" or "Debtors"), each dated October 31, 2006 (the "Claims Objections"), respectfully represent:

1.       DENSO and Delphi purchase automotive component parts from each other pursuant

to a multitude of purchase orders.  In addition, Denso Corporation is the owner of certain patents

with respect to products which are utilized by Delphi in its foreign operations.  As of October 8,

2005 (the "Petition Date"), Delphi was indebted to DENSO for several million dollars and DENSO

124113.01600/6499987v.2

was likewise indebted to Delphi for a lesser amount.  DENSO and Delphi have not effectuated a

setoff of their pre-petition mutual obligations.  Rather, the parties have continued to do business.

DENSO has been and continues to be a major supplier to and major customer of Delphi since the

Petition Date.

2.	The parties have met at Delphi's offices in Troy and have communicated extensively

in an effort to resolve, in an efficient and amicable fashion, a multitude of issues -- setoffs, credits,

overlapping, duplicate and reclamation claims.

3.	Counsel is advised that the Delphi business team, headed by Barry Turner, has

interfaced regularly with DENSO business representatives led by Kim Madaj, its Controller.

Further, counsel is advised that the parties have made significant progress in narrowing most of

the issues between them and may well be within striking distance of a global resolution.  At the

end of the day, DENSO will end up a net payor to Delphi of a not insignificant amount.

4.	On October 31, 2006, the Debtors filed their Claims Objections.  The Debtors

seek, inter alia, to expunge certain of DENSO's claims.  DENSO disputes the Debtor's factual

allegations, but DENSO does not dispute that it is entitled to but one recovery or offset on certain

of these claims.

5.	It is respectfully submitted, however, that the parties should continue their

dialogue and negotiations, by and through the business people, to seek a resolution of all

outstanding claims.  In the unlikely event that those efforts are unsuccessful, DENSO will

respond to the merits of the Claims Objections.  Further, counsel is advised that a period of 60

days should be sufficient to reach a resolution.  If not, the Claims Objections can be addressed by

DENSO.

2

124113.01600/6499987v.2

6.      Shortly after the filing of the Debtors' Claims Objections, on November 9, 2006,

counsel for DENSO contacted counsel for the Debtors via e-mail and requested a continuance of

the hearing date with respect to the Claims Objections as to the DENSO claims for a brief period

of 60-90 days in order to allow the parties to continue their negotiations and effectuate a global

resolution.

7.      To date, DENSO has not received a response to that request and files the instant

Response and request for a continuance as a prophylactic matter.

WHEREFORE,  DENSO requests that the Claims Objections as to the DENSO claims be

continued for a period of not less than 60 days in order to permit DENSO and the Debtors to complete

their ongoing negotiations, together with such other and further relief as may be just.

November 22, 2006                          BLANK ROME LLP
New York, New York

                                           /s/ Marc E. Richards
                                           A Member of the Firm
                                           Marc E. Richards (MER-9465)
                                           The Chrysler Building
                                           405 Lexington Avenue
                                           New York, NY 10174-0208
                                           (212) 885-5000


                                                   and


                                           PLUNKETT & COONEY, P.C.
                                           Douglas C. Bernstein (MI-P 33833)
                                           38505 Woodward Avenue
                                           Suite 2000
                                           Bloomfield Hills, MI 48304

                                           Co-Counsel for DENSO International America, Inc.
                                           and Affiliates

124113.01600/6499987v.2