SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA  02109
Telephone: (617) 338-2800
Facsimile:  (617) 338-2880
Gayle P. Ehrlich  (GE 6649)
Pamela Smith Holleman

and

NANTZ, LITOWICH, SMITH
  GIRARD & HAMILTON, P.C.
2025 East Beltline, S.E., Suite 600
Grand Rapids, MI  49546-7671
Telephone: (616) 977-0077
Facsimile:  (616) 977-0529
Sandra S. Hamilton (P-41980)

*Attorneys for the City of Wyoming, Michigan*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                    )
In re                               )    Chapter 11
                                    )
DELPHI CORPORATION, *et al.*,       )    Case No. 05-44481 (RDD)
                                    )
              Debtors.              )    (Jointly Administered)
_____)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date she caused a true and correct copy of the **City of Wyoming, Michigan's Response To Debtors' (I) Third Omnibus Objection (Substantive) Pursuant to 11 U.S.C. Section 502(b) and Fed.R.Bankr.P. 3007 to Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated by Debtors' Books and Records, and (C) Claims Subject to Modification and (II) Motion to Estimate Contingent and Unliquidated Claims Pursuant to 11 U.S.C. Section 502(c)** to be served by overnight mail, postage prepaid, upon each of the persons named upon the attached Service List, and via the Bankruptcy Court's ECF notification system upon all registered users thereof.

Dated:  November 22, 2006           /s/ Pamela Smith Holleman
        Boston, MA                  Pamela Smith Holleman

1

{B0578868; 1}

## SERVICE LIST

Delphi Corporation
5725 Delphi Drive
Troy, MI  48098
Attn:  General Counsel

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL  60606
Attn:  John Wm. Butler, Jr.

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017
Attn:  Kenneth S. Ziman

Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017
Attn.:  Donald Bernstein and Brian Resnick

Latham & Watkins LLP
885 Third Avenue
New York, NY  10022
Attn.:  Robert J. Rosenberg and Mark A.
    Broude

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY  10004
Attn.:  Bonnie Steingart

Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY  10004
Attn.:  Alicia M. Leonhard

{B0578868; 1}