THELEN REID & PRIEST LLP
875 Third Avenue
New York, New York 10022
(212) 603-2000
Daniel A. Lowenthal (DL 7971)

Attorneys for Brandes Investment Partners, L.P. and
Oki America, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

**VERIFIED STATEMENT PURSUANT TO RULE 2019
OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Thelen Reid &

Priest LLP submits this verified statement of representation of the following parties in interest in

this proceeding:

1.      The firm represents the following entities:

a.      Brandes Investment Partners L.P. ("Brandes"), 11988 El Camino Real,

Suite 500, San Diego, CA  92130.

b.      Oki America, Inc. a/k/a Oki Semiconductor (collectively, "Oki"), 785 N.

Mary Avenue, Sunnyvale, CA 94085.

2.      Brandes is a member of the Committee of Equity Security Holders.

3.      Oki has been a supplier to one or more of the Debtors and has filed claims for

monies owed to it.  The amount owed to Oki by Delphi Automotive Systems LLC, Case No. 05-

44640 (RDD), is $2,081,210.59.  Oki's claim is secured by setoff of $652,282.73.

NY #695506 v1

I verify under penalty if perjury that the foregoing is true and correct.

Dated: New York, New York
        November 22, 2006

Respectfully submitted,

THELEN REID & PRIEST LLP

By:   /s/ Daniel A. Lowenthal
Daniel A. Lowenthal (DL 7971)
875 Third Avenue
New York, New York  10022
(212) 603-2000

Attorneys for Brandes Investment Partners,
L.P. and Oki America, Inc.

2