Raniero D'Aversa, Jr. (RD 9551)
Jeffrey G. Tougas (JT 5533)
MAYER, BROWN, ROWE & MAW LLP
1675 Broadway
New York, New York 10019
Phone: (212) 506-2500
Facsimile: (212) 262-1910

*Attorneys for Bank of America, N.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                    :   Chapter 11
:
    DELPHI CORPORATION, *et al.,*           :   Case No. 05-44481 (RDD)
:
        Debtors.                     :   (Jointly Administered)
:
---------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NEW YORK  )

       STEVEN R. LIEBER, BEING DULY SWORN, DEPOSES AND SAYS:

       1. I am over the age of eighteen years and employed in the offices of Mayer, Brown, Rowe & Maw LLP, 1675 Broadway, New York, New York, 10019. I am not a party to this action and reside in New York, New York.

       2. On November 21, 2006, I caused true copies of the following document to be served upon the parties set forth on the attached service by overnight courier:

       **RESPONSE OF BANK OF AMERICA, N.A. TO DEBTORS' (I) THIRD OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) CLAIMS WITH INSUFFICIENT DOCUMENTATION, (B) CLAIMS UNSUBSTANTIATED BY DEBTORS' BOOKS AND RECORDS, AND (C) CLAIMS SUBJECT TO MODIFICATION AND (II) MOTION TO ESTIMATE CONTINGENT**

**AND UNLIQUIDATED CLAIMS PURSUANT TO 11 U.S.C. § 502(c).**

/s/ Steven R. Lieber

Venue: State of New York, County of New York
Sworn to before me this 22nd day of November, 2006

/s/ Sharon E. Armitrage; Notary Public,
State of New YorkNo. 41-4632646;
Qualified in Queens County; Commission
Expires February 28, 2007

## SERVICE LIST

General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098

John Wm. Butler, Jr.
Skadden, Arps, Slate, Meagher & FLom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Kenneth S. Ziman
Simpson Thatcher & Barlett LLP
425 Lexington Avenue
New York, NY 10017

Donald Bernstein
Brian Resnick
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Robert J Rosenberg
Mark A, Broude
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022

Bonnie Steingart
Fried Frank Harris Shriver
    & Jacobson LLP
One New York Plaza
New York, NY  10004

Alicia M. Leonhard
United States Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004