**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____/

**In Re:**

DELPHI CORPORATION, *et al,*

    **Debtors.**

_____/

Chapter 11

Case No. 05-44481 (RDD)

(Jointly Administered_

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that James R. Scheuerle of Parmenter O'Toole hereby appears in this case as counsel for Port City Die Cast and Port City Group, Inc., and their affiliates, Muskegon Castings Corporation, Port City Metal Products, and Port City Castings Corporation, pursuant to Bankruptcy Rule 9010(b), and request pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9010, and pursuant to 11 USC §102(1), 342, and 1109(b), that copies of all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address:

    James R. Scheuerle
    Parmenter O'Toole
    601 Terrace Street, PO Box 786
    Muskegon MI 49443-0786
    Tel. (231) 722-1621)
    Fax: (231) 728-2206
    JRS@Parmenterlaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 USC §1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but includes without limitation orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or

informal, written or oral, and whether transmitted or conveyed by mail, overnight delivery, messenger, facsimile, telephone, email, or otherwise filed or made with regard to the case referenced above.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive any (1) right to have final orders in non-core matters entered only after de novo review by a higher court; (2) right to trial by jury in any proceeding so triable herein or in any related case; (3) right to have the reference withdrawn in any manner subject to mandatory or discretionary withdrawal; (4) right to contest jurisdiction or appropriate venue in this proceeding; or (5) other rights, claims, actions, defenses, setoffs or recoupments which exist pursuant to agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved. This Notice of Appearance is not, and shall be construed to be, a consent by any of the parties identified above pursuant to 28 USC §157(c)(2).

Dated:  November 6, 2006	PARMENTER O'TOOLE

By     /s/ James R. Scheuerle
James R. Scheuerle (P42932)
601 Terrace Street, PO Box 786
Muskegon MI 49443-0786
Telephone 231.722.1621
Fax 231.728.2206
Email JRS@Parmenterlaw.com