UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                    )
In re:                                              )
                                                    )       Chapter 11
DELPHI CORPORATION, et al.,                         )       Case No. 05-44481 (RDD)
                                                    )       Jointly Administered
          Debtors.                                  )
-------------------------------------------------------------x

<u>**AFFIDAVIT OF TERRY IWASAKI IN SUPPORT OF RESPONSE OF METALDYNE
CORPORATION AND METALDYNE MACHINING AND ASSEMBLY COMPANY,
INC. TO DEBTORS' (I) THIRD OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT
TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) CLAIMS WITH
INSUFFICIENT DOCUMENTATION, (B) CLAIMS UNSUBSTANTIATED BY
DEBTORS' BOOKS AND RECORDS, AND (C) CLAIMS SUBJECT TO
MODIFICATION AND (II) MOTION TO ESTIMATE CONTINGENT AND
UNLIQUIDATED CLAIMS
PURSUANT TO 11 U.S.C. § 502(c)**</u>

STATE OF MICHIGAN            )
                            )ss
COUNTY OF WASHTENAW          )

          Terry Iwasaki, being duly sworn, deposes and states as follows:

          1.     I am the Vice President of Finance, Commercial Operations and Metaldyne Asia,

of Metaldyne Corporation and Metaldyne Machining and Assembly Company, Inc. (together,

"Metaldyne"). Metaldyne is an automotive parts supplier that has provided in the past prior to

these cases and continues to provide goods and services to the Debtors.

          2.     Except as otherwise indicated, all facts set forth in this Affidavit are based upon

my personal knowledge, information and belief, information supplied to me by other employees

of Metaldyne, or information learned from records kept in the ordinary course of business that

were reviewed by me or other employees of Metaldyne.  If called as a witness, I would testify competently to the matters set forth herein.

3.      Prior to the Petition Date, Metaldyne supplied certain parts (the "Parts") to Delphi Automotive Systems LLC ("Delphi Automotive").  Metaldyne was not paid and is owed as of the Petition Date $46,417.44 for Parts invoices described in Attachment 1 hereto.  The amount of each invoice, the amount paid, if applicable, and the amount due, is reflected on the Attachment. Copies of these invoices are included in Attachment 1.

4.      Also prior to the Petition Date, Metaldyne incurred $131,124.71 in costs under the GMX 130 program, which is still outstanding.  Metaldyne was entitled to be paid these costs (the "Cancellation Costs") upon cancellation of the GMX 130 program.  Delphi Automotive has agreed, pursuant to the purchase order and associated documentation attached as Attachment 2 hereto, to purchase from Metaldyne $115,671.77 of goods.  Upon such purchase, Metaldyne shall withdraw its claim for the Cancellation Costs.

5.      Furthermore, prior to the Petition Date, Metaldyne obtained on behalf of and/or supplied to Delphi Automotive certain tooling (the "Tooling").  Metaldyne was not paid and is owed as of the Petition Date $370,700.00 for Tooling invoices described in Attachment 3 hereto. Copies of these invoices are included in Attachment 3.  The Tooling claims are secured by lien rights.

6.      On or around July 28, 2006, Metaldyne filed a proof of claim (the "Proof of Claim") in these cases covering the claims described herein, which proof of claim contains additional support and documentation underlying Metaldyne's claims.

2

FURTHER AFFIANT SAYETH NOT.

_Terry Iwasaki_  11/21/06

TERRY IWASAKI

Subscribed and sworn to before me
This $\frac{21}{}$ day of November, 2006.

_Bonita L. Nish_

NOTARY PUBLIC
My Commission Expires: _6-15-2011_

```
Bonita L. Nish, Notary Public
State of Michigan, County of Wayne
My Commission Expires 6/15/2011
Acting in the County of  Wayne
```

3

| Invoice No. | Invoice Amount | Amount Due |
|---|---|---|
| 51415 | $12,954.82 | $306.58 |
| 51440 | $33,360.30 | $1,455.00 |
| 51448 | $12,954.82 | $306.58 |
| 51455 | $23,134.86 | $1,017.83 |
| 51457 | $33,360.30 | $7,579.58 |
| 51460 | $26,424.34 | $7,274.23 |
| 51471 | $22,256.20 | $9,800.01 |
| 51475 | $25,909.64 | $306.58 |
| 51478 | $32,412.24 | $1,402.83 |
| 51486 | $13,961.88 | $610.69 |
| 51488 | $27,785.27 | $2,983.33 |
| 51492 | $13,401.54 | $745.20 |
| 51497 | $23,656.62 | $949.35 |
| 51504 | $12,410.56 | $542.84 |
| 51507 | $1,097.48 | $1,097.48 |
| 51510 | $29,216.18 | $1,269.06 |
| 51540 | $27,009.61 | $1,165.35 |
| 51542 | $25,909.64 | $1,440.72 |
| 51543 | $26,901.65 | $1,165.34 |
| 51547 | $20,725.44 | $897.80 |
| 51554 | $17,550.83 | $762.09 |
| 51556 | $25,016.20 | $1,391.04 |
| 51557 | $20,617.49 | $897.81 |
| 51568 | $13,401.54 | $745.20 |
| 51569 | $21,922.68 | $945.44 |
| 51830 | $7,147.48 | $7,147.48 |

|  | Subtotal: | $54,205.44 |

Minus unapplied cash on the following
invoices:

| 50669 | | -$6,510.76 |
| 51098 | | -$607.97 |
| 7012005 | | -$21.16 |
| 11050669 | | -$648.11 |

|  | TOTAL: | $46,417.44 |

ATTACHMENT 1

# metaldyne

47603 Halyard Drive, Plymouth MI 48170-2429

734/207-6200

**REMIT TO:** LOCKBOX # 23305  **NEW**
METALDYNE MACHINING & ASSEMBLY
COMPANY, INC.  - GREENVILLE
23305 NETWORK PLACE
CHICAGO, IL. 60673-1233

**INVOICE NUMBER:**  10 51415
**INVOICE DATE:**  7/11/05

**SOLD TO:** 60150

DELPHI CORPORATION
ACCOUNTS PAYABLE
P.O. BOX 1550
FLINT, MI. 48501-1550

**SHIP TO:**

DELPHI CHASIS SYSTEMS
SAGINAW OPERATIONS
2328 E GENESEE AVE
SAGINAW, MI. 45414

77609

| DATE SHIPPED | SHIPPER # SID # | SUPPLIER CODE | TERM | | SHIPPED FROM | | | | SHIPPED VIA | |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/11/05 | 10 51415 | 805338399 | NET 25TH PROX | | GREENVILLE OPERATION GREENVILLE, N.C. | | | | MENLO MENLO LOGISTICS | |

| CUSTOMER ORDER NO. | CUSTOMER PART NUMBER PART DESCRIPTION / COMMENTS | METALDYNE PART NUMBER | MODEL YEAR | BOOK NO. | RELEASE NUMBER | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 0550037278 | 18079796 | 18079796-MP | | | 013233 | | | |
| | CATERA CTS-V KNUCKLE LH | 1( ) | | | 110.1210. | 870 | 14.89060 | 12,954.82 |
| 0550037278 | 18079797 | 18079797-MP | | | 013233 | | | |
| | CATERA CTS-V KNUCKLE RH | 1( ) | | | 110.1210. | 870 | 14.89060 | 12,954.82 |
| | CUSTOMER DUNNAGE | | | | | 58 | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*  11/16/06  - PLEASE REMIT  \*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

306.58 due

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 & 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the U.S. Dept. of Labor issued under Section 14 thereof.

**TOTAL:**  25,909.64

**metaldyne**

47603 Halyard Drive, Plymouth MI 48170-2429

734/207-6200

REMIT TO: LOCKBOX # 23305  **NEW**
METALDYNE MACHINING & ASSEMBLY
COMPANY, INC. - GREENVILLE
23305 NETWORK PLACE
CHICAGO, IL. 60673-1233

INVOICE NUMBER:
INVOICE DATE: 7/18/05

SOLD TO: 60150

DELPHI CORPORATION
ACCOUNTS PAYABLE
P.O. BOX 1550
FLINT, MI. 48501-1550

SHIP TO:   DELPHI SYSTEMS

3100 NEEDMORE ROAD
DOCK 101
DAYTON, OH. 45414

37618

SHIPPED FROM
GREENVILLE OPERATION
GREENVILLE, N.C.

SHIPPED VIA
YSFY
YELLOW FREIGHT SYSTEM

| DATE SHIPPED | SHIPPER # SID # | SUPPLIER CODE | | TERM | |
|---|---|---|---|---|---|
| 7/18/05 | 10  51440 | 805338399 | NET 25TH PROX | | |

| CUSTOMER ORDER NO. | PART DESCRIPTION / COMMENTS | CUSTOMER PART NUMBER | METALDYNE PART NUMBER | MODEL YEAR | BOOK NO. | RELEASE NUMBER | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 055001016S | 18022458 | | 18022458-MP | 1( | ) | 040911 | 1,400 | 4.56580 | 6,392.12 |
| | FRONT DISC BRAKE BRKT | | | | | 110.1210. | | | |
| 055001016S | 18076163 | | 18076163-MP | 1( | ) | 040911 | 2,940 | 5.21540 | 15,333.28 |
| | FRONT DISC BRAKE BRK | | | | | 110.1210. | | | |
| 055005063 7 | 18078751 | | 18078751-MP | 1( | ) | 041300 | 2,205 | 5.27660 | 11,634.90 |
| | BRACKET-FRT DISC BRAKE | | | | | 110.1210. | | | |
| | CUSTOMER DUNNAGE | | | 1( | ) | | 45 | | |

1455.~ dw

***************************************
**    11/16/06  -  PLEASE REMIT    **
***************************************

TOTAL: 33,360.30

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 & 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the U.S. Dept. of Labor issued under Section 14 thereof.

# metaldyne

47603 Halyard Drive, Plymouth MI 48170-2429

734/207-6200

**REMIT TO:** LOCKBOX # 23305 **\*\*NEW\*\***
METALDYNE MACHINING & ASSEMBLY
COMPANY, INC.  -  GREENVILLE
23305 NETWORK PLACE
CHICAGO, IL.  60673-1233

**INVOICE NUMBER:**
**INVOICE DATE:** 7/18/05

**SOLD TO:** 60150

DELPHI CORPORATION
ACCOUNTS PAYABLE
P.O. BOX 1550
FLINT, MI. 48501-1550

**SHIP TO:** DELPHI CHASIS SYSTEMS
SAGINAW OPERATIONS
2328 E GENESEE AVE
SAGINAW, MI. 45414

77609

| DATE SHIPPED | SHIPPER # SID # | SUPPLIER CODE | TERM | | | SHIPPED FROM | | | | SHIPPED VIA | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/18/05 | 10 51448 | 805338399 | NET 25TH PROX | | | GREENVILLE OPERATION GREENVILLE, N.C. | | | | MENLO MENLO LOGISTICS | |

| CUSTOMER ORDER NO. | CUSTOMER PART NUMBER PART DESCRIPTION / COMMENTS | METALDYNE PART NUMBER | MODEL YEAR | BOOK NO. | RELEASE NUMBER | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 0550037278 | 18079796 | 18079796-MP | | | 042001 | 870 | 14.89060 | 12,954.82 |
| | CATERA CTS-V KNUCKLE LH | 1( ) | | | 110.1210. | | | |
| 0550037278 | 18079797 | 18079797-MP | | | 042001 | 870 | 14.89060 | 12,954.82 |
| | CATERA CTS-V KNUCKLE RH | 1( ) | | | 110.1210. | | | |
| | CUSTOMER DUNNAGE | | | | | 58 | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\* 11/16/06 - PLEASE REMIT \*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

306.58 due

**TOTAL:** 25,909.64

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 & 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the U.S. Dept. of Labor issued under Section 14 thereof.

# metaldyne

47603 Halyard Drive, Plymouth MI 48170-2429

734/207-6200

**SOLD TO:**  60150

DELPHI CORPORATION
ACCOUNTS PAYABLE
P.O. BOX 1550
FLINT, MI. 48501-1550

**REMIT TO:**  LOCKBOX # 23305  **NEW**
METALDYNE MACHINING & ASSEMBLY
COMPANY, INC. - GREENVILLE
23305 NETWORK PLACE
CHICAGO, IL. 60673-1233

**SHIP TO:**  DELPHI SYSTEMS

3100 NEEDMORE ROAD
DOCK 101
DAYTON, OH. 45414

**INVOICE NUMBER:**
**INVOICE DATE:**  7/19/05

**10 51455**
37618

**SHIPPED FROM**
GREENVILLE OPERATION
GREENVILLE, N.C.

**SHIPPED VIA**
USEX
VICTORY - US EXPRESS

| DATE SHIPPED | SHIPPER # SID # | SUPPLIER CODE | TERM |
|---|---|---|---|
| 7/19/05 | 10 51455 | 805338399 | NET 25TH PROX |

| CUSTOMER ORDER NO. | CUSTOMER PART NUMBER PART DESCRIPTION / COMMENTS | METALDYNE PART NUMBER | MODEL YEAR | BOOK NO. | RELEASE NUMBER | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 0550010165 | 18076163<br>FRONT DISC BRAKE BRK | 18076163-MP 1( ) | | | 051943<br>110.1210. | 2,205 | 5.21540 | 11,499.96 |
| 0550050637 | 18078751<br>BRACKET-FRT DISC BRAKE | 18078751-MP 1( ) | | | 052653<br>110.1210. | 2,205 | 5.27660 | 11,634.90 |
| | CUSTOMER DUNNAGE | 1( ) | | | | 30 | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*   11/16/06 - PLEASE REMIT   \*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1017.83 dw

**TOTAL:**   23,134.86

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 & 12 of the Fair
Labor Standards Act, as amended, and of regulations and orders of the U.S. Dept. of Labor issued under Section 14 thereof.

# metaldyne

47603 Halyard Drive, Plymouth MI 48170-2429

734/207-6200

**REMIT TO:** LOCKBOX # 23305   **NEW**
METALDYNE MACHINING & ASSEMBLY
COMPANY, INC. - GREENVILLE
23305 NETWORK PLACE
CHICAGO, IL. 60673-1233

**SOLD TO:** 60150   DELPHI CORPORATION
ACCOUNTS PAYABLE
P.O. BOX 1550
FLINT, MI. 48501-1550

**SHIP TO:** DELPHI SYSTEMS

3100 NEEDMORE ROAD
DOCK 101
DAYTON, OH. 45414

INVOICE NUMBER: 10 51457
INVOICE DATE: 7/20/05

37618

| DATE SHIPPED | SHIPPER SID # | SUPPLIER CODE | TERM | SHIPPED FROM | | | SHIPPED VIA |
|---|---|---|---|---|---|---|---|
| 7/20/05 | 10 51457 | 805338399 | NET 25TH PROX | GREENVILLE OPERATION GREENVILLE, N.C. | | | YSFY YELLOW FREIGHT SYSTEM |

| CUSTOMER ORDER NO. | CUSTOMER PART NUMBER PART DESCRIPTION / COMMENTS | METALDYNE PART NUMBER | MODEL YEAR | BOOK NO. | RELEASE NUMBER | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 0550010165 | 18022458 FRONT DISC BRAKE BRKT | 18022458-MP  1( ) | | | 051943 | 1,400 | 4.56580 | 6,392.12 |
|  |  |  |  |  | 110.1210. |  |  |  |
| 0550010165 | 18076163 FRONT DISC BRAKE BRK | 18076163-MP  1( ) | | | 051943 | 2,940 | 5.21540 | 15,333.28 |
|  |  |  |  |  | 110.1210. |  |  |  |
| 0550050637 | 18078751 BRACKET-FRT DISC BRAKE | 18078751-MP  1( ) | | | 052653 | 2,205 | 5.27660 | 11,634.90 |
|  |  |  |  |  | 110.1210. |  |  |  |
|  | CUSTOMER DUNNAGE |  1( ) | | | | 45 | | |

7579.58 due

*****************
** 11/16/06 - PLEASE REMIT **
*****************

TOTAL: 33,360.30

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 & 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the U.S. Dept. of Labor issued under Section 14 thereof.

**metaldyne**

47603 Halyard Drive, Plymouth MI 48170-2429                    734/207-6200

| | |
|---|---|
| REMIT TO: | LOCKBOX # 23305  **NEW** |
| | METALDYNE MACHINING & ASSEMBLY |
| | COMPANY, INC.  - GREENVILLE |
| | 23305 NETWORK PLACE |
| | CHICAGO, IL. 60673-1233 |

INVOICE NUMBER: 10 51460
INVOICE DATE: 7/20/05

SOLD TO:  60150
DELPHI CORPORATION
ACCOUNTS PAYABLE
P.O. BOX 1550
FLINT, MI. 48501-1550

SHIP TO:    DELPHI SYSTEMS
3100 NEEDMORE ROAD
DOCK 101
DAYTON, OH. 45414

37618

SHIPPED FROM: GREENVILLE OPERATION
GREENVILLE, N.C.

SHIPPED VIA: YSFY  YELLOW FREIGHT SYSTEM

| DATE SHIPPED | SHIPPER # / SID # | SUPPLIER CODE | TERM |
|---|---|---|---|
| 7/20/05 | 10 51460 | 805338399 | NET 25TH PROX |

| CUSTOMER ORDER NO. | CUSTOMER PART NUMBER / PART DESCRIPTION / COMMENTS | METALDYNE PART NUMBER | MODEL YEAR | BOOK NO. | RELEASE NUMBER | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 0550010165 | 18022458<br>FRONT DISC BRAKE BRKT | 18022458-MP | 1( ) | | 051943<br>110.1210. | 1,400 | 4.56580 | 6,392.12 |
| 0550010165 | 18076163<br>FRONT DISC BRAKE BRK | 18076163-MP | 1( ) | | 051943<br>110.1210. | 2,205 | 5.21540 | 11,499.96 |
| 0550050637 | 18078751<br>BRACKET-FRT DISC BRAKE | 18078751-MP | 1( ) | | 052653<br>110.1210. | 1,617 | 5.27660 | 8,532.26 |
| | CUSTOMER DUNNAGE | | ( ) | | | 36 | | |

*7224.23 due*

```
***************************************
**  11/16/06  - PLEASE REMIT  **
***************************************
```

TOTAL:    26,424.34

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 & 12 of the Fair
Labor Standards Act, as amended, and of regulations and orders of the U.S. Dept. of Labor issued under Section 14 thereof.

**metaldyne**

47603 Halyard Drive, Plymouth MI 48170-2429

734/207-6200

REMIT TO:   LOCKBOX # 23305  **NEW**
METALDYNE MACHINING & ASSEMBLY
COMPANY, INC.  - GREENVILLE
23305 NETWORK PLACE
CHICAGO, IL. 60673-1233

SOLD TO:   60150

DELPHI CORPORATION
ACCOUNTS PAYABLE
P.O. BOX 1550
FLINT, MI. 48501-1550

SHIP TO:   DELPHI SYSTEMS

3100 NEEDMORE ROAD
DOCK 101
DAYTON, OH. 45414

INVOICE NUMBER:   10 51471
INVOICE DATE:   7/21/05

37618

| DATE SHIPPED | SHIPPER # SID # | SUPPLIER CODE | TERM | | | | | | SHIPPED FROM | | SHIPPED VIA | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/21/05 | 10 51471 | 805338399 | NET 25TH PROX | | | | | | GREENVILLE OPERATION  GREENVILLE, N.C. | | YSFY  YELLOW FREIGHT SYSTEM | |

| CUSTOMER ORDER NO. | CUSTOMER PART NUMBER PART DESCRIPTION / COMMENTS | METALDYNE PART NUMBER | MODEL YEAR | BOOK NO. | RELEASE NUMBER | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 055010165 | 18022458  FRONT DISC BRAKE BRKT | 18022458-MP | 1( ) | | 051943  110.1210. | 1,400 | 4.56580 | 6,392.12 |
| 055004914 | 18045330  FRONT DISC BRAKE BRK | 18045330-MP | 1( ) | | 051943  110.1210. | 480 | 5.86000 | 2,812.80 |
| 055010165 | 18076163  FRONT DISC BRAKE BRK | 18076163-MP | 1( ) | | 051943  110.1210. | 2,205 | 5.21540 | 11,499.96 |
| 0550050637 | 18078751  BRACKET-FRT DISC BRAKE | 18078751-MP | 1( )  ( ) | | 052653  110.1210. | 294 | 5.27660 | 1,551.32 |
| | CUSTOMER DUNNAGE | | 1( )  ( ) | | | 31 | | |

*********************************
**  11/16/06  - PLEASE REMIT  **
*********************************

*9800.01 due*

TOTAL:   22,256.20

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 & 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the U.S. Dept. of Labor issued under Section 14 thereof.

# metaldyne

47603 Halyard Drive, Plymouth MI 48170-2429

734/207-6200

**REMIT TO:**  LOCKBOX # 23305  **\*NEW\*\***
METALDYNE MACHINING & ASSEMBLY
COMPANY, INC.  -  GREENVILLE
23305 NETWORK PLACE
CHICAGO, IL.  60673-1233

**SOLD TO:**  60150

DELPHI CORPORATION
ACCOUNTS PAYABLE
P.O. BOX 1550
FLINT, MI. 48501-1550

**SHIP TO:**

DELPHI CHASIS SYSTEMS
SAGINAW OPERATIONS
2328 E GENESEE AVE
SAGINAW, MI. 45414

| INVOICE NUMBER: | 10 51475 |
| INVOICE DATE: | 7/22/05 |

77609

| DATE SHIPPED | SHIPPER # SID # | SUPPLIER CODE | TERM | SHIPPED FROM | | | | | | SHIPPED VIA |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/22/05 | 10 51475 | 805338399 | NET 25TH PROX | GREENVILLE OPERATION GREENVILLE, N.C. | | | | | | MENLO MENLO LOGISTICS |

| CUSTOMER ORDER NO. | CUSTOMER PART NUMBER PART DESCRIPTION / COMMENTS | METALDYNE PART NUMBER | MODEL YEAR | BOOK NO. | RELEASE NUMBER | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 0550037278 | 18079796 CATERA CTS-V KNUCKLE LH | 18079796-MP  1( ) | | | 053750 110.1210. | 870 | 14.89060 | 12,954.82 |
| 0550037278 | 18079797 CATERA CTS-V KNUCKLE RH | 18079797-MP  1( ) | | | 053750 110.1210. | 870 | 14.89060 | 12,954.82 |
| | CUSTOMER DUNNAGE | 1( ) | | | | 58 | | |

*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\* 11/16/06 - PLEASE REMIT \*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\**

*306.58 due*

**TOTAL:**        25,909.64

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 & 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the U.S. Dept. of Labor issued under Section 14 thereof.

# metaldyne

47603 Halyard Drive, Plymouth MI 48170-2429

734/207-6200

REMIT TO:   LOCKBOX # 23305  **NEW**
METALDYNE MACHINING & ASSEMBLY
COMPANY, INC.  -  GREENVILLE
23305 NETWORK PLACE
CHICAGO, IL. 60673-1233

SOLD TO:   60150

DELPHI CORPORATION
ACCOUNTS PAYABLE
P. O. BOX 1550
FLINT, MI. 48501-1550

SHIP TO:   DELPHI SYSTEMS

3100 NEEDMORE ROAD
DOCK 101
DAYTON, OH. 45414

INVOICE NUMBER:        10 51478
INVOICE DATE:          7/22/05

37618

| DATE SHIPPED | SHIPPER # SID # | SUPPLIER CODE | TERM |
|---|---|---|---|
| 7/22/05 | 10  51478 | 805338399  NET 25TH PROX | |

SHIPPED FROM
GREENVILLE OPERATION
GREENVILLE, N.C.

SHIPPED VIA
YSFY
YELLOW FREIGHT SYSTEM

| CUSTOMER ORDER NO. | CUSTOMER PART NUMBER PART DESCRIPTION / COMMENTS | METALDYNE PART NUMBER | MODEL YEAR | BOOK NO. | RELEASE NUMBER | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 0550010165 | 18022458<br>FRONT DISC BRAKE BRKT | 18022458-MP | 1( ) | | 051943<br>110.1210. | 1,400 | 4.56580 | 6,392.12 |
| 0550004914 | 18045330<br>FRONT DISC BRAKE BRK | 18045330-MP | 1( ) | | 051943<br>110.1210. | 360 | 5.86000 | 2,109.60 |
| 0550010165 | 18076163<br>FRONT DISC BRAKE BRK | 18076163-MP | 1( ) | | 051943<br>110.1210. | 2,205 | 5.21540 | 11,499.96 |
| 0550050637 | 18078751<br>BRACKET-FRT DISC BRAKE<br>CUSTOMER DUNNAGE | 18078751-MP | 1( )<br>1( ) | | 052653<br>110.1210. | 2,352<br>44 | 5.27660 | 12,410.56 |

*****************************
**  11/16/06  - PLEASE REMIT  **
*****************************

1402.83 due

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 & 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the U.S. Dept. of Labor issued under Section 14 thereof.

TOTAL:                32,412.24

# metaldyne

47603 Halyard Drive, Plymouth MI 48170-2429

734/207-6200

REMIT TO:  LOCKBOX # 23305  **NEW**
METALDYNE MACHINING & ASSEMBLY
COMPANY, INC.  - GREENVILLE
23305 NETWORK PLACE
CHICAGO, IL. 60673-1233

INVOICE NUMBER:  10 51486
INVOICE DATE:  7/25/05

SOLD TO:  60150

DELPHI CORPORATION
ACCOUNTS PAYABLE
P.O. BOX 1550
FLINT, MI. 48501-1550

SHIP TO:  DELPHI SYSTEMS

3100 NEEDMORE ROAD
DOCK 101
DAYTON, OH. 45414

37618

| DATE SHIPPED | SHIPPER # SID # | SUPPLIER CODE | | TERM | SHIPPED FROM | | | | SHIPPED VIA |
|---|---|---|---|---|---|---|---|---|---|
| 7/25/05 | 10 51486 | 805338399 | NET 25TH PROX | | GREENVILLE OPERATION GREENVILLE, N.C. | | | | USEX VICTORY - US EXPRESS |

| CUSTOMER ORDER NO. | CUSTOMER PART NUMBER PART DESCRIPTION / COMMENTS | METALDYNE PART NUMBER | MODEL YEAR | BOOK NO. | RELEASE NUMBER | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 0550050637 | 18078751 BRACKET-FRT DISC BRAKE | 18078751-MP | | | 052653 110.1210. | 2,646 | 5.27660 | 13,961.88 |
| | PART SHIPPED 07-24-05 SHIPPER# 23162 CUSTOMER DUNNAGE | 1( ) | | ( ) | | 18 | | |

```
*******************************
**  11/16/06 - PLEASE REMIT  **
*******************************
```

610.69 dw

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 & 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the U.S. Dept. of Labor issued under Section 14 thereof.

TOTAL:  13,961.88

# metaldyne

734/207-6200

47003 Halyard Drive, Plymouth MI 48170-2429

**REMIT TO:** LOCKBOX # 23305  **\*\*NEW\*\***
METALDYNE MACHINING & ASSEMBLY
COMPANY, INC.  -  GREENVILLE
23305 NETWORK PLACE
CHICAGO, IL.  60673-1233

**INVOICE NUMBER:** 10 51488
**INVOICE DATE:** 7/25/05

**SOLD TO:**  60150

DELPHI CORPORATION
ACCOUNTS PAYABLE
P. O. BOX 1550
FLINT, MI. 48501-1550

**SHIP TO:**  DELPHI SYSTEMS

3100 NEEDMORE ROAD
DOCK 101
DAYTON, OH. 45414

37618

**SHIPPED FROM** GREENVILLE OPERATION
GREENVILLE, N.C.

**SHIPPED VIA** USEX
VICTORY - US EXPRESS

| DATE SHIPPED | SHIPPER # SID # | SUPPLIER CODE | TERM |
|---|---|---|---|
| 7/25/05 | 10 51488 | 805338399 | NET 25TH PROX |

| CUSTOMER ORDER NO. | CUSTOMER PART NUMBER PART DESCRIPTION / COMMENTS | METALDYNE PART NUMBER | MODEL YEAR | BOOK NO. | RELEASE NUMBER | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 0550010165 | 18022458 FRONT DISC BRAKE BRKT | 18022458-MP  1( ) | | | 051943 110.1210. | 1,400 | 4.56580 | 6,392.12 |
| 0550004914 | 18045330 FRONT DISC BRAKE BRK | 18045330-MP  1( ) | | | 051943 110.1210. | 360 | 5.86000 | 2,109.60 |
| 0550010165 | 18076163 FRONT DISC BRAKE BRK | 18076163-MP  1( ) | | | 051943 110.1210. | 1,764 | 5.21540 | 9,199.97 |
| 0550050637 | 18078751 BRACKET-FRT DISC BRAKE | 18078751-MP  1( ) | | | 052653 110.1210. | 1,911 | 5.27660 | 10,083.58 |
| | CUSTOMER DUNNAGE | | | | | 38 | | |

*2983.33 due*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**\*\*  11/16/06  -  PLEASE REMIT  \*\***
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**TOTAL:**  27,785.27

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 & 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the U.S. Dept. of Labor issued under Section 14 thereof.

# metaldyne

47603 Halyard Drive, Plymouth MI 48170-2429

734/207-6200

REMIT TO: LOCKBOX # 23305 **NEW**
METALDYNE MACHINING & ASSEMBLY
COMPANY, INC. - GREENVILLE
23305 NETWORK PLACE
CHICAGO, IL. 60673-1233

INVOICE NUMBER: 10 51492
INVOICE DATE: 7/26/05

SOLD TO: 60150

DELPHI CORPORATION
ACCOUNTS PAYABLE
P. O. BOX 1550
FLINT, MI. 48501-1550

SHIP TO: DELPHI CHASIS SYSTEMS
SAGINAW OPERATIONS
2328 E GENESEE AVE
SAGINAW, MI. 45414

77609

| DATE SHIPPED | SHIPPER # SID # | SUPPLIER CODE | TERM | SHIPPED FROM | | | | | SHIPPED VIA | |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/26/05 | 10 51492 | 805338399 | NET 25TH PROX | GREENVILLE OPERATION GREENVILLE, N.C. | | | | | MENLO MENLO LOGISTICS | |

| CUSTOMER ORDER NO. | CUSTOMER PART NUMBER PART DESCRIPTION / COMMENTS | METALDYNE PART NUMBER | MODEL YEAR | BOOK NO. | RELEASE NUMBER | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 0550037278 | 18079796 CATERA CTS-V KNUCKLE LH | 18079796-MP 1( ) | | | 053750 110.1210. | 450 | 14.89060 | 6,700.77 |
| 0550037278 | 18079797 CATERA CTS-V KNUCKLE RH | 18079797-MP 1( ) | | | 053750 110.1210. | 450 | 14.89060 | 6,700.77 |
| | CUSTOMER DUNNAGE | 1( ) | | | | 30 | | |

```
        *************************************
    **    11/16/06  -  PLEASE  REMIT   **
        *************************************
```

745.20 dw

TOTAL: 13,401.54

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 & 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the U.S. Dept. of Labor issued under Section 14 thereof.

**metaldyne**

47003 Halyard Drive, Plymouth MI 48170-2429

734/207-6200

REMIT TO: LOCKBOX # 23305  **NEW**
METALDYNE MACHINING & ASSEMBLY
COMPANY, INC. - GREENVILLE
23305 NETWORK PLACE
CHICAGO, IL. 60673-1233

SOLD TO:  60150
DELPHI CORPORATION
ACCOUNTS PAYABLE
P.O. BOX 1550
FLINT, MI. 48501-1550

SHIP TO:  DELPHI SYSTEMS
3100 NEEDMORE ROAD
DOCK 101
DAYTON, OH. 45414

INVOICE NUMBER: 10 51497
INVOICE DATE: 7/26/05

37618

| DATE SHIPPED | SHIPPER SID# | SUPPLIER CODE | TERM |
|---|---|---|---|
| 7/26/05 | 10 51497 | 805338399 | NET 25TH PROX |

SHIPPED FROM: GREENVILLE OPERATION  GREENVILLE, N.C.

SHIPPED VIA: YSPY YELLOW FREIGHT SYSTEM

| CUSTOMER ORDER NO. | CUSTOMER PART NUMBER / PART DESCRIPTION / COMMENTS | METALDYNE PART NUMBER | MODEL YEAR | BOOK NO. | RELEASE NUMBER | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 055001 0165 | 18022458 FRONT DISC BRAKE BRKT | 18022458-MP  1( ) | | | 062453 110.1210. | 1,400 | 4.56580 | 6,392.12 |
| 0550004914 | 18045330 FRONT DISC BRAKE BRK | 18045330-MP  1( ) | | | 062412 110.1210. | 360 | 5.86000 | 2,109.60 |
| 0550010167 | 18047030 FRONT DISC BRAKE BRK | 18047030-MP  1( ) | | | 062453 110.1210. | 720 | 5.07630 | 3,654.94 |
| 055001 0165 | 18076163 BRACKET, BRAKE T-TRUCK | 18076163-MP  1( ) | | | 062453 110.1210. | 2,205 | 5.21540 | 11,499.96 |
| | CUSTOMER DUNNAGE | 1( ) | | | | 33 | | |

_949.35 due_

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 & 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the U.S. Dept. of Labor issued under Section 14 thereof.

*************************************
** 11/16/06 - PLEASE REMIT **
*************************************

TOTAL: 23,656.62

# metaldyne

47603 Halyard Drive, Plymouth MI 48170-2429

734/207-6200

**REMIT TO:** LOCKBOX # 23305  **NEW**
METALDYNE MACHINING & ASSEMBLY
COMPANY, INC. - GREENVILLE
23305 NETWORK PLACE
CHICAGO, IL. 60673-1233

**INVOICE NUMBER:** 10 51504
**INVOICE DATE:** 7/27/05

**SOLD TO:** 60150

DELPHI CORPORATION
ACCOUNTS PAYABLE
P.O. BOX 1550
FLINT, MI. 48501-1550

**SHIP TO:** DELPHI SYSTEMS

3100 NEEDMORE ROAD
DOCK 101
DAYTON, OH. 45414

37618

| DATE SHIPPED | SHIPPER # SID # | SUPPLIER CODE | TERM | SHIPPED FROM | | SHIPPED VIA |
|---|---|---|---|---|---|---|
| 7/27/05 | 10 51504 | 805338399 | NET 25TH PROX | GREENVILLE OPERATION GREENVILLE, N.C. | | USEX VICTORY - US EXPRESS |

| CUSTOMER ORDER NO. | CUSTOMER PART NUMBER PART DESCRIPTION / COMMENTS | METALDYNE PART NUMBER | MODEL YEAR | BOOK NO. | RELEASE NUMBER | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 0550050637 | 18078751 BRACKET-FRT DISC BRAKE CUSTOMER DUNNAGE | 18078751-MP | 1( ( | ) ) | 062841 110.1210. | 2,352 16 | 5.27660 | 12,410.56 |

*********************************
**    11/16/06  -  PLEASE REMIT    **
*********************************

_542.84 due_

**TOTAL:**    12,410.56

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 & 12 of the Fair
Labor Standards Act, as amended, and of regulations and orders of the U.S. Dept. of Labor issued under Section 14 thereof.

# metaldyne

734/207-6200

47603 Halyard Drive, Plymouth MI 48170-2429

**REMIT TO:** LOCKBOX # 23305  **NEW**
METALDYNE MACHINING & ASSEMBLY
COMPANY, INC. - GREENVILLE
23305 NETWORK PLACE
CHICAGO, IL. 60673-1233

**SOLD TO:** 60150
DELPHI CORPORATION
ACCOUNTS PAYABLE
P.O. BOX 1550
FLINT, MI. 48501-1550

**SHIP TO:** DELPHI SYSTEMS
3100 NEEDMORE ROAD
DOCK 101
DAYTON, OH. 45414

INVOICE NUMBER: 10 51507
INVOICE DATE: 7/27/05

37618

| DATE SHIPPED | SHIPPER # SID # | SUPPLIER CODE | TERM |
|---|---|---|---|
| 7/27/05 | 10 51507 | 805338399 | NET 25TH PROX |

SHIPPED FROM: GREENVILLE OPERATION
GREENVILLE, N.C.

SHIPPED VIA: USEX VICTORY - US EXPRESS

| CUSTOMER ORDER NO. | CUSTOMER PART NUMBER / PART DESCRIPTION / COMMENTS | METALDYNE PART NUMBER | MODEL YEAR | BOOK NO. | RELEASE NUMBER | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 0550010165 | 18022458 FRONT DISC BRAKE BRKT | 18022458-MP | 1( ) | | 062453 110.1210. | 1,400 | 4.56580 | 6,392.12 |
| 0550004914 | 18045330 FRONT DISC BRAKE BRK | 18045330-MP | 1( ) | | 062412 110.1210. | 360 | 5.86000 | 2,109.60 |
| 0550010165 | 18076163 FRONT DISC BRAKE BRK | 18076163-MP | 1( ) | | 062453 110.1210. | 2,205 | 5.21540 | 11,499.96 |
| 0550050637 | 18078751 BRACKET-FRT DISC BRAKE | 18078751-MP | 1( ) | | 062841 110.1210. | 1,029 | 5.27660 | 5,429.62 |
| | CUSTOMER DUNNAGE | | 1( ) | | | 35 | | |

*1097.48 due*

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 & 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the U.S. Dept. of Labor issued under Section 14 thereof.

```
*********************************
**  11/16/06  - PLEASE REMIT  **
*********************************
```

TOTAL: 25,431.30

# metaldyne

47603 Halyard Drive, Plymouth MI 48170-2429

734/207-6200

**REMIT TO:** LOCKBOX # 23305  **NEW**
METALDYNE MACHINING & ASSEMBLY
COMPANY, INC. - GREENVILLE
23305 NETWORK PLACE
CHICAGO, IL. 60673-1233

**SOLD TO:** 60150

DELPHI CORPORATION
ACCOUNTS PAYABLE
P.O. BOX 1550
FLINT, MI. 48501-1550

**SHIP TO:** DELPHI SYSTEMS

3100 NEEDMORE ROAD
DOCK 101
DAYTON, OH. 45414

**INVOICE NUMBER:** 10 51510
**INVOICE DATE:** 7/28/05

37618

| DATE SHIPPED | SHIPPER # SID # | SUPPLIER CODE | TERM | SHIPPED FROM | | | | SHIPPED VIA |
|---|---|---|---|---|---|---|---|---|
| 7/28/05 | 10 51510 | 805338399 | NET 25TH PROX | GREENVILLE OPERATION GREENVILLE, N.C. | | | | YSFY YELLOW FREIGHT SYSTEM |

| CUSTOMER ORDER NO. | CUSTOMER PART NUMBER PART DESCRIPTION / COMMENTS | METALDYNE PART NUMBER | MODEL YEAR | BOOK NO. | RELEASE NUMBER | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 0550010165 | 18022458 FRONT DISC BRAKE BRKT | 18022458-MP | 1( ) | | 062453 110.1210. | 700 | 4.56580 | 3,196.06 |
| 0550004914 | 18045330 FRONT DISC BRAKE BRK | 18045330-MP | 1( ) | | 062412 110.1210. | 360 | 5.86000 | 2,109.60 |
| 0550010165 | 18076163 FRONT DISC BRAKE BRK | 18076163-MP | 1( ) | | 062453 110.1210. | 2,205 | 5.21540 | 11,499.96 |
| 0550050637 | 18078751 BRACKET-FRT DISC BRAKE | 18078751-MP | 1( ) | | 062841 110.1210. | 2,352 | 5.27660 | 12,410.56 |
| | CUSTOMER DUNNAGE | | 1( ) | | | 39 | | |

```
*****************
**  11/16/06 - PLEASE REMIT  **
*****************
```

186.06 due

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 & 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the U.S. Dept. of Labor issued under Section 14 thereof.

**TOTAL:**    29,216.18

# metaldyne

47603 Halyard Drive, Plymouth MI 48170-2429

734/207-6200

REMIT TO:  LOCKBOX # 23305   **NEW**
METALDYNE MACHINING & ASSEMBLY
COMPANY, INC.  - GREENVILLE
23305 NETWORK PLACE
CHICAGO, IL. 60673-1233

INVOICE NUMBER:
INVOICE DATE:    8/01/05

SOLD TO:   60150

DELPHI CORPORATION
ACCOUNTS PAYABLE
P.O. BOX 1550
FLINT, MI. 48501-1550

SHIP TO:   DELPHI SYSTEMS

3100 NEEDMORE ROAD
DOCK 101
DAYTON, OH. 45414

37618

| DATE SHIPPED | SHIPPER # SID # | SUPPLIER CODE | TERM | SHIPPED FROM | | SHIPPED VIA |
|---|---|---|---|---|---|---|
| 8/01/05 | 10 51540 | 805338399 | NET 25TH PROX | GREENVILLE OPERATION GREENVILLE, N.C. | | YSFY YELLOW FREIGHT SYSTEM |

| CUSTOMER ORDER NO. | CUSTOMER PART NUMBER PART DESCRIPTION / COMMENTS | METALDYNE PART NUMBER | MODEL YEAR | BOOK NO. | RELEASE NUMBER | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 0550010165 | 18022458 FRONT DISC BRAKE BRKT | 18022458-MP | 1( ) | | 062453 110.1210. | 1,400 | 4.56580 | 6,392.12 |
| 0550004914 | 18045330 FRONT DISC BRAKE BRK | 18045330-MP | 1( ) | | 062412 110.1210. | 360 | 5.86000 | 2,109.60 |
| 0550010165 | 18076163 FRONT DISC BRAKE BRK | 18076163-MP | 1( ) | | 062453 110.1210. | 1,764 | 5.21540 | 9,199.97 |
| 0550050637 | 18078751 FRONT DISC BRAKE BRK BRACKET-FRT DISC BRAKE CUSTOMER DUNNAGE | 18078751-MP | 1( ) | | 062841 110.1210. | 1,764 37 | 5.27660 | 9,307.92 |

*****************************
**  11/16/06  - PLEASE REMIT  **
*****************************

1165.35 due

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 & 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the U.S. Dept. of Labor issued under Section 14 thereof.

TOTAL:                    27,009.61

# metaldyne

734/207-6200

47603 Halyard Drive, Plymouth MI 48170-2429

**REMIT TO:** LOCKBOX # 23305 **NEW**
METALDYNE MACHINING & ASSEMBLY
COMPANY, INC. - GREENVILLE
23305 NETWORK PLACE
CHICAGO, IL. 60673-1233

**INVOICE NUMBER:**  10 51542
**INVOICE DATE:**  8/01/05

**SOLD TO:**  60150

DELPHI CORPORATION
ACCOUNTS PAYABLE
P. O. BOX 1550
FLINT, MI. 48501-1550

**SHIP TO:**  DELPHI CHASIS SYSTEMS
SAGINAW OPERATIONS
2328 E GENESEE AVE
SAGINAW, MI. 45414

77609

| DATE SHIPPED | SHIPPER # SID # | SUPPLIER CODE | TERM | SHIPPED FROM | | SHIPPED VIA |
|---|---|---|---|---|---|---|
| 8/01/05 | 10 51542 | 805338399 | NET 25TH PROX | GREENVILLE OPERATION GREENVILLE, N.C. | | MENLO MENLO LOGISTICS |

| CUSTOMER ORDER NO. | CUSTOMER PART NUMBER PART DESCRIPTION / COMMENTS | METALDYNE PART NUMBER | MODEL YEAR | BOOK NO. | RELEASE NUMBER | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 0550037278 | 18079796 CATERA CTS-V KNUCKLE LH | 18079796-MP | 1( ) | | 063625 110.1210. | 870 | 14. 89060 | 12,954.82 |
| 0550037278 | 18079797 CATERA CTS-V KNUCKLE RH CUSTOMER DUNNAGE | 18079797-MP | 1( ) 1( ) | | 063625 110.1210. | 870 58 | 14. 89060 | 12,954.82 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*   11/16/06  -  PLEASE REMIT  \*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*1940.72 due*

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 & 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the U.S. Dept. of Labor issued under Section 14 thereof.

**TOTAL:**  25,909.64

**metaldyne**

734/207-6200

47603 Halyard Drive, Plymouth MI 48170-2429

REMIT TO: LOCKBOX # 23305  **-NEW-**
METALDYNE MACHINING & ASSEMBLY
COMPANY, INC. - GREENVILLE
23305 NETWORK PLACE
CHICAGO, IL. 60673-1233

INVOICE NUMBER:
INVOICE DATE:
10 51543
8/02/05

SOLD TO: 60150
DELPHI CORPORATION
ACCOUNTS PAYABLE
P.O. BOX 1550
FLINT, MI. 48501-1550

SHIP TO: DELPHI SYSTEMS
3100 NEEDMORE ROAD
DOCK 101
DAYTON, OH. 45414

37618

SHIPPED FROM
GREENVILLE OPERATION
GREENVILLE, N.C.

SHIPPED VIA
YSFY
YELLOW FREIGHT SYSTEM

| DATE SHIPPED | SHIPPER # SID # | SUPPLIER CODE | TERM |
|---|---|---|---|
| 8/02/05 | 10 51543 | 805338399 | NET 25TH PROX |

| CUSTOMER ORDER NO. | CUSTOMER PART NUMBER PART DESCRIPTION / COMMENTS | METALDYNE PART NUMBER | MODEL YEAR | BOOK NO. | RELEASE NUMBER | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 0550010165 | 18022458 FRONT DISC BRAKE BRKT | 18022458-MP 1( ) | | | 062453 110.1210. | 1,400 | 4.56580 | 6,392.12 |
| 0550004914 | 18045330 FRONT DISC BRAKE BRK | 18045330-MP 1( ) | | | 062412 110.1210. | 360 | 5.86000 | 2,109.60 |
| 0550010165 | 18076163 FRONT DISC BRAKE BRK | 18076163-MP 1( ) | | | 062453 110.1210. | 3,528 | 5.21540 | 18,399.93 |
| | CUSTOMER DUNNAGE | 1( ) | | | | 37 | | |

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 & 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the U.S. Dept. of Labor issued under Section 14 thereof.

```
**********************************
** 11/16/06 - PLEASE REMIT **
**********************************
```

1165.34
due

TOTAL:

26,901.65

# metaldyne

47603 Halyard Drive, Plymouth MI 48170-2429

734/207-6200

REMIT TO:  LOCKBOX # 23305  **NEW**
METALDYNE MACHINING & ASSEMBLY
COMPANY, INC. - GREENVILLE
23305 NETWORK PLACE
CHICAGO, IL. 60673-1233

INVOICE NUMBER:
INVOICE DATE:  8/02/05

SOLD TO:  60150
DELPHI CORPORATION
ACCOUNTS PAYABLE
P.O. BOX 1550
FLINT, MI. 48501-1550

SHIP TO:  DELPHI SYSTEMS
3100 NEEDMORE ROAD
DOCK 101
DAYTON, OH. 45414

37618

| DATE SHIPPED | SHIPPER SID # | SUPPLIER CODE | TERM | SHIPPED FROM | | SHIPPED VIA |
|---|---|---|---|---|---|---|
| 8/02/05 | 10  51547 | 805338399 | NET 25TH PROX | GREENVILLE OPERATION GREENVILLE, N.C. | | USEX VICTORY - US EXPRESS |

| CUSTOMER ORDER NO. | PART NUMBER PART DESCRIPTION / COMMENTS | CUSTOMER PART NUMBER | METALDYNE PART NUMBER | MODEL YEAR | BOOK NO. | RELEASE NUMBER | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 055000491 4 | 18045330 FRONT DISC BRAKE BRK | 18045330 | 18045330-MP | 1( ) | | 044713 110.1210. | 360 | 5.86000 | 2,109.60 |
| 055005063 7 | 18078751 BRACKET-FRT DISC BRAKE | 18078751 | 18078751-MP | 1( ) | | 045042 110.1210. | 3,528 | 5.27660 | 18,615.84 |
| | CUSTOMER DUNNAGE | | | 1( ) | | 110.1210. | 27 | | |

897.80 due

TOTAL:    20,725.44

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 & 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the U.S. Dept. of Labor issued under Section 14 thereof.

**metaldyne**

47603 Halyard Drive, Plymouth MI 48170-2429

734/207-6200

REMIT TO: LOCKBOX # 23305  **NEW**
METALDYNE MACHINING & ASSEMBLY
COMPANY, INC. - GREENVILLE
23305 NETWORK PLACE
CHICAGO, IL. 60673-1233

INVOICE NUMBER:
INVOICE DATE:   8/03/05

SOLD TO:   60150

DELPHI CORPORATION
ACCOUNTS PAYABLE
P.O. BOX 1550
FLINT, MI. 48501-1550

SHIP TO:   DELPHI SYSTEMS
3100 NEEDMORE ROAD
DOCK 101
DAYTON, OH. 45414

10 51554

37618

| DATE SHIPPED | SHIPPER # SID # | SUPPLIER CODE | TERM | SHIPPED FROM | | SHIPPED VIA |
|---|---|---|---|---|---|---|
| 8/03/05 | 10 51554 | 805338399 | NET 25TH PROX | GREENVILLE OPERATION GREENVILLE, N.C. | | USEX VICTORY - US EXPRESS |

| CUSTOMER ORDER NO. | CUSTOMER PART NUMBER PART DESCRIPTION / COMMENTS | METALDYNE PART NUMBER | MODEL YEAR | BOOK NO. | RELEASE NUMBER | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 0550004914 | 18045330 FRONT DISC BRAKE BRK | 18045330-MP | 1( ) | | 044713 110.1210. | 360 | 5.86000 | 2,109.60 |
| 0550010165 | 18076163 FRONT DISC BRAKE BRK | 18076163-MP | 1( ) | | 044713 110.1210. | 1,176 | 5.21540 | 6,133.31 |
| 0550050637 | 18078751 BRACKET-FRT DISC BRAKE CUSTOMER DUNNAGE | 18078751-MP | 1( ) 1( ) | | 045042 110.1210. | 1,764 23 | 5.27660 | 9,307.92 |

***********************************
** 11/16/06 - PLEASE REMIT **
***********************************

762.09 due

TOTAL:   17,550.83

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 & 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the U.S. Dept. of Labor issued under Section 14 thereof.

**metaldyne**

47603 Halyard Drive, Plymouth MI 48170-2429

734/207-6200

REMIT TO:  LOCKBOX # 23305  **NEW**
METALDYNE MACHINING & ASSEMBLY
COMPANY, INC.  -  GREENVILLE
23305 NETWORK PLACE
CHICAGO, IL. 60673-1233

SOLD TO:   60150

DELPHI CORPORATION
ACCOUNTS PAYABLE
P. O. BOX 1550
FLINT, MI. 48501-1550

SHIP TO:

DELPHI CHASIS SYSTEMS
SAGINAW OPERATIONS
2328 E GENESEE AVE
SAGINAW, MI. 45414

INVOICE NUMBER:  10 51556
INVOICE DATE:    8/03/05

77609

| DATE SHIPPED | SHIPPER # SID # | SUPPLIER CODE | TERM | SHIPPED FROM | SHIPPED VIA |
|---|---|---|---|---|---|
| 8/03/05 | 10 51556  805338399 | | NET 25TH PROX | GREENVILLE OPERATION GREENVILLE, N.C. | MENLO  MENLO LOGISTICS |

| CUSTOMER ORDER NO. | CUSTOMER PART NUMBER PART DESCRIPTION / COMMENTS | METALDYNE PART NUMBER | MODEL YEAR | BOOK NO. | RELEASE NUMBER | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 0550037278 | 18079796 | 18079796-MP | | | 051848 | | | |
| | CATERA CTS-V KNUCKLE LH | 1( ) | | | 110.1210. | 840 | 14.89060 | 12,508.10 |
| 0550037278 | 18079797 | 18079797-MP | | | 051848 | | | |
| | CATERA CTS-V KNUCKLE RH | 1( ) | | | 110.1210. | 840 | 14.89060 | 12,508.10 |
| | CUSTOMER DUNNAGE | ( ) | | | | 56 | | |

```
*****************************
**  11/16/06  - PLEASE REMIT  **
*****************************
```

*1391.04 dw*

TOTAL:  25,016.20

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 & 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the U.S. Dept. of Labor issued under Section 14 thereof.

# metaldyne

734/207-6200

47603 Halyard Drive, Plymouth MI 48170-2429

REMIT TO:   LOCKBOX # 23305   **NEW**
METALDYNE MACHINING & ASSEMBLY
COMPANY, INC. - GREENVILLE
23305 NETWORK PLACE
CHICAGO, IL. 60673-1233

INVOICE NUMBER:   10 51557
INVOICE DATE:   8/05/05

**SOLD TO:**   60150

DELPHI CORPORATION
ACCOUNTS PAYABLE
P.O. BOX 1550
FLINT, MI. 48501-1550

**SHIP TO:**   DELPHI SYSTEMS

3100 NEEDMORE ROAD
DOCK 101
DAYTON, OH. 45414

37618

| DATE SHIPPED | SHIPPER # SID # | SUPPLIER CODE | TERM | | | | | | SHIPPED VIA |
|---|---|---|---|---|---|---|---|---|---|
| 8/05/05 | 10 51557 | 805338399 | NET 25TH PROX | | | | | | USEX |

SHIPPED FROM
GREENVILLE OPERATION
GREENVILLE, N.C.

SHIPPED VIA
USEX
VICTORY - US EXPRESS

| CUSTOMER ORDER NO. | CUSTOMER PART NUMBER PART DESCRIPTION / COMMENTS | METALDYNE PART NUMBER | MODEL YEAR | BOOK NO. | RELEASE NUMBER | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 0550004914 | 18045330 FRONT DISC BRAKE BRK | 18045330-MP 1( ) | | | 044713 110.1210. | 360 | 5.86000 | 2,109.60 |
| 0550010165 | 18076163 FRONT DISC BRAKE BRK | 18076163-MP 1( ) | | | 044713 110.1210. | 1,764 | 5.21540 | 9,199.97 |
| 0550050637 | 18078751 FRONT-FRT DISC BRAKE | 18078751-MP 1( ) | | | 045042 110.1210. | 1,764 | 5.27660 | 9,307.92 |
| | BRACKET-FRT DISC BRAKE CUSTOMER DUNNAGE | 1( ) | | | | 27 | | |

*****************************************
**   11/16/06  -  PLEASE REMIT   **
*****************************************

*8581 18.68 due*

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 & 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the U.S. Dept. of Labor issued under Section 14 thereof.

TOTAL:   20,617.49

# metaldyne

47603 Halyard Drive, Plymouth MI 48170-2429

734/207-6200

**REMIT TO:** LOCKBOX # 23305  **\*\*NEW\*\***
METALDYNE MACHINING & ASSEMBLY
COMPANY, INC.  -  GREENVILLE
23305 NETWORK PLACE
CHICAGO, IL. 60673-1233

**SOLD TO:** 60150

DELPHI CORPORATION
ACCOUNTS PAYABLE
P. O. BOX 1550
FLINT, MI. 48501-1550

**SHIP TO:**

DELPHI CHASIS SYSTEMS
SAGINAW OPERATIONS
2328 E GENESEE AVE
SAGINAW, MI. 45414

**INVOICE NUMBER:** 10 51568
**INVOICE DATE:** 8/05/05

77609

| DATE SHIPPED | SHIPPER # SID # | SUPPLIER CODE | TERM | | SHIPPED FROM | | | SHIPPED VIA | |
|---|---|---|---|---|---|---|---|---|---|
| 8/05/05 | 10 51568 | 805338399 | NET 25TH PROX | | GREENVILLE OPERATION GREENVILLE, N.C. | | | MENLO MENLO LOGISTICS | |

| CUSTOMER ORDER NO. | CUSTOMER PART NUMBER PART DESCRIPTION / COMMENTS | METALDYNE PART NUMBER | MODEL YEAR | BOOK NO. | RELEASE NUMBER | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 550037278 | 18079796 CATERA CTS-V KNUCKLE LH | 18079796-MP   1( ) | | | 051848 110.1210. | 450 | 14.89060 | 6,700.77 |
| 550037278 | 18079797 CATERA CTS-V KNUCKLE RH | 18079797-MP   1( ) | | | 051848 110.1210. | 450 | 14.89060 | 6,700.77 |
| | CUSTOMER DUNNAGE | 1( ) | | | | 30 | | |

745.20 due

```
*******************************
**   11/16/06  -  PLEASE REMIT   **
*******************************
```

**TOTAL:** 13,401.54

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 & 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the U.S. Dept. of Labor issued under Section 14 thereof.

# metaldyne

47603 Halyard Drive, Plymouth MI 48170-2429

734/207-6200

**REMIT TO:** LOCKBOX # 23305  **\*\*NEW\*\***
METALDYNE MACHINING & ASSEMBLY
COMPANY, INC.  -  GREENVILLE
23305 NETWORK PLACE
CHICAGO, IL.  60673-1233

**SOLD TO:**  60150

DELPHI CORPORATION
ACCOUNTS PAYABLE
P.O. BOX 1550
FLINT, MI. 48501-1550

**SHIP TO:**  DELPHI SYSTEMS

3100 NEEDMORE ROAD
DOCK 101
DAYTON, OH. 45414

INVOICE NUMBER: 10 51569
INVOICE DATE: 8/05/05

37618

**SHIPPED FROM**
GREENVILLE OPERATION
GREENVILLE, N.C.

**SHIPPED VIA**
USEX
VICTORY  -  US EXPRESS

| DATE SHIPPED | SHIPPER # SID # | SUPPLIER CODE | TERM |
|---|---|---|---|
| 8/05/05 | 10 51569 | 805338399 | NET 25TH PROX |

| CUSTOMER ORDER NO. | CUSTOMER PART NUMBER PART DESCRIPTION / COMMENTS | METALDYNE PART NUMBER | MODEL YEAR | BOOK NO. | RELEASE NUMBER | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 0550010165 | 18022157 FRONT DISC BRAKE BRK | 18022157-MP | 1( ) | | 044713 110.1210. | 140 | 4.74310 | 664.03 |
| 0550010165 | 18022458 FRONT DISC BRAKE BRKT | 18022458-MP | 1( ) | | 044713 110.1210. | 980 | 4.56580 | 4,474.48 |
| 0550004914 | 18045330 FRONT DISC BRAKE BRK | 18045330-MP | 1( ) | | 044713 110.1210. | 360 | 5.86000 | 2,109.60 |
| 0550010165 | 18076163 FRONT DISC BRAKE BRK | 18076163-MP | 1( ) | | 044713 110.1210. | 1,029 | 5.21540 | 5,366.65 |
| 0550050637 | 18078751 BRACKET-FRT DISC BRAKE | 18078751-MP | 1( ) | | 045042 110.1210. | 1,764 | 5.27660 | 9,307.92 |
| | CUSTOMER DUNNAGE | | | | | 30 | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*   11/16/06  -  PLEASE REMIT   \*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*945.44 due*

TOTAL: 21,922.68

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 & 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the U.S. Dept. of Labor issued under Section 14 thereof.

# metaldyne

47603 Halyard Drive, Plymouth MI 48170-2429

734/207-6200

**REMIT TO:** LOCKBOX # 23305  **\*\*NEW\*\***
METALDYNE MACHINING & ASSEMBLY
COMPANY, INC.  -  GREENVILLE
23305 NETWORK PLACE
CHICAGO, IL.  60673-1233

**SOLD TO:**   60150

DELPHI CORPORATION
ACCOUNTS PAYABLE
P.O. BOX 1550
FLINT, MI. 48501-1550

**SHIP TO:**

DELPHI CHASIS SYSTEMS
SAGINAW OPERATIONS
2328 E GENESEE AVE
SAGINAW, MI. 45414

**INVOICE NUMBER:**
**INVOICE DATE:**   9/19/05

10 51830

77609

| DATE SHIPPED | SHIPPER # SID # | SUPPLIER CODE | TERM | SHIPPED FROM | | | | | | SHIPPED VIA | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/19/05 | 10 51830 | 805338399 | NET 25TH PROX | GREENVILLE OPERATION GREENVILLE, N.C. | | | | | | MENLO MENLO LOGISTICS | |

| CUSTOMER ORDER NO. | CUSTOMER PART NUMBER PART DESCRIPTION / COMMENTS | METALDYNE PART NUMBER | MODEL YEAR | BOOK NO. | RELEASE NUMBER | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 0550037278 | 18079796 CATERA CTS-V KNUCKLE LH PARTS SHIPPED 091805 SHIPPER#168819 TRAILER# 798732 | 18079796-MP | 1( ) | | 113325 110.1210. | 240 | 14.89060 | 3,573.74 |
| 0550037278 | 18079797 CATERA CTS-V KNUCKLE RH CUSTOMER DUNNAGE | 18079797-MP | 1( ) ( ) | | 113325 110.1210. | 240 16 | 14.89060 | 3,573.74 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*   11/16/06  -  PLEASE REMIT  \*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 & 12 of the Fair
Labor Standards Act, as amended, and of regulations and orders of the U.S. Dept. of Labor issued under Section 14 thereof.

**TOTAL:**   7,147.48

10/10/2006 15:15 FAX 937 455 7305    ⌀001

# DELPHI

**Buyer:**

DELPHI AUTOMOTIVE SYSTEMS LLC
DELPHI ENERGY & CHASSIS DIV
5820 DELPHI DR
TROY MI 48098

**Deliver to:**

METALDYNE CORP
220 INDUSTRIAL BLVD
GREENVILLE NC 27834

METALDYNE CORP
P.O. Box 1645
GREENVILLE NC 27834

**Purchase Order**

| PO Number | |
|---|---|
| 450344820 | Date Issued |
| Version | 22-Aug-2006 |
| 10-Oct-2006 15:04:34 | |

Delivery date: 17-AUG-2007

Vendor No: 1005696
DUNS No: 805338399

| Payment Terms: Z010 | Currency: USD |
|---|---|
| NET 10 DAYS | |

Incoterms: FOB-Freight Collect

| Item No. | Material No/Item Identifier No.  Total Order Quantity | | Plant |
|---|---|---|---|
| | Description | | Requester |

00010    PR10641609 00010                    27,000.000    HA02 DELPHI E & C    NEEDMORE
         18023239 GMX REAR BRACKET                        L. REUTER
PLEASE MAIL TWO (2) COPIES OF YOUR INVOICE TO:

DELPHI ENERGY & CHASSIS SYSTEMS
ATTN: LINDA GOLSON MAIL STOP: 1-08
PO BOX 1042
DAYTON OH 45401

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 17-AUG-2007 | 27,000.000 | 1,169.55 | 1,000 | PC | 31,577.85 |
| Net Line Item Value: | | | | USD | 31,577.85 |

00020    PR10641609 00020                    33,323.000    HA02 DELPHI E & C    NEEDMORE
         18024892 GMX FRONT BRACKET                       L. REUTER
PLEASE MAIL TWO (2) COPIES OF YOUR INVOICE TO:

DELPHI ENERGY & CHASSIS SYSTEMS
ATTN: LINDA GOLSON MAIL STOP: 1-08
PO BOX 1042
DAYTON OH 45401

*Billed 10-28-06*

*D. Bunn*

**Purchasing Contact:** Reuter, Laura
Phone: 937-455-7854
Fax:  937-455-9133

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
2000 FORRER BLVD,
KETTERING OH 45420

Date and Time Printed:  10-Oct-2006 15:04:34

ATTACHMENT 2

10/10/2006 15:15 FAX 9379369155        Delphi E&C Ret        ☑002

# DELPHI

Energy & Chassis Systems

Page 2 of 4

METALDYNE CORP
P.O. Box 1645
GREENVILLE NC 27834

## Purchase Order

PO Number
450344820
Version
10-Oct-2006  15:04:34

Date Issued
22-Aug-2006

| Item No. | Material No/Item Identifier No. | Total Order Quantity | Plant |
| --- | --- | --- | --- |
| | Description | | Requester |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
| --- | --- | --- | --- | --- | --- |
| 17-AUG-2007 | 33,323.000 | 2,523.60 | 1,000 | PC | 84,093.92 |
| Net Line Item Value | | | | USD | 84,093.92 |

*Billed 10-28-06 J. Bunn*

| Total net value | USD | 115,671.77 |
| --- | --- | --- |

### Notes

Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.

***************************

IMPORTANT NOTICE TO SUPPLIERS:
PLEASE COMPLY STRICTLY WITH DELPHI'S ENVIRONMENTAL REQUIREMENTS AS STATED IN THE ENVIRONMENTAL REQUIREMENTS FOR CONTRACTORS / SUPPLIERS / VENDORS. A COPY OF THE ENVIRONMENTAL REQUIREMENTS IS AVAILABLE UPON WRITTEN REQUEST TO THE BUYER.

Delphi requires 100% on time delivery performance from suppliers. If you anticipate problems in delivering materials and/or completing services by the date specified on the Buyer's purchase order, the Delphi Buyer should be notified immediately.
**************************************

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

***************************************************

Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements . If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.

All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material. Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.
*****************************************************

***********************************************

## metaldyne
### ISO/TS16949 (7.2) – Contract Review Label
Items to be reviewed / approved:

| | |
| --- | --- |
| Part Number | Terms/Clauses |
| Unit Price | Tooling Capacity |
| Effective Date | Tooling Amount |
| Design Revision | Producing Plant (Supplier Code) |

Date: 10-12-06        Signature: *Steve Allen*

Comments: *OK Let Ne*

10/10/2006 15:16 FAX 9374359133    Delphi E&C Ret                                    ☐003

# DELPHI

Energy & Chassis Systems

Page 3 of 4

METALDYNE CORP
P.O. Box 1645
GREENVILLE NC 27834

**Purchase Order**

| PO Number | Date Issued |
|---|---|
| 450344820 | 22-Aug-2006 |
| Version | |
| 10-Oct-2006  15:04:34 | |

| Item No. | Material No/Item Identifier No  Total Order Quantity | Plant |
|---|---|---|
| | Description | Requester |

**Notes Continued:**

Do not bill sales or use tax on items delivered to locations within the states listed below. Delphi Automotive Systems, LLC (" DELPHI ") holds direct pay authority with these states. As a result, in all of the identified states DELPHI will remit directly to taxing authorities, all sales or use tax liability related to his purchase and use of tangible personal property and services. Therefore, effective immediately, this tax clause supersedes all tax code information found on this order except for those states not identified below. For those states not identified below, please continue to follow the specific tax code instructions found on this order. Listed below are Direct Pay Permit or Sales Tax License numbers for the eleven (11) states, or DELPHI locations within a state, where DELPHI holds direct pay authority:

Alabama -------------------805
New Jersey ---------------383-431-131/000
Georgia -------------------300-45870-8
New York -----------------DP-3487
Indiana -------------------1018702130011
Ohio ----------------------98-0002667
Kansas --------------------98-0003a
Texas ---------------------1-38-3431131-1
Michigan ------------------38-3431131
Wisconsin -----------------WDP-99-01-010037
Mississippi ----------------4375

If this order relates to a construction contract for real property, all applicable sales and use taxes are the responsibility of the contractor, and should be included in the contractor's bid as required pursuant to Section 7 of the DELPHI 1638 (8/00 Rev A), "Construction General Conditions", unless the responsibility for payment of sales & use taxes are otherwise specifically outlined in the contract.

Questions should be directed to: Delphi Disbursement - Customer Service Phone: (248) 874-4636

*****************************************************************************************
****************************************************************************************
If this is your first purchase order with Delphi under this DUNS number or your remittance information has changed, you need to establish a payment link with the following:

Delphi Corporation EAG Disbursements Center
Vendor Name and Address Group
16 E. Judson St.
Pontiac, MI 48342-2205
Fax 602-797-6513
Attention: The UNA Work Group
Disbursements Supplier Relations Phone Number: (248) 874-4636

You will need to provide a copy of invoice or letterhead showing, company name, correct remittance and correspondence addresses, contract number and "ship from" DUNS number.

To request EFT Agreement forms go to Website at www.delphi.com <http://www.delphi.com> clicking on "suppliers" in the header, then click "supplier community portal" & then click on "supplier standards" on supplier page.

10/10/2006 15:16 FAX 9374559133          DELPHI E&C E&C                          ☑004

# DELPHI
_____
Energy & Chassis Systems

Page   4  of  4

| | |
|---|---|
| METALDYNE CORP<br>P.O. Box 1645<br>GREENVILLE NC 27834 | **Purchase Order**<br><br>PO Number         Date Issued<br>450344820       22-Aug-2006<br>Version<br>10-Oct-2006  15:04:34 |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

**Notes Continued:**

You can now view payment status on-line using E-DACOR.  You may go to Website at www.delphi.com <http://www.delphi.com> clicking on "suppliers" in the header & "Information about payment visibility (e-DACOR-payment status)" on supplier page to find out how to get yourself set up.

Note: This order will pay on receipt.  Please do not send an invoice unless specifically requested on the order.  Do, however, send a month end statement of unpaid items and/or additional charges, i.e., freight, tax, setup, etc. to Delphi Automotive Systems Disbursements, P. O. Box 1550, Flint, MI 48501-1550. This is an invoice less system, which generates payment, based on receipt.

If P.O. is in error, please advise the buyer listed below before shipping.
***************************************************************************

PAYMENT ISSUES and QUESTIONS REGARDING SHIPPED MATERIAL SHOULD BE DIRECTED to DISBURSEMENT SERVICES at (248)-874-4636.

****************************************************************************
****************************************************************************

****************************************************************************

Supplier acknowledges that payment terms are strictly confidential and not be disclosed to any third party whatsoever without the prior written consent of Delphi.

****************************************************************************

10/10/06 - Alteration to change payment terms from MNS2 to Net 10.  jtw

# DELPHI

June 29, 2006 – Updated by Dmitry Harris 4:30 pm

Mr. Dmitry Harris
Global Director of Sales and Engineering
Metaldyne Chassis Group

Subject: Response to Metaldyne letter June 12, 2006  5:00 pm

Mr. Harris,

Concerning your letter, Delphi and Metaldyne agree to the following:

1. Gen-3 Enhanced Mass Brackets:
   a. 18088502: current piece price May 1, 2006 is $5.2066
      i. Effective 7/1/06, price to be $5.56 at a base of $152/GT, Iron Age. For
      the month of July 2006, this would convert to $6.0978 which includes the
      surcharge of $.5378 per piece. Pricing will escalate quarterly based on
      the previous 3 month Iron Age Average of Pittsburgh & Chicago
      Punchings & Plate. For July 2006, this average is $385/GT. Price
      changes will be effective in January, April, July, and October. Casting
      weight is 5.17 pounds.
   b. 18078751: current piece price May 1, 2006 is $5.1324
      i. Effective 7/1/06, price to be $5.56 at a base of $152/GT, Iron Age. For
      the month of July 2006, this would convert to $6.0978 which includes the
      surcharge of $.5378 per piece. Pricing will escalate quarterly based on
      the previous 3 month Iron Age Average of Pittsburgh & Chicago
      Punchings & Plate. For July 2006, this average is $385/GT. Price
      changes will be effective in January, April, July, and October. Casting
      weight is 5.17 pounds.
   c. Metaldyne maintains responsibility for the Plating Supplier.
   d. New Contract valid through 12/31/2009.

2. Sigma Bracket (18045330):
      i. Effective 7/1/06, price to be $6.62 at a base of $152/GT, Iron Age. For
      the month of July 2006, this would convert to $7.1047 which includes the
      surcharge of $.4847 per piece. Pricing will escalate quarterly based on
      the previous 3 month Iron Age Average of Pittsburgh & Chicago
      Punchings & Plate. For July 2006, this average is $385/GT. Price
      changes will be effective in January, April, July, and October. Casting
      weight is 4.66 pounds.
   b. Metaldyne maintains responsibility for the Plating Supplier.
   c. New Contract valid through 12/31/2009.

3. Quad Brackets:
   a. 18077858: current piece price May 1, 2006 is $6.2753, no escalation
      i. Effective 7/1/06, price to be $6.04 at a base of $152/GT, Iron Age. For
      the month of July 2006, this would convert to $6.5674 which includes the

surcharge of $.5274 per piece. Pricing will escalate quarterly based on
the previous 3 month Iron Age Average of Pittsburgh & Chicago
Punchings & Plate. For July 2006, this average is $385/GT. Price,
changes will be effective in January, April, July, and October. Casting
weight is 5.07 pounds. The above pricing does not include the reduction
of 3.5% scheduled for 7/1/06. The above price will be reduced by the
3.5% scheduled reduction; effective 7/1/06, piece price is $6.3375 after
the reduction.

b.   18077984:  current piece price May 1, 2006 is $6.2253, no escalation
  i.   Effective 7/1/06, price to be $6.04 at a base of $152/GT, Iron Age. For
       the month of July 2006, this would convert to $6.5445 which includes the
       surcharge of $.5045 per piece. Pricing will escalate quarterly based on
       the previous 3 month Iron Age Average of Pittsburgh & Chicago
       Punchings & Plate. For July 2006, this average is $385/GT. Price
       changes will be effective in January, April, July, and October. Casting
       weight is 4.85 pounds. The above pricing does not include the reduction
       of 3.5% scheduled for 7/1/06. The above price will be reduced by the
       3.5% scheduled reduction; effective 7/1/06, piece price is $6.3154 after
       the reduction.

c.   Delphi will work with Metaldyne to resource the casting supplier, however, Delphi
     is not able to pay for tooling or price increases as a result of the change.
     Supplier change is subject to customer approval, and must be documented
     through the eSCR process (eSCR needs to be submitted immediately). Targeted
     implementation date is 1/1/07.

d.   Out year productivity reductions as follows: 7/1/06, 3.5%; 7/1/07, 1.5%; 7/1/08
     1.25%; 7/1/09 1.5%. To calculate the reduction, calculate the sell price (sell price
     = base price + surcharge), and then subtract the appropriate percentage to
     determine the new price. With the metal rate at $377/GT, the above change for
     the reduction schedule would equate to a savings of approximately $665,000 to
     Metaldyne over the life of the current Quad Contract.

e.   Contract expiration date does not change from current.

4.   Quality Requirements
  a.   Delphi Needmore Road Management, Greg Noethlich, Mark Gerlach and Delphi
       Purchasing met 6/23/06 at the Needmore Road facility to have a better
       understanding of quality expectations. Metaldyne sent a proposal dated 6/26/06
       outlining these discussions.

5.   GMX 130 Front and Rear Brackets:
  a.   Delphi will pay Metaldyne $115,672 in obsolesce charges. Delphi will target
       payment to Metaldyne by September 1, 2006 or earlier.

6.   Service Parts:
  a.   Metaldyne will honor current contracts for service parts through 12/31/2006.
       Metaldyne will continue to honor service requirements at production pricing for a
       period of three years after the end of production. Delphi will agree to Iron Age
       pricing as agreed in the email from Steve Allor on 6/20/06.
  b.   Delphi will work with Metaldyne to develop alternative delivery schedules
       including size of shipments which will continue to support Delphi's service part
       needs and will allow Metaldyne adequate scheduling and production time.

7. Equipment Repair
   a. Capital Equipment is the responsibility of the supplier to maintain in order to produce parts that meet the print specifications for Delphi. However, as a good faith effort, Delphi will pay up to $300,000 towards the rebuild costs for Metaldyne. Metaldyne must show proof of rebuild prior to payment.

8. Payment terms are being negotiated by Tom Amato and Ken Szymczak. The current proposal is to revert to Net – 10 for all products Metaldyne supplies to Delphi upon implementation and acceptance of new contracts (Purchase Orders) that cover the products mentioned in this letter. Metaldyne will move from N-10 to MNS-2 on September 15'th if a Court approved settlement with the UAW and GM has been completed and if not on January 1, 2007. This is predicated on eliminating the discount that was offered to Delphi in going from MNS-2 to CIA, as we move to N-10 and ultimately back to MNS-2.

9. To summarize, Quad Contract expiration dates remain the same as they were originally agreed, Gen 3 and Sigma extend to 12/31/2009, and service extends to three years after the end of production. Escalation will be paid on Quad, however productivity remains at 3.5% effective 7/1/06, 1.5% 7/1/07, 1.25% 7/1/08 and 1.5% 7/1/09, and there is a price increase granted on the Gen 3 parts. The escalation market will change to Iron Age Average, with price changes quarterly.

All of the above is subject to the appropriate legal and Supply Management approval.

Sincerely,


_Robert T. Andary_  6/30/06                    _Dmitry Harris_  6/29/06

Robert T. Andary                               Dmitry Harris
E&C Metallic Commodity Manager                 Global Director of Sales and Engineering
Delphi                                         Metaldyne Chassis Group

7-21-06

**GMX130 Front and Rear Brake Brackets – Early program termination resulted in
overstock of raw castings.**

Front Bracket:        37,000 castings @ $2.5236 = $93,373.20
Rear Bracket:        27,600 castings @ $1.4413 = $39,779.88

Front Service Requirements estimated at 150 pcs per month = 1800 pcs per year =
5400 pcs over 3 years.

Metaldyne will maintain 1,723 finished + 3,677 castings on hand to
support service.  Metaldyne needs Delphi to purchase remaining 33,323
castings @ $2.5236 = $84,093.92

Rear Service Requirements estimated at 50 pcs per month = 600 pcs per year =
1800 pcs over 3 years.

Metaldyne will maintain 4,538 finished + 0 castings on hand to support
service.  Metaldyne needs Delphi to purchase remaining 27,600 castings
@ $1.14413 = $31,578.

**TOTAL REQUESTED FROM DELPHI = $115,671.92**

Dmitry Harris

# metaldyne

47603 Halyard Drive, Plymouth MI 48170-2429

734/207-6200

| REMIT TO: | LOCKBOX # 23305  **NEW** |
| --- | --- |
| | METALDYNE MACHINING & ASSEMBLY |
| | COMPANY, INC. - GREENVILLE |
| | 23305 NETWORK PLACE |
| | CHICAGO, IL. 60673-1233 |

| INVOICE NUMBER: | 1094727 |
| --- | --- |
| INVOICE DATE: | 10/28/06 |

SOLD TO:    60150    DELPHI CORPORATION
ACCOUNTS PAYABLE
P.O. BOX 1550
FLINT, MI. 48501-1550

SHIP TO:    DELPHI SYSTEMS
3100 NEEDMORE ROAD
DOCK 101
DAYTON, OH. 45414

37618

| DATE SHIPPED | SHIPPER # SID # | SUPPLIER CODE | | TERM | | | SHIPPED FROM | | | SHIPPED VIA | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | GREENVILLE OPERATION | | | | |
| | | | | | | | GREENVILLE, N.C. | | | | |
| 10/28/06 | 10  94727 | 805338399 | | NET 25TH PROX | | | | | | | |

| CUSTOMER ORDER NO. | CUSTOMER PART NUMBER PART DESCRIPTION / COMMENTS | METALDYNE PART NUMBER | MODEL YEAR | BOOK NO. | RELEASE NUMBER | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 450344820 | MISCELLANEOUS | MISCELLANEOUS  2 ( | | | 100119.5110. | 27,000 | 1.16955 | 31,577.85 |
| | MISCELLANEOUS  2 ( 990855) | | | | | | | |
| | TO INVOICE OUR PART NUMBER 18023239 GMX REAR | | | | | | | |
| | BRACKET 27,000 PIECES AT $1.16955 EACH | | | | | | | |

TOTAL:    31,577.85

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 & 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the U.S. Dept. of Labor issued under Section 14 thereof.

# metaldyne

47603 Halyard Drive, Plymouth MI 48170-2429

734/207-6200

**REMIT TO:** LOCKBOX # 23305 **NEW**
METALDYNE MACHINING & ASSEMBLY
COMPANY, INC. - GREENVILLE
23305 NETWORK PLACE
CHICAGO, IL. 60673-1233

| INVOICE NUMBER: | 1094728 |
| INVOICE DATE: | 10/28/06 |

**SOLD TO:** 60150    DELPHI CORPORATION
ACCOUNTS PAYABLE
P.O. BOX 1550
FLINT, MI. 48501-1550

**SHIP TO:** DELPHI SYSTEMS
3100 NEEDMORE ROAD
DOCK 101
DAYTON, OH. 45414

37618

| SHIPPER #<br>SID # | SUPPLIER<br>CODE | | TERM | SHIPPED FROM | | | | | SHIPPED VIA |
|---|---|---|---|---|---|---|---|---|---|
| 10 94728 | 805338399 | | NET 25TH PROX | GREENVILLE OPERATION<br>GREENVILLE, N.C. | | | | | |

| DATE SHIPPED | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/28/06 | | | | | | | | |

| CUSTOMER<br>ORDER NO. | CUSTOMER PART NUMBER<br>PART DESCRIPTION / COMMENTS | METALDYNE PART NUMBER | MODEL<br>YEAR | BOOK<br>NO. | RELEASE<br>NUMBER | QUANTITY<br>SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 450344820 | MISCELLANEOUS | MISCELLANEOUS 2 ( 990855) | | | 100119.5110. | 33,323 | 2.52360 | 84,093.92 |
| | MISCELLANEOUS | | | | | | | |
| | TO INVOICE OUR PART NUMBER 18024892 GMX FRONT | | | | | | | |
| | BRACKET 33,323 PIECES AT $2.52360 EACH | | | | | | | |

**TOTAL:**    84,093.92

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 & 12 of the Fair
Labor Standards Act, as amended, and of regulations and orders of the U.S. Dept. of Labor issued under Section 14 thereof.

| Process # | DUNS # | Plant Code | Doc Type # | Document # | Document Date | Total Amount | Currency Code | Bill Of Lading | Purchase Order # | Status | Due Date/Payment Date | Payment # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9000003555900 | RD 805338389 | HA | 2 | 5520609113001 | 9/21/2005 | $360,550.00 | USD | | 10 9437916 | D04503017727 | Ready To Pay | 12/31/2049 | |
| 9000032686709 | RD 805338389 | H2 | 2 | 5520421956000 1 | 9/21/2005 | $4,725.00 | USD | | 1094379 | D0450124455 | Ready To Pay | 12/31/2049 | |
| 9000032686710 | RD 805338389 | H2 | 2 | 5520421957000 1 | 9/21/2005 | $10,800.00 | USD | | 1094379A | D0450125324 | Ready To Pay | 12/31/2049 | |
| 9000032686708 | RD 805338389 | H2 | 2 | 5520421955700 1 | 9/20/2005 | $10,800.00 | USD | | 1094375A | D0450125323 | Ready To Pay | 12/31/2049 | |
| 9000032686707 | RD 805338389 | H2 | 2 | 5520421956400 1 | 9/20/2005 | $4,725.00 | USD | | 1094375 | D0450124453 | Ready To Pay | 12/31/2049 | |

ATTACHMENT 3

# metaldyne

734/207-6200

47603 Halyard Drive, Plymouth MI 48170-2429

REMIT TO:  LOCKBOX # 23305   **NEW**
METALDYNE MACHINING & ASSEMBLY
COMPANY, INC. - GREENVILLE
23305 NETWORK PLACE
CHICAGO, IL. 60673-1233

INVOICE NUMBER:
INVOICE DATE:   9/21/05

SOLD TO:   60149   DELPHI ENERGY & CHASSIS SYSTEMS

MARILYN TRAPPE, MAIL STOP 1-08
P.O. BOX 1042
DAYTON, OH. 45401

SHIP TO:   DELPHI CHASSIS

1435 CINCINNATI ST.C99B DOCK 4
DAYTON, OH. 45408

INVOICE NUMBER:   10 94379
INVOICE DATE:   9/21/05

| DATE SHIPPED | SHIPPER / SID / | SUPPLIER CODE | TERM | SHIPPED FROM | | | | | SHIPPED VIA | |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/21/05 | 1094379   622114718 | | 25th Prox. | GREENVILLE OPERATION GREENVILLE, N.C. | | | | | | |

| CUSTOMER ORDER NO. | CUSTOMER PART NUMBER PART DESCRIPTION / COMMENTS | METALDYNE PART NUMBER | MODEL YEAR | BOOK NO. | RELEASE NUMBER | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | TOOLING | TOOLING | | 110035009.1518.T | | 1 | 4,725.00000 | 4,725.00 |
| | PURCHASE ORDER #: DCS05247 (TOOLING P.O.) | | | | | | | |
| | ITEM #: 00001 | | | | | | | |
| | ITEM IDENTIFICATION #: PR678810 001 | | | | | | | |
| | PART #: 18077984 / PART DESCRIPTION: 16" BRACKET | | | | | | | |
| | VENDOR #: 11-926-9827 | | | | | | | |
| 2 | TOOLING | TOOLING | | 110035009.1518.T | | 1 | 10,800.00000 | 10,800.00 |
| | PURCHASE ORDER #: DCS08642 (TOOLING P.O.) | | | | | | | |
| | ITEM #: 00001 | | | | | | | |
| | ITEM IDENTIFICATION #: PR679237 001 | | | | | | | |
| | PART #: 18077984 / PART DESCRIPTION: 16" BRACKET | | | | | | | |
| | VENDOR #: 11-926-9827 | | | | | | | |
| 3 | TOOLING | TOOLING | | 110035009.1518.T | | 1 | 185,350.00000 | 185,350.00 |
| | PURCHASE ORDER #: DCS99510 (TOOLING P.O.) | | | | | | | |
| | ITEM #: 00001 | | | | | | | |
| | ITEM IDENTIFICATION #: PR678024 001 | | | | | | | |
| | PART #: 18077984 / PART DESCRIPTION: 16" BRACKET | | | | | | | |
| | VENDOR #: 11-926-9827 | | | | | | | |

************************************
**   11/13/06  -  PLEASE REMIT   **
************************************

37418

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 & 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the U.S. Dept. of Labor issued under Section 14 thereof.

TOTAL:   200,875.00

# metaldyne

47603 Halyard Drive, Plymouth MI 48170-2429

734/207-6200

REMIT TO:  LOCKBOX # 23305  **NEW**
METALDYNE MACHINING & ASSEMBLY
COMPANY, INC. - GREENVILLE
23305 NETWORK PLACE
CHICAGO, IL. 60673-1233

SOLD TO:  60149      DELPHI ENRGY & CHASSIS SYSTEMS

MARILYN TRAPPE, MAIL STOP 1-08
P.O. BOX 1042
DAYTON, OH. 45401

SHIP TO:      DELPHI CHASSIS

1435 CINCINNATI ST C99B DOCK 4
DAYTON, OH. 45408

INVOICE NUMBER:
INVOICE DATE:      9/21/05

10 94381

| DATE SHIPPED | SHIPPER # SID # | | SUPPLIER CODE | TERM | SHIPPED FROM GREENVILLE OPERATION GREENVILLE, N.C. | | | | | | SHIPPED VIA | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/21/05 | 1094381 | 622114718 | | 25th Prox. | | | | | | | | | |

| CUSTOMER ORDER NO. | CUSTOMER PART NUMBER PART DESCRIPTION / COMMENTS | METALDYNE PART NUMBER | MODEL YEAR | BOOK NO. | RELEASE NUMBER | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | TOOLING | TOOLING | | | | | | |
| | PURCHASE ORDER #: DCS99512 (TOOLING P.O.) | | | | | | | |
| | ITEM #: 00001 | 1( ) | 110035008.1518.T | | | 1 | 185,350.00000 | 185,350.00 |
| | ITEM IDENTIFICATION #: PR678027 001 | | | | | | | |
| | PART #: 18077858 / PART DESCRIPTION: 17" BRACKET | | | | | | | |
| | VENDOR #: 11-926-9827 | | | | | | | |
| 2 | TOOLING | TOOLING | | | | | | |
| | PURCHASE ORDER #: DCS05214 (TOOLING P.O.) | | | | | | | |
| | ITEM #: 00001 | 1( ) | 110035008.1518.T | | | 1 | 4,725.00000 | 4,725.00 |
| | ITEM IDENTIFICATION #: PR678809 001 | | | | | | | |
| | PART #: 18077858 / PART DESCRIPTION: 17" BRACKET | | | | | | | |
| | VENDOR #: 11-926-9827 | | | | | | | |
| 3 | TOOLING | TOOLING | | | | | | |
| | PURCHASE ORDER #: DCS08641 (TOOLING P.O.) | | | | | | | |
| | ITEM #: 00001 | 1( ) | 110035008.1518.T | | | 1 | 10,800.00000 | 10,800.00 |
| | ITEM IDENTIFICATION #: PR679236 001 | | | | | | | |
| | PART #: 18077858 / PART DESCRIPTION: 17" BRACKET | | | | | | | |
| | VENDOR #: 11-926-9827 | | | | | | | |

**********************
**  11/13/06  -  PLEASE REMIT  **
**********************

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 & 12 of the Fair
Labor Standards Act, as amended, and of regulations and orders of the U.S. Dept. of Labor issued under Section 14 thereof.

37418

TOTAL:      200,875.00

**metaldyne**

734/207-6200

47603 Halyard Drive, Plymouth MI 48170-2429

REMIT TO: LOCKBOX # 23305  **NEW**
METALDYNE MACHINING & ASSEMBLY
COMPANY, INC. - GREENVILLE
23305 NETWORK PLACE
CHICAGO, IL. 60673-1233

INVOICE NUMBER:
INVOICE DATE:

INVOICE NUMBER: 10 94380
INVOICE DATE: 9/21/05

SOLD TO: 60149   DELPHI ENERY & CHASSIS SYSTEMS

SHIP TO: DELPHI CHASSIS

37418

MARILYN TRAPPE, MAIL STOP 1-08
P.O. BOX 1042
DAYTON, OH. 45401

1435 CINCINNATI ST.C99B DOCK 4
DAYTON, OH. 45408

| DATE SHIPPED | SHIPPER # SID # | SUPPLIER CODE | | TERM | SHIPPED FROM | | | SHIPPED VIA | |
|---|---|---|---|---|---|---|---|---|---|
| 9/21/05 | 1094380 | 62211471B | 25th Prox. | | GREENVILLE OPERATION GREENVILLE, N.C. | | | | |

| CUSTOMER ORDER NO. | CUSTOMER PART NUMBER PART DESCRIPTION / COMMENTS | | METALDYNE PART NUMBER | MODEL YEAR | BOOK NO. | RELEASE NUMBER | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| MISC | | | MISC | | | | | | |
| | CREDIT INVOICE FOR 1094375 PURCHASE ORDER: DCS99512 QUAD 17" BRACKET | | 3( ) | | | 100119.4101 | 1 | 200,875.00000CR | 200,875.00CR |
| | ******************************************* | | | | | | | | |
| | INVOICE WITH THE WRONG UNIT PRICE | | | | | | | | |

*******************************************
**  11/13/06  -  PLEASE REMIT  **
*******************************************

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 & 12 of the Fair
Labor Standards Act, as amended, and of regulations and orders of the U.S. Dept. of Labor issued under Section 14 thereof.

200,875.00CR

# metaldyne

47603 Halyard Drive, Plymouth MI 48170-2429

734/207-6200

**REMIT TO:** LOCKBOX # 23305 **NEW**
METALDYNE MACHINING & ASSEMBLY
COMPANY, INC. - GREENVILLE
23305 NETWORK PLACE
CHICAGO, IL. 60673-1233

INVOICE NUMBER: 10 94375
INVOICE DATE: 9/20/05

**SOLD TO:** 60149    DELPHI ENERY & CHASSIS SYSTEMS

MARILYN TRAPPE, MAIL STOP 1-08
P. O. BOX 1042
DAYTON, OH. 45401

**SHIP TO:** DELPHI CHASSIS
1435 CINCINNATI ST.C99B DOCK 4
DAYTON, OH. 45408

37418

| DATE SHIPPED | SHIPPER # / SID # | SHIPPED FROM |
|---|---|---|
| 9/20/05 | 1094375 | GREENVILLE OPERATION GREENVILLE, N.C. |

| CUSTOMER ORDER NO. | SUPPLIER CODE |
|---|---|
| DCS99512 | 622114718    25th Prox. |

| CUSTOMER PART NUMBER / PART DESCRIPTION / COMMENTS | METALDYNE PART NUMBER | TERM | MODEL YEAR | BOOK NO. | RELEASE NUMBER | QUANTITY SHIPPED | UNIT PRICE | AMOUNT | SHIPPED VIA |
|---|---|---|---|---|---|---|---|---|---|
| 18077858 | 18077858-MP | 1( ) | | | 110035008.1518.T | 1 | 200,875.00000 | 200,875.00 | |

MAIL TWO (2) COPIES TO:
DELPHI ENERGY & CHASSIS SYSTEMS
ATTN: MARILYN TRAPPE, MAIL STOP 1-08
P.O. BOX 1042
DAYTON, OHIO 45401
ANY QUESTIONS REGARDING THIS INVOICE CONTACT:
SANDRA J. CONSTANTINE @ METALDYNE 734-207-6684
TOOLING FOR 17" QUAD BRAKE BRACKET:
DELPHI P.O. DCS99512
P/N 18077858    BRACKET-FRT DISC BRK (CTD) 17"
CMM GAGE FIXTURE/LOCATION GAGES        $185,350.00
CHANGE CAST DIM. TO 63.3MM TWO(2)PLACES    4,725.00
GUIDE PIN HOLE ATTRIBUTE GAGE             10,800.00
TOTAL TOOLING INVOICE AMOUNT:          $200,875.00

*******************************
**   11/13/06 - PLEASE REMIT   **
*******************************

200,875.00

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 & 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the U.S. Dept. of Labor issued under Section 14 thereof.

# DELPHI
Automotive Systems

## PURCHASE ORDER:

**ORDER:** DCS99510

PAGE 2

TO:
VENDOR NUMBER 11-926-9827

METALDYNE CORP
4659 HALYARD DR
PLYMOUTH MI
48170

DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401

US

SHIP TO:
SEE BELOW

US

INVOICE TO:
NO INVOICES REQUIRED TO ACCTS
PAYABLE UNLESS OTHERWISE
STATED ON PO OR RELEASE.

US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips.
Invoices Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 937 455-96
P BROOMELL
Buyer

| PAYMENT TERMS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | | | | | | | | | |

PURCHASING AGENT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B. | RFQ NUMBER | DATE REQUIRED | ORDER DATE | ALTERATION ISSUE DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | SPCOL | | | 10/07/03 | 8X |

DESTINATION UNLESS OTHERWISE INDICATED

ALTERATION EFFECTIVE DATE

| SHIP VIA | | |
|---|---|---|
| SEE BELOW | | |

00001   1   PR678024 001

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

PLEASE MAIL TWO (2) COPIES OF YOUR INVOICE TO:
DELPHI ENERGY & CHASSIS SYSTEMS
ATTN: MARILYN TRAPPE, MAIL STOP 1-08
P.O. BOX 1042
DAYTON, OH 45401
ANY QUESTIONS CONCERNING THIS RELEASE, PLEASE CALL
PHIL BROOMELL, PH: 937-455-9665, FAX: 937-455-9133.

TOOLING LOCATION:
METALDYNE CORP
220 INDUSTRIAL BLVD
GREENVILLE NC 27834
PITT COUNTY USA

CMM GAGE FIXTURE
LOCATION GAGES
THREAD DETECTION GAGE
PLATING RACKS
FOUNDRY TOOLING (PATTERN/TRIM DI
WHO ORDERED: H.T.CHANG

| | | | |
|---|---|---|---|
| TOOL# 7984   BRACKET - FRT DISC BRK (LTD) 16"   10/06/03 | | C | 0.00% |

| TAX CODE/ % | BASE UNIT PRICE | PRICE IS PR MULTIPLE H |
|---|---|---|
| 0.00% | 185350.0000 | |

Part Number
Unit Price
Tooling Amount
Effective Date
Other

CONTRACT REVIEW
Terms /Clause
Tooling Capacity
Producing Plant
Design Revision
QS-9000 Stat. 2
Design Rev. 2

CC: M. GERLACH
W. LUMPKIN
B. CLEMMONS
T. CRITES



# DELPHI
## Automotive Systems

**PURCHASE ORDER:** DCS995510

PAGE

| ORDER DATE | | |
|---|---|---|
| 10/07/03 | P | PHONE: 937 455-96 |
| ALTERATION ISSUE DATE | 8X | P BROMMELL |
| | | Buyer |
| ALTERATION EFFECTIVE DATE | | PURCHASING AGENT |

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading, (2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice At Re: Accounts Payable
Post Declare Valuation of Express Shipments or Insure Parcel Post.

**DELPHI CHASSIS SYSTEMS**
P.O. BOX 1042
DAYTON OH
45401

TO:
VENDOR NUMBER 11-926-9827
METALDYNE CORP
47659 HALYARD DR
PLYMOUTH MI
48170

US

SHIP TO:

SEE BELOW

US

INVOICE TO:

NO INVOICES REQUIRED TO ACCTS
PAYABLE UNLESS OTHERWISE
STATED ON PO OR RELEASE.

US

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B. | RFQ NUMBER | DESTINATION UNLESS OTHERWISE INDICATED | DATE REQUIRED | TAX CODE/ % | SHIP VIA | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | SPCOL | | | | | SEE BELOW | | |

**PAYMENT TERMS**
NET    2ND DAY OF 2ND MONTH

THE SUPPLIER IS RESPONSIBLE FOR MAINTAINING TOOLS
TO PRODUCE 100% PARTS TO SPECIFICATIONS FOR THE
LIFE OF THE PART.  PPAP SUBMISSION AT NO CHARGE.
YOUR PACKING SLIP SHOULD BE MARKED ACCORDINGLY AND
ALSO MUST INCLUDE PART AND PURCHASE ORDER NUMBER.

FORCED LABOR---
SELLER REPRESENTS THAT GOODS PURCHASED UNDER
THIS ORDER WERE NOT PRODUCED WITH FORCED LABOR
(AS DEFINED IN 19 U.S.C. 1307) EITHER BY SELLER
OR SELLER'S SUPPLIERS.  SELLER SHALL INDEMNIFY
BUYER AGAINST ANY LIABILITY BUYER MAY INCUR IF
THIS REPRESENTATION IS INCORRECT.

SELLER AGREES TO PROVIDE ALL INFORMATION NECESSARY
FOR BUYER TO COMPLY WITH ALL APPLICABLE LAWS,
REGULATIONS AND RELATED LEGAL REPORTING OBLIGATIONS
IN THE COUNTRY(IES) OF DESTINATION.  SELLER AGREES
TO PROVIDE ALL DOCUMENTATION AND/OR ELECTRONIC
TRANSACTION RECORDS TO ALLOW BUYER TO MEET CUSTOMS
RELATED OBLIGATIONS, ANY LOCAL CONTENT/ORIGIN
REQUIREMENTS, AND TO OBTAIN ALL TARIFF AND TRADE
PROGRAM DUTY AVOIDANCE(S) AND/OR REFUND BENEFITS,
WHERE APPLICABLE.

SELLER AGREES TO COMPLY WITH THE AUTOMOTIVE INDUSTRY

A0034227   USER JANE T WILLIAMS

CONTINUE PAGE    3

SMDL04 11/98



# DELPHI
Automotive Systems

# PURCHASE ORDER: DCS99510

PAGE

DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH  45401

VENDOR NUMBER 11-926-9827
TO:
METALDYNE
METALDYNE CORP
47659 HALYARD DR
PLYMOUTH MI
48170

US

SHIP TO:   SEE BELOW

INVOICE TO:
NO INVOICES REQUIRED TO ACCTS
PAYABLE UNLESS OTHERWISE
STATED ON PO OR RELEASE.

US

US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | 10/07/03 | PHONE: 937 455-966 |
| ALTERATION ISSUE DATE | | P BROMMELL |
| ALTERATION EFFECTIVE DATE | | 8X Buyer |
| | PURCHASING AGENT | |

| PAYMENT TERMS | ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B. | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | SHIP VIA | BASE UNIT PRICE | PRICE MULTIPLE | UNIT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | | | | | | SPCOL | | | | SEE BELOW | | | |

NET   2ND DAY OF 2ND MONTH

DESTINATION UNLESS OTHERWISE INDICATED

ACTION GROUP'S (AIAG) DOCUMENT AND EDI PROTOCOL AND
STANDARDS IN THEIR SUPPLIER INFORMATION KIT FOR U.S.,
CANADA, AND MEXICO IMPORTS.

SELLER AGREES TO ASSUME, AND TO INDEMNIFY BUYER
AGAINST, ANY AND ALL FINANCIAL RESPONSIBILITY
ARISING FROM SELLER'S FAILURE TO COMPLY WITH THESE
REQUIREMENTS AND/OR TO SUPPLY BUYER WITH THE
INFORMATION REQUIRED TO MEET LEGAL REPORTING
OBLIGATIONS, INCLUDING, WITHOUT LIMITATION, ANY
FINES, PENALTIES, FORFEITURES, OR COUNSEL FEES
INCURRED OR IMPOSED AS A RESULT OF ACTIONS TAKEN BY
THE IMPORTING COUNTRY'S GOVERNMENT.

THIS ORDER COVERS NECESSARY TOOLS FOR THE
PRODUCTION ITEM LISTED ON THIS PURCHASE ORDER.
TOOLS TO BE CONSTRUCTED TO HAVE A NET CAPACITY
OF 4,600 PIECES/DAY.
DELPHI SUPPLIER TOOLING AGREEMENT APPLIES.  PPAP MUST
BE SUBMITTED BY 3/25/04.  SUBMISSION MUST BE
APPROVED BEFORE PAYMENT FOR TOOLING AND BEFORE
SHIPMENT OF PRODUCTIVE PARTS.

*

THE PAYMENT DATE SHALL BE THE DATE ESTABLISHED
BY BUYER'S MULTILATERAL NETTING SYSTEM (MNS-2),
OR WHICH PROVIDES ON AVERAGE, THAT PAYMENT SHALL

A003427   USER JANE T WILLIAMS

CONTINUE PAGE   4

SHDL20 11/98



**DELPHI** Automotive Systems

**PURCHASE ORDER:** DCS99510

PAGE

DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401

VENDOR NUMBER 11-926-9827

TO:
METALDYNE CORP
47659 HALYARD DR
PLYMOUTH MI
48170

SHIP TO:
US
SEE BELOW

INVOICE TO:
US
NO INVOICES REQUIRED TO ACCTS
PAYABLE UNLESS OTHERWISE
STATED ON PO OR RELEASE.

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

ORDER DATE    10/07/03

SHIP VIA    SEE BELOW

PHONE: 937 455-968
P BROOMELL
Buyer

ALTERATION ISSUE DATE

ALTERATION EFFECTIVE DATE

8X

PURCHASING AGENT

| PAYMENT TERMS NET | ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|---|
| 2ND DAY OF 2ND MONTH | | | | | F.O.B.    DESTINATION UNLESS OTHERWISE INDICATED | | | US | | |

BE ISSUED ON THE SECOND DAY OF THE SECOND MONTH
FOLLOWING RECEIPT OF GOODS.

SPCOL

---------------- RIGHT TO AUDIT ----------------
FOR SERVICES PERFORMED BY SELLER PURSUANT TO THIS
PURCHASE ORDER, THE SELLER SHALL MAINTAIN AND GRANT
ACCESS TO BUYER TO ALL PERTINENT LEDGERS, PAYROLL
DATA, BOOKS, RECORDS, PERSONNEL DOCUMENTS,
CORRESPONDENCE, WRITTEN INSTRUCTIONS, DRAWINGS,
RECEIPTS, VOUCHERS AND OTHER DOCUMENTS FOR THE
PURPOSE OF AUDITING THE CHARGES AND/OR ALL
ADMINISTRATION. SELLER MUST SEGREGATE ITS RECORDS
IN SUCH A MANNER AS TO FACILITATE A COMPLETE AUDIT
AND AGREES THAT SUCH AUDIT MAY BE USED AS THE BASIS
FOR SETTLEMENT OF CHARGES AGAINST THIS PURCHASE
ORDER. SELLER FURTHER AGREES, FOR THIS PURPOSE, TO
PRESERVE ALL SUCH DOCUMENTS FOR A PERIOD OF ONE (1)
YEAR AFTER FINAL PAYMENT HEREUNDER.

PPAP SAMPLE SUBMISSION INSTRUCTIONS:
THE ENCLOSED LABEL (FORM GM #1387) MUST BE USED
REGARDLESS OF THE METHOD OF SHIPMENT. THIS ASSURES
SPECIAL HANDLING OF THE SAMPLE PARTS WHEN THEY
ARRIVE AT DELPHI ENERGY & CHASSIS SYSTEMS.
SAMPLE PARTS AND DOCUMENTATION FOR YOUR PPAP
SHOULD BE SENT TO:

CONTINUE PAGE  **5**

A0034 27   USER JANE T WILLIAMS

SUDL02 11/98



**DELPHI** Automotive Systems

**PURCHASE ORDER:** DCS99510   PAGE

DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401

VENDOR NUMBER 11-926-9827

TO:
METALDYNE CORP
METALDYNE
47659 HALYARD DR
PLYMOUTH MI
48170

SHIP TO:   SEE BELOW   US

INVOICE TO:
NO INVOICES REQUIRED TO ACCTS
PAYABLE UNLESS OTHERWISE
STATED ON PO OR RELEASE.   US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Do not Declare Attn. Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | | | |
|---|---|---|---|
| 10/07/03 | PHONE: 937 455-96 | | |
| ALTERATION ISSUE DATE | P BROMELL | 8X | Buyer |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT | | |

| PAYMENT TERMS | ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | REQ. REQUIRED DATE | TAX | SHIP VIA | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | | | | | DELPHI ENERGY & CHASSIS SYSTEMS NEEDMORE OPERATIONS ATTN: ROGER DUNLAP - SAMPLE LAYOUT DEPT. DOCK 101 - 3100 NEEDMORE ROAD DAYTON, OHIO 45414 | SPCOL | | | CODE/ % | SEE BELOW | | |

BUYER, AT ITS EXPENSE, HAS THE RIGHT TO AUDIT AND
REVIEW ALL RELEVANT BOOKS, RECORDS, PAYROLL DATA,
RECEIPTS AND OTHER DOCUMENTS INCLUDING SELLER'S
ADMINISTRATIVE AND ACCOUNTING POLICIES, GUIDELINES,
PRACTICES AND PROCEDURES, IN ORDER TO SUBSTANTIATE
ANY CHARGES AND OTHER MATTERS UNDER THIS CONTRACT.
SELLER WILL MAINTAIN AND PRESERVE ALL SUCH
DOCUMENTS FOR A PERIOD OF FOUR (4) YEARS FOLLOWING
FINAL PAYMENT UNDER THIS CONTRACT. IN ADDITION,
BUYER HAS THE RIGHT TO INSPECT ALL INVENTORIES,
WORK-IN-PROCESS, MATERIALS, MACHINERY, EQUIPMENT,
TOOLING, FIXTURES, GAUGES AND OTHER ITEMS
RELATED TO SELLER'S PERFORMANCE OF THIS CONTRACT.
SELLER WILL PROVIDE BUYER WITH REASONABLE ACCESS
TO ITS FACILITIES AND OTHERWISE COOPERATE AND
FACILITATE ANY SUCH AUDITS OR INSPECTIONS BY BUYER.

*****************ATTENTION ALL SUPPLIERS***************
YOU CAN NOW VIEW PAYMENT STATUS ONLINE USING E-DACOR.
LOG ONTO THE DELPHI SUPPLIER PORTAL

A003427   USER JANE T WILLIAMS

CONTINUE PAGE   6



DELPHI
Automotive Systems

DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401

**PURCHASE
ORDER:** DCS99510

PAGE

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips a
Invoices.
Do not Declare Valuation of Express Shipments of Insure Parcel
Post.
Invoice Attn: Accounts Payable

VENDOR NUMBER 11-926-9827

TO:
METALDYNE CORP
METALDYNE
47659 HALYARD DR
PLYMOUTH MI
48170

US

SHIP TO:          SEE BELOW

INVOICE TO:
NO INVOICES REQUIRED TO ACCTS
PAYABLE UNLESS OTHERWISE
STATED ON PO OR RELEASE.

US                          US

| ORDER DATE | |
| 10/07/03 | PHONE: 937 455-960 |
| ALTERATION ISSUE DATE | P BROOMELL |
| | 8X    Buyer |
| ALTERATION EFFECTIVE DATE | |

| | | | PURCHASING AGENT |

| PAYMENT TERMS NET | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | MFG NUMBER | DATE REQUIRED | TAX CODE/ % | SHIP VIA SEE BELOW | BASE UNIT PRICE | PRICE UN MULTIPLE HA |
|---|---|---|---|---|---|---|---|---|---|---|
| 2ND DAY OF 2ND MONTH | | | | | | | | | | |
| ITEM SEQUENCE | | | F.O.B. SPCOL | | DESTINATION UNLESS OTHERWISE INDICATED | | | | | |

(HTTP://DELPHI.COVISINT.COM) FOR FREE REGISTRATION.
CLICK ON THE REGISTRATION TAB, GO TO REGISTRATION
TIMING AND CLICK ON "CLICK ON HERE TO REQUEST AN
IMMEDIATE CONTACT FOR YOUR BUSINESS," FILL OUT THE
FORM AND FOLLOW THE INSTRUCTIONS.

TERMS AND CONDITIONS JANUARY 2001, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

A003427    USER JANE T WILLIAMS

LAST PAGE

SAD0.03 11/88

# metaldyne    QUOTATION

Quote #  **C03-0057A Revised**

47603 Halyard Drive, Plymouth, Michigan 48170-2429  (734) 207-6200

Date:  **26-Sep-03**

| To: | Delphi Energy & Chassis | Customer Reference: | QFR 12828 |
| | M/C 1.08 | Part Number: | 18077984 |
| | 2000 Forrer Blvd | Part Name: | Bracket - Front Caliper Brake -16" |
| | Kettering, Ohio 45420 | | |
| Attn: | Mr. Philip Broomell - Senior Buyer | Blue Print Date: | 2-18-03 rev. 01 chg. A |

| Part # | LCR Volume | Price Each | Tooling Cost |
|--------|-----------|------------|--------------|
| 18077984 | 959,720 pcs. | $5.85 | **$185,350.00** |
| | | | Based on award |
| | | | of both parts |

Remarks:

New, 16" brake bracket for GMX211/222 (Chevrolet) and GMX 232 (Buick) .
1.) Productivity: 3%, 3%, 3%, 3% after (12) months from start of production
2.) Plating: DM7010 silver trivalent
3.) Production pattern tooling: $111,350.00 (was $112,700.00)
4.) Gages: $50,000
5.) Plating racks: $24,000.00 with award of 17" brake bracket
6.) Lead time to PPAP : 24-26 weeks off interim manufacturing process
7.) Proto type tooling: $14,500.00
8.) Proto type piece price: $125.00
9.) LCR volume 959,720 pcs. & MCR volume: 1,103,678 pcs.
10.) No dunnage included in quote - Metaldyne requires part specific dunnage
    and will need to participate in dunnage design review with Delphi.
11.) Metaldyne request to make dimension for machined flat around brake
    guide pin hole 32mm radius +/- 1mm.
12.) Metaldyne will provide further detailed piece price breakdown
    upon awarding of business per C. Adams request
13.) Payment terms: MNS-2
14.) Per agreement for award of 16" / 17" quad brackets, Gen3-16" enhanced Mass
    P/N 18076163 productivity will be 3%(1-1-04), 3%(1-1-05) and 3% (1-1-06)

Special tools property of customer    **Yes**
Quote is subject to acceptance by the Buyer
within  **30**  days from date of its receipt.

*Final Quote*

Part quoted based on Unit Gross Weight of  4.76 lbs est.  lbs./each.

Material cost of  N/A  each.

Weight Adjustment Factor  $0.180  per pound.  N/A  Machine only.

Price firm through  N/A  except for material cost changes and/or engineering changes.

Shipment of sample parts  24-26  weeks after receipt of order.  (PPAP off interim production process)

Shipment of production parts  50-52  weeks after sample approved.

Packaging spec.:  ___ Carton/Flats  ___ Non-returnable wood pallets  ___ Palletainer  **Delphi returnable dunnage**  Other

If favored with an order for these parts, kindly issue purchase order to:

Metaldyne
Mr. Robert J. Wilinko
47603 Halyard Drive
Plymouth, Michigan 48170-2429

Respectfully submitted,
Metaldyne

Terms: Net 10th Prox

THE ACCEPTANCE OF ANY ORDER RESULTING FROM THIS
QUOTATION IS DEPENDENT UPON THE AVAILABILITY OF RAW
MATERIAL AT THE TIME THE ORDER IS PLACED OR RELEASED.
PRICE OF RAW MATERIAL AT THE TIME RECEIVED BY US AND
CAPACITY AT TIME ORDER IS PLACED.

By:  **Robert J. Wilinko - Account Manager**

All Shipment F.O.B. Our plant

FRM001098  Rev: 05  Date: 02-Jul-2001

06/28/04   MON 06:49 FAX                                                @005

*MAKE FROM 18077985*

DaimlerChrysler   Ford   General Motors   **Part Submission Warrant**

Part Name   Bracket, front disc brake   Part Number   18077984

Safety and/or Government Regulation  ☑Yes ☐No   Engineering Drawing _____ Dated
Change Level   Rev 001   Dated   11 SE 03

Additional Engineering Changes   Ref: TIN R2950B   Dated   10/8/2003

Shown on Drawing Number   same   Purchase Order No. _____   Weight (kg)   1.9799

Checking Aid Number _____ Engineering Change Level _____ Dated _____

SUPPLIER MANUFACTURING INFORMATION        SUBMISSION INFORMATION

Metaldyne
Supplier Name                ☑Dimensional  ☑Materials/Function  ☐Appearance

220 Industrial Blvd.
Street Address               Customer Name/Division  Delphi E & C

Greenville,      NC          Buyer/Buyer Code  Phil Broomell / 937-455-9685
City      State     Zip      Application   16" QUAD bracket

Note:  Does this part contain any restricted or reportable substances?  ☐Yes  ☑No

Are plastic parts identified with appropriate ISO marking codes?  N/A ☐Yes ☐No

REASON FOR SUBMISSION:
☑ Initial submission                    ☐ Change to Optional Construction or Material
☐ Engineering Change(s)                 ☐ Sub-Supplier or Material Source Change
☐ Tooling: Transfer, Replacement, Refurbishment, or additional   ☐ Change in Part Processing
☐ Correction of Discrepancy             ☐ Parts produced at Additional Location
☐ Tooling Inactive > than 1 year        ☐ Other - please specify

REQUESTED SUBMISSION LEVEL (Check one)
☐ Level 1 - Warrant only (and for designated appearance items, an Appearance Approval Report) submitted to customer.
☐ Level 2 - Warrant with product samples and limited supporting data submitted to customer.
☑ Level 3 - Warrant with product samples and complete supporting data submitted to customer.
☐ Level 4 - Warrant and other requirements as defined by customer.
☐ Level 5 - Warrant with product samples and complete supporting data reviewed at supplier's manufacturing location.

SUBMISSION RESULTS
The results for ☑ dimensional measurements ☑ material and functional tests ☑ appearance criteria ☑ statistical process package
These results meet all drawing and specification requirements:  ☑YES ☐NO  (If "NO" - Explanation Required)
Mold / Cavity / Production Process

DECLARATION
I affirm that the samples represented by this warrant are representative of our parts, have been made to the applicable
Production Part Approval Process Manual 3rd Edition Requirements. I further warrant these samples were
produced at the production rate of ____ . I have noted any deviations from this declaration below.
EXPLANATION/COMMENTS:  This is in addition to original submission dated 04/15/04

Print Name   Charlie Greene   Title  Quality Engineer   Phone No. 252-758-2528   Fax No. 252-758-2538
Supplier Authorized Signature   *Charlie Greene*   Date  05/24/04

FOR CUSTOMER USE ONLY (IF APPLICABLE)
Part Warrant Disposition: ☑Approved ☐Rejected   Part Functional Approval: ☐Approved
☐Other                                          ☐Waived
Customer Name  *DELPHI E & C*  Customer Signature _____   Date 28 JN '04

July 1999 **CFG-1001**   The original copy of this document shall remain at the supplier location while the part is active (see Glossary).   Optional: customer tracking number: # _____

DaimlerChrysler   Ford   General Motors   **Part Submission Warrant**

| Part Name | Bracket, front disc brake | | Part Number | 18077984 | | |
|---|---|---|---|---|---|---|

| Safety and/or Government Regulation | ☑ Yes ☐ No | Engineering Drawing | | | Dated | |
|---|---|---|---|---|---|---|
| | | Change Level | 1 | | Dated | 11 SE 03 |

| Additional Engineering Changes | Ref: TIN R4385B, attachment 10 | | | Dated | 06 OC 04 |
|---|---|---|---|---|---|

| Shown on Drawing Number | 18077985 | Purchase Order No. | | Weight (kg) | 1.9799 |
|---|---|---|---|---|---|

| Checking Aid Number | | Engineering Change Level | Rev 03 | Dated | 30 SE 04 |
|---|---|---|---|---|---|

| SUPPLIER MANUFACTURING INFORMATION | SUBMISSION INFORMATION |
|---|---|

Metaldyne
**Supplier Name**

220 Industrial Blvd.
**Street Address**

| Greenville, | | NC | |
|---|---|---|---|
| City | State | Zip | |

☐ Dimensional   ☑ Materials/Function   ☑ Appearance

Customer Name/Division Delphi E & C

Buyer/Buyer Code   Phil Broomell / 937-455-9665

Application   16" QUAD Bracket

Note:   Does this part contain any restricted or reportable substances?   ☐ Yes   ☑ No

Are plastic parts identified with appropriate ISO marking codes?   N/A   ☐ Yes   ☐ No

**REASON FOR SUBMISSION**

☐ Initial submission
☑ Engineering Change(s)
☐ Tooling: Transfer, Replacement, Refurbishment, or additional
☐ Correction of Discrepancy
☐ Tooling inactive > than 1 year

☐ Change to Optional Construction or Material
☐ Sub-Supplier or Material Source Change
☐ Change in Part Processing
☐ Parts produced at Additional Location
☐ Other - please specify

**REQUESTED SUBMISSION LEVEL (Check one)**

☐ Level 1 - Warrant only (and for designated appearance items, an Appearance Approval Report) submitted to customer.
☐ Level 2 - Warrant with product samples and limited supporting data submitted to customer.
☐ Level 3 - Warrant with product samples and complete supporting data submitted to customer.
☑ Level 4 - Warrant and other requirements as defined by customer.
☐ Level 5 - Warrant with product samples and complete supporting data reviewed at supplier's manufacturing location.

**SUBMISSION RESULTS**

The results for ☑ dimensional measurements ☑ material and functional tests ☐ appearance criteria ☑ statistical process package
These results meet all drawing and specification requirements:   ☑ YES   ☑ NO   (if "NO" - Explanation Required)
Mold / Cavity / Production Process

**DECLARATION**

I affirm that the samples represented by this warrant are representative of our parts, have been made to the applicable Production Part Approval Process Manual 3rd Edition Requirements. I further warrant these samples were produced at the production rate of   n/a   . I have noted any deviations from this declaration below.
EXPLANATION/COMMENTS:   PPAP submission req'mts per e-mail from Audrey Gambio dated 10/12/04, attached

| Print Name | Charlie Greene | Title | Quality Engineer | Phone No. | 252-758-2526 | Fax No. | 252-758-2538 |
|---|---|---|---|---|---|---|---|

| Supplier Authorized Signature | | Date | 11/11/2004 |
|---|---|---|---|

**FOR CUSTOMER USE ONLY (IF APPLICABLE)**

| Part Warrant Disposition: ☑ Approved ☐ Rejected ☐ Other | Part Functional Approval: | ☐ Approved ☑ Waived | |
|---|---|---|---|

Customer Name  DELPHI E & C  Customer Signature   Date  07 DE '04

---

The original copy of this document shall remain at the supplier location
while the part is active (see Glossary).

Optional customer tracking
number: #

DaimlerChrysler    Ford    General Motors    **Part Submission Warrant**

| Part Name | Bracket, Front disc brake | Part Number | 18077984 |
|---|---|---|---|

| Safety and/or Government Regulation | ☑ Yes | ☐ No | Engineering Drawing Change Level | Rev 01 | Dated | 11 SE 03 |
|---|---|---|---|---|---|---|

Additional Engineering Changes    P43858    Dated 06 Oct 04

Shown on Drawing Number    18077985 *HA*    Purchase Order No.    Weight (kg)    1.9799

Checking Aid Number _____    Engineering Change Level    Rev 03    Dated    30 SE 04

SUPPLIER MANUFACTURING INFORMATION          SUBMISSION INFORMATION

Metaldyne
Supplier Name

220 Industrial Blvd.
Street Address

Greenville,        NC
City        State        Zip

☑ Dimensional    ☑ Materials/Function    ☐ Appearance

Customer Name/Division Delphi E & C

Buyer/Buyer Code    Phil Broomell / 937-455-9665

Application    16" QUAD bracket

Note:    Does this part contain any restricted or reportable substances?    ☐ Yes    ☑ No

Are plastic parts identified with appropriate ISO marking codes?    N/A    ☐ Yes    ☐ No

**REASON FOR SUBMISSION**

| | | | |
|---|---|---|---|
| ☐ | Initial submission | ☐ | Change to Optional Construction or Material |
| ☐ | Engineering Change(s) | ☐ | Sub-Supplier or Material Source Change |
| ☐ | Tooling: Transfer, Replacement, Refurbishment, or additional | ☐ | Change in Part Processing |
| ☐ | Correction of Discrepancy | ☐ | Parts produced at Additional Location |
| ☐ | Tooling Inactive > than 1 year | ☑ | Other - please specify |

Parts produced at machine builder in Germany

**REQUESTED SUBMISSION LEVEL (Check one)**

☐    Level 1 - Warrant only (and for designated appearance items, an Appearance Approval Report) submitted to customer.
☐    Level 2 - Warrant with product samples and limited supporting data submitted to customer.
☐    Level 3 - Warrant with product samples and complete supporting data submitted to customer.
☑    Level 4 - Warrant and other requirements as defined by customer.
☐    Level 5 - Warrant with product samples and complete supporting data reviewed at supplier's manufacturing location.

**SUBMISSION RESULTS**

The results for ☑ dimensional measurements ☐ material and functional tests ☐ appearance criteria ☐ statistical process package
These results meet all drawing and specification requirements:    ☑ YES    ☑ NO    (If "NO" - Explanation Required)
Mold / Cavity / Production Process

**DECLARATION**

I affirm that the samples represented by this warrant are representative of our parts, have been made to the applicable
Production Part Approval Process Manual 3rd Edition Requirements. I further warrant these samples were
produced at the production rate of  n/a    . I have noted any deviations from this declaration below.

EXPLANATION/COMMENTS:

| Print Name | Charlie Greene | Title Quality Engineer | Phone No. | 252-758-2526 | Fax No. 252-758-2538 |
|---|---|---|---|---|---|

Supplier Authorized Signature    *[signature]*, QE    Date    12/23/2004

**FOR CUSTOMER USE ONLY (IF APPLICABLE)**

Part Warrant Disposition:  ☒ Approved  ☐ Rejected    Part Functional Approval:  ☐ Approved
☐ Other    ☐ Waived

Customer Name    *DELPHI E* = Customer Signature    *[signature]*    Date 10 FE 05

# DELPHI
## Automotive Systems

## PURCHASE ORDER: DCS995512

PAGE 1

TO:
DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401

VENDOR NUMBER 11-926-9827

METALDYNE
METALDYNE CORP
47659 HALYARD DR
PLYMOUTH MI
48170

SHIP TO:     US

INVOICE TO:     SEE BELOW     US

NO INVOICES REQUIRED TO ACCTS
PAYABLE UNLESS OTHERWISE
STATED ON PO OR RELEASE.     US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Numbered must be shown on Packing Slips and
Invoices.
Invoice: Attn. Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 937 455-9665
P BROOMELL     Buyer

PURCHASING AGENT

| PAYMENT TERMS NET | ITEM SEQUENCE | QUANTITY ORDERED | ITEM CERTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B.  DESTINATION UNLESS OTHERWISE INDICATED | ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE | SHIP VIA | TAX CODE/ % | BASE UNIT PRICE | PRICE  UNIT OF MULTIPLE  HEADING |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2ND DAY OF 2ND MONTH | 00001 | 1 | PR6780027 001 | | | | 10/07/03 | | | SEE BELOW | | | |

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

PLEASE MAIL TWO (2) COPIES OF YOUR INVOICE TO:
DELPHI ENERGY & CHASSIS SYSTEMS
ATTN: MARILYN TRAPPE, MAIL STOP 1-08
P.O. BOX 1042
DAYTON, OH  45401
ANY QUESTIONS CONCERNING THIS RELEASE, PLEASE CALL
PHIL BROOMELL, PH: 937-455-9665, FAX: 937-455-9133.

TOOLING LOCATION:
METALDYNE CORP
220 INDUSTRIAL BLVD
GREENVILLE NC  27834  USA
PITT COUNTY

RFQ NUMBER: SPCOL

| | |
|---|---|
| DATE REQUIRED | 10/07/03 |
| TAX CODE/ % | 0.00% |

00001   1   PR6780027 001   (1807788) BRACKET-FRT DISC BRK (CID)  17"   C   0.00%   185350.0000

CMM GAGE FIXTURE
LOCATION GAGES
THREAD DETECTION GAGE
PLATING RACKS
FOUNDRY TOOLING (PATTERN/TRIM DIES)
WHO ORDERED: H.T.CHANG

CC: M. GERLACH
M. ANGELIA
W. LUMPKIN
B. CLOWNING
T. CRITES

CONTRACT REVIEW:
Terms /Clauses
Tooling Capacit'
Prod'cing Dier
Design Revisior
JN Number
Init Price
ooling Amount
effective Date
Other
Tooling P.O. For P/N 1807788(17"BRACKET)
Date 10/13/03

FILE COPY

A003427   USER JANE T WILLIAMS

SMQX03 11/98     2

CONTINUED ON NEXT PAGE



# DELPHI
Automotive Systems

## PURCHASE ORDER: DCS995l2

PAGE · 2

**DELPHI CHASSIS SYSTEMS**
P.O. BOX 1042
DAYTON OH
45401

VENDOR NUMBER 11-926-9827

TO:
METALDYNE CORP
METALDYNE
47659 HALYARD DR
PLYMOUTH MI
48170

SHIP TO:
[ SEE BELOW

US

INVOICE TO:
NO INVOICES REQUIRED TO ACCTS
PAYABLE UNLESS OTHERWISE
STATED ON PO OR RELEASE.

US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Numberial must be shown on Packing Slips and
invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express, Shipments or Insure Parcel
Post.

ORDER DATE: 10/07/03

ALTERATION ISSUE DATE

ALTERATION EFFECTIVE DATE

SHIP VIA: SEE BELOW

PHONE: 937 455-9665
P. BROOMELL
Buyer

PURCHASING AGENT

| PAYMENT TERMS NET | | | |
|---|---|---|---|
| 2ND DAY OF 2ND MONTH | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | REQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A003427 | | | | SPCOL | | US | | | | 8X. | | |

THE SUPPLIER IS RESPONSIBLE FOR MAINTAINING TOOLS
TO PRODUCE 100% PARTS TO SPECIFICATIONS FOR THE
LIFE OF THE PART. PPAP SUBMISSION AT NO CHARGE.
YOUR PACKING SLIP SHOULD BE MARKED ACCORDINGLY AND
ALSO MUST INCLUDE PART AND PURCHASE ORDER NUMBER.

FORCED LABOR--
SELLER REPRESENTS THAT GOODS PURCHASED UNDER
THIS ORDER WERE NOT PRODUCED WITH FORCED LABOR
(AS DEFINED IN 19 U.S.C. 1307) EITHER BY SELLER
OR SELLER'S SUPPLIERS. SELLER SHALL INDEMNIFY
BUYER AGAINST ANY LIABILITY BUYER MAY INCUR IF
THIS REPRESENTATION IS INCORRECT.

SELLER AGREES TO PROVIDE ALL INFORMATION NECESSARY
FOR BUYER TO COMPLY WITH ALL APPLICABLE LAWS,
REGULATIONS AND RELATED LEGAL REPORTING OBLIGATIONS
IN THE COUNTRY(IES) OF DESTINATION. SELLER AGREES
TO PROVIDE ALL DOCUMENTATION AND/OR ELECTRONIC
TRANSACTION RECORDS TO ALLOW BUYER TO MEET CUSTOMS
RELATED OBLIGATIONS, ANY LOCAL CONTENT/ORIGIN
REQUIREMENTS, AND TO OBTAIN ALL TARIFF AND TRADE
PROGRAM DUTY AVOIDANCE(S) AND/OR REFUND BENEFITS,
WHERE APPLICABLE.

SELLER AGREES TO COMPLY WITH THE AUTOMOTIVE INDUSTRY

CONTINUE PAGE  3

USER JANE T WILLIAMS

SMX403 11/98



# DELPHI
### Automotive Systems

## PURCHASE ORDER: DCS99512

PAGE 3

PHONE: 937 455-9665

DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401

VENDOR NUMBER 11-926-9827

TO:
METALDYNE CORP
47659 HALYARD DR
PLYMOUTH MI
48170

US

SHIP TO:

SEE BELOW

US

INVOICE TO:

NO INVOICES REQUIRED TO ACCTS
PAYABLE UNLESS OTHERWISE
STATED ON PO OR RELEASE.

US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or insure Parcel
Post.

| PAYMENT TERMS | | | | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | | | SHIP VIA | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | | | | SPCOL | | | | SEE BELOW | | |

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE | PURCHASING AGENT |
|---|---|---|---|
| 10/07/03 | | | P BROMELL Buyer |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | MFG NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE UNIT OR MULTIPLE MEASM |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ACTION GROUP'S (AIAG) DOCUMENT AND EDI PROTOCOL AND STANDARDS IN THEIR SUPPLIER INFORMATION KIT FOR U.S., CANADA, AND MEXICO IMPORTS. | | | | 8X | |
| | | | | SELLER AGREES TO ASSUME AND TO INDEMNIFY BUYER AGAINST, ANY AND ALL FINANCIAL RESPONSIBILITY ARISING FROM SELLER'S FAILURE TO COMPLY WITH THESE REQUIREMENTS AND/OR TO SUPPLY BUYER WITH THE INFORMATION REQUIRED TO MEET LEGAL REPORTING OBLIGATIONS, INCLUDING, WITHOUT LIMITATION, ANY FINES, PENALTIES, FORFEITURES, OR COUNSEL FEES INCURRED OR IMPOSED AS A RESULT OF ACTIONS TAKEN BY THE IMPORTING COUNTRY'S GOVERNMENT. | | | | | |
| | | | | THIS ORDER COVERS NECESSARY TOOLS FOR THE PRODUCTION ITEM LISTED ON THIS PURCHASE ORDER. TOOLS TO BE CONSTRUCTED TO HAVE A NET CAPACITY OF 870 PIECES/DAY. | | | | | |
| | | | | DELPHI SUPPLIER TOOLING AGREEMENT APPLIES. PPAP MUST BE SUBMITTED BY 3/25/04. SUBMISSION MUST BE APPROVED BEFORE PAYMENT FOR TOOLING AND BEFORE SHIPMENT OF PRODUCTIVE PARTS. | | | | | ✳ |
| | | | | THE PAYMENT DATE SHALL BE THE DATE ESTABLISHED BY BUYER'S MULTILATERAL NETTING SYSTEM (MNS-2) OR WHICH PROVIDES ON AVERAGE, THAT PAYMENT SHALL | | | | | |

CONTINUE PAGE

A003427: USER JANE T WILLIAMS

SM060 11/98    4



**DELPHI**
Automotive Systems

DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401

VENDOR NUMBER 11-926-9827

TO:
METALDYNE
METALDYNE CORP
47659 HALYARD DR
PLYMOUTH MI
48170

SHIP TO: SEE BELOW   US

INVOICE TO:
NO INVOICES REQUIRED TO ACCTS
PAYABLE UNLESS OTHERWISE
STATED ON PO OR RELEASE.   US

**PURCHASE ORDER:** DCS99512

PAGE 4

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Acct: Accounts Payable
Do not Declare Valuation of Express Shipments or insure Parcel Post.

ORDER DATE 10/07/03
ALTERATION ISSUE DATE 8X
ALTERATION EFFECTIVE DATE

PHONE: 937 455-9665
P BROOMELL
Buyer

PURCHASING AGENT

PAYMENT TERMS
NET 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | PRO NUMBER | DATE REQUIRED | TAX CODE/ % | SHIP VIA | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

SPCOL

BE ISSUED ON THE SECOND DAY OF THE SECOND MONTH
FOLLOWING RECEIPT OF GOODS.

— RIGHT TO AUDIT —
FOR SERVICES PERFORMED BY SELLER PURSUANT TO THIS
PURCHASE ORDER, THE SELLER SHALL MAINTAIN AND GRANT
ACCESS TO BUYER TO ALL PERTINENT LEDGERS, PAYROLL
DATA, BOOKS, RECORDS, PERSONNEL DOCUMENTS,
CORRESPONDENCE, WRITTEN INSTRUCTIONS, DRAWINGS,
RECEIPTS, VOUCHERS AND OTHER DOCUMENTS FOR THE
PURPOSE OF AUDITING THE CHARGES AND/OR ALL
ADMINISTRATION. SELLER MUST SEGREGATE ITS RECORDS
IN SUCH A MANNER AS TO FACILITATE A COMPLETE AUDIT
AND AGREES THAT SUCH AUDIT MAY BE USED AS THE BASIS
FOR SETTLEMENT OF CHARGES AGAINST THIS PURCHASE
ORDER. SELLER FURTHER AGREES, FOR THIS PURPOSE TO
PRESERVE ALL SUCH DOCUMENTS FOR A PERIOD OF ONE (1)
YEAR AFTER FINAL PAYMENT HEREUNDER.

PPAP SAMPLE SUBMISSION INSTRUCTIONS:
THE ENCLOSED LABEL (FORM GM #1387) MUST BE USED
REGARDLESS OF THE METHOD OF SHIPMENT. THIS ASSURES
SPECIAL HANDLING OF THE SAMPLE PARTS WHEN THEY
ARRIVE AT DELPHI ENERGY & CHASSIS SYSTEMS.
SAMPLE PARTS AND DOCUMENTATION FOR YOUR PPAP
SHOULD BE SENT TO:

CONTINUE PAGE 5

A003427  USER JANE T WILLIAMS

5ADLC05 11/98

# metaldyne

**QUOTATION**

47603 Halyard Drive, Plymouth, Michigan 48170-2429   (734) 207-6200

Quote # **C03-0059A Revised**

Date: **26-Sep-03**

To:  Delphi Energy & Chassis

M/C 1.08

2000 Forrer Blvd

Kettering, Ohio 45420

Attn:  Mr. Philip Broomell - Senior Buyer

Customer Reference:  QFR 12829

Part Number:  18077859

Part Name:  Bracket - Front Caliper Brake - 17"

Blue Print Date:  2-26-02 rev. 01 chg. A

| Part # | LCR Volume | Price Each | Tooling Cost |
|--------|-----------|-----------|--------------|
| 18077858 | 181,400 pcs. | $5.90 | $185,350.00 |
|  |  |  | Based on award |
|  |  |  | of both parts |

Remarks:
New, Delphi 17" design brake bracket for GMX272 (Deville) application.
1.) Productivity: 3%, 3%, 3%, 3% after (12) months from start of production
2.) Plating: DM7010 Silver trivalent
3.) Gages: $50,000
4.) Pattern tooling: $111,350.00 (was $112,700.00)
5.) Plating racks: $24,000 with award of 16" brake bracket
6.) Lead time to PPAP : 24-26 weeks off interim manufacturing process
7.) Proto type tooling: $ 14,500.00
8.) Proto type Price: $125.00
9.) LCR volume: 181,400 pcs & MCR volume: 208,610 pcs.
10.) No dunnage included in quote. Metaldyne requires part specific dunnage
and will need to participate in dunnage design review with Delphi.
11.) Metaldyne request for dimension of machined flat around brake caliper
guide pin to be 32mm radius +/- 1mm.
12.) Metaldyne will provide further detailed piece price breakdown
upon awarding of business per C. Adams request.
13.) Payment terms: MNS-2
14.) Per agreement for award of 16" / 17" quad brackets, Gen3-16' enhanced
mass, P/N 18076163 productivity will be 3%(1-1-04), 3%(1-1-05), 3%(1-1-06)

Special tools property of customer    **Yes**
Quote is subject to acceptance by the Buyer
within __30__ days from date of its receipt.

Part quoted based on Unit Gross Weight of  5.23 lbs est.  lbs./each.

Material cost of  __N/A__  each.

Weight Adjustment Factor  __$0.180__  per pound.  __N/A__  Machine only.

Price firm through  __N/A__  except for material cost changes and/or engineering changes.

Shipment of sample parts  __24-26__  weeks after receipt of order.  (PPAP off interim production process)

Shipment of production parts  __50-52__  weeks after sample approved.

Packaging spec.:  ___ Carton/Flats  _____ Non-returnable wood pallets  ___ Palletainer  _**Delphi returnable dunnage**_  ___ Other

If favored with an order for these parts, kindly issue purchase order to:

Metaldyne
Mr. Robert J. Wilinko
47603 Halyard Drive
Plymouth, Michigan 48170-2429

Terms: Net 10th Prox

All Shipment F.O.B. Our plant

THE ACCEPTANCE OF ANY ORDER RESULTING FROM THIS
QUOTATION IS DEPENDENT UPON THE AVAILABILITY OF
RAW MATERIAL AT THE TIME THE ORDER IS PLACED OR
RELEASED.  PRICE OF RAW MATERIAL AT THE TIME
RECEIVED BY US AND CAPACITY AT THE TIME IS
FIXED.

Respectfully submitted,
Metaldyne

By:  __Robert J. Wilinko - Account Manager__