**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

IN RE:

DELPHI CORPORATION, *et al.,*

Debtors

CASE NO. 05-44481(RDD)
CHAPTER 11

(Jointly Administered)

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Brian D. Salwowski, Deputy Attorney General for the State of Indiana, a member in good standing of the bar in the State of Indiana, and the bar of the Southern District of Indiana and the Northern District of Indiana, request admission, ***pro hac vice***, before this honorable Court, to represent the Indiana Department of Environmental Management, a creditor in the above referenced case.

My address is Office of the Attorney General, 302 W. Washington Street, IGCS, Fifth Floor, Indianapolis, IN 46204. My e-mail address is brian.salwowski@atg.in.gov. My telephone number is (317) 232-6211.

I agree to pay the fee of $25 upon approval of this Court admitting me to practice ***pro hac vice.***

Dated: Indianapolis, IN
        November 22, 2006

Respectfully submitted,

STEVE CARTER
Attorney General of Indiana
Atty. No.  4150-64

By: /s/ Brian D. Salwowski
        Brian D. Salwowski
        Deputy Attorney General
        Atty. No. 2100-49