# DELPHI

Pre-Petition

Delphi Thermal and Interior

Page 1 of 2

**Buyer:**
DELPHI
SAFETY & INTERIOR SYSTEMS
1401 CROOKS RD.
TROY MI 48084-7106

**Requirements Contract**

PO Number: 550055772
Version: 24-Aug-2005 15:10:05
Date Issued: 19-May-2004

**Deliver to:**
DELPHI T & I GADSDEN
4605 Airport Road
GADSDEN AL 35904

EXHIBIT A

PORT CITY DIE CAST INC
1985 E LAKETON AVE
MUSKEGON MI 49442-6127

Vendor No: 1014957
DUNS No: 052218732

Payment Terms: ZMN2   Currency: USD
Payment settled on 2nd, 2nd Month
Incoterms: FOB OUR PLANT PREPAID

327

*** Condition record changed

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 16876016 BODY BRKT FC REAR | R401 DELPHI T & I GADSDEN |

PIECE PRICE INCLUDES AMORTIZATION OF FIXTURES, GAGES, RETURNABLE PACKAGING, CONTINUOUS DIE MAINTENANCE, ALUMINUM PRICING FOR PROGRAM LIFE, ADJUSTMENTS PER LME-NASAAC AND ALL DUTIES, TARIFFS AND FREIGHT DELIVERED TO THE DELPHI POINT OF USE.
PIECE PRICE INCLUDES AMORTIZATION OF FIXTURES, GAGES, RETURNABLE PACKAGING, CONTINUOUS DIE MAINTENANCE, ALUMINUM ADJUSTMENTS PER LME-NASAAC AND ALL DUTIES, TARIFFS AND FREIGHT DELIVERED TO THE DELPHI POINT OF USE.

MONTHLY METAL ADJUSTMENT PER LME NASSAC INDEX

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 12-May-2004 | 14-Aug-2005 | USD | 7,641.80 | 1,000 | PC |
| 15-Aug-2005 | 31-Dec-2005 | USD | 7,565.80 ✓ok | 1,000 | PC |
| 01-Jan-2006 | 31-Dec-2006 | USD | 7,390.50 | 1,000 | PC |
| 01-Jan-2007 | 31-Dec-2007 | USD | 7,149.30 | 1,000 | PC |
| 01-Jan-2008 | 31-Dec-2011 | USD | 6,917.70 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
** Condition record added
** Condition record changed
** Net price changed
** Text changed

8/30/05

Purchasing Contact: Simmons, Cheri
Phone: 248-655-0723
Fax: 248-655-8350

8/24/05

Contact Address:
Delphi Harrison Thermal Systems
200 UPPER MOUNTAIN ROAD,
LOCKPORT NY 14094

EXHIBIT A

Date and Time Printed: 24-Aug-2005 15:10:05