17                    EP 0 711 627 B1                    18

12. Procédé selon la revendication 2, comprenant de plus l'étape consistant à monter un premier générateur de rayon laser (34) sur un premier bras de robot (36) et à déplacer le bras de robot (36) pour diriger le rayon laser (14B) à partir du premier générateur (34) au niveau de la surface interne de la couche de recouvrement (62,80), le long d'un trajet de façon à pointiller la couche de recouvrement (58,66,96A,102,118) dans cette configuration (74)

13. Procédé selon la revendication 12, comprenant de plus le calibrage de la couche de recouvrement (58,66,96A,102,118) avec un rayon laser de calibrage (52) en déplaçant un second générateur laser (48) avec un bras de robot de façon à frapper les portions de la couche de recouvrement (58,66,96A,102,118) le long d'un trajet juste devant le pointillé de la couche de recouvrement (58,66,96A,102,118) générant des signaux de calibrage correspondant à toute variation de surface des portions de la couche de recouvrement et en ajustant les pointillés produits par le générateur de rayon laser (34) de façon correspondante afin de maintenir une épaisseur de matériau sensiblement constante ($t_1$) restant au-dessus des pointillés de la couche de recouvrement (58,66,96A,102,118)

14. Procédé selon la revendication 13, dans lequel on fait varier la vitesse de mouvement du premier générateur de rayon laser (34) en fonction desdits signaux de calibrage

15. Procédé selon la revendication 2, dans lequel la couche de recouvrement (58) est formée à partir d'une bouillie de poudre sèche ayant une texture rugueuse sur la surface interne (62), l'étape de création de pointillés formant une gorge de profondeur variable (64) avec le rayon laser (14,14A,14B,114) formant des pointillés dans la surface interne de texture rugueuse (22)

16. Procédé selon la revendication 2, dans lequel l'élément de garniture (70,122) comprend un recouvrement de volant en plastique moulé (70) et dans les étapes de création de pointillés, une gorge (74) est formée par le rayon laser (14,14A,14B,114)

17. Procédé selon la revendication 3, comprenant de plus l'étape consistant à former des pointillés sur la couche de revêtement (58,66,96A,102,118) avec le rayon laser (14,14A,14B,114) dans une direction transversale à une gorge (22) ainsi formée pour produire un pré-affaiblissement ou amorce de rupture localisée (74) en un point sélectionné le long de la gorge (22)

18. Appareil pour pré-pointiller l'intérieur (62,80) d'un élément de garniture intérieur automobile (70,122) ayant un substrat (98A,108,116) et une couche de recouvrement (58,66,9A,102,118) comprenant :

un générateur de rayon laser au $CO_2$ (14,14A,14B,114) de puissance suffisante pour pénétrer partiellement dans l'élément de garniture intérieure (70,122) ; et
des moyens (10) pour supporter l'élément de garniture (70,122) et déplacer de façon relative l'élément de garniture supporté (70,122) et le générateur de rayon laser (34) pour tracer une configuration de pointillés (74) sur l'élément de garniture intérieure (70,122) avec un rayon laser (14,14A,14B,114) pour y former une porte de déploiement de sac gonflable (70,122) ;

caractérisé par des moyens de commande (38,44 et 50) contrôlant la formation de pointillés sur l'élément de garniture (70,122) pendant le tracé de la configuration de pointillés (74) sur l'élément de garniture intérieure (70,122) et faire varier l'effet de pointillés du rayon laser (14,14A,14B,114) pour ne produire qu'une pénétration partielle dans l'élément de garniture intérieure (70,122) par le rayon laser (14,14A,14B,114) à chaque point le long du tracé de la configuration de pointillés (74)

19. Appareil selon la revendication 18, dans lequel les moyens de commande (38,44 et 50) comprennent des moyens de capteur pour capter la surface extérieure de la couche de recouvrement d'élément de garniture (58,66,96A,102,118) pour faire varier la profondeur de gorge de façon à maintenir une épaisseur constante (t) de matériau restant

20. Appareil selon la revendication 1, dans lequel dans les étapes de formation de pointillés, un rayon laser au $CO_2$ (14,14A,14B,114) est dirigé sur la surface intérieure de la couche de recouvrement (62,80)

21. Procédé selon la revendication 20, comprenant de plus l'étape consistant à détecter l'épaisseur de la couche de recouvrement (58,66,96A,102,118) en chaque point le long du trajet du rayon laser (14,14A,14B,114) et à faire varier l'effet de pointillés produits par le rayon laser (14,14A,14B,114) afin de maintenir une épaisseur restante prédéterminée (t) de la couche membrane de recouvrement (58,66,96A,102,118) le long de la configuration de pointillés (74)

22. Procédé selon la revendication 1, dans lequel la couche de recouvrement (58,66,96A,102,118) comprend une membrane préformée avec une couche de renfort en mousse (106,120)

10

19        EP 0 711 627 B1        20

**Patentansprüche**

1. Verfahren zum Vorschwächen eines inneren Abdeckstückes (70, 122) in Kraftfahrzeugen, das verwendet wird, um über einer Airbag-Vorrichtung (72) zu liegen, wobei die Airbag-Vorrichtung (72) einen gefalteten Airbag aufweist, der adaptiert ist, um bei Nachweis eines Zusammenpralls aufgeblasen und entfaltet zu werden, wobei die Vorschwächung (74) die Bildung einer Airbag-Entfaltungsöffnung ermöglicht, die sich durch das Abdeckstück (70, 122) erstreckt, wobei der Airbag beim Aufblasen durch das Abdeckstück (70, 122) stößt, wobei das Abdeckstück (70, 122) eine glatte ununterbrochene Abdeckschicht (58, 66, 96A, 102, 118) aufweist, die über einer mit einer Airbag-Entfaltungsluke (70, 122) assoziierten Substratplatte (98A, 108, 116) liegt, wobei die Abdeckschicht (58, 66, 96A, 102, 108) und die Substratplatte (98A, 108, 116) getrennt ausgebildet und danach aneinandergefügt werden, und wobei ein Laserstrahl (14, 14A, 14B, 114) verwendet wird, um beim Abschwächen des Abdeckstückes (70, 122) Rillen in einem Abschnitt des Abdeckstückes (70, 122) zu bilden; gekennzeichnet durch die folgenden Schritte:
Bildung von Rillen auf der einen Seite (62, 80) der Abdeckschicht (58, 66, 96A, 102, 108) vor dem Aneinanderfügen der getrennt ausgebildeten Abdeckschicht (58, 66, 96A, 102, 108) an die Substratplatte (98A, 108, 116), indem ein Laserstrahl (14, 14A, 14B, 114) vorbestimmter Intensität auf die eine Seite (62, 80) der Abdeckschicht (58, 66, 96A, 102, 108) gerichtet und nach einem vorbestimmten Rillenbildungsmuster (74) über die Abdeckschicht (58, 66, 96A, 102, 108) bewegt wird, wobei der Laserstrahl (14, 14A, 14B, 114) so kontrolliert wird, daß auf der einen Seite (62, 80) der Abdeckschicht (58, 66, 96A, 102, 108) Rillen signifikanter Tiefe in die Abdeckschicht (58, 66, 96A, 102, 108) hinein erzeugt werden

2. Verfahren nach Anspruch 1, wobei die eine Seite (62, 80) der getrennten Abdeckschicht (58, 66, 96A, 102, 108), in der die Rillenbildung stattfindet, eine innere Oberfläche davon ist, und die Abdeckschicht (58, 66, 96A, 102, 108) mit der Substratplatte (98A, 108, 116) zusammengesetzt wird durch

   Zusammensetzen der mit einer Rille versehenen Abdeckschicht (58, 66, 96A, 102, 108) und der Substratplatte (98A, 108, 116) in eine Form mit einem Zwischenraum zwischen den beiden Komponenten, wobei das Rillenbildungsmuster (74) in einer vorbestimmten räumlichen Beziehung zu der Entfaltungsluke (70, 122) steht, und

   Auffüllen des Zwischenraumes mit Kunststoffschaum, um die Abdeckschicht (58, 66, 96A, 102, 108) und die Substratplatte (98A, 108, 116) mittels der Schaumschicht (106, 120) zu verbinden, die dazwischen ausgebildet ist und unter dem Rillenbildungsmuster (74) liegt

3. Verfahren nach Anspruch 2, wobei in den Rillenbildungsschritten ein $CO_2$-Laserstrahl (14, 14A, 14B, 114) auf die innere Oberfläche (62, 80) der Abdeckschicht (58, 66, 96A, 102, 108) gerichtet wird

4. Verfahren nach Anspruch 2, des weiteren mit dem Schritt, die Dicke (t) der Abdeckschicht (58, 66, 96A, 102, 108) an jedem Punkt entlang des Weges des Laserstrahls (14, 14A, 14B, 114) zu messen, um eine vorbestimmte verbleibende Dicke (t) der Abdeckschicht (58, 66, 96A, 102, 108) entlang des Rillenbildungsmusters (74) aufrechtzuerhalten

5. Verfahren nach Anspruch 2, des weiteren mit dem Schritt, einen Abschnitt der Abdeckschicht (58, 66, 96A, 102, 108) komplett abzutrennen, indem ein Laserstrahl (14, 14A, 14B, 114) auf die Abdeckschicht (58, 66, 96A, 102, 108) gerichtet und relativ zu ihr bewegt wird, um den Abschnitt von ihr abzutrennen

6. Verfahren nach Anspruch 2, des weiteren mit dem Schritt, das Abdeckstück (70, 122) mit dem Laserstrahl (14, 14A, 14B, 114) zu durchschneiden

7. Verfahren nach Anspruch 2, des weiteren mit dem Schritt, eine Rille (22), die durch die Rillenbildung in der inneren Oberfläche (62, 80) gebildet wurde, mit einem anderen Material (24) wieder aufzufüllen

8. Verfahren nach Anspruch 3, wobei der $CO_2$-Laserstrahl (14, 14A, 14B, 114) von konstanter Intensität ist und mit einer Geschwindigkeit entlang des Musters (74) bewegt wird, so daß eine gleichmäßige Rillentiefe (68) gebildet wird

9. Verfahren nach Anspruch 3, wobei die Intensität des $CO_2$-Laserstrahls (14, 14A, 14B, 114) variiert wird und er mit einer kontrollierten Geschwindigkeit bewegt wird, um eine kontrollierte Tiefe und Breite der vorschwächenden Rille (74) zu erzeugen

10. Verfahren nach Anspruch 3, wobei der $CO_2$-Laserstrahl (14, 14A, 14B, 114) an Intensität und/oder Geschwindigkeit variiert wird, um eine Rillenbildung in der Abdeckschicht (58, 66, 96A, 102, 108) mit einer Rille (64) variierender Tiefe zu erzeugen

11. Verfahren nach Anspruch 2, wobei der Laserstrahl (14, 14A, 14B, 114) mit Unterbrechungen betätigt wird, um eine Rillenbildung zu erzeugen, die aus einer Reihe von durchgängigen Löchern (54, 124,

21                                  EP 0 711 627 B1                                  22

126) in der Abdeckschicht (42) oder der Substratplatte (128) besteht

12. Verfahren nach Anspruch 2, des weiteren mit dem Schritt, einen ersten Laserstrahlgenerator (34) an einem ersten Roboterarm (36) zu befestigen, und den Roboterarm (36) zu bewegen, um den Laserstrahl (14B) des ersten Generators (34) an der inneren Oberfläche (62, 80) der Abdeckschicht (58, 66, 96A, 102, 118) entlang eines solchen Weges zu dirigieren, daß Rillen in der Abdeckschicht (58, 66, 96A, 102, 118) gemäß dem Muster (74) gebildet werden

13. Verfahren nach Anspruch 12, des weiteren umfassend, die Abdeckschicht (58, 66, 96A, 102, 118) mit einem Meßlaserstrahl (52) zu vermessen, indem ein zweiter Lasergenerator (48) mit einem Roboterarm bewegt wird, um auf Abschnitte der Abdeckschicht (58, 66, 96A, 102, 118) entlang eines Wegs genau vor der Rillenbildung der Abdeckschicht (58, 66, 96A, 102, 118) aufzutreffen, wodurch Meßsignale in Übereinstimmung mit jeglicher Oberflächenvarianz der Abdeckschichtabschnitte erzeugt werden, des weiteren umfassend, die Rillenbildungstätigkeit, die von dem ersten Laserstrahlgenerator (34) in Übereinstimmung hiermit geliefert wird, anzupassen, um eine im wesentlichen konstante über der Rille in der Abdeckschicht (58, 66, 96A, 102, 118) verbleibende Materialdicke ($t_1$) zu gewährleisten

14. Verfahren nach Anspruch 13, wobei die Bewegungsgeschwindigkeit des ersten Laserstrahlgenerators (34) in Übereinstimmung mit den Meßsignalen variiert wird

15. Verfahren nach Anspruch 2, wobei die Abdeckschicht (58) aus einer Trockenpulversuspension gebildet wird und eine rauhe Maserung auf der Innenoberfläche (62) aufweist, wobei der Rillenbildungsschritt eine variierende Rillentiefe (64) verursacht, die durch die Rillenbildung mittels des Laserstrahls (14, 14A, 14B, 114) in die rauh texturierte Innenoberfläche (22) gebildet wird

16. Verfahren nach Anspruch 2, wobei das Abdeckstück (70, 122) eine geformte Lenkradabdeckung (70) aus Kunststoff aufweist, und durch die Rillenbildungsschritte vom Laserstrahl (14, 14A, 14B, 114) eine Rille (74) gebildet wird

17. Verfahren nach Anspruch 3, des weiteren mit dem Schritt, mit dem Laserstrahl (14, 14A, 14B, 114) eine Rille in der Abdeckschicht (58, 66, 96A, 102, 118) in Querrichtung in Bezug auf die dabei gebildete Rille (22) zu bilden, um ein örtliches Vorschwächen (74) an einem ausgewählten Punkt entlang der Rille (22) zu erzeugen

18. Vorrichtung zur vorherigen Rillenbildung in einer Innenseite (62, 80) eines inneren Abdeckstückes (70, 122) in Kraftfahrzeugen, das eine Substratschicht (98A, 108, 116) und eine darüberliegende Abdeckschicht (58, 66, 96A, 102, 118) aufweist, mit

einem $CO_2$-Laserstrahlgenerator (14, 14A, 14B, 114) von ausreichender Intensität, um das innere Abdeckstück (70, 122) teilweise zu durchdringen; und

Mittel (10) zum Halten des Abdeckstückes (70, 122) und zur Relativbewegung von gehaltenem Abdeckstück (70, 122) und Laserstrahlgenerator (34), um mit einem Laserstrahl (14, 14A, 14B, 114) auf dem inneren Abdeckstück (70, 122) einem Rillenbildungsmuster (74) nachzugehen, um so darin eine Airbag-Entfaltungsluke (70, 122) zu bilden;

gekennzeichnet durch Kontrollmittel (38, 44 und 50), die die Rillenbildung in dem Abdeckstück (70, 122) während des Nachgehens des Rillenbildungsmusters (74) auf dem inneren Abdeckstück (70, 122) überwachen und den Rillenbildungseffekt des Laserstrahls (14, 14A, 14B, 114) variieren, um nur ein teilweises Durchdringen des inneren Abdeckstückes (70, 122) durch den Laserstrahl (14, 14A, 14B, 114) an jedem Punkt entlang des Rillenbildungsmusters (74) zu liefern

19. Vorrichtung nach Anspruch 18, wobei die Kontrollmittel (38, 44 und 50) Sensormittel zum Abtasten der äußeren Oberfläche der Abdeckschicht (58, 66, 96A, 102, 118) des Abdeckstückes (70, 122) umfassen, um die Rillentiefe so zu variieren, daß eine konstante Dicke (t) an verbleibendem Material aufrechterhalten wird

20. Verfahren nach Anspruch 1, wobei bei den Rillenbildungsschritten ein $CO_2$-Laserstrahl (14, 14A, 14B, 114) auf die Innenoberfläche (62, 80) der Abdeckschicht (58, 66, 96A, 102, 118) gerichtet wird

21. Verfahren nach Anspruch 20, des weiteren mit dem Schritt, die Dicke der Abdeckschicht (58, 66, 96A, 102, 118) an jedem Punkt entlang des Weges des Laserstrahls (14, 14A, 14B, 114) abzutasten und den Rillenbildungseffekt, der durch den Laserstrahl (14, 14A, 14B, 114) erzeugt wird, zu variieren, damit eine vorbestimmte verbleibende Dicke (t) der Abdeckhautschicht (58, 66, 96A, 102, 118) entlang des Rillenbildungsmusters (74) aufrechterhalten wird

22. Verfahren nach Anspruch 1, wobei die Abdeckschicht (58, 66, 96A, 102, 118) eine Haut aufweist,

23 EP 0 711 627 B1 24

die mit einer Schaumversteifungsschicht (106. 120) vorgeformt ist

5

10

15

20

25

30

35

40

45

50

55

EP 0 711 627 B1



FIG-1

FIG-2

FIG-3

EP 0 711 627 B1



FIG-4



FIG-4A



EP 0 711 627 B1



FIG-7

FIG-9

FIG-11

FIG-10

FIG-12

EP 0 711 627 B1



FIG-13

FIG-14

FIG-15

FIG-19

EP 0 711 627 B1



FIG-16



FIG-17



FIG-18