UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____/

**In Re:**

DELPHI CORPORATION, *et al,*

    **Debtors.**

_____/

Chapter 11

Case No. 05-44481 (RDD)

(Jointly Administered)

### CERTIFICATE OF SERVICE

    I certify that true and correct copies of our Notice of Appearance and Request for Service of Papers and Response of Port City Castings Corp. to Debtors' Second Omnibus Objection to Claims were served electronically (where email addresses are indicated, otherwise by overnight delivery) on November 22, 2006, on the following:

Hon. Robert D. Drain
United States Bankruptcy Judge
Southern District of New York
One Bowling Green-Suite 632
New York NY 10004
(212.668.2301)

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy MI 48098
(248.813.2000)

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John Wm. Butler, Jr.
333 West Wacker Drive, Suite 2100
Chicago IL 60606
jbutler@skadden.com

Simpson Thacher & Bartlett LLP
Attn: Kenneth S. Ziman
425 Lexington Avenue
New York NY 10017
(212.455.2000)

Davis Polk & Wardell
Attn: Donald Bernstein and Brian Resnick
450 Lexington Avenue
New York NY 10017

Donald.bernstein@dpw.com
Brian.resnick@dpw.com

Latham & Watkins
Attn:  Robert J. Rosenberg and Mark A. Broude
885 Third Avenue
New York NY 10022
Robert.rosenberg@lw.com

Fried, Frank, Harris, Shriver & Jacobson LLP
Attn:  Bonnie Steingart
One New York Plaza
New York NY 10004
steinbo@friedfrank.com

Office of the United States Trustee
Southern District New York
Attn:  Alicia M. Leonhard
33 Whitehall Street, Suite 2100
New York NY 10004
(212.510.0508)

Dated: November 22, 2006                PARMENTER O'TOOLE

                                        By:     /s/ James R. Scheuerle
                                            James R. Scheuerle (P42932)
                                            601 Terrace Street, PO Box 786
                                            Muskegon MI 49443-0786
                                            Telephone 231.722.1621
                                            Fax 231.728.2206
                                            Email JRS@Parmenterlaw.com