IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | CASE NO. 05-44481-RDD-11<br>CHAPTER 11 |
| DELPHI CORPORATION, | |
| Debtor(s). | |

## INDIANA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT (IDEM) RESPONSE TO THIRD OMNIBUS OBJECTION TO CLAIM

Comes now Creditor, Indiana Department of Environmental Management (IDEM), by counsel, and, for its Response to the Objection to its Claim, states as follows:

1. Creditor has filed a proof of claim in the priority amount of $1721.50 and proofs of claim in the amounts of $500,000.00 and $750.00 as general unsecured claims.
2. Creditor's priority claim is based upon a hazardous waste fee for 2005-2006; the unsecured claims are based on an estimate for the costs associated with the cleanup of Debtor's' site located at 700 E. Firmin Street, Kokomo, IN and for a de minimis settlement for the Four County Landfill in Delong, Fulton County, IN.
3. IDEM's claims are correct and should be allowed and paid as such, pursuant to 11 USC § 505.

WHEREFORE, Creditor, Indiana Department of Environmental Management, prays that Debtor's objection to IDEM's claims be overruled.

| | |
|---|---|
| Office of Attorney General<br>Indiana Government Center South, Fifth Floor<br>302 West Washington Street<br>Indianapolis, IN  46204-2770<br>Telephone:  317-232-6211<br>Facsimile:   317-232-7979 | Respectfully submitted,<br><br>STEVE CARTER<br>Attorney General of Indiana<br>Atty. No.  4150-64<br><br><br>By:  /s/  Brian D. Salwowski<br>     Brian D. Salwowski<br>     Deputy Attorney General<br>     Atty. No.  2100-49 |

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing pleading has been duly served upon all counsel of record by ECF notification or U. S. first class mail, postage prepaid, on November 22, 2006.

United States Trustee
One Michiana Square
5th Floor
100 East Wayne Street
South Bend, IN  46601

John Wm. Butler, Jr.,
Attorney for Debtor
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606-1285

Chapter 11 Trustee


Delphi Corporation
5725 Delphi Drive
TROY, MI 48098

  /s/ Brian D. Salwowski
Brian D. Salwowski
Deputy Attorney General
Atty. No.  2100-49

Office of Attorney General
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Telephone:  317-232-6211
Facsimile:   317-232-7979