UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                            :
   In re                                      :  Chapter 11
                                                            :
DELPHI CORPORATION, et al.,                                 :  Case No. 05-44481 (RDD)
                                                            :
                                     Debtors.   :  (Jointly Administered)
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ORDER UNDER BANKRUPTCY CODE SECTION 107(c) AND FED. R.
BANKR. P. 9018(1) AUTHORIZING DEBTORS TO FILE UNDER SEAL
CERTAIN UNREDACTED PORTIONS OF THE DEBTORS' RESPONSE TO
MOTION OF USW TO COMPEL DEBTORS TO SUBMIT
INDIVIDUAL EMPLOYEE MATTER TO IMPARTIAL MEDICAL AUTHORITY

     Upon the ex parte motion, dated November 22, 2006, of Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for an order Under 11 U.S.C. § 107(c) And Fed. R. Bankr. P. 9018(1) Authorizing Debtors To File Under Seal Certain Unredacted Portions of Debtors' Response To Motion Of USW To Compel Debtors To Submit Individual Employee Matter to Impartial Medical Authority ("Motion") and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and after due deliberation thereon; and good and sufficient cause appearing therefor,

        IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

        1.  The Motion is GRANTED.

        2.  The Debtors, pursuant to 11 U.S.C. § 107(c) and Federal Rule of Bankruptcy Procedure 9018(1), are authorized to file certain confidential information regarding the medical history of USW-represented retiree, Terry Detrick, contained in the Debtors' Response To

Motion Of USW To Compel Debtors To Submit Individual Employee Matter to Impartial Medical Authority (the "Response") under seal.

3. The Confidential Materials (and any information derived from the Confidential Materials) shall remain confidential, be filed under seal, and shall be served on and made available only to and maintained confidentially by (a) the United States Trustee for the Southern District of New York, (b) counsel to the Creditors' Committee, (c) the USW and (d) such other parties as ordered by this Court or agreed to by the Debtors and the USW.

4. The portions of any pleadings filed in these cases that reference or disclose any of the information contained in the Confidential Materials shall be filed under seal and served only on those parties authorized to receive the Confidential Materials in accordance with this Order.

Dated: New York, New York
November 22, 2006

/s/Robert D. Drain
**UNITED STATES BANKRUPTCY JUDGE**