PACHULSKI STANG ZIEHL YOUNG JONES
   & WEINTRAUB LLP
780 Third Avenue, 36th Floor
New York, NY 10017-2024
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Maxim B. Litvak (CA Bar No. 215852)
Ilan D. Scharf (IS 3469)

Counsel for Creditor Ultratech, Inc.

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                    )ss:
COUNTY OF NEW YORK   )

      Ilan D. Scharf, being duly sworn, deposes and says:

      1.      I am over the age of eighteen years, am employed by Pachulski Stang Ziehl Young Jones & Weintraub LLP and am not a party to the action herein.

      2.      On November 21, 2006, I caused to be served the (1) *Opposition Of Ultratech, Inc. To Debtors' Second Omnibus Objection To Claims (Procedural)*; (2) *Declaration Of Bruce Wright In Support Of The Opposition Of Ultratech, Inc. To (I) Debtors' Second Omnibus Objection To Claims (Procedural), And (II) Debtors' Third Omnibus Objection To Claims (Substantive)*; (3) *Opposition Of Ultratech, Inc. To Debtors' Third Omnibus Objection*

81174-001\DOCS_NY:11360.1

*To Claims (Substantive)*; and (4) *Order Granting Motion Of Ultratech, Inc. To File Certain Unredacted Documents Under Seal* upon Delphi Corporation, 5725 Delphi Drive, Troy, MI 48098, Attn: General Counsel and Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, IL 60606, Attn: John W.M. Butler, Jr., by Federal Express, an overnight courier.

          *Ilan D. Scharf*
          ILAN D. SCHARF

SWORN TO AND SUBSCRIBED before me this
22nd day of November, 2006

*Beth E. Levine*
Beth E. Levine
Notary Public, State of New York
No. 02LE6127020
Qualified in New York County
Commission Expires May 23, 2009