PACHULSKI STANG ZIEHL YOUNG JONES
   & WEINTRAUB LLP
780 Third Avenue, 36th Floor
New York, NY 10017-2024
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Maxim B. Litvak (CA Bar No. 215852)
Ilan D. Scharf (IS 3469)

Counsel for Creditor Ultratech, Inc.

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                    )ss:
COUNTY OF NEW YORK    )

Ilan D. Scharf, being duly sworn, deposes and says:

1.     I am over the age of eighteen years, am employed by Pachulski Stang Ziehl Young Jones & Weintraub LLP and am not a party to the action herein.

2.     On November 21, 2006, I caused to be served the (1) *Redacted Opposition Of Ultratech, Inc. To Debtors' Third Omnibus Objection To Claims (Substantive)*; (2) *Redacted Declaration Of Bruce Wright In Support Of The Opposition Of Ultratech, Inc. To (I) Debtors' Second Omnibus Objection To Claims (Procedural), And (II) Debtors' Third Omnibus Objection To Claims (Substantive)*; (3) *Declaration Of Bruce Wright In Support Of The Opposition Of*

81174-001\DOCS_NY:11361.1

*Ultratech, Inc. To (I) Debtors' Second Omnibus Objection To Claims (Procedural), And (II) Debtors' Third Omnibus Objection To Claims (Substantive)*; and (4) *Order Granting Motion Of Ultratech, Inc. To File Certain Unredacted Documents Under Seal* upon the parties listed on the annexed service list by Federal Express, an overnight courier.

                                                                                *Ilan D. Scharf*
                                                                             ILAN D. SCHARF

SWORN TO AND SUBSCRIBED before me this
22nd day of November, 2006

   *Beth E. Levine*
Beth E. Levine
Notary Public, State of New York
No. 02LE6127020
Qualified in New York County
Commission Expires May 23, 2009

# SERVICE LIST

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Attn:  Kenneth S. Ziman

Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Attn:  Donald Bernstein and Brian Resnick

Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Attn:  Robert J. Rosenberg
 and Mark A. Broude

Fried, Frank, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
Attn:  Bonnie Steingart

The Office of the United States Trustee
 for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
Attn:  Alicia M. Leonhard