KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
H. Slayton Dabney, Jr., Esq. (HD4311)
Bill Dimos, Esq. (BD3028)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
**DELPHI CORPORATION, et al.,**.              :     Case No. 05-44481 (RDD)
                                                               :
                              **Debtors**      :     Chapter 11
                                                               :
--------------------------------------------------------------x

## NOTICE OF APPEARANCE

The undersigned counsel enters an appearance on behalf of KPMG LLP and requests that all notices given or required to be given, and all papers and pleadings served in these cases, be delivered to and served upon the following at the address set forth below, and that the following be added to the general matrix and all special or limited matrices in this matter.

        H. Slayton Dabney, Jr., Esq.
        Bill Dimos, Esq.
        King & Spalding LLP
        1185 Avenue of the Americas
        New York, New York  10036
        Tel. No. 212-556-2100
        Fax No. 212-556-2222

Dated:  November 22, 2006        KING & SPALDING LLP
       New York, New York

                                                By /s/ H. Slayton Dabney, Jr.
                                                H. Slayton Dabney, Jr. Esq.
                                                Bill Dimos, Esq.
                                                1185 Avenue of the Americas
                                                New York, NY 10036
                                                Tel. No. 212-556-2100
                                                Fax No. 212-556-2222