**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE

**DELPHI CORPORATION, <u>et</u> <u>al.</u>**,

        Debtors.

_____/

Chapter 11

Case No. 05-44481 (RDD)

(Jointly Administered)

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 22nd day of November, 2006 true and correct copies of the Response of Floform, Ltd. to Debtors' (I) Third Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Claims with Insufficient Documentation, (B) Claims Unsubstantiated by Debtors' Books and Records, and (C) Claims Subject to Modification and (II) Motion to Estimate Contingent and Unliquidated Claims Pursuant to 11 U.S.C. § 502(c) were served via Federal Express upon:

The Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY  10004-1405

Delphi Corporation
5725 Delphi Drive
Troy, MI  48098
Attn: General Counsel

**Counsel to the Debtors**
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Attn: John William Butler, Jr.

**Counsel to the Agent under the Debtors' Prepetition Credit Facility**
Simpson Thacher & Barlett LLP
425 Lexington Avenue
New York, NY  10017
Attn: Kenneth S. Ziman

**Counsel to the Agent under the Postpetition Credit Facility**
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
Attn: Donald Bernstein
       Brian Resnick

**Counsel to the Official Committee of Unsecured Creditors**
Latham & Watkins LLP
885 Third Avenue
New York, NY  10022
Attn: Robert J. Rosenberg
       Mark A. Broude

| | |
|---|---|
| **Counsel to the Official Committee of Equity Security Holders**<br>Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY  10004<br>Attn: Bonnie Steingart | **Office of the United States Trustee for the Southern District of New York**<br>33 Whitehall Street, Suite 2100<br>New York, NY  10004<br>Attn: Alicia M. Leonard |

By: _____/s/ Joseph R. Sgroi_____
    Joseph R. Sgroi (P68666)
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226-3506
(313) 465-7570
jsgroi@honigman.com

DETROIT.2383059.1