Hearing Date and Time: November 30, 2006 at 10:00 a.m.
Response Date and Time: November 24, 2006 at 4:00 p.m.

BARRIS, SOTT, DENN & DRIKER, P.L.L.C.
211 West Fort Street, 15th Floor
Detroit, Michigan 48226-3281
(313) 965-9725
C. David Bargamian (Mich. P43742), admitted *pro hac vice*
Leo J. Gibson (Mich. P64984), admitted *pro hac vice*

*Attorneys for ICX Corporation*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
In re                                                        : Chapter 11
                                                             :
DELPHI CORPORATION, et al.,                                  : Case No. 05-44481(RDD)
                                                             :
                    Debtors.                                 : (Jointly Administered)
------------------------------------------------------------ X

## INDEX OF EXHIBITS

Exhibit A - Claim No. 13482

Exhibit B - Claim No. 13489

Exhibit C - Claim No. 13490

Exhibit D - ICX's Lease Payment History

f:\docsopen\lgibson\l-oth\0327389.01