Hearing Date and Time: November 30, 2006 at 10:00 a.m.
Response Deadline: November 24, 2006 at 4:00 p.m.

Robert K. Weiler, Esq. (RW6497)
Green & Seifter, Attorneys, PLLC
OFFICE AND POST OFFICE ADDRESS
One Lincoln Center, Suite 900
Syracuse, NY 13202
Telephone: (315) 422-1391
Fax: (315) 423-2870

Attorneys for Carlisle Engineered Products, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
In re                                                            Chapter 11

DELPHI CORPORATION, et al.,                    Case No. 05-44481(RDD)
                                                                  (Jointly Administered)

                                      Debtors.
------------------------------------------------------------

## SUPPLEMENTAL RESPONSE BY CARLISLE ENGINEERED PRODUCTS, INC. TO DEBTORS' (I) THIRD OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) CLAIMS WITH INSUFFICIENT DOCUMENTATION, (B) CLAIMS UNSUBSTANTIATED BY DEBTORS' BOOKS AND RECORDS, AND (C) CLAIMS SUBJECT TO MODIFICATION AND (II) MOTION TO ESTIMATE CONTINGENT AND UNLIQUIDATED CLAIMS PURSUANT TO 11 U.S.C. § 502(c)

Carlisle Engineered Products, Inc. ("Carlisle"), by and through its

attorneys, Green & Seifter, Attorneys, PLLC, for its Supplemental Response to an

objection to Carlisle's proof of claim filed on July 28, 2006 ("Claim No. 11910" or the

"Claim") set forth in Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11

U.S.C. §502(b) and Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient

Documentation, (B) Claims Unsubstantiated By Debtors' Books and Records, and (C)

Claims Subject to Modification and (II) Motion to Estimate Contingent and Unliquidated

Claims Pursuant to 11 U.S.C. §502(c) filed on October 31, 2006 ("Third Omnibus Claim

Objection"), respectfully represents:

      1.      This is a Supplemental Response by Carlisle to Debtors' Third

Omnibus Claim Objection.  Carlisle's Response was filed November 21, 2006 (Docket

No. 5628).

      2.      The Supplemental Response is to further explain why all evidence

supporting the claim is not included with the Response.  As explained in the Response,

which is incorporated by reference herein, Debtor is seeking to reduce Carlisle's Claim by

less than 5% or from $4,868,870.27 to $4,673,816.38.  There are numerous transactions

covered by the Claim, which are summarized in approximately 68 pages of invoice

summaries attached to the Claim.  The vast majority, if not all, of the transactions are

undisputed.  The Third Omnibus Objection is conclusory and does not identify which of

the numerous transactions, if any, to which the Third Omnibus Objection relates.  The

supporting information for the entire Claim is voluminous and would largely address

undisputed transactions.  Assuming that this matter is not resolved in the manner set

forth in the Response, once Debtor identifies the transactions to which it objects, Carlisle

will provide the appropriate supporting documentation.

      3.      Carlisle reserves all of its rights, claims and defenses.

      4.      The person that Debtor should contact to discuss this claim is

counsel for Carlisle identified below.  Counsel will then direct Debtor to the appropriate

contact person.

WHEREFORE, Carlisle requests the Court to deny the Third Omnibus

Claim Objection or, in the alternative, allow Carlisle a claim of $4,673,816.38 subject to

(a) resolution of reclamation claim for $624,301.61 (Docket No. 316); and (b) the right of

Carlisle to assert that the additional sum of $105,149.16 should be treated as an

administrative expense claim; and granting to Carlisle such other and further relief as the

Court deems just and equitable.

Dated:  November 22, 2006          GREEN & SEIFTER, ATTORNEYS, PLLC

                                   By: _____
                                       Robert K. Weiler (RW6497)
                                   Attorneys for Carlisle Engineered Products, Inc.
                                   OFFICE AND POST OFFICE ADDRESS
                                   One Lincoln Center, Suite 900
                                   Syracuse, NY 13202
                                   Telephone: (315) 422-1391
                                   Fax: (315) 423-2870

405817_1.DOC/C0207L-00040