Hearing Date and Time: November 30, 2006 at 10:00 a.m.
Response Date and Time: November 24, 2006 at 4:00 p.m.

BARRIS, SOTT, DENN & DRIKER, P.L.L.C.
211 West Fort Street, 15th Floor
Detroit, Michigan  48226-3281
(313) 965-9725
C. David Bargamian (Mich. P43742), admitted *pro hac vice*
Leo J. Gibson (Mich. P64984), admitted *pro hac vice*

*Attorneys for ICX Corporation*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
In re                                                                      : Chapter 11
                                                                             :
DELPHI CORPORATION, et al.,                           : Case No. 05-44481(RDD)
                                                                             :
                                            Debtors.         : (Jointly Administered)
------------------------------------------------------------- X

## CERTIFICATE OF SERVICE

        I, Annette M. Welsh, a non-attorney, state that on November 22, 2006 I caused a
copy of **RESPONSE OF ICX CORPORATION TO DEBTORS' (I) THIRD OMNIBUS
OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. § 502(b) AND FED. R.
BANKR. P. 3007 TO CERTAIN (A) CLAIMS WITH INSUFFICIENT
DOCUMENTATION, (B) CLAIMS UNSUBSTANTIATED BY DEBTORS' BOOKS AND
RECORDS, AND (C) CLAIMS SUBJECT TO MODIFICATION AND (II) MOTION TO
ESTIMATE CONTINGENT AND UNLIQUIDATED CLAIMS
PURSUANT TO 11 U.S.C. § 502(c)** to be served upon the following via Federal Express:

Honorable Robert D. Drain
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green, Room 610
New York, NY 10004

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI 48098

Counsel to the Debtors
Skadden, Arps, Slate, Meagher & Flom,
LLP
Attn: John Wm. Butler, Jr.
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

Simpson Thacher & Bartlett, LLP
Attn: Kenneth S. Ziman
425 Lexington Avenue
New York, NY 10017

Davis Polk & Wardwell
Attn: Donald Bernstein and Brian Resnick
450 Lexington Avenue
New York, NY 10017

Official Committee of Unsecured
Creditors
Laltham & Watkins, LLP
Attn: Robert J. Rosenberg and Mark A.
Broude
885 Third Avenue
New York, NY 10022

Official Committee of Equity Security
Holders
Fried, Frank, Harris, Shriver & Jacobson,
LLP
Attn: Bonnie Steingart
One New York Plaza
New York, NY 10004

Office of the United States Trustee for the
Southern District of New York
Attn: Alicia M. leonhard
33 Whitehall Street
Suite 2100
New York, NY 10004

/s/Annette M. Welsh    *Annette M. Welsh*

f:\docsopen\lgibson\l-prf\0327378.01