Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 885-5000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, *et al.,* | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

### AFFIDAVIT OF SERVICE

**WANDA MCMILLAN** being duly sworn, deposes and says:

1. That I am over 18 years of age, not a party to this action, and reside in New York, New York.

2. That on November 22, 2006, I caused a copy of (i) *Response of Denso Corporation, Denso International America, Inc. and Affiliates to Debtors' Second and Third Omnibus Claims Objections and Request for a Continuance With Respect to Claim Nos. 10590, 11242, 11243, 11244, 12339, 12340, And 12341* to be served upon the parties annexed hereto in the manner indicated below.

/s/ Wanda McMillian
**WANDA MCMILLAN**

Sworn to before me this
22nd day of November, 2006

/s/ Kathleen Mangual
Notary Public

Notary Public, State of New York
No. 01MA6083782
Qualified in New York County
Commission Expires November 25, 2006

124113.01600/6500295v.1

**BY FEDERAL EXPRESS:**

## SERVICE LIST

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48089
Attn: General Counsel

Skadden, Arps, Slate, Meagher & Flom LLP
(Counsel to the Debtors)
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
Attn: John William Butler, Jr., Esq.
John Lyons, Esq.

Simpson Thacher & Bartlett LLP
(Counsel to the Agent under the Debtors'
Prepetition Credit Facility)
425 Lexington Avenue
New York, NY 10017
Attn: Kenneth S. Ziman

Davis Polk & Wardwell
(Counsel to the Agent under the Postpetition
Credit Facility)
450 Lexington Avenue
New York, NY 10017
Attn: Donald Bernstein and Brian Resnick

Latham & Watkins LLP
(Counsel to the Official Committee of Unsecured
Creditors)
885 Third Avenue
New York, NY 10022
Attn: Robert J. Rosenberg and Mark A. Broude

Fried, Frank, Harris, Shriver & Jacobson LLP
(Counsel to the Official Committee of Equity
Security Holders)
One New York Plaza
New York, NY 10004
Attn: Bonnie Steingart

Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY 10004
Attn: Alicia M. Leonhard

2