UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                                  :   Chapter 11
                                                        :
DELPHI CORPORATION, et al.,                             :   Case No. 05-44481 (RDD)
                                                        :
                                                        :   Jointly Administered
                          Debtors.                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

        Vikrum Panesar, being duly sworn, deposes and says:

    1.    I am over 18 years of age, am employed by Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036, and am not a party in the above-captioned action.

    2.    I caused to be served true and correct copies of:

(i)    Response of Electronic Data Systems, EDS Information Services L.L.C. and EDS de Mexico S.A. de C.V. to the Debtors Second Omnibus Objection (Procedural) to Certain (I) Equity Claims, (II) Claims Duplicative of Consolidated Trustee or Agent Claims and (III) Duplicate and Amended Claims (Docket No. 5451); and Third Omnibus Objection (Substantive) to Certain (A) Claims with Insufficient Documentation, (B) Claims Unsubstantiated by Debtors' Books and Records, and (C) Claims Subject to Modification (Docket No. 5452); and

(ii)    Objection of Electronic Data Systems, EDS Information Services L.L.C. and EDS de Mexico S.A. de C.V. to the Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 502(B) and 502(C) and Fed. R. Bankr. P. 2002(M), 3007, 7016, 7026, 9006, 9007, and 9014 Establishing (I) Dates for Hearings Regarding Disallowance or Estimation of Claims and (II) Certain Notices and Procedures Governing Hearings Regarding Disallowance or Estimation of Claims.

by hand to the party listed on the annexed Exhibit A and by Federal Express to the party listed on the annexed Exhibit B on November 22, 2006.

KL2 2477269.2

                                                    /s/ Vikrum Panesar  
                                                    Vikrum Panesar

Sworn to before me this  
22nd day of November, 2006

 /s/ Zoe Scott                                Zoe Scott  
Notary Public                                     Notary Public, State of New York  
                                                        No. 01SC6150543  
                                                         Qualified in New York County  
                                                         Commission Expires July 31, 2010

KL2 2477269.2

## EXHIBIT A

Chambers, Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

## EXHIBIT B

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI 48098

John William Butler
Skadden, Arps, Slate Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

Donald Bernstein & Brian Resnick
Davis Polk & Wardwell
450 Lexington Avenue
Floor 11
New York, NY 10017

Kenneth S. Ziman
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Alicia M. Leonhard
Office of the Unted States Trustee
33 Whitehall Street
Suite 2100
New York, NY 10004

Bonnie Steingart
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

Robert Rosenberg & Mark A. Broude
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

KL2 2477269.2