FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT Southern DISTRICT OF New York | PROOF OF CLAIM |
|---|---|

Name of Debtor: Delphi Automotive Systems LLC
Case Number: 05-44640(RDD)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
OKI America, Inc., Attn: Anna Phan, Assistant Controller
785 N. Mary Avenue, Sunnyvale, CA 94085

Name and address where notices should be sent:
Marcus O. Colabianchi (CA Bar No. 208698)
Thelen Reid & Priest LLP
101 Second Street, Suite 1800
San Francisco, CA 94105

Telephone number: 415-371-1200

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor: _____

Check here ☐ replaces  ☒ amends  a previously filed claim, dated: 07/31/06

1. **Basis for Claim**
   ☒ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☐ Other

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last four digits of your SS #: _____
   Unpaid compensation for services performed
   from _____ to _____
   (date)       (date)

2. Date debt was incurred: See attached
3. If court judgment, date obtained: NA

4. **Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

   **Unsecured Nonpriority Claim** $ See attached

   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

   **Unsecured Priority Claim**
   ☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority
   Amount entitled to priority $ _____

   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
   ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

   **Secured Claim**
   ☒ Check this box if your claim is secured by collateral (including a right of setoff)-
   Brief Description of Collateral:
   ☐ Real Estate  ☐ Motor Vehicle  ☒ Other See attached
   Value of Collateral: $ See attached
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8)
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___)

   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

5. Total Amount of Claim at Time Case Filed: $ _____ _____ _____ $See attached
   (unsecured) (secured) (priority) (Total)

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

7. **Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: 09/08/06

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): *Hiroshi Nagai, CFO*

THIS SPACE IS FOR COURT USE ONLY

S.D.N.Y.
2006 SEP 14 P 4:46
FILED
U.S. BANKRUPTCY COURT

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

American LegalNet, Inc.
www.USCourtForms.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                              :       Chapter 11
                                                    :
DELPHI CORPORATION, et al.,                         :       Case No. 05-44481 (RDD)
                                                    :
            Debtors.                                :       (Jointly Administered)
                                                    :
------------------------------------------------------------X

## ATTACHMENT TO AMENDED PROOF OF CLAIM OF OKI AMERICA, INC.

1. This amended proof of claim ("Amended Proof of Claim") is made by Oki America, Inc., also known as Oki Semiconductor (the "Claimant"), against debtor Delphi Automotive Systems LLC ("Debtor"), Case No. 05-44640 (RDD).

2. On or about July 31, 2006, Claimant timely filed its original Proof of Claim in the amount of $2,044,350.59 ("Claim Amount") of which $652,282.73 is secured by setoff.

3. This Amended Proof of Claim is filed in order to assert an additional $36,860 (the "Additional Amount") owing to the Claimant from the Debtor. Supporting documentation for the Additional Amount is attached hereto as Exhibit A.[1]

4. The Additional Amount represents a fee that stems from the Debtor's cancellation of a pre-petition shipment of goods from Claimant to Debtor, which was not included in the Claimant's original Proof of Claim as the Debtor agreed to pay the fee but then refused stating that the fee was a pre-petition debt. Debtor notified Claimant of its refusal to pay the fee on August 22, 2006.

5. The Claimant hereby submits a total claim, as amended, of **$2,081,210.59** against the Debtor.

---

[1] The supporting documentation attached to Claimant's original Proof of Claim was voluminous. Rather than attaching the documentation previously filed with Claimant's original Proof of Claim, Claimant only attaches documentation that supports the Additional Amount to this Amended Proof of Claim.

SF #1085698 v3

6. Claimant reserves the right to amend or supplement this Amended Proof of Claim in any respect, to fix or liquidate any claims stated herein, to specify and quantify expenses or other charges or claims incurred by Claimant, and to file additional proofs of claim for additional claims.

7. The execution and filing of this Amended Proof of Claim is not a waiver of any of Claimant's rights including, without limitation, the right to move to withdraw the reference with respect to the subject matter of this claim or otherwise, and any right to trial by jury that Claimant may have in any civil proceeding arising in or related to this case, nor is it a consent to jurisdiction of this or any court except with respect to the allowance of the claims asserted herein.

8. The post office address of the Claimant and the address to which all notices to Claimant should be addressed are:

> Anna Phan
> Assistant Controller
> OKI America, Inc.
> 785 N. Mary Avenue
> Sunnyvale, CA 94085
> Telephone: (408) 720-1900
> Fax: (408) 720-1918
> Email: anna.phan@oki.com

with copies to:

> Marcus O. Colabianchi, Esq.
> Thelen Reid & Priest LLP
> 101 Second Street, Suite 1800
> San Francisco, CA 94105-3601
> Telephone: (415) 371-1200
> Fax: (415) 371-1211
> Email: mcolabianchi@thelenreid.com

PENALTY FOR PRESENTING FRAUDULENT CLAIM: Fine of not more than $500,000 or imprisonment for not more than five years or both. 18 U.S.C. §§ 152 and 3571.

2

SF #1085698 v3