BARACK FERRAZZANO KIRSCHBAUM  
PERLMAN & NAGELBERG LLP  
333 West Wacker Drive, Suite 2700  
Chicago, IL 60606  
Tel. No.        312-984-3100  
Fax No.        312-984-3150  
William J. Barrett (IL 6206424)  
Kimberly J. Robinson (IL 6194420)  

Counsel for Motion Industries, Inc.

Hearing Date: Nov. 30, 2006 at 10:00 a.m.  
Objection Deadline: Nov. 24, 2006 at 4:00 p.m.

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>Jointly Administered |

**JOINDER OF MOTION INDUSTRIES, INC.  
TO KILROY REALTY, LP'S OBJECTION TO THE  
DEBTORS' PROPOSED PROCEDURES GOVERNING HEARING REGARDING  
DISALLOWANCE OR ESTIMATION OF CLAIMS**

Motion Industries, Inc. ("Motion"), by and through its undersigned attorneys, hereby joins in (this "Joinder") the objection of Kilroy Realty, LP (the "Objection") to the relief sought by the above-captioned debtors (the "Debtors") in their motion for order establishing (I) dates for hearings regarding disallowance or estimation of claims and (II) certain notices and procedures governing hearing regarding disallowance or estimation of claims (the "Claims Objection and Estimation Procedures Motion"). In support of this Joinder, Motion respectfully represents as follows:

1. On October 8, 2005, the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United State Code, 11 U.S.C. §§101 *et seq.* (the "Bankruptcy Code").

2. On July 21, 2006, Motion filed the following claims in the following of the Debtors' cases: Claim No. 10251 in the amount of $835,355.82 in the Delphi Automotive

Systems, LLC case; Claim No. 10235 in the amount of $834,798.60 in the Delphi Corporation case; Claim No. 10232 in the amount of $108,287.35 in the Delphi Medical Systems, Colorado Corporation case; and Claim No. 10231 in the amount of $6,132.75 in the Delphi Connections Systems case.  On November 9, 2006, Motion filed Claim No. 16416 in the amount of $877,554.25 in the Delphi Automotive Systems, LLC case, which claim amended Claim No. 10251 referenced above.

3. Through the Claims Objection and Estimation Procedures Motion, the Debtors seek to establish certain procedures governing hearings regarding disallowance or estimation of claims.  For the reasons set forth in the Objection, Motion also objects to the relief requested in the Claims Objection and Estimation Procedures Motion as unfair, contrary to the rules governing the resolution of claims objections, and as providing too much discretion to the Debtors in the claims resolution process.

WHEREFORE, Motion respectfully requests that this Court (a) deny the relief requested in the Claims Objection and Estimation Procedures Motion and (b) grant such other and further relief as this Court deems just and proper.

Dated: November 22, 2006 at Chicago, Illinois.

                        MOTION INDUSTRIES, INC.

                        By    /s/ William J. Barrett
                            William J. Barrett (IL 6206424)
                            Kimberly J. Robinson (IL 6194420)
                            BARACK FERRAZZANO KIRSCHBAUM
                            PERLMAN & NAGELBERG LLP
                            333 West Wacker Drive, Suite 2700
                            Chicago, IL 60606
                            Tel. No.   312-984-3100
                            William.barrett@bfkpn.com
                            Kimberly.robinson@bfkpn.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **Joinder of Motion Industries, Inc. to Kilroy Realty, LP's Objection to the Debtors' Proposed Procedures Governing Hearing Regarding Disallowance or Estimation of Claims** was filed electronically this 22nd day of November, 2006 and the foregoing was sent via e-mail or overnight delivery to the following parties:

| | |
|---|---|
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Attn: General Counsel<br>*(served via overnight courier)* | Skadden, Arps, Slate, Meagher & Flom<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, Illinois 60606<br>Attn: John Wm. Butler, Esq.<br>Email: jbutler@skadden.com |
| Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, New York 10017<br>Attn: Kenneth S. Ziman, Esq.<br>Email: kziman@stblaw.com | Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, New York 10017<br>Attn: Marlane Melican, Esq.<br>Email: marlane.melican@dpw.com |
| Latham & Watkins<br>885 Third Avenue<br>New York, New York 10022-4802<br>Attn: Mark A. Broude, Esq.<br>Attn: Robert J. Rosenberg, Esq.<br>Email: mark.broude@lw.com<br>        robert.rosenberg@lw.com | Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, New York 10004<br>Attn: Bonnie Steingart, Esq.<br>Email: steinbo@friedfrank.com |
| Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004<br>Attn: Alicia M. Leonhard, Esq.<br>*(served via overnight courier)* | |

                                    */s/ William J. Barrett*
                                    William J. Barrett