## CERTIFICATE OF SERVICE

I, Maria DiConza, an attorney, hereby certify that on the 22nd day of November, 2006, I caused to be served a complete and accurate copy of the foregoing **RESPONSE OF (A) BANCO J.P. MORGAN, S.A., INSTITUCION DE BANCA MULTIPLE, J.P. GRUPO FINANCIERO, DIVISION FIDUCIARIA, NOT INDIVIDUALLY, BUT IN ITS CAPACITY AS TRUSTEE OF TRUST F/00121, (B) PRUDENTIAL FINANCIAL, INC., (C) PRUDENTIAL INVESTMENT MANAGEMENT, INC., (D) PRUDENTIAL REAL ESTATE INVESTORS, A DIVISION OF PRUDENTIAL INVESTMENT MANAGEMENT, INC., (E) PLA HOLDING VI, LLC, (F) PLA MEXICO INDUSTRIAL MANAGER I LLC AND (G) PLA INDUSTRIAL FUND I, LLC TO DEBTORS' THIRD OMNIBUS CLAIM OBJECTION,** by causing a copy of the Response to be sent via hand delivery and Federal Express, as indicated, upon each the parties identified below.

_/s/ Maria DiConza_
Maria DiConza

### Service List

Honorable Robert D. Drain
United States Bankruptcy Judge
(VIA HAND DELIVERY)

Delphi Corporation
General Counsel
5725 Delphi Drive
Troy, Michigan 48098
(VIA FEDERAL EXPRESS)

Counsel to the Debtors
Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John Wm. Butler, Jr.
333 West Wacker Drive
Suite 2100, Chicago, Illinois 60606
(VIA FEDERAL EXPRESS)

Counsel to the agent under the Debtors'
prepetition credit facility
Simpson Thacher & Bartlett LLP
Kenneth S. Ziman
425 Lexington Avenue
New York, New York 10017
(VIA FEDERAL EXPRESS)

Counsel to the agent under the postpetition
credit facility
Davis Polk & Wardwell
Donald Bernstein and Brian Resnick
450 Lexington Avenue
New York, New York 10017
(VIA FEDERAL EXPRESS)

Counsel to the Official Committee of
Unsecured Creditors
Latham & Watkins LLP
Robert J. Rosenberg and Mark A. Broude
885 Third Avenue
New York, New York 10022
(VIA FEDERAL EXPRESS)

Counsel to the Official Committee
of Equity Security Holders
Fried, Frank, Hams, Shriver & Jacobson LLP
Bonnie Steingart
One New York Plaza
New York, New York 10004
(VIA FEDERAL EXPRESS)

Office of the United States Trustee
Southern District of New York
Alicia M. Leonhard
33 Whitehall Street, Suite 2100
New York, New York 10004
(VIA FEDERAL EXPRESS)