UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

**STATEMENT REGARDING DEBTORS'**
**THIRD OMNIBUS OBJECTION TO CLAIMS**

RDU Inc. f/k/a Rochester Distribution Unlimited, Inc. ("RDU") by and through its attorneys Harter Secrest & Emery LLP makes this statement regarding the Debtors' objection to claim number 6141 of RDU (the "Claim") and respectfully represents as follows:

1. By the Third Omnibus Objection, the Debtors interposed an objection to the Claim and proposed that it be classified as a general unsecured claim in the amount of $14,930.78.

2. RDU inadvertently omitted the amount of its claim on the proof of claim form.

3. RDU agrees that the Claim should be allowed as a general unsecured claim in the Delphi Automotive Systems LLC case in the amount of $14,930.78.

| | |
|---|---|
| November 22, 2006 | HARTER, SECREST & EMERY LLP |
| Rochester, New York | *Attorneys for RDU* |
| | |
| | BY:   *s/ Joseph E. Simpson* |
| | Joseph E. Simpson, Esq. (JS-9502) |
| | 1600 Bausch & Lomb Place |
| | Rochester, New York  14604-2711 |
| | Tel:  (585) 232-6500 |