UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

DELPHI CORPORATION, et al.,

                        Debtors.

Chapter 11

Case No. 05-44481 (RDD)

(Jointly Administered)

## CERTIFICATE OF SERVICE

    I, Susan A. Heffner, certify that on November 22, 2006, I served true and correct copies of the **Statement Regarding Debtors' Third Omnibus Objection to Claims** on the following parties by causing same to be deposited, enclosed in a postpaid, properly addressed envelope, via regular mail, in an official depository under the exclusive care and custody of the United States Post Office Department, within the State of New York:

| | |
|---|---|
| Alicia M. Leonhard, Esq.<br>Office of the U.S. Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY  10004 | Donald Bernstein, Esq.<br>Brian Resnick, Esq.<br>Davis Polk & Wardwell<br>*Counsel to Agent under Debtors'*<br>  *Post-petition Credit Facility*<br>450 Lexington Avenue |
| Delphi Corporation<br>Attn:  General Counsel<br>5725 Delphi Drive<br>Troy, MI  48098 | New York, NY  10017<br><br>Robert J. Rosenberg, Esq.<br>Mark A. Broude, Esq.<br>Latham & Watkins LLP |
| John Wm. Butler, Jr., Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>*Counsel to the Debtors*<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, IL  60606 | *Counsel to the Official Committee*<br>  *of Unsecured Creditors*<br>885 Third Avenue<br>New York, NY  10022<br><br>Bonnie Steingart, Esq.<br>Fried, Frank, Harris, Shriver & Jacobson LLP |
| Kenneth S. Ziman, Esq.<br>Simpson Thacher & Bartlett LLP<br>*Counsel to Agent under Debtors'*<br>  *Pre-petition Credit Facility*<br>425 Lexington Avenue<br>New York, NY  10017 | *Counsel to the Official Committee*<br>  *of Equity Security Holders*<br>One New York Plaza<br>New York, NY  10004 |

Dated:   November 22, 2006                                *s/ Susan A. Heffner*