## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 22nd day of November, 2006, I caused a copy of the **Objection of ORIX Warren, LLC to Motion for Order Pursuant to 11 U.S.C. §§ 502(b) and 502©) and Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, and 9014 Establishing (I) Dates for Hearings Regarding Disallowance or Estimation of Claims and (II) Certain Notices and Procedures Governing Hearings Regarding Disallowance or Estimation of Claims** to be served as indicated upon the following counsel.

**VIA TELEFAX AND U.S. MAIL**

John Wm. Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Robert J. Rosenberg, Esq.
Mark A. Broude, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 10022

Kenneth S. Ziman, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Donald Bernstein, Esq.
Brian Resnick, Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017

Alicia M. Leonhard, Esq.
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Bonnie Steingart, Esq.
Fried, Frank, Harris, Shriver & Jacobsen
One New York Plaza
New York, NY 10004

**VIA FEDERAL EXPRESS**

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
    for the Southern District of New York
614 Alexander Hamilton Custom House
One Bowling Green
New York, NY  10004-1400

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel

                                            **/s/ Jeffrey C. Wisler**
                                                Jeffrey C. Wisler

#501511