# EXHIBIT C

## Summary of Claim - Delphi

| # | | CDN$ | USD$ |
|---|---|---|---|
| 1 | Excess and Obsolete material | | $645,236.00 |
| 2 | Tooling, NRE, and Prototyping Charges | $503,594.80 | $403,983.75 |
| 3 | Material consumed in Prototyping | $1,625.90 | $77,710.77 $1,304.30 |
| 4 | Consulting Services | $47,302.00 | $39,076.56 $37,945.66 |
| 5 | Leased Equipment | $4,450.00 | $3,569.79 |
| 6 | CLS Labour charges for Delphi - Matchbox | | $532,418.56 |
| 7 | Outstanding Invoices - Not included above | | $58,381.00 |
| | | | **$1,799,626.39** |

*Note: Exchange Rate CDN/USD    0.8022*



| Item No | Item Dscrpn | Cmdty Dscrpn | Customer Part No | Vendor Std Name | Std Cost | L/T WEEKS | QTY | EXTENDED |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | $ | 645,236 |
| DST001794 | MATCHBOX CABLE OVERMOULD ASSEMBLY-CABI | CABLE | DST001794 | TYCO | 4.60 | 9 | 19600 | $ 90,160 |
| DST001702DFS | Low power FM stereo IC, QFN40-LINEAR SPE | LINEAR | DST001702 | PHILIPS SEMICONDUCTOR | 2.25 | 17 | 35386 | $ 79,619 |
| DST001700DFS | MICROCONTROLLER, QFN48-MICRO CONTROLLE | MICRO | DST001700 | FREESCALE SEMICONDUCTC | 1.89 | 18 | 37900 | $ 71,631 |
| DST002004DFS | P-Channel 30V 7A MOSFET-TRANSISTOR FET P | TRANSISTOR | DST002004 | ON SEMICONDUCTOR | 0.31 | 12 | 114793 | $ 35,586 |
| DST001704DFS | PWM controller, TSSOP16-LINEAR VOLT SUPE | LINEAR | DST001704 | TEXAS INSTRUMENTS | 0.69 | 15 | 45700 | $ 31,533 |
| DST001805DFS | Headphone-ELECTRO MECH SUB ASM | ELECTRO MEC | DST001805 | DAESUNG ELECTRIC | 16.94 | 13 | 1780 | $ 30,153 |
| DST001727DFS | BATTERY CHARGE MANAGEMENT IC WITH FETS, | LINEAR | DST001727 | TEXAS INSTRUMENTS | 1.43 | 24 | 18500 | $ 26,455 |
| DST001865DFS | CAP, POSCAP, 20%, 100uF, 8V, 0.012 OHM-C | CAPACITOR | DST001865 | PANASONIC | 0.85 | 10 | 29800 | $ 25,330 |
| DST001734DFS | XTAL, 13MHZ, SMT, 13PF LOAD CAP., 4 SMT- | FREQ CONTR | DST001734 | RALTRON ELECTRONICS | 0.43 | 15 | 53000 | $ 22,790 |
| DST001764DFS | Single-supply Dual Op-Amp, VSSOP-8-LINEA | LINEAR | DST001764 | TEXAS INSTRUMENTS | 0.63 | 22 | 35000 | $ 22,050 |
| DST001731DFS | Right-angle SMB PCB jack-CONNECTOR RECEP | CONNECTOR | DST001731 | AMPHENOL | 0.79 | 9 | 27360 | $ 21,614 |
| DST001838DFS | P-Channel 20V MOSFET-TRANSISTOR FET P-CH | TRANSISTOR | DST001838 | VISHAY | 0.4 | 9 | 37500 | $ 15,000 |
| DST001726DFS | CAP, 1812, 10%, X7R, 47uF-CAPACITOR CERA | CAPACITOR | DST001726 | TDK | 0.36 | 12 | 37000 | $ 13,320 |
| DST001857DFS | 4-POSITION JOYSTICK SWITCH-SWITCH MECH - | SWITCH | DST001857 | C & K COMPONENTS | 0.38 | 9 | 32000 | $ 12,160 |
| DST001897DFS | 30-pin vertical FPC connector-CONNECTOR | CONNECTOR | DST001897 | MOLEX | 0.35 | 10 | 28700 | $ 10,045 |
| DST001899DFS | THERMAL FORMED PLASTIC, TOP-PACKAGING BL | PACKAGING | DST001899 | STEPHEN GOULD | 0.40 | 4 | 23000 | $ 9,200 |
| DST001706DFS | Low-voltage variable capacitance diode, | DIODE-RECT | DST001706 | PHILIPS SEMICONDUCTOR | 0.15 | 9 | 54000 | $ 8,280 |
| DST001864DFS | CAP, 1210, 20%, X7R, 22uF, 10V-CAPACITOR | CAPACITOR | DST001864 | KEMET ELECTRONICS | 0.23 | 11 | 36000 | $ 8,280 |
| DST002000DFS | THERMAL FORMED PLASTIC, BOTTOM-PACKAGIN | PACKAGING | DST002000 | STEPHEN GOULD | 0.40 | 4 | 20010 | $ 8,004 |
| DST001741DFS | 4MHZ CRYSTAL RESONATOR, SMT, 16PF, MIN - | FREQ CONTR | DST001741 | AVX | 0.26 | 18 | 30000 | $ 7,920 |
| DST001771DFS | CAP,0603,10%,X5R,0.1uF,10V-CAPACITOR CER | CAPACITOR | DST001771 | AVX | 0.006 | 10 | 1105400 | $ 6,632 |
| DST002001DFS | INSERT, PACKAGING-PACKAGING CARD | PACKAGING | DST002001 | STEPHEN GOULD | 0.30 | 4 | 20200 | $ 5,959 |
| DST002006DFS | 4.25MM PROBE-PIN SMT BATTERY CONNECTOR V | CONNECTOR | DST002006 | SUYIN CONNECTOR | 0.55 | 7 | 10800 | $ 5,940 |
| DST001867DFS | 2W stereo amp with volume control-LOGIC | LOGIC | DST001867 | TEXAS INSTRUMENTS | 1.25 | 17 | 4000 | $ 5,000 |
| DST001705DFS | Dual 250mW audio PA with shutdown, SOP8- | LINEAR | DST001705 | NATIONAL SEMICONDUCTOF | 0.27 | 13 | 17500 | $ 4,725 |
| DST001753DFS | COVER,MIDDLE (CHASSIS)-PLASTIC PART CUST | PLASTIC PART | DST001753 | CUSTOM PLASTICS | 2.17 | 10 | 2124 | $ 4,605 |
| DST001827DFS | Trench power MOSFET, 3.3A, 12V, SOT363-T | TRANSISTOR | DST001827 | ON SEMICONDUCTOR | 0.07 | 7 | 61149 | $ 4,464 |
| DST001770DFS | CAP, 10 uF tantalum, 10V, A case-CAPACIT | CAPACITOR | DST001770 | AVX | 0.033 | 10 | 120000 | $ 3,960 |
| DST001768DFS | 220uF tantalum, 6.3V, case C, low ESR-CA | CAPACITOR | DST001768 | AVX | 0.153 | 10 | 25200 | $ 3,856 |
| DST002033DFS | Picture of Roady-PACKAGING CARTON | PACKAGING | DST002033 | STEPHEN GOULD | 0.07 | 4 | 53000 | $ 3,445 |
| DST001708DFS | COIL IND, 33nH, 2%, 0603-INDUCTOR FIXED | INDUCTOR | DST001708 | COILCRAFT | 0.053 | 9 | 60000 | $ 3,180 |
| DST001806DFS | AC/DC Power Adapter Brick-POWER SUPPLY G | POWER SUPP | DST001806 | HON-KWANG ELECTRIC | 1.95 | 7 | 1591 | $ 3,102 |
| DST001862DFS | INDUCTOR, SMT, 10UH, 1.84A, 0.049 OHM-IN | INDUCTOR | DST001862 | SUMIDA | 0.26 | 10 | 11250 | $ 2,925 |
| DST001891DFS | M1.6x4 self-tapping screw, 3.0mm pan hea | SCREW | DST001891 | IRWIN INDUSTRIAL | 0.03 | 13 | 106000 | $ 2,862 |
| DST001823DFS | 5-pin right-angle header, PTH-CONNECTOR | CONNECTOR | DST001823 | MOLEX | 0.13 | 3 | 21000 | $ 2,730 |
| DST001787DFS | RES, 0402, 5%, 10 OHMS-RESISTOR FILM | RESISTOR | DST001787 | KOA SPEER ELECTRONICS | 0.01 | 7 | 229715 | $ 2,297 |
| DST001833DFS | 3A 40V Schottky rectifier-DIODE-RECT SCH | DIODE-RECT | DST001833 | ON SEMICONDUCTOR | 0.08 | 19.2 | 28700 | $ 2,296 |
| DST001890DFS | 1-32 * 4MM 6-LOBE (6) PAN HEAD 48-2 WB T | SCREW | DST001890 | QUALITY SCREW & NUT | 0.03 | 21 | 82165 | $ 2,218 |
| DST002007DFS | Right-angle header-CONNECTOR HEADER | CONNECTOR | DST002007 | MOLEX | 0.04 | 6 | 53000 | $ 2,157 |
| DST001892DFS | 200mA adjustable LDO, SOT23-6-LINEAR VOL | LINEAR | DST001892 | TEXAS INSTRUMENTS | 0.25 | 5 | 8060 | $ 2,015 |
| DST002015DFS | 5-pos 0.100 ribbon cable-CABLE ALL | CABLE | DST002015 | MOLEX | 0.04 | 6 | 45000 | $ 1,890 |
| DST001851DFS | CAP,CER, 0.47UF, 10V, 10%, 0805, X7R-CA | CAPACITOR | DST001851 | KEMET ELECTRONICS | 0.0095 | 11 | 198850 | $ 1,889 |
| DST001829DFS | 0603 ESD CAPACITOR-CAPACITOR CERAMIC | CAPACITOR | DST001829 | BUSSMANN | 0.03 | 12 | 65000 | $ 1,885 |
| DST001854DFS | Triple common-mode choke coil, 100mA, 0. | INDUCTOR | DST001854 | MURATA ELECTRONICS | 0.24 | 9 | 7600 | $ 1,824 |
| DST002029DFS | EMI shield clips-CLIP METAL | CLIP | DST002029 | AUTOSPLICE | 0.07 | 2 | 24100 | $ 1,687 |
| DST002031DFS | BAR CODE CARD-PACKAGING CARD | PACKAGING | DST002031 | DUMMY VENDOR | 0.07 | 17 | 22693 | $ 1,589 |
| DST002009DFS | Single 2-input positive AND gate-LOGIC A | LOGIC | DST002009 | TEXAS INSTRUMENTS | 0.035 | 8 | 40000 | $ 1,400 |
| DST001732DFS | 3.5mm miniature audio jack-CONNECTOR REC | CONNECTOR | DST001732 | DIGI-KEY | 0.19 | 7 | 7450 | $ 1,393 |
| DST001783DFS | CAP, 0402, 10%, X7R, 22nF, 10V-CAPACITOR | CAPACITOR | DST001783 | AVX | 0.0035 | 14 | 376000 | $ 1,316 |
| DST001896DFS | 30V Schottky Diode, SOT23-DIODE-RECT SCH | DIODE-RECT | DST001896 | ON SEMICONDUCTOR | 0.034 | 9 | 38398 | $ 1,306 |
| DST002008DFS | CAPC, X5R, 16V, 10uF, 10%-CAPACITOR CERA | CAPACITOR | DST002008 | AVX | 0.043 | 11 | 19020 | $ 818 |
| 30000PK1840 | Corrugated overpack sleeve-PACKAGING SLE | PACKAGING | 30000PK1840 | BIRD PACKAGING | 6.83 | 2 | 100 | $ 683 |
| DST001740DFS | Single inverter, 3.3V CMOS, SC-70-LOGIC | LOGIC | DST001740 | TEXAS INSTRUMENTS | 0.03 | 9 | 18000 | $ 540 |
| DST001858DFS | General purpose NPN transistor-TRANSISTO | TRANSISTOR | DST001858 | ON SEMICONDUCTOR | 0.0094 | 9 | 55650 | $ 523 |
| DST001788DFS | RES, 0402, 5%, 0-OHM JUMPER-RESISTOR JUM | RESISTOR | DST001788 | KOA SPEER ELECTRONICS | 0.00065 | 7 | 789500 | $ 513 |
| DST001822DFS | RES, 0402, 5%, 20K OHMS-RESISTOR FILM | RESISTOR | DST001822 | KOA SPEER ELECTRONICS | 0.01 | 7 | 37800 | $ 378 |
| DST002017DFS | RF ID Security Tag-LABEL GENERAL | LABEL | DST002017 | WS PACKAGING GROUP | 0.045 | 2 | 7500 | $ 338 |
| DST001785DFS | CAP, 0402, 10%, NPO, 27pF, 10V-CAPACITOR | CAPACITOR | DST001785 | KEMET ELECTRONICS | 0.002 | 11 | 142000 | $ 284 |
| DST001835DFS | FERRITE BEAD, 0805, 60ohm, 3A-INDUCTOR F | INDUCTOR | DST001835 | MURATA ELECTRONICS | 0.0112 | 7 | 23950 | $ 268 |
| DST001782DFS | CAP, 0402, 10%, X7R, 10nF, 10V-CAPACITOR | CAPACITOR | DST001782 | AVX | 0.0016 | 10 | 164700 | $ 264 |
| DST001790DFS | RES, 0402, 5%, 33K OHMS-RESISTOR FILM | RESISTOR | DST001790 | KOA SPEER ELECTRONICS | 0.00065 | 7 | 322100 | $ 209 |
| DST001777DFS | CAP, 0402, 10%, X7R, 33nF, 10V-CAPACITOR | CAPACITOR | DST001777 | AVX | 0.0035 | 10 | 55000 | $ 193 |
| DST001791DFS | RES, 0402, 5%, 100K OHMS-RESISTOR FILM | RESISTOR | DST001791 | KOA SPEER ELECTRONICS | 0.00065 | 7 | 289600 | $ 188 |
| DST001810DFS | CAP, 0603, 10%, X7R or X5R, 0.22uF, 10V- | CAPACITOR | DST001810 | AVX | 0.0055 | 10 | 32000 | $ 176 |
| DST001720DFS | CAP, 0603, 10%, X7R, 47nF-CAPACITOR CERA | CAPACITOR | DST001720 | KEMET ELECTRONICS | 0.0065 | 11 | 15324 | $ 100 |
| DST001869DFS | CAP 10UF, 20.0%, 25.0V, X7R OR X5R, 1210 | CAPACITOR | DST001869 | TAIYO YUDEN | 0.085 | 6 | 1000 | $ 85 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4500347986 | TO | 00010 | 23439 | 07/27/2004 | 1.000 | 0.000 | 07/30/2004 | Initial Tooling Dies Issued by POD Group | $11,950.00 |
| 4500347986 | TO | 00020 | 23439 | 07/27/2004 | 1.000 | 0.000 | 07/30/2004 | Initial Tooling Dies Issued by POD Group | $9,700.00 |
| 4500347986 | TO | 00030 | 23439 | 07/27/2004 | 1.000 | 0.000 | 07/30/2004 | Initial Tooling Dies Issued by POD Group | $7,700.00 |
| 4500347986 | TO | 00040 | 23439 | 07/27/2004 | 1.000 | 0.000 | 07/30/2004 | Initial Tooling Dies Issued by POD Group | $13,950.00 |
| 4500347986 | TO | 00050 | 23439 | 07/27/2004 | 1.000 | 0.000 | 07/30/2004 | Initial Tooling Dies Issued by POD Group | $11,900.00 |
| 4500347986 | TO | 00060 | 23439 | 07/27/2004 | 1.000 | 0.000 | 07/30/2004 | Initial Tooling Dies Issued by POD Group | $7,450.00 |
| 4500347986 | TO | 00070 | 23439 | 07/27/2004 | 1.000 | 0.000 | 07/30/2004 | Initial Tooling Dies Issued by POD Group | $6,450.00 |
| 4500347986 | TO | 00090 | 23439 | 07/27/2004 | 1.000 | 0.000 | 07/30/2004 | Initial Tooling Dies Issued by POD Group | $4,950.00 |
| 4500347986 | TO | 00100 | 23439 | 07/27/2004 | 1.000 | 0.000 | 07/30/2004 | Initial Tooling Dies Issued by POD Group | $9,800.00 |
| 4500347986 | TO | 00110 | 23439 | 07/27/2004 | 1.000 | 0.000 | 07/30/2004 | Initial Tooling Dies Issued by POD Group | $5,950.00 |
| 4500353876 | TEST ENG/PARTS | 00010 | 23439 | 08/06/2004 | 40.000 | 0.000 | 08/25/2004 | 8/6 PO placed for Delphi POD, preliminary pricing received from Adrian Dizon  dng | $975.00 |
| 4500353876 | TEST ENG/PARTS | 00020 | 23439 | 08/06/2004 | 40.000 | 0.000 | 08/25/2004 | ditto | $975.00 |
| 4500353876 | TEST ENG/PARTS | 00030 | 23439 | 08/06/2004 | 40.000 | 0.000 | 08/25/2004 | ditto | $975.00 |
| 4500353876 | TEST ENG/PARTS | 00040 | 23439 | 08/06/2004 | 40.000 | 0.000 | 08/25/2004 | ditto | $975.00 |
| 4500353876 | TEST ENG/PARTS | 00050 | 23439 | 08/06/2004 | 40.000 | 0.000 | 08/25/2004 | ditto | $975.00 |
| 4500353876 | TEST ENG/PARTS | 00060 | 23439 | 08/06/2004 | 80.000 | 0.000 | 08/25/2004 | ditto | $1,950.00 |
| 4500353876 | TEST ENG/PARTS | 00070 | 23439 | 08/06/2004 | 40.000 | 0.000 | 08/25/2004 | ditto | $975.00 |
| 4500353876 | TEST ENG/PARTS | 00080 | 23439 | 08/06/2004 | 40.000 | 0.000 | 08/25/2004 | ditto | $975.00 |
| 4500353876 | TEST ENG/PARTS | 00090 | 23439 | 08/06/2004 | 40.000 | 0.000 | 08/25/2004 | ditto | $975.00 |
| 4500353876 | TEST ENG/PARTS | 00100 | 23439 | 08/06/2004 | 40.000 | 0.000 | 08/25/2004 | ditto | $975.00 |
| 4500353876 | TEST ENG/PARTS | 00110 | 23439 | 08/06/2004 | 40.000 | 0.000 | 08/25/2004 | ditto | $975.00 |
| 4500369946 | TO | 00010 | 23439 | 09/08/2004 | 1.000 | 0.000 | 07/30/2004 | Initial Tooling Dies Issued by POD Group | $21,880.00 |
| 4500369946 | TO | 00020 | 23439 | 09/08/2004 | 1.000 | 0.000 | 07/30/2004 | Initial Tooling Dies Issued by POD Group | $22,720.00 |
| 4500369946 | TO | 00030 | 23439 | 09/08/2004 | 1.000 | 0.000 | 07/30/2004 | Initial Tooling Dies Issued by POD Group | $19,400.00 |
| 4500369946 | TO | 00040 | 23439 | 09/08/2004 | 1.000 | 0.000 | 07/30/2004 | Initial Tooling Dies Issued by POD Group | $16,920.00 |
| 4500369946 | TO | 00050 | 23439 | 09/08/2004 | 1.000 | 0.000 | 07/30/2004 | Initial Tooling Dies Issued by POD Group | $17,280.00 |
| 4500369946 | TO | 00060 | 23439 | 09/08/2004 | 1.000 | 0.000 | 07/30/2004 | Initial Tooling Dies Issued by POD Group | $10,680.00 |
| 4500369946 | TO | 00070 | 23439 | 09/08/2004 | 1.000 | 0.000 | 07/30/2004 | Initial Tooling Dies Issued by POD Group | $6,560.00 |
| 4500369946 | TO | 00090 | 23439 | 09/08/2004 | 1.000 | 0.000 | 07/30/2004 | Initial Tooling Dies Issued by POD Group | $5,120.00 |
| 4500369946 | TO | 00100 | 23439 | 09/08/2004 | 1.000 | 0.000 | 07/30/2004 | Initial Tooling Dies Issued by POD Group | $13,100.00 |
| 4500369946 | TO | 00110 | 23439 | 09/08/2004 | 1.000 | 0.000 | 07/30/2004 | Initial Tooling Dies Issued by POD Group | $5,000.00 |
| 4500369947 | TO | 00010 | 23439 | 09/08/2004 | 1.000 | 0.000 | 07/30/2004 | Initial Tooling Dies Issued by POD Group | $5,470.00 |
| 4500369947 | TO | 00020 | 23439 | 09/08/2004 | 1.000 | 0.000 | 07/30/2004 | Initial Tooling Dies Issued by POD Group | $5,680.00 |
| 4500369947 | TO | 00030 | 23439 | 09/08/2004 | 1.000 | 0.000 | 07/30/2004 | Initial Tooling Dies Issued by POD Group | $4,850.00 |
| 4500369947 | TO | 00040 | 23439 | 09/08/2004 | 1.000 | 0.000 | 07/30/2004 | Initial Tooling Dies Issued by POD Group | $4,230.00 |
| 4500369947 | TO | 00050 | 23439 | 09/08/2004 | 1.000 | 0.000 | 07/30/2004 | Initial Tooling Dies Issued by POD Group | $4,320.00 |
| 4500369947 | TO | 00060 | 23439 | 09/08/2004 | 1.000 | 0.000 | 07/30/2004 | Initial Tooling Dies Issued by POD Group | $2,670.00 |
| 4500369947 | TO | 00070 | 23439 | 09/08/2004 | 1.000 | 0.000 | 07/30/2004 | Initial Tooling Dies Issued by POD Group | $1,640.00 |
| 4500369947 | TO | 00090 | 23439 | 09/08/2004 | 1.000 | 0.000 | 07/30/2004 | Initial Tooling Dies Issued by POD Group | $1,280.00 |
| 4500369947 | TO | 00100 | 23439 | 09/08/2004 | 1.000 | 0.000 | 07/30/2004 | Initial Tooling Dies Issued by POD Group | $3,275.00 |
| 4500369947 | TO | 00110 | 23439 | 09/08/2004 | 1.000 | 0.000 | 07/30/2004 | Initial Tooling Dies Issued by POD Group | $1,250.00 |
| 4500371124 | TO | 00010 | 23439 | 09/10/2004 | 1.000 | 0.000 | 09/10/2004 | 9/10 PO PLACED FOR DELPHI MATCHBOX POD TOOLING OF PLASTICS, THIS PO IS FOR THE DIFFERENCE DUE TO CHANGES   DNG | $83,525.00 |
| 4500372908 | TEST ENG/PARTS | 00010 | 23439 | 09/14/2004 | 12.000 | 0.000 | 09/21/2004 | PO created as per the email from Susan Li dated 9/13. PO created to order 8 SLA models along with 2 SLS models. Leadtime is approx. 5-7 days upon the receipt of the PO. Lee Cattell at Customs Plastics to advise best ship date for the parts below as the total cost for the 2 parts is $3,500/gs | $4,200.00 |
| 4500372908 | TEST ENG/PARTS | 00020 | 23439 | 09/14/2004 | 4.000 | 0.000 | 09/21/2004 | ditto | $1,400.00 |
| 4500374732 | P0020 | 00010 | 23439 | 09/17/2004 | 1.000 | 0.000 | 09/17/2004 | This is PO for premium for expediting delivery of resin at $3.00/lb (premium price of $5.78 less standard price of $2.78) for 4400 lbs required for initial units of Delphi Matchbox Roady unit | $13,200.00 |
| 4500375412 | N0010 | 00010 | 23439 | 09/20/2004 | 1.000 | 0.000 | 09/20/2004 | Die cut for LCD lens | $500.00 |
| 4500379730 | TO | 00010 | 23439 | 09/28/2004 | 1.000 | 0.000 | 09/28/2004 | This is a tooling PO for the additional charges $13,600 to be paid 50% + 40% + 10% Program: Delphi Matchbox | $6,800.00 |
| 4500379730 | TO | 00020 | 23439 | 09/28/2004 | 1.000 | 0.000 | 09/28/2004 | ditto | $5,440.00 |
| 4500379730 | TO | 00030 | 23439 | 09/28/2004 | 1.000 | 0.000 | 09/28/2004 | ditto | $1,360.00 |
| 4500380475 | P0020 | 00010 | 23439 | 09/29/2004 | 1.000 | 0.000 | 10/01/2004 | This is PO for premium for expediting delivery of resin at $3.00/lb (premium price of $5.78 less standard price of $2.78) for 4400 lbs required for initial units of Delphi Matchbox Roady unit – C6600BK1662 Resin AND Colour Matching | $13,200.00 |
| 4500380475 | N0010 | 00020 | 23439 | 09/29/2004 | 1.000 | 0.000 | 10/01/2004 | ditto | $3,000.00 |
| 4500383140 | DST001757DFS | 00010 | 23439 | 10/06/2004 | 25,000.000 | 25,000.000 | 12/31/2004 | Production Order | Production Order |
| 4500383140 | DST001758DFS | 00020 | 23439 | 10/06/2004 | 24,615.000 | 24,615.000 | 12/31/2004 | Production Order | Production Order |
| 4500383140 | DST001855DFS | 00030 | 23439 | 10/06/2004 | 25,000.000 | 25,000.000 | 10/15/2004 | Production Order | Production Order |
| 4500383140 | DST001750DFS | 00040 | 23439 | 10/06/2004 | 25,000.000 | 25,000.000 | 11/15/2004 | Production Order | Production Order |
| 4500383140 | DST001751DFS | 00050 | 23439 | 10/06/2004 | 24,357.000 | 24,357.000 | 12/31/2004 | Production Order | Production Order |
| 4500383140 | DST001756DFS | 00060 | 23439 | 10/06/2004 | 50,000.000 | 50,000.000 | 12/06/2004 | Production Order | Production Order |
| 4500383140 | DST001752DFS | 00070 | 23439 | 10/06/2004 | 24,973.000 | 24,973.000 | 12/31/2004 | Production Order | Production Order |
| 4500383144 | DST001754DFS | 00010 | 23439 | 10/06/2004 | 25,000.000 | 25,000.000 | 12/06/2004 | Production Order | Production Order |
| 4500383144 | DST001753DFS | 00020 | 23439 | 10/06/2004 | 25,000.000 | 25,000.000 | 11/15/2004 | Production Order | Production Order |
| 4500383144 | DST001856DFS | 00030 | 23439 | 10/06/2004 | 25,000.000 | 25,000.000 | 11/15/2004 | Production Order | Production Order |
| 4500383144 | DST001894DFS | 00040 | 23439 | 10/06/2004 | 16,760.000 | 16,760.000 | 11/19/2004 | Production Order | Production Order |
| 4500389207 | DST001754DFS | 00010 | 23439 | 10/18/2004 | 29,467.000 | 29,467.000 | 12/31/2004 | Production Order | Production Order |
| 4500389207 | DST001753DFS | 00020 | 23439 | 10/18/2004 | 33,961.000 | 33,961.000 | 12/31/2004 | Production Order | Production Order |
| 4500389207 | DST001856DFS | 00030 | 23439 | 10/18/2004 | 38,000.000 | 38,000.000 | 02/04/2005 | Production Order | Production Order |
| 4500389208 | DST001757DFS | 00010 | 23439 | 10/18/2004 | 39,280.000 | 39,280.000 | 12/31/2004 | Production Order | Production Order |
| 4500389208 | DST001758DFS | 00020 | 23439 | 10/18/2004 | 31,800.000 | 31,800.000 | 12/31/2004 | Production Order | Production Order |
| 4500389208 | DST001855DFS | 00030 | 23439 | 10/18/2004 | 38,000.000 | 38,000.000 | 03/04/2005 | Production Order | Production Order |
| 4500389208 | DST001750DFS | 00040 | 23439 | 10/18/2004 | 39,363.000 | 39,363.000 | 03/07/2005 | Production Order | Production Order |
| 4500389208 | DST001751DFS | 00050 | 23439 | 10/18/2004 | 38,000.000 | 38,000.000 | 02/28/2005 | Production Order | Production Order |
| 4500389208 | DST001756DFS | 00060 | 23439 | 10/18/2004 | 52,019.000 | 52,019.000 | 12/31/2004 | Production Order | Production Order |
| 4500389208 | DST001752DFS | 00070 | 23439 | 10/18/2004 | 28,392.000 | 28,392.000 | 01/06/2005 | Production Order | Production Order |

| Doc # | Type | Line | Acct | Date | Qty | Qty2 | Date2 | Description | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 4500398453 | N0010 | 00010 | 23439 | 11/08/2004 | 1.000 | 0.000 | 11/08/2004 | NRE Charge for Pad printing Chassis and PCB Cover. Chassis: Pre-hardened steel pad printing plate: $420.00 US funds; Holding Fixture: $450.00 US funds; Black Ink: $125.00 US funds; Silicone Pad: $50.00 US funds. PCB Cover: Pre-hardened steel pad printing plate: $420.00 US funds; Holding Fixture: $400.00 US funds; Col Gray 8c Ink: $150.00 US funds; Silicone Pad: $50.00 US funds | $2,065.00 |
| 4500404705 | TO | 00010 | 23439 | 11/19/2004 | 1.000 | 0.000 | 11/19/2004 | Summary of Tool Changes for Metallic Resin: i) Lock Roady - add flow restrictor - $1,100.00 US funds; ii) Selector Switch - gate changes - $1,300.00 US funds; iii) Roady Tray - move gate location - $4,500.00 US funds. These charges are necessary to ready the tools for metallic resin. | $1,100.00 |
| 4500404705 | TO | 00020 | 23439 | 11/19/2004 | 1.000 | 0.000 | 11/19/2004 | ditto | $1,300.00 |
| 4500404705 | TO | 00030 | 23439 | 11/19/2004 | 1.000 | 0.000 | 11/19/2004 | ditto | $4,500.00 |
| 4500404717 | TO | 00010 | 23439 | 11/19/2004 | 1.000 | 0.000 | 11/19/2004 | 4 Way Actuator Switch DST001758: $1,200.00 US funds; Selector Switch DST001757: $1,200.00 US funds; Lock Roady Tray DST001756: $3,000.00 US funds (slight increase - tooling at 2 locations). Roady Tray DST001752: $4,400.00 US funds (slight increase - tooling at 2 locations and multiple masking requirement changes). Chassis DST001753: $4,400.00 US funds (slight increase - tooling at 2 locations and multiple masking requirement changes) | $1,200.00 |
| 4500404717 | TO | 00020 | 23439 | 11/19/2004 | 1.000 | 0.000 | 11/19/2004 | ditto | $1,200.00 |
| 4500404717 | TO | 00030 | 23439 | 11/19/2004 | 1.000 | 0.000 | 11/19/2004 | ditto | $1,500.00 |
| 4500404717 | TO | 00040 | 23439 | 11/19/2004 | 1.000 | 0.000 | 11/19/2004 | ditto | $4,400.00 |
| 4500404717 | TO | 00050 | 23439 | 11/19/2004 | 1.000 | 0.000 | 11/19/2004 | ditto | $2,600.00 |
| 4500409577 | TO | 00010 | 23439 | 11/26/2004 | 1.000 | 0.000 | 11/26/2004 | Tooling charge to modify the chassis for flow line problems | $900.00 |
| 4500415584 | TO | 00010 | 23439 | 12/08/2004 | 1.000 | 0.000 | 12/08/2004 | Tooling charge for reworking lock latch | $3,700.00 |
| 4500417812 | DST001750DFS | 00010 | 23439 | 12/13/2004 | 25,550.000 | 25,550.000 | 01/31/2005 | Production Order | Production Order |
| 4500417812 | DST001751DFS | 00020 | 23439 | 12/13/2004 | 25,000.000 | 25,000.000 | 01/31/2005 | Production Order | Production Order |
| 4500417812 | DST001754DFS | 00030 | 23439 | 12/13/2004 | 33,624.000 | 33,624.000 | 01/31/2005 | Production Order | Production Order |
| 4500417812 | DST001855DFS | 00040 | 23439 | 12/13/2004 | 26,500.000 | 26,500.000 | 01/31/2005 | Production Order | Production Order |
| 4500417812 | DST001856DFS | 00050 | 23439 | 12/13/2004 | 26,850.000 | 26,850.000 | 02/04/2005 | Production Order | Production Order |
| 4500417812 | DST001750DFS | 00060 | 23439 | 02/24/2005 | 3,240.000 | 3,240.000 | 02/25/2005 | Production Order | Production Order |
| 4500420602 | TO | 00010 | 23439 | 12/16/2004 | 1.000 | 0.000 | 12/16/2004 | CPI quote Approved by CLS  Comments Chassis 16,600 12,100 Please remove $4500 charge as CPI is responsible for sink marks (did not mention during DFM). Roady Tray 6,200 ? Please remove cost of 4 ejector pins cost as this was an action by CPI to improve ejection. PCB Cover 13,200 9,300 Please remove $3900 charge as CPI is responsible for sink marks (did not mention during DFM). Cover Chassis 25,600 16,100 Please remove $9500 charge as CPI is responsible for sink marks (did not mention during DFM). Cover Roady Tray 7,800 7,800 Cap, PCB Cover 3,500 3,500 Actuator, Selector Switch 350 350 TOTAL $73,250 $49,150 | $49,150.00 |
| 4500420889 | R0090 | 00010 | 23439 | 12/16/2004 | 1.000 | 0.000 | 12/16/2004 | Old Chassis Stock as advised 11/5/04 - $4,329.80 US funds. | $4,329.80 |
| 4500420896 | CAA | 00010 | 23439 | 12/16/2004 | 1.000 | 0.000 | 12/16/2004 | Cancellation Charge for Silver grey locks and switches and paint. | |
| 4500420900 | R0110 | 00010 | 23439 | 12/16/2004 | 1.000 | 0.000 | 12/16/2004 | Chassis Engraving Reduction | $1,200.00 |
| 4500423617 | DST002047DFS | 00010 | 23439 | 12/21/2004 | 42,620.000 | 40,417.000 | 02/28/2005 | Production Order | Production Order |
| 4500423617 | DST002048DFS | 00020 | 23439 | 12/21/2004 | 42,220.000 | 42,220.000 | 02/28/2005 | Production Order | Production Order |
| 4500423617 | DST002049DFS | 00030 | 23439 | 12/21/2004 | 80,000.000 | 80,000.000 | 02/28/2005 | Production Order | Production Order |
| 4500423617 | DST002050DFS | 00040 | 23439 | 12/21/2004 | 41,800.000 | 40,410.000 | 02/28/2005 | Production Order | Production Order |
| 4500423617 | DST002051DFS | 00050 | 23439 | 12/21/2004 | 42,400.000 | 42,400.000 | 02/28/2005 | Production Order | Production Order |
| 4500444876 | N0010 | 00010 | 23439 | 02/07/2005 | 1.000 | 0.000 | 02/07/2005 | Chassis part number engraving for Metallic Part # DST002047 for $550.00 US funds. Work completed back on December 13/04 | $550.00 |
| 4500448537 | N0010 | 00010 | 23439 | 02/14/2005 | 1.000 | 0.000 | 02/14/2005 | Roady Tray DST001752 – P.O. required for $5,000.00 US – removed $1,200.00 US for 4 ejector pins. +++++ PCB Cover DST001754 – P.O. required for $3,900.00 US – see attached Celestica updated model file - split cost of $1950.00 ++++ Cover Chassis DST001750 – P.O. required for $9,500.00 +++++++++++ Above TOTAL = $16,450.00 | $16,450.00 |

$503,594.80 CAD  (1)

**Materials Consumed**

| Req | PO | Invoice (opt) | Description | Cost Cdn$ | Cost US$ |
|---|---|---|---|---|---|
| 5E+09 | 5.5E+09 | | Network Circuits 2000 - PCBs, Tuner Board | $1,300.00 | |
| 5E+09 | 5.5E+09 | | Digi-Key - Parts for prototypes | | $1,283.93 |
| 5E+09 | 5.5E+09 | | Mouser Electronics - Parts for prototypes | | $114.00 |
| 5E+09 | 5.5E+09 | | Richardson Electronics - Parts for prototypes (connectors) | $325.90 | |
| | 4.5E+09 | | All American Semi Cond - Prototype parts | | $855.00 |
| | 4.5E+09 | | All American Semi Cond - Prototype parts | | $96.00 |
| | 4.5E+09 | | Amphenol RF Div - Prototype parts | | $525.00 |
| | 4.5E+09 | | Arrow Canada - Prototype parts | | $170.00 |
| | 4.5E+09 | | Avnet - Prototype parts | | $12,767.19 |
| | 4.5E+09 | | AVX Corp - Prototype Parts | | $75.40 |
| | 4.5E+09 | | Custom Plastics - SLA&SLS proto parts | | $5,600.00 |
| | 4.5E+09 | | Custom Plastics - Prototype parts | | $11,700.00 |
| | 4.5E+09 | | Custom Plastics - Prototype parts | | $4,329.80 |
| | 4.5E+09 | | Digi-Key - Prototype parts | | $175.40 |
| | 4.5E+09 | | Digi-Key - Prototype parts | | $663.72 |
| | 4.5E+09 | | Irwin Industrial - Prototype Parts | | $500.00 |
| | 4.5E+09 | | Irwin Industrial - Prototype Parts | | $515.63 |
| | 4.5E+09 | | Kemet - Prototype parts | | $112.50 |
| | 4.5E+09 | | Kemet - Prototype parts | | $551.00 |
| | 4.5E+09 | | KOA Speer - Prototype parts | | $2.70 |
| | 4.5E+09 | | Maxim Integrated Products | | $201.75 |
| | 4.5E+09 | | Network Circuits - Prototype parts | | $750.00 |
| | 4.5E+09 | | SND Electronics - Prototype parts | | $800.00 |
| | 4.5E+09 | | SND Electronics - Prototype parts | | $134.75 |
| | 4.5E+09 | | SND Electronics - Prototype parts | | $457.10 |
| | 4.5E+09 | | SND Electronics - Prototype parts | | $85.00 |
| | 4.5E+09 | | Tecate Industries - Prototype parts | | $390.00 |
| | 4.5E+09 | | TTI Incorporated - Prototype parts | | $50.00 |
| | 4.5E+09 | | Tyco Electronics Canada - Prototype parts | | $153.65 |
| | 4.5E+09 | | Viasystems - Prototype parts | | $5,251.20 |
| | 4.5E+09 | | Custom Plastics - Proto plastic resin | | $13,200.00 |
| | 4.5E+09 | | Custom Plastics - Proto plastic resin | | $16,200.00 |
| | | | **Total** | $1,625.90 | $77,710.72 |

**Contractor/Consultant Work Done in Canada**

| Req | PO | Invoice (opt) | Description | Cost Cdn$ | Cost US$ |
|---|---|---|---|---|---|
| 5000101115 | 5500043634 | | Pamela Paterson - Technical Writing Services | $0.00 | |
| 5000099003 | 5500042736 | | Ultratek - Regulatory Testing, EMC Immunity Testing | $8,150.00 | |
| 5000099002 | 5500042878 | | Ultratek - Regulatory Testing & Filing, FCC Part 15, Sub B Class B | $13,412.00 | |
| 5000099369 | 5500042912 | | Global Advantage International - Safety Testing, UL/CSA | $11,300.00 | |
| 5000099747 | 5500043281 | | Thermodyne - Environmental Exposure Testing | $11,000.00 | |
| 5000106396 | 5500045059 | | Thermodyne - Environmental Exposure Testing | $2,750.00 | |
| 5000099686 | 5500043190 | | Bodycote - Environmental Exposure Testing | $690.00 | |
| | Cross-charge | | Celestica PoD - DV Proto build MVA & eng'g services | | $14,811.56 |
| | 5500040383 | | HCL Technologies - Mechanical design NRE | | $24,265.00 |
| | | | **Total** | **$47,302.00** | **$39,076.56** |

**Leased Equipment**

| Req | PO | Invoice (opt) | Description | Cost | |
|---|---|---|---|---|---|
| | | | | Cdn$ | US$ |
| 5000098865 | 5500042692 | | TRS-REN TELCO - SMIQ Rental (3mths, XM signal gen.) | $4,450.00 | |
| | | | Total | $4,450.00 | $0.00 ④ |

Partner Data Input is located below the site inputs
Enter in the blue cells ONLY. Start in column B

| | 1 | 2 | 3 | 4 | 5 | 6 | | Rates |
|---|---|---|---|---|---|---|---|---|
| **Denver** | Jan - 2005 | Jan - 2005 | Feb - 2005 | Mar - 2005 | Apr - 2005 | May - 2005 | Total | |
| Total Site Hrs | - | - | - | - | - | - | - | |
| **Salem** | Jan - 2005 | Jan - 2005 | Feb - 2005 | Mar - 2005 | Apr - 2005 | May - 2005 | Total | |
| Total Site Hrs | - | - | - | - | - | - | - | |
| **San Jose** | Jan - 2005 | Jan - 2005 | Feb - 2005 | Mar - 2005 | Apr - 2005 | May - 2005 | Total | |
| Total Site Hrs | - | - | - | - | - | - | - | |
| **Toronto** | Jan - 2005 | Jan - 2005 | Feb - 2005 | Mar - 2005 | Apr - 2005 | May - 2005 | Total | |
| Electrical | - | 276.0 | 64.0 | 6.0 | - | - | 346.0 | 90.60 |
| Mechanical | | | 2.0 | | | | 2.0 | 86.20 |
| PCD | | 7.0 | 1.0 | | | | 8.0 | 89.43 |
| Program Mgt | - | 95.0 | 16.0 | | | | 111.0 | 103.48 |
| Quality | | | | | | | - | - |
| Software | | | | | | | - | - |
| Tech | | 36.0 | 5.0 | | | | 41.0 | 79.59 |
| Validation | | | | | | | - | 82.96 |
| Total Site Hrs | - | 414.0 | 88.0 | 6.0 | - | - | 508.0 | |
| **Vimercate** | Jan - 2005 | Jan - 2005 | Feb - 2005 | Mar - 2005 | Apr - 2005 | May - 2005 | Total | |
| Total Site Hrs | - | - | - | - | - | - | - | |
| **Kidsgrove** | Jan - 2005 | Jan - 2005 | Feb - 2005 | Mar - 2005 | Apr - 2005 | May - 2005 | Total | |
| Total Site Hrs | - | - | - | - | - | - | - | |
| **China** | Jan - 2005 | Jan - 2005 | Feb - 2005 | Mar - 2005 | Apr - 2005 | May - 2005 | Total | |
| Total Site Hrs | - | - | - | - | - | - | - | |
| *Total CLS Hours* | | | *414.0* | *88.0* | *6.0* | | *508.0* | |
| **Partner Costs** | Jan - 2005 | Jan - 2005 | Feb - 2005 | Mar - 2005 | Apr - 2005 | May - 2005 | Total | |
| Partner Fees $ | | | - | - | - | | - | |
| Partner Labour $ | | | - | - | - | | - | |
| Partner Hours | | | - | - | - | | - | |
| **Total Burden Cost** | | 38,328.46 | 8,114.12 | 543.63 | | | 46,986.20 | |

Delphi Matchbox Sustaining - PL (M6.4d) - Jan to Mar 2005

Celestica Confidential                    Print Date: 07/06/2006  3:09 PM

Enter in the blue cells ONLY. Start in column B

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | May - 2004 | Jun - 2004 | Jul - 2004 | Aug - 2004 | Sep - 2004 | Oct - 2004 | Nov - 2004 | Dec - 2004 | Jan - 2005 | Total | Rates |
| **Denver** | | | | | | | | | | | |
| Total Site Hrs | 60.0 | 92.0 | 23.0 | - | - | - | - | - | - | 175.0 | |
| **Salem** | | | | | | | | | | | |
| Total Site Hrs | - | - | 13.0 | 26.0 | - | - | - | - | - | 39.0 | |
| **San Jose** | | | | | | | | | | | |
| Total Site Hrs | - | - | - | - | - | - | - | - | - | - | |
| **Toronto** | May - 2004 | Jun - 2004 | Jul - 2004 | Aug - 2004 | Sep - 2004 | Oct - 2004 | Nov - 2004 | Dec - 2004 | Jan - 2005 | Total | |
| Electrical | 166.0 | 496.0 | 674.0 | 437.0 | 460.0 | 667.0 | 531.0 | 347.0 | - | 3,778.0 | 75.05 |
| Mechanical | - | 27.0 | 28.0 | 42.0 | 118.0 | 163.0 | 94.0 | 44.0 | - | 516.0 | 72.73 |
| PCD | 2.0 | 115.0 | 130.0 | 99.0 | 124.0 | 69.0 | 99.0 | 5.0 | - | 643.0 | 76.76 |
| Program Mgt | - | 20.0 | 147.0 | 147.0 | 97.0 | 192.0 | 73.0 | 153.0 | - | 829.0 | 86.58 |
| Quality | - | - | - | - | - | - | - | - | - | - | - |
| Software | - | - | - | - | - | - | - | - | - | - | - |
| Tech | - | 16.0 | 5.0 | 22.0 | 28.0 | 60.0 | 31.0 | 3.0 | - | 165.0 | 66.63 |
| Validation | - | - | - | - | - | - | - | - | - | - | 69.74 |
| Total Site Hrs | 168.0 | 674.0 | 984.0 | 747.0 | 827.0 | 1,151.0 | 828.0 | 552.0 | - | 5,931.0 | |
| **Vimercate** | May - 2004 | Jun - 2004 | Jul - 2004 | Aug - 2004 | Sep - 2004 | Oct - 2004 | Nov - 2004 | Dec - 2004 | Jan - 2005 | Total | |
| Electrical | - | - | - | - | - | - | - | - | - | - | 77.81 |
| Mechanical | - | - | - | - | - | - | - | - | - | - | 82.09 |
| PCD | - | - | 62.0 | 10.0 | - | - | - | - | - | 72.0 | 69.98 |
| Program Mgt | - | - | - | - | - | - | - | - | - | - | 93.16 |
| Quality | - | - | - | - | - | - | - | - | - | - | - |
| Software | - | - | - | - | - | - | - | - | - | - | 74.28 |
| Tech | - | - | - | - | - | - | - | - | - | - | - |
| Validation | - | - | - | - | - | - | - | - | - | - | - |
| Total Site Hrs | - | - | 62.0 | 10.0 | - | - | - | - | - | 72.0 | |
| **Kidsgrove** | | | | | | | | | | | |
| Total Site Hrs | - | - | - | - | - | - | - | - | - | - | |
| **China** | May - 2004 | Jun - 2004 | Jul - 2004 | Aug - 2004 | Sep - 2004 | Oct - 2004 | Nov - 2004 | Dec - 2004 | Jan - 2005 | Total | |
| Total Site Hrs | 228.0 | 766.0 | 1,082.0 | 783.0 | - | - | - | - | - | 6,217.0 | |
| | | | | | | | | | | | |
| *Total CLS Hours* | | | | | | | | | | | |
| Total Burden Cost | 20,257.22 | 62,536.81 | 84,560.70 | 61,606.68 | 62,888.12 | 87,832.24 | 62,674.25 | 43,073.33 | - | 485,429.36 | |

Celestica Confidential    Delphi Matchbox - PL (M5.4a) - May to Dec 2004    Print Date: 07/06/2006 6:06 PM


| | Leslie Smeyers/Inc/Celestica 07/04/2006 01:46 PM | | To | John DaCosta/Inc/Celestica@Celestica |
|---|---|---|---|---|
| | | | cc | Glenn Goertzen/Inc/Celestica@Celestica, Steven DeCamillis/Inc/Celestica@Celestica |
| | | | bcc | |
| | | | Subject | Re: Delphi - Payment received |

Here is the full detail of the Delphi invoices currently sitting in 6100.

| Invoice # | PO # | Inv Date | Due Date | Original AR | AR Amount | Payment Made | Payment S | Copy of PO | Copy of Inv | |
|---|---|---|---|---|---|---|---|---|---|---|
| 90769317 | S3S32298 | 09/23/2005 | 10/23/2005 | $ 6,274.02 | $ 6,274.02 | N | $ - | Y | Y | S |
| 90769318 | S3S0339 | 09/23/2005 | 10/23/2005 | $ 31,896.00 | $31,896.00 | N | $ - | N | Y | Dale War |
| [1]90557578 | 550060383 | 04/08/2005 | 04/08/2005 | $171,793.50 | $20,211.00 | Y | $151,582.50 | N | Y | Frank Gr |

[1]Note - Invoice 90557578 was for 2550 pcs (17 skids), shipment number 50117914. Delphi only released payment for 2250 pcs o short-paid (2 skids) - packing slip and carrier manifest corresponding to this shipment was provided clearly showing 17 skids was received by the Delphi's Hub has been provided.

John DaCosta


| | John DaCosta 07/03/2006 09:24 AM | To: | Leslie Smeyers/Inc/Celestica@Celestica |
|---|---|---|---|
| | | cc: | Glenn Goertzen/Inc/Celestica@Celestica, Steven DeCamillis/Inc/Celestica@Celestica |
| | | Subject: | Re: Delphi - Payment received |

Can you confirm the details of these invoices (dates, PO's, etc). Also, please indicate if any part of the invoice has been offset with a payment or credit which would make the outstanding amount different then the face amount of the invoice.

Thanks.
Leslie Smeyers/Inc/Celestica


| | Leslie Smeyers/Inc/Celestica 05/04/2006 05:40 PM | To | Glenn Goertzen/Inc/Celestica@Celestica, Steven DeCamillis/Inc/Celestica@Celestica |
|---|---|---|---|
| | | cc | John DaCosta/Inc/Celestica@Celestica |
| | | Subject | Delphi - Payment received |

Payment received for invoice 90802793 - $10,100.28. Total AR owed by Delphi is $58,381.02

# CELESTICA

Celestica Corporation -CNAR
9 Northeastern Blvd.
SALEM, New Hampshire
03079, USA

## INVOICE
(REPRINT)

**Invoice No: 90769317**

Print Date : 06-Jul-06
Invoice Date : 23-Sep-05

**Bill To:**
Delphi Saginaw
Plant 3 Procurement Lab
3900 East Holland Road
SAGINAW MI  48601
USA

**Ship To:**
Delphi Saginaw
Plant 3 Procurement Lab
3900 East Holland Road
SAGINAW MI  48601
USA

**Payer Account Number: 3000005637**
**Payment Terms: 30 Days from Invoice Date**
**Reference Info:**
   Customer PO: S3S32298

| CLS Line No. | Cust PO Item | Part Number Description | Qty Invoiced | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|
| 10 | 1 | Z-SERVICE<br>NRE TOOLING<br>Shipment No.: | 1 | 1,714.95 | EA | 1,714.95 |
| 20 | 3 | Z-SERVICE<br>SX085893 POPULATED ASSY<br>Shipment No.: | 2 | 1,206.40 | EA | 2,412.80 |
| 30 | 5 | Z-SERVICE<br>NRE FOR SX085893<br>Shipment No.: | 1 | 2,146.27 | EA | 2,146.27 |
|   |   |   |   | **Total Debit Amount** |   | 6,274.02 |
|   |   |   |   | Currency |   | USD |

WE HEREBY CERTIFY THAT THIS INVOICE IS TRUE AND CORRECT TO THE BEST OF OUR ABILITY AND THAT IT CONTAINS A TRUE STATEMENT OF THE COST OF THE GOODS

**Send Payment To:**
Celestica Inc
12578 Collections Center Drive
Chicago, Illinois 60693
U.S.A

FORM # CORP0005(0104)                                                                                                       Page 1 of  1

# CELESTICA

Celestica Corporation -CNAR
9 Northeastern Blvd.
SALEM, New Hampshire
03079, USA

# INVOICE
(REPRINT)

**Invoice No: 90769318**

Print Date : 06-Jul-06
Invoice Date : 23-Sep-05

**Bill To:**
Delphi Product and Service Solution
1441 West Long Lake
TROY MI 48098
USA

**Ship To:**
Delphi Product and Service Solution
c/o Cat Logistics
6032 Gateway Drive
PLAINFIELD IN 46168
USA

**Payer Account Number:** 3000005595
**Payment Terms:** 30 Days from Invoice Date
**Reference Info:**
 Customer PO: S3S0339

| CLS Line No. | Cust PO Item | Part Number / Description | Qty Invoiced | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|
| 10 | | Z-SERVICE<br>PCD design service<br>Shipment No.:<br>PCD design service for under body controller board | 1 | 31,896.00 | EA | 31,896.00 |
| | | | | Total Debit Amount | | 31,896.00 |
| | | | | Currency | | USD |

WE HEREBY CERTIFY THAT THIS INVOICE IS TRUE AND CORRECT TO THE BEST OF OUR ABILITY AND THAT IT CONTAINS A TRUE STATEMENT OF THE COST OF THE GOODS

**Send Payment To:**
Celestica Inc
12578 Collections Center Drive
Chicago, Illinois 60693
U.S.A

FORM # CORP0005(0104)   Page 1 of 1

# CELESTICA

Celestica Corporation -CNAR
9 Northeastern Blvd.
SALEM, New Hampshire
03079, USA

**BILLING INVOICE**

(REPRINT)

Billing Invoice No: 90557578

Print Date : 06-Jul-06
Invoice Date : 08-Feb-05

**Bill To:**
DELPHI PRODUCT & SERVICES SOLUTIONS
1441 WEST LONG LAKE ROAD
TROY MI  48098
USA

**Ship To:**
DELPHI PRODUCT AND SERVICE SOLUTION
C/O CAT LOGISTICS
6032 GATEWAY DRIVE
PLAINFIELD IN  46168
USA

**Payer Account Number:** 3000004569
**Payment Terms:** 30 Days from Invoice Date
**Reference Info:**
  Customer PO: 550060383
  Carrier Name: Verspeeten Cartage Inc
  INCOTERMS: EXW  (Port Hope)
  Waybill No.: 228762
  Delivery Note/Line No.: 80841263 / 000010

**Broker**
PER FEDERAL EXPRESS

Extended Part Description: FM Radio, XM Antenna

| CLS Line No. | Cust PO Item | Part Number Description | Qty Invoiced | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|
| 10 | | DST002042<br>Roady2 Personal Audio System Top-Level A<br>Customer Specific PN Ref: SA10109-11P1<br>Country of Origin: Ontario,Canada<br>Shipment No.: 228762 | 2,550 | 67.37 | EA | 171,793.50 |
| | | | Total Invoice Value | | | 171,793.50 |
| | | | Currency | | | USD |

**TOTAL SHIPMENT DETAILS - SHIPMENT No. 228762**

| Handling Unit Details | Dimensions | | | Weight | |
|---|---|---|---|---|---|
| Unit Reference# | Length | Width | Height | Net Weight | Gross Weight |
| 1003721875 | 48 | 40 | 46 " | 431.000 | 431.000 |
| 1003721876 | 48 | 40 | 46 " | 431.000 | 431.000 |
| 1003721877 | 48 | 40 | 46 " | 431.000 | 431.000 |
| 1003721878 | 48 | 40 | 46 " | 431.000 | 431.000 |
| 1003721879 | 48 | 40 | 46 " | 431.000 | 431.000 |
| 1003721880 | 48 | 40 | 46 " | 431.000 | 431.000 |
| 1003721881 | 48 | 40 | 46 " | 431.000 | 431.000 |
| 1003721882 | 48 | 40 | 46 " | 431.000 | 431.000 |
| 1003721883 | 48 | 40 | 46 " | 431.000 | 431.000 |
| 1003721884 | 48 | 40 | 46 " | 431.000 | 431.000 |
| 1003721885 | 48 | 40 | 46 " | 431.000 | 431.000 |
| 1003721886 | 48 | 40 | 46 " | 431.000 | 431.000 |
| 1003721887 | 48 | 40 | 46 " | 431.000 | 431.000 |
| 1003721888 | 48 | 40 | 46 " | 431.000 | 431.000 |

**CELESTICA**

Celestica Corporation -CNAR
9 Northeastern Blvd.
SALEM, New Hampshire
03079, USA

**BILLING INVOICE**

(REPRINT)

**Billing Invoice No: 90557578**

Print Date : 06-Jul-06
Invoice Date : 08-Feb-05

| | | | | | |
|---|---|---|---|---|---|
| 1003721889 | 48 | 40 | 46 " | 431.000 | 431.000 |
| 1003721890 | 48 | 40 | 46 " | 431.000 | 431.000 |
| 1003721891 | 48 | 40 | 46 " | 431.000 | 431.000 |
| **Total # of Units   17** | | | **Total Weight** | **7,327.000** | **7,327.000** |

WE HEREBY CERTIFY THAT THIS INVOICE IS TRUE AND CORRECT TO THE BEST OF OUR ABILITY AND THAT IT CONTAINS A TRUE STATEMENT OF THE COST OF THE GOODS

**Send Payment To:**
Celestica Inc
12578 Collections Center Drive
Chicago, Illinois 60693
U.S.A

FORM # CORP0005(0104)

Page 2 of  2