# EXHIBIT B

| Supplier Name | TEXTRON FASTENING SYSTEMS | | | unpaid balance as of 10/8/2005 |
|---|---|---|---|---|
| Camcar div of Textron Fastening Systems Canada LTD. | | | | |
| **Delphi Division** | | | | |
| (one form required per Division) | Customer # | Invoice# | Date | Amount open |
| Energy and Engine | 23127100 | G10480 | 5/17/2004 | 59.53 |
| | | G10564 | 6/14/2004 | 31.70 |
| | | G10640 | 7/13/2004 | 25.82 |
| | | G10713 | 8/18/2004 | 21.56 |
| | | G10791 | 9/17/2004 | 59.53 |
| | | G10870 | 10/19/2004 | 59.62 |
| | | 101309 | 11/8/2004 | 834.00 |
| | | G10960 | 11/19/2004 | 232.79 |
| | | G11048 | 12/16/2004 | 206.49 |
| | | G11128 | 1/12/2005 | 146.66 |
| | | 118401 | 9/1/2005 | 672.39 |
| | | 118624 | 9/1/2005 | 224.13 |
| | | 118765 | 9/2/2005 | 448.26 |
| | | 118851 | 9/6/2005 | 448.26 |
| | | 119075 | 9/7/2005 | 448.26 |
| | | 119081 | 9/8/2005 | 448.26 |
| | | 119193 | 9/9/2005 | 672.39 |
| | | 119369 | 9/12/2005 | 448.26 |
| | | 119395 | 9/13/2005 | 448.26 |
| | | 119584 | 9/15/2005 | 448.26 |
| | | 119652 | 9/16/2005 | 448.26 |
| | | 119759 | 9/19/2005 | 224.13 |
| | | 120064 | 9/21/2005 | 448.26 |
| | | 120110 | 9/22/2005 | 448.26 |
| | | 120192 | 9/23/2005 | 896.52 |
| | | 120285 | 9/26/2005 | 448.26 |
| | | 120472 | 9/27/2005 | 672.39 |
| | | 120509 | 9/28/2005 | 672.39 |
| | | 120611 | 9/29/2005 | 672.39 |
| | | 120647 | 9/30/2005 | 448.26 |
| | | 120795 | 10/3/2005 | 896.52 |
| | | 120859 | 10/4/2005 | 448.26 |
| | | 120977 | 10/5/2005 | 672.39 |
| | | | | **13,780.72** |
| DELPHI E & E | 23128300 | G10482 | 5/17/2004 | 8.66 |
| | | G10566 | 6/14/2004 | 4.17 |
| | | G10715 | 8/18/2004 | 6.26 |
| | | G10793 | 9/17/2004 | 15.97 |
| | | G10962 | 11/19/2004 | 38.00 |
| | | G11050 | 12/16/2004 | 54.33 |
| | | D8324218 | 1/6/2005 | 754.77 |
| | | D860DEDQ | 7/18/2005 | 1,141.50 |
| | | 118256 | 8/29/2005 | 224.13 |
| | | 118625 | 9/1/2005 | 224.13 |
| | | 119220 | 9/9/2005 | 224.13 |
| | | 119318 | 9/12/2005 | 224.13 |

| | | | | |
|---|---|---|---|---|
| | | 119396 | 9/13/2005 | 448.26 |
| | | 119540 | 9/14/2005 | 224.13 |
| | | 120688 | 9/30/2005 | 224.13 |
| | | | | **3,816.70** |
| DELPHI E & C | 23127800 | M31571I | 8/8/2004 | 250.00 |
| | | | | **250.00** |
| DELPHI SAGINAW STEERING | 75500100 | 102404 | 11/29/2004 | 6.00 |
| | | 104992 | 1/14/2005 | 6.00 |
| | | 107533 | 2/25/2005 | 6.40 |
| | | 111167 | 4/27/2005 | 6.40 |
| | | 114147 | 6/16/2005 | 6.40 |
| | | 118046 | 8/24/2005 | 6.40 |
| | | 120158 | 9/28/2005 | 109.36 |
| | | | | **146.96** |
| DELPHI INTERIOR AND LIGHTING | 23128000 | G10481 | 5/17/2004 | 31.28 |
| | | G10565 | 6/14/2004 | 18.25 |
| | | 092335 | 6/25/2004 | 5.04 |
| | | G10641 | 7/13/2004 | 12.36 |
| | | 093553 | 7/16/2004 | 7.56 |
| | | 093983 | 7/23/2004 | 8.82 |
| | | 094482 | 7/30/2004 | 6.30 |
| | | 094937 | 8/6/2004 | 11.34 |
| | | 095427 | 8/13/2004 | 8.82 |
| | | G10714 | 8/18/2004 | 15.64 |
| | | 096066 | 8/20/2004 | 10.08 |
| | | 096533 | 8/27/2004 | 8.82 |
| | | 097013 | 9/3/2004 | 8.82 |
| | | 097419 | 9/10/2004 | 7.56 |
| | | 097877 | 9/17/2004 | 8.82 |
| | | G10792 | 9/17/2004 | 35.47 |
| | | 098397 | 9/24/2004 | 6.30 |
| | | 098907 | 10/1/2004 | 1.26 |
| | | 099356 | 10/17/2004 | 11.34 |
| | | G10871 | 10/19/2004 | 28.74 |
| | | G10961 | 11/19/2004 | 38.62 |
| | | 103019 | 12/3/2004 | 84.42 |
| | | G11049 | 12/16/2004 | 10.14 |
| | | 104026 | 12/21/2004 | 42.21 |
| | | 104298 | 1/3/2005 | 42.21 |
| | | 104599 | 1/7/2005 | 84.42 |
| | | 104672 | 1/10/2005 | 84.42 |
| | | 105377 | 1/21/2005 | 42.21 |
| | | 106183 | 2/4/2005 | 42.21 |
| | | 106628 | 2/11/2005 | 42.21 |
| | | 107068 | 2/18/2005 | 90.72 |
| | | 107519 | 2/25/2005 | 45.36 |
| | | 108387 | 3/11/2005 | 45.36 |
| | | 109105 | 3/24/2005 | 90.72 |
| | | 110499 | 4/15/2005 | 45.36 |
| | | 110913 | 4/22/2005 | 45.36 |
| | | 111630 | 5/3/2005 | 45.36 |
| | | | | **1,173.93** |
| | Total | | | **19,168.31** |
| | | | | 19,168.31 |