UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             )
In Re:                                                       )    Case No. 05-44481 (RDD)
                                                             )
DELPH CORPORATION, *et al.*,                                 )    Chapter 11
                                                             )
                    Debtors.                                 )    (Jointly Administered)
-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

    Donna Picone Angiulo, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside in Suffolk County, New York.

    On November 22, 2006, a true and correct copy of the *Response and Objection of SPCP Group, L.L.C., as Assignee of Textron Fastening Systems Canada, Ltd., to Debtors' (i) Third Omnibus Objection (Substantive) Pursuant to 11 U.S.C. §502(b) and Fed. R. Bankr. P. 3007 to Certain (a) Claims with Insufficient Documentation, (b) Claims Unsubstantiated by Debtors' Books and Records, and (c) Claims Subject to Modification and (ii) Motion to Estimate Contingent and Unliquidated Claims pursuant to 11. U.S.C. §502(c)*, in the above captioned cases was caused to be served on the parties listed on the annexed Service List A via email and on the parties listed on the annexed Service List B via overnight delivery.

                                                                 _____
                                                                Donna Picone Angiulo

Sworn to before me this
22nd day of November, 2006.

_____
Notary Public

Anthony B. Stumbo
Notary Public, State of New York
No. 02ST6057531
Qualified in Kings County
Commission Expires: April 16, 2007

{00209470.DOC;}

## SERVICE LIST A

John Wm. Butler, Jr., Esq.
Allison Herriot, Esq.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606-1285
jbutler@skadden.com

Kenneth S. Ziman, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
kziman@stblaw.com

Donald Bernstein, Esq.
Brian Resnick, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
donald.bernstein@dpw.com
brian.resnick@dpw.com

Mark A. Broude, Esq.
Robert J. Rosenberg, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 10022-4802
mark.broude@lw.com
robert.rosenberg@lw.com

Bonnie Steingart, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
steinbo@friedfrank.com

{00209470.DOC;}

## SERVICE LIST B

The Honorable Robert D. Drain
United States Bankruptcy Judge
United State Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 100040-1408

Attn: General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Alicia M. Leonhard, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York NY 10004

{00209470.DOC;}