Hearing Date and Time: November 30, 2006 at 10:00 a.m.<br>
Response Date and Time: November 24, 2006 at 4:00 p.m.

Malani J. Sternstein (MS 3882)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
30 Rockefeller Plaza, Suite 2400
New York, NY 10112
Telephone:    212-332-3800
Facsimile:    212-332-3888

*Attorneys for Creditors International Rectifier Corporation
and IR Epi Services, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, et al.,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE RE:**

**LIMITED RESPONSE OF INTERNATIONAL RECTIFIER CORPORATION AND
IR EPI SERVICES, INC. TO SECOND OMNIBUS OBJECTION (PROCEDURAL)
PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
TO CERTAIN (I) EQUITY CLAIMS, (II) CLAIMS DUPLICATIVE OF
CONSOLIDATED TRUSTEE OR AGENT CLAIMS, AND
(III) DUPLICATE AND AMENDED CLAIMS**

W02-WEST:1TLW1\400127462.1                    -1-

## CERTIFICATE OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles; I am over the age of eighteen years and not a party to the within entitled action; my business address is 333 South Hope Street, 48th Floor, Los Angeles, California 90017-1448.

On **November 22, 2006**, I served the following document(s) described as:

**LIMITED RESPONSE OF INTERNATIONAL RECTIFIER CORPORATION AND IR EPI SERVICES, INC. TO SECOND OMNIBUS OBJECTION (PROCEDURAL) PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN (I) EQUITY CLAIMS, (II) CLAIMS DUPLICATIVE OF CONSOLIDATED TRUSTEE OR AGENT CLAIMS, AND (III) DUPLICATE AND AMENDED CLAIMS**

**CERTIFICATE OF SERVICE RE:**
**LIMITED RESPONSE OF INTERNATIONAL RECTIFIER CORPORATION AND IR EPI SERVICES, INC. TO SECOND OMNIBUS OBJECTION (PROCEDURAL) PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN (I) EQUITY CLAIMS, (II) CLAIMS DUPLICATIVE OF CONSOLIDATED TRUSTEE OR AGENT CLAIMS, AND (III) DUPLICATE AND AMENDED CLAIMS**

on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

**See Attached Service List**

- ☒ **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

- ☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **November 22, 2006**, at Los Angeles, California.

/s/ *Virginia La Monica*
Virginia La Monica

## SERVICE LIST

*In re DELPHI CORPORATION, et al. (Chapter 11)*
*U.S.B.C., Southern District of New York, Case No. 05-44481 (RDD)*

| | |
|---|---|
| Delphi Corporation<br>Attn: General Counsel<br>5725 Delphi Drive<br>Troy, MI 48098 | ***Debtors***<br>Tel 248-813-2000<br>Fax 248-813-2670 |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: John Wm. Butler, Jr.<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606 | ***Counsel to the Debtors***<br>Tel 312-407-0700<br>Fax 312-407-0411<br>Email: jbutler@skadden.com |
| Simpson, Thacher & Bartlett LLP<br>Attn: Kenneth S. Ziman<br>425 Lexington Avenue<br>New York, NY 10017 | ***Counsel to the Agent under the Debtors' pre-petition credit facility***<br>Tel 212-455-2000<br>Fax 212-455-2502<br>Email: kziman@simpsonthacher.com |
| Davis Polk & Wardwell<br>Attn: Donald S. Bernstein and Brian M. Resnick<br>450 Lexington Avenue<br>New York, NY 10017 | ***Counsel to the Agent under the post-petition credit facility***<br>Tel 212-450-4092<br>Fax 212-450-3092<br>Email: donald.bernstein@dpw.com |
| Latham & Watkins LLP<br>Attn: Robert J. Rosenberg and Mark A. Broude<br>885 Third Avenue<br>New York, NY 10022 | ***Counsel to the Official Committee of Unsecured Creditors***<br>Tel 212-906-1200<br>Fax 212-751-4864<br>Email: robert.rosenberg@lw.com |
| Fried, Frank, Harris, Shriver & Jacobson LLP<br>Attn: Bonnie Steingart<br>One New York Plaza<br>New York, NY 10004 | ***Counsel to the Official Committee of Equity Security Holders***<br>Tel 212-859-8004<br>Fax 212-859-4000<br>Email: bonnie.steingart@friedfrank.com |
| Office of the United States Trustee<br>Southern District of New York<br>Attn: Alicia M. Leonhard<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 | ***Office of the U.S. Trustee for the Southern District of New York***<br>Tel 212-510-0500<br>Fax 212-668-2255 |