## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on the 22nd day of November, 2006, I caused a copy of the **Objection of ORIX Warren, LLC to Debtors' (I) Third Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated by Debtors' Books and Records, and (C) Claims Subject to Modification and (II) Motion to Estimate Contingent and Unliquidated Claims Pursuant to 11 U.S.C. § 502(c)** to be served as indicated upon the following counsel.

### **VIA TELEFAX AND U.S. MAIL**

| | |
|---|---|
| John Wm. Butler, Jr., Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606 | Robert J. Rosenberg, Esq.<br>Mark A. Broude, Esq.<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022 |
| Kenneth S. Ziman, Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017 | Donald Bernstein, Esq.<br>Brian Resnick, Esq.<br>Davis Polk & Wardell<br>450 Lexington Avenue<br>New York, NY 10017 |
| Alicia M. Leonhard, Esq.<br>Office of the United States Trustee<br>for the Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 | Bonnie Steingart, Esq.<br>Fried, Frank, Harris, Shriver & Jacobsen<br>One New York Plaza<br>New York, NY 10004 |

### **VIA FEDERAL EXPRESS**

| | |
|---|---|
| Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court<br>   for the Southern District of New York<br>614 Alexander Hamilton Custom House<br>One Bowling Green<br>New York, NY  10004-1400 | Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098<br>Attn: General Counsel |

                                              **/s/ Jeffrey C. Wisler**
                                                    Jeffrey C. Wisler

#501536