UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            )
In re:                                                      )
                                                            )   Chapter 11
DELPHI CORPORATION, et al.,                                 )   Case No. 05-44481 (RDD)
                                                            )   Jointly Administered
            Debtors.                                        )
------------------------------------------------------------x

## AFFIDAVIT OF TERRY IWASAKI IN SUPPORT OF RESPONSE OF METALDYNE CORPORATION AND METALDYNE SINTERED COMPONENTS, INC. TO DEBTORS' (I) THIRD OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) CLAIMS WITH INSUFFICIENT DOCUMENTATION, (B) CLAIMS UNSUBSTANTIATED BY DEBTORS' BOOKS AND RECORDS, AND (C) CLAIMS SUBJECT TO MODIFICATION AND (II) MOTION TO ESTIMATE CONTINGENT AND UNLIQUIDATED CLAIMS PURSUANT TO 11 U.S.C. § 502(c)

STATE OF MICHIGAN        )
                         )ss
COUNTY OF WASHTENAW      )

Terry Iwasaki, being duly sworn, deposes and states as follows:

1.      I am the Vice President of Finance, Commercial Operations and Metaldyne Asia, of Metaldyne Corporation and Metaldyne Sintered Components, Inc. (together, "Metaldyne"). Metaldyne is an automotive parts supplier that has provided in the past prior to these cases and continues to provide goods and services to the Debtors.

2.      Except as otherwise indicated, all facts set forth in this Affidavit are based upon my personal knowledge, information and belief, information supplied to me by other employees of Metaldyne, or information learned from records kept in the ordinary course of business that were reviewed by me or other employees of Metaldyne. If called as a witness, I would testify competently to the matters set forth herein.

DETR_135363.2

3.  Delphi Automotive Systems LLC ("Delphi Automotive") and Metaldyne Company LLC and Metaldyne Sintered Components are parties to a Long Term Contract dated March 31, 2005, a copy of which is attached hereto as Attachment 1. Pursuant to the Long Term Contract, Metaldyne provided certain parts to Delphi Automotive (the "Parts").

4.  Prior to the Debtors' bankruptcy filing on October 8, 2005 (the "Petition Date"), Metaldyne was not paid in full for its invoices for certain Parts, as shown in Attachment 2 and Attachment 3 hereto. Specifically, Metaldyne was not paid and is owed as of the Petition Date $11,310.89 for invoices described in Attachment 2 hereto and $415,470.68 for invoices described in Attachment 3 hereto. The amount of each invoice, the amount paid, if applicable, and the amount due, is reflected on the respective Attachments. Copies of the invoices are attached to the respective Attachments.

5.  On or around July 28, 2006, Metaldyne filed a proof of claim in these cases covering the claims described herein, which proof of claim contains additional support and documentation underlying Metaldyne's claims.

FURTHER AFFIANT SAYETH NOT.

_____  11/21/06
TERRY IWASAKI

Subscribed and sworn to before me
This 21 day of November, 2006.

_____
NOTARY PUBLIC
My Commission Expires: 6-15-2011

Bonita L. Nish, Notary Public
State of Michigan, County of Wayne
My Commission Expires 6/15/2011
Acting in the County of _____

2

DETR_135363.2