| Invoice No. | Invoice Amount | Amount Due |
|---|---|---|
| 23917 | $558.00 | -$3.45 |
| 23922 | $8,198.27 | $130.15 |
| 23930 | $3,101.18 | $21.45 |
| 23932 | $2,097.19 | -$3.06 |
| 23933 | $905.04 | $6.52 |
| 23936 | $6,661.24 | $15.22 |
| 23938 | $34,406.84 | $195.60 |
| 23941 | $1,116.00 | -$6.90 |
| 23945 | $7,634.09 | -$7.24 |
| 23952 | $4,615.56 | $23.38 |
| 23954 | $67.02 | $0.24 |
| 23955 | $4,826.33 | $64.11 |
| 23956 | $3,404.24 | $54.24 |
| 23958 | $2,858.82 | -$5.68 |
| 23959 | $14,469.61 | $70.90 |
| 23960 | $558.00 | -$3.45 |
| 23962 | $2,097.19 | -$3.06 |
| 23963 | $905.04 | $6.52 |
| 23965 | $40,789.86 | $439.25 |
| 23967 | $6,743.18 | $4.74 |
| 23968 | $870.73 | $12.65 |
| 23971 | $4,651.78 | $32.19 |
| 23973 | $1,722.17 | $684.77 |
| 23977 | $3,566.50 | $2,013.42 |
| 23978 | $7,349.80 | $37.82 |
| 23986 | $2,097.19 | -$3.06 |
| 23987 | $6,722.25 | $139.65 |
| 23991 | $558.00 | -$3.45 |
| 23992 | $10,581.74 | $54.45 |
| 23993 | $12,209.08 | $74.89 |
| 23994 | $905.04 | $6.52 |
| 23997 | $3,387.66 | $68.37 |
| 24000 | $3,404.24 | $54.24 |
| 24003 | $14,225.27 | $183.54 |
| 24007 | $1,550.59 | $10.73 |
| 24008 | $7,492.97 | -$27.16 |
| 24012 | $1,116.00 | -$6.90 |
| 24015 | $905.04 | $6.52 |
| 24016 | $2,097.19 | -$3.06 |
| 24028 | $21,875.73 | $231.91 |
| 24031 | $8,732.78 | $30.37 |
| 24038 | $2,097.19 | -$3.06 |
| 24039 | $754.20 | $5.43 |
| 24042 | $3,683.08 | $38.38 |
| 24043 | $3,498.90 | $68.55 |
| 24044 | $2,207.97 | -$4.65 |
| 24046 | $1,722.17 | $684.77 |
| 24052 | $24,957.44 | $148.20 |
| 24054 | $3,404.24 | $54.24 |
| 24059 | $2,232.00 | -$13.80 |
| 24060 | $6,743.18 | $4.74 |

| | | |
|---|---|---|
| 24061 | $20,558.80 | $243.07 |
| 24062 | $2,097.19 | -$3.06 |
| 24066 | $3,993.60 | -$54.34 |
| 24067 | $3,484.03 | $67.58 |
| 24068 | $1,055.88 | $7.60 |
| 24070 | $7,451.00 | $23.82 |
| 24072 | $4,685.39 | $26.40 |
| 24082 | $2,097.19 | -$3.06 |
| 24083 | $905.04 | $6.52 |
| 24085 | $558.00 | -$3.45 |
| 24086 | $10,040.39 | $46.98 |
| 24088 | $2,165.49 | $69.03 |
| 24092 | $1,740.77 | $33.22 |
| 24097 | $4,730.95 | $15.58 |
| 24099 | $11,748.67 | $149.28 |
| 24103 | $1,116.00 | -$6.90 |
| 24104 | $10,829.24 | $61.14 |
| 24111 | $1,700.43 | $8.60 |
| 24112 | $4,363.79 | $15.06 |
| 24114 | $12,320.62 | $248.04 |
| 24116 | $19,586.00 | $195.18 |
| 24117 | $905.04 | $6.52 |
| 24118 | $2,097.19 | -$3.06 |
| 24126 | $2,232.00 | -$13.80 |
| 24127 | $14,719.18 | $86.64 |
| 24130 | $2,165.49 | $69.03 |
| 24133 | $1,700.43 | $8.60 |
| 24135 | $9,398.94 | $119.43 |
| 24137 | $1,943.35 | $9.83 |
| 24142 | $4,258.30 | $2.00 |
| 24147 | $1,674.00 | -$10.35 |
| 24151 | $905.04 | $6.52 |
| 24152 | $2,097.19 | -$3.06 |
| 24155 | $12,748.36 | $73.32 |
| 24158 | $3,008.16 | $16.09 |
| 24159 | $1,184.27 | -$8.00 |
| 24161 | $1,770.17 | $29.71 |
| 24173 | $4,602.56 | $66.92 |
| 24175 | $32,037.98 | $329.78 |
| 24180 | $1,943.35 | $9.83 |
| 24181 | $12,192.16 | $36.58 |
| 24186 | $20,278.65 | $108.55 |
| 24188 | $9,580.58 | $62.50 |
| 24194 | $558.00 | -$3.45 |
| 24195 | $4,071.38 | $68.31 |
| 24197 | $3,930.36 | $69.03 |
| 24199 | $3,727.22 | -$27.90 |
| 24200 | $4,943.81 | $71.00 |
| 24204 | $9,685.98 | $34.38 |
| 24210 | $1,810.08 | $13.03 |
| 24215 | $21,658.49 | $122.30 |
| 24216 | $12,065.81 | $160.27 |

| | | |
|---|---|---|
| 24217 | $13,255.89 | $144.72 |
| 24219 | $2,165.49 | $69.03 |
| 24220 | $10,470.39 | -$23.17 |
| 24227 | $5,378.65 | -$14.12 |
| 24230 | $4,257.47 | $66.34 |
| 24231 | $11,812.10 | $151.48 |
| 24235 | $7,731.23 | $38.16 |
| 24240 | $905.04 | $6.52 |
| 24242 | $2,232.00 | -$13.80 |
| 24243 | $592.14 | -$3.99 |
| 24244 | $5,110.58 | $104.10 |
| 24245 | $13,464.13 | $80.77 |
| 24248 | $1,369.70 | $8.34 |
| 24250 | $3,930.36 | $69.03 |
| 24251 | $7,647.57 | $17.59 |
| 24252 | $3,481.54 | $66.24 |
| 24253 | $11,812.10 | $151.48 |
| 24259 | $16,047.32 | $99.24 |
| 24262 | $2,546.59 | $8.84 |
| 24266 | $1,116.00 | -$6.90 |
| 24267 | $592.14 | -$3.99 |
| 24269 | $10,127.06 | $82.63 |
| 24277 | $10,937.69 | $32.81 |
| 24282 | $592.14 | -$3.99 |
| 24283 | $1,740.77 | $33.22 |
| 24284 | $7,239.49 | $96.16 |
| 24285 | $3,498.90 | $68.55 |
| 24290 | $5,946.77 | $100.80 |
| 24296 | $15,849.44 | $84.64 |
| 24299 | $1,674.00 | -$10.35 |
| 24301 | $13,255.89 | $144.72 |
| 24306 | $3,727.22 | -$27.90 |
| 24310 | $7,889.40 | $28.62 |
| 24313 | $40,795.29 | $2,793.34 |
| 24325 | $592.14 | -$3.99 |
| 24327 | $16,513.50 | $90.93 |
| 24329 | $3,404.24 | $54.24 |
| 24330 | $1,116.00 | -$6.90 |
| 24334 | $7,454.43 | -$55.81 |
| 24336 | $4,330.97 | $138.04 |
| 24338 | $2,615.08 | $14.52 |
| 24340 | $592.14 | -$3.99 |
| 24344 | $17,950.18 | $186.55 |
| 24346 | $3,498.90 | $68.55 |
| 24347 | $1,740.96 | $33.22 |
| 24350 | $1,116.00 | -$6.90 |
| 24358 | $592.14 | -$3.99 |
| 24361 | $18,484.32 | $104.25 |
| 24365 | $5,241.99 | $66.92 |
| 24370 | $5,402.67 | $16.75 |
| 24372 | $1,974.22 | $9.89 |
| 24385 | $592.14 | -$3.99 |

| | | |
|---|---|---|
| 24386 | $2,165.49 | $69.03 |
| 24389 | $7,690.16 | $101.67 |
| 24390 | $14,719.18 | $86.64 |
| 24399 | $728.80 | $3.70 |
| 24400 | $5,222.69 | $99.55 |
| 24401 | $5,985.24 | $31.72 |
| 24402 | $13,253.05 | $135.63 |
| 24405 | $1,958.08 | $7.30 |
| 24406 | $11,344.72 | $76.33 |
| 24410 | $11,352.31 | $118.80 |
| 24412 | $19,023.60 | $102.67 |
| 24416 | $4,330.97 | $138.04 |
| 24421 | $2,230.13 | $3.35 |
| 24422 | $7,107.53 | $21.65 |
| 24424 | $6,270.11 | $57.34 |
| 24425 | $11,534.56 | $79.95 |
| 24428 | $5,262.08 | -$2.47 |
| 24436 | $1,810.08 | $13.03 |
| 24437 | $1,184.27 | -$8.00 |
| 24439 | $3,223.25 | $71.10 |
| 24441 | $21,658.49 | $122.30 |
| 24443 | $3,015.96 | $32.64 |
| 24446 | $3,387.66 | $68.37 |
| 24450 | $12,408.19 | $92.41 |
| 24452 | $8,175.83 | $135.11 |
| 24453 | $3,498.90 | $68.55 |
| 24454 | $592.14 | -$3.99 |
| 24455 | $905.04 | $6.52 |
| 24458 | $1,802.75 | -$9.39 |
| 24459 | $6,056.99 | $15.45 |
| 24463 | $29,728.06 | -$13,651.35 |
| 24480 | $7,886.97 | $18.54 |
| 24485 | $7,377.40 | $55.89 |
| 24492 | $21,464.75 | $279.70 |
| 24493 | $4,699.47 | $59.71 |
| 24494 | $16,511.57 | $211.19 |
| 24498 | $10,289.96 | $62.72 |
| 24503 | $7,454.43 | -$55.81 |
| 24510 | $12,331.64 | $1,368.02 |
| 24511 | $7,594.56 | $131.32 |
| 24512 | $9,989.44 | $4,347.46 |
| 24518 | $642.66 | $10.17 |
| 24523 | $3,876.48 | $26.82 |
| 24525 | $6,653.70 | $71.10 |
| 24528 | $1,722.17 | $684.77 |
| 24540 | $7,946.92 | $7.91 |
| 24552 | $1,740.77 | $33.12 |
| 24554 | $17,201.79 | $70.90 |
| 24560 | $35,559.79 | $362.48 |
| 24563 | $5,790.46 | $23.44 |
| 24565 | $9,703.28 | $77.87 |
| 24582 | $19,120.90 | $83.06 |

| | | |
|---|---|---|
| 24589 | $3,727.22 | -$27.90 |
| 24602 | $8,286.77 | -$18.21 |
| 24604 | $1,722.17 | $684.77 |
| 24607 | $18,345.79 | $82.63 |
| 24623 | $3,481.92 | $66.43 |
| 24632 | $4,896.37 | -$21.91 |
| 24646 | $24,141.09 | $106.54 |
| 24654 | $8,774.97 | $26.82 |
| 24663 | $7,541.72 | -$9.90 |
| 24666 | $12,550.50 | $132.58 |
| 24676 | $11,340.04 | $99.46 |
| 24680 | $19,120.90 | $83.06 |
| 24683 | $3,727.22 | -$27.90 |
| 24689 | $955.09 | -$2.94 |
| 24702 | $17,865.85 | $77.19 |
| 24725 | $7,547.49 | -$14.75 |
| 24730 | $5,430.94 | $51.76 |
| 24736 | $26,060.22 | $118.73 |
| 24739 | $5,484.91 | $69.33 |
| 24740 | $11,181.65 | -$83.72 |
| 24754 | $9,294.57 | -$9.90 |
| 24757 | $5,222.50 | $99.46 |
| 24766 | $13,325.60 | $115.66 |
| 24784 | $10,611.56 | $132.67 |
| 24786 | $7,390.15 | -$4.02 |
| 24792 | $7,328.93 | $23.22 |
| 24796 | $14,691.69 | $59.15 |
| 24815 | $114.63 | -$59.13 |
| 24818 | $898.52 | -$1.62 |
| 24820 | $3,876.48 | $26.82 |
| 24822 | $17,201.79 | $70.90 |
| 24841 | $9,861.95 | -$18.78 |
| 24846 | $898.52 | -$1.62 |
| 24849 | $14,691.69 | $59.15 |
| 24853 | $4,471.06 | -$27.90 |
| 24868 | $8,211.41 | -$16.60 |
| 24871 | $12,057.95 | $66.24 |
| 24877 | $24,141.09 | $106.54 |
| 24882 | $898.52 | -$1.62 |
| 24901 | $7,247.53 | $100.04 |
| 24902 | $11,246.38 | -$24.09 |
| 24907 | $299.51 | -$0.54 |
| 24912 | $22,775.00 | $106.54 |
| 24925 | $13,919.27 | -$62.71 |
| 24927 | $4,819.41 | -$8.82 |
| 24929 | $1,497.54 | -$2.70 |
| 24930 | $41,978.49 | -$130.49 |
| 24993 | $6,573.27 | -$4.02 |
| 24941 | $28,570.31 | $130.46 |
| 24944 | $6,607.35 | -$27.90 |
| 24951 | $2,376.77 | -$6.71 |
| 24964 | $149.75 | -$0.27 |

| | | |
|---|---|---|
| 24966 | $14,691.69 | -$3.00 |
| 24975 | $5,221.40 | -$22.27 |
| 24982 | $9,279.51 | -$41.81 |
| 24995 | $14,100.71 | $59.58 |
| 25001 | $3,350.00 | -$14.21 |
| 25002 | $3,727.22 | -$35.87 |
| 25005 | $58,285.22 | -$196.62 |
| 25006 | $11,942.32 | $67.68 |
| 25015 | $7,702.00 | -$38.91 |
| 25029 | $3,958.77 | -$5.62 |
| 25030 | $7,739.11 | -$14.82 |
| 25031 | $6,959.64 | -$31.35 |
| 25033 | $19,120.90 | $55.44 |
| 25039 | $2,866.94 | -$1.25 |
| 25043 | $2,096.46 | -$18.08 |
| 25044 | $1,577.75 | $22.19 |
| 25047 | $5,508.00 | $41.38 |
| 25055 | $12,790.78 | -$31.48 |
| 25062 | $15,355.75 | $42.21 |
| 25064 | $10,437.75 | -$79.91 |
| 25073 | $2,096.46 | -$18.08 |
| 25077 | $2,023.97 | -$8.54 |
| 25078 | $6,959.64 | -$31.35 |
| 25080 | $33,439.49 | -$109.99 |
| 25083 | $7,005.57 | -$21.36 |
| 25084 | $4,491.60 | $6.12 |
| 25096 | $26,540.15 | $89.72 |
| 25097 | $6,710.54 | -$44.03 |
| 25106 | $2,096.46 | -$18.08 |
| 25108 | $6,406.49 | $5.86 |
| 25110 | $11,425.90 | -$21.44 |
| 25115 | $14,691.69 | $37.50 |
| 25117 | $743.84 | $6.56 |
| 25125 | $2,096.46 | -$18.08 |
| 25138 | $21,631.00 | $64.25 |
| 24367 | $14,095.57 | $170.06 |
| | | $11,310.89 |

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00023917 | 08/09/05 |

**BILL TO**
C36600

DELPHI AUTOMOTIVE SYS (COOP)
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**SHIP TO**
36500-01

DELPHI AUTOMOTIVE SYS. (COOP)
COOPERSVILLE PLANT #3
999 RANDALL STREET
COOPERSVILLE, MI 49404
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 17121242 | SPACES (SS) W/GUIDE | PC | 1500 | 0.372 | 558.00 |

.3743

MTSC Order/Ln/Item:   36500-01   2   13961
Purchase Order:   0550005325
Schedule Ref: 0000003          1500 PC

*no23 var*
561.45

3.45 OP

(3.45)
overpaid

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 558.00          Currency: USD          Total: 558.00

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
| --- | --- |
| INVOICE / SID NO. | DATE |
| 00023922 | 08/10/05 |

**BILL TO**
C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**SHIP TO**
36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
| --- | --- | --- | --- | --- |
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
| --- | --- | --- | --- | --- | --- |
| 17106712 | RETAINER EGR VLV | PC | 16000 | 0.04649 | 743.84 |
| MTSC Order/Ln/Item:  36400-01  9  01000 | | | | | |
| Purchase Order:  0550005324 | | | | | |
| 25355122 | PL/WASHER ASSEMBLY | PC | 9656 | 0.772 | 7,454.43 |
| MTSC Order/Ln/Item:  36400-01  12  35640 | | | | | |
| Purchase Order:  0550036785 | | | | | |

*Handwritten annotations:*
— 4000    − 185.96
12000    557.8

0.7778    7,510.2

PAID
$8,068.12
Diff − $130.15

| | | |
| --- | --- | --- |
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 8,198.27        Currency: USD        Total: 8,198.27

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
### SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| **INVOICE / SID NO.** | **DATE** |
| 00023930 | 08/09/05 |

**BILL TO**
C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**SHIP TO**
01100-16

DELPHI CHASSIS SYSTEMS
PLANT 14
GATE 4 WOODMAN DRIVE
KETTERING, OH 45401
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | tlgr | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22173644 | ROD GUIDE | PC | 14400 | 0.21536 | 3,101.18 |

MTSC Order/Ln/Item:  01100-16  5  19052          .21387
Purchase Order:  0550006001

$3079.73
Diff. $21.45

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 3,101.18          Currency: USD          Total: 3,101.18

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00023932 | 08/09/05 |

B
I
L
L
T
O

C01600

DELPHI ENERGY & ENGINE (D/R)
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

S
H
I
P
T
O

01700-02

DELPHI E&C, 35021
C/O CINCINNATI DDC %PJAX
DELPHI E.SEC - JUAREZ
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069
FINAL DEST ELPASO TX

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 55 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 10475820 | PRIMARY PLATE | PC | 3400 | 0.61682 | 2,097.19 |

.61772

MTSC Order/Ln/Item:  01700-02 10  12922
Purchase Order:  0550009631

.0009 var

PAID
#2,100.25

diff. - (-3.06)

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 2,097.19          Currency: USD          Total: 2,097.19



SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00023933 | 08/09/05 |

B
I
L
L
T
O

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

S
H
I
P
T
O

01100-08

DELPHI E&C 34065
%CINCINNATI DDC %PJAX
DELPHI C PLANT 58/CHIHUAHUA
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069
FINAL DEST MEXICO

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
|  | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363745 | Sec Plate | PC | 3600 | 0.2514 | 905.04 |

.249588

MTSC Order/Ln/Item:  01100-08 12  37382
Purchase Order:  0550037103

.001812 var

PAID
# 898.52

diff # 6.52

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 905.04          Currency: USD          Total: 905.04

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY. POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| **INVOICE / SID NO.** | **DATE** |
| 00023936 | 08/10/05 |

**B
I
L
L
T
O**

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**S
H
I
P
T
O**

01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4   WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22172295 | PISTON ASSEMBLY | PC | 6144 | 0.47445 _0.47205_ | 2,915.02 _2,900.28_ |
| MTSC Order/Ln/Item:  01100-22   1   17924 | | | | | |
| Purchase Order:  0550048814 | | | | | |
| 22174473 | PISTON ASM. | PC | 4096 | 0.47448 _0.47201_ | 1,943.47 _1933.60_ |
| MTSC Order/Ln/Item:  01100-22   2   19000 | | | | | |
| Purchase Order:  0550048814 | | | | | |
| 22186316 | PISTON ASM. | PC | 3584 | 0.503 _0.505_ | 1,802.75 _1,812.14_ |
| MTSC Order/Ln/Item:  01100-22  10  28722 | | | | | |
| Purchase Order:  0550048814 | | | | | |

*PD
#6,646.02
Diff
$15.22*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 6,661.24          Currency: USD          Total: 6,661.24

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY. POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00023938 | 08/09/05 |

**B I L L   T O**

C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**S H I P   T O**

36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25325385 | SE. POLE PC | PC | 5040 | 0.82133 | 4,139.50 |
| | | | | 0.813151 | 4,098.2 |
| MTSC Order/Ln/Item:  36400-01   4   28756 | | | | | |
| Purchase Order:  0550005324 | | | | | |
| 25326871 | HOUSING ASM. | PC | 4200 | 2.98821 | 12,550.48 |
| | | | | 2.974231 | 12,491.7 |
| MTSC Order/Ln/Item:  36400-01   8   33901 | | | | | |
| Purchase Order:  0550005326 | | | | | |
| 25352318 | EGR Housing Assembly | PC | 9792 | 1.80932 | 17,716.86 |
| | | | | 1.799550 | 17,621.19 |
| MTSC Order/Ln/Item:  36400-01  10   35607 | | | | | |
| Purchase Order:  0550015837 | | | | | |

*Paid - $34,211.2*
*shout pd*
*$195.60*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 34,406.84          Currency: USD          Total: 34,406.84

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IS RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
### SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00023941 | 08/09/05 |

**B I L L T O**

C36600

DELPHI AUTOMOTIVE SYS (COOP)
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**S H I P T O**

36500-01

DELPHI AUTOMOTIVE SYS. (COOP)
COOPERSVILLE PLANT #3
999 RANDALL STREET
COOPERSVILLE, MI 49404
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 17121243 | SPACES(SS)W/GUIDE | PC | 1500 | 0.372 .3743 | 558.00 |
| MTSC Order/Ln/Item: 36500-01 1 13962 | | | | | |
| Purchase Order: 0550005325 | | | | | |
| Schedule Ref: 0000003 | | | 1500 PC | | |
| 17121242 | SPACES(SS)W/GUIDE | PC | 1500 | 0.372 .3743 | 558.00 |
| MTSC Order/Ln/Item: 36500-01 2 13961 | | | | | |
| Purchase Order: 0550005325 | | | | | |
| Schedule Ref: 0000003 | | | 1500 PC | | |

*.0023 var each*

*PD
# 1122.90
diff. - <-6.90>*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 1,116.00          Currency: USD          Total: 1,116.00

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY. POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00023945 | 08/09/05 |

BILL TO:

C01600

DELPHI ENERGY & ENGINE (D/R)
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

SHIP TO:

01700-04

DELPHI ENERGY & ENGINE
PLANT 20
ANDERSON, IN 46018
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 10474921 | HUB | PC | 3465 | 2.2032 | 7,634.09 |

MTSC Order/Ln/Item:  01700-04  1  11854      *2.20529  7,641.33*
Purchase Order:  0550011517

*PAID
$7,641.33
Diff <7.24>*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 7,634.09          Currency: USD          Total: 7,634.09

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne
### SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00023952 | 08/10/05 |

| | |
|---|---|
| **B I L L  T O** | C01000<br>DELPHI CHASSIS SYSTEM (D)<br>ACG/DISBURSEMENT CENTER<br>PO BOX 436040<br>PONTIAC, MI 48343<br>USA | **S H I P  T O** | 01100-22<br>DELPHI CHASSIS SYSTEMS<br>PLANT 17<br>GATE 4    WOODMAN DRIVE<br>KETTERING, OH 45401 |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22172295 | PISTON ASSEMBLY | PC | 6144 | 0.47445 .47205 | 2,915.02 |
| MTSC Order/Ln/Item:  01100-22  1  17924 | | | | | |
| Purchase Order:  0550048814 | | | | | |
| | | | | | |
| 22174473 | PISTON ASM. | PC | 3584 | 0.47448 .47207 | 1,700.54. |
| MTSC Order/Ln/Item:  01100-22  2  19000 | | | | | |
| Purchase Order:  0550048814 | | | | | |

*PAID*
*#4,592.18*

*Diff. $23.3*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 4,615.56          Currency: USD          Total: 4,615.56


SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
| --- | --- |
| INVOICE / SID NO. | DATE |
| 00023954 | 08/10/05 |

BILL TO

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

SHIP TO

01100-06

DELPHI CHASSIS (K2) DIVISION
DOCK 18-SSP
GATE 4 WOODMAN DR
KETTERING, OH 45420
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
| --- | --- | --- | --- | --- |
| | Net 30 days | TLGR | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
| --- | --- | --- | --- | --- | --- |
| 5513339 | ROD GUIDE | PC | 92 | 0.72843 | 67.02 |

.7259

MTSC Order/Ln/Item:  01100-06 78  00832
Purchase Order:  0550006007

.00253 var

.23276

Shoot pd .24 cen

| Charge 1 | : | 0.00 |
| --- | --- | --- |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 67.02          Currency: USD          Total: 67.02

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
| --- | --- |
| INVOICE / SID NO. | DATE |
| 00023955 | 08/10/05 |

B
I
L
L
T
O

c01105

DELPHI ENERGY AND CHASSIS
DIVISIONAL ACCOUNTS PAYABLE
MC 480-405-350
5820 DELPHI DRIVE
TROY, MI 48098
USA

S
H
I
P
T
O

01105-01

DELPHI ENERGY & CHASSIS SYS
2100 BURLINGGAME AVE S.W.
GRAND RAPIDS, MI 49509
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
| --- | --- | --- | --- | --- |
| | | CTII | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
| --- | --- | --- | --- | --- | --- |
| 25359909 | L-6 Target Wheel | PC | 2160 | 2.23441 | 4,826.33 |

*2.204731* (handwritten)

MTSC Order/Ln/Item:  01105-01  8  37777
Purchase Order:  550062419

*PAID
$4,762.22
Diff. $64.1* (handwritten)

| | | | |
| --- | --- | --- | --- |
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 4,826.33          Currency: USD          Total: 4,826.33

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00023956 | 08/10/05 |

```
B         C01000
I
L    DELPHI CHASSIS SYSTEM (D)
L    ACG/DISBURSEMENT CENTER
T    PO BOX 436040
O    PONTIAC, MI 48343
     USA
```

```
S         01100-20
H
I    DELPHI ENERGY & CHASSIS SYS
P    DOCK 101
T    3100 NEEDMORE ROAD
O    DAYTON, OH 45414
```

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
|  | Net 30 days | CTII | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 18047957 | SPACER BOOSTER | PC | 1944 | 1.75115 | 3,404.24 |

1.723251

MTSC Order/Ln/Item:  01100-20   1   37348
Purchase Order:  0550023943

PAID
$3,350.00

Diff. $54.24

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 3,404.24        Currency: USD        Total: 3,404.24


SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00023958 | 08/11/05 |

B
I
L
L
T
O

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

S
H
I
P
T
O

01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4   WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | antt | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22174544 | PISTON ASM. | PC | 512 | 0.47448 | 242.93 |
| MTSC Order/Ln/Item:   01100-22   4   21893 | | | | | |
| Purchase Order:   0550048814 | | | | | |
| 22186316 | PISTON ASM. | PC | 3584 | 0.503 | 1,802.75 |
| MTSC Order/Ln/Item:   01100-22  10  28722 | | | | | |
| Purchase Order:   0550048814 | | | | | |
| 22151653 | PISTON ASM. | PC | 1024 | 0.79408 | 813.14 |
| MTSC Order/Ln/Item:   01100-22  14  15864 | | | | | |
| Purchase Order:   0550048814 | | | | | |

*Handwritten: ,47207   ,000 183 var*
*Handwritten: ,505619   ,000939 var*
*Handwritten: ,79166   ,000248 var*

*Handwritten: PAID #2,864.50*
*Handwritten: Diff. ∠-5.687*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 2,858.82        Currency:  USD        Total: 2,858.82

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00023959 | 08/10/05 |

B I L L   T O
C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

S H I P   T O
36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25326871 | HOUSING ASM. | PC | 3360 | 2.98821 | 10,040.39 |

MTSC Order/Ln/Item:  36400-01  8  33901
Purchase Order:  0550005326

*2.9742    9,993.4'* (handwritten)

| | | | | | |
|---|---|---|---|---|---|
| 25352318 | EGR Housing Assembly | PC | 2448 | 1.80932 | 4,429.22 |

MTSC Order/Ln/Item:  36400-01 10  35607
Purchase Order:  0550015837

*1.7995    4,405.3* (handwritten)

*Paid - $14,398.7* (handwritten)
*diff - $70.90* (handwritten)

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 14,469.61        Currency: USD        Total: 14,469.61

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne

### SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
| --- | --- |
| **INVOICE / SID NO.** | **DATE** |
| 00023960 | 08/10/05 |

| B I L L  T O | C36600<br><br>DELPHI AUTOMOTIVE SYS (COOP)<br>ACG DISBURSEMENT CENTER<br>PO BOX 436040<br>PONTIAC, MI 48343<br>USA | S H I P  T O | 36500-01<br><br>DELPHI AUTOMOTIVE SYS. (COOP)<br>COOPERSVILLE PLANT #3<br>999 RANDALL STREET<br>COOPERSVILLE, MI 49404<br>USA |
| --- | --- | --- | --- |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
| --- | --- | --- | --- | --- |
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
| --- | --- | --- | --- | --- | --- |
| 17121242 | SPACES(SS)W/GUIDE | PC | 1500 | 0.372 | 558.00 |

MTSC Order/Ln/Item:  36500-01  2  13961
Purchase Order:  0550005325
Schedule Ref: 0000009                    1500 PC

*.3743* (handwritten)

*.0023 var* (handwritten)

*(3.45) overpai* (handwritten)

| | | | |
| --- | --- | --- | --- |
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 558.00          Currency: USD          Total: 558.00

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
| --- | --- |
| INVOICE / SID NO. | DATE |
| 00023962 | 08/10/05 |

**BILL TO**

C01600

DELPHI ENERGY & ENGINE (D/R)
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**SHIP TO**

01700-02

DELPHI E&C, 35021
C/O CINCINNATI DDC %PJAX
DELPHI E.SEC - JUAREZ
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069
FINAL DEST ELPASO TX

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
| --- | --- | --- | --- | --- |
| | Net 55 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
| --- | --- | --- | --- | --- | --- |
| 10475820 | PRIMARY PLATE | PC | 3400 | 0.61682 | 2,097.19 |

MTSC Order/Ln/Item:  01700-02 10  12922          .61772
Purchase Order:  0550009631

.0009 var

PAID
# 2100.25

Diff. ∠#3.06

| | | | |
| --- | --- | --- | --- |
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 2,097.19          Currency: USD          Total: 2,097.19

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY. POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00023963 | 08/10/05 |

**B I L L   T O**

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**S H I P   T O**

01100-08

DELPHI E&C 34065
%CINCINNATI DDC %PJAX
DELPHI C PLANT 58/CHIHUAHUA
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069
FINAL DEST MEXICO

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363745 | Sec Plate | PC | 3600 | 0.2514 | 905.04 |

MTSC Order/Ln/Item:   01100-08 12   37382

Purchase Order:   0550037103

*,249588*

*,001812 var*

*PAID .52*
*$898.52*
*diff - $6.52*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 905.04          Currency: USD          Total: 905.04

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
## SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00023965 | 08/11/05 |

B
I
L
L

T
O

c01105

DELPHI ENERGY AND CHASSIS
DIVISIONAL ACCOUNTS PAYABLE
MC 480-405-350
5820 DELPHI DRIVE
TROY, MI 48098
USA

S
H
I
P

T
O

01105-01

DELPHI ENERGY & CHASSIS SYS
2100 BURLINGGAME AVE S.W.
GRAND RAPIDS, MI 49509
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | | CTII | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363420 | Sprocket | PC | 4480 | 3.67146  *3.62481* | 16,448.14  *16,239.15* |
| MTSC Order/Ln/Item:  01105-01  2  37324 | | | | | |
| Purchase Order:  0550051831 | | | | | |
| 25366925 | Cam Adapter Asm | PC | 6656 | 1.15894  *1.15134* | 7,713.90  *7,663.36* |
| MTSC Order/Ln/Item:  01105-01  3  37326 | | | | | |
| Purchase Order:  0550051832 | | | | | |
| 25369342 | Target Wheel | PC | 3120 | 2.25687  *2.23676o* | 7,041.43  *6,978.6* |
| MTSC Order/Ln/Item:  01105-01  5  37760 | | | | | |
| Purchase Order:  550056229 | | | | | |
| 25370379 | Target Wheel | PC | 1040 | 2.25663  *2.23654* | 2,346.90  *2,326.1* |
| MTSC Order/Ln/Item:  01105-01  7  37764 | | | | | |
| Purchase Order:  0550056229 | | | | | |
| 25359909 | L-6 Target Wheel | PC | 3240 | 2.23441  *2.204731* | 7,239.49  *7,143.3* |
| MTSC Order/Ln/Item:  01105-01  8  37777 | | | | | |
| Purchase Order:  550062419 | | | | | |

*Paid - $40,350.61*
*Short pd*
*$439.2*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 40,789.86      Currency: USD      Total: 40,789.86

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| **INVOICE / SID NO.** | **DATE** |
| 00023967 | 08/11/05 |

**B I L L T O**
C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**S H I P T O**
36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25355037 | Primary Pole | PC | 4828 | 0.62468 | 3,015.96 |
| MTSC Order/Ln/Item:  36400-01 11   36885 | | | | *0.61792* | *2,983.3* |
| Purchase Order:  0550016133 | | | | | |
| 25355122 | PL/WASHER ASSEMBLY | PC | 4828 | 0.772 | 3,727.22 |
| MTSC Order/Ln/Item:  36400-01 12   35640 | | | | *0.777* | *3,755.16* |
| Purchase Order:  0550036785 | | | | | |

*PAID*
*#6,738.44*
*Diff*
*$4.74*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 6,743.18      Currency: USD      Total: 6,743.18

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00023968 | 08/10/05 |

| BILL TO | | SHIP TO | |
|---|---|---|---|
| C30800 | | 30900-01 | |

**BILL TO**
DELPHI CHASSIS SYSTEMS NDH
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**SHIP TO**
DELPHI CHASSIS SYSTEMS - NDH
2509 HAYES AVENUE
SANDUSKY, OH 44870
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART #/ PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 4640304 | RET./SENSOR RING | PC | 2750 | 0.31663 | 870.73 |

, 312029

MTSC Order/Ln/Item:  30900-01  8  14888
Purchase Order:  0550005689

.004601

PAID
#858.08
diff- $12.65

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 870.73          Currency: USD          Total: 870.73

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
### SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00023971 | 08/11/05 |

**BILL TO**
C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**SHIP TO**
01100-16

DELPHI CHASSIS SYSTEMS
PLANT 14
GATE 4 WOODMAN DRIVE
KETTERING, OH 45401
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | tlgr | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22173644 | ROD GUIDE | PC | 21600 | 0.21536 _.21386_ | 4,651.78 |

MTSC Order/Ln/Item:  01100-16  5  19052
Purchase Order:  0550006001

*PAID*
*$4,619.59*
*Diff $32.1?*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 4,651.78          Currency: USD          Total: 4,651.78



SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY. POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00023973 | 08/12/05 |

**B I L L   T O**
C01590

DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48007-503
USA

**S H I P   T O**
01590-03

DELPHI S & I VANDALIA
250 NORTHWOODS BLVD
VANDALIA, OH 45377

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | CCX | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 16639144 | Pinion | PC | 2100 | 0.82008 | 1,722.17 |

MTSC Order/Ln/Item:   01590-03   2   37773
Purchase Order:   0550053732

*pd. 0.4940*

*Short Pay #684.77*
*Pricing*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 1,722.17          Currency: USD          Total: 1,722.17

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00023977 | 08/11/05 |

**B
I
L
L
T
O**

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**S
H
I
P
T
O**

01100-06

DELPHI CHASSIS (K2) DIVISION
DOCK 18-SSP
GATE 4 WOODMAN DR
KETTERING, OH 45420
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | TLGR | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22052305 | CYLINDER END | PC | 4000 | 0.38719 | 1,548.76 |
| MTSC Order/Ln/Item:  01100-06  2  00512 | | | | | |
| Purchase Order:  0550005989 | | | | | |
| 22233241 | ORIFICE PLATE | PC | 19420 | 0.1039 | 2,017.74 |
| MTSC Order/Ln/Item:  01100-06167  37887 | | | | | |
| Purchase Order:  450095920 | | | | | |

*✻ Qty & pricing
and line not pd
short pay
$2013.42*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 3,566.50          Currency: USD          Total: 3,566.50

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne
### SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00023978 | 08/11/05 |

BILL TO
C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

SHIP TO
01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4   WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | adcom | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22172295 ✓ | PISTON ASSEMBLY | PC | 7680 | 0.47445  0.47204 | 3,643.78  3605.34 |
| MTSC Order/Ln/Item:  01100-22  1  17924 | | | | | |
| Purchase Order:  0550048814 | | | | | |
| 22174473 ✓ | PISTON ASM. | PC | 6656 | 0.47448  0.47201 | 3,158.14  3,142.10 |
| MTSC Order/Ln/Item:  01100-22  2  19000 | | | | | |
| Purchase Order:  0550048814 | | | | | |
| 22152169 ✓ | PISTON ASM. | PC | 1024 | 0.53504  0.53177 | 547.88  544.5 |
| MTSC Order/Ln/Item:  01100-22 13  32000 | | | | | |
| Purchase Order:  0550054860 | | | | | |

PAID
$7,311.98
Diff.
$37.8

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 7,349.80        Currency: USD        Total: 7,349.80

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY. POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00023986 | 08/11/05 |

**B I L L T O**

C01600

DELPHI ENERGY & ENGINE (D/R)
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**S H I P T O**

01700-02

DELPHI E&C, 35021
C/O CINCINNATI DDC %PJAX
DELPHI E.SEC - JUAREZ
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069
FINAL DEST ELPASO TX

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 55 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 10475820 | PRIMARY PLATE | PC | 3400 | 0.61682 | 2,097.19 |

MTSC Order/Ln/Item:  01700-02 10  12922               .61772
Purchase Order:  0550009631

.0009 var

PAID
#2100.25

diff. <-3.06,

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 2,097.19          Currency: USD          Total: 2,097.19

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00023987 | 08/11/05 |

| B I L L T O | C30800 DELPHI CHASSIS SYSTEMS NDH ACG DISBURSEMENT CENTER PO BOX 436040 PONTIAC, MI 48343 USA | S H I P T O | 30900-01 DELPHI CHASSIS SYSTEMS - NDH 2509 HAYES AVENUE SANDUSKY, OH 44870 USA |
|---|---|---|---|

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 4640303 | RET./SENSOR RING | PC | 15000 | 0.21489 | 3,223.35 |
| MTSC Order/Ln/Item:  30900-01  6  15887 Purchase Order:  0550005689 | | | | 0.21015 | 3,152.2 |
| REV LEVEL D | | | | | |
| 4640299 | RET./SENSOR RING | PC | 15000 | 0.23326 | 3,498.90 |
| MTSC Order/Ln/Item:  30900-01  9  13975 Purchase Order:  0550005689 | | | | 0.22869 | 3,430.3 |

Paid - $6,582.60

Short pd
$139.65

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 6,722.25        Currency:  USD        Total: 6,722.25

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
### SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00023991 | 08/11/05 |

B I L L T O
C36600

DELPHI AUTOMOTIVE SYS (COOP)
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

S H I P T O
36500-01

DELPHI AUTOMOTIVE SYS. (COOP)
COOPERSVILLE PLANT #3
999 RANDALL STREET
COOPERSVILLE, MI 49404
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 17121242 | SPACES(SS)W/GUIDE | PC | 1500 | 0.372 | 558.00 |

*.3743*

MTSC Order/Ln/Item:  36500-01   2   13961
Purchase Order:  0550005325
Schedule Ref: 0000001                    1500 PC

*.0023 val*

*<3.457 over paid*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 558.00          Currency: USD          Total: 558.00

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| **INVOICE / SID NO.** | **DATE** |
| 00023992 | 08/12/05 |

| BILL TO | | SHIP TO | |
|---|---|---|---|
| C01000 | | 01100-22 | |
| DELPHI CHASSIS SYSTEM (D) | | DELPHI CHASSIS SYSTEMS | |
| ACG/DISBURSEMENT CENTER | | PLANT 17 | |
| PO BOX 436040 | | GATE 4   WOODMAN DRIVE | |
| PONTIAC, MI 48343 | | KETTERING, OH 45401 | |
| USA | | | |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22172295 ✓ | PISTON ASSEMBLY | PC | 8192 | 0.47445  *0.47205* | 3,886.69  *3,867.03* |
| MTSC Order/Ln/Item:  01100-22   1   17924  Purchase Order:  0550048814 | | | | | |
| 22174473 ✓ | PISTON ASM. | PC | 2560 | 0.47448  *0.47201* | 1,214.67  *1208.50* |
| MTSC Order/Ln/Item:  01100-22   2   19000  Purchase Order:  0550048814 | | | | | |
| 22174544 ✓ | PISTON ASM. | PC | 4096 | 0.47448  *0.47201* | 1,943.47  *1933.60* |
| MTSC Order/Ln/Item:  01100-22   4   21893  Purchase Order:  0550048814 | | | | | |
| 22151652 ✓ | PISTON ASM. | PC | 512 | 0.50451  *0.50201* | 258.31  *257.06* |
| MTSC Order/Ln/Item:  01100-22   5   21894  Purchase Order:  0550048814 | | | | | |
| 22152169 ✓ | PISTON ASM. | PC | 4608 | 0.53504  *0.53178* | 2,465.46  *2,450.4* |
| MTSC Order/Ln/Item:  01100-22   13   32000  Purchase Order:  0550054860 | | | | | |
| 22151653 ✓ | PISTON ASM. | PC | 1024 | 0.79408  *0.79166* | 813.14  *810.66* |

--------------------------------------------------------------

\*\*\*   CONTINUED   \*\*\*

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00023992 | 08/12/05 |

**B I L L   T O**
C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**S H I P   T O**
01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4   WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
|  | 2ND MONTH AFTER ROM | ANTT | SM | 2 |

| PART #/ PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22151655 | PISTON ASM. |  | ***Cont*** |  |  |

MTSC Order/Ln/Item:  01100-22 14   15864
Purchase Order:  0550048814

Diff.
#54.45

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 10,581.74       Currency: USD       Total: 10,581.74

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00023993 | 08/11/05 |

B
I
L
L

T
O

C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

S
H
I
P

T
O

36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25325385 | SE. POLE PC | PC | 3360 | 0.82133 | 2,759.67 |
| | | | | 0.81349 | 2,732.18 |
| MTSC Order/Ln/Item:  36400-01  4  28756 | | | | | |
| Purchase Order:  0550005324 | | | | | |
| 25326871 | HOUSING ASM. | PC | 1680 | 2.98821 | 5,020.19 |
| | | | | 2.97423 | 4996.71 |
| MTSC Order/Ln/Item:  36400-01  8  33901 | | | | | |
| Purchase Order:  0550005326 | | | | | |
| 25352318 | EGR Housing Assembly | PC | 2448 | 1.80932 | 4,429.22 |
| | | | | 1.799551 | 4,405.3 |
| MTSC Order/Ln/Item:  36400-01 10  35607 | | | | | |
| Purchase Order:  0550015837 | | | | | |

Paid - $12,134.19
diff - $74.89

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 12,209.08        Currency: USD        Total: 12,209.08

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00023994 | 08/11/05 |

B I L L T O:

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

S H I P T O:

01100-08

DELPHI E&C 34065
%CINCINNATI DDC %PJAX
DELPHI C PLANT 58/CHIHUAHUA
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069
FINAL DEST MEXICO

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363745 | Sec Plate | PC | 3600 | 0.2514 | 905.04 |

.249588

MTSC Order/Ln/Item:   01100-08 12   37382
Purchase Order:   0550037103

.001812 var

PAID 898.52
# diff. 6.52

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 905.04          Currency: USD          Total: 905.04

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
### SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00023997 | 08/12/05 |

**BILL TO** C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**SHIP TO** 36400-02

DELPHI ENERGY & ENGINE
% METAL CLADDING INC(500 LEE
230 SOUTH NIAGARA STREET
LOCKPORT, NY 14094
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25317844 | BASE | PC | 3080 | 1.09989 | 3,387.66 |

*1,077691*

MTSC Order/Ln/Item:  36400-02 10  22031
Purchase Order:  0550034151

*PAID*
*# 3,319.29*
*Diff. $68.3*

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total : | | |

Non-Taxable: 3,387.66          Currency: USD          Total: 3,387.66



SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024000 | 08/11/05 |

**B I L L   T O**
C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**S H I P   T O**
01100-20

DELPHI ENERGY & CHASSIS SYS
DOCK 101
3100 NEEDMORE ROAD
DAYTON, OH 45414

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | CTII | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 18047957 | SPACER BOOSTER | PC | 1944 | 1.75115 | 3,404.24 |

*1.723251*

MTSC Order/Ln/Item:   01100-20   1   37348
Purchase Order:   0550023943

*PAID
$3,350.00*

*Diff. $54.24*

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 3,404.24        Currency: USD        Total: 3,404.24



SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY. POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024003 | 08/12/05 |

B I L L   T O

c01105

DELPHI ENERGY AND CHASSIS
DIVISIONAL ACCOUNTS PAYABLE
MC 480-405-350
5820 DELPHI DRIVE
TROY, MI 48098
USA

S H I P   T O

01105-01

DELPHI ENERGY & CHASSIS SYS
2100 BURLINGGAME AVE S.W.
GRAND RAPIDS, MI 49509
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | | CTII | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363420 | Sprocket | PC | 2560 | 3.67146 | 9,398.94 |
| | | | | 3.624809 | 9,279.51 |
| MTSC Order/Ln/Item: 01105-01  2  37324 | | | | | |
| Purchase Order: 0550051831 | | | | | |
| 25359909 | L-6 Target Wheel | PC | 2160 | 2.23441 | 4,826.33 |
| | | | | 2.204731 | 4,762.2 |
| MTSC Order/Ln/Item: 01105-01  8  37777 | | | | | |
| Purchase Order: 550062419 | | | | | |

Paid - $14,041.73
Short pd
$183.54

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 14,225.27      Currency: USD      Total: 14,225.27

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
## SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024007 | 08/12/05 |

BILL TO:

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

SHIP TO:

01100-16

DELPHI CHASSIS SYSTEMS
PLANT 14
GATE 4 WOODMAN DRIVE
KETTERING, OH 45401
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | tlgr | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22173644 | ROD GUIDE | PC | 7200 | 0.21536 | 1,550.59 |

.213869

MTSC Order/Ln/Item:  01100-16   5   19052
Purchase Order:  0550006001

,001491 var

PAID
# 1539.86
diff. 10.73

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 1,550.59          Currency: USD          Total: 1,550.59

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| **INVOICE / SID NO.** | **DATE** |
| 00024008 | 08/12/05 |

**B I L L T O**
C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**S H I P T O**
01100-06

DELPHI CHASSIS (K2) DIVISION
DOCK 18-SSP
GATE 4 WOODMAN DR
KETTERING, OH 45420
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | tlgr | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22186263 | CYLINDER END | PC | 9600 | 0.208 | 1,996.80 |
| | | | | *0.21083* | *2,023.9* |
| MTSC Order/Ln/Item:   01100-06 35   28727 | | | | | |
| Purchase Order:   0550006021 | | | | | |
| 4939890 | PISTON BLANK | PC | 4500 | 1.22137 | 5,496.17 |
| | | | | *1.22136* | *5,496.16* |
| MTSC Order/Ln/Item:   01100-06 71   00781 | | | | | |
| Purchase Order:   0550006015 | | | | | |

*PAID*
*#7,520.13*
*diff <27.16>*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 7,492.97          Currency: USD          Total: 7,492.97

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne
### SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024012 | 08/15/05 |

**BILL TO**

C36600

DELPHI AUTOMOTIVE SYS (COOP)
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**SHIP TO**

36500-01

DELPHI AUTOMOTIVE SYS. (COOP)
COOPERSVILLE PLANT #3
999 RANDALL STREET
COOPERSVILLE, MI 49404
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 17121242 | SPACES(SS)W/GUIDE | PC | 3000 | 0.372 | 1,116.00 |

.3743

MTSC Order/Ln/Item:  36500-01   2   13961
Purchase Order:  0550005325
Schedule Ref: 0000002          1500 PC
Schedule Ref: 0000003          1500 PC

.0023 var

PD
#1122.90
diff. <-6.90

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 1,116.00          Currency: USD          Total: 1,116.00

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024015 | 08/15/05 |

**B I L L   T O**

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**S H I P   T O**

01100-08

DELPHI E&C 34065
%CINCINNATI DDC %PJAX
DELPHI C PLANT 58/CHIHUAHUA
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069
FINAL DEST MEXICO

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363745 | Sec Plate | PC | 3600 | 0.2514 | 905.04 |

249588

MTSC Order/Ln/Item:  01100-08 12  37382
Purchase Order:  0550037103

.001812 VWS

PAID
#898.52
diff.#6.52

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 905.04          Currency:  USD          Total: 905.04

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024016 | 08/15/05 |

**B I L L T O**      C01600

DELPHI ENERGY & ENGINE (D/R)
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**S H I P T O**      01700-02

DELPHI E&C, 35021
C/O CINCINNATI DDC %PJAX
DELPHI E.SEC - JUAREZ
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069
FINAL DEST ELPASO TX

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 55 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 10475820 | PRIMARY PLATE | PC | 3400 | 0.61682 | 2,097.19 |

MTSC Order/Ln/Item:  01700-02 10  12922
Purchase Order:  0550009631

.61772

.0009 var

PAID
# 2,100.25
diff. <3.06>

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

---

Non-Taxable: 2,097.19          Currency: USD          Total: 2,097.19


SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| **INVOICE / SID NO.** | **DATE** |
| 00024028 | 08/15/05 |

| B I L L T O | c01105 | S H I P T O | 01105-01 |
|---|---|---|---|
| | DELPHI ENERGY AND CHASSIS
DIVISIONAL ACCOUNTS PAYABLE
MC 480-405-350
5820 DELPHI DRIVE
TROY, MI 48098
USA | | DELPHI ENERGY & CHASSIS SYS
2100 BURLINGGAME AVE S.W.
GRAND RAPIDS, MI 49509
USA |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | | CTII | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363420 | Sprocket | PC | 3200 | 3.67146 | 11,748.67 |
| | | | | 3.624809 | 11,599.3 |
| MTSC Order/Ln/Item:  01105-01   2   37324
Purchase Order:  0550051831 | | | | | |
| 25366925 | Cam Adapter Asm | PC | 6656 | 1.15894 | 7,713.90 |
| | | | | 1.15134 | 7,663.3 |
| MTSC Order/Ln/Item:  01105-01   3   37326
Purchase Order:  0550051832 | | | | | |
| 25359909 | L-6 Target Wheel | PC | 1080 | 2.23441 | 2,413.16 |
| | | | | 2.20473 | 2,381.11 |
| MTSC Order/Ln/Item:  01105-01   8   37777
Purchase Order:  550062419 | | | | | |

Paid - $21,643.82
diff - $231.91

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 21,875.73          Currency: USD          Total: 21,875.73

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| **INVOICE / SID NO.** | **DATE** |
| 00024031 | 08/15/05 |

**BILL TO**
C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**SHIP TO**
01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4    WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22172295 ✓ | PISTON ASSEMBLY | PC | 1536 | 0.47445 | 728.76 |
| MTSC Order/Ln/Item: 01100-22  1  17924 | | | | *0.47205* | *725.6* |
| Purchase Order: 0550048814 | | | | | |
| 22174473 ✓ | PISTON ASM. | PC | 6656 | 0.47448 | 3,158.14 |
| MTSC Order/Ln/Item: 01100-22  2  19000 | | | | *0.47207* | *3,142.10* |
| Purchase Order: 0550048814 | | | | | |
| 22174544 ✓ | PISTON ASM. | PC | 2560 | 0.47448 | 1,214.67 |
| MTSC Order/Ln/Item: 01100-22  4  21893 | | | | *0.4720* | *1208.5* |
| Purchase Order: 0550048814 | | | | | |
| 22151652 ✓ | PISTON ASM. | PC | 1024 | 0.50451 | 516.62 |
| MTSC Order/Ln/Item: 01100-22  5  21894 | | | | *0.5020* | *514.13* |
| Purchase Order: 0550048814 | | | | | |
| 22174077 ✓ | PISTON ASM. | PC | 512 | 0.38999 | 199.67 |
| MTSC Order/Ln/Item: 01100-22  7  21994 | | | | *0.386699* | *197.9* |
| Purchase Order: 0550048814 | | | | | |
| 22186316 ✓ | PISTON ASM. | PC | 3072 | 0.503 | 1,545.22 |
| | | | | *0.5056* | *1553.2* |

--------------------------------------------------------------------------

*** CONTINUED ***

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| **INVOICE / SID NO.** | **DATE** |
| 00024031 | 08/15/05 |

| | |
|---|---|
| B I L L T O | C01000<br><br>DELPHI CHASSIS SYSTEM (D)<br>ACG/DISBURSEMENT CENTER<br>PO BOX 436040<br>PONTIAC, MI 48343<br>USA | S H I P T O | 01100-22<br><br>DELPHI CHASSIS SYSTEMS<br>PLANT 17<br>GATE 4   WOODMAN DRIVE<br>KETTERING, OH 45401 |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 2 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22186316 | PISTON ASM. | | ***Cont*** | | |
| MTSC Order/Ln/Item:  01100-22 10   28722 | | | | | |
| Purchase Order:  0550048814 | | | | | |
| | | | | | |
| 22152169 ✓ | PISTON ASM. | PC | 2560 | 0.53504<br>0.53178 | 1,369.70<br>1361.36 |
| MTSC Order/Ln/Item:  01100-22 13   32000 | | | | | |
| Purchase Order:  0550054860 | | | | | |

*PAID*
*$8,702.41*
*Diff $30.3*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 8,732.78       Currency: USD       Total: 8,732.78

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY. POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024038 | 08/15/05 |

**B I L L   T O**
C01600

DELPHI ENERGY & ENGINE (D/R)
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343.
USA

**S H I P   T O**
01700-02

DELPHI E&C, 35021
C/O CINCINNATI DDC %PJAX
DELPHI E.SEC - JUAREZ
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069
FINAL DEST ELPASO TX

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 55 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 10475820 | PRIMARY PLATE | PC | 3400 | 0.61682 | 2,097.19 |

MTSC Order/Ln/Item:  01700-02 10  12922
Purchase Order:  0550009631

*.61772*

*.0009 var*

*PAID*
*$ 2,100.25*

*Diff. ∠3.06*

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 2,097.19        Currency: USD        Total: 2,097.19

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024039 | 08/15/05 |

B I L L   T O

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

S H I P   T O

01100-08

DELPHI E&C 34065
%CINCINNATI DDC %PJAX
DELPHI C PLANT 58/CHIHUAHUA
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069
FINAL DEST MEXICO

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363745 | Sec Plate | PC | 3000 | 0.2514 | 754.20 |

MTSC Order/Ln/Item:  01100-08 12  37382
Purchase Order:  0550037103

.24959

100181 var

PAID
$748.77
diff. 5.43

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 754.20       Currency: USD       Total: 754.20

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024042 | 08/15/05 |

BILL TO:

C01000

DELPHI CHASSIS SYSTEM- (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

SHIP TO:

01100-02

DELPHI CHASSIS DIVISION
DOCK 17
GATE 4 WOODMAN DRIVE
KETTERING, OH 45420
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | TLGR | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22120446 | ROD GUIDE | PC | 150 | 1.04873 | 157.31 |
| | | | | *1.046333* | |
| MTSC Order/Ln/Item:  01100-02 81  01008 | | | | | |
| Purchase Order:  0550006023 | | | | | |
| 22166919 | | PC | 10800 | 0.32646 | 3,525.77 |
| | | | | *.322939* | |
| MTSC Order/Ln/Item:  01100-02 84  32084 | | | | | |
| Purchase Order:  0550006021 | | | | | |

*PAID
$3,644.70
diff
$38.38*

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 3,683.08        Currency: USD        Total: 3,683.08

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024043 | 08/15/05 |

B
I
L
L
T
O

C30800

DELPHI CHASSIS SYSTEMS NDH
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

S
H
I
P
T
O

30900-01

DELPHI CHASSIS SYSTEMS - NDH
2509 HAYES AVENUE
SANDUSKY, OH 44870
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 4640299 | RET./SENSOR RING | PC | 15000 | 0.23326 | 3,498.90 |

MTSC Order/Ln/Item:  30900-01   9   13975
Purchase Order:  0550005689

.22869

*PAID*
*$3,430.35*
*Diff $68.55*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 3,498.90        Currency:  USD        Total: 3,498.90

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024044 | 08/15/05 |

**B I L L T O**
C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**S H I P T O**
01100-06

DELPHI CHASSIS (K2) DIVISION
DOCK 18-SSP
GATE 4 WOODMAN DR
KETTERING, OH 45420
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | TLGR | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22124691 | CYLINDER END | PC | 5175 | 0.42666 | 2,207.97 |

.42756

MTSC Order/Ln/Item:   01100-06 10   07106
Purchase Order:   0550006021

.0009 var

PD
#2,212.62
diff. ∠4.65⟩

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 2,207.97          Currency: USD          Total: 2,207.97

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024046 | 08/15/05 |

**B I L L T O**

C01590

DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48007-503
USA

**S H I P T O**

01590-03

DELPHI S & I VANDALIA
250 NORTHWOODS BLVD
VANDALIA, OH 45377

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | CCX | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 16639144 | Pinion | PC | 2100 | 0.82008 | 1,722.17 |

MTSC Order/Ln/Item:  01590-03  2  37773
Purchase Order:  0550053732

*pd.0.4940*

*Shoud pay $684.77 Pricing*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 1,722.17        Currency: USD        Total: 1,722.17

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024052 | 08/15/05 |

**B I L L T O**
C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**S H I P T O**
36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25325385 | SE. POLE PC | PC | 5040 | 0.82133 .81315 | 4,139.50 41.22 var |
| MTSC Order/Ln/Item: 36400-01  4  28756 | | | | | |
| Purchase Order: 0550005324 | | | | | |
| 25326871 | HOUSING ASM. | PC | 2520 | 2.98821 ✓ 2.97423 | 7,530.29 35.23 var |
| MTSC Order/Ln/Item: 36400-01  8  33901 | | | | | |
| Purchase Order: 0550005326 | | | | | |
| 25352318 | EGR Housing Assembly | PC | 7344 | 1.80932 1.79955 | 13,287.65 71.75 var |
| MTSC Order/Ln/Item: 36400-01 10  35607 | | | | | |
| Purchase Order: 0550015837 | | | | | |

Paid - $24,809.2c
diff - $148.2c

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 24,957.44          Currency: USD          Total: 24,957.44



SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY. POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024054 | 08/15/05 |

**BILL TO**

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**SHIP TO**

01100-20

DELPHI ENERGY & CHASSIS SYS
DOCK 101
3100 NEEDMORE ROAD
DAYTON, OH 45414

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | CTII | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 18047957 | SPACER BOOSTER | PC | 1944 | 1.75115 | 3,404.24 |

1.723251

MTSC Order/Ln/Item:  01100-20   1   37348
Purchase Order:  0550023943

PAID
$3,350.00

Diff. $54.24

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 3,404.24          Currency: USD          Total: 3,404.24

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY. POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024059 | 08/15/05 |

**BILL TO**
C36600

DELPHI AUTOMOTIVE SYS (COOP)
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**SHIP TO**
36500-01

DELPHI AUTOMOTIVE SYS. (COOP)
COOPERSVILLE PLANT #3
999 RANDALL STREET
COOPERSVILLE, MI 49404
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 17121242 | SPACES(SS)W/GUIDE | PC | 3000 | 0.372 | 1,116.00 |

MTSC Order/Ln/Item: 36500-01  2  13961          .3743
Purchase Order: 0550005325
Schedule Ref: 0000006          1500 PC
Schedule Ref: 0000008          1500 PC

| 17121241 | SPACES(SS)W/GUIDE | PC | 3000 | 0.372 | 1,116.00 |
|---|---|---|---|---|---|

MTSC Order/Ln/Item: 36500-01  3  13960          .3743
Purchase Order: 0550005325
Schedule Ref: 0000007          1500 PC
Schedule Ref: 0000009          1500 PC

*.0023 var each*

*PAID*
*$2,245.80*

*diff. ∠$13.80*

|  |  |  |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 2,232.00          Currency: USD          Total: 2,232.00

SHORTAGE OR DAMAGE MUST BE REPORTED IMMEDIATELY. POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
## SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| **INVOICE / SID NO.** | **DATE** |
| 00024060 | 08/16/05 |

**BILL TO:**
C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**SHIP TO:**
36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25355037 | Primary Pole | PC | 4828 | 0.62468 | 3,015.96 |
| | | | | 0.61792 | 2,983.3 |
| MTSC Order/Ln/Item: 36400-01 11  36885 | | | | | |
| Purchase Order: 0550016133 | | | | | |
| 25355122 | PL/WASHER ASSEMBLY | PC | 4828 | 0.772 | 3,727.22 |
| | | | | 0.777 | 3,755.1? |
| MTSC Order/Ln/Item: 36400-01 12  35640 | | | | | |
| Purchase Order: 0550036785 | | | | | |

PAID
# 6,738.44
Diff. 4.74

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 6,743.18     Currency: USD     Total: 6,743.18

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024061 | 08/16/05 |

| BILL TO | c01105 | SHIP TO | 01105-01 |
|---|---|---|---|
| | DELPHI ENERGY AND CHASSIS<br>DIVISIONAL ACCOUNTS PAYABLE<br>MC 480-405-350<br>5820 DELPHI DRIVE<br>TROY, MI 48098<br>USA | | DELPHI ENERGY & CHASSIS SYS<br>2100 BURLINGGAME AVE S.W.<br>GRAND RAPIDS, MI 49509<br>USA |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | | CTII | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363420 | Sprocket | PC | 1920 | 3.67146 | 7,049.20 |
| | | | | 3.62481? 89,5b SP | |
| MTSC Order/Ln/Item: 01105-01  2  37324 | | | | | |
| Purchase Order:  0550051831 | | | | | |
| 25366925 | Cam Adapter Asm | PC | 3328 | 1.15894 | 3,856.95 |
| | | | | 1.15134 25.29 SP | |
| MTSC Order/Ln/Item: 01105-01  3  37326 | | | | | |
| Purchase Order:  0550051832 | | | | | |
| 25359909 | L-6 Target Wheel | PC | 4320 | 2.23441 | 9,652.65 |
| | | | | 2.204729 128.82 SP | |
| MTSC Order/Ln/Item: 01105-01  8  37777 | | | | | |
| Purchase Order:  550062419 | | | | | |

*Paid - $20,315.7*
*diff - $243.0*

| Charge 1 | : | 0.00 |
|---|---|---|
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 20,558.80          Currency: USD          Total: 20,558.80

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
### SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024062 | 08/16/05 |

**B I L L T O**

C01600

DELPHI ENERGY & ENGINE (D/R)
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**S H I P T O**

01700-02

DELPHI E&C, 35021
C/O CINCINNATI DDC %PJAX
DELPHI E.SEC - JUAREZ
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069
FINAL DEST ELPASO TX

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 55 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 10475820 | PRIMARY PLATE | PC | 3400 | 0.61682 | 2,097.19 |

MTSC Order/Ln/Item:  01700-02 10  12922      .61772
Purchase Order:  0550009631

.0009 v6r

PAID
$2,100.25
RTP
diff. <3.06>

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 2,097.19      Currency: USD      Total: 2,097.19



SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024066 | 08/16/05 |

```
B          C01000                      S          01100-06
I                                      H
L   DELPHI CHASSIS SYSTEM (D)          I   DELPHI CHASSIS (K2) DIVISION
L   ACG/DISBURSEMENT CENTER            P   DOCK 18-SSP
T   PO BOX 436040                      T   GATE 4 WOODMAN DR
O   PONTIAC, MI 48343                  O   KETTERING, OH 45420
    USA                                    USA
```

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | TLGR | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22186263 | CYLINDER END | PC | 19200 | 0.208 | 3,993.60 |

MTSC Order/Ln/Item:  01100-06 35  28727         .21083

Purchase Order:  0550006021

*PAID*
*#4,047.94*
*DIFF  $-54.34*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 3,993.60        Currency: USD        Total: 3,993.60

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
AN APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne
### SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024067 | 08/16/05 |

**B I L L T O**
C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**S H I P T O**
01100-02

DELPHI CHASSIS DIVISION
DOCK 17
GATE 4 WOODMAN DRIVE
KETTERING, OH 45420
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | TLGR | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22173712 | CYLINDER END | PC | 19200 | 0.18146 | 3,484.03 |

.17794

MTSC Order/Ln/Item:  01100-02 78  19013
Purchase Order:  0550005992

*PAID
#3,416.45
Diff
#67.58*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total : | | |

Non-Taxable: 3,484.03          Currency: USD          Total: 3,484.03

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024068 | 08/16/05 |

**B I L L T O**

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**S H I P T O**

01100-08

DELPHI E&C 34065
%CINCINNATI DDC %PJAX
DELPHI C PLANT 58/CHIHUAHUA
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069
FINAL DEST MEXICO

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
|  | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363745 | Sec Plate | PC | 4200 | 0.2514 | 1,055.88 |

.24959

MTSC Order/Ln/Item:   01100-08 12   37382
Purchase Order:   0550037103

.00181 var

PAID
#1048.28
diff. #7.60

| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 1,055.88        Currency: USD        Total: 1,055.88

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne

SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024070 | 08/16/05 |

| | |
|---|---|
| **B**<br>**I**<br>**L**<br>**L**<br>**T**<br>**O** | C01000<br><br>DELPHI CHASSIS SYSTEM (D)<br>ACG/DISBURSEMENT CENTER<br>PO BOX 436040<br>PONTIAC, MI 48343<br>USA |
| **S**<br>**H**<br>**I**<br>**P**<br>**T**<br>**O** | 01100-22<br><br>DELPHI CHASSIS SYSTEMS<br>PLANT 17<br>GATE 4   WOODMAN DRIVE<br>KETTERING, OH 45401 |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22174473 | PISTON ASM. | PC | 7680 | 0.47448 | 3,644.01 |
| MTSC Order/Ln/Item:  01100-22  2  19000 | | | | 0.47207 | 3,625.5 |
| Purchase Order:  0550048814 | | | | | |
| 22151652 | PISTON ASM. | PC | 512 | 0.50451 | 258.31 |
| MTSC Order/Ln/Item:  01100-22  5  21894 | | | | 0.50207 | 257.0 |
| Purchase Order:  0550048814 | | | | | |
| 22174077 | PISTON ASM. | PC | 3072 | 0.38999 | 1,198.05 |
| MTSC Order/Ln/Item:  01100-22  7  21994 | | | | 0.38669 | 1187.9 |
| Purchase Order:  0550048814 | | | | | |
| 22186316 | PISTON ASM. | PC | 3584 | 0.503 | 1,802.75 |
| MTSC Order/Ln/Item:  01100-22 10  28722 | | | | 0.50561 | 1812.1 |
| Purchase Order:  0550048814 | | | | | |
| 22152169 | PISTON ASM. | PC | 1024 | 0.53504 | 547.88 |
| MTSC Order/Ln/Item:  01100-22 13  32000 | | | | 0.53177 | 544.5 |
| Purchase Order:  0550054860 | | | | | |

Paid - #7,427.18
diff - #23.8

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 7,451.00        Currency: USD        Total: 7,451.00

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024072 | 08/16/05 |

| | | | |
|---|---|---|---|
| B I L L T O | C01000<br><br>DELPHI CHASSIS SYSTEM (D)<br>ACG/DISBURSEMENT CENTER<br>PO BOX 436040<br>PONTIAC, MI 48343<br>USA | S H I P T O | 01100-22<br><br>DELPHI CHASSIS SYSTEMS<br>PLANT 17<br>GATE 4   WOODMAN DRIVE<br>KETTERING, OH 45401 |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | adcom | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22172295 | PISTON ASSEMBLY | PC | 8192 | 0.47445 | 3,886.69 |
| | | | | *,472049* | |
| MTSC Order/Ln/Item:  01100-22  1  17924 | | | | | |
| Purchase Order:  0550048814 | | | | | |
| | | | | | |
| 22174077 | PISTON ASM. | PC | 2048 | 0.38999 | 798.70 |
| | | | | *.386699* | |
| MTSC Order/Ln/Item:  01100-22  7  21994 | | | | | |
| Purchase Order:  0550048814 | | | | | |

*PAID*
*#4,658.99*

*Diff. #26.40*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 4,685.39          Currency: USD          Total: 4,685.39

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024082 | 08/17/05 |

**B I L L  T O**
C01600

DELPHI ENERGY & ENGINE (D/R)
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**S H I P  T O**
01700-02

DELPHI E&C, 35021
C/O CINCINNATI DDC %PJAX
DELPHI E.SEC - JUAREZ
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069
FINAL DEST ELPASO TX

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 55 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 10475820 | PRIMARY PLATE | PC | 3400 | 0.61682 | 2,097.19 |

MTSC Order/Ln/Item:  01700-02 10  12922
Purchase Order:  0550009631

.61772

.0009 var

PD
$2,100.25
diff. <3.06>

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total : | |

---

Non-Taxable: 2,097.19        Currency: USD        Total: 2,097.19



SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne
SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024083 | 08/17/05 |

```
B         C01000
I
L    DELPHI CHASSIS SYSTEM (D)
L    ACG/DISBURSEMENT CENTER
T    PO BOX 436040
O    PONTIAC, MI 48343
     USA
```

```
S         01100-08
H
I    DELPHI E&C 34065
P    %CINCINNATI DDC %PJAX
T    DELPHI C PLANT 58/CHIHUAHUA
O    2789 EAST CRESCENTVILLE RD
     WESTCHESTER, OH 45069
     FINAL DEST MEXICO
```

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363745 | Sec Plate | PC | 3600 | 0.2514 | 905.04 |

.249588

MTSC Order/Ln/Item:  01100-08 12  37382
Purchase Order:  0550037103

.001812 VAR

PAID
# 898.52
diff. 6.52

| Charge 1 | : | 0.00 |
|---|---|---|
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 905.04          Currency:  USD          Total: 905.04

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024085 | 08/16/05 |

**B I L L T O**   C36600

DELPHI AUTOMOTIVE SYS (COOP)
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**S H I P T O**   36500-01

DELPHI AUTOMOTIVE SYS. (COOP)
COOPERSVILLE PLANT #3
999 RANDALL STREET
COOPERSVILLE, MI 49404
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 17121242 | SPACES(SS)W/GUIDE | PC | 1500 | 0.372 | 558.00 |

.3743

MTSC Order/Ln/Item:  36500-01   2   13961
Purchase Order:  0550005325
Schedule Ref: 0000009          1500 PC

.0023 var

<3.45> overp

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 558.00        Currency: USD        Total: 558.00

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
| --- | --- |
| INVOICE / SID NO. | DATE |
| 00024086 | 08/16/05 |

**BILL TO**
C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**SHIP TO**
36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
| --- | --- | --- | --- | --- |
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
| --- | --- | --- | --- | --- | --- |
| 25326871 | HOUSING ASM. | PC | 3360 | 2.98821 | 10,040.39 |

MTSC Order/Ln/Item:  36400-01  8  33901
Purchase Order:  0550005326

2.97429  9,993.41

Diff.
$46.98

| | | |
| --- | --- | --- |
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 10,040.39        Currency: USD        Total: 10,040.39

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
### SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024088 | 08/17/05 |

**B I L L T O**
C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**S H I P T O**
36400-02

DELPHI ENERGY & ENGINE
% METAL CLADDING INC(500 LEE
230 SOUTH NIAGARA STREET
LOCKPORT, NY 14094
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25317842 | BASE | PC | 3080 | 0.70308 | 2,165.49 |

MTSC Order/Ln/Item:  36400-02  9  22029
Purchase Order:  0550034151

.680668

.022412 vlr

PAID
#2096.46

diff. #69.03

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 2,165.49       Currency: USD       Total: 2,165.49


SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| **INVOICE / SID NO.** | **DATE** |
| 00024092 | 08/17/05 |

B
I
L
L

T
O

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

S
H
I
P

T
O

01100-02

DELPHI CHASSIS DIVISION
DOCK 17
GATE 4 WOODMAN DRIVE
KETTERING, OH 45420
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | TLGR | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22166921 | CYLINDER END | PC | 9600 | 0.18135 | 1,740.96 |

.177889 *(handwritten)*

MTSC Order/Ln/Item:   01100-02 75   19020
Purchase Order:   0550005992

*(handwritten)* .003461 var

*(handwritten)* PAID .74
#1707.74
diff.
# 33.22

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 1,740.96          Currency: USD          Total: 1,740.96


SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne
### SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| **INVOICE / SID NO.** | **DATE** |
| 00024097 | 08/17/05 |

B I L L   T O
C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

S H I P   T O
01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4   WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22172295 | PISTON ASSEMBLY | PC | 2048 | 0.47445 ~~0.47205~~ | 971.67 ~~966.76~~ |
| MTSC Order/Ln/Item: 01100-22  1  17924 Purchase Order:  0550048814 | | | | | |
| 22174473 | PISTON ASM. | PC | 512 | 0.47448 ~~0.47207~~ | 242.93 ~~241.70~~ |
| MTSC Order/Ln/Item: 01100-22  2  19000 Purchase Order:  0550048814 | | | | | |
| 22174544 | PISTON ASM. | PC | 512 | 0.47448 ~~0.47207~~ | 242.93 ~~241.70~~ |
| MTSC Order/Ln/Item: 01100-22  4  21893 Purchase Order:  0550048814 | | | | | |
| 22186316 | PISTON ASM. | PC | 1024 | 0.503 ~~0.50561~~ | 515.07 ~~517.75~~ |
| MTSC Order/Ln/Item: 01100-22 10  28722 Purchase Order:  0550048814 | | | | | |
| 22174079 | PISTON ASM. | PC | 512 | 0.589 ~~0.59212~~ | 301.57 ~~303.15~~ |
| MTSC Order/Ln/Item: 01100-22 11  32012 Purchase Order:  0550048814 | | | | | |

------------------------------------------------------------

*** CONTINUED ***

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY. POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit to:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
| --- | --- |
| INVOICE / SID NO. | DATE |
| 00024097 | 08/17/05 |

**BILL TO**

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**SHIP TO**

01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4   WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
| --- | --- | --- | --- | --- |
| . | 2ND MONTH AFTER ROM | ANTT | SM | 2 |

| PART # / PURCHASE ORDER / RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
| --- | --- | --- | --- | --- | --- |
| 22152169 | PISTON ASM. | PC | 3072 | 0.53504 | 1,643.64 |

MTSC Order/Ln/Item:  01100-22 13  32000
Purchase Order:  0550054860

*(handwritten: 0.5378   1633.63)*

| 22151653 | PISTON ASM. | PC | 1024 | 0.79408 | 813.14 |
| --- | --- | --- | --- | --- | --- |

MTSC Order/Ln/Item:  01100-22 14  15864
Purchase Order:  0550048814

*(handwritten: 0.79166   810.66)*

*(handwritten: PD
$4,715.37
DIFF $15.58)*

|  |  |  |  |
| --- | --- | --- | --- |
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total : | |

Non-Taxable: 4,730.95          Currency: USD          Total: 4,730.95

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024099 | 08/17/05 |

**B I L L   T O**   c01105

DELPHI ENERGY AND CHASSIS
DIVISIONAL ACCOUNTS PAYABLE
MC 480-405-350
5820 DELPHI DRIVE
TROY, MI 48098
USA

**S H I P   T O**   01105-01

DELPHI ENERGY & CHASSIS SYS
2100 BURLINGGAME AVE S.W.
GRAND RAPIDS, MI 49509
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | | CTII | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363420 | Sprocket | PC | 3200 | 3.67146 | 11,748.67 |

3.624809   11,599.5

MTSC Order/Ln/Item:  01105-01  2  37324
Purchase Order:  0550051831

Paid - #11,599.39

Short pd
$149.28

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 11,748.67      Currency: USD      Total: 11,748.67

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
## SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024103 | 08/17/05 |

**B I L L T O**

C36600

DELPHI AUTOMOTIVE SYS (COOP)
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**S H I P T O**

36500-01

DELPHI AUTOMOTIVE SYS. (COOP)
COOPERSVILLE PLANT #3
999 RANDALL STREET
COOPERSVILLE, MI 49404
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 17121242 | SPACES(SS)W/GUIDE | PC | 1500 | 0.372 .3743 | 558.00 |
| MTSC Order/Ln/Item: 36500-01  2  13961 | | | | | |
| Purchase Order:  0550005325 | | | | | |
| Schedule Ref: 0000007 | | 1500 PC | | | |
| 17121241 | SPACES(SS)W/GUIDE | PC | 1500 | 0.372 .3743 | 558.00 |
| MTSC Order/Ln/Item: 36500-01  3  13960 | | | | | |
| Purchase Order:  0550005325 | | | | | |
| Schedule Ref: 0000004 | | 1500 PC | | | |

.0023 var

PAID
$1122.90
Overpay
2-6.907

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 1,116.00        Currency: USD        Total: 1,116.00

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024104 | 08/17/05 |

BILL TO:
```
        C36300
DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA
```

SHIP TO:
```
        36400-01
DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA
```

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25325385 | SE. POLE PC | PC | 1680 | 0.82133 _0.81314_ | 1,379.83 _1,366.0_ |
| MTSC Order/Ln/Item: 36400-01  4  28756 Purchase Order:  0550005324 | | | | | |
| 25326871 | HOUSING ASM. | PC | 1680 | 2.98821 _2.97423_ | 5,020.19 _4996.71_ |
| MTSC Order/Ln/Item: 36400-01  8  33901 Purchase Order:  0550005326 | | | | | |
| 25352318 | EGR Housing Assembly | PC | 2448 | 1.80932 _1.79955_ | 4,429.22 _4,405.3_ |
| MTSC Order/Ln/Item: 36400-01 10  35607 Purchase Order:  0550015837 | | | | | |

_#61.14 Diff._

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 10,829.24        Currency: USD        Total: 10,829.24

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024111 | 08/18/05 |

**B I L L T O**

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**S H I P T O**

01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4   WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | adcom | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22172295 | PISTON ASSEMBLY | PC | 3584 | 0.47445 | 1,700.43 |

.47205

MTSC Order/Ln/Item:  01100-22  1  17924
Purchase Order:  0550048814

.0024 var

PAID
#1691.83
diff. #8.60

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 1,700.43          Currency: USD          Total: 1,700.43

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
| --- | --- |
| **INVOICE / SID NO.** | **DATE** |
| 00024112 | 08/18/05 |

**B I L L   T O**

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**S H I P   T O**

01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4   WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
| --- | --- | --- | --- | --- |
| | 2ND MONTH AFTER ROM | ANTT | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
| --- | --- | --- | --- | --- | --- |
| 22174473 ✓ | PISTON ASM. | PC | 3584 | 0.47448  ,47207 | 1,700.54 |
| MTSC Order/Ln/Item:  01100-22   2  19000 Purchase Order:  0550048814 | | | | | |
| 22174544 ✓ | PISTON ASM. | PC | 1536 | 0.47448  ,47207 | 728.80 |
| MTSC Order/Ln/Item:  01100-22   4  21893 Purchase Order:  0550048814 | | | | | |
| 22174077 ✓ | PISTON ASM. | PC | 512 | 0.38999  ,386699 | 199.67 |
| MTSC Order/Ln/Item:  01100-22   7  21994 Purchase Order:  0550048814 | | | | | |
| 22186316 ✓ | PISTON ASM. | PC | 1024 | 0.503  ,505615 | 515.07 |
| MTSC Order/Ln/Item:  01100-22 10  28722 Purchase Order:  0550048814 | | | | | |
| 22151653 ✓ | PISTON ASM. | PC | 1536 | 0.79408  ,79146 | 1,219.71 |
| MTSC Order/Ln/Item:  01100-22 14  15864 Purchase Order:  0550048814 | | | | | |

PAID
#4,348.73
Diff. $15.06

| | | | |
| --- | --- | --- | --- |
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 4,363.79          Currency: USD          Total: 4,363.79

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024114 | 08/18/05 |

**BILL TO**
C30800

DELPHI CHASSIS SYSTEMS NDH
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**SHIP TO**
30900-01

DELPHI CHASSIS SYSTEMS - NDH
2509 HAYES AVENUE
SANDUSKY, OH 44870
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 4640305 | RET/SNS RING | PC | 3150 | 0.39337 | 1,239.12 |
| | | | | *0.386771* | *1,218.33* |
| MTSC Order/Ln/Item:  30900-01  5  16483 | | | | | |
| Purchase Order:  0550005689 | | | | | |
| 4640303 | RET./SENSOR RING | PC | 15000 | 0.21489 | 3,223.35 |
| | | | | *0.21015* | *3,152.2* |
| MTSC Order/Ln/Item:  30900-01  6  15887 | | | | | |
| Purchase Order:  0550005689 | | | | | |
| REV LEVEL D | | | | | |
| 4640299 | RET./SENSOR RING | PC | 15000 | 0.23326 | 3,498.90 |
| | | | | *0.22869* | *3,430.3* |
| MTSC Order/Ln/Item:  30900-01  9  13975 | | | | | |
| Purchase Order:  0550005689 | | | | | |
| 12424371 | SENSOR RING | PC | 18480 | 0.23589 | 4,359.25 |
| | | | | *0.23115* | *4,271.6* |
| MTSC Order/Ln/Item:  30900-01 14  37827 | | | | | |
| Purchase Order:  0550057784 | | | | | |

*Paid - #12,072.5*
*shortg pd*
*#248.04*

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 12,320.62        Currency:  USD        Total: 12,320.62

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024116 | 08/18/05 |

B
I
L
L
T
O

c01105

DELPHI ENERGY AND CHASSIS
DIVISIONAL ACCOUNTS PAYABLE
MC 480-405-350
5820 DELPHI DRIVE
TROY, MI 48098
USA

S
H
I
P
T
O

01105-01

DELPHI ENERGY & CHASSIS SYS
2100 BURLINGGAME AVE S.W.
GRAND RAPIDS, MI 49509
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | | CTII | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363420 | Sprocket | PC | 1280 | 3.67146 | 4,699.47 |
| MTSC Order/Ln/Item:  01105-01  2  37324 | | | | 3.624812 | 59.71 SP |
| Purchase Order:  0550051831 | | | | | |
| 25366925 | Cam Adapter Asm | PC | 6656 | 1.15894 | 7,713.90 |
| MTSC Order/Ln/Item:  01105-01  3  37326 | | | | 1.15134 | 50.58 SP |
| Purchase Order:  0550051832 | | | | | |
| 25370379 | Target Wheel | PC | 1040 | 2.25663 | 2,346.90 |
| MTSC Order/Ln/Item:  01105-01  7  37764 | | | | 2.236663 | 20.78 SP |
| Purchase Order:  0550056229 | | | | | |
| 25359909 | L-6 Target Wheel | PC | 2160 | 2.23441 | 4,826.33 |
| MTSC Order/Ln/Item:  01105-01  8  37777 | | | | 2.204731 | 64.11 SP |
| Purchase Order:  550062419 | | | | | |

Paid -$19,391.42
diff - $195.18

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 19,586.60          Currency: USD          Total: 19,586.60

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024117 | 08/18/05 |

**B I L L   T O**

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**S H I P   T O**

01100-08

DELPHI E&C 34065
%CINCINNATI DDC %PJAX
DELPHI C PLANT 58/CHIHUAHUA
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069
FINAL DEST MEXICO

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363745 | Sec Plate | PC | 3600 | 0.2514 | 905.04 |

MTSC Order/Ln/Item:   01100-08  12   37382         . 249588
Purchase Order:   0550037103

.00 1812 var

PAID
#898.52
diff. 6.52

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 905.04          Currency: USD          Total: 905.04

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024118 | 08/18/05 |

| | | | |
|---|---|---|---|
| B I L L T O | C01600  DELPHI ENERGY & ENGINE (D/R) ACG DISBURSEMENT CENTER PO BOX 436040 PONTIAC, MI 48343 USA | S H I P T O | 01700-02  DELPHI E&C, 35021 C/O CINCINNATI DDC %PJAX DELPHI E.SEC - JUAREZ 2789 EAST CRESCENTVILLE RD WESTCHESTER, OH 45069 FINAL DEST ELPASO TX |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 55 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 10475820 | PRIMARY PLATE | PC | 3400 | 0.61682 | 2,097.19 |

MTSC Order/Ln/Item:  01700-02 10  12922
Purchase Order:  0550009631

*.61772*

*.0009 var*

*PAID*
*#2100.25*
*diff. <3.06>*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 2,097.19          Currency: USD          Total: 2,097.19

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY. POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024126 | 08/18/05 |

B
I     C36600
L
L
T     DELPHI AUTOMOTIVE SYS (COOP)
O     ACG DISBURSEMENT CENTER
      PO BOX 436040
      PONTIAC, MI 48343
      USA

S
H     36500-01
I
P
T     DELPHI AUTOMOTIVE SYS. (COOP)
O     COOPERSVILLE PLANT #3
      999 RANDALL STREET
      COOPERSVILLE, MI 49404
      USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 17121242 | SPACES(SS)W/GUIDE | PC | 3000 | 0.372 | 1,116.00 |
| | | | | .3743 | |
| MTSC Order/Ln/Item:  36500-01   2   13961 | | | | | |
| Purchase Order:  0550005325 | | | | | |
| Schedule Ref: 0000004 | | 1500 PC | | | |
| Schedule Ref: 0000005 | | 1500 PC | | | |
| 17121241 | SPACES(SS)W/GUIDE | PC | 3000 | 0.372 | 1,116.00 |
| | | | | .3743 | |
| MTSC Order/Ln/Item:  36500-01   3   13960 | | | | | |
| Purchase Order:  0550005325 | | | | | |
| Schedule Ref: 0000006 | | 1500 PC | | | |
| Schedule Ref: 0000007 | | 1500 PC | | | |

*.0023 var ea*

*PAID*
*#2,245.80*
*diff. ∠13.80〉*

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 2,232.00          Currency:  USD          Total: 2,232.00

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
| --- | --- |
| INVOICE / SID NO. | DATE |
| 00024127 | 08/18/05 |

| BILL TO | SHIP TO |
| --- | --- |
| C36300 | 36400-01 |
| DELPHI ENERGY & ENGINE (ROC) | DELPHI ENERGY & ENGINE |
| EAG DISBURSEMENT SERVICES | 1000 LEXINGTON AVENUE |
| PO BOX 1550 | ROCHESTER, NY 14606 |
| FLINT, MI 48501 | USA |
| USA | |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
| --- | --- | --- | --- | --- |
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
| --- | --- | --- | --- | --- | --- |
| 25325385 | SE. POLE PC | PC | 3360 | 0.82133 | 2,759.67 |
| MTSC Order/Ln/Item:  36400-01  4  28756 | | | | 0.813149 | 2,739.0 |
| Purchase Order:  0550005324 | | | | | -6.89 |
| | | | | | 2,732.1 |
| 25326871 | HOUSING ASM. | PC | 2520 | 2.98821 | 7,530.29 |
| MTSC Order/Ln/Item:  36400-01  8  33901 | | | | 2.97423 | 7,503.8 |
| Purchase Order:  0550005326 | | | | | -8.79 |
| | | | | | 7,495.0 |
| 25352318 | EGR Housing Assembly | PC | 2448 | 1.80932 | 4,429.22 |
| MTSC Order/Ln/Item:  36400-01 10  35607 | | | | 1.79955 | 4,411.27 |
| Purchase Order:  0550015837 | | | | | -5.9 |
| | | | | | 4,405.3 |

Paid - $14,632.54
diff - $86.64

| | | |
| --- | --- | --- |
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 14,719.18          Currency: USD          Total: 14,719.18

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024130 | 08/19/05 |

```
B  ┌        C36300
I  │
L  │
L  │  DELPHI ENERGY & ENGINE (ROC)
   │  EAG DISBURSEMENT SERVICES
T  │  PO BOX 1550
O  │  FLINT, MI 48501
   │  USA
```

```
S  ┌        36400-02
H  │
I  │
P  │  DELPHI ENERGY & ENGINE
   │  % METAL CLADDING INC(500 LEE
T  │  230 SOUTH NIAGARA STREET
O  │  LOCKPORT, NY 14094
   │  USA
```

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25317842 | BASE | PC | 3080 | 0.70308 | 2,165.49 |

MTSC Order/Ln/Item:  36400-02   9   22029           .680668
Purchase Order:  0550034151

.022412 var

PD
#2096.46

diff. #69.03

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 2,165.49          Currency:  USD          Total:  2,165.49

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024133 | 08/19/05 |

**BILL TO**

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**SHIP TO**

01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4   WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | adcom | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22172295 | PISTON ASSEMBLY | PC | 3584 | 0.47445 | 1,700.43 |

.47205 *(handwritten)*

MTSC Order/Ln/Item:  01100-22  1  17924
Purchase Order:  0550048814

.0024 var *(handwritten)*

PAID
1691.83
diff. #8.6 *(handwritten)*

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 1,700.43          Currency: USD          Total: 1,700.43



SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024135 | 08/19/05 |

**BILL TO**   c01105

DELPHI ENERGY AND CHASSIS
DIVISIONAL ACCOUNTS PAYABLE
MC 480-405-350
5820 DELPHI DRIVE
TROY, MI 48098
USA

**SHIP TO**   01105-01

DELPHI ENERGY & CHASSIS SYS
2100 BURLINGGAME AVE S.W.
GRAND RAPIDS, MI 49509
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | | CTII | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363420 | Sprocket | PC | 2560 | 3.67146 | 9,398.94 |

3.62480  9,279.5

MTSC Order/Ln/Item:  01105-01   2   37324
Purchase Order:  0550051831

*Paid $9,279.51*

*Shot pd*
*$19.43*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 9,398.94        Currency:  USD        Total: 9,398.94

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
## SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| **INVOICE / SID NO.** | **DATE** |
| 00024137 | 08/19/05 |

**BILL TO**

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**SHIP TO**

01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4    WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | Adcom | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22172295 | PISTON ASSEMBLY | PC | 4096 | 0.47445 | 1,943.35 |

.47205

MTSC Order/Ln/Item:  01100-22  1  17924
Purchase Order:  0550048814

.0024 var

PAID
#1933.52
diff
9.83

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 1,943.35          Currency: USD          Total: 1,943.35

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024142 | 08/19/05 |

**B I L L   T O**

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**S H I P   T O**

01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4   WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22174473 | PISTON ASM. | PC | 3072 | 0.47448 | 1,457.60 |
| MTSC Order/Ln/Item:  01100-22   2   19000 | | | | .47207 | |
| Purchase Order:  0550048814 | | | | | |
| 22186316 | PISTON ASM. | PC | 1536 | 0.503 | 772.61 |
| MTSC Order/Ln/Item:  01100-22 10   28722 | | | | .505618 | |
| Purchase Order:  0550048814 | | | | | |
| 22174079 | PISTON ASM. | PC | 2048 | 0.589 | 1,206.27 |
| MTSC Order/Ln/Item:  01100-22 11   32012 | | | | .592119 | |
| Purchase Order:  0550048814 | | | | | |
| 22152169 | PISTON ASM. | PC | 1536 | 0.53504 | 821.82 |
| MTSC Order/Ln/Item:  01100-22 13   32000 | | | | .531777 | |
| Purchase Order:  0550054860 | | | | | |

*PAID*
*$4,256.30*
*Diff. $2.00*

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 4,258.30          Currency: USD          Total: 4,258.30

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| **INVOICE / SID NO.** | **DATE** |
| 00024147 | 08/19/05 |

**BILL TO**
C36600

DELPHI AUTOMOTIVE SYS (COOP)
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**SHIP TO**
36500-01

DELPHI AUTOMOTIVE SYS. (COOP)
COOPERSVILLE PLANT #3
999 RANDALL STREET
COOPERSVILLE, MI 49404
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 17121242 | SPACES(SS)W/GUIDE | PC | 1500 | 0.372 | 558.00 |
| | | | | .3743 | |
| MTSC Order/Ln/Item: 36500-01  2  13961 | | | | | |
| Purchase Order:  0550005325 | | | | | |
| Schedule Ref: 0000003 | | 1500 PC | | | |
| | | | | | |
| 17121240 | SPACES(SS)W/GUIDE | PC | 3000 | 0.372 | 1,116.00 |
| | | | | .3743 | |
| MTSC Order/Ln/Item: 36500-01  4  13959 | | | | | |
| Purchase Order:  0550005325 | | | | | |
| Schedule Ref: 0000002 | | 1500 PC | | | |
| Schedule Ref: 0000004 | | 1500 PC | | | |

*.0023 var*

*PAID*
*#1684.35*
*diff.*
*(10.35)*

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 1,674.00        Currency: USD        Total: 1,674.00

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024151 | 08/19/05 |

BILL TO:
    C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

SHIP TO:
    01100-08

DELPHI E&C 34065
%CINCINNATI DDC %PJAX
DELPHI C PLANT 58/CHIHUAHUA
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069
FINAL DEST MEXICO

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363745 | Sec Plate | PC | 3600 | 0.2514 | 905.04 |

.249588

MTSC Order/Ln/Item:  01100-08 12  37382
Purchase Order:  0550037103

.001812 var

PAID
#898.52
diff. 6.52

| | | |
|---|---|---|
| Charge 1 : | | 0.00 |
| Charge 2 : | | 0.00 |
| Charge 3 : | | 0.00 |
| Total : | | |

Non-Taxable: 905.04          Currency: USD          Total: 905.04

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| **INVOICE / SID NO.** | **DATE** |
| 00024152 | 08/19/05 |

**BILL TO**
C01600

DELPHI ENERGY & ENGINE (D/R)
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**SHIP TO**
01700-02

DELPHI E&C, 35021
C/O CINCINNATI DDC %PJAX
DELPHI E.SEC - JUAREZ
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069
FINAL DEST ELPASO TX

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 55 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 10475820 | PRIMARY PLATE | PC | 3400 | 0.61682 | 2,097.19 |

*.61772* (handwritten)

MTSC Order/Ln/Item:   01700-02 10   12922
Purchase Order:   0550009631

*.0009 var* (handwritten)

*PAID
$2,100.25
diff. <3.06>* (handwritten)

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 2,097.19          Currency: USD          Total: 2,097.19

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| **INVOICE / SID NO.** | **DATE** |
| 00024155 | 08/19/05 |

**BILL TO**

C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**SHIP TO**

36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25325385 | SE. POLE PC | PC | 1680 | 0.82133 | 1,379.83 |
| MTSC Order/Ln/Item:  36400-01   4   28756 | | | | 0.813149 | 1,366.0 |
| Purchase Order:  0550005324 | | | | | |
| 25326871 | HOUSING ASM. | PC | 840 | 2.98821 | 2,510.10 |
| MTSC Order/Ln/Item:  36400-01   8   33901 | | | | 2.97422 | 2,498.3 |
| Purchase Order:  0550005326 | | | | | |
| 25352318 | EGR Housing Assembly | PC | 4896 | 1.80932 | 8,858.43 |
| MTSC Order/Ln/Item:  36400-01  10   35607 | | | | 1.799551 | 8,810.6 |
| Purchase Order:  0550015837 | | | | | |

*Paid - $12,675.04*
*diff - $73.32*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 12,748.36          Currency: USD          Total: 12,748.36

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024158 | 08/19/05 |

**BILL TO:**

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**SHIP TO:**

01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4   WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | Adcom | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22172295 ✓ | PISTON ASSEMBLY | PC | 2048 | 0.47445 | 971.67 |
| | | | | .47205 | |
| MTSC Order/Ln/Item:  01100-22  1  17924 | | | | (.0024)var | |
| Purchase Order:  0550048814 | | | | | |
| 22174473 ✓ | PISTON ASM. | PC | 1536 | 0.47448 | 728.80 |
| | | | | .47207 | |
| MTSC Order/Ln/Item:  01100-22  2  19000 | | | | (.00241) var | |
| Purchase Order:  0550048814 | | | | | |
| 22174544 ✓ | PISTON ASM. | PC | 1024 | 0.47448 | 485.87 |
| | | | | .47207 | |
| MTSC Order/Ln/Item:  01100-22  4  21893 | | | | (.00241) var | |
| Purchase Order:  0550048814 | | | | | |
| 22152169 ✓ | PISTON ASM. | PC | 1536 | 0.53504 | 821.82 |
| | | | | .53177? | |
| MTSC Order/Ln/Item:  01100-22 13  32000 | | | | (.003263)var | |
| Purchase Order:  0550054860 | | | | | |

$2,992.07

Diff. $16.00

| Charge 1 | : | 0.00 |
|---|---|---|
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 3,008.16       Currency: USD       Total: 3,008.16

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024159 | 08/19/05 |

| BILL TO | C01600 | SHIP TO | 01700-02 |
|---|---|---|---|
| | DELPHI ENERGY & ENGINE (D/R)<br>ACG DISBURSEMENT CENTER<br>PO BOX 436040<br>PONTIAC, MI 48343<br>USA | | DELPHI E&C, 35021<br>C/O CINCINNATI DDC %PJAX<br>DELPHI E.SEC - JUAREZ<br>2789 EAST CRESCENTVILLE RD<br>WESTCHESTER, OH 45069<br>FINAL DEST ELPASO TX |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 55 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 10475826 | SEC PLATE | PC | 5400 | 0.21931 | 1,184.27 |

, 22079

MTSC Order/Ln/Item:   01700-02   9   12921
Purchase Order:   0550009631

,00148 var

PAID
#1192.27
diff. ⟨8.00⟩

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 1,184.27          Currency: USD          Total: 1,184.27

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024161 | 08/19/05 |

**B
I
L
L
T
O**
C30800

DELPHI CHASSIS SYSTEMS NDH
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**S
H
I
P
T
O**
30900-01

DELPHI CHASSIS SYSTEMS - NDH
2509 HAYES AVENUE
SANDUSKY, OH 44870
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 4640305 | RET/SNS RING | PC | 4500 | 0.39337 | 1,770.17 |

.386768

MTSC Order/Ln/Item:  30900-01  5  16483
Purchase Order:  0550005689

.006602-var

PAID
#1740.46
diff. $29.7

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

---

Non-Taxable: 1,770.17          Currency: USD          Total: 1,770.17



SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024173 | 08/22/05 |

B
I
L
L
T
O

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

S
H
I
P
T
O

01100-02

DELPHI CHASSIS DIVISION
DOCK 17
GATE 4 WOODMAN DRIVE
KETTERING, OH 45420
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | TLGR | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22166922 ✓ | CYLINDER END | PC | 9600 | 0.18133  .17788 | 1,740.77 |
| MTSC Order/Ln/Item:  01100-02 76   19002 | | | | | |
| Purchase Order:  0550005992 | | | | | |
| 22173712 ✓ | CYLINDER END | PC | 9600 | 0.18146  .177939 | 1,742.02 |
| MTSC Order/Ln/Item:  01100-02 78   19013 | | | | | |
| Purchase Order:  0550005992 | | | | | |
| 22050279 — | ROD GUIDE | PC | 6640 | 0.16864  .16864  OK | 1,119.77 |
| MTSC Order/Ln/Item:  01100-02 80   00504 | | | | | |
| Purchase Order:  0550006007 | | | | | |

PAID
#4,535.64

Diff #66.92

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 4,602.56      Currency: USD      Total: 4,602.56

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024175 | 08/22/05 |

B
I
L
L
T
O
c01105

DELPHI ENERGY AND CHASSIS
DIVISIONAL ACCOUNTS PAYABLE
MC 480-405-350
5820 DELPHI DRIVE
TROY, MI 48098
USA

S
H
I
P
T
O
01105-01

DELPHI ENERGY & CHASSIS SYS
2100 BURLINGGAME AVE S.W.
GRAND RAPIDS, MI 49509
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | | CTII | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363420 | Sprocket | PC | 3840 | 3.67146    *3.62481* | 14,098.41    *13,919.2* |
| MTSC Order/Ln/Item:   01105-01   2   37324 | | | | | |
| Purchase Order:   0550051831 | | | | | |
| 25366925 | Cam Adapter Asm | PC | 3328 | 1.15894    *1.15130* | 3,856.95    *3,831.66* |
| MTSC Order/Ln/Item:   01105-01   3   37326 | | | | | |
| Purchase Order:   0550051832 | | | | | |
| 25369342 | Target Wheel | PC | 5200 | 2.25687    *2.23676* | 11,735.72    *11,631.15* |
| MTSC Order/Ln/Item:   01105-01   5   37760 | | | | | |
| Purchase Order:   550056229 | | | | | |
| 25370379 | Target Wheel | PC | 1040 | 2.25663    *2.23654* | 2,346.90    *2,326.1?* |
| MTSC Order/Ln/Item:   01105-01   7   37764 | | | | | |
| Purchase Order:   0550056229 | | | | | |

*Paid - $31,708.20*
*Short Pd $329.78*

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 32,037.98          Currency: USD          Total: 32,037.98

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024180 | 08/22/05 |

B I L L T O

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

S H I P T O

01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4   WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | adcom | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22172295 | PISTON ASSEMBLY | PC | 4096 | 0.47445 | 1,943.35 |

.47205

MTSC Order/Ln/Item:   01100-22   1   17924
Purchase Order:   0550048814

.0024 var

PAID
$1933.52
diff.
9.83

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 1,943.35          Currency: USD          Total: 1,943.35

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY. POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT APPROVED CLAIM NUMBER AFFIXED TO ALL PARTS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024181 | 08/22/05 |

B
I
L
L

T
O

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

S
H
I
P

T
O

01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4   WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22172295 | PISTON ASSEMBLY | PC | 13312 | 0.47445 | 6,315.88 |

MTSC Order/Ln/Item:  01100-22  1  17924
Purchase Order:  0550048814

*6,283.93*

| | | | | | |
|---|---|---|---|---|---|
| 22174473 | PISTON ASM. | PC | 1024 | 0.47448 | 485.87 |

MTSC Order/Ln/Item:  01100-22  2  19000
Purchase Order:  0550048814

*483.40*

| | | | | | |
|---|---|---|---|---|---|
| 22151652 | PISTON ASM. | PC | 3072 | 0.50451 | 1,549.85 |

MTSC Order/Ln/Item:  01100-22  5  21894
Purchase Order:  0550048814

*1,542.39*

| | | | | | |
|---|---|---|---|---|---|
| 22174077 | PISTON ASM. | PC | 1024 | 0.38999 | 399.35. |

MTSC Order/Ln/Item:  01100-22  7  21994
Purchase Order:  0550048814

*395.99*

| | | | | | |
|---|---|---|---|---|---|
| 22186316 | PISTON ASM. | PC | 4608 | 0.503 | 2,317.82 |

MTSC Order/Ln/Item:  01100-22 10  28722
Purchase Order:  0550048814

*2,329.9*

--------------------------------------------------------------

*** CONTINUED ***

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
| --- | --- |
| INVOICE / SID NO. | DATE |
| 00024181 | 08/22/05 |

B
I
L   C01000
L
T
O
DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

S
H   01100-22
I
P
T
O
DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4   WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
| --- | --- | --- | --- | --- |
| | 2ND MONTH AFTER ROM | ANTT | SM | 2 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
| --- | --- | --- | --- | --- | --- |
| 221740 75 | PISTON ASM. | PC | 512 | 0.589 | 301.57 |

MTSC Order/Ln/Item:  01100-22 11  32012
Purchase Order:  0550048814

*303.1*

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 22152169 | PISTON ASM. | PC | 1536 | 0.53504 | 821.82 |

MTSC Order/Ln/Item:  01100-22 13  32000
Purchase Order:  0550054860

*816.81*

*Paid $12,155.58*
*diff - $36.58*

| | | |
| --- | --- | --- |
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 12,192.16          Currency: USD          Total: 12,192.16

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024186 | 08/22/05 |

B I L L   T O:

C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

S H I P   T O:

36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25325385 | SE. POLE PC | PC | 1680 | 0.82133 .813148 | 1,379.83 13.74 SP |
| MTSC Order/Ln/Item:  36400-01  4  28756 Purchase Order:  0550005324 | | | | | |
| 25326871 | HOUSING ASM. | PC | 3360 | 2.98821 2.974229 | 10,040.39 46.98 SP |
| MTSC Order/Ln/Item:  36400-01  8  33901 Purchase Order:  0550005326 | | | | | |
| 25352318 | EGR Housing Assembly | PC | 4896 | 1.80932 1.79965 | 8,858.43 47.83 SP |
| MTSC Order/Ln/Item:  36400-01 10  35607 Purchase Order:  0550015837 | | | | | |

*Paid - $20,170.10*
*diff - $108.55*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 20,278.65        Currency: USD        Total: 20,278.65

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
| --- | --- |
| INVOICE / SID NO. | DATE |
| 00024188 | 08/22/05 |

| BILL TO | | SHIP TO | |
| --- | --- | --- | --- |
| C01000 | | 01100-16 | |
| DELPHI CHASSIS SYSTEM (D) | | DELPHI CHASSIS SYSTEMS | |
| ACG/DISBURSEMENT CENTER | | PLANT 14 | |
| PO BOX 436040 | | GATE 4 WOODMAN DRIVE | |
| PONTIAC, MI 48343 | | KETTERING, OH 45401 | |
| USA | | USA | |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
| --- | --- | --- | --- | --- |
| | Net 30 days | tlgr | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
| --- | --- | --- | --- | --- | --- |
| 22174111 | ROD GUIDE | PC | 18480 | 0.26671 | 4,928.80 |
| MTSC Order/Ln/Item: 01100-16 1 18272 | | | | *0.26507* | *4,898.49* |
| Purchase Order: 0550006001 | | | | | |
| 22173644 | ROD GUIDE | PC | 21600 | 0.21536 | 4,651.78 |
| MTSC Order/Ln/Item: 01100-16 5 19052 | | | | *0.21387* | *4,619.5* |
| Purchase Order: 0550006001 | | | | | |

*PAID - $9,518.08*
*DIFF - 62.50*

| | | |
| --- | --- | --- |
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 9,580.58        Currency: USD        Total: 9,580.58

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
| --- | --- |
| INVOICE / SID NO. | DATE |
| 00024194 | 08/22/05 |

| | |
| --- | --- |
| **B I L L T O** | C36600 |
| | DELPHI AUTOMOTIVE SYS (COOP)<br>ACG DISBURSEMENT CENTER<br>PO BOX 436040<br>PONTIAC, MI 48343<br>USA |

| | |
| --- | --- |
| **S H I P T O** | 36500-01 |
| | DELPHI AUTOMOTIVE SYS. (COOP)<br>COOPERSVILLE PLANT #3<br>999 RANDALL STREET<br>COOPERSVILLE, MI 49404<br>USA |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
| --- | --- | --- | --- | --- |
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
| --- | --- | --- | --- | --- | --- |
| 17121240 | SPACES(SS)W/GUIDE | PC | 1500 | 0.372<br>.3743 | 558.00 |

MTSC Order/Ln/Item: 36500-01  4  13959
Purchase Order:  0550005325
Schedule Ref: 0000003                 1500 PC

.0023 var

<3.45> overpaid

| | | |
| --- | --- | --- |
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 558.00        Currency: USD        Total: 558.00

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

### SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024195 | 08/22/05 |

**B I L L   T O**

C30800

DELPHI CHASSIS SYSTEMS NDH
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**S H I P   T O**

30900-01

DELPHI CHASSIS SYSTEMS - NDH
2509 HAYES AVENUE
SANDUSKY, OH 44870
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
|  | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 4640305 | RET/SNS RING | PC | 10350 | 0.39337 | 4,071.38 |

MTSC Order/Ln/Item:  30900-01   5   16483               .38677
Purchase Order:  0550005689

*PAID*
*#4,003.07*
*DIFF*
*#68.31*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 4,071.38          Currency: USD          Total: 4,071.38


SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT A
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024197 | 08/23/05 |

| B I L L T O | C36300 | S H I P T O | 36400-01 |
|---|---|---|---|
| | DELPHI ENERGY & ENGINE (ROC) EAG DISBURSEMENT SERVICES PO BOX 1550 FLINT, MI 48501 USA | | DELPHI ENERGY & ENGINE 1000 LEXINGTON AVENUE ROCHESTER, NY 14606 USA |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25337418 | BASE | PC | 3080 | 1.27609 | 3,930.36 |

MTSC Order/Ln/Item:  36400-01  7  32077        1.253678
Purchase Order:  0550005324

*PAID*
*$3,861.33*
*DIFF $69.03*

| | | | |
|---|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 3,930.36        Currency: USD        Total: 3,930.36

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024199 | 08/23/05 |

**B I L L T O**

C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**S H I P T O**

36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER / RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25355122 | PL/WASHER ASSEMBLY | PC | 4828 | 0.772 | 3,727.22 |

*,777779*

MTSC Order/Ln/Item:  36400-01 12  35640
Purchase Order:  0550036785

*PAID*
*#3,755.12*

*Diff. ∠-27.90,*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 3,727.22          Currency: USD          Total: 3,727.22


SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.