# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
| --- | --- |
| **INVOICE / SID NO.** | **DATE** |
| 00024200 | 08/23/05 |

| B I L L   T O | S H I P   T O |
| --- | --- |
| C01000 | 01100-02 |
| DELPHI CHASSIS SYSTEM (D)<br>ACG/DISBURSEMENT CENTER<br>PO BOX 436040<br>PONTIAC, MI 48343<br>USA | DELPHI CHASSIS DIVISION<br>DOCK 17<br>GATE 4 WOODMAN DRIVE<br>KETTERING, OH 45420<br>USA |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
| --- | --- | --- | --- | --- |
| | Net 30 days | TLGR | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
| --- | --- | --- | --- | --- | --- |
| 22166921 | CYLINDER END | PC | 19200 | 0.18135 *,17789* | 3,481.92 |
| MTSC Order/Ln/Item:  01100-02 75   19020 | | | | | |
| Purchase Order:  0550005992 | | | | | |
| 22177651 | ROD GUIDE | PC | 3600 | 0.40608 *,40481* | 1,461.89 |
| MTSC Order/Ln/Item:  01100-02 79   21997 | | | | | |
| Purchase Order:  0550005997 | | | | | |

*PAID*
*$4,872.81*

*Diff $71.°°*

| | | |
| --- | --- | --- |
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

| Non-Taxable: 4,943.81 | Currency: USD | Total: 4,943.81 |
| --- | --- | --- |

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024204 | 08/23/05 |

B
I
L
L
T
O
     C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

S
H
I
P
T
O
     01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4    WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 1 |

| PART # / PURCHASE ORDER / RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22172295 | PISTON ASSEMBLY | PC | 2560 | 0.47445 | 1,214.59 |
| MTSC Order/Ln/Item:  01100-22  1  17924 | | | | 0.472051 | 1208.45 |
| Purchase Order:  0550048814 | | | | | |
| 22174473 | PISTON ASM. | PC | 5632 | 0.47448 | 2,672.27 |
| MTSC Order/Ln/Item:  01100-22  2  19000 | | | | 0.472070 | 2,658.7 |
| Purchase Order:  0550048814 | | | | | |
| 22174544 | PISTON ASM. | PC | 6656 | 0.47448 | 3,158.14 |
| MTSC Order/Ln/Item:  01100-22  4  21893 | | | | 0.47261 | 3,142.1 |
| Purchase Order:  0550048814 | | | | | |
| 22186316 | PISTON ASM. | PC | 3072 | 0.503 | 1,545.22 |
| MTSC Order/Ln/Item:  01100-22  10  28722 | | | | 0.5056 | 1,553.2 |
| Purchase Order:  0550048814 | | | | | |
| 22152169 | PISTON ASM. | PC | 2048 | 0.53504 | 1,095.76 |
| MTSC Order/Ln/Item:  01100-22  13  32000 | | | | 0.53178 | 1089.0 |
| Purchase Order:  0550054860 | | | | | |

PD - $9,651.60
Diff. $34.38

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 9,685.98          Currency: USD          Total: 9,685.98


SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY POSITIVELY NO MATERIAL ACCEPTED ON RETURN FOR CREDIT WITHOUT APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024210 | 08/23/05 |

B
I
L
L
T
O

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

S
H
I
P
T
O

01100-08

DELPHI E&C 34065
%CINCINNATI DDC %PJAX
DELPHI C PLANT 58/CHIHUAHUA
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069
FINAL DEST MEXICO

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363745 | Sec Plate | PC | 7200 | 0.2514 | 1,810.08 |

MTSC Order/Ln/Item:  01100-08 12  37382            .24959
Purchase Order:  0550037103

.001,810 var

PAID
#1797.05
diff.
$13.03

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 1,810.08          Currency: USD          Total: 1,810.08

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| **INVOICE / SID NO.** | **DATE** |
| 00024215 | 08/23/05 |

**B I L L  T O**
C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**S H I P  T O**
36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25325385 | SE. POLE PC | PC | 3360 | 0.82133 | 2,759.67 |
| MTSC Order/Ln/Item:  36400-01  4  28756 | | | | .81318 | 27.49 |
| Purchase Order:  0550005324 | | | | | SP |
| 25326871 | HOUSING ASM. | PC | 3360 | 2.98821 | 10,040.39 |
| MTSC Order/Ln/Item:  36400-01  8  33901 | | | | 2.9742 | 46.98 |
| Purchase Order:  0550005326 | | | | | SP |
| 25352318 | EGR Housing Assembly | PC | 4896 | 1.80932 | 8,858.43 |
| MTSC Order/Ln/Item:  36400-01 10  35607 | | | | 1.79955 | 47.83 |
| Purchase Order:  0550015837 | | | | | SP |

Paid - $21,536.1
diff - $122.30

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 21,658.49        Currency: USD        Total: 21,658.49

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
### SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024216 | 08/23/05 |

**B I L L  T O**   c01105

DELPHI ENERGY AND CHASSIS
DIVISIONAL ACCOUNTS PAYABLE
MC 480-405-350
5820 DELPHI DRIVE
TROY, MI 48098
USA

**S H I P  T O**   01105-01

DELPHI ENERGY & CHASSIS SYS
2100 BURLINGGAME AVE S.W.
GRAND RAPIDS, MI 49509
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | | ptwt | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25359909 | L-6 Target Wheel | PC | 5400 | 2.23441 | 12,065.81 |

2.20413  11,905.5

MTSC Order/Ln/Item:  01105-01  8  37777
Purchase Order:  550062419

Paid - $11,905.54

Shout pd
$160.27

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 12,065.81      Currency: USD      Total: 12,065.81

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
### SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024217 | 08/23/05 |

B I L L T O

c01105

DELPHI ENERGY AND CHASSIS
DIVISIONAL ACCOUNTS PAYABLE
MC 480-405-350
5820 DELPHI DRIVE
TROY, MI 48098
USA

S H I P T O

01105-01

DELPHI ENERGY & CHASSIS SYS
2100 BURLINGGAME AVE S.W.
GRAND RAPIDS, MI 49509
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
|  |  | CTII | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363420 | Sprocket | PC | 2560 | 3.67146 | 9,398.94 |
|  |  |  |  | 3.624800 | 9,279.5' |
| MTSC Order/Ln/Item: 01105-01 2 37324 |  |  |  |  |  |
| Purchase Order: 0550051831 |  |  |  |  |  |
| 25366925 | Cam Adapter Asm | PC | 3328 | 1.15894 | 3,856.95 |
|  |  |  |  | 1.15134 | 3,831.6 |
| MTSC Order/Ln/Item: 01105-01 3 37326 |  |  |  |  |  |
| Purchase Order: 0550051832 |  |  |  |  |  |

Paid - $13,111.1'
short pd
$144.72

| Charge 1 | : | 0.00 |
|---|---|---|
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total : |  |  |

Non-Taxable: 13,255.89       Currency: USD       Total: 13,255.89



SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| **INVOICE / SID NO.** | **DATE** |
| 00024219 | 08/24/05 |

**B I L L   T O**
C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**S H I P   T O**
36400-02

DELPHI ENERGY & ENGINE
% METAL CLADDING INC(500 LEE
230 SOUTH NIAGARA STREET
LOCKPORT, NY 14094
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25317842 | BASE | PC | 3080 | 0.70308 | 2,165.49 |

MTSC Order/Ln/Item:   36400-02   9   22029
Purchase Order:   0550034151

*.680668*

*.022412 var*

*PAID*
*$2096.46*

*diff. $69.03*

| Charge 1 | : | 0.00 |
|---|---|---|
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 2,165.49          Currency: USD          Total: 2,165.49

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024220 | 08/24/05 |

**BILL TO**
C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**SHIP TO**
36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25355037 | Primary Pole | PC | 4828 | 0.62468 | 3,015.96 |
| MTSC Order/Ln/Item:  36400-01 11   36885 | | | | *0.61792* | *2,983.3* |
| Purchase Order:  0550016133 | | | | | |
| 25355122 | PL/WASHER ASSEMBLY | PC | 9656 | 0.772 | 7,454.43 |
| MTSC Order/Ln/Item:  36400-01 12   35640 | | | | *0.77778* | *7,510.2* |
| Purchase Order:  0550036785 | | | | | |

*Diff.*
*< 23.17 >*

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 10,470.39        Currency:  USD          Total: 10,470.39

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
### SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024227 | 08/23/05 |

```
B      C01600
I
L    DELPHI ENERGY & ENGINE (D/R)
L    ACG DISBURSEMENT CENTER
T    PO BOX 436040
O    PONTIAC, MI 48343
     USA
```

```
S      01700-02
H
I    DELPHI E&C, 35021
P    C/O CINCINNATI DDC %PJAX
T    DELPHI E.SEC - JUAREZ
O    2789 EAST CRESCENTVILLE RD
     WESTCHESTER, OH 45069
     FINAL DEST ELPASO TX
```

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 55 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 10475826 | SEC PLATE | PC | 5400 | 0.21931 | 1,184.27 |
| MTSC Order/Ln/Item: 01700-02  9  12921 | | | | .22079 | |
| Purchase Order: 0550009631 | | | | | |
| 10475820 | PRIMARY PLATE | PC | 6800 | 0.61682 | 4,194.38 |
| MTSC Order/Ln/Item: 01700-02 10  12922 | | | | .61772 | |
| Purchase Order: 0550009631 | | | | | |

PAID
# 5,392.77
diff (14.12)

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 5,378.65        Currency: USD        Total: 5,378.65

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE |  |
| --- | --- |
| **INVOICE / SID NO.** | **DATE** |
| 00024230 | 08/24/05 |

**B I L L  T O**

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**S H I P  T O**

01100-02

DELPHI CHASSIS DIVISION
DOCK 17
GATE 4 WOODMAN DRIVE
KETTERING, OH 45420
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
| --- | --- | --- | --- | --- |
|  | Net 30 days | TLGR | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
| --- | --- | --- | --- | --- | --- |
| 22166921 | CYLINDER END | PC | 9600 | 0.18135  *0.17789* | 1,740.96  *1,707.74* |
| MTSC Order/Ln/Item:  01100-02 75  19020 |  |  |  |  |  |
| Purchase Order:  0550005992 |  |  |  |  |  |
| 22166922 | CYLINDER END | PC | 9600 | 0.18133  *0.17788* | 1,740.77  *1,707.65* |
| MTSC Order/Ln/Item:  01100-02 76  19002 |  |  |  |  |  |
| Purchase Order:  0550005992 |  |  |  |  |  |
| 22050279 | ROD GUIDE | PC | 4600 | 0.16864 | 775.74  *775.74* |
| MTSC Order/Ln/Item:  01100-02 80  00504 |  |  |  |  |  |
| Purchase Order:  0550006007 |  |  |  |  |  |

*Paid*
*#4,191.13*
*diff - #66.34*

| | | |
| --- | --- | --- |
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 4,257.47          Currency:  USD          Total: 4,257.47

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

Remit To:

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024231 | 08/24/05 |

**BILL TO**  c01105

DELPHI ENERGY AND CHASSIS
DIVISIONAL ACCOUNTS PAYABLE
MC 480-405-350
5820 DELPHI DRIVE
TROY, MI 48098
USA

**SHIP TO**  01105-01

DELPHI ENERGY & CHASSIS SYS
2100 BURLINGGAME AVE S.W.
GRAND RAPIDS, MI 49509
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | | CTII | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363420 | Sprocket | PC | 2560 | 3.67146 | 9,398.94 |
| MTSC Order/Ln/Item:   01105-01   2   37324 | | | | 3.62809 | 9,279.51 |
| Purchase Order:   0550051831 | | | | | |
| 25359909 | L-6 Target Wheel | PC | 1080 | 2.23441 | 2,413.16 |
| MTSC Order/Ln/Item:   01105-01   8   37777 | | | | 2.20473 | 2,381.11 |
| Purchase Order:   550062419 | | | | | |

*Paid – #11,660.62*

*Short pd*
*#151.48*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 11,812.10          Currency: USD          Total: 11,812.10

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne
### SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| **INVOICE / SID NO.** | **DATE** |
| 00024235 | 08/24/05 |

**BILL TO**
C01000
DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**SHIP TO**
01100-22
DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4   WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22172295 | PISTON ASSEMBLY | PC | 11776 | 0.47445 | 5,587.12 |
| MTSC Order/Ln/Item:  01100-22  1  17924 | | | | *0.47205* | *5,558.86* |
| Purchase Order:  0550048814 | | | | | |
| 22174544 | PISTON ASM. | PC | 512 | 0.47448 | 242.93 |
| MTSC Order/Ln/Item:  01100-22  4  21893 | | | | *0.47207* | *241.7* |
| Purchase Order:  0550048814 | | | | | |
| 22186316 | PISTON ASM. | PC | 512 | 0.503 | 257.54 |
| MTSC Order/Ln/Item:  01100-22 10  28722 | | | | *0.50562* | *258.8* |
| Purchase Order:  0550048814 | | | | | |
| 22152169 | PISTON ASM. | PC | 3072 | 0.53504 | 1,643.64 |
| MTSC Order/Ln/Item:  01100-22 13  32000 | | | | *0.53178* | *1633.6* |
| Purchase Order:  0550054860 | | | | | |

*PAID*
*$7,693.07*
*diff - $38.16*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 7,731.23          Currency: USD          Total: 7,731.23


SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024240 | 08/24/05 |

**BILL TO**

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**SHIP TO**

01100-08

DELPHI E&C 34065
%CINCINNATI DDC %PJAX
DELPHI C PLANT 58/CHIHUAHUA
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069
FINAL DEST MEXICO

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363745 | Sec Plate | PC | 3600 | 0.2514 | 905.04 |

.249588

MTSC Order/Ln/Item:   01100-08 12   37382
Purchase Order:   0550037103

.001812 var

PAID
# 898.52
Diff. 6.52

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 905.04          Currency: USD          Total: 905.04

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| **INVOICE / SID NO.** | **DATE** |
| 00024242 | 08/24/05 |

| B I L L   T O | | S H I P   T O | |
|---|---|---|---|
| C36600 | | 36500-01 | |
| DELPHI AUTOMOTIVE SYS (COOP) | | DELPHI AUTOMOTIVE SYS. (COOP) | |
| ACG DISBURSEMENT CENTER | | COOPERSVILLE PLANT #3 | |
| PO BOX 436040 | | 999 RANDALL STREET | |
| PONTIAC, MI 48343 | | COOPERSVILLE, MI 49404 | |
| USA | | USA | |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 17121243 | SPACES(SS)W/GUIDE | PC | 3000 | 0.372 | 1,116.00 |

MTSC Order/Ln/Item: 36500-01  1  13962
Purchase Order:  0550005325
Schedule Ref: 0000001                         1500  PC
Schedule Ref: 0000002                         1500  PC

.3743

| PART # | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 17121242 | SPACES(SS)W/GUIDE | PC | 3000 | 0.372 | 1,116.00 |

MTSC Order/Ln/Item: 36500-01  2  13961
Purchase Order:  0550005325
Schedule Ref: 0000002                         1500  PC
Schedule Ref: 0000007                         1500  PC

.3743

.0023 var

PAID
#2,245.80
diff ∠ -13.80

| | |
|---|---|
| Charge 1 : | 0.00 |
| Charge 2 : | 0.00 |
| Charge 3 : | 0.00 |
| Total: | |

Non-Taxable: 2,232.00          Currency: USD          Total: 2,232.00

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne

SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| **INVOICE / SID NO.** | **DATE** |
| 00024243 | 08/24/05 |

**B I L L T O**

C01600

DELPHI ENERGY & ENGINE (D/R)
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**S H I P T O**

01700-02

DELPHI E&C, 35021
C/O CINCINNATI DDC %PJAX
DELPHI E.SEC - JUAREZ
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069
FINAL DEST ELPASO TX

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 55 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 10475826 | SEC PLATE | PC | 2700 | 0.21931 | 592.14 |

MTSC Order/Ln/Item:  01700-02  9  12921
Purchase Order:  0550009631

.001478 var

PAID
$596.13

over pay
(3.99)

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 592.14          Currency: USD          Total: 592.14

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024244 | 08/24/05 |

**BILL TO**
C30800

DELPHI CHASSIS SYSTEMS NDH
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**SHIP TO**
30900-01

DELPHI CHASSIS SYSTEMS - NDH
2509 HAYES AVENUE
SANDUSKY, OH 44870
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 4640303 | RET./SENSOR RING | PC | 7500 | 0.21489 | 1,611.68 |

MTSC Order/Ln/Item:   30900-01   6   15887
Purchase Order:   0550005689

*(handwritten: 0.21051   1,576.1)*

REV LEVEL D

| 4640299 | RET./SENSOR RING | PC | 15000 | 0.23326 | 3,498.90 |
|---|---|---|---|---|---|

MTSC Order/Ln/Item:   30900-01   9   13975
Purchase Order:   0550005689

*(handwritten: 0.22869   3,430.3)*

*(handwritten: Paid - $5,006.4?)*

*(handwritten: Short pd $104.10)*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 5,110.58          Currency: USD          Total: 5,110.58

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024245 | 08/24/05 |

BILL TO
C36300
DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

SHIP TO
36400-01
DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25325385 | SE. POLE PC | PC | 3360 | 0.82133 | 2,759.67 |
| MTSC Order/Ln/Item: 36400-01 4 28756 Purchase Order: 0550005324 | | | | 0.81319 | 2,732.8 |
| 25326871 | HOUSING ASM. | PC | 2100 | 2.98821 | 6,275.24 |
| MTSC Order/Ln/Item: 36400-01 8 33901 Purchase Order: 0550005326 | | | | 2.974208 | 6,245.88 |
| 25352318 | EGR Housing Assembly | PC | 2448 | 1.80932 | 4,429.22 |
| MTSC Order/Ln/Item: 36400-01 10 35607 Purchase Order: 0550015837 | | | | 1.799551 | 4,405.3 |

Paid - $13,383.36
diff - $80.77

| Charge 1 | : | 0.00 |
|---|---|---|
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 13,464.13      Currency: USD      Total: 13,464.13

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024248 | 08/25/05 |

**B I L L  T O**

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**S H I P  T O**

01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4   WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | Adcom | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22152169 | PISTON ASM. | PC | 2560 | 0.53504 | 1,369.70 |

.531781

MTSC Order/Ln/Item:  01100-22 13  32000
Purchase Order:  0550054860

.003259 var

PAID
#1361.36
diff.$8.34

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 1,369.70          Currency: USD          Total: 1,369.70

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
### SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024250 | 08/25/05 |

**BILL TO**   C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**SHIP TO**   36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25337418 | BASE | PC | 3080 | 1.27609 | 3,930.36 |

MTSC Order/Ln/Item:  36400-01  7  32077
Purchase Order:  0550005324

*1,253678* (handwritten)

*PAID*
*$3,861.33*

*DIFF. $69.03* (handwritten)

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 3,930.36        Currency: USD        Total: 3,930.36



SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY. POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT APPROVED CLAIM NUMBER ATTACHED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| **INVOICE / SID NO.** | **DATE** |
| 00024251 | 08/25/05 |

|  |  |
|---|---|
| **B I L L   T O** | C01000<br><br>DELPHI CHASSIS SYSTEM (D)<br>ACG/DISBURSEMENT CENTER<br>PO BOX 436040<br>PONTIAC, MI 48343<br>USA | **S H I P   T O** | 01100-22<br><br>DELPHI CHASSIS SYSTEMS<br>PLANT 17<br>GATE 4   WOODMAN DRIVE<br>KETTERING, OH 45401 |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22172295 | PISTON ASSEMBLY | PC | 6656 | 0.47445 | 3,157.94 |
| MTSC Order/Ln/Item:  01100-22  1  17924 | | | | 0.47204 | 3,141.96 |
| Purchase Order:  0550048814 | | | | | |
| 22174473 | PISTON ASM. | PC | 4096 | 0.47448 | 1,943.47 |
| MTSC Order/Ln/Item:  01100-22  2  19000 | | | | 0.47207 | 1933.60 |
| Purchase Order:  0550048814 | | | | | |
| 22174544 | PISTON ASM. | PC | 1024 | 0.47448 | 485.87 |
| MTSC Order/Ln/Item:  01100-22  4  21893 | | | | 0.47207 | 483.4 |
| Purchase Order:  0550048814 | | | | | |
| 22186316 | PISTON ASM. | PC | 4096 | 0.503 | 2,060.29 |
| MTSC Order/Ln/Item:  01100-22 10  28722 | | | | 0.50562 | 2071.0 |
| Purchase Order:  0550048814 | | | | | |

PAID
$7,629.98
Diff
$17.59

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 7,647.57          Currency: USD          Total: 7,647.57

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024252 | 08/25/05 |

| | |
|---|---|
| B I L L T O | C01000<br><br>DELPHI CHASSIS SYSTEM (D)<br>ACG/DISBURSEMENT CENTER<br>PO BOX 436040<br>PONTIAC, MI 48343<br>USA | S H I P T O | 01100-02<br><br>DELPHI CHASSIS DIVISION<br>DOCK 17<br>GATE 4 WOODMAN DRIVE<br>KETTERING, OH 45420<br>USA |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | TLGR | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22166922 | CYLINDER END | PC | 19200 | 0.18133<br>0.17788 | 3,481.54<br>3,415.30 |

MTSC Order/Ln/Item:   01100-02 76   19002
Purchase Order:   0550005992

*Paid*
*$3,415.30*
*diff - $66.24*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 3,481.54          Currency: USD          Total: 3,481.54

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024253 | 08/26/05 |

**B I L L T O**   c01105

DELPHI ENERGY AND CHASSIS
DIVISIONAL ACCOUNTS PAYABLE
MC 480-405-350
5820 DELPHI DRIVE
TROY, MI 48098
USA

**S H I P T O**   01105-01

DELPHI ENERGY & CHASSIS SYS
2100 BURLINGGAME AVE S.W.
GRAND RAPIDS, MI 49509
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | | ptwt | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363420 | Sprocket | PC | 2560 | 3.67146 | 9,398.94 |
| | | | | 3.62480 | 9,279.5 |
| MTSC Order/Ln/Item:  01105-01   2   37324 | | | | | |
| Purchase Order:  0550051831 | | | | | |
| 25359909 | L-6 Target Wheel | PC | 1080 | 2.23441 | 2,413.16 |
| | | | | 2.20473 | 2,381.11 |
| MTSC Order/Ln/Item:  01105-01   8   37777 | | | | | |
| Purchase Order:  550062419 | | | | | |

Paid - $11,660.62
Short pd
$151.48

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 11,812.10      Currency: USD      Total: 11,812.10

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
| --- | --- |
| INVOICE / SID NO. | DATE |
| 00024259 | 08/25/05 |

**BILL TO**

C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**SHIP TO**

36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
| --- | --- | --- | --- | --- |
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
| --- | --- | --- | --- | --- | --- |
| 25325385 | SE. POLE PC | PC | 3360 | 0.82133 | 2,759.67 |
| | | | | 0.81314̅9 | 2,732.18 |
| MTSC Order/Ln/Item:  36400-01  4  28756 | | | | | |
| Purchase Order:  0550005324 | | | | | |
| 25352318 | EGR Housing Assembly | PC | 7344 | 1.80932 | 13,287.65 |
| | | | | 1.79955̅1 | 13,215.90 |
| MTSC Order/Ln/Item:  36400-01  10  35607 | | | | | |
| Purchase Order:  0550015837 | | | | | |

Paid - $15,948.0
diff - $99.24

| | | | |
| --- | --- | --- | --- |
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 16,047.32          Currency: USD          Total: 16,047.32

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024262 | 08/25/05 |

| B I L L   T O | | S H I P   T O | |
|---|---|---|---|
| C01000 | | 01100-06 | |
| DELPHI CHASSIS SYSTEM (D) ACG/DISBURSEMENT CENTER PO BOX 436040 PONTIAC, MI 48343 USA | | DELPHI CHASSIS (K2) DIVISION DOCK 18-SSP GATE 4 WOODMAN DR KETTERING, OH 45420 USA | |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | TLGR | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 5513339 | ROD GUIDE | PC | 3496 | 0.72843 | 2,546.59 |
| | | | | 0.72590 | 2537.7 |

MTSC Order/Ln/Item:  01100-06 78  00832
Purchase Order:  0550006007

*Paid
#2,537.75
diff - #8.84*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

---

Non-Taxable: 2,546.59          Currency:  USD          Total: 2,546.59

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

### SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024266 | 08/25/05 |

**BILL TO**
C36600

DELPHI AUTOMOTIVE SYS (COOP)
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**SHIP TO**
36500-01

DELPHI AUTOMOTIVE SYS. (COOP)
COOPERSVILLE PLANT #3
999 RANDALL STREET
COOPERSVILLE, MI 49404
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER / RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 17121243 | SPACES(SS)W/GUIDE | PC | 1500 | 0.372 | 558.00 |

MTSC Order/Ln/Item:  36500-01  1  13962
Purchase Order:  0550005325
Schedule Ref: 0000003                    1500 PC

| | | | | | |
|---|---|---|---|---|---|
| 17121242 | SPACES(SS)W/GUIDE | PC | 1500 | 0.372 | 558.00 |

MTSC Order/Ln/Item:  36500-01  2  13961
Purchase Order:  0550005325
Schedule Ref: 0000006                    1500 PC

*.0023 var ea*

*PD*
*$1122.90*
*diff. ∠-6.90*

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 1,116.00       Currency: USD       Total: 1,116.00

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024267 | 08/25/05 |

| B I L L T O | C01600 DELPHI ENERGY & ENGINE (D/R) ACG DISBURSEMENT CENTER PO BOX 436040 PONTIAC, MI 48343 USA | S H I P T O | 01700-02 DELPHI E&C, 35021 C/O CINCINNATI DDC %PJAX DELPHI E.SEC - JUAREZ 2789 EAST CRESCENTVILLE RD WESTCHESTER, OH 45069 FINAL DEST ELPASO TX |
|---|---|---|---|

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 55 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 10475826 | SEC PLATE | PC | 2700 | 0.21931 | 592.14 |

MTSC Order/Ln/Item:   01700-02   9   12921
Purchase Order:   0550009631

*.220788* (handwritten)

*001478 var* (handwritten)

*$ 596.13* (handwritten)

*<3.99> over pa* (handwritten)

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

---

Non-Taxable: 592.14          Currency: USD          Total: 592.14

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024269 | 08/25/05 |

| B I L L  T O | c01105 | S H I P  T O | 01105-01 |
|---|---|---|---|
| | DELPHI ENERGY AND CHASSIS<br>DIVISIONAL ACCOUNTS PAYABLE<br>MC 480-405-350<br>5820 DELPHI DRIVE<br>TROY, MI 48098<br>USA | | DELPHI ENERGY & CHASSIS SYS<br>2100 BURLINGGAME AVE S.W.<br>GRAND RAPIDS, MI 49509<br>USA |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | | CTII | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25366925 | Cam Adapter Asm | PC | 6656 | 1.15894 | 7,713.90 |
| MTSC Order/Ln/Item:  01105-01   3   37326<br>Purchase Order:  0550051832 | | | | *1.15134* | *7,663.3* |
| 25359909 | L-6 Target Wheel | PC | 1080 | 2.23441 | 2,413.16 |
| MTSC Order/Ln/Item:  01105-01   8   37777<br>Purchase Order:  550062419 | | | | *2.20473l* | *2,381.1'* |

*Diff*
*$82.63*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 10,127.06          Currency: USD          Total: 10,127.06

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024277 | 08/26/05 |

```
B          C01000
I
L    DELPHI CHASSIS SYSTEM (D)
L    ACG/DISBURSEMENT CENTER
T    PO BOX 436040
O    PONTIAC, MI 48343
     USA
```

```
S          01100-22
H
I    DELPHI CHASSIS SYSTEMS
P    PLANT 17
T    GATE 4    WOODMAN DRIVE
O    KETTERING, OH 45401
```

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22172295 ✓ | PISTON ASSEMBLY | PC | 10240 | 0.47445 | 4,858.37 |
| | | | | 0.47205 | 4833.79 |
| MTSC Order/Ln/Item:  01100-22  1  17924 | | | | | |
| Purchase Order:  0550048814 | | | | | |
| 22174473 ✓ | PISTON ASM. | PC | 8192 | 0.47448 | 3,886.94 |
| | | | | 0.47207 | 3867.29 |
| MTSC Order/Ln/Item:  01100-22  2  19000 | | | | | |
| Purchase Order:  0550048814 | | | | | |
| 22186316 ✓ | PISTON ASM. | PC | 2560 | 0.503 | 1,287.68 |
| | | | | 0.50562 | 1294.3 |
| MTSC Order/Ln/Item:  01100-22 10  28722 | | | | | |
| Purchase Order:  0550048814 | | | | | |
| 22174079 ✓ | PISTON ASM. | PC | 1536 | 0.589 | 904.70 |
| | | | | 0.5921 | 909.5 |
| MTSC Order/Ln/Item:  01100-22 11  32012 | | | | | |
| Purchase Order:  0550048814 | | | | | |

$32.81
Diff.

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 10,937.69       Currency: USD       Total: 10,937.69

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024282 | 08/26/05 |

**BILL TO**

C01600

DELPHI ENERGY & ENGINE (D/R)
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**SHIP TO**

01700-02

DELPHI E&C, 35021
C/O CINCINNATI DDC %PJAX
DELPHI E.SEC - JUAREZ
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069
FINAL DEST ELPASO TX

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
|  | Net 55 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 10475826 | SEC PLATE | PC | 2700 | 0.21931 | 592.14 |

MTSC Order/Ln/Item:   01700-02   9   12921
Purchase Order:   0550009631

*.220788* (handwritten)

*.001478 Var* (handwritten)

*#596.13* (handwritten)

*(3.99) Over pay* (handwritten)

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 592.14        Currency:  USD        Total: 592.14

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024283 | 08/26/05 |

| B I L L T O | C01000 | S H I P T O | 01100-02 |
|---|---|---|---|
| | DELPHI CHASSIS SYSTEM (D)<br>ACG/DISBURSEMENT CENTER<br>PO BOX 436040<br>PONTIAC, MI 48343<br>USA | | DELPHI CHASSIS DIVISION<br>DOCK 17<br>GATE 4 WOODMAN DRIVE<br>KETTERING, OH 45420<br>USA |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | tlgr | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22166921 | CYLINDER END | PC | 9600 | 0.18135 | 1,740.96 |

.177889

MTSC Order/Ln/Item:  01100-02 75  19020
Purchase Order:  0550005992

.003461 var

PAID 1707.74
#1707.74
diff. #33.2

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 1,740.96          Currency: USD          Total: 1,740.96


SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024284 | 08/26/05 |

| B I L L T O | c01105 | S H I P T O | 01105-01 |
|---|---|---|---|
| | DELPHI ENERGY AND CHASSIS<br>DIVISIONAL ACCOUNTS PAYABLE<br>MC-480-405-350<br>5820 DELPHI DRIVE<br>TROY, MI 48098<br>USA | | DELPHI ENERGY & CHASSIS SYS<br>2100 BURLINGGAME AVE S.W.<br>GRAND RAPIDS, MI 49509<br>USA |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | | CTII | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25359909 | L-6 Target Wheel | PC | 3240 | 2.23441 | 7,239.49 |

*(handwritten)* 2.2047    7,143.3

MTSC Order/Ln/Item:   01105-01   8   37777
Purchase Order:   550062419

*(handwritten)* PAID
$7,143.33
Diff.
$96.16

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 7,239.49          Currency: USD          Total: 7,239.49

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
### SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024285 | 08/26/05 |

BILL TO:
C30800

DELPHI CHASSIS SYSTEMS NDH
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

SHIP TO:
30900-01

DELPHI CHASSIS SYSTEMS - NDH
2509 HAYES AVENUE
SANDUSKY, OH 44870
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
|  | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 4640299 | RET./SENSOR RING | PC | 15000 | 0.23326 | 3,498.90 |

.22869

MTSC Order/Ln/Item:  30900-01   9   13975
Purchase Order:  0550005689

PAID
#3,430.35
Diff. #68.55

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 3,498.90          Currency: USD          Total: 3,498.90

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024290 | 08/29/05 |

B
I
L
L
T
O

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

S
H
I
P
T
O

01100-02

DELPHI CHASSIS DIVISION
DOCK 17
GATE 4 WOODMAN DRIVE
KETTERING, OH 45420
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | TLGR | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22166921 | CYLINDER END | PC | 9600 | 0.18135 | 1,740.96 |
| MTSC Order/Ln/Item:  01100-02 75  19020 | | | | | |
| Purchase Order:  0550005992 | | | *pd. 0.1779* | | |
| 22173712 | CYLINDER END | PC | 19200 | 0.18146 | 3,484.03 |
| MTSC Order/Ln/Item:  01100-02 78  19013 | | | | | |
| Purchase Order:  0550005992 | | | *pd. 0.1780* | | |
| 22050279 | ROD GUIDE | PC | 4280 | 0.16864 | 721.78 |
| MTSC Order/Ln/Item:  01100-02 80  00504 | | | | | |
| Purchase Order:  0550006007 | | | *pd. correctly* | | |

*Pricing on 1st a line ite
shou pd
$100.80*

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 5,946.77        Currency:  USD        Total: 5,946.77

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

### INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024296 | 08/26/05 |

**B I L L   T O**
C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**S H I P   T O**
36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25325385 | SE. POLE PC | PC | 1680 | 0.82133 | 1,379.83 |
| MTSC Order/Ln/Item:  36400-01  4  28756 | | | | *0.813149* | *1,366.09* |
| Purchase Order:  0550005324 | | | | | |
| 25326871 | HOUSING ASM. | PC | 3360 | 2.98821 | 10,040.39 |
| MTSC Order/Ln/Item:  36400-01  8  33901 | | | | *2.974281* | *9,993.41* |
| Purchase Order:  0550005326 | | | | | |
| 25352318 | EGR Housing Assembly | PC | 2448 | 1.80932 | 4,429.22 |
| MTSC Order/Ln/Item:  36400-01 10  35607 | | | | *1.799551* | *4,405.30* |
| Purchase Order:  0550015837 | | | | | |

*Paid - $15,764.80*
*diff - $84.64*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 15,849.44      Currency:  USD      Total: 15,849.44

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024299 | 08/26/05 |

| | |
|---|---|
| **B I L L T O** | C36600<br><br>DELPHI AUTOMOTIVE SYS (COOP)<br>ACG DISBURSEMENT CENTER<br>PO BOX 436040<br>PONTIAC, MI 48343<br>USA | **S H I P T O** | 36500-01<br><br>DELPHI AUTOMOTIVE SYS. (COOP)<br>COOPERSVILLE PLANT #3<br>999 RANDALL STREET<br>COOPERSVILLE, MI 49404<br>USA |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 17121243 | SPACES(SS)W/GUIDE | PC | 1500 | 0.372 _.3743_ | 558.00 |
| MTSC Order/Ln/Item:  36500-01  1  13962 | | | | | |
| Purchase Order:  0550005325 | | | | | |
| Schedule Ref: 0000001 | | 1500 PC | | | |
| 17121242 | SPACES(SS)W/GUIDE | PC | 1500 | 0.372 _.3743_ | 558.00 |
| MTSC Order/Ln/Item:  36500-01  2  13961 | | | | | |
| Purchase Order:  0550005325 | | | | | |
| Schedule Ref: 0000003 | | 1500 PC | | | |
| 17121240 | SPACES(SS)W/GUIDE | PC | 1500 | 0.372 _.3743_ | 558.00 |
| MTSC Order/Ln/Item:  36500-01  4  13959 | | | | | |
| Purchase Order:  0550005325 | | | | | |
| Schedule Ref: 0000004 | | 1500 PC | | | |

_.0023 var_

_PAID_
_1684.35_
_diff. ∠10.35_

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 1,674.00          Currency: USD          Total: 1,674.00

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024301 | 08/26/05 |

**B I L L  T O**

c01105

DELPHI ENERGY AND CHASSIS
DIVISIONAL ACCOUNTS PAYABLE
MC 480-405-350
5820 DELPHI DRIVE
TROY, MI 48098
USA

**S H I P  T O**

01105-01

DELPHI ENERGY & CHASSIS SYS
2100 BURLINGGAME AVE S.W.
GRAND RAPIDS, MI 49509
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | | ptwt | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363420 | Sprocket | PC | 2560 | 3.67146  *3.624809* | 9,398.94  *9,279.5(* |
| MTSC Order/Ln/Item:  01105-01   2   37324 | | | | | |
| Purchase Order:  0550051831 | | | | | |
| 25366925 | Cam Adapter Asm | PC | 3328 | 1.15894  *1,15134* | 3,856.95  *3,831.6(* |
| MTSC Order/Ln/Item:  01105-01   3   37326 | | | | | |
| Purchase Order:  0550051832 | | | | | |

*Paid - $13,111.17*
*Shat pd*
*$144.72*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 13,255.89        Currency: USD        Total: 13,255.89



SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| **INVOICE / SID NO.** | **DATE** |
| 00024306 | 08/29/05 |

B I L L T O

C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

S H I P T O

36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25355122 | PL/WASHER ASSEMBLY | PC | 4828 | 0.772 | 3,727.22 |

MTSC Order/Ln/Item:  36400-01 12   35640
Purchase Order:  0550036785

*.777*

PAID
$3,755.12

Diff <-27.90

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 3,727.22          Currency: USD          Total: 3,727.22

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024310 | 08/29/05 |

| | C01000 | | | | 01100-22 | |
|---|---|---|---|---|---|---|
| **B I L L   T O** | DELPHI CHASSIS SYSTEM (D)<br>ACG/DISBURSEMENT CENTER<br>PO BOX 436040<br>PONTIAC, MI 48343<br>USA | | | **S H I P   T O** | DELPHI CHASSIS SYSTEMS<br>PLANT 17<br>GATE 4   WOODMAN DRIVE<br>KETTERING, OH 45401 | |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22172295 ✓ | PISTON ASSEMBLY | PC | 3584 | 0.47445<br>0.472051 | 1,700.43<br>1,691.83 |
| MTSC Order/Ln/Item:  01100-22  1  17924<br>Purchase Order:  0550048814 | | | | | |
| 22174473 ✓ | PISTON ASM. | PC | 8192 | 0.47448<br>0.472610 | 3,886.94<br>3,867.21 |
| MTSC Order/Ln/Item:  01100-22  2  19000<br>Purchase Order:  0550048814 | | | | | |
| 22174079 ✓ | PISTON ASM. | PC | 2048 | 0.589<br>0.592119 | 1,206.27<br>1212.66 |
| MTSC Order/Ln/Item:  01100-22 11  32012<br>Purchase Order:  0550048814 | | | | | |
| 22152169 ✓ | PISTON ASM. | PC | 2048 | 0.53504<br>0.531782 | 1,095.76<br>1089.09 |
| MTSC Order/Ln/Item:  01100-22 13  32000<br>Purchase Order:  0550054860 | | | | | |

PAID
7,860.78
DIFF - $28.62

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 7,889.40     Currency: USD     Total: 7,889.40

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS



**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024313 | 08/29/05 |

```
B          c01105
I
L    DELPHI ENERGY AND CHASSIS
L    DIVISIONAL ACCOUNTS PAYABLE
T    MC 480-405-350
O    5820 DELPHI DRIVE
     TROY, MI 48098
     USA
```

```
S          01105-01
H
I    DELPHI ENERGY & CHASSIS SYS
P    2100 BURLINGGAME AVE S.W.
T    GRAND RAPIDS, MI 49509
O    USA
```

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | | CTII | sm | 1 |

| PART # / PURCHASE ORDER / RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363420 | Sprocket | PC | 5760 | 3.67146 | 21,147.61 |
| | | | | 3.62481 | 20,878.91 |
| MTSC Order/Ln/Item:  01105-01   2  37324 | | | | | |
| Purchase Order:  0550051831 | | | | | |
| 25366925 | Cam Adapter Asm | PC | 6656 | 1.15894 | 7,713.90 |
| | | | -2029 | 1.151340 | 7,663.32 |
| | | | 4627 | | -2,336.07 |
| MTSC Order/Ln/Item:  01105-01   3  37326 | | | | | 5,327.25 |
| Purchase Order:  0550051832 | | | | | |
| 25369342 | Target Wheel | PC | 2080 | 2.25687 | 4,694.29 |
| | | | | 2.23676 | 4,652.46 |
| MTSC Order/Ln/Item:  01105-01   5  37760 | | | | | |
| Purchase Order:  550056229 | | | | | |
| 25359909 | L-6 Target Wheel | PC | 3240 | 2.23441 | 7,239.49 |
| | | | | 2.20473 | 7,143.33 |
| MTSC Order/Ln/Item:  01105-01   8  37777 | | | | | |
| Purchase Order:  550062419 | | | | | |

Paid - $38,001.95
shld pd
$2,793.34

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 40,795.29          Currency: USD          Total: 40,795.29

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
| --- | --- |
| INVOICE / SID NO. | DATE |
| 00024325 | 08/29/05 |

| B I L L T O | C01600 | S H I P T O | 01700-02 |
| --- | --- | --- | --- |

DELPHI ENERGY & ENGINE (D/R)
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

DELPHI E&C, 35021
C/O CINCINNATI DDC %PJAX
DELPHI E.SEC - JUAREZ
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069
FINAL DEST ELPASO TX

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
| --- | --- | --- | --- | --- |
| | Net 55 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER / RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
| --- | --- | --- | --- | --- | --- |
| 10475826 | SEC PLATE | PC | 2700 | 0.21931 | 592.14 |

.220788

MTSC Order/Ln/Item:   01700-02   9   12921
Purchase Order:   0550009631

.00147B var

#$596.13

(3.99) overf

| | | | |
| --- | --- | --- | --- |
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 592.14          Currency: USD          Total: 592.14

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024327 | 08/29/05 |

**B I L L  T O**

C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**S H I P  T O**

36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25325385 | SE. POLE PC | PC | 1680 | 0.82133 / 0.813149 | 1,379.83 / 1,366.09 |
| MTSC Order/Ln/Item:  36400-01   4   28756 | | | | | |
| Purchase Order:  0550005324 | | | | | |
| 25326871 | HOUSING ASM. | PC | 2100 | 2.98821 / 2.974229 | 6,275.24 / 6,245.88 |
| MTSC Order/Ln/Item:  36400-01   8   33901 | | | | | |
| Purchase Order:  0550005326 | | | | | |
| 25352318 | EGR Housing Assembly | PC | 4896 | 1.80932 / 1.799551 | 8,858.43 / 8,810.60 |
| MTSC Order/Ln/Item:  36400-01  10  35607 | | | | | |
| Purchase Order:  0550015837 | | | | | |

*Paid – $16,422.5*
*diff – $90.93*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 16,513.50        Currency: USD          Total: 16,513.50

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024329 | 08/29/05 |

**B** C01000
**I**
**L**  DELPHI CHASSIS SYSTEM (D)
**L**  ACG/DISBURSEMENT CENTER
**T**  PO BOX 436040
**O**  PONTIAC, MI 48343
USA

**S** 01100-20
**H**
**I**  DELPHI ENERGY & CHASSIS SYS
**P**  DOCK 101
**T**  3100 NEEDMORE ROAD
**O**  DAYTON, OH 45414

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
|  | Net 30 days | CTII | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 18047957 | SPACER BOOSTER | PC | 1944 | 1.75115 | 3,404.24 |

*1.723251*

MTSC Order/Ln/Item:  01100-20   1   37348
Purchase Order:  0550023943

*PAID*
*$3,350.00*

*diff. -$54.2*

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 3,404.24          Currency: USD          Total: 3,404.24

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
| --- | --- |
| INVOICE / SID NO. | DATE |
| 00024330 | 08/29/05 |

| | |
| --- | --- |
| **B I L L   T O** | C36600<br><br>DELPHI AUTOMOTIVE SYS (COOP)<br>ACG DISBURSEMENT CENTER<br>PO BOX 436040<br>PONTIAC, MI 48343<br>USA | **S H I P   T O** | 36500-01<br><br>DELPHI AUTOMOTIVE SYS. (COOP)<br>COOPERSVILLE PLANT #3<br>999 RANDALL STREET<br>COOPERSVILLE, MI 49404<br>USA |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
| --- | --- | --- | --- | --- |
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
| --- | --- | --- | --- | --- | --- |
| 17121243 | SPACES(SS)W/GUIDE | PC | 1500 | 0.372<br>.3743 | 558.00 |
| MTSC Order/Ln/Item:  36500-01  1  13962 | | | | | |
| Purchase Order:  0550005325 | | | | | |
| Schedule Ref: 0000002 | | | 1500  PC | | |
| 17121242 | SPACES(SS)W/GUIDE | PC | 1500 | 0.372<br>.3743 | 558.00 |
| MTSC Order/Ln/Item:  36500-01  2  13961 | | | | | |
| Purchase Order:  0550005325 | | | | | |
| Schedule Ref: 0000008 | | | 1500  PC | | |

*.1028 vwr ea*

PAID
$1122.90
diff. ∠ 6.9c

| | | |
| --- | --- | --- |
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 1,116.00          Currency: USD          Total: 1,116.00

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024334 | 08/30/05 |

**B I L L  T O**

C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**S H I P  T O**

36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25355122 | PL/WASHER ASSEMBLY | PC | 9656 | 0.772 | 7,454.43 |

0.7778  7,510.2⁴

MTSC Order/Ln/Item:  36400-01 12  35640
Purchase Order:  0550036785

PAID
$7,510.24
diff. -∠55.81

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 7,454.43        Currency:  USD        Total: 7,454.43

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| **INVOICE / SID NO.** | **DATE** |
| 00024336 | 08/30/05 |

**B I L L   T O**
C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**S H I P   T O**
36400-02

DELPHI ENERGY & ENGINE
% METAL CLADDING INC(500 LEE
230 SOUTH NIAGARA STREET
LOCKPORT, NY 14094
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25317842 | BASE | PC | 6160 | 0.70308 | 4,330.97 |

4,192.9⁵ (handwritten)

MTSC Order/Ln/Item:  36400-02  9  22029
Purchase Order:  0550034151

*Paid - $4,192.93* (handwritten)
*Short pd $138.04* (handwritten)

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 4,330.97        Currency:  USD        Total: 4,330.97

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024338 | 08/30/05 |

**BILL TO**
C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**SHIP TO**
01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4   WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22172295 | PISTON ASSEMBLY | PC | 1536 | 0.47445 | 728.76 |

MTSC Order/Ln/Item:  01100-22  1  17924
Purchase Order:  0550048814

.47205

,000369 Var

| 22151652 | PISTON ASM. | PC | 1024 | 0.50451 | 516.62 |

MTSC Order/Ln/Item:  01100-22  5  21894
Purchase Order:  0550048814

.50203

,000249 Var

| 22152169 | PISTON ASM. | PC | 2560 | 0.53504 | 1,369.70 |

MTSC Order/Ln/Item:  01100-22 13  32000
Purchase Order:  0550054860

.531281

(.000834)Var

PAID
#2,600.56

Diff. #14.52

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 2,615.08      Currency: USD      Total: 2,615.08


SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
### SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024340 | 08/30/05 |

| | | | | |
|---|---|---|---|---|
| B I L L T O | C01600<br><br>DELPHI ENERGY & ENGINE (D/R)<br>ACG DISBURSEMENT CENTER<br>PO BOX 436040<br>PONTIAC, MI 48343<br>USA | S H I P T O | 01700-02<br><br>DELPHI E&C, 35021<br>C/O CINCINNATI DDC %PJAX<br>DELPHI E.SEC - JUAREZ<br>2789 EAST CRESCENTVILLE RD<br>WESTCHESTER, OH 45069<br>FINAL DEST ELPASO TX | |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 55 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 10475826 | SEC PLATE | PC | 2700 | 0.21931 | 592.14 |

.220788

MTSC Order/Ln/Item:   01700-02   9   12921
Purchase Order:   0550009631

.001478 var

# 596.13
overpay
< 3.99 >

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 592.14          Currency:  USD          Total: 592.14

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024344 | 08/30/05 |

```
B          c01105
I
L
L
T    DELPHI ENERGY AND CHASSIS
O    DIVISIONAL ACCOUNTS PAYABLE
     MC 480-405-350
     5820 DELPHI DRIVE
     TROY, MI 48098
     USA
```

```
S          01105-01
H
I
P
T    DELPHI ENERGY & CHASSIS SYS
O    2100 BURLINGGAME AVE S.W.
     GRAND RAPIDS, MI 49509
     USA
```

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | | CTII | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363420 | Sprocket | PC | 2560 | 3.67146 | 9,398.94 |
| | | | | 3.624809 | 9,279.5 |
| MTSC Order/Ln/Item:  01105-01  2  37324 | | | | | |
| Purchase Order:  0550051831 | | | | | |
| 25366925 | Cam Adapter Asm | PC | 3328 | 1.15894 | 3,856.95 |
| | | | | 1.151340 | 3,831.66 |
| MTSC Order/Ln/Item:  01105-01  3  37326 | | | | | |
| Purchase Order:  0550051832 | | | | | |
| 25369342 | Target Wheel | PC | 2080 | 2.25687 | 4,694.29 |
| | | | | 2.23760 | 4,652.4 |
| MTSC Order/Ln/Item:  01105-01  5  37760 | | | | | |
| Purchase Order:  550056229 | | | | | |

*Paid - $17,763.*
*short pd*
*$186.55*

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 17,950.18          Currency: USD          Total: 17,950.18



SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024346 | 08/30/05 |

B
I
L
L
T
O

C30800

DELPHI CHASSIS SYSTEMS NDH
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

S
H
I
P
T
O

30900-01

DELPHI CHASSIS SYSTEMS - NDH
2509 HAYES AVENUE
SANDUSKY, OH 44870
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 4640299 | RET./SENSOR RING | PC | 15000 | 0.23326 | 3,498.90 |

MTSC Order/Ln/Item:   30900-01   9   13975          .22869
Purchase Order:   0550005689

PAID
#3,430.35

DIFF. $68.55

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 3,498.90        Currency: USD          Total: 3,498.90

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024347 | 08/30/05 |

**B I L L T O**

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**S H I P T O**

01100-02

DELPHI CHASSIS DIVISION
DOCK 17
GATE 4 WOODMAN DRIVE
KETTERING, OH 45420
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | TLGR | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22166921 | CYLINDER END | PC | 9600 | 0.18135 | 1,740.96 |

.177889

MTSC Order/Ln/Item:  01100-02 75  19020
Purchase Order:  0550005992

003461 var

PAID
#1767.74
diff. $33.2

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 1,740.96          Currency: USD          Total: 1,740.96

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024350 | 08/30/05 |

**BILL TO**

C36600

DELPHI AUTOMOTIVE SYS (COOP)
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**SHIP TO**

36500-01

DELPHI AUTOMOTIVE SYS. (COOP)
COOPERSVILLE PLANT #3
999 RANDALL STREET
COOPERSVILLE, MI 49404
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 17121241 | SPACES(SS)W/GUIDE | PC | 1500 | 0.372 .3743 | 558.00 |

MTSC Order/Ln/Item:  36500-01  3  13960
Purchase Order:  0550005325

| | | | | | |
|---|---|---|---|---|---|
| 17121240 | SPACES(SS)W/GUIDE | PC | 1500 | 0.372 .3743 | 558.00 |

MTSC Order/Ln/Item:  36500-01  4  13959
Purchase Order:  0550005325
Schedule Ref: 0000002                   1500 PC

.0023 var

PAID
#1122.90
diff. <-6.90

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

| Non-Taxable: 1,116.00 | Currency: USD | Total: 1,116.00 |
|---|---|---|

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024358 | 08/31/05 |

| | |
|---|---|
| **B I L L T O** | C01600<br><br>DELPHI ENERGY & ENGINE (D/R)<br>ACG DISBURSEMENT CENTER<br>PO BOX 436040<br>PONTIAC, MI 48343<br>USA | **S H I P T O** | 01700-02<br><br>DELPHI E&C, 35021<br>C/O CINCINNATI DDC %PJAX<br>DELPHI E.SEC - JUAREZ<br>2789 EAST CRESCENTVILLE RD<br>WESTCHESTER, OH 45069<br>FINAL DEST ELPASO TX |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 55 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 10475826 | SEC PLATE | PC | 2700 | 0.21931 | 592.14 |

*,22078* (handwritten)

MTSC Order/Ln/Item:  01700-02   9   12921
Purchase Order:  0550009631

*,001478 var* (handwritten)

*#596.13* (handwritten)

*overpay <3.99> * (handwritten)

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 592.14          Currency: USD          Total: 592.14

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024361 | 08/30/05 |

B
I
L
L
T
O

C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

S
H
I
P
T
O

36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25325385 | SE. POLE PC | PC | 3360 | 0.82133 *0.813149* | 2,759.67 *2,732.18* |
| MTSC Order/Ln/Item: 36400-01  4  28756 | | | | | |
| Purchase Order:  0550005324 | | | | | |
| 25326871 | HOUSING ASM. | PC | 3780 | 2.98821 *2.97423* | 11,295.43 *11,242.5* |
| MTSC Order/Ln/Item: 36400-01  8  33901 | | | | | |
| Purchase Order:  0550005326 | | | | | |
| 25352318 | EGR Housing Assembly | PC | 2448 | 1.80932 *1.799551* | 4,429.22 *4,405.3* |
| MTSC Order/Ln/Item: 36400-01  10  35607 | | | | | |
| Purchase Order:  0550015837 | | | | | |

*Paid -$18,380.0*
*Short pd*
*$104.25*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 18,484.32     Currency: USD     Total: 18,484.32

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024365 | 08/31/05 |

**BILL TO**
C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**SHIP TO**
01100-02

DELPHI CHASSIS DIVISION
DOCK 17
GATE 4 WOODMAN DRIVE
KETTERING, OH 45420
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | TLGR | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22166922 | CYLINDER END | PC | 9600 | 0.18133    ,17788 | 1,740.77 |
| MTSC Order/Ln/Item:  01100-02 76   19002 | | | | | |
| Purchase Order:  0550005992 | | | | | |
| 22173712 | CYLINDER END | PC | 9600 | 0.18146   , 177939 | 1,742.02 |
| MTSC Order/Ln/Item:  01100-02 78   19013 | | | | | |
| Purchase Order:  0550005992 | | | | | |
| 3182235 | ORIFICE PLT S | PC | 6000 | 0.0733   ,0733 | 439.80   OK |
| MTSC Order/Ln/Item:  01100-02105   00711 | | | | | |
| Purchase Order:  0550006012 | | | | | |
| 3186667 | ORIFICE PLT S | PC | 18000 | 0.0733   ,0733 | 1,319.40   OK |
| MTSC Order/Ln/Item:  01100-02106   00726 | | | | | |
| Purchase Order:  0550006012 | | | | | |

PAID
#5,175.07

diff #66.92

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 5,241.99          Currency: USD          Total: 5,241.99

SHORTAGES OR DAMAGES MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024367 | 08/31/05 |

**B I L L   T O**   c01105

DELPHI ENERGY AND CHASSIS
DIVISIONAL ACCOUNTS PAYABLE
MC 480-405-350
5820 DELPHI DRIVE
TROY, MI 48098
USA

**S H I P   T O**   01105-01

DELPHI ENERGY & CHASSIS SYS
2100 BURLINGGAME AVE S.W.
GRAND RAPIDS, MI 49509
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | | CTII | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363420 | Sprocket | PC | 3200 | 3.67146 | 11,748.67 |
| MTSC Order/Ln/Item:   01105-01   2  .37324 | | | | 3.624809 | 11,599.3 |
| Purchase Order:   0550051831 | | | | | |
| 25370379 | Target Wheel | PC | 1040 | 2.25663 | 2,346.90 |
| MTSC Order/Ln/Item:   01105-01   7  37764 | | | | 2.236654 | 2,326.12 |
| Purchase Order:   0550056229 | | | | | |

*Paid $13,925,5*
*short pd*
*$170.06*

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 14,095.57        Currency: USD        Total: 14,095.57

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024370 | 08/31/05 |

```
B          C01000
I
L     DELPHI CHASSIS SYSTEM (D)
L     ACG/DISBURSEMENT CENTER
T     PO BOX 436040
O     PONTIAC, MI 48343
      USA
```

```
S          01100-22
H
I     DELPHI CHASSIS SYSTEMS
P     PLANT 17
T     GATE 4   WOODMAN DRIVE
O     KETTERING, OH 45401
```

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | adcom | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22172295 | PISTON ASSEMBLY | PC | 9216 | 0.47445 | 4,372.53 |
| MTSC Order/Ln/Item:  01100-22  1  17924 | | | | *.472049* | |
| Purchase Order:  0550048814 | | | | | |
| 22186316 | PISTON ASM. | PC | 2048 | 0.503 | 1,030.14 |
| MTSC Order/Ln/Item:  01100-22  10  28722 | | | | *.50562* | |
| Purchase Order:  0550048814 | | | | | |

*PAID*
*#5,385.92*
*di.₩ $16.7*

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 5,402.67        Currency: USD        Total: 5,402.67

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024372 | 08/31/05 |

**BILL TO**
C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**SHIP TO**
01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4    WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22174473 | PISTON ASM. | PC | 3072 | 0.47448 | 1,457.60 |
| MTSC Order/Ln/Item:  01100-22   2  19000 | | | | | |
| Purchase Order:  0550048814 | | | | | |
| 22151652 | PISTON ASM. | PC | 1024 | 0.50451 | 516.62 |
| MTSC Order/Ln/Item:  01100-22   5  21894 | | | | | |
| Purchase Order:  0550048814 | | | | | |

*handwritten: .47207 / .00241 var*

*handwritten: .50208 / .00243 var*

*handwritten: PAID # 1964.33 diff #9.89*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 1,974.22        Currency: USD        Total: 1,974.22

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024385 | 09/01/05 |

B
I
L
L

T
O

C01600

DELPHI ENERGY & ENGINE (D/R)
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

S
H
I
P

T
O

01700-02

DELPHI E&C, 35021
C/O CINCINNATI DDC %PJAX
DELPHI E.SEC - JUAREZ
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069
FINAL DEST ELPASO TX

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 55 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 10475826 | SEC PLATE | PC | 2700 | 0.21931 | 592.14 |

.220788

MTSC Order/Ln/Item:  01700-02   9   12921
Purchase Order:  0550009631

.001478 *var*

PD
#596.13

overpay
∠-3.99

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 592.14          Currency: USD          Total: 592.14

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
### SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024386 | 09/01/05 |

**BILL TO**
C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**SHIP TO**
36400-02

DELPHI ENERGY & ENGINE
% METAL CLADDING INC(500 LEE
230 SOUTH NIAGARA STREET
LOCKPORT, NY 14094
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25317842 | BASE | PC | 3080 | 0.70308 | 2,165.49 |

.6806<sup>68</sup> *(handwritten)* — .680668

MTSC Order/Ln/Item:  36400-02  9  22029
Purchase Order:  0550034151

*(handwritten)* .022412 var

*(handwritten)* PAID
# 2096.46
DIFF. $69.03

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 2,165.49        Currency: USD        Total: 2,165.49

SHORTAGE OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024389 | 09/01/05 |

**BILL TO**
C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**SHIP TO**
36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25337418 | BASE | PC | 3080 | 1.27609 | 3,930.36 |
| MTSC Order/Ln/Item: 36400-01 7 32077 | | | | 1.25367 | 3,861.3 |
| Purchase Order: 0550005324 | | | | | |
| 17106712 | RETAINER EGR VLV | PC | 16000 | 0.04649 | 743.84 |
| MTSC Order/Ln/Item: 36400-01 9 01000 | | | | | |
| Purchase Order: 0550005324 | | | | | |
| 25355037 | Primary Pole | PC | 4828 | 0.62468 | 3,015.96 |
| MTSC Order/Ln/Item: 36400-01 11 36885 | | | | 0.61792 | 2,983.3 |
| Purchase Order: 0550016133 | | | | | |

PAID
#7,588.49
diff
#101.67

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 7,690.16          Currency: USD          Total: 7,690.16

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| I N V O I C E | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024390 | 08/31/05 |

BILL TO:
```
        C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA
```

SHIP TO:
```
        36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA
```

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25325385 ✓ | SE. POLE PC | PC | 3360 | 0.82133  *0.81349* | 2,759.67  *2,732.18* |
| MTSC Order/Ln/Item: 36400-01  4  28756 | | | | | |
| Purchase Order: 0550005324 | | | | | |
| 25326871 ✓ | HOUSING ASM. | PC | 2520 | 2.98821  *2.97423* | 7,530.29  *7,495.06* |
| MTSC Order/Ln/Item: 36400-01  8  33901 | | | | | |
| Purchase Order: 0550005326 | | | | | |
| 25352318 ✓ | EGR Housing Assembly | PC | 2448 | 1.80932  *1.79955l* | 4,429.22  *4,405.3c* |
| MTSC Order/Ln/Item: 36400-01 10  35607 | | | | | |
| Purchase Order: 0550015837 | | | | | |

*Paid - $14,632.54*
*diff - $86.64*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 14,719.18        Currency: USD        Total: 14,719.18

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024399 | 09/01/05 |

| | |
|---|---|
| **B I L L T O** | C01000<br><br>DELPHI CHASSIS SYSTEM (D)<br>ACG/DISBURSEMENT CENTER<br>PO BOX 436040<br>PONTIAC, MI 48343<br>USA | **S H I P T O** | 01100-22<br><br>DELPHI CHASSIS SYSTEMS<br>PLANT 17<br>GATE 4   WOODMAN DRIVE<br>KETTERING, OH 45401 |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | Adcom | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22174544 | PISTON ASM. | PC | 1536 | 0.47448 | 728.80 |

MTSC Order/Ln/Item:   01100-22   4   21893
Purchase Order:   0550048814

, 47207

_ .00241   vwr

PD
$725.10

balance due
$3.70

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 728.80          Currency: USD          Total: 728.80

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024400 | 09/01/05 |

**BILL TO**

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**SHIP TO**

01100-02

DELPHI CHASSIS DIVISION
DOCK 17
GATE 4 WOODMAN DRIVE
KETTERING, OH 45420
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | tlgr | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22166921 | CYLINDER END | PC | 19200 | 0.18135  .17789 | 3,481.92 |
| MTSC Order/Ln/Item: 01100-02 75  19020 | | | | | |
| Purchase Order: 0550005992 | | | | | |
| 22166922 | CYLINDER END | PC | 9600 | 0.18133  .17788 | 1,740.77 |
| MTSC Order/Ln/Item: 01100-02 76  19002 | | | | | |
| Purchase Order: 0550005992 | | | | | |

PAID
$5,123.14

DIFF $99.55

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 5,222.69          Currency: USD          Total: 5,222.69

SHORTAGE OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
### SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024401 | 09/01/05 |

**B I L L T O**
C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**S H I P T O**
01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4   WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22172295 | PISTON ASSEMBLY | PC | 6656 | 0.47445 ,472049 | 3,157.94 |
| MTSC Order/Ln/Item: 01100-22  1  17924 | | | | | |
| Purchase Order: 0550048814 | | | | | |
| 22174473 | PISTON ASM. | PC | 3072 | 0.47448 ,47207 | 1,457.60 |
| MTSC Order/Ln/Item: 01100-22  2  19000 | | | | | |
| Purchase Order: 0550048814 | | | | | |
| 22152169 | PISTON ASM. | PC | 2560 | 0.53504 ,531781 | 1,369.70 |
| MTSC Order/Ln/Item: 01100-22  13  32000 | | | | | |
| Purchase Order: 0550054860 | | | | | |

*PAID*
*$5,953.52*
*Diff $31.72*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 5,985.24         Currency: USD         Total: 5,985.24



SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| **INVOICE / SID NO.** | **DATE** |
| 00024402 | 09/01/05 |

**BILL TO**
c01105

DELPHI ENERGY AND CHASSIS
DIVISIONAL ACCOUNTS PAYABLE
MC 480-405-350
5820 DELPHI DRIVE
TROY, MI 48098
USA

**SHIP TO**
01105-01

DELPHI ENERGY & CHASSIS SYS
2100 BURLINGGAME AVE S.W.
GRAND RAPIDS, MI 49509
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | | CTII | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363420 | Sprocket | PC | 1920 | 3.67146 | 7,049.20 |
| MTSC Order/Ln/Item:  01105-01  2  37324 Purchase Order:  0550051831 | | | | *3.624813* | *6959.64* |
| 25366925 | Cam Adapter Asm | PC | 3328 | 1.15894 | 3,856.95 |
| MTSC Order/Ln/Item:  01105-01  3  37326 Purchase Order:  0550051832 | | | | *1.151340* | *3,831.6* |
| 25370379 | Target Wheel | PC | 1040 | 2.25663 | 2,346.90 |
| MTSC Order/Ln/Item:  01105-01  7  37764 Purchase Order:  0550056229 | | | | *2.236654* | *2,326.16* |

*Paid - $13,117.4*

*Short pd*
*$135.63*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 13,253.05        Currency: USD        Total: 13,253.05

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024405 | 09/01/05 |

B I L L   T O
C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

S H I P   T O
01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4   WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | Adcom | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22174544 | PISTON ASM. | PC | 3584 | 0.47448 | 1,700.54 |
| MTSC Order/Ln/Item: 01100-22 4 21893 | | | | | |
| Purchase Order: 0550048814 | | | | | |
| 22186316 | PISTON ASM. | PC | 512 | 0.503 | 257.54 |
| MTSC Order/Ln/Item: 01100-22 10 28722 | | | | | |
| Purchase Order: 0550048814 | | | | | |

*(handwritten: ,47207 — ,00241 var)*

*(handwritten: ,505625 — ,002625 var)*

*(handwritten: diff. 7.30)*

*(handwritten: PAID #1950.78)*

| | | |
|---|---|---|
| Charge 1 : | | 0.00 |
| Charge 2 : | | 0.00 |
| Charge 3 : | | 0.00 |
| Total: | | |

Non-Taxable: 1,958.08     Currency: USD     Total: 1,958.08

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| **INVOICE / SID NO.** | **DATE** |
| 00024406 | 09/01/05 |

**BILL TO:**
C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**SHIP TO:**
01100-16

DELPHI CHASSIS SYSTEMS
PLANT 14
GATE 4 WOODMAN DRIVE
KETTERING, OH 45401
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | tlgr | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22174111 | ROD GUIDE | PC | 10560 | 0.26671 | 2,816.46 |
| | | | | *0.26507* | *2799.14* |
| MTSC Order/Ln/Item:  01100-16  1  18272 | | | | | |
| Purchase Order:  0550006001 | | | | | |
| 22173644 | ROD GUIDE | PC | 39600 | 0.21536 | 8,528.26 |
| | | | | *0.21387* | *8469.25* |
| MTSC Order/Ln/Item:  01100-16  5  19052 | | | | | |
| Purchase Order:  0550006001 | | | | | |

*PD - $11,268.39*
*Diff*
*$76.33*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 11,344.72        Currency: USD        Total: 11,344.72

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVE LY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024410 | 09/01/05 |

B I L L T O

C30800

DELPHI CHASSIS SYSTEMS NDH
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

S H I P T O

30900-01

DELPHI CHASSIS SYSTEMS - NDH
2509 HAYES AVENUE
SANDUSKY, OH 44870
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 4640305 | RET/SNS RING | PC | 18000 | 0.39337 _0.38677_ | 7,080.66 _6961.86_ |
| MTSC Order/Ln/Item:  30900-01   5   16483 | | | | | |
| Purchase Order:  0550005689 | | | | | |
| 12424371 | SENSOR RING | PC | 18480 | 0.23115 | 4,271.65 _4,271.65_ |
| MTSC Order/Ln/Item:  30900-01   14   37827 | | | | | |
| Purchase Order:  0550057784 | | | | | |

*PO # 11,233.51*
*short pd*
*#118.80*

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 11,352.31        Currency: USD        Total: 11,352.31

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

Remit To:

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024412 | 09/01/05 |

**BILL TO**
C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**SHIP TO**
36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25325385 | SE. POLE PC | PC | 1680 | 0.82133  *0.81349* | 1,379.83  *1,366.09* |
| MTSC Order/Ln/Item:  36400-01   4   28756 Purchase Order:  0550005324 | | | | | |
| 25326871 | HOUSING ASM. | PC | 2940 | 2.98821  *2.97423* | 8,785.34  *8,744.21* |
| MTSC Order/Ln/Item:  36400-01   8   33901 Purchase Order:  0550005326 | | | | | |
| 25352318 | EGR Housing Assembly | PC | 4896 | 1.80932  *1.79955* | 8,858.43  *8,810.6* |
| MTSC Order/Ln/Item:  36400-01  10   35607 Purchase Order:  0550015837 | | | | | |

*Paid - $18,920.93
short pd
$102.67*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 19,023.60          Currency: USD          Total: 19,023.60

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
| --- | --- |
| INVOICE / SID NO. | DATE |
| 00024416 | 09/02/05 |

**BILL TO**

C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**SHIP TO**

36400-02

DELPHI ENERGY & ENGINE
℅ METAL CLADDING INC(500 LEE
230 SOUTH NIAGARA STREET
LOCKPORT, NY 14094
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
| --- | --- | --- | --- | --- |
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
| --- | --- | --- | --- | --- | --- |
| 25317842 | BASE | PC | 6160 | 0.70308 | 4,330.97 |

*0.68067   4,192.9* (handwritten)

MTSC Order/Ln/Item:  36400-02   9   22029
Purchase Order:  0550034151

*Paid  #4,192.9*
*shod pd*
*# 138.04* (handwritten)

| | | |
| --- | --- | --- |
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 4,330.97      Currency:  USD      Total: 4,330.97

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024421 | 09/02/05 |

| B I L L  T O | C01000 |
|---|---|
| | DELPHI CHASSIS SYSTEM (D)<br>ACG/DISBURSEMENT CENTER<br>PO BOX 436040<br>PONTIAC, MI 48343<br>USA |

| S H I P  T O | 01100-22 |
|---|---|
| | DELPHI CHASSIS SYSTEMS<br>PLANT 17<br>GATE 4    WOODMAN DRIVE<br>KETTERING, OH 45401 |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22172295 | PISTON ASSEMBLY | PC | 2560 | 0.47445 | 1,214.59 |
| | | | | .47205 | |
| MTSC Order/Ln/Item:  01100-22  1  17924 | | | | .0024 var | |
| Purchase Order:  0550048814 | | | | | |
| 22174544 | PISTON ASM. | PC | 512 | 0.47448 | 242.93 |
| | | | | .47207 | |
| MTSC Order/Ln/Item:  01100-22  4  21893 | | | | .00241 var | |
| Purchase Order:  0550048814 | | | | | |
| 22186316 | PISTON ASM. | PC | 1536 | 0.503 | 772.61 |
| | | | | .505618 | |
| MTSC Order/Ln/Item:  01100-22 10  28722 | | | | .002618 var | |
| Purchase Order:  0550048814 | | | | | |

PAID
# 2,226.78

diff.# 3.35

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 2,230.13        Currency: USD        Total: 2,230.13

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024422 | 09/02/05 |

```
B            C01000
I
L    DELPHI CHASSIS SYSTEM (D)
L    ACG/DISBURSEMENT CENTER
T    PO BOX 436040
O    PONTIAC, MI 48343
     USA
```

```
S            01100-22
H
I    DELPHI CHASSIS SYSTEMS
P    PLANT 17
T    GATE 4    WOODMAN DRIVE
O    KETTERING, OH 45401
```

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22174473 ✓ | PISTON ASM. | PC | 4096 | 0.47448 | 1,943.47 |
| | | | | *0.47207* | *1933.6* |
| MTSC Order/Ln/Item:  01100-22  2  19000 | | | | | |
| Purchase Order:  0550048814 | | | | | |
| 22151655 | PISTON ASM. | PC | 1536 | 0.36149 | 555.25 |
| | | | | *0.35912* | *551.61* |
| MTSC Order/Ln/Item:  01100-22  6  21899 | | | | | |
| Purchase Order:  0550048814 | | | | | |
| 22174079 ✓ | PISTON ASM. | PC | 2048 | 0.589 | 1,206.27 |
| | | | | *0.592* | *1212.66* |
| MTSC Order/Ln/Item:  01100-22  11  32012 | | | | | |
| Purchase Order:  0550048814 | | | | | |
| 22152169 ✓ | PISTON ASM. | PC | 2560 | 0.53504 | 1,369.70 |
| | | | | *0.53178* | *1361.36* |
| MTSC Order/Ln/Item:  01100-22  13  32000 | | | | | |
| Purchase Order:  0550054860 | | | | | |
| 22151653 ✓ | PISTON ASM. | PC | 2560 | 0.79408 | 2,032.84 |
| | | | | *0.79166* | *2026.6* |
| MTSC Order/Ln/Item:  01100-22  14  15864 | | | | | |
| Purchase Order:  0550048814 | | | | | |

*PAID - $7,085.88*

*DIFF $21.65*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 7,107.53       Currency: USD       Total: 7,107.53

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024424 | 09/02/05 |

| B I L L T O | c01105 | S H I P T O | 01105-01 |
|---|---|---|---|
| | DELPHI ENERGY AND CHASSIS<br>DIVISIONAL ACCOUNTS PAYABLE<br>MC 480-405-350<br>5820 DELPHI DRIVE<br>TROY, MI 48098<br>USA | | DELPHI ENERGY & CHASSIS SYS<br>2100 BURLINGGAME AVE S.W.<br>GRAND RAPIDS, MI 49509<br>USA |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | | CTII | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25366925 | Cam Adapter Asm | PC | 3328 | 1.15894 | 3,856.95 |
| MTSC Order/Ln/Item:  01105-01   3   37326 | | | | *1.1539* | |
| Purchase Order:  0550051832 | | | | | |
| 25359909 | L-6 Target Wheel | PC | 1080 | 2.23441 | 2,413.16 |
| MTSC Order/Ln/Item:  01105-01   8   37777 | | | | *2.204731* | |
| Purchase Order:  550062419 | | | | | |

*PAID*
*# 6,212.77*
*DIFF*
*# 57.34*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 6,270.11        Currency: USD        Total: 6,270.11

SHORTAGE OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024425 | 09/02/05 |

BILL TO:

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

SHIP TO:

01100-02

DELPHI CHASSIS DIVISION
DOCK 17
GATE 4 WOODMAN DRIVE
KETTERING, OH 45420
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | TLGR | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22166922 | CYLINDER END | PC | 19200 | 0.18133   0.17788 | 3,481.54   3,415.30 |
| MTSC Order/Ln/Item:  01100-02 76   19002 | | | | | |
| Purchase Order:  0550005992 | | | | | |
| 22177651 | ROD GUIDE | PC | 10800 | 0.40608   0.40481 | 4,385.66   4371.95 |
| MTSC Order/Ln/Item:  01100-02 79   21997 | | | | | |
| Purchase Order:  0550005997 | | | | | |
| 22050279 | ROD GUIDE | PC | 5925 | 0.16864 | 999.19   999.19 |
| MTSC Order/Ln/Item:  01100-02 80   00504 | | | | | |
| Purchase Order:  0550006007 | | | | | |
| 22120446 | ROD GUIDE | PC | 2550 | 1.04634 | 2,668.17   2,668.15 |
| MTSC Order/Ln/Item:  01100-02 81   01008 | | | | | |
| Purchase Order:  0550006023 | | | | | |

PAID
$11,454.61
Diff $79.95

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 11,534.56        Currency: USD        Total: 11,534.56

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024428 | 09/02/05 |

**B I L L   T O**

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**S H I P   T O**

01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4   WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | Adcom | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22172295 | PISTON ASSEMBLY | PC | 5120 | 0.47445  .47205 | 2,429.18 |
| MTSC Order/Ln/Item: 01100-22  1  17924 | | | | | |
| Purchase Order: 0550048814 | | | | | |
| 22186316 | PISTON ASM. | PC | 5632 | 0.503  .505619 | 2,832.90 |
| MTSC Order/Ln/Item: 01100-22 10  28722 | | | | | |
| Purchase Order: 0550048814 | | | | | |

*PAID*
*#5,264.55*

*diff. <2.47>*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 5,262.08          Currency: USD          Total: 5,262.08

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne
## SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024436 | 09/02/05 |

**BILL TO**
C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**SHIP TO**
01100-08

DELPHI E&C 34065
%CINCINNATI DDC %PJAX
DELPHI C PLANT 58/CHIHUAHUA
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069
FINAL DEST MEXICO

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363745 | Sec Plate | PC | 7200 | 0.2514 | 1,810.08 |

MTSC Order/Ln/Item:  01100-08  12   37382
Purchase Order:  0550037103

*.24959* (handwritten)

*.001810 var* (handwritten)

*PAID* (handwritten)
*#1797.05* (handwritten)
*diff.* (handwritten)
*.$13.03* (handwritten)

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 1,810.08          Currency: USD          Total: 1,810.08


SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024437 | 09/02/05 |

**B I L L  T O**

C01600

DELPHI ENERGY & ENGINE (D/R)
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**S H I P  T O**

01700-02

DELPHI E&C, 35021
C/O CINCINNATI DDC %PJAX
DELPHI E.SEC - JUAREZ
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069
FINAL DEST ELPASO TX

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 55 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 10475826 | SEC PLATE | PC | 5400 | 0.21931 .22079 | 1,184.27 |

MTSC Order/Ln/Item:  01700-02   9   12921
Purchase Order:  0550009631

.00148 var

PAID
#1192.27
diff. <-8.00

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 1,184.27          Currency: USD          Total: 1,184.27

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024439 | 09/02/05 |

**B I L L T O**
C30800

DELPHI CHASSIS SYSTEMS NDH
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**S H I P T O**
30900-01

DELPHI CHASSIS SYSTEMS - NDH
2509 HAYES AVENUE
SANDUSKY, OH 44870
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 4640303 | RET./SENSOR RING | PC | 15000 | 0.21489 | 3,223.35 |

MTSC Order/Ln/Item:  30900-01  6  15887           .21015
Purchase Order:  0550005689

REV LEVEL D

PAID
$3,152.25
Diff $71.10

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 3,223.35          Currency: USD          Total: 3,223.35



SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024441 | 09/02/05 |

**BILL TO**

C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**SHIP TO**

36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| . | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25325385 | SE. POLE PC | PC | 3360 | 0.82133 | 2,759.67 |
| | | | | 0.81349 | 2,732.18 |
| MTSC Order/Ln/Item: 36400-01 4 28756 | | | | | |
| Purchase Order: 0550005324 | | | | | |
| 25326871 | HOUSING ASM. | PC | 3360 | 2.98821 | 10,040.39 |
| | | | | 2.9742 | 9,993.41 |
| MTSC Order/Ln/Item: 36400-01 8 33901 | | | | | |
| Purchase Order: 0550005326 | | | | | |
| 25352318 | EGR Housing Assembly | PC | 4896 | 1.80932 | 8,858.43 |
| | | | | 1.79955 | 8,810.61 |
| MTSC Order/Ln/Item: 36400-01 10 35607 | | | | | |
| Purchase Order: 0550015837 | | | | | |

Paid -$21,536.19
diff -$122.30

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 21,658.49        Currency: USD        Total: 21,658.49

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024443 | 09/02/05 |

BILL TO
C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

SHIP TO
36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25355037 | Primary Pole | PC | 4828 | 0.62468 | 3,015.96 |

.61792

(.003264)var

MTSC Order/Ln/Item:  36400-01 11   36885
Purchase Order:  0550016133

PAID
#2,983.32
Diff. #32.64

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 3,015.96          Currency: USD          Total: 3,015.96

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024446 | 09/02/05 |

**B I L L T O**  C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**S H I P T O**  36400-02

DELPHI ENERGY & ENGINE
℅ METAL CLADDING INC(500 LEE
230 SOUTH NIAGARA STREET
LOCKPORT, NY 14094
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25317844 | BASE | PC | 3080 | 1.09989 | 3,387.66 |

MTSC Order/Ln/Item:  36400-02 10  22031
Purchase Order:  0550034151

1.077691

PAID
#3,319.29

DIFF. $68.37

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 3,387.66       Currency: USD       Total: 3,387.66

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| **INVOICE / SID NO.** | **DATE** |
| 00024450 | 09/06/05 |

**B I L L   T O**   c01105

DELPHI ENERGY AND CHASSIS
DIVISIONAL ACCOUNTS PAYABLE
MC 480-405-350
5820 DELPHI DRIVE
TROY, MI 48098
USA

**S H I P   T O**   01105-01

DELPHI ENERGY & CHASSIS SYS
2100 BURLINGGAME AVE S.W.
GRAND RAPIDS, MI 49509
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | | CTII | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25366925 | Cam Adapter Asm | PC | 6656 | 1.15894 | 7,713.90 |
| | | | | 1.15134 | 7663.32 |
| MTSC Order/Ln/Item: 01105-01   3   37326 | | | | | |
| Purchase Order: 0550051832 | | | | | |
| 25369342 | Target Wheel | PC | 2080 | 2.25687 | 4,694.29 |
| | | | | 2.2367 | 4652.41 |
| MTSC Order/Ln/Item: 01105-01   5   37760 | | | | | |
| Purchase Order: 550056229 | | | | | |

Paid - $12,315.78
diff - $92.41

| Charge 1 | : | 0.00 |
|---|---|---|
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 12,408.19        Currency: USD        Total: 12,408.19

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE |  |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024452 | 09/06/05 |

B
I   C01000
L
L   DELPHI CHASSIS SYSTEM (D)
T   ACG/DISBURSEMENT CENTER
O   PO BOX 436040
    PONTIAC, MI 48343
    USA

S   01100-02
H
I   DELPHI CHASSIS DIVISION
P   DOCK 17
T   GATE 4 WOODMAN DRIVE
O   KETTERING, OH 45420
    USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
|  | Net 30 days | TLGR | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22166922 ✓ | CYLINDER END | PC | 38400 | 0.18133  *0.17788* | 6,963.07  *6,830.5* |
| MTSC Order/Ln/Item:  01100-02 76  19002 |  |  |  |  |  |
| Purchase Order:  0550005992 |  |  |  |  |  |
| 22054732 | ROD GUIDE | PC | 1800 | 0.33065  *0.32918* | 595.17  *592.5* |
| MTSC Order/Ln/Item:  01100-02 86  00517 |  |  |  |  |  |
| Purchase Order:  0550006023 |  |  |  |  |  |
| 22123627 | ROD GUIDE | PC | 1320 | 0.46787  *0.46787* | 617.59  *617.59* |
| MTSC Order/Ln/Item:  01100-02 88  04288 |  |  |  |  |  |
| Purchase Order:  0550006023 |  |  |  |  |  |

*PAID*
*# 8,040.72*
*Diff - $135.11*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 8,175.83        Currency: USD        Total: 8,175.83

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024453 | 09/07/05 |

**BILL TO**
C30800

DELPHI CHASSIS SYSTEMS NDH
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**SHIP TO**
30900-01

DELPHI CHASSIS SYSTEMS - NDH
2509 HAYES AVENUE
SANDUSKY, OH 44870
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER / RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 4640299 | RET./SENSOR RING | PC | 15000 | 0.23326 | 3,498.90 |

,22869

MTSC Order/Ln/Item:  30900-01   9   13975
Purchase Order:  0550005689

PAID
$3,430.35
diff $68.55

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 3,498.90         Currency: USD         Total: 3,498.90


SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

**metaldyne**

SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024454 | 09/06/05 |

| | |
|---|---|
| **B I L L**<br>**T O** | C01600<br><br>DELPHI ENERGY & ENGINE (D/R)<br>ACG DISBURSEMENT CENTER<br>PO BOX 436040<br>PONTIAC, MI 48343<br>USA |
| **S H I P**<br>**T O** | 01700-02<br><br>DELPHI E&C, 35021<br>C/O CINCINNATI DDC %PJAX<br>DELPHI E.SEC - JUAREZ<br>2789 EAST CRESCENTVILLE RD<br>WESTCHESTER, OH 45069<br>FINAL DEST ELPASO TX |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 55 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 10475826 | SEC PLATE | PC | 2700 | 0.21931 | 592.14 |

*.220788*

MTSC Order/Ln/Item:  01700-02   9   12921
Purchase Order:  0550009631

*.001478 var*

*PD*
*#596.13*
*overpay (-3.99)*

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 592.14        Currency: USD        Total: 592.14

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024455 | 09/06/05 |

**B I L L  T O**
C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**S H I P  T O**
01100-08

DELPHI E&C 34065
%CINCINNATI DDC %PJAX
DELPHI C PLANT 58/CHIHUAHUA
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069
FINAL DEST MEXICO

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER / RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363745 | Sec Plate | PC | 3600 | 0.2514 | 905.04 |

MTSC Order/Ln/Item:  01100-08 12  37382          .249588
Purchase Order:  0550037103

.601812 var

PAID
#898.52
Diff. 6.52

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

---

Non-Taxable: 905.04          Currency: USD          Total: 905.04

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024458 | 09/06/05 |

BILL TO:

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

SHIP TO:

01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4   WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | Adcom | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22186316 | PISTON ASM. | PC | 3584 | 0.503 | 1,802.75 |

.5036 19

MTSC Order/Ln/Item:  01100-22 10   28722
Purchase Order:  0550048814

.002619 var

PAID
#1812.14
diff.(9.39)

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 1,802.75          Currency:  USD          Total: 1,802.75

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024459 | 09/06/05 |

| | |
|---|---|
| **B I L L T O** | C01000<br><br>DELPHI CHASSIS SYSTEM (D)<br>ACG/DISBURSEMENT CENTER<br>PO BOX 436040<br>PONTIAC, MI 48343<br>USA |
| **S H I P T O** | 01100-22<br><br>DELPHI CHASSIS SYSTEMS<br>PLANT 17<br>GATE 4   WOODMAN DRIVE<br>KETTERING, OH 45401 |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22172295 ✓ | PISTON ASSEMBLY | PC | 6144 | 0.47445  *.47205* | 2,915.02 |
| MTSC Order/Ln/Item:  01100-22   1   17924 | | | | | |
| Purchase Order:  0550048814 | | | | | |
| 22151652 ✓ | PISTON ASM. | PC | 1536 | 0.50451  *.502076* | 774.93 |
| MTSC Order/Ln/Item:  01100-22   5   21894 | | | | | |
| Purchase Order:  0550048814 | | | | | |
| 22186316 ✓ | PISTON ASM. | PC | 3072 | 0.503  *.505618* | 1,545.22 |
| MTSC Order/Ln/Item:  01100-22  10   28722 | | | | | |
| Purchase Order:  0550048814 | | | | | |
| 22152169 ✓ | PISTON ASM. | PC | 1536 | 0.53504  *.531777* | 821.82 |
| MTSC Order/Ln/Item:  01100-22  13   32000 | | | | | |
| Purchase Order:  0550054860 | | | | | |

*PAID
#6041.54
Diff $15.4⁵*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 6,056.99          Currency: USD          Total: 6,056.99

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024463 | 09/06/05 |

**BILL TO**

C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**SHIP TO**

36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25325385 | SE. POLE PC | PC | 1680 | 0.82133 | 1,379.83 |
| MTSC Order/Ln/Item: 36400-01  4  28756 | | | | .813148 | tot |
| Purchase Order: 0550005324 | | | | | (13.74 val |
| 25326871 | HOUSING ASM. | PC | 5040 | 2.98821 | 15,060.58 |
| MTSC Order/Ln/Item: 36400-01  8  33901 | | | Pd for 6720 pcs | 2.97423 | $4,926.25 diff |
| Purchase Order: 0550005326 | | | | | |
| 25352318 | EGR Housing Assembly | PC | 7344 | 1.80932 | 13,287.65 |
| MTSC Order/Ln/Item: 36400-01 10  35607 | | | Pd for 12240 pcs | 1.79954 | 8,738.84 diff |
| Purchase Order: 0550015837 | | | | | |

Paid - $43,379.41
diff - < -13,651.35>

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 29,728.06          Currency: USD          Total: 29,728.06



SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024480 | 09/07/05 |

**B I L L T O**

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**S H I P T O**

01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4   WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22172295 | PISTON ASSEMBLY | PC | 5632 | 0.47445 | 2,672.10 |
| MTSC Order/Ln/Item:  01100-22  1  17924 | | | | 0.472051 | 2658.5 |
| Purchase Order:  0550048814 | | | | | |
| 22174473 | PISTON ASM. | PC | 2048 | 0.47448 | 971.74 |
| MTSC Order/Ln/Item:  01100-22  2  19000 | | | | 0.472070 | 966.80 |
| Purchase Order:  0550048814 | | | | | |
| 22186316 | PISTON ASM. | PC | 4096 | 0.503 | 2,060.29 |
| MTSC Order/Ln/Item:  01100-22  10  28722 | | | | 0.50562 | 2071.02 |
| Purchase Order:  0550048814 | | | | | |
| 22152169 | PISTON ASM. | PC | 2560 | 0.53504 | 1,369.70 |
| MTSC Order/Ln/Item:  01100-22  13  32000 | | | | 0.531781 | 1361.31 |
| Purchase Order:  0550054860 | | | | | |
| 22151653 | PISTON ASM. | PC | 1024 | 0.79408 | 813.14 |
| MTSC Order/Ln/Item:  01100-22  14  15864 | | | | 0.791660 | 810.66 |
| Purchase Order:  0550048814 | | | | | |

PAID
7,868.43
diff. $18.54

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

---

Non-Taxable: 7,886.97          Currency: USD          Total: 7,886.97

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY. POSITIVELY, NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
### SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024485 | 09/07/05 |

**BILL TO**

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**SHIP TO**

01100-02

DELPHI CHASSIS DIVISION
DOCK 17
GATE 4 WOODMAN DRIVE
KETTERING, OH 45420
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | TLGR | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22050279 | ROD GUIDE | PC | 14350 | 0.16864 | 2,419.98 |
| MTSC Order/Ln/Item: 01100-02 80 00504 Purchase Order: 0550006007 | | | | 0.16864 | 2,419.98 |
| 22067989 | CYLINDER END | PC | 1360 | 0.38285 | 520.68 |
| MTSC Order/Ln/Item: 01100-02 83 00525 Purchase Order: 0550005989 | | | | 0.38374 | 521.89 |
| 22054732 | ROD GUIDE | PC | 1500 | 0.33065 | 495.98 |
| MTSC Order/Ln/Item: 01100-02 86 00517 Purchase Order: 0550006023 | | | | 0.32919 | 493.79 |
| 22186263 | CYLINDER END | PC | 16200 | 0.21422 | 3,470.36 |
| MTSC Order/Ln/Item: 01100-02100 28727 Purchase Order: 0550006021 | | | | 0.21083 | 3,415.0 |
| 22151996 | PISTON PLATE | PC | 1500 | 0.3136 | 470.40 |
| MTSC Order/Ln/Item: 01100-02101 13535 Purchase Order: 0550005980 | | | | 0.3136 | 470.40 |

*PAID
#7,321.51
Diff- $55*

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 7,377.40          Currency: USD          Total: 7,377.40



SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024492 | 09/07/05 |

BILL TO:   c01105

DELPHI ENERGY AND CHASSIS
DIVISIONAL ACCOUNTS PAYABLE
MC 480-405-350
5820 DELPHI DRIVE
TROY, MI 48098
USA

SHIP TO:   01105-01

DELPHI ENERGY & CHASSIS SYS
2100 BURLINGGAME AVE S.W.
GRAND RAPIDS, MI 49509
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363420 | Sprocket | PC | 2560 | 3.67146 | 9,398.94 |
| MTSC Order/Ln/Item:  01105-01   2   37324 | | | | 3.6248 | 119.43 |
| Purchase Order:  0550051831 | | | | | SP |
| 25359909 | L-6 Target Wheel | PC | 5400 | 2.23441 | 12,065.81 |
| MTSC Order/Ln/Item:  01105-01   8   37777 | | | | 2.2047 | 160.27 |
| Purchase Order:  550062419 | | | | | |

*Paid - $21,185.05*
*diff - $279.70*

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 21,464.75        Currency: USD        Total: 21,464.75

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PARTS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024493 | 09/07/05 |

B I L L   T O     c01105

DELPHI ENERGY AND CHASSIS
DIVISIONAL ACCOUNTS PAYABLE
MC 480-405-350
5820 DELPHI DRIVE
TROY, MI 48098
USA

S H I P   T O     01105-01

DELPHI ENERGY & CHASSIS SYS
2100 BURLINGGAME AVE S.W.
GRAND RAPIDS, MI 49509
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | | PTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363420 | Sprocket | PC | 1280 | 3.67146 | 4,699.47 |

3.62481 2

MTSC Order/Ln/Item:  01105-01  2  37324
Purchase Order:  0550051831

PAID
$4,639.76
Diff $59.71

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 4,699.47          Currency: USD          Total: 4,699.47

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| **INVOICE / SID NO.** | **DATE** |
| 00024494 | 09/07/05 |

**B I L L T O**

c01105

DELPHI ENERGY AND CHASSIS
DIVISIONAL ACCOUNTS PAYABLE
MC 480-405-350
5820 DELPHI DRIVE
TROY, MI 48098
USA

**S H I P T O**

01105-01

DELPHI ENERGY & CHASSIS SYS
2100 BURLINGGAME AVE S.W.
GRAND RAPIDS, MI 49509
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | | PTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363420 ✓ | Sprocket | PC | 3840 | 3.67146 | 14,098.41 |
| | | | | 3.62480 | 13,919.2 |
| MTSC Order/Ln/Item:  01105-01   2   37324 | | | | | |
| Purchase Order:  0550051831 | | | | | |
| 25359909 ✓ | L-6 Target Wheel | PC | 1080 | 2.23441 | 2,413.16 |
| | | | | 2.20473 | 2,381.11 |
| MTSC Order/Ln/Item:  01105-01   8   37777 | | | | | |
| Purchase Order:  550062419 | | | | | |

Paid - $16,300.3
Short pd
$211.19

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 16,511.57          Currency: USD          Total: 16,511.57

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024498 | 09/07/05 |

**B I L L   T O**

C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**S H I P   T O**

36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25325385 | SE. POLE PC | PC | 3360 | 0.82133 ~~0.81314~~ | 2,759.67 ~~2,732.1~~ |
| MTSC Order/Ln/Item:  36400-01  4  28756 | | | | | |
| Purchase Order:  0550005324 | | | | | |
| 25326871 | HOUSING ASM. | PC | 2520 | 2.98821 2.97483 | 7,530.29 7,495.0 |
| MTSC Order/Ln/Item:  36400-01  8  33901 | | | | | |
| Purchase Order:  0550005326 | | | | | |

*Diff.*
*$62.72*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 10,289.96        Currency:  USD        Total: 10,289.96

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024503 | 09/08/05 |

| | | | |
|---|---|---|---|
| B I L L  T O | C36300<br><br>DELPHI ENERGY & ENGINE (ROC)<br>EAG DISBURSEMENT SERVICES<br>PO BOX 1550<br>FLINT, MI 48501<br>USA | S H I P  T O | 36400-01<br><br>DELPHI ENERGY & ENGINE<br>1000 LEXINGTON AVENUE<br>ROCHESTER, NY 14606<br>USA |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25355122 | PL/WASHER ASSEMBLY | PC | 9656 | 0.772 | 7,454.43 |

*(handwritten: 0.7778   7,510.24)*

MTSC Order/Ln/Item:  36400-01 12  35640
Purchase Order:  0550036785

*(handwritten:*
PAID
$7,510.24
DIFF (-55.81)
*)*

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 7,454.43        Currency: USD        Total: 7,454.43

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024510 | 09/08/05 |

B
I
L
L
T
O

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

S
H
I
P
T
O

01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4    WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 1 |

| PART # / PURCHASE ORDER / RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22172295 ✓ | PISTON ASSEMBLY | PC | 7168 | 0.47445 | 3,400.86 |
| MTSC Order/Ln/Item:  01100-22  1  17924 | | | | 0.472049 | 3,383.65 |
| Purchase Order:  0550048814 | | | | | |
| 22174473 ✓ | PISTON ASM. | PC | 4608 | 0.47448 | 2,186.40 |
| MTSC Order/Ln/Item:  01100-22  2  19000 | | | | 0.472010 | 2,175.30 |
| Purchase Order:  0550048814 | | | | | |
| 22174544 ✓ | PISTON ASM. | PC | 512 | 0.47448 | 242.93 |
| MTSC Order/Ln/Item:  01100-22  4  21893 | | | | 0.472070 | 241.70 |
| Purchase Order:  0550048814 | | | | | |
| 22151655 | PISTON ASM. | PC | 512 | 0.36149 | 185.08 |
| MTSC Order/Ln/Item:  01100-22  6  21899 | | | | 0.359181 | 183.87 |
| Purchase Order:  0550048814 | | | | | |
| 22152167  ?? | PISTON ASM. | PC | 4096 | 0.83444 | 3,417.87 |
| MTSC Order/Ln/Item:  01100-22  8  22071 | | | | Wrong part either receipted in or invoiced | |
| Purchase Order:  0550048814 | | | | | |
| 22174079 ✓ | PISTON ASM. | PC | 3072 | 0.589 | 1,809.41 |
| | | | | 0.592119 | 1,818.99 |

-----------------------------------------------------------------

*** CONTINUED ***

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024510 | 09/08/05 |

| B I L L T O | C01000<br><br>DELPHI CHASSIS SYSTEM (D)<br>ACG/DISBURSEMENT CENTER<br>PO BOX 436040<br>PONTIAC, MI 48343<br>USA | S H I P T O | 01100-22<br><br>DELPHI CHASSIS SYSTEMS<br>PLANT 17<br>GATE 4   WOODMAN DRIVE<br>KETTERING, OH 45401 |
|---|---|---|---|

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 2 |

| PART # / PURCHASE ORDER / RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 2217407'5 | PISTON ASM. | | ***Cont*** | | |

MTSC Order/Ln/Item:  01100-22 11  32012
Purchase Order:  0550048814

| PART # / PURCHASE ORDER / RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22152169 ✓ | PISTON ASM. | PC | 2048 | 0.53178 | 1,089.09 |

0.53178̶2̶   1089.09

MTSC Order/Ln/Item:  01100-22 13  32000
Purchase Order:  0550054860

Paid - $10,963.62

shaft pd
$1368.02

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 12,331.64          Currency: USD          Total: 12,331.64

SHORTAGES OR DAMAGES MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024511 | 09/08/05 |

```
B  |     C01000
I  |
L  |  DELPHI CHASSIS SYSTEM (D)
L  |  ACG/DISBURSEMENT CENTER
T  |  PO BOX 436040
O  |  PONTIAC, MI 48343
   |  USA
```

```
S  |     01100-02
H  |
I  |  DELPHI CHASSIS DIVISION
P  |  DOCK 17
T  |  GATE 4 WOODMAN DRIVE
O  |  KETTERING, OH 45420
   |  USA
```

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | TLGR | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22166922 | CYLINDER END | PC | 19200 | 0.18133 | 3,481.54 |
| MTSC Order/Ln/Item:  01100-02 76  19002 | | | | _0.17788_ | _3,415.3_ |
| Purchase Order:  0550005992 | | | | | |
| 22186263 | CYLINDER END | PC | 19200 | 0.21422 | 4,113.02 |
| MTSC Order/Ln/Item:  01100-02100  28727 | | | | _0.21083_ | _4,047.9_ |
| Purchase Order:  0550006021 | | | | | |

_PAID_
_#7,463.24_
_Short pd_
_#131.32_

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 7,594.56       Currency: USD       Total: 7,594.56

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS



**metaldyne**

SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024512 | 09/08/05 |

B
I
L
L
T
O

c01105

DELPHI ENERGY AND CHASSIS
DIVISIONAL ACCOUNTS PAYABLE
MC 480-405-350
5820 DELPHI DRIVE
TROY, MI 48098
USA

S
H
I
P
T
O

01105-01

DELPHI ENERGY & CHASSIS SYS
2100 BURLINGGAME AVE S.W.
GRAND RAPIDS, MI 49509
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | | CTII | sm | 1 |

| PART # / PURCHASE ORDER / RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25366925 | Cam Adapter Asm | PC | 6656 | 1.15134 | 7,663.32 |
| MTSC Order/Ln/Item:  01105-01  3  37326 Purchase Order:  0550051832 | | | | | |
| 25370379 | Target Wheel | PC | 1040 | 2.23665 | 2,326.12 |
| MTSC Order/Ln/Item:  01105-01  7  37764 Purchase Order:  0550056229 | | | | | |

*(handwritten annotations):*
QTY
− 3716
2,880
7,663.32
− 4,347.46
3,315.86
2,326.12

PO #5,641.98

Shop pd
$4,347.46

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 9,989.44          Currency: USD          Total: 9,989.44

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| **INVOICE / SID NO.** | **DATE** |
| 00024518 | 09/08/05 |

**BILL TO**

C01000

DELPHI ENERGY & CHASSIS SYS.
5820 DELPHI ROAD
BUILDING D
MAIL CODE 480-405-120
TROY, MI 48098
USA

**SHIP TO**

01100-02

DELPHI CHASSIS DIVISION
DOCK 17
GATE 4 WOODMAN DRIVE
KETTERING, OH 45420
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | TLGR | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22186263 | CYLINDER END | PC | 3000 | 0.21422 | 642.66 |

MTSC Order/Ln/Item:  01100-02100   28727
Purchase Order:  0550006021

*pd. .21083*

*10.17 short*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 642.66          Currency: USD          Total: 642.66

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024523 | 09/08/05 |

**BILL TO**
C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**SHIP TO**
01100-16

DELPHI CHASSIS SYSTEMS
PLANT 14
GATE 4 WOODMAN DRIVE
KETTERING, OH 45401
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | tlgr | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22173644 | ROD GUIDE | PC | 18000 | 0.21536 | 3,876.48 |

MTSC Order/Ln/Item:  01100-16   5   19052          .21387
Purchase Order:  0550006001

PAID
$3,849.66
Diff $26.82

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 3,876.48          Currency: USD          Total: 3,876.48

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024525 | 09/08/05 |

| B I L L T O | C30800 DELPHI CHASSIS SYSTEMS NDH ACG DISBURSEMENT CENTER PO BOX 436040 PONTIAC, MI 48343 USA | S H I P T O | 30900-01 DELPHI CHASSIS SYSTEMS - NDH 2509 HAYES AVENUE SANDUSKY, OH 44870 USA |
|---|---|---|---|

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 4640303 | RET./SENSOR RING | PC | 15000 | 0.21489 .21015 | 3,223.35 |
| MTSC Order/Ln/Item: 30900-01 6 15887 Purchase Order: 0550005689 | | | | | |
| REV LEVEL D | | | | | |
| 4640299 | RET./SENSOR RING | PC | 15000 | 0.22869 .22869 | 3,430.35 OK |
| MTSC Order/Ln/Item: 30900-01 9 13975 Purchase Order: 0550005689 | | | | | |

PAID
# 6,582.60
DIFF. $71.10

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 6,653.70    Currency: USD    Total: 6,653.70

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
### SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024528 | 09/08/05 |

**B I L L  T O**

C01590

DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48007-503
USA

**S H I P  T O**

01590-03

DELPHI S & I VANDALIA
250 NORTHWOODS BLVD
VANDALIA, OH 45377

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
|  | 2ND MONTH AFTER ROM | CCX | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 16639144 | Pinion | PC | 2100 | 0.82008 | 1,722.17 |

MTSC Order/Ln/Item:  01590-03   2   37773
Purchase Order:   0550053732

pd. 0.4940

pricing
short pay
$684.77

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 1,722.17          Currency: USD          Total: 1,722.17

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
| --- | --- |
| INVOICE / SID NO. | DATE |
| 00024540 | 09/09/05 |

| | |
| --- | --- |
| B I L L T O | C01000 |

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

| | |
| --- | --- |
| S H I P T O | 01100-22 |

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4   WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
| --- | --- | --- | --- | --- |
| | 2ND MONTH AFTER ROM | ANTT | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
| --- | --- | --- | --- | --- | --- |
| 22174473 | PISTON ASM. | PC | 3072 | 0.47448  0.47207 | 1,457.60  1,450.2? |
| MTSC Order/Ln/Item: 01100-22  2  19000 Purchase Order: 0550048814 | | | | | |
| 22174544 | PISTON ASM. | PC | 3584 | 0.47448  0.47207 | 1,700.54  1,691.90 |
| MTSC Order/Ln/Item: 01100-22  4  21893 Purchase Order: 0550048814 | | | | | |
| 22151652 | PISTON ASM. | PC | 512 | 0.50451  0.50207 | 258.31  257.0 |
| MTSC Order/Ln/Item: 01100-22  5  21894 Purchase Order: 0550048814 | | | | | |
| 22186316 | PISTON ASM. | PC | 2560 | 0.503  0.5056 | 1,287.68  1,294.39 |
| MTSC Order/Ln/Item: 01100-22 10  28722 Purchase Order: 0550048814 | | | | | |
| 22174079 | PISTON ASM. | PC | 2048 | 0.589  0.5921 | 1,206.27  1,212.6 |
| MTSC Order/Ln/Item: 01100-22 11  32012 Purchase Order: 0550048814 | | | | | |
| 22152169 | PISTON ASM. | PC | 1536 | 0.53178  0.53177 | 816.81  816.81 |

-------------------------------------------------------------------------

*** CONTINUED ***

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY, NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| **INVOICE / SID NO.** | **DATE** |
| 00024540 | 09/09/05 |

B
I
L
L
T
O

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

S
H
I
P
T
O

01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4   WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 2 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22152189 | PISTON ASM. | | ***Cont*** | | |

MTSC Order/Ln/Item:  01100-22 13   32000
Purchase Order:  0550054860

| | | | | | |
|---|---|---|---|---|---|
| 22151653 ✓ | PISTON ASM. | PC | 1536 | 0.79408 | 1,219.71 |

                                                      0.79166    1215.99

MTSC Order/Ln/Item:  01100-22 14   15864
Purchase Order:  0550048814

Paid
$7,939.01
Diff. $7.91

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 7,946.92        Currency:  USD        Total: 7,946.92

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY-NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024552 | 09/09/05 |

**BILL TO:**
C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**SHIP TO:**
01100-02

DELPHI CHASSIS DIVISION
DOCK 17
GATE 4 WOODMAN DRIVE
KETTERING, OH 45420
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | TLGR | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22166922 | CYLINDER END | PC | 9600 | 0.18133 | 1,740.77 |

MTSC Order/Ln/Item:  01100-02 76  19002          .17738
Purchase Order:  0550005992

.00345 var

PAID
#1707.65
diff.
#33.12

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 1,740.77          Currency: USD          Total: 1,740.77

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024554 | 09/09/05 |

**B I L L  T O**

C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**S H I P  T O**

36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25325385 | SE. POLE PC | PC | 3360 | 0.81315 | 2,732.18 |
| | | | | 0.81349 | 2,732.18 |
| MTSC Order/Ln/Item:  36400-01   4   28756 Purchase Order:  0550005324 | | | | | |
| 25326871 | HOUSING ASM. | PC | 3360 | 2.98821 | 10,040.39 |
| | | | | 2.974229 | 9,993.4 |
| MTSC Order/Ln/Item:  36400-01   8   33901 Purchase Order:  0550005326 | | | | | |
| 25352318 | EGR Housing Assembly | PC | 2448 | 1.80932 | 4,429.22 |
| | | | | 1.799551 | 4,405.3 |
| MTSC Order/Ln/Item:  36400-01  10   35607 Purchase Order:  0550015837 | | | | | |

*Paid – $17,130.8*
*diff – $70.9*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 17,201.79          Currency: USD          Total: 17,201.79

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232



| INVOICE/SID NO. | DATE |
|---|---|
| 00024560 | 09/12/05 |

| B I L L T O | :01105 | | S H I P T O | 01105- |
|---|---|---|---|---|
| | DELPHI ENERGY AND CHASSIS<br>DIVISIONAL ACCOUNTS PAYABLE<br>MC 480-405-350<br>5820 DELPHI DRIVE<br>TROY, MI 48098<br>USA | | | DELPHI ENERGY & CHASSIS SYS<br>2100 BURLINGGAME AVE S.W.<br>GRAND RAPIDS, MI 49509<br>USA |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | | CTII | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363420 | Sprocket | PC | 2660 | 3.62481 | 9,641.99 |
| MTSC Order/Ln/Item:  01105-01  2  37324<br>Purchase Order:  0550051831 | | | | | |
| 25369342 | Target Wheel | PC | 5200 | 2.23676 | 11,631.15 |
| MTSC Order/Ln/Item:  01105-01  5  37760<br>Purchase Order:  550056229 | | | | | |
| 25359909 | L-6 Target Wheel | PC | 6480 | 2.20473 | 14,286.65 |
| MTSC Order/Ln/Item:  01105-01  8  37777<br>Purchase Order:  550062419 | | | | | |

|  | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non Taxable: 35,559.79    Currency: USD    Total: 35,559.79



# metaldyne
SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024563 | 09/12/05 |

**B I L L   T O**

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**S H I P   T O**

01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4   WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22172295 | PISTON ASSEMBLY | PC | 4096 | 0.47445 .47205 | 1,943.35 |
| MTSC Order/Ln/Item: 01100-22 1 17924 Purchase Order: 0550048814 | | | | | |
| 22174543 | PISTON ASM. | PC | 1024 | 0.50451 .50208 | 516.62 |
| MTSC Order/Ln/Item: 01100-22 3 21892 Purchase Order: 0550048814 | | | | | |
| 22174544 | PISTON ASM. | PC | 3584 | 0.47448 .47207 | 1,700.54 |
| MTSC Order/Ln/Item: 01100-22 4 21893 Purchase Order: 0550048814 | | | | | |
| 22152169 | PISTON ASM. | PC | 1536 | 0.53178 .53177 | 816.81 |
| MTSC Order/Ln/Item: 01100-22 13 32000 Purchase Order: 0550054860 | | | | | |
| 22151653 | PISTON ASM. | PC | 1024 | 0.79408 .79166 | 813.14 |
| MTSC Order/Ln/Item: 01100-22 14 15864 Purchase Order: 0550048814 | | | | | |

PAID
$5,767.02
Diff. $23.44

|  | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 5,790.46          Currency: USD          Total: 5,790.46

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| **INVOICE / SID NO.** | **DATE** |
| 00024565 | 09/12/05 |

**BILL TO**

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**SHIP TO**

01100-02

DELPHI CHASSIS DIVISION
DOCK 17
GATE 4 WOODMAN DRIVE
KETTERING, OH 45420
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | TLGR | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22173712 | CYLINDER END | PC | 19200 | 0.18146 | 3,484.03 |
| MTSC Order/Ln/Item:  01100-02 78  19013 | | | | 0.177940 | 3,416.4... |
| Purchase Order:  0550005992 | | | | | |
| 22166919 | | PC | 5100 | 0.32646 | 1,664.95 |
| MTSC Order/Ln/Item:  01100-02 84  32084 | | | | 0.3229 | 1,646.9... |
| Purchase Order:  0550006021 | | | | | |
| 4992361 | ROD GUIDE | PC | 6000 | 0.40449 | 2,426.94 |
| MTSC Order/Ln/Item:  01100-02 93  00796 | | | | 0.40449 | 2,426.9... |
| Purchase Order:  0550006007 | | | | | |
| 22123937 | CYLINDER END | PC | 8625 | 0.24665 | 2,127.36 |
| MTSC Order/Ln/Item:  01100-02 98  19040 | | | | 0.2475 | 2,135.0... |
| Purchase Order:  0550006021 | | | | | |

PAID
$9,625.41
Diff - $77.87

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 9,703.28          Currency: USD          Total: 9,703.28

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne

### SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024582 | 09/12/05 |

BILL TO:
C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

SHIP TO:
36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25325385 | SE. POLE PC | PC | 3360 | 0.81315 | 2,732.18 |
| MTSC Order/Ln/Item:  36400-01   4   28756 | | | | ok | |
| Purchase Order:  0550005324 | | | | | |
| 25326871 | HOUSING ASM. | PC | 2520 | 2.98821 | 7,530.29 |
| MTSC Order/Ln/Item:  36400-01   8   33901 | | | | 2.97423 | 35.23 SP |
| Purchase Order:  0550005326 | | | | | |
| 25352318 | EGR Housing Assembly | PC | 4896 | 1.80932 | 8,858.43 |
| MTSC Order/Ln/Item:  36400-01  10   35607 | | | | 1.79955 | 47.83 SP |
| Purchase Order:  0550015837 | | | | | |

Paid - $19,037.84
diff - $83.06

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 19,120.90     Currency: USD     Total: 19,120.90

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024589 | 09/13/05 |

| | | | |
|---|---|---|---|
| **B I L L T O** | C36300<br><br>DELPHI ENERGY & ENGINE (ROC)<br>EAG DISBURSEMENT SERVICES<br>PO BOX 1550<br>FLINT, MI 48501<br>USA | **S H I P T O** | 36400-01<br><br>DELPHI ENERGY & ENGINE<br>1000 LEXINGTON AVENUE<br>ROCHESTER, NY 14606<br>USA |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25355122 | PL/WASHER ASSEMBLY | PC | 4828 | 0.772 | 3,727.22 |

.777

MTSC Order/Ln/Item:  36400-01 12   35640
Purchase Order:  0550036785

PAID
#3,755.12

Diff. ⌀27.90

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 3,727.22        Currency: USD        Total: 3,727.22

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY. POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| **INVOICE / SID NO.** | **DATE** |
| 00024602 | 09/13/05 |

B
I
L
L
T
O

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

S
H
I
P
T
O

01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4    WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22172295 | PISTON ASSEMBLY | PC | 3584 | 0.47205 | 1,691.83 |
| MTSC Order/Ln/Item:  01100-22  1  17924 | | | | | 1691.83 |
| Purchase Order:  0550048814 | | | | | |
| 22174543 | PISTON ASM. | PC | 1024 | 0.50208 | 514.13 |
| MTSC Order/Ln/Item:  01100-22  3  21892 | | | | | 514.13 |
| Purchase Order:  0550048814 | | | | | |
| 22174544 | PISTON ASM. | PC | 1024 | 0.47207 | 483.40 |
| MTSC Order/Ln/Item:  01100-22  4  21893 | | | | | 483.4 |
| Purchase Order:  0550048814 | | | | | |
| 22151652 | PISTON ASM. | PC | 2048 | 0.50208 | 1,028.26 |
| MTSC Order/Ln/Item:  01100-22  5  21894 | | | | | 1028.21 |
| Purchase Order:  0550048814 | | | | | |
| 22186316 | PISTON ASM. | PC | 5120 | 0.503 | 2,575.36 |
| MTSC Order/Ln/Item:  01100-22  10  28722 | | | | 0.5056 | 2,588.7 |
| Purchase Order:  0550048814 | | | | | |
| 22174079 | PISTON ASM. | PC | 1536 | 0.589 | 904.70 |
| | | | | 0.5921 | 909.5 |

------------------------------------------------------------------------

*** CONTINUED ***

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024602 | 09/13/05 |

| | | |
|---|---|---|
| **B I L L T O** | C01000<br><br>DELPHI CHASSIS SYSTEM (D)<br>ACG/DISBURSEMENT CENTER<br>PO BOX 436040<br>PONTIAC, MI 48343<br>USA | |
| **S H I P T O** | 01100-22<br><br>DELPHI CHASSIS SYSTEMS<br>PLANT 17<br>GATE 4   WOODMAN DRIVE<br>KETTERING, OH 45401 | |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 2 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22174075 | PISTON ASM. | | ***Cont*** | | |

MTSC Order/Ln/Item:  01100-22 11  32012
Purchase Order:  0550048814

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22152169 | PISTON ASM. | PC | 2048 | 0.53178 | 1,089.09 |

1,089.09

MTSC Order/Ln/Item:  01100-22 13  32000
Purchase Order:  0550054860

PAID
$8,304.98
diff <18.21>

| Charge 1 | : | .0.00 |
|---|---|---|
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 8,286.77          Currency: USD          Total: 8,286.77

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024604 | 09/13/05 |

**B I L L   T O**   C01590

DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48007-503
USA

**S H I P   T O**   01590-03

DELPHI S & I VANDALIA
250 NORTHWOODS BLVD
VANDALIA, OH 45377

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | CCX | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 16639144 | Pinion | PC | 2100 | 0.82008 | 1,722.17 |

MTSC Order/Ln/Item:  01590-03   2  37773
Purchase Order:  0550053732

*pd. 0.4940*

*Pricing*
*Short pay*
*$684.77*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 1,722.17     Currency: USD     Total: 1,722.17

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024607 | 09/13/05 |

**B I L L   T O**
C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**S H I P   T O**
36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25325385 | SE. POLE PC | PC | 1680 | 0.81315 | 1,366.09 |
| MTSC Order/Ln/Item:  36400-01  4  28756 | | | | *olc* | |
| Purchase Order:  0550005324 | | | | | |
| 25326871 | HOUSING ASM. | PC | 4200 | 2.98821 / *2.97423* | 12,550.48 / *58.71 SP* |
| MTSC Order/Ln/Item:  36400-01  8  33901 | | | | | |
| Purchase Order:  0550005326 | | | | | |
| 25352318 | EGR Housing Assembly | PC | 2448 | 1.80932 / *1.79955* | 4,429.22 / *23.92 S* |
| MTSC Order/Ln/Item:  36400-01 10  35607 | | | | | |
| Purchase Order:  0550015837 | | | | | |

*Paid - $18,263.16*
*diff - $82.63*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 18,345.79          Currency: USD          Total: 18,345.79

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To.
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024623 | 09/14/05 |

B I L L T O:
C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

S H I P T O:
01100-02

DELPHI CHASSIS DIVISION
DOCK 17
GATE 4 WOODMAN DRIVE
KETTERING, OH 45420
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | TLGR | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22166921 | CYLINDER END | PC | 19200 | 0.18135 | 3,481.92 |

.17789

MTSC Order/Ln/Item:  01100-02 75  19020
Purchase Order:  0550005992

PAID
$3,415.49
diff - $66.4?

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 3,481.92          Currency: USD          Total: 3,481.92

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024632 | 09/14/05 |

**B I L L   T O**

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**S H I P   T O**

01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4   WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22174544 | PISTON ASM. | PC | 1536 | 0.47207 | 725.10 |
| MTSC Order/Ln/Item:  01100-22  4  21893 | | | | .47207 | |
| Purchase Order:  0550048814 | | | | | |
| 22186316 | PISTON ASM. | PC | 4096 | 0.503 | 2,060.29 |
| MTSC Order/Ln/Item:  01100-22 10  28722 | | | | .50562 | |
| Purchase Order:  0550048814 | | | | | |
| 22174079 | PISTON ASM. | PC | 3584 | 0.589 | 2,110.98 |
| MTSC Order/Ln/Item:  01100-22 11  32012 | | | | .59212 | |
| Purchase Order:  0550048814 | | | | | |

#4,918.28
DIFF $ -21.91

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 4,896.37          Currency: USD          Total: 4,896.37

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024646 | 09/14/05 |

B
I
L
L

T
O

C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

S
H
I
P

T
O

36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25325385 | SE. POLE PC | PC | 3360 | 0.81315 | 2,732.18 |
| MTSC Order/Ln/Item: 36400-01  4  28756 Purchase Order:  0550005324 | | | | | _2,732.18_ |
| 25326871 | HOUSING ASM. | PC | 4200 | 2.98821 | 12,550.48 |
| MTSC Order/Ln/Item: 36400-01  8  33901 Purchase Order:  0550005326 | | | | _2.97423_ | _12,491.77_ |
| 25352318 | EGR Housing Assembly | PC | 4896 | 1.80932 | 8,858.43 |
| MTSC Order/Ln/Item: 36400-01 10  35607 Purchase Order:  0550015837 | | | | _1.79955_ | _8,810.60_ |

*Paid -$24,034.55*
*diff- $106.54*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 24,141.09        Currency: USD        Total: 24,141.09

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024654 | 09/15/05 |

B
I
L
L
T
O

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

S
H
I
P
T
O

01100-16

DELPHI CHASSIS SYSTEMS
PLANT 14
GATE 4 WOODMAN DRIVE
KETTERING, OH 45401
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | tlgr | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22174111 | ROD GUIDE | PC | 18480 | 0.26507 | 4,898.49 |
| MTSC Order/Ln/Item:  01100-16  1  18272 | | | | 0.26507 | 4,898.4 |
| Purchase Order:  0550006001 | | | | | |
| 22173644 | ROD GUIDE | PC | 18000 | 0.21536 | 3,876.48 |
| MTSC Order/Ln/Item:  01100-16  5  19052 | | | | 0.21387 | 3,849.6 |
| Purchase Order:  0550006001 | | | | | |

PAID
# 8,748.15
diff - $26.82

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 8,774.97     Currency:  USD          Total: 8,774.97

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024663 | 09/15/05 |

**B
I
L
L

T
O**

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**S
H
I
P

T
O**

01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4   WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22172295 | PISTON ASSEMBLY | PC | 3584 | 0.47205 | 1,691.83 |
| MTSC Order/Ln/Item:  01100-22   1  17924 | | | | | |
| Purchase Order:  0550048814 | | | | | |
| 22174473 | PISTON ASM. | PC | 5632 | 0.47207 | 2,658.70 |
| MTSC Order/Ln/Item:  01100-22   2  19000 | | | | | |
| Purchase Order:  0550048814 | | | | | |
| 22174544 | PISTON ASM. | PC | 512 | 0.47207 | 241.70 |
| MTSC Order/Ln/Item:  01100-22   4  21893 | | | | | |
| Purchase Order:  0550048814 | | | | | |
| 22151652 | PISTON ASM. | PC | 1024 | 0.50208 | 514.13 |
| MTSC Order/Ln/Item:  01100-22   5  21894 | | | | | |
| Purchase Order:  0550048814 | | | | | |
| 22186316 | PISTON ASM. | PC | 2560 | 0.503 | 1,287.68 |
| MTSC Order/Ln/Item:  01100-22  10  28722 | | | | 0.50562 | 1,294.3 |
| Purchase Order:  0550048814 | | | | | |
| 22174079 | PISTON ASM. | PC | 1024 | 0.589 | 603.14 |
| | | | | 0.59211 | 606.33 |

*** CONTINUED ***

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS