# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
| --- | --- |
| INVOICE / SID NO. | DATE |
| 00024663 | 09/15/05 |

BILL TO:
C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

SHIP TO:
01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4    WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
| --- | --- | --- | --- | --- |
|  | 2ND MONTH AFTER ROM | ANTT | SM | 2 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
| --- | --- | --- | --- | --- | --- |
| 22174079 | PISTON ASM. |  | ***Cont*** | | |

MTSC Order/Ln/Item:  01100-22 11  32012
Purchase Order:  0550048814

| 22152169 | PISTON ASM. | PC | 1024 | 0.53178 | 544.54 |
| --- | --- | --- | --- | --- | --- |

MTSC Order/Ln/Item:  01100-22 13  32000
Purchase Order:  0550054860

PAID
$7,551.62
diff - 29.90

| | | |
| --- | --- | --- |
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 7,541.72          Currency: USD          Total: 7,541.72

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
| --- | --- |
| INVOICE / SID NO. | DATE |
| 00024666 | 09/15/05 |

| B I L L   T O | SHIP TO |
| --- | --- |
| C01000 | 01100-02 |
| DELPHI CHASSIS SYSTEM (D) | DELPHI CHASSIS DIVISION |
| ACG/DISBURSEMENT CENTER | DOCK 17 |
| PO BOX 436040 | GATE 4 WOODMAN DRIVE |
| PONTIAC, MI 48343 | KETTERING, OH 45420 |
| USA | USA |

| SUPPLIER NO. | TERMS | SHIP·VIA | SHIP-FROM | PAGE |
| --- | --- | --- | --- | --- |
| | Net 30 days | TLGR | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
| --- | --- | --- | --- | --- | --- |
| 22166921 | CYLINDER END | PC | 9600 | 0.18135 | 1,740.96 |
| | | | | 0.177890 | 1,707.7 |
| MTSC Order/Ln/Item:  01100-02 75  19020 | | | | | |
| Purchase Order:  0550005992 | | | | | |
| 22166922 | CYLINDER END | PC | 28800 | 0.18133 | 5,222.30 |
| | | | | 0.177880 | 5,122.9 |
| MTSC Order/Ln/Item:  01100-02 76  19002 | | | | | |
| Purchase Order:  0550005992 | | | | | |
| 22186263 | CYLINDER END | PC | 19200 | 0.21083 | 4,047.94 |
| | | | | | 4,047.9 |
| MTSC Order/Ln/Item:  01100-02100  28727 | | | | | |
| Purchase Order:  0550006021 | | | | | |
| 3186667 | ORIFICE PLT S | PC | 21000 | 0.0733 | 1,539.30 |
| | | | | | 1,539.3 |
| MTSC Order/Ln/Item:  01100-02106  00726 | | | | | |
| Purchase Order:  0550006012 | | | | | |

Paid-#12,417.9

Short pd
#132.58

| | | | |
| --- | --- | --- | --- |
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 12,550.50        Currency: USD        Total: 12,550.50

SHORTAGE OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024676 | 09/16/05 |

B
I
L
L

T
O

C01000

DELPHI ENERGY & CHASSIS SYS.
5820 DELPHI ROAD
BUILDING D
MAIL CODE 480-405-120
TROY, MI 48098
USA

S
H
I
P

T
O

01100-02

DELPHI CHASSIS DIVISION
DOCK 17
GATE 4 WOODMAN DRIVE
KETTERING, OH 45420
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | TLGR | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22166921 | CYLINDER END | PC | 9600 | 0.18135 | 1,740.96 |
| MTSC Order/Ln/Item:  01100-02 75  19020 | | | | *pd. 0.177890* | |
| Purchase Order:  0550005992 | | | | | |
| 22166922 | CYLINDER END | PC | 19200 | 0.18133 | 3,481.54 |
| MTSC Order/Ln/Item:  01100-02 76  19002 | | | | *pd. 0.177890* | |
| Purchase Order:  0550005992 | | | | | |
| 22050281 | ROD GUIDE | PC | 19165 | 0.19257 | 3,690.60 |
| MTSC Order/Ln/Item:  01100-02 82  00505 | | | | *pd. (OK)* | |
| Purchase Order:  0550006007 | | | | | |
| 4992361 | ROD GUIDE | PC | 6000 | 0.40449 | 2,426.94 |
| MTSC Order/Ln/Item:  01100-02 93  00796 | | | | *(OK)* | |
| Purchase Order:  0550006007 | | | | | |

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 11,340.04      Currency: USD      Total: 11,340.04

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024680 | 09/15/05 |

B
I
L
L

T
O

C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

S
H
I
P

T
O

36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25325385 | SE. POLE PC | PC | 3360 | 0.81315 | 2,732.18 |
| MTSC Order/Ln/Item:  36400-01  4  28756 | | | | OK | |
| Purchase Order:  0550005324 | | | | | |
| 25326871 | HOUSING ASM. | PC | 2520 | 2.98821 2.97423 | 7,530.29 35.23 SP |
| MTSC Order/Ln/Item:  36400-01  8  33901 | | | | | |
| Purchase Order:  0550005326 | | | | | |
| 25352318 | EGR Housing Assembly | PC | 4896 | 1.80932 1.79955 | 8,858.43 47.83 SP |
| MTSC Order/Ln/Item:  36400-01 10  35607 | | | | | |
| Purchase Order:  0550015837 | | | | | |

PAID
$19,037.84
diff — $83.0

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 19,120.90        Currency: USD        Total: 19,120.90

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
| --- | --- |
| INVOICE / SID NO. | DATE |
| 00024683 | 09/16/05 |

**BILL TO**

C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**SHIP TO**

36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
| --- | --- | --- | --- | --- |
| | Net 30 days | NTWT | sm | 1 |

| PART #/ PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
| --- | --- | --- | --- | --- | --- |
| 25355122 | PL/WASHER ASSEMBLY | PC | 4828 | 0.772 | 3,727.22 |

MTSC Order/Ln/Item:  36400-01 12   35640        *, m*
Purchase Order:  0550036785

*PAID
$3,755.12
diff $27.90*

| | | |
| --- | --- | --- |
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 3,727.22        Currency: USD        Total: 3,727.22

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne

SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024689 | 09/16/05 |

**BILL TO**

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**SHIP TO**

01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4   WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22174077 | PISTON ASM. | PC | 1024 | 0.3867 | 395.98 |
| MTSC Order/Ln/Item:  01100-22  7  21994 Purchase Order:  0550048814 | | | | | |
| 22186316 | PISTON ASM. | PC | 512 | 0.503 | 257.54 |
| MTSC Order/Ln/Item:  01100-22  10  28722 Purchase Order:  0550048814 | | | | | |
| 22174079 | PISTON ASM. | PC | 512 | 0.589 | 301.57 |
| MTSC Order/Ln/Item:  01100-22  11  32012 Purchase Order:  0550048814 | | | | | |

*Handwritten: .386670 ; .505625 ; .002625 var ; .592128 ; .003128 var*

*Handwritten: PAID $958.03 overpay (-2.94)*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 955.09          Currency: USD          Total: 955.09

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024702 | 09/16/05 |

**BILL TO**
C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**SHIP TO**
36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25325385 | SE. POLE PC | PC | 3360 | 0.81315  OK | 2,732.18 |
| MTSC Order/Ln/Item:  36400-01  4  28756 Purchase Order:  0550005324 | | | | | |
| 25326871 | HOUSING ASM. | PC | 2100 | 2.98821  2.9742 | 6,275.24  29.36 Shunt |
| MTSC Order/Ln/Item:  36400-01  8  33901 Purchase Order:  0550005326 | | | | | |
| 25352318 | EGR Housing Assembly | PC | 4896 | 1.80932  1.79955 | 8,858.43  47.83 SP |
| MTSC Order/Ln/Item:  36400-01  10  35607 Purchase Order:  0550015837 | | | | | |

0302160891

Paid - #17,788.61
diff - #77.19

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 17,865.85      Currency: USD      Total: 17,865.85


SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024725 | 09/19/05 |

**BILL TO**
C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**SHIP TO**
01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4   WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22174473 | PISTON ASM. | PC | 7680 | 0.47207 | 3,625.50 |
| MTSC Order/Ln/Item: 01100-22  2  19000 | | | | | |
| Purchase Order: 0550048814 | | | | | |
| | | | | | |
| 22186316 | PISTON ASM. | PC | 5632 | 0.503 | 2,832.90 |
| MTSC Order/Ln/Item: 01100-22 10 28722 | | | | 0.5052  2,847.65 | |
| Purchase Order: 0550048814 | | | | | |
| | | | | | |
| 22152169 | PISTON ASM. | PC | 2048 | 0.53178 | 1,089.09 |
| MTSC Order/Ln/Item: 01100-22 13 32000 | | | | | |
| Purchase Order: 0550054860 | | | | | |

PAID
$7,562.24
diff <14.75

| Charge 1 | : | 0.00 |
|---|---|---|
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 7,547.49        Currency: USD        Total: 7,547.49

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024730 | 09/19/05 |

**BILL TO**
C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**SHIP TO**
01100-02

DELPHI CHASSIS DIVISION
DOCK 17
GATE 4 WOODMAN DRIVE
KETTERING, OH 45420
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | tlgr | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22173712 | CYLINDER END | PC | 9600 | 0.18146 | 1,742.02 |
| MTSC Order/Ln/Item: 01100-02 78  19013 | | | | .17789 | |
| Purchase Order: 0550005992 | | | | | |
| 22166919 | | PC | 5100 | 0.32646 | 1,664.95 |
| MTSC Order/Ln/Item: 01100-02 84  32084 | | | | .32293 | |
| Purchase Order: 0550006021 | | | | | |
| 22186263 | CYLINDER END | PC | 9600 | 0.21083 | 2,023.97 |
| MTSC Order/Ln/Item: 01100-02100  28727 | | | | .21083   ok | |
| Purchase Order: 0550006021 | | | | | |

PAID
$5,379.18
diff $51.76

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

---

Non-Taxable: 5,430.94        Currency: USD        Total: 5,430.94

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024736 | 09/19/05 |

B I L L   T O:
C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

S H I P   T O:
36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25325385 | SE. POLE PC | PC | 3360 | 0.81315 ~.8131~ | 2,732.18 OK |
| MTSC Order/Ln/Item: 36400-01  4  28756 Purchase Order: 0550005324 | | | | | |
| 25326871 | HOUSING ASM. | PC | 3360 | 2.98821 C2.974229 | 10,040.39 46.98 Var |
| MTSC Order/Ln/Item: 36400-01  8  33901 Purchase Order: 0550005326 | | | | | |
| 25352318 | EGR Housing Assembly | PC | 7344 | 1.80932 1.79955 | 13,287.65 71.75 Var |
| MTSC Order/Ln/Item: 36400-01 10  35607 Purchase Order: 0550015837 | | | | | |

Paid - $25,941.49
diff - $118.73

| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 26,060.22        Currency: USD        Total: 26,060.22

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY. POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
| --- | --- |
| INVOICE / SID NO. | DATE |
| 00024739 | 09/20/05 |

**B I L L   T O**
```
        C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA
```

**S H I P   T O**
```
        36400-02

DELPHI ENERGY & ENGINE
% METAL CLADDING INC(500 LEE
230 SOUTH NIAGARA STREET
LOCKPORT, NY 14094
USA
```

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
| --- | --- | --- | --- | --- |
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
| --- | --- | --- | --- | --- | --- |
| 25317842 | BASE | PC | 3080 | 0.68067 | 2,096.46 |
| | | | | .680668 | olc |
| MTSC Order/Ln/Item:  36400-02   9   22029 | | | | | |
| Purchase Order:  0550034151 | | | | | |
| 25317843 | BASE | PC | 3080 | 1.10047 | 3,389.45 |
| | | | | 1.077961 | |
| MTSC Order/Ln/Item:  36400-02  13  22030 | | | | | |
| Purchase Order:  0550034151 | | | | | |

*PAID*
*$5,416.58*
*diff $69.33*

| | | | |
| --- | --- | --- | --- |
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 5,485.91        Currency: USD        Total: 5,485.91

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024740 | 09/20/05 |

B I L L   T O
C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

S H I P   T O
36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25355122 | PL/WASHER ASSEMBLY | PC | 14484 | 0.772 | 11,181.65 |

0.7777   11,265.3

MTSC Order/Ln/Item: 36400-01 12  35640
Purchase Order: 0550036785

PD- $11,265.37
Diff - $ -83.72

| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 11,181.65       Currency: USD       Total: 11,181.65

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024754 | 09/20/05 |

| | |
|---|---|
| **B I L L T O** | C01000<br><br>DELPHI CHASSIS SYSTEM (D)<br>ACG/DISBURSEMENT CENTER<br>PO BOX 436040<br>PONTIAC, MI 48343<br>USA | **S H I P T O** | 01100-22<br><br>DELPHI CHASSIS SYSTEMS<br>PLANT 17<br>GATE 4   WOODMAN DRIVE<br>KETTERING, OH 45401 |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22172295 | PISTON ASSEMBLY | PC | 5632 | 0.47205 | 2,658.59 |
| MTSC Order/Ln/Item:  01100-22  1  17924<br>Purchase Order:  0550048814 | | | | | *2658.59* |
| 22174473 | PISTON ASM. | PC | 4096 | 0.47207 | 1,933.60 |
| MTSC Order/Ln/Item:  01100-22  2  19000<br>Purchase Order:  0550048814 | | | | | *1933.6* |
| 22174544 | PISTON ASM. | PC | 3072 | 0.47207 | 1,450.20 |
| MTSC Order/Ln/Item:  01100-22  4  21893<br>Purchase Order:  0550048814 | | | | | *1450.2* |
| 22186316 | PISTON ASM. | PC | 2560 | 0.503 | 1,287.68 |
| MTSC Order/Ln/Item:  01100-22  10  28722<br>Purchase Order:  0550048814 | | | | *0.505621* | *1294.3* |
| 22174079 | PISTON ASM. | PC | 1024 | 0.589 | 603.14 |
| MTSC Order/Ln/Item:  01100-22  11  32012<br>Purchase Order:  0550048814 | | | | *0.592119* | *606.3* |

--------------------------------------------------------------------------------

*** CONTINUED ***

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024754 | 09/20/05 |

**BILL TO**
C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**SHIP TO**
01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4   WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 2 |

| PART # / PURCHASE ORDER / RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22152159 | PISTON ASM. | PC | 2560 | 0.53178 | 1,361.36 |

MTSC Order/Ln/Item:  01100-22 13  32000
Purchase Order:  0550054860

1361.3(

PAID $9,304.47
DIFF - <9.907

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 9,294.57        Currency: USD        Total: 9,294.57


SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024757 | 09/20/05 |

| | |
|---|---|
| B I L L   T O | C01000<br><br>DELPHI CHASSIS SYSTEM (D)<br>ACG/DISBURSEMENT CENTER<br>PO BOX 436040<br>PONTIAC, MI 48343<br>USA |
| S H I P   T O | 01100-02<br><br>DELPHI CHASSIS DIVISION<br>DOCK 17<br>GATE 4 WOODMAN DRIVE<br>KETTERING, OH 45420<br>USA |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | TLGR | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22166921 | CYLINDER END | PC | 9600 | 0.18135<br>.17889 | 1,740.96 |
| MTSC Order/Ln/Item:  01100-02 75  19020 | | | | | |
| Purchase Order:  0550005992 | | | | | |
| | | | | | |
| 22166922 | CYLINDER END | PC | 19200 | 0.18133<br>.17788 | 3,481.54 |
| MTSC Order/Ln/Item:  01100-02 76  19002 | | | | | |
| Purchase Order:  0550005992 | | | | | |

*PAID*
*#5,123.04*
*DIFF $99.46*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 5,222.50     Currency: USD     Total: 5,222.50

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
| --- | --- |
| INVOICE / SID NO. | DATE |
| 00024766 | 09/20/05 |

**B I L L   T O**
C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**S H I P   T O**
36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
| --- | --- | --- | --- | --- |
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
| --- | --- | --- | --- | --- | --- |
| 25325385 | SE. POLE PC | PC | 1680 | 0.81315 | 1,366.09 |
| MTSC Order/Ln/Item:  36400-01   4   28756 | | | | 0.813149 | 1,366.09 |
| Purchase Order:  0550005324 | | | | | |
| 25326871 | HOUSING ASM. | PC | 2520 | 2.98821 | 7,530.29 |
| MTSC Order/Ln/Item:  36400-01   8   33901 | | | -19 | 2.97423 | 7,495.06 |
| Purchase Order:  0550005326 | | | 2501 | | -56.5 |
| | | | | | 7,438.5 |
| 25352318 | EGR Housing Assembly | PC | 2448 | 1.80932 | 4,429.22 |
| MTSC Order/Ln/Item:  36400-01 10   35607 | | | | 1.799551 | 4,405.3 |
| Purchase Order:  0550015837 | | | | | |

*Paid - $13,209.9*
*Shaft pd*
*$115.66*

| | | |
| --- | --- | --- |
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 13,325.60          Currency: USD          Total: 13,325.60

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
| --- | --- |
| INVOICE / SID NO. | DATE |
| 00024784 | 09/22/05 |

B
I
L
L

T
O

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

S
H
I
P

T
O

01100-02

DELPHI CHASSIS DIVISION
DOCK 17
GATE 4 WOODMAN DRIVE
KETTERING, OH 45420
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
| --- | --- | --- | --- | --- |
| | Net 30 days | TLGR | sm | 1 |

| PART #/ PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
| --- | --- | --- | --- | --- | --- |
| 22166921 | CYLINDER END | PC | 19200 | 0.18135 | 3,481.92 |
| | | | | 0.17789 | 3,415.4 |
| MTSC Order/Ln/Item:  01100-02 75  19020 | | | | | |
| Purchase Order:  0550005992 | | | | | |
| 22166922 | CYLINDER END | PC | 19200 | 0.18133 | 3,481.54 |
| | | | | 0.17788 | 3,415.3 |
| MTSC Order/Ln/Item:  01100-02 76  19002 | | | | | |
| Purchase Order:  0550005992 | | | | | |
| 22050282 | ROD GUIDE | PC | 6555 | 0.3286 | 2,153.97 |
| | | | | | 2,153.9 |
| MTSC Order/Ln/Item:  01100-02 96  00506 | | | | | |
| Purchase Order:  0550006007 | | | | | |
| Schedule Ref: 0000019 | | | 6555 PC | | |
| 4993493 | ORIFICE PLT L | PC | 18700 | 0.0799 | 1,494.13 |
| | | | | | 1494.13 |
| MTSC Order/Ln/Item:  01100-02102  00802 | | | | | |
| Purchase Order:  0550006005 | | | | | |

PAID -$ 10,478.89
shoft pd
$132.67

| | | | |
| --- | --- | --- | --- |
| | Charge 1 | : | 0.00 |
| | Charge 2 | : | 0.00 |
| | Charge 3 | : | 0.00 |
| | Total: | | |

Non-Taxable: 10,611.56          Currency: USD          Total: 10,611.56

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
### SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024786 | 09/21/05 |

B
I
L
L
T
O

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

S
H
I
P
T
O

01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4   WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 1 |

| PART # / PURCHASE ORDER / RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22172295 | PISTON ASSEMBLY | PC | 3584 | 0.47205 | 1,691.83 |
| MTSC Order/Ln/Item: 01100-22 1 17924 | | | | | |
| Purchase Order: 0550048814 | | | | | |
| 22174473 | PISTON ASM. | PC | 4096 | 0.47207 | 1,933.60 |
| MTSC Order/Ln/Item: 01100-22 2 19000 | | | | | |
| Purchase Order: 0550048814 | | | | | |
| 22174544 | PISTON ASM. | PC | 4608 | 0.47207 | 2,175.30 |
| MTSC Order/Ln/Item: 01100-22 4 21893 | | | | | |
| Purchase Order: 0550048814 | | | | | |
| 22186316 | PISTON ASM. | PC | 1536 | 0.503 | 772.61 |
| | | | | 0.50561 | 776.63 |
| MTSC Order/Ln/Item: 01100-22 10 28722 | | | | | |
| Purchase Order: 0550048814 | | | | | |
| 22152169 | PISTON ASM. | PC | 1536 | 0.53178 | 816.81 |
| MTSC Order/Ln/Item: 01100-22 13 32000 | | | | | |
| Purchase Order: 0550054860 | | | | | |

$7,394.17
Diff. ⟨4.02⟩

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 7,390.15     Currency: USD     Total: 7,390.15


SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024792 | 09/21/05 |

**BILL TO**

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**SHIP TO**

01100-02

DELPHI CHASSIS DIVISION
DOCK 17
GATE 4 WOODMAN DRIVE
KETTERING, OH 45420
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | TLGR | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22123935 | CYLINDER END | PC | 11500 | 0.27478 | 3,159.97 |
| MTSC Order/Ln/Item: 01100-02 74 21930 Purchase Order: 0550005992 | | | | *0.2757* | *370.5* |
| 22173712 | CYLINDER END | PC | 9600 | 0.18146 | 1,742.02 |
| MTSC Order/Ln/Item: 01100-02 78 19013 Purchase Order: 0550005992 | | | | *0.17793* | *1,708.2* |
| 4992361 ———— | ROD GUIDE | PC | 6000 | 0.40449 | 2,426.94 |
| MTSC Order/Ln/Item: 01100-02 93 00796 Purchase Order: 0550006007 | | | | *0.40449* | *2,426.9* |

*PAID*
*$7,305.71*
*Diff.*
*$23.22*

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 7,328.93        Currency: USD        Total: 7,328.93

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024796 | 09/21/05 |

**B I L L T O**
C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**S H I P T O**
36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25325385 ✓ | SE. POLE PC | PC | 3360 | 0.81315 | 2,732.18 |
| MTSC Order/Ln/Item: 36400-01  4  28756 Purchase Order: 0550005324 | | | | 0.81314⁹ | 2,732.18 |
| 25326871 ✓ | HOUSING ASM. | PC | 2520 | 2.98821 | 7,530.29 |
| MTSC Order/Ln/Item: 36400-01  8  33901 Purchase Order: 0550005326 | | | | 2.97423 | 7,495.0 |
| 25352318 ✓ | EGR Housing Assembly | PC | 2448 | 1.80932 | 4,429.22 |
| MTSC Order/Ln/Item: 36400-01 10  35607 Purchase Order: 0550015837 | | | | 1.79955¹ | 4,405.3 |

*(handwritten)* Paid - $14,632.54
diff - $59.15

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 14,691.69      Currency: USD      Total: 14,691.69

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

metaldyne

SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
| --- | --- |
| INVOICE / SID NO. | DATE |
| 00024815 | 09/22/05 |

BILL TO
c01105

DELPHI ENERGY AND CHASSIS
DIVISIONAL ACCOUNTS PAYABLE
MC 480-405-350
5820 DELPHI DRIVE
TROY, MI 48098
USA

SHIP TO
01105-01

DELPHI ENERGY & CHASSIS SYS
2100 BURLINGGAME AVE S.W.
GRAND RAPIDS, MI 49509
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
| --- | --- | --- | --- | --- |
| | | ups | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
| --- | --- | --- | --- | --- | --- |
| 25363420 | Sprocket | PC | 24 | 3.6248₸ | 87.00 |

*pd PN 25363470*

3.62

MTSC Order/Ln/Item:   01105-01   2   37324
Purchase Order:   0550051831
Schedule Ref: Sample                    24 PC

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 25366925 | Cam Adapter Asm | PC | 24 | 1.15134 | 27.63 |

3.62

MTSC Order/Ln/Item:   01105-01   3   37326
Purchase Order:   0550051832
Schedule Ref: sample                    24 PC

*2.4486 var*
*59.25 olp*

*(#59.13? overpaid*

| Charge 1 | : | 0.00 |
| --- | --- | --- |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 114.63          Currency: USD          Total: 114.63

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
| --- | --- |
| INVOICE / SID NO. | DATE |
| 00024818 | 09/22/05 |

| | | | |
| --- | --- | --- | --- |
| **B I L L  T O** | C01000<br><br>DELPHI CHASSIS SYSTEM (D)<br>ACG/DISBURSEMENT CENTER<br>PO BOX 436040<br>PONTIAC, MI 48343<br>USA | **S H I P  T O** | 01100-08<br><br>DELPHI E&C 34065<br>%CINCINNATI DDC %PJAX<br>DELPHI C PLANT 58/CHIHUAHUA<br>2789 EAST CRESCENTVILLE RD<br>WESTCHESTER, OH 45069<br>FINAL DEST MEXICO |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
| --- | --- | --- | --- | --- |
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
| --- | --- | --- | --- | --- | --- |
| 25363745 | Sec Plate | PC | 3600 | 0.24959 | 898.52 |

.250038

MTSC Order/Ln/Item:   01100-08 12   37382
Purchase Order:   0550037103

.000448 var

PAID
#900.14
overpay
<-1.627

| | | | |
| --- | --- | --- | --- |
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 898.52          Currency: USD          Total: 898.52

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024820 | 09/22/05 |

B
I
L
L

T
O

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

S
H
I
P

T
O

01100-16

DELPHI CHASSIS SYSTEMS
PLANT 14
GATE 4 WOODMAN DRIVE
KETTERING, OH 45401
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | tlgr | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22173644 | ROD GUIDE | PC | 18000 | 0.21536 | 3,876.48 |
| | | | | .21387 | |

MTSC Order/Ln/Item:  01100-16  5  19052
Purchase Order:  0550006001

PAID
$3,849.66
diff - $26.82

| Charge 1 | : | 0.00 |
|---|---|---|
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 3,876.48          Currency: USD          Total: 3,876.48

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024822 | 09/22/05 |

**BILL TO**

C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**SHIP TO**

36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25325385 | SE. POLE PC | PC | 3360 | 0.81315 | 2,732.18 |
| | | | | 0.81314? | 2,732.18 |
| MTSC Order/Ln/Item: 36400-01  4  28756 | | | | | |
| Purchase Order: 0550005324 | | | | | |
| 25326871 | HOUSING ASM. | PC | 3360 | 2.98821 | 10,040.39 |
| | | | | 2.97488? | 9,993.? |
| MTSC Order/Ln/Item: 36400-01  8  33901 | | | | | |
| Purchase Order: 0550005326 | | | | | |
| 25352318 | EGR Housing Assembly | PC | 2448 | 1.80932 | 4,429.22 |
| | | | | 1.79955? | 4,405.? |
| MTSC Order/Ln/Item: 36400-01 10  35607 | | | | | |
| Purchase Order: 0550015837 | | | | | |

*Paid - $17,130.?*
*diff - $70.?*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 17,201.79        Currency: USD        Total: 17,201.79

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
| --- | --- |
| INVOICE / SID NO. | DATE |
| 00024841 | 09/23/05 |

**BILL TO**

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**SHIP TO**

01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4   WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
| --- | --- | --- | --- | --- |
| | 2ND MONTH AFTER ROM | ANTT | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
| --- | --- | --- | --- | --- | --- |
| 22172295 | PISTON ASSEMBLY | PC | 2560 | 0.47205 | 1,208.45 |
| MTSC Order/Ln/Item:  01100-22  1  17924 | | | | | 1208.45 |
| Purchase Order:  0550048814 | | | | | |
| 22174473 | PISTON ASM. | PC | 5120 | 0.47207 | 2,417.00 |
| MTSC Order/Ln/Item:  01100-22  2  19000 | | | | | 2,417.00 |
| Purchase Order:  0550048814 | | | | | |
| 22174544 | PISTON ASM. | PC | 1536 | 0.47207 | 725.10 |
| MTSC Order/Ln/Item:  01100-22  4  21893 | | | | | 725.10 |
| Purchase Order:  0550048814 | | | | | |
| 22186316 | PISTON ASM. | PC | 7168 | 0.503 | 3,605.50 |
| MTSC Order/Ln/Item:  01100-22  10  28722 | | | | 0.50569 | 3,624.7 |
| Purchase Order:  0550048814 | | | | | |
| 22152169 | PISTON ASM. | PC | 3584 | 0.53178 | 1,905.90 |
| MTSC Order/Ln/Item:  01100-22  13  32000 | | | | | 1,905.9 |
| Purchase Order:  0550054860 | | | | | DIFF |
| | | | | | <18.78> |

| | | | |
| --- | --- | --- | --- |
| | Charge 1 | : | 0.00 |
| | Charge 2 | : | 0.00 |
| | Charge 3 | : | 0.00 |
| | Total: | | |

Non-Taxable: 9,861.95          Currency: USD          Total: 9,861.95

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024846 | 09/23/05 |

**BILL TO**

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**SHIP TO**

01100-08

DELPHI E&C 34065
%CINCINNATI DDC %PJAX
DELPHI C PLANT 58/CHIHUAHUA
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069
FINAL DEST MEXICO

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363745 | Sec Plate | PC | 3600 | 0.24959 | 898.52 |

_250038_

MTSC Order/Ln/Item:  01100-08 12  37382
Purchase Order:  0550037103

_,D00448 var_

_PAID
#900.14
Overpay
(-1.62)_

|  |  |  |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 898.52          Currency: USD          Total: 898.52

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024849 | 09/23/05 |

**BILL TO:**

C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**SHIP TO:**

36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25325385 | SE. POLE PC | PC | 3360 | 0.81315 | 2,732.18 |
| MTSC Order/Ln/Item: 36400-01  4  28756 | | | | *0.81319* | *2,732.18* |
| Purchase Order: 0550005324 | | | | | |
| 25326871 | HOUSING ASM. | PC | 2520 | 2.98821 | 7,530.29 |
| MTSC Order/Ln/Item: 36400-01  8  33901 | | | | *2.97483* | *7,495.01* |
| Purchase Order: 0550005326 | | | | | |
| 25352318 | EGR Housing Assembly | PC | 2448 | 1.80932 | 4,429.22 |
| MTSC Order/Ln/Item: 36400-01  10  35607 | | | | *1.799551* | *4,405.3* |
| Purchase Order: 0550015837 | | | | | |

*Paid - $14,632.54*
*diff - $59.15*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 14,691.69        Currency: USD        Total: 14,691.69

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024853 | 09/26/05 |

BILL TO:
C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

SHIP TO:
36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 17106712 | RETAINER EGR VLV | PC | 16000 | 0.04649 .04649 | 743.84 OK |
| MTSC Order/Ln/Item: 36400-01  9  01000 Purchase Order: 0550005324 | | | | | |
| 25355122 | PL/WASHER ASSEMBLY | PC | 4828 | 0.772 .77779 | 3,727.22 |
| MTSC Order/Ln/Item: 36400-01  12  35640 Purchase Order: 0550036785 | | | | | |

PAID
#4,498.96
diff
<$-27.90>

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 4,471.06    Currency: USD    Total: 4,471.06

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024868 | 09/26/05 |

**B I L L   T O**

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**S H I P   T O**

01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4    WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22172295 | PISTON ASSEMBLY | PC | 2048 | 0.47205 | 966.76 |
| MTSC Order/Ln/Item:  01100-22  1  17924 | | | | | 966.76 |
| Purchase Order:  0550048814 | | | | | |
| 22174473 | PISTON ASM. | PC | 512 | 0.47207 | 241.70 |
| MTSC Order/Ln/Item:  01100-22  2  19000 | | | | | 241.7 |
| Purchase Order:  0550048814 | | | | | |
| 22174544 | PISTON ASM. | PC | 3584 | 0.47207 | 1,691.90 |
| MTSC Order/Ln/Item:  01100-22  4  21893 | | | | | 1691.90 |
| Purchase Order:  0550048814 | | | | | |
| 22151652 | PISTON ASM. | PC | 1536 | 0.50208 | 771.19 |
| MTSC Order/Ln/Item:  01100-22  5  21894 | | | | | 771.19 |
| Purchase Order:  0550048814 | | | | | |
| 22186316 | PISTON ASM. | PC | 5120 | 0.503 | 2,575.36 |
| MTSC Order/Ln/Item:  01100-22 10  28722 | | | | 0.5056 | 2588. |
| Purchase Order:  0550048814 | | | | | |
| 22174079 | PISTON ASM. | PC | 1024 | 0.589 | 603.14 |
| | | | | 0.5921 | 606.3 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*** CONTINUED ***

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024868 | 09/26/05 |

B
I
L
L
T
O

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

S
H
I
P
T
O

01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4   WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 2 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22174079 | PISTON ASM. | | ***Cont*** | | |
| MTSC Order/Ln/Item:  01100-22 11  32012 | | | | | |
| Purchase Order:  0550048814 | | | | | |
| | | | | | |
| 22152169 ——— | PISTON ASM. | PC | 2560 | 0.53178 | 1,361.36 |
| | | | | | 1361.36 |
| MTSC Order/Ln/Item:  01100-22 13  32000 | | | | | |
| Purchase Order:  0550054860 | | | | | |

PAID
$8,228.01
diff <16.60>

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 8,211.41          Currency: USD          Total: 8,211.41

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
| --- | --- |
| INVOICE / SID NO. | DATE |
| 00024871 | 09/26/05 |

| B I L L T O | C01000 DELPHI CHASSIS SYSTEM (D) ACG/DISBURSEMENT CENTER PO BOX 436040 PONTIAC, MI 48343 USA | S H I P T O | 01100-02 DELPHI CHASSIS DIVISION DOCK 17 GATE 4 WOODMAN DRIVE KETTERING, OH 45420 USA |
| --- | --- | --- | --- |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
| --- | --- | --- | --- | --- |
| | Net 30 days | TLGR | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
| --- | --- | --- | --- | --- | --- |
| 22166922 | CYLINDER END | PC | 19200 | 0.18133 | 3,481.54 |
| | | | | 0.17788 | 3415.3c |
| MTSC Order/Ln/Item:  01100-02 76  19002 Purchase Order:  0550005992 | | | | | |
| 22177651 | ROD GUIDE | PC | 3600 | 0.40481 | 1,457.32 |
| | | | | | 1457.3c |
| MTSC Order/Ln/Item:  01100-02 79  21997 Purchase Order:  0550005997 | | | | | |
| 22050279 | ROD GUIDE | PC | 14800 | 0.16864 | 2,495.87 |
| | | | | | 2495.8 |
| MTSC Order/Ln/Item:  01100-02 80  00504 Purchase Order:  0550006007 | | | | | |
| 22186263 | CYLINDER END | PC | 19200 | 0.21083 | 4,047.94 |
| | | | | | 4047.9t |
| MTSC Order/Ln/Item:  01100-02100  28727 Purchase Order:  0550006021 | | | | | |
| 22007252 | ORIFICE PLT L | PC | 4500 | 0.12784 | 575.28 |
| | | | | | 575.2c |
| MTSC Order/Ln/Item:  01100-02103  00393 Purchase Order:  0550006005 | | | | | |

*Delphi paid – $11,991*
*diff – $66.24*

| | | |
| --- | --- | --- |
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 12,057.95     Currency: USD     Total: 12,057.95

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024877 | 09/26/05 |

**B I L L   T O**

C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**S H I P   T O**

36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25325385 | SE. POLE PC | PC | 3360 | 0.81315 | 2,732.18 |
| MTSC Order/Ln/Item:  36400-01   4   28756 | | | | 0.81319 | 2,732.18 |
| Purchase Order:  0550005324 | | | | | |
| 25326871 | HOUSING ASM. | PC | 4200 | 2.98821 | 12,550.48 |
| MTSC Order/Ln/Item:  36400-01   8   33901 | | | | 2.97423 | 12,491.7 |
| Purchase Order:  0550005326 | | | | | |
| 25352318 | EGR Housing Assembly | PC | 4896 | 1.80932 | 8,858.43 |
| MTSC Order/Ln/Item:  36400-01  10   35607 | | | | 1.79955 | 8,810.6 |
| Purchase Order:  0550015837 | | | | | |

Paid - $24,08
diff - $106.5

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 24,141.09        Currency: USD        Total: 24,141.09

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PARTS AND CONTAINERS.

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024882 | 09/26/05 |

BILL TO:
C01000
DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

SHIP TO:
01100-08
DELPHI E&C 34065
%CINCINNATI DDC %PJAX
DELPHI C PLANT 58/CHIHUAHUA
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069
FINAL DEST MEXICO

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363745 | Sec Plate | PC | 3600 | 0.24959 | 898.52 |

MTSC Order/Ln/Item:  01100-08 12   37382
Purchase Order:  0550037103

.250038

.000448 var

PD
#900.14
overpay
∠-1627

| Charge 1 | : | 0.00 |
|---|---|---|
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 898.52      Currency: USD      Total: 898.52

SHORTAGE OR DAMAGE MUST BE REPORTED IMMEDIATELY. POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024901 | 09/27/05 |

B
I
L
L

T
O

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

S
H
I
P

T
O

01100-02

DELPHI CHASSIS DIVISION
DOCK 17
GATE 4 WOODMAN DRIVE
KETTERING, OH 45420
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | TLGR | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22166922 | CYLINDER END | PC | 19200 | 0.18133 | 3,481.54 |
| | | | | 0.17788 | 3,415.3 |
| MTSC Order/Ln/Item:  01100-02 76  19002 | | | | | |
| Purchase Order:  0550005992 | | | | | |
| 22173712 | CYLINDER END | PC | 9600 | 0.18146 | 1,742.02 |
| | | | | 0.1779 | 1,708.2 |
| MTSC Order/Ln/Item:  01100-02 78  19013 | | | | | |
| Purchase Order:  0550005992 | | | | | |
| 22186263 | CYLINDER END | PC | 9600 | 0.21083 | 2,023.97 |
| | | | | 0.21083 | 2,023.9 |
| MTSC Order/Ln/Item:  01100-02 100  28727 | | | | | |
| Purchase Order:  0550006021 | | | | | |

PAID
$7,147.49
Short pd
$100.04

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 7,247.53        Currency: USD        Total: 7,247.53

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024902 | 09/27/05 |

**BILL TO:**

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**SHIP TO:**

01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4    WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22174473 | PISTON ASM. | PC | 5120 | 0.47207 | 2,417.00 |
| MTSC Order/Ln/Item:  01100-22  2  19000 | | | | | 2417.00 |
| Purchase Order:  0550048814 | | | | | |
| 22174544 | PISTON ASM. | PC | 1024 | 0.47207 | 483.40 |
| MTSC Order/Ln/Item:  01100-22  4  21893 | | | | | 483.40 |
| Purchase Order:  0550048814 | | | | | |
| 22151652 | PISTON ASM. | PC | 1536 | 0.50208 | 771.19 |
| MTSC Order/Ln/Item:  01100-22  5  21894 | | | | | 771.19 |
| Purchase Order:  0550048814 | | | | | |
| 22186316 | PISTON ASM. | PC | 6144 | 0.503 | 3,090.43 |
| MTSC Order/Ln/Item:  01100-22  10  28722 | | | | 0.5056 | 3,106.53 |
| Purchase Order:  0550048814 | | | | | |
| 22174079 | PISTON ASM. | PC | 2560 | 0.589 | 1,507.84 |
| MTSC Order/Ln/Item:  01100-22  11  32012 | | | | 0.59212 | 1,515.83 |
| Purchase Order:  0550048814 | | | | | |
| 22152169 | PISTON ASM. | PC | 1024 | 0.53178 | 544.54 |
| | | | | | 544.5 |

--------------------------------------------------------------

*** CONTINUED ***

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024902 | 09/27/05 |

| | |
|---|---|
| B I L L  T O | C01000<br><br>DELPHI CHASSIS SYSTEM (D)<br>ACG/DISBURSEMENT CENTER<br>PO BOX 436040<br>PONTIAC, MI 48343<br>USA |
| S H I P  T O | 01100-22<br><br>DELPHI CHASSIS SYSTEMS<br>PLANT 17<br>GATE 4   WOODMAN DRIVE<br>KETTERING, OH 45401 |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 2 |

| PART # / PURCHASE ORDER / RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22152165 | PISTON ASM. | | ***Cont*** | | |
| MTSC Order/Ln/Item: 01100-22 13  32000 | | | | | |
| Purchase Order: 0550054860 | | | | | |
| | | | | | |
| 22151653 | PISTON ASM. | PC | 3072 | 0.79166 | 2,431.98 |
| | | | | | *2431.98* |
| MTSC Order/Ln/Item: 01100-22 14  15864 | | | | | |
| Purchase Order: 0550048814 | | | | | |

*PAID $11,270.47*
*DIFF ∠24.09*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 11,246.38      Currency: USD      Total: 11,246.38

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024907 | 09/27/05 |

| B I L L T O | C01000 DELPHI CHASSIS SYSTEM (D) ACG/DISBURSEMENT CENTER PO BOX 436040 PONTIAC, MI 48343 USA | S H I P T O | 01100-08 DELPHI E&C 34065 %CINCINNATI DDC %PJAX DELPHI C PLANT 58/CHIHUAHUA 2789 EAST CRESCENTVILLE RD WESTCHESTER, OH 45069 FINAL DEST MEXICO |
|---|---|---|---|

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363745 | Sec Plate | PC | 1200 | 0.24959 .2500 | 299.51 |

MTSC Order/Ln/Item:  01100-08 12  37382
Purchase Order:  0550037103

*6.5470ver P*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 299.51          Currency: USD          Total: 299.51

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024912 | 09/27/05 |

**B I L L   T O**

C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**S H I P   T O**

36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25325385 | SE. POLE PC | PC | 1680 | 0.81315 | 1,366.09 |
| MTSC Order/Ln/Item:  36400-01   4   28756 | | | | 0.81319 | 1,366.09 |
| Purchase Order:  0550005324 | | | | | |
| 25326871 | HOUSING ASM. | PC | 4200 | 2.98821 | 12,550.48 |
| MTSC Order/Ln/Item:  36400-01   8   33901 | | | | 2.97423 | 12,491.7 |
| Purchase Order:  0550005326 | | | | | |
| 25352318 | EGR Housing Assembly | PC | 4896 | 1.80932 | 8,858.43 |
| MTSC Order/Ln/Item:  36400-01  10   35607 | | | | 1.79955 | 8,810.60 |
| Purchase Order:  0550015837 | | | | | |

*Bid - $22,668.46*
*diff - $106.54*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 22,775.00        Currency: USD        Total: 22,775.00

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024925 | 09/28/05 |

**B I L L   T O**

c01105

DELPHI ENERGY AND CHASSIS
DIVISIONAL ACCOUNTS PAYABLE
MC 480-405-350
5820 DELPHI DRIVE
TROY, MI 48098
USA

**S H I P   T O**

01105-01

DELPHI ENERGY & CHASSIS SYS
2100 BURLINGGAME AVE S.W.
GRAND RAPIDS, MI 49509
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | | CTII | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363420 | Sprocket | PC | 3840 | 3.62481 | 13,919.27 |

3.64114 | 13,981.98

MTSC Order/Ln/Item:  01105-01   2   37324
Purchase Order:  0550051831

Paid - $13,981.98
diff - <62.71>

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 13,919.27          Currency: USD          Total: 13,919.27

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024927 | 09/28/05 |

BILL TO:
C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

SHIP TO:
01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4    WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22174473 | PISTON ASM. | PC | 5632 | 0.47207 | 2,658.70 |
| MTSC Order/Ln/Item: 01100-22  2  19000 | | | | | |
| Purchase Order: 0550048814 | | | | | |
| 22174544 | PISTON ASM. | PC | 1024 | 0.47207 | 483.40 |
| MTSC Order/Ln/Item: 01100-22  4  21893 | | | | | |
| Purchase Order: 0550048814 | | | | | |
| 22186316 | PISTON ASM. | PC | 1536 | 0.503 .505618 | 772.61 |
| MTSC Order/Ln/Item: 01100-22 10  28722 | | | | | |
| Purchase Order: 0550048814 | | | | | |
| 22174079 | PISTON ASM. | PC | 1536 | 0.589 .592122 | 904.70 |
| MTSC Order/Ln/Item: 01100-22 11  32012 | | | | | |
| Purchase Order: 0550048814 | | | | | |

PAID
#4,828.23

Diff. <-8.82

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 4,819.41      Currency: USD      Total: 4,819.41

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024929 | 09/28/05 |

| | |
|---|---|
| **B I L L  T O** | C01000<br><br>DELPHI CHASSIS SYSTEM (D)<br>ACG/DISBURSEMENT CENTER<br>PO BOX 436040<br>PONTIAC, MI 48343<br>USA |
| **S H I P  T O** | 01100-08<br><br>DELPHI E&C 34065<br>%CINCINNATI DDC %PJAX<br>DELPHI C PLANT 58/CHIHUAHUA<br>2789 EAST CRESCENTVILLE RD<br>WESTCHESTER, OH 45069<br>FINAL DEST MEXICO |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363745 | Sec Plate | PC | 6000 | 0.24959 | 1,497.54 |

.25004

MTSC Order/Ln/Item:  01100-08  12   37382
Purchase Order:  0550037103

.00045 var

PAID
$1500.24
diff. ∠2.70

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 1,497.54          Currency: USD          Total: 1,497.54

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit to:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024930 | 09/29/05 |

**B I L L   T O**
c01105

DELPHI ENERGY AND CHASSIS
DIVISIONAL ACCOUNTS PAYABLE
MC 480-405-350
5820 DELPHI DRIVE
TROY, MI 48098
USA

**S H I P   T O**
01105-01

DELPHI ENERGY & CHASSIS SYS
2100 BURLINGGAME AVE S.W.
GRAND RAPIDS, MI 49509
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | | CTII | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363420 | Sprocket | PC | 3200 | 3.62481 | 11,599.39 |
| MTSC Order/Ln/Item: 01105-01   2   37324 Purchase Order: 0550051831 | | | | 3.64114 | 52.26 VNL |
| 25366925 | Cam Adapter Asm | PC | 9984 | 1.15134 | 11,494.98 |
| MTSC Order/Ln/Item: 01105-01   3   37326 Purchase Order: 0550051832 | | | | 1.15333 | 19.87 Jav |
| 25369342 | Target Wheel | PC | 2080 | 2.23676 | 4,652.46 |
| MTSC Order/Ln/Item: 01105-01   5   37760 Purchase Order: 550056229 | | | | 2.242028 | 10.96 Jav |
| 25370379 | Target Wheel | PC | 1040 | 2.23665 | 2,326.12 |
| MTSC Order/Ln/Item: 01105-01   7   37764 Purchase Order: 0550056229 | | | | 2.241884 | 5.44 Vav |
| 25359909 | L-6 Target Wheel | PC | 5400 | 2.20473 | 11,905.54 |
| MTSC Order/Ln/Item: 01105-01   8   37777 Purchase Order: 550062419 | | | | 2.2125 | 41.96 |

Paid - $42,108.
diff - <130.49

| | | | |
|---|---|---|---|
| | Charge 1 | : | 0.00 |
| | Charge 2 | : | 0.00 |
| | Charge 3 | : | 0.00 |
| | Total: | | |

Non-Taxable: 41,978.49        Currency: USD        Total: 41,978.49


SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
## SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024941 | 09/28/05 |

**BILL TO**

C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**SHIP TO**

36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25325385 | SE. POLE PC | PC | 3360 | 0.81315 | 2,732.18 |
| MTSC Order/Ln/Item:  36400-01   4   28756 | | | | | OK |
| Purchase Order:  0550005324 | | | | | |
| 25326871 | HOUSING ASM. | PC | 4200 | 2.98821 | 12,550.48 |
| MTSC Order/Ln/Item:  36400-01   8   33901 | | | | C2.97423 | (58.71) |
| Purchase Order:  0550005326 | | | | | VW |
| 25352318 | EGR Housing Assembly | PC | 7344 | 1.80932 | 13,287.65 |
| MTSC Order/Ln/Item:  36400-01  10  35607 | | | | 1.79955 | (71.75) |
| Purchase Order:  0550015837 | | | | | |

Paid - $28,439.85
diff - $130.46

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 28,570.31     Currency: USD     Total: 28,570.31

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PARTS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024944 | 09/29/05 |

| | | | |
|---|---|---|---|
| **B I L L T O** | C36300 <br><br> DELPHI ENERGY & ENGINE (ROC) <br> EAG DISBURSEMENT SERVICES <br> PO BOX 1550 <br> FLINT, MI 48501 <br> USA | **S H I P T O** | 36400-01 <br><br> DELPHI ENERGY & ENGINE <br> 1000 LEXINGTON AVENUE <br> ROCHESTER, NY 14606 <br> USA |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART #/ PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25355037 | Primary Pole | PC | 4661 | 0.61792 | 2,880.13 |
| MTSC Order/Ln/Item:  36400-01 11   36885 <br> Purchase Order:   0550016133 | | | | OK .617921 | |
| 25355122 | PL/WASHER ASSEMBLY | PC | 4828 | 0.772 | 3,727.22 |
| MTSC Order/Ln/Item:  36400-01 12   35640 <br> Purchase Order:   0550036785 | | | | .7777 | |

PAID
#6,635.25
Diff.
<27.90>

|  |  |  |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 6,607.35        Currency: USD        Total: 6,607.35

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024951 | 09/29/05 |

B
I
L
L
T
O

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

S
H
I
P
T
O

01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4   WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22186316 | PISTON ASM. | PC | 2560 | 0.503 | 1,287.68 |
| MTSC Order/Ln/Item:  01100-22 10  28722 | | | | .50562↑ | |
| Purchase Order:  0550048814 | | | | .000671 var | |
| 22152169 | PISTON ASM. | PC | 2048 | 0.53178 | 1,089.09 |
| | | | | .53178 | OK |
| MTSC Order/Ln/Item:  01100-22 13  32000 | | | | | |
| Purchase Order:  0550054860 | | | | | |

PAID
$ 2,383.48

diff. ∠-6.717

| Charge 1 | : | 0.00 |
|---|---|---|
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 2,376.77          Currency: USD          Total: 2,376.77

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024964 | 09/29/05 |

B I L L T O

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

S H I P T O

01100-08

DELPHI E&C 34065
%CINCINNATI DDC %PJAX
DELPHI C PLANT 58/CHIHUAHUA
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069
FINAL DEST MEXICO

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363745 | Sec Plate | PC | 600 | 0.24959 | 149.75 |

.2500

MTSC Order/Ln/Item:  01100-08 12  37382
Purchase Order:  0550037103

.00041 var

.246 o|p

L.27
con
over
p

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 149.75          Currency: USD          Total: 149.75

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
## SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024966 | 09/29/05 |

**B I L L T O**

C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**S H I P T O**

36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25325385 | SE. POLE PC | PC | 3360 | 0.81315 | 2,732.18 |
| MTSC Order/Ln/Item:  36400-01  4  28756 | | | | | *2,732.18* |
| Purchase Order:  0550005324 | | | | | |
| 25326871 | HOUSING ASM. | PC | 2520 | 2.98821 | 7,530.29 |
| MTSC Order/Ln/Item:  36400-01  8  33901 | | | | | *7,495.06* |
| Purchase Order:  0550005326 | | | | | |
| 25352318 | EGR Housing Assembly | PC | 2448 | 1.80932 | 4,429.22 |
| MTSC Order/Ln/Item:  36400-01  10  35607 | | | | | *??* |
| Purchase Order:  0550015837 | | | | | |

*Paid - $14,694.69*
*diff - <-3.00>*

| Charge 1 | : | 0.00 |
|---|---|---|
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 14,691.69        Currency: USD        Total: 14,691.69

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024975 | 09/30/05 |

BILL TO:

```
        C30800
DELPHI CHASSIS SYSTEMS NDH
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA
```

SHIP TO:

```
        30900-01
DELPHI CHASSIS SYSTEMS - NDH
2509 HAYES AVENUE
SANDUSKY, OH 44870
USA
```

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 4640305 | RET/SNS RING | PC | 13500 | 0.38677 | 5,221.40 |

.38842 *(handwritten)*

```
MTSC Order/Ln/Item:  30900-01  5  16483
Purchase Order:  0550005689
```

*(handwritten)* PAID
#5,243.67
DIFF. <-22.2

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 5,221.40          Currency: USD          Total: 5,221.40

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED PR RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024982 | 09/30/05 |

B I L L
T O

c01105

DELPHI ENERGY AND CHASSIS
DIVISIONAL ACCOUNTS PAYABLE
MC 480-405-350
5820 DELPHI DRIVE
TROY, MI 48098
USA

S H I P
T O

01105-01

DELPHI ENERGY & CHASSIS SYS
2100 BURLINGGAME AVE S.W.
GRAND RAPIDS, MI 49509
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | | CTII | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363420 | Sprocket | PC | 2560 | 3.62481 | 9,279.51 |

MTSC Order/Ln/Item:   01105-01   2   37324
Purchase Order:   0550051831

3.64141   9,321.3*

PAID $9,321.3*
diff ∠ 41.81 ⟩

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 9,279.51          Currency: USD          Total: 9,279.51

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00024993 | 09/30/05 |

B
I
L
L
T
O

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

S
H
I
P
T
O

01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4   WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22172295 | PISTON ASSEMBLY | PC | 6656 | 0.47205  ,472049 | 3,141.96  OK |
| MTSC Order/Ln/Item:  01100-22  1  17924 | | | | | |
| Purchase Order:  0550048814 | | | | | |
| 22174473 | PISTON ASM. | PC | 4096 | 0.47207  ,47207 | 1,933.60  OK |
| MTSC Order/Ln/Item:  01100-22  2  19000 | | | | | |
| Purchase Order:  0550048814 | | | | | |
| 22174544 | PISTON ASM. | PC | 1536 | 0.47207  ,47207 | 725.10  OK |
| MTSC Order/Ln/Item:  01100-22  4  21893 | | | | | |
| Purchase Order:  0550048814 | | | | | |
| 22186316 | PISTON ASM. | PC | 1536 | 0.503  ,505618 | 772.61 |
| MTSC Order/Ln/Item:  01100-22  10  28722 | | | | | |
| Purchase Order:  0550048814 | | | | | |

PAID
#6,577.29
Diff <4.0

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 6,573.27          Currency: USD          Total: 6,573.27

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00024995 | 10/01/05 |

B I L L   T O
```
       C36300
DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA
```

S H I P   T O
```
       36400-01
DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA
```

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER / RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25325385 | SE. POLE PC | PC | 3360 | 0.81315 | 2,732.18 |
| MTSC Order/Ln/Item: 36400-01  4  28756 | | | | 0.81314*9* | *2739.07* |
| Purchase Order: 0550005324 | | | | | *- 6.89* |
| | | | | | *2,732.1*  |
| 25326871 | HOUSING ASM. | PC | 840 | 2.98821 | 2,510.10 |
| MTSC Order/Ln/Item: 36400-01  8  33901 | | | | *2.97422*6 | *2501.2*  |
| Purchase Order: 0550005326 | | | | | *- 2.9* |
| | | | | | *2,498.* |
| 25352318 | EGR Housing Assembly | PC | 4896 | 1.80932 | 8,858.43 |
| MTSC Order/Ln/Item: 36400-01 10 35607 | | | | *1.79955*1 | *8,822.5* |
| Purchase Order: 0550015837 | | | | | *- 11.9* |
| | | | | | *8,810.* |

*Paid - $14,041.1*
*diff - $59.58*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 14,100.71     Currency: USD     Total: 14,100.71

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---------|---|
| INVOICE / SID NO. | DATE |
| 00025001 | 10/03/05 |

| B I L L T O | C01000 |
|---|---|
| | DELPHI CHASSIS SYSTEM (D) |
| | ACG/DISBURSEMENT CENTER |
| | PO BOX 436040 |
| | PONTIAC, MI 48343 |
| | USA |

| S H I P T O | 01100-20 |
|---|---|
| | DELPHI ENERGY & CHASSIS SYS |
| | DOCK 101 |
| | 3100 NEEDMORE ROAD |
| | DAYTON, OH 45414 |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days     . | CTII | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 18047957 | SPACER BOOSTER | PC | 1944 | 1.72325 | 3,350.00 |

MTSC Order/Ln/Item:  01100-20  1  37348                    1.73056
Purchase Order:  0550023943

PAID
#3,364.21
DIFF -<-14.21>

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 3,350.00        Currency:  USD        Total: 3,350.00

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne
### SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00025002 | 10/03/05 |

**BILL TO**
C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**SHIP TO**
36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25355122 | PL/WASHER ASSEMBLY | PC | 4828 | 0.772 | 3,727.22 |

.7777

MTSC Order/Ln/Item:  36400-01 12   35640
Purchase Order:  0550036785

PD
$3,763.09

Diff. ∠35.87

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 3,727.22          Currency: USD          Total: 3,727.22

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| **INVOICE / SID NO.** | **DATE** |
| 00025005 | 10/04/05 |

**BILL TO**
c01105

DELPHI ENERGY AND CHASSIS
DIVISIONAL ACCOUNTS PAYABLE
MC 480-405-350
5820 DELPHI DRIVE
TROY, MI 48098
USA

**SHIP TO**
01105-01

DELPHI ENERGY & CHASSIS SYS
2100 BURLINGGAME AVE S.W.
GRAND RAPIDS, MI 49509
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | | pjxi | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363420 | Sprocket | PC | 6400 | 3.62481 | 23,198.78 |
| | | | | 3.64114 | 104.52 |
| | | | | | VW |
| MTSC Order/Ln/Item: 01105-01  2  37324 | | | | | |
| Purchase Order: 0550051831 | | | | | |
| 25366925 | Cam Adapter Asm | PC | 9984 | 1.15134 | 11,494.98 |
| | | | | 1.15333 | 19.87 |
| | | | | | var |
| MTSC Order/Ln/Item: 01105-01  3  37326 | | | | | |
| Purchase Order: 0550051832 | | | | | |
| 25369342 | Target Wheel | PC | 3120 | 2.23676 | 6,978.69 |
| | | | | 2.2420 | 16.44 |
| | | | | | Var |
| MTSC Order/Ln/Item: 01105-01  5  37760 | | | | | |
| Purchase Order: 550056229 | | | | | |
| 25370379 | Target Wheel | PC | 1040 | 2.23665 | 2,326.12 |
| | | | | 2.241884 | 844 |
| | | | | | var |
| MTSC Order/Ln/Item: 01105-01  7  37764 | | | | | |
| Purchase Order: 0550056229 | | | | | |
| 25359909 | L-6 Target Wheel | PC | 6480 | 2.20473 | 14,286.65 |
| | | | | 2.2125 | 50.35 |
| | | | | | var |
| MTSC Order/Ln/Item: 01105-01  8  37777 | | | | | |
| Purchase Order: 550062419 | | | | | |

Paid #58,481.84
diff. ⟨-196.62⟩

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 58,285.22          Currency: USD          Total: 58,285.22

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00025006 | 10/03/05 |

**B I L L T O**
C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**S H I P T O**
01100-02

DELPHI CHASSIS DIVISION
DOCK 17
GATE 4 WOODMAN DRIVE
KETTERING, OH 45420
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | TLGR | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22166921 | CYLINDER END | PC | 9600 | 0.18135 | 1,740.96 |
| | | | | *0.178800* | *1716.48* |
| MTSC Order/Ln/Item: 01100-02 75  19020 | | | | | |
| Purchase Order: 0550005992 | | | | | |
| 22166922 | CYLINDER END | PC | 9600 | 0.18133 | 1,740.77 |
| | | | | *0.17878* | *1716.29* |
| MTSC Order/Ln/Item: 01100-02 76  19002 | | | | | |
| Purchase Order: 0550005992 | | | | | |
| 22120446 | ROD GUIDE | PC | 750 | 1.04634 | 784.76 |
| | | | | *1.04634* | *784.75* |
| MTSC Order/Ln/Item: 01100-02 81  01008 | | | | | |
| Purchase Order: 0550006023 | | | | | |
| 22166919 | | PC | 7200 | 0.32646 | 2,350.51 |
| | | | | *0.32386* | *2,331.75* |
| MTSC Order/Ln/Item: 01100-02 84  32084 | | | | | |
| Purchase Order: 0550006021 | | | | | |
| 22152629 | ROD GUIDE | PC | 5100 | 1.04418 | 5,325.32 |
| | | | | *1.04418* | *5325.3* |
| MTSC Order/Ln/Item: 01100-02 89  14895 | | | | | |
| Purchase Order: 0550006023 | | | | | |

*DIFF.*
*$67.68*

|  |  |  |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 11,942.32      Currency: USD      Total: 11,942.32


SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00025015 | 10/03/05 |

| | |
|---|---|
| **B I L L  T O**    C30800 | **S H I P  T O**    30900-01 |
| DELPHI CHASSIS SYSTEMS NDH<br>ACG DISBURSEMENT CENTER<br>PO BOX 436040<br>PONTIAC, MI 48343<br>USA | DELPHI CHASSIS SYSTEMS - NDH<br>2509 HAYES AVENUE<br>SANDUSKY, OH 44870<br>USA |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 4640299 | RET./SENSOR RING | PC | 15000 | 0.22869 | 3,430.35 |
| | | | | 0.229830 | 3,447.45 |
| MTSC Order/Ln/Item: 30900-01  9  13975<br>Purchase Order:  0550005689 | | | | | |
| 12424371 | SENSOR RING | PC | 18480 | 0.23115 | 4,271.65 |
| | | | | 0.232830 | 4,293.4 |
| MTSC Order/Ln/Item: 30900-01  14  37827<br>Purchase Order:  0550057784 | | | | | |

PAID
$7,740.91
diff - (38.91)

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 7,702.00        Currency: USD        Total: 7,702.00

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
### SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00025029 | 10/03/05 |

**BILL TO**
C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**SHIP TO**
01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4   WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | adcom | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22172295 | PISTON ASSEMBLY | PC | 6656 | 0.47205 | 3,141.96 |
| MTSC Order/Ln/Item:   01100-22   1   17924 | | | | .472689 | |
| Purchase Order:   0550048814 | | | | | |
| | | | | | |
| 22152169 | PISTON ASM. | PC | 1536 | 0.53178 | 816.81 |
| MTSC Order/Ln/Item:   01100-22 13   32000 | | | | .532668 | |
| Purchase Order:   0550054860 | | | | | |

PAID
#3,964.39
diff £5.62

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 3,958.77      Currency: USD      Total: 3,958.77

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00025030 | 10/03/05 |

B
I   C01000
L
L
T   DELPHI CHASSIS SYSTEM (D)
O   ACG/DISBURSEMENT CENTER
    PO BOX 436040
    PONTIAC, MI 48343
    USA

S   01100-22
H
I
P   DELPHI CHASSIS SYSTEMS
    PLANT 17
T   GATE 4   WOODMAN DRIVE
O   KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22172295 | PISTON ASSEMBLY | PC | 2560 | 0.47205  *0.472691* | 1,208.45  *1,210.09* |
| MTSC Order/Ln/Item:  01100-22  1  17924 Purchase Order:  0550048814 | | | | | |
| 22174473 | PISTON ASM. | PC | 4608 | 0.47207  *0.472711* | 2,175.30  *2,178.2* |
| MTSC Order/Ln/Item:  01100-22  2  19000 Purchase Order:  0550048814 | | | | | |
| 22174544 | PISTON ASM. | PC | 3072 | 0.47207  *0.472712* | 1,450.20  *1452,17* |
| MTSC Order/Ln/Item:  01100-22  4  21893 Purchase Order:  0550048814 | | | | | |
| 22151652 | PISTON ASM. | PC | 1536 | 0.50208  *0.502728* | 771.19  *772.19* |
| MTSC Order/Ln/Item:  01100-22  5  21894 Purchase Order:  0550048814 | | | | | |
| 22186316 | PISTON ASM. | PC | 1536 | 0.503  *0.506263* | 772.61  *777.6* |
| MTSC Order/Ln/Item:  01100-22 10  28722 Purchase Order:  0550048814 | | | | | |
| 22152169 | PISTON ASM. | PC | 2560 | 0.53178  *0.532660* | 1,361.36  *1,363.6* |

---

*** CONTINUED ***

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00025030 | 10/03/05 |

B
I
L
L

T
O
C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

S
H
I
P

T
O
01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4   WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 2 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22152169 | PISTON ASM. | | ***Cont*** | | |

MTSC Order/Ln/Item:  01100-22 13   32000
Purchase Order:   0550054860

PAID
7,753.93
diff ∠14.82

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 7,739.11          Currency: USD          Total: 7,739.11

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
| --- | --- |
| INVOICE / SID NO. | DATE |
| 00025031 | 10/03/05 |

B
I
L
L

T
O

c01105

DELPHI ENERGY AND CHASSIS
DIVISIONAL ACCOUNTS PAYABLE
MC 480-405-350
5820 DELPHI DRIVE
TROY, MI 48098
USA

S
H
I
P

T
O

01105-01

DELPHI ENERGY & CHASSIS SYS
2100 BURLINGGAME AVE S.W.
GRAND RAPIDS, MI 49509
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
| --- | --- | --- | --- | --- |
| | | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
| --- | --- | --- | --- | --- | --- |
| 25363420 | Sprocket | PC | 1920 | 3.62481 | 6,959.64 |

3.6411   6,990.99

MTSC Order/Ln/Item:  01105-01   2   37324
Purchase Order:  0550051831

PAID
#6,990.99
Diff ∠31.35

| | | |
| --- | --- | --- |
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 6,959.64          Currency: USD          Total: 6,959.64

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00025033 | 10/03/05 |

**B I L L  T O**

C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**S H I P  T O**

36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25325385 | SE. POLE PC | PC | 3360 | 0.81315 | 2,732.18 |
| MTSC Order/Ln/Item: 36400-01  4  28756 | | | | .815199 | 6.89 oP |
| Purchase Order:  0550005324 | | | | | |
| 25326871 | HOUSING ASM. | PC | 2520 | 2.98821 | 7,530.29 |
| MTSC Order/Ln/Item: 36400-01  8  33901 | | | | 2.977718 | 26.44 SP |
| Purchase Order:  0550005326 | | | | | |
| 25352318 | EGR Housing Assembly | PC | 4896 | 1.80932 | 8,858.43 |
| MTSC Order/Ln/Item: 36400-01 10 35607 | | | | 1.801989 | 35.89 SP |
| Purchase Order:  0550015837 | | | | | |

Paid - $19,065.46
diff - $55.44

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 19,120.90        Currency: USD        Total: 19,120.90

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
### SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00025039 | 10/04/05 |

**BILL TO**

C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**SHIP TO**

36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 17106712 | RETAINER EGR VLV | PC | 16000 | 0.04649 | 743.84 |
| MTSC Order/Ln/Item: 36400-01 9 01000 | | | | | |
| Purchase Order: 0550005324 | | | | | |
| 25317191 | BASE | PC | 1326 | 1.60113 | 2,123.10 |
| MTSC Order/Ln/Item: 36400-01 13 28733 | | | | | |
| Purchase Order: 0550005324 | | | | | |

*(handwritten: .04608   (.000656) var)*

*(handwritten: 1.607021   .000781 var)*

*(handwritten: PAID*
*#2,868.19*
*overpay <1.25>)*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 2,866.94          Currency: USD          Total: 2,866.94

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00025043 | 10/04/05 |

**B I L L   T O**

C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**S H I P   T O**

36400-02

DELPHI ENERGY & ENGINE
% METAL CLADDING INC(500 LEE
230 SOUTH NIAGARA STREET
LOCKPORT, NY 14094
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25317842 | BASE | PC | 3080 | 0.68067 | 2,096.46 |

.68654

MTSC Order/Ln/Item:  36400-02   9   22029
Purchase Order:  0550034151

.00587 vkr

PAID
#2,114.54

diff. ∠18.08

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 2,096.46          Currency: USD          Total: 2,096.46

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne
### SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00025044 | 10/04/05 |

BILL TO:

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

SHIP TO:

01100-02

DELPHI CHASSIS DIVISION
DOCK 17
GATE 4 WOODMAN DRIVE
KETTERING, OH 45420
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | fed ex cc | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22166921 | CYLINDER END | PC | 8700 | 0.18135 | 1,577.75 |

.1788

MTSC Order/Ln/Item:  01100-02 75  19020
Purchase Order:  0550005992

.002550 var

PAID
$ 1,555.56
diff. #22.19

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 1,577.75          Currency: USD          Total: 1,577.75


SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00025047 | 10/04/05 |

| | | | |
|---|---|---|---|
| **B**<br>**I**<br>**L**<br>**T**<br>**O** | C01000<br><br>DELPHI CHASSIS SYSTEM (D)<br>ACG/DISBURSEMENT CENTER<br>PO BOX 436040<br>PONTIAC, MI 48343<br>USA | **S**<br>**H**<br>**I**<br>**P**<br>**T**<br>**O** | 01100-02<br><br>DELPHI CHASSIS DIVISION<br>DOCK 17<br>GATE 4 WOODMAN DRIVE<br>KETTERING, OH 45420<br>USA |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | TLGR | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22173712 | CYLINDER END | PC | 19200 | 0.18146<br>.178859 | 3,484.03 |
| MTSC Order/Ln/Item:  01100-02 78   19013<br>Purchase Order:  0550005992 | | | | | |
| 22186263 | CYLINDER END | PC | 9600 | 0.21083<br>.21179 | 2,023.97 |
| MTSC Order/Ln/Item:  01100-02100   28727<br>Purchase Order:  0550006021 | | | | | |

PAID
$5,466.62
Diff $41.38

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 5,508.00          Currency: USD          Total: 5,508.00

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00025055 | 10/04/05 |

BILL TO:
```
        C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA
```

SHIP TO:
```
        01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4    WOODMAN DRIVE
KETTERING, OH 45401
```

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22172295 ✓ | PISTON ASSEMBLY | PC | 15360 | 0.47205 / 0.47690 | 7,250.69 / 7,260.58 |
| MTSC Order/Ln/Item:  01100-22  1  17924 | | | | | |
| Purchase Order:  0550048814 | | | | | |
| 22174473 | PISTON ASM. | PC | 2048 | 0.47207 / 0.47271 | 966.80 / 968.11 |
| MTSC Order/Ln/Item:  01100-22  2  19000 | | | | | |
| Purchase Order:  0550048814 | | | | | |
| 22174544 | PISTON ASM. | PC | 1536 | 0.47207 / 0.472708 | 725.10 / 726.08 |
| MTSC Order/Ln/Item:  01100-22  4  21893 | | | | | |
| Purchase Order:  0550048814 | | | | | |
| 22186316 ✓ | PISTON ASM. | PC | 1024 | 0.503 / 0.50626 | 515.07 / 518.41 |
| MTSC Order/Ln/Item:  01100-22 10  28722 | | | | | |
| Purchase Order:  0550048814 | | | | | |
| 22174079 ✓ | PISTON ASM. | PC | 3584 | 0.589 / 0.5929 | 2,110.98 / 2125.31 |
| MTSC Order/Ln/Item:  01100-22 11  32012 | | | | | |
| Purchase Order:  0550048814 | | | | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*** CONTINUED ***

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
| --- | --- |
| INVOICE / SID NO. | DATE |
| 00025055 | 10/04/05 |

| | | | |
| --- | --- | --- | --- |
| B I L L T O | C01000<br><br>DELPHI CHASSIS SYSTEM (D)<br>ACG/DISBURSEMENT CENTER<br>PO BOX 436040<br>PONTIAC, MI 48343<br>USA | S H I P T O | 01100-22<br><br>DELPHI CHASSIS SYSTEMS<br>PLANT 17<br>GATE 4   WOODMAN DRIVE<br>KETTERING, OH 45401 |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
| --- | --- | --- | --- | --- |
| | 2ND MONTH AFTER ROM | ANTT | SM | 2 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
| --- | --- | --- | --- | --- | --- |
| 22152165 | PISTON ASM. | PC | 1536 | 0.53178<br>*0.53263* | 816.81<br>*818.17* |
| MTSC Order/Ln/Item:  01100-22 13  32000<br>Purchase Order:  0550054860 | | | | | |
| 22151653 | PISTON ASM. | PC | 512 | 0.79166<br>*0.792305* | 405.33<br>*405.6* |
| MTSC Order/Ln/Item:  01100-22 14  15864<br>Purchase Order:  0550048814 | | | | | |

*Paid - $12,822.5*
*diff - < - 31.4*

| | | |
| --- | --- | --- |
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 12,790.78        Currency: USD        Total: 12,790.78

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00025062 | 10/04/05 |

**BILL TO**
C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**SHIP TO**
36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25325385 | SE. POLE PC | PC | 3360 | 0.81315 | 2,732.18 |
| | | | | *0.81599* | *2,739.0* |
| MTSC Order/Ln/Item:  36400-01  4  28756 | | | | | |
| Purchase Order:  0550005324 | | | | | |
| 25326871 | HOUSING ASM. | PC | 1260 | 2.98821 | 3,765.14 |
| | | | | *2.97772* | *3,751.9* |
| MTSC Order/Ln/Item:  36400-01  8  33901 | | | | | |
| Purchase Order:  0550005326 | | | | | |
| 25352318 | EGR Housing Assembly | PC | 4896 | 1.80932 | 8,858.43 |
| | | | | *1.80989* | *8,822.5* |
| MTSC Order/Ln/Item:  36400-01 10  35607 | | | | | |
| Purchase Order:  0550015837 | | | | | |

*Paid - $15,313.54*
*diff - #42.21*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 15,355.75        Currency: USD        Total: 15,355.75

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00025064 | 10/05/05 |

| B I L L T O | C36300<br>DELPHI ENERGY & ENGINE (ROC)<br>EAG DISBURSEMENT SERVICES<br>PO BOX 1550<br>FLINT, MI 48501<br>USA | S H I P T O | 36400-01<br>DELPHI ENERGY & ENGINE<br>1000 LEXINGTON AVENUE<br>ROCHESTER, NY 14606<br>USA |
|---|---|---|---|

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25355037 | Primary Pole | PC | 4828 | 0.61792 | 2,983.32 |
| MTSC Order/Ln/Item:  36400-01 11   36885 | | | | 0.61961 | 2,991.48 |
| Purchase Order:  0550016133 | | | | | |
| 25355122 | PL/WASHER ASSEMBLY | PC | 9656 | 0.772 | 7,454.43 |
| MTSC Order/Ln/Item:  36400-01 12   35640 | | | | 0.7794 | 7,526.18 |
| Purchase Order:  0550036785 | | | | | |

Diff
∠79.917

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 10,437.75       Currency: USD       Total: 10,437.75

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| **INVOICE / SID NO.** | **DATE** |
| 00025073 | 10/05/05 |

**BILL TO**

C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**SHIP TO**

36400-02

DELPHI ENERGY & ENGINE
% METAL CLADDING INC(500 LEE
230 SOUTH NIAGARA STREET
LOCKPORT, NY 14094
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25317842 | BASE | PC | 3080 | 0.68067 | 2,096.46 |

MTSC Order/Ln/Item:  36400-02   9   22029          .68654
Purchase Order:  0550034151

.00587 var

PAID
$ 2,114.54

diff. ∠18.08⟩

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 2,096.46          Currency: USD          Total: 2,096.46

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00025077 | 10/05/05 |

B I L L T O

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

S H I P T O

01100-02

DELPHI CHASSIS DIVISION
DOCK 17
GATE 4 WOODMAN DRIVE
KETTERING, OH 45420
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | TLGR | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22186263 | CYLINDER END | PC | 9600 | 0.21083 | 2,023.97 |

.21719

MTSC Order/Ln/Item:  01100-02100  28727
Purchase Order:  0550006021

.000889 var

PAID
#2032.51
diff. <8.54>

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 2,023.97          Currency: USD          Total: 2,023.97

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne

SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00025078 | 10/05/05 |

**B I L L   T O**

c01105

DELPHI ENERGY AND CHASSIS
DIVISIONAL ACCOUNTS PAYABLE
MC 480-405-350
5820 DELPHI DRIVE
TROY, MI 48098
USA

**S H I P   T O**

01105-01

DELPHI ENERGY & CHASSIS SYS
2100 BURLINGGAME AVE S.W.
GRAND RAPIDS, MI 49509
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363420 | Sprocket | PC | 1920 | 3.62481 | 6,959.64 |

3.6411    6,990.9

MTSC Order/Ln/Item:  01105-01   2   37324
Purchase Order:  0550051831

PAID
$6,990.99
DIFF ∠31.35⟩

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 6,959.64      Currency: USD      Total: 6,959.64



SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00025080 | 10/06/05 |

| B I L L  T O | c01105 | S H I P  T O | 01105-01 |
|---|---|---|---|
| | DELPHI ENERGY AND CHASSIS DIVISIONAL ACCOUNTS PAYABLE MC 480-405-350 5820 DELPHI DRIVE TROY, MI 48098 USA | | DELPHI ENERGY & CHASSIS SYS 2100 BURLINGGAME AVE S.W. GRAND RAPIDS, MI 49509 USA |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | | PJXI | sm | 1 |

| PART #/ PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363420 | Sprocket | PC | 3200 | 3.62481 _3.64114_ | 11,599.39 _52.26 var_ |
| MTSC Order/Ln/Item:  01105-01  2  37324 Purchase Order:  0550051831 | | | | | |
| 25366925 | Cam Adapter Asm | PC | 6656 | 1.15134 _1.153389_ | 7,663.32 _13.24 Var_ |
| MTSC Order/Ln/Item:  01105-01  3  37326 Purchase Order:  0550051832 | | | | | |
| 25369342 | Target Wheel | PC | 1040 | 2.23676 _2.2420_ | 2,326.23 _(5.48) 5.48 Var_ |
| MTSC Order/Ln/Item:  01105-01  5  37760 Purchase Order:  550056229 | | | | | |
| 25370379 | Target Wheel | PC | 1040 | 2.23665 _2.24188_ | 2,326.12 _5.94 Var_ |
| MTSC Order/Ln/Item:  01105-01  7  37764 Purchase Order:  0550056229 | | | | | |
| 25359909 | L-6 Target Wheel | PC | 4320 | 2.20473 _2.2125_ | 9,524.43 _33.57_ |
| MTSC Order/Ln/Item:  01105-01  8  37777 Purchase Order:  550062419 | | | | | |

_Paid - $33,549.4_
_diff < 109.99 >_

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 33,439.49          Currency: USD          Total: 33,439.49

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS

# metaldyne
SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00025083 | 10/05/05 |

B
I
L
L
T
O

C01000

DELPHI CHASSIS SYSTEM (D)
ACG/DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

S
H
I
P
T
O

01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4   WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22172295 | PISTON ASSEMBLY | PC | 5632 | 0.47205  *0.47268* | 2,658.59  *2,662.15* |
| MTSC Order/Ln/Item: 01100-22 1 17924 Purchase Order: 0550048814 | | | | | |
| 22174473 | PISTON ASM. | PC | 1536 | 0.47207  *0.47270* | 725.10  *726.08* |
| MTSC Order/Ln/Item: 01100-22 2 19000 Purchase Order: 0550048814 | | | | | |
| 22186316 | PISTON ASM. | PC | 3584 | 0.503  *0.506* | 1,802.75  *1,814.4* |
| MTSC Order/Ln/Item: 01100-22 10 28722 Purchase Order: 0550048814 | | | | | |
| 22174079 | PISTON ASM. | PC | 1024 | 0.589  *0.592* | 603.14  *607.23* |
| MTSC Order/Ln/Item: 01100-22 11 32012 Purchase Order: 0550048814 | | | | | |
| 22151653 | PISTON ASM. | PC | 1536 | 0.79166  *0.79231* | 1,215.99  *1216.90* |
| MTSC Order/Ln/Item: 01100-22 14 15864 Purchase Order: 0550048814 | | | | | |

*Paid - #7,026.93*
*diff.*
*#21.36*

Charge 1 : 0.00
Charge 2 : 0.00
Charge 3 : 0.00
Total :

Non-Taxable: 7,005.57    Currency: USD    Total: 7,005.57

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00025084 | 10/05/05 |

B I L L   T O
C36600

DELPHI AUTOMOTIVE SYS (COOP)
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

S H I P   T O
36500-01

DELPHI AUTOMOTIVE SYS. (COOP)
COOPERSVILLE PLANT #3
999 RANDALL STREET
COOPERSVILLE, MI 49404
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 17121241 | SPACES(SS)W/GUIDE | PC | 12000 | 0.3743 | 4,491.60 |

.37379

MTSC Order/Ln/Item:  36500-01  3  13960
Purchase Order:  0550005325

PAID
$4,485.48
Diff $6.12

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 4,491.60          Currency:  USD          Total: 4,491.60

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00025096 | 10/05/05 |

BILL TO:
C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

SHIP TO:
36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25325385 | SE. POLE PC | PC | 1680 | 0.81315  .815202 | 1,366.09  3.45 var |
| MTSC Order/Ln/Item: 36400-01  4  28756 Purchase Order: 0550005324 | | | | | |
| 25326871 | HOUSING ASM. | PC | 5460 | 2.98821  2.977719 | 16,315.63  (57.28) var |
| MTSC Order/Ln/Item: 36400-01  8  33901 Purchase Order: 0550005326 | | | | | |
| 25352318 | EGR Housing Assembly | PC | 4896 | 1.80932  1.801989 | 8,858.43  (35.89) var |
| MTSC Order/Ln/Item: 36400-01 10  35607 Purchase Order: 0550015837 | | | | | |

Paid -$26,450.43
diff - $89.72

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 26,540.15      Currency: USD      Total: 26,540.15

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY. POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00025097 | 10/06/05 |

BILL TO:
C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

SHIP TO:
36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25355037 | Primary Pole | PC | 4828 | 0.61792 | 2,983.32 |
| | | | | 0.61961 | 2,991.48 |
| MTSC Order/Ln/Item: 36400-01 11  36885 | | | | | |
| Purchase Order: 0550016133 | | | | | |
| 25355122 | PL/WASHER ASSEMBLY | PC | 4828 | 0.772 | 3,727.22 |
| | | | | 0.779 | 3,763.0 |
| MTSC Order/Ln/Item: 36400-01 12  35640 | | | | | |
| Purchase Order: 0550036785 | | | | | |

PAID
$ 6,754.57
Diff $44.0

| Charge 1 | : | 0.00 |
|---|---|---|
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 6,710.54     Currency: USD     Total: 6,710.54

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00025106 | 10/06/05 |

**BILL TO**
C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**SHIP TO**
36400-02

DELPHI ENERGY & ENGINE
% METAL CLADDING INC(500 LEE
230 SOUTH NIAGARA STREET
LOCKPORT, NY 14094
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25317842 | BASE | PC | 3080 | 0.68067 | 2,096.46 |

.68654

MTSC Order/Ln/Item:   36400-02   9   22029
Purchase Order:   0550034151

.00587 var

PAID
#2,114.54

diff. ∠18.08

|  |  |  |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 2,096.46          Currency: USD          Total: 2,096.46

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
### SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00025108 | 10/06/05 |

```
B       C01000                          S       01100-02
I                                       H
L   DELPHI CHASSIS SYSTEM (D)           I   DELPHI CHASSIS DIVISION
L   ACG/DISBURSEMENT CENTER             P   DOCK 17
T   PO BOX 436040                       T   GATE 4 WOODMAN DRIVE
O   PONTIAC, MI 48343                   O   KETTERING, OH 45420
    USA                                     USA
```

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | TLGR | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22166921 | CYLINDER END | PC | 9600 | 0.18135 _.1788_ | 1,740.96 |
| MTSC Order/Ln/Item: 01100-02 75 19020 | | | | | |
| Purchase Order: 0550005992 | | | | | |
| 22123627 | ROD GUIDE | PC | 1320 | 0.46787 _.469637_ | 617.59 |
| MTSC Order/Ln/Item: 01100-02 88 04288 | | | | | |
| Purchase Order: 0550006023 | | | | | |
| 22186263 | CYLINDER END | PC | 19200 | 0.21083 _.211719_ | 4,047.94 |
| MTSC Order/Ln/Item: 01100-02100 28727 | | | | | |
| Purchase Order: 0550006021 | | | | | |

_PAID_
_# 6,400.63_
_Diff._
_$5.86_

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 6,406.49        Currency: USD        Total: 6,406.49

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00025110 | 10/06/05 |

| | | | |
|---|---|---|---|
| B I L L T O | C01000 | S H I P T O | 01100-22 |
| | DELPHI CHASSIS SYSTEM (D) ACG/DISBURSEMENT CENTER PO BOX 436040 PONTIAC, MI 48343 USA | | DELPHI CHASSIS SYSTEMS PLANT 17 GATE 4   WOODMAN DRIVE KETTERING, OH 45401 |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22172295 ✓ | PISTON ASSEMBLY | PC | 10240 | 0.47205 | 4,833.79 |
| | | | | 0.47269 | 4840.3 |
| MTSC Order/Ln/Item:  01100-22  1  17924 Purchase Order:  0550048814 | | | | | |
| 22174473 | PISTON ASM. | PC | 5120 | 0.47207 | 2,417.00 |
| | | | | 0.47211 | 2420.2 |
| MTSC Order/Ln/Item:  01100-22  2  19000 Purchase Order:  0550048814 | | | | | |
| 22174544 | PISTON ASM. | PC | 2048 | 0.47207 | 966.80 |
| | | | | 0.47270 | 968.11 |
| MTSC Order/Ln/Item:  01100-22  4  21893 Purchase Order:  0550048814 | | | | | |
| 22186316 ✓ | PISTON ASM. | PC | 2048 | 0.503 | 1,030.14 |
| | | | | 0.50626 | 1036.8 |
| MTSC Order/Ln/Item:  01100-22 10  28722 Purchase Order:  0550048814 | | | | | |
| 22152169 ✓ | PISTON ASM. | PC | 4096 | 0.53178 | 2,178.17 |
| | | | | 0.53266 | 2181.78 |
| MTSC Order/Ln/Item:  01100-22 13  32000 Purchase Order:  0550054860 | | | | | |

PAID
$11,447.34
Diff -<21.447>

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 11,425.90          Currency: USD          Total: 11,425.90

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY. POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00025115 | 10/06/05 |

**BILL TO**
C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**SHIP TO**
36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25325385 | SE. POLE PC | PC | 3360 | 0.81315 | 2,732.18 |
| | | | | 0.81599 | 2,739.0 |
| MTSC Order/Ln/Item:  36400-01  4  28756 | | | | | |
| Purchase Order:  0550005324 | | | | | |
| 25326871 | HOUSING ASM. | PC | 2520 | 2.98821 | 7,530.29 |
| | | | | 2.97778 | 7,503.8 |
| MTSC Order/Ln/Item:  36400-01  8  33901 | | | | | |
| Purchase Order:  0550005326 | | | | | |
| 25352318 | EGR Housing Assembly | PC | 2448 | 1.80932 | 4,429.22 |
| | | | | 1.80989 | 4,411.2 |
| MTSC Order/Ln/Item:  36400-01 10  35607 | | | | | |
| Purchase Order:  0550015837 | | | | | |

Paid - $14,654.1(
diff - $37.50

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 14,691.69          Currency:  USD          Total: 14,691.69

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
### SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00025117 | 10/07/05 |

B
I   C36300
L
L   DELPHI ENERGY & ENGINE (ROC)
T   EAG DISBURSEMENT SERVICES
O   PO BOX 1550
    FLINT, MI 48501
    USA

S
H   36400-01
I
P   DELPHI ENERGY & ENGINE
T   1000 LEXINGTON AVENUE
O   ROCHESTER, NY 14606
    USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 17106712 | RETAINER EGR VLV | PC | 16000 | 0.04649 | 743.84 |

.04608

MTSC Order/Ln/Item:  36400-01  9  01000
Purchase Order:  0550005324

.00041 var

Paid
#737.28

balance due
$6.56

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 743.84          Currency: USD          Total: 743.84

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
### SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00025125 | 10/07/05 |

B I L L   T O
```
        C36300
DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA
```

S H I P   T O
```
        36400-02
DELPHI ENERGY & ENGINE
% METAL CLADDING INC(500 LEE
230 SOUTH NIAGARA STREET
LOCKPORT, NY 14094
USA
```

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25317842 | BASE | PC | 3080 | 0.68067 | 2,096.46 |

MTSC Order/Ln/Item:  36400-02   9   22029
Purchase Order:  0550034151

*.68654* (handwritten)

*.00587 var* (handwritten)

*PAID* (handwritten)
*#2,114.54* (handwritten)
*diff. <18.08* (handwritten)

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 2,096.46          Currency: USD          Total: 2,096.46


SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00025138 | 10/07/05 |

**BILL TO:** C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**SHIP TO:** 36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25325385 | SE. POLE PC | PC | 3360 | 0.81315 | 2,732.18 |
| MTSC Order/Ln/Item:  36400-01  4  28756 | | | | 0.81519 | 2,739.0 |
| Purchase Order:  0550005324 | | | | | |
| 25326871 | HOUSING ASM. | PC | 3360 | 2.98821 | 10,040.39 |
| MTSC Order/Ln/Item:  36400-01  8  33901 | | | | 2.9772 | 10,005.1 |
| Purchase Order:  0550005326 | | | | | |
| 25352318 | EGR Housing Assembly | PC | 4896 | 1.80932 | 8,858.43 |
| MTSC Order/Ln/Item:  36400-01 10  35607 | | | | 1.801989 | 8,822.5 |
| Purchase Order:  0550015837 | | | | | |

*Paid - $21,566.75*
*diff - $64.25*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 21,631.00     Currency:  USD     Total: 21,631.00

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY.
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.