| Invoice No. | Invoice Amount | Amount Due |
|---|---|---|
| 20506 | $2,991.56 | $1,680.83 |
| 22073 | $3,304.80 | $97.20 |
| 22365 | $1,722.17 | $684.77 |
| 22415 | $2,165.49 | $2,165.49 |
| 22476 | $1,722.17 | $684.77 |
| 22603 | $1,722.17 | $684.77 |
| 22725 | $1,722.17 | $684.77 |
| 22849 | $29,696.95 | $510.24 |
| 22853 | $1,722.17 | $684.77 |
| 22887 | $3,782.48 | $218.48 |
| 22891 | $24,149.31 | $185.57 |
| 22903 | $3,404.24 | $196.64 |
| 22931 | $15,598.31 | $139.18 |
| 22940 | $1,722.17 | $684.77 |
| 22997 | $40,595.56 | $538.08 |
| 23020 | $3,404.24 | $196.64 |
| 23051 | $1,722.17 | $684.77 |
| 23056 | $23,492.63 | $482.40 |
| 23179 | $1,722.17 | $684.77 |
| 23304 | $1,722.17 | $684.77 |
| 23434 | $1,722.17 | $684.77 |
| 23543 | $1,722.17 | $684.77 |
| 23680 | $1,722.17 | $684.77 |
| 23728 | $905.04 | $905.04 |
| 23751 | $2,689.33 | $2,689.33 |
| 23752 | $1,674.00 | $1,674.00 |
| 23755 | $905.04 | $905.04 |
| 23756 | $3,404.24 | $3,404.24 |
| 23757 | $4,052.07 | $4,052.07 |
| 23758 | $7,487.02 | $7,487.02 |
| 23763 | $3,223.35 | $3,223.35 |
| 23770 | $7,389.45 | $7,389.45 |
| 23772 | $134.03 | $134.03 |
| 23773 | $2,689.33 | $2,689.33 |
| 23779 | $23,577.61 | $23,577.61 |
| 23780 | $8,104.47 | $8,104.47 |
| 23784 | $11,384.79 | $11,384.79 |
| 23785 | $1,116.00 | $1,116.00 |
| 23787 | $11,456.64 | $11,456.64 |
| 23788 | $7,049.20 | $7,049.20 |
| 23792 | $905.04 | $905.04 |
| 23793 | $2,689.33 | $2,689.33 |
| 23794 | $2,325.89 | $2,325.89 |
| 23796 | $1,740.96 | $1,740.96 |
| 23801 | $6,445.97 | $6,445.97 |
| 23802 | $1,722.17 | $684.77 |
| 23805 | $558.00 | $558.00 |
| 23807 | $2,097.19 | $2,097.19 |
| 23808 | $905.04 | $905.04 |
| 23810 | $1,408.23 | $1,408.23 |

ATTACHMENT 3

| | | | |
|---|---|---:|---:|
| | 23813 | $11,959.51 | $11,959.51 |
| | 23818 | $6,206.68 | $6,206.68 |
| | 23819 | $33,745.84 | $33,745.84 |
| | 23829 | $1,116.00 | $1,116.00 |
| | 23830 | $314.62 | $314.62 |
| | 23822 | $17,229.28 | $17,229.28 |
| | 23833 | $8,198.27 | $8,198.27 |
| | 23837 | $13,637.86 | $13,637.86 |
| | 23842 | $4,330.97 | $4,330.97 |
| | 23845 | $905.04 | $905.04 |
| | 23846 | $2,689.33 | $2,689.33 |
| | 23847 | $6,722.25 | $6,722.25 |
| | 23848 | $775.30 | $775.30 |
| | 23850 | $1,740.96 | $1,740.96 |
| | 23855 | $558.00 | $558.00 |
| | 23856 | $19,148.39 | $19,148.39 |
| | 23858 | $6,508.84 | $6,508.84 |
| | 23864 | $14,161.83 | $14,161.83 |
| | 23868 | $3,993.60 | $3,993.60 |
| | 23872 | $1,740.96 | $1,740.96 |
| | 23880 | $21,606.79 | $21,606.79 |
| | 23881 | $4,359.25 | $4,359.25 |
| | 23885 | $905.04 | $905.04 |
| | 23886 | $2,689.33 | $2,689.33 |
| | 23887 | $558.00 | $558.00 |
| | 23890 | $3,015.96 | $3,015.96 |
| | 25133 | $9,067.58 | $9,067.58 |
| 23719A | | $36,638.82 | $36,638.82 |
| 23738A | | $10,612.44 | $10,612.44 |
| 23764A | | $33,599.23 | $33,599.23 |
| IV10297 | | $2,500.00 | $2,500.00 |
| RET0429E | | $2,604.69 | $2,604.69 |
| | | **TOTAL:** | **$415,470.68** |

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| **INVOICE / SID NO.** | **DATE** |
| 00020506 | 01/24/05 |

**B I L L T O**

C01600

DELPHI ENERGY & ENGINE (D/R)
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**S H I P T O**

01700-02

DELPHI E&C, 35021
C/O CINCINNATI DDC %PJAX
DELPHI E.SEC - JUAREZ
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069
FINAL DEST ELPASO TX

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 55 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 10475826 | SEC PLATE | PC | 2700 | 0.13707 | 370.09 |
| MTSC Order/Ln/Item: 01700-02  9  12921 | | | | | |
| Purchase Order: 0550009631 | | | | | |
| | | | | | |
| 10475820 | PRIMARY PLATE | PC | 6800 | 0.38551 | 2,621.47 |
| MTSC Order/Ln/Item: 01700-02  10  12922 | | | | | |
| Purchase Order: 0550009631 | | | | | |

*1680.83 dul*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 2,991.56          Currency: USD          Total: 2,991.56

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| **INVOICE / SID NO.** | **DATE** |
| 00022073 | 04/15/05 |

**B I L L T O**
C01000

DELPHI ENERGY & CHASSIS SYS.
5820 DELPHI ROAD
BUILDING D
MAIL CODE 480-405-120
TROY, MI 48098
USA

**S H I P T O**
01100-20

DELPHI ENERGY & CHASSIS SYS
DOCK 101
3100 NEEDMORE ROAD
DAYTON, OH 45414

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | CTII | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 18047957 | SPACER BOOSTER | PC | 1944 | 1.70 | 3,304.80 |

MTSC Order/Ln/Item:  01100-20   1   37348
Purchase Order:  0550023943

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 3,304.80        Currency: USD        Total: 3,304.80

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## I N V O I C E

| INVOICE / SID NO. | DATE |
|---|---|
| 00022365 | 05/02/05 |

**B I L L T O**
C01590

DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48007-503
USA

**S H I P T O**
01590-03

DELPHI S & I VANDALIA
250 NORTHWOODS BLVD
VANDALIA, OH 45377

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
|  | 2ND MONTH AFTER ROM | CCX | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 16639144 | Pinion | PC | 2100 | 0.82008 | 1,722.17 |

MTSC Order/Ln/Item:  01590-03  2  37773
Purchase Order:  0550053732

*684.77 due*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 1,722.17        Currency: USD        Total: 1,722.17

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| I N V O I C E | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00022415 | 05/05/05 |

**BILL TO**

C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**SHIP TO**

36400-02

DELPHI ENERGY & ENGINE
% METAL CLADDING INC(500 LEE
230 SOUTH NIAGARA STREET
LOCKPORT, NY 14094
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25317842 | BASE | PC | 3080 | 0.70308 | 2,165.49 |

MTSC Order/Ln/Item:   36400-02   9   22029
Purchase Order:   0550034151

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 2,165.49        Currency: USD        Total: 2,165.49

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00022476 | 05/09/05 |

| | |
|---|---|
| **B I L L T O** | C01590 <br> DELPHI AUTOMOTIVE SYSTEMS <br> 1401 CROOKS ROAD <br> TROY, MI 48007-503 <br> USA | **S H I P T O** | 01590-03 <br> DELPHI S & I VANDALIA <br> 250 NORTHWOODS BLVD <br> VANDALIA, OH 45377 |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | CCX | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 16639144 | Pinion | PC | 2100 | 0.82008 | 1,722.17 |

MTSC Order/Ln/Item:  01590-03  2  37773
Purchase Order:  0550053732

684.77 *dul*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 1,722.17          Currency: USD          Total: 1,722.17

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00022603 | 05/16/05 |

**B I L L T O**
C01590

DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48007-503
USA

**S H I P T O**
01590-03

DELPHI S & I VANDALIA
250 NORTHWOODS BLVD
VANDALIA, OH 45377

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | CCX | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 16639144 | Pinion | PC | 2100 | 0.82008 | 1,722.17 |

MTSC Order/Ln/Item:  01590-03   2   37773
Purchase Order:  0550053732

*68.77 due*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 1,722.17        Currency: USD        Total: 1,722.17

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00022725 | 05/23/05 |

B
I
L
L
T
O

C01590

DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48007-503
USA

S
H
I
P
T
O

01590-03

DELPHI S & I VANDALIA
250 NORTHWOODS BLVD
VANDALIA, OH 45377

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | CCX | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 16639144 | Pinion | PC | 2100 | 0.82008 | 1,722.17 |

MTSC Order/Ln/Item:  01590-03   2   37773
Purchase Order:  0550053732

*684.77 del*

| Charge 1 | : | 0.00 |
|---|---|---|
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 1,722.17       Currency:  USD            Total: 1,722.17

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00022849 | 05/31/05 |

**B I L L  T O**

c01105

DELPHI ENERGY AND CHASSIS
DIVISIONAL ACCOUNTS PAYABLE
MC 480-405-350
5820 DELPHI DRIVE
TROY, MI 48098
USA

**S H I P  T O**

01105-01

DELPHI ENERGY & CHASSIS SYS
2100 BURLINGGAME AVE S.W.
GRAND RAPIDS, MI 49509
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
|  |  | CTII | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363420 | Sprocket | PC | 5120 | 3.67146 | 18,797.88 |
| MTSC Order/Ln/Item:  01105-01   2   37324 | | | | | |
| Purchase Order:  0550051831 | | | | | |
| 25366925 | Cam Adapter Asm | PC | 3328 | 1.15894 | 3,856.95 |
| MTSC Order/Ln/Item:  01105-01   3   37326 | | | | | |
| Purchase Order:  0550051832 | | | | | |
| 25365026 | Target Wheel | PC | 3120 | 2.25709 | 7,042.12 |
| MTSC Order/Ln/Item:  01105-01   4   37325 | | | | | |
| Purchase Order:  550055969 | | | | | |

*510.24*

Charge 1    :              0.00
Charge 2    :              0.00
Charge 3    :              0.00
Total:

Non-Taxable:  29,696.95        Currency:  USD        Total:  29,696.95

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00022853 | 05/31/05 |

**BILL TO**
C01590

DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48007-503
USA

**SHIP TO**
01590-03

DELPHI S & I VANDALIA
250 NORTHWOODS BLVD
VANDALIA, OH 45377

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | CCX | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 16639144 | Pinion | PC | 2100 | 0.82008 | 1,722.17 |

MTSC Order/Ln/Item:  01590-03   2   37773
Purchase Order:  0550053732

*684.77*

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 1,722.17          Currency: USD          Total: 1,722.17

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| **INVOICE** | |
|---|---|
| **INVOICE / SID NO.** | **DATE** |
| 00022887 | 06/01/05 |

**BILL TO**

C01000

DELPHI ENERGY & CHASSIS SYS.
5820 DELPHI ROAD
BUILDING D
MAIL CODE 480-405-120
TROY, MI 48098
USA

**SHIP TO**

01100-20

DELPHI ENERGY & CHASSIS SYS
DOCK 101
3100 NEEDMORE ROAD
DAYTON, OH 45414

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | CTII | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 18047957 | SPACER BOOSTER | PC | 2160 | 1.75115 | 3,782.48 |

MTSC Order/Ln/Item:  01100-20   1   37348
Purchase Order:  0550023943

*218.48 due*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 3,782.48          Currency: USD          Total: 3,782.48

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00022891 | 06/02/05 |

**BILL TO**
c01105

DELPHI ENERGY AND CHASSIS
DIVISIONAL ACCOUNTS PAYABLE
MC 480-405-350
5820 DELPHI DRIVE
TROY, MI 48098
USA

**SHIP TO**
01105-01

DELPHI ENERGY & CHASSIS SYS
2100 BURLINGGAME AVE S.W.
GRAND RAPIDS, MI 49509
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | | CTII | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363420 | Sprocket | PC | 1280 | 3.67146 | 4,699.47 |
| MTSC Order/Ln/Item:  01105-01   2   37324 Purchase Order:  0550051831 | | | | | |
| 25366925 | Cam Adapter Asm | PC | 6656 | 1.15894 | 7,713.90 |
| MTSC Order/Ln/Item:  01105-01   3   37326 Purchase Order:  0550051832 | | | | | |
| 25365026 | Target Wheel | PC | 2080 | 2.25709 | 4,694.75 |
| MTSC Order/Ln/Item:  01105-01   4   37325 Purchase Order:  550055969 | | | | | |
| 25369342 | Target Wheel | PC | 2080 | 2.25687 | 4,694.29 |
| MTSC Order/Ln/Item:  01105-01   5   37760 Purchase Order:  550056229 | | | | | |
| 25370379 | Target Wheel | PC | 1040 | 2.25663 | 2,346.90 |
| MTSC Order/Ln/Item:  01105-01   7   37764 Purchase Order:  0550056229 | | | | | |

*185.57 due*

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 24,149.31        Currency:  USD        Total:  24,149.31

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| **INVOICE / SID NO.** | **DATE** |
| 00022903 | 06/02/05 |

| BILL TO | | SHIP TO | |
|---|---|---|---|
| C01000 | | 01100-20 | |
| DELPHI ENERGY & CHASSIS SYS. | | DELPHI ENERGY & CHASSIS SYS | |
| 5820 DELPHI ROAD | | DOCK 101 | |
| BUILDING D | | 3100 NEEDMORE ROAD | |
| MAIL CODE 480-405-120 | | DAYTON, OH 45414 | |
| TROY, MI 48098 | | | |
| USA | | | |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | CTII | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 18047957 | SPACER BOOSTER | PC | 1944 | 1.75115 | 3,404.24 |

MTSC Order/Ln/Item:   01100-20   1   37348
Purchase Order:   0550023943

*196.64 due*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

---

Non-Taxable: 3,404.24          Currency: USD          Total: 3,404.24

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| **INVOICE / SID NO.** | **DATE** |
| 00022931 | 06/06/05 |

**BILL TO**

c01105

DELPHI ENERGY AND CHASSIS
DIVISIONAL ACCOUNTS PAYABLE
MC 480-405-350
5820 DELPHI DRIVE
TROY, MI 48098
USA

**SHIP TO**

01105-01

DELPHI ENERGY & CHASSIS SYS
2100 BURLINGGAME AVE S.W.
GRAND RAPIDS, MI 49509
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | | CTII | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363420 | Sprocket | PC | 1280 | 3.67146 | 4,699.47 |
| MTSC Order/Ln/Item: 01105-01 2 37324 Purchase Order: 0550051831 | | | | | |
| 25366925 | Cam Adapter Asm | PC | 3328 | 1.15894 | 3,856.95 |
| MTSC Order/Ln/Item: 01105-01 3 37326 Purchase Order: 0550051832 | | | | | |
| 25365026 | Target Wheel | PC | 2080 | 2.25709 | 4,694.75 |
| MTSC Order/Ln/Item: 01105-01 4 37325 Purchase Order: 550055969 | | | | | |
| 25369342 | Target Wheel | PC | 1040 | 2.25687 | 2,347.14 |
| MTSC Order/Ln/Item: 01105-01 5 37760 Purchase Order: 550056229 | | | | | |

*139.18 due*

| | | |
|---|---|---|
| Charge 1 : | | 0.00 |
| Charge 2 : | | 0.00 |
| Charge 3 : | | 0.00 |
| Total: | | |

Non-Taxable: 15,598.31      Currency: USD      Total: 15,598.31

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00022940 | 06/06/05 |

**BILL TO**
C01590

DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48007-503
USA

**SHIP TO**
01590-03

DELPHI S & I VANDALIA
250 NORTHWOODS BLVD
VANDALIA, OH 45377

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | CCX | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 16639144 | Pinion | PC | 2100 | 0.82008 | 1,722.17 |

MTSC Order/Ln/Item:  01590-03  2  37773
Purchase Order:  0550053732

*684.77 due*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 1,722.17        Currency: USD        Total: 1,722.17

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00022997 | 06/09/05 |

**BILL TO:**
c01105

DELPHI ENERGY AND CHASSIS
DIVISIONAL ACCOUNTS PAYABLE
MC 480-405-350
5820 DELPHI DRIVE
TROY, MI 48098
USA

**SHIP TO:**
01105-01

DELPHI ENERGY & CHASSIS SYS
2100 BURLINGGAME AVE S.W.
GRAND RAPIDS, MI 49509
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | | CTII | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363420 | Sprocket | PC | 5120 | 3.67146 | 18,797.88 |
| MTSC Order/Ln/Item: 01105-01  2  37324 Purchase Order:  0550051831 | | | | | |
| 25366925 | Cam Adapter Asm | PC | 6656 | 1.15894 | 7,713.90 |
| MTSC Order/Ln/Item: 01105-01  3  37326 Purchase Order:  0550051832 | | | | | |
| 25365026 | Target Wheel | PC | 4160 | 2.25709 | 9,389.49 |
| MTSC Order/Ln/Item: 01105-01  4  37325 Purchase Order:  550055969 | | | | | |
| 25369342 | Target Wheel | PC | 2080 | 2.25687 | 4,694.29 |
| MTSC Order/Ln/Item: 01105-01  5  37760 Purchase Order:  550056229 | | | | | |

538.08 ____

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 40,595.56        Currency: USD        Total: 40,595.56

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| **INVOICE / SID NO.** | **DATE** |
| 00023020 | 06/09/05 |

**BILL TO**
C01000

DELPHI ENERGY & CHASSIS SYS.
5820 DELPHI ROAD
BUILDING D
MAIL CODE 480-405-120
TROY, MI 48098
USA

**SHIP TO**
01100-20

DELPHI ENERGY & CHASSIS SYS
DOCK 101
3100 NEEDMORE ROAD
DAYTON, OH 45414

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | CTII | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 18047957 | SPACER BOOSTER | PC | 1944 | 1.75115 | 3,404.24 |

MTSC Order/Ln/Item:  01100-20  1  37348
Purchase Order:  0550023943

*196.64 due*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 3,404.24        Currency: USD        Total: 3,404.24

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00023051 | 06/13/05 |

**B I L L T O**

C01590

DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48007-503
USA

**S H I P T O**

01590-03

DELPHI S & I VANDALIA
250 NORTHWOODS BLVD
VANDALIA, OH 45377

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
|  | 2ND MONTH AFTER ROM | CCX | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 16639144 | Pinion | PC | 2100 | 0.82008 | 1,722.17 |

MTSC Order/Ln/Item:  01590-03  2  37773
Purchase Order:  0550053732

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 1,722.17          Currency: USD          Total: 1,722.17

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00023056 | 06/13/05 |

B I L L   T O

c01105

DELPHI ENERGY AND CHASSIS
DIVISIONAL ACCOUNTS PAYABLE
MC 480-405-350
5820 DELPHI DRIVE
TROY, MI 48098
USA

S H I P   T O

01105-01

DELPHI ENERGY & CHASSIS SYS
2100 BURLINGGAME AVE S.W.
GRAND RAPIDS, MI 49509
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | | CTII | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363420 | Sprocket | PC | 5120 | 3.67146 | 18,797.88 |
| MTSC Order/Ln/Item:  01105-01  2  37324 | | | | | |
| Purchase Order:  0550051831 | | | | | |
| 25365026 | Target Wheel | PC | 2080 | 2.25709 | 4,694.75 |
| MTSC Order/Ln/Item:  01105-01  4  37325 | | | | | |
| Purchase Order:  550055969 | | | | | |

*482.40 due*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 23,492.63       Currency: USD       Total: 23,492.63

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
### SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00023179 | 06/21/05 |

| B I L L T O | C01590 | S H I P T O | 01590-03 |
|---|---|---|---|
| | DELPHI AUTOMOTIVE SYSTEMS<br>1401 CROOKS ROAD<br>TROY, MI 48007-503<br>USA | | DELPHI S & I VANDALIA<br>250 NORTHWOODS BLVD<br>VANDALIA, OH 45377 |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | CCX | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 16639144 | Pinion | PC | 2100 | 0.82008 | 1,722.17 |

MTSC Order/Ln/Item:  01590-03  2  37773
Purchase Order:  0550053732

*689.77 due*

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 1,722.17          Currency: USD          Total: 1,722.17

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| **INVOICE / SID NO.** | **DATE** |
| 00023304 | 06/28/05 |

| | | | |
|---|---|---|---|
| **B I L L T O** | C01590<br><br>DELPHI AUTOMOTIVE SYSTEMS<br>1401 CROOKS ROAD<br>TROY, MI 48007-503<br>USA | **S H I P T O** | 01590-03<br><br>DELPHI S & I VANDALIA<br>250 NORTHWOODS BLVD<br>VANDALIA, OH 45377 |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | CCX | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 16639144 | Pinion | PC | 2100 | 0.82008 | 1,722.17 |

MTSC Order/Ln/Item:   01590-03   2   37773
Purchase Order:   0550053732

*684.77 due*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 1,722.17        Currency: USD        Total: 1,722.17

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00023434 | 07/11/05 |

**BILL TO**

C01590

DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48007-503
USA

**SHIP TO**

01590-03

DELPHI S & I VANDALIA
250 NORTHWOODS BLVD
VANDALIA, OH 45377

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | CCX | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 16639144 | Pinion | PC | 2100 | 0.82008 | 1,722.17 |

MTSC Order/Ln/Item:   01590-03   2   37773
Purchase Order:   0550053732

*684.77 due*

| | | | |
|---|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 1,722.17        Currency: USD        Total: 1,722.17

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00023543 | 07/19/05 |

| | | | |
|---|---|---|---|
| **B I L L T O** | C01590<br><br>DELPHI AUTOMOTIVE SYSTEMS<br>1401 CROOKS ROAD<br>TROY, MI 48007-503<br>USA | **S H I P T O** | 01590-03<br><br>DELPHI S & I VANDALIA<br>250 NORTHWOODS BLVD<br>VANDALIA, OH 45377 |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | CCX | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 16639144 | Pinion | PC | 2100 | 0.82008 | 1,722.17 |

MTSC Order/Ln/Item:  01590-03   2  37773
Purchase Order:  0550053732

*684.77 due*

Charge 1    :        0.00
Charge 2    :        0.00
Charge 3    :        0.00
          Total:

Non-Taxable: 1,722.17        Currency: USD        Total: 1,722.17

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00023680 | 07/26/05 |

**BILL TO**
C01590

DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48007-503
USA

**SHIP TO**
01590-03

DELPHI S & I VANDALIA
250 NORTHWOODS BLVD
VANDALIA, OH 45377

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | CCX | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 16639144 | Pinion | PC | 2100 | 0.82008 | 1,722.17 |

MTSC Order/Ln/Item:  01590-03   2   37773
Purchase Order:  0550053732

*684.77 due*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 1,722.17          Currency:  USD          Total: 1,722.17

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00023728 | 08/01/05 |

**BILL TO**

C01000

DELPHI ENERGY & CHASSIS SYS.
5820 DELPHI ROAD
BUILDING D
MAIL CODE 480-405-120
TROY, MI 48098
USA

**SHIP TO**

01100-08

DELPHI E&C 34065
%CINCINNATI DDC %PJAX
DELPHI C PLANT 58/CHIHUAHUA
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069
FINAL DEST MEXICO

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363745 | Sec Plate | PC | 3600 | 0.2514 | 905.04 |

MTSC Order/Ln/Item:  01100-08 12  37382
Purchase Order:  0550037103

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 905.04          Currency: USD          Total: 905.04

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00023751 | 08/01/05 |

**B I L L T O**
C01600

DELPHI ENERGY & ENGINE (D/R)
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**S H I P T O**
01700-02

DELPHI E&C, 35021
C/O CINCINNATI DDC %PJAX
DELPHI E.SEC - JUAREZ
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069
FINAL DEST ELPASO TX

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 55 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 10475826 | SEC PLATE | PC | 2700 | 0.21931 | 592.14 |
| MTSC Order/Ln/Item: 01700-02 9 12921 | | | | | |
| Purchase Order: 0550009631 | | | | | |
| 10475820 | PRIMARY PLATE | PC | 3400 | 0.61682 | 2,097.19 |
| MTSC Order/Ln/Item: 01700-02 10 12922 | | | | | |
| Purchase Order: 0550009631 | | | | | |

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 2,689.33        Currency: USD        Total: 2,689.33

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
| --- | --- |
| INVOICE / SID NO. | DATE |
| 00023752 | 08/01/05 |

**BILL TO**

C36600

DELPHI AUTOMOTIVE SYS (COOP)
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**SHIP TO**

36500-01

DELPHI AUTOMOTIVE SYS. (COOP)
COOPERSVILLE PLANT #3
999 RANDALL STREET
COOPERSVILLE, MI 49404
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
| --- | --- | --- | --- | --- |
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
| --- | --- | --- | --- | --- | --- |
| 17121243 | SPACES(SS)W/GUIDE | PC | 4500 | 0.372 | 1,674.00 |

MTSC Order/Ln/Item:  36500-01  1  13962
Purchase Order:  0550005325
Schedule Ref: 0000001          1500 PC
Schedule Ref: 0000002          1500 PC
Schedule Ref: 0000003          1500 PC

| | | |
| --- | --- | --- |
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 1,674.00          Currency: USD          Total: 1,674.00

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00023755 | 08/01/05 |

**BILL TO:**  C01000

DELPHI ENERGY & CHASSIS SYS.
5820 DELPHI ROAD
BUILDING D
MAIL CODE 480-405-120
TROY, MI 48098
USA

**SHIP TO:**  01100-08

DELPHI E&C 34065
%CINCINNATI DDC %PJAX
DELPHI C PLANT 58/CHIHUAHUA
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069
FINAL DEST MEXICO

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
|  | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363745 | Sec Plate | PC | 3600 | 0.2514 | 905.04 |

MTSC Order/Ln/Item:  01100-08 12  37382
Purchase Order:  0550037103

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 905.04          Currency: USD          Total: 905.04

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00023756 | 08/01/05 |

**BILL TO**
C01000

DELPHI ENERGY & CHASSIS SYS.
5820 DELPHI ROAD
BUILDING D
MAIL CODE 480-405-120
TROY, MI 48098
USA

**SHIP TO**
01100-20

DELPHI ENERGY & CHASSIS SYS
DOCK 101
3100 NEEDMORE ROAD
DAYTON, OH 45414

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | CTII | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 18047957 | SPACER BOOSTER | PC | 1944 | 1.75115 | 3,404.24 |

MTSC Order/Ln/Item:  01100-20   1   37348
Purchase Order:  0550023943

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 3,404.24          Currency: USD          Total: 3,404.24

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| **INVOICE / SID NO.** | **DATE** |
| 00023757 | 08/01/05 |

**B I L L T O**
C01000

DELPHI ENERGY & CHASSIS SYS.
5820 DELPHI ROAD
BUILDING D
MAIL CODE 480-405-120
TROY, MI 48098
USA

**S H I P T O**
01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4   WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22172295 | PISTON ASSEMBLY | PC | 512 | 0.47445 | 242.92 |
| MTSC Order/Ln/Item:  01100-22  1  17924 Purchase Order:  0550048814 | | | | | |
| 22174473 | PISTON ASM. | PC | 1024 | 0.47448 | 485.87 |
| MTSC Order/Ln/Item:  01100-22  2  19000 Purchase Order:  0550048814 | | | | | |
| 22174544 | PISTON ASM. | PC | 512 | 0.47448 | 242.93 |
| MTSC Order/Ln/Item:  01100-22  4  21893 Purchase Order:  0550048814 | | | | | |
| 22186316 | PISTON ASM. | PC | 2048 | 0.503 | 1,030.14 |
| MTSC Order/Ln/Item:  01100-22  10  28722 Purchase Order:  0550048814 | | | | | |
| 22152169 | PISTON ASM. | PC | 3072 | 0.53504 | 1,643.64 |
| MTSC Order/Ln/Item:  01100-22  13  32000 Purchase Order:  0550054860 | | | | | |

------------------------------------------------------------------------

*** CONTINUED ***

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00023757 | 08/01/05 |

**B I L L  T O**
C01000

DELPHI ENERGY & CHASSIS SYS.
5820 DELPHI ROAD
BUILDING D
MAIL CODE 480-405-120
TROY, MI 48098
USA

**S H I P  T O**
01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4    WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 2 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22151655 | PISTON ASM. | PC | 512 | 0.79408 | 406.57 |

MTSC Order/Ln/Item:  01100-22 14   15864
Purchase Order:  0550048814

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 4,052.07          Currency: USD          Total: 4,052.07

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00023758 | 08/01/05 |

| B I L L T O | C36300 | S H I P T O | 36400-01 |
|---|---|---|---|
| | DELPHI ENERGY & ENGINE (ROC)<br>EAG DISBURSEMENT SERVICES<br>PO BOX 1550<br>FLINT, MI 48501<br>USA | | DELPHI ENERGY & ENGINE<br>1000 LEXINGTON AVENUE<br>ROCHESTER, NY 14606<br>USA |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 17106712 | RETAINER EGR VLV | PC | 16000 | 0.04649 | 743.84 |
| MTSC Order/Ln/Item:  36400-01  9  01000 | | | | | |
| Purchase Order:  0550005324 | | | | | |
| 25355037 | Primary Pole | PC | 4828 | 0.62468 | 3,015.96 |
| MTSC Order/Ln/Item:  36400-01 11  36885 | | | | | |
| Purchase Order:  0550016133 | | | | | |
| 25355122 | PL/WASHER ASSEMBLY | PC | 4828 | 0.772 | 3,727.22 |
| MTSC Order/Ln/Item:  36400-01 12  35640 | | | | | |
| Purchase Order:  0550036785 | | | | | |

Charge 1      :            0.00
Charge 2      :            0.00
Charge 3      :            0.00
                Total:

Non-Taxable: 7,487.02          Currency: USD          Total: 7,487.02

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00023763 | 08/01/05 |

**B I L L T O**

C30800

DELPHI CHASSIS SYSTEMS NDH
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**S H I P T O**

30900-01

DELPHI CHASSIS SYSTEMS - NDH
2509 HAYES AVENUE
SANDUSKY, OH 44870
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 4640303 | RET./SENSOR RING | PC | 15000 | 0.21489 | 3,223.35 |

MTSC Order/Ln/Item:  30900-01  6  15887
Purchase Order:  0550005689

REV LEVEL D

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 3,223.35     Currency: USD     Total: 3,223.35

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00023770 | 08/01/05 |

**B I L L T O**
C01000

DELPHI ENERGY & CHASSIS SYS.
5820 DELPHI ROAD
BUILDING D
MAIL CODE 480-405-120
TROY, MI 48098
USA

**S H I P T O**
01100-02

DELPHI CHASSIS DIVISION
DOCK 17
GATE 4 WOODMAN DRIVE
KETTERING, OH 45420
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | TLGR | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22166922 | CYLINDER END | PC | 38400 | 0.18133 | 6,963.07 |
| MTSC Order/Ln/Item:  01100-02 76  19002 | | | | | |
| Purchase Order:  0550005992 | | | | | |
| | | | | | |
| 22177651 | ROD GUIDE | PC | 1050 | 0.40608 | 426.38 |
| MTSC Order/Ln/Item:  01100-02 79  21997 | | | | | |
| Purchase Order:  0550005997 | | | | | |

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 7,389.45          Currency: USD          Total: 7,389.45

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00023772 | 08/01/05 |

| | | |
|---|---|---|
| **B I L L T O** | C01000<br><br>DELPHI ENERGY & CHASSIS SYS.<br>5820 DELPHI ROAD<br>BUILDING D<br>MAIL CODE 480-405-120<br>TROY, MI 48098<br>USA | **S H I P T O** 01100-06<br><br>DELPHI CHASSIS (K2) DIVISION<br>DOCK 18-SSP<br>GATE 4 WOODMAN DR<br>KETTERING, OH 45420<br>USA |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | TLGR | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 5513339 | ROD GUIDE | PC | 184 | 0.72843 | 134.03 |

MTSC Order/Ln/Item:  01100-06 78  00832
Purchase Order:  0550006007

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 134.03          Currency: USD          Total: 134.03

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00023773 | 08/01/05 |

**B I L L   T O**

C01600

DELPHI ENERGY & ENGINE (D/R)
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**S H I P   T O**

01700-02

DELPHI E&C, 35021
C/O CINCINNATI DDC %PJAX
DELPHI E.SEC - JUAREZ
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069
FINAL DEST ELPASO TX

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 55 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 10475826 | SEC PLATE | PC | 2700 | 0.21931 | 592.14 |
| MTSC Order/Ln/Item:  01700-02  9  12921 | | | | | |
| Purchase Order:  0550009631 | | | | | |
| | | | | | |
| 10475820 | PRIMARY PLATE | PC | 3400 | 0.61682 | 2,097.19 |
| MTSC Order/Ln/Item:  01700-02  10  12922 | | | | | |
| Purchase Order:  0550009631 | | | | | |

|  |  |  |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 2,689.33        Currency: USD        Total: 2,689.33

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| **INVOICE** | |
| --- | --- |
| INVOICE / SID NO. | DATE |
| 00023779 | 08/01/05 |

**BILL TO**
C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**SHIP TO**
36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
| --- | --- | --- | --- | --- |
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
| --- | --- | --- | --- | --- | --- |
| 25325385 | SE. POLE PC | PC | 3360 | 0.82133 | 2,759.67 |
| MTSC Order/Ln/Item: 36400-01 4 28756 | | | | | |
| Purchase Order: 0550005324 | | | | | |
| 25326871 | HOUSING ASM. | PC | 2520 | 2.98821 | 7,530.29 |
| MTSC Order/Ln/Item: 36400-01 8 33901 | | | | | |
| Purchase Order: 0550005326 | | | | | |
| 25352318 | EGR Housing Assembly | PC | 7344 | 1.80932 | 13,287.65 |
| MTSC Order/Ln/Item: 36400-01 10 35607 | | | | | |
| Purchase Order: 0550015837 | | | | | |

| | | |
| --- | --- | --- |
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 23,577.61        Currency: USD        Total: 23,577.61

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00023780 | 08/02/05 |

| B I L L T O | C01000 | S H I P T O | 01100-22 |
|---|---|---|---|
| | DELPHI ENERGY & CHASSIS SYS.<br>5820 DELPHI ROAD<br>BUILDING D<br>MAIL CODE 480-405-120<br>TROY, MI 48098<br>USA | | DELPHI CHASSIS SYSTEMS<br>PLANT 17<br>GATE 4   WOODMAN DRIVE<br>KETTERING, OH 45401 |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22172295 | PISTON ASSEMBLY | PC | 3072 | 0.47445 | 1,457.51 |
| MTSC Order/Ln/Item: 01100-22  1  17924<br>Purchase Order: 0550048814 | | | | | |
| 22174473 | PISTON ASM. | PC | 5120 | 0.47448 | 2,429.34 |
| MTSC Order/Ln/Item: 01100-22  2  19000<br>Purchase Order: 0550048814 | | | | | |
| 22174544 | PISTON ASM. | PC | 3584 | 0.47448 | 1,700.54 |
| MTSC Order/Ln/Item: 01100-22  4  21893<br>Purchase Order: 0550048814 | | | | | |
| 22151652 | PISTON ASM. | PC | 1024 | 0.50451 | 516.62 |
| MTSC Order/Ln/Item: 01100-22  5  21894<br>Purchase Order: 0550048814 | | | | | |
| 22174079 | PISTON ASM. | PC | 1536 | 0.589 | 904.70 |
| MTSC Order/Ln/Item: 01100-22 11  32012<br>Purchase Order: 0550048814 | | | | | |
| 22152169 | PISTON ASM. | PC | 2048 | 0.53504 | 1,095.76 |

---------------------------------------------------------------------

\*\*\*  CONTINUED  \*\*\*

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00023780 | 08/02/05 |

| B I L L T O | C01000 | S H I P T O | 01100-22 |
|---|---|---|---|

**BILL TO:**
DELPHI ENERGY & CHASSIS SYS.
5820 DELPHI ROAD
BUILDING D
MAIL CODE 480-405-120
TROY, MI 48098
USA

**SHIP TO:**
DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4    WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 2 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22152165 | PISTON ASM. | | ***Cont*** | | |

MTSC Order/Ln/Item:   01100-22  13   32000
Purchase Order:   0550054860

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 8,104.47          Currency: USD          Total: 8,104.47

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00023784 | 08/02/05 |

**BILL TO**
C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**SHIP TO**
36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25337418 | BASE | PC | 3080 | 1.27609 | 3,930.36 |
| MTSC Order/Ln/Item:  36400-01  7  32077 | | | | | |
| Purchase Order:  0550005324 | | | | | |
| 25355122 | PL/WASHER ASSEMBLY | PC | 9656 | 0.772 | 7,454.43 |
| MTSC Order/Ln/Item:  36400-01  12  35640 | | | | | |
| Purchase Order:  0550036785 | | | | | |

|  |  |  |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| Total: | | |

Non-Taxable: 11,384.79          Currency: USD          Total: 11,384.79

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00023785 | 08/01/05 |

**BILL TO**

C36600

DELPHI AUTOMOTIVE SYS (COOP)
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**SHIP TO**

36500-01

DELPHI AUTOMOTIVE SYS. (COOP)
COOPERSVILLE PLANT #3
999 RANDALL STREET
COOPERSVILLE, MI 49404
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 17121240 | SPACES(SS)W/GUIDE | PC | 3000 | 0.372 | 1,116.00 |

MTSC Order/Ln/Item:  36500-01   4  13959
Purchase Order:  0550005325
Schedule Ref: 0000003                    1500 PC
Schedule Ref: 0000004                    1500 PC

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 1,116.00        Currency: USD        Total: 1,116.00

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00023787 | 08/01/05 |

**BILL TO**
C01600

DELPHI ENERGY & ENGINE (D/R)
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**SHIP TO**
01700-04

DELPHI ENERGY & ENGINE
PLANT 20
ANDERSON, IN 46018
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 10474921 | HUB | PC | 5200 | 2.2032 | 11,456.64 |

MTSC Order/Ln/Item:  01700-04  1  11854
Purchase Order:  0550011517

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 11,456.64          Currency:  USD          Total: 11,456.64

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
### SINTERED COMPONENTS

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00023788 | 08/02/05 |

**BILL TO**
c01105

DELPHI ENERGY AND CHASSIS
DIVISIONAL ACCOUNTS PAYABLE
MC 480-405-350
5820 DELPHI DRIVE
TROY, MI 48098
USA

**SHIP TO**
01105-01

DELPHI ENERGY & CHASSIS SYS
2100 BURLINGGAME AVE S.W.
GRAND RAPIDS, MI 49509
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | | CTII | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363420 | Sprocket | PC | 1920 | 3.67146 | 7,049.20 |

MTSC Order/Ln/Item:  01105-01  2  37324
Purchase Order:  0550051831

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 7,049.20          Currency: USD          Total: 7,049.20

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00023792 | 08/02/05 |

**BILL TO:**
C01000

DELPHI ENERGY & CHASSIS SYS.
5820 DELPHI ROAD
BUILDING D
MAIL CODE 480-405-120
TROY, MI 48098
USA

**SHIP TO:**
01100-08

DELPHI E&C 34065
%CINCINNATI DDC %PJAX
DELPHI C PLANT 58/CHIHUAHUA
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069
FINAL DEST MEXICO

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363745 | Sec Plate | PC | 3600 | 0.2514 | 905.04 |

MTSC Order/Ln/Item:  01100-08 12  37382
Purchase Order:  0550037103

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 905.04          Currency: USD          Total: 905.04

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00023793 | 08/02/05 |

**B I L L T O**
C01600

DELPHI ENERGY & ENGINE (D/R)
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**S H I P T O**
01700-02

DELPHI E&C, 35021
C/O CINCINNATI DDC %PJAX
DELPHI E.SEC - JUAREZ
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069
FINAL DEST ELPASO TX

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 55 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 10475826 | SEC PLATE | PC | 2700 | 0.21931 | 592.14 |
| MTSC Order/Ln/Item: 01700-02  9  12921 | | | | | |
| Purchase Order: 0550009631 | | | | | |
| | | | | | |
| 10475820 | PRIMARY PLATE | PC | 3400 | 0.61682 | 2,097.19 |
| MTSC Order/Ln/Item: 01700-02  10  12922 | | | | | |
| Purchase Order: 0550009631 | | | | | |

|  | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 2,689.33        Currency: USD        Total: 2,689.33

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00023794 | 08/02/05 |

**BILL TO**

C01000

DELPHI ENERGY & CHASSIS SYS.
5820 DELPHI ROAD
BUILDING D
MAIL CODE 480-405-120
TROY, MI 48098
USA

**SHIP TO**

01100-16

DELPHI CHASSIS SYSTEMS
PLANT 14
GATE 4 WOODMAN DRIVE
KETTERING, OH 45401
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | tlgr | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22173644 | ROD GUIDE | PC | 10800 | 0.21536 | 2,325.89 |

MTSC Order/Ln/Item:  01100-16  5  19052
Purchase Order:  0550006001

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 2,325.89        Currency: USD        Total: 2,325.89

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00023796 | 08/02/05 |

| | | | |
|---|---|---|---|
| **B** **I** **L** **L** **T** **O** | C01000<br><br>DELPHI ENERGY & CHASSIS SYS.<br>5820 DELPHI ROAD<br>BUILDING D<br>MAIL CODE 480-405-120<br>TROY, MI 48098<br>USA | **S** **H** **I** **P** **T** **O** | 01100-02<br><br>DELPHI CHASSIS DIVISION<br>DOCK 17<br>GATE 4 WOODMAN DRIVE<br>KETTERING, OH 45420<br>USA |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | TLGR | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22166921 | CYLINDER END | PC | 9600 | 0.18135 | 1,740.96 |

MTSC Order/Ln/Item:  01100-02 75  19020
Purchase Order:  0550005992

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 1,740.96        Currency: USD        Total: 1,740.96

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| **INVOICE / SID NO.** | **DATE** |
| 00023801 | 08/03/05 |

```
B |      C01000                        |        S |        01100-22
I |                                              H |
L |                                              I |
L |  DELPHI ENERGY & CHASSIS SYS.               P |   DELPHI CHASSIS SYSTEMS
  |  5820 DELPHI ROAD                             |   PLANT 17
T |  BUILDING D                                 T |   GATE 4   WOODMAN DRIVE
O |  MAIL CODE 480-405-120                      O |   KETTERING, OH 45401
  |  TROY, MI 48098
  |  USA
```

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22172295 | PISTON ASSEMBLY | PC | 3072 | 0.47445 | 1,457.51 |
| MTSC Order/Ln/Item:  01100-22  1  17924 Purchase Order:  0550048814 | | | | | |
| 22174473 | PISTON ASM. | PC | 2048 | 0.47448 | 971.74 |
| MTSC Order/Ln/Item:  01100-22  2  19000 Purchase Order:  0550048814 | | | | | |
| 22186316 | PISTON ASM. | PC | 4608 | 0.503 | 2,317.82 |
| MTSC Order/Ln/Item:  01100-22 10  28722 Purchase Order:  0550048814 | | | | | |
| 22174079 | PISTON ASM. | PC | 1024 | 0.589 | 603.14 |
| MTSC Order/Ln/Item:  01100-22 11  32012 Purchase Order:  0550048814 | | | | | |
| 22152169 | PISTON ASM. | PC | 2048 | 0.53504 | 1,095.76 |
| MTSC Order/Ln/Item:  01100-22 13  32000 Purchase Order:  0550054860 | | | | | |

|  | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 6,445.97        Currency: USD        Total: 6,445.97

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00023802 | 08/02/05 |

| B I L L T O | C01590 | S H I P T O | 01590-03 |
|---|---|---|---|
| | DELPHI AUTOMOTIVE SYSTEMS 1401 CROOKS ROAD TROY, MI 48007-503 USA | | DELPHI S & I VANDALIA 250 NORTHWOODS BLVD VANDALIA, OH 45377 |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | CCX | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 16639144 | Pinion | PC | 2100 | 0.82008 | 1,722.17 |

MTSC Order/Ln/Item:  01590-03  2  37773
Purchase Order:  0550053732

*684.77 due*

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 1,722.17        Currency: USD        Total: 1,722.17

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00023805 | 08/02/05 |

**B I L L T O**
C36600

DELPHI AUTOMOTIVE SYS (COOP)
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**S H I P T O**
36500-01

DELPHI AUTOMOTIVE SYS. (COOP)
COOPERSVILLE PLANT #3
999 RANDALL STREET
COOPERSVILLE, MI 49404
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 17121242 | SPACES(SS)W/GUIDE | PC | 1500 | 0.372 | 558.00 |

MTSC Order/Ln/Item:  36500-01  2  13961
Purchase Order:  0550005325
Schedule Ref: 0000009                1500 PC

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 558.00          Currency: USD          Total: 558.00

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00023807 | 08/03/05 |

| | |
|---|---|
| **B I L L T O** | C01600 <br><br> DELPHI ENERGY & ENGINE (D/R) <br> ACG DISBURSEMENT CENTER <br> PO BOX 436040 <br> PONTIAC, MI 48343 <br> USA |
| **S H I P T O** | 01700-02 <br><br> DELPHI E&C, 35021 <br> C/O CINCINNATI DDC %PJAX <br> DELPHI E.SEC - JUAREZ <br> 2789 EAST CRESCENTVILLE RD <br> WESTCHESTER, OH 45069 <br> FINAL DEST ELPASO TX |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 55 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 10475820 | PRIMARY PLATE | PC | 3400 | 0.61682 | 2,097.19 |

MTSC Order/Ln/Item:  01700-02 10  12922
Purchase Order:  0550009631

|  |  |  |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 2,097.19          Currency: USD          Total: 2,097.19

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
| --- | --- |
| INVOICE / SID NO. | DATE |
| 00023808 | 08/03/05 |

**BILL TO**
C01000

DELPHI ENERGY & CHASSIS SYS.
5820 DELPHI ROAD
BUILDING D
MAIL CODE 480-405-120
TROY, MI 48098
USA

**SHIP TO**
01100-08

DELPHI E&C 34065
%CINCINNATI DDC %PJAX
DELPHI C PLANT 58/CHIHUAHUA
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069
FINAL DEST MEXICO

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
| --- | --- | --- | --- | --- |
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
| --- | --- | --- | --- | --- | --- |
| 25363745 | Sec Plate | PC | 3600 | 0.2514 | 905.04 |

MTSC Order/Ln/Item:  01100-08  12  37382
Purchase Order:  0550037103

| | | |
| --- | --- | --- |
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 905.04          Currency: USD          Total: 905.04

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00023810 | 08/03/05 |

**B I L L   T O**

C01000

DELPHI ENERGY & CHASSIS SYS.
5820 DELPHI ROAD
BUILDING D
MAIL CODE 480-405-120
TROY, MI 48098
USA

**S H I P   T O**

01100-16

DELPHI CHASSIS SYSTEMS
PLANT 14
GATE 4 WOODMAN DRIVE
KETTERING, OH 45401
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
|  | Net 30 days | tlgr | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22174111 | ROD GUIDE | PC | 5280 | 0.26671 | 1,408.23 |

MTSC Order/Ln/Item:  01100-16  1  18272
Purchase Order:  0550006001

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 1,408.23          Currency: USD          Total: 1,408.23

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE |
| --- |

| INVOICE / SID NO. | DATE |
| --- | --- |
| 00023813 | 08/02/05 |

**BILL TO**
C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**SHIP TO**
36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
| --- | --- | --- | --- | --- |
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
| --- | --- | --- | --- | --- | --- |
| 25326871 | HOUSING ASM. | PC | 2520 | 2.98821 | 7,530.29 |
| MTSC Order/Ln/Item:  36400-01  8  33901 | | | | | |
| Purchase Order:  0550005326 | | | | | |
| | | | | | |
| 25352318 | EGR Housing Assembly | PC | 2448 | 1.80932 | 4,429.22 |
| MTSC Order/Ln/Item:  36400-01  10  35607 | | | | | |
| Purchase Order:  0550015837 | | | | | |

|  |  |  |
| --- | --- | --- |
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 11,959.51          Currency: USD          Total: 11,959.51

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00023818 | 08/03/05 |

**B I L L   T O**

c01105

DELPHI  ENERGY  AND  CHASSIS
DIVISIONAL  ACCOUNTS  PAYABLE
MC  480-405-350
5820 DELPHI DRIVE
TROY, MI 48098
USA

**S H I P   T O**

01105-01

DELPHI  ENERGY  &  CHASSIS  SYS
2100  BURLINGGAME  AVE  S.W.
GRAND  RAPIDS,  MI  49509
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | | CTII | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363420 | Sprocket | PC | 640 | 3.67146 | 2,349.73 |
| MTSC Order/Ln/Item:  01105-01  2  37324 Purchase Order:  0550051831 | | | | | |
| 25366925 | Cam Adapter Asm | PC | 3328 | 1.15894 | 3,856.95 |
| MTSC Order/Ln/Item:  01105-01  3  37326 Purchase Order:  0550051832 | | | | | |

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 6,206.68          Currency:  USD          Total: 6,206.68

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00023819 | 08/04/05 |

**B I L L T O**

c01105

DELPHI ENERGY AND CHASSIS
DIVISIONAL ACCOUNTS PAYABLE
MC 480-405-350
5820 DELPHI DRIVE
TROY, MI 48098
USA

**S H I P T O**

01105-01

DELPHI ENERGY & CHASSIS SYS
2100 BURLINGGAME AVE S.W.
GRAND RAPIDS, MI 49509
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | | CTII | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363420 | Sprocket | PC | 3840 | 3.67146 | 14,098.41 |
| MTSC Order/Ln/Item:  01105-01   2   37324 Purchase Order:  0550051831 | | | | | |
| 25366925 | Cam Adapter Asm | PC | 6656 | 1.15894 | 7,713.90 |
| MTSC Order/Ln/Item:  01105-01   3   37326 Purchase Order:  0550051832 | | | | | |
| 25369342 | Target Wheel | PC | 1040 | 2.25687 | 2,347.14 |
| MTSC Order/Ln/Item:  01105-01   5   37760 Purchase Order:  550056229 | | | | | |
| 25370379 | Target Wheel | PC | 1040 | 2.25663 | 2,346.90 |
| MTSC Order/Ln/Item:  01105-01   7   37764 Purchase Order:  0550056229 | | | | | |
| 25359909 | L-6 Target Wheel | PC | 3240 | 2.23441 | 7,239.49 |
| MTSC Order/Ln/Item:  01105-01   8   37777 Purchase Order:  550062419 | | | | | |

| | | | |
|---|---|---|---|
| Charge 1 | : | | 0.00 |
| Charge 2 | : | | 0.00 |
| Charge 3 | : | | 0.00 |
| | Total: | | |

Non-Taxable: 33,745.84        Currency: USD        Total: 33,745.84

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00023829 | 08/03/05 |

**BILL TO**
C36600

DELPHI AUTOMOTIVE SYS (COOP)
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**SHIP TO**
36500-01

DELPHI AUTOMOTIVE SYS. (COOP)
COOPERSVILLE PLANT #3
999 RANDALL STREET
COOPERSVILLE, MI 49404
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 17121242 | SPACES(SS)W/GUIDE | PC | 3000 | 0.372 | 1,116.00 |

MTSC Order/Ln/Item:  36500-01   2   13961
Purchase Order:  0550005325
Schedule Ref: 0000004        1500 PC
Schedule Ref: 0000010        1500 PC

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 1,116.00        Currency: USD        Total: 1,116.00

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00023830 | 08/03/05 |

**B I L L T O**    C01000

DELPHI ENERGY & CHASSIS SYS.
5820 DELPHI ROAD
BUILDING D
MAIL CODE 480-405-120
TROY, MI 48098
USA

**S H I P T O**    01100-02

DELPHI CHASSIS DIVISION
DOCK 17
GATE 4 WOODMAN DRIVE
KETTERING, OH 45420
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | TLGR | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22120446 | ROD GUIDE | PC | 300 | 1.04873 | 314.62 |

MTSC Order/Ln/Item:  01100-02 81  01008
Purchase Order:  0550006023

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 314.62          Currency: USD          Total: 314.62

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00023832 | 08/03/05 |

**B I L L   T O**

C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**S H I P   T O**

36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25325385 | SE. POLE PC | PC | 3360 | 0.82133 | 2,759.67 |
| MTSC Order/Ln/Item:  36400-01  4  28756 | | | | | |
| Purchase Order:  0550005324 | | | | | |
| 25326871 | HOUSING ASM. | PC | 3360 | 2.98821 | 10,040.39 |
| MTSC Order/Ln/Item:  36400-01  8  33901 | | | | | |
| Purchase Order:  0550005326 | | | | | |
| 25352318 | EGR Housing Assembly | PC | 2448 | 1.80932 | 4,429.22 |
| MTSC Order/Ln/Item:  36400-01  10  35607 | | | | | |
| Purchase Order:  0550015837 | | | | | |

|  |  |  |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 17,229.28          Currency: USD          Total: 17,229.28

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| **INVOICE / SID NO.** | **DATE** |
| 00023833 | 08/04/05 |

B
I   C36300
L
L
T   DELPHI ENERGY & ENGINE (ROC)
O   EAG DISBURSEMENT SERVICES
    PO BOX 1550
    FLINT, MI 48501
    USA

S   36400-01
H
I
P
T   DELPHI ENERGY & ENGINE
O   1000 LEXINGTON AVENUE
    ROCHESTER, NY 14606
    USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 17106712 | RETAINER EGR VLV | PC | 16000 | 0.04649 | 743.84 |
| MTSC Order/Ln/Item:  36400-01  9   01000 | | | | | |
| Purchase Order:  0550005324 | | | | | |
| 25355122 | PL/WASHER ASSEMBLY | PC | 9656 | 0.772 | 7,454.43 |
| MTSC Order/Ln/Item:  36400-01  12   35640 | | | | | |
| Purchase Order:  0550036785 | | | | | |

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 8,198.27        Currency: USD        Total: 8,198.27

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00023837 | 08/04/05 |

**B I L L T O**
C01000

DELPHI ENERGY & CHASSIS SYS.
5820 DELPHI ROAD
BUILDING D
MAIL CODE 480-405-120
TROY, MI 48098
USA

**S H I P T O**
01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4   WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22172295 | PISTON ASSEMBLY | PC | 10240 | 0.47445 | 4,858.37 |
| MTSC Order/Ln/Item:  01100-22  1  17924 Purchase Order:  0550048814 | | | | | |
| 22174473 | PISTON ASM. | PC | 4608 | 0.47448 | 2,186.40 |
| MTSC Order/Ln/Item:  01100-22  2  19000 Purchase Order:  0550048814 | | | | | |
| 22174544 | PISTON ASM. | PC | 2048 | 0.47448 | 971.74 |
| MTSC Order/Ln/Item:  01100-22  4  21893 Purchase Order:  0550048814 | | | | | |
| 22152167 | PISTON ASM. | PC | 1024 | 0.83444 | 854.47 |
| MTSC Order/Ln/Item:  01100-22  8  22071 Purchase Order:  0550048814 | | | | | |
| 22186316 | PISTON ASM. | PC | 5120 | 0.503 | 2,575.36 |
| MTSC Order/Ln/Item:  01100-22 10  28722 Purchase Order:  0550048814 | | | | | |
| 22152169 | PISTON ASM. | PC | 4096 | 0.53504 | 2,191.52 |

---------------------------------------------------------------------

*** CONTINUED ***

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| **INVOICE / SID NO.** | **DATE** |
| 00023837 | 08/04/05 |

**B I L L   T O**

C01000

DELPHI ENERGY & CHASSIS SYS.
5820 DELPHI ROAD
BUILDING D
MAIL CODE 480-405-120
TROY, MI 48098
USA

**S H I P   T O**

01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4   WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 2 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22152165 | PISTON ASM. | | ***Cont*** | | |

MTSC Order/Ln/Item:  01100-22 13  32000
Purchase Order:  0550054860

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 13,637.86        Currency: USD        Total: 13,637.86

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00023842 | 08/04/05 |

**B I L L   T O**
C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**S H I P   T O**
36400-02

DELPHI ENERGY & ENGINE
% METAL CLADDING INC(500 LEE
230 SOUTH NIAGARA STREET
LOCKPORT, NY 14094
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
|  | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25317842 | BASE | PC | 6160 | 0.70308 | 4,330.97 |

MTSC Order/Ln/Item:  36400-02  9  22029
Purchase Order:  0550034151

|  |  |  |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
|  | Total: |  |

Non-Taxable: 4,330.97          Currency: USD          Total: 4,330.97

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00023845 | 08/04/05 |

**B I L L T O**  C01000

DELPHI ENERGY & CHASSIS SYS.
5820 DELPHI ROAD
BUILDING D
MAIL CODE 480-405-120
TROY, MI 48098
USA

**S H I P T O**  01100-08

DELPHI E&C 34065
%CINCINNATI DDC %PJAX
DELPHI C PLANT 58/CHIHUAHUA
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069
FINAL DEST MEXICO

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363745 | Sec Plate | PC | 3600 | 0.2514 | 905.04 |

MTSC Order/Ln/Item:  01100-08 12  37382
Purchase Order:  0550037103

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 905.04          Currency: USD          Total: 905.04

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00023846 | 08/04/05 |

B I L L T O

C01600

DELPHI ENERGY & ENGINE (D/R)
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

S H I P T O

01700-02

DELPHI E&C, 35021
C/O CINCINNATI DDC %PJAX
DELPHI E.SEC - JUAREZ
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069
FINAL DEST ELPASO TX

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 55 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 10475826 | SEC PLATE | PC | 2700 | 0.21931 | 592.14 |
| MTSC Order/Ln/Item:  01700-02  9  12921 | | | | | |
| Purchase Order:  0550009631 | | | | | |
| 10475820 | PRIMARY PLATE | PC | 3400 | 0.61682 | 2,097.19 |
| MTSC Order/Ln/Item:  01700-02  10  12922 | | | | | |
| Purchase Order:  0550009631 | | | | | |

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 2,689.33        Currency: USD        Total: 2,689.33

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| **I N V O I C E** | |
|---|---|
| **INVOICE / SID NO.** | **DATE** |
| 00023847 | 08/04/05 |

**B I L L   T O**
C30800

DELPHI CHASSIS SYSTEMS NDH
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**S H I P   T O**
30900-01

DELPHI CHASSIS SYSTEMS - NDH
2509 HAYES AVENUE
SANDUSKY, OH 44870
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 4640303 | RET./SENSOR RING | PC | 15000 | 0.21489 | 3,223.35 |
| MTSC Order/Ln/Item: 30900-01  6  15887 | | | | | |
| Purchase Order:  0550005689 | | | | | |
| REV LEVEL D | | | | | |
| 4640299 | RET./SENSOR RING | PC | 15000 | 0.23326 | 3,498.90 |
| MTSC Order/Ln/Item: 30900-01  9  13975 | | | | | |
| Purchase Order:  0550005689 | | | | | |

Charge 1     :          0.00
Charge 2     :          0.00
Charge 3     :          0.00
Total:

Non-Taxable: 6,722.25          Currency: USD          Total: 6,722.25

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| **INVOICE / SID NO.** | **DATE** |
| 00023848 | 08/04/05 |

**BILL TO:**
C01000

DELPHI ENERGY & CHASSIS SYS.
5820 DELPHI ROAD
BUILDING D
MAIL CODE 480-405-120
TROY, MI 48098
USA

**SHIP TO:**
01100-16

DELPHI CHASSIS SYSTEMS
PLANT 14
GATE 4 WOODMAN DRIVE
KETTERING, OH 45401
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | tlgr | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22173644 | ROD GUIDE | PC | 3600 | 0.21536 | 775.30 |

MTSC Order/Ln/Item:  01100-16  5  19052
Purchase Order:  0550006001

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 775.30          Currency: USD          Total: 775.30

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00023850 | 08/04/05 |

**B I L L   T O**   C01000

DELPHI ENERGY & CHASSIS SYS.
5820 DELPHI ROAD
BUILDING D
MAIL CODE 480-405-120
TROY, MI 48098
USA

**S H I P   T O**   01100-02

DELPHI CHASSIS DIVISION
DOCK 17
GATE 4 WOODMAN DRIVE
KETTERING, OH 45420
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | TLGR | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22166921 | CYLINDER END | PC | 9600 | 0.18135 | 1,740.96 |

MTSC Order/Ln/Item:  01100-02 75  19020
Purchase Order:  0550005992

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 1,740.96          Currency: USD          Total: 1,740.96

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00023855 | 08/04/05 |

**BILL TO**

C36600

DELPHI AUTOMOTIVE SYS (COOP)
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**SHIP TO**

36500-01

DELPHI AUTOMOTIVE SYS. (COOP)
COOPERSVILLE PLANT #3
999 RANDALL STREET
COOPERSVILLE, MI 49404
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 17121242 | SPACES(SS)W/GUIDE | PC | 1500 | 0.372 | 558.00 |

MTSC Order/Ln/Item:  36500-01  2  13961
Purchase Order:  0550005325
Schedule Ref: 0000005                    1500 PC

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 558.00          Currency: USD          Total: 558.00

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00023856 | 08/04/05 |

| B I L L  T O | | S H I P  T O | |
|---|---|---|---|
| C36300 | | 36400-01 | |
| DELPHI ENERGY & ENGINE (ROC)<br>EAG DISBURSEMENT SERVICES<br>PO BOX 1550<br>FLINT, MI 48501<br>USA | | DELPHI ENERGY & ENGINE<br>1000 LEXINGTON AVENUE<br>ROCHESTER, NY 14606<br>USA | |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25325385 | SE. POLE PC | PC | 3360 | 0.82133 | 2,759.67 |
| MTSC Order/Ln/Item:  36400-01  4  28756 | | | | | |
| Purchase Order:  0550005324 | | | | | |
| 25326871 | HOUSING ASM. | PC | 2520 | 2.98821 | 7,530.29 |
| MTSC Order/Ln/Item:  36400-01  8  33901 | | | | | |
| Purchase Order:  0550005326 | | | | | |
| 25352318 | EGR Housing Assembly | PC | 4896 | 1.80932 | 8,858.43 |
| MTSC Order/Ln/Item:  36400-01  10  35607 | | | | | |
| Purchase Order:  0550015837 | | | | | |

|  | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 19,148.39          Currency: USD          Total: 19,148.39

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| **INVOICE / SID NO.** | **DATE** |
| 00023858 | 08/05/05 |

**B I L L T O**   C01000

DELPHI ENERGY & CHASSIS SYS.
5820 DELPHI ROAD
BUILDING D
MAIL CODE 480-405-120
TROY, MI 48098
USA

**S H I P T O**   01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4   WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22172295 | PISTON ASSEMBLY | PC | 9216 | 0.47445 | 4,372.53 |
| MTSC Order/Ln/Item:  01100-22  1  17924 | | | | | |
| Purchase Order:  0550048814 | | | | | |
| 22174473 | PISTON ASM. | PC | 1536 | 0.47448 | 728.80 |
| MTSC Order/Ln/Item:  01100-22  2  19000 | | | | | |
| Purchase Order:  0550048814 | | | | | |
| 22174544 | PISTON ASM. | PC | 1024 | 0.47448 | 485.87 |
| MTSC Order/Ln/Item:  01100-22  4  21893 | | | | | |
| Purchase Order:  0550048814 | | | | | |
| 22186316 | PISTON ASM. | PC | 1024 | 0.503 | 515.07 |
| MTSC Order/Ln/Item:  01100-22  10  28722 | | | | | |
| Purchase Order:  0550048814 | | | | | |
| 22151653 | PISTON ASM. | PC | 512 | 0.79408 | 406.57 |
| MTSC Order/Ln/Item:  01100-22  14  15864 | | | | | |
| Purchase Order:  0550048814 | | | | | |

Charge 1   :        0.00
Charge 2   :        0.00
Charge 3   :        0.00
              Total:

Non-Taxable: 6,508.84        Currency: USD        Total: 6,508.84

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
| --- | --- |
| INVOICE / SID NO. | DATE |
| 00023864 | 08/05/05 |

B I L L T O

c01105

DELPHI ENERGY AND CHASSIS
DIVISIONAL ACCOUNTS PAYABLE
MC 480-405-350
5820 DELPHI DRIVE
TROY, MI 48098
USA

S H I P T O

01105-01

DELPHI ENERGY & CHASSIS SYS
2100 BURLINGGAME AVE S.W.
GRAND RAPIDS, MI 49509
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
| --- | --- | --- | --- | --- |
| | | CTII | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
| --- | --- | --- | --- | --- | --- |
| 25363420 | Sprocket | PC | 3200 | 3.67146 | 11,748.67 |
| MTSC Order/Ln/Item:  01105-01  2  37324 | | | | | |
| Purchase Order:  0550051831 | | | | | |
| | | | | | |
| 25359909 | L-6 Target Wheel | PC | 1080 | 2.23441 | 2,413.16 |
| MTSC Order/Ln/Item:  01105-01  8  37777 | | | | | |
| Purchase Order:  550062419 | | | | | |

|  |  |  |
| --- | --- | --- |
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 14,161.83          Currency: USD          Total: 14,161.83

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| **INVOICE / SID NO.** | **DATE** |
| 00023868 | 08/05/05 |

**BILL TO**
C01000

DELPHI ENERGY & CHASSIS SYS.
5820 DELPHI ROAD
BUILDING D
MAIL CODE 480-405-120
TROY, MI 48098
USA

**SHIP TO**
01100-06

DELPHI CHASSIS (K2) DIVISION
DOCK 18-SSP
GATE 4 WOODMAN DR
KETTERING, OH 45420
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | TLGR | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22186263 | CYLINDER END | PC | 19200 | 0.208 | 3,993.60 |

MTSC Order/Ln/Item:  01100-06 35  28727
Purchase Order:  0550006021

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 3,993.60        Currency: USD        Total: 3,993.60

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00023872 | 08/05/05 |

| | |
|---|---|
| **B I L L T O** | C01000<br><br>DELPHI ENERGY & CHASSIS SYS.<br>5820 DELPHI ROAD<br>BUILDING D<br>MAIL CODE 480-405-120<br>TROY, MI 48098<br>USA | **S H I P T O** | 01100-02<br><br>DELPHI CHASSIS DIVISION<br>DOCK 17<br>GATE 4 WOODMAN DRIVE<br>KETTERING, OH 45420<br>USA |

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | TLGR | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22166921 | CYLINDER END | PC | 9600 | 0.18135 | 1,740.96 |

MTSC Order/Ln/Item:  01100-02 75  19020
Purchase Order:  0550005992

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 1,740.96     Currency: USD     Total: 1,740.96

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00023880 | 08/05/05 |

**B I L L T O**
C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**S H I P T O**
36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | ntwt | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25325385 | SE. POLE PC | PC | 1680 | 0.82133 | 1,379.83 |
| MTSC Order/Ln/Item:  36400-01   4   28756 | | | | | |
| Purchase Order:  0550005324 | | | | | |
| 25326871 | HOUSING ASM. | PC | 840 | 2.98821 | 2,510.10 |
| MTSC Order/Ln/Item:  36400-01   8   33901 | | | | | |
| Purchase Order:  0550005326 | | | | | |
| 25352318 | EGR Housing Assembly | PC | 9792 | 1.80932 | 17,716.86 |
| MTSC Order/Ln/Item:  36400-01   10   35607 | | | | | |
| Purchase Order:  0550015837 | | | | | |

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 21,606.79      Currency: USD      Total: 21,606.79

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00023881 | 08/05/05 |

**B I L L T O**

C30800

DELPHI CHASSIS SYSTEMS NDH
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**S H I P T O**

30900-01

DELPHI CHASSIS SYSTEMS - NDH
2509 HAYES AVENUE
SANDUSKY, OH 44870
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 12424371 | SENSOR RING | PC | 18480 | 0.23589 | 4,359.25 |

MTSC Order/Ln/Item:  30900-01 14   37827
Purchase Order:  0550057784

|  |  |  |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 4,359.25        Currency: USD        Total: 4,359.25

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00023885 | 08/05/05 |

**BILL TO**   C01000

DELPHI ENERGY & CHASSIS SYS.
5820 DELPHI ROAD
BUILDING D
MAIL CODE 480-405-120
TROY, MI 48098
USA

**SHIP TO**   01100-08

DELPHI E&C 34065
%CINCINNATI DDC %PJAX
DELPHI C PLANT 58/CHIHUAHUA
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069
FINAL DEST MEXICO

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363745 | Sec Plate | PC | 3600 | 0.2514 | 905.04 |

MTSC Order/Ln/Item:  01100-08 12  37382
Purchase Order:  0550037103

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total : | |

Non-Taxable: 905.04        Currency: USD        Total: 905.04

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00023886 | 08/05/05 |

**B I L L T O**

C01600

DELPHI ENERGY & ENGINE (D/R)
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**S H I P T O**

01700-02

DELPHI E&C, 35021
C/O CINCINNATI DDC %PJAX
DELPHI E.SEC - JUAREZ
2789 EAST CRESCENTVILLE RD
WESTCHESTER, OH 45069
FINAL DEST ELPASO TX

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 55 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 10475826 | SEC PLATE | PC | 2700 | 0.21931 | 592.14 |
| MTSC Order/Ln/Item:  01700-02  9  12921 Purchase Order:  0550009631 | | | | | |
| 10475820 | PRIMARY PLATE | PC | 3400 | 0.61682 | 2,097.19 |
| MTSC Order/Ln/Item:  01700-02  10  12922 Purchase Order:  0550009631 | | | | | |

|  |  |  |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 2,689.33          Currency: USD          Total: 2,689.33

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00023887 | 08/05/05 |

**BILL TO:**   C36600

DELPHI AUTOMOTIVE SYS (COOP)
ACG DISBURSEMENT CENTER
PO BOX 436040
PONTIAC, MI 48343
USA

**SHIP TO:**   36500-01

DELPHI AUTOMOTIVE SYS. (COOP)
COOPERSVILLE PLANT #3
999 RANDALL STREET
COOPERSVILLE, MI 49404
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | PJXI | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 17121242 | SPACES(SS)W/GUIDE | PC | 1500 | 0.372 | 558.00 |

MTSC Order/Ln/Item:  36500-01   2   13961
Purchase Order:  0550005325
Schedule Ref: 0000004          1500 PC

|  |  |  |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
|  | Total : |  |

Non-Taxable: 558.00          Currency: USD          Total: 558.00

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

## INVOICE

| INVOICE / SID NO. | DATE |
|---|---|
| 00023890 | 08/05/05 |

**B I L L T O**

C36300

DELPHI ENERGY & ENGINE (ROC)
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501
USA

**S H I P T O**

36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | Net 30 days | NTWT | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25355037 | Primary Pole | PC | 4828 | 0.62468 | 3,015.96 |

MTSC Order/Ln/Item:  36400-01 11  36885
Purchase Order:  0550016133

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 3,015.96          Currency: USD          Total: 3,015.96

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 00025133 | 10/07/05 |

**B I L L   T O**
C01000

DELPHI ENERGY & CHASSIS SYS.
5820 DELPHI ROAD
BUILDING D
MAIL CODE 480-405-120
TROY, MI 48098
USA

**S H I P   T O**
01100-22

DELPHI CHASSIS SYSTEMS
PLANT 17
GATE 4   WOODMAN DRIVE
KETTERING, OH 45401

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | ANTT | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 22172295 | PISTON ASSEMBLY | PC | 6144 | 0.47205 | 2,900.28 |
| MTSC Order/Ln/Item:  01100-22  1  17924 Purchase Order:  0550048814 | | | | | |
| 22174473 | PISTON ASM. | PC | 5120 | 0.47207 | 2,417.00 |
| MTSC Order/Ln/Item:  01100-22  2  19000 Purchase Order:  0550048814 | | | | | |
| 22174544 | PISTON ASM. | PC | 3584 | 0.47207 | 1,691.90 |
| MTSC Order/Ln/Item:  01100-22  4  21893 Purchase Order:  0550048814 | | | | | |
| 22151652 | PISTON ASM. | PC | 2048 | 0.50208 | 1,028.26 |
| MTSC Order/Ln/Item:  01100-22  5  21894 Purchase Order:  0550048814 | | | | | |
| 22186316 | PISTON ASM. | PC | 2048 | 0.503 | 1,030.14 |
| MTSC Order/Ln/Item:  01100-22  10  28722 Purchase Order:  0550048814 | | | | | |

|  |  |  |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 9,067.58        Currency: USD        Total: 9,067.58

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne
**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 0023719A | 08/05/05 |

| | | |
|---|---|---|
| **B I L L   T O** | c01105 | **S H I P   T O** | 01105-01 |

BILL TO:
c01105

DELPHI ENERGY AND CHASSIS
DIVISIONAL ACCOUNTS PAYABLE
MC 480-405-350
5820 DELPHI DRIVE
TROY, MI 48098
USA

SHIP TO:
01105-01

DELPHI ENERGY & CHASSIS SYS
2100 BURLINGGAME AVE S.W.
GRAND RAPIDS, MI 49509
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | | CTII | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363420 | Sprocket | PC | 5120 | 3.67146 | 18,797.88 |
| MTSC Order/Ln/Item:  01105-01   2   37324<br>Purchase Order:  0550051831 | | | | | |
| 25366925 | Cam Adapter Asm | PC | 3072 | 1.15894 | 3,560.26 |
| MTSC Order/Ln/Item:  01105-01   3   37326<br>Purchase Order:  0550051832 | | | | | |
| 25369342 | Target Wheel | PC | 2080 | 2.25687 | 4,694.29 |
| MTSC Order/Ln/Item:  01105-01   5   37760<br>Purchase Order:  550056229 | | | | | |
| 25370379 | Target Wheel | PC | 1040 | 2.25663 | 2,346.90 |
| MTSC Order/Ln/Item:  01105-01   7   37764<br>Purchase Order:  0550056229 | | | | | |
| 25359909 | L-6 Target Wheel | PC | 3240 | 2.23441 | 7,239.49 |
| MTSC Order/Ln/Item:  01105-01   8   37777<br>Purchase Order:  550062419 | | | | | |

Charge 1    :                 0.00
Charge 2    :                 0.00
Charge 3    :                 0.00
            Total:

Non-Taxable: 36,638.82        Currency: USD        Total: 36,638.82

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 0023738A | 08/05/05 |

| | |
|---|---|
| B I L L T O | c01105 |

DELPHI ENERGY AND CHASSIS
DIVISIONAL ACCOUNTS PAYABLE
MC 480-405-350
5820 DELPHI DRIVE
TROY, MI 48098
USA

| | |
|---|---|
| S H I P T O | 01105-01 |

DELPHI ENERGY & CHASSIS SYS
2100 BURLINGGAME AVE S.W.
GRAND RAPIDS, MI 49509
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | | CTII | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363420 | Sprocket | PC | 1840 | 3.67146 | 6,755.49 |
| MTSC Order/Ln/Item:  01105-01  2  37324 Purchase Order:  0550051831 | | | | | |
| 25366925 | Cam Adapter Asm | PC | 3328 | 1.15894 | 3,856.95 |
| MTSC Order/Ln/Item:  01105-01  3  37326 Purchase Order:  0550051832 | | | | | |

|  |  |  |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 10,612.44          Currency: USD          Total: 10,612.44

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| INVOICE / SID NO. | DATE |
| 0023764A | 08/05/05 |

**BILL TO**

c01105

DELPHI ENERGY AND CHASSIS
DIVISIONAL ACCOUNTS PAYABLE
MC 480-405-350
5820 DELPHI DRIVE
TROY, MI 48098
USA

**SHIP TO**

01105-01

DELPHI ENERGY & CHASSIS SYS
2100 BURLINGGAME AVE S.W.
GRAND RAPIDS, MI 49509
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | | CTII | sm | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| 25363420 | Sprocket | PC | 3800 | 3.67146 | 13,951.55 |
| MTSC Order/Ln/Item:  01105-01   2  37324 Purchase Order:  0550051831 | | | | | |
| 25366925 | Cam Adapter Asm | PC | 6656 | 1.15894 | 7,713.90 |
| MTSC Order/Ln/Item:  01105-01   3  37326 Purchase Order:  0550051832 | | | | | |
| 25369342 | Target Wheel | PC | 2080 | 2.25687 | 4,694.29 |
| MTSC Order/Ln/Item:  01105-01   5  37760 Purchase Order:  550056229 | | | | | |
| 25359909 | L-6 Target Wheel | PC | 3240 | 2.23441 | 7,239.49 |
| MTSC Order/Ln/Item:  01105-01   8  37777 Purchase Order:  550062419 | | | | | |

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 33,599.23        Currency: USD        Total: 33,599.23

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

**Remit To:**
Windfall Products, Inc.
23296 Network Place
Chicago, IL  60673-1232

| INVOICE | |
|---|---|
| **INVOICE / SID NO.** | **DATE** |
| IV10297 | 09/06/05 |

**BILL TO**
C36400

DELPHI ENERGY & ENGINE (ROC)
PO BOX 92700
1000 LEXINGTON AVENUE
ROCHESTER, NY 14692
USA

**SHIP TO**
36400-01

DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
|---|---|---|---|---|
| | 2ND MONTH AFTER ROM | BEST WAY | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
|---|---|---|---|---|---|
| PR116570-001 WEEKEND OVERTIME /MCKEOWN | | | | | |
| SORT CHARGES | | EA | 1 | 2500.00 | 2,500.00 |

MTSC Order/Ln/Item:  10973    1  SORT CHARGES
Purchase Order:   rps47333

| | | |
|---|---|---|
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 2,500.00        Currency:  USD          Total: 2,500.00

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.

# metaldyne

**SINTERED COMPONENTS**

WEST CREEK ROAD
P.O. BOX 170
ST. MARYS, PA 15857
Tel: (814) 834-1222
Fax: (814) 834-9536

Remit To:
Windfall Products, Inc.
23296 Network Place
Chicago, IL 60673-1232

| INVOICE | |
| --- | --- |
| INVOICE / SID NO. | DATE |
| RET0429E | 04/29/05 |

**BILL TO**    C01590

DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48007-503
USA

**SHIP TO**    C01590

DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY, MI 48007-503
USA

| SUPPLIER NO. | TERMS | SHIP VIA | SHIP-FROM | PAGE |
| --- | --- | --- | --- | --- |
| | Net 60 days | BEST WAY | SM | 1 |

| PART # / PURCHASE ORDER/ RELEASE | DESCRIPTION | UM | QUANTITY | EACH PRICE | TOTAL |
| --- | --- | --- | --- | --- | --- |
| NEW PRICING PER CONTRACT AGREEMENT | | | | | |
| RETRO | | | 1 | 2604.69 | 2,604.69 |

MTSC Order/Ln/Item:  10843    1  RETRO
Purchase Order:  PRICE INCREASE 4/1/05

| | | |
| --- | --- | --- |
| Charge 1 | : | 0.00 |
| Charge 2 | : | 0.00 |
| Charge 3 | : | 0.00 |
| | Total: | |

Non-Taxable: 2,604.69        Currency: USD        Total: 2,604.69

SHORTAGES OR DAMAGE MUST BE REPORTED IMMEDIATELY
POSITIVELY NO MATERIAL ACCEPTED IN RETURN FOR CREDIT WITHOUT
APPROVED CLAIM NUMBER AFFIXED TO ALL PAPERS AND CONTAINERS.