DAVID H. FREEDMAN, ESQ.
ERMAN, TEICHER, MILLER,
ZUCKER & FREEDMAN, P.C.
400 Galleria Officentre, Suite 444
Southfield, MI  48034
Telephone:  (248) 827-4100
Facsimile:  (248) 827-4106
Email:  dfreedman@ermanteicher.com

**Hearing Date and Time:  November 30, 2006 at 10:00 a.m.**
**Response Date and Time: November 24, 2006 at 4:00 p.m.**

*Attorneys for Doshi Prettl International, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
SOUTHERN DIVISION

| | |
|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 05-44481 |
| DELPHI CORPORATION, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Honorable Robert D. Drain |
| | ) | |

**RESPONSE OF DOSHI PRETTL INTERNATIONAL, LLC
TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS**

Doshi Prettl International, LLC ("Doshi Prettl"), by and through its undersigned counsel, responds to the Debtors' Second Omnibus Objection (Procedural) to Claims (the "Objection"), as follows:

1.      The Debtors commenced these Chapter 11 cases on October 8, 2005 (the "Petition Date").

2.      Prior to the Petition Date, Doshi Prettl sold and delivered goods (the "Goods") on credit to an entity or entities doing business as "Delphi" (the "Delphi Entity").  The indebtedness owed by the Delphi Entity for the Goods as of the Petition Date was $1,130,675.71 (the "Indebtedness").

3.      Because Doshi Prettl was unable to determine the precise corporate identity of the Delphi Entity, it filed proofs of claim for the Indebtedness against both Delphi Corporation and

Delphi Automotive Systems, LLC.  On or about June 22, 2006, Doshi Prettl filed a timely proof

of claim, designated as Claim No. 8379, asserting a claim against Delphi Corporation in the total

amount of $573,199.69.  On or about the same date, Doshi Prettl filed a timely proof of claim,

designated as Claim No. 8380, asserting a claim against Delphi Automotive Systems, LLC in the

total amount of $573,199.69.  On or about November 22, 2006, Doshi Prettl filed an amendment

to Claim No. 8380, asserting an amended claim against Delphi Automotive Systems, LLC in the

amount of $1,130,675.71.

　　　　4.　　　In the Objection, the Debtors assert that Claim Nos. 8379 and 8380 are duplicates,

and that Claim No. 8379 should be expunged.

　　　　5.　　　Claim Nos. 8379 and 8380 are in fact not duplicates, since they are claims against

different Debtors.

　　　　6.　　　Doshi Prettl is willing to consent to the expungement of Claim No. 8379,

provided that the Debtors stipulate that they will not object to Claim No. 8380 on the ground the

Indebtedness is owed not by Delphi Automotive Systems, LLC, but by Delphi Corporation

and/or a different Debtor.

　　　　7.　　　Any reply by the Debtors to this Response should be delivered to the undersigned

counsel for Doshi Prettl.  The following person has ultimate authority to reconcile, settle or

otherwise resolve Claim No. 8380 on behalf of Doshi Prettl:

> David H. Freedman, Esq.
> Erman, Teicher, Miller, Zucker & Freedman, P.C.
> 400 Galleria Officentre, Suite 444
> Southfield, MI  48034
> Telephone:  (248) 827-4100
> Facsimile:  (248) 827-4106
> Email:  dfreedman@ermanteicher.com

WHEREFORE, Doshi Prettl International, LLC respectfully requests that the Court overrule the Objection and grant all other proper relief.

Respectfully submitted,

ERMAN, TEICHER, MILLER,
ZUCKER & FREEDMAN, P.C.
Attorneys for Doshi Prettl International, LLC

By:___*/s/ David H. Freedman*_____
      David H. Freedman (admitted Pro Hac Vice)
      400 Galleria Officentre, Suite 444
      Southfield, MI  48034
      Tel:  (248) 827-4100
      Fax:  (248) 827-4106
      Email:  dfreedman@ermanteicher.com

DATED:  November 22, 2006

F:\CHAP11\delphi\Doshi resp to 2nd claims obj.doc