KAYE SCHOLER LLP
Benjamin Mintz (BM 6060)
Heath D. Rosenblat (HR 6430)
425 Park Avenue
New York, New York 10022
(212) 836-8000 (telephone)
(212) 836-8689 (facsimile)

*Counsel for Celestica Inc., and its subsidiaries.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re:                                              :        Chapter 11
                                                    :
DELPHI CORPORATION, *et al.*,                       :        Case No. 05-44481 (RDD)
                                                    :        Jointly Administered
         Debtors.                                   :
---------------------------------------------------------x

# CERTIFICATE OF SERVICE

       I, Heath D. Rosenblat, a member in good standing of the Bar of the United States District Courts for the Southern and Eastern Districts of New York, an attorney admitted to practice before this Court, and an attorney with the firm of Kaye Scholer LLP, Counsel to Celestica Inc, and it subsidiaries, do hereby certify that on the 22nd day of November, 2006, I caused true and correct copies of *Response Of Celestica Inc. To Debtors' Second And Third Omnibus Claims Objections*, with Exhibits A – C, to be served, as indicated, on the parties set forth on the annexed service list.

Dated: New York, New York
       November 22, 2006

                                                                    */s/ Heath D. Rosenblat*
                                                     Heath D. Rosenblat (HR 6430)

## SERVICE LIST

**VIA FIRST-CLASS MAIL**

| | |
|---|---|
| Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, New York 10017<br>Attn: Kenneth S. Ziman | Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, New York 10017<br>Attn: Donald Bernstein and Brian Resnick |
| Latham & Watkins LLP<br>885 Third Avenue<br>New York, New York 10022<br>Attn: Robert J. Rosenberg<br>and Mark A. Broude | Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, New York 10004<br>Attn: Bonnie Steingart |
| Office of the United States Trustee<br>for the Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004<br>Attn: Alicia M. Leonhard | |

**VIA OVERNIGHT MAIL**

| | |
|---|---|
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Attn: General Counsel | Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606<br>Attn: John Wm. Butler, Jr. |