Stanley H. McGuffin (SC Bar No. 3830)
HAYNSWORTH SINKLER BOYD, P.A.
P.O. Box 11889
Columbia, SC 29211-1889
(803) 779-3080
Counsel for Karl Kufner KG, a/k/a/ Karl Kuefner KG

Peter Janovsky (PJ 5229)
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, NY 10022
Telephone (212) 223-0400
Local Counsel for Counsel for Karl Kufner KG, a/k/a/ Karl Kuefner KG

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| DELPHI CORPORATION, et al., | Case No.: 05-44481 (RDD) |
| Debtor. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify under penalty of perjury, that on November 22, 2006, I caused the below-named parties to be served with a copy of the following document(s):

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS ON BEHALF OF KARL KUEFNER, KG**

by UPS Overnight delivery to said parties at the addresses shown below.

| | |
|---|---|
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098<br>Attn: General Counsel | Skadden Arps Slate Meagher & Flom LLP<br>Attn: John Wm. Butler, Jr., Esq.<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606 |
| Simpson Thacher & Bartlett LLP<br>Attn: Kenneth S. Ziman, Esq.<br>425 Lexington Avenue<br>New York, NY 10017 | Davis Polk & Wardwell<br>Attn: Donald Bernstein, Esq.<br>Attn: Brian Resnick, Esq.<br>450 Lexington Avenue<br>New York, NY 10017 |

| Latham & Watkins, LLP<br>Attn: Robert I. Rosenberg, Esq.<br>Attn: Mark A. Broude, Esq.<br>885 Third Avenue<br>New York, NY 10022 | Fried, Frank, Harris, Shriver & Jacobson LLP<br>Attn: Bonnie Steingart, Esq.<br>One New York Plaza<br>New York, NY 10004 |
|---|---|
| Office of the United States Trustee for<br>Attn: Alicia M. Leonhard, Esq.<br>The Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 | |

Dated: New York, New York
November 22, 2006

_____
Michael W. Antonivich