# EXHIBIT C

CJRA-S, CLOSED, JCS

# U.S. District Court
## Southern District of Mississippi (Jackson)
### CIVIL DOCKET FOR CASE #: 3:03-cv-00335-HTW-JCS

Delphi Auto. Systems v. Lextron Corporation
Assigned to: District Judge Henry T. Wingate
Referred to: Magistrate Judge James C. Sumner
Demand: $0
Cause: 28:2201 Declaratory Judgment

Date Filed: 03/03/2003
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Delphi Automotive Systems, LLC**          represented by **R. Pepper Crutcher, Jr.**
BALCH & BINGHAM, LLP
P. O. Box 22587
Jackson, MS 39225-2587
601/961-9900
Fax: 601/961-4466
Email: pcrutcher@balch.com
*TERMINATED: 05/22/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher R. Shaw**
CARROLL WARREN & PARKER
PLLC
P. O. Box 1005
Jackson, MS 39215-1005
(601) 592-1010
Fax: 601-592-6060
Email: cshaw@cwplaw.com
*ATTORNEY TO BE NOTICED*

**Debra M. Brown**
PHELPS DUNBAR
P.O. Box 23066
Jackson, MS 39225-3066
(601) 352-2300
Email: brownd@phelps.com
*ATTORNEY TO BE NOTICED*

**Ernest Russell Turner**
BALCH & BINGHAM, LLP
P. O. Box 22587
Jackson, MS 39205-2587
601/961-9900
Fax: 601/961-4466
Email: rturner@balch.com

**Frank W. Trapp**
PHELPS DUNBAR
P.O. Box 23066
Jackson, MS 39225-3066
(601) 352-2300
Email: trappf@phelps.com
*ATTORNEY TO BE NOTICED*

**Joseph E. Papelian - PHV**
DELPHI CORPORATION
Delphi Legal Staff
5725 Delphi Drive
Troy, MI 48098-2815
248/813-2535
Email: joseph.e.papelian@delphi.com
*ATTORNEY TO BE NOTICED*

**Michael B. Wallace**
PHELPS DUNBAR
P.O. Box 23066
Jackson, MS 39225-3066
(601) 352-2300
Email: wallacem@phelps.com
*ATTORNEY TO BE NOTICED*

**Reuben V. Anderson**
PHELPS DUNBAR
P.O. Box 23066
Jackson, MS 39225-3066
(601) 352-2300
Email: wilsonf@phelps.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Lextron Corporation**                    represented by **Chad J. Hammons**
WATKINS LUDLAM WINTER &
STENNIS, P.A.
P.O. Box 427
Jackson, MS 39205-0427
(601) 949-4900
Email: chammons@watkinsludlam.com

*TERMINATED: 12/28/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Halbert E. Dockins, Jr.**

LAW OFFICES OF HALBERT E.
DOCKINS JR.
840 East River Place, Suite 500
Jackson, MS 39202
(601) 969-2221
Email: hdockins@loohd.com
*TERMINATED: 05/04/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mikel J. Bowers - PHV**
CAPSHAW, GOSS & BOWERS, LLP
3031 Allen St., Ste. 100
Dallas, TX 75204
214/761-6610
Email: mike@cgb-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Capshaw - PHV**
CAPSHAW, GOSS & BOWERS, LLP
3031 Allen St., Ste. 100
Dallas, TX 75204
214/761-6619
Fax: 214/761-6611
Email: richard@cgb-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sheila M. Bossier**
BOSSIER KITCHENS, PLLC
P. O. Box 55567
Jackson, MS 39296
601/352-5450
Email: sbossier@bkpllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tim K. Goss - PHV**
CAPSHAW, GOSS & BOWERS, LLP
3031 Allen St., Ste. 200
Dallas, TX 75202
214/761-6623
Email: goss39587@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Wachovia Bank, N.A.**                    represented by   **Eric Foster Hatten**
                                                           BURR & FORMAN, LLP - Jackson

The Heritage Building
401 East Capitol Street, Suite 100
Jackson, MS 39201
601/355-3434
Email: ehatten@burr.com
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Lextron Corporation**           represented by   **Chad J. Hammons**
                                                   (See above for address)
                                                   *TERMINATED: 12/28/2004*
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Lextron Corporation**           represented by   **Chad J. Hammons**
                                                   (See above for address)
                                                   *TERMINATED: 12/28/2004*
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Lextron Corporation**           represented by   **Chad J. Hammons**
                                                   (See above for address)
                                                   *TERMINATED: 12/28/2004*
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Delphi Automotive Systems, LLC**   represented by   **R. Pepper Crutcher, Jr.**
                                                      (See above for address)
                                                      *TERMINATED: 05/22/2003*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Debra M. Brown**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Ernest Russell Turner**
                                                      (See above for address)

                                                      **Frank W. Trapp**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Joseph E. Papelian - PHV**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B. Wallace**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Reuben V. Anderson**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/03/2003 | 1 | COMPLAINT Filing Fee $ 150.00 Receipt # 55661 ; Notice of Assignment mailed. (thr) (Entered: 03/04/2003) |
| 03/03/2003 | | Magistrate Judge Assignment James C. Sumner (thr) (Entered: 03/04/2003) |
| 03/03/2003 | | Case assigned to Pending Track - designation of appropriate track will be made after Case Management Conference and a final track assignment. (thr) (Entered: 03/04/2003) |
| 03/03/2003 | | SUMMONS(ES) issued for defendant Lextron Corporation (thr) (Entered: 03/04/2003) |
| 03/03/2003 | 2 | DISCLOSURE STATEMENT regarding corporate structure by plaintiff Delphi Auto. Systems . (lbt) (Entered: 03/04/2003) |
| 03/03/2003 | 3 | MOTION by plaintiff Delphi Auto. Systems for Writ of Replevin (lbt) (Entered: 03/04/2003) |
| 03/04/2003 | 4 | NOTICE of Hearing: Writ of Replevin Hearing set 3/5/03 at 3:00 p.m. (lbt) (Entered: 03/05/2003) |
| 03/04/2003 | 5 | SUMMONS Returned Executed as to defendant Lextron Corporation 3/3/03 Answer due on 3/23/03 for Lextron Corporation (lbt) (Entered: 03/05/2003) |
| 03/05/2003 | 6 | MOTION by plaintiff Delphi Auto. Systems for Joseph E. Papelian to Appear Pro Hac Vice (lbt) (Entered: 03/05/2003) |
| 03/05/2003 | | Pro Hac Vice fee paid FILING FEE $ 25.00 paid for Joseph E. Papelian by Balch & Bingham, RECEIPT # J055727 (lbt) (Entered: 03/05/2003) |
| 03/05/2003 | 7 | AGREED ORDER granting [3-1] motion for Writ of Replevin ( signed by Judge Henry T. Wingate ); copies mailed. (lbt) (Entered: 03/06/2003) |
| 04/16/2003 | | MOTION ORE TENUS by defendant Lextron Corporation to Extend Time (lbt) (Entered: 04/16/2003) |

| 04/16/2003 | 8 | ORDER granting [0-0] oral motion to Extend Time to May 5, 2003, within which to file its reponsive pleading. ( signed by Magistrate Judge James C. Sumner ); copies mailed. (lbt) (Entered: 04/16/2003) |
| 05/05/2003 | 9 | MOTION by defendant Lextron Corporation to Dismiss , or in the Alternative to Stay of Proceedings (lbt) (Entered: 05/06/2003) |
| 05/07/2003 | 10 | UNOPPOSED MOTION by plaintiff Delphi Auto. Systems to Extend Time to respond to Defendant's Dismissal Motion. (lbt) (Entered: 05/12/2003) |
| 05/22/2003 | 11 | MOTION by plaintiff Delphi Auto. Systems to Substitute Brunini Firm for Balch as counsel Attorney (lbt) (Entered: 05/22/2003) |
| 05/23/2003 | 12 | ORDER granting [11-1] motion to Substitute Brunini Firm for Balch as counsel Attorney terminated Added ( signed by Judge Henry T. Wingate ); copies mailed. (lbt) (Entered: 05/27/2003) |
| 05/23/2003 | 13 | ORDER granting [10-1] motion to Extend Time for an additional 20 days, through June 9, 2003. ( signed by Judge Henry T. Wingate ); copies mailed. (lbt) (Entered: 05/27/2003) |
| 06/09/2003 | 14 | RESPONSE by plaintiff Delphi Auto. Systems in opposition to [9-1] motion to Dismiss by defendant, [9-2] motion to Stay of Proceedings by defendant (lbt) (Entered: 06/10/2003) |
| 06/24/2003 | 15 | AGREED ORDER, Extending Time until June 9, 2003, in which to file a response to the Motion to Dismiss or in the Alternative For saty of Proceedings ( signed by Judge Henry T. Wingate ); copies mailed. (lbt) (Entered: 06/25/2003) |
| 06/24/2003 | | MOTION ORE TENUS by defendant Lextron Corporation to Extend Time to Submit Rebuttal (lbt) (Entered: 06/25/2003) |
| 06/24/2003 | 16 | ORDER granting [0-0] oral motion to Extend Time until June 26, 2003 to Submit Rebuttal ( signed by Judge Henry T. Wingate ); copies mailed. (lbt) (Entered: 06/25/2003) |
| 10/14/2003 | 17 | NOTICE of Additional Attorney's Appearances for plaintiff Delphi Auto. Systems by Reuben V. Anderson, Frank W. Trapp, Michael B. Wallace, Debra M. Brown (lbt) (Entered: 10/15/2003) |
| 12/01/2003 | 18 | ORDER granting [17-1] appearance notice of Reuben V. Anderson, Frank W. Trapp, Michael B. Wallace, Debra Brown of the law firm of Phelps Dunbar LLP as attorney for Plaintiff, for P. Brook Eason, Anne C. Sander, Brian C. Kimbell and the law firm of Brunini Grantham Grower & Hewes to Withdraw as Attorney (Terminated ( signed by Judge Henry T. Wingate ); copies mailed. (lbt) (Entered: 12/01/2003) |
| 03/29/2004 | 19 | ORDER denying [9-1] motion to Dismiss, denying [9-2] motion to Stay of Proceedings ( signed by Judge Henry T. Wingate ); copies mailed. (lbt) (Entered: 03/30/2004) |
| 03/31/2004 | 20 | ORDER granting [6-1] motion for Joseph E. Papelian to Appear Pro Hac |

| | | |
|---|---|---|
| | | Vice ( signed by Judge Henry T. Wingate ); copies mailed. (lbt) (Entered: 04/02/2004) |
| 06/06/2004 | | Letter to Joseph E. Papelian, Esq., re: pro hac bar number 41668 has been assigned. (lbt) (Entered: 06/22/2004) |
| 07/14/2004 | 21 | Rule 16.1(A) Initial Order; copies mailed (lbt) (Entered: 07/14/2004) |
| 07/14/2004 | | Telephonic Case Management Conference set 3:30 8/5/04 location: before Magistrate Judge James C. Sumner copies mailed to Joseph E. Papelian, Debra M. Brown, Michael B. Wallace, Frank W. Trapp, Reuben V. Anderson, Ernest Russell Turner, R. Pepper Crutcher Jr. (lbt) (Entered: 07/14/2004) |
| 08/31/2004 | 22 | ORDER, Extending Time to 8/5/04 telephonic Case Managment , set Answer deadline to 9/6/04 for Lextron Corporation ( signed by Magistrate Judge James C. Sumner ); copies mailed. (lbt) (Entered: 09/02/2004) |
| 08/31/2004 | 23 | Minute entry: Telephonic Case Management Conference held before Judge Sumner on 8/5/04. The Court will enter a Case Management Order setting this case for trial before Judge Wingate during a two-week term beginning July 25, 2005. (lbt) (Entered: 09/02/2004) |
| 08/31/2004 | 24 | CASE MANAGEMENT PLAN AND SCHEDULING ORDER Case Assigned to CJRA Track: Standard Set Case Management Order Deadlines Scheduling Deadlines: Jury Trial 7/25/05 ; Final Pretrial Conference for 7/12/05 ; Discovery cutoff 2/28/05 ; Joining of parties,amending of pleadings by 9/23/04 ; Pla. Designation of Experts by 11/29/04 ; Dft Designation of Experts by 12/27/04 ; Motion Filing deadline on 3/14/05 ; ( signed by Magistrate Judge James C. Sumner ) copies mailed. (lbt) (Entered: 09/02/2004) |
| 09/07/2004 | 25 | ANSWER to Complaint and COUNTERCLAIM by defendant Lextron Corporation (Attorney Alveno N. Castilla & Chad J. Hammons ) against plaintiff Delphi Auto. Systems , (lbt) Modified on 12/02/2004 (Entered: 09/08/2004) |
| 09/29/2004 | 26 | ANSWER by plaintiff Delphi Auto. Systems to [25-2] counter claim by counter-claimant by counter-defendantby counter-claimant by defendant (lbt) Modified on 12/02/2004 (Entered: 09/29/2004) |
| 10/25/2004 | 27 | NOTICE of Attorney Appearance for plaintiff Delphi Auto. Systems by Halbert E. Dockins Jr. address of Dockins & Turnage & Banks 840 East River Place, Suite 500 Jackson, MS 39202 (lbt) Modified on 12/02/2004 (Entered: 10/25/2004) |
| 11/24/2004 | 28 | Notice of Service of Interrogatories and Production by plaintiff Delphi Auto. Systems (cwl) Modified on 12/02/2004 (Entered: 11/24/2004) |
| 12/17/2004 | 29 | NOTICE of Rule 30(b)(6) by plaintiff Delphi Auto. Systems to take deposition of Lextron Corporation on Wednesday, 1/26/05, 9:00 a.m., at the offices of Dockins Turnage & Banks, PLLC, 840 East River Place, Suite 500, Jackson, MS 39202. (lbt) (Entered: 12/17/2004) |

| 12/17/2004 | 30 | NOTICE by plaintiff Delphi Auto. Systems to take video deposition of Charles Doty on Thursday, 1/27/05, 9:00 a.m., at the offices of Dockins Turnage & Banks, PLLC, 840 East River Place, Suite 500, Jackson, MS 39202. (lbt) (Entered: 12/17/2004) |
|---|---|---|
| 12/17/2004 | 31 | NOTICE by plaintiff Delphi Auto. Systems to take video deposition of Marvel Turner on Friday, 1/28/05, 9:00 a.m., at the offices of Dockins Turnage & Banks (lbt) (Entered: 12/17/2004) |
| 12/17/2004 | 32 | NOTICE by plaintiff Delphi Auto. Systems to take video deposition of Andrew Raine on Monday, January 24, 2005, at the offices of Burr & Forman LLP (lbt) (Entered: 12/17/2004) |
| 12/21/2004 | 33 | MOTION to Withdraw Watkins Ludlam Winter & Stennis PA, Chad Hammons as Attorney by Lextron Corporation. (Reno, Theresa) (Entered: 12/22/2004) |
| 12/28/2004 | 34 | ORDER granting 33 Motion to Withdraw as Attorney. Attorney Chad J. Hammons terminated . Signed by Judge James C. Sumner on 12/27/04. (Reno, Theresa) (Entered: 12/30/2004) |
| 12/28/2004 | 35 | AGREED ORDER exttending defendant's deadline for expert designations and responding to written disovery until January 7, 2004. Signed by Judge James C. Sumner on 12/27/04. (Reno, Theresa) (Entered: 12/30/2004) |
| 12/29/2004 | 36 | NOTICE of filing by Delphi Automotive Systems, LLC has served Visteon Corp. with a subpoena (Reno, Theresa) (Entered: 01/03/2005) |
| 01/07/2005 | 37 | Designation of Experts by Lextron Corporation.(THR, ) (Entered: 01/08/2005) |
| 01/25/2005 | 38 | NOTICE of Service of Response to Interrogatories by Lextron Corporation.(Moore, Janet) (Entered: 01/28/2005) |
| 01/28/2005 | 39 | NOTICE of Service of Response to Request for Production by Lextron Corporation.(THR, ) (Entered: 01/28/2005) |
| 02/02/2005 | 40 | NOTICE to Take Deposition Andrew Raine by Delphi Automotive Systems, LLC.(THR, ) (Entered: 02/02/2005) |
| 02/02/2005 | 41 | NOTICE to Take Deposition Marvel Turner by Delphi Automotive Systems, LLC.(THR, ) (Entered: 02/02/2005) |
| 02/02/2005 | 42 | NOTICE to Take Deposition of Charles Doty by Delphi Automotive Systems, LLC.(THR, ) (Entered: 02/02/2005) |
| 02/02/2005 | 43 | NOTICE to Take Deposition of Lextron Corporation by Delphi Automotive Systems, LLC.(THR, ) (Entered: 02/02/2005) |
| 02/04/2005 | 44 | MOTION for Protective Order by Wachovia Bank, N.A.. (Hatten, Eric) (Entered: 02/04/2005) |
| 02/04/2005 | 45 | NOTICE of Service of Request for Production by Lextron Corporation. (THR, ) (Entered: 02/05/2005) |

| 02/09/2005 | 46 | MOTION to Amend [24] Case Management Scheduling Order by Delphi Automotive Systems, LLC. (THR, ) (Entered: 02/09/2005) |
| 02/09/2005 | 47 | RESPONSE in Opposition re 44 MOTION for Protective Order filed by Delphi Automotive Systems, LLC. (Attachments: # 1 Exhibit A & B) (Shaw, Christopher) (Entered: 02/09/2005) |
| 02/10/2005 | 48 | PROOF OF SERVICE OF SUBPOENA by Delphi Automotive Systems, LLC (Shaw, Christopher) (Entered: 02/10/2005) |
| 02/10/2005 | 49 | PROOF OF SERVICE OF SUBPOENA by Delphi Automotive Systems, LLC (Shaw, Christopher) (Entered: 02/10/2005) |
| 02/11/2005 | 50 | MOTION to Compel Lextron Corp. to fully respond to discovery by Delphi Automotive Systems, LLC. (Exhibits maintained in court file) (THR, ) (Entered: 02/11/2005) |
| 02/15/2005 | 51 | ORDER granting 44 Motion for Protective Order and quashes the Supboena as set out. Signed by Judge Henry T. Wingate on 02/14/05. (THR, ) (Entered: 02/15/2005) |
| 02/16/2005 | 52 | PROOF OF SERVICE OF SUBPOENA by Delphi Automotive Systems, LLC *to Hyundai Motor Manufacturing Alabama, LLC* (Shaw, Christopher) (Entered: 02/16/2005) |
| 02/16/2005 | 53 | NOTICE of Appearance by Sheila M. Bossier on behalf of Lextron Corporation (THR, ) (Entered: 02/16/2005) |
| 02/28/2005 | 54 | PROOF OF SERVICE OF SUBPOENA by Delphi Automotive Systems, LLC *on The Boeing Company* (Shaw, Christopher) (Entered: 02/28/2005) |
| 03/01/2005 | 55 | ORDER granting 46 Motion to Amend Case Management Order. Signed by Judge James C. Sumner on 3/1/05. (dfk, ) (Entered: 03/01/2005) |
| 03/01/2005 | | Set Deadlines/Hearings: Discovery to be completed by 5/27/2005. Motions to be served by 6/13/2005. Final Pretrial Conference set for 10/11/2005 or 10/12/05 before District Judge Henry T. Wingate. Jury Trial set for calendar beginning 10/24/2005 before District Judge Henry T. Wingate. (dfk, ) (Entered: 03/01/2005) |
| 03/09/2005 | 56 | MOTION for Richard Capshaw, Tim Goss, Mikel Bowers to Appear Pro Hac Vice by Lextron Corporation. (THR, ) (Entered: 03/09/2005) |
| 03/10/2005 | 57 | RESPONSE to Motion re 50 MOTION to Compel filed by Lextron Corporation. (THR, ) (Entered: 03/10/2005) |
| 03/11/2005 | | Pro Hac Vice fee paid by Mikel Bowers, Tim K. Goss, and Richard Capshaw $ 25.00 each, receipt numbers J004555, J004554, and J004553 (McPhail, Patsy) (Entered: 03/17/2005) |
| 03/15/2005 | 58 | RESPONSE in Support re 50 MOTION to Compel filed by Delphi Automotive Systems, LLC. (THR, ) (Entered: 03/16/2005) |
| 03/17/2005 | 59 | Corporate Disclosure Statement by Lextron Corporation.(THR, ) (Entered: 03/17/2005) |

| 03/23/2005 | 60 | NOTICE of Service of Response to Request for Production by Delphi Automotive Systems, LLC.(THR, ) (Entered: 03/23/2005) |
|---|---|---|
| 03/28/2005 | 61 | SUPPLEMENTAL RESPONSE to Motion re 50 MOTION to Compel of Delphi Automotive Systems, LLC, filed by Lextron Corporation. (THR, ) (Entered: 03/29/2005) |
| 04/27/2005 | 62 | AFFIDAVIT by Mike J. Bowers, re pro hac admission on behalf of Lextron Corporation. (CSF, ) (Entered: 04/27/2005) |
| 04/27/2005 | 63 | ORDER granting in part and denying in part 56 Motion to Appear Pro Hac Vice, that the motion for Mikel J. Bowers to be admitted pro hac vice to represent the defendant Lextron in this case is hereby granted; that the motion for admission pro hac vice as to Richard Capshaw and Tim K. Goss is hereby denied.Signed by Judge James C. Sumner on April 27, 2005. (CSF, ) (Entered: 04/27/2005) |
| 04/27/2005 | 64 | NOTICE of Service of Amended Response to Request for Production by Delphi Automotive Systems, LLC.(THR, ) (Entered: 04/27/2005) |
| 04/29/2005 | 65 | NOTICE to Take Deposition of Delphi Automotive Systems, LLC by Lextron Corporation.(THR, ) (Entered: 04/29/2005) |
| 04/29/2005 | 66 | NOTICE of Video Deposition of Dr. Glenda Glover by Delphi Automotive Systems, LLC (Shaw, Christopher) (Entered: 04/29/2005) |
| 04/29/2005 | 67 | NOTICE Re-Notice of Video Deposition of Marvel Turner by Delphi Automotive Systems, LLC (Shaw, Christopher) (Entered: 04/29/2005) |
| 04/29/2005 | 68 | NOTICE Re-Notice of Video Deposition of Charles Doty by Delphi Automotive Systems, LLC (Shaw, Christopher) (Entered: 04/29/2005) |
| 04/29/2005 | 69 | NOTICE of Deposition of Dickie Corder by Delphi Automotive Systems, LLC (Shaw, Christopher) (Entered: 04/29/2005) |
| 04/29/2005 | 70 | NOTICE of Deposition of T.J. Schultz, Charlie Reeves and Stephen Wallace by Delphi Automotive Systems, LLC (Shaw, Christopher) (Entered: 04/29/2005) |
| 04/29/2005 | 71 | NOTICE of Video Deposition of Ray Irby by Delphi Automotive Systems, LLC (Shaw, Christopher) (Entered: 04/29/2005) |
| 04/29/2005 | 72 | NOTICE of Deposition of Lextron Representative(s) Responsible for Coordinating and Itemizing the Recovery of Equipment from Lextron Facilities by Delphi Automotive Systems, LLC (Shaw, Christopher) (Entered: 04/29/2005) |
| 04/29/2005 | 73 | MOTION for Extension of Time to designate rebuttal experts by Delphi Automotive Systems, LLC. (THR, ) (Entered: 05/02/2005) |
| 05/02/2005 | 74 | MOTION to Withdraw as Attorney by Lextron Corporation. (Dockins, Halbert) (Entered: 05/02/2005) |
| 05/04/2005 | 75 | ORDER granting 74 Motion to Withdraw as Attorney. Attorney Halbert E. Dockins, Jr terminated . Signed by Judge James C. Sumner on 5/4/05. |

| | | |
|---|---|---|
| | | (dfk, ) (Entered: 05/04/2005) |
| 05/09/2005 | 76 | ORDER staying Plaintiff's expert designation deadline. Signed by Judge James C. Sumner on 5/6/05. (dfk, ) (Entered: 05/09/2005) |
| 05/13/2005 | 77 | NOTICE *Re-Notice of Video Deposition of Charles Doty* by Delphi Automotive Systems, LLC (Shaw, Christopher) (Entered: 05/13/2005) |
| 05/13/2005 | 78 | NOTICE *Re-Notice of Deposition of Dickie Corder* by Delphi Automotive Systems, LLC (Shaw, Christopher) (Entered: 05/13/2005) |
| 05/16/2005 | 79 | PROOF OF SERVICE OF SUBPOENA by Delphi Automotive Systems, LLC *Deposition Subpoena and Subpoena Duces Tecum to Richard D. Corder* (Shaw, Christopher) (Entered: 05/16/2005) |
| 05/23/2005 | 80 | NOTICE to Take Deposition *(Re-Notice)* of Delphi Automotive Systems, LLC 30(b)(6) Corporate Representative by Lextron Corporation.(Bossier, Sheila) (Entered: 05/23/2005) |
| 05/24/2005 | | JOINT ORE TENUS MOTION for Extension of Time to Complete Discovery by Delphi Automotive Systems, LLC, Lextron Corporation. (dfk, ) (Entered: 05/24/2005) |
| 05/24/2005 | 81 | ORDER granting Join Ore Tenus Motion for Extension of Time to Complete Discovery . Signed by Judge James C. Sumner on 5/24/05. (dfk, ) (Entered: 05/24/2005) |
| 05/24/2005 | | Set Deadlines/Hearings: Discovery to be completed by 7/22/2005. (dfk, ) (Entered: 05/24/2005) |
| 05/26/2005 | 82 | NOTICE of Service of Response to Request for Production by Delphi Automotive Systems, LLC.(Moore, Janet) (Entered: 05/26/2005) |
| 05/31/2005 | 83 | MOTION for Protective Order *Regarding SouthTrust Bank's Cross-Notice of 30(b)(6) Deposition of Delphi Automotive Systems, LLC* by Delphi Automotive Systems, LLC. (Attachments: # 1 Exhibit A)(Shaw, Christopher) (Entered: 05/31/2005) |
| 05/31/2005 | 84 | PROTECTIVE ORDER regarding documents of Hyundai Motor Manufacturing Alabama as set out. Signed by Judge James C. Sumner on May 31, 2005. (CSF, ) (Entered: 05/31/2005) |
| 06/01/2005 | 85 | Response in Opposition re 80 NOTICE to Take Deposition *(Re-Notice)* of Delphi Automotive Systems, LLC 30(b)(6) Corporate Representative by Lextron Corporation.(Bossier, Sheila) *(Objections to)* filed by Delphi Automotive Systems, LLC. (Brown, Debra) (Entered: 06/01/2005) |
| 06/01/2005 | 86 | ORDER granting 83 Motion for Protective Order. Furthermore, Court orders counsel for movant to deliver copy of Order to non-party SouthTrust Bank. . Signed by Judge James C. Sumner on 6/1/05. (YWJ, ) (Entered: 06/01/2005) |
| 06/03/2005 | 87 | Response in Opposition re 80 NOTICE to Take Deposition *(Re-Notice)* of Delphi Automotive Systems, LLC 30(b)(6) Corporate Representative by Lextron Corporation.(Bossier, Sheila) *Amended Objections* filed by |

|            |     |                                                                                                                                                                                                                                                                                                                                                                                  |
| ---------- | --- | -------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|            |     | Delphi Automotive Systems, LLC. (Brown, Debra) (Entered: 06/03/2005)                                                                                                                                                                                                                                                                                                              |
| 06/07/2005 | 88  | NOTICE to Take Deposition of Sidney Johnson by Lextron Corporation. (Bossier, Sheila) (Entered: 06/07/2005)                                                                                                                                                                                                                                                                       |
| 06/07/2005 | 89  | NOTICE to Take Deposition of Michelle Joseph by Lextron Corporation. (Bossier, Sheila) (Entered: 06/07/2005)                                                                                                                                                                                                                                                                      |
| 06/07/2005 | 90  | NOTICE to Take Deposition of Glen Holder by Lextron Corporation. (Bossier, Sheila) (Entered: 06/07/2005)                                                                                                                                                                                                                                                                          |
| 06/08/2005 | 91  | MOTION to Seal Document *(for Permission to File)* by Delphi Automotive Systems, LLC. (Shaw, Christopher) (Entered: 06/08/2005)                                                                                                                                                                                                                                                    |
| 06/08/2005 | 92  | MOTION for Protective Order *& Return of Inadvertently Disclosed Documents* by Delphi Automotive Systems, LLC. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C, pp. 1-30# 4 Exhibit C, pp. 31-61# 5 Exhibit D, pp. 1-21# 6 Exhibit D, pp. 22-41# 7 Exhibit E# 8 Exhibit F# 9 Exhibit G# 10 Exhibit H# 11 Exhibit I)(Shaw, Christopher) (Entered: 06/08/2005)                 |
| 06/08/2005 | 93  | MEMORANDUM in Support re 92 MOTION for Protective Order *& Return of Inadvertently Disclosed Documents* filed by Delphi Automotive Systems, LLC. (Shaw, Christopher) (Entered: 06/08/2005)                                                                                                                                                                                          |
| 06/14/2005 |     | ORE TENUS MOTION for Extension of Motion Deadline, by Delphi Automotive Systems, LLC, Lextron Corporation. (dfk, ) (Entered: 06/14/2005)                                                                                                                                                                                                                                           |
| 06/14/2005 | 94  | ORDER granting Ore Tenus Motion for Extension of Motion Deadline. Signed by Judge James C. Sumner on 6/14/05. (dfk, ) (Entered: 06/14/2005)                                                                                                                                                                                                                                        |
| 06/14/2005 |     | Set Deadlines/Hearings: Motions due by 7/22/2005. (dfk, ) (Entered: 06/14/2005)                                                                                                                                                                                                                                                                                                   |
| 06/16/2005 | 95  | NOTICE *of Receipt of Original Deposition* by Delphi Automotive Systems, LLC (Attachments: # 1)(Brown, Debra) (Entered: 06/16/2005)                                                                                                                                                                                                                                                |
| 06/21/2005 | 96  | PROOF OF SERVICE OF SUBPOENA by Delphi Automotive Systems, LLC *on Central Mississippi Development District* (Shaw, Christopher) (Entered: 06/21/2005)                                                                                                                                                                                                                             |
| 06/21/2005 | 97  | PROOF OF SERVICE OF SUBPOENA by Delphi Automotive Systems, LLC *on Horne CPA Group* (Shaw, Christopher) (Entered: 06/21/2005)                                                                                                                                                                                                                                                      |
| 06/22/2005 | 98  | PROOF OF SERVICE OF SUBPOENA by Delphi Automotive Systems, LLC *on SouthTrust Bank* (Shaw, Christopher) (Entered: 06/22/2005)                                                                                                                                                                                                                                                      |
| 06/22/2005 | 99  | MOTION for Richard Capshaw to Appear Pro Hac Vice by Lextron Corporation. (Attachments: # 1 Affidavit of Richard Capshaw)(Bossier, Sheila) (Entered: 06/22/2005)                                                                                                                                                                                                                   |
| 06/22/2005 | 100 | RESPONSE in Opposition re 92 MOTION for Protective Order *& Return*                                                                                                                                                                                                                                                                                                               |

| | | |
|---|---|---|
| | | *of Inadvertently Disclosed Documents* filed by Lextron Corporation. (Bossier, Sheila) (Entered: 06/22/2005) |
| 06/23/2005 | 101 | ORDER granting 99 Motion to Appear Pro Hac Vice, that Richard Capshaw is admitted to appear pro hac vice for defendant Lextron Corporation. Signed by Judge James C. Sumner on June 23, 2005. (CSF, ) (Entered: 06/23/2005) |
| 06/23/2005 | 102 | AMENDED DOCUMENT by Lextron Corporation. Amendment to 100 Response in Opposition to Motion *Exhibits to Response*. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6)(Bossier, Sheila) (Entered: 06/23/2005) |
| 06/23/2005 | 103 | ORDER allowing Halbert E. Dockins, Jr., counsel for defendant Lextron Corporation, to withdraw as counsel of record. Signed by Judge Henry T. Wingate on 6/22/05. (scm, ) (Entered: 06/23/2005) |
| 06/28/2005 | 104 | NOTICE to Take Deposition *of Greg Naylor* by Lextron Corporation. (Bossier, Sheila) (Entered: 06/28/2005) |
| 06/28/2005 | 105 | NOTICE to Take Deposition of Charles Reeves by Lextron Corporation. (Bossier, Sheila) (Entered: 06/28/2005) |
| 06/28/2005 | 106 | NOTICE to Take Deposition of Lawrence Hirsch by Lextron Corporation.(Bossier, Sheila) (Entered: 06/28/2005) |
| 06/28/2005 | 107 | NOTICE to Take Deposition of T.J. Schultz by Lextron Corporation. (Bossier, Sheila) (Entered: 06/28/2005) |
| 07/01/2005 | 108 | NOTICE to Take Deposition *Re-Notice of Video Deposition of Ray Irby* by Delphi Automotive Systems, LLC.(Shaw, Christopher) (Entered: 07/01/2005) |
| 07/05/2005 | 109 | PROOF OF SERVICE OF SUBPOENA by Delphi Automotive Systems, LLC *on Ray Irby* (Shaw, Christopher) (Entered: 07/05/2005) |
| 07/05/2005 | 110 | NOTICE *of Video Deposition of Martha Everett With Document Request* by Lextron Corporation (Bossier, Sheila) (Entered: 07/05/2005) |
| 07/06/2005 | 111 | PROOF OF SERVICE OF SUBPOENA by Delphi Automotive Systems, LLC *Deposition Subpoena to T. J. Schultz* (Shaw, Christopher) (Entered: 07/06/2005) |
| 07/06/2005 | 112 | PROOF OF SERVICE OF SUBPOENA by Delphi Automotive Systems, LLC *Deposition Subpoena to Lawrence Hirsch* (Shaw, Christopher) (Entered: 07/06/2005) |
| 07/06/2005 | 113 | PROOF OF SERVICE OF SUBPOENA by Delphi Automotive Systems, LLC *Deposition Subpoena to Charles Reeves* (Shaw, Christopher) (Entered: 07/06/2005) |
| 07/06/2005 | 114 | REPLY to Response to Motion re 92 MOTION for Protective Order *& Return of Inadvertently Disclosed Documents* filed by Delphi Automotive Systems, LLC. (Attachments: # 1 Exhibit J# 2 Exhibit K) (Shaw, Christopher) (Entered: 07/06/2005) |

| 07/07/2005 | 115 | REPLY to Response to Motion re 92 MOTION for Protective Order & *Return of Inadvertently Disclosed Documents (Supplemental)* filed by Delphi Automotive Systems, LLC. (Attachments: # 1 Exhibit L# 2 Exhibit M)(Shaw, Christopher) (Entered: 07/07/2005) |
|---|---|---|
| 07/08/2005 | 116 | PROOF OF SERVICE OF SUBPOENA by Delphi Automotive Systems, LLC on *Taurus International Corporation* (Shaw, Christopher) (Entered: 07/08/2005) |
| 07/08/2005 | 117 | PROOF OF SERVICE OF SUBPOENA by Delphi Automotive Systems, LLC on *Wiegel Tool Works, Inc.* (Shaw, Christopher) (Entered: 07/08/2005) |
| 07/08/2005 | 118 | PROOF OF SERVICE OF SUBPOENA by Delphi Automotive Systems, LLC on *New England Interconnect Systems, Inc.* (Shaw, Christopher) (Entered: 07/08/2005) |
| 07/08/2005 | 119 | PROOF OF SERVICE OF SUBPOENA by Delphi Automotive Systems, LLC on *Kincses Tool & Molding Corporation* (Shaw, Christopher) (Entered: 07/08/2005) |
| 07/08/2005 | 120 | NOTICE *of Receipt of Original Deposition of Charles Doty* by Delphi Automotive Systems, LLC, Delphi Automotive Systems, LLC (Attachments: # 1)(Brown, Debra) (Entered: 07/08/2005) |
| 07/08/2005 | 121 | NOTICE *of Service of Discovery of Delphi's Pre-Discovery Disclosure of Core Information* by Delphi Automotive Systems, LLC, Delphi Automotive Systems, LLC (Brown, Debra) (Entered: 07/08/2005) |
| 07/08/2005 | 122 | NOTICE *of Deposition of Lawrence Hirsch and T.J. Schultz* by Delphi Automotive Systems, LLC (Brown, Debra) (Entered: 07/08/2005) |
| 07/08/2005 | 123 | NOTICE *of Deposition of Andy Raine* by Delphi Automotive Systems, LLC (Brown, Debra) (Entered: 07/08/2005) |
| 07/08/2005 | | Set Hearings: Pretrial Conference set for 7/13/2005 04:45 PM in Courtroom 3 before District Judge Henry T. Wingate. Counsel will be expected to be prepared to argue motions that are outstanding before the court. Further, counsel is hereby directed to have settlement authority: have client present or available by telephone with settlement authority. (trs, ) (Entered: 07/08/2005) |
| 07/11/2005 | 124 | MOTION for Protective Order by Wachovia Bank, N.A.. (Hatten, Eric) (Entered: 07/11/2005) |
| 07/12/2005 | 125 | PROOF OF SERVICE OF SUBPOENA by Lextron Corporation on *Taurus International Corporation* (Bowers - PHV, Mikel) (Entered: 07/12/2005) |
| 07/12/2005 | 126 | PROOF OF SERVICE OF SUBPOENA by Lextron Corporation on *New England Interconnect Systems, Inc.* (Bowers - PHV, Mikel) (Entered: 07/12/2005) |
| 07/12/2005 | 127 | PROOF OF SERVICE OF SUBPOENA by Lextron Corporation on |

| | | |
|---|---|---|
| | | *Wiegel Tool Works, Inc.* (Bowers - PHV, Mikel) (Entered: 07/12/2005) |
| 07/12/2005 | 128 | PROOF OF SERVICE OF SUBPOENA by Lextron Corporation *on Kincses Tool & Molding Corporation* (Bowers - PHV, Mikel) (Entered: 07/12/2005) |
| 07/12/2005 | 129 | PROOF OF SERVICE OF SUBPOENA by Lextron Corporation *on The Boeing Company* (Bowers - PHV, Mikel) (Entered: 07/12/2005) |
| 07/12/2005 | 130 | PROOF OF SERVICE OF SUBPOENA by Delphi Automotive Systems, LLC *on Andy Raine* (Shaw, Christopher) (Entered: 07/12/2005) |
| 07/12/2005 | 131 | PROOF OF SERVICE OF SUBPOENA by Delphi Automotive Systems, LLC *on Trustmark National Bank* (Shaw, Christopher) (Entered: 07/12/2005) |
| 07/13/2005 | 132 | RESPONSE in Opposition re 124 MOTION for Protective Order filed by Delphi Automotive Systems, LLC. (Attachments: # 1 Exhibit A)(Shaw, Christopher) (Entered: 07/13/2005) |
| 07/13/2005 | 133 | MOTION for Tim K. Goss to Appear Pro Hac Vice by Lextron Corporation. (Attachments: # 1 Exhibit)(Bossier, Sheila) (Entered: 07/13/2005) |
| 07/13/2005 | 134 | Response in Opposition re 110 NOTICE *of Video Deposition of Martha Everett With Document Request* by Lextron Corporation (Bossier, Sheila) *Objections to Notice of Video Deposition of Martha Everett With Document Request* filed by Delphi Automotive Systems, LLC, Delphi Automotive Systems, LLC. (Brown, Debra) (Entered: 07/13/2005) |
| 07/13/2005 | | Minute Entry for proceedings held before Judge Henry T. Wingate : Motion Hearing held on 7/13/2005 re 50 MOTION to Compel 91 MOTION to Seal. Court granted the Motion to Compel. In reference to the Motion to Seal, parties will meet to discuss which documents are priviledged. The documents will be provided to the Court in camera by 7/29/05. Further, the court will contact parties for oral arguments concerning the documents. Plaintiff's will have 5 days to sumbit additional case authority and defendant's will have 5 days thereafter. The court will advise the Magistrate Judge to schedule a Settlement Conference on 7/20/05 by telephone. (trs, ) (Entered: 07/13/2005) |
| 07/14/2005 | 135 | NOTICE *of Receipt of Original Deposition of Ray Irby* by Delphi Automotive Systems, LLC, Delphi Automotive Systems, LLC (Attachments: # 1)(Brown, Debra) (Entered: 07/14/2005) |
| 07/14/2005 | | NOTICE : Per Judge Wingate's instructions, a TELEPHONIC CONFERENCE will be held on WEDNESDAY, JULY 20, 2005 AT 10:00 A.M. before Judge Sumner. It is requested that plaintiff's counsel set up the conference call. The parties should submit via e-mail a Confidential Settlement Memo to Judge Sumner's chambers by noon on Tuesday, July 19th. (CSF, ) (Entered: 07/14/2005) |
| 07/14/2005 | | Set Hearings: TELEPHONIC Settlement Conference set for 7/20/2005 10:00 AM before Magistrate Judge James C. Sumner. (CSF, ) (Entered: |

| | | 07/14/2005) |
|---|---|---|
| 07/15/2005 | 136 | PROOF OF SERVICE OF SUBPOENA by Delphi Automotive Systems, LLC *on Ray Irby* (Shaw, Christopher) (Entered: 07/15/2005) |
| 07/19/2005 | 137 | NOTICE *of Service of Discovery* by Delphi Automotive Systems, LLC (Brown, Debra) (Entered: 07/19/2005) |
| 07/20/2005 | 138 | MOTION to Enforce Jury Demand by Lextron Corporation. (Bowers - PHV, Mikel) (Entered: 07/20/2005) |
| 07/20/2005 | 139 | NOTICE to Take Deposition of Barbara Frantangelo by Lextron Corporation.(Bowers - PHV, Mikel) (Entered: 07/20/2005) |
| 07/21/2005 | 140 | ORDER granting 133 Motion of defendant for Tim K. Goss to Appear Pro Hac Vice . Signed by Judge Henry T. Wingate on 7/21/05. (scm, ) (Entered: 07/21/2005) |
| 07/22/2005 | 141 | NOTICE *of Service of Discovery* by Delphi Automotive Systems, LLC (Brown, Debra) (Entered: 07/22/2005) |
| 07/22/2005 | 142 | MOTION to Amend/Correct *Certain Scheduling Deadlines* by Delphi Automotive Systems, LLC. (Shaw, Christopher) (Entered: 07/22/2005) |
| 07/22/2005 | 143 | Designation of Experts by Delphi Automotive Systems, LLC.(Brown, Debra) (Entered: 07/22/2005) |
| 07/22/2005 | 144 | NOTICE *of Conventional Filing of Exhibits to Delphi Automotive Systems, LLC's Designation of Expert Witnesses* by Delphi Automotive Systems, LLC (Brown, Debra) (Entered: 07/22/2005) |
| 07/22/2005 | 145 | MOTION for Summary Judgment (with exhibits maintained in the Court File) by Delphi Automotive Systems, LLC, Delphi Automotive Systems, LLC. (lbt) (Entered: 07/25/2005) |
| 07/22/2005 | 146 | MEMORANDUM IN SUPPORT re 145 MOTION for Summary Judgment filed by Delphi Automotive Systems, LLC, Delphi Automotive Systems, LLC. (lbt) (Entered: 07/25/2005) |
| 07/22/2005 | 147 | ATTACHMENT of Exhibits (maintined in court file) re 143 Designation of Experts by Delphi Automotive Systems, LLC. (THR, ) (Entered: 07/25/2005) |
| 07/25/2005 | | Minute Entry for proceedings held before Judge James C. Sumner : Settlement Conference held on 7/25/2005. No settlement. (CSF, ) (Entered: 07/25/2005) |
| 07/25/2005 | 148 | MOTION for Attorney Fees *and Expenses Pursuant to July 13, 2005, Ruling on Motion to Compel* by Delphi Automotive Systems, LLC, Delphi Automotive Systems, LLC. (Attachments: # 1)(Brown, Debra) (Entered: 07/25/2005) |
| 07/26/2005 | 149 | RESPONSE to Motion re 138 MOTION to Enforce Jury Demand filed by Delphi Automotive Systems, LLC. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Shaw, Christopher) (Entered: 07/26/2005) |

| | | |
|---|---|---|
| 07/26/2005 | 150 | Pre-Discovery Disclosure by Lextron Corporation.(Bossier, Sheila) (Entered: 07/26/2005) |
| 07/26/2005 | 151 | NOTICE of Service of Disclosure by Lextron Corporation.(Bossier, Sheila) (Entered: 07/26/2005) |
| 08/01/2005 | 152 | MOTION to Strike *Lextron Corporation's Pre-Discovery Disclosure of Core Information, and for In Limine Relief* by Delphi Automotive Systems, LLC, Delphi Automotive Systems, LLC. (Attachments: # 1 # 2 # 3)(Brown, Debra) (Entered: 08/01/2005) |
| 08/02/2005 | 153 | REPLY to Response to Motion re 138 MOTION to Enforce Jury Demand, 149 Response to Motion *to Enforce Jury Demand* filed by Lextron Corporation. (Bossier, Sheila) (Entered: 08/02/2005) |
| 08/03/2005 | | DOCKET ANNOTATION as to # 153. Document incorrect, attorney to refile. (Huey, Gordon) (Entered: 08/03/2005) |
| 08/03/2005 | 154 | REPLY to Response to Motion re 138 MOTION to Enforce Jury Demand, 149 Response to Motion *Enforce Jury Demand* filed by Lextron Corporation. (Bossier, Sheila) (Entered: 08/03/2005) |
| 08/03/2005 | 155 | NOTICE *of Receipt of Original Deposition* by Lextron Corporation (Bowers - PHV, Mikel) (Entered: 08/03/2005) |
| 08/03/2005 | 156 | NOTICE *of Receipt of Original Deposition* by Lextron Corporation (Bowers - PHV, Mikel) (Entered: 08/03/2005) |
| 08/04/2005 | 157 | NOTICE *of Receipt of Original Deposition of Andy Raine* by Delphi Automotive Systems, LLC, Delphi Automotive Systems, LLC (Attachments: # 1)(Brown, Debra) (Entered: 08/04/2005) |
| 08/04/2005 | 158 | NOTICE *of Receipt of Original Deposition* by Lextron Corporation (Bowers - PHV, Mikel) (Entered: 08/04/2005) |
| 08/04/2005 | 159 | NOTICE *of Receipt of Original Deposition* by Lextron Corporation (Bowers - PHV, Mikel) (Entered: 08/04/2005) |
| 08/04/2005 | 160 | NOTICE *of Receipt of Original Deposition* by Lextron Corporation (Bowers - PHV, Mikel) (Entered: 08/04/2005) |
| 08/04/2005 | 161 | NOTICE *of Receipt of Original Deposition* by Lextron Corporation (Bowers - PHV, Mikel) (Entered: 08/04/2005) |
| 08/04/2005 | 162 | NOTICE *of Receipt of Original Deposition* by Lextron Corporation (Bowers - PHV, Mikel) (Entered: 08/04/2005) |
| 08/04/2005 | 163 | NOTICE *of Receipt of Original Deposition* by Lextron Corporation (Bowers - PHV, Mikel) (Entered: 08/04/2005) |
| 08/04/2005 | 164 | RESPONSE in Opposition re 142 MOTION to Amend/Correct *Certain Scheduling Deadlines* filed by Lextron Corporation. (Attachments: # 1 Exhibit "A")(Bossier, Sheila) (Entered: 08/04/2005) |
| 08/04/2005 | 165 | Supplemental MOTION for Summary Judgment by Delphi Automotive |

| | | |
|---|---|---|
| | | Systems, LLC, Delphi Automotive Systems, LLC. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10 # 11 # 12 # 13 # 14 # 15)(Brown, Debra) (Entered: 08/04/2005) |
| 08/04/2005 | 166 | MEMORANDUM in Support re 165 Supplemental MOTION for Summary Judgment *Supplemental Submission in Support of Motion for Summary Judgment* filed by Delphi Automotive Systems, LLC, Delphi Automotive Systems, LLC. (Brown, Debra) (Entered: 08/04/2005) |
| 08/05/2005 | 167 | RESPONSE to Motion re 154 Reply to Response to Motion *Supplemental Response to Motion of Defendant/Counter-Plaintiff Lextron Corporation to Enforce Jury Demand* filed by Delphi Automotive Systems, LLC, Delphi Automotive Systems, LLC. (Brown, Debra) (Entered: 08/05/2005) |
| 08/05/2005 | 168 | MEMORANDUM in Support re 92 MOTION for Protective Order *& Return of Inadvertently Disclosed Documents (Additional Authority)* filed by Delphi Automotive Systems, LLC. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C (pp. 1-30)# 4 Exhibit C (pp. 31-61)# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F# 8 Exhibit G)(Shaw, Christopher) (Entered: 08/05/2005) |
| 08/05/2005 | 169 | Supplemental Designation of Experts by Lextron Corporation. (Attachments: # 1 Exhibit "A" and "B")(Bossier, Sheila) (Entered: 08/05/2005) |
| 08/05/2005 | 170 | NOTICE *of Compliance with Court's Order on Motion to Compel* by Lextron Corporation (Attachments: # 1 Exhibit "A"# 2 Exhibit "B") (Bossier, Sheila) (Entered: 08/05/2005) |
| 08/08/2005 | 171 | MOTION for Leave to File Excess Pages *Motion for Leave to Enlarge Page Limit* by Lextron Corporation. (Bowers - PHV, Mikel) (Entered: 08/08/2005) |
| 08/08/2005 | 172 | MOTION (1) Exclude Untimely Produced Documents, (2) Strike Delphi's Motion for Summary Judgment, Summary Judgment Evidence and Supplemental Submission in Support of Delphi's Motion for Summary Judgment (3) Sanctions against Delphi re 145 MOTION for Summary Judgment, 146 Memorandum in Support, 165 Supplemental MOTION for Summary Judgment, 166 Memorandum in Support of Motion, [147] Attachment, MOTION for Sanctions by Lextron Corporation. (Bowers - PHV, Mikel) (Entered: 08/08/2005) |
| 08/08/2005 | 173 | MEMORANDUM in Support re 172 MOTION (1) Exclude Untimely Produced Documents, (2) Strike Delphi's Motion for Summary Judgment, Summary Judgment Evidence and Supplemental Submission in Support of Delphi's Motion for Summary Judgment (3) Sanctions against Delphi re 145 M MOTION for Sanctions MOTION for Sanctions filed by Lextron Corporation. (Bowers - PHV, Mikel) (Entered: 08/08/2005) |
| 08/08/2005 | 174 | ATTACHMENT re 172 MOTION (1) Exclude Untimely Produced Documents, (2) Strike Delphi's Motion for Summary Judgment, Summary Judgment Evidence and Supplemental Submission in Support |

|  |  | of Delphi's Motion for Summary Judgment (3) Sanctions against Delphi re 145 M MOTION for Sanctions MOTION for Sanctions *Compendium of Exhibits* by Lextron Corporation. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit # 11 Exhibit)(Bowers - PHV, Mikel) (Entered: 08/08/2005) |
|---|---|---|
| 08/08/2005 | 175 | RESPONSE in Opposition re 145 MOTION for Summary Judgment, 165 Supplemental MOTION for Summary Judgment filed by Lextron Corporation. (Bowers - PHV, Mikel) (Entered: 08/08/2005) |
| 08/08/2005 | 176 | ATTACHMENT re 175 Response in Opposition to Motion *for Summary Judgment of Delphi Automotive Systems (Appendix)* by Lextron Corporation. (Bowers - PHV, Mikel) (Entered: 08/08/2005) |
| 08/08/2005 | 177 | ATTACHMENT re 176 Attachment *to Appendix - Exhibit A - Part 1* by Lextron Corporation. (Bowers - PHV, Mikel) (Entered: 08/08/2005) |
| 08/08/2005 | 178 | ATTACHMENT re 176 Attachment, 177 Attachment *to Appendix - Exhibit A - Part 2* by Lextron Corporation. (Bowers - PHV, Mikel) (Entered: 08/08/2005) |
| 08/08/2005 | 179 | ATTACHMENT re 176 Attachment *to Appendix - Exhibit B* by Lextron Corporation. (Bowers - PHV, Mikel) (Entered: 08/08/2005) |
| 08/08/2005 | 180 | ATTACHMENT re 176 Attachment *to Appendix - Exhibit C* by Lextron Corporation. (Bowers - PHV, Mikel) (Entered: 08/08/2005) |
| 08/08/2005 | 181 | ATTACHMENT re 176 Attachment *to Appendix - Exhibit D* by Lextron Corporation. (Bowers - PHV, Mikel) (Entered: 08/08/2005) |
| 08/08/2005 | 182 | ATTACHMENT re 176 Attachment *to Appendix - Exhibit E* by Lextron Corporation. (Bowers - PHV, Mikel) (Entered: 08/08/2005) |
| 08/08/2005 | 183 | ATTACHMENT re 176 Attachment *to Appendix - Exhibit F* by Lextron Corporation. (Bowers - PHV, Mikel) (Entered: 08/08/2005) |
| 08/08/2005 | 184 | ATTACHMENT re 176 Attachment *to Appendix - Exhibit G* by Lextron Corporation. (Bowers - PHV, Mikel) (Entered: 08/08/2005) |
| 08/08/2005 | 185 | ATTACHMENT re 176 Attachment *to Appendix - Exhibit H* by Lextron Corporation. (Bowers - PHV, Mikel) (Entered: 08/08/2005) |
| 08/08/2005 | 186 | ATTACHMENT re 176 Attachment *to Appendix - Exhibit I* by Lextron Corporation. (Bowers - PHV, Mikel) (Entered: 08/08/2005) |
| 08/08/2005 | 187 | ATTACHMENT re 176 Attachment *to Appendix - Exhibit J* by Lextron Corporation. (Bowers - PHV, Mikel) (Entered: 08/08/2005) |
| 08/08/2005 | 188 | ATTACHMENT re 176 Attachment *to Appendix - Exhibit K* by Lextron Corporation. (Bowers - PHV, Mikel) (Entered: 08/08/2005) |
| 08/08/2005 | 189 | ATTACHMENT re 176 Attachment *to Appendix - Exhibit L* by Lextron Corporation. (Bowers - PHV, Mikel) (Entered: 08/08/2005) |

| 08/08/2005 | 190 | ATTACHMENT re 176 Attachment *to Appendix - Exhibit M* by Lextron Corporation. (Bowers - PHV, Mikel) (Entered: 08/08/2005) |
| 08/08/2005 | 191 | ATTACHMENT re 176 Attachment *to Appendix - Exhibit N* by Lextron Corporation. (Bowers - PHV, Mikel) (Entered: 08/08/2005) |
| 08/08/2005 | 192 | ATTACHMENT re 176 Attachment *to Appendix - Exhibit O* by Lextron Corporation. (Bowers - PHV, Mikel) (Entered: 08/08/2005) |
| 08/08/2005 | 193 | ATTACHMENT re 176 Attachment *to Appendix - Exhibit P* by Lextron Corporation. (Bowers - PHV, Mikel) (Entered: 08/08/2005) |
| 08/08/2005 | 194 | MEMORANDUM in Support re 173 Memorandum in Support of Motion, *in Limine to Exclude Expert Testimony of Dr. Glenda Glover and to Strike Expert Report* filed by Delphi Automotive Systems, LLC, Delphi Automotive Systems, LLC. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10 # 11 # 12 # 13 # 14 # 15 # 16 # 17)(Brown, Debra) (Entered: 08/08/2005) |
| 08/08/2005 | 195 | MOTION in Limine *to Exclude Expert Testimony of Dr. Glenda Glover* by Delphi Automotive Systems, LLC, Delphi Automotive Systems, LLC. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10 # 11 # 12 # 13 # 14 # 15 # 16)(Brown, Debra) (Entered: 08/08/2005) |
| 08/08/2005 | 196 | MEMORANDUM in Support re 195 MOTION in Limine *to Exclude Expert Testimony of Dr. Glenda Glover and To Strike Expert Report* filed by Delphi Automotive Systems, LLC, Delphi Automotive Systems, LLC. (Brown, Debra) (Entered: 08/08/2005) |
| 08/10/2005 | 197 | AMENDED DOCUMENT by Lextron Corporation. Amendment to 180 Attachment, 181 Attachment, 182 Attachment, 193 Attachment, 183 Attachment, 184 Attachment, 185 Attachment, 186 Attachment, 175 Response in Opposition to Motion, 176 Attachment, 187 Attachment, 188 Attachment, 189 Attachment, 177 Attachment, 178 Attachment, 179 Attachment, 190 Attachment, 191 Attachment, 192 Attachment *Corrected Response in Opposition to Delphi Automotive System's Motion for Summary Judgment.* (Attachments: # 1 Supplement Letter to Judge Wingate dated 8/9/05)(Bowers - PHV, Mikel) (Entered: 08/10/2005) |
| 08/11/2005 | | DOCKET ANNOTATION as to # 194. Document filed incorrectly and refiled as 195 and 196. (Huey, Gordon) (Entered: 08/11/2005) |
| 08/12/2005 | 198 | MEMORANDUM IN SUPPORT re 100 Response in Opposition to Motion, 102 Amended Document *Memorandum of Additional Authorities* filed by Lextron Corporation. (Bowers - PHV, Mikel) (Entered: 08/12/2005) |
| 08/12/2005 | 199 | ATTACHMENT re 198 Memorandum in Support *Exhibit 1 to Memorandum of Additional Authorities* by Lextron Corporation. (Bowers - PHV, Mikel) (Entered: 08/12/2005) |
| 08/12/2005 | 200 | ATTACHMENT re 198 Memorandum in Support *Exhibit 2 to Memorandum of Additional Authorities* by Lextron Corporation. (Bowers - PHV, Mikel) (Entered: 08/12/2005) |

| 08/15/2005 | 201 | RESPONSE in Opposition re 152 MOTION to Strike *Lextron Corporation's Pre-Discovery Disclosure of Core Information, and for In Limine Relief* filed by Lextron Corporation. (Bossier, Sheila) (Entered: 08/15/2005) |
| 08/15/2005 | | TEXT ONLY ORDER finding as moot 73 Motion for Extension of Time to File . Signed by Judge James C. Sumner on 8/15/05. (dfk, ) (Entered: 08/15/2005) |
| 08/16/2005 | 202 | REPLY to Response to Motion re 142 MOTION to Amend/Correct *Certain Scheduling Deadlines* filed by Delphi Automotive Systems, LLC, Delphi Automotive Systems, LLC. (Brown, Debra) (Entered: 08/16/2005) |
| 08/18/2005 | 203 | MOTION for Leave to File *(to Extend Page Limits)* by Delphi Automotive Systems, LLC. (Shaw, Christopher) (Entered: 08/18/2005) |
| 08/18/2005 | 204 | MOTION to Strike *Affidavit of Charles Doty with Authorities* by Delphi Automotive Systems, LLC. (Attachments: # 1 Exhibit Attachment) (Shaw, Christopher) (Entered: 08/18/2005) |
| 08/18/2005 | 205 | RESPONSE in Support re 145 MOTION for Summary Judgment *Rebuttal Submission in Support of Motion for Summary Judgment* filed by Delphi Automotive Systems, LLC. (Attachments: # 1 Exhibit PP part 1# 2 Exhibit PP part 2# 3 Exhibit QQ part 1# 4 Exhibit QQ part 2# 5 Exhibit QQ part 3# 6 Exhibit QQ part 4# 7 Exhibit RR)(Shaw, Christopher) (Entered: 08/18/2005) |
| 08/18/2005 | 206 | RESPONSE in Support re 145 MOTION for Summary Judgment *Rebuttal Memorandum of Delphi Automotive Systems, LLC, In Support of Motion for Summary Judgment* filed by Delphi Automotive Systems, LLC. (Attachments: # 1 part 2 of Rebuttal Memorandum)(Shaw, Christopher) (Entered: 08/18/2005) |
| 08/22/2005 | 207 | ORDER granting in part and denying in part 142 Motion to Amend/Correct . Signed by Judge James C. Sumner on 8/22/05. (dfk, ) (Entered: 08/22/2005) |
| 08/22/2005 | 208 | RESPONSE to Motion re 204 MOTION to Strike *Affidavit of Charles Doty with Authorities Response to Motion to Strike Affidavit of Charles Doty and Authorities in Support Thereof* filed by Lextron Corporation. (Bowers - PHV, Mikel) (Entered: 08/22/2005) |
| 08/22/2005 | 209 | RESPONSE in Opposition re 195 MOTION in Limine *to Exclude Expert Testimony of Dr. Glenda Glover* filed by Lextron Corporation. (Bossier, Sheila) (Entered: 08/22/2005) |
| 08/26/2005 | 210 | RESPONSE in Opposition re 172 MOTION (1) Exclude Untimely Produced Documents, (2) Strike Delphi's Motion for Summary Judgment, Summary Judgment Evidence and Supplemental Submission in Support of Delphi's Motion for Summary Judgment (3) Sanctions against Delphi re 145 M MOTION for Sanctions MOTION for Sanctions filed by Delphi Automotive Systems, LLC, Delphi Automotive Systems, LLC. |

|  |  | (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10 # 11 # 12 # 13 # 14 # 15)(Brown, Debra) (Entered: 08/26/2005) |
|---|---|---|
| 08/26/2005 | 211 | REPLY to Response to Motion re 201 Response in Opposition to Motion *Rebuttal in Support of Delphi Automotive Systems, LLC'S Motion to Strike Lextron's Pre-Discovery Disclosures* filed by Delphi Automotive Systems, LLC, Delphi Automotive Systems, LLC. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(Brown, Debra) (Entered: 08/26/2005) |
| 08/26/2005 | 212 | MEMORANDUM IN SUPPORT re 173 Memorandum in Support of Motion, *Memorandum in Support of Opposition to Lextron Corporation's Motion to Exclude Untimely Produced Documents, Motion to Strike Delphi's Motion for Summary Judgment and Summary Judgment Evidence, Motion to Strike Supplemental Submission in Support of Motion for Summary Judgment and Motion for Sanctions* filed by Delphi Automotive Systems, LLC, Delphi Automotive Systems, LLC. (Brown, Debra) (Entered: 08/26/2005) |
| 09/07/2005 | 213 | NOTICE to Take Deposition of Marvel Turner by Delphi Automotive Systems, LLC.(THR, ) (Entered: 09/07/2005) |
| 09/09/2005 | 214 | REPLY to Response to Motion re 208 Response to Motion *Reply in Support of Motion to Strike Affidavit of Charles Doty* filed by Delphi Automotive Systems, LLC, Delphi Automotive Systems, LLC. (Brown, Debra) (Entered: 09/09/2005) |
| 09/09/2005 | 215 | REPLY to Response to Motion re 195 MOTION in Limine *to Exclude Expert Testimony of Dr. Glenda Glover Reply Submission in Support of Motion in Limine to Exclude Expert Testimony of Dr. Glenda Glover and to Strike Expert Report* filed by Delphi Automotive Systems, LLC, Delphi Automotive Systems, LLC. (Attachments: # 1 Exhibit M# 2 Exhibit N# 3 Exhibit O# 4 Exhibit P)(Brown, Debra) (Entered: 09/09/2005) |
| 09/09/2005 | 216 | REPLY to Response to Motion re 195 MOTION in Limine *to Exclude Expert Testimony of Dr. Glenda Glover Reply Memorandum in Support of Motion in Limine to Exclude Expert Testimony of Dr. Glenda Glover and to Strike Expert Report* filed by Delphi Automotive Systems, LLC, Delphi Automotive Systems, LLC. (Brown, Debra) (Entered: 09/09/2005) |
| 09/12/2005 | 217 | NOTICE *Re-Notice of Video Deposition of Marvel Turner* by Delphi Automotive Systems, LLC, Delphi Automotive Systems, LLC (Brown, Debra) (Entered: 09/12/2005) |
| 09/19/2005 | 218 | NOTICE *Re-Notice of Video Deposition of Marvel Turner* by Delphi Automotive Systems, LLC, Delphi Automotive Systems, LLC (Brown, Debra) (Entered: 09/19/2005) |
| 09/20/2005 | 219 | ORDER denying 124 Motion for Protective Order . Signed by Judge James C. Sumner on 9/20/05. (dfk, ) (Entered: 09/20/2005) |
|  |  |  |

| 09/20/2005 | 220 | ORDER denying 138 Motion to enforce jury demand . Signed by Judge James C. Sumner on 9/20/05. (dfk, ) (Entered: 09/20/2005) |
| 09/20/2005 |  | Set Deadlines/Hearings: Bench Trial set for calendar beginning 10/24/2005 before District Judge Henry T. Wingate. (dfk, ) (Entered: 09/20/2005) |
| 09/30/2005 | 221 | NOTICE of Receipt of Deposition of Marvel Turner by Delphi Automotive Systems, LLC, Delphi Automotive Systems, LLC. (Attachments: # 1 Exhibit Exhibit A)(Brown, Debra) (Entered: 09/30/2005) |
| 09/30/2005 | 222 | Response to Order by Lextron Corporation re 220 ORDER denying 138 Motion to enforce jury demand. Signed by Judge James C. Sumner on 9/20/05. (dfk, ) filed by Lextron Corporation. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Bossier, Sheila) (Entered: 09/30/2005) |
| 09/30/2005 | 223 | NOTICE of Receipt of Deposition of Marvel Turner by Delphi Automotive Systems, LLC, Delphi Automotive Systems, LLC. (Attachments: # 1 Exhibit A)(Brown, Debra) (Entered: 09/30/2005) |
| 10/03/2005 | 224 | MOTION in Limine by Delphi Automotive Systems, LLC. (Brown, Debra) (Entered: 10/03/2005) |
| 10/04/2005 |  | DOCKET ANNOTATION as to # 221. Document filed incorrectly. Attorney has refiled document as #223. (Huey, Gordon) (Entered: 10/04/2005) |
| 10/06/2005 |  | Set Hearings: Pretrial Conference set for 10/11/2005 02:00 PM in Courtroom 3 before District Judge Henry T. Wingate. (trs, ) (Entered: 10/06/2005) |
| 10/06/2005 |  | Remark: Parties must be prepared to argue all outstanding motions before the Court at the Pretrial Conference on 10/11/05 at 2:00 P.M. (trs, ) (Entered: 10/06/2005) |
| 10/07/2005 | 225 | RESPONSE to Motion re 222 Response to Order *Denying Motion to Enforce Jury Demand* filed by Delphi Automotive Systems, LLC. (Brown, Debra) (Entered: 10/07/2005) |
| 10/07/2005 | 226 | MOTION for Attorney Fees (Lien for Attorney Fees and Expenses) by Lextron Corporation. (THR, ) (Entered: 10/07/2005) |
| 10/07/2005 | 227 | NOTICE OF CONVENTIONAL FILING (due to technical difficulties) by Lextron Corporation re 226 MOTION for Attorney Fees (THR, ) (Entered: 10/07/2005) |
| 10/10/2005 | 228 | NOTICE *of Filing of Chapter 11 Bankruptcy Petition* by Delphi Automotive Systems, LLC (Brown, Debra) (Entered: 10/10/2005) |
| 10/11/2005 |  | Minute Entry for proceedings held before Judge Henry T. Wingate : Status Conference held on 10/11/2005. Court stayed action pending resolution of Bankruptcy. (trs, ) (Entered: 10/11/2005) |
| 03/14/2006 |  | Set Hearings: Status Conference set for 3/20/2006 04:30 PM in |

| | | |
|---|---|---|
| | | Courtroom 3 before District Judge Henry T. Wingate. (trs, ) (Entered: 03/14/2006) |
| 03/23/2006 | | Minute Entry for proceedings held before Judge Henry T. Wingate : Motion Hearing held on 3/23/2006 on all pending motions. Court will enter an Order Administratively Dismissing the case from its active docket until such time the Bankruptcy matters have been resolved. (trs, ) (Entered: 03/23/2006) |
| 03/24/2006 | 229 | JUDGMENT ADMINISTRATIVELY DISMISSING ACTION, without prejudice, BY REASON OF BANKRUPTCY PENDING. Signed by Judge Henry T. Wingate on 3/24/06. (THR, ) (Entered: 03/24/2006) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 11/21/2006 16:26:31 | | |
| PACER Login: | hg0095 | Client Code: | Lextron |
| Description: | Docket Report | Search Criteria: | 3:03-cv-00335-HTW-JCS |
| Billable Pages: | 14 | Cost: | 1.12 |