OP-Liste Delphi
bis 07. Okt. 2005

Page 1 of 2

Karl Kuefner KG: Claim # 503
Delphi Corporation Debtor Case # 05-44481
List of Open Invoices

| Invoice Date | Invoice Number | Invoice Amount | Currency | Bill Of Lading | Delphi Receipt Date | Purchase Order # | Part Number | Quantity |
|---|---|---|---|---|---|---|---|---|
| 25-Jul-05 | 1061400 | 16,524.00 | EURO | 1057786 | 01-Aug-05 | 550053066 | 25367955 | 108,000 |
| 25-Jul-05 | 1061401 | 12,663.00 | EURO | 1057787 | 01-Aug-05 | 550005559 | 5235160 | 210000 |
| 25-Jul-06 | 1061402 | 4,506.00 | EURO | 1057788 | 01-Aug-05 | 550005559 | 253335883 | 20000 |
| 28-Jul-05 | 1061503 | 7,885.50 | EURO | 1057806 | 03-Aug-05 | 550005559 | 25335883 | 35000 |
| 28-Jul-05 | 1061504 | 8,262.00 | EURO | 1057887 | 03-Aug-05 | 550053066 | 25367955 | 54000 |
| 28-Jul-05 | 1061502 | 2,760.00 | EURO | 1057885 | 03-Aug-05 | 550005559 | 17121468 | 40000 |
| 28-Jul-05 | 1061505 | 9,045.00 | EURO | 1057888 | 03-Aug-05 | 550005559 | 5235160 | 150000 |
| 01-Aug-05 | 1061574 | 2,754.00 | EURO | 1057939 | 08-Aug-05 | 550053066 | 25367955 | 18000 |
| 01-Aug-05 | 1061573 | 4,506.00 | EURO | 1057938 | 08-Aug-05 | 550005559 | 25335883 | 20000 |
| 01-Aug-05 | 1061575 | 3,618.00 | EURO | 1057940 | 08-Aug-05 | 550005559 | 5235160 | 60000 |
| 04-Aug-05 | 1061655 | 4,506.00 | EURO | 1058011 | 10-Aug-05 | 550005559 | 25335883 | 20000 |
| 04-Aug-05 | 1061656 | 8,262.00 | EURO | 1058012 | 10-Aug-05 | 550053066 | 25367955 | 54000 |
| 04-Aug-05 | 1061657 | 18,090.00 | EURO | 1058013 | 10-Aug-05 | 550005559 | 5235160 | 300000 |
| 08-Aug-05 | 1061699 | 2,754.00 | EURO | 1058048 | 15-Aug-05 | 550053066 | 25367955 | 18000 |
| 08-Aug-05 | 1061700 | 3,618.00 | EURO | 1058049 | 15-Aug-05 | 550005559 | 52235160 | 60000 |
| 08-Aug-05 | 1061698 | 1,126.50 | EURO | 1058047 | 16-Aug-05 | 550005559 | 253335883 | 5000 |
| 11-Aug-05 | 1061764 | 3,379.50 | EURO | 1058117 | 17-Aug-05 | 550005559 | 253335883 | 15000 |
| 11-Aug-05 | 1061766 | 16,281.00 | EURO | 1058119 | 17-Aug-05 | 550005559 | 5235160 | 270000 |
| 11-Aug-05 | 1061765 | 5,508.00 | EURO | 1058118 | 17-Aug-05 | 550053066 | 253367955 | 36000 |
| 11-Aug-05 | 1061763 | 1,380.00 | EURO | 1058116 | 17-Aug-05 | 550005559 | 17121468 | 20000 |
| 15-Aug-05 | 1061824 | 14,472.00 | EURO | 1058159 | 23-Aug-05 | 550005559 | 5235160 | 240000 |
| 15-Aug-05 | 1061826 | 5,508.00 | EURO | 1058161 | 23-Aug-05 | 550053066 | 253367955 | 36000 |
| 15-Aug-05 | 1061825 | 3,379.50 | EURO | 1058160 | 23-Aug-05 | 550005559 | 253335883 | 15000 |
| 18-Aug-06 | 1061898 | 5,632.50 | EURO | 1058220 | 26-Aug-05 | 550005559 | 253335883 | 25000 |
| 18-Aug-06 | 1061899 | 13,770.00 | EURO | 1058221 | 26-Aug-05 | 550053066 | 253367955 | 90000 |
| 18-Aug-06 | 1061897 | 10,854.00 | EURO | 1058219 | 26-Aug-05 | 550005559 | 5235160 | 180000 |
| 22-Aug-05 | 1061947 | 3,379.50 | EURO | 1058259 | 01-Sep-05 | 550005559 | 25335883 | 15000 |
| 22-Aug-05 | 1061948 | 9,045.00 | EURO | 1058260 | 02-Sep-05 | 550005559 | 5235160 | 150000 |
| 25-Aug-05 | 1062034 | 10,854.00 | EURO | 1058355 | 02-Sep-05 | 550005559 | 5235160 | 180000 |
| 25-Aug-05 | 1062032 | 4,506.00 | EURO | 1058353 | 02-Sep-05 | 550005559 | 25335883 | 20000 |
| 25-Aug-05 | 1062033 | 16,524.00 | EURO | 1058354 | 02-Sep-05 | 550053066 | 25367955 | 108000 |
| 28-Aug-05 | 1062103 | 1,809.00 | EURO | 1058416 | 06-Sep-05 | 550005559 | 5235160 | 30000 |
| 28-Aug-05 | 1062101 | 4,506.00 | EURO | 1058414 | 08-Sep-05 | 550005559 | 25335883 | 20000 |
| 28-Aug-05 | 1062102 | 5,508.00 | EURO | 1058415 | 08-Sep-05 | 550053066 | 25367955 | 36000 |

EXHIBIT 1

OP-Liste Delphi
bis 07. Okt. 2005

Page 2 of 2

Karl Kuefner KG:  Claim # 503
Delphi Corporation Debtor Case # 05-44481
List of Open Invoices

| Invoice Date | Invoice Number | Invoice Amount | Currency | Bill Of Lading | Delphi Receipt Date | Delphi Purchase Order # | Part Number | Quantity |
|---|---|---|---|---|---|---|---|---|
| 01-Sep-05 | 1062222 | 11,016.00 | EURO | 1058524 | 08-Sep-05 | 550053066 | 25367955 | 72000 |
| 01-Sep-05 | 1062220 | 1,380.00 | EURO | 1058522 | 09-Sep-05 | 550005559 | 17121468 | 20000 |
| 01-Sep-05 | 1062221 | 6,759.00 | EURO | 1058523 | 09-Sep-05 | 550005559 | 25335883 | 30000 |
| 01-Sep-05 | 1062223 | 19,899.00 | EURO | 1058525 | 09-Sep-05 | 550005559 | 5235160 | 330000 |
| 05-Sep-05 | 1062287 | 8,262.00 | EURO | 1058575 | 14-Sep-05 | 550053066 | 25367955 | 54000 |
| 05-Sep-05 | 1062286 | 3,379.50 | EURO | 1058574 | 14-Sep-05 | 550005559 | 25335883 | 15000 |
| 05-Sep-05 | 1062288 | 3,618.00 | EURO | 1058576 | 14-Sep-05 | 550005559 | 5235160 | 60000 |
| 08-Sep-05 | 1062403 | 5,508.00 | EURO | 1058675 | 15-Sep-05 | 550053066 | 25367955 | 36000 |
| 08-Sep-05 | 1062402 | 6,759.00 | EURO | 1058674 | 15-Sep-05 | 550005559 | 25335883 | 30000 |
| 08-Sep-05 | 1062404 | 25,326.00 | EURO | 1058676 | 15-Sep-05 | 550005559 | 5235160 | 420000 |
| 12-Sep-05 | 1062463 | 1,380.00 | EURO | 1058720 | 20-Sep-05 | 550005559 | 17121468 | 20000 |
| 12-Sep-05 | 1062464 | 3,379.50 | EURO | 1058721 | 20-Sep-05 | 550005559 | 25335883 | 15000 |
| 12-Sep-05 | 1062466 | 9,045.00 | EURO | 1058723 | 21-Sep-05 | 550005559 | 5235160 | 150000 |
| 12-Sep-05 | 1062465 | 5,508.00 | EURO | 1058722 | 21-Sep-05 | 550053066 | 25367955 | 36000 |
| 15-Sep-05 | 1062583 | 13,770.00 | EURO | 1058836 | 20-Sep-05 | 550053066 | 25367955 | 90000 |
| 15-Sep-05 | 1062584 | 12,663.00 | EURO | 1058837 | 20-Sep-05 | 550005559 | 5235160 | 210000 |
| 15-Sep-05 | 1062582 | 7,885.50 | EURO | 1058835 | 20-Sep-05 | 550005559 | 25335883 | 35000 |
| 19-Sep-05 | 1062644 | 25,326.00 | EURO | 1058882 | 26-Sep-05 | 550005559 | 5235160 | 420000 |
| 19-Sep-05 | 1062645 | 10,854.00 | EURO | 1058883 | 26-Sep-05 | 550005559 | 5235160 | 180000 |
| 19-Sep-05 | 1062643 | 2,754.00 | EURO | 1058881 | 26-Sep-05 | 550053066 | 25367955 | 18000 |
| 20-Sep-05 | 1062678 | 4,506.00 | EURO | 1058909 | 26-Sep-05 | 550005559 | 25335883 | 20000 |
| 22-Sep-05 | 1062757 | 21,708.00 | EURO | 1058996 | 28-Sep-05 | 550005559 | 5235160 | 360000 |
| 22-Sep-05 | 1062756 | 3,379.50 | EURO | 1058995 | 28-Sep-05 | 550005559 | 25335883 | 15000 |
| 26-Sep-05 | 1062848 | 2,754.00 | EURO | 1059058 | 04-Oct-05 | 550053066 | 25367955 | 18000 |
| 26-Sep-05 | 1062849 | 3,618.00 | EURO | 1059059 | 04-Oct-05 | 550005559 | 5235160 | 60000 |
| 26-Sep-05 | 1062847 | 7,885.50 | EURO | 1059057 | 04-Oct-05 | 550005559 | 25335883 | 35000 |
| 29-Sep-05 | 1062951 | 23,517.00 | EURO | 1059159 | 07-Oct-05 | 550005559 | 5235160 | 390000 |
| 29-Sep-05 | 1062954 | 5,508.00 | EURO | 1059164 | 07-Oct-05 | 550053066 | 25367955 | 36000 |
| Total Claim Amount | | 504,523.50 | EURO | | | | | |

OP-Liste Delphi
bis 07. Okt. 2005