EXHIBIT
2

tabbies®

# Purchase Orders

 _____ Energy & Chassis System

Page 2 of 3

KARL KUEFNER KG
Postfach POSTFACH 2

72437 ALBSTADT-TAILFINGEN
GERMANY

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550005559 | 04/01/2002 |
| Version | |
| 08/02/2004 10:01:54 | |

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00020 | 25335883 CAL TUBE AND FILTER ASSEMBLY | F701 DELPHI E & C COOPERSVILLE |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 12/01/2001 | 12/31/2001 | EUR | 260.00 | 1,000 | PC |
| 01/01/2002 | 12/31/2002 | EUR | 260.00 | 1,000 | PC |
| 01/01/2003 | 12/31/2003 | EUR | 247.00 | 1,000 | PC |
| 01/01/2004 | 12/31/2004 | EUR | 234.65 | 1,000 | PC |
| 01/01/2005 | 12/31/2005 | EUR | 225.26 | 1,000 | PC |
| 01/01/2006 | 12/31/2006 | EUR | 218.51 | 1,000 | PC |
| 01/01/2007 | 12/31/2007 | EUR | 211.95 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at 800-805-9433. Failure to follow these instructions could result in a charge back to your company

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposeswill be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This Contract replaces previous contract # JB300.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# DELPHI

Energy & Chassis System

Page 3 of 3

## Requirements Contract

KARL KUEFNER KG
Postfach POSTFACH 2

72437 ALBSTADT-TAILFINGEN
GERMANY

PO Number: 550005559
Version: 08/02/2004 10:01:54
Date Issued: 04/01/2002

| Item No. | Material No. Description | Plant |
|---|---|---|

**Notes Continued:**

*************************
..de to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
*************************

07/18/02 - Alteration to extend REQUIREMENTS CONTRACT.

12/05/02 - Alteration to extend Requirements Contract. kam

12/06/02 - Alteration to extend REQUIREMENTS CONTRACT and change price on Material No. 25335885 (Item 20). dmp

09/10/03 - Alteration to extend Material No. 5235160 (Item 10) and 17121468 (Item 30). dmp

04/06/04 - Alteration to change the shipping terms from FOB (Freight Collect) to FCA (Freight Forwarder's Dock). dmp

05/04/04 - Alteration to change price and validity on Material No. 5235160 (Item 10), and change the Payment Terms from (ZMN2) Payment Settled on 2nd, 2nd Month, tc (ZZ3) Due 2nd Day of the Third Month. kam

07/28/04 - Alteration to extend Material No. 17121468 (Item 30). cap

# DELPHI



EINGEGANGEN
23. AUG. 2004

Energy & Chassis Systems
Page 1 of 3

**Buyer:**
Delphi Energy & Chassis Systems
5820 Delphi Drive
TROY MI 48098
USA

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550005559 | 04/01/2002 |
| Version | |
| 08/02/2004 10:01:54 | |

**Deliver to:**
DELPHI E & C COOPERSVILLE
999 W.RANDALL RD
COOPERSVILLE MI 49404
USA

ALTERATION
TO PROV...

KARL KUEFNER KG
Postfach POSTFACH 2

72437 ALBSTADT-TAILFINGEN
GERMANY

| Vendor No: | 1005902 |
|---|---|
| DUNS No: | 315616961 |

**Payment Terms:** Z23    **Currency:** EUR
Due 2nd day of the third month

**Incoterms:** FCA-Freight Forwarder's Dock

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 5235160 FILTER-FUEL INLET | F701 DELPHI E & C COOPERSVILLE |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 07/01/2001 | 12/31/2003 | EUR | 61.40 | 1,000 | PC |
| 01/01/2004 | 12/31/2004 | EUR | 60.80 | 1,000 | PC |
| 01/01/2005 | 12/31/2005 | EUR | 60.30 | 1,000 | PC |
| 01/01/2006 | 12/31/2006 | EUR | 60.00 | 1,000 | PC |
| 01/01/2007 | 12/31/2007 | EUR | 59.80 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| 00030 | 17121468 | F701 DELPHI E & C COOPERSVILLE |
|---|---|---|

FILTER
*THIS AMENDMENT EXTENDS ITEM*

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 07/01/2001 | 12/31/2005 | EUR | 69.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

Purchasing Contact: McMillian, Tony

Phone: 248-813-4358

Fax: 248-813-4577

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive,
TROY MI 48098-2815

Date and Time Printed: 08/02/2004 10:01:54

# DELPHI



EINGANGEN
2 2. AUG. 2005

_____ Energy & Chassis System

Page 1 of 2

**Buyer:**
DELPHI
ENERGY & CHASSIS SYSTEMS
5820 DELPHI DR
TROY MI 48098
USA

**Deliver to:**
DELPHI E & C COOPERSVILLE
999 W.RANDALL RD
COOPERSVILLE MI 49404
USA

KARL KUEFNER KG
ostfach POSTFACH 2

72437 ALBSTADT-TAILFINGEN
GERMANY

**Requirements Contract**

PO Number: 550053066
Date Issued: 08-Mar-2004
Version: 05-Aug-2005 09:08:26

Vendor No: 1005902
DUNS No: 315616961

Payment Terms: Z23    Currency: EUR
Due 2nd day of the third month

Incoterms: FCA-Freight Forwarder's Dock

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 25367955 CAL TUBE AND FILTER ASSEMBLY | F701 DELPHI E & C COOPERSVILLE |

***THIS AMENDMENT CHANGES ITEM***

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Feb-2004 | 30-Jun-2004 | EUR | 234.70 | 1,000 | PC |
| 01-Jul-2004 | 31-Dec-2004 | EUR | 183.70 | 1,000 | PC |
| 01-Jan-2005 | 31-Dec-2005 | EUR | 153.00 | 1,000 | PC |
| 01-Jan-2006 | 31-Dec-2006 | EUR | 146.50 | 1,000 | PC |
| 01-Jan-2007 | 31-Dec-2007 | EUR | 144.50 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**
This Contract replaces previous contract # --.
*********************
*****************

Purchasing Contact: Zurek, Don
Phone: 248-813-4306
Fax: 248-813-4577

Contact Address:
DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive,
TROY MI 48098-2815

Date and Time Printed: 05-Aug-2005 09:08:26

# DELPHI

Energy & Chassis System

Page 2 of 2

KARL KUEFNER KG
Postfach POSTFACH 2

72437 ALBSTADT-TAILFINGEN
GERMANY

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550053066 | 08-Mar-2004 |
| Version | |
| 05-Aug-2005 09:08:26 | |

| Item No. | Material No. Description | Plant |
|---|---|---|

### Notes Continued:

As a supplier to Delphi Energy & Chassis you must use a Delphi approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at 800-805-9433. Failure to follow these instructions could result in a charge back to your company

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to us as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

08/05/05 - Alteration to change the buyer from (116) Jennifer Devole to (125) Don Zurek. dmp