James Gadsden (JG 4990)
Karl Schaffer (KS 1916)
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, New York 10005
(212) 732-3200 (Telephone)
(212) 732-3232 (Facsimile)
bankruptcy@clm.com

and

and

Melanie T. Vardaman, Esq.
Harris Jernigan & Geno, PLLC
587 Highland Colony Parkway (39157)
P.O. Box 3380
Ridgeland, MS 39158
(601) 427-0048 (Telephone)
(601) 427-0050 (Facsimile)

*Counsel to Lextron Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
                                                                 :
            In re                                                :    Chapter 11
                                                                 :
DELPHI CORPORATION, et al.,                                      :    Case No. 05-44481 (RDD)
                                                                 :
            Debtors.                                             :    (Jointly Administered)
                                                                 :
---------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY, that on this 22nd day of November, 2006, a copy of the Response of Lextron Corporation to Debtors' Third Omnibus Claims Objection was electronically filed and mailed via Federal Express to:

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn.: General Counsel

6131682.1

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
Attn.: John Wm. Butler, Jr.

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Attn.: Kenneth S. Ziman

Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Attn.: Robert J. Rosenberg and Mark A. Broude

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
Attn.: Bonnie Steingart

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
Attn.: Alicia M. Leonhard

                                               /s/ Karl Schaffer
                                               Karl Schaffer

6131682.1