DAVID H. FREEDMAN, ESQ.
ERMAN, TEICHER, MILLER,
ZUCKER & FREEDMAN, P.C.
400 Galleria Officentre, Suite 444
Southfield, MI  48034
Telephone:  (248) 827-4100
Facsimile:  (248) 827-4106
Email:  dfreedman@ermanteicher.com

*Attorneys for Doshi Prettl International, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 05-44481 |
| DELPHI CORPORATION, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Honorable Robert D. Drain |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 22, 2006, he electronically filed Response of Doshi Prettl International, LLC to Debtors' Second Omnibus Objection to Claims [docket no. 5752] with the Clerk of the Court using the Court's Electronic Filing System (ECF), which in turn will automatically electronically serve the document on the following ECF participants in this case:

Anne Marie Aaronson     aaronsoa@pepperlaw.com
David B. Aaronson     david.aaronson@dbr.com
Elizabeth Abdelmasieh     elizabeth@regencap.com
Franklin C. Adams     franklin.adams@bbklaw.com
Jason R. Adams     jadams@torys.com
Jennifer L. Adamy     bankruptcy@goodwin.com
Joseph W. Allen     jallen@jaeckle.com
Christopher A. Andreoff     candreoff@jaffelaw.com, ckelley@jaffelaw.com
Joel D. Applebaum     japplebaum@clarkhill.com
Stephen M. Bales     sbales@zieglermetzger.com
C. David Bargamian     dbargamian@bsdd.com
William J. Barrett     william.barrett@bfkpn.com
David S. Barritt     barritt@chapman.com

Douglas P. Bartner    dbartner@shearman.com,
bankruptcy@shearman.com,erin.reilly@shearman.com,nicholas.pullen@shearman.com,mtorkin@shearman.com,ned.schodek@shearman.com,bryan.kaplan@shearman.com,abigail.deering@shearman.com,henry.nguyen@shearman.com,;cherie.spraggs@shearman
Donald F. Baty    dbaty@honigman.com
Douglas P. Baumstein    dbaumstein@whitecase.com
Ronald Scott Beacher    rbeacher@pitneyhardin.com
W. Robinson Beard    jkirk@stites.com
Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com
Timothy C. Bennett    tbennett@klng.com
Leslie Ann Berkoff    lberkoff@moritthock.com
Jeffrey Bernstein    jb@carpben.com, ssolazzo@carpben.com
Monica Susan Blacker    monicablacker@akllp.com
Charles E. Boulbol    rtrack@msn.com
Wendy D. Brewer    wendy.brewer@btlaw.com, bankruptcyindy@btlaw.com
Allan S. Brilliant    abrilliant@goodwinprocter.com, nymanagingclerk@goodwinprocter.com
Timothy W. Brink    tbrink@lordbissell.com
James L. Bromley    maofiling@cgsh.com
Mark A. Broude    mark.broude@lw.com
Dewitt Brown    dbrown@klettrooney.com
Daniel E. Bruso    dbruso@cantorcolburn.com, DMayhew@cantorcolburn.com
Tamika A. Bryant    tab@h2law.com
Deborah M. Buell    maofiling@cgsh.com
Kevin J. Burke    kburke@cahill.com
Michael G. Busenkell    mbusenkell@eckertseamans.com
John Wm. Butler    jbutler@skadden.com
Aaron R. Cahn    cahn@clm.com
Judy B. Calton    jcalton@honigman.com
Scott Cargill    scargill@lowenstein.com
D. Christopher Carson    ccarson@burr.com
Michelle Carter    mcarter@kslaw.com
Linda J. Casey    caseyl@pepperlaw.com,
hillera@pepperlaw.com;jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barsonl@pepperlaw.com;kistlerb@pepperlaw.com
Madison L. Cashman    nashvillebankruptcyfilings@stites.com
Michael Cassell    mcassell@lefkowitzhogan.com
Ben T. Caughey    ben.caughey@icemiller.com
George B. Cauthen    george.cauthen@nelsonmullins.com
Erik G. Chappell    egc@lydenlaw.com
Eric J. Charlton    echarlton@hiscockbarclay.com
Maria E. Chavez-Ruark    maria.ruark@dlapiper.com, richard.kremen@dlapiper.com
R. John Clark    rjclark@hancocklaw.com,
jmccarthy@hancocklaw.com;ssagert@hancocklaw.com
David D. Cleary    david.cleary@llgm.com, mkhambat@llgm.com
Marvin E. Clements    icnewyork@state.tn.us

Tiffany Strelow Cobb    tscobb@vssp.com, cdfricke@vssp.com;eplitfin@vssp.com
Theodore A. Cohen    tcohen@smrh.com, amontoya@sheppardmullin.com
Dennis J. Connolly    dconnolly@alston.com
Susan M. Cook    smcook@lambertleser.com
Patrick M. Costello    pcostello@bbslaw.com, catherine@bbslaw.com
Thomas W. Cranmer    cranmer@millercanfield.com, rouman@millercanfield.com;christenson@millercanfield.com
David N. Crapo    dcrapo@gibbonslaw.com
Tyson A. Crist    tcrist@szd.com
Michael G. Cruse    mcruse@wnj.com
Gary H. Cunningham    gcunningham@stroblpc.com
Vincent D'Agostino    vdagostino@lowenstein.com
Douglas R. Davis    ddavis@paulweiss.com
Jeffry A. Davis    jeff.davis@dlapiper.com
James J. DeCristofaro    james.decristofaro@lovells.com, karen.ostad@lovells.com
Robert Dehney    rdehney@mnat.com, gsaydah@mnat.com;cmiller@mnat.com;tdriscoll@mnat.com;dabbott@mnat.com;dbutz@mnat.com;jcincilla@mnat.com;wlamotte@mnat.com
Gerard DiConza    gdiconza@dlawpc.com
Maria J. DiConza    diconzam@gtlaw.com, baddleyd@gtlaw.com
John P. Dillman    houston_bankruptcy@publicans.com
Karen Dine    karen.dine@pillsburylaw.com
Stephen A. Donato    sdonato@bsk.com, kdoner@bsk.com;heddy@bsk.com
J. Ted Donovan    TDonovan@Finkgold.com;srshmulevitz@finkgold.com
William E. Dornbos    william.dornbos@oag.state.ny.us
David B. Draper    ddraper@terra-law.com
Robert W. Dremluk    rdremluk@seyfarth.com, rlauter@seyfarth.com,etrybantelser@cityofchicago.org,pbaisier@seyfarth.com,shenslovizt@seyfarth.com,lravnikar@seyfarth.com,amcausland@cityofchicago.org,rlauter@lplegal.com,dchristian@seyfarth.com,ajeffrey@seyfarth.com
Seth A. Drucker    sdrucker@clarkhill.com
David F. DuMouchel    dumouchd@butzel.com
Frank L. Eaton    featon@whitecase.com, icruz@whitecase.com;mresnicoff@whitecase.com
Gayle Ehrlich    gehrlich@sandw.com, pholleman@sandw.com;squirk@sandw.com
Robert L. Eisenbach    reisenbach@cooley.com
Judith Elkin    judith.elkin@haynesboone.com
David S. Elkind    david.elkind@ropesgray.com, paul.lang@ropesgray.com
Bruce N. Elliott    elliott@cmplaw.com
Rex H. Elliott    loris@cooperelliott.com, rexe@cooperelliott.com;sheilav@cooperelliott.com
Barbara Ellis-Monro    bellis-monro@sgrlaw.com
Alyssa Englund    aenglund@orrick.com
Richard L. Epling    richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com
Earle I. Erman    eerman@ermanteicher.com
Scott L. Esbin    bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com
Michael S. Etkin    metkin@lowenstein.com, mseymour@lowenstein.com

Stephen Vincent Falanga    sfalanga@connellfoley.com, porr@connellfoley.com;jbarrow@connellfoley.com
Eugene I. Farber    efarber747@aol.com
Robert Michael Farquhar    mfarquhar@winstead.com
Bonnie Glantz Fatell    fatell@blankrome.com, recchiuti@blankrome.com
Hermann Ferre    hferre@thelenreid.com
Richard L. Ferrell    Ferrell@taftlaw.com
Charles J. Filardi    charles@filardi-law.com, abothwell@filardi-law.com
Jonathan D. Forstot    jforstot@tpw.com, mmuller@tpw.com;lcurcio@tpw.com
Mateo Fowler    mateofowler@quinnemanuel.com
Edward M. Fox    efox@klng.com
Joseph D. Frank    jfrank@fgllp.com, ccarpenter@fgllp.com;jkleinman@fgllp.com
David H. Freedman    dfreedman@ermanteicher.com
Michael Friedman    mfriedman@rkollp.com, mschneider@rkollp.com;ksambur@rkollp.com
Scott J. Friedman    sjfriedman@jonesday.com, sdignomirello@jonesday.com;ChicagoBRR@jonesday.com
Patricia B. Fugee    pfugee@ralaw.com, mtroendle@ralaw.com
Lars H. Fuller    lfuller@rothgerber.com
Timothy A. Fusco    fusco@millercanfield.com
Thomas M. Gaa    tgaa@bbslaw.com, clee@bbslaw.com
James M. Garner    jgarner@shergarner.com, jchocheles@shergarner.com
Victoria D. Garry    vgarry@ag.state.oh.us
Yann Geron    ygeron@foxrothschild.com
Philip J. Giacinti    pjg@procopio.com, caw@procopio.com
Leo J. Gibson    lgibson@bsdd.com
Celeste R. Gill    gillcr@michigan.gov, sherwoodj@michigan.com
Larry Ivan Glick    larryglick@erols.com
Matthew Alexander Gold    courts@argopartners.net
Scott R. Goldberg    sgoldber@quarles.com
Scott A. Golden    sagolden@hhlaw.com, khseal@hhlaw.com
Robert C. Goodrich    nashvillebankruptcyfilings@stites.com
Robert D. Gordon    rgordon@clarkhill.com
Gary A. Gotto    BankruptcyECF@krplc.com
Garry M. Graber    ggraber@hodgsonruss.com, bomalley@hodgsonruss.com
Warren R. Graham    wrg@dmlegal.com
Gary E. Green    ggreen@fagelhaber.com
Jonathan S. Green    greenj@millercanfield.com
John T. Gregg    jgregg@btlaw.com
Stephen H. Gross    sgross@hodgsonruss.com
Stephen B. Grow    sgrow@wnj.com, kfrantz@wnj.com
Peter J. Gurfein    pgurfein@akingump.com
Jonathan P. Guy    jguy@orrick.com
Michael Leo Hall    mhall@burr.com
Timothy C. Hall    tch@previant.com
Alan D. Halperin    ahalperin@halperinlaw.net,

cbattaglia@halperinlaw.net;eganc@halperinlaw.net;cmitchell@halperinlaw.net;jdyas@halperinlaw.net
Matthew W. Hamilton    mhamilton@amph.com
William J. Hanlon    whanlon@seyfarth.com, bosuscourt@seyfarth.com
Kristopher M. Hansen    insolvency2@stroock.com;docketing@stroock.com
Jill M. Hartley    jh@previant.com
Brian W. Harvey    bharvey@goodwinprocter.com, bharvey@goodwinprocter.com
William M. Hawkins    whawkins@loeb.com
Gerald E. Hawxhurst    leticiabustinduy@quinnemanuel.com
Nava Hazan    nhazan@mwe.com
Ryan D. Heilman    rheilman@schaferandweiner.com
Ira L. Herman    bankr.nyc@tklaw.com, bankr.nyc@tklaw.com,;suhailah.sallie@tklaw.com
William Heuer    william.heuer@bingham.com
Jeannette Eisan Hinshaw    jhinshaw@boselaw.com, pdidandeh@boselaw.com
Robert M. Hirsh    hirsh.robert@arentfox.com
Shannon E. Hoff    Shannon.Hoff@hmw.com, mstinson@burr.com
Michelle R. Holl    mholl@mayerbrownrowe.com, amago@mayerbrownrowe.com
Stephanie K. Hoos    skhoos@mintz.com
John J. Hunter    jrhunter@hunterschank.com, sharonaldrich@hunterschank.com
Jay W. Hurst    jay.hurst@oag.state.tx.us
Roland Hwang    hwangr@michigan.gov
Michael G. Insalaco    minsalaco@zeklaw.com
Hilary Jewett    hjewett@foley.com
Mary L. Johnson    mjohnson@sheppardmullin.com, msternstein@sheppardmullin.com;ewaters@sheppardmullin.com
Roger G. Jones    rjones@bccb.com
Gregory J. Jordan    gjordan@dykema.com
Richard Josephson    rcjosephson@stoel.com, basargent@stoel.com
Andrew C. Kassner    andrew.kassner@dbr.com
Jessica Kastin    jkastin@omm.com
Kristi A. Katsma    kkatsma@dickinsonwright.com, dnavin@dickinsonwright.com
David Kennedy    david.kennedy2@usdoj.gov
Thomas M. Kennedy    tkennedy@kjmlabor.com
Susheel Kirpalani    skirpalani@milbank.com;rceron@milbank.com;pmetz@milbank.com;jclark2@milbank.com;dodonnell@milbank.com;aleblanc@milbank.com
Tracy L. Klestadt    tklestadt@klestadt.com, tklestadt@gmail.com;jross@klestadt.com
Alan M. Koschik    akoschik@brouse.com
Lawrence J. Kotler    ljkotler@duanemorris.com
Stuart A. Krause    skrause@zeklaw.com
Duane Kumagai    dkumagai@rutterhobbs.com
David R. Kuney    dkuney@sidley.com, nroberge@sidley.com;kjacobs@sidley.com;vleather@sidley.com;zdelacru@sidley.com
Darryl S. Laddin    bkrfilings@agg.com
Elena Lazarou    elazarou@reedsmith.com, elazarou@reedsmith.com,cwilliams@reedsmith.com

David S. Lefere    davidl@bolhouselaw.com
Harris Donald Leinwand    hleinwand@aol.com, hleinwand@aol.com
David E. Lemke    david.lemke@wallerlaw.com, cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;robert.welhoelter@wallerlaw.com;wallerbankruptcy@wallerlaw.com
Joseph H. Lemkin    jhlemkin@duanemorris.com, vmarchello@duanemorris.com
Ira M. Levee    ilevee@lowenstein.com, akowalski@lowenstein.com
Jill Levi    jlevi@toddlevi.com, drosenberg@toddlevi.com
Jeffrey M. Levinson    jml@ml-legal.com
Kenneth M. Lewis    klewis@rosenpc.com, rpc@rosenpc.com;reception@rosenpc.com
Kim Martin Lewis    brandy.mcqueary@dinslaw.com, john.persiani@dinslaw.com
Eric Lopez Schnabel    schnabel@klettrooney.com
Daniel A. Lowenthal    dlowenthal@thelenreid.com
A. Peter Lubitz    plubitz@schiffhardin.com
Donald K. Ludman    dludman@brownconnery.com
Matthew J. Lund    kovskyd@pepperlaw.com
Sara Klettke MacWilliams    skm@h2law.com
Amina Maddox    amina.maddox@law.dol.lps.state.nj.us
John S. Mairo    jsmairo@pbnlaw.com, jmgastineau@pbnlaw.com;mdlaskowski@pbnlaw.com;jmsailliard@pbnlaw.com;cjalvarado@pbnlaw.com
Amy Wood Malone    amalone@colwinlaw.com
Jacob A. Manheimer    kcunningham@pierceatwood.com
Nauni Manty    ecfb@riderlaw.com
Kayalyn A. Marafioti    kmarafio@skadden.com, jharring@skadden.com
Andrew L. Margulis    amargulis@ropers.com, wendy@bindermalter.com
Dorothy H. Marinis-Riggio    demarinis@candklaw.com
Ilan Markus    imarkus@tylercooper.com
Richard Gary Mason    rgmason@wlrk.com
Victor J. Mastromarco    vmastromar@aol.com
Thomas J. Matz    tmatz@skadden.com
Kristin B. Mayhew    abothwell@pepehazard.com
Daniel P. Mazo    dpm@curtinheefner.com
Michael K. McCrory    michael.mccrory@btlaw.com, bankruptcyindy@btlaw.com
Ralph E. McDowell    rmcdowell@bodmanllp.com
Douglas J. McGill    douglas.mcgill@dbr.com
Frank McGinn    ffm@bostonbusinesslaw.com
Greta A. McMorris    gmcmorris@stinsonmoheck.com
Austin L. McMullen    amcmulle@bccb.com
Patrick E. Mears    patrick.mears@btlaw.com
Derek F. Meek    dmeek@burr.com
Barbara S Mehlsack    bmehlsack@gkllaw.com
Timothy Mehok    timothy.mehok@hellerehrman.com
Richard M. Meth    msteen@pitneyhardin.com, rmmnybankruptcy@pitneyhardin.com
Sally Meyer    smeyer@madisonliquidity.com

Merle C. Meyers     mmeyers@gsmdlaw.com
Robert N. Michaelson     rmichaelson@kl.com
Laurie J. Michelson     michelso@butzel.com
Kathleen M. Miller     kmm@skfdelaware.com, tlc@skfdelaware.com
W. Timothy Miller     miller@taftlaw.com
Alan K. Mills     amills@btlaw.com, bankruptcyindy@btlaw.com
Robert K. Minkoff     lsi@liquiditysolutions.com, rminkoff@liquiditysolutions.com;sfriedberg@liquiditysolutions.com
Joseph Thomas Moldovan     bankruptcy@morrisoncohen.com, mdallago@morrisoncohen.com;ny76@ecfcbis.com
James P. Moloy     jmoloy@dannpecar.com
Michael C. Moody     mmoody@okmlaw.com, firm@okmlaw.com;morourke@okmlaw.com
Audrey E. Moog     amoog@hhlaw.com
Brian F. Moore     bmoore@mccarter.com
Gene T. Moore     gtmlaw@bellsouth.net
Thomas R. Morris     morris@silvermanmorris.com, morris@silvermanmorris.com
Sarah E. Morrison     sarah.morrison@doj.ca.gov
Eric T. Moser     emoser@klng.com, kserrao@klng.com
Alisa Mumola     alisa@contrariancapital.com
Jill L. Murch     jmurch@foley.com, khall@foley.com
James P. Murphy     murph@berrymoorman.com
Bruce S. Nathan     bnathan@lowenstein.com
Lauren Newman     lnewman@fagelhaber.com
Marie L. Nienhuis     mnienhuis@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com
Richard P. Norton     rnorton@reedsmith.com, cpanzer@reedsmith.com;dreperowitz@reedsmith.com;;dreperowitz@reedsmith.com
Gordon Z. Novod     gnovod@kramerlevin.com, lbertko@kramerlevin.com
Kasey C. Nye     knye@quarles.com
Martin P. Ochs     martin@oglaw.net
Sean A. Okeefe     sokeefe@winthropcouchot.com
Karen Ostad     karen.ostad@lovells.com, cathy.woods@lovells.com;david.capucilli@lovells.com
Mark Russell Owens     mowens@btlaw.com, mowens@btlaw.com
Charles Palella     cpalella@kurzman.com
Ingrid S. Palermo     ipalermo@hselaw.com
Richard J. Parks     rparks@mijb.com, mtcraig@mijb.com;ksiegel@mijb.com
Geoffrey J. Peters     gpeters@weltman.com
Lowell Peterson     lpeterson@msek.com
Ronald R. Peterson     rpeterson@jenner.com, anicoll@jenner.com;docketing@jenner.com
Ed Phillips     ephillips@thurman-phillips.com
Christine A.M. Pierpont     cpierpont@ssd.com
Alex Pirogovsky     apirogovsky@uhlaw.com
Leslie A. Plaskon     leslieplaskon@paulhastings.com
David M. Posner     dmposner@hhlaw.com, dmposner@hhlaw.com;khseal@hhlaw.com;mferrara@hhlaw.com

Jeffrey S. Posta    jposta@sternslaw.com
Constantine Pourakis    cp@stevenslee.com
Susan Power-Johnston    sjohnston@cov.com
Paul A. Rachmuth    prachmuth@andersonkill.com, bfiling@andersonkill.com
Thomas B. Radom    radom@butzel.com
Dennis Jay Raterink    raterinkd@michigan.gov
Steven J. Reisman    sreisman@cm-p.com, athau@cm-p.com;jbarucha@cm-p.com;webmaster@docketware.com;mharwood@cm-p.com;ceilbott@cm-p.com
Kenneth A. Reynolds    kar@pryormandelup.com
Geoffrey A. Richards    grichards@kirkland.com
Marc E. Richards    mrichards@blankrome.com
Craig Philip Rieders    crieders@gjb-law.com;cgreco@gjb-law.com, cgreco@gjb-law.com;bamron@gjb-law.com
Sandra A. Riemer    sriemer@phillipsnizer.com, mfay@phillipsnizer.com
Marianne Goldstein Robbins    mgr@previant.com
Matthew R. Robbins    mrr@previant.com
Jean R. Robertson    jrobertson@mcdonaldhopkins.com
Scott D. Rosen    srosen@cb-shea.com
Heath D. Rosenblat    hrosenblat@kayscholer.com
Paul M. Rosenblatt    prosenblatt@kilpatrickstockton.com
David A. Rosenzweig    DRosenzweig@Fulbright.com
David Sol Rosner    ffigueroa@kasowitz.com;jgleit@kasowitz.com;dfliman@kasowitz.com
Robert B. Rubin    brubin@burr.com
E. Todd Sable    tsable@honigman.com
Chester B. Salomon    cs@stevenslee.com
Brian D. Salwowski    bsalwowski@atg.state.in.us
Diane W. Sanders    austin.bankruptcy@publicans.com
William A. Sankbeil    was@krwlaw.com
Thomas P. Sarb    ecfsarbt@millerjohnson.com
Robert V. Sartin    rsartin@fbtlaw.com
William F. Savino    wsavino@damonmorey.com
Thomas J. Schank    tomschank@hunterschank.com
Ilan D. Scharf    ischarf@pszyjw.com
Michael L. Schein    mlschein@vedderprice.com, ecfnydocket@vedderprice.com
James R. Scheuerle    jrs@parmenterlaw.com, lms@parmenterlaw.com
Christopher P. Schueller    schuellercp@bipc.com
Charles P. Schulman    cschulman@sachnoff.com
Bryan I. Schwartz    bschwartz@lplegal.com
Mark S. Scott    mscott@riemerlaw.com
Jay Selanders    selanders@danielsandkaplan.com
Mark A. Shaiken    mshaiken@stinsonmoheck.com, jgant@stinsonmoheck.com;amurdock@stinsonmoheck.com
Andrea Sheehan    sheehan@txschoollaw.com, greiner@txschoollaw.com;ashee1@yahoo.com;BK.ECFS@gmail.com
Andrew Howard Sherman    asherman@sillscummis.com, asherman@sillscummis.com

8

Joseph E. Shickich     jshickich@riddellwilliams.com
Stephen J. Shimshak     sshimshak@paulweiss.com, sshimshak@paulweiss.com
Wallace A. Showman     was@showmanlaw.com
Robert J. Sidman     rjsidman@vssp.com, bkbowers@vssp.com;eplitfin@vssp.com;cdfricke@vssp.com
Sam O. Simmerman     sosimmerman@kwgd.com, mhelmick@kwgd.com
Joseph E. Simpson     jsimpson@hselaw.com
Thomas R. Slome     mail@srsllp.com
Richard G. Smolev     rsmolev@kayescholer.com, rrotman@kayescholer.com;cglass@kayescholer.com;maosbny@kayescholer.com
Marc P. Solomon     msolomon@burr.com
Sarah F. Sparrow     ssparrow@tuggleduggins.com, martit@tuggleduggins.com
Brian D. Spector     bspector@selawfirm.com, kdillon@selawfirm.com
Douglas E. Spelfogel     dspelfogel@bakerlaw.com
Robert J. Stark     claukamg@brownrudnick.com
Bonnie Steingart     steinbo@ffhsj.com, nydocketclrk@ffhsj.com
Malani Sternstein     msternstein@sheppardmullin.com
Brent C. Strickland     bstrickland@wtplaw.com
James M. Sullivan     jmsullivan@mwe.com
Robert Szwajkos     rsz@curtinheefner.com
Jeffrey L. Tanenbaum     garrett.fail@weil.com;johnson.ng@weil.com;robert.lemons@weil.com;michele.meises@weil.com;larnett@intlsteel.com;samuel.cavior@weil.com
Zakarij O. Thomas     zothomas@klettrooney.com
Douglas M. Tisdale     doug@tisdalelaw.com, maxx@tisdalelaw.com
Gordon J. Toering     gtoering@wnj.com
Sheldon S. Toll     lawtoll@comcast.net
Laura L. Torrado     ltorrado@bear.com, msussman@bear.com
Martin B. Tucker     mtucker@fbtlaw.com
Raymond J. Urbanik     rurbanik@munsch.com
Philip Urofsky     philip.urofsky@cwt.com, purofsky@yahoo.com
Robert Usadi     rusadi@cahill.com
Shmuel Vasser     svasser@eapdlaw.com
Lori V. Vaughan     lvaughan@foley.com
Joseph J. Vitale     jvitale@cwsny.com
Sean M. Walsh     swalsh@chglaw.com, troan@chglaw.com
Michael D. Warner     bankruptcy@warnerstevens.com
Robert K. Weiler     rweiler@greenseifter.com, lellis@greenseifter.com
William P. Weintraub     wweintraub@pszyj.com, ischarf@pszyj.com;ljones@pszyjw.com
Robert J. Welhoelter     robert.welhoelter@wallerlaw.com, darlene.banach@wallerlaw.com;chris.cronk@wallerlaw.com;bk@wallerlaw.com
Elizabeth Weller     dallas.bankruptcy@publicans.com
Robert A White     rwhite@murthalaw.com
W. Joe Wilson     jwilson@tylercooper.com
Jeffrey C. Wisler     jcw@cblhlaw.com

Douglas Wolfe     dwolfe@asmcapital.com
Robert D. Wolford     ecfwolfordr@mjsc.com
Stephen L. Yonaty     syonaty@chwattys.com
German Yusufov     pcaocvbk@pcao.pima.gov
Helen A. Zamboni     hzamboni@underbergkessler.com
Menachem O. Zelmanovitz     mzelmanovitz@morganlewis.com
Peter Alan Zisser     nyc-bkcyecf@hklaw.com, Bos-bankruptcy@hklaw.com

The undersigned further certifies that the following were also served via facsimile on November 22, 2006, by the undersigned:

Skadden, Arps, Slate, Meagher & Flom; Attn.: John Wm. Butler, Jr. (312-407-8501)
Simpson Thatcher & Bartlett LLP; Attn.:  Kenneth S. Ziman (212-455-2502)
Davis Polk & Wardell; Attn.: Donald Bernstein and Brian Resnick (212-450-3092)
Latham & Watkins LLP; Attn.: Robert J. Rosenberg and Mark A. Broude (212-751-4864)
Fried, Frank, Harris, Shriver & Jacobson LLP; Attn.: Bonnie Steingart (212-859-4000)
Offices of the U.S. Trustee for the Southern District of New York; Attn.: Alicia M. Leonhard (212-668-2255)

The undersigned further certifies that the following was served on November 22, 2006, via Federal Express overnight service to:

Delphi Corporation
Attn.: General Counsel
5725 Delphi Drive
Troy, MI 48089

        ERMAN, TEICHER, MILLER,
        ZUCKER & FREEDMAN, P.C.

        Attorneys for Doshi Prettl International, LLC

        By:    */s/ David H. Freedman*
            David H. Freedman (admitted Pro Hac Vice)
            400 Galleria Officentre, Suite 444
            Southfield, MI  48034
            Tel:  (248) 827-4100
            Fax:  (248) 827-4106
            Email:  dfreedman@ermanteicher.com

DATED:  November 22, 2006