ALSTON & BIRD LLP
*Counsel to PD George Co.*

**Hearing Date: November 30, 2006, 10:00 am**

One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone (404) 881-7000
Facsimile (404) 881-7777

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

|  |  |  |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **DELPHI CORPORATION,** *et. al.,* | : | **Case No. 05-44481 (RDD)** |
| | : | |
| **Debtors.** | : | **Jointly Administered** |

------------------------------------------------------------x

**RESPONSE OF PD GEORGE TO DEBTORS'**
**THIRD OMNIBUS OBJECTION TO CLAIMS**

COMES PD George Co. ("PD George"), and hereby files this response (the

"Response")[1] to Delphi Corporation's (the "Debtor") Third Omnibus Objection to Claims

(the "Objection") [Docket No. 5452], in which the Debtor seeks to reduce the value of

Proof of Claim No. 10126 ( the "PD George Claim"). In support of this Response, PD

George shows the Court as follows:

---

[1]    Nothing herein or otherwise, including, but without limitation, any later appearance, pleading, claim, or action, is intended or shall be deemed to be a waiver, release, or modification by PD George of its (a) right to have final orders in noncore matters entered after de novo review by a District Judge; (b) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to these cases; (c) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (d) other rights, remedies, claims, actions, defenses, setoffs, or recoupments to which PD George are or may be entitled, all of which are hereby expressly reserved. PD George further reserves its right to (i) amend or replace this claim as is appropriate, (ii) assert an administrative expense priority claim, (iii) file a motion for relief from the automatic stay, and (iv) seek withdrawal of the reference with respect to any and all claims that PD George may bring against the Debtor.

## I.    PRELIMINARY STATEMENT

The Objection should be denied as to the PD George Claim because the Objection does not overcome the presumption that timely-filed claims are allowed.[2]  The Objection does not rebut the presumption of allowability of the PD George Claim because its does not adduce <u>any</u> evidence to support the legal arguments made in the Objection, nor does it properly respond to the assertions in the PD George Claim.  As such, the Objection should be denied.[3]  The Objection should also be denied to the extent it seeks to impose excessive, onerous, and unreasonable requirements that are not required by the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, or an order from this Court.

## II.    FACTS

1.     On August 2, 2006, PD George timely filed the PD George Proof of Claim in the above-captioned jointly administered cases in the amount of $405,670.69.

2.     On, or about September 12, 2006, Mark Carroll, on behalf of the Debtor, contacted counsel to PD George to obtain additional information concerning PD George Invoice Numbers 232906, 248393, 249259, 250242, 250761, 250762, 251102, 251952, 252398, 253070, 257963, 258788 (the "Missing Invoices") which totaled $150,950.94.[4]

3.     While PD George was in the process of obtaining copies of the Missing Invoices and responding to the Debtor's inquiry, on October 31, 2006, the Debtor filed the Objection in which it asserts that the allowable claim to PD George should be reduced by $151,230.84 (from the filed amount of $405,670.89 to $254,439.85) without noting a

---

[2]    In support of the PD George Claim, PD George attached a summary of the invoices for goods sold by PD George to the Debtor preceding the commencement of its bankruptcy case.

[3]    In addition, to the extent the Debtors may contend that they lack sufficient information about the PD George Claim, attached hereto are the invoices represented in the PD George Claim.

[4]    Attached hereto as Exhibit A is a true and correct copy of the email from Mark Carroll.

specific reason in support of such reduction. Instead, in the Objection, the Debtor states

generally that

> The bases for including the Claims Subject to Modification include, but
> are not limited to, the following: (a) the asserted Claim was denominated
> in foreign currency in violation of the Bar Date Order, (b) the asserted
> Claim states a claim for unmatured interest or postpetition interest on an
> unsecured claim, which interest is not is allowed under 11 U.S.C. §§
> 502(b)(2), 506(b), (c) the asserted Claim does not account for amounts
> that may have been paid or credited against such Claim prior to the
> commencement of these cases, (d) the asserted Claim does not account for
> amounts that may have been paid or credited against such Claim following
> the commencement of these cases, and (e) the asserted Claim is
> misclassified as a priority or secured claim. Thus, the Debtors seek to
> modify the dollar amount of the Claims Subject to Modification to a fully
> liquidated, U.S.-denominated amount in line with the Debtors' books and
> records and/or the liquidated amounts requested by the Claimants, as
> appropriate, and to appropriately classify the Claims.

Objection ¶ 32.

### III.    RESPONSE

4.    The Objection should be denied to the extent it seeks to (i) disallow and

expunge the PD George Claim and (ii) impose excessive, onerous, and unreasonable

requirements that are not required by the Bankruptcy Code, the Bankruptcy Rules, the

Local Bankruptcy Rules, or an order from this Court.

**A.    The Evidence Establishes that the Allowable Amount of PD George's
Claim is $405,670.69**

5.    As an initial matter, the $151,230.84 reduction that the Debtor seeks

"appears" to be on account of the Missing Invoices referenced in Mark Carroll's email to

counsel to PD George.[5] Because PD George was in the process of obtaining copies of the

Missing Invoices and preparing a packet of information for the Debtor including copies

---

[5]    Although the Objection denotes general categories of reasons in support of the reduction, none of the
enumerated reasons apply to the PD George Claim. Accordingly, PD George assumes that the reduction is
related to the Missing Invoices.

- 3 -

of (i) the Missing Invoices and (ii) the other invoices referenced in the PD George Claim

(the "Other Invoices"), PD George submits the Missing Invoices and Other Invoices

herewith as Exhibits B and C respectively, even though there is no such requirement.

These invoices establish that PD George provided the Debtor with goods and services

totaling $405,670.69; the full amount listed in the PD George Claim. Accordingly, the

full amount – not the reduced amount – should be allowed as against the Debtor.

**B.      The Objection Introduces No Evidence Disputing the PD George
         Claim**

6.      Moreover, even aside from the additional evidence attached hereto as

Exhibits B and C, the Objection should be denied pursuant to basic principles concerning

the evidentiary effect of a properly filed proof of claim, such as the PD George Claim. A

proof of claim executed and filed in accordance with the Bankruptcy Rules constitutes

*prima facie* evidence of the validity and amount of the claim. Fed. R. Bankr. P. 3007(f);

Riverbank, Inc. v. Make Meat Corp. (In re Make Meat Corp.), No. 98 Civ. 4990, 1999

U.S. Dist. LEXIS 3974, at *9 (S.D.N.Y. Mar. 31, 1999); In re Mission of Care, Inc., 164

B.R. 877, 879 (Bankr. D. Del. 1994); In re Ross, 162 B.R. 785, 788 (Bankr. N.D. Ill.

1993). The burden of going forward then shifts to the Debtor to produce sufficient

evidence to negate the *prima facie* validity of the claim. In re Mission of Care, Inc., 164

B.R. at 879. The Debtor's evidence must have probative force at least equal to that of the

proof of claim. The Debtor's characterization of the PD George Claim is not evidence,

and certainly does not have sufficient probative force to rebut the PD George Claim.

7.      In particular, "[u]pon the filing of an objection, the objecting party must

produce evidence tending to defeat the claim that is of a probative force equal to that of

the creditor's proof of claim." In re Ross, 162 B.R. at 788. Moreover, the burden to

prove the validity and amount of the claim only falls upon the claimant after the claim is

objected to and the objector introduces evidence supporting its objection. In re After Six,

Inc., 177 B.R. 219, 228 (Bankr. E.D. Pa. 1995). "A mere objection by the debtor,

therefore, does not end the inquiry. Once the claimant has established its prima facie

case, the burden of going forward then shifts to the debtor to produce evidence sufficient

to negate the prima facie validity of the filed claim." Make Meat, 1999 U.S. Dist. LEXIS

3974, at *9. An objector may not rebut the *prima facie* case merely by stating that the

amount of the claim is incorrect, it must provide evidence to support the statement. In re

White, 168 B.R. 825, 829 (Bankr. D. Conn. 1994). "Unless the . . . objector . . .

introduces evidence as to the invalidity of the claim or the excessiveness of its amount,

the claimant need offer no further proof of the merits of the claim." 3 Lawrence P. King,

Collier on Bankruptcy, ¶ 502.01, at 502 – 16 (15th ed. 1994). "The law is clear. To

prevail, the objector must affirmatively *produce* evidence to counter the creditor's

claim." Make Meat, 1999 U.S. Dist. LEXIS 3974, at *10.

8.       To the extent that an objecting party adduces evidence to rebut the *prima

facie* validity of a claim, something the Debtor has failed to do, the burden shifts to the

claimant only as to those elements of the claim that the Debtor has challenged. In re

White, 168 B.R. at 829 (citing Gran v. Internal Revenue Serv. (In re Gran), 964 F.2d 822,

828 (8th Cir. 1992)).

9.       At a minimum, to justify granting the Objection with respect to the PD

George Claim, the Debtor must set forth comprehensible legal and factual reasons why

the PD George Claim should not be allowed as filed. In the Objection, the Debtor does

not deduce a specific basis for reducing the PD George Claim. Instead, the Debtor states

generally that

> The bases for including the Claims Subject to Modification include, but are not limited to, the following: (a) the asserted Claim was denominated in foreign currency in violation of the Bar Date Order, (b) the asserted Claim states a claim for unmatured interest or postpetition interest on an unsecured claim, which interest is not is allowed under 11 U.S.C. §§ 502(b)(2), 506(b), (c) the asserted Claim does not account for amounts that may have been paid or credited against such Claim prior to the commencement of these cases, (d) the asserted Claim does not account for amounts that may have been paid or credited against such Claim following the commencement of these cases, and (e) the asserted Claim is misclassified as a priority or secured claim. Thus, the Debtors seek to modify the dollar amount of the Claims Subject to Modification to a fully liquidated, U.S.-denominated amount in line with the Debtors' books and records and/or the liquidated amounts requested by the Claimants, as appropriate, and to appropriately classify the Claims.

Objection ¶ 32.

10.    The Debtor has not produced any evidence that controverts the PD George

Claim other than the vague statement contained in Paragraph 32 of the Objection. As a

matter of black letter bankruptcy law, mere assertions, such as those set forth in the

Objection, cannot overcome the *prima facie* evidentiary presumption of the allowability

of the PD George Claim. Accordingly, the Objection should be overruled.

### C.    The Objection Unilaterally Imposes Overreaching Requirements

11.    The Objection should also be denied to the extent it seeks to impose

excessive, onerous, and unreasonable requirements that are not required by the

Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, or an order from

this Court.[6]

---

[6]    Moreover, the notice of the Object purports to require a disclosure of the name, address and telephone number of the person possessing the ultimate authority to reconcile, settle or otherwise resolve the claim on behalf of Cadence. This is entirely inappropriate in that Cadence is represented by counsel and all communications must be made through counsel under applicable rules.

12.    In the Objection, the Debtor impermissibly seeks to unilaterally modify the requirements of the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules by requiring respondents to a claims objection to submit: "all documentation or other evidence of the Claim upon which Claimant will rely in opposing the Second Omnibus Claims Objection to the extent not included with the Proof of Claim previously filed with the Court[.]" Objection ¶ 37(d).

13.    Pursuant to Bankruptcy Rule 3001 "[a] proof of claim is a written statement setting forth a creditor's claim" and "[a] proof of claim executed and filed in accordance with these rules shall constitute *prima facie* evidence of the validity and amount of the claim." Fed. R. Bankr. P. 3001(a), (f); Make Meat, 1999 U.S. Dist. LEXIS 3974, at *9; Mission of Care, 164 B.R. at 879; Ross, 162 B.R. at 788.  The burden of going forward then shifts to the Debtor to produce sufficient evidence to negate the *prima facie* validity of the claim. Mission of Care, 164 B.R. at 879. "A mere objection by the debtor, therefore, does not end the inquiry.  Once the claimant has established its prima facie case, the burden of going forward then shifts to the debtor to produce evidence sufficient to negate the prima facie validity of the filed claim." Make Meat, 1999 U.S. Dist. LEXIS 3974, at *9.

14.    In this case, even though the Objection introduces no evidence that negates the *prima facie* validity of the any claim filed – including the PD George Claim – the Debtor seeks to impose the excessive, onerous, and unreasonable requirements of requiring each responding claimant to submit "all documentation or other evidence."

15.    Although the Debtor has requested authority from the Court to impose these excessive, onerous, and unreasonable response requirements in their Motion for

Order Pursuant to 11 U.S.C. § 502(b) and 502(c) and Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007 and 9014 Establishing (I) Dates for Hearings Regarding Disallowance or Estimation of Claims and (II) Certain Notices and Procedures Governing Hearings Regarding Disallowance or Estimation of Claims (the "Motion") [Docket No. 5453], the Motion has not been granted.  Accordingly, the Debtor should be precluded from unilaterally imposing these obligations, which impermissibly shift evidentiary burdens not authorized by the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, or an order from this Court.

CONCLUSION

16.    Accordingly, the Objection should be denied because the Debtor has not met the standard required to rebut the PD George Claim.

WHEREFORE, PD George requests that this Court overrule the Objection.

Respectfully submitted this 22nd day of November 2006.

ALSTON & BIRD LLP

/s/ Dennis J. Connolly
DENNIS J. CONNOLLY (DC-9932)
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

# **Exhibit A**

## Scott, Beverly

| | |
|---|---|
| **From:** | Carroll, Mark [mark.carroll@delphi.com] |
| **Sent:** | Tuesday, September 12, 2006 5:41 PM |
| **To:** | Scott, Beverly |
| **Subject:** | RE: PD George POC.PDF |
| **Attachments:** | PDGeorgeRequests.xls |

Hi Bev, I will need some additional information to finish reconciling this claim. I will need copies of the Purchase order and shippers listed on the attached spreadsheet.
If you have any questions, please call me at 248-265-4275. Thanks for your help

**From:** Scott, Beverly [mailto:Beverly.Scott@alston.com]
**Sent:** Tuesday, September 12, 2006 2:43 PM
**To:** Carroll, Mark
**Subject:** PD George POC.PDF

<<PD George POC_1.PDF>>
The attached proof of claim form includes Exhibit "A" which is a summary of the invoices. If you need anything further, feel free to give me a call.

*Bev Scott*
*Assistant to Dennis Connolly,*
*Jennifer Meyerowitz and Wendy Reiss*
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA  30309
(404) 881-7599
*beverly.scott@alston.com*

*****************************************************
IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in

11/15/2006

error, please notify the sender immediately by telephone
(404-881-7000) or by electronic mail (postmaster@alston.com), and
delete this message and all copies and backups thereof. Thank you.

***********************************************************************

Note: If the reader of this message is not the intended recipient, or an employee or agent responsible for
delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution
or copying of this communication is strictly prohibited. If you have received this communication in error,
please notify us immediately by replying to the message and deleting it from your computer. Thank you.

***********************************************************************

Additional Information needed from P d George Company

| Invoice Number | Invoice Date | Amount | PO Number | Shipper Number |
|---|---|---|---|---|
| Invoice number 232906 | 3/12/2004 | 975.00 | PO12167 | 232906 |
| Invoice number 248393 | 10/29/2004 | 19,037.45 | | 248393 |
| Invoice number 249259 | 11/10/2004 | 7,828.53 | 550040333 | 249259 |
| Invoice number 250242 | 11/23/2004 | 13,638.30 | 550040333 | 250242 |
| Invoice number 250761 | 12/6/2004 | 58.58 | 550040333 | 250761 |
| Invoice number 250762 | 12/6/2004 | 327.72 | | 250762 |
| Invoice number 251102 | 12/10/2004 | 13,638.30 | 550040333 | 251102 |
| Invoice number 251952 | 12/22/2004 | 20,457.45 | 550040333 | 251952 |
| Invoice number 252398 | 1/4/2005 | 19,037.45 | 550040333 | 252938 |
| Invoice number 253070 | 1/14/2005 | 14,888.30 | 550063881 | 253070 |
| Invoice number 257963 | 4/6/2005 | 16,781.70 | 550063881 | 257963 |
| Invoice number 258788 | 4/20/2005 | 24,282.16 | 550063881 | 258788 |

150,950.94

**Need copies of Po's and the shippers highlighted in bold.**

# Exhibit B

```
INVOICE HIST.   CUST #:220191-        ORDER #:015089 INVOICE #:232906 DATE:03/12/04
S   DELCO REMY AMERICA INC 12 *   S CARTER EXPRESS LOGISTICS          TYPE W
O                                 H REMY COMPONENTES                  WHSE PDWH1
L                                 I S DE R L DE CV                    TAX %   .000
D   2902 ENTERPRISE DRIVE         P 4020 WEST 73RD STREET             CDIN
    ANDERSON IN                     ANDERSON IN                       DISC   .00
    46013                           46011      MISC
----------------------------------------------------------------------------------
ORD DATE SHIP DATE P.O.#     SHIP VIA      FRT F.O.B.      OPR      TERMS      SLM
03/11/04 03/12/04  PO12167   YELLOW      C ORIGIN          dwf    NET 30      041
----------------------------------------------------------------------------------
VENDOR #        CONFIRM TO:                     SHIPPING POINT:
ORDER BY:ADRIANA FLORES           FRT FORWARDER:                G/L PER:2004/03
----------------------------------------------------------------------------------
 ORDER   SHIP  BK ORD  UM PRODUCT #   DESCRIPTION      BU UNIT PRICE    EXTENSION
               THE FOLLOWING ARE PEDIGREE PRODUCTS
    1      1         18 J8-1249    9180 POLYESTER RES LB    1.9500      975.00
                     (    500)                       FC:   PC: M
                  BATCH: 4BX127           CT QTY:      1  BU QTY:      500.000

         PART# 5983-001
         FOR ALTERNATOR PLANT

         FOR REMY COMPONENTS
         SAN LUIS POTOSI S L P

         RFC: RC0971202HG6

         SHIP YELLOW PER CHRISTINE
         @ SCHNEIDER   SLI# GF01747

                                         P# STL0011259033

                                         SUB TOTAL       975.00
                                         PLEASE PAY      975.00
```

```
INVOICE HIST.   CUST #:220158-00014  ORDER #:027810 INVOICE #:248393 DATE:10/29/04
S DELCO ELECTRONICS             S DELCO DELPHI ELECTRONICS *      TYPE W
O ACCOUNTS PAYABLE              H FOCUS FACTORY 77 PLANT 6-7-9    WHSE PDWH1
L PO BOX 9005                   I 2033 EAST BLVD                  TAX %  .000
D                               P DOCK DA01                       CDIN
  KOKOMO  IN                      KOKOMO IN                       DISC  .00
  46904-9005                      46904-9005 MISC
------------------------------------------------------------------------------
ORD DATE SHIP DATE P.O.#    SHIP VIA     FRT F.O.B.     OPR      TERMS      SLM
10/11/04 10/28/04 0550040333MCCLAIN      P DESTIN       dwf    NET 60       041
------------------------------------------------------------------------------
VENDOR #      CONFIRM TO:                     SHIPPING POINT:
ORDER BY:DAVE DURPHY              FRT FORWARDER:              G/L PER:2004/10
------------------------------------------------------------------------------
  ORDER   SHIP  BK ORD  UM PRODUCT #  DESCRIPTION        BU UNIT PRICE   EXTENSION
          THE FOLLOWING ARE STERLING PRODUCTS
     4      4        55 133-052    HARDENER UH-510S   LB    1.2500    2500.00
                       (   2000)                     FC:   PC: S
                    CUST PART #:42035
                 BATCH: 4EA146            CT QTY:    3   BU QTY:   1500.000
                    CUST PART #:42035
                 BATCH: 4JA132            CT QTY:    1   BU QTY:    500.000

          CUMS= 88000

     3      3        3C 51-221     U 510S "A" RESIN T LB    2.6900   20457.45
                       (   7605)   W/CARDOLITE 10%    FC:   PC: S
                    CUST PART #:42036
                 BATCH: 4LC109            CT QTY:    1   BU QTY:   2535.000
                    CUST PART #:42036
                 BATCH: 4LC110            CT QTY:    2   BU QTY:   5070.000

          *WHEN SHIPPING IN A 3C TOTE, SEND EXTRA LID W/EA TOTE*

          CUMS= 281385

          THIS MUST DELIVER 10/28/04
          FEEDBACK# A40848

          **SHELF LIFE STARTS FROM DATE OF SHIPMENT**

          ***BILLING DEPT***
          ***DO NOT MAIL INVOICES***


                                          SUB TOTAL    22957.45
                                          PLEASE PAY   22957.45
```

```
INVOICE HIST.   CUST #:220158-00014 ORDER #:027812 INVOICE #:249259 DATE:11/10/04
S  DELCO ELECTRONICS            S DELCO DELPHI ELECTRONICS *      TYPE W
O  ACCOUNTS PAYABLE             H FOCUS FACTORY 77 PLANT 6-7-9    WHSE PDWH1
L  PO BOX 9005                  I 2033 EAST BLVD                  TAX %  .000
D                               P DOCK DA01                       CDIN
   KOKOMO  IN                     KOKOMO IN                       DISC  .00
   46904-9005                     46904-9005 MISC
-----------------------------------------------------------------------------
ORD DATE SHIP DATE P.O.#    SHIP VIA    FRT F.O.B.    OPR    TERMS      SLM
10/11/04 11/10/04 0550040333VITRAN   C  ORIGIN      dwf    NET 60      041
-----------------------------------------------------------------------------
VENDOR #      CONFIRM TO:                      SHIPPING POINT:
ORDER BY:DAVE DURPHY            FRT FORWARDER:              G/L PER:2004/11
-----------------------------------------------------------------------------
ORDER   SHIP  BK ORD  UM PRODUCT #  DESCRIPTION        BU UNIT PRICE   EXTENSION
          THE FOLLOWING ARE STERLING PRODUCTS
    2      2       55 133-052    HARDENER UH-510S   LB    1.2500    1250.00
                       (  1000)                     FC:  PC: S
                    CUST PART #:42035
                 BATCH: 4JA132         CT QTY:    2  BU QTY:  1000.000

          CUMS= 89000

    2      2        3B 51-221     U 510S "A" RESIN T LB    2.6900   13638.30
                       (  5070)   W/CARDOLITE 10%    FC:  PC: S
                    CUST PART #:42036
 S/N: 8070       BATCH: 4LC111        CT QTY:    1  BU QTY:  2535.000
                    CUST PART #:42036
 S/N: 8057       BATCH: 4LC127        CT QTY:    1  BU QTY:  2535.000

          THE FOLLOWING ARE STERLING PRODUCTS
    2      2        EA 200-204    TOTE 330G WHITE OP EA     .0000       .00
                       (     2)   BASE SNYDER STACKA  FC:  PC: Q

          CUMS= 296595

          **SHELF LIFE STARTS FROM DATE OF SHIPMENT**

          ***BILLING DEPT***
          ***DO NOT MAIL INVOICES***

                                          P# 00008973905

                                          SUB TOTAL    14888.30
                                          PLEASE PAY   14888.30
```

```
INVOICE HIST.   CUST #:220158-00014 ORDER #:027814 INVOICE #:250242 DATE:11/23/04
S  DELCO ELECTRONICS            S DELCO DELPHI ELECTRONICS *       TYPE W
O  ACCOUNTS PAYABLE             H FOCUS FACTORY 77 PLANT 6-7-9     WHSE PDWH1
L  PO BOX 9005                  I 2033 EAST BLVD                   TAX %   .000
D                               P DOCK DA01                        CDIN
   KOKOMO  IN                     KOKOMO IN                        DISC   .00
   46904-9005                     46904-9005 MISC
-------------------------------------------------------------------------------
ORD DATE SHIP DATE P.O.#    SHIP VIA      FRT F.O.B.      OPR      TERMS     SLM
10/11/04 11/23/04  0550040333VITRAN      C  ORIGIN       dwf    NET 60      041
-------------------------------------------------------------------------------
VENDOR #       CONFIRM TO:                      SHIPPING POINT:
ORDER BY:DAVE DURPHY            FRT FORWARDER:              G/L PER:2004/11
-------------------------------------------------------------------------------
 ORDER   SHIP  BK ORD  UM PRODUCT #  DESCRIPTION     BU UNIT PRICE   EXTENSION
          THE FOLLOWING ARE PEDIGREE PRODUCTS
    2      2       3B 51-221   U 510S "A" RESIN T LB    2.6900   13638.30
                     (  5070)  W/CARDOLITE 10%    FC:  PC: S
                     CUST PART #:42036
 S/N: 8084      BATCH: 4LC111          CT QTY:     1  BU QTY:  2535.000
                     CUST PART #:42036
 S/N: 6893      BATCH: 4LC129          CT QTY:     1  BU QTY:  2535.000

          THE FOLLOWING ARE PEDIGREE PRODUCTS
    2      2       EA 200-204   TOTE 330G WHITE OP EA    .0000       .00
                     (     2)  BASE SNYDER STACKA  FC:  PC: Q

       CUMS= 311805

          THE FOLLOWING ARE STERLING PRODUCTS
    2      2       55 133-052   HARDENER UH-510S   LB    1.2500    1250.00
                     (  1000)                      FC:  PC: S
                     CUST PART #:42035
                BATCH: 4JA132          CT QTY:     2  BU QTY:  1000.000

       CUMS= 92000

       **SHELF LIFE STARTS FROM DATE OF SHIPMENT**

       ***BILLING DEPT***
       ***DO NOT MAIL INVOICES***

       ***BILLING DEPT***
       BILL FREIGHT SEPARATE TO CUST #220150 SHIP TO #00001

                              P# 00007798001

                              SUB TOTAL    14888.30
                              PLEASE PAY   14888.30
```

```
INVOICE HIST.   CUST #:220150-00001  ORDER #:        INVOICE #:250761 DATE:12/06/04
S  DELPHI ELECTRONICS & SAFETY    S DELCO DELPHI ELECTRONICS *      TYPE W
O  ***FREIGHT CHARGES ONLY***     H FOCUS FACTORY 77 PLANT 6-7-9    WHSE PDWH1
L  LOGISTICS MS A104              I 2033 EAST BLVD                  TAX %  .000
D  P.O. BOX 9005                  P                                 CDIN
   KOKOMO, IN                       KOKOMO  IN                      DISC  .00
   46904-9005                       46904-9005 MISC
-------------------------------------------------------------------------------
ORD DATE SHIP DATE P.O.#    SHIP VIA    FRT F.O.B.     OPR     TERMS      SLM
12/03/04 09/30/04  550040333 FEDEX EXPD A ORIGIN               NET 60     041
-------------------------------------------------------------------------------
VENDOR #       CONFIRM TO:                  SHIPPING POINT:
ORDER BY:                        FRT FORWARDER:             G/L PER:2004/12
-------------------------------------------------------------------------------
 ORDER   SHIP  BK ORD  UM PRODUCT # DESCRIPTION      BU UNIT PRICE    EXTENSION
         THE FOLLOWING ARE PEDIGREE PRODUCTS
          1           EA FRTVC    FREIGHT CHARGES FO EA    .0000        .00
                         (     1)                    FC:  PC: Q
```

ORIGINALLY BILLED ON INVOICE
247659

PDG SHIPPING ERROR & DELPHI
WILL COVER $58.58 OF FRT COST

**SHELF LIFE STARTS FROM DATE OF SHIPMENT**

```
                                        SUB TOTAL       .00
                                        FREIGHT       58.58
                                        PLEASE PAY    58.58
```

```
INVOICE HIST.   CUST #:220150-00001  ORDER #:          INVOICE #:250762 DATE:12/06/04
S   DELPHI ELECTRONICS & SAFETY    S DELCO DELPHI ELECTRONICS *         TYPE W
O   ***FREIGHT CHARGES ONLY***     H FOCUS FACTORY 77 PLANT 6-7-9       WHSE PDWH1
L   LOGISTICS MS A104              I 2033 EAST BLVD                     TAX %   .000
D   P.O. BOX 9005                  P                                    CDIN
    KOKOMO, IN                       KOKOMO  IN                         DISC   .00
    46904-9005                       46904-9005 MISC
------------------------------------------------------------------------------------
ORD DATE  SHIP DATE P.O.#    SHIP VIA    FRT F.O.B.      OPR     TERMS       SLM
12/03/04 10/01/04  0550040333FEDEX EXPD A  ORIGIN                NET 60      041
------------------------------------------------------------------------------------
VENDOR #        CONFIRM TO:                   SHIPPING POINT:
ORDER BY:                        FRT FORWARDER:                 G/L PER:2004/12
------------------------------------------------------------------------------------
 ORDER   SHIP  BK ORD  UM PRODUCT #  DESCRIPTION       BU UNIT PRICE    EXTENSION
         THE FOLLOWING ARE PEDIGREE PRODUCTS
           1          EA FRTWEN     FREIGHT CHARGES FO EA      .0000       .00
                        (      1)                    FC:  PC: Q

       THIS INVOICE REPLACES 247994

       PDG SHIPPING ERROR & DELPHI
       WILL COVER $327.72 OF FRT COST


                                           SUB TOTAL       .00
                                           FREIGHT      327.72
                                           PLEASE PAY   327.72
```

```
INVOICE HIST.   CUST #:220158-00014  ORDER #:B29025 INVOICE #:251102 DATE:12/10/04
S  DELCO ELECTRONICS              S DELCO DELPHI ELECTRONICS *      TYPE W
O  ACCOUNTS PAYABLE               H FOCUS FACTORY 77 PLANT 6-7-9    WHSE PDWH1
L  PO BOX 9005                    I 2033 EAST BLVD                  TAX %  .000
D                                 P DOCK DA01                       CDIN
   KOKOMO  IN                       KOKOMO IN                       DISC   .00
   46904-9005                       46904-9005 MISC
-----------------------------------------------------------------------------
ORD DATE SHIP DATE P.O.#    SHIP VIA    FRT F.O.B.      OPR      TERMS      SLM
11/01/04 12/09/04  0550040333VITRAN   C  ORIGIN        dwf     NET 60      041
-----------------------------------------------------------------------------
VENDOR #      CONFIRM TO:                    SHIPPING POINT:
ORDER BY:DAVE DURPHY           FRT FORWARDER:              G/L PER:2004/12
-----------------------------------------------------------------------------
 ORDER   SHIP  BK ORD  UM PRODUCT #  DESCRIPTION    BU UNIT PRICE   EXTENSION
          THE FOLLOWING ARE PEDIGREE PRODUCTS
    2      2        3B 51-221   U 510S "A" RESIN T LB    2.6900  13638.30
                     (  5070)  W/CARDOLITE 10%    FC:  PC: S
                    CUST PART #:42036
 S/N: 8054        BATCH: 4LC268        CT QTY:     1   BU QTY:  2535.000
                    CUST PART #:42036
 S/N: 8070        BATCH: 4LC268        CT QTY:     1   BU QTY:  2535.000

         ***BILLING DEPT***
         MAKE SURE RM COST AND PRICE ON TOTE LINE IS -0-

         THE FOLLOWING ARE PEDIGREE PRODUCTS
    2      2        EA 200-204   TOTE 330G WHITE OP EA    .0000       .00
                     (    2)  BASE SNYDER STACKA    FC:  PC: Q

         EXP. DATE REQ. ON ALL CONT. _____

         **SHELF LIFE STARTS FROM DATE OF SHIPMENT**

         E-MAIL ASN TO J-COMM @ j-com@j-com.com _____
         OR FAX ASN TO J-COMM @ (810) 694-8224 _____

         CUMS= 324480

         ***BILLING DEPT***
         ***DO NOT MAIL INVOICES***

                                   P# 00007931306

                                   SUB TOTAL    13638.30
                                   PLEASE PAY   13638.30
```

```
INVOICE HIST.   CUST #:220158-00014  ORDER #:029027 INVOICE #:251952 DATE:12/22/04
S  DELCO ELECTRONICS               S DELCO DELPHI ELECTRONICS *      TYPE W
O  ACCOUNTS PAYABLE                H FOCUS FACTORY 77 PLANT 6-7-9    WHSE PDWH1
L  PO BOX 9005                     I 2033 EAST BLVD                  TAX %  .000
D                                  P DOCK DA01                       CDIN
   KOKOMO  IN                        KOKOMO IN                       DISC  .00
   46904-9005                        46904-9005 MISC
------------------------------------------------------------------------------------
ORD DATE SHIP DATE P.O.#   SHIP VIA    FRT F.O.B.     OPR      TERMS       SLM
11/01/04 12/22/04  0550040333VITRAN    C  ORIGIN     dwf     NET 60        041
------------------------------------------------------------------------------------
VENDOR #     CONFIRM TO:                       SHIPPING POINT:
ORDER BY:DAVE DURPHY                 FRT FORWARDER:                G/L PER:2004/12
------------------------------------------------------------------------------------
 ORDER   SHIP  BK ORD  UM PRODUCT #   DESCRIPTION       BU UNIT PRICE   EXTENSION
              THE FOLLOWING ARE PEDIGREE PRODUCTS
    1       1        3B 51-221   U 510S "A" RESIN T LB    2.6900   6819.15
                     ( 2535)  W/CARDOLITE 10%     FC:  PC: S
S/N: 6893          BATCH: 4MC142           CT QTY:    1  BU QTY:  2535.000

              THE FOLLOWING ARE PEDIGREE PRODUCTS
    1       1       EA 200-204   TOTE 330G WHITE OP EA    .0000       .00
                     (    1)  BASE SNYDER STACKA   FC:  PC: Q

              THE FOLLOWING ARE STERLING PRODUCTS
    2       2       3C 51-221   U 510S "A" RESIN T LB    2.6900  13638.30
                     ( 5070)  W/CARDOLITE 10%     FC:  PC: S
                   CUST PART #:42036
                   BATCH: 4MC141           CT QTY:    1  BU QTY:  2535.000
                   CUST PART #:42036
                   BATCH: 4MC142           CT QTY:    1  BU QTY:  2535.000

       CUMS= 339690

       **SHELF LIFE STARTS FROM DATE OF SHIPMENT**

       ***BILLING DEPT***
       ***DO NOT MAIL INVOICES***

                                            P# 00007930942

                                            SUB TOTAL    20457.45
                                            PLEASE PAY   20457.45
```

Note: CUST PART #:42036 appears under the first PEDIGREE line ("W/CARDOLITE 10%") as well.

```
INVOICE HIST.   CUST #:220158-00014  ORDER #:029028 INVOICE #:252398 DATE:01/04/05
S   DELCO ELECTRONICS              S DELCO DELPHI ELECTRONICS *      TYPE W
O   ACCOUNTS PAYABLE               H FOCUS FACTORY 77 PLANT 6-7-9    WHSE PDWH1
L   PO BOX 9005                    I 2033 EAST BLVD                  TAX %  .000
D                                  P DOCK DA01                       CDIN
    KOKOMO  IN                       KOKOMO IN                       DISC   .00
    46904-9005                       46904-9005 MISC
--------------------------------------------------------------------------------
ORD DATE SHIP DATE P.O.#    SHIP VIA    FRT F.O.B.     OPR      TERMS      SLM
11/01/04 01/04/05  0550040333VITRAN    C  ORIGIN     dwf     NET 60      041
--------------------------------------------------------------------------------
VENDOR #      CONFIRM TO:                    SHIPPING POINT:
ORDER BY:DAVE DURPHY              FRT FORWARDER:              G/L PER:2005/01
--------------------------------------------------------------------------------
 ORDER   SHIP  BK ORD  UM PRODUCT #  DESCRIPTION       BU UNIT PRICE   EXTENSION
              THE FOLLOWING ARE STERLING PRODUCTS
    4     4         55 133-052    HARDENER UH-510S   LB    1.2500    2500.00
                      (  2000)                     FC:    PC: S
                      CUST PART #:42035
                   BATCH: 4JA132           CT QTY:     4  BU QTY:  2000.000

            CUMS=97000

    3     3         3C 51-221    U 510S "A" RESIN T LB    2.6900   20457.45
                      (  7605)  W/CARDOLITE 10%     FC:    PC: S
                      CUST PART #:42036
                   BATCH: 4MC144           CT QTY:     2  BU QTY:  5070.000
                      CUST PART #:42036
                   BATCH: 4MC145           CT QTY:     1  BU QTY:  2535.000

            CUMS= 354900

            **SHELF LIFE STARTS FROM DATE OF SHIPMENT**

            ***BILLING DEPT***
            ***DO NOT MAIL INVOICES***

            ***BILLING DEPT***
            BILL FREIGHT SEPARATE TO CUST #220150 SHIP TO #00001

                                        P# 00007933299

                                        SUB TOTAL    22957.45
                                        PLEASE PAY   22957.45
```

```
INVOICE HIST.   CUST #:220158-00014 ORDER #:032594 INVOICE #:253070 DATE:01/14/05
S  DELCO ELECTRONICS            S DELCO DELPHI ELECTRONICS *      TYPE W
O  ACCOUNTS PAYABLE             H FOCUS FACTORY 77 PLANT 6-7-9    WHSE PDWH1
L  PO BOX 9005                  I 2033 EAST BLVD                  TAX %  .000
D                               P DOCK DA01                       CDIN
   KOKOMO  IN                     KOKOMO IN                       DISC  .00
   46904-9005                     46904-9005 MISC
---------------------------------------------------------------------------
ORD DATE SHIP DATE P.O.#    SHIP VIA    FRT F.O.B.     OPR    TERMS     SLM
01/07/05 01/14/05  0550063881VITRAN    C  ORIGIN      dwf   NET 60      041
---------------------------------------------------------------------------
VENDOR #      CONFIRM TO:                   SHIPPING POINT:
ORDER BY:DAVE DURFEY          FRT FORWARDER:            G/L PER:2005/01
---------------------------------------------------------------------------
 ORDER   SHIP  BK ORD  UM PRODUCT #  DESCRIPTION      BU UNIT PRICE   EXTENSION
           THE FOLLOWING ARE STERLING PRODUCTS
      2       2     55 133-052    HARDENER UH-510S   LB   1.2500    1250.00
                      (   1000)                     FC:  PC: M
                    CUST PART #:42035
               BATCH: 4JA132           CT QTY:      2   BU QTY:  1000.000

           CUMS= 1000

      1       1     3B 51-221     U 510S "A" RESIN T LB  2.6900    6819.15
                      (   2535)   W/CARDOLITE 10%    FC:  PC: S
                    CUST PART #:42036
 S/N: 8054     BATCH: 5AC118          CT QTY:      1   BU QTY:  2535.000

           THE FOLLOWING ARE STERLING PRODUCTS
      1       1     EA 200-204    TOTE 330G WHITE OP EA    .0000      .00
                      (      1)   BASE SNYDER STACKA FC:  PC: Q

           THE FOLLOWING ARE STERLING PRODUCTS
      1       1     3C 51-221     U 510S "A" RESIN T LB  2.6900    6819.15
                      (   2535)   W/CARDOLITE 10%    FC:  PC: M
                    CUST PART #:42036
               BATCH: 4MC145          CT QTY:      1   BU QTY:  2535.000

           CUMS= 5070

           **SHELF LIFE STARTS FROM DATE OF SHIPMENT**

           ***BILLING DEPT***
           ***DO NOT MAIL INVOICES***

           ***BILLING DEPT***
           BILL FREIGHT SEPARATE TO CUST #220150 SHIP TO #00001

                                    P# 00009229482

                                    SUB TOTAL    14888.30
                                    PLEASE PAY   14888.30
```

```
INVOICE HIST.   CUST #:220158-00014  ORDER #:037068 INVOICE #:257963 DATE:04/06/05
S  DELCO ELECTRONICS              S DELCO DELPHI ELECTRONICS *      TYPE W
O  ACCOUNTS PAYABLE               H FOCUS FACTORY 77 PLANT 6-7-9    WHSE PDWH1
L  PO BOX 9005                    I 2033 EAST BLVD                  TAX %  .000
D                                 P DOCK DA01                       CDIN
   KOKOMO  IN                       KOKOMO IN                       DISC  .00
   46904-9005                       46904-9005 MISC
-------------------------------------------------------------------------------
ORD DATE SHIP DATE P.O.#   SHIP VIA    FRT F.O.B.    OPR     TERMS       SLM
03/21/05 04/05/05 0550063881VITRAN   C ORIGIN      dwf    NET 60       041
-------------------------------------------------------------------------------
VENDOR #       CONFIRM TO:                    SHIPPING POINT:
ORDER BY:DAVE DURFEY              FRT FORWARDER:              G/L PER:2005/04
-------------------------------------------------------------------------------
  ORDER   SHIP  BK ORD  UM PRODUCT #  DESCRIPTION       BU UNIT PRICE   EXTENSION
          CUMS= 98865

          THE FOLLOWING ARE STERLING PRODUCTS
     2      2      3C 51-221   U 510S "A" RESIN T LB     3.3100  16781.70
                  (   5070)  W/CARDOLITE 10%      FC:  PC: S
                  CUST PART #:42036
          BATCH: 5CC180              CT QTY:     1   BU QTY:   2535.000
                  CUST PART #:42036
          BATCH: 5CC182              CT QTY:     1   BU QTY:   2535.000


     **SHELF LIFE STARTS FROM DATE OF SHIPMENT**

     5CC182 WAIVER# XA50574

     ***BILLING DEPT***
     ***DO NOT MAIL INVOICES***

     ***BILLING DEPT***
     BILL FREIGHT SEPARATE TO CUST #220150 SHIP TO #00001

                                        P# 00008721500

                                        SUB TOTAL    16781.70
                                        PLEASE PAY   16781.70
```

```
INVOICE HIST.   CUST #:220158-00014  ORDER #:037680 INVOICE #:258788 DATE:04/20/05
S  DELCO ELECTRONICS              S  DELCO DELPHI ELECTRONICS *     TYPE W
O  ACCOUNTS PAYABLE               H  FOCUS FACTORY 77 PLANT 6-7-9   WHSE PDWH1
L  PO BOX 9005                    I  2033 EAST BLVD                 TAX %  .000
D                                 P  DOCK DA01                      CDIN
   KOKOMO  IN                        KOKOMO IN                      DISC   .00
   46904-9005                        46904-9005 MISC
---------------------------------------------------------------------------------
ORD DATE SHIP DATE P.O.#   SHIP VIA    FRT F.O.B.      OPR      TERMS       SLM
04/04/05 04/19/05 0550063881VITRAN      C  ORIGIN      dwf    NET 60        041
---------------------------------------------------------------------------------
VENDOR #      CONFIRM TO:                       SHIPPING POINT:
ORDER BY:DAVE DURFEY              FRT FORWARDER:                G/L PER:2005/04
---------------------------------------------------------------------------------
 ORDER   SHIP  BK ORD  UM PRODUCT #  DESCRIPTION      BU UNIT PRICE   EXTENSION
               CUMS= 111540

         THE FOLLOWING ARE STERLING PRODUCTS
    2      2        3C 51-221    U 510S "A" RESIN T LB    3.3100  16781.70
                     (  5070)   W/CARDOLITE 10%     FC:  PC: S
                     CUST PART #:42036
                  BATCH: 5CC109          CT QTY:      1   BU QTY:  2535.000
                     CUST PART #:42036
                  BATCH: 5CC206          CT QTY:      1   BU QTY:  2535.000

 2266   2266        LB 51-221    U 510S "A" RESIN T LB    3.3100   7500.46
                     (  2266)   W/CARDOLITE 10%     FC:  PC: M
                  BATCH: 5CC206          CT QTY:   2266   BU QTY:  2266.000
```

**SHELF LIFE STARTS FROM DATE OF SHIPMENT**

BATCH 5CC206 WAIVER# XA50672

***BILLING DEPT***
***DO NOT MAIL INVOICES***

***BILLING DEPT***
BILL FREIGHT SEPARATE TO CUST #220150 SHIP TO #00001

P# 00009853366

```
                                           SUB TOTAL     24282.16
                                           PLEASE PAY    24282.16
```

# Exhibit C

```
INVOICE HIST.   CUST #:220158-00008  ORDER #:043350 INVOICE #:265807 DATE:08/30/05
S  DELCO ELECTRONICS             S DELPHI ELECTRONICS (SUZHOU) CO TYPE W
O  ACCOUNTS PAYABLE              H LTD                            WHSE PDWH1
L  PO BOX 9005                   I NO. 123 CHANG YANG ST          TAX %  .000
D                                P SUZHOU INDUSTRIAL PARK          CDIT
   KOKOMO  IN                      215126 SUZHOU-JIANGSU PROVINCE DISC  .00
   46904-9005                      CHINA     MISC
-------------------------------------------------------------------------------
ORD DATE SHIP DATE P.O.#    SHIP VIA   FRT F.O.B.   OPR    TERMS        SLM
07/28/05 08/29/05 450115131 DHL/DANZAS  C  ORIGIN   tac    NET 60       041
-------------------------------------------------------------------------------
VENDOR #      CONFIRM TO:                SHIPPING POINT:
ORDER BY:KEN ADAMS             FRT FORWARDER:           G/L PER:2005/08
-------------------------------------------------------------------------------
 ORDER   SHIP  BK ORD  UM PRODUCT #  DESCRIPTION        BU UNIT PRICE   EXTENSION
              THE FOLLOWING ARE PEDIGREE PRODUCTS
   1       1         G5 25-120    5026-21 CONFORMAL  GL   27.9900     139.95
                    (      5)                       FC: PC: S
              BATCH: 5HB109          CT QTY:    1  BU QTY:     5.000
```

        ***AIR SHIPMENT***

        ASN NOT REQUIRED FOR THIS PRODUCT
        PER KEN ADAMS

        SHIP DHL/DANZAS PER LES @
        L&S TRANS

        **SHELF LIFE STARTS FROM DATE OF SHIPMENT**

        1 ENVELOPE EXPORT PAPERS(ATTACHED TO FREIGHT)

        ***BILLING DEPT***
        ***DO NOT MAIL INVOICES***

```
                                      SUB TOTAL      139.95
                                      PLEASE PAY     139.95
```

```
INVOICE HIST.   CUST #:220158-00008 ORDER #:045767 INVOICE #:267514 DATE:09/30/05
S  DELCO ELECTRONICS            S DELPHI ELECTRONICS (SUZHOU) CO TYPE W
O  ACCOUNTS PAYABLE             H LTD                          WHSE PDWH1
L  PO BOX 9005                  I NO. 123 CHANG YANG ST        TAX %   .000
D                               P SUZHOU INDUSTRIAL PARK       CDIT
   KOKOMO  IN                     215126 SUZHOU-JIANGSU CHINA  DISC   .00
   46904-9005                              MISC
--------------------------------------------------------------------------------
ORD DATE SHIP DATE P.O.#   SHIP VIA   FRT F.O.B.       OPR    TERMS     SLM
09/19/05 09/29/05 450115131 BAX        C  ORIGIN       tac    NET 60    041
--------------------------------------------------------------------------------
VENDOR #         CONFIRM TO:                SHIPPING POINT:
ORDER BY:KEN ADAMS             FRT FORWARDER:              G/L PER:2005/09
--------------------------------------------------------------------------------
 ORDER   SHIP  BK ORD  UM PRODUCT #  DESCRIPTION        BU UNIT PRICE   EXTENSION
              THE FOLLOWING ARE PEDIGREE PRODUCTS
    1      1        G5 25-120     5026-21 CONFORMAL  GL   27.9900     139.95
                      (     5)                      FC:  PC: S
                   CUST PART #:47083
              BATCH: 5HB150        CT QTY:     1  BU QTY:     5.000

       ***AIR SHIPMENT***

       CUST RQSTED ADD'L 5 GALLONS

       **SHELF LIFE STARTS FROM DATE OF SHIPMENT**

       1 ENVELOPE EXPORT PAPERS(ATTACHED TO FREIGHT)

       ***BILLING DEPT***
       ***DO NOT MAIL INVOICES***

                                      P# 331658935

                                      SUB TOTAL      139.95
                                      PLEASE PAY     139.95
```

```
INVOICE HIST.   CUST #:220158-00006 ORDER #:043460 INVOICE #:264509 DATE:08/04/05
S  DELCO ELECTRONICS          S DELCO ELECTRONICS *              TYPE W
O  ACCOUNTS PAYABLE           H 601 JOAQUIN CAVAZOS              WHSE PDWH1
L  PO BOX 9005                I PLANT 35                         TAX %  .000
D                             P DA31                             CDTX
   KOKOMO  IN                   LOS INDIOS TX                    DISC   .00
   46904-9005                   78567      MISC
------------------------------------------------------------------------------------
ORD DATE SHIP DATE P.O.#    SHIP VIA    FRT F.O.B.      OPR    TERMS       SLM
08/02/05 08/03/05 0550039223CENT TRANS  C  ORIGIN       dwf    NET 60      041
------------------------------------------------------------------------------------
VENDOR #      CONFIRM TO:                  SHIPPING POINT:
ORDER BY:VIANEY MENDOZA          FRT FORWARDER:           G/L PER:2005/08
------------------------------------------------------------------------------------
 ORDER   SHIP  BK ORD  UM PRODUCT #  DESCRIPTION        BU UNIT PRICE   EXTENSION
              THE FOLLOWING ARE PEDIGREE PRODUCTS
   12     12           05 25-120     5026-21 CONFORMAL  GL   27.9900    1679.40
                       (    60)                         FC:  PC: S
                       CUST PART #:47083
              BATCH: 5FB101           CT QTY:    12   BU QTY:    60.000

         CUMS= 535

         **SHELF LIFE STARTS FROM DATE OF SHIPMENT**

         ***BILLING DEPT***
         ***DO NOT MAIL INVOICES***

                                        TRAILER     .
                                        P# 6312178630

                                        SUB TOTAL    1679.40
                                        PLEASE PAY   1679.40
```

```
INVOICE HIST.   CUST #:220158-00006  ORDER #:043461 INVOICE #:264617 DATE:08/05/05
S  DELCO ELECTRONICS              S DELCO ELECTRONICS *              TYPE W
O  ACCOUNTS PAYABLE               H 601 JOAQUIN CAVAZOS             WHSE PDWH1
L  PO BOX 9005                    I PLANT 35                        TAX %  .000
D                                 P DA31                            CDTX
   KOKOMO  IN                       LOS INDIOS TX                   DISC  .00
   46904-9005                       78567     MISC
---------------------------------------------------------------------------------
ORD DATE SHIP DATE P.O.#    SHIP VIA   FRT F.O.B.      OPR    TERMS       SLM
08/02/05 08/04/05  0550039223CENT TRANS  C  ORIGIN    dwf    NET 60      041
---------------------------------------------------------------------------------
VENDOR #      CONFIRM TO:                    SHIPPING POINT:
ORDER BY:VIANEY MENDOZA          FRT FORWARDER:              G/L PER:2005/08
---------------------------------------------------------------------------------
 ORDER   SHIP  BK ORD  UM PRODUCT #  DESCRIPTION     BU UNIT PRICE   EXTENSION
              THE FOLLOWING ARE PEDIGREE PRODUCTS
    6       6          05 25-120     5026-21 CONFORMAL GL    27.9900     839.70
                        (    30)                        FC:  PC: S
                        CUST PART #:47083
              BATCH: 5FB101          CT QTY:      6   BU QTY:    30.000

        CUMS= 565

        **SHELF LIFE STARTS FROM DATE OF SHIPMENT**

        ***BILLING DEPT***
        ***DO NOT MAIL INVOICES***

                                      P# 6312543429

                                      SUB TOTAL      839.70
                                      PLEASE PAY     839.70
```

```
INVOICE HIST.  CUST #:220158-00006 ORDER #:043462 INVOICE #:264663 DATE:08/08/05
S  DELCO ELECTRONICS          S DELCO ELECTRONICS *           TYPE W
O  ACCOUNTS PAYABLE           H 601 JOAQUIN CAVAZOS           WHSE PDWH1
L  PO BOX 9005                I PLANT 35                      TAX %  .000
D                             P DA31                          CDTX
   KOKOMO  IN                   LOS INDIOS TX                 DISC   .00
   46904-9005                   78567      MISC
-------------------------------------------------------------------------------
ORD DATE SHIP DATE P.O.#   SHIP VIA   FRT F.O.B.    OPR   TERMS      SLM
08/02/05 08/05/05 0550039223CENT TRANS  C  ORIGIN   dwf   NET 60     041
-------------------------------------------------------------------------------
VENDOR #       CONFIRM TO:            SHIPPING POINT:
ORDER BY:VIANEY MENDOZA        FRT FORWARDER:            G/L PER:2005/08
-------------------------------------------------------------------------------
 ORDER   SHIP  BK ORD  UM PRODUCT #  DESCRIPTION     BU UNIT PRICE   EXTENSION
              THE FOLLOWING ARE PEDIGREE PRODUCTS
     6       6         05 25-120    5026-21 CONFORMAL GL   27.9900    839.70
                         (    30)                    FC:  PC: S
                       CUST PART #:47083
             BATCH: 5FB101            CT QTY:    6   BU QTY:    30.000

        CUMS= 595

        **SHELF LIFE STARTS FROM DATE OF SHIPMENT**

        ***BILLING DEPT***
        ***DO NOT MAIL INVOICES***


                                         SUB TOTAL      839.70
                                         PLEASE PAY     839.70
```

```
INVOICE HIST.  CUST #:220158-00006  ORDER #:043463 INVOICE #:264712 DATE:08/09/05
S  DELCO ELECTRONICS            S DELCO ELECTRONICS *              TYPE W
O  ACCOUNTS PAYABLE             H 601 JOAQUIN CAVAZOS              WHSE PDWH1
L  PO BOX 9005                  I PLANT 35                         TAX %  .000
D                               P DA31                             CDTX
   KOKOMO  IN                     LOS INDIOS TX                    DISC   .00
   46904-9005                     78567     MISC
------------------------------------------------------------------------------
ORD DATE SHIP DATE P.O.#    SHIP VIA    FRT F.O.B.       OPR    TERMS     SLM
08/02/05 08/08/05 0550039223CENT TRANS  C  ORIGIN       dwf    NET 60     041
------------------------------------------------------------------------------
VENDOR #       CONFIRM TO:              SHIPPING POINT:
ORDER BY:VIANEY MENDOZA        FRT FORWARDER:           G/L PER:2005/08
------------------------------------------------------------------------------
  ORDER  SHIP  BK ORD  UM PRODUCT #  DESCRIPTION     BU UNIT PRICE   EXTENSION
          THE FOLLOWING ARE PEDIGREE PRODUCTS
      6      6          05 25-120    5026-21 CONFORMAL GL   27.9900     839.70
                          (    30)                  FC:  PC: S
                       CUST PART #:47083
               BATCH: 5FB101           CT QTY:     6   BU QTY:    30.000

       CUMS= 625

       **SHELF LIFE STARTS FROM DATE OF SHIPMENT**

       ***BILLING DEPT***
       ***DO NOT MAIL INVOICES***

                                      P# 6312561223

                                      SUB TOTAL      839.70
                                      PLEASE PAY     839.70
```

```
INVOICE HIST.   CUST #:220158-00006  ORDER #:043464 INVOICE #:264792 DATE:08/10/05
S  DELCO ELECTRONICS            S  DELCO ELECTRONICS *              TYPE W
O  ACCOUNTS PAYABLE             H  601 JOAQUIN CAVAZOS              WHSE PDWH1
L  PO BOX 9005                  I  PLANT 35                         TAX %   .000
D                               P  DA31                             CDTX
   KOKOMO   IN                     LOS INDIOS TX                    DISC    .00
   46904-9005                      78567       MISC
------------------------------------------------------------------------------
ORD DATE SHIP DATE  P.O.#      SHIP VIA     FRT F.O.B.      OPR     TERMS      SLM
08/02/05 08/09/05  0550039223CENT TRANS  C  ORIGIN         dwf     NET 60     041
------------------------------------------------------------------------------
VENDOR #         CONFIRM TO:               SHIPPING POINT:
ORDER BY:VIANEY MENDOZA         FRT FORWARDER:              G/L PER:2005/08
------------------------------------------------------------------------------
  ORDER   SHIP  BK ORD  UM PRODUCT #  DESCRIPTION      BU UNIT PRICE   EXTENSION
                THE FOLLOWING ARE PEDIGREE PRODUCTS
     6       6          05 25-120    5026-21 CONFORMAL GL    27.9900     839.70
                          (    30)                    FC:  PC: S
                       CUST PART #:47083
              BATCH: 5FB101           CT QTY:      6   BU QTY:    30.000

        CUMS= 655

        **SHELF LIFE STARTS FROM DATE OF SHIPMENT**

        ***BILLING DEPT***
        ***DO NOT MAIL INVOICES***

                                        P# 6312560852

                                        SUB TOTAL      839.70
                                        PLEASE PAY     839.70
```

```
INVOICE HIST.  CUST #:220158-00006  ORDER #:043465 INVOICE #:264865 DATE:08/10/05
S  DELCO ELECTRONICS            S  DELCO ELECTRONICS *              TYPE W
O  ACCOUNTS PAYABLE             H  601 JOAQUIN CAVAZOS              WHSE PDWH1
L  PO BOX 9005                  I  PLANT 35                         TAX %  .000
D                               P  DA31                             CDTX
   KOKOMO  IN                      LOS INDIOS TX                    DISC   .00
   46904-9005                      78567     MISC
---------------------------------------------------------------------------------
ORD DATE SHIP DATE P.O.#    SHIP VIA   FRT F.O.B.      OPR    TERMS      SLM
08/02/05 08/10/05 0550039223CENT TRANS  C  ORIGIN     dwf    NET 60      041
---------------------------------------------------------------------------------
VENDOR #        CONFIRM TO:                   SHIPPING POINT:
ORDER BY:VIANEY MENDOZA           FRT FORWARDER:              G/L PER:2005/08
---------------------------------------------------------------------------------
  ORDER   SHIP  BK ORD  UM PRODUCT #  DESCRIPTION      BU UNIT PRICE    EXTENSION
             THE FOLLOWING ARE PEDIGREE PRODUCTS
      6      6         05 25-120    5026-21 CONFORMAL  GL   27.9900      839.70
                        (    30)                       FC:  PC: S
                       CUST PART #:47083
             BATCH: 5DB145            CT QTY:     6   BU QTY:    30.000

         CUMS= 685

         **SHELF LIFE STARTS FROM DATE OF SHIPMENT**

         ***BILLING DEPT***
         ***DO NOT MAIL INVOICES***

                                       P# 6312550465

                                       SUB TOTAL      839.70
                                       PLEASE PAY     839.70
```

```
INVOICE HIST.  CUST #:220158-00006  ORDER #:043466 INVOICE #:264905 DATE:08/15/05
S  DELCO ELECTRONICS          S DELCO ELECTRONICS *           TYPE W
O  ACCOUNTS PAYABLE           H 601 JOAQUIN CAVAZOS           WHSE PDWH1
L  PO BOX 9005                I PLANT 35                      TAX %  .000
D                             P DA31                          CDTX
   KOKOMO  IN                   LOS INDIOS TX                 DISC  .00
   46904-9005                   78567    MISC
------------------------------------------------------------------------------
ORD DATE SHIP DATE P.O.#     SHIP VIA    FRT F.O.B.     OPR    TERMS      SLM
08/02/05 08/11/05  0550039223CENT TRANS  C  ORIGIN     dwf    NET 60     041
------------------------------------------------------------------------------
VENDOR #       CONFIRM TO:               SHIPPING POINT:
ORDER BY:VIANEY MENDOZA        FRT FORWARDER:            G/L PER:2005/08
------------------------------------------------------------------------------
 ORDER   SHIP  BK ORD  UM PRODUCT #  DESCRIPTION      BU UNIT PRICE   EXTENSION
              THE FOLLOWING ARE PEDIGREE PRODUCTS
    6       6        05 25-120    5026-21 CONFORMAL  GL    27.9900    839.70
                       (    30)                     FC:  PC: S
                     CUST PART #:47083
            BATCH: 5FB101            CT QTY:     6   BU QTY:    30.000

      MFG. SITE CODE 009413D

      CUMS= 715

      **SHELF LIFE STARTS FROM DATE OF SHIPMENT**

      ***BILLING DEPT***
      ***DO NOT MAIL INVOICES***

                                       P# 6312561397

                                       SUB TOTAL      839.70
                                       PLEASE PAY     839.70
```

```
INVOICE HIST.  CUST #:220158-00006 ORDER #:043467 INVOICE #:264998 DATE:08/15/05
S  DELCO ELECTRONICS          S DELCO ELECTRONICS *              TYPE W
O  ACCOUNTS PAYABLE           H 601 JOAQUIN CAVAZOS              WHSE PDWH1
L  PO BOX 9005                I PLANT 35                         TAX %  .000
D                             P DA31                             CDTX
   KOKOMO  IN                   LOS INDIOS TX                    DISC  .00
   46904-9005                   78567      MISC
------------------------------------------------------------------------------
ORD DATE SHIP DATE P.O.#    SHIP VIA    FRT F.O.B.     OPR    TERMS      SLM
08/02/05 08/12/05 0550039223CENT TRANS  C  ORIGIN      dwf    NET 60     041
------------------------------------------------------------------------------
VENDOR #       CONFIRM TO:               SHIPPING POINT:
ORDER BY:VIANEY MENDOZA          FRT FORWARDER:              G/L PER:2005/08
------------------------------------------------------------------------------
 ORDER   SHIP  BK ORD  UM PRODUCT #  DESCRIPTION      BU UNIT PRICE   EXTENSION
             THE FOLLOWING ARE PEDIGREE PRODUCTS
     6       6         05 25-120    5026-21 CONFORMAL GL   27.9900      839.70
                          (    30)                    FC:  PC: S
                       CUST PART #:47083
               BATCH: 5DB145            CT QTY:     6  BU QTY:    30.000

       CUMS= 745

       **SHELF LIFE STARTS FROM DATE OF SHIPMENT**

       ***BILLING DEPT***
       ***DO NOT MAIL INVOICES***
```

                                        P# 6312567188

                                        SUB TOTAL      839.70
                                        PLEASE PAY     839.70

```
INVOICE HIST.  CUST #:220158-00006 ORDER #:043468 INVOICE #:265024 DATE:08/16/05
S  DELCO ELECTRONICS           S DELCO ELECTRONICS *            TYPE W
O  ACCOUNTS PAYABLE            H 601 JOAQUIN CAVAZOS            WHSE PDWH1
L  PO BOX 9005                 I PLANT 35                       TAX %  .000
D                              P DA31                           CDTX
   KOKOMO  IN                    LOS INDIOS TX                  DISC  .00
   46904-9005                    78567     MISC
------------------------------------------------------------------------------
ORD DATE SHIP DATE P.O.#    SHIP VIA   FRT F.O.B.     OPR     TERMS     SLM
08/02/05 08/15/05 0550039223CENT TRANS  C  ORIGIN     dwf     NET 60     041
------------------------------------------------------------------------------
VENDOR #        CONFIRM TO:              SHIPPING POINT:
ORDER BY:VIANEY MENDOZA         FRT FORWARDER:            G/L PER:2005/08
------------------------------------------------------------------------------
 ORDER   SHIP  BK ORD  UM PRODUCT #  DESCRIPTION     BU UNIT PRICE   EXTENSION
               THE FOLLOWING ARE PEDIGREE PRODUCTS
    6      6          05 25-120    5026-21 CONFORMAL GL   27.9900     839.70
                       (     30)                    FC:  PC: S
                      CUST PART #:47083
               BATCH: 5DB145          CT QTY:      6   BU QTY:    30.000

          CUMS= 775

          **SHELF LIFE STARTS FROM DATE OF SHIPMENT**

          ***BILLING DEPT***
          ***DO NOT MAIL INVOICES***

                                        P# 6312613123

                                        SUB TOTAL      839.70
                                        PLEASE PAY     839.70
```

```
INVOICE HIST.   CUST #:220158-00006  ORDER #:043469 INVOICE #:265125 DATE:08/16/05
S  DELCO ELECTRONICS            S DELCO ELECTRONICS *              TYPE W
O  ACCOUNTS PAYABLE             H 601 JOAQUIN CAVAZOS              WHSE PDWH1
L  PO BOX 9005                  I PLANT 35                         TAX %  .000
D                               P DA31                             CDTX
   KOKOMO  IN                     LOS INDIOS TX                    DISC  .00
   46904-9005                     78567      MISC
-------------------------------------------------------------------------------
ORD DATE SHIP DATE P.O.#     SHIP VIA   FRT F.O.B.     OPR    TERMS      SLM
08/02/05 08/16/05 0550039223CENT TRANS  C  ORIGIN     dwf    NET 60      041
-------------------------------------------------------------------------------
VENDOR #       CONFIRM TO:                SHIPPING POINT:
ORDER BY:VIANEY MENDOZA          FRT FORWARDER:            G/L PER:2005/08
-------------------------------------------------------------------------------
 ORDER   SHIP  BK ORD  UM PRODUCT #  DESCRIPTION      BU UNIT PRICE   EXTENSION
              THE FOLLOWING ARE PEDIGREE PRODUCTS
     6       6         05 25-120    5026-21 CONFORMAL GL   27.9900     839.70
                        (    30)                      FC:  PC: S
                        CUST PART #:47083
             BATCH: 5HB109             CT QTY:    6  BU QTY:    30.000

     MFG. SITE CODE 009413D

     CUMS= 805

     **SHELF LIFE STARTS FROM DATE OF SHIPMENT**

     ***BILLING DEPT***
     ***DO NOT MAIL INVOICES***

                                     P# 6312557056

                                     SUB TOTAL     839.70
                                     PLEASE PAY    839.70
```

```
INVOICE HIST.   CUST #:220158-00006  ORDER #:044176 INVOICE #:265251 DATE:08/22/05
S   DELCO ELECTRONICS              S  DELCO ELECTRONICS *           TYPE  W
O   ACCOUNTS PAYABLE               H  601 JOAQUIN CAVAZOS           WHSE  PDWH1
L   PO BOX 9005                    I  PLANT 35                      TAX % .000
D                                  P  DA31                          CDTX
    KOKOMO  IN                        LOS INDIOS TX                 DISC  .00
    46904-9005                        78567      MISC
------------------------------------------------------------------------------
ORD DATE  SHIP DATE  P.O.#      SHIP VIA    FRT F.O.B.      OPR     TERMS      SLM
08/17/05 08/18/05  0550039223CENT TRANS  C  ORIGIN         dwf     NET 60     041
------------------------------------------------------------------------------
VENDOR #        CONFIRM TO:              SHIPPING POINT:
ORDER BY:VIANEY MENDOZA           FRT FORWARDER:              G/L PER:2005/08
------------------------------------------------------------------------------
 ORDER   SHIP  BK ORD  UM PRODUCT #  DESCRIPTION     BU UNIT PRICE    EXTENSION
              THE FOLLOWING ARE PEDIGREE PRODUCTS
   38     38          05 25-120    5026-21 CONFORMAL GL   27.9900    5318.10
                         (    190)                   FC:  PC: S
                      CUST PART #:47083
              BATCH: 5GB127            CT QTY:    38  BU QTY:    190.000

         CUMS= 965

         **SHELF LIFE STARTS FROM DATE OF SHIPMENT**

         ***BILLING DEPT***
         ***DO NOT MAIL INVOICES***

                                      P# 6312616571

                                      SUB TOTAL      5318.10
                                      PLEASE PAY     5318.10
```

```
INVOICE HIST.   CUST #:220158-00007  ORDER #:043192 INVOICE #:264791 DATE:08/10/05
S  DELCO ELECTRONICS              S DELCO ELECTRONICS *              TYPE W
O  ACCOUNTS PAYABLE               H PLANT 83                         WHSE PDWH1
L  PO BOX 9005                    I DA26                             TAX %  .000
D                                 P 601 JOAQUIN CAVAZOS              CDTX
   KOKOMO  IN                       LOS INDIOS, TX                   DISC  .00
   46904-9005                       78567      MISC
------------------------------------------------------------------------------
ORD DATE SHIP DATE P.O.#    SHIP VIA   FRT F.O.B.     OPR    TERMS       SLM
07/26/05 08/09/05 0550039246CENT TRANS  C  ORIGIN     dwf    NET 60      041
------------------------------------------------------------------------------
VENDOR #       CONFIRM TO:                  SHIPPING POINT:
ORDER BY:JUDY PARRIS              FRT FORWARDER:            G/L PER:2005/08
------------------------------------------------------------------------------
 ORDER   SHIP  BK ORD  UM PRODUCT #  DESCRIPTION      BU UNIT PRICE   EXTENSION
              THE FOLLOWING ARE PEDIGREE PRODUCTS
    6       6         05 25-120    5026-21 CONFORMAL  GL   27.9900     839.70
                      (    30)                      FC:  PC: S
                        CUST PART #:47083
              BATCH: 5FB101           CT QTY:     6   BU QTY:    30.000

         CUMS= 1545

         **SHELF LIFE STARTS FROM DATE OF SHIPMENT**

         ***BILLING DEPT***
         ***DO NOT MAIL INVOICES***

                                   P# 6312560845

                                   SUB TOTAL      839.70
                                   PLEASE PAY     839.70
```

```
INVOICE HIST.   CUST #:220158-00007  ORDER #:043470 INVOICE #:265838 DATE:08/31/05
S  DELCO ELECTRONICS              S DELCO ELECTRONICS *                TYPE W
O  ACCOUNTS PAYABLE               H PLANT 83                           WHSE PDWH1
L  PO BOX 9005                    I DA26                               TAX %  .000
D                                 P 601 JOAQUIN CAVAZOS                 CDTX
   KOKOMO  IN                       LOS INDIOS, TX                      DISC   .00
   46904-9005                       78567     MISC
------------------------------------------------------------------------------------
ORD DATE SHIP DATE P.O.#     SHIP VIA    FRT F.O.B.       OPR    TERMS      SLM
07/26/05 08/30/05 0550039246CENT TRANS  C  ORIGIN        dwf    NET 60      041
------------------------------------------------------------------------------------
VENDOR #       CONFIRM TO:                 SHIPPING POINT:
ORDER BY:JUDY PARRIS              FRT FORWARDER:               G/L PER:2005/08
------------------------------------------------------------------------------------
  ORDER   SHIP  BK ORD  UM PRODUCT #  DESCRIPTION       BU UNIT PRICE    EXTENSION
               THE FOLLOWING ARE PEDIGREE PRODUCTS
      6       6          05 25-120     5026-21 CONFORMAL GL    27.9900      839.70
                            (    30)                     FC:  PC: S
                         CUST PART #:47083
              BATCH: 5GB127              CT QTY:      6   BU QTY:    30.000

       CUMS= 1575

       **SHELF LIFE STARTS FROM DATE OF SHIPMENT**

       ***BILLING DEPT***
       ***DO NOT MAIL INVOICES***

                                        P# 6312617348

                                        SUB TOTAL      839.70
                                        PLEASE PAY     839.70
```

```
INVOICE HIST.   CUST #:220158-00007  ORDER #:044785 INVOICE #:266111 DATE:09/06/05
S  DELCO ELECTRONICS             S DELCO ELECTRONICS *              TYPE W
O  ACCOUNTS PAYABLE              H PLANT 83                         WHSE PDWH1
L  PO BOX 9005                   I DA26                             TAX %   .000
D                                P 601 JOAQUIN CAVAZOS              CDTX
   KOKOMO  IN                      LOS INDIOS, TX                   DISC    .00
   46904-9005                      78567      MISC
--------------------------------------------------------------------------------
ORD DATE SHIP DATE P.O.#    SHIP VIA   FRT F.O.B.      OPR     TERMS     SLM
08/30/05 09/02/05  0550039246CENT TRANS  C  ORIGIN      dwf     NET 60    041
--------------------------------------------------------------------------------
VENDOR #        CONFIRM TO:               SHIPPING POINT:
ORDER BY:JUDY PARRIS            FRT FORWARDER:             G/L PER:2005/09
--------------------------------------------------------------------------------
 ORDER   SHIP  BK ORD  UM PRODUCT #  DESCRIPTION        BU UNIT PRICE   EXTENSION
            THE FOLLOWING ARE PEDIGREE PRODUCTS
    4      4          05 25-120    5026-21 CONFORMAL  GL    27.9900      559.80
                       (    20)                      FC:  PC: S
                          CUST PART #:47083
             BATCH: 5HB109           CT QTY:     4   BU QTY:    20.000

       CUMS= 1595

       **SHELF LIFE STARTS FROM DATE OF SHIPMENT**

       ***BILLING DEPT***
       ***DO NOT MAIL INVOICES***

                                     P# 6312617686

                                     SUB TOTAL      559.80
                                     PLEASE PAY     559.80
```

```
INVOICE HIST.   CUST #:220158-00007  ORDER #:044435 INVOICE #:266171 DATE:09/07/05
S  DELCO ELECTRONICS            S DELCO ELECTRONICS *            TYPE W
O  ACCOUNTS PAYABLE             H PLANT 83                       WHSE PDWH1
L  PO BOX 9005                  I DA26                           TAX %   .000
D                               P 601 JOAQUIN CAVAZOS            CDTX
   KOKOMO  IN                     LOS INDIOS, TX                 DISC   .00
   46904-9005                     78567      MISC
------------------------------------------------------------------------------
ORD DATE SHIP DATE P.O.#     SHIP VIA    FRT F.O.B.    OPR      TERMS      SLM
08/23/05 09/06/05 0550039246CENT TRANS   C  ORIGIN    dwf      NET 60      041
------------------------------------------------------------------------------
VENDOR #       CONFIRM TO:                 SHIPPING POINT:
ORDER BY:JUDY PARRIS            FRT FORWARDER:             G/L PER:2005/09
------------------------------------------------------------------------------
  ORDER   SHIP  BK ORD  UM PRODUCT #  DESCRIPTION      BU UNIT PRICE   EXTENSION
            THE FOLLOWING ARE PEDIGREE PRODUCTS
    20      20          05 25-120    5026-21 CONFORMAL GL   27.9900    2799.00
                          (    100)                  FC:  PC: S
                        CUST PART #:47083
               BATCH: 5HB109           CT QTY:    20   BU QTY:    100.000

        CUMS= 1695

        **SHELF LIFE STARTS FROM DATE OF SHIPMENT**

        ***BILLING DEPT***
        ***DO NOT MAIL INVOICES***

                                        P# 6312617744

                                        SUB TOTAL     2799.00
                                        PLEASE PAY    2799.00
```

```
INVOICE HIST.   CUST #:220158-00007  ORDER #:044786 INVOICE #:266470 DATE:09/13/05
S  DELCO ELECTRONICS          S DELCO ELECTRONICS *              TYPE W
O  ACCOUNTS PAYABLE           H PLANT 83                         WHSE PDWH1
L  PO BOX 9005                I DA26                             TAX %   .000
D                             P 601 JOAQUIN CAVAZOS              CDTX
   KOKOMO  IN                   LOS INDIOS, TX                   DISC   .00
   46904-9005                   78567      MISC
--------------------------------------------------------------------------------
ORD DATE SHIP DATE P.O.#    SHIP VIA    FRT F.O.B.     OPR    TERMS      SLM
08/30/05 09/12/05  0550039246CENT TRANS  C  ORIGIN    dwf    NET 60     041
--------------------------------------------------------------------------------
VENDOR #       CONFIRM TO:              SHIPPING POINT:
ORDER BY:JUDY PARRIS            FRT FORWARDER:            G/L PER:2005/09
--------------------------------------------------------------------------------
 ORDER  SHIP  BK ORD  UM PRODUCT #  DESCRIPTION      BU UNIT PRICE   EXTENSION
            THE FOLLOWING ARE PEDIGREE PRODUCTS
   20    20         05 25-120     5026-21 CONFORMAL  GL   27.9900    2799.00
                      (    100)                    FC:  PC: S
                      CUST PART #:47083
               BATCH: 5GB127          CT QTY:     5   BU QTY:     25.000
                      CUST PART #:47083
               BATCH: 5HB109          CT QTY:    15   BU QTY:     75.000

       CUMS= 1795

       **SHELF LIFE STARTS FROM DATE OF SHIPMENT**

       ***BILLING DEPT***
       ***DO NOT MAIL INVOICES***

                                      P# 6312617983

                                      SUB TOTAL    2799.00
                                      PLEASE PAY   2799.00
```

```
INVOICE HIST.  CUST #:220158-00007 ORDER #:045093 INVOICE #:266902 DATE:09/21/05
S  DELCO ELECTRONICS          S DELCO ELECTRONICS *              TYPE W
O  ACCOUNTS PAYABLE           H PLANT 83                         WHSE PDWH1
L  PO BOX 9005                I DA26                             TAX %   .000
D                             P 601 JOAQUIN CAVAZOS              CDTX
   KOKOMO  IN                   LOS INDIOS, TX                   DISC   .00
   46904-9005                   78567      MISC
----------------------------------------------------------------------------------
ORD DATE SHIP DATE P.O.#     SHIP VIA    FRT F.O.B.      OPR    TERMS      SLM
09/06/05 09/20/05 0550039246CENT TRANS  C  ORIGIN       dwf    NET 60     041
----------------------------------------------------------------------------------
VENDOR #        CONFIRM TO:                 SHIPPING POINT:
ORDER BY:JUDY PARRIS              FRT FORWARDER:              G/L PER:2005/09
----------------------------------------------------------------------------------
 ORDER  SHIP  BK ORD  UM PRODUCT #  DESCRIPTION      BU UNIT PRICE    EXTENSION
              THE FOLLOWING ARE PEDIGREE PRODUCTS
   26    26        05 25-120     5026-21 CONFORMAL  GL   27.9900     3638.70
                      (    130)                      FC:  PC: S
                      CUST PART #:47083
            BATCH: 5HB150             CT QTY:    26   BU QTY:    130.000

        CUMS= 1925

        **SHELF LIFE STARTS FROM DATE OF SHIPMENT**

        ***BILLING DEPT***
        ***DO NOT MAIL INVOICES***

                                      P# 6312652238

                                      SUB TOTAL      3638.70
                                      PLEASE PAY     3638.70
```

```
INVOICE HIST.   CUST #:220158-00014  ORDER #:043322 INVOICE #:264435 DATE:08/03/05
S  DELCO ELECTRONICS            S DELCO DELPHI ELECTRONICS *       TYPE W
O  ACCOUNTS PAYABLE             H FOCUS FACTORY 77 PLANT 6-7-9     WHSE PDWH1
L  PO BOX 9005                  I 2033 EAST BLVD                   TAX %  .000
D                               P DOCK DA01                        CDIN
   KOKOMO  IN                     KOKOMO IN                        DISC   .00
   46904-9005                     46904-9005 MISC
-----------------------------------------------------------------------------------
ORD DATE SHIP DATE  P.O.#    SHIP VIA    FRT F.O.B.       OPR    TERMS      SLM
07/28/05 08/02/05 0550040333VITRAN       C  ORIGIN       dwf    NET 60     041
-----------------------------------------------------------------------------------
VENDOR #       CONFIRM TO:                  SHIPPING POINT:
ORDER BY:DAVE DURFEY             FRT FORWARDER:              G/L PER:2005/08
-----------------------------------------------------------------------------------
  ORDER   SHIP  BK ORD  UM PRODUCT #  DESCRIPTION      BU UNIT PRICE   EXTENSION
            THE FOLLOWING ARE STERLING PRODUCTS
      6       6          55 133-052    HARDENER UH-510S LB   1.9600    5880.00
                         (   3000)                     FC:  PC: S
                    CUST PART #:42035
               BATCH: 5EA106          CT QTY:     6   BU QTY:   3000.000

       CUMS= 42000


       **SHELF LIFE STARTS FROM DATE OF SHIPMENT**

       ***BILLING DEPT***
       ***DO NOT MAIL INVOICES***

                                      P# 00009667286

                                      SUB TOTAL     5880.00
                                      PLEASE PAY    5880.00
```

```
INVOICE HIST.   CUST #:220158-00014  ORDER #:043890  INVOICE #:265355  DATE:08/22/05
S  DELCO ELECTRONICS            S  DELCO DELPHI ELECTRONICS *      TYPE W
O  ACCOUNTS PAYABLE             H  FOCUS FACTORY 77 PLANT 6-7-9    WHSE PDWH1
L  PO BOX 9005                  I  2033 EAST BLVD                  TAX %   .000
D                               P  DOCK DA01                       CDIN
   KOKOMO  IN                      KOKOMO IN                       DISC   .00
   46904-9005                      46904-9005 MISC
-----------------------------------------------------------------------------------
ORD DATE SHIP DATE P.O.#     SHIP VIA    FRT F.O.B.       OPR     TERMS       SLM
08/10/05 08/19/05  0550040333VITRAN      C  ORIGIN        dwf     NET 60      041
-----------------------------------------------------------------------------------
VENDOR #        CONFIRM TO:                 SHIPPING POINT:
ORDER BY:DAVE DURFEY              FRT FORWARDER:             G/L PER:2005/08
-----------------------------------------------------------------------------------
 ORDER   SHIP  BK ORD  UM PRODUCT #  DESCRIPTION        BU UNIT PRICE    EXTENSION
               THE FOLLOWING ARE STERLING PRODUCTS
     6      6          55 133-052    HARDENER UH-510S    LB    1.9600    5880.00
                       (  3000)                          FC:  PC: S
                          CUST PART #:42035
                 BATCH: 5EA106              CT QTY:      6   BU QTY:   3000.000

          CUMS= 45000


          **SHELF LIFE STARTS FROM DATE OF SHIPMENT**

          ***BILLING DEPT***
          ***DO NOT MAIL INVOICES***

                                          P# 00009667289

                                          SUB TOTAL     5880.00
                                          PLEASE PAY    5880.00
```

```
INVOICE HIST.   CUST #:220158-00014 ORDER #:044307 INVOICE #:265465 DATE:08/24/05
S  DELCO ELECTRONICS            S DELCO DELPHI ELECTRONICS *      TYPE W
O  ACCOUNTS PAYABLE             H FOCUS FACTORY 77 PLANT 6-7-9    WHSE PDWH1
L  PO BOX 9005                  I 2033 EAST BLVD                  TAX %   .000
D                               P DOCK DA01                       CDIN
   KOKOMO  IN                     KOKOMO IN                       DISC   .00
   46904-9005                     46904-9005 MISC
-------------------------------------------------------------------------------
ORD DATE  SHIP DATE  P.O.#      SHIP VIA      FRT F.O.B.      OPR      TERMS      SLM
08/19/05 08/23/05  0550040333VITRAN          C  ORIGIN       dwf     NET 60      041
-------------------------------------------------------------------------------
VENDOR #        CONFIRM TO:                    SHIPPING POINT:
ORDER BY:DAVE DURFEY             FRT FORWARDER:              G/L PER:2005/08
-------------------------------------------------------------------------------
 ORDER   SHIP  BK ORD  UM PRODUCT #  DESCRIPTION       BU UNIT PRICE    EXTENSION
         THE FOLLOWING ARE STERLING PRODUCTS
    4      4          55 133-052    HARDENER UH-510S   LB   1.9600    3920.00
                      (   2000)                        FC:  PC: S
                         CUST PART #:42035
              BATCH: 5EA106            CT QTY:     4   BU QTY:   2000.000

       CUMS= 47000


       **SHELF LIFE STARTS FROM DATE OF SHIPMENT**

       ***BILLING DEPT***
       ***DO NOT MAIL INVOICES***

                                       P# 00009667291

                                       SUB TOTAL      3920.00
                                       PLEASE PAY     3920.00
```

```
INVOICE HIST.  CUST #:220158-00014 ORDER #:045102 INVOICE #:266234 DATE:09/08/05
S  DELCO ELECTRONICS              S DELCO DELPHI ELECTRONICS *      TYPE W
O  ACCOUNTS PAYABLE               H FOCUS FACTORY 77 PLANT 6-7-9    WHSE PDWH1
L  PO BOX 9005                    I 2033 EAST BLVD                  TAX %  .000
D                                 P DOCK DA01                       CDIN
   KOKOMO  IN                       KOKOMO IN                       DISC  .00
   46904-9005                       46904-9005 MISC
-----------------------------------------------------------------------------
ORD DATE  SHIP DATE  P.O.#    SHIP VIA    FRT F.O.B.      OPR      TERMS    SLM
09/06/05 09/07/05  0550040333VITRAN      C  ORIGIN       dwf      NET 60    041
-----------------------------------------------------------------------------
VENDOR #       CONFIRM TO:                    SHIPPING POINT:
ORDER BY:DAVE DURFEY             FRT FORWARDER:              G/L PER:2005/09
-----------------------------------------------------------------------------
 ORDER  SHIP  BK ORD  UM PRODUCT #  DESCRIPTION       BU UNIT PRICE   EXTENSION
              THE FOLLOWING ARE STERLING PRODUCTS
    8     8          55 133-052    HARDENER UH-510S  LB   1.9600     7840.00
                     (   4000)                      FC:  PC: S
                        CUST PART #:42035
              BATCH: 5EA106              CT QTY:    4  BU QTY:  2000.000
                        CUST PART #:42035
              BATCH: 5HA121              CT QTY:    4  BU QTY:  2000.000

         CUMS=51000


         **SHELF LIFE STARTS FROM DATE OF SHIPMENT**

         ***BILLING DEPT***
         ***DO NOT MAIL INVOICES***

                                          P# 00009667292

                                          SUB TOTAL      7840.00
                                          PLEASE PAY     7840.00
```

```
INVOICE HIST.   CUST #:220158-00014  ORDER #:045865 INVOICE #:267163 DATE:09/27/05
S  DELCO ELECTRONICS           S DELCO DELPHI ELECTRONICS *       TYPE W
O  ACCOUNTS PAYABLE            H FOCUS FACTORY 77 PLANT 6-7-9      WHSE PDWH1
L  PO BOX 9005                 I 2033 EAST BLVD                    TAX %  .000
D                              P DOCK DA01                         CDIN
   KOKOMO  IN                    KOKOMO IN                         DISC  .00
   46904-9005                    46904-9005 MISC
--------------------------------------------------------------------------------
ORD DATE SHIP DATE P.O.#    SHIP VIA    FRT F.O.B.     OPR     TERMS      SLM
09/21/05 09/23/05  0550040333VITRAN    C  ORIGIN      dwf   NET 60       041
--------------------------------------------------------------------------------
VENDOR #      CONFIRM TO:                  SHIPPING POINT:
ORDER BY:DAVE DURFEY            FRT FORWARDER:              G/L PER:2005/09
--------------------------------------------------------------------------------
 ORDER  SHIP  BK ORD  UM PRODUCT #  DESCRIPTION        BU UNIT PRICE    EXTENSION
            THE FOLLOWING ARE STERLING PRODUCTS
    4     4         55 133-052     HARDENER UH-510S   LB   1.9600    3920.00
                     (   2000)                        FC:  PC: S
                  CUST PART #:42035
             BATCH: 5EA106            CT QTY:     4    BU QTY:  2000.000

          CUMS= 53000


          **SHELF LIFE STARTS FROM DATE OF SHIPMENT**

          ***BILLING DEPT***
          ***DO NOT MAIL INVOICES***

                                    P# 00009667294

                                    SUB TOTAL      3920.00
                                    PLEASE PAY     3920.00
```

```
INVOICE HIST.  CUST #:220158-00014  ORDER #:046125 INVOICE #:267674 DATE:10/05/05
S  DELCO ELECTRONICS            S  DELCO DELPHI ELECTRONICS *       TYPE W
O  ACCOUNTS PAYABLE             H  FOCUS FACTORY 77 PLANT 6-7-9     WHSE PDWH1
L  PO BOX 9005                  I  2033 EAST BLVD                   TAX %  .000
D                               P  DOCK DA01                        CDIN
   KOKOMO  IN                      KOKOMO IN                        DISC   .00
   46904-9005                      46904-9005 MISC
---------------------------------------------------------------------------------
ORD DATE SHIP DATE P.O.#    SHIP VIA    FRT F.O.B.      OPR      TERMS      SLM
09/28/05 10/04/05  0550040333VITRAN      C  ORIGIN     dwf      NET 60      041
---------------------------------------------------------------------------------
VENDOR #        CONFIRM TO:                   SHIPPING POINT:
ORDER BY:DAVE DURFEY            FRT FORWARDER:               G/L PER:2005/10
---------------------------------------------------------------------------------
 ORDER    SHIP  BK ORD  UM PRODUCT #  DESCRIPTION         BU UNIT PRICE    EXTENSION
            THE FOLLOWING ARE STERLING PRODUCTS
     6       6          55 133-052    HARDENER UH-510S    LB   1.9600    5880.00
                         (   3000)                        FC:  PC: S
                  CUST PART #:42035
            BATCH: 5HA121              CT QTY:      6   BU QTY:   3000.000

       CUMS= 56000


       **SHELF LIFE STARTS FROM DATE OF SHIPMENT**

       ***BILLING DEPT***
       ***DO NOT MAIL INVOICES***

                                        P# 00009777631

                                        SUB TOTAL     5880.00
                                        PLEASE PAY    5880.00
```

```
INVOICE HIST.  CUST #:220158-00019  ORDER #:045831 INVOICE #:267031 DATE:09/22/05
S  DELCO ELECTRONICS           S DELPHI AUTOMOTIVE SYSTEMS *    TYPE W
O  ACCOUNTS PAYABLE            H 601 JOAQUIN CAVAZOS RD         WHSE PDWH1
L  PO BOX 9005                 I DA24                          TAX %  .000
D                              P F F 27                        CDTX
   KOKOMO  IN                    LOS INDIOS TX                 DISC   .00
   46904-9005                    78567     MISC
-------------------------------------------------------------------------------
ORD DATE SHIP DATE P.O.#   SHIP VIA   FRT F.O.B.     OPR     TERMS       SLM
09/20/05 09/21/05 0550041025CENT TRANS  C  ORIGIN    dwf     NET 60      041
-------------------------------------------------------------------------------
VENDOR #     CONFIRM TO:                  SHIPPING POINT:
ORDER BY:JULIAN GUTTIREZ        FRT FORWARDER:            G/L PER:2005/09
-------------------------------------------------------------------------------
 ORDER  SHIP  BK ORD  UM PRODUCT #  DESCRIPTION       BU UNIT PRICE   EXTENSION
              THE FOLLOWING ARE STERLING PRODUCTS
    1     1        55 133-052    HARDENER UH-510S  LB    1.9600      980.00
                     (    500)                     FC:  PC: S
                  CUST PART #:42035
              BATCH: 5EA106            CT QTY:     1   BU QTY:     500.000

         CUMS= 3000

         **SHELF LIFE STARTS FROM DATE OF SHIPMENT**

         ***BILLING DEPT***
         ***DO NOT MAIL INVOICES***

                                        P# 6312597029

                                        SUB TOTAL      980.00
                                        PLEASE PAY     980.00
```

```
INVOICE HIST.  CUST #:220158-00018  ORDER #:043471 INVOICE #:264864 DATE:08/10/05
S  DELCO ELECTRONICS              S DELCO ELECTRONICS *              TYPE W
O  ACCOUNTS PAYABLE               H PLANT 71                        WHSE PDWH1
L  PO BOX 9005                    I DOCK DA01                       TAX %  .000
D                                 P 2033 E BOULEVARD AVE            CDIN
   KOKOMO  IN                       KOKOMO  IN                      DISC  .00
   46904-9005                       46902       MISC
------------------------------------------------------------------------------
ORD DATE SHIP DATE  P.O.#    SHIP VIA    FRT F.O.B.       OPR    TERMS     SLM
08/02/05 08/10/05  0550042214VITRAN      C  ORIGIN       dwf    NET 60     041
------------------------------------------------------------------------------
VENDOR #        CONFIRM TO:                  SHIPPING POINT:
ORDER BY:RHONDA SMITH            FRT FORWARDER:              G/L PER:2005/08
------------------------------------------------------------------------------
 ORDER   SHIP  BK ORD  UM PRODUCT #  DESCRIPTION       BU UNIT PRICE   EXTENSION
              THE FOLLOWING ARE PEDIGREE PRODUCTS
    2       2          05 25-120     5026-21 CONFORMAL GL   27.9900     279.90
                        (    10)                      FC:  PC: S
                     CUST PART #:47083
              BATCH: 5DB145          CT QTY:    2   BU QTY:    10.000

         CUMS= 160

         **SHELF LIFE STARTS FROM DATE OF SHIPMENT**

         ***BILLING DEPT***
         ***DO NOT MAIL INVOICES***

                                     P# 00009777958

                                     SUB TOTAL      279.90
                                     PLEASE PAY     279.90
```

```
INVOICE HIST.   CUST #:220158-00018  ORDER #:044137 INVOICE #:265547 DATE:08/25/05
S  DELCO ELECTRONICS          S  DELCO ELECTRONICS *              TYPE W
O  ACCOUNTS PAYABLE           H  PLANT 71                         WHSE PDWH1
L  PO BOX 9005                I  DOCK DA01                        TAX %  .000
D                             P  2033 E BOULEVARD AVE             CDIN
   KOKOMO  IN                    KOKOMO  IN                       DISC  .00
   46904-9005                    46902      MISC
------------------------------------------------------------------------------
ORD DATE SHIP DATE P.O.#    SHIP VIA   FRT F.O.B.      OPR    TERMS      SLM
08/16/05 08/24/05  0550042214VITRAN      C  ORIGIN     dwf    NET 60     041
------------------------------------------------------------------------------
VENDOR #        CONFIRM TO:                SHIPPING POINT:
ORDER BY:RHONDA SMITH            FRT FORWARDER:           G/L PER:2005/08
------------------------------------------------------------------------------
 ORDER   SHIP  BK ORD  UM PRODUCT #  DESCRIPTION      BU UNIT PRICE   EXTENSION
                THE FOLLOWING ARE PEDIGREE PRODUCTS
    2      2          05 25-120     5026-21 CONFORMAL GL  27.9900      279.90
                        (    10)                     FC:  PC: S
                     CUST PART #:47083
              BATCH: 5HB109          CT QTY:    2   BU QTY:    10.000

     MFG. SITE CODE 009413D

     CUMS= 170

     **SHELF LIFE STARTS FROM DATE OF SHIPMENT**

     ***BILLING DEPT***
     ***DO NOT MAIL INVOICES***


                                       P# Y

                                       SUB TOTAL      279.90
                                       PLEASE PAY     279.90
```

```
INVOICE HIST.  CUST #:220158-00018 ORDER #:045493 INVOICE #:266846 DATE:09/20/05
S  DELCO ELECTRONICS          S DELCO ELECTRONICS *              TYPE W
O  ACCOUNTS PAYABLE           H PLANT 71                         WHSE PDWH1
L  PO BOX 9005                I DOCK DA01                        TAX %   .000
D                             P 2033 E BOULEVARD AVE             CDIN
   KOKOMO  IN                   KOKOMO  IN                       DISC   .00
   46904-9005                   46902       MISC
-------------------------------------------------------------------------------
ORD DATE SHIP DATE P.O.#    SHIP VIA   FRT F.O.B.      OPR    TERMS       SLM
09/13/05 09/19/05  0550042214VITRAN    C  ORIGIN      dwf    NET 60       041
-------------------------------------------------------------------------------
VENDOR #       CONFIRM TO:                 SHIPPING POINT:
ORDER BY:RHONDA SMITH           FRT FORWARDER:            G/L PER:2005/09
-------------------------------------------------------------------------------
 ORDER  SHIP  BK ORD  UM PRODUCT #  DESCRIPTION    BU UNIT PRICE    EXTENSION
             THE FOLLOWING ARE PEDIGREE PRODUCTS
    2     2         05 25-120    5026-21 CONFORMAL  GL   27.9900     279.90
                      (    10)                     FC:  PC: S
                   CUST PART #:47083
             BATCH: 5HB109          CT QTY:    2   BU QTY:   10.000

       CUMS=180

       **SHELF LIFE STARTS FROM DATE OF SHIPMENT**

       ***BILLING DEPT***
       ***DO NOT MAIL INVOICES***

                                   P# 00009777985

                                   SUB TOTAL     279.90
                                   PLEASE PAY    279.90
```

```
INVOICE HIST.   CUST #:220158-00018  ORDER #:045494 INVOICE #:267225 DATE:09/27/05
S  DELCO ELECTRONICS         S DELCO ELECTRONICS *              TYPE W
O  ACCOUNTS PAYABLE          H PLANT 71                         WHSE PDWH1
L  PO BOX 9005               I DOCK DA01                        TAX %   .000
D                            P 2033 E BOULEVARD AVE             CDIN
   KOKOMO  IN                  KOKOMO  IN                       DISC   .00
   46904-9005                  46902      MISC
----------------------------------------------------------------------------------
ORD DATE SHIP DATE P.O.#    SHIP VIA    FRT F.O.B.    OPR     TERMS      SLM
09/13/05 09/26/05  0550042214VITRAN      C  ORIGIN    dwf    NET 60      041
----------------------------------------------------------------------------------
VENDOR #        CONFIRM TO:               SHIPPING POINT:
ORDER BY:RHONDA SMITH            FRT FORWARDER:            G/L PER:2005/09
----------------------------------------------------------------------------------
 ORDER   SHIP  BK ORD  UM PRODUCT #  DESCRIPTION      BU UNIT PRICE   EXTENSION
            THE FOLLOWING ARE PEDIGREE PRODUCTS
    2       2       05 25-120    5026-21 CONFORMAL GL    27.9900     279.90
                     (    10)                      FC:  PC: S
                        CUST PART #:47083
              BATCH: 5HB150          CT QTY:     2   BU QTY:    10.000

      MFG. SITE CODE 009413D

      CUMS= 190

      **SHELF LIFE STARTS FROM DATE OF SHIPMENT**

      ***BILLING DEPT***
      ***DO NOT MAIL INVOICES***

                                   P# 00009859691

                                   SUB TOTAL      279.90
                                   PLEASE PAY     279.90
```

```
INVOICE HIST.  CUST #:220158-00014 ORDER #:041306 INVOICE #:264510 DATE:08/04/05
S  DELCO ELECTRONICS           S DELCO DELPHI ELECTRONICS *      TYPE W
O  ACCOUNTS PAYABLE            H FOCUS FACTORY 77 PLANT 6-7-9    WHSE PDWH1
L  PO BOX 9005                 I 2033 EAST BLVD                  TAX %  .000
D                              P DOCK DA01                       CDIN
   KOKOMO  IN                    KOKOMO IN                       DISC  .00
   46904-9005                    46904-9005 MISC
---------------------------------------------------------------------------
ORD DATE  SHIP DATE  P.O.#      SHIP VIA     FRT F.O.B.    OPR     TERMS    SLM
06/13/05 08/03/05  0550063881VITRAN      C  ORIGIN        dwf    NET 60     041
---------------------------------------------------------------------------
VENDOR #        CONFIRM TO:                  SHIPPING POINT:
ORDER BY:DAVE DURFEY            FRT FORWARDER:              G/L PER:2005/08
---------------------------------------------------------------------------
 ORDER  SHIP  BK ORD  UM PRODUCT # DESCRIPTION        BU UNIT PRICE   EXTENSION
         CUMS= 187590

        THE FOLLOWING ARE STERLING PRODUCTS
   1     1        3C 51-221   U 510S "A" RESIN T LB   3.3100    8390.85
                 (  2535) W/CARDOLITE 10%     FC:  PC: S
                 CUST PART #:42036
              BATCH: 5EC204           CT QTY:     1  BU QTY:   2535.000

   1     1        3B 51-221   U 510S "A" RESIN T LB   3.3100    8390.85
                 (  2535) W/CARDOLITE 10%     FC:  PC: S
                 CUST PART #:42036
 S/N: 8054    BATCH: 5GC124           CT QTY:     1  BU QTY:   2535.000

        ***BILLING DEPT***
        MAKE SURE RM COST AND PRICE ON TOTE LINE IS -0-

        THE FOLLOWING ARE STERLING PRODUCTS
   1     1        EA 200-204   TOTE 330G WHITE OP EA    .0000       .00
                 (     1) BASE SNYDER STACKA  FC:  PC: Q


        **SHELF LIFE STARTS FROM DATE OF SHIPMENT**

        E-MAIL ASN TO J-COMM @ j-com@j-com.com _____
        OR FAX ASN TO J-COMM @ (810) 694-8224 _____

        5EC204 WAIVER# XA51373

        ***BILLING DEPT***
        ***DO NOT MAIL INVOICES***

        ***BILLING DEPT***
        BILL FREIGHT SEPARATE TO CUST #220150 SHIP TO #00001

                                 P# 00009777954

                                 SUB TOTAL    16781.70
                                 PLEASE PAY   16781.70
```

```
INVOICE HIST.  CUST #:220158-00014  ORDER #:041307 INVOICE #:264804 DATE:08/10/05
S  DELCO ELECTRONICS           S DELCO DELPHI ELECTRONICS *      TYPE W
O  ACCOUNTS PAYABLE            H FOCUS FACTORY 77 PLANT 6-7-9    WHSE PDWH1
L  PO BOX 9005                 I 2033 EAST BLVD                  TAX %   .000
D                              P DOCK DA01                       CDIN
   KOKOMO  IN                    KOKOMO IN                       DISC   .00
   46904-9005                    46904-9005 MISC
-------------------------------------------------------------------------------
ORD DATE SHIP DATE P.O.#    SHIP VIA   FRT F.O.B.      OPR    TERMS      SLM
06/13/05 08/09/05 0550063881VITRAN      C  ORIGIN      dwf    NET 60     041
-------------------------------------------------------------------------------
VENDOR #       CONFIRM TO:                    SHIPPING POINT:
ORDER BY:DAVE DURFEY             FRT FORWARDER:              G/L PER:2005/08
-------------------------------------------------------------------------------
 ORDER   SHIP  BK ORD  UM PRODUCT #  DESCRIPTION       BU UNIT PRICE    EXTENSION
           CUMS= 195195

          THE FOLLOWING ARE STERLING PRODUCTS
    3      3        3C 51-221    U 510S "A" RESIN T LB    3.3100   25172.55
                   (  7605)  W/CARDOLITE 10%     FC:  PC: S
                   CUST PART #:42036
              BATCH: 5GC124             CT QTY:    1   BU QTY:   2535.000
                   CUST PART #:42036
              BATCH: 5GC125             CT QTY:    2   BU QTY:   5070.000


          **SHELF LIFE STARTS FROM DATE OF SHIPMENT**

          ***BILLING DEPT***
          ***DO NOT MAIL INVOICES***

                                       P# 00009777955

                                       SUB TOTAL     25172.55
                                       PLEASE PAY    25172.55
```

```
INVOICE HIST.  CUST #:220158-00014  ORDER #:043379 INVOICE #:265178 DATE:08/18/05
S  DELCO ELECTRONICS           S DELCO DELPHI ELECTRONICS *      TYPE W
O  ACCOUNTS PAYABLE            H FOCUS FACTORY 77 PLANT 6-7-9    WHSE PDWH1
L  PO BOX 9005                 I 2033 EAST BLVD                  TAX %  .000
D                              P DOCK DA01                       CDIN
   KOKOMO  IN                    KOKOMO IN                       DISC  .00
   46904-9005                    46904-9005 MISC
-------------------------------------------------------------------------------
ORD DATE SHIP DATE P.O.#    SHIP VIA    FRT F.O.B.     OPR    TERMS      SLM
07/29/05 08/17/05  0550063881VITRAN     C  ORIGIN     dwf    NET 60      041
-------------------------------------------------------------------------------
VENDOR #      CONFIRM TO:                     SHIPPING POINT:
ORDER BY:DAVE DURFEY              FRT FORWARDER:             G/L PER:2005/08
-------------------------------------------------------------------------------
 ORDER   SHIP  BK ORD  UM PRODUCT #  DESCRIPTION       BU UNIT PRICE    EXTENSION
          THE FOLLOWING ARE STERLING PRODUCTS
   1      1        3B 51-221    U 510S "A" RESIN T LB    3.3100    8390.85
                   (   2535)  W/CARDOLITE 10%    FC:  PC: S
                   CUST PART #:42036
 S/N: 6931      BATCH: 5GC126          CT QTY:    1   BU QTY:  2535.000


          THE FOLLOWING ARE STERLING PRODUCTS
   1      1        EA 200-204    TOTE 330G WHITE OP EA    .0000      .00
                   (      1)  BASE SNYDER STACKA  FC:  PC: Q

          CUMS= 200265


          THE FOLLOWING ARE STERLING PRODUCTS
   1      1        3C 51-221    U 510S "A" RESIN T LB    3.3100    8390.85
                   (   2535)  W/CARDOLITE 10%    FC:  PC: S
                   CUST PART #:42036
                BATCH: 5GC126          CT QTY:    1   BU QTY:  2535.000


          **SHELF LIFE STARTS FROM DATE OF SHIPMENT**

          ***BILLING DEPT***
          ***DO NOT MAIL INVOICES***

          ***BILLING DEPT***
          BILL FREIGHT SEPARATE TO CUST #220150 SHIP TO #00001

                                       P# 00009777961

                                       SUB TOTAL    16781.70
                                       PLEASE PAY   16781.70
```

```
INVOICE HIST.   CUST #:220158-00014  ORDER #:043380 INVOICE #:265541 DATE:08/25/05
S  DELCO ELECTRONICS           S DELPHI DELPHI ELECTRONICS *      TYPE W
O  ACCOUNTS PAYABLE            H FOCUS FACTORY 77 PLANT 6-7-9     WHSE PDWH1
L  PO BOX 9005                 I 2033 EAST BLVD                  TAX %  .000
D                              P DOCK DA01                       CDIN
   KOKOMO  IN                    KOKOMO IN                       DISC   .00
   46904-9005                    46904-9005 MISC
--------------------------------------------------------------------------------
ORD DATE SHIP DATE P.O.#      SHIP VIA    FRT F.O.B.      OPR     TERMS     SLM
07/29/05 08/24/05  0550063881VITRAN       C ORIGIN       dwf     NET 60    041
--------------------------------------------------------------------------------
VENDOR #       CONFIRM TO:                   SHIPPING POINT:
ORDER BY:DAVE DURFEY            FRT FORWARDER:              G/L PER:2005/08
--------------------------------------------------------------------------------
 ORDER   SHIP  BK ORD  UM PRODUCT # DESCRIPTION       BU UNIT PRICE   EXTENSION
            THE FOLLOWING ARE STERLING PRODUCTS
    1     1         3B 51-221   U 510S "A" RESIN T LB    3.3100    8390.85
                     (  2535)  W/CARDOLITE 10%    FC: PC: S
                    CUST PART #:42036
  S/N: 8021       BATCH: 5HC203         CT QTY:    1   BU QTY:   2535.000


            THE FOLLOWING ARE STERLING PRODUCTS
    1     1         EA 200-204   TOTE 330G WHITE OP EA     .0000       .00
                     (     1)  BASE SNYDER STACKA  FC: PC: Q

          CUMS= 207870

            THE FOLLOWING ARE STERLING PRODUCTS
    2     2         3C 51-221   U 510S "A" RESIN T LB    3.3100   16781.70
                     (  5070)  W/CARDOLITE 10%    FC: PC: S
                    CUST PART #:42036
                 BATCH: 5HC116         CT QTY:    2   BU QTY:   5070.000


          **SHELF LIFE STARTS FROM DATE OF SHIPMENT**

          ***BILLING DEPT***
          ***DO NOT MAIL INVOICES***


                                   P# 00009777629

                                   SUB TOTAL    25172.55
                                   PLEASE PAY   25172.55
```

```
INVOICE HIST.  CUST #:220158-00014  ORDER #:043382 INVOICE #:265817 DATE:08/31/05
S  DELCO ELECTRONICS          S DELCO DELPHI ELECTRONICS *      TYPE W
O  ACCOUNTS PAYABLE           H FOCUS FACTORY 77 PLANT 6-7-9    WHSE PDWH1
L  PO BOX 9005                I 2033 EAST BLVD                  TAX %  .000
D                             P DOCK DA01                       CDIN
   KOKOMO  IN                   KOKOMO IN                       DISC   .00
   46904-9005                   46904-9005 MISC
-------------------------------------------------------------------------------
ORD DATE SHIP DATE P.O.#   SHIP VIA    FRT F.O.B.     OPR     TERMS      SLM
07/29/05 08/30/05 0550063881VITRAN      C  ORIGIN     dwf     NET 60     041
-------------------------------------------------------------------------------
VENDOR #       CONFIRM TO:                  SHIPPING POINT:
ORDER BY:DAVE DURFEY              FRT FORWARDER:             G/L PER:2005/08
-------------------------------------------------------------------------------
 ORDER   SHIP  BK ORD  UM PRODUCT #  DESCRIPTION       BU UNIT PRICE   EXTENSION
              CUMS= 212940

          THE FOLLOWING ARE STERLING PRODUCTS
    2      2       3C 51-221    U 510S "A" RESIN T LB    3.3100  16781.70
                  (  5070)  W/CARDOLITE 10%     FC:  PC: S
              CUST PART #:42036
          BATCH: 5HC118            CT QTY:      2   BU QTY:   5070.000


      **SHELF LIFE STARTS FROM DATE OF SHIPMENT**

      ***BILLING DEPT***
      ***DO NOT MAIL INVOICES***


                                   P# 00009777967

                                   SUB TOTAL    16781.70
                                   PLEASE PAY   16781.70
```

```
INVOICE HIST.  CUST #:220158-00014  ORDER #:043383 INVOICE #:266471 DATE:09/15/05
S  DELCO ELECTRONICS          S DELCO DELPHI ELECTRONICS *      TYPE W
O  ACCOUNTS PAYABLE           H FOCUS FACTORY 77 PLANT 6-7-9    WHSE PDWH1
L  PO BOX 9005                I 2033 EAST BLVD                  TAX %  .000
D                             P DOCK DA01                       CDIN
   KOKOMO  IN                   KOKOMO IN                       DISC   .00
   46904-9005                   46904-9005 MISC
--------------------------------------------------------------------------------
ORD DATE SHIP DATE P.O.#     SHIP VIA   FRT F.O.B.     OPR     TERMS      SLM
07/29/05 09/12/05 0550063881VITRAN      C  ORIGIN      dwf     NET 60     041
--------------------------------------------------------------------------------
VENDOR #      CONFIRM TO:                    SHIPPING POINT:
ORDER BY:DAVE DURFEY             FRT FORWARDER:            G/L PER:2005/09
--------------------------------------------------------------------------------
 ORDER   SHIP  BK ORD  UM PRODUCT # DESCRIPTION      BU UNIT PRICE   EXTENSION
              LABEL VISION 2X3 BAR CODE
              LABEL REQ. ON P/L_____

              CUMS= 218010

              THE FOLLOWING ARE STERLING PRODUCTS
     2       2       3C 51-221    U 510S "A" RESIN T LB     3.3100  16781.70
                     (   5070)   W/CARDOLITE 10%     FC:  PC: S
                     CUST PART #:42036
                  BATCH: 5HC204            CT QTY:     2  BU QTY:   5070.000


            **SHELF LIFE STARTS FROM DATE OF SHIPMENT**

            ***BILLING DEPT***
            ***DO NOT MAIL INVOICES***

                                       P# 00009777970

                                       SUB TOTAL     16781.70
                                       PLEASE PAY    16781.70
```

```
INVOICE HIST.  CUST #:220158-00014  ORDER #:043384 INVOICE #:266914 DATE:09/21/05
S  DELCO ELECTRONICS           S DELCO DELPHI ELECTRONICS *      TYPE W
O  ACCOUNTS PAYABLE            H FOCUS FACTORY 77 PLANT 6-7-9    WHSE PDWH1
L  PO BOX 9005                 I 2033 EAST BLVD                  TAX %  .000
D                              P DOCK DA01                       CDIN
   KOKOMO  IN                    KOKOMO IN                       DISC  .00
   46904-9005                    46904-9005 MISC
---------------------------------------------------------------------------------
ORD DATE SHIP DATE P.O.#       SHIP VIA   FRT F.O.B.      OPR     TERMS      SLM
07/29/05 09/20/05 0550063881VITRAN       C ORIGIN        dwf    NET 60      041
---------------------------------------------------------------------------------
VENDOR #      CONFIRM TO:                      SHIPPING POINT:
ORDER BY:DAVE DURFEY            FRT FORWARDER:              G/L PER:2005/09
---------------------------------------------------------------------------------
ORDER   SHIP  BK ORD  UM PRODUCT # DESCRIPTION         BU UNIT PRICE    EXTENSION
           THE FOLLOWING ARE STERLING PRODUCTS
    1     1        3B 51-221    U 510S "A" RESIN T LB   3.3100    8390.85
                   (   2535)   W/CARDOLITE 10%    FC:  PC: S
                   CUST PART #:42036
 S/N: 6930       BATCH: 5HC117          CT QTY:     1  BU QTY:   2535.000

           THE FOLLOWING ARE STERLING PRODUCTS
    1     1        EA 200-204   TOTE 330G WHITE OP EA     .0000       .00
                   (      1)   BASE SNYDER STACKA   FC:  PC: Q

        CUMS= 225615

           THE FOLLOWING ARE STERLING PRODUCTS
    2     2        3C 51-221    U 510S "A" RESIN T LB   3.3100   16781.70
                   (   5070)   W/CARDOLITE 10%    FC:  PC: S
                   CUST PART #:42036
             BATCH: 5HC117          CT QTY:     1  BU QTY:   2535.000
                   CUST PART #:42036
             BATCH: 5HC203          CT QTY:     1  BU QTY:   2535.000


        **SHELF LIFE STARTS FROM DATE OF SHIPMENT**

        BATCH 5HC117 WAIVER# XA52094

        ***BILLING DEPT***
        ***DO NOT MAIL INVOICES***

                                       P# 00009777973

                                       SUB TOTAL    25172.55
                                       PLEASE PAY   25172.55
```

```
INVOICE HIST.   CUST #:220158-00014  ORDER #:043385 INVOICE #:267323 DATE:09/28/05
S  DELCO ELECTRONICS              S DELCO DELPHI ELECTRONICS *       TYPE W
O  ACCOUNTS PAYABLE               H FOCUS FACTORY 77 PLANT 6-7-9     WHSE PDWH1
L  PO BOX 9005                    I 2033 EAST BLVD                   TAX %  .000
D                                 P DOCK DA01                        CDIN
   KOKOMO  IN                       KOKOMO IN                        DISC  .00
   46904-9005                       46904-9005 MISC
------------------------------------------------------------------------------------
ORD DATE SHIP DATE P.O.#   SHIP VIA   FRT F.O.B.       OPR     TERMS        SLM
07/29/05 09/27/05 0550063881VITRAN     C  ORIGIN       dwf     NET 60       041
------------------------------------------------------------------------------------
VENDOR #        CONFIRM TO:                      SHIPPING POINT:
ORDER BY:DAVE DURFEY            FRT FORWARDER:              G/L PER:2005/09
------------------------------------------------------------------------------------
 ORDER   SHIP  BK ORD  UM PRODUCT #  DESCRIPTION       BU UNIT PRICE   EXTENSION
           CUMS= 233220

          THE FOLLOWING ARE STERLING PRODUCTS
    3       3       3C 51-221    U 510S "A" RESIN T LB      3.3100   25172.55
                     (  7605)   W/CARDOLITE 10%     FC:  PC: S
                     CUST PART #:42036
              BATCH: 5HC204             CT QTY:      1   BU QTY:   2535.000
                     CUST PART #:42036
              BATCH: 5HC205             CT QTY:      1   BU QTY:   2535.000
                     CUST PART #:42036
              BATCH: 5JC101             CT QTY:      1   BU QTY:   2535.000


          **SHELF LIFE STARTS FROM DATE OF SHIPMENT**

          ***BILLING DEPT***
          ***DO NOT MAIL INVOICES***


                                  P# 00009777975

                                  SUB TOTAL     25172.55
                                  PLEASE PAY    25172.55
```

```
INVOICE HIST.  CUST #:220158-00019  ORDER #:045830 INVOICE #:267013 DATE:09/22/05
S  DELCO ELECTRONICS              S DELPHI AUTOMOTIVE SYSTEMS *    TYPE W
O  ACCOUNTS PAYABLE               H 601 JOAQUIN CAVAZOS RD         WHSE PDWH1
L  PO BOX 9005                    I DA24                           TAX %   .000
D                                 P F F 27                         CDTX
   KOKOMO  IN                       LOS INDIOS TX                  DISC   .00
   46904-9005                       78567      MISC
-------------------------------------------------------------------------------
ORD DATE SHIP DATE P.O.#   SHIP VIA    FRT F.O.B.      OPR     TERMS      SLM
09/20/05 09/21/05 0550063882CENT TRANS  C  ORIGIN      dwf     NET 60     041
-------------------------------------------------------------------------------
VENDOR #      CONFIRM TO:                 SHIPPING POINT:
ORDER BY:JULIAN GUTTIREZ        FRT FORWARDER:              G/L PER:2005/09
-------------------------------------------------------------------------------
 ORDER   SHIP  BK ORD  UM PRODUCT #  DESCRIPTION        BU UNIT PRICE    EXTENSION
              THE FOLLOWING ARE STERLING PRODUCTS
    1      1        3C 51-221   U 510S "A" RESIN T LB     3.3100    8390.85
                   (  2535)  W/CARDOLITE 10%      FC:  PC: S
                     CUST PART #:42036
              BATCH: 5HC204          CT QTY:      1   BU QTY:   2535.000

        CUMS= 12675

        **SHELF LIFE STARTS FROM DATE OF SHIPMENT**

        ***BILLING DEPT***
        ***DO NOT MAIL INVOICES***

                                        P# 6312597029

                                        SUB TOTAL      8390.85
                                        PLEASE PAY     8390.85
```

```
INVOICE HIST.   CUST #:220158-00014   ORDER #:043386 INVOICE #:267677 DATE:10/05/05
S  DELCO ELECTRONICS            S DELCO DELPHI ELECTRONICS *      TYPE W
O  ACCOUNTS PAYABLE             H FOCUS FACTORY 77 PLANT 6-7-9    WHSE PDWH1
L  PO BOX 9005                  I 2033 EAST BLVD                  TAX %  .000
D                               P DOCK DA01                       CDIN
   KOKOMO  IN                     KOKOMO IN                       DISC   .00
   46904-9005                     46904-9005 MISC
-------------------------------------------------------------------------------
ORD DATE SHIP DATE P.O.#   SHIP VIA    FRT F.O.B.      OPR     TERMS     SLM
07/29/05 10/04/05  0550063881VITRAN    C  ORIGIN       dwf     NET 60    041
-------------------------------------------------------------------------------
VENDOR #        CONFIRM TO:                 SHIPPING POINT:
ORDER BY:DAVE DURFEY          FRT FORWARDER:             G/L PER:2005/10
-------------------------------------------------------------------------------
 ORDER   SHIP  BK ORD  UM PRODUCT #  DESCRIPTION      BU UNIT PRICE    EXTENSION
              CUMS= 238290

         THE FOLLOWING ARE STERLING PRODUCTS
    2      2        3C 51-221    U 510S "A" RESIN T LB    3.3100   16781.70
                   (   5070)    W/CARDOLITE 10%    FC:  PC: S
                   CUST PART #:42036
              BATCH: 5HC205           CT QTY:    1   BU QTY:   2535.000
                   CUST PART #:42036
              BATCH: 5JC100           CT QTY:    1   BU QTY:   2535.000


         **SHELF LIFE STARTS FROM DATE OF SHIPMENT**

         ***BILLING DEPT***
         ***DO NOT MAIL INVOICES***

                                        P# 00009777631

                                        SUB TOTAL    16781.70
                                        PLEASE PAY   16781.70
```