**EXHIBIT C**

# Panasonic

1 01

Panasonic Automotive Systems Co
26455 American Drive
SOUTHFIELD MI   48034
USA

**REMIT TO**
Panasonic Automotive Systems Co
PO BOX 73248
CHICAGO IL   60673-7248
USA

**BILL TO**  120745
DELPHI ELEC & SAFETY (LEGAL)
PO BOX 9005
KOKOMO IN   46904
USA

**SHIP TO**  120403
DELPHI E&S PLANT 10 (TMMI)
1800 E. LINCOLN RD.
KOKOMO IN   46902
USA

**Debit Memo**

| | |
|---|---|
| Page Number | 1 of 1 |
| Invoice Date | 12/20/2005 |
| Terms | CASH IN ADVANCE |
| Payment Due | 12/20/2005 |
| Invoice # | 91368915 |
| Customer # | 120745 |
| Order # | 70029937 |
| Reference # | MCCAM09154 |
| FOB Point | WAREHOUSE |
| Div / SO | 70 / 55 |

PO # 450131299

**Special instructions**
DELPHI PROTOTYPE ORDER MCCAM09154

| Item | Material | Qty UOM | Description | Price | Curr | Price UOM | Value |
|---|---|---|---|---|---|---|---|

000010 **MISC CHARGE/PAEC**    Miscellaneous Charge
               1 EA
   **Plant:** 5629  **Destination:** NA   **MOS:** TRK
   **PO #:**
   **MET #:**
   **BOL #:**
   **Sales person:** 1170 **Carrier:** BEST WAY GROUND
   **Freight Term:** Collect WAREHOUSE

Tax
Misc./Other Charges                                              20,627.00

**Final total**                                                  20,627.00

Tele-#: 248-447-7000                              Fax-#: 248-447-7004

14782

# DELPHI

| | |
|---|---|
| Date: | 8-Sep-2005 |
| PO# | 450131299 |
| Reference # | NB10192866 - PR450769 |
| Toyota Project code: | 180L |
| Trial name: | CV/CF Sample |
| Toyota Part Number: | 86121-0C030   (CD Tuner faceplate) |
| Cost / pcs: | $104.00 |
| QTY: | 145 |
| Sub Total: | $15,080.00 |
| Toyota Part Number: | 86121-0C010   (CDX faceplate) |
| Cost / pcs: | $110.94 |
| QTY: | 50 |
| Sub Total: | $5,547.00 |
| GRAND TOTAL: | $20,627.00 |
| SHIP TO: | Delphi Plant: DA31 |
| | J. Fernando Dominguez 956.228.5844 |
| | 702 Joaquin Cavazos Rd, Los Indios, Tx., 78567 |
| Required Date: | 12-Sep-2005 |
| Delphi Contact: | Jim Pressgrove  x  *J. Pressgrove* |
| Invoice Address | 1800 EAST LINCOLN ROAD - KOKOMO, IN 46904 |

ATTN: ~~KM~~ CARA KRIPE
       CARA CRIPE

Home | About UPS | Contact UPS | Getting Started @ UPS.com





**UPS United States**

Tracking | Support |

Log-In  User ID:    Password:    | Forgot Password    Register

## Tracking

→ **Track by Tracking Number**
› Track by E-mail
› Import Tracking Numbers
→ Track by Reference Number
→ Track by Freight Tracking Number
→ Track by Freight Shipment Reference
→ Track with Quantum View
→ Sign Up for Signature Tracking
→ Void a Shipment
→ Help

### Track by Tracking Number

**View Details**

| | |
|---|---|
| Status: | Delivered |
| Delivered on: | 09/16/2005 9:06 A.M. |
| Signed by: | WAYMIRE |
| Location: | RECEIVER |
| Delivered to: | KOKOMO, IN, US |
| Tracking Number: | 1Z 390 343 01 9762 103 4 |
| Service Type: | NEXT DAY AIR |

**Package Progress:**

| Location | Date | Local Time | Activity |
|---|---|---|---|
| KOKOMO, IN, US | 09/16/2005 | 9:06 A.M. | DELIVERY |
| HAPEVILLE, GA, US | 09/15/2005 | 8:43 P.M. | FORWARDED TO THE FACILITY IN THE DESTINATION CITY |

Tracking results provided by UPS: 04/17/2006 1:24 P.M. Eastern Time (USA)

NOTICE: UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

← Back to Tracking Summary

Home | Shipping | Tracking | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | Tariff | Terms and Conditions of Service

http://wwwapps.ups.com/WebTracking/processRequest    4/17/2006



Home | About UPS | Contact UPS | Getting Started @ UPS.com

**UPS United States**

Tracking

Log-In User ID:    Password:    | Forgot Password    Register

## Tracking

→ Track by Tracking Number
→ Track by E-mail
→ Import Tracking Numbers
→ Track by Reference Number
→ Track by Freight Tracking Number
→ Track by Freight Shipment Reference
→ Track with Quantum View
→ Sign Up for Signature Tracking
→ Void Shipment
→ Help

### Track by Tracking Number

**View Details**

| | |
|---|---|
| Status: | Delivered |
| Delivered on: | 09/21/2005 9:08 A.M. |
| Signed by: | WAYMIRE |
| Location: | DOCK |
| Delivered to: | KOKOMO, IN, US |
| Tracking Number: | 1Z 390 343 01 9451 985 7 |
| Service Type: | NEXT DAY AIR |

**Package Progress:**

| Location | Date | Local Time | Activity |
|---|---|---|---|
| KOKOMO, IN, US | 09/21/2005 | 9:08 A.M. | DELIVERY |

Tracking results provided by UPS: 04/17/2006 1:27 P.M. Eastern Time (USA)

NOTICE: UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

• Back to Tracking Summary

Home | Shipping | Tracking | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started | Site Guide | Advanced Search | UPS | UPS Corporate

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Website Terms of Use | Privacy | Trademarks | Tariff | Terms and Conditions of Service

# Panasonic

1 01

Panasonic Automotive Systems Co
26455 American Drive
SOUTHFIELD MI  48034
USA

**REMIT TO**
Panasonic Automotive Systems Co
PO BOX 73248
CHICAGO IL  60673-7248
USA

**BILL TO**  115677
DELPHI S&I - VANDALIA PLANT (DIP)
MC#146
PO BOX 5051
VANDALIA OH  45377-5051
USA

**SHIP TO**  116867
DELPHI S&I CMM
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567
USA

**Debit Memo**

| | |
|---|---|
| Page Number | 1 of 1 |
| Invoice Date | 02/03/2006 |
| Terms | NET 15 DAYS |
| Payment Due | 02/18/2006 |
| Invoice # | 91397766 |
| Customer # | 115677 |
| Order # | 70031124 |
| Customer PO # | 450109308 |
| FOB Point | WAREHOUSE |
| Div / SO | 70 / 56 |

**Special instructions**
Invoicing Delphi for GMX384 & GMT900 Switch Testers shipped via Fed Ex, 853169530442, on 9/6/05.

| Item | Material | Qty UOM | Description Price | Curr | Price UOM | Value |
|---|---|---|---|---|---|---|

000010 **SAMPLE PART**    GMX384 Switch Tester
       1 EA
  Plant: 5629  Destination: NA  MOS: TRK
  PO  #:
  MET #:
  BOL #:
  Sales person: 1175 Carrier: (WILL CALL)
  Freight Term: Collect WAREHOUSE

000020 **SAMPLE PART**    GMX384 Switch Tester
       1 EA
  Plant: 5629  Destination: NA  MOS: TRK
  PO  #:
  MET #:
  BOL #:
  Carrier: (WILL CALL)
  Freight Term: Collect WAREHOUSE

Tax
Misc./Other Charges                                              35,300.00

**Final total**                                                  35,300.00

Tele-#: 248-447-7000                        Fax-#: 248-447-7004

# DELPHI

_____ Delphi Electronics and Safety

Page 1 of 3

| Buyer: |
|---|
| Delphi Automotive Systems LLC |
| Delphi Electronics & Safety Div |
| P.O. Box 9005 |
| KOKOMO IN 46904-9005 |

| Purchase Order | |
|---|---|
| PO Number | Date Issued |
| 450109308 | 16-Jun-2005 |
| Version | |
| 16-Nov-2006 19:36:32 | |

| Deliver to: |
|---|
| Delphi E & S Vandalia |
| 250 Northwood Blvd |
| VANDALIA OH 45377 |

| MATSUSHITA ELECTRIC CORP OF AMERICA |
|---|
| PANASONIC AUTOMOTIVE ELECTRONICS |
| 1101 JOAQUIN CAVAZOS BLVD |
| LOS INDIOS TX 78567 |

| Vendor No: 1008661 | |
|---|---|
| DUNS No: 787118579 | |
| Payment Terms: ZMN2 | Currency: USD |
| Payment settled on 2nd, 2nd Month | |
| Incoterms: FOB-Freight Collect | |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant Requester | | | |
|---|---|---|---|---|---|---|
| | Description | | | | | |
| 00010 | PR10175392 00010 | 4.000 | DAHQ DELPHI D HEADQUARTERS | | | |
| | SWITCH TESTERS | | ENGHAUSER J | | | |
| | GMX384 TUTD SWITCH TESTERS | | | | | |
| | JIM ENGHAUSER (937)356-2458 | | | | | |
| | PR445438 | | | | | |
| | Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
| | 31-DEC-2006 | 4.000 | 1,860.00 | 1 | PC | 7,440.00 |
| | | | | | USD | 7,440.00 |
| | Net Line Item Value | | | | | |
| 00020 | PR10175394 00010 | 11.000 | DAHQ DELPHI D HEADQUARTERS | | | |
| | SWITCH TESTERS | | ENGHAUSER J | | | |
| | GMT900 SWITCH TESTERS | | | | | |
| | JIM ENGHAUSER (937)356-2458 | | | | | |
| | PR445417 | | | | | |
| | Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
| | 29-JUL-2006 | 11.000 | 2,400.00 | 1 | PC | 26,400.00 |
| | | | | | USD | 26,400.00 |
| | Net Line Item Value | | | | | |
| **Total net value** | | | | USD | | 33,840.00 |

| Purchasing Contact: Ng, Henry(CTL, SW) | Contact Address: |
|---|---|
| Phone: 65-6450-8266 | DELPHI ELECTRONICS & SAFETY |
| Fax: 65-6552-6734 | 501 ANG MO KIO INDUSTRIAL PARK 1, |
| | SINGAPORE 569621 |

Date and Time Printed: 16-Nov-2006 19:36:32

| MATSUSHITA ELECTRIC CORP OF AMERICA<br>PANASONIC AUTOMOTIVE ELECTRONICS<br>1101 JOAQUIN CAVAZOS BLVD<br>LOS INDIOS TX 78567 | **Purchase Order** | |
|---|---|---|
| | PO Number<br>450109308<br>Version<br>16-Nov-2006 19:36:32 | Date Issued<br>16-Jun-2005 |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

**Notes:**
Cancel PO due to overdue more that 6 mths

*******************************************************

IMPORTANT NOTICE TO SUPPLIERS:
PLEASE COMPLY STRICTLY WITH DELPHI'S ENVIRONMENTAL REQUIREMENTS AS STATED IN THE ENVIRONMENTAL REQUIREMENTS FOR CONTRACTORS / SUPPLIERS / VENDORS. A COPY OF THE ENVIRONMENTAL REQUIREMENTS IS AVAILABLE UPON WRITTEN REQUEST TO THE BUYER.
*******************************************************
Delphi requires 100% on time delivery performance from suppliers. If you anticipate problems in delivering materials and/or completing services by the date specified on the Buyer's purchase order, the Delphi Buyer should be notified immediately.
*******************************************************
Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

*******************************************************
Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
*******************************************************
All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material. Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.
*******************************************************
*******************************************************

*******************************************************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
*******************************************************

*******************************************************
DO NOT INVOICE FOR SHIPPED MATERIAL. DELPHI E&S IS 'PAY ON RECEIPT' AND INVOICES ARE NOT REQUIRED.

INVOICES ARE REQUIRED AND MUST BE SUBMITTED FOR SERVICES AND ITEMS WHICH ARE NOT SHIPPED.

# DELPHI
_____ Delphi Electronics and Safety

Page 3 of 3

MATSUSHITA ELECTRIC CORP OF AMERICA
PANASONIC AUTOMOTIVE ELECTRONICS
1101 JOAQUIN CAVAZOS BLVD
LOS INDIOS TX 78567

**Purchase Order**

PO Number: 450109308
Date Issued: 16-Jun-2005
Version: 16-Nov-2006 19:36:32

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

**Notes Continued:**

PLEASE SUBMIT THESE TO:
DELPHI ELECTRONICS & SAFETY
A DIVISION OF DELPHI AUTOMOTIVE SYSTEMS LLC
ATTN: MANUAL RECEIPTS PROCESSING MS-CTA229
P O BOX 9005
KOKOMO, IN 46904-9005
----
YOU MUST PLACE THE FOLLOWING ON YOUR PACKING SLIP:
- PURCHASE ORDER (ONLY ONE PURCHASE ORDER NUMBER PER PACKING SLIP)
- DELPHI-E&S "ITEM IDENTIFICATION NUMBER (ID)" FROM PURCHASE ORDER FOR EACH DELIVERED ITEM
- LIST DELPHI-E&S DESCRIPTION PER PURCHASE ORDER FOR EACH LINE ITEM DELIVERED FOLLOWED BY YOUR DESCRIPTION IF DESIRED.
- EQUIPMENT SERIAL NUMBER(S)

ADDITIONAL PACKING SLIP INFORMATION:
- EACH BOX/CRATE MUST CONTAIN A COMPLETE PACKING SLIP FOR THE ENTIRE DELIVERY
- HIGHLIGHT ON THE PACKING SLIP THE APPLICABLE PURCHASE ORDER ITEM IDENTIFICATION NUMBER FOR EACH ITEM LOCATED IN THE BOX/CRATE
- PACKING SLIP MUST BE ENCLOSED IN A CLEAR PLASTIC ENVELOPE AND AFFIXED TO THE OUTSIDE (WITH A COPY INSIDE) OF EACH BOX/CRATE.
*************************************************
ROUTING: REFER TO ROUTING LETTER DATED 02/13/03 FOR INSTRUCTIONS. CALL DELPHI E&S TRANSPORATION AT (765)451-4078 OR -4079 FOR ADDITIONAL INFORMATION. FREIGHT TERMS ARE 'FOB ORIGIN,FREIGHT COLLECT'. BUYER WILL ONLY PAY FREIGHT CHARGES IF THE SELLER USES THE BUYER SELECTED CARRIER AND SHIPS COLLECT. THE SELLER AGREES TO PAY ALL FREIGHT INVOICES WHEN SELLER DEVIATES FROM BUYER SPECIFIED CARRIER WITHOUT PRIOR APPROVAL FROM DELPHI E&S TRANSPORTATION.

*************************************************

**FedEx Express**

FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

*For invoice # 91397766   2/03/06  #35,300*
*POD 9/05  Pre-Petition*

04/12/2006

Dear Customer:

The following is the proof of delivery you requested with the tracking number **853169530442**.

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery date:** | Sep 9, 2005 09:07 |
| **Signed for by:** | C.PIGG | | |
| **Service type:** | Express Saver | | |



### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 853169530442 | **Ship date:** | Sep 6, 2005 |
| **Recipient:** | | **Shipper:** | |
| VANDALIA, OH US | | HIDALGO, TX US | |
| **Reference** | | EE-5056 | |

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

**EXHIBIT D**

**Delphi Pre-Petition from Edacor**
**UNAUTHORIZED DISCOUNTS**

| DUNS # | Document # | Document Date | Total Amount | Bill Of Lading | Purchase Order # |
|---|---|---|---|---|---|
| RD 608734687 | 'ADMDISCTS1005 | 9/30/2005 | ($1,047.09) | DISCTS1005 | |
| RD 608734687 | 'ADMDISCTS1005 | 9/30/2005 | ($24,595.85) | DISCTS1005 | |
| RD 608734687 | 'ADMDISCTS1005 | 9/30/2005 | ($291.18) | DISCTS1005 | |
| RD 608734687 | 'ADMDISCTS1005 | 9/30/2005 | ($400.86) | DISCTS1005 | |
| RD 608734687 | 'ADMDISCTS1005 | 9/30/2005 | ($21.00) | DISCTS1005 | |
| RD 608734687 | 'ADMDISCTS1005 | 9/30/2005 | ($6,379.00) | DISCTS1005 | |
| RD 608734687 | 'ADMDISCTS1005 | 9/30/2005 | ($2.30) | DISCTS1005 | |
| RD 608734687 | 'ADMDISCTS1005 | 9/30/2005 | ($260.51) | DISCTS1005 | |
| RD 608734687 | 'ADMDISCTS1005VV | 9/30/2005 | ($14.00) | DISCTS1005 | |
| RD 008919813 | 'ADMDISCTS1005 | 9/30/2005 | ($588.46) | DISCTS1005 | |
| | | | **$33,600.25** | | |