## CERTIFICATE OF SERVICE

    **THIS IS TO CERTIFY** that the undersigned served a copy of the foregoing **Response of Panasonic Automatic Systems Company of America, Division of Panasonic Corporation of North America to Debtors' Third Omnibus Claims Objection** by Federal Express to the parties in interest as shown below, at addresses identified in the Notice of Objection to Claim (Dkt. #5452) (the "Notice"), and electronically by the Court's ECF System.

| | |
|---|---|
| Delphi Corporation<br>Attn: General Counsel<br>5725 Delphi Drive<br>Troy, MI 48098 | Davis Polk & Wardwell<br>Attn: Donald Bernstein and Brian Resnick<br>450 Lexington Avenue<br>New York, NY 10017 |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: John Wm. Butler, Jr.<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606 | Latham & Watkins LLP<br>Attn: Robert J. Rosenberg and Mark A. Broude<br>885 Third Avenue<br>New York, NY 10022 |
| Simpson Thacher & Bartlett LLP<br>Attn: Kenneth S. Ziman<br>425 Lexington Avenue<br>New York, NY 10017 | Fried, Frank Harris, Shriver & Jacobson LLP<br>Attn: Bonnie Steingart<br>One New York Plaza<br>New York, NY 10004 |
| Office of the United States Trustee<br>Southern District of New York<br>Attn: Alicia M. Leonhard<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 | |

    In addition, the undersigned submitted a copy, as required by the Notice, by Federal Express to the following:

> The Honorable Robert D. Drain
> United States Bankruptcy Judge
> United States Bankruptcy Court
> Southern District of New York
> One Bowling Green, Room 632
> New York, NY 10004

Dated: New York, New York
         November 22, 2006

                        /s/ Marguerite M. Melvin
                        Marguerite M. Melvin

10288069.1