UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

In re DELPHI CORPORATION, et al.,

                                  Debtors.

----------------------------------------------------------------X

Chapter 11

Case No. 05-44481 (RDD)
(Jointly Administered)

## CERTIFICATE OF SERVICE

       I hereby certify that on November 22, 2006, I electronically filed the New York State Department of Environmental Conservation's Response to Debtors' Third Omnibus Objection to Proofs of Claim Nos. 13776 and 13881 and attached Exhibits, using the ECF system. I further certify that on November 22, 2006, I mailed a copy of the same by UPS overnight service to the following parties, as required by the Debtors' Notice of Objection to Claim:

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Chambers of the Honorable Robert D. Drain
One Bowling Green
New York, New York 10004-1408

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48098

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John Williams Butler, Jr., Esq.
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Simpson Thacher & Barlett, LLP
Attn: Kenneth S. Ziman, Esq.
425 Lexington Avenue
New York, New York 10017

Davis Polk & Wardwell
Attn: Donald Bernstein, Esq.
    and Brian Resnick, Esq.
450 Lexington Avenue
New York, NY 10017

Latham & Watkins LLP
Attn: Robert J. Rosenberg, Esq. and
    Mark A. Broude, Esq.
885 Third Avenue
New York, New York 10022

Fried, Frank, Harris, Shriver & Jacobson LLP
Attn: Bonnie Steingart, Esq.
One New York Plaza
New York, New York 10004

Office of the United States Trustee
Southern District of New York
Attn: Alicia M. Leonard, Esq.
33 Whitehall Street, Suite 2100
New York, New York 10004


Dated: November 22, 2006                s/ William E. Dornbos_____
                                        WILLIAM E. DORNBOS
                                        Assistant Attorney General

                                        Environmental Protection Bureau
                                        New York State Attorney General's Office
                                        120 Broadway, 26th Floor
                                        New York, New York  10271
                                        (212) 416-8483
                                        (212) 416-6007 (fax)
                                        William.Dornbos@oag.state.ny.us