UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re                                             Chapter 11
DELPHI CORPORATION, et al.,                       Case No. 05-44481 (RDD)
Debtors.                                          (Jointly Administered)
:
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2006 I served the following Papers:

Response of Omega Tool Corp. to Debtors' Second Omnibus Objection, (Procedural)

L. & W Engineering Company's Response to Debtors' Second Omnibus Objection, (Procedural)

Android Industries, LLC's Response to Debtors' Second Omnibus Objection, (Procedural)

Response to Richard Janes to Debtor's Objection to Claim,

Response by Tip Engineering Group, Inc. to Debtor's Objection to Claim, and

Objection of L & W Engineering, Co., Omega Tool Corp., Richard Janes, Tip Engineering Group, Inc., Pioneer Automotive Technologies, Inc., Android Industries, LLC, and AI-Shreveport, LLC to the Debtors' Proposed Procedures Governing Hearings Regarding Disallowance or Estimation of Claims

on the following parties at these addresses:

Kenneth S. Ziman, 425 Lexington Ave., New York, NY 10017

John Wm. Butler, Jr., 333 West Wacker Dr., Ste. 2100, Chicago, IL 60606

Delphi Corporation, Attn: General Counsel, 5725 Delphi Dr., Troy, MI 48098

Alicia M. Leonhard, Office of the U.S. Trustee, Southern District of NY, 33 Whitehall St., Ste. 2100, New York, NY 10004

Bonnie Steingart, One New York Plaza, New York, NY 10004

Robert J. Rosenberg, 885 Third Ave., New York, NY 10022

Donald Bernstein, 450 Lexington Ave., New York, NY 10017

{00114257}

by the following means:

Federal Express Next Day Mail

---

/s/ Pamela Jozwiak, Legal Assistant to Ryan Heilman
Ryan D. Heilman (P63952)
Schafer and Weiner, PLLC
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
Telephone: (248) 540-3340
Facsimile: (248) 642-2127

{00114257}