BUCHANAN INGERSOLL & ROONEY PC
One Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 440-4400
Facsimile: (212) 440-4401
E-mail: susan.persichilli@bipc.com
Susan P. Persichilli, Esq. (SP- 0368)

*Attorneys for ATEL Leasing Corporation,
as agent for Eireann II, CAI-UBK Equipment,
CAI-ALJ Equipment, II BU de Mexico
S.A. de C.V .and Eireann* III

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :    Chapter 11
In re:                                                         :
                                                               :    Case No. -05-44481 (RDD)
DELPHI CORPORATION, et al.,                                    :
                                                               :    (Jointly Administered)
                         Debtors.                              :
-------------------------------------------------------------- X

STATE OF NEW YORK       )
                        )ss:    **AFFIDAVIT OF SERVICE BY**
COUNTY OF NEW YORK      )       **FIRST CLASS MAIL**

   **I, ANNALIA R. GONZALEZ**, being duly sworn, deposes and says:

   1. I am not a party to the within action, am over 18 years of age and am employed at Buchanan Ingersoll & Rooney PC, One Chase Manhattan Plaza, 35th Floor, New York, New York 10005.

   That on November 22, 2006, I served a true copy of the **RESPONSE OF ATEL LEASING CORPORATION TO DEBTORS' (I) THIRD OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. § 502(b) and FED. R. BANKR. P. 3007 TO CERTAIN (A) CLAIMS WITH INSUFFICIENT DOCUMENTATION, (B) CLAIMS UNSUBSTANTIATED**

2

**BY DEBTORS' BOOKS AND RECORDS, AND (C) CLAIMS SUBJECT TO MODIFICATION AND (II) MOTION TO ESTIMATE CONTINGENT AND UNLIQUIDATED CLAIMS PURSUANT TO 11 U.S.C. § 502(c)**

    2.   upon:

Delphi Corporation
*Debtor*
5725 Delphi Drive
Troy, Michigan 48098

John Wm. Butler, Jr., Esq.
*Counsel to Debtor*
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Kenneth S. Ziman, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017

Donald Bernstein, Esq.
Brian Resnick, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Robert J. Rosenberg, Esq.
Mark A. Broude, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022

Bonnie Steingart, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004

Alicia M. Leonhard, Esq.
*United States Trustee*
33 Whitehall Street, Sutie 2100
New York, New York 10004

2

by depositing same in postage paid, properly addressed envelope(s) in an official depository under the exclusive care and custody of the United States Postal Service in the Borough of Manhattan, within the City and State of New York.

       /s/  Annalia R. Gonzalez
       Annalia R. Gonzalez

Sworn to before me this
22nd day of November 2006

 /s/  Susan Persichilli
NOTARY PUBLIC
Susan Persichilli
Notary Public, State of New York
No. 01PE4778216
Qualified in New York County
Commission Expires December 31, 2009