# Expense Estimate to cleaning CALE Plant

## SCOPE OF WORK JCI (Total Areas)

1.-Delineation of Impacted Areas (2393 M3)

- \* Environmental samples — $ 20,349 USD
  - 80 samples
  - 1.5 mts depth
- \* Disposal of Lead Impacted Soil — $ 713,200 USD
  - Landfill costs
  - Transportation
- \* Replacement of concrete and asphalt — $ 59,825 USD

**TOTAL  $ 793,374 USD**

\* To include DELPHI's total obligations if JCI accepts the agreement.


