HEARING DATE AND TIME: November 30, 2006 at 10:00 AM
RESPONSE DEADLINE: November 24, 2006 at 4:00 PM

Elena Lazarou
REED SMITH
599 Lexington Ave
New York, NY 10022
Telephone: 212-521-5400
Facsimile:  212-521-5450

Of Counsel

Stephen T. Bobo
SACHNOFF & WEAVER, LTD.
10 South Wacker Drive, 40th Floor
Chicago, IL  60606
Telephone:  312-207-1000
Facsimile:   312-207-6400

Attorneys for Empresas Ca Le Tlaxcala S.A. de C.V.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, et al.,<br><br>                Debtors. | **Chapter 11**<br><br>**Case No. 05-44481 (RDD)**<br><br>**(Jointly Administered)** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 22nd day of November, 2006, a true and correct copy of ***Response of Empresas Ca Le Tlaxcala S.A. de C.V. to Objection of Debtors to Claim No. 15512*** was caused to be served via overnight mail to the parties set forth below.

Dated: New York, New York
November 22, 2006

                                        /s/  Marianne Pichuzhkina_____
                                         Marianne Pichuzhkina

| | |
|---|---|
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Attn: General Counsel | Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606<br>Attn: John Wm. Butler, Jr. |

- 2 -

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Attn: Kenneth S. Ziman

Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
Attn: Donald Bernstein and Brian Resnick

Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Attn: Robert J. Rosenberg and Mark A. Broude

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
Attn: Bonnie Steingart

33 Whitehall Street, Suite 2100
New York, New York 10004
Attn: Alicia M. Leonhard