ALSTON & BIRD LLP
Dennis J. Connolly (DC-9932)
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone (404) 881-7000
Facsimile (404) 881-7777

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
:
In re:                                                    :    Chapter 11
:
DELPHI CORPORATION, *et. al.*,          :    Case No. 05-44481 (RDD)
:
Debtors.                 :    Jointly Administered
-----------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF GEORGIA    )
                                    )    ss:
COUNTY OF FULTON   )

DAVID A. WENDER, having personally appeared before the undersigned officer, duly authorized to administer oaths in the State of Georgia, and having been duly sworn, deposes and states as follows:

1.  I am not a party to this action, am over 18 years of age, and am employed by Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, Georgia 30309-3424.

2.  On the 22nd day of November 2006, I caused true and correct copies of the following documents:

    (a)  **Response of Cadence Innovation LLC to Debtors' Second Omnibus Objection to Claims**

    (b)  **Response of Cadence Innovation LLC to Debtors' Third Omnibus Objection to Claims**

LEGAL02/30164039v1

  (c)  Cadence Innovation LLC's Motion for Relief from the Automatic Stay to Proceed With its Patent Litigation Against the Debtors

  (d)  Objection of Cadence Innovation LLC to Debtors' Motion for Order Pursuant to 11 U.S.C. § 502(B) and 502(C) and Fed. R. Bankr. P. 2002(M), 3007, 7016, 7026, 9006, 9007 and 9014 Establishing (I) Dates for Hearings Regarding Disallowance or Estimation Of Claims And (Ii) Certain Notices And Procedures Governing Hearings Regarding Disallowance or Estimation of Claims

  (e)  Cadence Innovation LLC's Application Pursuant to 11 U.S.C. § 503, for Allowance and Payment of an Administrative Expense Claim

to be delivered via hand delivery to the following:

The Honorable Robert D. Drain
United States Bankruptcy Court
 for the Southern District of New York
One Bowling Green
Courtroom 610
New York, NY 10004

and to be delivered by depositing said copies in the United States Mail, with adequate First Class postage affixed thereon, properly addressed to the parties listed on the Service List attached hereto as Exhibit "A."

  FURTHER AFFIANT SAYETH NOT.

            /s/ David A. Wender
            DAVID A. WENDER

Sworn to and subscribed before me
this 22nd day of November 2006.

/s/ Beverly A. Scott
NOTARY PUBLIC

Commission Expires:

July 14, 2008

- 2 -

LEGAL02/30164039v1

# EXHIBIT "A"

## SERVICE LIST

| | |
|---|---|
| Kenneth S. Ziman<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017 | Delphi Corporation<br>Attn: General Counsel<br>5725 Delphi Drive<br>Troy, MI 48098 |
| Robert J. Rosenberg<br>Mark A. Broude<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022 | John Wm. Butler, Jr.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606 |
| Alicia M. Leonhard<br>Office of the U.S. Trustee<br>Southern District of New York<br>33 Whitehall Street<br>Suite 2100<br>New York, NY 10004 | Donald Bernstein<br>Brian Resnick<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 |
| | Bonnie Steingart<br>Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY 10004 |