UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:                                                                              |
                                                                                        | Chapter 11
DELPHI AUTOMOTIVE SYSTEMS LLC                            |
                                                                                        | Case No. 05-44640
                                                                                        |
                        Debtor.                                              | Jointly Administered
-------------------------------------------------------------------X    **Claim No. 2382**

## WITHDRAWAL OF NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2)

Longacre Master Fund, Ltd. ("Longacre") hereby withdraws its Notice of Transfer of Claim filed on November 3, 2006 pursuant to FRBP 3001 (e)(2).

Longacre further stipulates and requests that all distributions or notices in respect of Claim 2382 be sent to the Transferor at the following address:

>   Constellation New Energy, Inc.
>   750 E. Pratt St., 14th Fl.
>   Baltimore, MD 21202
>   Attn: Jordan Karp, Esq.

This the 22nd day of November 2006.

/s/ Vladimir Jelisavcic
Vladimir Jelisavcic
Longacre Master Fund, Ltd.
810 Seventh Avenue, 22nd Floor
New York, NY 10019
Tel:    212-259-4305
Fax:    212-259-4343