UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                      :
       In re                :     Chapter 11
                      :
DELPHI CORPORATION, et al.,    :     Case No. 05-44481 (RDD)
                      :
                      :     (Jointly Administered)
              Debtors.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

# EXHIBIT D

## TO

## RESPONSE OF ROBERT BOSCH GmbH TO DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS

§ 1    Scope of EP 458796C2 <u>Method for controlling the release of passenger restraint systems</u>

Passenger restraint systems having one centrally located collision sensor perform relatively well in the event of a direct front end or rear end collision but frequently encounter problems with collisions that occur at oblique angles with respect to the longitudinal axis of the vehicle which commonly occur in city traffic. Though presenting an acute danger to the passengers, the passenger restraint system, such as a driver side air bag, is often released too late. As a result, the passenger may strike the steering wheel or dashboard of the vehicle before the air bag is released, thus negating the beneficial effects of the air bag and, indeed, possibly further injuring the passenger.

Some solutions suggest to use two or more acceleration sensors, centralized or decentralized, to overcome this problem. These systems, however, have higher production costs and are susceptible to disturbances.

All these systems have in common that they use a fixed release threshold value. When the value of the signal from the acceleration sensor reaches the value of the release threshold, the restraint system is actuated.

The idea of EP 458,796 is to change the release threshold during a collision with respect to time. Due to the type and severity of the crash, the acceleration will develop to quite different degrees the time flow of the collision which is measured by means of an acceleration signal. The release threshold will be adjusted accordingly. With this method it is possible to actuate the restraint system in a timely manner while using only one acceleration sensor.


§ 2    <u>What is claimed</u>

Process for triggering restraining means in the case of a safety system for vehicle occupants, in which process

a)  an acceleration signal is measured,

b)  the said acceleration signal is converted by integration with respect to time into a speed, and

c)  in which process at least one threshold value can be predetermined for the speed in order to form a triggering criterion, characterized in that the threshold value used as the triggering criterion can be varied as a function of one or more state variables of the vehicle derived from the crash process

d)  wherein one state variable is at least the mean value of the acceleration signal.

One advantage of the method of the present invention is that by adjusting the release threshold value with respect to the value of the integrated acceleration signal, the release threshold value can be lowered while the integrated acceleration signal gradually increases. Thus, when the integrated acceleration signal reaches a level which is sufficiently dangerous to the passengers, the restraint system can be rapidly released because the release threshold value is maintained relatively close to the integrated acceleration value. Therefore, during oblique impact collisions, where the acceleration signal usually increases more gradually than with direct front end or rear end collisions, a passenger restraint system can be rapidly and accurately released.


§ 3    <u>Indications of infringement by Delphi products</u>

All Delphi's Sensing and Diagnostic Modules (SMD) features an

"Algo-S<sup>SM</sup> severity-based algorithm"

(see e.g. Appendix H).

It is the characteristic of the algorithm to adjust the release threshold during the crash depending how the crash is evolving.
As Delphi states in its own documents (Appendix I), this algorithm is "flexible" and make use of the velocity change during a crash and the mean value (Filtered Accel 100Hz) of the acceleration signal.
Therefore all Delphi's Sensing and Diagnostic Modules make use of Bosch patent EP 458796C2 .



(19) Europäisches Patentamt
European Patent Office
Office européen des brevets



(11) Veröffentlichungsnummer: **0 458 796 B2**

(12)

# NEUE EUROPÄISCHE PATENTSCHRIFT

(45) Veröffentlichungstag der neue Patentschrift:
**17.05.95**

(51) Int. Cl.⁶: **B60R 21/32**

(21) Anmeldenummer: **90901757.6**

(22) Anmeldetag: **27.01.90**

(86) Internationale Anmeldenummer:
**PCT/DE90/00048**

(87) Internationale Veröffentlichungsnummer:
**WO 90/09298 (23.08.90 90/20)**

(54) **VERFAHREN ZUR AUSLÖSUNG VON RÜCKHALTEMITTELN.**

(30) Priorität: **18.02.89 DE 3905052
25.07.89 DE 3924507**

(43) Veröffentlichungstag der Anmeldung:
**04.12.91 Patentblatt 91/49**

(45) Bekanntmachung des Hinweises auf die
Patenterteilung:
**11.11.92 Patentblatt 92/46**

(45) Bekanntmachung des Hinweises auf die
Entsheidung über den Einspruch:
**17.05.95 Patentblatt 95/20**

(84) Benannte Vertragsstaaten:
**DE FR GB IT SE**

(56) Entgegenhaltungen:
**EP-A- 0 064 888        EP-A- 0 292 669
EP-A- 0 327 853        EP-A- 0 342 401
WO-A-88/00146        WO-A-88/07461
DE-A- 2 123 359        DE-A- 3 816 588
DE-C- 3 413 768        FR-A- 2 139 944
FR-A- 2 184 307        FR-A- 2 553 508**

(73) Patentinhaber: **ROBERT BOSCH GMBH
Postfach 30 02 20**

**D-70442 Stuttgart (DE)**

(72) Erfinder: **MATTES, Bernhard
Querstrasse 41
D-7123 Sachsenheim 1 (DE)**
Erfinder: **NITSCHKE, Werner
Rosseger Weg 14
D-7257 Ditzingen 1 (DE)**
Erfinder: **KUEHN, Willi
Gartenstrasse 32
D-7145 Markgröningen (DE)**
Erfinder: **DROBNY, Wolfgang
Flurweg 5
D-7122 Besigheim (DE)**
Erfinder: **WELLER, Hugo
Moerikestrasse 5
D-7141 Oberriexingen (DE)**
Erfinder: **TAUFER, Peter
Talstrasse 45
D-7253 Renningen 2 (DE)**
Erfinder: **JEENICKE, Edmund
Stuttgarter Strasse 102
D-7141 Schwieberdingen (DE)**
Erfinder: **REISCHLE, Klaus
Waldstrasse 13
D-7257 Ditzingen-Schoeckingen (DE)**

EP 0 458 796 B2

EP 0 458 796 B2

Erfinder: **HENNE, Michael**
**Schloss-Strasse 24**
**W-7257 Ditzingen-Schoeckingen (DE)**
Erfinder: **BURGER, Wilfried**
**Bahnhofstrasse 97**
**D-7254 Hemmingen (DE)**

## Beschreibung

### Stand der Technik

Die Erfindung geht aus von einem Verfahren zur Auslösung von Rückhaltemitteln nach dem Oberbegriff des Anspruchs 1. Solche Verfahren sind aus 1141 Ingénieurs de l'Automobile (1982) No. 6, S. 69-72, bekannt. Rückhaltesysteme mit lediglich einem, zentral angeordneten Aufprallsensor erfüllen ihre Aufgabe hervorragend bei einem Frontal- oder Heckaufprall. Probleme ergeben sich jedoch bei den im heutigen Stadtverkehr relativ häufig auftretenden Kollisionen mit schrägem Aufprallwinkel, da hier trotz einer akuten Gefahr für die Fahrzeuginsassen die Rückhaltemittel zu spät aktiviert werden. Um diesen Mängeln abzuhelfen und die Erkennung von in Schrägrichtung verlaufenden Kollisionen zu verbessern, sind weiterhin Rückhaltesysteme bekannt, z.B. (EP-A-0 292 669, DE-OS 22 40 389), die zwei Beschleunigungssensoren umfassen, deren Empfindlichkeitsachsen winklig zur Fahrzeuglängsachse angeordnet sind. Nachteilig ist hierbei der vergleichsweise hohe technische Aufwand zur Verkabelung der Sensoren, der kostensteigernd wirkt. Schließlich sind auch Rückhaltesysteme mit einer Mehrzahl von dezentral im Fahrzeug angeordneten Sensoren bekannt, die ebenfalls einen hohen Verkabelungsaufwand erfordern und zudem im praktischen Betrieb sehr störanfällig sind. Überdies sind bei allen bisher bekannten Systemen mit dezentraler Anordnung zusätzlicher Sensoren lediglich mechanische Schalter verwendet worden, deren Funktionsfähigkeit im praktischen Betrieb des Kraftfahrzeugs nicht ohne weiteres überprüfbar ist.

Aus FR-A-2 184 307 ist eine Sicherheitseinrichtung für Fahrzeuginsassen bekannt, die einen Beschleunigungssensor, einen Verstärker für das Ausgangssignal des Beschleunigungssensors, eine erste Schwellwertschaltung, eine Integrationsschaltung und eine zweite Schwellwertschaltung, sowie ein UND-Verknüpfungsglied umfaßt, dessen erstem Eingangsanschluß das Ausgangssignal des zweiten Schwellwertschalters zugeführt ist. Weiter umfaßt die Sicherheitseinrichtung eine dritte Schwellwertschaltung, der eingangsseitig das Ausgangssignal des Verstärkers zugeführt ist und deren Ausgangssignal wiederum am zweiten Eingangsanschluß des UND-Verknüpfungsgliedes liegt. Eine Änderung der Schwellwerte dervorerwähnten Schwellwertschalter ist nicht vorgesehen.

Aus WO-A-88/00146 ist weiter eine Vorrichtung zum Auslösen von Insassenschutzsystemen bekannt, die einen Beschleunigungsaufnehmer, einen Hochpass, einen Integrator, einen den Auslöseschwellwert für die Sicherungsmittel festlegenden ersten Schwellwertschalter und einen zweiten

Schwellwertgeber umfaßt. Der Eingangsanschluß dieses zweiten Schwellwertgebers ist mit dem Ausgangsanschluß des Integrators verbunden, während der Ausgangsanschluß des ersten Schwellwertgebers an einen am Eingangsanschluß des Integrators liegenden Summationspunkt geführt ist. Der zweite Schwellwertgeber erzeugt ein Ausgangssignal, das eine untere Integrationsschwelle des Integrators beeinflußt.

### Vorteile der Erfindung

Das erfindungsgemäße Verfahren mit den kennzeichnenden Merkmalen des Anspruchs 1 hat demgegenüber den Vorteil, daß bei einem Rückhaltesystem mit nur einem zentral angeordneten Sensor auch die Fahrzeuginsassen gefährdende Schräg-, Offset- und Polaufprallsituationen zuverlässig erkannt werden und die Rückhaltemittel rechtzeitig ausgelöst werden können. In den Unteransprüchen werden Weiterbildungen des Verfahrens angegeben.

### Zeichnung

Die Erfindung ist anhand von in der Zeichnung dargestellten Ausführungsbeispielen in der nachfolgenden Beschreibung näher erläutert Es zeigen Figur 1 in einem Diagramm die Geschwindigkeitsverminderung als Funktion der Zeit, Figur 2 in Gestalt einer schematischen Kennlinie den Integrationswert als Funktion des Beschleunigungswertes, Figur 3 bis Figur 8 Diagramme mit Darstellungen der Geschwindigkeitsänderung als Funktion der Zeit,Figur 9 in einem Diagramm die Abhängigkeit eines Schwellwertes von der Beschleunigung,Figur 10 bis Figur 13 Diagramme mit Darstellungen der Geschwindigkeitsänderung als Funktion der Zeit, Figur 14 bis Figur 16 Diagramme zur Darstellung der Beschleunigung als Funktion der Zeit, Figur 17 ein Beschleunigungs-Zeit-Diagramm beim Überfahren eines Eisenbahngleises und Figur 18 und Figur 19 Diagramme mit Darstellung der Geschwindigkeitsänderung als Funktion der Zeit.

### Beschreibung der Ausführungsbeispiele

Figur 1 zeigt in einem Diagramm die Geschwindigkeitsverminderung DV eines Fahrzeugs als Funktion der Zeit, die beispielsweise bei einer Fahrzeugkollision anläßlich eines Verkehrsunfalls auftritt. Die Geschwindigkeitsänderung wird durch Integration der von einem Sensor, beispielsweise einem Beschleunigungsaufnehmer erfaßten Beschleunigung gewonnen. Die in dem Diagramm punktiert dargestellte Kurve entspricht einem Aufprall in Längsachsenrichtung des Fahrzeugs, die einer Geschwindigkeitsänderung von etwa 14,3 km

pro Stunde in einem Zeitraum von 120 ms nach
Beginn der Kollision entpricht. Diese Unfallsituation
soll noch nicht zu einer Auslösung führen, da keine
nennenswerte Gefahr für die Insassen besteht. Die
ausgezogene Kurve dagegen, die bei einem
Schrägaufprall mit Stoßwinkel von 30° in bezug
auf die Fahrzeuglängsachse entsteht,entspricht ei-
ner Geschwindigkeitsänderung von ca. 26 km pro
Stunde innerhalb einer Zeit von 120 ms nach Kol-
lisionsbeginn und sollte unbedingt zu einem Auslö-
sen des Rückhaltesystems führen. Nachteilig bei
bekannten Systemen ist, daß gerade beiderartigen
Kollisionen mit Schrägaufprall gefährliche Situatio-
nen von dem lediglich in Längsachsenrichtung des
Fahrzeug empfindlichen Sensor zu spät erkannt
werden, mit der Folge, daß eine Auslösung des
Rückhaltesystems in der Regel zu spät erfolgt, so
daß kein wirksamer Schutz mehr gewährleistet wer-
den kann.

Eine Verbesserung des Auslöseverhaltens
kann nun gemäß der Erfindung dadurch erreicht
werden, daß eine in dem Rückhaltesystem vorge-
sehene Integrationseinrichtung für die Geschwin-
digkeitsänderung bzw. Beschleunigung (DV-Inte-
grator) nicht die vom Beschleunigungssensor abge-
gebenen Beschleunigungswerte integriert, sondern
Werte, die nach Art einer Kennlinie oder eines
Kennlinienfeldes den Ausgangssignalen des Be-
schleunigungssensors zugeordnet sind. Ein Muster-
beispiel einer solchen Zuordnung geht aus der
Darstellung in Figur 2 hervor, die in Gestalt einer
schematischen Kennlinie dem Integrationswert als
Funktion des Beschleunigungswertes a wiedergibt.
Die Erfindung geht hierbei von der Erkenntnis aus,
daß durch das in der Kennlinie erkennbare über-
proportionale Bewerten von größeren Beschleuni-
gungswerten, z.B. durch eine quadratische Bewer-
tung einer hohen Beschleunigung, entsprechende
Ausgangswerte des Beschleunidungssensors viel
stärker integriert werden als dies bei einer propor-
tionalen Bewertung (entspricht einer linearen Kenn-
linie) der Fall wäre. Dadurch kann auch bei sehr
schnell ablaufenden Crashsituationen durch die da-
bei auftretenden großen Beschleunigungsamplitu-
den und entsprechend große Amplitudenwerte des
Ausgangssignals des Beschleunigungssensors der
DV-Integrator sehr schnell anwachsen. Ein notwen-
digerweise sehr schnelles Auslösen kann somit bei
sehr schnellen Crashvorgängen rechtzeitig erfol-
gen. Auf langsame Crashvorgänge wird dabei
durch entsprechende Gestaltung der Kennlinie kein
Einfluß genommen. Somit kann die Auslöseem-
pfindlichkeit von Rückhaltesystemen auf ver-
gleichsweise einfache Art in schnellen Crashvor-
gängen und langsamen Crashvorgängen unter-
schiedlich eingestellt werden.

Bei bekannten Rückhaltesystemen werden die
Rückhaltemittel aktiviert, wenn das aufintegrierte

Ausgangssignal (Beschleunigungssignal) des Be-
schleunigungssensors eine vorgebbare feste
Schwelle, die sogenannte DV-Schwelle, überschri-
tet. Diese aufintegrierte Beschleunigung stellt die
Geschwindigkeitsänderung gerechnet vom Beginn
der Aufprallsituation dar. Die Zeit, die dieses DV-
Integral benötigt, um die DV-Schwelle zu erreichen,
wurde bisher bei herkömmlichen Rückhaltesyste-
men nicht berücksichtigt.Die Erfindung zeigt nun
Wege auf, wie durch Berücksichtigung auch dieses
Zeitverhaltens Rückhaltesysteme für Fahrzeugin-
sassen noch wirksamer gestaltet werden können.

Eine erste Methode, die Zeit in das Auslösekri-
terium einzubeziehen, besteht darin, die DV-
Schwelle als Funktion der Zeit darzustellen, wobei
die Zeit ab einem gewissen minimalen DV-Integra-
torstand oder ab einem besonderen Merkmal der
Beschleunigung oder deren erstem Integral läuft.
Eine besondere Funktionsabhängigkeit des Auslö-
sekriteriums von der Zeit könnte aus der Beobach-
tung des Quotienten Konstante/t gewonnen werden.
In einem alternativen Ausführungsbeispiel kann die
DV-Schwelle nicht nur in Abhängigkeit von der
abgelaufenen Zeit, sondern auch in Abhängigkeit
von dem kumulierten DV-Integratorstand, beispiels-
weise auch vom Quotienten DV-Integrator/t beein-
flußt werden. Der Letztgenannten Quotient stellt die
mittlere Geschwindigkeitsveränderung oder die
Verzögerung dar.

In einer weiteren Alternative kann statt der vor-
stehend erwähnten DV-Schwelle das DV-Integral
selbst in Abhängigkeit von der abgelaufenen Zeit
vergrößert oder verkleinert werden, wobei die DV-
Schwelle selbst in diesem Fall konstant bleibt.

Die vorstehend nur kurz angesprochenen Zu-
sammenhänge werden im Folgenden wieder unter
Bezugnahme auf die Zeichnungen näher erläutert.
Befindet sich der DV-Integrator zwischen zwei Inte-
gratorwerten, also innerhalb eines Bereiches oder
eines Bandes des DV-Integrator-Wertebereichs, so
wird auf die DV-Schwelle Einfluß genommen. Der
Bereich oder das Band des DV-Integrator-Werte-
reichs kann in einem ersten Ausführungsbeispiel
über die Zeit als konstant angesehen werden. Al-
ternativ kann der Bereich als Funktion der Zeit t,
der DV-Grundschwelle und/oder des DV-Integrators
angesehen werden. Das bedeutet, daß beispielswe-
se die Bandbreite über der Zeit konstant bleiben
kann, ebenso wie es möglich ist, daß sich die
Bandbreite über die Zeit etwa trompetenförmig auf-
weiten als auch einengen kann, ebenso wie es
möglich ist, daß sowohl die untere Grenze als auch
obere Grenze des Bereichs eine allgemeine Funk-
tion über der Zeit der DV-Grundschwelle und des
DV-Integrators sein können. Die vorstehend er-
wähnte Einflußnahme auf die DV-Schwelle inner-
halb des soeben definierten Bereiches kann eine
beliebige Funktion der Zeit, der DV-Grundschwelle

5                    EP 0 458 796 B2                    6

und des DV-Integrators selbst sein. Ist beispielsweise der DV-Integrator unterhalb des unteren Wertes, der den genannten Bereich begrenzt, so wird die DV-Schwelle auf den Wert einer ursprünglichen DV-Grundschwelle eingestellt. Ist dagegen der DV-Integrator oberhalb des oberen Wertes, der den genannten Bereich begrenzt, so bleibt die DV-Schwelle vorzugsweise auf dem Wert, der als letzter durch diese Maßnahme eingestellt wurde. Ein erstes Ausführungsbeispiel in diesem Zusammenhang wird nun anhand von Figur 3 erläutert. In diesem Ausführungsbeispiel hat der Bereich oder das Band des DV-Integrator-Wertebereichs eine konstante Breite, nämlich zwischen den Werten DV1 bis DV2, die von der Zeit bzw. von anderen Parametern unabhängig ist. Zum Zeitpunkt T0 ist eine relativ hohe DV-Schwelle, nämlich die DV-Grundschwelle DVG gesetzt. Der im Diagramm treppenförmig dargestellte DV-Integrator DVI läuft mit zunehmender Zeit t hoch und tritt zum Zeitpunkt T1 nach Überschreiten des unteren Schwellwertes DV1 in den Bereich oder das Band des DV-Integrators-Wertebereichs ein, in dem Einfluß auf die DV-Schwelle genommen werden soll. Befindet sich nun der DV-Integrator DVI innerhalb des durch die Schwellwerte DV1, DV2 begrenzten Wertebereichs, wird die DV-Schwelle DV ausgehend von der DV-Grundschwelle DVG als Funktion der Zeit bis zu einem vorgebbaren Minimalwert abgesenkt. In dem Ausführungsbeispiel nach Figur 3 erfolgt das Absenken der DV-Schwelle mit einem linearen Verlauf, der etwa durch die Beziehung

DV - Schwelle = DV - Grundschwelle (1 - p t)

charakterisiert werden kann. Gemäß Figur 3 wird die DV-Grundschwelle entsprechend der vorstehend erwähnten Beziehung solange linear abgesenkt, bis der DV-Integrator DVI den DV-Integrator-Wertebereich durch Überschreiten der oberen Schwelle DV2 wieder verlassen hat oder sich die DV-Schwelle auf einen Minimalwert einstellt. Die DV-Grundschwelle behält dann diesen zum Zeitpunkt T2 erreichten minimalen Wert DVGU bei. Sinn der zuvor erläuterten Maßnahme ist es, DV-Integrator-Verläufe, welche sich speziell bei Schrägaufprallsituationen (etwa (±10° - 30°) in bezug auf die Fahrzeuglängsachse) über eine relativ lange Zeit innerhalb einesvorgebaren Wertebereichs DV1, DV2 befinden, so auszuwerten, daß sich eine Verschärfung der Auslösebereitschaft durch das Absenken der DV-Schwelle vom relativ hohen Wert der DV-Grundschwelle DVG auf den niedrigeren Wert DVGU ergibt. Dabei stört es nicht, daß sich DV-Integrator-Verläufe ebenso bei vergleichsweise langsamen Frontalaufprallsituationen in dem zuvor definierte Bereich DV1,DV2 befinden, in denen bei derartigen Frontalaufprallsituationen

keine Auslösung der Rückhaltemittel gewünscht ist. Bei den letztgenannten Crashsituationen treten typischerweise kleine und relativ kurze Beschleunigungsabläufe auf, die bei den hier aufgezeigten Maßnahmen nicht zu einer Auslösung der Rückhaltemittel führen. Somit kann hierdurch die Auslöseempfindlichkeit für langsame Frontalaufprallsituationen und langsame Schrägaufprallsituationen unterschiedlich eingestellt werden.

In einem weiteren Ausführungsbeispiel der Erfindung wird gemäß Figur 4 der DV-Integrator-Wertebereich DV1, DV2 nicht über die Zeit konstant gehalten, sondern mit zunehmender Zeit verbreitert. Diese Verbreiterung erfolgt gemäß dem in Figur 4 dargestellten Ausführungsbeispiel insbesondere dadurch, daß zum Zeitpunkt T1, an dem der DV-Integrator durch Überschreiten des unteren Schwellwertes DV1 in den DV-Integrator-Wertebereich eindringt, sich der obere Schwellwert DV2 des DV-Integrator-Wertebereichs vergrößert. In dem in Figur 4 dargestellten Ausführungbeispiel erfolgt diese Vergrößerung etwa nach einer linearen Funktion der Zeit t. Ebenso wie im Ausführungsbeispiel gemäß Figur 3 wird, beginnend zum Zeitpunkt T1, an dem also der DV-Integrator durch Überschreiten der unteren Schwelle DV1 in den Bereich DV1, DV2 eindringt, die DV-Schwelle DV ausgehend von der DV-Grundschwelle DVG mit einem vorzugsweise linearen Verlauf bis zum Minimalwert DVGU abgesenkt. Dieser Minimalwert DVGU wird dann erreicht, wenn der DV-Integrator durch Überschreiten der oberen Schwelle DV2 den Wertebereich DV1, DV2 wieder verläßt (Zeitpunkt T2). Auch durch die zuvor erläuterte Maßnahme wird eine erhebliche Verschärfung der Ansprechempfindlichkeit der Rückhaltemittel erreicht, so daß auch bei schwierigen Schrägaufprallsituationen eine optimale Auslösung der Rückhaltemittel zum Schutz der Fahrzeuginsassen gewährleistet ist.

In dem weiteren Ausführungsbeispiel der Erfindung nach Figur 5 erreicht der DV-Integrator DVI den unteren Grenzwert DV1 des vorgebbaren DV-Integrator-Wertebereichs zum Zeitpunkt T1, wodurch ein Absenken der DV-Schwelle vom relativ hohen Wert der DV-Grundschwelle DVG veranlaßt wird. Allerdings ist DV-Grundschwelle nicht mehr ausschließlich von der Zeit t abhängig sondern zusätzlich vom jeweils aktuellen Stand des DV-Integrators DVI, wodurch sich eine weitere Verfeinerung des Ansprechverhaltens des Rückhaltesystems ergibt. Die DV-Schwelle wird wiederum bis zu einem vorgebbaren Minimalwert DVGU abgesenkt, der dann erreicht wird, wenn der DV-Integrator durch Überschreiten/der oberen Schwelle DV2 zum Zeitpunkt T2 den DV-Integrator-Wertebereich DV1, DV2 verläßt.

In einem weiteren Ausführungsbeispiel nach Figur 6 erweitert sich, ähnlich wie in dem Ausfüh-

7   EP 0 458 796 B2   8

rungsbeispiel nach Figur 4 der DV-Integrator-Wertebereich DV1, DV2 mit zunehmender Zeit t, da sich der obere Schwellwert DV2 als Funktion der Zeit vergrößert. Die Zeitabhängigkeit des oberen Schwellwertes DV2 beginnt zum Zeitpunkt T1, an dem der DV-Integrator-DVI den unteren Schwellwert DV1 überschreitet. Ebenfalls zu diesem Zeitpunkt wird wiederum der DV-Schwellwert ausgehend von der relativ hohen DV-Grundschwelle DVG abgesenkt, wobei sich diese Absenkung näherungsweise durch folgenden Ausdruck darstellen läßt

DV - Schwelle = (DV - Integrater/t Konst 1) + Konst 2

Zum Zeitpunkt T2, an dem der DV-Integrator DVI den vorgegebenen DV-Integrator-Wertebereich DV1, DV2 verlassen hat, DV-Schwelle ihren geringsten Wert, also DVGU, an. Unterschreitet der Integrator DVI den DV-Integrator-Wertebereich DV1, DV2, so nimmt die DV-Schwelle wieder den Wert der DV-Grundschwelle DVG an.

Das Ausführungsbeispiel der Erfindung gemäß Figur 7 unterscheidet sich von den zuvor beschriebenen Ausführungsbeispielen dadurch, daß auch die untere Schwelle DV1 des DV-Integrator-Bereichs DV1, DV2, ebenso wie die obere Schwelle DV2 ab dem Zeitpunkt T1 eine Zeitabhängigkeit zeigt. So kann beispielsweise die untere Schwelle DV1 ab dem Zeitpunkt T1 dargestellt werden als

DV1 (t) = n t + K2,

während die oberen Schwelle DV2 sich als

DV2(t) = mt + K1

darstellen läßt. Beide Grenzen DV1, DV2 des DV-Integrator-Wertebereichs DV1, DV2 zeigen also eine lineare Zeitabhängigkeit, da ihr Verlauf durch die vorstehend wiedergegebenen Geradengleichungen darstellbar ist. In den vorgenannten Gleichungen sind mit m, n die Steigungen der Geraden bezeichnet, während die Ausdrücke K1, K2 Konstanten darstellen. Wie in dem anhand von Figur 6 beschriebenen Ausführungsbeispiel wird, beginnend mit dem Zeitpunkt T1, d.h. beginnend mit dem Eintritt des DV-Integrators DVI in den vorgegebenen Wertebereich der DV-Grundschwelle DVG bis zu einem vorgebbaren Minimalwert DVGU abgesenkt. Auch dieses Ausführungsbeispiel ermöglicht es, die Auslöseempfindlichkeit an die besonderen Probleme des Schrägaufpralls anzupassen, so daß sich ein optimaler Schutz für die Fahrzeuginsassen erreichen läßt.

In dem weiteren Ausführungsbeispiel nach Figur 8 überschreitet der DV-Integrator DVI zum Zeitpunkt T1 den Schwellwert DV1, unterschreitet diesen aber während eines längeren Zeitraums nicht mehr. Wenn jedoch andererseits festgestellt wird, daß der DV-Integrator DVI die für das Auslösen der Rückhaltemittel gesetzte Schwelle DVG1 innerhalb einer vorgegebenen Zeit nach Überschreiten des DV1-Schwellwertes nicht erreicht, wird zum Zeitpunkt T2 die DV-Grundschwelle DVG1 auf eine weniger empfindliche DV-Grundschwelle DVG2 angehoben. Die wirksame Zeit dieser Anhebung kann sowohl von einem Zeitglied als auch vom Überschreiten bzw. Unterschreiten von DV-Schwellen (z. B. DV1) in Zusammenwirkung mit Zeiten bestimmt werden. Dies kommt einer Verminderung der Auslösebereitschaft gleich. Dieses Zeitglied bewirkt, daß die verminderte Auslösebereitschaft über einen vorgebbaren Zeitraum etwa vom Zeitpunkt T2 bis zum Zeitpunkt T3 aufrechterhalten und erst zum Zeitpunkt T3 die Empfindlichkeit wieder auf den geringeren Schwellwert DVG1 abgesenkt wird. Das Wiederanheben der Empfindlichkeit auf den Schwellwert DVG1 kann unmittelbar nach Ablauf des Zeitgliedes zum Zeitpunkt T3 erfolgen; alternativ kann die Rückkehr zu der empfindlicheren Schwelle DVG1 gegebenenfalls auch mit einer bestimmten Zeitabhängigkeit, beispielsweise mit einem linearen Verlauf als Funktion der Zeit, erfolgen. Das Zeitglied kann beispielsweise durch einen Zähler realisiert werden, der zum Zeitpunkt T2 gestartet und bei Erreichen eines der gewünschten Zeitverzögerung entsprechenden Zählerstandes, also beispielsweise zum Zeitpunkt T3, gestoppt wird. Sinn dieser Maßnahme entsprechend dem vorstehend erläuterten Ausführungsbeispiel ist es, DV-Integrator-Verläufe, welche sich über eine relativ lange Zeit auf einem niedrigen Niveau, jedoch oberhalb eines ersten DV-Schwellwertes, hier DV1, befinden, so zu interpretieren, daß zwar eine kontinuierliche Verzögerung anliegt, diese jedoch zu gering ist, um die Rückhaltesysteme anzusteuern. Angestrebt wird also eine weniger empfindliche Reaktion der Rückhaltemittel. Beispielsweise ist das Verfahren gemäß Ausführungsbeispiel zu Figur 8 dann zweckmäßig einsetzbar, wenn eine Bremsung auf einer Schlechtwegstrecke durchgeführt wird. Dabei kann es vorkommen, daß sich der DV-Integrator langsam hochschaukelt, ohne daß jedoch eine die Insassen gefährdende Situation vorliegt. Ebenso wirkt sich dieses Verfahren positiv aus bei langsamen Crashvorgängen, bei welchen zwar eine Auslösung der Rückhaltemittel stattfinden würde, jedoch die Aktivierung der Rückhaltemittel zu spät käme, um noch zum Schutz der Fahrzeuginsassen beitragen zu können. Bei einer zu späten Auslösung ist nämlich eine für den sinnvollen Einsatz von Rückhaltemitteln maximal zulässig Vorverlage-

6

9                                        EP 0 458 796 B2                                        10

rung der Fahrzeuginsassen bereits überschritten. Beispielsweise wäre eine Aktivierung des Airbags nicht mehr sinnvoll, wenn ein Körperteil eines Fahrzeuginsassen bereits auf das Lenkrad des Fahrzeug aufgeschlagen ist. Durch das Anheben der DV-Schwelle auf einen weniger empfindlichen Wert DVG2 kann somit eine nicht mehr sinnvolle Auslösung von Rückhaltemitteln verhindert werden, um dadurch eine zusätzliche Gefährdung der Fahrzeuginsassen durch die Rückhaltemittel selbst zu vermeiden.

Eine weitere vorteilhafte Ausgestaltung der Erfindung wird anhand von Figur 9 erläutert. Eine weitere Verbesserung des Auslöseverhaltens der Rückhaltemittel wird dadurch erreicht, daß die DV-Schwelle schon von den vom Beschleunigungssensor erfaßten Beschleunigungswerten abhängig gemacht wird. Dies kann beispielsweise dadurch erreicht werden, daß jedem vom Beschleunigungssensor erfaßten Beschleunigungswert über eine wählbare Kennlinie ein bestimmter DV-Schwellwert zugewiesen wird. Die DV-Schwellwerte lassen sich demzufolge also als Funktion der Beschleunigung a darstellen. Zur Erläuterung dieses Sachverhalts zeigt Figur 9 die Darstellung der DV-Schwellen-Kurve als Funktion der Beschleunigung a. Weiter wird zur Erläuterung auch auf Figur 14 verwiesen, die die Beschleunigung a als Funktion der Zeit t darstellt und damit praktisch das Ausgangssignal des Beschleunigungssensors wiedergibt.

In dem Beispiel gemäß Figur 9 wird die Auslöseschwelle bis zu einer Beschleunigung as, welche nach Figur 14 zum Zeitpunkt T1 erreicht wird, auf einem konstanten Wert gehalten und für größere Beschleunigungen abgesenkt.

Im Ausführungsbeispiel nach Figur 9 sind dazu zwei Alternativen dargestellt. Die gestrichelte Linie stellt eine Gerade dar, repräsentiert also eine lineare Absenkung des DV-Schwellwerts als Funktion der Beschleunigung. Gemäß Figur 14 wird zum Zeitpunkt T2 ein Beschleunigungswert a2 ermittelt. Gemäß der in Figur 9 dargestellten linearen Kurve wird diesem Beschleunigungswert a2 ein DV-Schwellwert DV2 zugeordnet. Als weitere Alternative kann der DV-Schwellwert in einer nichtlinearen Beziehung vom Beschleunigungswert a abhängig gemacht werden. Das wird anhand der in Figur 9 dargestellten ausgezogenen Kurve bildhaft erläutert. Ein abgesenkter DV-Schwellwert DV2 wird hier bereits bei einer relativ niedrigen Verzögerung a1 erreicht. Bei dem Beschleunigungswert a2 liegt eine bereits sehr stark abgesenkte DV-Schwelle DV3 vor.

Durch die vorbeschriebene Maßnahme wird bei großen Beschleunigungswerten a sehr viel leichter die für die Auslösung der Rückhaltemittel notwendige Überschreitung der DV-Schwelle möglich, als bei entsprechend kleineren Bleschleunigungswer-

ten. Ein notwendigerweise sehr schnelles Auslösen kann somit bei sehr schnellen Crashverläufen noch rechtzeitig erfolgen. Auf langsame Crashvorgänge wird bei entsprechender Auswahl der Kennlinie kein Einfluß genommen, da die Amplituden der Beschleunigungswerte vergleichsweise klein bleiben und nicht zu einer Absenkung der DV-Schwelle führen. Mit dieser Maßnahme kann somit die Auslöseempfindlichkeit an schnelle Crashverläufe besser angepaßt werden. Weiter kann eine unterschiedliche Auslöseempfindlichkeit für schnelle und langsame Crashsituationen gewählt werden. In Figur 14 ist die Beschleunigungs-Zeit-Kurve idealisiert dargestellt. In der Praxis sind dieser idealisierten Kurve zahlreiche Amplitudenschwankungen überlagert, die beispielsweise beim Durchfahren von Schlaglöchern entstehen. Wenn nun, wie zuvor beschrieben, die Amplitudenwerte der Beschleunigungs-Zeit-Kurve gemäß Figur 14 abgetastet und die abgetasteten Amplitudenwerte als Entscheidungskriterium für die Absenkung der DV-Schwelle entsprechend Figur 9 herangezogen werden, kann es vorkommen, daß gerade ein Extremwert der Amplitude bei einer temporären Schwankung der Beschleunigungs-Zeit-Kurve erfaßt wird. Da diese unter Umständen stark von einem Mittelwert abweicht, könnte es zu einer nicht sinnvollen Absenkung der DV-Schwelle gemäß den in Figur 9 dargestellten Kennlinien kommen. Um dieses zu verhindern, werden gemäß einer vorteilhaften Weiterbildung der Erfindung mehrere, zeitlich aufeinanderfolgende Amplitudenwerte der Beschleunigungs-Zeit-Kurve erfaßt, um einen Mittelwert zu bilden. Erst anhand dieses Mittelwertes wird geprüft, ob eine Absenkung der DV-Schwelle entsprechend den in Figur 9 beispielhaft dargestellten Kennlinienverläufen erforderlich ist. Diese Maßnahme wird anhand von Figur 15 erläutert, in der eine Beschleunigungs-Zeit-Kurve mit einem ähnlichen Verlauf wie in Figur 14 dargestellt ist. Zum Zeitpunkt T1 liegt ein relativ niedriger Beschleunigungswert vor, der noch nicht zu einer Absenkung der DV-Schwelle führt. Zu einem späteren Zeitpunkt wird eine Beschleunigungsschwelle as überschritten, die zu einer Absenkung des DV-Schwellwertes Anlaß geben muß. In aufeinanderfolgenden Zeitpunkten T2 bis T6 werden Amplitudenwerte der Beschleunigung-Zeit-Kurve erfaßt, die alle oberhalb des Beschleunigungswertes as liegen. Ein Amplitudenmittelwert wird dadurch gebildet, daß die erfaßten Amplitudenwerte addiert werden und die so erhaltene Summe der Amplitudenwerte durch die Anzahl der Meßwerte dividiert wird. Wie bereits erwähnt, wird der auf diese Weise erhaltene Amplitudenmittelwert daraufhin überprüft, ob eine Absenkung der DV-Schwelle entsprechend den in Figur 9 dargestellten Kennlinien erfolgen muß.

7

11                    EP 0 458 796 B2                    12

Gemäß einer weiteren vorteilhaften Ausgestaltung dieses Ausführungsbeispiels der Erfindung wird anstelle eines Amplitudenwertes oder eines Amplitudenmittelwertes der Beschleunigungs-Zeit-Kurve die Steigung der Beschleunigungs-Zeit-Kurve als Kriterium für das Absenken des DV-Schwellwertes herangezogen. Diese Maßnahme wird unter bezug auf Figur 16 erläutert. Die ebenfalls eine charakteristische Beschleunigungs-Zeit-Kurve eines bestimmten Fahrzeugtyps darstellt. Diese Kurve zeichnet sich durch ein erstes relatives Minimum zum Zeitpunkt T2 aus, dessen Amplitudenwert allerdings den Beschleunigungsgrenzwert as noch nicht überschreitet. Auf dieses relative Minimum zum Zeitpunkt T2 folgt dann wieder ein relatives Maximum zum Zeitpunkt T3, bei dem ein vergleichsweise niedriger Beschleunigungswert vorliegt. Im Anschluß an dieses relative Maximum bei T3 senkt sich die Beschleunigungs-Zeit-Kurve weiter ab, um erst zum Zeitpunkt T4 den Beschleunigungsgrenzwert as zu erreichen. Eine derartige Beschleunigungs-Zeit-Kurve ist charakteristisch für Fahrzeuge mit energieabsorbierenden Knautschzonen. Wenn, wie bei dem zuvor erwähnten Ausführungsbeispiel, als Kriterium für das Absenken der DV-Schwelle lediglich Amplitudenwerte herangezogen würden, käme man bei einem derartigen Kurvenverlauf zu völlig unbefriedigenden Ergebnissen. Ein Absenken der DV-Schwelle würde nämlich frühestens erst zum Zeitpunkt T4 veranlaßt, da erst dann die erfaßte Beschleunigungsamplitude den vorgegebenen Grenzwert as übersteigt. Bis zu diesem Zeitpunkt T4 würde dagegen gemäß Figur 9 die DV-Schwelle auf einem relativ hohen Wert DVG gehalten werden. In nachteiliger Weise würden hier durchaus gefährliche Crashsituationen nicht rechtzeitig erfaßt, da der Crashverlauf durch die Einflüsse der Knautschzone verdeckt wird. Die notwendige Absenkung der DV-Schwelle für ein empfindlicheres Reagieren der Rückhaltemittel käme zum Zeitpunkt T4 viel zu spät. Diesem Nachteil kann dadurch abgeholfen werden, daß als Auslösekriterium für das Absenken der DV-Schwelle die Steigung der Beschleunigungs-Zeit-Kurve erfaßt wird. Beispiels weise wird gemäß Figur 16 die Steigung der Beschleunigungs-Zeit-Kurve bei den Koordinaten T1, a1 erfaßt, was durch die eingezeichnete Tangente TA1 angedeutet ist. Obwohl der Beschleunigungswert a1 noch derart gering ist, daß bei reiner Amplitudenauswertung noch kein Anlaß für das Absenken der DV-Schwelle bestünde, zeigt doch die Steigung der Tangente TA1, daß es sich um eine gefährliche Crashsituation handelt, die ein schnelles Reagieren der Rückhaltemittel erforderlich macht. Dieses schnelle Reagieren der Rückhaltemittel wird, wie bereits beschrieben, durch Absenken der DV-Schwelle gemäß der Darstellung von Figur 9 erreicht. Die Steigung der Beschleuni-

gungs-Zeit-Kurve kann auf einfache Weise dadurch ermittelt werden, daß in zwei kurz aufeinanderfolgenden Zeitpunkten die Amplitudenwerte erfaßt werden und der entsprechende Differenzenquotient gebildet wird. Übersteigt die diesem Differenzquotient entsprechende Steigung einen vorgebbaren Grenzwert, dann wird die DV-Schwelle nach einer vorgebbaren Beziehung, beispielsweise mit einer linearen Zeitabhängigkeit, abgesenkt.

Zuletzt wurden anhand einiger ausführlicher Ausführungsbeispiele Entscheidungskriterien für das Absenken der DV-Schwelle erläutert. Weitere Entscheidungskriterien können aus einer Frequenzanalyse der Beschleunigungs-Zeit-Kurve abgeleitet werden. Bei dieser Frequenzanalyse ist es dann auch möglich, Eigenresonanzen des Beschleunigungsaufnehmersystems zu erkennen und diese zu unterdrücken. Es ist weiter ebenfalls möglich, Störschwingungen mit zum Teil sehr hohen Amplitudenwerten, die allerdings nicht von einer Crashsituation stammen, wie z. B. Schlagbeanspruchungen des Fahrzeugs durch Steinschlag oder bei Durchfahren eines Schlaglochs, zu erkennen und von einer Bewertung auszunehmen. Weiter kann auch eine Mustererkennung durchgeführt werden, indem die Beschleunigungs-Zeit-Kurve sehrgenau erfaßt und beispielweise mit einem abgespeicherten Idealmuster verglichen wird. Des weiteren sind auch Kombinationen der zuvor beschriebenen Maßnahmen möglich, um im Einzelfall eine besonders optimale Anpassung der Bewertungskriterien an ein bestimmtes Fahrzeug zu erreichen.

In weiterer Ausgestaltung der Erfindung können für die Entscheidung, ob die DV-Schwelle abzusenken ist oder nicht, zusätzlich auch noch Ausgangssignale weiterer Sensoren herangezogen werden, die im Fahrzeug örtlich getrennt von der zentralen Sensoreinheit angeordnet sind. Auf diese Weise kann das Bewertungskriterium noch von bestimmten Betriebszuständen des Fahrzeug abhängig gemacht werden, die der zentrale Beschleunigungssensor allein nicht erfassen kann. Beispielsweise können Schaltsignale eines Hinterachsschalters, der Gurtschlösser, des Sitzkontakts, des Bremsschalters, eines Getriebeschalters, eines Berührungsschalters oder mechanischer Beschleunigungsschalters erfaßt und mit dem Ausgangssignal des zentralen Beschleunigungssensors kombiniert werden, um ein für das spezielle Fahrzeug besonders geeignetes Entscheidungskriterium für das Absenken der DV-Schwelle abzuleiten. Schließlich können auch Ausgangssignale weiterer im Fahrzeug vorhandener Steuergeräte für die Bremsregelung, für die Brennkraftmaschinensteuerung oder für die Navigation mit ausgewertet werden.

In den oben beschriebenen Ausführungsbeispielen wurde die DV-Schwelle nach Maßgabe eines DV-Integrator-Wertes oder eines Beschleuni-

13                              EP 0 458 796 B2                              14

gungswertes, vorzugsweise auch über eine vorgebbare Kennlinie, beeinflußt. Es ist ebenfalls möglich, die erfaßten Grundwerte, wie DV-Integratorwerte und/oder den Beschleunigungswert, additiv und/oder multiplikativ zu beeinflussen, um eine bestimmte funktionale Abhängigkeit zur Einwirkung auf den Verlauf des DV-Schwellwertes zu erreichen. Sofern mehrere Parameter, beispielsweise auch noch Sensorausgangssignale von anderen Sensoren, berücksichtigt werden sollen, bietet es sich an, die DV-Schwellwertänderung nach Maßgabe von Kennwerten vorzunehmen, die in einem Kennfeld abgespeichert sind.

Bei den bisher beschriebenen Ausführungsbeispielen wurde die DV-Schwell bei Vorliegen eines Entscheidungskriteriums, ausgehend von einem relativ hohen Wert der DV-Grundschwelle DVG, abgesenkt, um eine empfindlichere Reaktion der Rückhaltemittel zu erreichen und den Schutz der Fahrzeuginsassen zu verbessern. Nach Wegfall des Entscheidungskriteriums, dessen Vorhandensein zweckmäßig taktweise nach einem vorgebbaren Zeittakt überprüft wird, wurde die zunächst abgesenkte DV-Schwelle praktisch ohne zeitliche Verzögerung wieder auf den ursprünglichen Grundwert DVG angehoben. Diese Situation wird nochmals unter Bezugnahme auf Figur 10 dargestellt. Die Abbildung zeigt die Geschwindigkeitsänderung DV als Funktion der Zeit t. In dem Diagramm ist weiter der Verlauf der Kurve des DV-Integrators DVI eingetragen. Schließlich ist auch der Wert der DV-Grundschwelle DVG eingezeichnet. Zu Zeitpunkten T1, T2, T3, T4, T5 und TA liegen Kriterien vor, die in ein Absenken der DV-Grundschwelle vom relativ hohen Wert DVG auf einen vergleichsweise niedrigen Wertzweckmäßig erscheinen lassen, um die Ansprechempfindlichkeit des Rückhaltesystems zu vergrößern. Sofern bei der nächsten Überprüfung dieses Entscheidungskriterium nicht mehr vorliegt, wird die DV-Schwelle, praktisch verzugslos, wieder auf den vergleichsweise hohen Wert DVG angehoben. Dies ist zu den dargestellten Zeitpunkten T1, T2, T3, T4 und T5 der Fall. Erst zum Zeitpunkt TA überschreitet der DV-Integrator DVI den abgesenkten Schwellwert, wodurch eine Auslösung der Rückhaltemittel veranlaßt wird. Eine Verbesserung des Auslöseverhaltens wird gemäß einer weiteren Ausgestaltung der Erfindung dadurch erreicht, daß nach einer Verschärfung der Auslöseempfindlichkeit des Rückhaltesystems durch Absenken der DV-Schwelle von dem vergleichsweise hohen Schwellwert DVG auf einen niedrigeren Schwellwert diese Absenkung zwar möglichst unmittelbar erfolgt, jedoch das Entschärfen aufgrund von entsprechend neu erfaßten Beschleunigungswerten, zeitverzögert durchgeführtwird. Entschärfen bedeutet hier das Anheben einer zunächst abgesenkten DV-Schwelle auf beispielsweise den höhe-

ren Wert DVG der DV-Grundschwelle. Diese Maßnahme wird unter Bezug auf Figur 11 erläutert, die im wesentlichen der Darstellung von Figur 10 entspricht. Die Absenkung der DV-Schwelle vom hohen Wert der DV-Grundschwelle DVG findet wiederum zu Zeitpunkten T1, T2, T3, T4, TA statt. Abweichend zur Darstellung gemäß Figur 10 wird die DV-Schwelle erst mit einer Zeitverzögerung DT wieder auf den ursprünglichen Wert DVG der DV-Grundschwelle angehoben. Beim Integrieren der auftretenden Beschleunigungswerte hat nämlich der DV-Integrator eine Phasenverschiebung gegenüber den Beschleunigungsamplituden. Diese Verschiebung kann durch die vorstehend beschriebene Zeitverzögerung der Schwellenanhebung ausgeglichen werden. Durch die zeitverzögerte Rücknahme der abgesenkten Schwellwerte auf den Grundwert DVG auf günstige, Weise eine frühere Auslösung der Rückhaltemittel bzw. eine Auslösung mit einer größeren Auslösesicherheit stattfinden.

Eine vorteilhafte weitere Ausgestaltung der Erfindung erreicht eine Verbesserung des Auslöserverhaltens dadurch, daß in Abhängigkeit von einem DV-Referenzintegrator und der Zeit Integrationswerte beeinflußt werden. Die Integrationswerte werden nur dann beeinflußt, wenn sich der DV-Referenzintegrator innerhalb eines definierten Bereiches befindet. Läuft der DV-Referenzintegrator in den erwähnten Bereich, so wird ein Zeitglied gestartet. Die eingelesenen Beschleunigungswerte werden sodann mit einem Faktor, der zu der Zeitzählung proportional ist, multipliziert oder es wird ein Wert addiert. Die dadurch entstehenden neuen Integrationswerte werden durch den Auslöseintegrator integriert, der bei Überschreiten einervorgegebenen DV-Schwelle die Rückhaltemittel auslöst. Diese Maßnahmen werden anhand von Figur 12 und Figur 13 erläutert. Figur 12 zeigt ein Diagramm mit Darstellung der Geschwindigkeitsänderung DV als Funktion der Zeit, in dem zusätzlich der Verlauf eines Referenzintegrators RI eingetragen ist. Weiter sind die DV-Grundschwelle DVG und die durch niedrigere DV-Schwellen DV1 und DV2 abgegrenzter Bereich eingetragen. Figur 13 zeigt die gleiche funktionelle Abhängigkeit zwischen der Geschwindigkeitsänderung und der Zeit wie Figur 12, jedoch mit Darstellung des Kurvenverlaufs des Auslöseintegrators AI. Zum Zeitpunkt T1 tritt in Figur 12 der Referenzintegrator RI durch Überschreiten der niedrigen Schwelle DV1 in den von den beiden Schwellen DV1 und DV2 begrenzten DV-Integrator-Wertebereich ein. Zu diesem Zeitpunkt T1 wird sodann ein Zeitglied gestartet, mit der Maßgabe, daß vom Beschleunigungssensor als Ausganssignal gelieferte Beschleunigungswerte, die vom Auslöseintegrator AI aufintegriert werden sollen, zuvor mit einem der abgelaufenen Zeit entsprechenden Faktor, vorzugsweise multiplikativ bzw. additiv, ver-

15                              EP 0 458 796 B2                              16

knüpft werden. Diese Beeinflussung der vom Auslöseintegrator AI aufzuintegrierenden Beschleunigungswerte dauert solange an, bis der Referenzintegrator RI zum Zeitpunkt T2 durch Überschreiten
der oberen Schwelle DV2 gemäß Figur 12 den
durch die Schwellwerte DV1, DV2 definierten Bereich wieder verläßt. Etwa zu diesem Zeitpunkt ist
aber auch der Befehl zum Auslosen der Rückhaltemittel gegeben worden, da, wie aus Figur 13 ersichtlich, der Auslöseintegrator AI den vorgegebenen Schwellwert DVG der DV-Schwelle überschritten hat. Durch diese Maßnahme wird bei Crashsituationen, bei denen der Referenzintegrator RI sich
sehr lange in einem vorgebbaren Wertebereich
befindet, der Auslöseintegrator AI sehr schnell anwachsen. Da sich ein solches Verhalten typischerweise bei Schrägaufprallsituationen mit Winkeln
von etwa 30° in bezug auf die Fahrzeuglängsachse sowie bei Aufprallsituationen wie Offset-Crashs,
Pol-Crashs usw. zeigt, ist dadurch ein sehr starkes
Anwachsen des Auslöseintegrators AI möglich. Dadurch wird die Auslöseschwelle DVG bereits sehr
schnell erreicht und die Rückhaltemittel können in
einer Gefahrbringenden Situation sehr frühzeitig aktiviert werden. Die Referenzintegratorverläufe RI
befinden sich bei Schrägaufprallsituationen und bei
einer Frontalaufprallsituation unterschiedlich lange
in dem durch die Grenzwerte DV1 und DV2 definierten Bereich. Mit der vorbeschriebenen Maßnahme kann somit die Auslöseempfindlichkeit für frontale Crashsituationen gegenüber Schräg-, Offset-,
Pol-Crashsituationen unterschiedlich eingestellt
werden.

In einer weiteren vorteilhaften Ausgestaltung
der Erfindung werden Zeitgliedergestartet, wenn
der Referenzintegrator RI eine vorgebbare untere
Schwelle, etwa die Schwelle DV1 in Figur 12, überschreitet. Diese Zeitglieder bewirken während ihrer
Laufzeit, eine Art Modulation der DV-Schwelle dahingehend, daß entweder, je nach Art des angestrebten Auslöseverhaltens, die Grundschwelle angehoben oder abgesenkt wird. Weiterhin kann eine
Absenkung der DV-Schwelle in Abhängigkeit von
den erfaßten Beschleunigungsamplituden entsprechend einem schon oben beschriebenen Ausführungsbeispiel oder aber auch zusätzlich noch von
der Polarität der Beschleunigungssignale durchgeführt werden. Jedes der Zeitglieder bewirkt für die
Dauer seiner Laufzeit eine Beeinflussung der Absenkung der DV-Schwelle, auf die ihm zugeordnet
individuelle Weise. Die Anzahl der einsetzbaren
Zeitglieder ist beliebig wählbar, je nach Erfordernis
der Art der DV Schwellenbeeinflussung. Als Zeitglieder lassen sich vorzugsweise Zählerschaltungen einsetzen. Anstelle mehrerer getrennter Zählschaltungen kann auch ein einziger Zähler vorgesehen werden, der auf unterschiedliche Zählerstände abgefragt wird. Eine zeitliche Begrenzung für

die verschiedenen Arten der Beeinflussung der DV-
Schwellen wird dann durch die Zählerstände gegeben. Eine Rücksetzung der Zähler oder des Zählers kann z.B. erfolgen, sobald der Referenzintegrator RI die schon erwähnte vorbeschriebene untere
Schwelle DV1 wieder unterschritten hat. Mit den
zuvor erwähnten Maßnahmen ist es auf besonders
zweckmäßige Art und Weise möglich, Störimpulse
relativ hoher Amplitude, die aber nicht von Crashsituationen herrühren, zu unterdrücken. Störimpulse
dieser Art treten z.B. bei Hammerschlägen gegen
die Karosserie, bei Steinschlag gegen den Fahrzeugunterboden, beim Aufschlagen der Karosserie
auf Schienen beim Überfahren von Bahngleisen,
auf. Eine unzweckmäßige Auslösung von Rücktemitteln bei derartigen impulsartigen Beanspruchungen wird sicher vermieden, ohne die Empfindlichkeit des Systems gegenüber den kritischen
Schrägaufprallsituationen zu vermindern. Charakteristisch für Beschleunigungssignale, die von harten
Schlagbeanspruchungen der zuvor beschriebenen
Art herrühren, ist, daß sie mit hohen Amplitudenwerten beginnen, daß diese jedoch schnell wieder auf vergleichsweise geringe Werte fallen. Deshalb kann das von einem Zeitglied beeinflußte
Nichtabsenken der DV-Schwelle Fehlauslösungen
bei den zuvor erwähnten Beanspruchungen verhindern. Dies gilt selbst für höchste, in der Praxis
vorkommende Amplitudenwerte des Ausgangssignals des Beschleunigungssensors. Die zuletzt beschriebenen Maßnahmen werden im Folgenden anhand von Figur 17 bis 19 noch etwas ausführlicher
beschrieben. Figur 17 zeigt das Ausganssignal eines Beschleunigungssensors beim Überfahren eines Eisenbahngleises, bei dem das Fahrzeug einer
kurzzeitigen Schlagbeanspruchung ausgesetzt ist.
Dargestellt ist die Beschleunigungs-Zeit-Kurve. Die
Kurve zeigt ein bipolares Signal mit anfänglich sehr
hohen Amplitudenwerten bis etwa über 30 g, die
allerdings sehr rasch wieder abklingen. Schon nach
etwa 30 ms liegen nur noch vergleichsweise niedrige Amplitudenwerte vor. Figur 18 zeigt wiederum
eine Darstellung Geschwindigkeitsänderung DV als
Funktion der Zeit t. Eingezeichnet in diesem Diagramm ist der Verlauf des DV-Integrators DVI zusammen mit der DV-Schwelle, die hier allerdings
nach den oben beschriebenen Methoden veränderbar ist und nach einem komplexen Zeitfunktion verläuft. Die DV-Schwelle beginnt zum Zeitpunkt 0 mit
einem relativ hohen konstanten Wert nämlich der
DV-Grundschwelle DVG, der zur Empfindlichkeitssteigerung des Systems nach etwa 15 ms auf
einem niedrigeren Wert absenkt ist, um auf diesem niedrigen Niveau, etwa DV1 für ca. 15 ms zu
verharren und dann erneut, zumindest zeitweilig auf
das Niveau der DV-Grundschwelle DVG wieder anzusteigen. Die Darstellung nach Figur 18 zeigt, daß
der Kurvenverlauf des DV-Integrators DVI die abge-

senkte DV-Schwelle nach etwa 13,5 ms übersteigt. Dies hätte die hier allerdings überflüssige Auslösung der Rückhaltemittel zur Folge.

Aus der Darstellung in Figur 19 geht nun hervor, daß keine Auslösung der Rückhaltesysteme stattfindet, da die DV-Schwelle nicht von der DV-Grundschwelle DVG auf den niedrigeren Wert DV1 hinabgesetzt worden ist. Dies wird durch eine Zählerschaltung bewirkt, die beim Beginn der Stoßbeanspruchung also zum Zeitpunkt 0 gesetzt wird und während einer vorgebbaren Mindestzeit, im Beispielsfall etwa 25 ms, läuft Während dieser Zählerlaufzeit erreicht zwar der DV-Integrator DVI mit seinem Kurvenverlauf Amplitudenwerte, die das Niveau des reduzierten DV-Schwellwertes DV1 nach Figur 18 überschreiten würden. Da aber die DV-Schwelle nicht auf diesen Wert DV1 herabgesetzt worden ist, findet keine Auslösung des Rückhaltesystems statt Erst nach der durch die Zählerschaltung bestimmten Zeitverzögerung in der Größenordnung von etwa 25 ms könnte wieder eine Absenkung der DV-Schwelle zur Steigerung der Systemempfindlichkeit stattfinden.

## Patentansprüche

1. Verfahren zur Auslösung von Rückhaltemitteln bei einem Sicherungssystem für Fahrzeuginsassen, bei dem ein Beschleunigungssignal gemessen, dieses Beschleunigungssignal durch zeitliche Integration in eine Geschwindigkeit umgewandelt wird, und bei dem zur Bildung eines Auslösekriteriums mindestens ein Schwellwert für die Geschwindigkeit vorgebbar ist, dadurch gekennzeichnet, daß der als Auslösekriterum benutzte Schwellwert in Abhängigkeit von einer oder mehreren vom Crashvorgang abgeleiteten Zustandsgrößen des Fahrzeugs veränderbar ist.

2. Verfahren zur Auslösung von Rückhaltemitteln bei einem Sicherungssystem für Fahrzeuginsassen, bei dem ein Beschleunigungssignal gemessen, dieses Beschleunigungssignal durch eine Wichtungsfunktion gewichtet, das gewichtete Beschleunigungssignal durch zeitliche Integration in ein Arbeitssignal umgewandelt wird und bei dem zur Bildung eines Auslösekriteriums mindestens ein Schwellwert für das Arbeitssignal vorgebbar ist, dadurch gekennzeichnet, daß der als Auslösekriterium benutzte Schwellwert in Abhängigkeit von einer oder mehreren vom Crashvorgang abgeleiteten Zustandsgrößen des Fahrzeugs veränderbar ist.

3. Verfahren zur Auslösung von Rückhaltemitteln bei einem Sicherungssystem für Fahrzeugin-

sassen, bei dem ein Beschleunigungssignal gemessen, durch zeitliche Integration eine Geschwindigkeit gebildet, diese Geschwindigkeit durch Wichtung in ein Arbeitssignal umgewandelt wird, und bei dem zur Bildung eines Auslösekriteriums mindestens ein Schwellwert für das Arbeitssignal vorgebbar ist, dadurch gekennzeichnet, daß der als Auslösekriterium benutzte Schwellwert in Abhängigkeit von einer oder mehreren vom Crashvorgang abgeleiteten Zustandsgrößen des Fahrzeugs veränderbar ist.

4. Verfahren zur Auslösung von Rückhaltemitteln bei einem Sicherungssystem für Fahrzeuginsassen, bei dem ein Beschleunigungssignal gemessen, dieses Beschleunigungssignal durch eine erste Wichtungsfunktion gewichtet, das gewichtete Beschleunigungssignal durch zeitliche Integration in ein erstes Arbeitssignal umgewandelt, dieses erste Arbeitssignal durch eine zweite Wichtungsfunktion in ein zweites Arbeitssignal umgewandelt wird, und bei dem zur Bildung eines Auslösekriteriums mindestens ein Schwellwert für das Arbeitssignal vorgebbar ist, dadurch gekennzeichnet, daß der als Auslösekriteriums benutzte Schwellwert in Abhängigkeit von einer oder mehreren vom Crashvorgang abgeleiteten Zustandsgrößen des Fahrzeugs veränderbar sind.

5. Verfahren nach einem der Ansprüche 1 bis 3, dadurch gekennzeichnet, daß als Zustandsgröße das Beschleunigungssignal selbst oder daraus abgeleitete Signale (z. B. die Fahrzeuggeschwindigkeit) benutzt werden.

6. Verfahren nach einem der Ansprüche 1 bis 3, dadurch gekennzeichnet, daß als eine der Zustandsgröße die im Crash ablaufende Zeit benutzt wird.

7. Verfahren nach einem der Ansprüche 1 bis 5, dadurch gekennzeichnet, daß die seit Überschreitung von Schwellwerten durch eine oder mehrere Zustandsgrößen abgelaufenen Zeiten zur Bildung eines Auslösekriteriums Verwendung finden.

8. Verfahren nach einem der Ansprüche 1 bis 5, dadurch gekennzeichnet, daß nicht nur eine oder mehrere augenblickliche Zustandsgrößen des Fahrzeugs, sondern auch zeitlich zurückliegende vom Crashvorgang abgeleitete Zustandsgrößen des Fahrzeugs zur Bildung eines Auslösekriteriums Verwendung finden.

19                          EP 0 458 796 B2                          20

9. Verfahren nach einem der Ansprüche 1 bis 8, dadurch gekennzeichnet, daß als eine oder mehrere Zustandsgrößen die Ausgangssignale eines oder mehrerer Sensoren verwendet werden.

10. Verfahren nach einem der Ansprüche 1 bis 9, dadurch gekennzeichnet, daß bei einem ein definiertes Schaltverhalten aufweisenden Sensor der Schwellwert oder die Wichtungsfunktionen in Abhängigkeit von dem Schaltzustand dieses Sensors veränderbar sind.

11. Verfahren nach einem der Ansprüche 1 bis 10, dadurch gekennzeichnet, daß ein erster Schwellwert für die Beschleunigung vorgegeben wird, daß mittels eines Sensors ein Amplitudenwert der Beschleunigungs-Zeit-Kurve erfaßt wird, und daß ein als Auslösekriterium benutzter zweiter Schwellwert dann verändert wird, wenn der Amplitudenwert der Beschleunigungs-Zeit-Kurve den ersten Schwellwert überschreitet.

12. Verfahren nach einem der Ansprüche 1 bis 11, dadurch gekennzeichnet, daß ein erster Schwellwert (as) der Beschleunigung vorgegeben wird, daß in zeitlichem Abstand mehrere Amplitudenwerte (ai) der Beschleunigungs-Zeit-Kurve (a = a (t)) erfaßt werden, daß aus den mehreren Amplitudenwerten (ai) der arithmetische Mittelwert (ai) gebildet wird, und daß der als Auslösekriterium benutzte zweite Schwellwert (DV-Schwelle) - abhängig vom Mittelwert (ai) der letzten Beschleunigungswerte - verändert wird.

13. Verfahren nach einem der Ansprüche 1 bis 12, dadurch gekennzeichnet, daß zur Bildung des Mittelwertes (ai) mindestens fünf Amplitudenwerte (ai) erfaßt werden.

14. Verfahren nach einem der Ansprüche 1 bis 13, dadurch gekennzeichnet, daß ein erster Schwellwert (as) der Beschleunigung (a) und eine Beschleunigungswerten (ai) zugeordnete Kennlinie (f (ai)) vorgegeben werden, daß mindestens ein Amplitudenwert (ai) der Beschleunigungs-Zeit-Kurve (a = a (t)) erfaßt wird und daß ein als Auslösekriterium benutzter zweiter Schwellwert dann verändert wird, wenn der dem Amplitudenwert (ai) zugeordnete Wert der Kennlinie (f (ai)) den ersten Schwellwert (as) überschreitet.

15. Verfahren nach einem der Ansprüche 1 bis 14, dadurch gekennzeichnet, daß der als Auslösekriterium benutzte zweite Schwellenwert (DV-

Schwelle) erniedrigt wird.

16. Verfahren nach einem der Ansprüche 1 bis 15, dadurch gekennzeichnet, daß die DV-Schwelle nach einer zeitabhängigen Funktion erhöht oder erniedrigt wird.

17. Verfahren nach einem der Ansprüche 1 bis 16, dadurch gekennzeichnet, daß die DV-Schwelle nach einer vom Integratorstand abhängigen Funktion erhöht oder erniedrigen wird.

18. Verfahren nach einem der Ansprüche 1 bis 17, dadurch gekennzeichnet, daß die DV-Schwelle sowohl nach einer zeitabhängigen Funktion als auch von einer DV-Integratorstand abhängigen Funktion erhöht oder erniedrigt wird.

19. Verfahren nach einem der Ansprüche 1 bis 18, dadurch gekennzeichnet, daß neben dem üblichen Integrator (Referenzintegrator) ein zusätzlicher Integrator (Auslöseintegrator) vorgesehen ist, der sich sowohl nach einer zeitabhängigen Funktion als auch nach einer referenzintegratorstandabhängigen Funktion vom Referenzintegrator unterscheidet und daß als Auslösekriterium der Vergleich zwischen der DV-Schwelle und dem Wert des Auslöseintegrators herangezogen wird.

20. Verfahren nach einem der Ansprüche 1 bis 19, dadurch gekennzeichnet, daß alle Änderungen der DV-Schwelle ebenso dem Integrator (Referenzintegrator) überlagert werden und daß der durch diese Maßnahme gebildete Auslöseintegrator dann zusammen mit der DV-Schwelle als Auslösekriterium dient.

21. Verfahren nach einem der Ansprüche 1 bis 20, dadurch gekennzeichnet, daß die DV-Schwelle nach einer linearen Funktion der Zeit abgesenkt oder angehoben wird.

22. Verfahren nach einem der Ansprüche 1 bis 21, dadurch gekennzeichnet, daß die DV-Schwelle nach einer nichtlinearen, insbesondere quadratischen Funktion der Zeit abgesenkt oder angehoben wird.

23. Verfahren nach einem der Ansprüche 1 bis 22, dadurch gekennzeichnet, daß die DV-Schwelle bei Feststellung des Absenkungskriteriums abgesenkt, nach Wegfall des Absenkungskriteriums jedoch zeitverzögert wieder angehoben wird.

24. Verfahren nach einem der Ansprüche 1 bis 23, dadurch gekennzeichnet, daß die Zeitverzöge-

21                                    EP 0 458 796 B2                                    22

rung einige Millisekunden beträgt.

25. Verfahren nach einem der Ansprüche 1 bis 24, dadurch gekennzeichnet, daß die Steigung der Beschleunigungs-Zeit-Kurve (a = a (t)) erfaßt wird und daß die DV-Schwelle dann verändert, insbesondere erniedrigt wird, wenn die erfaßte Steigung der Beschleunigungs-Zeit-Kurve einen vorgebbaren Grenzwert überschreitet.

26. Verfahren nach einem der Ansprüche 1 bis 25, dadurch gekennzeichnet, daß ein Beschleunigungssignal erfaßt wird und daß vor der Ermittlung des Geschwindigkeitssignals durch zeitliche Integration des Beschleunigungssignals die Beschleunigungssignalwerte von einem Operator modifiziert werden.

27. Verfahren nach einem der Ansprüche 1 bis 26, dadurch gekennzeichnet, daß die Beschleunigungssignalwerte mit einer additiven Konstante verknüpft werden.

28. Verfahren nach einem der Ansprüche 1 bis 27, dadurch gekennzeichnet, daß die Beschleunigungssignalwerte mit einem multiplikativen Faktor verknüpft werden.

29. Verfahren nach einem der Ansprüche 1 bis 28, dadurch gekennzeichnet, daß den Beschleunigungssignalwerten Werte einer Kennlinie zugeordnet werden.

30. Verfahren nach einem der Ansprüche 1 bis 29, dadurch gekennzeichnet, daß den Beschleunigungssignalwerten Werte eines Kennfeldes zugeordnet werden.

31. Verfahren nach einem der Ansprüche 1 bis 30, dadurch gekennzeichnet, daß durch zeitliche Integration des Beschleunigungssignals bzw. einer Funktion des Beschleunigungssignals ein Geschwindigkeitssignal (DV) gebildet wird, daß ein Grundschwellwert (DV-Grundschwelle DVG) für das Geschwindigkeitssignal festgelegt wird, daß mindestens ein weiterer Schwellwert (DV1) für das Geschwindigkeitssignal festgelegt wird und daß der DV-Schwellwert dann verändert, insbesondere abgesenkt wird, wenn der DV-Integrator (DVI) den weiteren Schwellwert (DV1) des Geschwindigkeitssignals überschreitet.

32. Verfahren nach einem der Ansprüche 1 bis 31, dadurch gekennzeichnet, daß mindestens zwei Schwellwerte (DV1, DV2) des Geschwindigkeitssignals festgesetzt werden und daß der DV-Grundschwellwert (DVG) solange verän-dert, insbesondere erniedrigt wird, wie sich der DV-Integrator (DVI) innerhalb des durch die Schwellwerte (DV1, DV2) begrenzten Bereichs befindet, oder ein minimaler DV-Schwellwert erreicht wird.

33. Verfahren nach einem der Ansprüche 1 bis 32, dadurch gekennzeichnet, daß zumindest der höhere Schwellwert (DV2) der Schwellwerte (DV1, DV2) des Geschwindigkeitssignals zeitabhängig gewählt wird und zumindest ab dem Zeitpunkt (T1) zeitabhängig geändert wird, an dem der DV-Integrator (DVI) den Schwellwert (DV1) überschreitet.

34. Verfahren nach einem der Ansprüche 1 bis 33, dadurch gekennzeichnet, daß beide Schwellwerte (DV1, DV2) zeitabhängig veränderbar sind.

35. Verfahren nach einem der Ansprüche 1 bis 34, dadurch gekennzeichnet, daß die Schwellwerte (DV1, DV2) nach einer linearen Beziehung von der Zeit abhängig sind.

36. Verfahren nach einem der Ansprüche 1 bis 35, dadurch gekennzeichnet, daß die linear von der Zeit abhängigen Schwellwerte (DV1, DV2) unterschiedliche Steigungen aufweisen.

37. Verfahren nach einem der Ansprüche 1 bis 36, dadurch gekennzeichnet, daß bei Überschreiten einer vorgebbaren unteren Schwelle (DV1) durch den Referenzintegrator (RI) mindestens ein Zeitglied gestartet wird, das während seiner Laufzeit eine Änderung der DV-Schwelle (DVG) bewirkt.

38. Verfahren nach einem der Ansprüche 1 bis 37, dadurch gekennzeichnet, daß die DV-Schwelle (DVG) angehoben wird.

39. Verfahren nach einem der Ansprüche 1 bis 38, dadurch gekennzeichnet, daß die DV-Schwelle (DVG) abgesenkt wird.

40. Verfahren nach einem der Ansprüche 1 bis 39, dadurch gekennzeichnet, daß das Ausmaß der Änderung der DV-Schwelle (DVG) in Abhängigkeit von Beschleunigungsamplituden, von Beschleunigungsamplituden bestimmter Polarität oder in Abhängigkeit des Wertes eines Integratorstandes gewählt wird, um insbesondere Fehlauslösungen durch kurzzeitige Beschleunigungssignale hoher Amplitude (Schlag, Stoß) zu verhindern.

.

13

**41.** Verfahren nach einem der Ansprüche 1 bis 40, dadurch gekennzeichnet, daß das mindestens eine Zeitglied bei Unterschreiten der vorgebbaren unteren Schwelle (DV1) wieder zurückgesetzt wird.

**42.** Verfahren nach einem der Ansprüche 1 bis 41, dadurch gekennzeichnet, daß die DV-Schwelle (DVG) zur Erzielung eines gewünschten Auslöseverhaltens während der Laufzeiten des mindestens einen Zeitgliedes verändert wird.

**43.** Verfahren nach einem der Ansprüche 1 bis 42, dadurch gekennzeichnet, daß für jedes Zeitglied eine Zählerschaltung verwendet wird.

**44.** Verfahren nach einem der Ansprüche 1 bis 43, dadurch gekennzeichnet, daß zur Darstellung mehrerer Zeitglieder eine Zählerschaltung verwendet wird, die auf bestimmte Zählerstände abfragbar ist.

**Claims**

**1.** Process for triggering restraining means in the case of a safety system for vehicle occupants, in which process an acceleration signal is measured, the said acceleration signal is converted by integration with respect to time into a speed, and in which process at least one threshold value can be predetermined for the speed in order to form a triggering criterion, characterized in that the threshold value used as the triggering criterion can be varied as a function of one or more state variables of the vehicle derived from the crash process.

**2.** Process for triggering restraining means in the case of a safety system for vehicle occupants, in which process an acceleration signal is measured, the said acceleration signal is weighted by a weighting function, the weighted acceleration signal is converted by integration with respect to time into an operational signal, and in which process at least one threshold value can be predetermined for the operational signal in order to form a triggering criterion, characterized in that the threshold value used as the triggering criterion can be varied as a function of one or more state variables of the vehicle derived from the crash process.

**3.** Process for triggering restraining means in the case of a safety system for vehicle occupants, in which process an acceleration signal is measured, a speed is formed by integration with respect to time, and this speed is converted by weighting into an operational signal, and in which process at least one threshold value can be predetermined for the operational signal in order to form a triggering criterion, characterized in that the threshold value used as the triggering criterion can be varied as a function of one or more state variables of the vehicle derived from the crash process.

**4.** Process for triggering restraining means in the case of a safety system for vehicle occupants, in which process an acceleration signal is measured, the said acceleration signal is weighted by a first weighting function, the weighted acceleration signal is converted by integration with respect to time into a first operational signal, the said first operational signal is converted by a second weighting function into a second operational signal, and in which process at least one threshold value can be predetermined for the operational signal in order to form a triggering criterion, characterized in that the threshold value used as the triggering criterion can be varied as a function of one or more state variables of the vehicle derived from the crash process.

**5.** Process according to one of Claims 1 to 3, characterized in that the acceleration signal itself or signals derived therefrom (e.g. the vehicle speed) are used as the state variable.

**6.** Process according to one of Claims 1 to 3, characterized in that the time elapsed in the crash is used as one of the state variables.

**7.** Process according to one of Claims 1 to 5, characterized in that the times elapsed since the overshooting of threshold values by one or more state variables are used to form a triggering criterion.

**8.** Process according to one of Claims 1 to 5, characterized in that not only one or more instantaneous state variables of the vehicle, but also temporally prior state variables of the vehicle derived from the crash process are used to form a triggering criterion.

**9.** Process according to one of Claims 1 to 8, characterized in that the output signals of one or more sensors are used as one or more state variables.

**10.** Process according to one of Claims 1 to 9, characterized in that in the case of a sensor having a defined switching performance, the threshold value or the weighting functions can be varied as a function of the switching state of

**EP 0 458 796 B2**

this sensor.

**11.** Process according to one of Claims 1 to 10, characterized in that a first threshold value is predetermined for the acceleration, in that an amplitude value of the acceleration-time curve is detected by means of a sensor, and in that a second threshold value used as the triggering criterion is varied if the amplitude value of the acceleration-time curve overshoots the first threshold value.

**12.** Process according to one of Claims 1 to 11, characterized in that a first threshold value (as) of the acceleration (a) is predetermined, in that a plurality of amplitude values (ai) of the acceleration-time curve (a = a (t)) are detected at intervals in time, in that the arithmetic mean value (ai) is formed from the plurality of amplitude values (ai) and in that the second threshold value (DV threshold) used as the triggering criterion is varied - independently of the mean value (ai) of the last acceleration values.

**13.** Process according to one of Claims 1 to 12, characterized in that at least five amplitude values (ai) are detected in order to form the mean value (ai).

**14.** Process according to one of Claims 1 to 13, characterized in that a first threshold value (as) of the acceleration (a) and a characteristic (f (ai)) assigned to acceleration values (ai) are predetermined, in that at least one amplitude value (ai) of the acceleration-time curve (a = a (t)) is detected, and in that a second threshold value used as the triggering criterion is varied if the value of the characteristic (f (ai)) assigned to the amplitude value (ai) overshoots the first threshold value (as).

**15.** Process according to one of Claims 1 to 14, characterized in that the second threshold value (DV threshold) used as the triggering criterion is reduced.

**16.** Process according to one of Claims 1 to 15, characterized in that the DV threshold is raised or lowered in accordance with a time-dependent function.

**17.** Process according to one of Claims 1 to 16, characterized in that the DV threshold is raised or lowered in accordance with a function dependent upon the integrator state.

**18.** Process according to one of Claims 1 to 17, characterized in that the DV threshold is raised or lowered both in accordance with a time-dependent function and by a function dependent upon a DV integrator state.

**19.** Process according to one of Claims 1 to 18, characterized in that besides the usual integrator (reference integrator) an additional integrator (triggering integrator) is provided, which differs from the reference integrator both in accordance with a time-dependent function and in accordance with a function dependent upon the reference indicator state, and in that the comparison between the DV threshold and the value of the triggering integrator is used as the triggering criterion.

**20.** Process according to one of Claims 1 to 19, characterized in that all the variations of the DV threshold are likewise superimposed over the integrator (reference integrator), and in that the triggering integrator formed by this measure then serves together with the DV threshold as the triggering criterion.

**21.** Process according to one of Claims 1 to 20, characterized in that the DV threshold is reduced or raised in accordance with a linear function of time.

**22.** Process according to one of Claims 1 to 21, characterized in that the DV threshold is reduced or raised in accordance with a non-linear, in particular quadratic, function of time.

**23.** Process according to one of Claims 1 to 22, characterized in that the DV threshold is reduced with the establishment of the reduction criterion, but is raised once again with a time delay after cancellation of the reduction criterion.

**24.** Process according to one of Claims 1 to 23, characterized in that the time delay is a few milliseconds.

**25.** Process according to one of Claims 1 to 24, characterized in that the gradient of the acceleration-time curve (a = a(t)) is detected, and in that the DV threshold is varied, in particular lowered, if the detected gradient of the acceleration-time curve over-shoots a predeterminable limiting value.

**26.** Process according to one of Claims 1 to 25, characterized in that an acceleration signal is detected, and in that before the determination

05-44481-rdd    Doc 5786-4    Filed 11/22/06    Entered 11/22/06 17:01:06    Exhibit D
Pg 19 of 32

27                    EP 0 458 796 B2                    28

of the speed signal by integration in respect of time of the acceleration signal, the acceleration signal values are modified by an operator.

27. Process according to one of Claims 1 to 26, characterized in that the acceleration signal values are combined with an additive constant.

28. Process according to one of Claims 1 to 27, characterized in that the acceleration signal values are combined with a multiplicative factor.

29. Process according to one of Claims 1 to 28, characterized in that values of a characteristic are assigned to the acceleration signal values.

30. Process according to one of Claims 1 to 29, characterized in that values of a family of characteristics are assigned to the acceleration signal values.

31. Process according to one of Claims 1 to 30, characterized in that a speed signal (DV) is formed by integration with respect to time of the acceleration signal or of a function of the acceleration signal, in that a basic threshold value (DV basic threshold DVG) is established for the speed signal, in that at least one further threshold value (DV1) is established for the speed signal, and in that the DV threshold value is varied, in particular reduced, if the DV integrator (DVI) overshoots the further threshold value (DV1) of the speed signal.

32. Process according to one of Claims 1 to 31, characterized in that at least two threshold values (DV1, DV2), of the speed signal are established, and in that the DV basic threshold value (DVG) is varied, in particular lowered, for as long as the DV integrator (DVI) is located inside the range delimited by the threshold values (DV1, DV2), or a minimum DV threshold value is reached.

33. Process according to one of Claims 1 to 32, characterized in that at least the higher threshold value (DV2) of the threshold values (DV1, DV2) of the speed signal is selected in a time-dependent manner, and varied in a time-dependent manner at least from the instant (T1) at which the DV integrator (DVI) overshoots the threshold value (DV1).

34. Process according to one of Claims 1 to 33, characterized in that the two threshold values (DV1, DV2) can be varied in a time-dependent manner.

35. Process according to one of Claims 1 to 34, characterized in that the threshold values (DV1, DV2) are dependent upon time in accordance with a linear relationship.

36. Process according to one of Claims 1 to 35, characterized in that the threshold values (DV1, DV2) linearly dependent upon tee have different gradients.

37. Process according to one of Claims 1 to 36, characterized in that upon overshooting of a predeterminable lower threshold (DV1) by the reference integrator (RI) at least one timing element is started, which during its running time effects a variation in the DV threshold (DVG).

38. Process according to one of Claims 1 to 37, characterized in that the DV threshold (DVG) is raised.

39. Process according to one of Claims 1 to 38, characterized in that the DV threshold (DVG) is reduced.

40. Process according to one of Claims 1 to 39, characterized in that the extent of the variation in the DV threshold (DVG) is selected as a function of acceleration amplitudes, of acceleration amplitudes of specific polarity, or as a function of the value of an integrator state, in order, in particular, to prevent instances of faulty triggering due to brief acceleration signals of high amplitude (jolting, impact).

41. Process according to one of Claims 1 to 40, characterized in that the at least one timing element is reset once again upon undershooting of the predeterminable lower threshold (DV1).

42. Process according to one of Claims 1 to 41, characterized in that in order to attain a desired triggering response, the DV threshold (DVG) is varied during the running times of the at least one timing element.

43. Process according to one of Claims 1 to 42, characterized in that a counter circuit is used for each timing element.

44. Process according to one of Claims 1 to 43, characterized in that, in order to represent a plurality of timing elements, a counter circuit is used which can be interrogated for specific counter states.

## Revendications

1.  Procédé de déclenchement de moyens de re-
tenue d'un système de sécurité des occupants
d'un véhicule, procédé selon lequel on mesure
un signal d'accélération et on transforme par
intégration en fonction du temps, ce signal
d'accélération en une vitesse et en forme un
critère de déclenchement en prédéterminant
au moins une valeur de seuil pour la vitesse,
procédé caractérisé en ce que la valeur de
seuil utilisée comme critère de déclenchement
est variable en fonction d'une ou plusieurs
grandeurs d'état du véhicule dépendant d'une
collision.

2.  Procédé de déclenchement des moyens de
retenue d'un système de sécurité pour les
occupants d'un véhicule, selon lesquels on
mesure l'accélération, on pondère ce signal
d'accélération par une fonction de pondération,
on transforme le signal d'accélération pondéré
en un signal utile par intégration en fonction du
temps et, pour former un critère de déclenche-
ment, on prédétermine au moins une valeur de
seuil du signal utile, procédé caractérisé en ce
que la valeur de seuil utilisée comme critère
de déclenchement est modifiée en fonction
d'une ou plusieurs grandeurs d'état du véhi-
cule dépendant d'une collision;

3.  Procédé de déclenchement des moyens de
retenue d'un système de sécurité des oc-
cupants d'un véhicule, selon lequel on mesure
un signal d'accélération, on forme une vitesse
par intégration en fonction du temps, on trans-
forme cette vitesse en un signal utile en procé-
dant par pondération et on prédétermine au
moins une valeur de seuil pour le signal de
travail, pour former un critère de déclenche-
ment, procédé caractérisé en ce qu'on modifie
la valeur de seuil utilisée comme critère de
déclenchement, en fonction d'une ou plusieurs
grandeurs d'état ou de grandeurs d'état du
véhicule dépendant d'une collision.

4.  Procédé de déclenchement des moyens de
retenue d'un système de sécurité pour les
occupants d'un véhicule, selon lequel on me-
sure un signal d'accélération, on pondère ce
signal d'accélération par une première fonction
de pondération, on transforme ce signal d'ac-
célération pondéré par intégration dans le
temps en un premier signal de travail, on
transforme ce premier signal de travail en un
second signal de travail par une seconde fonc-
tion de pondération et, pour former un critère
de déclenchement, on prédétermine au moins

une valeur de seuil pour le signal utile, procé-
dé caractérisé en ce que la valeur de seuil
utilisée comme critère de déclenchement est
modifiable en fonction d'une ou plusieurs gran-
deurs d'état ou de grandeurs d'état du véhi-
cule, dépendant d'une collision.

5.  Procédé selon l'une des revendications 1 à 3,
caractérisé en ce que, comme grandeurs
d'état, on utilise directement le signal d'accélé-
ration ou des signaux qui en dérivent (par
exemple le signal de vitesse du véhicule).

6.  Procédé selon l'une des revendications 1 à 3,
caractérisé en ce que, comme grandeurs
d'état, on utilise le temps qui s'écoule au cours
du choc.

7.  Procédé selon l'une des revendications 1 à 5,
caractérisé en ce qu'on utilise le temps écoulé
depuis le dépassement des valeurs de seuil
par une ou plusieurs grandeurs d'état pour
former un critère de déclenchement.

8.  Procédé selon l'une des revendications 1 à 5,
caractérisé en ce qu'on utilise non seulement
une ou plusieurs grandeurs d'état instantanées
du véhicule, mais également des grandeurs
d'état du véhicule, en retard par rapport à
l'essai de choc, pour former un critère de
déclenchement.

9.  Procédé selon l'une des revendications 1 à 8,
caractérisé en ce qu'on utilise une ou plusieurs
grandeurs d'état du signal d'un ou plusieurs
capteurs.

10. Procédé selon l'une des revendications 1 à 9,
caractérisé en ce que dans le cas d'un capteur
présentant un comportement de commutation,
déterminé, on modifie la valeur de seuil et les
fonctions de pondération suivant l'état de com-
mutation du capteur.

11. Procédé selon l'une des revendications 1 à 10,
caractérisé en ce qu'on prédétermine une pre-
mière valeur de seuil pour l'accélération et, à
l'aide d'un capteur, on détecte une valeur
d'amplitude de la courbe accélération/temps et
on modifie une seconde valeur de seuil utilisée
comme critère de déclenchement si la valeur
de l'amplitude de la courbe accélération/temps
dépasse la première valeur de seuil.

12. Procédé selon l'une des revendications 1 à 11,
caractérisé en ce qu'on prédétermine une pre-
mière valeur de seuil (as) de l'accélération (a),
et dans un intervalle de temps, on détecte

31     **EP 0 458 796 B2**     32

plusieurs valeurs d'amplitude (ai) de la courbe accélération/temps (a = a(t)), et en ce qu'à l'aide de ces valeurs d'amplitude (ai), on forme la valeur moyenne arithmétique (ai) et on modifie la valeur de seuil (seuil DV) utilisée comme critère de déclenchement, en fonction de la valeur moyenne (ai) des dernières valeurs d'accélération.

13. Procédé selon l'une des revendications 1 à 12, caractérisé en ce que pour former la valeur moyenne (ai), on détecte au moins cinq valeurs d'amplitude (ai).

14. Procédé selon l'une des revendications 1 à 13, caractérisé en ce qu'on prédétermine une première valeur de seuil (as) de l'accélération (a) et une courbe caractéristique (f(ai)) associée aux valeurs d'accélération (ai), on détecte au moins une valeur d'amplitude (ai) de la courbe accélération/temps (a = a(t)), et on modifie une seconde valeur de seuil utilisée comme critère de déclenchement lorsque la valeur associée à la valeur d'amplitude (ai) de la courbe caractéristique (f(ai)) dépasse la première valeur de seuil (as).

15. Procédé selon l'une des revendications 1 à 14, caractérisé en ce qu'on diminue la seconde valeur de seuil (DV-seuil) utilisée comme critère de déclenchement.

16. Procédé selon l'une des revendications 1 à 15, caractérisé en ce qu'on augmente ou on abaisse le seuil (DV) selon une fonction dépendant du temps.

17. Procédé selon l'une des revendications 1 à 16, caractérisé en ce qu'on augmente ou on abaisse le seuil (DV) selon une fonction dépendant de l'état d'intégration.

18. Procédé selon l'une des revendications 1 à 17, caractérisé en ce qu'on relève ou on abaisse le seuil (DV) à la fois selon une fonction dépendant du temps et selon une fonction dépendant de l'état d'intégration (DV).

19. Procédé selon l'une des revendications 1 à 18, caractérisé en ce qu'en plus de l'intégrateur usuel (intégrateur de référence), on prévoit un intégrateur supplémentaire (intégrateur de déclenchement) qui se distingue de l'intégrateur de référence à la fois selon une fonction dépendant du temps et selon une fonction dépendant de l'état de l'intégrateur de référence, et en ce qu'on utilise comme critère de déclenchement, la comparaison entre le seuil

(DV) et la valeur de l'intégrateur de déclenchement.

20. Procédé selon l'une des revendications 1 à 19, caractérisé en ce qu'on combine toutes les variations du seuil (DV) à l'intégrateur (intégrateur de référence) et en ce que l'intégrateur de déclenchement ainsi formé sert de critère de déclenchement avec le seuil (DV).

21. Procédé selon l'une des revendications 1 à 20, caractérisé en ce qu'on relève ou on abaisse le seuil (DV) selon une fonction linéaire du temps.

22. Procédé selon l'une des revendications 1 à 21, caractérisé en ce qu'on relève ou on abaisse le seuil (DV) selon une fonction non linéaire et en particulier une fonction quadratique du temps.

23. Procédé selon l'une des revendication 1 à 22, caractérisé en ce qu'on abaisse le seuil (DV) par constatation du critère d'abaissement, mais on relève de nouveau ce seuil avec temporisation lors de la disparition du critère d'abaissement.

24. Procédé selon l'une des revendications 1 à 23, caractérisé en ce que la temporisation correspond à quelques millisecondes.

25. Procédé selon l'une des revendications 1 à 24, caractérisé en ce qu'on détecte la pente de la courbe accélération/temps (a = a(t)) et on modifie le seuil (DV), en particulier on l'abaisse si la pente détectée de la courbe accélération/temps dépasse une valeur limite prédéterminée.

26. Procédé selon l'une des revendications 1 à 25, caractérisé en ce qu'on détecte un signal d'accélération et avant de déterminer le signal de vitesse par intégration du signal d'accélération en fonction du temps, on modifie les valeurs du signal d'accélération à l'aide d'un opérateur.

27. Procédé selon l'une des revendications 1 à 26, caractérisé en ce qu'on combine les valeurs du signal d'accélération à une constante d'addition.

28. Procédé selon l'une des revendications 1 à 27, caractérisé en ce qu'on combine les valeurs du signal d'accélération à un coefficient de multiplication.

29. Procédé selon l'une des revendications 1 à 28, caractérisé en ce qu'on associe une courbe caractéristique aux valeurs du signal d'accélération.

30. Procédé selon l'une des revendications 1 à 29, caractérisé en ce qu'on associe aux valeurs du signal d'association un champ de caractéristiques.

31. Procédé selon l'une des revendications 1 à 30, caractérisé en ce que, par intégration dans le temps du signal d'accélération ou d'une fonction du signal d'accélération, on forme un signal de vitesse (DV), et on fixe une valeur de seuil de base (seuil de base DVG) pour un signal de vitesse et on fixe au moins une autre valeur de seuil (DV1) du signal de vitesse, et on modifie la valeur de seuil (DV) notamment on l'abaisse lorsque l'intégrateur (DVI) dépasse vers le haut cette autre valeur de seuil (DV1) du signal de vitesse.

32. Procédé selon l'une des revendications 1 à 31, caractérisé en ce qu'on fixe au moins deux valeurs de seuil (DV1, DV2) du signal de vitesse et on modifie la valeur de seuil de base (DVG) et notamment on l'abaisse, aussi longtemps que l'intégrateur (DVI) est dans la zone délimitée par les valeurs de seuil (DV1, DV2) ou atteint une valeur de seuil (DV) minimale.

33. Procédé selon l'une des revendications 1 à 32, caractérisé en ce qu'on choisit au moins la valeur de seuil la plus élevée (DV2) parmi les valeurs de seuil (DV1, DV2) du signal de vitesse en fonction du temps, et on le modifie en fonction du temps au moins à partir de cet instant (T1) auquel l'intégrateur (DVI) dépasse la valeur de seuil (DV1).

34. Procédé selon l'une des revendications 1 à 33, caractérisé en ce que les deux valeurs de seuil (DV1, DV2) peuvent être modifiées en fonction du temps.

35. Procédé selon l'une des revendications 1 à 34, caractérisé en ce que les valeurs de seuil (DV1, DV2) dépendent du temps selon une relation linéaire.

36. Procédé selon l'une des revendications 1 à 35, caractérisé en ce que les valeurs de seuil (DV1, DV2) qui dépendent du temps selon une relation linéaire ont des pentes différentes.

37. Procédé selon l'une des revendications 1 à 36, caractérisé en ce qu'en cas de dépassement d'un seuil inférieur prédéterminé (DV1) par l'intégrateur de référence (RI), on démarre au moins un organe temporisé qui provoque une modification du seuil (DVG) pendant son temps de fonctionnement.

38. Procédé selon l'une des revendications 1 à 37, caractérisé en ce qu'on relève le seuil (DVG).

39. Procédé selon l'une des revendications 1 à 38, caractérisé en ce qu'on abaisse le seuil (DVG).

40. Procédé selon l'une des revendications 1 à 39, caractérisé en ce qu'on choisit le degré de variation du seuil (DV) (DVG) en fonction des amplitudes de l'accélération, de la polarité définie par les amplitudes de l'accélération ou en fonction de l'état d'un intégrateur pour éviter notamment les déclenchements erronés par des signaux d'accélération de courte durée et d'amplitude élevée (choc, coup).

41. Procédé selon l'une des revendications 1 à 40, caractérisé en ce qu'au moins un organe de temporisation est toujours remis à zéro lors du dépassement vers le bas du seuil inférieur (DV1) prédéterminé.

42. Procédé selon l'une des revendications 1 à 41, caractérisé en ce qu'on modifie le seuil (DV) (DVG) pour obtenir un comportement de déclenchement souhaité pendant le temps de fonctionnement d'au moins un organe temporisé.

43. Procédé selon l'une des revendications 1 à 42, caractérisé en ce qu'on utilise un compteur pour chaque organe temporisé.

44. Procédé selon l'une des revendications 1 à 43, caractérisé en ce que pour représenter plusieurs organes temporisés, on utilise un circuit de compteur qui est interrogé pour des états de comptage déterminés.

**EP 0 458 796 B2**

FIG.1



FIG.2



**EP 0 458 796 B2**

FIG.3



FIG.4



EP 0 458 796 B2

FIG.5



FIG.6

EP 0 458 796 B2



FIG.7



FIG.8

EP 0 458 796 B2

FIG.9



FIG.10



EP 0 458 796 B2



FIG.11



FIG.12

EP 0 458 796 B2



FIG.13



FIG.14

EP 0 458 796 B2



FIG.15



FIG.16



EP 0 458 796 B2



FIG.17

FIG.18

**EP 0 458 796 B2**

FIG. 19

