UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ -x
                              :
      In re                   :    Chapter 11
                              :
DELPHI CORPORATION, et al.,   :    Case No. 05-44481 (RDD)
                              :
                              :    (Jointly Administered)
            Debtors.          :
------------------------------ -x


# EXHIBIT E

# TO

# RESPONSE OF ROBERT BOSCH GmbH TO DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS

§ 1   Scope of DE4040927C2   Method and device of failure memory in a vehicle control system

A large number of quite different faults my arise when operating a car. A controller determines whether or not there is at present a failure in the vehicle. The failure is documented by means of entering it in a a failure memory for a later diagnosis. Up to the time being, there are two main methods of entering failures in a failure memory:
   a) A memory space is reserved for each possible failure
   b) The failure will be entered in memory spaces in the order of their occurrence.
The drawback of the first method is that it does not reveal the chronological order of the stored failures. This is most disadvantageous as it disregards the fact that failures will often cause further failures and such causation is not documented.
The drawback of the second method is that the complete memory has to be searched when a new failure occurs. This requires substantial effort which might then not be available for tasks of more importance to the car.
As a further drawback when storing failures, the failure very often cannot be reproduced on the same operating conditions where it occurred in the first place.
Another problem is that sometimes failures seem to be entered without cause or, on the other hand, no failure is entered although there is a clear proof of a defect. Moreover, conventional methods and devices for failure memory require most intricate analysis of stored failure information.


§ 2   What is claimed

One method for storing failure information in a failure memory
is characterised in that
   - a failure sequence memory is used as a failure memory where all failure information is entered in the chronological order of the occurrence of the said failures,
   - a failure registry memory comprising all possible identified failures where, in addition, a respective failure identification flag is set when a failure occurs, and where the flag is removed when the respective failure is no longer existent,
   - and an entry in the failure sequence memory is only made in the case that the respective flag is not set for the occurring failure belonging to it.

Another method of the invention is characterised in that
   - a detected failure is immediately entered in the failure memory along with all information concerning the operating conditions for the time when the failure occurred,
   - and the entry is removed when the failure is no longer existent after a short preset time period.

The special split-up of the failure memory permits the entry of failures in the chronological order of their occurrence without having to search the complete failure memory for any previous entries.

This method and this device are based on the perception that with conventional methods, the failure is entered in the failure memory by far too late. This is due to the fact that, as a matter of principle, only after a certain amount of checking time where the failure must permanently be existing, it will be entered in the memory so as not to have to enter every disturb signal. The method according to the invention, however, permits the immediate entry of the failure in the failure memory along with the operating conditions when the failure occurred. If the failure disappears during a preset checking time period, the entry will be removed.


§ 3   Indications of infringement by Delphi products

Failures which occur during operation of a vehicle must be stored permanently in order to run later on a diagnostic. To identify if failures depend on each other, that means the occurance of one failure causes the occurance of a futher failures which would otherwise not occure. In today diagnostic apparatus failures are usually stored in the timely sequence in a failure memory (failure sequence memory). To avoid mutiple storage of failures into the failure sequence memory a second failure memory (failure registry memory) is used. In this failure registry memory a flag is set which indicates if the failure already is stored into the failure sequence memory. By searching the failure registry memory one can easily determine if for a failure which is momentarily present the same failure is allready stored in the failure sequence memory without searching for the failure in the failure sequence memory itself.

| ⑲ BUNDESREPUBLIK DEUTSCHLAND | ⑫ **Patentschrift** ⑩ DE 40 40 927 C 2 | ㊽ Int. Cl.⁶: G 06 F 11/30 |
|---|---|---|

**DEUTSCHES PATENT- UND MARKENAMT**

㉑ Aktenzeichen: P 40 40 927.9-53
㉒ Anmeldetag: 20. 12. 90
㊸ Offenlegungstag: 25. 6. 92
㊺ Veröffentlichungstag der Patenterteilung: 21. 10. 99

Innerhalb von 3 Monaten nach Veröffentlichung der Erteilung kann Einspruch erhoben werden

⑬ Patentinhaber:
Robert Bosch GmbH, 70469 Stuttgart, DE

⑫ Erfinder:
Mischker, Karsten, 70839 Gerlingen, DE

㊻ Für die Beurteilung der Patentfähigkeit in Betracht gezogene Druckschriften:
DE    36 09 428 C2
DE    32 27 292 C2
IBM Technical Disclosure Bulletin Vol.33, No.1A, Juni 1990, S. 399 und 400;

㊺ Verfahren und Vorrichtung zur Fehlerspeicherung in einer Steuereinrichtung eines Kraftfahrzeugs

㊼ Verfahren zur Fehlerspeicherung in einer Steuereinrichtung eines Kraftfahrzeugs, bei dem Fehlerinformation in einem Fehlerspeicher abgelegt wird, dadurch gekennzeichnet, daß
- als Fehlerspeicher ein Fehlerfolgespeicher verwendet wird, in dem die Fehlerinformation in der Reihenfolge des Auftretens vorbezeichneter Fehler abgelegt wird,
- zusätzlich in einem Fehlerregistrierspeicher für jeden dort vorbezeichneten Fehler durch Setzen einer Fehlerbezeichnungsflagge gekennzeichnet wird, ob der Fehler momentan vorliegt, wobei eine jeweilige Fehlerbezeichnungsflagge gesetzt wird, wenn der zu ihr gehörende Fehler auftritt und die Flagge wieder rückgesetzt wird, sobald der Fehler nicht mehr vorliegt,
- und ein Eintrag im Fehlerfolgespeicher nur vorgenommen wird, wenn zu einem auftretenden Fehler die zugehörige Fehlerbezeichnungsflagge nicht gesetzt ist.



Beschreibung

Das Folgende betrifft Verfahren und Vorrichtungen zur Fehlerspeicherung in der Steuereinrichtung eines Kraftfahrzeugs. Die Steuereinrichtung kann ein einzelnes Steuergerät sein, das entweder das einzige im Kraftfahrzeug ist oder das in bezug auf die Fehlerspeicherung unabhängig von anderen Steuergeräten arbeitet, oder die Steuereinrichtung kann als Verbund mehrerer Steuergeräte verstanden werden, die eine Fehlerspeicherung gemeinsam haben. Im folgenden wird der Einfachheit halber immer von einem einzelnen Steuergerät gesprochen und es wird angenommen, daß es ein solches ist, das zum Steuern der Betriebsabläufe einer Brennkraftmaschine dient. Aus der Beschreibung ist jedoch ersichtlich, daß es auf den konkreten Informationsinhalt abgespeicherter Information nicht ankommt, so daß alles, was anhand eines einzelnen Steuergerätes für eine Brennkraftmaschine erläutert wird, entsprechend auf einen Verbund von Steuergeräten und/- oder Fehlerroutinen in Zusammenhang mit dem Betreiben anderer Funktionsgruppen in einem Kraftfahrzeug (z. B. Bremsen, Fahrwerk, Getriebe, Sicherheitseinrichtungen) anwendbar ist.

Beim Betreiben einer Brennkraftmaschine kann eine große Anzahl unterschiedlichster Fehler auftreten. Tatsächlich festgestellt werden können diejenigen Fehler, zu denen bestimmte Fehlerbedingungen aufgestellt wurden. Die Anzahl von Fehlern, die beim Betreiben der Brennkraftmaschine (oder einer anderen Funktionsgruppe eines Kraftfahrzeugs) festgestellt werden können, ist demgemäß genau bekannt.

Bei einem ersten herkömmlichen Verfahren wird zur Fehlerspeicherung für jeden möglichen Fehler ein Abschnitt in einem Speicher reserviert. Sobald ein Fehler auftritt, wird überprüft, welcher Speicherabschnitt diesem Fehler zugeordnet ist. Anschließend wird Fehlerinformation zum Fehler eingetragen, wozu insbesondere Angaben über Betriebsbedingungen gehören, bei denen der Fehler auftrat.

Gemäß einem anderen herkömmlichen Prinzip wird Fehlerinformation in der Reihenfolge des Auftretens von Fehlern in Abschnitte eines Speichers eingeschrieben.

Das erste Prinzip hat den Vorteil, daß dann, wenn ein Fehler auftritt, sehr schnell festgestellt werden kann, ob zu diesem Fehler bereits ein Eintrag vorliegt oder nicht. Dies, weil im voraus genau bekannt ist, in welchem Abschnitt des Fehlerspeichers nach der Information zu suchen ist. Von Nachteil ist aber, daß nicht bekannt ist, in welcher Reihenfolge die insgesamt abgespeicherten Fehler aufgetreten sind. Nachteilig ist dies, weil ein zunächst auftretender Fehler häufig weitere Fehler nach sich zieht. So kann ein Ausfall der Zündung einen Fehler in der Lambdaregelung zur Folge haben. Umgekehrt kann ein Fehler in der Lambdaregelung zu Zündaussetzern führen. Wenn die Reihenfolge des Auftretens der Fehler nicht bekannt ist, ist zunächst unklar, ob Anlaß für z. B. einen Zündungs- und einen Lambdaregelungsfehler, ein Mangel in der Zündung oder ein Mangel in der Lambdaregelung war.

Aus dem eben Erläuterten ist offensichtlich, daß die Fehlerspeicherung gemäß dem zweiten Prinzip über den Vorteil verfügt, daß aufgrund der Reihenfolge der Fehler im Speicher ohne weiteres festgestellt werden kann, wie die Fehler zeitlich aufeinanderfolgten. Nachteilig ist aber, daß dann, wenn ein neuer Fehler auftritt, immer der gesamte Speicher durchsucht werden muß. Der hierzu erforderliche Rechenaufwand ist im Vergleich zu anderen gleichwichtigen Aufgaben der Steuerung beträchtlich.

Die DE 32 27 292 C2 betrifft dazu eine elektronische Steuereinrichtung mit einer Speichereinrichtung, wobei das wesentliche Merkmal der erfindungsgemäßen Lösung die Unterteilung des Speichers in zwei Abschnitte ist. Der erste Speicherabschnitt dient der Speicherung von Anfangsfehlerdaten, wohingegen im zweiten Abschnitt solche Fehler gespeichert werden, die bereits als Anfangsfehlerdaten vorliegen. Damit steht für eine Analyse immer der Anfangsfehler und der zuletzt aufgetretene Fehler zur Verfügung. Eine erstmals auftretende Fehlerinformation wird ausschließlich im zugeordneten Fehlerzeiger des jeweiligen ersten Abschnitts des Speicherbereichs abgelegt. Dabei ist in der genannten Schrift generell kein Löschen von Fehlerinformation, insbesondere nicht im ersten Abschnitt, vorgesehen. Lediglich das Überschreiben zur Datenerneuerung im zweiten Abschnitt ist offenbart, wobei die Anfangsdaten im Fehlerzeiger stets unverändert bleiben.

Ein Löschen einer Fehlerkennung ist zwar in der DE 36 09 428 C2 vorhanden, allerdings ist die Ursache dafür, daß ein zum Fehler gehörender Fehlercode ausgegeben wurde. Ein nicht mehr Auftreten des Fehlers als Grundlage des Löschens ist nicht offenbart. In dieser Schrift ist jedem möglichen Fehler eindeutig eine Speicherstelle in der Speichereinrichtung zugeordnet. Tritt ein erwarteter Fehler auf, so wird in dem diesem Fehler zugeordneten Speicherplatz ein entsprechendes Fehlersignal abgespeichert. Die Speicherbereiche werden auf aufgetretene Fehler überprüft und der entsprechende Fehlercode ausgegeben. Bis der Fehlercode ausgegeben wird, wird ein erneutes Auftreten des Fehlers nicht als erneute Fehlermeldung klassifiziert. Damit werden fehlerhafte Daten beispielsweise für eine spätere Auswertung erzeugt. Zusatzinformationen werden hierbei nicht abgespeichert.

Ein Abspeichern von Zusatzinformationen ist in IBM, "Technical Disclosure Bulletin, Vol. 33, No. 1A, June 1990" gezeigt. Dabei werden aber generell Zusatzinformationen (Power on, Ersetzen von Untersystembaugruppen auf Einschubkarten, u. s. w.) bezüglich der Instandhaltungsgeschichte abgespeichert. Diese stehen nicht in direktem Zusammenhang mit einem auftretenden Fehler und werden nicht bei einem Fehler, sondern generell bei ihrem Auftreten abgespeichert, um für den menschlichen Bearbeiter zur Verfügung zu stehen.

Aus dem bisher Gesagten hat sich gezeigt, daß die genannten Verfahren und Vorrichtungen nicht in jeder Hinsicht optimale Ergebnisse zu liefern vermögen.

Im Zusammenhang mit Sicherheit und Schnelligkeit beim Bearbeiten von Fehlerinformation in einer Steuereinrichtung in einem Kraftfahrzeug bestehen herkömmlicherweise noch weitere Probleme. Eines geht dahin, daß sich verschiedentlich Fehler nicht bei denjenigen Betriebsbedingungen reproduzieren lassen, die im Fehlerspeicher zugehörig zu einem bestimmten Fehler abgespeichert sind, sondern nur bei anderen Betriebsbedingungen. Auch ist immer wieder zu beobachten, daß Fehler anscheinend ungerechtfertigter Weise eingetragen sind oder daß gar kein Fehler eingetragen ist, obwohl ein feststellbarer Mangel vorliegt. Weiterhin sind herkömmliche Verfahren und Vorrichtungen zur Fehlerspeicherung oft umständlich im Auswerten der abgespeicherten Fehlerinformation.

Es bestand demgemäß die Aufgabe, Verfahren und Vorrichtungen zur Fehlerspeicherung in einer Steuereinrichtung eines Kraftfahrzeugs anzugeben, die schnell und dennoch sicher arbeiten.

Darstellung der Erfindung

Im folgenden werden verschiedene erfindungsgemäße Verfahren und Vorrichtungen angegeben, denen allen das Prinzip gemeinsam ist, daß sie besondere Aufteilungen der Speicher und Speicherinhalte nutzen, um abgespeicherte In-

formationen schnell und sicher auswerten zu können.

Ein erstes erfindungsgemäßes Verfahren, bei dem Fehlerinformation in einem Fehlerspeicher abgelegt wird, ist dadurch gekennzeichnet, daß

- als Fehlerspeicher ein Fehlerfolgespeicher verwendet wird, in dem die Fehlerinformation in der Reihenfolge des Auftretens vorbezeichneter Fehler abgelegt wird,
- zusätzlich in einem Fehlerregistrierspeicher für jeden dort vorbezeichneten Fehler durch Setzen einer Fehlerbezeichnungsflagge gekennzeichnet wird, ob der Fehler momentan vorliegt, wobei eine jeweilige Fehlerbezeichnungsflagge gesetzt wird, wenn der zu ihr gehörende Fehler auftritt und die Flagge wieder rückgesetzt wird, sobald der Fehler nicht mehr vorliegt,
- und ein Eintrag im Fehlerfolgespeicher nur vorgenommen wird, wenn zu einem auftretenden Fehler die zugehörige Fehlerbezeichnungsflagge nicht gesetzt ist.

Die zugehörige Vorrichtung ist gekennzeichnet durch

- einen Fehlerfolgespeicher (16), in dem die Fehlerinformation in der Reihenfolge des Auftretens vorbezeichneter Fehler abgelegt wird,
- einen Fehlerregistrierspeicher (15), in dem zusätzlich für jeden dort vorbezeichneten Fehler durch Setzen einer Fehlerbezeichnungsflagge gekennzeichnet wird, ob der Fehler momentan vorliegt, wobei eine jeweilige Fehlerbezeichnungsflagge gesetzt wird, wenn der zu ihr gehörende Fehler auftritt und die Flagge wieder rückgesetzt wird, sobald der Fehler nicht mehr vorliegt,
- und eine Einrichtung (11, 13) zum Vornehmen eines Eintrags im Fehlerfolgespeicher nur dann, wenn zu einem auftretenden Fehler die zugehörige Fehlerbezeichnungsflagge nicht gesetzt ist.

Dieses Verfahren und diese Vorrichtung haben den Vorteil, daß Fehler in der Reihenfolge ihres Auftretens abgelegt werden, was im Fehlerfolgespeicher geschieht, aber andererseits ohne Durchsuchen des Folgespeichers schnell festgestellt werden kann, ob ein Fehler bereits auftrat, nämlich dadurch, daß im Fehlerregistrierspeicher an einer zugehörig zum aufgetretenen Fehler fest vorgegebenen Stelle abgefragt wird, ob der Fehler bereits registriert wurde oder nicht. Nur wenn sich aus dieser sehr schnell auszuführenden Abfrage ergibt, daß eine Änderung im Fehlerfolgespeicher auszuführen ist, muß die langwierige Prozedur des Aufsuchens des Eintrags oder Aufsuchens eines neuen Speicherabschnitts im Fehlerfolgespeicher und des Vorgangs des Eintragens (Neu- oder Änderungseintrag) ablaufen.

Das zweite erfindungsgemäße Verfahren ist dadurch gekennzeichnet, daß

- sofort bei Auftreten eines Fehlers ein Eintrag desselben im Fehlerspeicher zusammen mit Information über Betriebsbedingungen zum Zeitpunkt des Auftretens des Fehlers erfolgt,
- und der Eintrag wieder gelöscht wird, wenn der Fehler innerhalb einer vorgegebenen kurzen Zeitspanne nicht mehr vorhanden ist.

Die zugehörige Vorrichtung ist durch eine Einrichtung gekennzeichnet, die sofort bei Auftreten eines Fehlers einen Eintrag desselben im Fehlerspeicher (16) zusammen mit Information über Betriebsbedingungen zum Zeitpunkt des Auftretens des Fehlers vornimmt und den Eintrag wieder löscht, wenn der Fehler innerhalb einer vorgegebenen kurzen Zeitspanne nicht mehr vorhanden ist.

Diesem Verfahren und dieser Vorrichtung liegen die Erkenntnis zugrunde, daß bei herkömmlichen Verfahren der Fehlereintrag im Fehlerspeicher zu spät erfolgt. Um nämlich nicht auf jedes Störsignal hin sofort einen Fehler einzutragen, wird grundsätzlich eine Prüfzeit abgewartet, innerhalb der der Fehler dauernd vorhanden sein muß. Bei herkömmlichen Verfahren wurde der Fehler erst mit Ablauf der Prüfzeit eingetragen. Beim erfindungsgemäßen Verfahren und in der erfindungsgemäßen Vorrichtung wird der Fehler dagegen zusammen mit den bei seinem Auftreten vorliegenden Betriebsbedingungen sofort abgespeichert. Verschwindet der Fehler während der Prüfzeit wieder, wird der Fehlereintrag gelöscht.

Beim dritten erfindungsgemäßen Verfahren werden die Einträge im Fehlerspeicher für jeden Fehler einer Plausibilitäts- und/oder Redundanzprüfung unterzogen, und es wird der Eintrag für einen Fehler gelöscht, wenn die Prüfung ergibt, daß die Fehlerinformation selbst fehlerhaft ist.

Die zugehörige Vorrichtung ist durch eine Einrichtung gekennzeichnet, die die Einträge im Fehlerspeicher für jeden Fehler einer Plausibilitäts- und/oder Redundanzprüfung unterzieht und den Eintrag für einen Fehler löscht, wenn die Prüfung ergibt, daß die Fehlerinformation selbst fehlerhaft ist.

Wie es aus der folgenden Beschreibung hervorgehen wird, wird in einem Fehlerspeicher vorzugsweise eine ganze Anzahl unterschiedlicher Informationen abgespeichert. Diese Informationen sind zum Teil redundant oder müssen in vorgegebenen Beziehungen zueinander stehen. Diese Tatsachen werden dazu genutzt, zu überprüfen, ob Fehlerinformation richtig gespeichert ist.

Das vierte erfindungsgemäße Verfahren ist dadurch gekennzeichnet, daß in einem Fehlerspeicher alle Informationen, die in Zusammenhang mit Fehlerbehandlungsroutinen stehen, eingetragen werden, und zwar in solcher Weise, daß sie unmittelbar von jeweiligen Fehlerbehandlungsroutinen abfragbar sind. Die zugehörige erfindungsgemäße Vorrichtung zeichnet sich durch eine entsprechende Strukturierung des Fehlerspeichers aus.

Dieses Verfahren und diese Vorrichtung haben den Vorteil, daß Fehlerinformation, die z. B. aus Berechnungen gewonnen wird, nicht jedesmal neu berechnet werden muß, wenn eine Fehlerbehandlungsroutine diese Information benötigt, sondern daß die Information nur einmalig berechnet wird und dann abgespeichert wird, so daß sie anschließend unmittelbar von jeweiligen Fehlerbehandlungsroutinen abgefragt werden kann.

Die vorstehend angegebenen Verfahren bzw. Vorrichtungen können unabhängig voneinander verwendet werden, jedoch ergeben sich besondere Vorteile, wenn die Verfahren zumindest teilweise gemeinsam angewendet werden. So ist leicht ersichtlich, daß dann, wenn viele berechnete oder durch logische Verknüpfungen gewonnene Informationen im Fehlerspeicher abgelegt werden, was schnelles Arbeiten von Fehlerbehandlungsroutinen ermöglicht, gute Möglichkeiten bestehen, Plausibilitäts- und/oder Redundanzprüfungen vorzunehmen, um die Korrektheit der Eintragungen überprüfen zu können. Wird bei solcher Vorgehensweise eine Speicherstrukturierung mit einem Fehlerfolgespeicher und einem Fehlerregistrierspeicher verwendet, wirken sich die umfangreichen Informationseintragungen im Fehlerfolgespeicher in der Abarbeitungsgeschwindigkeit von Fehlerbehandlungsroutinen praktisch nicht aus, da auf den Fehlerfolgespeicher immer nur dann zugegriffen wird, wenn die schnell ausführbaren Abfragen des Fehlerregistrierspeichers ergeben, daß im Fehlerfolgespeicher tatsächlich Information zu einem Fehler zu erwarten ist, daß sich also die relativ

langwierige Suche im Fehlerfolgespeicher lohnt.

Vorteilhafte Weiterbildungen und Ausgestaltungen der Verfahren sind Gegenstand abhängiger Ansprüche.

Zeichnung

**Fig. 1:** Blockschaltbild einer Vorrichtung zur Fehlerspeicherung in einer Steuereinrichtung eines Kraftfahrzeugs mit besonderer Strukturierung der Fehlerspeichereinrichtungen;

**Fig. 2:** schematische Darstellung des Inhalts eines Fehlerregistrierspeichers;

**Fig. 3a–c:** schematische Darstellungen des Speicherinhalts des Fehlerfolgespeichers mit zunehmender Feinheit der Darstellung der Speicherstrukturierung;

**Fig. 4:** Flußdiagramm zum Erläutern eines Verfahrens zur Fehlerspeicherung in einer Steuereinrichtung eines Kraftfahrzeugs, welches Verfahren verschiedene vorteilhafte Detailverfahren in sich vereinigt; und

**Fig. 5:** Flußdiagramm entsprechend dem von **Fig. 4**, jedoch für ein anderes Ausführungsbeispiel für Verfahrensabläufe.

Beschreibung von Ausführungsbeispielen

Im Blockschaltbild gemäß **Fig. 1** ist ein Steuergerät **10** dargestellt, das eine CPU **11** aufweist, die über einen Steuer-/Adreß/Daten-Bus **12** mit einem ROM **13** zum Speichern eines Betriebsprogramms, einem RAM **14** zum Speichern aktueller Daten, einem Fehlerregistrierspeicher **15** und einem Fehlerfolgespeicher **16** in Verbindung steht. Der Datenaustausch über den eben genannten Mehrzweckbus **12** erfolgt in paralleler Weise. Über einen anderen Bus **17** für serielle Daten, der die CPU **11** mit einer Schnittstelle **18** verbindet, erfolgt der Austausch von Daten zwischen der CPU **11** und externen Funktionsgruppen. Über einen Versorgungsbus **19** werden alle Funktionsgruppen des Steuergerätes **10** von einer Spannungsversorgung **20** mit unterschiedlichen Betriebsspannungen versehen. Die Spannungsversorgung **20** ist ihrerseits an die Fahrzeugbatterie **21** angeschlossen. Die Spannungsversorgung **20** versorgt den Fehlerregistrierspeicher **15** und den Fehlerfolgespeicher **16** auch dann noch mit Spannung, wenn die übrigen Funktionsgruppen des Steuergerätes **10** abgeschaltet sind. Dies, weil beim Ausführungsbeispiel die beiden genannten Speicher als statische RAMs ausgeführt sind. Werden stattdessen z. B. EEPROMS verwendet, kann auf die Spannungsversorgung der Speicher verzichtet werden.

Die Struktur des Fehlerregistrierspeichers **15** ist in **Fig. 2** veranschaulicht. Es handelt sich um einen Speicherbereich mit insgesamt 64 Bits. Jedes einzelne Bit ist einem Fehler mit bestimmter Bezeichnung zugeordnet. Gemäß der Darstellung von **Fig. 2** ist die Fehlerbezeichnung eine fortlaufende Zahl. Die ausführlichere Fehlerbezeichnung kann z. B. lauten: "Motortemperatur", "Lambdasonde", "Lambdaregler", "Einspritzventil 1" usw. Immer dann, wenn ein Bit im Fehlerregistrierspeicher **15** gesetzt ist, liegt der diesem Bit zugeordnete Fehler vor. Gemäß der Darstellung von **Fig. 2** sind die Bits für den Fehler Nr. 3 und den Fehler Nr. 7 gesetzt.

Die Struktur des Fehlerfolgespeichers **16** ist durch **Fig. 3** veranschaulicht. Wie aus **Fig. 3a** erkennbar, sind beim Ausführungsbeispiel **32** Speicherabschnitte mit jeweils 6 Bytes (siehe **Fig. 3b**) vorhanden. Jeder Speicherabschnitt steht zum Eintragen von Information für einen einzelnen Fehler zur Verfügung. Die Fehlerinformation wird in der Reihenfolge des Auftretens der Fehler eingeschrieben. Beim Ausführungsbeispiel ist angenommen, daß der Fehler Nr. 7 vor dem Fehler Nr. 3 auftrat. Die Information zum Fehler Nr. 7 ist daher im ersten Speicherabschnitt abgelegt und die zum Fehler Nr. 3 im zweiten Abschnitt. Alle weiteren Abschnitte vom dritten bis zum zweiunddreißigsten sind noch leer.

**Fig. 3b** veranschaulicht den Inhalt der 6 Bytes eines jeden Speicherabschnitts. Im ersten Byte steht die Fehlerbezeichnung, also die Nr. 7 im Beispielsfall. Im zweiten Byte befindet sich Information zur Fehlerart, was aus **Fig. 3c** genauer ersichtlich ist. Demgemäß gibt das erste Bit des Fehlerartbytes an, ob der Fehler momentan vorhanden ist oder nicht. Das zweite Bit gibt an, ob eine Prüfzeit abgelaufen ist oder nicht. Das dritte Bit gibt an, ob dieser Fehler erfordert, daß eine Warnlampe zum Aufleuchten gebracht wird. Die weiteren fünf Bits geben den Fehlertyp an, z. B. bezogen auf die Motortemperatur, ob diese zu hoch gemessen wird (Kurzschluß gegen die Versorgungsspannung), zu niedrig gemessen wird (Kurzschluß gegen Masse) oder gar nicht vorhanden ist (Leitungsunterbrechung. Abhängig vom jeweiligen Fehler sind weitere Typunterscheidungen möglich, weswegen insgesamt 5 Bits zur Verfügung stehen. Jedoch können die Bits auch andere Information vermitteln, oder es kann ein weiteres Bit-Byte entsprechend dem eben beschriebenen zweiten Byte vorhanden sein. Im dritten und im vierten Byte werden Daten für eine Betriebsgröße 1 bzw. eine Betriebsgröße 2 gespeichert. Tritt z. B. eine Unterbrechung des Motortemperatursignals auf, so ist es möglich, daß diese Unterbrechung nur bei einer bestimmten Last und Drehzahl erfolgt, bei der das Fahrzeug in solche Schwingung gerät, daß der Fehler hervorgerufen wird. Bei anderen Betriebszuständen, bei denen diese Schwingungen nicht vorliegen, liegt auch der Fehler nicht vor. Die in den Bytes 3 und 4 abgelegten Werte von Betriebsgrößen sind demgemäß hilfreich, um den Fehler unter Umständen wieder erzeugen zu können, wenn er bei einer Werkstattüberprüfung zunächst nicht vorliegt. Im fünften Byte wird eine Häufigkeitszahl abgelegt. Diese Maßnahme ermöglicht es insbesonde., einen Fehlereintrag wieder zu löschen, wenn der Fehler nur zufällig einmal festgestellt wurde und dann über viele Betriebszyklen nicht mehr auftritt. Dies wird weiter unten anhand von **Fig. 4** näher erläutert. Im sechsten Byte wird der jeweils aktuelle Stand einer Prüfzeit abgespeichert. Auch diese Maßnahme wird anhand von **Fig. 4** näher beschrieben.

Das Verfahren gemäß **Fig. 4** beginnt mit dem Einschalten der Zündung einer Brennkraftmaschine. Über eine Marke "A" wird ein Schritt s1 erreicht, in dem überprüft wird, ob der weitere Hauptverfahrensablauf ausgeführt werden soll oder ob das Verfahren beendet werden soll, z. B. weil die Zündung ausgeschaltet wurde. Es sei zunächst angenommen, daß das Verfahren nicht beendet werden soll. Es wird dann in einem Schritt s2 untersucht, ob ein Fehler vorliegt. Es sei angenommen, daß dies der Fall ist. Es wird dann (Schritt s3) festgestellt, um welchen Fehler es sich handelt. Es sei z. B. der Fehler mit der Nr. 7, was gleichzeitig der Fehler "Motortemperatur" sei. Unter Kenntnis der Fehlerbezeichnung wird in einem Schritt s4 untersucht, ob das zugehörige siebte Bit im Fehlerregistrierspeicher, d. h. die zum festgestellten Fehler zugehörige Fehlerbezeichnungsflagge FBF gesetzt ist. Es sei angenommen, daß dies noch nicht der Fall ist, daß also beim Beendigen des letzten Betriebszyklus der Brennkraftmaschine der Fehler Nr. 7 nicht vorlag. Es wird dann in einem Schritt s5 untersucht, ob bereits ein Fehlereintrag vorhanden ist, was beim Ausführungsbeispiel dann der Fall sein kann, wenn der Fehler in irgend einem der letzten 50 Betriebszyklen eindeutig mindestens einmal auftrat. Es sei angenommen, daß der Fehler in den letzten 50 Betriebszyklen nicht auftrat, daß also kein Fehlereintrag vorhanden ist. In diesem Fall wird in einem Schritt s6 der Fehler in den Fehlerfolgespeicher **16** eingetragen. Beim Ausführungsbeispiel handelt es sich um den ersten Eintrag,

wie oben anhand von **Fig. 3a** beschrieben. Im sechsten Byte wird der aktuelle Stand der Prüfzeit eingeschrieben. Beim Ausführungsbeispiel steht die Prüfzeit anfänglich auf 0,5 sec. Mit dem Eintrag des Fehlers im Fehlerfolgespeicher **16** und dem Starten der Prüfzeit erfolgt auch ein Setzen der zugehörigen Fehlerbezeichnungsflagge im Fehlerregistrierspeicher **15**, im Beispielsfall ein Setzen des siebten Hit. Anschließend wird über die Marke "A" wieder Schritt s1 erreicht.

Erneut sei angenommen, daß das Hauptverfahren nicht beendet werden soll und daß der Fehler Nr. 7 nach wie vor vorliege. In Schritt s4 ergibt sich nun, daß die Fehlerbezeichnungsflagge FBF gesetzt ist. Es wird dann nicht mehr Schritt s5, sondern ein Schritt s7 erreicht, in dem untersucht wird, ob die Prüfzeit bereits abgelaufen ist. Beim ersten Erreichen von Schritt s7 ist dies noch nicht der Fall, woraufhin wieder Schritt s1 über die Marke "A" erreicht wird. Ergibt sich nach mehrmaligem Erreichen von Schritt s7 schließlich, daß die Prüfzeit abgelaufen ist, wird dies durch Setzen des zweiten Bit im zweiten Byte des ersten Abschnitts im Fehlerfolgespeicher **16** angezeigt (**Fig. 3c**). Erneut wird Schritt s1 über die Marke "A" erreicht.

Es sei nun angenommen, daß der zunächst beobachtete Fehler verschwunden sei. In Schritt s2 liegt dann eine Meldung vor, die nicht mehr dahingehend, daß ein Fehler aufgetreten ist oder vorliegt, sondern die dahingehend, daß ein Fehler weggefallen ist. Es schließt sich daher nicht mehr Schritt s3 an, sondern ein Schritt s9, in dem die Bezeichnung des weggefallenen Fehlers festgestellt wird. Anschließend wird in einem Schritt s10 untersucht, ob die zum Fehler zugehörige Fehlerbezeichnungsflagge FBF gesetzt ist. Wäre dies nicht der Fall, würde über die Marke "A" wieder der Schritt s1 erreicht werden. Andernfalls wird in einem Schritt s11 der zugehörige Fehlereintrag im Fehlerfolgespeicher **16** gesucht.

Alternativ zu den Schritten s2, s9 und s10 kann auch ein Ablauf erfolgen, gemäß dem der Reihe nach alle Flaggen des Fehlerregistrierspeichers **15** abgefragt werden und dann, wenn eine Flagge gesetzt ist, jedoch momentan keine Meldung zu diesem Fehler vorliegt, Schritt s11 erreicht wird.

Wenn in Schritt s11 der zum nicht mehr vorhandenen Fehler vorhandene Eintrag gefunden ist, wird in einem Schritt s12 untersucht, ob die Prüfzeit abgelaufen ist. Dies läßt sich durch Abfragen des zweiten Bits im zweiten Byte des zugehörigen Abschnitts im Fehlerfolgespeicher **16** leicht feststellen. Gemäß dem bisher beschriebenen Ablauf ist die Prüfzeit abgelaufen. In diesem Fall wird ein Schritt s13 erreicht, in dem die zugehörige Fehlerbezeichnungsflagge FBF im Fehlerregistrierspeicher **15** rückgesetzt wird. Diese Maßnahme ist in Zusammenhang mit einem Ablauf von Interesse, der sich an Schritt s1 anschließt, wenn sich dort im Gegensatz zur bisherigen Annahme ergibt, daß das Verfahren beendet werden soll.

Ergibt sich in Schritt s12 jedoch, daß die Prüfzeit noch nicht abgelaufen ist, wird der Eintrag zum zunächst aufgetretenen, dann aber schnell wieder verschwundenen Fehler in einem Schritt s14 gelöscht. Es wird auch die zugehörige Fehlerbezeichnungsflagge FBF rückgesetzt.

Die Maßnahme des sofortigen Vornehmens eines Eintrags und des Löschen des Eintrags dann, wenn der Fehler vor Ablauf einer Prüfzeit wieder verschwindet, steht im Gegensatz zur herkömmlichen Vorgehensweise, gemäß der Fehlerinformation erst dann eingetragen wird, wenn der Fehler nach der Prüfzeit noch vorhanden ist. Um nicht zu viele Fehler unnötig zu speichern, müssen die Prüfzeiten relativ lang gewählt werden, beim Ausführungsbeispiel etwa 0,5 sec, wie erwähnt. In dieser Zeit kann z. B. die Drehzahl und insbesondere die Last stark abnehmen, so daß beim herkömmlichen Verfahren beim Vornehmen der Fehlerabspeicherung deutlich andere Bedingungen vorliegen können als beim Entstehen des Fehlers. Beim vorstehend beschriebenen Ablauf wird dagegen in Schritt s6 die gesamte Fehlerinformation sofort bei Auftreten eines Fehlers eingetragen. Dieser Fehlereintrag wird jedoch noch sozusagen "geheim" gehalten, daß das zweite Bit im zweiten Byte des zugehörigen Speicherabschnitts noch nicht anzeigt, daß die Prüfzeit abgelaufen ist. Diese Tatsache wird dazu genutzt, allen Fehlerbehandlungsroutinen den Zugriff auf die Fehlerinformation zu verwehren. Erst wenn die Prüfzeit abgelaufen ist und demgemäß das genannte Bit gesetzt ist, haben die Fehlerbehandlungsroutinen Zugriff auf die Information zum neu eingetragenen Fehler.

Nach Schritt s13 oder Schritt s14 wird wiederum Schritt s1 über die Marke "A" erreicht. Es sei angenommen, daß das Hauptverfahren nach wie vor ablaufen soll und daß nun der zunächst aufgetretene und dann wieder verschwundene Fehler erneut vorhanden sei. Mit dem eingangs beschriebenen Ablauf wird daher wieder Schritt s5 erreicht, in dem sich nun aber herausstellt, daß ein Fehlereintrag zu dem wieder aufgetretenen Fehler vorhanden ist. Es wird dann in einem Schritt s15 die Häufigkeitszahl im fünften Byte der Fehlerinformation zum betreffenden Fehler inkrementiert. Außerdem wird die zum Fehler zugehörige Fehlerbezeichnungsflagge wieder gesetzt. Erneut folgt Schritt s1 über die Marke "A".

Sobald die Zündung ausgeschaltet ist, ergibt sich bei Erreichen des Schrittes s1, daß das Hauptverfahren beendet werden soll. Bei Ausschalten der Zündung wird in Kraftfahrzeugen mit elektronischen Steuergeräten noch für eine vorgegebene Zeitspanne die Betriebsspannung für die Steuergeräte aufrechterhalten, damit diese vorgegebene Nachlauffunktionen ausüben können. Ein derartiger Ablauf ist derjenige, der sich an Schritt s1 nach dem Abschalten der Zündung anschließt. Dabei wird in einem Schritt s16 die fortlaufende Nummer N für die Fehlereinträge im Fehlerregistrierspeicher **15** auf Null gesetzt. In einem Schritt s17 wird der Wert von N um Eins erhöht. Ergibt sich in einem Schritt s18, daß der letzte Eintrag noch nicht erreicht ist, wird in Schritt s19 untersucht, ob die zur aktuellen Nummer gehörende Fehlerbezeichnungsflagge gesetzt ist oder nicht. Ist sie gesetzt, wird wieder Schritt s17 erreicht, andernfalls wird in einem Schritt s20 die Häufigkeitszahl dekrementiert, die im fünften Byte der Fehlerinformation zum zugehörigen Fehler im Fehlerfolgespeicher **16** abgelegt ist.

In Zusammenhang mit der eben genannten Maßnahme ist zu erwähnen, daß es von Vorteil ist, die Häufigkeitszahl beim ersten Auftreten eines Fehlers auf einen vorgegebenen Wert zu setzen. Beim Ausführungsbeispiel erfolgt ein Setzen auf den Wert "50". Tritt nun in 50 aufeinanderfolgenden Betriebszyklen einer Brennkraftmaschine (beim Ausführungsbeispiel; ansonsten irgend einer anderen Funktionsgruppe) der Fehler nicht mehr auf, wird schließlich die Häufigkeitszahl "0" erreicht, da nach jedem Betriebszyklus wegen nichtvorhandenem Fehler die Häufigkeitszahl um Eins verringert wurde. Die Tatsache, daß die Häufigkeitszahl den Wert Null erreicht hat, wird in einem Schritt s21 festgestellt, der sich an Schritt s20 anschließt. Es wird dann in einem Schritt s22 der Fehlereintrag gelöscht. Solange die Häufigkeitszahl noch nicht Null ist, schließt sich an Schritt s21 Schritt s17 an. Beim Ausführungsbeispiel wird angenommen, daß ein Fehler während eines Betriebszyklus nicht vorlag, wenn er beim Beenden des Betriebszyklus nicht vorliegt. Liegt er nur zufälligerweise nicht vor, z. B. da es sich um einen Wackelkontakt handelt, wird die Häufigkeitszahl dekrementiert, obwohl dies eigentlich ungerechtfertigt ist. Es ist jedoch zu beachten, daß im Fall eines Wackelkontakts die nur um Eins dekrementierte Häufigkeitszahl beim näch-

sten Betriebszyklus wieder um einen viel größeren Wert inkrementiert werden wird, nämlich immer dann, wenn nach dem Wegfallen des Fehlers und seinem erneuten Auftreten wieder Schritt s15 erreicht wird. Es ist daher für die Praxis nicht erforderlich, konkret festzustellen, ob ein Fehler während eines gesamten Betriebszyklus auftrat oder nicht. Beim Ausführungsbeispiel wird unter einem Betriebszyklus ein Betreiben der Brennkraftmaschine unter solchen Bedingungen verstanden, daß mindestens eine Motortemperatur von 85°C erreicht wird.

In **Fig. 4** sind verschiedene Schritte des Flußdiagramms mit gestrichelten Linien dargestellt. Es handelt sich um die Schritte s7 und s8 sowie s16 bis s21. Beim Ausführungsbeispiel laufen diese Schritte, und zwar die Schritte s7 und s8 für sich und die Schritte s16 bis s22 für sich, unabhängig von den anderen Schritten ab. Der Übersichtlichkeit halber wurden sie jedoch im Flußdiagramm von **Fig. 4** mit diesen anderen Schritten verknüpft.

**Fig. 5** betrifft einen Verfahrensablauf, der beim Ausführungsbeispiel während des Betreibens einer Brennkraftmaschine abläuft, jedoch in wesentlich gröberem Zeitraster als die Schritte s1 bis s15. Es handelt sich um einen Verfahrensablauf mit einer Plausibilitäts- und Redundanzprüfung und einer Untersuchung dahingehend, ob eine Warnlampe eingeschaltet werden muß.

Die eben genannte Plausibilitäts- und Redundanzprüfung wird in einem Schritt s5.1 ausgeführt. Dort wird unter anderem untersucht, ob der Zustand des ersten Bits ("Fehler momentan vorhanden"; **Fig. 3c**) des zweiten Bytes ("Fehlerart"; **Fig. 3b**) im Speicherabschnitt für einen bestimmten Fehler mit dem Stand des zum Fehler zugehörigen Bits im Fehlerregistrierspeicher 15 übereinstimmt. Hierbei ist zu beachten, daß das Bit "Fehler momentan vorhanden" bei ordnungsgemäßem Ablauf des Verfahrens von **Fig. 4** immer gemeinsam mit dem Fehlerbehandlungsbit FBF gesetzt oder rückgesetzt wird. Dies ist in **Fig. 4** der Übersichtlichkeit halber nicht dargestellt. Ist der Inhalt der beiden Bits nicht gleich, wird der gesamte Fehlereintrag gelöscht, und die zum Fehler gehörende Fehlerbezeichnungsflagge im Fehlerregistrierspeicher 15 wird rückgesetzt.

Während die eben beschriebene Prüfung eine Redundanzprüfung ist, handelt es sich bei der nun zu beschreibenden Prüfung um eine Plausibilitätsprüfung. Es wird nämlich der Inhalt des zweiten Bits ("Prüfzeit abgelaufen") im zweiten Byte mit dem Inhalt des sechsten Bytes ("Prüfzeit") verglichen. Ergibt der Zustand des genannten Bits, daß die Prüfzeit nicht abgelaufen sein soll, enthält das Prüfzeit-Byte aber den Prüfzeitwert Null, muß ein Fehler vorliegen. Entsprechend muß ein Fehler vorhanden sein, wenn das genannte sechste Byte anzeigt, daß die Prüfzeit noch nicht abgelaufen sei, das genannte zweite Bit aber gegensätzliches anzeigt. Auch im Fall eines solchen Plausibilitätsfehlers wird der Fehlereintrag gelöscht, und die zugehörige Fehlerbezeichnungsflagge im Fehlerregistrierspeicher 15 wird rückgesetzt (falls sie überhaupt gesetzt sein sollte).

Redundanz- und Plausibilitätsprüfungen können auf entsprechende Weise, wie eben beschrieben, auch in bezug auf die anderen Informationen des Fehlerfolgespeichers 16 und des Fehlerregistrierspeichers 15 ausgeführt werden.

An Schritt s5.1 schließen sich im Ablauf von **Fig. 5** Schritte s5.2 bis s5.5 an, die mit dem Einschalten einer Warnlampe zu tun haben. Die Warnlampe ist einzuschalten, wenn mindestens einer der im Fehlerfolgespeicher abgelegten Fehler ein solcher ist, für den das Einschalten einer Warnlampe vorgeschrieben ist.

Im genannten Schritt s5.2 wird die Fehlereintragsnummer N auf "0" gesetzt. Die Nummer wird dann um "1" erhöht (Schritt s5.3), und es wird dann untersucht (Schritt s5.4), ob eine Warnlampenflagge WLF gesetzt ist, d. h. ob das dritte Bit ("Warnlampe"; **Fig. 3c**) im zweiten Byte ("Fehlerart"; **Fig. 3b**) im Fehlerinformationseintrag im Fehlerfolgespeicher 16 mit der fortlaufenden Nummer N gesetzt ist oder nicht. Es sei angenommen, daß der erste Eintrag einen Fehler betrifft, für den ein Einschalten der Warnlampe nicht erforderlich ist. In diesem Fall folgt auf Schritt s5.4 wiederum der inkrementierende Schritt s5.3. Es sei angenommen, daß der zweite Eintrag ein solcher ist, der das Einschalten der Warnlampe erfordert, was dadurch angezeigt wird, daß die genannte Warnlampenflagge gesetzt ist. In einem Schritt s5.5 wird dann die Warnlampe eingeschaltet. Es wird nicht mehr weiter untersucht, ob im Fehlerfolgespeicher noch weitere Fehler vorhanden sind, die das Einschalten der Warnlampe erfordern.

Die Tatsache, daß zur Fehlerinformation, die zu einem Fehler in Schritt s15 in den Fehlerfolgespeicher 16 eingetragen wird, auch die Angabe gehört, ob gemäß anzuwendenden Bestimmungen die Warnlampe zu aktivieren ist oder nicht, führt zu dem einfachen Ablauf der Schritte s5.2 bis s5.5, gemäß dem lediglich die Stände der Warnlampenflaggen für die verschiedenen Fehler abzufragen sind. Wäre diese Information nicht vorhanden, müßte mit jedem Ablauf des Verfahrens von **Fig. 5** für jeden Fehler durch Nachschlagen in einer Tabelle untersucht werden, ob es die anzuwendenden Bestimmungen erfordern, daß bei Vorliegen dieses Fehlers die Warnlampe eingeschaltet wird. Beim Ablauf gemäß **Fig. 4** wird dieses Nachschlagen in der Tabelle in Schritt s15 vorgenommen, so daß es nur einmal zu erfolgen hat. Es ist zu beachten, daß in Schritt s15 alle Informationen eingetragen werden, die in Zusammenhang mit Fehlerbehandlungsroutinen stehen. Hierzu gehört unter anderem, daß das erste Bit ("Fehler momentan vorhanden") im zweiten Byte der Fehlerinformation immer zusammen mit der zugehörigen Fehlerbezeichnungsflagge FBF im Fehlerregistrierspeicher 15 gesetzt oder rückgesetzt wird. Dies hat unter anderem den Vorteil, daß beim Auslesen der Information aus dem Fehlerfolgespeicher, z. B. bei einem Kundendienst, die gesamte für Fehlerroutinen erforderliche Information unmittelbar zur Verfügung steht. Andernfalls müßte beim eben genannten Beispiel mit Hilfe der Fehlerbezeichnungsart und einer Tabelle ermittelt werden, welches Bit im Fehlerregistrierspeicher 15 zum gerade untersuchten Fehler gehört, und dann müßte der Stand des genannten Bits im Fehlerregistrierspeicher abgefragt werden.

Es ist weiterhin zu beachten, daß beim Ausführungsbeispiel im Fehlerfolgespeicher nicht nur alle Informationen, die in Zusammenhang mit Fehlerbehandlungsroutinen stehen, überhaupt eingetragen werden, sondern daß dies auch noch in solcher Weise erfolgt, daß sie unmittelbar von jeweiligen Fehlerbehandlungsroutinen abfragbar sind. Diese Tatsache wurde vorstehend anhand des Warnlampeneintrags erläutert.

Fast alle der vorstehend beschriebenen Abläufe sind auch ausführbar, wenn die beschriebenen Informationen nicht in einem Fehlerfolgespeicher abgelegt werden, sondern in einem Speicher, der der Information für einen jeweiligen Fehler jeweils einen fest vorgegebenen Speicherabschnitt zuweist. In diesem Fall muß immer der ganze Fehlerspeicher nach Informationen abgesucht werden. Bei der bevorzugten Ausführungsform muß dagegen in den umfangreichen Einträgen des Fehlerfolgespeichers nur nachgeforscht werden, wenn sich durch Vergleich aktueller Fehlermeldungen mit Fehlermeldungen, wie sie im Fehlerregistrierspeicher abgelegt sind, ergibt, daß ein Eintrag, sei es ein Neueintrag oder ein Änderungseintrag, im Fehlerfolgespeicher erforderlich ist.

Beim Ausführungsbeispiel hat der Fehlerfolgespeicher

nur für halb so viele Fehler Platz wie der Fehlerregistrierspeicher. Ist der Fehlerfolgespeicher gefüllt und tritt ein neuer Fehler auf, kann z. B. die Warnlampeninformation dazu genutzt werden, zu entscheiden, ob der neue Fehler an Stelle eines bereits abgespeicherten berücksichtigt werden soll. Fehler, bei deren Vorhandensein die Warnlampe zu betätigen ist, sind grundsätzlich wichtiger als solche, bei denen dies nicht getan werden muß. In diesem Zusammenhang vorteilhafter ist es, im Fehlerfolgespeicher für gleich viele Fehler Platz vorzusehen, wie im Fehlerregistrierspeicher; jedoch erhöht dies die Speicherkosten.

Patentansprüche

1. Verfahren zur Fehlerspeicherung in einer Steuereinrichtung eines Kraftfahrzeugs, bei dem Fehlerinformation in einem Fehlerspeicher abgelegt wird, **dadurch gekennzeichnet**, daß
 – als Fehlerspeicher ein Fehlerfolgespeicher verwendet wird, in dem die Fehlerinformation in der Reihenfolge des Auftretens vorbezeichneter Fehler abgelegt wird,
 – zusätzlich in einem Fehlerregistrierspeicher für jeden dort vorbezeichneten Fehler durch Setzen einer Fehlerbezeichnungsflagge gekennzeichnet wird, ob der Fehler momentan vorliegt, wobei eine jeweilige Fehlerbezeichnungsflagge gesetzt wird, wenn der zu ihr gehörende Fehler auftritt und die Flagge wieder rückgesetzt wird, sobald der Fehler nicht mehr vorliegt,
 – und ein Eintrag im Fehlerfolgespeicher nur vorgenommen wird, wenn zu einem auftretenden Fehler die zugehörige Fehlerbezeichnungsflagge nicht gesetzt ist.

2. Verfahren nach Anspruch 1, dadurch gekennzeichnet, daß
 – der Fehlerfolgespeicher als eine der in ihm gespeicherten Fehlerinformationen eine Fehlerhäufigkeitszahl enthält, die anzeigt, wie oft ein jeweiliger gespeicherter Fehler bereits aufgetreten ist,
 – und bei jedem Setzen einer Fehlerbezeichnungsflagge die Fehlerhäufigkeitszahl für den zugehörigen Fehler um Eins erhöht wird.

3. Verfahren nach Anspruch 2, dadurch gekennzeichnet, daß
 – die Fehlerhäufigkeitszahl beim ersten Abspeichern des Fehlers im Fehlerfolgespeicher auf einen vorgegebenen Wert gestellt wird,
 – beim Abschalten der Zündung überprüft wird, welche Fehler im eben abgeschlossenen Fahrzyklus nicht auftraten, und die Fehlerhäufigkeitszahl für einen Fehler um Eins verringert wird, wenn dieser Fehler für den eben abgeschlossenen Fahrzyklus nicht festgestellt wird
 – und der Eintrag im Fehlerfolgespeicher für einen solchen Fehler gelöscht wird, für den die Fehlerhäufigkeitszahl den Wert Null erreicht.

4. Verfahren nach Anspruch 3, dadurch gekennzeichnet, daß zum Feststellen des Fehlers im eben abgeschlossenen Fahrzyklus der Stand der zum Fehler gehörenden Fehlerbezeichnungsflagge verwendet wird.

5. Verfahren nach einem der vorstehenden Ansprüche, dadurch gekennzeichnet, daß
 – sofort beim Auftreten eines Fehlers ein Eintrag desselben im Fehlerspeicher zusammen mit Information über Betriebsbedingungen zum Zeitpunkt des Auftretens des Fehlers erfolgt,
 – und der Eintrag wieder gelöscht wird, wenn der Fehler innerhalb einer vorgegebenen kurzen Zeitspanne nicht mehr vorhanden ist.

6. Verfahren nach einem der vorstehenden Ansprüche, dadurch gekennzeichnet, daß die Einträge im Fehlerspeicher für jeden Fehler einer Plausibilitäts- und/oder Redundanzprüfung unterzogen werden und der Eintrag für einen Fehler gelöscht wird, wenn die Prüfung ergibt, daß die Fehlerinformation selbst fehlerhaft ist.

7. Verfahren nach einem der vorstehenden Ansprüche, dadurch gekennzeichnet, daß im Fehlerspeicher alle Informationen, die in Zusammenhang mit Fehlerbehandlungsroutinen stehen, eingetragen werden, und zwar in solcher Weise, daß sie unmittelbar für jeweilige Fehlerbehandlungsroutinen abfragbar sind.

8. Verfahren nach Anspruch 7, dadurch gekennzeichnet, daß beim Auftreten eines Fehlers mit Hilfe einer Tabelle festgestellt wird, ob beim Vorliegen dieses Fehlers eine Warnlampe zu aktivieren ist, und die diesbezügliche Warnlampeninformation im Fehlerspeicher abgelegt wird.

9. Verfahren zur Fehlerspeicherung in einer Steuereinrichtung eines Kraftfahrzeugs, bei dem Fehlerinformation in einem Felerspeicher abgelegt wird, dadurch gekennzeichnet, daß
 – sofort beim Auftreten eines Fehlers ein Eintrag desselben im Fehlerspeicher zusammen mit Information über Betriebsbedingungen zum Zeitpunkt des Auftretens des Fehlers erfolgt,
 – und der Eintrag wieder gelöscht wird, wenn der Fehler innerhalb einer vorgegebenen kurzen Zeitspanne nicht mehr vorhanden ist.

10. Verfahren zur Fehlerspeicherung in einer Steuereinrichtung eines Kraftfahrzeugs, bei dem Fehlerinformation in einem Fehlerspeicher abgelegt wird, dadurch gekennzeichnet, daß die Einträge im Fehlerspeicher für jeden Fehler einer Plausibiltäts- und/oder Redundanzprüfung unterzogen werden und der Eintrag für einen Fehler gelöscht wird, wenn die Prüfung ergibt, daß die Fehlerinformation selbst fehlerhaft ist.

11. Verfahren zur Fehlerspeicherung in einer Steuereinrichtung eines Kraftfahrzeugs, bei dem Fehlerinformation in einem Fehlerspeicher abgelegt wird, dadurch gekennzeichnet, daß im Fehlerspeicher alle Informationen, die in Zusammenhang mit Fehlerbehandlungsroutinen stehen, bei einem Setzen einer Fehlerbezeichnungsflagge eingetragen werden, und zwar in solcher Weise, daß sie unmittelbar für jeweilige Fehlerbehandlungsroutinen abfragbar sind.

12. Verfahren nach Anspruch 11, dadurch gekennzeichnet, daß beim Auftreten eines Fehlers mit Hilfe einer Tabelle festgestellt wird, ob beim Vorliegen dieses Fehlers eine Warnlampe zu aktivieren ist, und die diesbezügliche Warnlampeninformation im Fehlerspeicher abgelegt wird.

13. Vorrichtung zur Fehlerspeicherung in einer Steuereinrichtung eines Kraftfahrzeugs, gekennzeichnet, durch
 – einen Fehlerfolgespeicher (16), in dem die Fehlerinformation in der Reihenfolge des Auftretens vorbezeichneter Fehler abgelegt wird,
 – einen Fehlerregistrierspeicher (15), in dem zusätzlich für jeden dort vorbezeichneten Fehler durch Setzen einer Fehlerbezeichnungsflagge gekennzeichnet wird, ob der Fehler momentan vorliegt, wobei eine jeweilige Fehlerbezeichnungsflagge gesetzt wird, wenn der zu ihr gehörende Fehler auftritt und die Flagge wieder rückgesetzt wird, sobald der Fehler nicht mehr vorliegt,

– und eine Einrichtung (11, 13) zum Vornehmen eines Eintrags im Fehlerfolgespeicher nur dann, wenn zu einem auftretenden Fehler die zugehörige Fehlerbezeichnungsflagge nicht gesetzt ist.

14. Vorrichtung nach Anspruch 13, gekennzeichnet durch eine Einrichtung (11, 13) die sofort beim Auftreten eines Fehlers einen Eintrag desselben im Fehlerspeicher (16) zusammen mit Informationen über Betriebsbedingungen zum Zeitpunkt des Auftretens des Fehlers vornimmt und den Eintrag wieder löscht, wenn der Fehler innerhalb einer vorgegebenen kurzen Zeitspanne nicht mehr vorhanden ist.

15. Vorrichtung nach einem der Ansprüche 13 oder 14, gekennzeichnet durch eine Einrichtung (11, 13) die die Einträge im Fehlerspeicher (16) für jeden Fehler einer Plausibilitäts- und/oder Redundanzprüfung unterzieht und den Eintrag für einen Fehler löscht, wenn die Prüfung ergibt, daß die Fehlerinformation selbst fehlerhaft ist.

16. Vorrichtung nach einem der Ansprüche 13 bis 15, dadurch gekennzeichnet, daß im Fehlerspeicher (16) alle Informationen, die in Zusammenhang mit Fehlerbehandlungsroutinen stehen, eingetragen sind, und zwar in solcher Weise, daß sie unmittelbar für jeweilige Fehlerbehandlungsroutinen abfragbar sind.

17. Vorrichtung zur Fehlerspeicherung in einem Fehlerspeicher in einer Steuereinrichtung eines Kraftfahrzeugs, gekennzeichnet durch eine Einrichtung (11, 13) die sofort beim Auftreten eines Fehlers einen Eintrag desselben im Fehlerspeicher (16) zusammen mit Informationen über Betriebsbedingungen zum Zeitpunkt des Auftretens des Fehlers vornimmt und den Eintrag wieder löscht, wenn der Fehler innerhalb einer vorgegebenen kurzen Zeitspanne nicht mehr vorhanden ist.

18. Vorrichtung zur Fehlerspeicherung in einem Fehlerspeicher in einer Steuereinrichtung eines Kraftfahrzeugs, gekennzeichnet durch eine Einrichtung (11, 13) die die Einträge im Fehlerspeicher (16) für jeden Fehler einer Plausibilitäts- und/oder Redundanzprüfung unterzieht und den Eintrag für einen Fehler löscht, wenn die Prüfung ergibt, daß die Fehlerinformation selbst fehlerhaft ist.

19. Vorrichtung zur Fehlerspeicherung in einem Fehlerspeicher in einer Steuereinrichtung eines Kraftfahrzeugs, dadurch gekennzeichnet, daß im Fehlerspeicher (16) alle Informationen, die in Zusammenhang mit Fehlerbehandlungsroutinen stehen, eingetragen sind, und zwar in solcher Weise, daß sie unmittelbar für jeweilige Fehlerbehandlungsroutinen abfragbar sind.

Hierzu 2 Seite(n) Zeichnungen



Fig. 1

Fig. 5

Fig. 2

Fig. 3

ZEICHNUNGEN SEITE 2

Nummer: DE 40 40 927 C2
Int. Cl.⁶: G 06 F 11/30
Veröffentlichungstag: 21. Oktober 1999



Fig. 4

902 142/31