UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                          :
        In re                             :    Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :    Case No. 05-44481 (RDD)
                                          :
                                          :    (Jointly Administered)
                Debtors.                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


# EXHIBIT F

# TO

# RESPONSE OF ROBERT BOSCH GmbH TO DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS

§ 1    Scope of  DE19651452C2   Airbag system

Today's cars are equipped with an airbag system which in case of a severe collision are actuated in order to protect the car passengers. The airbags of the airbag system are controlled by a sensing and diagnostic module which on the one hand collects and analyses the signals of the collision sensors, on the other hand actuates the airbag depending onf the analysis of these signals. The sensing and diagnostic module contains, amongst others, complex electronic parts such as microcomputers. In response to certain conditions, microcomputers are prone to uncontrolled states. These can be associated with unwanted control pulses for the final stages of the airbag system, which evoke the risk of falsely triggering the airbag which might harm the passengers, e.g., by obstructing the driver's view. An object of the present invention is to provide an airbag system that achieves an increased performance reliability by avoiding false triggerings.

§ 2    What is claimed

An airbag system, comprising:
a) at least one sensor;
b) a control unit coupled to the at least one sensor;
c) a first switching element coupled to the control unit having a plurality of circuit states;
d) a second switching element coupled to the control unit having a plurality of circuit states; and
e) at least one triggering circuit coupled to the first switching element and to the second switching element and including a firing pellet; wherein at least one airbag is coupled to the at least one triggering circuit,
f) means for driving the first and the second switching element being derived from different criteria; wherein each one of the first plurality of circuit states and the second plurality of circuit states is based on at least one of:
g) an interconnection existing among the first logic element, the first assembly, and the second assembly for driving the first switching element and the second switching element; and
h) a superimposition of at least one software command generated within a defined function range of the airbag system.

In order to actuate an airbag, three criteria must be present at the same time to give rise of:
1) a logic command (hardware) which closes the first switch
2) a logic command (hardware) which closes the second switch
3) a software command
In addition, the software command is generated only in a defined function range, e.g. within a certain time slice. The combination of all four conditions at the same time makes the airbag system more reliable.

§ 3    Indications of infringement by Delphi products

Delphi is disclosing the architecture and the main functions for releasing a restraint device (Appendix J).
The SS-84 building block architecture in appendix J shows a SPI-Module from which is fed into a logic module as well as other logic modules. The logic modules are connected to firing circuits (Loops). It is stated in the listing of the deployment loop interface functions:
- Independent deployment enable input
- Independently controlled high-side and low-side FETs
- Independent SPI arming input with pulse stretch

Thus Delphi Sensing and Diagnostic modules drive switching elements (FETs) to release e.g. an airbag based on hardware (logic elements) superimposed by at least one software command (SPI). Therefore Delphi SDM's make use of Bosch patent DE19651452C2.

⑲ BUNDESREPUBLIK DEUTSCHLAND  ⑫ **Patentschrift**
⑩ **DE 196 51 452 C 2**

㉑ Int. Cl.⁷:
**B 60 R 21/01**
G 05 G 23/00

DEUTSCHES PATENT- UND MARKENAMT

㉑ Aktenzeichen: 196 51 452.5-21
㉒ Anmeldetag: 11. 12. 1996
㊸ Offenlegungstag: 26. 6. 1997
㊻ Veröffentlichungstag der Patenterteilung: 30. 10. 2003

DE 196 51 452 C 2

Innerhalb von 3 Monaten nach Veröffentlichung der Erteilung kann Einspruch erhoben werden

㊋ Innere Priorität:
195 47 840. 1   21. 12. 1995

㊷ Patentinhaber:
Robert Bosch GmbH, 70469 Stuttgart, DE

㊷ Erfinder:
Nitschke, Werner, 71254 Ditzingen, DE; Drobny, Wolfgang, 74072 Heilbronn, DE; Karl, Otto, 71229 Leonberg, DE

㊺ Für die Beurteilung der Patentfähigkeit in Betracht gezogene Druckschriften:
DE    44 13 194 A1
DE    28 51 333 A1
FR-Z.: "Ingenieurs de l'Automobile", 1982, No. 6, S. 69 ff;

㊼ Airbagsystem

㊷ Airbagsystem (1), mit mindestens einem Sensor (2), einem Steuergerät (3), mindestens einem Airbag, mit mindestens einem, eine Zündpille (6), enthaltenden Zündkreis (1a), der durch die Ansteuerung von Schaltelementen (5, 16) schließbar ist, wobei Mittel (4, 14, 15) für die Ansteuerung jedes Schaltelementes (5, 16) vorhanden sind, die mindestens die zwei Schaltzustände aufweisen, die von unterschiedlichen Kriterien abgeleitet lind, dadurch gekennzeichnet, dass die die Ansteuerung jedes Schaltelementes (5, 16) bewirkenden je mindestens zwei Schaltzustände einerseits auf einer hardwaremäßigen Verschaltung der die Schaltelemente (5, 16) ansteuernden Bauelemente bzw. Baugruppen (4, 9a, 9b) beruhen, andererseits durch Überlagerung mindestens eines Softwarebefehls bewirkt werden, der nur in einem streng definierten Funktionsbereich des Airbagsystem (1) generiert wird.



DE 196 51 452 C 2

## Beschreibung

### Stand der Technik

[0001] Die Erfindung geht aus von einem Airbagsystem nach der Gattung des Anspruchs 1. Airbagsysteme sind beispielsweise aus der Zeitschrift 1141 Ingenieurs de l'Automobile (1982) No. 6, Seite 69 ff bekannt. Aus der DE 28 51 333 A1 der Anmelderin ist weiter ein Airbagsystem bekannt, bei dem in einem Zündkreis zwei unabhängig voneinander ansteuerbare Schaltmittel vorgesehen sind. Eine in dem Zündkreis angeordnete Zündpille wird nur dann mit einem Zündstrom beaufschlagt, wenn beide Schaltmittel leitend gesteuert sind.

[0002] Aus der DE 44 13 194 A1 geht ein Fehlerdiagnosegerät für eine Steuerschaltung einer Fahrzeugpassagierschutzvorrichtung hervor. Hierin wird eine Fahrzeugpassagierschutzvorrichtung beschrieben, die eine Kollisionserfassungsvorrichtung aus zwei Beschleunigungssensoren und eine Kollisionsbeurteilungsschaltung aufweist. Die Kollisionsbeurteilungsschaltung ist über logische Gatter mit Schaltern im Zündkreis verbunden. Die Kollisionsbeurteilungsschaltung wertet integrierte Beschleunigungssignale aus und verknüpft diese über die logischen Gatter, die hier als Und-Gatter ausgebildet sind.

### Vorteile der Erfindung

[0003] Die vorliegende Erfindung bezweckt eine weitere Verbesserung des aus der letztgenannten Druckschrift genannten Airbagsystems mit dem Ziel einer Steigerung der Betriebssicherheit durch Vermeidung von Fehlauslösungen. Dies ist von besonderer Bedeutung bei modernen Schaltungskonzepten mit Verwendung von Mikrorechnern. Bei bestimmten Bedingungen neigen Mikrorechner zu unkontrollierten Zuständen. Diese können mit unerwünschten Steuerimpulsen für die Endstufen des Airbagsystems einhergehen, die das Risiko der Fehlauslösung des Airbags heraufbeschwören. Die Erfindung bietet eine Lösung zur Vermeidung dieses Risikos.

### Zeichnung

[0004] Die Erfindung wird nachfolgend unter Bezug auf die Zeichnung näher erläutert. Dabei zeigt **Fig. 1** den Stromlaufplan eines Airbagsystems, **Fig. 2** ein Ablaufdiagramm.

### Beschreibung der Erfindung

[0005] **Fig. 1** zeigt den Stromlaufplan eines Airbagsystems 1. Dieses umfaßt mindestens einen Beschleunigungen erfassenden Sensor 2, der mit einem Steuergerät 3 verbunden ist. Das Steuergerät 3 ist mit weiter unten noch näher erläuterten Baugruppen 9a, 9b verbunden. Das Airbagsystem 1 umfaßt mindestens einen Zündkreis 1a zur Ansteuerung einer Zündpille 6. Die Zündpille 6 steht in Wirkverbindung mit einem Airbag 7. In dem Zündkreis 1a sind weiterhin zwei Schaltelemente 5, 16 angeordnet, die die Zündpille 6 zwischen sich einschließen. Als Schaltelement 5 eignet sich besonders gut ein handelsüblicher n-Kanal Feldeffekttransistor höherer Leistung mit einem SOT 223-Gehäuse. Als Schaltelement 16 wird vorteilhaft ein handelsüblicher p-Kanal Feldeffekttransistor höherer Leistung mit einem SOT 223-Gehäuse verwendet. Für die Stromversorgung des Airbagsystems 1 ist eine Energiequelle 8, üblicherweise die Batterie des Fahrzeugs vorgesehen. In **Fig. 1** ist nur eine Verbindung der Energiequelle mit dem Zündkreis 1a dargestellt. Die notwendigen Verbindungsleitungen zu den übrigen Bestandteilen des Airbagsystems wurden, der Übersichtlichkeit halber, weggelassen. Die Baugruppe 9a besteht aus einem Mikrorechner. Als Mikrorechner ist beispielsweise der handelsübliche Typ HC 11 E 20 geeignet, der neben üblichen weiteren Komponenten insbesondere ein serielles Interface 17 und, in einer Unterbaugruppe 18, mehrere Ports 18/1, 18/2, 18/3, 18/4 aufweist. Die Baugruppe 9b umfaßt ein serielles Interface 10, einen Decoder 11, eine Watchdogschaltung 12, eine Resetschaltung 13, logische Verknüpfungsschaltungen 14, 15, sowie das dem Zündkreis 1a zugeordnete Schaltelement 16. Mit dem Steueranschluß des Schaltelementes 5 ist der Ausgangsanschluß eines Verknüpfungsgliedes 4 verbunden, das über zwei Eingangsanschlüsse verfügt. Je einer der Eingangsanschlüsse ist mit der Baugruppe 9a, 9b verbunden. Die Baugruppen 9a, 9b sind über mehrere Verbindungsleitungen miteinander verbunden. So verbindet die Leitung 10/17 die seriellen Interface 10, 17. Der Port 18/1 ist über die Leitung 14/18 mit einem Eingangsanschluß des Verknüpfungsgliedes 14 verbunden, dessen Ausgangsanschluß mit dem Steueranschluß des Schaltelementes 16 verbunden ist. Port 18/2 ist über die Leitung 12/18 mit der Watchdogschaltung 12 verbunden. Port 18/3 ist über die Leitung 13/18 mit der Resetschaltung 13 verbunden. Je ein Eingangsanschluß der logischen Verknüpfungsglieder 144, 15 sind sowohl miteinander, als auch mit der Resetschaltung 12 verbunden. Ein zweiter Eingangsanschluß des Verknüpfungsgliedes 15 und ein dritter Eingangsanschluß des Verknüpfungsgliedes 14 sind jeweils mit dem Decoder 11 verbunden. Durch ein Resetsignal der Resetschaltung 13 werden gemäß Schritt 20 des in **Fig. 2** dargestellten Ablaufdiagramms die Schaltelemente 5, 16 des Zündkreises 1a gesperrt. In diesem Zustand ist eine Aktivierung der Zündpille 6 ausgeschlossen. Eine Aufhebung des Resetzustandes überführt das Airbagsystem in den Normalzustand, in dem die Baugruppen 9a, 9b für eine Ansteuerung der Schaltelemente 5, 16 vorbereitet sind. Siehe Schritt 21 in dem Ablaufdiagramm gemäß **Fig. 2**. In einem weiteren Schritt 22 werden die Schaltelemente 5, 16 für einen zukünftigen Zündungsvorgang in der Weise freigegeben, daß ein Eingangsanschluß des Verknüpfungsgliedes 14 über den Port 18/1 und die Leitung 14/18 mit einem (statischen) Steuersignal und das Verknüpfungsglied 4 über den Decoder 11, das Verknüpfungsglied 15 und die Leitung 4/15 mit einem dynamischen Steuersignal beaufschlagt werden.

[0006] Wenn nun der Sensor 2 eine auf einen Unfall hindeutende Beschleunigung erfaßt und das Steuergerät 3 nach Auswertung des Ausgangssignales des Sensors 2 eine Auslösung des Airbags 7 für erforderlich hält, werden beide Schaltelemente 5, 16 angesteuert, um den Zündstromkreis zu schließen. Dazu wird über Port 18/4 der Unterbaugruppe 18 ein statisches Signal an den zweiten Eingangsanschluß des Verknüpfungsglieds 4 gelegt, mit der Folge, daß über dessen Ausgangsanschluß der Steueranschluß des Schaltelementes 4 mit einem Steuersignal beaufschlagt wird. Dadurch wird das Schaltelement 4 in den leitenden Zustand gesteuert. Gleichzeitig wird von dem seriellen Interface 17 über die Leitung 10/17 ein Steuerbefehl in Gestalt eines digitalen Signals zu dem seriellen Interface 10 übertragen. In dem Decoder 11 wird dieses Signal decodiert und dem dritten Eingangsanschluß des Verknüpfungsgliedes 14 zugeführt. Daraufhin wird über den Ausgangsanschluß des Verknüpfungsgliedes 14 der Steueranschluß des Schaltelementes 16 mit einem Steuersignal beaufschlagt, was zur Folge hat, daß das Schaltelement 16 durchschaltet und den Zündstromkreis 1a schließt. Nun erst kann die Zündpille 6 mit Strom beaufschlagt und der Airbag 7 aktiviert werden. Demzufolge sieht die erfinderische Lösung vor, daß jedes der Schaltelemente 5, 16 auf zwei unterschiedliche Arten

angesteuert werden muß, um in den leitenden Zustand zu gelangen. Zum einen durch ein Signal, welches aufgrund der hardwaremäßigen Beschaltung zwangsläufig einen bestimmten Schaltzustand bewirkt. Zum anderen durch einen codierten Softwarebefehl, der nur in einem streng definierten Funktionsbereich des Airbagsystems erzeugt wird. Dabei erfolgt die Ansteuerung des Systems durch im wesentlichen drei Hauptfunktionen, die zyklisch nacheinander abgearbeitet werden. Diese drei Hauptfunktionen sind:

1. Systemzustand bestimmen
   - Sensorsignal aufbereiten
   - Algorithmus berechnen
   - Auslösebefehle (-zustand) definieren
2. Auslösung durchführen
   - Auslösebefehle ausführen, d. h. Schaltelemente freigeben und ansteuern
3. Programmablaufkontrolle
   - Programmüberwachung
   - Watchdog bedienen

[0007] Die Zyklusdauer beträgt vorteilsweise 500 Mikrosekunden bis etwa 1 Millisekunde.

[0008] Pro Zyklus ist nur ein Ansteuerzustand möglich. Die Freigabe und das Ansteuern erfolgen in getrennten Zuständen, h. h. in zeitlich unterschiedlichen Programmdurchläufen. Durch die Programmstruktur ist somit keine Fehlansteuerung durch fehlerhaftes Einspringen in einen Programmpfad möglich. Zwischen den sicherheitsrelevanten Aktionen Freigabe und Ansteuern erfolgt immer noch eine Berechnung und Programmkontrolle.

[0009] Dies führt zu dem vorteilhaften Ergebnis, daß insbesondere auch kritische Doppelfehler bei der Ansteuerung der Schaltelemente nicht zu einer unerwünschten Ansteuerung des Airbag führen können. Da der dynamische Ansteuervorgang nur in einem streng definierten Funktionsbereich des Systems stattfinden kann, erfolgt in allen anderen Bereichen trotz eventuell auftretender Fehler in Gestalt von Störimpulsen keine Ansteuerung des Airbag. Die hardwaremäßige Diversität durch statische und dynamische Ansteuerung erhöht damit die Störunempfindlichkeit ganz wesentlich.

Patentansprüche

1. Airbagsystem (1), mit mindestens einem Sensor (2), einem Steuergerät (3), mindestens einem Airbag, mit mindestens einem, eine Zündpille (6), enthaltenden Zündkreis (1a), der durch die Ansteuerung von Schaltelementen (5, 16) schließbar ist, wobei Mittel (4, 14, 15) für die Ansteuerung jedes Schaltelementes (5, 16) vorhanden sind, die mindestens die zwei Schaltzustände aufweisen, die von unterschiedlichen Kriterien abgeleitet lind, **dadurch gekennzeichnet**, dass die die Ansteuerung jedes Schaltelementes (5, 16) bewirkenden je mindestens zwei Schaltzustände einerseits auf einer hardwaremäßigen Verschaltung der die Schaltelemente (5, 16) ansteuernden Bauelemente bzw. Baugruppen (4, 9a, 9b) beruhen, andererseits durch Überlagerung mindestens eines Softwarebefehls bewirkt werden, der nur in einem streng definierten Funktionsbereich des Airbagsystem (1) generiert wird.

2. Airbagsystem (1) nach Anspruch 1, dadurch gekennzeichnet, dass für die Ansteuerung der Schaltelemente (4, 16) zwei Baugruppen (9a, 9b) vorgesehen sind, die über mehrere statische (12/18, 13/18, 14/18) und mindestens eine dynamische (10/17) Leitungsverbindung miteinander verbunden sind.

3. Airbagsystem (1) nach einem der Ansprüche 1 oder 2, dadurch gekennzeichnet, dass jede der Baugruppen (9a, 9b) mindestens je ein serielles Interface (10, 17) aufweist.

4. Airbagsystem (1) nach einem der Ansprüche 1 bis 3, dadurch gekennzeichnet, dass die Baugruppe (9b) neben einem seriellen Interface (10) einen Decoder (11), eine Resetschaltung 813), sowie logische Verknüpfungsglieder (14, 15) umfasst.

5. Airbagsystem (1) nach einem der Ansprüche 1 bis 4, dadurch gekennzeichnet, dass je ein Eingangsanschluss der logischen Verknüpfungsglieder (14, 15) mit dem Ausgang der Resetschaltung 813), je ein weiterer Eingangsanschluss jedes Verknüpfungsgliedes (14, 15) mit dem Decoder (11) und ein dritter Eingangsanschluss des Verknüpfungsgliedes 814) mit einem Port (17/1) der Baugruppe (9a) verbunden sind.

6. Airbagsystem (1) nach einem der Ansprüche 1 bis 5, dadurch gekennzeichnet, dass der Ausgangsanschluss des Verknüpfungsgliedes (14) mit dem Steueranschluss des massefernen Schaltelementes (16) verbunden ist.

7. Airbagsystem (1) nach einem der Ansprüche 1 bis 6, dadurch gekennzeichnet, dass der Steueranschluss des massenahen Schaltelementes (5) mit dem Ausgangsanschluss eines Verknüpfungsgliedes (4) verbunden ist, dessen erster Eingangsanschluss mit dem Ausgangsanschluss des Verknüpfungsgliedes (15) und dessen zweiter Eingangsanschluss mit dem Port (18/4) der Baugruppe (9a) verbunden ist.

8. Airbagsystem (1) nach einem der Ansprüche 1 bis 7, dadurch gekennzeichnet, dass die Baugruppen ()a, 9b) des Airbagsystems (1) über die Leitungen (10/17, 12/18, 13/18, 14/18) miteinander verbunden sind, wobei die Leitung (10/17) die seriellen Interfaces (10, 17), die Leitung (12/18) den Port (18/2) mit der Watchdogschaltung (12), die Leitung (13/18) die Resetschaltung (13) mit dem Port (18/3) und die Leitung (14/18) den Port (18/1) mit einem Eingangsanschluss des Verknüpfungsgliedes (14) verbindet.

---

Hierzu 2 Seite(n) Zeichnungen

- Leerseite -

ZEICHNUNGEN SEITE 1

Nummer: **DE 196 51 452 C2**
Int. Cl.⁷: **B 60 R 21/01**
Veröffentlichungstag: 30. Oktober 2003



FIG.1

203 440/298

Nummer: **DE 196 51 452 C2**
Int. Cl.⁷: **B 60 R 21/01**
Veröffentlichungstag: 30. Oktober 2003



FIG. 2

203 440/298