UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ -x
                                :
    In re                       :   Chapter 11
                                :
DELPHI CORPORATION, et al.,     :   Case No. 05-44481 (RDD)
                                :
                                :   (Jointly Administered)
            Debtors.            :
------------------------------ -x

# EXHIBIT L

# TO

# RESPONSE OF ROBERT BOSCH GmbH TO DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS




UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

DECEMBER 20, 1996

PTAS

*100296013A*

LUKE BAER
2800 SOUTH 25TH STREET
BROADVIEW, IL  60153

RECEIVED
DEC 30 1996
Legal Dept.

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF THE
U.S. PATENT AND TRADEMARK OFFICE.  A COMPLETE MICROFILM COPY IS AVAILABLE
AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER REFERENCED
BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE.  THE INFORMATION
CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA PRESENT IN THE
PATENT AND TRADEMARK ASSIGNMENT SYSTEM.  IF YOU SHOULD FIND ANY ERRORS OR
HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY CONTACT THE EMPLOYEE WHOSE
NAME APPEARS ON THIS NOTICE AT 703-308-9723.  PLEASE SEND REQUEST FOR
CORRECTION TO:  U.S. PATENT AND TRADEMARK OFFICE, ASSIGNMENT DIVISION,
BOX ASSIGNMENTS, NORTH TOWER BUILDING, SUITE 10C35, WASHINGTON, D.C. 20231.

RECORDATION DATE: 10/24/1996          REEL/FRAME: 8186/0642
                                      NUMBER OF PAGES: 4

BRIEF:  ASSIGNMENT OF ASSIGNOR'S INTEREST (SEE DOCUMENT FOR DETAILS).

ASSIGNOR:
    AEROJET GENERAL CORPORATION         DOC DATE: 06/21/1996

ASSIGNEE:
    ROBERT BOSCH CORPORATION
    2800 SOUTH 25TH STREET
    BROADVIEW, ILLINOIS 60153

SERIAL NUMBER: 08227531                 FILING DATE: 04/12/1994
PATENT NUMBER: 5482314                  ISSUE DATE: 01/09/1996

LAWAN FLETCHER, EXAMINER
ASSIGNMENT DIVISION
OFFICE OF PUBLIC RECORDS

10-28-1996

OCT 24 1996

Patent and Trademark Office

Tab settings ⊏ ⊏ ⊽

To the Honorable Commissioner: ... herewith original documents or copy thereof.

1002960l3

| 1. Name of conveying party(ies): | 2. Name and address of receiving party(ies) |
|---|---|
| Aerojet General Corporation<br>1940 Alabama Avenue<br>Rancho Cordova, CA 95741 | Name: Robert Bosch Corporation<br>Internal Address: |
| Additional name(s) of conveying party(ies) attached? ☐ Yes ☒ No | |
| 3. Nature of conveyance: | |
| ☒ Assignment     ☐ Merger | Street Address: 2800 South 25th Street |
| ☐ Security Agreement    ☐ Change of Name | |
| ☐ Other _____ | City: Broadview  State: IL  ZIP: 60153 |
| Execution Date: June 21, 1996 | Additional name(s) & address(es) attached? ☐ Yes ☒ No |

4. Application number(s) or patent number(s):

If this document is being filed together with a new application, the execution date of the application is: _____

A. Patent Application No.(s)

B. Patent No.(s)   5,482,314

which was previously assigned and recorded

Date   5-26-94   Reel  7000
                  Frame 0320

Additional numbers attached? ☐ Yes ☒ No

| 5. Name and address of party to whom correspondence concerning document should be mailed: | 6. Total number of applications and patents involved: 1 |
|---|---|
| Name: Luke Baer | 7. Total fee (37 CFR 3.41)..........$ 40.00 |
| Internal Address: | ☐ Enclosed |
| | ☐ Authorized to be charged to deposit account |
| Street Address: 2800 South 25th Street | 8. Deposit account number: |
| City: Broadview  State: IL  ZIP: 60153 | 02-3222<br>(Attach duplicate copy of this page if paying by deposit account) |

DO NOT USE THIS SPACE

W104003  10/25/96  5482314    02-3222  040  581    40.00CH

9. Statement and signature.
To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.

Leo H. McCormick, Jr.         /s/ Leo H. McCormick           Oct 17, 1996
Name of Person Signing        Signature                      Date

Total number of pages including cover sheet, attachments, and document: 4

Mail documents to be recorded with required cover sheet information to:
Commissioner of Patents & Trademarks, Box Assignments
Washington, D.C. 20231

Execution Copy

## ASSIGNMENT OF PATENTS

THIS ASSIGNMENT (the "Assignment") is made effective as of the 21st day of June 1996, by Aerojet-General Corporation, an Ohio corporation ("Aerojet"), in favor of Robert Bosch Corporation, a Delaware corporation ("Bosch").

### WITNESSETH:

WHEREAS, Aerojet is the owner of the patents and patent applications listed on Exhibit A attached hereto (collectively, the "Patents");

WHEREAS, Aerojet is a wholly-owned subsidiary of GenCorp Inc.; and

WHEREAS, pursuant to an Agreement of Purchase and Sale dated June 21, 1996 (the "Purchase Agreement"), between GenCorp and Bosch, GenCorp has agreed to cause Aerojet to sell, assign and transfer all of right, title and interest in and to the Patents to Bosch.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Aerojet does hereby sell, assign and transfer to Bosch all of its right, title and interest in and to the Patents. Aerojet does further hereby sell, assign, transfer and set over unto Bosch, its successors and assigns, all claims, demands and rights of actions that it has or might have by reason of infringements of the patent included in the Patents prior to the date of this Assignment, together with the right, at its expense, to prosecute and collect such claims, demands and rights of action, if necessary, in Aerojet's own name.

The rights and obligations of Bosch, Aerojet and GenCorp in respect of the Patents and the assignment thereof to Bosch are exclusively set forth in the Purchase Agreement and this Assignment shall not be construed to limit, alter, impair, enhance or enlarge the rights and obligations of Bosch, Aerojet and GenCorp under the Purchase Agreement.

IN WITNESS WHEREOF, Aerojet has executed this Assignment as of the day and year first above written.

AEROJET-GENERAL CORPORATION

By: _____

Name: D. M. Steuert
Title: Assistant Treasurer

assignpat.exe

STATE OF OHIO )
) SS.
COUNTY OF SUMMIT )

Before me personally appeared on the 21st day of June, 1996, D. M. Steuert, the Assistant Treasurer of Aerojet-General Corporation, an Ohio corporation, who having been first duly sworn according to law, deposed and stated that he did sign the foregoing instrument and that the same is the free act and deed of such corporation and his free act and deed both individually and as an officer of such corporation.

IN TESTIMONY WHEREOF, I have hereunto set my hand and official seal at Fairlawn, Ohio this 21st day of June, 1996.

_____
Notary Public
My Commission expires:_____

JAMES CHARLES LeMAY, Attorney
NOTARY PUBLIC – STATE OF OHIO
My commission has no expiration date.
Section 147.03 R. C.

(Notarial Seal)

assignpat..exe