ALSTON & BIRD LLP
Dennis J. Connolly (DC-9932)
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone (404) 881-7000
Facsimile (404) 881-7777

Hearing Date: January 11, 2007 at 10:00 a.m.
Objection Deadline: January 4, 2007 at 4:00 p.m.

*Counsel to Cadence Innovation LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
    DELPHI CORPORATION, *et. al.*,              :    Case No. 05-44481 (RDD)
                                                    :
                                    Debtors.    :    Jointly Administered
-----------------------------------------------------------x

**NOTICE OF HEARING ON (I) CADENCE INNOVATION LLC'S
MOTION FOR RELIEF FROM THE AUTOMATIC STAY
TO PROCEED WITH ITS PATENT LITIGATION AGAINST THE
DEBTORS AND (II) CADENCE INNOVATION LLC'S APPLICATION
PURSUANT TO 11 U.S.C. § 503, FOR ALLOWANCE AND PAYMENT
OF AN ADMINISTRATIVE EXPENSE CLAIM**

      **PLEASE TAKE NOTICE** that on November 22, 2006, Cadence Innovation LLC ("Cadence"), as successor in interest to Patent Holding Company ("PHC"), filed its (i) Motion for Relief from the Automatic Stay to Proceed with its Patent Litigation Against the Debtors (the "Motion") and (ii) Application Pursuant to 11 U.S.C. § 503, for Allowance and Payment of an Administrative Expense Claim (the "Application").

      **PLEASE TAKE FURTHER NOTICE** that a hearing (the "Hearing") will be held in connection with the entry of an Order granting the relief requested in Movants' Motion and Application and any further relief on **January 11, 2007, at 10:00 a.m., prevailing Eastern Time,** before the Honorable Robert D. Drain, United States

LEGAL02/30168307v1

Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York (the "Court"), Alexander Hamilton Custom House, Room 610, One Bowling Green, New York, NY 10004.

**PLEASE TAKE FURTHER NOTICE** that the Motion and Application will be available in electronic form on the Court's docket in Case No. 05-44481 or by requesting a copy from the undersigned.

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to Movants' Motion and/or Application shall be in writing, shall state with particularity the reasons for the objection or response, and shall be filed with the Court and shall be served upon counsel for Movants as listed below, so as to be *received* by **January 4, 2007 at 4:00 p.m.** Only those objections which have been timely filed and served may be considered by the Court at the hearing.

Dated: November 22, 2006

                                              ALSTON & BIRD LLP

                                              /s/ Dennis J. Connolly
                                              Dennis J. Connolly (DC-9932)
                                              One Atlantic Center
                                              1201 West Peachtree Street
                                              Atlanta, Georgia 30309-3424
                                              Telephone (404) 881-7000
                                              Facsimile (404) 881-7777

                                              *Counsel to Cadence Innovation LLC*

LEGAL02/30168307v1