| | |
|---|---|
| STINSON MORRISON HECKER LLP | Hearing Date: Nov. 30, 2006, 10:00 a.m. |
| Attorneys for ThyssenKrupp Stahl Systems | Objection Deadline: Nov. 24, 2006, 4:00 p.m. |
| 1201 Walnut Street | |
| Kansas City, MO  64106 | |
| Telephone:  (816) 842-8600 | |
| Facsimile:  (816) 691-3495 | |
| Mark A. Shaiken, Esq. | |
| Greta A. McMorris, Esq. | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | **Chapter 11** |
| **DELPHI CORPORATION, et al.,** | : | Case No. 05-44481 (RDD) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

-------------------------------------------------------------x


**THYSSENKRUPP STAHL COMPANY, INC.'S RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION (PROCEDURAL) PURSUANT TO 11 U.S.C.§502(b) AND FED.R. BANKR. P. 3007 TO CERTAIN (I) EQUITY CLAIMS, (II) CLAIMS DUPLICATIVE OF CONSOLIDATED TRUSTEE OR AGENT CLAIMS AND (III) DUPLICATIVE AND AMENDED CLAIMS**

COMES NOW ThyssenKrupp Stahl Company, Inc. ("Stahl") and for its Response to Debtors' Second Omnibus Objection to Stahl's proofs of claims numbered 10727, 10701, 10723, 10725, 10730, 10628, 10729, 10728, 10726, 10722, 10721, 10629, 10715, 10706, and 10714 (collectively, the "Stahl Claims") and states as follows:

1.  Stahl filed the Stahl Claims based on goods sold to Delphi Corporation or one of its related entities (the "Delphi Entity" or "Delphi Entities") on or about July 25, 2006.

2.  Prior to filing the Stahl Claims, Stahl made a good faith attempt to identify the name of the Delphi Entity to whom it believed goods were shipped, and/or who was obligated to pay for such goods.

3.  Out of an abundance of caution and to preserve its right to assert a claim against the Delphi Entity, Stahl filed duplicate claims in each Delphi Entity bankruptcy case.

4.  Debtors assert that the Stahl Claims should be expunged, and the surviving claim will be claim number 10724 filed against Delphi Automotive Systems LLC in the amount of $1,384,396.89 (the "Surviving Claim").

5.  Stahl objects to the expungement of the Stahl Claims, unless the Debtors (1) stipulate in an agreed order that the surviving claim is filed against the correct Delphi Entity; and (2) preserve Stahl's right to file a proof of claim against the proper Delphi Entity if it is later determined that the Surviving Claim does not reflect the entity indebted to Stahl.

6.  Reply's to the this Response should be directed to the undersigned.

7.  The person possessing ultimate authority to reconcile, settle or otherwise resolve the Stahl Claims is the undersigned.

WHEREFORE ThyssenKrupp Stahl Company, Inc. prays this Court deny the Debtors' request to expunge the Stahl Claims unless the expungement is under the conditions set forth in paragraph five of this Response.

Dated: November 22, 2006
Kansas City, MO

Respectfully submitted,

STINSON MORRISON HECKER LLP

By:    /s/ Greta A. McMorris
       Mark A. Shaiken
       Greta A. McMorris
       1201 Walnut Street, Suite 2700
       Kansas City, Missouri  64106
       Telephone:  (816) 842-8600
       Facsimile:   (816) 691-3495

ATTORNEYS FOR THYSSENKRUPP STAHL COMPANY, INC.

2

# CERTIFICATE OF SERVICE

      THIS IS TO CERTIFY that the undersigned served a copy of the foregoing Thyssenkrupp Waupaca, Inc. Response to Debtors' Second Omnibus Objection (Procedural) Pursuant to 11 U.S.C.§502(B) and Fed.R. Bankr. P. 3007 to Certain (I) Equity Claims, (II) Claims Duplicative of Consolidated Trustee or Agent Claims and (III) Duplicative and Amended Claims by Federal Express to the parties in interest as shown below, at addresses identified in the Second Omnibus Claims Objection and electronically by the Court's ECF System.

Delphi Corporation  
Attn: General Counsel  
5725 Delphi Drive  
Troy, MI 48098  

Davis Polk & Wardwell  
Attn: Donald Bernstein and Brian Resnick  
450 Lexington Avenue  
New York, NY 10017  

Skadden, Arps, Slate, Meagher & Flom LLP  
Attn: John Wm. Butler, Jr.  
333 West Wacker Drive, Suite 2100  
Chicago, IL 60606  

Latham & Watkins LLP  
Attn: Robert J. Rosenberg and Mark A. Broude  
885 Third Avenue  
New York, NY 10022  

Simpson Thacher & Bartlett LLP  
Attn: Kenneth S. Ziman  
425 Lexington Avenue  
New York, NY 10017  

Fried, Frank, Harris, Shriver & Jacobson LLP  
Attn: Bonnie Steingart  
One New York Plaza  
New York, NY 10004  

Office of the United States Trustee  
Southern District of New York  
Attn: Alicia M. Leonhard  
33 Whitehall Street, Suite 2100  
New York, NY 10004  

      In addition, the undersigned submitted a copy, as required by the Notice, by Federal Express to the following:

                The Honorable Robert D. Drain  
                United States Bankruptcy Judge  
                United States Bankruptcy Court  
                Southern District of New York  
                One Bowling Green, Room 632  
                New York, NY 10004  

This the 22nd day of November, 2006.

                        /s/ Greta A. McMorris  
                        Greta A. McMorris