THELEN REID & PRIEST LLP
Hermann Ferre (HF-3786)
875 Third Avenue
New York, New York 10022
(212) 603-2000
      -and-
THELEN REID & PRIEST LLP
Richard L. Lapping (CA Bar No. 107496)
Marcus O. Colabianchi (CA No. 208698)
101 Second Street, Suite 1800
San Francisco, California 94105
(415) 371-1200

Counsel for OKI America, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, et al.,<br><br>                  Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

SF #1175087 v1

## CERTIFICATE OF SERVICE BY FACSIMILE

CASE NO. 05-44481

I am over the age of 18 and not a party to the within action. I am employed in the County of San Francisco, State of California by Thelen Reid & Priest LLP. My business address is 101 Second Street, Suite 1800, San Francisco, California 94105-3606.

On November 22, 2006, at the time and from the telephone facsimile number indicated on the attached transmission report, the following entitled document:

**RESPONSE OF OKI AMERICA, INC. TO THE DEBTORS' (I) THIRD OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN CLAIMS (A) CLAIMS WITH INSUFFICIENT DOCUMENTATION, (B) CLAIMS UNSUBSTANTIATED BY DEBTORS' BOOKS AND RECORDS, AND (C) CLAIMS SUBJECT TO MODIFICATION AND (II) MOTION TO ESTIMATE CONTINGENT AND UNLIQUIDATED CLAIMS PURSUANT TO 11 US.C. § 502(c)**

was served by transmitting true and correct copies thereof via facsimile to the following:

## SEE ATTACHED SERVICE LIST

I am readily familiar with the practices of Thelen Reid & Priest LLP for sending documents via facsimile. On the above stated date, the above listed document was transmitted via facsimile and said transmission was reported complete and without error. A copy of the transmission report showing the date and time of transmission that was properly issued by the transmitting facsimile machine is attached hereto, and incorporated herein by reference.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 22, 2006, at San Francisco, California.

_____
Signature

Steven Boulais
_____
Print Name

## CERTIFICATE OF SERVICE BY MAIL

CASE NO. 05-44481

I am over the age of 18 and not a party to the within action. I am employed in the County of San Francisco, State of California by Thelen Reid & Priest LLP. My business address is 101 Second Street, Suite 1800, San Francisco, California 94105-3606.

On November 22, 2006, I served the following entitled document:

**RESPONSE OF OKI AMERICA, INC. TO THE DEBTORS' (I) THIRD OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN CLAIMS (A) CLAIMS WITH INSUFFICIENT DOCUMENTATION, (B) CLAIMS UNSUBSTANTIATED BY DEBTORS' BOOKS AND RECORDS, AND (C) CLAIMS SUBJECT TO MODIFICATION AND (II) MOTION TO ESTIMATE CONTINGENT AND UNLIQUIDATED CLAIMS**

by placing true and correct copies thereof in sealed envelopes addressed as follows:

## SEE ATTACHED SERVICE LIST

I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. On this day, I placed for collection and processing the above document to be deposited with the United States Postal Service in the ordinary course of business. And in the ordinary course of the firm's business, such correspondence is deposited with the United States Postal Service the same day that it is collected.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 22, 2006, at San Francisco, California.

_____
Signature *(Karleen Hall)*

_____
Print Name: KARLEEN HALL

SF #1175087 v1

-2-

# SERVICE LIST

CASE NO. 05-44481

**Debtor**
General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Fax No.: 248-813-2670

**Counsel to the Debtors**
John Wm. Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive,
Suite 2100
Chicago, IL 60606
Fax No.: 312-407-0411

**Counsel to the Agent under the Debtors' Prepetition Credit Facility**
Kenneth S. Ziman, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Ave.
New York, NY 10017
Fax No.: 212-455-2502

**Counsel to the Agent under the Postpetition Credit Facility**
Donald Bernstein, Esq.
Brian Resnick, Esq.
Davis Polk & Wardwell
450 Lexington Ave.
New York, NY 10017
Fax No.: 212-450-3800

**Counsel to the Official Committee of Unsecured Creditors**
Robert J. Rosenberg, Esq.
Mark A. Broude, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Fax No.: 212-751-4864

**Counsel to the Official Committee of Equity Security Holders**
Bonnie Steingart, Esq.
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
Fax No.: 212-859-4000

Alicia M. Leonhard, Esq.
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
Fax No.: 212-668-2255

Group Send Report

```
                                    Page       : 001
                                    Date & Time: 11-22-2006   12:59pm
                                    Line 1     : 415 371 1211
                                    Line 2     :
                                    Machine ID : Thelen Reid & Priest LLP / SF-19
```

| | | |
|---|---|---|
| Job number | : | 577 |
| Date | : | 11-22  12:41pm |
| Number of pages | : | 016 |
| Start time | : | 11-22  12:41pm |
| End time | : | 11-22  12:59pm |

Successful nbrs.

  Fax numbers

☎*09738#036175#000009#12488132670#
☎*09738#036175#000009#13124070411#
☎*12124552502#
☎*12124503800#
☎*12127514864#
☎*12128594000#
☎*12126682255#

Unsuccessful nbrs.                                                              Pages sent

**Thelen Reid & Priest LLP**
*Attorneys At Law*

101 Second Street, Suite 1800
San Francisco, CA 94105-3606
Tel. 415.371.1200
Fax 415.371.1211
www.thelenreid.com

# FAX COVER PAGE

| | | | |
|---|---|---|---|
| Date: | November 22, 2006 | Total Pages: *(including cover)* | 16 |
| To: | General Counsel, Delphi Corporation | Fax: Phone: | 248.813.2670 248.813.2000 |
| | John Wm. Butler, Jr., Skadden Arps Slate Meagher & Flom LLP | Fax: Phone: | 312.407.0411 312.407.0700 |
| | Kenneth S. Ziman, Simpson Thacher & Bartlett LLP | Fax: Phone: | 212.455.2502 212.455.2000 |
| | Donald Bernstein, Brian Resnick, Davis Polk & Wardwell | Fax: Phone: | 212.450.3800 212.450.4000 |
| | Robert J. Rosenberg, Mark A. Broude, Latham & Watkins LLP | Fax: Phone: | 212.751.4864 212.906.1200 |
| | Bonnie Steingart, Fried Frank Harris Shriver & Jacobson | Fax: Phone: | 212.859.4000 212.859.8000 |
| | Alicia M. Leonhard, Office of the U.S. Trustee for the S. Dist. of NY | Fax: Phone: | 212.668.2255 212.510.0500 |
| From: | Marcus O. Colabianchi | Fax: Phone: E-Mail: | 415.369.8764 415.369.7301 mcolabianchi@thelenreid.com |

**VIA FAX AND U.S. MAIL**

In case of a problem with this transmission, please call the **Fax Operator at 415.369.7159**

| JOB # | ATTORNEY # | CLIENT-MATTER | RETURN TO | ROOM # |
|---|---|---|---|---|
| | 09738 | 036175/000009 | K. HALL | 21-54 |

**IMPORTANT:** This fax transmission is intended only for the addressee. It contains information from the law firm of Thelen Reid & Priest LLP which may be privileged, confidential and exempt from disclosure under applicable law. Dissemination, distribution, or copying of this by anyone other than the addressee or the addressee's agent is strictly prohibited. If this transmission is received in error, please notify Thelen Reid & Priest LLP immediately at the telephone number indicated above. We will reimburse your costs incurred in connection with this erroneous transmission and your return of these materials. THANK YOU.

SF #1175084 v1