Hearing Date and Time: November 30, 2006 at 10:00 a.m.
Response Date and Time: November 24, 2006 at 4:00 p.m.

GOLDBERG, STINNETT, MEYERS & DAVIS
A Professional Corporation
MERLE C. MEYERS, ESQ., CA State Bar #66849
44 Montgomery Street, Suite 2900
San Francisco, CA 94104
Telephone: (415) 362-5045
Facsimile: (415) 362-2392

Attorneys for Alps Automotive, Inc., Creditor

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, et al.,<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br>Jointly Administered |

**CERTIFICATE OF SERVICE**

  I, the undersigned, state that I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this Court, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 44 Montgomery Street, Suite 2900, San Francisco, California 94104-4789; that on the date set out below, I served a copy of the following:

**RESPONSE BY ALPS AUTOMOTIVE, INC.**
**TO SECOND OMNIBUS CLAIMS OBJECTION**

on each party listed below in the following manner:

☐ BY FIRST CLASS MAIL: by placing said document(s) listed above in a sealed envelope with postage fully prepaid, in a United States mail box at San Francisco California, addressed as set forth below.

☐ BY TELECOPIER: by transmitting via facsimile said document(s) listed above to the fax number set forth below.

☒ BY OVERNIGHT DELIVERY: by placing said document(s) listed above in a sealed envelope to be delivered on the next business day by Federal Express overnight delivery addressed as set forth below.

☐ BY PERSONAL SERVICE: by causing to be delivered by reputable messenger service said document(s) listed above addressed as set forth below.

1

10233/108464.DOC

☒ BY ELECTRONIC MAIL: by transmitting via email said document(s) listed above to the email address set forth below.

☐ BY ECF EMAIL NOTIFICATION: by way of this court's ECF email notification to the participating parties set forth below.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on November 22, 2006.

JEANNE ROSE

| | |
|---|---|
| **(SERVICE BY FEDERAL EXPRESS ONLY)**<br>Delphi Corporation<br>Attn: General Counsel<br>5725 Delphi Drive<br>Troy, MI 48098 | Robert J. Rosenberg, Esq.<br>Mark A. Broude, Esq.<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022<br>robert.rosenberg@lw.com<br>mark.broude@lw.com |
| John Wm. Butler, Jr., Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606-1285<br>Email: jbutler@skadden.com | Bonnie Steingart, Esq.<br>Fried, Frank Harris Shriver & Jacobson<br>One New York Plaza<br>New York, NY 10004<br>steinbo@ffhsj.com |
| Kenneth S. Ziman, Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>Email: kziman@stblaw.com | Alicia M. Leonhard, Esq.<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004<br>alicia.m.leonhard@usdoj.gov |
| Donald Bernstein, Esq.<br>Brian Resnick, Esq.<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>r.digest@dpw.com | |