**PORZIO, BROMBERG & NEWMAN, P.C.**  Hearing Date: November 30, 2005 at 10:00 am
(Mail to) P.O. Box 1997, Morristown, NJ 07962-1997
(Delivery to) 100 Southgate Parkway, Morristown, NJ 07960
Telephone (973) 538-4006
Facsimile (973) 538-5146
-and-
156 West 56th Street
New York, NY 10019

Attorneys Appearing:  Warren J. Martin Jr. (WM-0487)
                     Douglas A. Amedeo (DA-8563)

Attorneys for Schulte & Co., GMBH

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                              :    Chapter 11
In re:                                                        :
                                                              :    Case No. 05-44481
DELPHI CORP., et al.,                                         :
                                                              :
          Debtors.                                            :
                                                              :
-------------------------------------------------------------x

## CERTIFICATION OF REGINA SCHULTE-MURDOCK

I, Regina Schulte-Murdock, of full age, certify as follows:

1.      I am General Manager of Schulte & Co. GMBH ("Schulte"), a third generation owned and operated family business of approximately 450 employees principally located in Hemer, Germany. I read and speak English fluently and make this certification upon first hand knowledge.

2.      Schulte develops, designs, and manufactures automotive components such as battery and generator harnesses, tube-eyelet and stamped eyelet connectors, plastic injection molding, electricity distributors and fuse boxes. In 2005, Schulte sold approximately Euros.

1078890                                         1

60,000,000 of its manufactured products. Of that amount, approximately ten percent of sales were made to the Delphi Group.

3. Schulte established its business relationship with Delphi Group in 1994, and in 1997, in connection with auto manufacture at the Tuscaloosa, Alabama plant of Daimler Chrysler/Mercedes Benz, Schulte began to supply and continues to supply battery terminals and eyelet connectors to Delphi's plant in El Paso, Texas. On major decisions (contracts, pricing, design changes), Schulte deals with Delphi management located in Wuppertal, Germany. The El Paso Delphi Automotive plant, however, is the facility that originates specific invoices.

4. Schulte's Claim No. 772 was timely filed in the amount of Euros 189, 411.54 against Delphi Automotive Systems, LLC ("Delphi Automotive"). A copy of the initial stamped page of Claim No. 772 is annexed as Exhibit A.

5. Annexed as Exhibit B is a list of invoices partially or entirely outstanding, dated from April 25, 2004 through October 6, 2005. This list was attached to Claim No. 772 when filed.

6. Annexed as Exhibit C are copies of the outstanding invoices.

7. I understand that Delphi has admitted to owe Schulte money on outstanding invoices, however, Delphi has asserted the amount owed is only $170, 463.49. I have no knowledge as to the basis of this number. Our records clearly reflect the amount owed as Euros 189, 411.54.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                              /s/ Regina Schulte-Murdock
                                                              Regina Schulte-Murdock

Dated: 22 November 2006