# Payment El Paso

21.11.05

| Invoice-No. | Invoice-Date | PO | Invoice-Amount | Payment | Difference |
|---|---|---|---|---|---|
| 063153 | 25.03.04 | P3300053 | 803,16 € | 789,77 € | 13,39 € |
| 063208 | 29.03.04 | P3300053 | 2.080,98 € | 2.043,28 € | 37,70 € |
| 063331 | 06.04.04 | P3300053 | 1.989,67 € | 1.953,02 € | 36,65 € |
| 063407 | 08.04.04 | P3300053 | 3.437,30 € | 3.374,25 € | 63,05 € |
| 063649 | 26.04.04 | P3300053 | 4.455,41 € | 4.374,91 € | 80,50 € |
| 063650 | 26.04.04 | P3300053 | 4.511,94 € | 4.429,88 € | 82,06 € |
| 063796 | 05.05.04 | P3300053 | 202,57 € | 48,06 € | 154,51 € |
| 064216 | 02.06.04 | P3300053 | 1.055,15 € | 1.001,50 € | 53,65 € |
| 064774 | 05.07.04 | P3300053 | 2.626,73 € | 2.499,51 € | 127,22 € |
| 065130 | 02.08.04 | P3300053 | 3.547,90 € | 3.466,07 € | 81,83 € |
| 065203 | 05.08.04 | P3300053 | 2.111,40 € | 2.336,96 € | -225,56 € |
| 065497 | 30.08.04 | P3300053 | 548,67 € | 520,78 € | 27,89 € |
| 065542 | 02.09.04 | P3300053 | 1.561,62 € | 1.482,22 € | 79,40 € |
| 065670 | 13.09.04 | P3300053 | 1.437,94 € | 1.406,60 € | 31,34 € |
| 066383 | 08.11.04 | P3300053 | 633,70 € | 1.572,58 € | -938,88 € |
| 066532 | 18.11.04 | P3300053 | 1.600,00 € | 31,60 € | 1.568,40 € |
| 066657 | 08.09.05 | P4310055 | 787,46 € | 756,56 € | 30,90 € |
| 066756 | 06.12.04 | P3300053 | 608,00 € | 0,00 € | 608,00 € |
| 066757 | 08.09.05 | P4310055 | 2.636,40 € | 2.556,40 € | 80,00 € |
| 066850 | 08.09.05 | P4310055 | 2.768,08 € | 2.688,08 € | 80,00 € |
| 066936 | 08.09.05 | P4310055 | 2.757,24 € | 2.708,14 € | 49,10 € |
| 066945 | 21.12.04 | P3300053 | 679,80 € | 45,32 € | 634,48 € |
| 066946 | 08.09.05 | P4310055 | 372,06 € | 341,16 € | 30,90 € |
| 066947 | 08.09.05 | P4310055 | 656,10 € | 563,40 € | 92,70 € |
| 067024 | 04.01.05 | P4310055 | 2.540,84 € | 2.358,24 € | 182,60 € |
| 067025 | 04.01.05 | P4310055 | 1.626,63 € | 0,00 € | 1.626,63 € |
| 067027 | 04.01.05 | P4310055 | 673,68 € | 634,48 € | 39,20 € |
| 067084 | 10.01.05 | P4310055 | 2.935,15 € | 2.856,26 € | 78,89 € |
| 067085 | 10.01.05 | P4310055 | 5.175,73 € | 4.842,87 € | 332,86 € |
| 067114 | 12.01.05 | P4310055 | 372,24 € | 360,54 € | 11,70 € |
| 067150 | 17.01.05 | P4310055 | 2.357,88 € | 0,00 € | 2.357,88 € |
| 067160 | 17.01.05 | P4310055 | 1.043,00 € | 0,00 € | 1.043,00 € |
| 067162 | 17.01.05 | P4310055 | 3.818,67 € | 3.611,22 € | 207,45 € |
| 067173 | 18.01.05 | P4310055 | 2.422,97 € | 2.368,23 € | 54,74 € |
| 067203 | 19.01.05 | P4310055 | 468,96 € | 375,60 € | 93,36 € |
| 067208 | 19.01.05 | P4310055 | 1.443,60 € | 1.359,60 € | 84,00 € |
| 067266 | 25.01.05 | P4310055 | 5.006,63 € | 5.161,15 € | -154,52 € |
| 067267 | 25.01.05 | P4310055 | 1.921,46 € | 1.863,42 € | 58,04 € |
| 067268 | 25.01.05 | P4310055 | 2.406,00 € | 2.266,00 € | 140,00 € |
| 067293 | 27.01.05 | P4310055 | 334,71 € | 321,48 € | 13,23 € |
| 067347 | 31.01.05 | P4310055 | 5.235,33 € | 4.939,55 € | 295,78 € |
| 067348 | 31.01.05 | P4310055 | 2.406,00 € | 2.266,00 € | 140,00 € |
| 067349 | 31.01.05 | P4310055 | 131,42 € | 127,31 € | 4,11 € |
| 51449 | 07.02.05 | debit note | 0,00 € | 586,89 € | 586,89 € |
| 067447 | 07.02.05 | P4310055 | 5.637,59 € | 5.276,89 € | 360,70 € |
| 067457 | 09.02.05 | P4310055 | 557,85 € | 535,80 € | 22,05 € |
| 067523 | 14.02.05 | P4310055 | 4.802,04 € | 4.581,76 € | 220,28 € |

| | | | | | |
|---|---|---|---|---|---|
| 067525 | 14.02.05 | P4310055 | 762,40 € | 0,00 € | 762,40 € |
| 067526 | 14.02.05 | P4310055 | 937,92 € | 751,20 € | 186,72 € |
| 067527 | 14.02.05 | P4310055 | 10.544,78 € | 10.010,53 € | 534,25 € |
| 067629 | 21.02.05 | P4310055 | 13.298,34 € | 12.592,83 € | 705,51 € |
| 067630 | 21.02.05 | P4310055 | 25,58 € | 24,84 € | 0,74 € |
| 067643 | 22.02.05 | P4310055 | 305,55 € | 0,00 € | 305,55 € |
| 067720 | 28.02.05 | P4310055 | 1.443,60 € | 1.359,60 € | 84,00 € |
| 067721 | 28.02.05 | P4310055 | 7.693,69 € | 7.334,41 € | 359,28 € |
| 067735 | 01.03.05 | P4310055 | 526,23 € | 660,82 € | -134,59 € |
| 067796 | 07.03.05 | P4310055 | 76,15 € | 72,15 € | 4,00 € |
| 067798 | 07.03.05 | P4310055 | 2.651,60 € | 2.786,00 € | -134,40 € |
| 067799 | 07.03.05 | P4310055 | 305,55 € | 321,48 € | -15,93 € |
| 067810 | 07.03.05 | P4310055 | 1.604,70 € | 1.523,01 € | 81,69 € |
| 067814 | 07.03.05 | P4310055 | 7.070,01 € | 6.882,82 € | 187,19 € |
| 067857 | 09.03.05 | P4310055 | 1.222,20 € | 1.285,92 € | -63,72 € |
| 067858 | 09.03.05 | P4310055 | 916,65 € | 964,44 € | -47,79 € |
| 067862 | 10.03.05 | P4310055 | 389,70 € | 365,80 € | 23,90 € |
| 067918 | 14.03.05 | P4310055 | 2.463,41 € | 2.434,22 € | 29,19 € |
| 067920 | 14.03.05 | P4310055 | 15.732,41 € | 15.664,99 € | 67,42 € |
| 068015 | 21.03.05 | P4310055 | 323,88 € | 316,75 € | 7,13 € |
| 068016 | 21.03.05 | P4310055 | 9.582,14 € | 9.338,19 € | 243,95 € |
| 068101 | 24.03.05 | P4310055 | 8.773,70 € | 8.215,50 € | 558,20 € |
| 068160 | 31.03.05 | P4310055 | -1.520,69 € | 0,00 € | -1.520,69 € |
| 068221 | 04.04.05 | P4310055 | 9.139,42 € | 6.780,14 € | 2.359,28 € |
| 068222 | 04.04.05 | P4310055 | 998,65 € | 1.032,02 € | -33,37 € |
| 068328 | 11.04.05 | P4310055 | 1.263,69 € | 1.310,62 € | -46,93 € |
| 068329 | 11.04.05 | P4310055 | 9.024,42 € | 8.352,13 € | 672,29 € |
| 068406 | 18.04.05 | P4310055 | 7.718,39 € | 7.209,26 € | 509,13 € |
| 068407 | 18.04.05 | P4310055 | 265,12 € | 278,60 € | -13,48 € |
| 068471 | 21.04.05 | P4310055 | 273,87 € | 238,85 € | 35,02 € |
| 068529 | 25.04.05 | P4310055 | 8.243,03 € | 7.705,34 € | 537,69 € |
| 068629 | 02.05.05 | P4310055 | 4.315,54 € | 4.027,40 € | 288,14 € |
| 068676 | 04.05.05 | P4310055 | 488,34 € | 460,01 € | 28,33 € |
| 068677 | 04.05.05 | P4310055 | 488,34 € | 460,01 € | 28,33 € |
| 068714 | 09.05.05 | P4310055 | 1.834,56 € | 2.080,85 € | -246,29 € |
| 068716 | 09.05.05 | P4310055 | 451,89 € | 0,00 € | 451,89 € |
| 068749 | 10.05.05 | P4310055 | 872,41 € | 802,74 € | 69,67 € |
| 068796 | 12.05.05 | P4310055 | 100,77 € | 0,00 € | 100,77 € |
| 068801 | 13.05.05 | P4310055 | 720,60 € | 187,80 € | 532,80 € |
| 068838 | 17.05.05 | P4310055 | 2.316,01 € | 2.057,54 € | 258,47 € |
| 068960 | 23.05.05 | P4310055 | 909,50 € | 824,74 € | 84,76 € |
| 068983 | 24.05.05 | P4310055 | 2.177,46 € | 1.936,71 € | 240,75 € |
| 068994 | 25.05.05 | P4310055 | 1.060,48 € | 976,00 € | 84,48 € |
| 069035 | 30.05.05 | P4310055 | 4.026,98 € | 3.602,75 € | 424,23 € |
| 069059 | 31.05.05 | P4310055 | 325,56 € | 0,00 € | 325,56 € |
| 069060 | 31.05.05 | P4310055 | 217,04 € | 0,00 € | 217,04 € |
| 069133 | 03.06.05 | P4310055 | 903,60 € | 0,00 € | 903,60 € |
| 069157 | 06.06.05 | P4310055 | 3.783,33 € | 3.436,12 € | 347,21 € |
| 069204 | 08.06.05 | P4310055 | 1.798,44 € | 0,00 € | 1.798,44 € |
| 069270 | 13.06.05 | P4310055 | 3.343,70 € | 0,00 € | 3.343,70 € |
| 069271 | 13.06.05 | P4310055 | 439,35 € | 385,29 € | 54,06 € |
| 069322 | 16.06.05 | P4310055 | 2.386,08 € | 2.196,00 € | 190,08 € |
| 069323 | 16.06.05 | P4310055 | 2.651,20 € | 0,00 € | 2.651,20 € |
| 069382 | 20.06.05 | P4310055 | 795,36 € | 732,00 € | 63,36 € |
| 069391 | 20.06.05 | P4310055 | 2.914,03 € | 0,00 € | 2.914,03 € |
| 069415 | 22.06.05 | P4310055 | 1.042,21 € | 944,39 € | 97,82 € |

| | | | | | |
|---|---|---|---|---|---|
| 069447 | 23.06.05 | P4310055 | 848,75 € | 782,75 € | 66,00 € |
| 069491 | 28.06.05 | P4310055 | 4.406,59 € | 0,00 € | 4.406,59 € |
| 069493 | 28.06.05 | P4310055 | 863,26 € | 794,62 € | 68,64 € |
| 069632 | 05.07.05 | P4310055 | 4.987,43 € | 0,00 € | 4.987,43 € |
| 069671 | 07.07.05 | P4310055 | 728,00 € | 661,67 € | 66,33 € |
| 069733 | 12.07.05 | P4310055 | 5.710,60 € | 0,00 € | 5.710,60 € |
| 069801 | 14.07.05 | P4310055 | 305,55 € | 281,79 € | 23,76 € |
| 069872 | 20.07.05 | P4310055 | 2.957,22 € | 0,00 € | 2.957,22 € |
| 069900 | 21.07.05 | P4310055 | 1.595,65 € | 0,00 € | 1.595,65 € |
| 069986 | 27.07.05 | P4310055 | 5.537,87 € | 0,00 € | 5.537,87 € |
| 070010 | 28.07.05 | P4310055 | 2.030,00 € | 0,00 € | 2.030,00 € |
| 070030 | 29.07.05 | P4310055 | 189,76 € | 0,00 € | 189,76 € |
| 070041 | 01.08.05 | P4310055 | 9.050,16 € | 0,00 € | 9.050,16 € |
| 070073 | 03.08.05 | P4310055 | 5.704,50 € | 0,00 € | 5.704,50 € |
| 070136 | 08.08.05 | P4310055 | 7.364,01 € | 0,00 € | 7.364,01 € |
| 070195 | 10.08.05 | P4310055 | 5.876,00 € | 0,00 € | 5.876,00 € |
| 070211 | 11.08.05 | P4310055 | 7.200,00 € | 0,00 € | 7.200,00 € |
| 070235 | 15.08.05 | P4310055 | 6.904,56 € | 0,00 € | 6.904,56 € |
| 070401 | 24.08.05 | P4310055 | 322,20 € | 0,00 € | 322,20 € |
| 070415 | 24.08.05 | P4310055 | 7.829,69 € | 0,00 € | 7.829,69 € |
| 070463 | 29.08.05 | P4310055 | 1.099,65 € | 0,00 € | 1.099,65 € |
| 070537 | 01.09.05 | P4310055 | 9.365,80 € | 0,00 € | 9.365,80 € |
| 070566 | 05.09.05 | P4310055 | 633,18 € | 0,00 € | 633,18 € |
| 070612 | 08.09.05 | P4310055 | 19.187,26 € | 0,00 € | 19.187,26 € |
| 070670 | 12.09.05 | P4310055 | 2.906,85 € | 0,00 € | 2.906,85 € |
| 070710 | 14.09.05 | P4310055 | 10.459,26 € | 0,00 € | 10.459,26 € |
| 070788 | 20.09.05 | P4310055 | 5.508,60 € | 0,00 € | 5.508,60 € |
| 070817 | 22.09.05 | P4310055 | 6.675,00 € | 0,00 € | 6.675,00 € |
| 070839 | 23.09.05 | P4310055 | 1.169,10 € | 0,00 € | 1.169,10 € |
| 070870 | 26.09.05 | P4310055 | 2.960,94 € | 0,00 € | 2.960,94 € |
| 070905 | 28.09.05 | P4310055 | 7.525,79 € | 0,00 € | 7.525,79 € |
| 070964 | 30.09.05 | P4310055 | 2.072,40 € | 0,00 € | 2.072,40 € |
| 070983 | 05.10.05 | P4310055 | 1.183,20 € | 0,00 € | 1.183,20 € |
| 070984 | 05.10.05 | P4310055 | 768,96 € | 0,00 € | 768,96 € |
| 071006 | 06.10.05 | P4310055 | 7.830,42 € | 0,00 € | 7.830,42 € |
| | | | | | 189.411,54 € |