FORM B10 (Official Form 10) (4/04)

| United States Bankruptcy Court Southern District of New York | PROOF OF CLAIM |
|---|---|

| In re (Name of Debtor): **Delphi Corporation, et al.** | Case Number: **05-44481** |
|---|---|
| Name of Debtor Against Which Claim is Held: See attached. | Case No. of Debtor: See attached. |

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" of payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

Name of Creditor: **Timken U.S. Co.**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and Addresses Where Notices Should be Sent:

Timken U.S. Co.
Attn: Robert Morris
1835 Dueber Avenue S.W.
P.O. Box 6927
Canton, OH 44706-0927
and
McDermott Will & Emery LLP
Attn: James M. Sullivan, Esq.
340 Madison Avenue
New York, NY 10017
Telephone Number: 212-547-5400
Facsimile Number: 212-547-5444

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

FILED
2006 JUL 27 P [ ]:03
U.S. BANKRUPTCY COURT
S.D.N.Y.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here if this claim: ☐ replaces    ☐ amends    a previously filed claim, dated:_____

1. BASIS FOR CLAIM:
   ☒ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☐ Other: _____

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensations (Fill out below)
   Last Four Digits of your SS# _____
   Unpaid compensations for services performed
   from _____ to _____
   (date)            (date)

2. DATE DEBT WAS INCURRED: See attached statement of invoices.

3. IF COURT JUDGMENT, DATE OBTAINED:

4. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:   $ 210,932.12          $ 25,011.37          $_____          $235,943.49 plus interest & attorneys fees
                                                (unsecured)          (secured)          (unsecured priority)          (Total)

   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below
   ☒ Check this box if claim includes interest or other charges in addition to the principle amount of the claim. Attach itemized statement of all interest or additional charges.

5. SECURED CLAIM
   ☒ Check this box if your claim is secured by collateral (including a right of setoff)

   Brief Description of Collateral:
   ☐ Real Estate    ☐ Motor Vehicle    ☒ Other _Right of Setoff
   Value of Collateral: $25,011.37

   Amount of arrearage and other charges at time case filed included in secured claim, if any $_____

6. UNSECURED NONPRIORITY CLAIM
   ☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. UNSECURED PRIORITY CLAIM
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority: $_____

   Specify the priority of the claim,
   ☐ Wages, salaries, or commissions (up to $4,650), earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan-- 11 U.S.C. § 507(a)(4)
   ☐ Up to $2,100 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6)
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7)
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8)
   ☐ Other-- Specify applicable paragraph of 11 U.S.C. §§ 507(a)(2)

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
9. Supporting Documents: *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date: July 26, 2006

Signature: /s/ Robert F. Morris

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)

Robert Morris, General Manager of Credit, Timken U.S. Co.

PENALTY FOR PRESENTING FRAUDULENT CLAIM: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

NYK 1047962-1.064980.0022

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
:
**In re:**                                    :    Chapter 11
                                              :    Case No. 05-44481
**DELPHI CORPORATION, et al.,**               :    Jointly administered
                                              :
**Debtors.**                                  :
                                              :
------------------------------------- X

## ADDENDUM TO PROOF OF CLAIM

1. The undersigned, Robert Morris, General Manager of Credit, Timken U.S. Co., located at Timken U.S. Co., 1835 Dueber Avenue S.W., P.O. Box 6927, Canton, OH 44706-0927, is authorized to make and hereby submits this proof of claim on behalf of Timken U.S. Co. (the "Claimant").

2. At this time it is unclear to the Claimant which of the above-captioned debtors is responsible for this claim. Therefore, the Claimant is filing this protective proof of claim to assert its claim against any and all debtors, including the Delphi Corporation (05-44481), Delphi NY Holding Corporation (05-44480), ASEC Manufacturing General Partnership (05-44482), ASEC Sales General Partnership (05-44481), Environmental Catalysts, LLC (05-44503), Delphi Medical Systems Colorado Corporation (05-44507), Delphi Medical Systems Texas Corporation (05-44511), Delphi Medical Systems Corporation (05-44529), Specialty Electronics International Ltd. (05-44536), Specialty Electronics, Inc. (05-44539), Delphi Liquidation Holding Company (05-44542), Delphi Electronics (Holding) LLC (05-44547), Delphi Technologies, Inc. (05-44554), Delphi Automotive Systems Tennessee, Inc. (05-44558), Delphi Mechatronic Systems, Inc. (05-44567), Delphi Automotive Systems Risk Management Corp. (05-44570), Exhaust Systems Corporation (05-44573), Delphi China LLC (05-44577), Delphi Automotive Systems Korea, Inc. (05-44580), Delphi International Services, Inc. (05-44483), Delphi Automotive Systems Thailand, Inc. (05-44586), Delphi Automotive Systems International, Inc. (05-44589), Delphi International Holdings Corp. (05-44591), Delphi Automotive Systems Overseas Corporation (05-44593), Delphi Automotive Systems (Holding), Inc. (05-44596), Delco Electronics Overseas Corporation (05-44610), Delphi Diesel Systems Corp. (05-44612), Delphi LLC (05-44615), Aspire, Inc. (05-44618), Delphi Integrated Service Solutions, Inc. (05-44623), Delphi Connection Systems (05-44624), Packard Hughes Interconnect Company (05-44626), DREAL, Inc. (05-44627), Delphi Automotive Systems Services LLC (05-44632), Delphi Services Holding Corporation (05-44633), Delphi Automotive Systems Global (Holding), Inc. (05-44636), Delphi Foreign Sales Corporation (05-44638), Delphi Automotive Systems Human Resources LLC (05-44639), Delphi Automotive Systems LLC (05-44640), Delphi Furukawa Wiring Systems LLC (05-47452), Delphi Receivables LLC (05-47459), MobileAria, Inc.(05-47474) (collectively, the "Debtors").

3. The Claimant is the successor in interest of The Torrington Company.

NYK 1045582-2.064980.0022

4.  The Claimant is in the business of providing bearings, alloy steels, and related products to customers. The Debtors and the Claimant were parties to a number of transactions where the Claimant provided various goods to the Debtors.

5.  The Debtors were, as of the date of the commencement of the above-captioned bankruptcy case, and still are, indebted to the Claimant in the principal amount of at least $235,943.49, plus interest and expenses, in respect of goods rendered to the Debtors. A list of the invoices setting forth this amount is attached hereto as **Exhibit A.**

6.  This claim is a partially secured claim, secured by credits owing to the Debtors from the Claimant in the amount of $25,011.37. A list of the credits amount is attached hereto as **Exhibit B.**

7.  No judgment has been rendered on the claim.

8.  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9.  The Claimant is filing this proof of claim to protect its rights by meeting the claim deadline in the Debtors' cases. The Claimant reserves the right to amend and/or supplement this proof of claim and to assert any and all other claims of whatever kind or nature that it has, or it may have, against the Debtors that come to the Claimant's attention or arise after the filing of this proof of claim. The filing of this proof of claim shall not be deemed a waiver of any such claims, any obligations owed to the Claimant, any right to any security held by the Claimant for its benefit, or any right or rights of action that the Claimant may have against the Debtors or any other person or persons.

10. All notices and communications concerning this proof of claim should be addressed as follows:

> Timken U.S. Co.
> Attn: Robert Morris, General Manager of Credit
> 1835 Dueber Avenue S.W.
> P.O. Box 6927
> Canton, OH 44706-0927

and to:

> McDermott Will & Emery LLP
> 340 Madison Avenue
> New York, New York 10017
> (212) 547-5400
> Attn: James M. Sullivan, Esq.
> Telephone: (212) 547-5400
> Facsimile: (212) 547-5444

NYK 1045582-2.064980.0022

Date: July 26, 2006

                                              Timken U.S. Co.

                                              By: _____

                                              Robert Morris
                                              General Manager of Credit

Penalty for Presenting Fraudulent Claim.  Fine of not more than $5,000 or imprisonment for not more than 5 years or both - - Title 18, U.S.C., § 152.

**Exhibit A**

## TORRINGTON (Timken US) - Delphi

| Invoice Number | Amount | Trans Date | Seg | BOL | PO # | AR:M NUMBER |
|---|---|---|---|---|---|---|
| CMR43316 | 32,809.50 | 10/4/2005 | TOR | | | 22355 |
| CMR443260 | 31,991.00 | 9/2/2005 | TOR | | | 141 |
| CMR443257 | 24,843.00 | 9/2/2005 | TOR | | | 141 |
| 483476 | 15,476.16 | 10/4/2005 | TOR | | | 22355 |
| CMR443391 | 14,140.48 | 10/4/2005 | TOR | | | 141 |
| 339122-204 | 11,792.78 | 12/22/2004 | TOR | | | 141 |
| 414980 | 9,120.00 | 12/21/2004 | TOR | 2193746 | S2400235 | 141 |
| 423687 | 8,844.00 | 4/12/2005 | TOR | 21100009 | S2400235 | 141 |
| 238976 | 8,844.00 | 6/27/2005 | TOR | 21104572 | S2400235 | 141 |
| 240932 | 8,844.00 | 7/26/2005 | TOR | 21106252 | S2400235 | 141 |
| 242348 | 5,308.93 | 7/27/2005 | TOR | 21106374 | SAG90I0215 | 141 |
| 476617 | 4,709.86 | 4/5/2005 | TOR | 1569682 | S2S52524 | 22247 |
| 855192-7879 | 4,384.80 | 6/2/2005 | TOR | | | 141 |
| 849746-2295 | 4,082.40 | 4/1/2005 | TOR | | | 141 |
| 240519 | 3,549.00 | 7/20/2005 | TOR | 21106028 | SAG90I0215 | 141 |
| 852418-2994 | 3,477.60 | 4/28/2005 | TOR | | | 141 |
| 858023-450 | 3,477.60 | 7/1/2005 | TOR | | | 141 |
| 860726-3076 | 3,175.20 | 8/2/2005 | TOR | | | 141 |
| 236500 | 2,492.28 | 5/26/2005 | TOR | 21103053 | SAG90I0215 | 141 |
| 848083-9542 | 2,116.80 | 3/2/2005 | TOR | | | 141 |
| 849747-2296 | 1,972.00 | 4/1/2005 | TOR | | | 141 |
| 295891 | 1,796.70 | 6/8/2005 | TOR | 16112991 | SAG90I2277 | 141 |
| 858160-452 | 1,740.00 | 7/1/2005 | TOR | | | 141 |
| 852415-2995 | 1,624.00 | 4/28/2005 | TOR | | | 141 |
| 855382-7752 | 1,624.00 | 6/2/2005 | TOR | | | 141 |
| 841363-531 | 1,579.05 | 12/1/2004 | TOR | | | 141 |
| 860775-2904 | 1,392.00 | 8/2/2005 | TOR | | | 141 |
| 864218-2635 | 1,360.80 | 9/2/2005 | TOR | | | 141 |
| CMR442929 | 1,295.24 | 4/28/2005 | TOR | | | 141 |
| ADMCR02520 | 1,275.00 | 6/15/2005 | TOR | | | 22244 |
| S47988 | 1,263.24 | 3/2/2005 | TOR | | | 141 |
| 848161-9412 | 1,160.00 | 3/2/2005 | TOR | | | 141 |
| ESD50040289 | 1,090.58 | 1/6/2005 | TOR | | | 141 |
| ESD50039683 | 969.40 | 1/6/2005 | TOR | | | 141 |
| CMR441263 | 862.24 | 9/3/2004 | TOR | | | 22355 |

| | | | | | |
|---|---|---|---|---|---|
| 478964 | 773 | 6/16/2005 | TOR | 340392867 | 22244 |
| 261835 | 750.00 | 12/1/2004 | TOR | | 22247 |
| 476876 | 615.68 | 4/12/2005 | TOR | 341802751 | 22247 |
| 825553 | 592.00 | 8/3/2004 | TOR | | 22355 |
| 863992-5272 | 580.00 | 9/2/2005 | TOR | | 141 |
| CMR443121 | 534.43 | 7/1/2005 | TOR | | 22355 |
| 483475 | 392.45 | 8/2/2005 | TOR | | 141 |
| CMR442853 | 349.51 | 4/28/2005 | TOR | | 141 |
| CMR442854 | 330.60 | 4/28/2005 | TOR | | 141 |
| 847721 | 309.51 | 3/2/2005 | TOR | | 10160 |
| 864218 | 309.51 | 9/2/2005 | TOR | | 141 |
| 860441-2794 | 302.40 | 8/2/2005 | TOR | | 10160 |
| 852385-2992 | 296.10 | 4/28/2005 | TOR | | 141 |
| 858026-470 | 289.80 | 7/1/2005 | TOR | | 141 |
| 849749-2246 | 252.00 | 4/1/2005 | TOR | | 141 |
| 860626-2958 | 252.00 | 8/2/2005 | TOR | | 141 |
| 471492 | 250.00 | 2/2/2005 | TOR | | 22247 |
| CMR443116 | 232.22 | 7/1/2005 | TOR | | 141 |
| 849402-1876 | 226.80 | 4/1/2005 | TOR | | 10160 |
| 851932-4580 | 226.80 | 4/28/2005 | TOR | | 10160 |
| 858937-173 | 226.80 | 7/1/2005 | TOR | | 10160 |
| 849744-1830 | 220.50 | 4/1/2005 | TOR | | 10160 |
| 855241-7857 | 220.50 | 6/2/2005 | TOR | | 141 |
| 857841-145 | 201.60 | 7/1/2005 | TOR | | 10160 |
| 854929-6913 | 170.10 | 6/2/2005 | TOR | | 10160 |
| 860465-3170 | 170.10 | 8/2/2005 | TOR | | 10160 |
| 848169-9572 | 151.20 | 3/2/2005 | TOR | | 141 |
| 855180-6344 | 151.20 | 6/2/2005 | TOR | | 10160 |
| 852447-5109 | 127.60 | 4/28/2005 | TOR | | 141 |
| CMR443120 | 120.56 | 7/1/2005 | TOR | | 22355 |
| 858025-469 | 116.00 | 7/1/2005 | TOR | | 141 |
| 864495 | 113.40 | 9/2/2005 | TOR | | 10160 |
| 860662-2957 | 110.20 | 8/2/2005 | TOR | | 141 |
| CMR441945 | 107.26 | 8/3/2004 | TOR | SAG9015592 | 22355 |
| 849889-2298 | 104.40 | 4/1/2005 | TOR | | 141 |
| 855240-7856 | 92.80 | 6/2/2005 | TOR | S2S52524 | 141 |
| CMR442406 | 85.32 | 11/12/2004 | TOR | | 141 |

| | | | | |
|---|---|---|---|---|
| 853352-4372 | 81.90 | 4/28/2005 | TOR | 10160 |
| 864216-5284 | 81.90 | 9/2/2005 | TOR | 141 |
| 864004-4359 | 81.90 | 9/2/2005 | TOR | 10160 |
| 847867-8900 | 75.60 | 3/2/2005 | TOR | 10160 |
| 856771 | 75.60 | 5/3/2005 | TOR | 10160 |
| 848168-9571 | 69.60 | 3/2/2005 | TOR | 141 |
| CMR443122 | 67.37 | 7/1/2005 | TOR | 22355 |
| 850359-1104 | 58.00 | 4/1/2005 | TOR | 10160 |
| 852336-3095 | 58.00 | 4/28/2005 | TOR | 10160 |
| 858739-9936 | 58.00 | 7/1/2005 | TOR | 10160 |
| 860592-2797 | 58.00 | 8/2/2005 | TOR | 10160 |
| 849742-1921 | 52.20 | 4/1/2005 | TOR | 22355 |
| 430144 | 37.94 | 7/7/2004 | TOR | 22247 |
| 478587 | 35.11 | 6/3/2005 | TOR  341187551  REPLACEMENT | 22247 |
| 852860-3752 | 34.80 | 4/28/2005 | TOR | 22355 |
| 479868 | 31.37 | 7/26/2005 | TOR  341633701  REPLACEMENT | 22247 |
| 854579 | 29.00 | 6/2/2005 | TOR | 10160 |
| 483476 | 27.64 | 8/2/2005 | TOR | 141 |
| 860713-1882 | 23.20 | 8/2/2005 | TOR | 22355 |
| 863935-5245 | 23.20 | 9/2/2005 | TOR | 141 |
| 860111-396 | 17.40 | 7/1/2005 | TOR | 22355 |
| 847972 | 11.60 | 3/2/2005 | TOR | 22355 |
| 863905-4324 | 11.60 | 9/2/2005 | TOR | 22355 |
| CMR443116 | 4.57 | 9/2/2005 | TOR | 141 |

Total Torrington-Timken US    285,945.49

05-44481-rdd    Doc 5796-1    Filed 11/22/06    Entered 11/22/06 17:51:31    Exhibit 1
Pg 9 of 10

Exhibit B

05-44481-rdd    Doc 5796-1    Filed 11/22/06    Entered 11/22/06 17:51:31    Exhibit 1
Pg 9 of 10

## DELPHI - Schedule of Credits

### Timken US (Torrington)

| Invoice Number | Amount | Trans Date | Seg | AR:M NUMBER |
|---|---|---|---|---|
| 828271 | (9.20) | 10/28/2004 | TOR | 141 |
| 847064 | (25.20) | 3/2/2005 | TOR | 10160 |
| 240744-1004 | (49.74) | 9/2/2005 | TOR | 22244 |
| 482667 | (50.41) | 6/30/2006 | TOR | 141 |
| M72644 | (56.28) | 9/17/2004 | TOR | 22355 |
| S48811 | (56.28) | 9/2/2005 | TOR | 22355 |
| 237614-94 | (71.00) | 8/2/2005 | TOR | 22244 |
| 480667 | (158.20) | 3/2/2005 | TOR | 141 |
| 415319-7537 | (163.29) | 3/17/2005 | TOR | 22244 |
| 835061 | (167.49) | 10/15/2004 | TOR | 22244 |
| 420141-509 | (198.79) | 5/6/2005 | TOR | 22244 |
| 422808-4415 | (198.80) | 6/15/2005 | TOR | 22244 |
| 212776 | (202.28) | 10/4/2005 | TOR | 141 |
| 212944 | (202.28) | 10/4/2005 | TOR | 141 |
| 213119 | (202.28) | 10/4/2005 | TOR | 141 |
| CHK70663920 | (210.60) | 8/3/2005 | TOR | 145 |
| 212209 | (210.60) | 10/4/2005 | TOR | 141 |
| 417657-998 | (212.99) | 4/14/2005 | TOR | 22244 |
| 211715 | (214.50) | 9/2/2005 | TOR | 22225 |
| 445815 | (405.00) | 3/2/2005 | TOR | 141 |
| M72645 | (409.22) | 9/17/2004 | TOR | 22355 |
| 213033 | (910.26) | 10/4/2005 | TOR | 141 |
| 212654 | (1,011.40) | 10/4/2005 | TOR | 141 |
| 212719 | (1,011.40) | 10/4/2005 | TOR | 141 |
| 212859 | (1,011.40) | 10/4/2005 | TOR | 141 |
| 213087 | (1,011.40) | 10/4/2005 | TOR | 141 |
| 211697 | (1,053.00) | 9/2/2005 | TOR | 141 |
| 211833 | (1,053.00) | 9/2/2005 | TOR | 141 |
| 211896 | (1,053.00) | 9/2/2005 | TOR | 141 |
| 212106 | (1,053.00) | 9/2/2005 | TOR | 141 |
| 212492 | (1,053.00) | 9/2/2005 | TOR | 141 |
| 212015 | (1,053.00) | 10/4/2005 | TOR | 141 |
| 212036 | (1,053.00) | 10/4/2005 | TOR | 141 |
| 212123 | (1,053.00) | 10/4/2005 | TOR | 141 |
| 212345 | (1,053.00) | 10/4/2005 | TOR | 141 |
| 212591 | (1,263.60) | 10/4/2005 | TOR | 141 |
| 258918 | (1,711.68) | 7/1/2005 | TOR | 22355 |
| 212885 | (2,022.80) | 10/4/2005 | TOR | 141 |
| 212285 | (2,106.00) | 10/4/2005 | TOR | 141 |

**Total TOR OAC** (25,011.37)