FORM B10 (Official Form 10) (4/04)

| United States Bankruptcy Court Southern District of New York | PROOF OF CLAIM |
|---|---|

| In re (Name of Debtor): **Delphi Corporation, et al.** | Case Number: **05-44481** |
|---|---|

| Name of Debtor Against Which Claim Is Held: See attached. | Case No. of Debtor: See attached. |
|---|---|

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" of payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

**Name of Creditor:  U.S. Timken Co.**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**Name and Addresses Where Notices Should be Sent:**

U.S. Timken Co.
Attn:  Robert Morris
1835 Dueber Avenue S.W.
P.O. Box 6927
Canton, OH 44706-0927
and
McDermott Will & Emery LLP
Attn: James M. Sullivan, Esq.
340 Madison Avenue
New York, NY 10017
Telephone Number: 212-547-5400
Facsimile Number: 212-547-5444

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here if this claim: ☒ replaces   ☐ amends   a previously filed claim, dated: July 26, 2006

**1.  BASIS FOR CLAIM**
☒ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other: _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensations (Fill out below)

Last Four Digits of your SS# _____

Unpaid compensations for services performed
from _____ to _____
        (date)                (date)

**2.  DATE DEBT WAS INCURRED: See attached.**

**3.  IF COURT JUDGMENT, DATE OBTAINED:**

**4.  TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:**   $ **2,883,781.07**   $ **551,667.27**   $ **1,803,986.64**   $**5,239,434.98 plus interest & attorneys fees**
                    (unsecured)              (secured)        (unsecured priority)           (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below
☒ Check this box if claim includes interest or other charges in addition to the principle amount of the claim. Attach itemized statement of all interest or additional charges.

**5.  SECURED CLAIM**

☒ Check this box if your claim is secured by collateral (including a right of setoff)

Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle   ☒ Other _right of setoff
Value of Collateral: $551,667.27

Amount of arrearage and other charges at time case filed included in secured claim, if any $ _____

**6.  UNSECURED NONPRIORITY CLAIM**

☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7.  UNSECURED PRIORITY CLAIM**
☒ Check this box if you have an unsecured priority claim
    Amount entitled to priority: $   **1,803,986.64**

Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,650), earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan-- 11 U.S.C. § 507(a)(4)
☐ Up to $2,100 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7)
☒ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8)
☒ Other-- Specify applicable paragraph of 11 U.S.C. §§ 507(a)(2)

**8.  Credits:**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**9.  Supporting Documents:**  *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS.  If the documents are not available, explain. If the documents are voluminous, attach a summary.\
**10.Date-Stamped Copy:**  To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

S.D.N.Y.
2006 JUL 31  PM 1:23
U.S. BANKRUPTCY COURT
FILED

Date: July 31, 2006

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
McDermott Will & Emery LLP
By: _____
James M. Sullivan, Esq.
Attorneys for U.S. Timken Co.

*PENALTY FOR PRESENTING FRAUDULENT CLAIM:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------- X
                                      :
                                      :
In re:                                :   Chapter 11
                                      :   Case No. 05-44481
DELPHI CORPORATION, et al.,           :    Jointly administered
                                      :
        Debtors.                      :
                                      :
------------------------------------- X
```

### ADDENDUM TO PROOF OF CLAIM

      1.    McDermott Will & Emery LLP, counsel to U.S. Timken Co., located at 340 Madison Avenue, New York, New York 10017, is authorized to make and hereby submits this proof of claim on behalf of U.S. Timken Co. (the "Claimant").

      2.    At this time it is unclear to the Claimant which of the above-captioned debtors is responsible for this claim. Therefore, the Claimant is filing this protective proof of claim to assert this against any and all debtors, including the Delphi Corporation (05-44481), Delphi NY Holding Corporation (05-44480), ASEC Manufacturing General Partnership (05-44482), ASEC Sales General Partnership (05-44481), Environmental Catalysts, LLC (05-44503), Delphi Medical Systems Colorado Corporation (05-44507), Delphi Medical Systems Texas Corporation (05-44511), Delphi Medical Systems Corporation (05-44529), Specialty Electronics International Ltd. (05-44536), Specialty Electronics, Inc. (05-44539), Delphi Liquidation Holding Company (05-44542), Delphi Electronics (Holding) LLC (05-44547), Delphi Technologies, Inc. (05-44554), Delphi Automotive Systems Tennessee, Inc. (05-44558), Delphi Mechatronic Systems, Inc. (05-44567), Delphi Automotive Systems Risk Management Corp. (05-44570), Exhaust Systems Corporation (05-44573), Delphi China LLC (05-44577), Delphi Automotive Systems Korea, Inc. (05-44580), Delphi International Services, Inc. (05-44483), Delphi Automotive Systems Thailand, Inc. (05-44586), Delphi Automotive Systems International, Inc. (05-44589), Delphi International Holdings Corp. (05-44591), Delphi Automotive Systems Overseas Corporation (05-44593), Delphi Automotive Systems (Holding), Inc. (05-44596), Delco Electronics Overseas Corporation (05-44610), Delphi Diesel Systems Corp. (05-44612), Delphi LLC (05-44615), Aspire, Inc. (05-44618), Delphi Integrated Service Solutions, Inc. (05-44623), Delphi Connection Systems (05-44624), Packard Hughes Interconnect Company (05-44626), DREAL, Inc. (05-44627), Delphi Automotive Systems Services LLC (05-44632), Delphi Services Holding Corporation (05-44633), Delphi Automotive Systems Global (Holding), Inc. (05-44636), Delphi Foreign Sales Corporation (05-44638), Delphi Automotive Systems Human Resources LLC (05-44639), Delphi Automotive Systems LLC (05-44640), Delphi Furukawa Wiring Systems LLC (05-47452), Delphi Receivables LLC (05-47459), MobileAria, Inc.(05-47474) (collectively, the "Debtors").

3.     The Claimant is in the business of providing bearings, alloy steels, and related products to customers. The Debtors and the Claimant were parties to a number of transactions where the Claimant provided various goods to the Debtors.

4.     On or about June 2, 2006, the Claimant and the Debtors entered into an Assumption Agreement (the "Assumption Agreement"), providing that the Debtors would make a payment in the amount of $1,803,986.64 (the "Cure Amount") by December 31, 2006 in connection with the assumption of that certain Life Time Contract dated September 18, 2001 (as may have been amended from time to time).

5.     The Debtors were, as of the date of the commencement of the above-captioned bankruptcy case, and still are, indebted to the Claimant in the principal amount of at least $5,239,434.98, plus interest and expenses (the "Claim Amount"), in respect of goods rendered to the Debtors. The Claim Amount includes the Cure Amount, which is entitled to administrative priority. A list of the invoices setting forth the Claim Amount is attached hereto as **Exhibit A**.

6.     A portion of the Claim Amount, in the amount of $551,667.27, is subject to the right of setoff. The Debtors made a wire transfer payment to the Claimant in the amount of $507,400.00 (the "Wire Transfer") on or about October 6, 2005. The Claimant also has credits owing to the Debtors in the amount of $44,267.27 (the "Credits"). The Wire Transfer and the Credits secure a portion of the Claim Amount in the amount of $551,667.27 (the sum of $507,400.00 and $44,267.27). A list of the setoff amounts is attached hereto as **Exhibit B**.

7.     No judgment has been rendered on the claim.

8.     The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9.     The Claimant is filing this proof of claim to protect its rights by meeting the claim deadline in the Debtors' cases. The Claimant reserves the right to amend and/or supplement this proof of claim and to assert any and all other claims of whatever kind or nature that it has, or it may have, against the Debtors that come to the Claimant's attention or arise after the filing of this proof of claim. The filing of this proof of claim shall not be deemed a waiver of any such claims, any obligations owed to the Claimant, any right to any security held by the Claimant for its benefit, or any right or rights of action that the Claimant may have against the Debtors or any other person or persons.

10.     All notices and communications concerning this proof of claim should be addressed as follows:

U.S. Timken Co.
Attn: Robert Morris, General Manager of Credit
1835 Dueber Avenue S.W.
P.O. Box 6927
Canton, OH 44706-0927

and to:

McDermott Will & Emery LLP
340 Madison Avenue
New York, New York 10017
(212) 547-5400
Attn: James M. Sullivan, Esq.
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

Date: July 31, 2006

McDermott Will & Emery LLP

By: _____

James M. Sullivan, Esq.
Attorneys for U.S. Timken Co.

Penalty for Presenting Fraudulent Claim. Fine of not more than $5,000 or imprisonment for not more than 5 years or both - - Title 18, U.S.C., § 152.

**<u>Exhibit A</u>**

| US Timken - Delphi Invoice Number | Amount | Trans Date | Seg | BOL | PO # | AR:M NUMBER |
|---|---|---|---|---|---|---|
| 0904926 | 91878.61 | 9/9/2005 | Steel | | | |
| 0907422 | 87581.75 | 9/22/2005 | Steel | | | |
| 0906222 | 85422.18 | 9/16/2005 | Steel | | | |
| 0906626 | 85414.52 | 9/19/2005 | Steel | | | |
| 0906221 | 82385.86 | 9/16/2005 | Steel | | | |
| 0905995 | 76413.29 | 9/15/2005 | Steel | | | |
| 0906007 | 71840.37 | 9/15/2005 | Steel | | | |
| 484672 | 70,173.53 | 9/9/2005 | Auto | 2334993 | 550005490 | 50050 |
| 484702 | 70,173.53 | 9/12/2005 | Auto | 2335023 | 550005490 | 50050 |
| 484760 | 70,173.53 | 9/15/2005 | Auto | 2335105 | 550005490 | 50050 |
| 484823 | 70,173.53 | 9/19/2005 | Auto | 2335165 | 550005490 | 50050 |
| 484874 | 70,173.53 | 9/21/2005 | Auto | 2335245 | 550005490 | 50050 |
| 484921 | 70,173.53 | 9/23/2005 | Auto | 2335259 | 550005490 | 50050 |
| 484941 | 70,173.53 | 9/26/2005 | Auto | 2335303 | 550005490 | 50050 |
| 0906469 | 68912.26 | 9/19/2005 | Steel | | | |
| 0905788 | 68710.67 | 9/14/2005 | Steel | | | |
| 484745 | 68,293.06 | 9/15/2005 | Auto | 2335100 | 550005490 | 50050 |
| 0906005 | 65923.34 | 9/15/2005 | Steel | | | |
| 484468 | 63,794.12 | 8/30/2005 | Auto | 2334779 | 550005490 | 50050 |
| 484503 | 63,794.12 | 9/1/2005 | Auto | 2334838 | 550005490 | 50050 |
| 484558 | 63,794.12 | 9/2/2005 | Auto | 2334881 | 550005490 | 50050 |
| 484580 | 63,794.12 | 9/6/2005 | Auto | 2334899 | 550005490 | 50050 |
| 484607 | 63,794.12 | 9/7/2005 | Auto | 2334912 | 550005490 | 50050 |
| 484625 | 63,794.12 | 9/8/2005 | Auto | 2334947 | 550005490 | 50050 |
| 484737 | 63,794.12 | 9/13/2005 | Auto | 2335058 | 550005490 | 50050 |
| 484803 | 63,794.12 | 9/16/2005 | Auto | 2335138 | 550005490 | 50050 |
| 484855 | 63,794.12 | 9/20/2005 | Auto | 2335220 | 550005490 | 50050 |
| 484887 | 63,794.12 | 9/22/2005 | Auto | 2335250 | 550005490 | 50050 |
| 484489 | 57,414.70 | 8/31/2005 | Auto | 2334789 | 550005490 | 50050 |
| 0905998 | 57267.35 | 9/15/2005 | Steel | | | |
| 0906004 | 47190.64 | 9/15/2005 | Steel | | | |
| 0906788 | 41830.98 | 9/20/2005 | Steel | | | |
| 0906003 | 39080.05 | 9/15/2005 | Steel | | | |
| 304278 | 32,381.18 | 9/7/2005 | Auto | 16120290 | SAG90I2277 | 50306 |
| 0905997 | 31825.62 | 9/15/2005 | Steel | | | |

| Account | Amount | Date | Type | Number | SAG | Code |
|---|---|---|---|---|---|---|
| 0906789 | 31502.40 | 9/20/2005 | Steel | | | |
| 254217 | 28,497.60 | 9/9/2005 | Auto | 2543525 | SAG90I5065 | 50841 |
| 254263 | 27,014.40 | 9/12/2005 | Auto | 2543565 | SAG90I5065 | 50841 |
| 254045 | 23,748.00 | 8/29/2005 | Auto | 2543323 | SAG90I5065 | 50841 |
| 254071 | 23,748.00 | 8/31/2005 | Auto | 2543345 | SAG90I5065 | 50841 |
| 0906006 | 23557.49 | 9/15/2005 | Steel | | | |
| 0905065 | 23393.73 | 9/12/2005 | Steel | | | |
| 0904153 | 23381.28 | 9/6/2005 | Steel | | | |
| 0904614 | 23340.58 | 9/8/2005 | Steel | | | |
| 0904150 | 23319.51 | 9/6/2005 | Steel | | | |
| 0903986 | 23236.19 | 9/6/2005 | Steel | | | |
| 08447174 | 23120.00 | 8/24/2005 | Steel | | | |
| 254072 | 22,561.20 | 8/31/2005 | Auto | 2543345 | SAG90I5065 | 50841 |
| 306281 | 20,201.10 | 9/26/2005 | Auto | 16121693 | SAG90I2277 | 50306 |
| 09448730 | 191600.04 | 9/23/2005 | Steel | | | |
| 254300 | 18,998.40 | 9/14/2005 | Auto | 2543621 | SAG90I5065 | 50841 |
| 254359 | 18,998.40 | 9/16/2005 | Auto | 2543683 | SAG90I5065 | 50841 |
| 09448834 | 18956.43 | 9/26/2005 | Steel | | | |
| 305586 | 18,865.35 | 9/19/2005 | Auto | 16121220 | SAG90I2277 | 50306 |
| 304423 | 18,662.40 | 9/8/2005 | Auto | 16120385 | 550050565661 | 50050 |
| 0906468 | 18598.62 | 9/19/2005 | Steel | | | |
| 08446474 | 18496.00 | 8/10/2005 | Steel | | | |
| 08447551 | 18496.00 | 8/31/2005 | Steel | | | |
| 09448238 | 18496.00 | 9/14/2005 | Steel | | | |
| 09448606 | 18496.00 | 9/21/2005 | Steel | | | |
| 0905789 | 18167.19 | 9/14/2005 | Steel | | | |
| 254395 | 18,048.96 | 9/19/2005 | Auto | 2543703 | SAG90I5065 | 50841 |
| 254459 | 18,048.96 | 9/22/2005 | Auto | 2543785 | SAG90I5065 | 50841 |
| 254509 | 18,048.96 | 9/26/2005 | Auto | 2543854 | SAG90I5065 | 50841 |
| 254016 | 18,009.60 | 8/26/2005 | Auto | 2543288 | SAG90I5065 | 50841 |
| 304767 | 17,967.00 | 9/12/2005 | Auto | 16120645 | SAG90I2277 | 50306 |
| 207645 | 16,953.60 | 2/9/2005 | Auto | 536671 | SAG90I4167 | 38078 |
| 869050 | 16,911.24 | 9/6/2005 | Auto | 4404129 | SAG50505375 | 50050 |
| 09448676 | 16841.64 | 9/22/2005 | Steel | | | |
| 306209 | 16,588.80 | 9/26/2005 | Auto | 16121683 | SAG50505661 | 50050 |
| 09447697 | 16471.62 | 9/2/2005 | Steel | | | |
| 467865 | 16,174.08 | 9/22/2005 | Auto | 21109641 | SAG90I5652 | 50050 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 09448240 | 15687.24 | 9/14/2005 | Steel | 2334838 | 550005671 | 50050 |
| 09448356 | 15687.24 | 9/16/2005 | Steel | 2334899 | 550005671 | 50050 |
| 09448401 | 15687.24 | 9/19/2005 | Steel | 2334912 | 550005671 | 50050 |
| 09448546 | 15671.64 | 9/20/2005 | Steel | 2334947 | 550005671 | 50050 |
| 0906008 | 15535.96 | 9/20/2005 | Steel | 2334993 | 550005671 | 50050 |
| 09447655 | 15323.22 | 9/15/2005 | Steel | 2335058 | 550005671 | 50050 |
| 484504 | 15,194.12 | 9/1/2005 | Auto | 2335068 | 550005671 | 50050 |
| 484581 | 15,194.12 | 9/6/2005 | Auto | 2335100 | 550005671 | 50050 |
| 484608 | 15,194.12 | 9/7/2005 | Auto | 2335105 | 550005671 | 50050 |
| 484626 | 15,194.12 | 9/8/2005 | Auto | 2335138 | 550005671 | 50050 |
| 484673 | 15,194.12 | 9/9/2005 | Auto | 2335220 | 550005671 | 50050 |
| 484738 | 15,194.12 | 9/13/2005 | Auto | 2335245 | 550005671 | 50050 |
| 484746 | 15,194.12 | 9/14/2005 | Auto | 2335250 | 550005671 | 50050 |
| 484761 | 15,194.12 | 9/15/2005 | Auto | 2335303 | 550005671 | 50050 |
| 484804 | 15,194.12 | 9/16/2005 | Auto | 4404072 | 550005671 | 50050 |
| 484856 | 15,194.12 | 9/20/2005 | Auto | 4404217 | 550005671 | 50050 |
| 484875 | 15,194.12 | 9/21/2005 | Auto | 4404324 | SAG90I5574 | 50050 |
| 484888 | 15,194.12 | 9/22/2005 | Auto | 4404399 | SAG90I5574 | 50050 |
| 484942 | 15,194.12 | 9/26/2005 | Auto | 4404496 | SAG90I5574 | 50050 |
| 868732 | 14,856.48 | 9/1/2005 | Auto | 4404524 | SAG90I5574 | 50050 |
| 869268 | 14,856.48 | 9/8/2005 | Auto | 4404632 | SAG90I5574 | 50050 |
| 869743 | 14,856.48 | 9/13/2005 | Auto | | | |
| 869915 | 14,856.48 | 9/15/2005 | Auto | | | |
| 870367 | 14,856.48 | 9/20/2005 | Auto | | | |
| 870424 | 14,856.48 | 9/21/2005 | Auto | | | |
| 870856 | 14,856.48 | 9/26/2005 | Auto | 16121575 | 550005651 | 50050 |
| 09448166 | 14538.84 | 9/13/2005 | Steel | | | |
| 09448298 | 14538.84 | 9/13/2005 | Steel | | | |
| 304224 | 14,515.20 | 9/7/2005 | Auto | 16120266 | 550005651 | 50050 |
| 304566 | 14,515.20 | 9/9/2005 | Auto | 16120509 | 550005651 | 50050 |
| 304907 | 14,515.20 | 9/13/2005 | Auto | 16120728 | 550005651 | 50050 |
| 305210 | 14,515.20 | 9/15/2005 | Auto | 16120974 | 550005651 | 50050 |
| 305369 | 14,515.20 | 9/16/2005 | Auto | 16121082 | 550005651 | 50050 |
| 305653 | 14,515.20 | 9/20/2005 | Auto | 16121290 | 550005651 | 50050 |
| 305918 | 14,515.20 | 9/22/2005 | Auto | 16121476 | 550005651 | 50050 |
| 306082 | 14,515.20 | 9/23/2005 | Auto | | | |
| 09448077 | 14350.83 | 9/12/2005 | Steel | | | |

| ID | Amount | Date | Type | Part No. | Code | Plant |
|---|---|---|---|---|---|---|
| 0906790 | 14341.74 | 9/20/2005 | Steel | | | |
| 09447791 | 14335.23 | 9/6/2005 | Steel | | | |
| 09447930 | 14335.23 | 9/8/2005 | Steel | | | |
| 09447985 | 14335.23 | 9/9/2005 | Steel | | | |
| 254057 | 14,248.80 | 8/30/2005 | Auto | 2543330 | SAG90I5065 | 50841 |
| 254191 | 14,248.80 | 9/8/2005 | Auto | 2543495 | SAG90I5065 | 50841 |
| 08447554 | 14174.82 | 8/31/2005 | Steel | | | |
| 09448607 | 14147.22 | 9/21/2005 | Steel | 16120086 | SAG90I2277 | 50306 |
| 303976 | 14,074.15 | 9/2/2005 | Auto | | | |
| 0904152 | 14032.89 | 9/6/2005 | Steel | | | |
| 254122 | 13,536.72 | 9/6/2005 | Auto | 2543415 | SAG90I5065 | 50841 |
| 254121 | 13,507.20 | 9/6/2005 | Auto | 2543415 | SAG90I5065 | 50841 |
| 254608 | 13,507.20 | 9/26/2005 | Auto | 2543854 | SAG90I5065 | 50841 |
| 462204 | 13,266.00 | 9/27/2005 | Auto | 21109536 | S2400235 | 52412 |
| 306282 | 13,175.80 | 9/26/2005 | Auto | 16121693 | SAG90I2277 | 50306 |
| 304766 | 13,071.30 | 9/7/2005 | Auto | 16120645 | SAG90I2277 | 50306 |
| 09447849 | 12744.00 | 9/7/2005 | Steel | | | |
| 09447929 | 12744.00 | 9/8/2005 | Steel | | | |
| CMR441578 | 12,608.19 | 4/7/2004 | Steel | | | |
| 303951 | 12,441.60 | 9/2/2005 | Auto | 16120063 | 550005651 | 20257 |
| 304093 | 12,441.60 | 9/6/2005 | Auto | 16120147 | 550005651 | 50050 |
| 304723 | 12,441.60 | 9/12/2005 | Auto | 16120615 | 550005651 | 50050 |
| 305052 | 12,441.60 | 9/14/2005 | Auto | 16120872 | 550005651 | 50050 |
| 305495 | 12,441.60 | 9/19/2005 | Auto | 16121182 | 550005651 | 50050 |
| 305771 | 12,129.25 | 9/21/2005 | Auto | 16121404 | 550005651 | 50050 |
| CMR441597 | 12,054.03 | 4/7/2004 | Steel | | | |
| 09447851 | 11,953.56 | 9/7/2005 | Steel | | | |
| 5013263984 | 11,883.00 | 7/8/2003 | Auto | | | |
| 304038 | 11,706.56 | 9/2/2005 | Steel | 16120087 | SAG90I2277 | 20257 |
| 5013264186 | 11,682.00 | 7/8/2003 | Auto | | | |
| 09447984 | 11,426.31 | 9/9/2005 | Steel | | | |
| 5013264345 | 11,379.10 | 8/19/2003 | Steel | | | |
| 305046 | 11341.20 | 9/14/2005 | Auto | 16120850 | SAG90I2277 | 50306 |
| 09448400 | 11341.20 | 9/19/2005 | Steel | | | |
| 09448545 | 11341.20 | 9/20/2005 | Steel | | | |
| 09448833 | 11341.20 | 9/26/2005 | Steel | | | |
| 868198 | 11,274.16 | 8/26/2005 | Auto | 4403960 | 550050375 | 50050 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 868485 | 11,274.16 | 8/30/2005 | Auto | 4404020 | 550050375 | 50050 |
| 868876 | 11,274.16 | 9/9/2005 | Auto | 4404111 | 550050375 | 50050 |
| 869463 | 11,274.16 | 9/2/2005 | Auto | 4404236 | 550050375 | 50050 |
| 870340 | 11,274.16 | 9/20/2005 | Auto | 4404489 | 550050375 | 50050 |
| 303601 | 10,368.00 | 8/31/2005 | Auto | 161198802 | 550050651 | 50050 |
| 303775 | 10,368.00 | 9/1/2005 | Auto | 161199910 | 550005651 | 50050 |
| 08447175 | 9923.55 | 8/24/2005 | Steel | | | |
| 254111 | 9,499.20 | 9/2/2005 | Auto | 2543391 | SAG9015065 | 50841 |
| 254120 | 9,499.20 | 9/6/2005 | Auto | 2543415 | SAG9015065 | 50841 |
| 254330 | 9,499.20 | 9/15/2005 | Auto | 2543654 | SAG9015065 | 50841 |
| 09047151 | 9354.62 | 9/6/2005 | Steel | | | |
| 09447653 | 9307.34 | 9/1/2005 | Steel | | | |
| 254046 | 9,024.48 | 8/29/2005 | Auto | 2543323 | SAG9015065 | 50841 |
| 254079 | 9,024.48 | 9/1/2005 | Auto | 2543365 | SAG9015065 | 50841 |
| 254152 | 9,024.48 | 9/7/2005 | Auto | 2543455 | SAG9015065 | 50841 |
| 254192 | 9,024.48 | 9/8/2005 | Auto | 2543495 | SAG9015065 | 50841 |
| 254402 | 9,024.48 | 9/20/2005 | Auto | 2543724 | SAG9015065 | 50841 |
| 254112 | 9,004.80 | 9/2/2005 | Auto | 2543391 | SAG9015065 | 50841 |
| 254276 | 9,004.80 | 9/13/2005 | Auto | 2543572 | SAG9015065 | 50841 |
| 254394 | 9,004.80 | 9/19/2005 | Auto | 2543703 | SAG9015065 | 50841 |
| 254424 | 8,986.04 | 9/21/2005 | Auto | 2543754 | SAG9015065 | 50841 |
| 241741 | 8,844.00 | 8/8/2005 | Auto | 211106348 | S2400235 | 52412 |
| 71703 | 8,558.60 | 8/19/2003 | Steel | | | 20257 |
| 09448603 | 8505.90 | 9/21/2005 | Steel | | | |
| 09448164 | 8496.00 | 9/21/2005 | Steel | | | |
| 09448239 | 8496.00 | 9/13/2005 | Steel | | | |
| 09448296 | 8496.00 | 9/14/2005 | Steel | | | |
| 09448355 | 8496.00 | 9/15/2005 | Steel | | | |
| 09448604 | 8496.00 | 9/16/2005 | Steel | | | |
| 09448605 | 8496.00 | 9/21/2005 | Steel | | | |
| 09448674 | 8496.00 | 9/22/2005 | Steel | | | |
| 09448729 | 8496.00 | 9/23/2005 | Steel | | | |
| 484889 | 8,446.98 | 9/22/2005 | Auto | 2335250 | 5500005671 | 50050 |
| CMR440737 | 8,292.94 | 7/22/2003 | Steel | | | 20257 |
| 05442792 | 8145.00 | 5/19/2005 | Steel | | | |
| 06443605 | 8142.12 | 6/8/2005 | Steel | | | |
| 09059996 | 8106.62 | 9/15/2005 | Steel | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 243763 | 8,087.04 | 8/26/2005 | Auto | 211108201 | SAG9015652 | 50050 |
| 243885 | 8,087.04 | 8/29/2005 | Auto | 211108293 | SAG9015652 | 50050 |
| 243947 | 8,087.04 | 8/30/2005 | Auto | 211108374 | SAG9015652 | 50050 |
| 244065 | 8,087.04 | 8/31/2005 | Auto | 211108467 | SAG9015652 | 50050 |
| 244233 | 8,087.04 | 9/1/2005 | Auto | 211108535 | SAG9015652 | 50050 |
| 244365 | 8,087.04 | 9/2/2005 | Auto | 211108648 | SAG9015652 | 50050 |
| 244581 | 8,087.04 | 9/7/2005 | Auto | 211108793 | SAG9015652 | 50050 |
| 244967 | 8,087.04 | 9/12/2005 | Auto | 211109023 | SAG9015652 | 50050 |
| 467083 | 8,087.04 | 9/13/2005 | Auto | 211109087 | SAG9015652 | 50050 |
| 467341 | 8,087.04 | 9/15/2005 | Auto | 211109257 | SAG9015652 | 50050 |
| 467550 | 8,087.04 | 9/19/2005 | Auto | 211109401 | SAG9015652 | 50050 |
| 467764 | 8,087.04 | 9/21/2005 | Auto | 211109555 | SAG9015652 | 50050 |
| 468003 | 8,087.04 | 9/23/2005 | Auto | 211097756 | SAG9015652 | 50050 |
| 468128 | 8,087.04 | 9/26/2005 | Auto | 211097756 | SAG9015652 | 50050 |
| 468469 | 8,087.04 | 8/30/2005 | Auto | 211098823 | SAG9015652 | 50050 |
| 484490 | 7,597.06 | 8/31/2005 | Auto | 2334779 | SAG9015671 | 50050 |
| 484559 | 7,597.06 | 9/2/2005 | Auto | 2334789 | SAG9015671 | 50050 |
| 484703 | 7,597.06 | 9/12/2005 | Auto | 2334881 | SAG9015671 | 50050 |
| 484824 | 7,597.06 | 9/19/2005 | Auto | 2335023 | SAG9015671 | 50050 |
| 484922 | 7,597.06 | 9/23/2005 | Auto | 2335165 | SAG9015671 | 50050 |
| 868053 | 7,597.06 | 9/2/2005 | Auto | 2335259 | SAG9015671 | 50050 |
| 868830 | 7,428.24 | 9/6/2005 | Auto | 4404112 | SAG9015574 | 50050 |
| 869053 | 7,428.24 | 9/7/2005 | Auto | 4404141 | SAG9015574 | 50050 |
| 869129 | 7,428.24 | 9/9/2005 | Auto | 4404178 | SAG9015574 | 50050 |
| 869394 | 7,428.24 | 9/12/2005 | Auto | 4404253 | SAG9015574 | 50050 |
| 869615 | 7,428.24 | 9/14/2005 | Auto | 4404293 | SAG9015574 | 50050 |
| 869800 | 7,428.24 | 9/16/2005 | Auto | 4404361 | SAG9015574 | 50050 |
| 870042 | 7,428.24 | 9/19/2005 | Auto | 4404429 | SAG9015574 | 50050 |
| 870236 | 7,428.24 | 9/22/2005 | Auto | 4404465 | SAG9015574 | 50050 |
| 870630 | 7,428.24 | 9/23/2005 | Auto | 4404556 | SAG9015574 | 50050 |
| 870748 | 7,428.24 | 9/19/2005 | Auto | 4404599 | SAG9015574 | 50050 |
| 305537 | 7,186.80 | 8/2/2005 | Steel | 16121168 | SAG9012277 | 50050 |
| 241266 | 7,180.19 | 9/6/2005 | Auto | 21106723 | SAG9010215 | 50050 |
| 09447790 | 7088.25 | 10/17/2005 | Steel | | | 50050 |
| 2528 | 6,420.00 | 9/8/2005 | Auto | | | 38078 |
| 484624 | 6,379.41 | 9/1/2005 | Auto | 2334948 | 550005490 | 50050 |
| 09447654 | 6372.00 | 9/1/2005 | Steel | | | 50050 |
| 09447696 | 6372.00 | 9/2/2005 | Steel | | | 50050 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 265937 | 6,304.18 | 9/22/2005 | Auto | 656419400 | | SAG9014167 | 50841 |
| 1015180 | 6,077.20 | 12/7/2004 | Auto | 16120712 | | | 38078 |
| 304949 | 5,989.00 | 9/13/2005 | Auto | | | SAG9012277 | 50050 |
| 09448699 | 5,865.00 | 9/22/2005 | Steel | | | | |
| 254185 | 5,816.75 | 9/8/2005 | Auto | 2543498 | | SAG9010718 | 50826 |
| 868733 | 5,812.00 | 9/1/2005 | Auto | 4404306 | 4404072 | SAG9015574 | 50050 |
| 868886 | 5,812.00 | 9/2/2005 | Auto | 4404425 | 4404112 | SAG9015574 | 50050 |
| 869130 | 5,812.00 | 9/7/2005 | Auto | 4404493 | 4404178 | SAG9015574 | 50050 |
| 869338 | 5,812.00 | 9/8/2005 | Auto | 4404532 | 4404217 | SAG9015574 | 50306 |
| 869616 | 5,812.00 | 9/12/2005 | Auto | 21108467 | 4404293 | SAG9015574 | 50050 |
| 869742 | 5,812.00 | 9/13/2005 | Auto | 21108701 | 4404324 | SAG9015574 | 50050 |
| 869878 | 5,812.00 | 9/14/2005 | Auto | 21108846 | 4404361 | SAG9015574 | 50050 |
| 869984 | 5,812.00 | 9/15/2005 | Auto | 21109023 | 4404399 | SAG9015574 | 50050 |
| 870237 | 5,812.00 | 9/19/2005 | Auto | 21109175 | 4404465 | SAG9015574 | 50050 |
| 870368 | 5,812.00 | 9/20/2005 | Auto | 21109401 | 4404496 | SAG9015574 | 50050 |
| 870478 | 5,812.00 | 9/21/2005 | Auto | 21109641 | 4404524 | SAG9015574 | 50050 |
| 870749 | 5,812.00 | 9/23/2005 | Auto | 21109823 | 4404599 | SAG9015574 | 50050 |
| 870857 | 5,812.00 | 9/26/2005 | Auto | | 4404632 | SAG9015574 | 50050 |
| 09447928 | 5,670.60 | 9/8/2005 | Steel | | | 550050375 | 50050 |
| 09448076 | 5,670.60 | 9/12/2005 | Steel | | | 550050375 | 50050 |
| 09448675 | 5,670.60 | 9/22/2005 | Steel | | | 550050375 | 50050 |
| 869729 | 5,637.08 | 9/13/2005 | Auto | | | SAG9015574 | 50050 |
| 870100 | 5,637.08 | 9/16/2005 | Auto | | | SAG90I0215 | 50050 |
| 870729 | 5,637.08 | 9/23/2005 | Auto | | | SAG90I0215 | 50050 |
| 870503 | 5,546.42 | 9/21/2005 | Auto | | | SAG90I0215 | 50050 |
| 244064 | 5,308.93 | 8/31/2005 | Auto | | | SAG90I0215 | 50050 |
| 244509 | 5,308.93 | 9/6/2005 | Auto | | | SAG90I0215 | 50050 |
| 244679 | 5,308.93 | 9/8/2005 | Auto | | | SAG90I0215 | 50050 |
| 244966 | 5,308.93 | 9/12/2005 | Auto | | | SAG90I0215 | 50050 |
| 467193 | 5,308.93 | 9/14/2005 | Auto | | | SAG90I0215 | 20258 |
| 467549 | 5,308.93 | 9/19/2005 | Auto | | | SAG90I0215 | 50050 |
| 467864 | 5,308.93 | 9/22/2005 | Auto | | | SAG90I0215 | 50050 |
| 468127 | 5,308.93 | 9/26/2005 | Auto | | | SAG90I0215 | 50050 |
| 28442 | 5,115.05 | 1/24/2005 | Steel | | | | |
| 0906220 | 5,080.49 | 9/16/2005 | Steel | | | | |
| 869088 | 4,776.00 | 9/7/2005 | Auto | 4404189 | | SAG9015574 | 50841 |
| 251751 | 4,749.60 | 9/1/2005 | Auto | 2543365 | | SAG90I5066 | 50841 |

| Part | Amount | Date | Type | Order No. | Code | Ref |
|---|---|---|---|---|---|---|
| 254150 | 4,749.60 | 9/7/2005 | Auto | 2543455 | | 50841 |
| 254262 | 4,749.60 | 9/12/2005 | Auto | 2543565 | SAG90I5065 | 50841 |
| 254458 | 4,749.60 | 9/22/2005 | Auto | 2543785 | SAG90I5065 | 50841 |
| 254113 | 4,512.24 | 9/2/2005 | Auto | 2543391 | SAG90I5065 | 50841 |
| 254425 | 4,512.24 | 9/21/2005 | Auto | 2543754 | SAG90I5065 | 50841 |
| 254058 | 4,502.40 | 8/30/2005 | Auto | 2543330 | SAG90I5065 | 50841 |
| 254078 | 4,502.40 | 9/1/2005 | Auto | 2543366 | SAG90I5065 | 50841 |
| 254151 | 4,502.40 | 9/7/2005 | Auto | 2543455 | SAG90I5065 | 50841 |
| 254301 | 4,502.40 | 9/14/2005 | Auto | 2543621 | SAG90I5065 | 50841 |
| 254360 | 4,502.40 | 9/16/2005 | Auto | 2543683 | SAG90I5065 | 50841 |
| 254401 | 4,502.40 | 9/20/2005 | Auto | 2543724 | SAG90I5065 | 50841 |
| 254484 | 4,502.40 | 9/23/2005 | Auto | 2543842 | SAG90I5065 | 50841 |
| 467488 | 4,422.00 | 9/19/2005 | Auto | 211109150 | S2400235 | 52412 |
| CMR442222 | 4,302.60 | 10/14/2004 | Steel | | S2412 | 20258 |
| 09447850 | 4,302.60 | 9/7/2005 | Steel | | | |
| 09448165 | 4252.95 | 9/13/2005 | Steel | | | |
| 09448237 | 4252.95 | 9/14/2005 | Steel | | | |
| 09448297 | 4252.95 | 9/15/2005 | Steel | | | |
| 304791 | 4,192.30 | 9/12/2005 | Auto | 5489840643 | SAG90I2277 | 50306 |
| 304565 | 4,147.20 | 9/9/2005 | Auto | 16120509 | 50005651 | 50050 |
| 304906 | 4,147.20 | 9/13/2005 | Auto | 16120728 | 50005651 | 50050 |
| 305494 | 4,147.20 | 9/19/2005 | Auto | 16121182 | 50005651 | 50050 |
| 305770 | 4,147.20 | 9/21/2005 | Auto | 16121404 | 50005651 | 50050 |
| 306081 | 4,147.20 | 9/23/2005 | Auto | 16121575 | 50005651 | 50050 |
| 244680 | 4,091.04 | 9/8/2005 | Auto | 211108846 | SAG90I0215 | 50050 |
| 254356 | 3,951.00 | 9/16/2005 | Auto | 2543666 | SAG90I0718 | 50826 |
| 869382 | 3,714.12 | 9/14/2005 | Auto | 4404362 | SAG90I5574 | 50306 |
| 254184 | 3,646.50 | 9/8/2005 | Auto | 2543498 | SAG90I0718 | 50826 |
| 254455 | 3,621.75 | 9/22/2005 | Auto | 2543794 | SAG90I0718 | 50826 |
| 870614 | 3,582.00 | 9/22/2005 | Auto | 4404564 | SAG90I5574 | 50841 |
| 244298 | 3,549.00 | 9/1/2005 | Auto | 211108536 | SAG90I0215 | 50050 |
| 244494 | 3,549.00 | 9/6/2005 | Auto | 211108702 | SAG90I0215 | 50050 |
| 467142 | 3,549.00 | 9/13/2005 | Auto | 211109088 | SAG90I0215 | 50050 |
| 467343 | 3,549.00 | 9/15/2005 | Auto | 211109259 | SAG90I0215 | 50050 |
| 467656 | 3,549.00 | 9/20/2005 | Auto | 211109468 | SAG90I0215 | 50050 |
| 467851 | 3,549.00 | 9/22/2005 | Auto | 211109643 | SAG90I0215 | 50050 |
| 467852 | 3,549.00 | 9/22/2005 | Auto | 211109642 | SAG90I0215 | 50050 |

| Item | Amount | Date | Type | Ref No. | SAG No. | Code |
|---|---|---|---|---|---|---|
| 265463 | 3,289.25 | 9/7/2005 | Auto | 161204412 | SAG90I2277 | 656419223 SAG9014167 50841 |
| 122124 | 3,058.86 | 5/26/2004 | Steel | | | 20257 |
| 121872 | 3,027.47 | 5/26/2004 | Steel | | | 20257 |
| 122342 | 3,009.71 | 5/26/2004 | Steel | | | 20257 |
| 304425 | 2,994.50 | 9/8/2005 | Auto | 161204470 | SAG90I2277 | 50050 |
| 304543 | 2,994.50 | 9/9/2005 | Auto | 161200641 | SAG90I2277 | 50050 |
| 304724 | 2,994.50 | 9/12/2005 | Auto | 161200865 | SAG90I2277 | 50050 |
| 305086 | 2,994.50 | 9/14/2005 | Auto | 161214420 | SAG90I2277 | 50050 |
| 305797 | 2,994.50 | 9/21/2005 | Auto | 161217704 | SAG90I2277 | 50050 |
| 306265 | 2,994.50 | 9/26/2005 | Auto | 4404636 | SAG90I5574 | 50306 |
| 306699 | 2,994.50 | 9/26/2005 | Auto | 161200149 | SAG90I2277 | 50050 |
| 870699 | 2,542.11 | 9/26/2005 | Auto | 161200304 | SAG90I2277 | 50050 |
| 304080 | 2,395.60 | 9/6/2005 | Auto | 161213310 | SAG90I2277 | 50050 |
| 304299 | 2,395.60 | 9/7/2005 | Auto | 161215520 | SAG90I2277 | 50050 |
| 304080 | 2,395.60 | 9/26/2005 | Auto | 161216619 | SAG90I2277 | 50050 |
| 305718 | 2,395.60 | 9/20/2005 | Auto | 184956645 | SAG90I5574 | 50841 |
| 306018 | 2,395.60 | 9/22/2005 | Auto | 4404636 | SAG90I5574 | 50306 |
| 306164 | 2,393.75 | 9/23/2005 | Auto | 161216619 | SAG90I2277 | 50050 |
| 869593 | 2,388.00 | 9/12/2005 | Auto | 161202066 | SAG00566651 | 50050 |
| 870847 | 2,247.00 | 9/26/2005 | Auto | 161200266 | SAG00566651 | 50050 |
| 265464 | 2,214.00 | 9/7/2005 | Auto | 656419201 | SAG90I5592 | 50826 |
| 26107332 | 2,096.15 | 7/7/2005 | Auto | 161119905 | SAG90I2277 | 38078 |
| 303812 | 2,096.15 | 9/1/2005 | Auto | 161200059 | SAG00566651 | 50050 |
| 303913 | 2,073.60 | 9/2/2005 | Auto | 161198802 | SAG00566651 | 50050 |
| 303600 | 2,073.60 | 8/31/2005 | Auto | 161200063 | SAG00566651 | 50050 |
| 303950 | 2,073.60 | 9/2/2005 | Auto | 161200147 | SAG00566651 | 50050 |
| 304092 | 2,073.60 | 9/6/2005 | Auto | 161202066 | SAG00566651 | 50050 |
| 304223 | 2,073.60 | 9/7/2005 | Auto | 161203885 | SAG00566651 | 50050 |
| 304422 | 2,073.60 | 9/8/2005 | Auto | 161206015 | SAG00566651 | 50050 |
| 304722 | 2,073.60 | 9/12/2005 | Auto | 161200872 | SAG00566651 | 50050 |
| 305051 | 2,073.60 | 9/14/2005 | Auto | 161208872 | SAG00566651 | 50050 |
| 305209 | 2,073.60 | 9/15/2005 | Auto | 161209974 | SAG00566651 | 50050 |
| 305368 | 2,073.60 | 9/16/2005 | Auto | 161201082 | SAG00566651 | 50050 |
| 305652 | 2,073.60 | 9/20/2005 | Auto | 161210082 | SAG00566651 | 50050 |
| 305917 | 2,073.60 | 9/22/2005 | Auto | 161214476 | SAG00566651 | 50050 |
| 306208 | 2,073.60 | 9/26/2005 | Auto | 161221683 | SAG00566651 | 50050 |
| 254454 | 2,038.30 | 9/26/2005 | Auto | 2543794 | SAG90I0718 | 50826 |
| 305306 | 2,073.60 | 9/22/2005 | Auto | 161221003 | SAG90I2277 | 50050 |
| 305462 | 1,796.70 | 9/15/2005 | Auto | 161211112 | SAG90I2277 | 50050 |
| 305463 | 1,796.70 | 9/16/2005 | Auto | | | 50050 |

| ID | Amount | Date | Type | Ref # | Code | Code 2 |
|---|---|---|---|---|---|---|
| 265613 | 1,793.23 | 9/12/2005 | Auto | 656419271 | SAG9014167 | 50841 |
| 5013262061 | 1,700.00 | 6/10/2003 | Steel | | | 20257 |
| 5013264102 | 1,700.00 | 7/8/2003 | Steel | | | 20257 |
| 265473 | 1,682.15 | 9/7/2005 | Auto | 656419223 | SAG9015592 | 50841 |
| 870613 | 1,617.71 | 9/22/2005 | Auto | 4404564 | SAG9015574 | 50306 |
| 254233 | 1,570.80 | 9/9/2005 | Auto | 2543533 | SAG9015574 | 50826 |
| 868173 | 1,557.00 | 8/31/2005 | Auto | 4404057 | SAG9010718 | 50826 |
| 868850 | 1,557.00 | 9/6/2005 | Auto | 4404142 | SAG9026860 | 50826 |
| 869737 | 1,557.00 | 9/13/2005 | Auto | 4404322 | SAG9026860 | 50826 |
| 869947 | 1,557.00 | 9/19/2005 | Auto | 4404457 | SAG9026860 | 50826 |
| 870347 | 1,557.00 | 9/20/2005 | Auto | 4404493 | SAG9026860 | 50826 |
| 868623 | 1,547.55 | 9/2/2005 | Auto | 4404116 | SAG9015574 | 50306 |
| 265836 | 1,498.00 | 9/20/2005 | Auto | 656419326 | SAG9015592 | 50826 |
| 304279 | 1,497.25 | 9/7/2005 | Auto | 16120290 | SAG9012277 | 50306 |
| 869863 | 1,453.00 | 9/14/2005 | Auto | 4404362 | SAG9015574 | 50306 |
| 265427 | 1,427.50 | 9/6/2005 | Auto | 1574507 | SAG9015592 | 50826 |
| 265547 | 1,427.50 | 9/9/2005 | Auto | 656419245 | SAG9015592 | 50841 |
| 265884 | 1,425.57 | 9/20/2005 | Auto | 656419363 | SAG9015592 | 50841 |
| 5013264104 | 1,360.00 | 7/8/2003 | Steel | | | 20257 |
| 869312 | 1,238.04 | 9/8/2005 | Auto | 4404195 | SAG9015574 | 50841 |
| 870205 | 1,196.75 | 9/19/2005 | Auto | 184956656 | SAG9015574 | 50841 |
| 254355 | 1,178.10 | 9/16/2005 | Auto | 2543666 | SAG9010718 | 50826 |
| 244597 | 1,068.12 | 9/7/2005 | Auto | 211108811 | SAG9010215 | 50050 |
| 170239 | 927.51 | 3/17/2005 | Steel | | | 20257 |
| 870235 | 888.00 | 9/19/2005 | Auto | 4404464 | SAG9012015 | 50050 |
| 467367 | 844.15 | 9/15/2005 | Auto | 550016767 | SAG9010718 | 50826 |
| 254075 | 790.2 | 9/1/2005 | Auto | 2543369 | SAG9015592 | 50826 |
| 265318 | 773 | 9/1/2005 | Auto | 342740316 | SAG9015592 | 50826 |
| 265385 | 773 | 9/6/2005 | Auto | 340809827 | SAG9015592 | 50826 |
| 265438 | 773 | 9/7/2005 | Auto | 341361693 | SAG9015592 | 50826 |
| 265555 | 773 | 9/9/2005 | Auto | 342408417 | SAG9015592 | 50826 |
| 265633 | 773 | 9/13/2005 | Auto | 340049229 | SAG9015592 | 50826 |
| 265694 | 773 | 9/14/2005 | Auto | 342234257 | SAG9015592 | 50826 |
| 265714 | 773 | 9/15/2005 | Auto | 1574808 | SAG9015592 | 50826 |
| 265753 | 773 | 9/16/2005 | Auto | 342667816 | SAG9015592 | 50826 |
| 265830 | 773 | 9/20/2005 | Auto | 341117895 | SAG9015592 | 50826 |
| 265905 | 773 | 9/21/2005 | Auto | 341359455 | SAG9015592 | 50826 |

| 265923 | 773 | 9/22/2005 | Auto | 349570024 | SAG9015592 | 50826 |
|---|---|---|---|---|---|---|
| 265979 | 773 | 9/23/2005 | Auto | 342896006 | SAG9015592 | 50826 |
| 266024 | 773 | 9/26/2005 | Auto | 342782987 | SAG9015592 | 50826 |
| 265305 | 749 | 9/1/2005 | Auto | 184958060 | SAG9015592 | 50826 |
| 265351 | 749 | 9/2/2005 | Auto | 184958056 | SAG9015592 | 50826 |
| 265371 | 749 | 9/8/2005 | Auto | 7419096613 | SAG9015592 | 50826 |
| 265545 | 749 | 9/9/2005 | Auto | 656419245 | SAG9015592 | 50826 |
| 265648 | 749 | 9/12/2005 | Auto | 656419256 | SAG9015592 | 50826 |
| 265596 | 749 | 9/13/2005 | Auto | 656419260 | SAG9015592 | 50826 |
| 265634 | 749 | 9/14/2005 | Auto | 1574753 | SAG9015592 | 50826 |
| 265677 | 749 | 9/21/2005 | Auto | 656419374 | SAG9015592 | 50826 |
| 265902 | 749 | 9/22/2005 | Auto | 656419396 | SAG9015592 | 50826 |
| 265931 | 749 | 9/23/2005 | Auto | 656419411 | SAG9015592 | 50826 |
| 265994 | 749 | 9/23/2005 | Auto | 656419422 | SAG9015592 | 50826 |
| 266028 | 749 | 9/26/2005 | Auto | | SAG9015592 | 50826 |
| 467007 | 712.08 | 9/26/2005 | Auto | 21109022 | SAG9002015 | 50826 |
| 468038 | 712.08 | 9/12/2005 | Auto | 21109755 | SAG9002215 | 50826 |
| 870234 | 693.30 | 9/23/2005 | Auto | 4404455 | SAG9015574 | 50050 |
| 870371 | 693.30 | 9/19/2005 | Auto | 4404481 | SAG9015574 | 50050 |
| 870480 | 693.30 | 9/20/2005 | Auto | 4404509 | SAG9015574 | 50050 |
| 870632 | 693.30 | 9/21/2005 | Auto | 4404553 | SAG9015574 | 50050 |
| 870752 | 693.30 | 9/22/2005 | Auto | 4404592 | SAG9015574 | 50050 |
| 870860 | 693.30 | 9/23/2005 | Auto | 4404629 | SAG9015574 | 50050 |
| 300264 | 648.00 | 10/4/2005 | Auto | | SAG9015574 | 50050 |
| 868780 | 619.02 | 9/1/2005 | Auto | 4404071 | SAG9015574 | 50050 |
| 868887 | 619.02 | 9/2/2005 | Auto | 4404104 | SAG9015574 | 50050 |
| 869040 | 619.02 | 9/6/2005 | Auto | 4404128 | SAG9015574 | 50050 |
| 869199 | 619.02 | 9/7/2005 | Auto | 4404158 | SAG9015574 | 50050 |
| 869443 | 619.02 | 9/9/2005 | Auto | 4404252 | SAG9015574 | 50050 |
| 869618 | 619.02 | 9/12/2005 | Auto | 4404277 | SAG9015574 | 50050 |
| 869716 | 619.02 | 9/13/2005 | Auto | 4404307 | SAG9015574 | 50050 |
| 869840 | 619.02 | 9/14/2005 | Auto | 4404362 | SAG9015574 | 50050 |
| 869958 | 619.02 | 9/15/2005 | Auto | 4404389 | SAG9015574 | 50050 |
| 870086 | 619.02 | 9/16/2005 | Auto | 4404424 | SAG9015574 | 50050 |
| 405616 | 592.75 | 1/24/2005 | Steel | | SAG9015574 | 20258 |
| 869131 | 592.00 | 9/7/2005 | Auto | 4404177 | SAG9012015 | 50050 |
| 869271 | 592.00 | 9/8/2005 | Auto | 4404216 | SAG9012015 | 50050 |
| 869398 | 592.00 | 9/9/2005 | Auto | 4404254 | SAG9012015 | 50050 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 869617 | 592.00 | 9/12/2005 | Auto | 4404292 | SAG90I2015 | 50050 |
| 869680 | 592.00 | 9/13/2005 | Auto | 4404325 | SAG90I2015 | 50050 |
| 869802 | 592.00 | 9/14/2005 | Auto | 4404363 | SAG90I2015 | 50050 |
| 869916 | 592.00 | 9/15/2005 | Auto | 4404398 | SAG90I2015 | 50050 |
| 870046 | 592.00 | 9/16/2005 | Auto | 4404434 | SAG90I2015 | 50050 |
| 870425 | 592.00 | 9/21/2005 | Auto | 4404525 | SAG90I2015 | 50050 |
| 870671 | 581.2 | 9/23/2005 | Auto | 4404598 | SAG90I2015 | 50050 |
| 867846 | 581.2 | 8/24/2005 | Auto | 4403882 | SAG90I5574 | 50841 |
| 869089 | 581.20 | 9/7/2005 | Auto | 4404189 | SAG90I5574 | 50841 |
| 869339 | 518.40 | 9/8/2005 | Auto | 4404195 | SAG90I5574 | 50050 |
| 300405 | 494.21 | 10/4/2005 | Steel | | | 50050 |
| 34074 | 456.85 | 3/22/2005 | Auto | 211093387 | 550026861 | 50826 |
| 467545 | 456.85 | 9/19/2005 | Auto | 211109485 | 550026861 | 50826 |
| 467693 | 453.60 | 9/20/2005 | Auto | | | 50050 |
| 291550 | 453.60 | 10/4/2005 | Auto | | | 50050 |
| 300568 | 453.60 | 10/4/2005 | Auto | | | 50050 |
| 301077 | 453.60 | 10/4/2005 | Auto | | | 50050 |
| 301427 | 442.8 | 10/4/2005 | Auto | | | 50050 |
| 265397 | 388.80 | 9/6/2005 | Auto | 184958045 | SAG90I5592 | 50841 |
| 300958 | 388.80 | 10/4/2005 | Auto | | | 50050 |
| 301246 | 356.04 | 10/4/2005 | Auto | | | 50050 |
| 244299 | 356.04 | 9/1/2005 | Auto | 211108534 | SAG90I0215 | 50050 |
| 244386 | 356.04 | 9/2/2005 | Auto | 211108647 | SAG90I0215 | 50050 |
| 467220 | 356.04 | 9/14/2005 | Auto | 344003984 | SAG90I0215 | 50050 |
| 467553 | 356.04 | 9/19/2005 | Auto | 211109400 | SAG90I0215 | 50050 |
| 467747 | 356.04 | 9/21/2005 | Auto | 344511667 | SAG90I0215 | 50050 |
| 467850 | 356.04 | 9/22/2005 | Auto | 211109640 | SAG90I0215 | 50050 |
| 468188 | 324.00 | 9/26/2005 | Auto | 211109824 | SAG90I0215 | 50050 |
| 301564 | 324.00 | 10/4/2005 | Auto | | | 20257 |
| 301688 | 324.00 | 10/4/2005 | Auto | | | 50826 |
| 301805 | 324.00 | 10/4/2005 | Auto | | | 50050 |
| 301975 | 324.00 | 10/4/2005 | Auto | | | 50050 |
| 302100 | 324.00 | 10/4/2005 | Auto | | | 50050 |
| 302260 | 324.00 | 10/4/2005 | Auto | | | 50050 |
| 302396 | 324.00 | 10/4/2005 | Auto | | | 50050 |
| 302528 | 324.00 | 10/4/2005 | Auto | 1849566730 | | 50050 |
| 868600 | 310.75 | 9/6/2005 | Auto | | 550026859 | 50826 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 870152 | 310.75 | 9/20/2005 | Auto | 4404493 | 5500268659 | 50826 |
| 866734 | 296.00 | 9/1/2005 | Auto | 4404073 | SAG90I2015 | 50050 |
| 866834 | 296.00 | 9/2/2005 | Auto | 4404110 | SAG90I2015 | 50050 |
| 869087 | 296.00 | 9/6/2005 | Auto | 4404140 | SAG90I2015 | 50050 |
| 870369 | 296.00 | 9/20/2005 | Auto | 4404494 | SAG90I2015 | 50050 |
| 870556 | 296.00 | 9/22/2005 | Auto | 4404557 | SAG90I2015 | 50050 |
| 870858 | 296.00 | 9/26/2005 | Auto | 4404634 | SAG90I2015 | 50050 |
| 869257 | 291.1 | 9/12/2005 | Auto | 184956645 | SAG90I5574 | 50841 |
| 868779 | 290.60 | 9/1/2005 | Auto | 4404071 | SAG90I5574 | 50050 |
| 868892 | 290.60 | 9/2/2005 | Auto | 4404104 | SAG90I5574 | 50050 |
| 869039 | 290.60 | 9/6/2005 | Auto | 4404128 | SAG90I5574 | 50050 |
| 889198 | 290.60 | 9/7/2005 | Auto | 4404158 | SAG90I5574 | 50050 |
| 869467 | 290.60 | 9/9/2005 | Auto | 4404252 | SAG90I5574 | 50050 |
| 869619 | 290.60 | 9/12/2005 | Auto | 4404277 | SAG90I5574 | 50050 |
| 869715 | 290.60 | 9/13/2005 | Auto | 4404307 | SAG90I5574 | 50050 |
| 869839 | 290.60 | 9/14/2005 | Auto | 4404352 | SAG90I5574 | 50050 |
| 869957 | 290.60 | 9/15/2005 | Auto | 4404389 | SAG90I5574 | 50050 |
| 870085 | 290.60 | 9/16/2005 | Auto | 4404424 | SAG90I5574 | 50050 |
| 870181 | 290.60 | 9/19/2005 | Auto | 4404455 | SAG90I5574 | 50050 |
| 870370 | 290.60 | 9/20/2005 | Auto | 4404481 | SAG90I5574 | 50050 |
| 870479 | 290.60 | 9/21/2005 | Auto | 4404509 | SAG90I5574 | 50050 |
| 870631 | 290.60 | 9/22/2005 | Auto | 4404553 | SAG90I5574 | 50050 |
| 870750 | 290.60 | 9/23/2005 | Auto | 4404592 | SAG90I5574 | 50050 |
| 870859 | 290.60 | 9/26/2005 | Auto | 4404629 | SAG90I5574 | 50050 |
| 870846 | 290.6 | 9/26/2005 | Auto | 4404636 | SAG90I5574 | 50841 |
| 244306 | 281.38 | 9/1/2005 | Auto | 21108443 | 550016767 | 50826 |
| 468023 | 281.38 | 9/23/2005 | Auto | 21108767 | 550016767 | 50826 |
| 867067 | 260.55 | 10/4/2005 | Auto | 21107742 | 550016767 | 50826 |
| 867580 | 260.55 | 10/4/2005 | Auto | | | 50826 |
| 265470 | 230 | 9/7/2005 | Auto | 1574980 | SAG90I5592 | 50306 |
| 265680 | 230 | 9/14/2005 | Auto | 656419315 | SAG90I5592 | 50306 |
| 265913 | 230 | 9/21/2005 | Auto | 656419212 | SAG90I5592 | 50306 |
| 244348 | 228.43 | 9/2/2005 | Auto | 21108415 | 550026861 | 50826 |
| 467880 | 228.43 | 9/22/2005 | Auto | 21109650 | 550026861 | 50826 |
| 468044 | 228.43 | 9/23/2005 | Auto | 21109762 | 550026861 | 50826 |
| 468183 | 228.43 | 9/26/2005 | Auto | 21109526 | 550026861 | 50826 |
| 200298 | 214.5 | 8/30/2005 | Auto | 4340610 | 550011706 | 50823 |

| | | | | | |
|---|---|---|---|---|---|
| 200542 | 214.5 | 9/12/2005 | Auto | | 50823 |
| 200685 | 214.5 | 9/19/2005 | Auto | | 50823 |
| 57124 | 126.68 | 10/13/2005 | Steel | 4340821 | 550011706 | 20258 |
| 57109 | 119.68 | 10/13/2005 | Steel | 4340971 | 550011706 | 20258 |
| 57112 | 119.68 | 10/13/2005 | | | | 20258 |
| 866032 | 97.23 | 10/4/2005 | Auto | | 50050 |
| Total US Timken | 5,239,434.98 | | | | |

**<u>Exhibit B</u>**

# DELPHI - Schedule of Credits

## US Timken

| Invoice Number | Amount | Trans Date | Seg | AR:M NUMBER |
|---|---|---|---|---|
| 7444812 | (119.68) | 9/8/2005 | Steel | 20258 |
| 7445279 | (126.68) | 9/8/2005 | Steel | 20258 |
| 53419 | (129.60) | 8/1/2005 | Steel | 20258 |
| 52390 | (220.50) | 8/1/2005 | Steel | 20258 |
| 52405 | (220.50) | 8/1/2005 | Steel | 20258 |
| 52406 | (262.14) | 8/1/2005 | Steel | 20258 |
| 13958 | (302.30) | 4/29/2005 | Steel | 20258 |
| M97300 | (563.50) | 10/7/2005 | Steel | 50306 |
| 47000 | (643.12) | 10/14/2004 | Auto | 20257 |
| 0112860 | (671.52) | 4/7/2004 | Steel | 20257 |
| 49318 | (701.84) | 10/14/2004 | Steel | 20257 |
| 46957 | (772.14) | 10/14/2004 | Steel | 20257 |
| 46954 | (774.34) | 10/14/2004 | Steel | 20257 |
| 469935 | (774.34) | 10/14/2004 | Steel | 20257 |
| 46991 | (830.86) | 10/14/2004 | Steel | 20257 |
| 2002-08-05 | (1,150.45) | 10/4/2005 | Steel | 20258 |
| 794796 | (1,181.60) | 9/9/2004 | Steel | 20257 |
| 704797 | (1,226.80) | 9/9/2004 | Steel | 20257 |
| M97301 | (1,768.70) | 10/7/2005 | Auto | 50306 |
| 13788 | (2,427.22) | 4/7/2004 | Steel | 20257 |
| 02S06964 | (3,600.00) | 4/29/2005 | Steel | 20258 |
| 1206784M | (4,093.95) | 12/16/2003 | Steel | 20257 |
| S43618 | (5,306.29) | 1/26/2005 | Steel | 20258 |
| 18459 | (16,399.20) | 4/29/2005 | Steel | 20258 |

| Total US Timken OAC | (44,267.27) |
|---|---|
| Wire Transfer 10/6/05 | (507,400.00) |
| Wire Plus OAC | (551,667.27) |