# EXHIBIT A

## Delphi Bankruptcy - Response to Third Omnibus Objection -

## Pending Claims Filed by Members of Tremont City Barrel Fill PRP Group

| Creditor | Debtor | Claim No. | Date Filed |
|---|---|---|---|
| Alcoa Home Exteriors, Inc. f/k/a Stolle Corporation | Delphi Automotive Systems LLC | 10533 | 7/24/06 |
| Alcoa Home Exteriors, Inc. f/k/a Stolle Corporation | Delphi Corporation | 10424 | 7/24/06 |
| Allied Waste Industries, Inc. (Browning-Ferris Industries of Ohio, Inc.) (Browning & Ferris) (BFI) | Delphi Automotive Systems LLC | 10532 | 7/24/06 |
| Allied Waste Industries, Inc. (Browning-Ferris Industries of Ohio, Inc.) (Browning & Ferris) (BFI) | Delphi Corporation | 10423 | 7/24/06 |
| Bridgestone/Firestone, Inc., now known as Bridgestone/Firestone North American Tire, LLC (f/k/a Dayton Tire & Rubber) | Delphi Automotive Systems LLC | 10531 | 7/24/06 |
| Bridgestone/Firestone, Inc., now known as Bridgestone/Firestone North American Tire, LLC (f/k/a Dayton Tire & Rubber) | Delphi Corporation | 10430 | 7/24/06 |
| Dayton Superior Corporation (f/k/a Dayton Sure Grip) | Delphi Corporation | 10429 | 7/24/06 |
| Dayton Superior Corporation (f/k/a Dayton Sure Grip) | Delphi Automotive Systems LLC | 10530 | 7/24/06 |
| Fluor Corporation | Delphi Corporation | 12403 | 7/28/06 |
| Fluor Corporation | Delphi Automotive Systems LLC | 12404 | 7/28/06 |
| Franklin International, Inc. (Franklin Glue) | Delphi Automotive Systems LLC | 10529 | 7/24/06 |
| Franklin International, Inc. (Franklin Glue) | Delphi Corporation | 10428 | 7/24/06 |
| General Electric Company | Delphi Automotive Systems LLC | 10528 | 7/24/06 |
| General Electric Company | Delphi Corporation | 10427 | 7/24/06 |
| General Motors Corporation (Frigidaire; Fisher Body Company-Hamilton; General Motors Assembly) | Delphi Automotive Systems LLC | 10312 | 7/24/06 |
| General Motors Corporation (Frigidaire; Fisher Body Company-Hamilton; General Motors Assembly) | Delphi Automotive Systems LLC | 10527 | 7/24/06 |

| Creditor | Debtor | Claim No. | Date Filed |
|---|---|---|---|
| General Motors Corporation (Frigidaire; Fisher Body Company-Hamilton; General Motors Assembly) | Delphi Corporation | 10426 | 7/24/06 |
| Georgia-Pacific Corporation | Delphi Corporation | 12401 | 7/28/06 |
| Georgia-Pacific Corporation | Delphi Automotive Systems LLC | 12402 | 7/28/06 |
| Graphic Packaging International, Inc., on behalf of Color-Pac | Delphi Automotive Systems LLC | 10526 | 7/24/06 |
| Graphic Packaging International, Inc., on behalf of Color-Pac | Delphi Corporation | 10555 | 7/24/06 |
| Illinois Tool Works Inc. (parent company of Hobart Brothers Company) (Hobart Brothers Company d/b/a ITW Hobart Brothers Company) | Delphi Automotive Systems LLC | 10525 | 7/24/06 |
| Illinois Tool Works Inc. (parent company of Hobart Brothers Company) (Hobart Brothers Company d/b/a ITW Hobart Brothers Company) | Delphi Corporation | 10554 | 7/24/06 |
| Imperial Adhesives, Inc. (Imperial Adhesives) (Imperial Chemical) (Imperial Adhesives and Chemicals, Inc.) | Delphi Automotive Systems LLC | 10524 | 7/24/06 |
| Imperial Adhesives, Inc. (Imperial Adhesives) (Imperial Chemical) (Imperial Adhesives and Chemicals, Inc.) | Delphi Corporation | 10553 | 7/24/06 |
| International Paper Company (f/k/a St. Regis) (Champion Company) | Delphi Automotive Systems LLC | 10523 | 7/24/06 |
| International Paper Company (f/k/a St. Regis) (Champion Company) | Delphi Corporation | 10552 | 7/24/06 |
| MeadWestvaco Corporation (Mead Corporation) (Mead Paper) | Delphi Automotive Systems LLC | 10522 | 7/24/06 |
| MeadWestvaco Corporation (Mead Corporation) (Mead Paper) | Delphi Corporation | 10551 | 7/24/06 |
| Milacron, Inc. | Delphi Automotive Systems LLC | 10521 | 7/24/06 |
| Milacron, Inc. | Delphi Corporation | 10550 | 7/24/06 |
| NDM, Inc. | Delphi Automotive Systems LLC | 10520 | 7/24/06 |
| NDM, Inc. | Delphi Corporation | 10549 | 7/24/06 |
| Pharmacia Corporation f/k/a Monsanto Company (a/k/a Monsanto Research Company) | Delphi Automotive Systems LLC | 10519 | 7/24/06 |
| Pharmacia Corporation f/k/a Monsanto Company (a/k/a Monsanto Research Company) | Delphi Corporation | 10548 | 7/24/06 |
| PPG Industries, Inc. | Delphi Automotive Systems LLC | 10518 | 7/24/06 |
| PPG Industries, Inc. | Delphi Corporation | 10547 | 7/24/06 |
| The Procter & Gamble Company | Delphi Corporation | 10332 | 7/24/06 |
| The Procter & Gamble Company | Delphi Corporation | 10546 | 7/24/06 |

| Creditor | Debtor | Claim No. | Date Filed |
|---|---|---|---|
| The Procter & Gamble Company | Delphi Automotive Systems LLC | 10517 | 7/24/06 |
| Riverwood International Corporation, a subsidiary of Manville Corporation f/k/a Johns Manville Corporation f/k/a Olinkraft (Graphic Packaging International) | Delphi Automotive Systems LLC | 10516 | 7/24/06 |
| Riverwood International Corporation, a subsidiary of Manville Corporation f/k/a Johns Manville Corporation f/k/a Olinkraft (Graphic Packaging International) | Delphi Corporation | 10545 | 7/24/06 |
| S.C. Johnson & Son, Inc. (f/k/a Drackett, Inc.) | Delphi Corporation | 10544 | 7/24/06 |
| S.C. Johnson & Son, Inc. (f/k/a Drackett, Inc.) | Delphi Automotive Systems LLC | 10505 | 7/24/06 |
| Siemens Energy & Automation, Inc. (f/k/a Siemens Allis) | Delphi Automotive Systems LLC | 10506 | 7/24/06 |
| Siemens Energy & Automation, Inc. (f/k/a Siemens Allis) | Delphi Corporation | 10543 | 7/24/06 |
| Springlawn, Inc. of Ohio | Delphi Corporation | 10328 | 7/24/06 |
| Springlawn, Inc. of Ohio | Delphi Automotive Systems LLC | 10507 | 7/24/06 |
| Springlawn, Inc. of Ohio | Delphi Corporation | 10542 | 7/24/06 |
| Standard Register Company | Delphi Corporation | 10327 | 7/24/06 |
| Standard Register Company | Delphi Automotive Systems LLC | 10508 | 7/24/06 |
| Standard Register Company | Delphi Corporation | 10541 | 7/24/06 |
| Strebor Inc. (Roberts Consolidated Industries, Inc. a/k/a Roberts Industry) (GlaxoSmithKline) | Delphi Corporation | 10326 | 7/24/06 |
| Strebor Inc. (Roberts Consolidated Industries, Inc. a/k/a Roberts Industry) (GlaxoSmithKline) | Delphi Corporation | 10540 | 7/24/06 |
| Strebor Inc. (Roberts Consolidated Industries, Inc. a/k/a Roberts Industry) (GlaxoSmithKline) | Delphi Automotive Systems LLC | 10509 | 7/24/06 |
| Sun Chemical Corporation (US Ink Division of Sun Chemical Corporation f/k/a U.S. Printing Ink) | Delphi Automotive Systems LLC | 10515 | 7/24/06 |
| Sun Chemical Corporation (US Ink Division of Sun Chemical Corporation f/k/a U.S. Printing Ink) | Delphi Corporation | 10539 | 7/24/06 |
| Systech Environmental Corporation | Delphi Corporation | 10538 | 7/24/06 |
| Systech Environmental Corporation | Delphi Automotive Systems LLC | 10510 | 7/24/06 |
| TI Group Automotive Systems, L.L.C., successor to Bundy Corporation (a/k/a Bundy Tubing) | Delphi Corporation | 10537 | 7/24/06 |

| Creditor | Debtor | Claim No. | Date Filed |
|---|---|---|---|
| TI Group Automotive Systems, L.L.C., successor to Bundy Corporation (a/k/a Bundy Tubing) | Delphi Automotive Systems LLC | 10511 | 7/24/06 |
| Tremont City Barrel Fill PRP Group | Delphi Corporation | 10425 | 7/24/06 |
| Tremont City Barrel Fill PRP Group. | Delphi Automotive Systems LLC | 10504 | 7/24/06 |
| TRW Automotive, parent of Kelsey-Hayes Company, as successor-in-interest to Dayton-Walther (f/k/a Dayton-Walther Corporation) | Delphi Automotive Systems LLC | 10512 | 7/24/06 |
| TRW Automotive, parent of Kelsey-Hayes Company, as successor-in-interest to Dayton-Walther (f/k/a Dayton-Walther Corporation) | Delphi Corporation | 10536 | 7/24/06 |
| The United States Shoe Corporation | Delphi Corporation | 10535 | 7/24/06 |
| The United States Shoe Corporation | Delphi Automotive Systems LLC | 10513 | 7/24/06 |
| Woodgraphics, Inc. | Delphi Corporation | 10534 | 7/24/06 |
| Woodgraphics, Inc. | Delphi Automotive Systems LLC | 10514 | 7/24/06 |

CHICAGO\2256963.1
ID\GJJ