UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, <u>et.al.</u>. | : | Case No. 05-44481(RDD) |
| | : | Jointly Administered |
| Debtor | : | |

------------------------------------------------------- x

**TO THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE**

## CERTIFICATE OF SERVICE

Gregory J. Jordan, of full age, certifies as follows:

I am an attorney employed with the firm of Dykema Gossett PLLC, Attorneys for Tremont City Barrel Fill PRP Group and those creditors listed on Exhibit A to the document referenced below.

On November 22, 2006, I filed **Tremont City Barrel Fill PRP Group's Response In Opposition To Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §502(B) And Fed.Bankr.P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books and Records, and (C) Claims Subject To Modification and (II) Motion To Estimate Contingent and Unliquidated Claims Pursuant To 11 U.S.C. §502(C) and To The Extent Necessary Request To Amend Claim**, via Overnight Delivery to the United States Bankruptcy Court for the Southern District of New York. The parties on the annexed Service List were served at the addresses set forth herein as indicated by Overnight Delivery.

                                                          ___/s/ Gregory J. Jordan___

Sworn to before me this
22nd day of November, 2206

___/s/ Peter J. Schmidt_____
Notary Public, State of Illinois

## SERVICE LIST

**Via Overnight Delivery:**

Delphi Corporation
Attn:  General Counsel
5725 Delphi Drive
Troy, Michigan  48098

Skadden, Arps, Slate, Meagher & Flom
Attn:  John Wm. Butler, Jr.
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606

Simpson, Thacher & Barlett, LLP
Attn:  Kenneth S. Ziman
425 Lexington Avenue
New York, New York  10017

Davis, Polk & Wardell
Attn:  Donald Bernstein and Brian Resnick
450 Lexington Avenue
New York, New York  10017

Latham & Watkins, LLP
Attn:  Robert J. Rosenberg and Mark A. Broude
885 Third Avenue
New York, New York  10022

Fried, Frank, Harris, Shriver & Jacobson, LLP
Attn:  Bonnie Steingart
One New York Plaza
New York, New York  10004

Offices of the U.S. Trustee for the
Southern District of New York
Attn:  Alicia M. Leonhard
33 Whitehall Street, Suite 2100
New York, New York  10004