Delphi Corporation
Vandalia Facility
Vandalia, OH
Trend Since Deep Bedrock Groundwater Migration Control Start in April 2000 – Concentration in µg\L

## Mann-Kendall Trend for Trichloroethene in MW-408D

| Statistic | Value |
|---|---|
| Sample Count | 21 |
| Average | 529.2 |
| Standard Deviation | 313.6 |
| Coefficient of Variation | 0.592 |
| Mann-Kendall Positives/Negatives | 46/164 |
| Mann-Kendall S statistic | -118 |
| Z Test Statistic | -3.533 |
| Significance Level | -100.0% |
| Trend (80% Significance Threshold) | Decrease |



Note: The Mann-Kendall method is for sample counts greater than or equal to 40 as described in *Statistical Methods for Environmental Pollution Monitoring* (Gilbert, 1987). For sample counts less than or equal to 40, a lookup table of the Mann Kendall S statistic and the sample count should be used. However, Kendall (1975) indicates that the >40 method may be used for sample counts as low as 10 unless there are many identical values. A future version of Geode will include the lookup table for sample sizes <=40.

5/15/2006

Haley & Aldrich, Inc.

Page 4 of 33

Delphi Corporation
Vandalia Facility
Vandalia, OH
Trend Since Deep Bedrock Groundwater Migration Control Start in April 2000 – Concentration in $\mu$g\L

## Mann-Kendall Trend for Trichloroethene in MW-409D

| Statistic | Value |
|---|---|
| Sample Count | 15 |
| Average | 52.4 |
| Standard Deviation | 42.5 |
| Coefficient of Variation | 0.811 |
| Mann-Kendall Positives/Negatives | 11/94 |
| Mann-Kendall S statistic | -83 |
| Z Test Statistic | -4.058 |
| Significance Level | -100.0% |
| Trend (80% Significance Threshold) | Decrease |



Note: The Mann-Kendall method is for sample counts greater than 40 as described in *Statistical Methods for Environmental Pollution Monitoring* (Gilbert, 1987). For sample counts less than or equal to 40, a lookup table of the Mann Kendall S statistic and the sample count should be used. However, Kendall (1975) indicates that the >40 method may be used for sample counts as low as 10 unless there are many identical values. A future version of Geode will include the lookup table for sample sizes <=40.

5/15/2006

Delphi Corporation
Vandalia Facility
Vandalia, OH
Trend Since Deep Bedrock Groundwater Migration Control Start in April 2000 – Concentration in $\mu$g\L

## Mann-Kendall Trend for Trichloroethene in MW-410D

| Statistic | Value |
|---|---|
| Sample Count | 15 |
| Average | 837.3 |
| Standard Deviation | 424.3 |
| Coefficient of Variation | 0.507 |
| Mann-Kendall Positives/Negatives | 14/89 |
| Mann-Kendall S statistic | -75 |
| Z Test Statistic | -3.671 |
| Significance Level | -100.0% |
| Trend (80% Significance Threshold) | Decrease |



Note: The Mann-Kendall method is for sample counts greater than 40 as described in *Statistical Methods for Environmental Pollution Monitoring* (Gilbert, 1987). For sample counts less than or equal to 40, a lookup table of the Mann Kendall S statistic and the sample count should be used. However, Kendall (1975) indicates that the >40 method may be used for sample counts as low as 10 unless there are many identical values. A future version of Geode will include the lookup table for sample sizes <=40.

Haley & Aldrich, Inc.

5/15/2006

Delphi Corporation
Vandalia Facility
Vandalia, OH
Trend Since Deep Bedrock Groundwater Migration Control Start in April 2000 – Concentration in $\mu$g/L

## Mann-Kendall Trend for Trichloroethene in MW-411D

| Statistic | Value |
|---|---|
| Sample Count | 18 |
| Average | 1,188.3 |
| Standard Deviation | 502.7 |
| Coefficient of Variation | 0.423 |
| Mann-Kendall Positives/Negatives | 43/103 |
| Mann-Kendall S statistic | -60 |
| Z Test Statistic | -2.248 |
| Significance Level | -97.5% |
| Trend (80% Significance Threshold) | Decrease |



Note: The Mann-Kendall method is for sample counts greater than 40 as described in *Statistical Methods for Environmental Pollution Monitoring* (Gilbert, 1987). For sample counts less than or equal to 40, a lookup table of the Mann Kendall S statistic and the sample count should be used. However, Kendall (1975) indicates that the >40 method may be used for sample counts as low as 10 unless there are many identical values. A future version of Geode will include the lookup table for sample sizes <=40).

5/15/2006

Haley & Aldrich, Inc.

Page 7 of 33

Delphi Corporation
Vandalia Facility
Vandalia, OH
Trend Since Deep Bedrock Groundwater Migration Control Start in April 2000 – Concentration in $\mu$g/L

## Mann-Kendall Trend for Trichloroethene in MW-412D

| Statistic | Value |
|---|---|
| Sample Count | 18 |
| Average | 1,335.0 |
| Standard Deviation | 568.0 |
| Coefficient of Variation | 0.425 |
| Mann-Kendall Positives/Negatives | 28/118 |
| Mann-Kendall S statistic | -90 |
| Z Test Statistic | -3.390 |
| Significance Level | -99.9% |
| Trend (80% Significance Threshold) | Decrease |



Note: The Mann-Kendall method is for sample counts greater than 40 as described in *Statistical Methods for Environmental Pollution Monitoring* (Gilbert, 1987). For sample counts less than or equal to 40, a lookup table of the Mann Kendall S statistic and the sample count should be used. However, Kendall (1975) indicates that the >40 method may be used for sample counts as low as 10 unless there are many identical values. A future version of Geode will include the lookup table for sample sizes <=40.

Haley & Aldrich, Inc.

Page 8 of 33

5/15/2006

Delphi Corporation
Vandalia Facility
Vandalia, OH
Trend Since Deep Bedrock Groundwater Migration Control Start in April 2000 – Concentration in µg\L

## Mann-Kendall Trend for Trichloroethene in MW-413D

| Statistic | Value |
|---|---|
| Sample Count | 27 |
| Average | 370.9 |
| Standard Deviation | 771.0 |
| Coefficient of Variation | 2.08 |
| Mann-Kendall Positives/Negatives | 85/265 |
| Mann-Kendall S statistic | -180 |
| Z Test Statistic | -3.732 |
| Significance Level | -100.0% |
| Trend (80% Significance Threshold) | Decrease |



Note: The Mann-Kendall method is for sample counts greater than 40 as described in *Statistical Methods for Environmental Pollution Monitoring* (Gilbert, 1987). For sample counts less than or equal to 40, a lookup table of the Mann Kendall S statistic and the sample count should be used. However, Kendall (1975) indicates that the >40 method may be used for sample counts as low as 10 unless there are many identical values. A future version of Geode will include the lookup table for sample sizes <=40.

Haley & Aldrich, Inc.

5/15/2006

Delphi Corporation
Vandalia Facility
Vandalia, OH
Trend Since Deep Bedrock Groundwater Migration Control Start in April 2000 – Concentration in μg\L

## Mann-Kendall Trend for Trichloroethene in MW-414D

| Statistic | Value |
|---|---|
| Sample Count | 25 |
| Average | 36.5 |
| Standard Deviation | 101.5 |
| Coefficient of Variation | 2.78 |
| Mann-Kendall Positives/Negatives | 26/237 |
| Mann-Kendall S statistic | -211 |
| Z Test Statistic | -5.034 |
| Significance Level | -100.0% |
| Trend (80% Significance Threshold) | Decrease |



Note: The Mann-Kendall method is for sample counts greater than 40 as described in *Statistical Methods for Environmental Pollution Monitoring* (Gilbert, 1987). For sample counts less than or equal to 40, a lookup table of the Mann Kendall S statistic and the sample count should be used. However, Kendall (1975) indicates that the >40 method may be used for sample counts as low as 10 unless there are many identical values. A future version of Geode will include the lookup table for sample sizes <=40.

Delphi Corporation
Vandalia Facility
Vandalia, OH
Trend Since Deep Bedrock Groundwater Migration Control Start in April 2000 – Concentration in $\mu g/L$

## Mann-Kendall Trend for Trichloroethene in MW-416D

| Statistic | Value |
|---|---|
| Sample Count | 26 |
| Average | 3.54 |
| Standard Deviation | 5.62 |
| Coefficient of Variation | 1.59 |
| Mann-Kendall Positives/Negatives | 47/255 |
| Mann-Kendall S statistic | -208 |
| Z Test Statistic | -4.606 |
| Significance Level | -100.0% |
| Trend (80% Significance Threshold) | Decrease |



Note: The Mann-Kendall method is for sample counts greater than 40 as described in *Statistical Methods for Environmental Pollution Monitoring* (Gilbert, 1987). For sample counts less than or equal to 40, a lookup table of the Mann Kendall S statistic and the sample count should be used. However, Kendall (1975) indicates that the >40 method may be used for sample counts as low as 10 unless there are many identical values. A future version of Geode will include the lookup table for sample sizes <=40.

5/15/2006

Delphi Corporation
Vandalia Facility
Vandalia, OH
Trend Since Deep Bedrock Groundwater Migration Control Start in April 2000 – Concentration in $\mu$g/L

## Mann-Kendall Trend for Trichloroethene in MW-417D

| Statistic | Value |
|---|---|
| Sample Count | 26 |
| Average | 2.64 |
| Standard Deviation | 3.09 |
| Coefficient of Variation | 1.17 |
| Mann-Kendall Positives/Negatives | 48/265 |
| Mann-Kendall S statistic | -217 |
| Z Test Statistic | -4.779 |
| Significance Level | -100.0% |
| Trend (80% Significance Threshold) | Decrease |



Note: The Mann-Kendall method is for sample counts greater than 40 as described in *Statistical Methods for Environmental Pollution Monitoring* (Gilbert, 1987). For sample counts less than or equal to 40, a lookup table of the Mann Kendall S statistic and the sample count should be used. However, Kendall (1975) indicates that the >40 method may be used for sample counts as low as 10 unless there are many identical values. A future version of Geode will include the lookup table for sample sizes <=40.

Haley & Aldrich, Inc.

Page 12 of 33

5/15/2006

Delphi Corporation
Vandalia Facility
Vandalia, OH
Trend Since Deep Bedrock Groundwater Migration Control Start in April 2000 – Concentration in $\mu$g/L

## Mann-Kendall Trend for Trichloroethene in MW-418D

| Statistic | Value |
|---|---|
| Sample Count | 27 |
| Average | 828.2 |
| Standard Deviation | 1,555.0 |
| Coefficient of Variation | 1.88 |
| Mann-Kendall Positives/Negatives | 48/303 |
| Mann-Kendall S statistic | -255 |
| Z Test Statistic | -5.295 |
| Significance Level | -100.0% |
| Trend (80% Significance Threshold) | Decrease |



Note: The Mann-Kendall method is for sample counts greater than 40 as described in *Statistical Methods for Environmental Pollution Monitoring* (Gilbert, 1987). For sample counts less than or equal to 40, a lookup table of the Mann Kendall S statistic and the sample count should be used. However, Kendall (1975) indicates that the >40 method may be used for sample counts as low as 10 unless there are many identical values. A future version of Geode will include the lookup table for sample sizes <=40.

Haley & Aldrich, Inc.

Page 13 of 33

5/15/2006

Delphi Corporation
Vandalia Facility
Vandalia, OH
Trend Since Deep Bedrock Groundwater Migration Control Start in April 2000 – Concentration in $\mu g/L$

## Mann-Kendall Trend for Trichloroethene in MW-419D

| Statistic | Value |
|---|---|
| Sample Count | 21 |
| Average | 45.6 |
| Standard Deviation | 47.8 |
| Coefficient of Variation | 1.05 |
| Mann-Kendall Positives/Negatives | 72/137 |
| Mann-Kendall S statistic | -65 |
| Z Test Statistic | -1.933 |
| Significance Level | -94.7% |
| Trend (80% Significance Threshold) | Decrease |



Note: The Mann-Kendall method is for sample counts greater than 40 as described in *Statistical Methods for Environmental Pollution Monitoring* (Gilbert, 1987). For sample counts less than or equal to 40, a lookup table of the Mann Kendall S statistic and the sample count should be used. However, Kendall (1975) indicates that the >40 method may be used for sample counts as low as 10 unless there are many identical values. A future version of Geode will include the lookup table for sample sizes <=40.

Haley & Aldrich, Inc.

5/15/2006

Delphi Corporation
Vandalia Facility
Vandalia, OH
Trend Since Deep Bedrock Groundwater Migration Control Start in April 2000 – Concentration in $\mu g\backslash L$

## Mann-Kendall Trend for Trichloroethene in MW-420D

| Statistic | Value |
|---|---|
| Sample Count | 25 |
| Average | 722.2 |
| Standard Deviation | 1,271.2 |
| Coefficient of Variation | 1.76 |
| Mann-Kendall Positives/Negatives | 65/235 |
| Mann-Kendall S statistic | -170 |
| Z Test Statistic | -3.947 |
| Significance Level | -100.0% |
| Trend (80% Significance Threshold) | Decrease |



Note: The Mann-Kendall method is for sample counts greater than 40 as described in *Statistical Methods for Environmental Pollution Monitoring* (Gilbert, 1987). For sample counts less than or equal to 40, a lookup table of the Mann Kendall S statistic and the sample count should be used. However, Kendall (1975) indicates that the >40 method may be used for sample counts as low as 10 unless there are many identical values. A future version of Geode will include the lookup table for sample sizes <=40.

Haley & Aldrich, Inc.

5/15/2006

Delphi Corporation
Vandalia Facility
Vandalia, OH
Trend Since Deep Bedrock Groundwater Migration Control Start in April 2000 – Concentration in $\mu$g/L

## Mann-Kendall Trend for Trichloroethene in MW-420M

| Statistic | Value |
|---|---|
| Sample Count | 26 |
| Average | 1,880.0 |
| Standard Deviation | 1,136.1 |
| Coefficient of Variation | 0.604 |
| Mann-Kendall Positives/Negatives | 121/201 |
| Mann-Kendall S statistic | -80 |
| Z Test Statistic | -1.743 |
| Significance Level | -91.9% |
| Trend (80% Significance Threshold) | Decrease |



Note: The Mann-Kendall method is for sample counts greater than 40 as described in *Statistical Methods for Environmental Pollution Monitoring* (Gilbert, 1987). For sample counts less than or equal to 40, a lookup table of the Mann Kendall S statistic and the sample count should be used. However, Kendall (1975) indicates that the >40 method may be used for sample counts as low as 10 unless there are many identical values. A future version of Geode will include the lookup table for sample sizes <=40.

Haley & Aldrich, Inc.

Page 16 of 33

5/15/2006

Delphi Corporation
Vandalia Facility
Vandalia, OH
Trend Since Deep Bedrock Groundwater Migration Control Start in April 2000 – Concentration in $\mu$g\L

## Mann-Kendall Trend for Trichloroethene in MW-421D

| Statistic | Value |
|---|---|
| Sample Count | 21 |
| Average | 2.48 |
| Standard Deviation | 2.80 |
| Coefficient of Variation | 1.13 |
| Mann-Kendall Positives/Negatives | 14/175 |
| Mann-Kendall S statistic | -161 |
| Z Test Statistic | -4.909 |
| Significance Level | -100.0% |
| Trend (80% Significance Threshold) | Decrease |



LEGEND
+ Detection
◆ Approx Conc
■ Non-detect

Note: The Mann-Kendall method is for sample counts greater than 40 as described in *Statistical Methods for Environmental Pollution Monitoring* (Gilbert, 1987). For sample counts less than or equal to 40, a lookup table of the Mann Kendall S statistic and the sample count should be used. However, Kendall (1975) indicates that the >40 method may be used for sample counts as low as 10 unless there are many identical values. A future version of Geode will include the lookup table for sample sizes <=40.

5/15/2006

Delphi Corporation
Vandalia Facility
Vandalia, OH
Trend Since Deep Bedrock Groundwater Migration Control Start in April 2000 – Concentration in $\mu$g\L

## Mann-Kendall Trend for Trichloroethene in MW-422D

| Statistic | Value |
|---|---|
| Sample Count | 21 |
| Average | 11.8 |
| Standard Deviation | 32.7 |
| Coefficient of Variation | 2.77 |
| Mann-Kendall Positives/Negatives | 76/113 |
| Mann-Kendall S statistic | -37 |
| Z Test Statistic | -1.106 |
| Significance Level | -73.1% |
| Trend (80% Significance Threshold) | No Trend |



Note: The Mann-Kendall method is for sample counts greater than 40 as described in *Statistical Methods for Environmental Pollution Monitoring* (Gilbert, 1987). For sample counts less than or equal to 40, a lookup table of the Mann Kendall S statistic and the sample count should be used. However, Kendall (1975) indicates that the >40 method may be used for sample counts as low as 10 unless there are many identical values. A future version of Geode will include the lookup table for sample sizes <=40.

Haley & Aldrich, Inc.

5/15/2006

Delphi Corporation
Vandalia Facility
Vandalia, OH
Trend Since Deep Bedrock Groundwater Migration Control Start in April 2000 – Concentration in $\mu$g\L

## Mann-Kendall Trend for Trichloroethene in MW-424D

| Statistic | Value |
|---|---|
| Sample Count | 18 |
| Average | 36,618.1 |
| Standard Deviation | 22,646.1 |
| Coefficient of Variation | 0.618 |
| Mann-Kendall Positives/Negatives | 75/78 |
| Mann-Kendall S statistic | -3 |
| Z Test Statistic | -0.07576 |
| Significance Level | -6.0% |
| Trend (80% Significance Threshold) | No Trend |



Note: The Mann-Kendall method is for sample counts greater than 40 as described in *Statistical Methods for Environmental Pollution Monitoring* (Gilbert, 1987). For sample counts less than or equal to 40, a lookup table of the Mann Kendall S statistic and the sample count should be used. However, Kendall (1975) indicates that the >40 method may be used for sample counts as low as 10 unless there are many identical values. A future version of Geode will include the lookup table for sample sizes <=40.

5/15/2006

Haley & Aldrich, Inc.

Delphi Corporation
Vandalia Facility
Vandalia, OH
Trend Since Deep Bedrock Groundwater Migration Control Start in April 2000 – Concentration in µg\L

## Mann-Kendall Trend for Trichloroethene in MW-432D

| Statistic | Value |
|---|---|
| Sample Count | 15 |
| Average | 31.8 |
| Standard Deviation | 52.9 |
| Coefficient of Variation | 1.66 |
| Mann-Kendall Positives/Negatives | 17/88 |
| Mann-Kendall S statistic | -71 |
| Z Test Statistic | -3.464 |
| Significance Level | -99.9% |
| Trend (80% Significance Threshold) | Decrease |



Note: The Mann-Kendall method is for sample counts greater than 40 as described in *Statistical Methods for Environmental Pollution Monitoring* (Gilbert, 1987). For sample counts less than or equal to 40, a lookup table of the Mann Kendall S statistic and the sample count should be used. However, Kendall (1975) indicates that the >40 method may be used for sample counts as low as 10 unless there are many identical values. A future version of Geode will include the lookup table for sample sizes <=40.

Haley & Aldrich, Inc.

Page 20 of 33

5/15/2006

Delphi Corporation
Vandalia Facility
Vandalia, OH
Trend Since Deep Bedrock Groundwater Migration Control Start in April 2000 – Concentration in µg\L

## Mann-Kendall Trend for Trichloroethene in MW-433D

| Statistic | Value |
|---|---|
| Sample Count | 14 |
| Average | 111.3 |
| Standard Deviation | 112.0 |
| Coefficient of Variation | 1.01 |
| Mann-Kendall Positives/Negatives | 20/68 |
| Mann-Kendall S statistic | -48 |
| Z Test Statistic | -2.587 |
| Significance Level | -99.0% |
| Trend (80% Significance Threshold) | Decrease |



Note: The Mann-Kendall method is for sample counts greater than 40 as described in *Statistical Methods for Environmental Pollution Monitoring* (Gilbert, 1987). For sample counts less than or equal to 40, a lookup table of the Mann Kendall S statistic and the sample count should be used. However, Kendall (1975) indicates that the >40 method may be used for sample counts as low as 10 unless there are many identical values. A future version of Geode will include the lookup table for sample sizes <=40.

5/15/2006

Haley & Aldrich, Inc.

Delphi Corporation
Vandalia Facility
Vandalia, OH
Trend Since Deep Bedrock Groundwater Migration Control Start in April 2000 – Concentration in $\mu$g\L

## Mann-Kendall Trend for Trichloroethene in MW-434D

| Statistic | Value |
|---|---|
| Sample Count | 17 |
| Average | 160.9 |
| Standard Deviation | 108.9 |
| Coefficient of Variation | 0.677 |
| Mann-Kendall Positives/Negatives | 20/114 |
| Mann-Kendall S statistic | -94 |
| Z Test Statistic | -3.837 |
| Significance Level | -100.0% |
| Trend (80% Significance Threshold) | Decrease |



Note: The Mann-Kendall method is for sample counts greater than 40 as described in *Statistical Methods for Environmental Pollution Monitoring* (Gilbert, 1987). For sample counts less than or equal to 40, a lookup table of the Mann Kendall S statistic and the sample count should be used. However, Kendall (1975) indicates that the >40 method may be used for sample counts as low as 10 unless there are many identical values. A future version of Geode will include the lookup table for sample sizes <=40.

Haley & Aldrich, Inc.

5/15/2006

Delphi Corporation
Vandalia Facility
Vandalia, OH
Trend Since Deep Bedrock Groundwater Migration Control Start in April 2000 – Concentration in $\mu$g\L

## Mann-Kendall Trend for Trichloroethene in MW-435D

| Statistic | Value |
|---|---|
| Sample Count | 17 |
| Average | 252.0 |
| Standard Deviation | 275.8 |
| Coefficient of Variation | 1.09 |
| Mann-Kendall Positives/Negatives | 19/116 |
| Mann-Kendall S statistic | -97 |
| Z Test Statistic | -3.958 |
| Significance Level | -100.0% |
| Trend (80% Significance Threshold) | Decrease |



Note: The Mann-Kendall method is for sample counts greater than 40 as described in *Statistical Methods for Environmental Pollution Monitoring* (Gilbert, 1987). For sample counts less than or equal to 40, a lookup table of the Mann Kendall S statistic and the sample count should be used. However, Kendall (1975) indicates that the >40 method may be used for sample counts as low as 10 unless there are many identical values. A future version of Geode will include the lookup table for sample sizes <=40.

Haley & Aldrich, Inc.

5/15/2006

Delphi Corporation
Vandalia Facility
Vandalia, OH
Trend Since Deep Bedrock Groundwater Migration Control Start in April 2000 – Concentration in $\mu$g\L

## Mann-Kendall Trend for Trichloroethene in MW-436D

| Statistic | Value |
|---|---|
| Sample Count | 14 |
| Average | 111.8 |
| Standard Deviation | 146.1 |
| Coefficient of Variation | 1.31 |
| Mann-Kendall Positives/Negatives | 14/77 |
| Mann-Kendall S statistic | -63 |
| Z Test Statistic | -3.394 |
| Significance Level | -99.9% |
| Trend (80% Significance Threshold) | Decrease |



Note: The Mann-Kendall method is for sample counts greater than 40 as described in *Statistical Methods for Environmental Pollution Monitoring* (Gilbert, 1987). For sample counts less than or equal to 40, a lookup table of the Mann Kendall S statistic and the sample count should be used. However, Kendall (1975) indicates that the >40 method may be used for sample counts as low as 10 unless there are many identical values. A future version of Geode will include the lookup table for sample sizes <=40.

Haley & Aldrich, Inc.

Page 24 of 33

5/15/2006

Delphi Corporation
Vandalia Facility
Vandalia, OH
Trend Since Deep Bedrock Groundwater Migration Control Start in April 2000 – Concentration in μg\L

## Mann-Kendall Trend for Trichloroethene in MW-437D

| Statistic | Value |
|---|---|
| Sample Count | 14 |
| Average | 114.3 |
| Standard Deviation | 91.1 |
| Coefficient of Variation | 0.797 |
| Mann-Kendall Positives/Negatives | 8/82 |
| Mann-Kendall S statistic | -74 |
| Z Test Statistic | -4.002 |
| Significance Level | -100.0% |
| Trend (80% Significance Threshold) | Decrease |



LEGEND
+ Detection
♦ Approx Conc
▼ Non-detect

Note: The Mann-Kendall method is for sample counts greater than 40 as described in *Statistical Methods for Environmental Pollution Monitoring* (Gilbert, 1987). For sample counts less than or equal to 40, a lookup table of the Mann Kendall S statistic and the sample count should be used. However, Kendall (1975) indicates that the >40 method may be used for sample counts as low as 10 unless there are many identical values. A future version of Geode will include the lookup table for sample sizes <=40.

Haley & Aldrich, Inc.

Page 25 of 33

5/15/2006

Delphi Corporation
Vandalia Facility
Vandalia, OH
Trend Since Deep Bedrock Groundwater Migration Control Start in April 2000 – Concentration in µg/L

## Mann-Kendall Trend for Trichloroethene in MW-438D

| Statistic | Value |
|---|---|
| Sample Count | 14 |
| Average | 39.6 |
| Standard Deviation | 22.2 |
| Coefficient of Variation | 0.560 |
| Mann-Kendall Positives/Negatives | 66/24 |
| Mann-Kendall S statistic | 42 |
| Z Test Statistic | 2.25 |
| Significance Level | 97.5% |
| Trend (80% Significance Threshold) | Increase |



Note: The Mann-Kendall method is for sample counts greater than 40 as described in *Statistical Methods for Environmental Pollution Monitoring* (Gilbert, 1987). For sample counts less than or equal to 40, a lookup table of the Mann Kendall S statistic and the sample count should be used. However, Kendall (1975) indicates that the >40 method may be used for sample counts as low as 10 unless there are many identical values. A future version of Geode will include the lookup table for sample sizes <=40.

Haley & Aldrich, Inc.

5/15/2006

Delphi Corporation
Vandalia Facility
Vandalia, OH
Trend Since Deep Bedrock Groundwater Migration Control Start in April 2000 – Concentration in $\mu$g/L

## Mann-Kendall Trend for Trichloroethene in MW-440D

| Statistic | Value |
|---|---|
| Sample Count | 13 |
| Average | 12.3 |
| Standard Deviation | 9.55 |
| Coefficient of Variation | 0.774 |
| Mann-Kendall Positives/Negatives | 11/67 |
| Mann-Kendall S statistic | -56 |
| Z Test Statistic | -3.355 |
| Significance Level | -99.9% |
| Trend (80% Significance Threshold) | Decrease |



Note: The Mann-Kendall method is for sample counts greater than 40 as described in *Statistical Methods for Environmental Pollution Monitoring* (Gilbert, 1987). For sample counts less than or equal to 40, a lookup table of the Mann Kendall S statistic and the sample count should be used. However, Kendall (1975) indicates that the >40 method may be used for sample counts as low as 10 unless there are many identical values. A future version of Geode will include the lookup table for sample sizes <=40.

Haley & Aldrich, Inc.

Page 27 of 33

5/15/2006

Delphi Corporation
Vandalia Facility
Vandalia, OH
Trend Since Deep Bedrock Groundwater Migration Control Start in April 2000 – Concentration in $\mu$g/L

## Mann-Kendall Trend for Trichloroethene in MW-441D

| Statistic | Value |
|---|---|
| Sample Count | 13 |
| Average | 32.3 |
| Standard Deviation | 41.3 |
| Coefficient of Variation | 1.28 |
| Mann-Kendall Positives/Negatives | 29/49 |
| Mann-Kendall S statistic | -20 |
| Z Test Statistic | -1.159 |
| Significance Level | -75.4% |
| Trend (80% Significance Threshold) | No Trend |



Note: The Mann-Kendall method is for sample counts greater than 40 as described in *Statistical Methods for Environmental Pollution Monitoring* (Gilbert, 1987). For sample counts less than or equal to 40, a lookup table of the Mann Kendall S statistic and the sample count should be used. However, Kendall (1975) indicates that the >40 method may be used for sample counts as low as 10 unless there are many identical values. A future version of Geode will include the lookup table for sample sizes <=40.

Haley & Aldrich, Inc.

Page 28 of 33

5/15/2006

Delphi Corporation
Vandalia Facility
Vandalia, OH
Trend Since Deep Bedrock Groundwater Migration Control Start in April 2000 – Concentration in $\mu g \backslash L$

## Mann-Kendall Trend for Trichloroethene in MW-444D

| Statistic | Value |
|---|---|
| Sample Count | 15 |
| Average | 3.78 |
| Standard Deviation | 1.94 |
| Coefficient of Variation | 0.512 |
| Mann-Kendall Positives/Negatives | 24/75 |
| Mann-Kendall S statistic | -51 |
| Z Test Statistic | -2.495 |
| Significance Level | -98.7% |
| Trend (80% Significance Threshold) | Decrease |



Note: The Mann-Kendall method is for sample counts greater than 40 as described in *Statistical Methods for Environmental Pollution Monitoring* (Gilbert, 1987). For sample counts less than or equal to 40, a lookup table of the Mann Kendall S statistic and the sample count should be used. However, Kendall (1975) indicates that the >40 method may be used for sample counts as low as 10 unless there are many identical values. A future version of Geode will include the lookup table for sample sizes <=40.

Haley & Aldrich, Inc.

Page 29 of 33

5/15/2006

Delphi Corporation
Vandalia Facility
Vandalia, OH
Trend Since Deep Bedrock Groundwater Migration Control Start in April 2000 – Concentration in $\mu$g/L

## Mann-Kendall Trend for Trichloroethene in MW-448D

| Statistic | Value |
|---|---|
| Sample Count | 11 |
| Average | 1.24 |
| Standard Deviation | 0.838 |
| Coefficient of Variation | 0.677 |
| Mann-Kendall Positives/Negatives | 5/49 |
| Mann-Kendall S statistic | -44 |
| Z Test Statistic | -3.358 |
| Significance Level | -99.9% |
| Trend (80% Significance Threshold) | Decrease |



Note: The Mann-Kendall method is for sample counts greater than 40 as described in *Statistical Methods for Environmental Pollution Monitoring* (Gilbert, 1987). For sample counts less than or equal to 40, a lookup table of the Mann Kendall S statistic and the sample count should be used. However, Kendall (1975) indicates that the >40 method may be used for sample counts as low as 10 unless there are many identical values. A future version of Geode will include the lookup table for sample sizes <=40.

5/15/2006

Haley & Aldrich, Inc.

Page 30 of 33

Delphi Corporation
Vandalia Facility
Vandalia, OH
Trend Since Deep Bedrock Groundwater Migration Control Start in April 2000 – Concentration in µg\L

## Mann-Kendall Trend for Trichloroethene in MW-449D

| Statistic | Value |
|---|---|
| Sample Count | 11 |
| Average | 45.7 |
| Standard Deviation | 14.2 |
| Coefficient of Variation | 0.311 |
| Mann-Kendall Positives/Negatives | 16/39 |
| Mann-Kendall S statistic | -23 |
| Z Test Statistic | -1.713 |
| Significance Level | -91.3% |
| Trend (80% Significance Threshold) | Decrease |



Note: The Mann-Kendall method is for sample counts greater than 40 as described in *Statistical Methods for Environmental Pollution Monitoring* (Gilbert, 1987). For sample counts less than or equal to 40, a lookup table of the Mann Kendall S statistic and the sample count should be used. However, Kendall (1975) indicates that the >40 method may be used for sample counts as low as 10 unless there are many identical values. A future version of Geode will include the lookup table for sample sizes <=40.

5/15/2006

Haley & Aldrich, Inc.

Delphi Corporation
Vandalia Facility
Vandalia, OH
Trend Since Deep Bedrock Groundwater Migration Control Start in April 2000 – Concentration in $\mu$g\L

## Mann-Kendall Trend for Trichloroethene in MW-451D

| Statistic | Value |
|---|---|
| Sample Count | 9 |
| Average | 35.9 |
| Standard Deviation | 16.2 |
| Coefficient of Variation | 0.452 |
| Mann-Kendall Positives/Negatives | 13/22 |
| Mann-Kendall S statistic | -9 |
| Z Test Statistic | -0.8386 |
| Significance Level | -59.8% |
| Trend (80% Significance Threshold) | No Trend |



Note: The Mann-Kendall method is for sample counts greater than 40 as described in *Statistical Methods for Environmental Pollution Monitoring* (Gilbert, 1987). For sample counts less than or equal to 40, a lookup table of the Mann Kendall S statistic and the sample count should be used. However, Kendall (1975) indicates that the >40 method may be used for sample counts as low as 10 unless there are many identical values. A future version of Geode will include the lookup table for sample sizes <=40.

5/15/2006

Delphi Corporation
Vandalia Facility
Vandalia, OH
Trend Since Deep Bedrock Groundwater Migration Control Start in April 2000 – Concentration in $\mu$g\L

## Mann-Kendall Trend for Trichloroethene in MW-453D

| Statistic | Value |
|---|---|
| Sample Count | 12 |
| Average | 51.2 |
| Standard Deviation | 6.62 |
| Coefficient of Variation | 0.129 |
| Mann-Kendall Positives/Negatives | 39/25 |
| Mann-Kendall S statistic | 14 |
| Z Test Statistic | 0.896 |
| Significance Level | 62.9% |
| Trend (80% Significance Threshold) | No Trend |



Note: The Mann-Kendall method is for sample counts greater than 40 as described in *Statistical Methods for Environmental Pollution Monitoring* (Gilbert, 1987). For sample counts less than or equal to 40, a lookup table of the Mann Kendall S statistic and the sample count should be used. However, Kendall (1975) indicates that the >40 method may be used for sample counts as low as 10 unless there are many identical values. A future version of Geode will include the lookup table for sample sizes <=40.

Haley & Aldrich, Inc.

Page 33 of 33

5/15/2006

**APPENDIX B**

**Sugar Rock Monitoring Well TCE Normality Analysis**

## STATISTICAL EVALUATION USING NORMAL DISTRIBUTION

**PROJECT:** Delphi Corporation - Vandalia Faciltiy - Vandalia, OH
**LOCATION:** CSX-18D
**COMPOUND:** Trichloroethene
**COMMENT:**

| Sample Order | Concentration |
|---|---|
| 1 | 0.05 |
| 2 | 0.11 |
| 3 | 0.11 |
| 4 | 0.11 |
| 5 | 0.11 |
| 6 | 0.11 |
| 7 | 0.11 |
| 8 | 0.11 |
| 9 | 0.14 |
| 10 | 0.27 |
| 11 | 0.28 |
| 12 | 0.5 |
| 13 | 0.56 |
| 14 | 0.78 |
| 15 | 0.78 |
| 16 | 2.50 |
| 17 | 2.50 |
| 18 | 2.50 |
| 19 | 2.50 |
| 20 | 2.50 |
| 21 | 2.50 |
| 22 | 2.50 |
| 23 | 39.90 |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| 29 | |
| 30 | |

| Normal Distribution Probability | Quartile |
|---|---|
| 4.2 | -1.73 |
| 8.3 | -1.38 |
| 12.5 | -1.15 |
| 16.7 | -0.97 |
| 20.8 | -0.81 |
| 25.0 | -0.67 |
| 29.2 | -0.55 |
| 33.3 | -0.43 |
| 37.5 | -0.32 |
| 41.7 | -0.21 |
| 45.8 | -0.10 |
| 50.0 | 0.00 |
| 54.2 | 0.10 |
| 58.3 | 0.21 |
| 62.5 | 0.32 |
| 66.7 | 0.43 |
| 70.8 | 0.55 |
| 75.0 | 0.67 |
| 79.2 | 0.81 |
| 83.3 | 0.97 |
| 87.5 | 1.15 |
| 91.7 | 1.38 |
| 95.8 | 1.73 |

| Shapiro-Wilk Normality Test Residual | Coefficient (a) | Product (b) |
|---|---|---|
| 39.85 | 0.4542 | 18.10 |
| 2.39 | 0.3126 | 0.75 |
| 2.39 | 0.2563 | 0.61 |
| 2.39 | 0.2139 | 0.51 |
| 2.39 | 0.1787 | 0.43 |
| 2.39 | 0.1480 | 0.35 |
| 2.39 | 0.1201 | 0.29 |
| 2.39 | 0.0941 | 0.22 |
| 0.64 | 0.0696 | 0.04 |
| 0.51 | 0.0459 | 0.02 |
| 0.28 | 0.0228 | 0.01 |
| | 0.0000 | |
| | 0.0000 | |
| | 0.0000 | |
| | 0.0000 | |

| Shapiro-Wilk Sum: | 21.338 |
|---|---|
| Shapiro-Wilk W: | 0.309 |
| Critical Value: | 5% |
| Shapiro-Wilk Comparison W: | 0.9140 |

Normality?: Does Not Appear Normally Distributed

| | |
|---|---|
| Number of Samples: | 23 |
| Sample Mean: | 2.675 |
| Sample Standard Deviation: | 8.183 |

| | |
|---|---|
| 25% Quartile: | 0.1 |
| 50% Quartile(median): | 0.5 |
| 75% Quartile: | 2.5 |
| Inter-Quartile Range: | 2.4 |
| Upper Cutoff: | 6.1 |

| | |
|---|---|
| Required Level of Confidence: | 95% |
| Upper Confidence Limit: | 5.61 |
| Upper Tolerance Limit: | 17.0 |

**PROBABILITY PLOT**

$y = 1.5801x + 45.773$
$R^2 = 0.2094$



■ Sample Data        Linear (Sample Data)

# STATISTICAL EVALUATION USING LOG-NORMAL DISTRIBUTION

**PROJECT:** Delphi Corporation - Vandalia Faciltiy - Vandalia, OH
**LOCATION:** CSX-18D
**COMPOUND:** Trichloroethene
**COMMENT:**

| Sample | | Normal Distribution | | Shapiro-Wilk Normality Test | | |
|---|---|---|---|---|---|---|
| Order | Log Conc. | Probability | Quartile | Residual | Coefficient (a) | Product (b) |
| 1 | -1.30 | 4.2 | -1.73 | 2.90 | 0.4542 | 1.32 |
| 2 | -0.96 | 8.3 | -1.38 | 1.36 | 0.3126 | 0.42 |
| 3 | -0.96 | 12.5 | -1.15 | 1.36 | 0.2563 | 0.35 |
| 4 | -0.96 | 16.7 | -0.97 | 1.36 | 0.2139 | 0.29 |
| 5 | -0.96 | 20.8 | -0.81 | 1.36 | 0.1787 | 0.24 |
| 6 | -0.96 | 25.0 | -0.67 | 1.36 | 0.1480 | 0.20 |
| 7 | -0.96 | 29.2 | -0.55 | 1.36 | 0.1201 | 0.16 |
| 8 | -0.96 | 33.3 | -0.43 | 1.36 | 0.0941 | 0.13 |
| 9 | -0.85 | 37.5 | -0.32 | 0.75 | 0.0696 | 0.05 |
| 10 | -0.57 | 41.7 | -0.21 | 0.46 | 0.0459 | 0.02 |
| 11 | -0.55 | 45.8 | -0.10 | 0.30 | 0.0228 | 0.01 |
| 12 | -0.30 | 50.0 | 0.00 | | 0.0000 | |
| 13 | -0.25 | 54.2 | 0.10 | | 0.0000 | |
| 14 | -0.11 | 58.3 | 0.21 | | 0.0000 | |
| 15 | -0.11 | 62.5 | 0.32 | | 0.0000 | |
| 16 | 0.40 | 66.7 | 0.43 | | 0.00 | |
| 17 | 0.40 | 70.8 | 0.55 | | | |
| 18 | 0.40 | 75.0 | 0.67 | | | |
| 19 | 0.40 | 79.2 | 0.81 | | | |
| 20 | 0.40 | 83.3 | 0.97 | | | |
| 21 | 0.40 | 87.5 | 1.15 | | | |
| 22 | 0.40 | 91.7 | 1.38 | | | |
| 23 | 1.60 | 95.8 | 1.73 | | | |
| 24 | | | | | | |
| 25 | | | | | | |
| 26 | | | | | | |
| 27 | | | | | | |
| 28 | | | | | | |
| 29 | | | | | | |
| 30 | | | | | | |

| | Shapiro-Wilk Sum: | 3.194 |
|---|---|---|
| | Shapiro-Wilk W: | 0.882 |
| | Critical Value: | 5.0% |
| | Shapiro-Wilk Comparison W: | 0.9140 |

Normality?: Does Not Appear LogNormally Distributed

| | log() |
|---|---|
| Number of Samples: | 23 |
| Sample Mean: | -0.277 |
| Sample Standard Deviation: | 0.725 |

| | |
|---|---|
| 25% Quatrile: | 0.1 |
| 50% Quatrile(median): | 0.5 |
| 75% Quatrile: | 2.5 |
| Inter-Quatrile Range: | 2.39 |
| Upper Cutoff: | 6.09 |

| | log() | Natural Scale |
|---|---|---|
| Required Level of Confidence: | 95% | |
| Upper Confidence Limit: | -0.02 | |
| Upper Tolerance Limit: | 1.00 | 9.9 |

**PROBABILITY PLOT**

$y = 36.684x + 60.158$
$R^2 = 0.8861$

■ Sample Data          Linear (Sample Data)

# STATISTICAL EVALUATION USING NORMAL DISTRIBUTION

**PROJECT:** Delphi Corporation - Vandalia Faciltiy - Vandalia, OH
**LOCATION:** MW-301D
**COMPOUND:** Trichloroethene
**COMMENT:**

| Sample | |
|---|---|
| Order | Concentration |
| 1 | 0.22 |
| 2 | 2.00 |
| 3 | 2.30 |
| 4 | 2.50 |
| 5 | 5.00 |
| 6 | 6.90 |
| 7 | 23.00 |
| 8 | 29.00 |
| 9 | 110.00 |
| 10 | 350.00 |
| 11 | 390.00 |
| 12 | 440.00 |
| 13 | 490.00 |
| 14 | 550.00 |
| 15 | 680.00 |
| 16 | 920.00 |
| 17 | 1520.00 |
| 18 | 1900.00 |
| 19 | 2300.00 |
| 20 | 2400.00 |
| 21 | 2880.00 |
| 22 | 2910.00 |
| 23 | 2940.00 |
| 24 | 3080.00 |
| 25 | 4060.00 |
| 26 | 4930.00 |
| 27 | 5460.00 |
| 28 | 8240.00 |
| 29 | |
| 30 | |

| Normal Distribution | |
|---|---|
| Probability | Quartile |
| 3.4 | -1.82 |
| 6.9 | -1.48 |
| 10.3 | -1.26 |
| 13.8 | -1.09 |
| 17.2 | -0.94 |
| 20.7 | -0.82 |
| 24.1 | -0.70 |
| 27.6 | -0.60 |
| 31.0 | -0.49 |
| 34.5 | -0.40 |
| 37.9 | -0.31 |
| 41.4 | -0.22 |
| 44.8 | -0.13 |
| 48.3 | -0.04 |
| 51.7 | 0.04 |
| 55.2 | 0.13 |
| 58.6 | 0.22 |
| 62.1 | 0.31 |
| 65.5 | 0.40 |
| 69.0 | 0.49 |
| 72.4 | 0.60 |
| 75.9 | 0.70 |
| 79.3 | 0.82 |
| 82.8 | 0.94 |
| 86.2 | 1.09 |
| 89.7 | 1.26 |
| 93.1 | 1.48 |
| 96.6 | 1.82 |
| | |
| | |

| Shapiro-Wilk Normality Test | | |
|---|---|---|
| Residual | Coefficient (a) | Product (b) |
| 8239.78 | 0.4328 | 3566.18 |
| 5458.00 | 0.2992 | 1633.03 |
| 4927.70 | 0.2510 | 1236.85 |
| 4057.50 | 0.2151 | 872.77 |
| 3075.00 | 0.1857 | 571.03 |
| 2933.10 | 0.1601 | 469.59 |
| 2887.00 | 0.1372 | 396.10 |
| 2851.00 | 0.1162 | 331.29 |
| 2290.00 | 0.0965 | 220.99 |
| 1950.00 | 0.0778 | 151.71 |
| 1510.00 | 0.0598 | 90.30 |
| 1080.00 | 0.0424 | 45.79 |
| 430.00 | 0.0253 | 10.88 |
| 130.00 | 0.0084 | 1.09 |
| | 0.0000 | |

| | |
|---|---|
| Shapiro-Wilk Sum: | 9597.587 |
| Shapiro-Wilk W: | 0.801 |
| Critical Value: | 5% |
| Shapiro-Wilk Comparison W: | 0.9240 |

Normality?: Does Not Appear Normally Distributed

| | |
|---|---|
| Number of Samples: | 28 |
| Sample Mean: | 1665.033 |
| Sample Standard Deviation: | 2064.411 |

| | |
|---|---|
| 25% Quatrile: | 27.5 |
| 50% Quatrile(median): | 615.0 |
| 75% Quatrile: | 2887.5 |
| Inter-Quatrile Range: | 2860.0 |
| Upper Cutoff: | 7177.5 |

| | |
|---|---|
| Required Level of Confidence: | 95% |
| Upper Confidence Limit: | 2329.55 |
| Upper Tolerance Limit: | 5243.6 |

**PROBABILITY PLOT**

$$y = 0.0121x + 29.885$$
$$R^2 = 0.773$$



| ■ Sample Data | Linear (Sample Data) |
|---|---|

# STATISTICAL EVALUATION USING LOG-NORMAL DISTRIBUTION

**PROJECT:** Delphi Corporation - Vandalia Faciltiy - Vandalia, OH
**LOCATION:** MW-301D
**COMPOUND:** Trichloroethene
**COMMENT:**

| Sample | |
|---|---|
| Order | Log Conc. |
| 1 | -0.66 |
| 2 | 0.30 |
| 3 | 0.36 |
| 4 | 0.40 |
| 5 | 0.70 |
| 6 | 0.84 |
| 7 | 1.36 |
| 8 | 1.46 |
| 9 | 2.04 |
| 10 | 2.54 |
| 11 | 2.59 |
| 12 | 2.64 |
| 13 | 2.69 |
| 14 | 2.74 |
| 15 | 2.83 |
| 16 | 2.96 |
| 17 | 3.18 |
| 18 | 3.28 |
| 19 | 3.36 |
| 20 | 3.38 |
| 21 | 3.46 |
| 22 | 3.46 |
| 23 | 3.47 |
| 24 | 3.49 |
| 25 | 3.61 |
| 26 | 3.69 |
| 27 | 3.74 |
| 28 | 3.92 |
| 29 | |
| 30 | |

| Normal Distribution | |
|---|---|
| Probability | Quartile |
| 3.4 | -1.82 |
| 6.9 | -1.48 |
| 10.3 | -1.26 |
| 13.8 | -1.09 |
| 17.2 | -0.94 |
| 20.7 | -0.82 |
| 24.1 | -0.70 |
| 27.6 | -0.60 |
| 31.0 | -0.49 |
| 34.5 | -0.40 |
| 37.9 | -0.31 |
| 41.4 | -0.22 |
| 44.8 | -0.13 |
| 48.3 | -0.04 |
| 51.7 | 0.04 |
| 55.2 | 0.13 |
| 58.6 | 0.22 |
| 62.1 | 0.31 |
| 65.5 | 0.40 |
| 69.0 | 0.49 |
| 72.4 | 0.60 |
| 75.9 | 0.70 |
| 79.3 | 0.82 |
| 82.8 | 0.94 |
| 86.2 | 1.09 |
| 89.7 | 1.26 |
| 93.1 | 1.48 |
| 96.6 | 1.82 |

| Shapiro-Wilk Normality Test | | |
|---|---|---|
| Residual | Coefficient (a) | Product (b) |
| 4.57 | 0.4328 | 1.98 |
| 3.44 | 0.2992 | 1.03 |
| 3.33 | 0.2510 | 0.84 |
| 3.21 | 0.2151 | 0.69 |
| 2.79 | 0.1857 | 0.52 |
| 2.63 | 0.1601 | 0.42 |
| 2.10 | 0.1372 | 0.29 |
| 2.00 | 0.1162 | 0.23 |
| 1.34 | 0.0965 | 0.13 |
| 0.82 | 0.0778 | 0.06 |
| 0.69 | 0.0598 | 0.04 |
| 0.54 | 0.0424 | 0.02 |
| 0.27 | 0.0253 | 0.01 |
| 0.09 | 0.0084 | 0.00 |
| | 0.00 | |

| | |
|---|---|
| Shapiro-Wilk Sum: | 6.258 |
| Shapiro-Wilk W: | 0.866 |
| Critical Value: | 5.0% |
| Shapiro-Wilk Comparison W: | 0.9240 |

Normality?: Does Not Appear LogNormally Distributed

| | log() |
|---|---|
| Number of Samples: | 28 |
| Sample Mean: | 2.423 |
| Sample Standard Deviation: | 1.294 |

| | |
|---|---|
| 25% Quartile: | 27.5 |
| 50% Quartile(median): | 615.0 |
| 75% Quartile: | 2887.5 |
| Inter-Quartile Range: | 2860.0 |
| Upper Cutoff: | 7177.50 |

| | log() | Natural Scale |
|---|---|---|
| Required Level of Confidence: | 95% | |
| Upper Confidence Limit: | 2.84 | |
| Upper Tolerance Limit: | 4.67 | 46366.5 |

## PROBABILITY PLOT



$y = 20.561x + 0.1768$
$R^2 = 0.8798$

■ Sample Data          Linear (Sample Data)

## STATISTICAL EVALUATION USING NORMAL DISTRIBUTION

**PROJECT:** Delphi Corporation - Vandalia Faciltiy - Vandalia, OH
**LOCATION:** MW-407D
**COMPOUND:** Trichloroethene
**COMMENT:**

| Sample | |
|---|---|
| Order | Concentration |
| 1 | 125 |
| 2 | 190 |
| 3 | 197 |
| 4 | 200 |
| 5 | 210 |
| 6 | 216 |
| 7 | 220 |
| 8 | 223 |
| 9 | 228 |
| 10 | 240 |
| 11 | 250 |
| 12 | 262 |
| 13 | 280 |
| 14 | 280 |
| 15 | 288 |
| 16 | 334 |
| 17 | 350 |
| 18 | 350.00 |
| 19 | 364.00 |
| 20 | 370.00 |
| 21 | 390.00 |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| 29 | |
| 30 | |

| Normal Distribution | |
|---|---|
| Probability | Quartile |
| 4.5 | -1.69 |
| 9.1 | -1.34 |
| 13.6 | -1.10 |
| 18.2 | -0.91 |
| 22.7 | -0.75 |
| 27.3 | -0.60 |
| 31.8 | -0.47 |
| 36.4 | -0.35 |
| 40.9 | -0.23 |
| 45.5 | -0.11 |
| 50.0 | 0.00 |
| 54.5 | 0.11 |
| 59.1 | 0.23 |
| 63.6 | 0.35 |
| 68.2 | 0.47 |
| 72.7 | 0.60 |
| 77.3 | 0.75 |
| 81.8 | 0.91 |
| 86.4 | 1.10 |
| 90.9 | 1.34 |
| 95.5 | 1.69 |

| Shapiro-Wilk Normality Test | | |
|---|---|---|
| Residual | Coefficient (a) | Product (b) |
| 265.00 | 0.4643 | 123.04 |
| 180.00 | 0.3185 | 57.33 |
| 167.00 | 0.2578 | 43.05 |
| 150.00 | 0.2119 | 31.79 |
| 140.00 | 0.1736 | 24.30 |
| 118.00 | 0.1399 | 16.51 |
| 68.00 | 0.1092 | 7.43 |
| 57.00 | 0.0804 | 4.58 |
| 52.00 | 0.0530 | 2.76 |
| 22.00 | 0.0263 | 0.58 |
| | 0.0000 | |
| | 0.0000 | |
| | 0.0000 | |
| | 0.0000 | |
| | 0.0000 | |

| | |
|---|---|
| Shapiro-Wilk Sum: | 311.362 |
| Shapiro-Wilk W: | 0.949 |
| Critical Value: | 5% |
| Shapiro-Wilk Comparison W: | 0.9080 |

Normality?: Appears Normally Distributed

| | |
|---|---|
| Number of Samples: | 21 |
| Sample Mean: | 265.095 |
| Sample Standard Deviation: | 71.470 |

| | |
|---|---|
| 25% Quatrile: | 216.0 |
| 50% Quatrile(median): | 250.0 |
| 75% Quatrile: | 334.0 |
| Inter-Quatrile Range: | 118.0 |
| Upper Cutoff: | 511.0 |

| | |
|---|---|
| Required Level of Confidence: | 95% |
| Upper Confidence Limit: | 291.99 |
| Upper Tolerance Limit: | 391.3 |

### PROBABILITY PLOT



$y = 0.3851x - 52.088$
$R^2 = 0.9523$

- ■ Sample Data
- — Linear (Sample Data)

## STATISTICAL EVALUATION USING LOG-NORMAL DISTRIBUTION

**PROJECT:** Delphi Corporation - Vandalia Faciltiy - Vandalia, OH
**LOCATION:** MW-407D
**COMPOUND:** Trichloroethene
**COMMENT:**

| Sample | |
|---|---|
| Order | Log Conc. |
| 1 | 2.10 |
| 2 | 2.28 |
| 3 | 2.29 |
| 4 | 2.30 |
| 5 | 2.32 |
| 6 | 2.33 |
| 7 | 2.34 |
| 8 | 2.35 |
| 9 | 2.36 |
| 10 | 2.38 |
| 11 | 2.40 |
| 12 | 2.42 |
| 13 | 2.45 |
| 14 | 2.45 |
| 15 | 2.46 |
| 16 | 2.52 |
| 17 | 2.54 |
| 18 | 2.54 |
| 19 | 2.56 |
| 20 | 2.57 |
| 21 | 2.59 |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| 29 | |
| 30 | |

| Normal Distribution | |
|---|---|
| Probability | Quatrile |
| 4.5 | -1.69 |
| 9.1 | -1.34 |
| 13.6 | -1.10 |
| 18.2 | -0.91 |
| 22.7 | -0.75 |
| 27.3 | -0.60 |
| 31.8 | -0.47 |
| 36.4 | -0.35 |
| 40.9 | -0.23 |
| 45.5 | -0.11 |
| 50.0 | 0.00 |
| 54.5 | 0.11 |
| 59.1 | 0.23 |
| 63.6 | 0.35 |
| 68.2 | 0.47 |
| 72.7 | 0.60 |
| 77.3 | 0.75 |
| 81.8 | 0.91 |
| 86.4 | 1.10 |
| 90.9 | 1.34 |
| 95.5 | 1.69 |

| Shapiro-Wilk Normality Test | | |
|---|---|---|
| Residual | Coefficient (a) | Product (b) |
| 0.49 | 0.4643 | 0.23 |
| 0.29 | 0.3185 | 0.09 |
| 0.27 | 0.2578 | 0.07 |
| 0.24 | 0.2119 | 0.05 |
| 0.22 | 0.1736 | 0.04 |
| 0.19 | 0.1399 | 0.03 |
| 0.12 | 0.1092 | 0.01 |
| 0.10 | 0.0804 | 0.01 |
| 0.09 | 0.0530 | 0.00 |
| 0.04 | 0.0263 | 0.00 |
| | 0.0000 | |
| | 0.0000 | |
| | 0.0000 | |
| | 0.0000 | |
| | 0.00 | |

| | |
|---|---|
| Shapiro-Wilk Sum: | 0.533 |
| Shapiro-Wilk W: | 0.946 |
| Critical Value: | 5.0% |
| Shapiro-Wilk Comparison W: | 0.9080 |

Normality?: Appears LogNormally Distributed

| | log() |
|---|---|
| Number of Samples: | 21 |
| Sample Mean: | 2.408 |
| Sample Standard Deviation: | 0.123 |

| | |
|---|---|
| 25% Quatrile: | 216.0 |
| 50% Quatrile(median): | 250.0 |
| 75% Quatrile: | 334.0 |
| Inter-Quatrile Range: | 118.00 |
| Upper Cutoff: | 511.00 |

| | log() | Natural Scale |
|---|---|---|
| Required Level of Confidence: | 95% | |
| Upper Confidence Limit: | 2.45 | |
| Upper Tolerance Limit: | 2.62 | 420.7 |

### PROBABILITY PLOT

$y = 221.31x - 482.82$
$R^2 = 0.9257$



- ■ Sample Data
- —— Linear (Sample Data)

# STATISTICAL EVALUATION USING NORMAL DISTRIBUTION

**PROJECT:** Delphi Corporation - Vandalia Facility - Vandalia, OH
**LOCATION:** MW-408D
**COMPOUND:** Trichloroethene
**COMMENT:**

| Sample | |
|---|---|
| Order | Concentration |
| 1 | 190.00 |
| 2 | 210.00 |
| 3 | 260.00 |
| 4 | 290.00 |
| 5 | 310.00 |
| 6 | 320.00 |
| 7 | 330.00 |
| 8 | 370.00 |
| 9 | 410.00 |
| 10 | 433.00 |
| 11 | 440.00 |
| 12 | 470.00 |
| 13 | 520.00 |
| 14 | 545.00 |
| 15 | 614.00 |
| 16 | 623.00 |
| 17 | 624.00 |
| 18 | 786.00 |
| 19 | 819.00 |
| 20 | 1010.00 |
| 21 | 1540.00 |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| 29 | |
| 30 | |

| Normal Distribution | |
|---|---|
| Probability | Quartile |
| 4.5 | -1.69 |
| 9.1 | -1.34 |
| 13.6 | -1.10 |
| 18.2 | -0.91 |
| 22.7 | -0.75 |
| 27.3 | -0.60 |
| 31.8 | -0.47 |
| 36.4 | -0.35 |
| 40.9 | -0.23 |
| 45.5 | -0.11 |
| 50.0 | 0.00 |
| 54.5 | 0.11 |
| 59.1 | 0.23 |
| 63.6 | 0.35 |
| 68.2 | 0.47 |
| 72.7 | 0.60 |
| 77.3 | 0.75 |
| 81.8 | 0.91 |
| 86.4 | 1.10 |
| 90.9 | 1.34 |
| 95.5 | 1.69 |

| Shapiro-Wilk Normality Test | | |
|---|---|---|
| Residual | Coefficient (a) | Product (b) |
| 1350.00 | 0.4643 | 626.81 |
| 800.00 | 0.3185 | 254.80 |
| 559.00 | 0.2578 | 144.11 |
| 496.00 | 0.2119 | 105.10 |
| 314.00 | 0.1736 | 54.51 |
| 303.00 | 0.1399 | 42.39 |
| 284.00 | 0.1092 | 31.01 |
| 175.00 | 0.0804 | 14.07 |
| 110.00 | 0.0530 | 5.83 |
| 37.00 | 0.0263 | 0.97 |
| | 0.0000 | |
| | 0.0000 | |
| | 0.0000 | |
| | 0.0000 | |
| | 0.0000 | |

| | |
|---|---|
| Shapiro-Wilk Sum: | 1279.604 |
| Shapiro-Wilk W: | 0.833 |
| Critical Value: | 5% |
| Shapiro-Wilk Comparison W: | 0.9080 |

Normality?: Does Not Appear Normally Distributed

| | |
|---|---|
| Number of Samples: | 21 |
| Sample Mean: | 529.238 |
| Sample Standard Deviation: | 313.570 |

| | |
|---|---|
| 25% Quatrile: | 320.0 |
| 50% Quatrile(median): | 440.0 |
| 75% Quatrile: | 623.0 |
| Inter-Quatrile Range: | 303.0 |
| Upper Cutoff: | 1077.5 |

| | |
|---|---|
| Required Level of Confidence: | 95% |
| Upper Confidence Limit: | 647.25 |
| Upper Tolerance Limit: | 1082.8 |

**PROBABILITY PLOT**

y = 0.0785x + 8.4558
$R^2 = 0.7617$



■ Sample Data    Linear (Sample Data)

## STATISTICAL EVALUATION USING LOG-NORMAL DISTRIBUTION

**PROJECT:** Delphi Corporation - Vandalia Facility - Vandalia, OH
**LOCATION:** MW-408D
**COMPOUND:** Trichloroethene
**COMMENT:**

| Sample | |
|---|---|
| Order | Log Conc. |
| 1 | 2.28 |
| 2 | 2.32 |
| 3 | 2.41 |
| 4 | 2.46 |
| 5 | 2.49 |
| 6 | 2.51 |
| 7 | 2.52 |
| 8 | 2.57 |
| 9 | 2.61 |
| 10 | 2.64 |
| 11 | 2.64 |
| 12 | 2.67 |
| 13 | 2.72 |
| 14 | 2.74 |
| 15 | 2.79 |
| 16 | 2.79 |
| 17 | 2.80 |
| 18 | 2.90 |
| 19 | 2.91 |
| 20 | 3.00 |
| 21 | 3.19 |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| 29 | |
| 30 | |

| Normal Distribution | |
|---|---|
| Probability | Quartile |
| 4.5 | -1.69 |
| 9.1 | -1.34 |
| 13.6 | -1.10 |
| 18.2 | -0.91 |
| 22.7 | -0.75 |
| 27.3 | -0.60 |
| 31.8 | -0.47 |
| 36.4 | -0.35 |
| 40.9 | -0.23 |
| 45.5 | -0.11 |
| 50.0 | 0.00 |
| 54.5 | 0.11 |
| 59.1 | 0.23 |
| 63.6 | 0.35 |
| 68.2 | 0.47 |
| 72.7 | 0.60 |
| 77.3 | 0.75 |
| 81.8 | 0.91 |
| 86.4 | 1.10 |
| 90.9 | 1.34 |
| 95.5 | 1.69 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| Shapiro-Wilk Normality Test | | |
|---|---|---|
| Residual | Coefficient (a) | Product (b) |
| 0.91 | 0.4643 | 0.42 |
| 0.68 | 0.3185 | 0.22 |
| 0.50 | 0.2578 | 0.13 |
| 0.43 | 0.2119 | 0.09 |
| 0.30 | 0.1736 | 0.05 |
| 0.29 | 0.1399 | 0.04 |
| 0.27 | 0.1092 | 0.03 |
| 0.17 | 0.0804 | 0.01 |
| 0.10 | 0.0530 | 0.01 |
| 0.04 | 0.0263 | 0.00 |
| | 0.0000 | |
| | 0.0000 | |
| | 0.0000 | |
| | 0.0000 | |
| | 0.00 | |

| | |
|---|---|
| Shapiro-Wilk Sum: | 1.002 |
| Shapiro-Wilk W: | 0.984 |
| Critical Value: | 5.0% |
| Shapiro-Wilk Comparison W: | 0.9080 |

Normality?: Appears LogNormally Distributed

| | log() |
|---|---|
| Number of Samples: | 21 |
| Sample Mean: | 2.665 |
| Sample Standard Deviation: | 0.226 |

| | |
|---|---|
| 25% Quartile: | 320.0 |
| 50% Quartile(median): | 440.0 |
| 75% Quartile: | 623.0 |
| Inter-Quartile Range: | 303.00 |
| Upper Cutoff: | 1077.50 |

| | log() | Natural Scale |
|---|---|---|
| Required Level of Confidence: | 95% | |
| Upper Confidence Limit: | 2.75 | |
| Upper Tolerance Limit: | 3.06 | 1157.0 |

### PROBABILITY PLOT

y = 121.79x - 274.54
$R^2$ = 0.9514



■ Sample Data        Linear (Sample Data)

# STATISTICAL EVALUATION USING NORMAL DISTRIBUTION

**PROJECT:** Delphi Corporation - Vandalia Faciltiy - Vandalia, OH
**LOCATION:** MW-409D
**COMPOUND:** Trichloroethene
**COMMENT:**

| Sample | |
|---|---|
| Order | Concentration |
| 1 | 1.4 |
| 2 | 7.1 |
| 3 | 7.8 |
| 4 | 17 |
| 5 | 21 |
| 6 | 27 |
| 7 | 28 |
| 8 | 38 |
| 9 | 54 |
| 10 | 61 |
| 11 | 75.7 |
| 12 | 90.4 |
| 13 | 100 |
| 14 | 120 |
| 15 | 133 |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| 29 | |
| 30 | |

| Normal Distribution | |
|---|---|
| Probability | Quartile |
| 6.3 | -1.53 |
| 12.5 | -1.15 |
| 18.8 | -0.89 |
| 25.0 | -0.67 |
| 31.3 | -0.49 |
| 37.5 | -0.32 |
| 43.8 | -0.16 |
| 50.0 | 0.00 |
| 56.3 | 0.16 |
| 62.5 | 0.32 |
| 68.8 | 0.49 |
| 75.0 | 0.67 |
| 81.3 | 0.89 |
| 87.5 | 1.15 |
| 93.8 | 1.53 |

| Shapiro-Wilk Normality Test | | |
|---|---|---|
| Residual | Coefficient (a) | Product (b) |
| 131.60 | 0.5150 | 67.77 |
| 112.90 | 0.3306 | 37.32 |
| 92.20 | 0.2495 | 23.00 |
| 73.40 | 0.1878 | 13.78 |
| 54.70 | 0.1353 | 7.40 |
| 34.00 | 0.0880 | 2.99 |
| 26.00 | 0.0433 | 1.13 |
| | 0.0000 | |
| | 0.0000 | |
| | 0.0000 | |
| | 0.0000 | |
| | 0.0000 | |
| | 0.0000 | |
| | 0.0000 | |
| | 0.0000 | |

| | |
|---|---|
| Shapiro-Wilk Sum: | 153.406 |
| Shapiro-Wilk W: | 0.915 |
| Critical Value: | 5% |
| Shapiro-Wilk Comparison W: | 0.8810 |

Normality?: Appears Normally Distributed

| | |
|---|---|
| Number of Samples: | 15 |
| Sample Mean: | 52.093 |
| Sample Standard Deviation: | 42.865 |

| | |
|---|---|
| 25% Quatrile: | 19.0 |
| 50% Quatrile(median): | 38.0 |
| 75% Quatrile: | 83.1 |
| Inter-Quatrile Range: | 64.1 |
| Upper Cutoff: | 179.1 |

| | |
|---|---|
| Required Level of Confidence: | 95% |
| Upper Confidence Limit: | 71.59 |
| Upper Tolerance Limit: | 130.1 |



**PROBABILITY PLOT**

$y = 0.6345x + 16.948$
$R^2 = 0.9467$

■ Sample Data          —— Linear (Sample Data)

# STATISTICAL EVALUATION USING LOG-NORMAL DISTRIBUTION

**PROJECT:** Delphi Corporation - Vandalia Faciltiy - Vandalia, OH
**LOCATION:** MW-409D
**COMPOUND:** Trichloroethene
**COMMENT:**

| Sample | |
|---|---|
| Order | Log Conc. |
| 1 | 0.15 |
| 2 | 0.85 |
| 3 | 0.89 |
| 4 | 1.23 |
| 5 | 1.32 |
| 6 | 1.43 |
| 7 | 1.45 |
| 8 | 1.58 |
| 9 | 1.73 |
| 10 | 1.79 |
| 11 | 1.88 |
| 12 | 1.96 |
| 13 | 2.00 |
| 14 | 2.08 |
| 15 | 2.12 |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| 29 | |
| 30 | |

| Normal Distribution | |
|---|---|
| Probability | Quartile |
| 6.3 | -1.53 |
| 12.5 | -1.15 |
| 18.8 | -0.89 |
| 25.0 | -0.67 |
| 31.3 | -0.49 |
| 37.5 | -0.32 |
| 43.8 | -0.16 |
| 50.0 | 0.00 |
| 56.3 | 0.16 |
| 62.5 | 0.32 |
| 68.8 | 0.49 |
| 75.0 | 0.67 |
| 81.3 | 0.89 |
| 87.5 | 1.15 |
| 93.8 | 1.53 |

| Shapiro-Wilk Normality Test | | |
|---|---|---|
| Residual | Coefficient (a) | Product (b) |
| 1.98 | 0.5150 | 1.02 |
| 1.23 | 0.3306 | 0.41 |
| 1.11 | 0.2495 | 0.28 |
| 0.73 | 0.1878 | 0.14 |
| 0.56 | 0.1353 | 0.08 |
| 0.35 | 0.0880 | 0.03 |
| 0.29 | 0.0433 | 0.01 |
| | 0.0000 | |
| | 0.0000 | |
| | 0.0000 | |
| | 0.0000 | |
| | 0.0000 | |
| | 0.0000 | |
| | 0.0000 | |
| | 0.00 | |

| | |
|---|---|
| Shapiro-Wilk Sum: | 1.956 |
| Shapiro-Wilk W: | 0.910 |
| Critical Value: | 5.0% |
| Shapiro-Wilk Comparison W: | 0.8810 |

Normality?: Appears LogNormally Distributed

| | log() |
|---|---|
| Number of Samples: | 15 |
| Sample Mean: | 1.497 |
| Sample Standard Devation: | 0.548 |

| | | | |
|---|---|---|---|
| 25% Quartile: | 19.0 | | |
| 50% Quartile (median): | 38.0 | | |
| 75% Quartile: | 83.1 | | |
| Inter-Quartile Range: | 64.05 | | |
| Upper Cutoff: | 179.13 | | |

| | | log() | Natural Scale |
|---|---|---|---|
| Required Level of Confidence: | | 95% | |
| Upper Confidence Limit: | | 1.75 | |
| Upper Tolerance Limit: | | 2.49 | 311.8 |

## PROBABILITY PLOT



y = 48.055x - 21.943
R² = 0.8874

■ Sample Data          Linear (Sample Data)

# STATISTICAL EVALUATION USING NORMAL DISTRIBUTION

**PROJECT:** Delphi Corporation - Vandalia Faciltiy - Vandalia, OH
**LOCATION:** MW–410D
**COMPOUND:** Trichloroethene
**COMMENT:**

| Sample | |
|---|---|
| Order | Concentration |
| 1 | 440 |
| 2 | 450 |
| 3 | 480 |
| 4 | 540 |
| 5 | 590 |
| 6 | 610 |
| 7 | 700 |
| 8 | 700 |
| 9 | 730 |
| 10 | 730 |
| 11 | 760 |
| 12 | 1040 |
| 13 | 1460 |
| 14 | 1570 |
| 15 | 1760 |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| 29 | |
| 30 | |

| Normal Distribution | |
|---|---|
| Probability | Quartile |
| 6.3 | -1.53 |
| 12.5 | -1.15 |
| 18.8 | -0.89 |
| 25.0 | -0.67 |
| 31.3 | -0.49 |
| 37.5 | -0.32 |
| 43.8 | -0.16 |
| 50.0 | 0.00 |
| 56.3 | 0.16 |
| 62.5 | 0.32 |
| 68.8 | 0.49 |
| 75.0 | 0.67 |
| 81.3 | 0.89 |
| 87.5 | 1.15 |
| 93.8 | 1.53 |

| Shapiro-Wilk Normality Test | | |
|---|---|---|
| Residual | Coefficient (a) | Product (b) |
| 1320.00 | 0.5150 | 679.80 |
| 1120.00 | 0.3306 | 370.27 |
| 980.00 | 0.2495 | 244.51 |
| 500.00 | 0.1878 | 93.90 |
| 170.00 | 0.1353 | 23.00 |
| 120.00 | 0.0880 | 10.56 |
| 30.00 | 0.0433 | 1.30 |
| | 0.0000 | |
| | 0.0000 | |
| | 0.0000 | |
| | 0.0000 | |
| | 0.0000 | |
| | 0.0000 | |
| | 0.0000 | |
| | 0.0000 | |

| | |
|---|---|
| Shapiro-Wilk Sum: | 1423.342 |
| Shapiro-Wilk W: | 0.804 |
| Critical Value: | 5% |
| Shapiro-Wilk Comparison W: | 0.8810 |

Normality?: Does Not Appear Normally Distributed

| | |
|---|---|
| Number of Samples: | 15 |
| Sample Mean: | 837.333 |
| Sample Standard Devation: | 424.306 |

| | |
|---|---|
| 25% Quatrile: | 565.0 |
| 50% Quatrile(median): | 700.0 |
| 75% Quatrile: | 900.0 |
| Inter-Quatrile Range: | 335.0 |
| Upper Cutoff: | 1402.5 |

| | |
|---|---|
| Required Level of Confidence: | 95% |
| Upper Confidence Limit: | 1030.29 |
| Upper Tolerance Limit: | 1609.2 |

**PROBABILITY PLOT**

$y = 0.0586x + 0.916$
$R^2 = 0.7919$



■ Sample Data        Linear (Sample Data)

## STATISTICAL EVALUATION USING LOG-NORMAL DISTRIBUTION

**PROJECT:** Delphi Corporation - Vandalia Faciltiy - Vandalia, OH
**LOCATION:** MW-410D
**COMPOUND:** Trichloroethene
**COMMENT:**

| Sample | | Normal Distribution | | Shapiro-Wilk Normality Test | | |
|---|---|---|---|---|---|---|
| Order | Log Conc. | Probability | Quartile | Residual | Coefficient (a) | Product (b) |
| 1 | 2.64 | 6.3 | -1.53 | 0.60 | 0.5150 | 0.31 |
| 2 | 2.65 | 12.5 | -1.15 | 0.54 | 0.3306 | 0.18 |
| 3 | 2.68 | 18.8 | -0.89 | 0.48 | 0.2495 | 0.12 |
| 4 | 2.73 | 25.0 | -0.67 | 0.28 | 0.1878 | 0.05 |
| 5 | 2.77 | 31.3 | -0.49 | 0.11 | 0.1353 | 0.01 |
| 6 | 2.79 | 37.5 | -0.32 | 0.08 | 0.0880 | 0.01 |
| 7 | 2.85 | 43.8 | -0.16 | 0.02 | 0.0433 | 0.00 |
| 8 | 2.85 | 50.0 | 0.00 | | 0.0000 | |
| 9 | 2.86 | 56.3 | 0.16 | | 0.0000 | |
| 10 | 2.86 | 62.5 | 0.32 | | 0.0000 | |
| 11 | 2.88 | 68.8 | 0.49 | | 0.0000 | |
| 12 | 3.02 | 75.0 | 0.67 | | 0.0000 | |
| 13 | 3.16 | 81.3 | 0.89 | | 0.0000 | |
| 14 | 3.20 | 87.5 | 1.15 | | 0.0000 | |
| 15 | 3.25 | 93.8 | 1.53 | | 0.00 | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | Shapiro-Wilk Sum: | | 0.686 |
| 20 | | | | Shapiro-Wilk W: | | 0.895 |
| 21 | | | | Critical Value: | | 5.0% |
| 22 | | | | Shapiro-Wilk Comparison W: | | 0.8810 |
| 23 | | | | | | |
| 24 | | | | Normality?: Appears LogNormally Distributed | | |
| 25 | | | | | | |
| 26 | | | | | | |
| 27 | | | | | | |
| 28 | | | | | | |
| 29 | | | | | | |
| 30 | | | | | | |

| | log() |
|---|---|
| Number of Samples: | 15 |
| Sample Mean: | 2.879 |
| Sample Standard Devation: | 0.194 |

| | | | | log() | Natural Scale |
|---|---|---|---|---|---|
| 25% Quatrile: | 565.0 | Required Level of Confidence: | | 95% | |
| 50% Quatrile(median): | 700.0 | Upper Confidence Limit: | | 2.97 | |
| 75% Quatrile: | 900.0 | Upper Tolerance Limit: | | 3.23 | 1704.4 |
| Inter-Quatrile Range: | 335.0 | | | | |
| Upper Cutoff: | 1402.50 | | | | |

**PROBABILITY PLOT**

y = 137.1x - 344.73
$R^2$ = 0.9032



■ Sample Data          Linear (Sample Data)