| PROFESSIONAL QUALIFICATIONS OF ||
|---|---|
| Mark L. Middleton, MAI, SRA ||
| **EXPERIENCE:** | Executive Vice President of **GUTMANN & MIDDLETON VALUATIONS INC.**. Actively engaged in commercial real estate appraisal and consultation since 1973.<br><br>Executive Vice President of Gutmann & Middleton, Inc. (1985-2001)<br>Manager of Commercial Appraisal Department for RAMCO Appraisal Services (1980-1984)<br>Residential Staff Appraiser with the Appraisal Department of Gem Savings (1973-1980)<br><br>Associate of Applied Science in Business Management, Sinclair Community College – Dayton, Ohio (1978)<br>Diploma, Carroll High School – Dayton, Ohio (1968) |
| **PROFESSIONAL AFFILIATIONS:** | Designations:    Awarded (1989)<br><br>Awarded SRA (1978)<br><br>MAI, Member Appraisal Institute (1991)<br>Membership: |
| **APPRAISAL EDUCATION:** | 2006 What Clients Would Like Their Appraiser To Know<br>2006 Course 420 Business Practices and Ethics<br>2004 Standards of Professional Appraisal Practice<br>2004 Business Practices and Ethics<br>2004 Appraising Manufactured Housing (April)<br>2003 The 26th Annual Real Estate Economic Seminar (December)<br>2003 Evaluating Residential Construction (May)<br>2002 The 25th Annual Real Estate Economic Seminar (December)<br>2002 Appraisal Technology Seminar Utilizing Technology to Increase Quality and Efficiency (No Exam)<br>FHA Appraisal Inspection from the Ground Up, What Every Appraiser Should Know (No Exam)<br>2001 HUD Map Third Party Technical Trading (No Exam)<br>Real Estate Fraud: The Appraiser's Responsibilities and Liabilities (No Exam)<br>2000 The 23rd Annual Real Estate Economic Seminar (No Exam)<br>International Right of Way Association, May 2000 Education Seminar (No Exam)<br>1999 Eminent Domain and Condemnation Appraisal (No Exam)<br>The 22nd Annual Real Estate Economic Seminar (No Exam)<br>1998 Successfully completed Standards of Professional Practice, Part B – Appraisal Institute (November)<br>Successfully completed Standards of Professional Practice, Part A – USPAP (September)<br>Litigation Skills for the Appraiser (No Exam)<br>1997 The 20th Annual Real Estate Economic Seminar (No Exam)<br>Appraising Nursing/Congregate Care Facilities (No Exam)<br>1996 The Nineteenth Annual Real Estate Economic Seminar (No Exam)<br>Recent Real Estate Investment Trends and its Impact on the Appraiser (No |

| | |
|---|---|
| | Exam) |
| | 1995   The Eighteenth Annual Real Estate Economic Seminar (No Exam) |
| | Appraisal Institute Seminar, The Form Report as a Communication Tool (No Exam) |
| | Dayton Area Board of Realtors Seminar Using Market Information |
| | 1994 Understanding Limited Appraisals and Appraisal Reporting Options: General – Appraisal Institute Seminar (No Exam) |
| | The New Uniform Residential Appraisal Report – Appraisal Institute Seminar (No Exam) |
| | 1993  Appraisal Reporting of Complex Residential Properties – Appraisal Institute Seminar (No Exam) |
| | Evaluating Residential Construction – Appraisal Institute Seminar (No Exam) |
| | 1992  Appraiser's Legal Liabilities – Appraisal Institute Seminar (No Exam) |
| | 1991 State of Ohio Certified General Real Estate Appraiser – June 28, 1991 (Exam Required and Passed) |
| | Appraisal Institute Standards of Professional Practice, Part A – May 4, 1991 (Examination Required and Passed) |
| | Successfully completed the State of Ohio General Examination for State Certification – May 18, 1991 |
| | Successfully completed the Appraisal Institute Comprehensive Examination (February 25, 1991) |
| | 1990  The Comprehensive Appraisal Workshop – Dallas, TX (No Exam) |
| | 1988 S.R.E.A Course 202, Applied Income Property Valuation (Examination Required and Passed) |
| | S.R.E.A Professional Practice and the Society of Real Estate Appraisers – Dayton, Ohio (No Exam) |
| | 1984 S.R.E.A Real Estate Investments an Introduction to Cash Flow and Risk Analysis, Market and Marketability Analysis and Investment Feasibility Analysis – Dayton, Ohio (No Exam) |
| | 1983 S.R.E.A. Seminar, Real Estate Computer Selection and Applications – Cincinnati, Ohio (No Exam) |
| | 1982 S.R.E.A Seminar, Real Estate Computer Selection and Applications – Cincinnati, Ohio (No Exam) |
| | 1979  S.R.E.A Seminar, Basic Money Market – Dayton, Ohio (No Exam) |
| | 1976 S.R.E.A Course101, Introduction to Appraising Real Property – Columbus, Ohio (No Exam) |
| | 1975  S.R.E.A Seminar, Red Lining – Dayton, Ohio (No Exam) |
| | As of the date of this report, I, Mark L. Middleton, MAI, SRA have completed the requirements under the continuing Education Program of the Appraisal Institute. |