ORRICK HERRINGTON & SUTCLIFFE LLP
The Washington Harbour
3050 K Street, N.W.
Washington, DC  20007
Telephone: (202) 339-8400
Facsimile:  (202) 339-8500
Jonathan P. Guy (Bar No. JG 0656)
Richard H. Wyron
Matthew W. Cheney

*Attorneys for Westwood Associates, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| **DELPHI CORPORATION, <u>et al.</u>,** | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Matthew W. Cheney, a member in good standing of the Bar of the United States District Courts for the Districts of Maryland and District of Columbia, and an attorney with the firm of Orrick, Herrington & Sutcliffe, LLP, Counsel for Westwood Associates, Inc., do hereby certify that on the 24th day of November, 2006, I caused true and correct copies of the *Response of Westwood Associates, Inc. to Debtors' Third Omnibus Objection to Claims* to be served, as indicated, on the parties set forth on the annexed service list.

Dated: November 24, 2006
       Washington, DC

ORRICK HERRINGTON & SUTCLIFFE LLP

By:   /s/ Matthew W. Cheney
      Matthew W. Cheney
      The Washington Harbour
      3050 K Street, N.W.
      Washington, DC  20007
      Telephone: (202) 339-8400
      Facsimile:  (202) 339-8500

*Attorneys for Westwood Associates, Inc.*

# SERVICE LIST

## VIA ELECTRONIC MAIL

Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
Attn:  John Wm. Butler, Jr.
jbutler@skadden.com

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Attn:  Kenneth S. Ziman
kziman@stblaw.com

Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Attn:  Marlane Melican
marlane.melican@dpw.com

Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Attn:  Robert J. Rosenberg
       Mark A. Broude
robert.rosenberg@lw.com
mark.broude@lw.com

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY  10004
Attn:  Bonnie Steingart
steinbo@friedfrank.com

## VIA FACSIMILE

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn:  General Counsel
Fax:  248-813-2670

Office of the U.S. Trustee for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
Attn:  Alicia M. Leonhard
Fax:  212-668-2255