CURTIS, MALLET-PREVOST,
  COLT & MOSLE LLP
Steven J. Reisman (SR 4906)
101 Park Avenue
New York, New York  10178-0061
Tel:  (212) 696-6000
Fax:  (212) 697-1559
Email:  sreisman@cm-p.com

*Counsel for Flextronics International
  Asia-Pacific Ltd. and certain of its affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                 :
In re                                            :    Chapter 11
                                                 :
DELPHI CORPORATION, et al.,                      :    Case No. 05-44481 (RDD)
                                                 :
                    Debtors.                     :    (Jointly Administered)
                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**RESERVATION OF RIGHTS OF FLEXTRONICS INTERNATIONAL ASIA-PACIFIC LTD. AND CERTAIN OF ITS AFFILIATES WITH RESPECT TO THE DEBTORS' (I) THIRD OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. § 502(B) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) CLAIMS WITH INSUFFICIENT DOCUMENTATION, (B) CLAIMS UNSUBSTANTIATED BY DEBTORS' BOOKS AND RECORDS, AND (C) CLAIMS SUBJECT TO MODIFICATION AND (II) MOTION TO ESTIMATE CONTINGENT AND UNLIQUIDATED CLAIMS PURSUANT TO 11 U.S.C. § 502(C)**

Flextronics International Asia-Pacific Ltd. and certain of its affiliates (collectively, "Flextronics") hereby submit this *Reservation of Rights of Flextronics International Asia-Pacific and Certain of its Affiliates with Respect to the Debtors' (I) Third Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (a) Claims With Insufficient Documentation, (b) Claims Unsubstantiated by Debtors' Books and Records, and (c) Claims Subject to Modification and (II) Motion to Estimate Contingent and Unliquidated Claims Pursuant To 11 U.S.C. § 502(c)* [Dkt. No. 5452] (the "Reservation of Rights") and respectfully represent as follows:

1.      On October 31, 2006, the debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned Chapter 11 cases filed the *Debtors' (I) Third Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (a) Claims With Insufficient*

3278029v2

*Documentation, (b) Claims Unsubstantiated by Debtors' Books and Records, and (c) Claims Subject to Modification and (II) Motion to Estimate Contingent and Unliquidated Claims Pursuant To 11 U.S.C. § 502(c)* (the "Third Objection"). The deadline for serving and filing responses to the Third Objection is November 24, 2006 at 4:00 p.m. (the "Response Deadline").

  2. By the Third Objection, the Debtors object to, and seek to expunge, *inter alia*, proofs of claim nos. 13814, 13818 and 13819 (collectively, the "Flextronics Claims") that Flextronics has asserted against the Debtors.

  3. Flextronics objects to the expungement of the Flextronics Claims pursuant to the Third Objection or otherwise.

  4. The Debtors and Flextronics, through their counsel, have been negotiating regarding certain modifications to the proposed order to the Third Objection (the "Proposed Order") to make clear that the Proposed Order incorporates certain aspects of the *Stipulation and Agreed Order Between Delphi Corporation, et al. and Flextronics International Asia-Pacific Ltd., et al., Regarding Adequate Protection of Prepetition Setoff Rights* [Dkt. No. 3945] (the "Setoff Stipulation").

  5. The negotiations between the Debtors and Flextronics regarding the Proposed Order and the Setoff Stipulation have been fruitful and it is likely that an agreement will be reached. However, due to the recent holiday, *inter alia*, the Debtors and Flextronics have not yet finalized an agreement regarding incorporating portions of the Setoff Stipulation into the Third Objection. Flextronics requested an extension of the Response Deadline from the Debtors but, due to the Debtors' need to notify the Court prior to committing to any extensions of the Response Deadline, the Debtors were not in a position to honor Flextronics' request. Flextronics is confident that appropriate language will be negotiated with the Debtors and submitted to the at or prior to the hearing on the Third Objection.

6. Therefore, in an abundance of caution, Flextronics files this Reservation of Rights in order to protect and reserve its rights to (i) file a response to the Third Objection and (ii) be heard and present oral argument in opposition at the hearing to consider the Third Objection, in the event that settlement discussions with the Debtors are unsuccessful.

Dated: November 24, 2006
New York, New York

**CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP**

By:  */s/ Steven J. Reisman*
 Steven J. Reisman (SR 4906)
101 Park Avenue
New York, New York  10178-0061
Tel: (212) 696-6000
Fax: (212) 697-1559
Email: sreisman@cm-p.com

*Counsel for Flextronics International
 Asia-Pacific Ltd. and certain of its affiliates*

–3–

3278029v2