Heinz Binder (CA 87908)
Wendy W. Smith (CA 133887)
Binder & Malter
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408) 295-1700
Facsimile:   (408) 295-1531

Andrew L. Margulis, Esq.
Ropers, Majeski, Kohn & Bentley
17 State Street, Suite 2400
New York, New York 10004
Tel:  212-668-5927
Fax: 212-668-5929

Attorneys for Creditor, Technology Properties Ltd.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In Re | ) | CASE NO. 05-44481 (RDD) |
|---|---|---|
|  | ) |  |
|  | ) | Chapter 11 |
|  | ) |  |
| DELPHI CORPORATION, et al. | ) | DATE: November 30, 2006 |
|  | ) | TIME: 10:00 a.m. |
|  | ) | ROOM: 610 |
| Debtor. | ) |  |

## CERTIFICATE OF SERVICE VIA FEDERAL EXPRESS MAIL

I, Neda Shakoori, declare:

I am employed in the County of Santa Clara, California.  I am over the age of eighteen (18) years and not a party to the within entitled cause; my business address is 2775 Park Avenue, Santa Clara, California 95050.

On November 21, 2006, I served a true and correct copy of the following document(s):

**1. Response to Objections to Claims of Technology Properties, Ltd (without Exhibits);**

**2. Declaration of Wendy W. Smith in Support of Claims of Technology Properties, Ltd.**

by placing a true copy thereof enclosed in a Federal Express envelope with postage thereon fully prepaid, and placed for collection and mailing on that date following ordinary business practices, in Santa Clara, California, to the parties addressed as follows:

| | |
|---|---|
| Donald Bernstein<br>Brian Resnick<br>Davis, Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY  10017 | Kenneth S. Ziman<br>Simpson, Thacher & Bartlett, LLP<br>425 Lexington Avenue<br>New York, NY  10017<br><br>Alicia M. Leonhard<br>Office of the U.S. Trustee-NY South<br>33 Whitehall Street, Suite 2100<br>New York, NY  10004 |

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on November 21, 2006, at Santa Clara, California.

   /s/   Neda Shakoori
      Neda Shakoori