JOHN A. VOS, ESQ. (#80790)
1430 Lincoln Avenue
San Rafael, CA 94901
(415) 485-5330
For Claimant
TEAM GOLDEN LINK AMERICA CORPORATION

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

In re:                                    ) No: 05-44481 (RDD)
         DELPHI CORPORATION, ET AL,       )
                            Debtor        ) (jointly administered)
                                          )
_____)

**RESPONSE TO OBJECTION TO CLAIM**

Claimant Team Golden Link America Corporation responds to the Second Omnibus Objection to its claim #851. Debtor's objection is based upon the erroneous belief that such claim is duplicative. Such claims is NOT duplicative.

Claimant filed three SEPARATE claims, for three separate amounts. One claim is for $91,766.83; one claim is for $84,709.66; one claim is for $175,658.02. Merely because claimant filed three claims does not mean that any of them are duplicates of each other. Moreover, on their face each separate claims covered a DIFFERENT PERIOD OF TIME as set forth on item #2 of such unique and individual claims. The amounts being different, the period s of time covered for each claim being different, the only commonality between the claims is that each was submitted by the same claimant FOR DISTINCT CLAIMS. Attached to such claims are invoices supporting each of the separate claims. Similarly attached to this Response are copies of such invoices, which includes some of the documents which will be asserted in support

1

1 | of such claims (complete documentation is too voluminous to
2 | attach, and evidentiary proof includes non-documentary physical
3 | items).
4 |     There is no duplication. The objection is patently
5 | unsupported and should be denied.
6 | Dated: November 18, 2006      Respectfully submitted,
7 |                                     LAW OFFICE OF JOHN A VOS
8 |
9 |                                     By: /s/ John A. Vos, Esq.

| United States Bankruptcy Court | District Of | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor | Case Number | This Space For Court Use Only |
|---|---|---|
| Delphi Corporation et. al. | 05-44481 (RDD) | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>TEAM PACIFIC CORPORATION dba<br>Team Golden Link America<br><br>Name and Address where notices should be sent:<br>Team Golden Link America Corporation<br>1799 Old Bayshore Highway<br>Suite 135 Burlingame CA 94010-1316<br>U.S.A.<br>**AND TO:<br>John A. Vos, Esq.<br>1430 Lincoln Avenue     (415)<br>San Rafael, CA  94901    485-5332<br>Telephone Number | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | This Space For Court Use Only |
|---|---|---|

| Account or other number by which creditor identifies debtor: | Check here if this claim ☐ replaces or ☐ amends a previously filed claim<br>dated: _____ |
|---|---|

**1. Basis for Claim**
- ☒ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)          (date)

**2. Date debt was incurred:**
28 Oct 04 - 7 Oct 05

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describes your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
  ☐ Real Estate  ☐ Motor Vehicle
  ☐ Other _____
Value of Collateral $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**Unsecured Nonpriority Claim** $175,658.02
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Domestic support obligations - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $175,658.02   -0-   -0-   $175,658.02
(Unsecured)   (Secured)   (Priority)   (Total)

* If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date:<br>11/15/05 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): [signature] EULOJIO M. ROJA |
|---|---|

*Penalty for presenting fraudulent claim:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

| TEAM PACIFIC CORPORATION | | | | | |
|---|---|---|---|---|---|
| DELPHI-DELCO OUTSTANDING INVOICES | | | | | |
| AS OF: OCT 7, 2005 | | | | | |
| IN US$ DOLLAR | | | | | |

| Invoice Number | Invoice Type | Invoice Date | Due Date | Outstanding $ Amount | Ref PO# | Description / Remarks |
|---|---|---|---|---|---|---|
| 11117 | Invoice | 28-Oct-04 | 27-Nov-04 | 633.86 | 550047170 | Assy Fee |
| 11131 | Invoice | 29-Oct-04 | 28-Nov-04 | 637.75 | 550040129 | Assy Fee |
| 14801 | Invoice | 26-Jul-05 | 25-Aug-05 | 4,060.84 | 550047170 | Assy Fee |
| 14814 | Invoice | 27-Jul-05 | 26-Aug-05 | 4,607.54 | 550047170 | Assy Fee |
| 14832 | Invoice | 28-Jul-05 | 27-Aug-05 | 4,700.11 | 550047170 | Assy Fee |
| 14856 | Invoice | 29-Jul-05 | 28-Aug-05 | 4,158.80 | 550047170 | Assy Fee |
| 14903 | Invoice | 31-Jul-05 | 30-Aug-05 | 5,328.56 | 550047170 | Assy Fee |
| 14959 | Invoice | 5-Aug-05 | 4-Sep-05 | 1,915.66 | 550047170 | Assy Fee |
| 14995 | Invoice | 7-Aug-05 | 8-Sep-05 | 3,191.51 | 550047170 | Assy Fee |
| 15008 | Invoice | 8-Aug-05 | 9-Sep-05 | 2,660.48 | 550047170 | Assy Fee |
| 15030 | Invoice | 11-Aug-05 | 10-Sep-05 | 4,558.83 | 550047170 | Assy Fee |
| 15043 | Invoice | 12-Aug-05 | 11-Sep-05 | 3,830.78 | 550047170 | Assy Fee |
| 15075 | Invoice | 13-Aug-05 | 12-Sep-05 | 5,095.25 | 550047170 | Assy Fee |
| 15083 | Invoice | 15-Aug-05 | 14-Sep-05 | 5,406.50 | 550047170 | Assy Fee |
| 15109 | Invoice | 16-Aug-05 | 15-Sep-05 | 1,912.41 | 550047170 | Assy Fee |
| 15122 | Invoice | 17-Aug-05 | 16-Sep-05 | 2,551.69 | 550047170 | Assy Fee |
| 15144 | Invoice | 18-Aug-05 | 17-Sep-05 | 3,207.20 | 550047170 | Assy Fee |
| 15164 | Invoice | 19-Aug-05 | 18-Sep-05 | 2,563.05 | 550047170 | Assy Fee |
| 15183 | Invoice | 20-Aug-05 | 19-Sep-05 | 1,927.03 | 550047170 | Assy Fee |
| 15198 | Invoice | 22-Aug-05 | 21-Sep-05 | 1,921.61 | 550047170 | Assy Fee |
| 15216 | Invoice | 23-Aug-05 | 22-Sep-05 | 3,867.05 | 550047170 | Assy Fee |
| 15231 | Invoice | 24-Aug-05 | 23-Sep-05 | 2,567.93 | 550047170 | Assy Fee |
| 15249 | Invoice | 25-Aug-05 | 24-Sep-05 | 1,916.74 | 550047170 | Assy Fee |
| 15294 | Invoice | 27-Aug-05 | 26-Sep-05 | 639.82 | 550047170 | Assy Fee |
| 15295 | Invoice | 27-Aug-05 | 26-Sep-05 | 1,297.01 | 550040129 | Assy Fee |
| 15306 | Invoice | 29-Aug-05 | 28-Sep-05 | 2,582.53 | 550040129 | Assy Fee |
| 15309 | Invoice | 29-Aug-05 | 28-Sep-05 | 1,923.23 | 550047170 | Assy Fee |
| 15327 | Invoice | 30-Aug-05 | 29-Sep-05 | 1,949.34 | 550040129 | Assy Fee |
| 15344 | Invoice | 31-Aug-05 | 30-Sep-05 | 2,581.44 | 550040129 | Assy Fee |
| 15366 | Invoice | 31-Aug-05 | 30-Sep-05 | 1,061.88 | 550040129 | Assy Fee |
| 15382 | Invoice | 1-Sep-05 | 1-Oct-05 | 1,294.27 | 550040129 | Assy Fee |
| 15392 | Invoice | 2-Sep-05 | 2-Oct-05 | 6,457.71 | 550040129 | Assy Fee |
| 15425 | Invoice | 7-Sep-05 | 7-Oct-05 | 3,870.26 | 550040129 | Assy Fee |
| 15439 | Invoice | 8-Sep-05 | 8-Oct-05 | 3,052.78 | 550040129 | Assy Fee |
| 15443 | Invoice | 9-Sep-05 | 9-Oct-05 | 3,248.00 | 550040129 | Assy Fee |
| 15463 | Invoice | 10-Sep-05 | 10-Oct-05 | 3,231.58 | 550040129 | Assy Fee |
| 15486 | Invoice | 13-Sep-05 | 13-Oct-05 | 1,938.40 | 550040129 | Assy Fee |
| 15505 | Invoice | 14-Sep-05 | 14-Oct-05 | 2,265.39 | 550040129 | Assy Fee |
| 15594 | Invoice | 20-Sep-05 | 20-Oct-05 | 1,907.79 | 550040129 | Assy Fee |
| 15608 | Invoice | 21-Sep-05 | 21-Oct-05 | 1,929.66 | 550040129 | Assy Fee |
| 15609 | Invoice | 21-Sep-05 | 21-Oct-05 | 637.65 | 550047170 | Assy Fee |
| 15640 | Invoice | 22-Sep-05 | 22-Oct-05 | 1,914.58 | 550047170 | Assy Fee |

DELOCT705     1

| TEAM PACIFIC CORPORATION | | | | | | |
|---|---|---|---|---|---|---|
| DELPHI-DELCO OUTSTANDING INVOICES | | | | | | |
| AS OF: | OCT 7, 2005 | | | | | |
| IN US$ DOLLAR | | | | | | |
| | | | | | | |
| Invoice Number | Invoice Type | Invoice Date | Due Date | Outstanding $ Amount | Ref PO# | Description / Remarks |
| 15641 | Invoice | 22-Sep-05 | 22-Oct-05 | 1,2?? | 550040129 | Assy Fee |
| 15653 | Invoice | 23-Sep-05 | 23-Oct-05 | 2,5?? | 550040129 | Assy Fee |
| 15654 | Invoice | 23-Sep-05 | 23-Oct-05 | 1,2?? | 550047170 | Assy Fee |
| 15690 | Invoice | 24-Sep-05 | 24-Oct-05 | 3,8?? | 550040129 | Assy Fee |
| 15691 | Invoice | 24-Sep-05 | 24-Oct-05 | 6?? | 550047170 | Assy Fee |
| 15703 | Invoice | 26-Sep-05 | 26-Oct-05 | 2,5?? | 550040129 | Assy Fee |
| 15704 | Invoice | 26-Sep-05 | 26-Oct-05 | 1,92? | 550047170 | Assy Fee |
| 15727 | Invoice | 27-Sep-05 | 27-Oct-05 | 3,21? | 550047170 | Assy Fee |
| 15728 | Invoice | 27-Sep-05 | 27-Oct-05 | 2,59? | 550040129 | Assy Fee |
| 15747 | Invoice | 28-Sep-05 | 28-Oct-05 | 1,29?.?? | 550040129 | Assy Fee |
| 15748 | Invoice | 28-Sep-05 | 28-Oct-05 | 4,4?? | 550047170 | Assy Fee |
| 15772 | Invoice | 29-Sep-05 | 29-Oct-05 | 1,93?.? | 550040129 | Assy Fee |
| 15773 | Invoice | 29-Sep-05 | 29-Oct-05 | 6,42?.? | 550047170 | Assy Fee |
| 15784 | Invoice | 30-Sep-05 | 30-Oct-05 | 4,52?.? | 550040129 | Assy Fee |
| 15785 | Invoice | 30-Sep-05 | 30-Oct-05 | 1,923.?4 | 550047170 | Assy Fee |
| 15800 | Invoice | 30-Sep-05 | 30-Oct-05 | 7,138.47 | 550040129 | Assy Fee |
| 15834 | Invoice | 4-Oct-05 | 3-Nov-05 | 1,29?.?4 | 550040129 | Assy Fee |
| 15835 | Invoice | 4-Oct-05 | 3-Nov-05 | 1,282.89 | 550047170 | Assy Fee |
| 15842 | Invoice | 5-Oct-05 | 4-Nov-05 | 3,209.91 | 550047170 | Assy Fee |
| 15873 | Invoice | 6-Oct-05 | 5-Nov-05 | 3,210.99 | 550047170 | Assy Fee |
| 15881 | Invoice | 7-Oct-05 | 6-Nov-05 | 1,935.15 | 550047170 | Assy Fee |
| Total Assy Fee | | | | $ 175,658.02 | | |

DELOCT705                                                                                      2

**DELPHI** _____ Delphi Electronics and Safety

Page 1 of 3

| Buyer: |
|---|
| DELPHI<br>ELECTRONICS & SAFETY<br>P.O. Box 9005<br>KOKOMO IN 46904-9005<br>UNITED STATES |

| Deliver to: |
|---|
| DELPHI D IC DELCO<br>2033 East Boulevard<br>KOKOMO IN 46904-9005<br>UNITED STATES |

| |
|---|
| TEAM PACIFIC CORP<br>ELECTRONICS AVE FTI COMPLEX TAGUIG<br>1630 METRO MANILA<br>PHILIPPINES |

| Requirements Contract | |
|---|---|
| PO Number<br>550040129<br>Version<br>02/15/2005 20:43:57 | Date Issued<br>01/01/2004 |

| |
|---|
| Vendor No:  1008379<br>DUNS No:  718830842 |

| Payment Terms: MN2 | Currency: USD |
|---|---|
| Payment settled on 2nd, 2nd Month | |

Incoterms: UCA-Freight Forwarder's Dock

| Item | Material No. / Description | Plant | | | |
|---|---|---|---|---|---|
| 00010 | 12215237<br>IC ASM-ASI118C, PUR | DAIC DELPHI D IC DELCO | | | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 02/12/2003 | 12/31/2005 | USD | 546.80 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**
16 DEC 2004 EXTENDED PO DATE.

Material Pull System Terms and Conditions:
1. Delphi requires 100% on time delivery performance from suppliers.
2. Quantities or weights required against this order will in all cases be as buyer's current material delivery schedule. This order does not give any commitment to quantities, weights or materials except as shown by buyer's material delivery schedule and described below.
3. Delivery Schedules: The buyer shall transmit to the seller a delivery schedule Kanban DBLJIT (Pull Signal) from time to time by electronic means that is

| Purchasing Contact: Chang, Jacey(IC) | Contact Address: |
|---|---|
| Phone:  65-6450-8488 | DELPHI AUTOMOTIVE SYSTEMS S'PORE PT<br>501 ANG MO KIO INDUSTRIAL PARK 1,<br>SINGAPORE 569621 |
| Fax:  65-65526734 | |

Date and Time Printed:    02/15/2005 20:43:57

**DELPHI** _____ Delphi Electronics and Safety

Page 2 of 3

TEAM PACIFIC CORP
ELECTRONICS AVE FTI COMPLEX TAGUIG
1630 METRO MANILLA
PHILIPPINES

**Requirements Contract**

PO Number                           Date Issued
550040129                           01/01/2004
Version
02/15/2005 20:43:57

| Item No. | Material No. Description | Plant |
|---|---|---|

**Notes Continued:**

specified by the Buyer. The Pull Signal shall Specify quantity, and time that delivery of the goods shall be made from the Seller to the Buyer. The buyer shall not be required to make payment for goods delivered to Buyer which are in excess of the quantity specified in the Buyer's Pull Signal.

4. Material Commitment Authorization: The Buyer agrees to purchase from the Seller a specific amount of goods (Hereafter referred to as "The Committed Quantity") listed on the Buyer's forecast delivery schedule. The committed quantity shall be measured on the Forecast as a total quantity over the period of time between the most recent planning week and twelve (12) consecutive, subsequent weeks, inclusive. The Buyer reserves the right to update and change the forecast delivery schedule from time to time. The Seller agrees that no more then four (4) weeks of the committed quantity shall be processed into a finished state that is ready for delivery to the Buyer unless otherwise approved by the Buyer in writing. The balance of the committed material is to be work in process valued at no more than fifty percent (50%) of the purchase price.
*********************
This Contract replaces previous contract # 00484838-001.
*********************


*********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
*********************

***************************************************************
Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).

***************************************************************
Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process (SPDP) and in the Production Part Approval Process (PPAP) Manual. The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping production quantities. Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

***************************************************************
Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division. Irreversible corrective action plans for these failures must be developed and implemented. The plans with effective dates are to be reported back to the Delphi Division who requested the analysis.

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

# DELPHI

Delphi Electronics and Safety

Page 3 of 3

| | |
|---|---|
| TEAM PACIFIC CORP<br>ELECTRONICS AVE FTI COMPLEX TAGUIG<br>1630 METRO MANILLA<br>PHILIPPINES | **Requirements Contract**<br>PO Number: 550040129<br>Date Issued: 01/01/2004<br>Version: 02/15/2005 20:43:57 |

**Item No.   Material No.   Description                                    Plant**

**Notes Continued**

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

*********************************************************

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.

*********************************************************

# DELPHI

Delphi Electronics and Safety

Page 1 of 4

| Buyer: |
|---|
| DELPHI<br>ELECTRONICS & SAFETY<br>P.O. Box 9005<br>KOKOMO IN 46904-9005<br>UNITED STATES |

| Deliver to: |
|---|
| DELPHI D IC DELCO<br>2033 East Boulevard<br>KOKOMO IN 46904-9005<br>UNITED STATES |

TEAM PACIFIC CORP
ELECTRONICS AVE FTI COMPLEX TAGUIG
1630 METRO MANILLA
PHILIPPINES

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550047170 | 01/01/2004 |
| Version | |
| 02/15/2005 20:42:30 | |

| Vendor No: | 1008379 |
|---|---|
| DUNS No: | 718830842 |

**Payment Terms:** ZNN  **Currency:** USD

Payment settled on 2nd, 2nd Month

Incoterms: FCA Freight Forwarder's Dock

| Item No | Description | | | | | |
|---|---|---|---|---|---|---|
| 00020 | 9355994 | | DAIC DELPHI D IC DELCO | | | |
| | IC ASM-ASI120,PUR | | | | | |
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 01/01/2003 | 11/30/2003 | USD | 670.90 | 1,000 | PC |
| | 12/01/2003 | 12/31/2005 | USD | 702.90 | 1,000 | PC |
| This Requirement Contract is for 100% unless otherwise specified. | | | | | | |
| 00010 | 16243912 | | DAIC DELPHI D IC DELCO | | | |
| | IC ASM-ASI,110C,PUR | | | | | |
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 01/01/2003 | 12/31/2005 | USD | 541.30 | 1,000 | PC |
| This Requirement Contract is for 100% unless otherwise specified. | | | | | | |

Notes:

| Purchasing Contact: Chang, Jacey(IC) | Contact Address: |
|---|---|
| Phone: 65-6450-8488 | DELPHI AUTOMOTIVE SYSTEMS S'PORE PT<br>501 ANG MO KIO INDUSTRIAL PARK 1,<br>SINGAPORE 569621 |
| Fax: 65-65526734 | |

Date and Time Printed: 02/15/2005 20:42:30

AM PACIFIC CORP
CTRONICS AVE FTI COMPLEX TAGUIG
METRO MANILLA
PHILIPPINES

**Requirements Contract**

PO Number: 550047170
Date Issued: 01/01/2004
Version: 02/15/2005 20:42:30

**Item No.   Material No.   Description   Plant**

**Notes Continued**

16 DEC 2004 - EXTENDED THE PO DATE.

Material Pull System Terms and Conditions:
1. Delphi requires 100% on time delivery performance from suppliers.
2. Quantities or weights required against this order will in all cases be as buyer's current material delivery schedule. This order does not give any commitment to quantities, weights or materials except as shown by buyer's material delivery schedule and described below.
3. Delivery Schedules: The buyer shall transmit to the seller a delivery schedule Kanban DELJIT (Pull Signal) from time to time by electronic means that is specified by the Buyer. The Pull Signal shall Specify quantity, and time that delivery of the goods shall be made from the Seller to the Buyer. The buyer shall not be required to make payment for goods delivered to Buyer which are in excess of the quantity specified in the Buyer's Pull Signal.
4. Material Commitment Authorization: The Buyer agrees to purchase from the Seller a specific amount of goods (Hereafter referred to as "The Committed Quantity") listed on the Buyer's forecast delivery schedule. The committed quantity shall be measured on the Forecast as a total quantity over the period of time between the most recent planning week and twelve (12) consecutive, subsequent weeks, inclusive. The Buyer reserves the right to update and change the forecast delivery schedule from time to time. The Seller agrees that no more then four (4) weeks of the committed quantity shall be processed into a finished state that is ready for delivery to the Buyer unless otherwise approved by the Buyer in writing. The balance of the committed material is to be work in process valued at no more than fifty percent (50%) of the purchase price.
********************

*************************************************************

Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).

*************************************************************

SPDP / PPAP:
Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process (SPDP) and in the Production Part Approval Process (PPAP) Manual. The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping production quantities. Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

*************************************************************

Toxic:
Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute sellers acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi Buyer.

*************************************************************

Failure Analysis:
Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division. Irreversible

05-44481-rdd    Doc 5817    Filed 11/21/06    Entered 11/27/06 08:58:06    Main Document
Pg 11 of 12

**DELPHI** _____ Delphi Electronics and Safety

Page 3 of 4

TEAM PACIFIC CORP
ELECTRONICS AVE FTI COMPLEX TAGUIG
1630 METRO MANILLA
PHILIPPINES

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550047170 | 01/01/2004 |
| Version | |
| 02/15/2005 20:42:30 | |

| Item No. | Material No. Description | | Plant | | |
|---|---|---|---|---|---|

**Notes Continued**

corrective action plans for these failures must be developed and implemented. The plans with effective dates are to be reported back to the Delphi Division who requested the analysis.

***

EDI:
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

***

Send the invoices to the following address:
Delphi Automotive Systems Singapore PTE Ltd.
Attention: Accounts Payable
501 Ang Mo Kio Industrial Park 1
Singapore 569621

Tel: 65-645-08-544 Fax: 65-645-48-247

***

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposeswill be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.

This Contract replaces previous contract # 00477785-001.

***

Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.

**DELPHI** _____ Delphi Electronics and Safety

Page 4 of 4

TEAM PACIFIC CORP
ELECTRONICS AVE FTI COMPLEX TAGUIG
1630 METRO MANILA
PHILIPPINES

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550047170 | 01/01/2004 |
| Version | |
| 02/15/2005 20:42:30 | |

**Item No.   Material No.                                   Plant**
**            Description**

**Notes Continued**

*********************

Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).

Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process (SPDP) and in the Production Part Approval Process (PPAP) Manual. The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping production quantities. Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions") Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division. Irreversible corrective action plans for these failures must be developed and implemented. The plans with effective dates are to be reported back to the Delphi Division who requested the analysis.

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.