JOHN A. VOS, ESQ. (#80790)
1430 Lincoln Avenue
San Rafael, CA  94901
(415) 485-5330
For Claimant
TEAM GOLDEN LINK AMERICA CORPORATION

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

In re:                                               ) No: 05-44481 (RDD)
       DELPHI CORPORATION, ET AL,   )
                                     Debtor   ) (jointly administered)
_____)

## RESPONSE TO OBJECTION TO CLAIM

Claimant Team Golden Link America Corporation responds to the Second Omnibus Objection to its claim #6954.  Debtor's objection is based upon the assertion that such claim is duplicative. Such claims is not 'paired' with its alleged duplicative claim, thus rendering it difficult if not impossible for claimant to determine whether, or not, such claim is duplicative. Claimant asks that the claims objector specify which claim is duplicative of this claim, if any.

Dated: November 20, 2006            Respectfully submitted,

                                                    LAW OFFICE OF JOHN A VOS

                                                    _____/s/_____
                                                    By:   John A. Vos, Esq.