UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
                                        :    Chapter 11
    In re                               :
                                        :    Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,             :
                                        :    (Jointly Administered)
                    Debtors.            :
-----------------------------------------------------------x

### RESPONSE OF CLAIMANT, PEERLESS TRANSPORTATION COMPANY TO NOTICE OF OBJECTION TO CLAIM AS SET FORTH IN DEBTOR'S THIRD OMNIBUS OBJECTION

| | |
|---|---|
| Claimant: | Peerless Transportation Company |
| Claim No.: | 10686 |
| Date Claim filed: | July 26, 2006 |
| Asserted Claim Amount: | $5,000,000.00 |
| Basis for Debtor's Objection: | Unsubstantiated Claim |
| Debtors' Proposed Treatment of Claim: | Disallow and Expunge. |

I.   Claimant's Statement As To Why Claim Should Not Be Disallowed

The Peerless Transportation Company ("Peerless") was a trucking company located in Dayton, Ohio. In the mid 1980's, the company hauled waste generated by Delco's facilities in Kettering and Dayton, Ohio. Peerless delivered the Delco waste to some part of the Tremont Landfill. Peerless has documentation showing the date, ticket number, and cubic yards brought to the landfill.

On December 22, 2003, Peerless received a General Notice of Potential Liability from the EPA. Peerless continues to receive notices from the EPA about this site. It is unknown whether the wastes Delco provided to Peerless were hazardous. Peerless, therefore, has considerable financial exposure for the waste Delco provided to Peerless for transport to the Tremont Landfill. The EPA has summoned company representatives to a meeting regarding these issues scheduled for January 17, 2007.

II.  Identification Of Documentation Or Other Evidence Upon Which Claimant Will Rely

a.   Several US EPA notices naming Claimant as a Potentially Responsible Party
b.   Voluminous waste tickets evidencing the waste transported by Claimant from Delco to the landfill.

All documents will be made available for inspection at a time convenient to the parties.

III.    <u>Amount Claimant Believes Would Be The Allowable Amount Of Such Claim</u>

$5,000,000.00

IV.    <u>Address To Which Debtors Must Deliver Any Reply To This Response</u>

Christopher J. Aluotto, Esq.
Robert F. Brown, Esq.
Rendigs, Fry, Kiely & Dennis, LLP
One West Fourth Street, Suite 900
Cincinnati, Ohio 45202-3688

V.    <u>Person Possessing Ultimate Authority To Reconcile, Settle Or Otherwise Resolve</u>

Christopher J. Aluotto, Esq.
Robert F. Brown, Esq.
Rendigs, Fry, Kiely & Dennis, LLP
One West Fourth Street, Suite 900
Cincinnati, Ohio 45202-3688

Cathy McCoy
Chris Bridges
The Peerless Transportation Co
One Specialty Place
P O Box 1296
Dayton, OH  45401

Respectfully submitted,

/s/ Robert F. Brown

Robert F. Brown (0040143)
Rendigs, Fry, Kiely & Dennis, L.L.P.
One West Fourth Street, Suite 900
Cincinnati, Ohio 45202-3688
(513) 381-9200
(513) 381-9206
rbrown@rendigs.com
Attorney for Peerless Transportation Co.
and Mad River Transportation, Inc.

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2006, I filed a hard-copy and disk format of the Response of Claimant Peerless Transportation Co. with the clerk via Federal Express mail.

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Attn.: General Counsel

Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Attn.: John William Butler, Jr., Esq.

Simpson, Thacher & Bartlett, LLP
425 Lexington Avenue
New York, NY 10017
Attn. Kenneth S. Ziman, Esq.

Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Attn.: Donald Bernstein, Esq. and Brian Resnick, Esq.

Latham & Watkins, LLP
885 Third Avenue
New York, NY 10022
Attn.: Robert J. Rosenberg, Esq. and Mark A. Broude, Esq.

Fried, Frank, Harris, Shriver & Jacobson, LLP
One New York Plaza
New York, NY 10004
Attn.: Bonnie Steingart , Esq.

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
Attn.: Alicia M. Leonhard

_____
Robert E. Brown

480864.1
11/17/06                                    3