UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x
In Re:                                          :    Chapter 11
                                                :
DELPHI CORPORATION, et al.,                     :    Case No. 05-44481 (RDD)
                                                :
            Debtors.                            :    (Jointly Administered)
                                                :
-------------------------------------------------x

## RESPONSE OF LASALLE NATIONAL BANK, AS TRUSTEE, TO THIRD OMNIBUS CLAIMS OBJECTION

LaSalle National Bank, as Trustee under Trust Agreement dated October 1, 1990 and known as Trust No. 115897 ("LaSalle"), for its Response to Debtors' Third Omnibus Claims Objection, states as follows:

Pursuant to a lease dated October 29, 1990, and subsequent amendments thereto, Lasalle is the landlord and Delphi Mechatronic Systems, Inc. ("Delphi") is the tenant at the premises located at 3110 Wood Creek Drive, Downers Grove, Illinois (the "Premises"). The lease and amendments thereto are attached to LaSalle's proof of claim and are referred to herein collectively as the "Lease." LaSalle's claim is based on real estate taxes that are due from Delphi pursuant to Article VI of the Lease.

On October 8, 2005, Delphi filed its bankruptcy petition. In Illinois, real estate taxes are paid in arrears. For example, 2005 real estate taxes are due and payable in 2006. In May, 2006, LaSalle, through its agent, Nicolson, Porter & List, sent a notice to Delphi requesting payment for 2005 real estate taxes. To date, Delphi has not paid any of the 2005 real estate taxes which it owes under the terms of the Lease.

The 2005 real estate taxes for the Premises was $72,817.26. A copy of the 2005 real estate tax bill is attached hereto as Exhibit A. The amount of the first installment 2005 real estate taxes, for the period from January 1 through June 30, 2005 was $36,408.63. Since Delphi occupied all of the Premises during this time period, it is responsible for the entire first installment 2005 real estate tax payment of **$36,408.63**.

The second installment 2005 real estate taxes, which covers the period from July 1 through December 31, was also $36,408.63. Since there were 184 days in the second half of 2005, the amount of real estate taxes owed per day during that time period was $197.87. Delphi is not responsible for the full amount of the second installment 2005 tax bill because on August 15, 2005, Delphi reduced the amount of space it occupied at the Premises. As of August 15, 2005, Delphi only occupied 72.02% of the Premises. Using the $197.87 owed per day, Delphi owes **$9,102.02** for the 46 – day period between July 1, 2005 and August 15, 2005 (the day Delphi first occupied less space at the Premises). Based on the $197.87 owed per day, the amount of taxes owed for the 53 – day period between August 16, 2005 and October 7, 2005 (the day before the filing of the bankruptcy petition) was $10,487.11. Delphi owes 72.02% of this amount, which equals **$7,552.82**. Thus, Delphi's total prepetition debt in connection with the 2005 real estate tax bill is **$53,063.47** ($36,408.63 + $9,102.02 + $7,552.82).

Regarding the period after the filing of the bankruptcy petition, for the 85 – day period from October 8, 2005 through December 31, 2005, the prorated amount of the 2005 real estate taxes was $16,818.95. Delphi owes 72.02% of this amount, which equals $12,113.01. Thus, Delphi's postpetition debt relating to the 2005 real estate taxes for the Premises is **$12,113.01**.

LaSalle is entitled to an unsecured claim in the amount of $53,063.47 for prepetition debt and LaSalle is entitled to be reimbursed in full for the $12,113.01 in real estate taxes that constitute postpetition debt.

In addition to the address on LaSalle's proof of claim, any Reply to this Response should be delivered to: Jonathan E. Rothschild, John D. Silk, Rothschild, Barry & Myers, 55 West Monroe Street, Suite 3900, Chicago, Illinois 60603. The name, address and telephone number of the person possessing ultimate authority to reconcile, settle, or otherwise resolve the claim is: Jonathan E. Rothschild, John D. Silk, Rothschild, Barry & Myers, 55 West Monroe Street, Suite 3900, Chicago, Illinois 60603, (312) 372-2345.

Dated:    November 21, 2006

                         ROTHSCHILD, BARRY & MYERS

                         By:    /s/ John D. Silk
                                  John D. Silk
                                  55 West Monroe Street, Suite 3900
                                  Chicago, Illinois  60603-5017

                                  Attorneys for LaSalle National Bank as Trustee under Trust Agreement dated October 1,1990 and known as Trust No. 115897

**EXHIBIT A**

PAY ON-LINE AT: www.dupageco.org/treasurer

MDG2005 00281123 1 MB 0326 Q9231S

05-36-201-015
DELPHI AUTOMOTIVE SYSTEMS
5825 DELPHI DR
TROY MI 48098-2828

281123

**1**

| ON OR BEFORE: | PAY: |
|---|---|
| JUNE 1, 2006 | $36,408.63 |
| PAYING LATE? | PAY THIS AMOUNT: |
| JUN 2 THRU 30 | 36954.76 |
| JUL 1 THRU 31 | 37500.89 |
| AUG 1 THRU 31 | 38047.02 |
| SEP 1 THRU 30 | 38593.15 |
| OCT 1 THRU 31 | 39139.28 |
| NOV 1 THRU 17 | 39685.41 |

U.S. POSTMARK IS USED TO DETERMINE LATE PENALTY.

PAYMENT OF THIS 2005 TAX BILL AFTER OCTOBER 31, 2006, REQUIRES A CASHIER'S CHECK, CASH OR MONEY ORDER.

**NO PAYMENT WILL BE ACCEPTED AFTER NOV. 17, 2006**

1053620101585111000364086311

---

**2005 DU PAGE COUNTY REAL ESTATE TAX BILL**

PARCEL NUMBER 05-36-201-015
$36,408.63 DUE ON JUNE 1, 2006
$36,408.63 DUE ON SEPT 1, 2006

JOHN LOTUS NOVAK, County Collector
OFFICE: 421 N. COUNTY FARM RD., WHEATON, IL 60187
HOURS: 8-4:30, MON-FRI    PHONE 630-407-5900

| 2004 RATES | 2005 RATES | TAX DISTRICTS / CODE 5111 | 2004 TAX | 2005 TAX | 2004 RATES | 2005 RATES | TAX DISTRICTS / CODE 5111 | 2004 TAX | 2005 TAX |
|---|---|---|---|---|---|---|---|---|---|
| | | **COUNTY** | | | | | **EDUCATION** | | |
| .1043 | .1030 | COUNTY OF DU PAGE | 1581.45 | 1558.12 | 1.6482 | 1.5880 | G S DIST 58-EX BDS | 24990.99 | 24022.31 |
| .0252 | .0250 | PENSION FUND | 382.09 | 378.18 | .0617 | .0598 | PENSION FUND | 935.53 | 904.61 |
| .0413 | .0354 | COUNTY HEALTH DEPT | 626.21 | 535.50 | .0622 | .0571 | G S DIST 58-JJ BD | 943.11 | 863.77 |
| .0142 | .0163 | PENSION FUND | 215.30 | 246.57 | 1.5414 | 1.4911 | HIGH SCHOOL DIST 99 | 23371.63 | 22556.46 |
| .1270 | .1179 | FOREST PRESERVE DIST | 1925.65 | 1783.52 | .0500 | .0454 | PENSION FUND | 758.19 | 686.78 |
| .0088 | .0092 | PENSION FUND | 133.43 | 139.17 | .1931 | .1843 | COLLEGE DU PAGE 502 | 2927.89 | 2787.97 |
| .0213 | .0198 | DU PAGE AIRPORT AUTH | 322.96 | 299.52 | .0041 | .0031 | PENSION FUND | 62.27 | 47.01 |
| | | **LOCAL** | | | | | | | |
| NO LEVY | NO LEVY | DU PAGE WATER COMM | | | | | | | |
| .0406 | .0388 | MILTON TOWNSHIP | 615.60 | 586.94 | | | | | |
| .0622 | .0601 | MILTON TWP ROAD | 943.11 | 909.15 | | | | | |
| .1876 | .1666 | VLG DWNRS GR EX FIRE | 2844.50 | 2520.22 | | | | | |
| .1204 | .1296 | PENSION FUND | 1871.06 | 1960.51 | | | | | |
| .1263 | .1175 | VLG DWNRS GR FIRE | 1945.36 | 1777.46 | | | | | |
| .2033 | .1942 | VLG DWNRS GR LIBR | 3082.55 | 2937.74 | | | | | |
| .3040 | .2908 | DOWNERS GROVE PARK | 4609.43 | 4399.04 | | | | | |
| .0282 | .0280 | PENSION FUND | 427.58 | 423.56 | | | | | |
| .0339 | .0326 | DOWNERS GR SAN DIST | 514.01 | 493.15 | | | | | |
| | | | | | 5.0143 | 4.8136 | TOTALS | 76029.84 | 72817.26 |

**NO PAYMENT WILL BE ACCEPTED AFTER 4:30 PM ON NOVEMBER 17, 2006**

---

ASSESSMENT QUESTIONS? CALL YOUR TOWNSHIP ASSESSOR 630-653-5220

MULTIPLIERS WHICH EQUALIZE ASSESSED VALUE

| SUPERVISOR OF ASSESSMENTS | BOARD OF REVIEW | STATE | 2004 BILLING VALUE | 2004 RESIDENTIAL FAIR CASH VALUE | 2005 RESIDENTIAL FAIR CASH VALUE |
|---|---|---|---|---|---|
| .073000 | 1.000000 | 1.0000 | 1516260 | | |

| EQUALIZED ASSESSMENT | SENIOR FREEZE EXEMPTION | SENIOR EXEMPTION | RESIDENTIAL EXEMPTION | 2005 BILLING VALUE | TOTAL TAX RATE PER $100 VALUATION | TOTAL 2005 TAX DUE |
|---|---|---|---|---|---|---|
| 1512740 | − | − | − = | 1512740 | X 4.8136/100 = | 72,817.26 |

DELPHI AUTOMOTIVE SYSTEMS
5825 DELPHI DR
TROY MI 48098-2828

TO CHANGE NAME/ADDRESS, CALL COUNTY CLERK AT 630-407-5540

---

**MAKE CHECK PAYABLE TO: DU PAGE COUNTY COLLECTOR** — *SEND THIS COUPON* WITH YOUR 2nd INSTALLMENT PAYMENT OF **2005 TAX**

MAIL PAYMENT TO: P.O. BOX 4203, CAROL STREAM, IL 60197-4203
PAY ON-LINE AT: www.dupageco.org/treasurer

05-36-201-015
DELPHI AUTOMOTIVE SYSTEMS
5825 DELPHI DR
TROY MI 48098-2828

**2**

| ON OR BEFORE: | PAY: |
|---|---|
| SEPT 1, 2006 | $36,408.63 |
| PAYING LATE? | PAY THIS AMOUNT: |
| SEP 2 THRU 30 | 36954.76 |
| OCT 1 THRU 31 | 37500.89 |
| NOV 1 THRU 17 | 38057.02 * |

* INCLUDES $10 COST - SEE BACK OF BILL FOR EXPLANATION

U.S. POSTMARK IS USED TO DETERMINE LATE PENALTY.

PAYMENT OF THIS 2005 TAX BILL AFTER OCTOBER 31, 2006, REQUIRES A CASHIER'S CHECK, CASH OR MONEY ORDER.

**NO PAYMENT WILL BE ACCEPTED AFTER NOV. 17, 2006**

2053620101585111000364086312