IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION et al., | ) | Chapter 11 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

### AFFIDAVIT BY ADMINISTAR SERVICES GROUP, INC.

I, Stephen D. Kerlin, certify as follows:

A) I am a Bankruptcy Consultant for Administar Services Group, Inc. ("ASG").

B) On November 22, 2006 I caused to be served, copies of the following document: RESPONSE OF AUTOLIV ASP, INC. TO THE DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS¹ ("THE DOCUMENT") attached hereto as Exhibit A upon all parties attached hereto as Exhibit B via UPS NEXT DAY.

C) On November 22, 2006 I caused to be served copies of THE DOCUMENT upon all parties attached hereto as Exhibit C via FAX.

Executed in Jacksonville, Florida this 27th day of November, 2006.

_[signature]_
Stephen D. Kerlin
Bankruptcy Consultant
Administar Services Group, Inc.

| | | |
|---|---|---|
| STATE OF FLORIDA | ) | |
| | ) SS: | JACKSONVILLE |
| COUNTY OF DUVAL | ) | |

Subscribed, sworn to and acknowledged before me by Stephen D. Kerlin, Bankruptcy Consultant for Administar Services Group, Inc. on November 27, 2006.

_[signature]_
Notary Public
My Commission Expires:

NOTARY PUBLIC-STATE OF FLORIDA
Kimberly A. Ramage
Commission # DD431624
Expires: MAY 22, 2009
Bonded Thru Atlantic Bonding Co., Inc.

# Exhibit A

05-44481-rdd    Doc 5829    Filed 11/27/06    Entered 11/27/06 11:45:51    Main Document
Pg 2 of 13

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 496-7997
Timothy A. Fusco (P13768)(pro hac vice)
fusco@millercanfield.com

Attorneys for Autoliv ASP, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------

### RESPONSE OF AUTOLIV ASP, INC. TO
### THE DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS[1]

Autoliv ASP, Inc. ("Autoliv"), by its counsel, Miller Canfield, Paddock and Stone, P.L.C., responds to the Debtors' Third Omnibus Objection to Claims objecting to Autoliv's Proofs of Claim filed against the Debtors. The Debtors assert that Autoliv's claims are unsubstantiated claims and that they should be disallowed and expunged. Autoliv objects to the disallowance and expungement of its claims by the Debtors. In support thereof, Autoliv offers the following:

1. On October 8, 2005, Delphi Corporation, and certain related entities (collectively, "Debtors") filed voluntary petitions for relief (the "Petition Date") under Chapter 11 of Title 11,

---

[1] Debtors' (I) Third Omnibus Objection (Substantive) pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Claims with Insufficient Documentation, (B) Claims Unsubstantiated by Debtors' Books and Records, and (C) Claims Subject to Modification and (II) Motion to Estimate Contingent and Unliquidated Claims Pursuant to 11 U.S.C. § 502(c) ("Third Omnibus Objection to Claims")

United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York. Debtors remain in possession of their property and continue to operate their businesses as debtors-in-possession pursuant to Bankruptcy Code §§ 1107(a) and 1108.

2. Autoliv filed claim numbers 15580, 15583, 15579, 15581 and 15582 (the "Claims") against the Debtors.[2] In the Third Omnibus Objection to Claims the Debtors assert that the Claims are unsubstantiated claims and that they should be disallowed and expunged. The Debtors base this assertion solely upon the allegation that the Debtors' books and records do not contain the Claims. The Debtors offer no substantive reason why the claims are invalid.

3. Autoliv's Claims against the Debtors arise from the ongoing infringement of Autoliv's patents ("Patents") relating to side-curtain airbag technology. Autoliv estimated the pre-petition damages in order to file the Claims and filed Claims against multiple debtors as it was unable to determine precisely which debtor entity was the infringing party. The damage estimate was based upon actual parts volumes for the parts sold that contained technology subject to the Patents multiplied by a standard per unit royalty rate.

4. The Debtors objected to Autoliv's Claims because the Claims "assert liabilities or dollar amounts that are not owing pursuant to the Debtors' books and records." *See* Third Omnibus Objection, ¶¶ 26-27. It is not surprising that the Debtors' books and records may not reflect liability to Autoliv for patent infringement. Autoliv and the Debtors were previously unable to reach agreement on licenses for this technology, so there is no contractual liability for license fees that might appear on a ledger. Rather, the Claims are for patent infringement, and it

---

[2] Autoliv relies upon its proofs of claim and the other documents attached thereto in support of their Claims. These materials have not been included in this response but are available from Autoliv upon request. All of these materials have been submitted to the Debtors previously.

1405646

2

is unlikely that the Debtors would show such an amount on the books and records until liability is assigned and the Claims liquidated, either by negotiation in the course of the continuing business relationship between the Debtors and Autoliv or litigation. In short, the mere absence of the claims in the Debtors' books and records proves nothing with respect to the merits and validity of the patent infringement.

5.  The filing of a proof of claim constitutes prima facie evidence of the validity of a claim. Fed. R. Bank. Pro. 3001. In order to overcome this presumption, the objecting party must offer specific and detailed reasons why the claim is not valid, particularly when the objection is largely factual, as it seemingly would be here. See, e.g., *In re Lenz*, 110 B.R. 523, 425 (D. Colorado 1990) The simple statement that the claim does not appear on the books and records of the Debtors does not constitute specific and detailed reasons why the claim is not substantively valid, especially with respect to a claim of the type asserted here. Autoliv outlined the factual basis for its claim in the attachment to its proof of claim, far more than the Debtors have provided in the Objection. At a minimum, an estimation proceeding pursuant to Section 502 will be needed to evaluate the merits and amount of the claim. The Debtors have filed a motion to establish a procedure for claims estimation[3] and this procedure should be utilized here. In any event, unsubstantiated and general denials are insufficient to overcome the presumption that this claim is valid at this time.

6.  Any reply to this Response should be addressed to Timothy A. Fusco at the address below.

---

[3] See Motion for Order Pursuant To 11 U.S.C. §§502(b) and 502(c) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Disallowance Or Estimation Of Claims And (ii) Certain Notices And Procedures Governing Hearings Regarding Disallowance Or Estimation Of Claims, docket No. 5453.

1405646                                                                 3

7. The contact information for the legal representative of the person who possesses the authority to reconcile, settle or otherwise resolve the Third Omnibus Objection to Claims is Timothy A. Fusco at the address below.

WHEREFORE, Autoliv ASP respectfully requests that the Court overrule the Debtors' objection to its Proofs of Claim.

Dated: Detroit, Michigan
November 22, 2006

          **MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.**

          By: /s/ Timothy A. Fusco
          Timothy A. Fusco (pro hac vice) (P13768)
          150 West Jefferson, Suite 2500
          Detroit, Michigan 48226
          (313) 496-7997
          Attorneys for Autoliv ASP, Inc.

DELIB:2796249.1\123624-00007

# Exhibit B

```
49-2963-593-18173                    49-2963-590-18170                    49-2963-573-18153
615-3 ALEXANDER HAMILTON CUSTOM HOUSE DAVIS, POLK & WARDWELL               DELPHI COPORATION
JUDGE ROBERT D. DRAIN                DONALD BERNSTEIN                     5725 DELPHI DR
ONE BOWLING GREEN                    450 LEXINGTON AVE                    TROY MI 48098
NEW YORK NY 10004-1408               NEW YORK NY 10022


49-2963-592-18172                    49-2963-591-18171                    49-2963-582-18162
FRIED, FRANK,  HARRIS, SHIVER &      LATHAM & WATKINS                     MAYER, BROWN, ROWE, & MAW LLP
JACOBSON LLP                         ROBERT J. ROSENBURG                  PAUL J.N. ROY
BONNIE STEINGART                     885 THIRD AVE                        71 S WACKER DR
ONE NEW YORK PLZ                     NEW YORK NY 10022                    CHICAGO IL 60606
NEW YORK NY 10004


49-2963-575-18155                    49-2963-583-18163                    49-2963-581-18161
O'MELVENY & MYERS                    OFFICE OF THE UNTIED STATES TRUSTEE  QUINN EMANUEL URQUHARDT OLIVER &
JESSICA KASTIN                       SOUTHERN DISTRICT OF NEW YORK        HEDGES
7 TIMES SQUARE                       ALICIA M. LEONHARD                   MATEO FOWLER
NEW YORK NY 10036                    33 WHITEHALL ST STE 2100             865 S FIGUEROA ST
                                     NEW YORK NY 10004                    10 FL
                                                                          LOS ANGELES CA 90017


49-2963-574-18154                    49-2963-586-18166                    49-2963-576-18156
SHEARMAN & STERLING LLP              SIMPSON THATCHER & BARTLETT LLP      SKADDEN ARPS SLATE MEAGHER & FLOM
DOUGLAS P. BARTNER                   KENNETH S. ZIMAN                     LLP
599 LEXINGTON AVE                    425 LEXINGTON AVE                    JOHN WM. BUTLER, JR.
NEW YORK NY 10022-6069               NEW YORK NY 10017                    333 W WACKER DR
                                                                          CHICAGO IL 60606-1285


49-2963-580-18160                    49-2963-584-18164                    49-2963-585-18165
SKADDEN, ARPS, SLATE, MEAGHER & FLOM UNITED STATES TRUSTEE OFFICE         WARNER STEVENS, L.L.P.
LLP                                  TRACY HOPE DAVIS                     MICHAEL D. WARNER
THOMAS J. MATZ                       33 WHITEHALL ST                      301 COMMERCE ST STE 1700
FOUR TIMES SQUARE                    21ST FL                              FORT WORTH TX 76102
NEW YORK NY 10036                    NEW YORK NY 10004
```

Count       15

Report Date    11/24/2006

# Exhibit C

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-2094801 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | bsimon@cwsny.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126666000 | 2126971659 | sreisman@cm-p.com | |
| Davis, Polk & Wardwell | Donald Bernstein | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 | 212-450-3092 | donald.bernstein@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| | Brian Resnick | | | | | | 212-450-4213 | 212-450-3213 | brian.resnick@dpw.com | |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2670 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Electronic Data Systems Corp. | Michael Nefkens | 5505 Corporate Drive MSIA | | Troy | MI | 48098 | 248-696-1729 | 248-696-1739 | mike.nefkens@eds.com | Creditor Committee Member |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | 303-652-4716 | cschiff@flextronics.com | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | | paul.anderson@flextronics.com | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Scheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Silvinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | rodbujei@ffhsj.com silviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | 866-585-2386 | valerie.venable@ge.com | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 152 West 57th Street | 35th Floor | New York | NY | 10019 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Internal Revenue Service | Attn: Insolvency Department, Maria Valerio | 290 Broadway | 5th Floor | New York | NY | 10007 | 212-436-1038 | 212-436-1931 | mariavalerio@irs.gov | IRS |
| Internal Revenue Service | Attn: Insolvency Department | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 | 313-629-3848 | 313-628-3602 | | Michigan IRS |
| IUE-CWA | Conference Board Chairman | 2360 W. Dorothy Lane | Suite 201 | Dayton | OH | 45439 | 937-294-7813 | 937-294-9164 | | Creditor Committee Member |
| Jefferies & Company, Inc. | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Thomas F. Maher, Richard Duker, Gianni Russello | 270 Park Avenue | | New York | NY | 10017 | 212-270-0426 | 212-270-0430 | thomas.f.maher@chase.com richard.duker@jpmorgan.com gianni.russello@jpmorgan.com | Postpetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Vilma Francis | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4018 | vilma.francis@jpmorgan.com | Prepetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Counsel; EDS Information Services, LLC |
| Kurtzman Carson Consultants | James Le | 12910 Culver Blvd. | Suite I | Los Angeles | CA | 90066 | 310-751-1511 | 310-751-1561 | jle@kccllc.com | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Law Debenture Trust of New York | Patrick J. Healy | 767 Third Ave. | 31st Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Law Debenture Trust of New York | Daniel R. Fisher | 767 Third Ave. | 31st Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |
| McDermott Will & Emery LLP | David D. Cleary | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | dcleary@mwe.com | Counsel to Radicel North America, Inc. |
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | jdejonker@mwe.com | Counsel to Radicel North America, Inc. |
| McDermott Will & Emery LLP | Mohsin N. Khambati | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | mkhambati@mwe.com | Counsel to Radicel North America, Inc. |
| McDermott Will & Emery LLP | Peter A. Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | pclark@mwe.com | Counsel to Radicel North America, Inc. |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | 212-682-5015 | lszlezinger@mesirowfinancial.com | UCC Professional |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | 9176223103 | jmcldovan@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | ServeAG@oag.state.ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-363-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | landy.ralph@pbgc.gov | Chief Counsel to the Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | garrick.sandra@pbgc.gov; efile@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 | 2122185500 | 2122185526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc., Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | dbartner@shearman.com; jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com; rtrust@stblaw.com; wrussell@stblaw.com; lbutler@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meister | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jlyonsch@skadden.com; rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com; tmatz@skadden.com | Counsel to the Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | cp@stevenslee.com; cs@stevenslee.com | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Tyco Electronics Corporation | MaryAnn Brereton, Assistant General Counsel | 60 Columbia Road | | Morristown | NJ | 7960 | 973-656-8365 | 973-656-8805 | | Creditor Committee Member |

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| United States Trustee | Alicia M. Leonhard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | 212-668-2255 does not take service via fax | | Counsel to United States Trustee |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | mwarner@warnerstevens.com | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | jeff.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

11/17/2006 5:53 PM
Master Service List 051117