Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI 49503-2487
(616) 752-2185 phone
(616) 222-2185 fax
gtoering@wnj.com

Gordon J. Toering (GT-3738)
(Admitted *Pro Hac Vice*)

and

Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ 07102-3889
(973) 424-2010

Walter J. Greenhalgh (WJG-9614)
Joseph H. Lemkin (JL-2490)

Attorneys for Robert Bosch GmbH

Hearing date: November 30, 2006 at 10:00 a.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned certifies that on November 22, 2006, the following documents were sent by Federal Express, overnight delivery (scheduled for Friday, November 24, 2006 ) to the parties listed below, with actual delivery dates indicated as follows:

1.  Response of Robert Bosch GmbH to Debtors' Second Omnibus Objection to Claims; and

2.  Response of Robert Bosch GmbH to Debtors' Third Omnibus Objection to Claim.

upon:

| | |
|---|---|
| Honorable Robert D. Drain<br>U.S. Bankruptcy Court for the Southern<br>District of New York<br>One Bowling Green, Room 610<br>New York, NY  10004<br>**Delivered Monday morning, November 27, 2006** | General Counsel<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI  48098<br>**Delivered Monday morning, November 27, 2006** |
| Donald Bernstein<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY  10017<br>**Delivered Friday morning, November 24, 2006** | Brian Resnick<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY  10017<br>**Delivered Friday morning, November 24, 2006** |
| Robert J. Rosenberg<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY  10022<br>**Delivered Friday morning, November 24, 2006** | Mark A. Broude<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY  10022<br>**Delivered Friday morning, November 24, 2006** |
| Kenneth S. Ziman<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY  10017<br>**Delivered Friday morning, November 24, 2006** | Alicia M. Leonhard<br>Office of the United States Trustee, Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY  10004<br>**Delivered Friday morning, November 24, 2006** |
| Bonnie Steingart<br>Fried Frank Harris Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY  10004<br>**Delivered Friday morning, November 24, 2006** | John William Butler<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL  60606<br>**Delivered Friday morning, November 24, 2006** |

Date:  November 27, 2006     Signature:     /s/ Gordon J. Toering
                             Print Name:    Gordon J. Toering
                             Business Address:   Warner Norcross & Judd LLP
                                                 111 Lyon, NW
                                                 900 Fifth Third Center
                                                 Grand Rapids, MI  49503