Michael P. Richman (MR 2224)
FOLEY & LARDNER LLP
90 Park Avenue, 37th Floor
New York, NY 10016-1314
Tel: (212) 682-7474
Fax: (212) 687-2329
-and-
John A. Simon (*pro hac vice* pending)
FOLEY & LARDNER LLP
One Detroit Center
500 Woodward Avenue
Suite 2700
Detroit, MI 48226-3489
Tel: (313) 234-7100
Fax: (313) 234-2800
*Attorneys For Ernst & Young LLP.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                               )
In re:                                                         )
                                                               )    Chapter 11
DELPHI CORPORATION, et al.,                                    )    Case No. 05-44481 (RDD)
                                                               )    Jointly Administered
            Debtors.                                           )
---------------------------------------------------------------x

## **MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, John A. Simon, a member in good standing of the bar in the State of Michigan, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Ernst & Young LLP, in the above referenced case proceeding.

My address is One Detroit Center, 500 Woodward Avenue, Suite 2700, Detroit, Michigan, 48226; e-mail address is jsimon@foley.com; telephone number is (313) 234-7100.

I agree to pay the fee of $25 upon filing this motion electronically with the Court.

NYC_22188.1

| | |
|---|---|
| Dated: November 27, 2006<br>Detroit, Michigan | FOLEY & LARDNER LLP<br><br>/s/ John A. Simon<br>John A. Simon (*pro hac vice* pending)<br>FOLEY & LARDNER LLP<br>One Detroit Center<br>500 Woodward Avenue<br>Suite 2700<br>Detroit, MI 48226-3489<br>Tel: (313) 234-7100<br><br>Local Counsel:<br><br>Michael P. Richman (MR 2224)<br>FOLEY & LARDNER LLP<br>90 Park Avenue, 37th Floor<br>New York, NY 10016-1314<br>Tel:  (212) 682-7474<br>Fax:  (212) 687-2329<br><br>Attorneys for Ernst & Young LLP. |

**ORDER**

**ORDERED**,
That John A. Simon, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:
November 27, 2006
New York, New York          /s/ _____
                                            UNITED STATES BANKRUPTCY JUDGE

2

NYC_22188.1