Michael P. Richman (MR 2224)
FOLEY & LARDNER LLP
90 Park Avenue, 37th Floor
New York, NY 10016-1314
Tel: (212) 682-7474
Fax: (212) 687-2329
-and-
John A. Simon (*pro hac vice* pending)
FOLEY & LARDNER LLP
One Detroit Center
500 Woodward Avenue
Suite 2700
Detroit, MI 48226-3489
Tel: (313) 234-7100
Fax: (313) 234-2800
*Attorneys For Ernst & Young LLP.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 )
In re:                                                           )
                                                                 )    Chapter 11
DELPHI CORPORATION, et al.,                                      )    Case No. 05-44481 (RDD)
                                                                 )    Jointly Administered
            Debtors.                                             )
-----------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

I, John A. Simon, a member in good standing of the bar in the State of Michigan, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Ernst & Young LLP in the above referenced case proceeding.

**ORDERED**,

That John A. Simon, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:
November 27, 2006
New York, New York         /s/ _____
                                UNITED STATES BANKRUPTCY JUDGE

NYC_22189.1