Michael P. Richman (MR 2224)
FOLEY & LARDNER LLP
90 Park Avenue, 37th Floor
New York, NY 10016-1314
Tel: (212) 682-7474
Fax: (212) 687-2329
-and-
John A. Simon (*pro hac vice* pending)
FOLEY & LARDNER LLP
One Detroit Center
500 Woodward Avenue
Suite 2700
Detroit, MI 48226-3489
Tel: (313) 234-7100
Fax: (313) 234-2800
*Attorneys For Ernst & Young LLP.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                                )
In re:                                                          )
                                                                )   Chapter 11
DELPHI CORPORATION, et al.,                                     )   Case No. 05-44481 (RDD)
                                                                )   Jointly Administered
                    Debtors.                                    )
---------------------------------------------------------------x

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the law firm of Foley & Lardner LLP (Foley & Lardner") hereby appears in the above-captioned Chapter 11 case as counsel to Ernst & Young LLP; and such counsel hereby enters its appearance, and requests, pursuant to Sections 342 and 1109(b) of the Bankruptcy Code and Rules 2002, 3017, 9007 and 9010 of the Bankruptcy Rules, that copies of all notices and pleadings given or filed in this case be given and served upon:

NYC_22187.1

| | |
|---|---|
| John A. Simon (*pro hac vice* pending)<br><br>FOLEY & LARDNER LLP<br>One Detroit Center<br>500 Woodward Avenue<br>Suite 2700<br>Detroit, MI 48226-3489<br>Tel: (313) 234-7100<br>Fax: (313) 234-2800<br>Email: jsimon@foley.com | Michael P. Richman (MR 2224)<br><br>FOLEY & LARDNER LLP<br>90 Park Avenue<br>37th Floor<br>New York, NY 10016-1314<br>Tel: (212) 682-7474<br>Fax: (212) 687-2329<br>Email: mrichman@foley.com |

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Sections and Rules specified above, but additionally includes, without limitation, any notice, application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand or courier delivery, telephone, telecopy, telegraph, telex, electronically or otherwise filed with regard to the referenced case and proceedings therein. Further, this request includes copies of any disclosure statements to be submitted prior to approval and any and all proposed plans of reorganization.

PLEASE TAKE FURTHER NOTICE that request is also made that the above be added to all service lists, including without limitation, any special limited service lists approved by this Court, in the Chapter 11 case.

Dated: New York, New York
       November 27, 2006

                                               /s/ John A. Simon

John A. Simon (*pro hac vice* pending)
FOLEY & LARDNER LLP
One Detroit Center
500 Woodward Avenue
Suite 2700
Detroit, MI 48226-3489
Tel:  (313) 234-7100
Fax:  (313) 234-2800
Email: jsimon@foley.com

Counsel for Ernst & Young LLP

NYC_22187.1