David M. Rosner (DR - 4214)
Adam L. Shiff (AS-7571)
Jeffrey R. Gleit (JG- 8710)
Daniel A. Fliman (DF-2236)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (2120 506-1700
Facsimile: (212) 506-1800

*Counsel for Longacre Master Fund Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                                            :    **AFFIDAVIT OF SERVICE**
In re                                                       :
                                                            :
                                                            :    Chapter 11
                                                            :
                                                            :    Case No. 05-44481 (RDD)
*DELPHI CORPORATION, et al.,*                               :
                                                            :    (Jointly Administered)
                                                            :
          Debtors.                                          :
------------------------------------------------------------x

I Jamila A.M Folkes, being duly sworn, deposes and says:

I am over the age of eighteen years of age and I am employed at Kasowitz, Benson, Torres & Friedman, LLP, and not a party to the within action.

I certify that on November 27, 2006 I caused a true and correct copy of the **Response of Longacre Master Fund Ltd. to Debtors' (I) Third Omnibus Objection (Substantive) to Certain (A) Claims with Insufficient Documentation, (B) Claims Unsubstantiated by Debtors' Books and Records, and (C) Claims Subject to Modification and (II) Motion to Estimate Contingent and Unliquidated Claims** upon the parties listed on the attached service list via electronic mail and first class mail.

Dated: New York, New York
November 27, 2006

_____
Jamila A. M Folkes

Sworn before me on this day of November 27, 2006

_____
Notary Public

LANA RAFAILOVA
Notary Public, State of New York
No. 01RA6042271
Qualified in Kings County
Commission Expires May 22, 2010

## VIA FIRST CLASS MAIL

| | |
|---|---|
| **Delphi Corporation**<br>**Attn: General Counsel**<br>5725 Delphi Drive<br>Troy, MI 48098<br><br>**John Wm. Butler, Jr.**<br>Skadden Arps Slate Meagher & Flom LLP<br>333 West Wacker Drive<br>Chicago, IL 60606-1285<br>(312) 407-0700<br>Fax : (312) 407-0411<br>Email: jbutler@skadden.com<br><br>**Kayalyn A. Marafioti**<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000<br>Fax : (212) 735-2000<br>Email: kmarafio@skadden.com<br><br>**Thomas J. Matz**<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036-6522<br>(212) 735-3000<br>Fax : (917) 735-2000<br>Email: tmatz@skadden.com<br><br>**Kenneth S. Ziman, Esq.**<br>Simpson, Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017 | **Brian Resnick**<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>r.digest@dpw.com<br><br>**Donald Bernstein**<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>r.digest@dpw.com<br><br>**Robert J. Rosenberg**<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022<br>robert.rosenberg@lw.com<br><br>**Mark A. Broude**<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022<br>mark.broude@lw.com<br><br>**Bonnie Steingart**<br>Fried, Frank Harris Shriver & Jacobson<br>One New York Plaza<br>New York, NY 10004<br>steinbo@ffhsj.com<br><br>**Alicia M. Leonhard, Esq.**<br>Office of the United States Trustee<br>for the Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 |

## VIA ELECTRONIC MAIL

jbutler@skadden.com

kmarafio@skadden.com
tmatz@skadden.com

kziman@stblaw.com

r.digest@dpw.com

robert.rosenberg@lw.com

mark.broude@lw.com

steinbo@ffhsj.com