**ORIGINAL**

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | FILED<br>U.S. BANKRUPTCY COURT<br>2006 NOV 27  P 12: 12<br>S.D. OF N.Y. |

-----------------------------------------------------------x

In re:   Delphi Corporation, *et al.*                    Case No.: 05-44481 (RDD)
                                                        Chapter 11

                        Debtors.                        (Jointly Administered)

-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Caroline Rogus, a member in good standing of the bars in the District of Columbia and the Commonwealth of Pennsylvania, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Debtors as special counsel in the above-referenced case.

My address is WilmerHale, LLP, 1875 Pennsylvania Avenue, NW, Washington DC, 20006; e-mail: Caroline.Rogus@wilmerhale.com; telephone: 202-663-6000.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated:  Washington, DC
        November 22, 2006

_____
Caroline Rogus
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006