**ORIGINAL**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

In re:   Delphi Corporation, *et al.*

                            Debtors.

------------------------------------------------------------x

FILED
U.S. BANKRUPTCY COURT
2006 NOV 27 P 12: 12
Case No.: 05-44481 (RDD)
Chapter 11
S.D. N.Y.
(Jointly Administered)

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Andrew Currie, a member in good standing of the bars in the District of Columbia, the State of Michigan and the United States District Courts for the District of Columbia and Eastern District of Michigan, request admission, *pro hac vice,* before the Honorable Robert D. Drain, to represent Debtors as special counsel in the above-referenced case.

My address is WilmerHale, LLP, 1875 Pennsylvania Avenue, NW, Washington DC, 20006; e-mail: Andrew.Currie@wilmerhale.com; telephone: 202-663-6000.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated:   Washington, DC
         November 22, 2006

                                                        /s/ Andrew Currie by consent
                                                        Andrew Currie
                                                        Wilmer Cutler Pickering Hale and Dorr LLP
                                                         1875 Pennsylvania Avenue, NW
                                                          Washington, DC 20006

US1DOCS 5947476v1