HONIGMAN MILLER SCHWARTZ AND
COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
E. Todd Sable (P54956)
(313) 465-7000
e-mail: tsable@honigman.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re | Chapter 11 |
| **DELPHI CORPORATION et al.,** | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

---

### SUPPLEMENTAL VERIFIED STATEMENT UNDER FEDERAL
### RULE OF BANKRUPTCY PROCEDURE 2019(a)
### OF HONIGMAN MILLER SCHWARTZ AND COHN LLP

Honigman Miller Schwartz and Cohn LLP ("Honigman"), pursuant to Federal Rule of Bankruptcy Procedure 2019(a), submits this Supplemental Verified Statement and represents as follows:

1. On November 7, 2005, Honigman filed its initial Verified Statement Under Federal Rule of Bankruptcy Procedure 2019.

2. Honigman currently represents the following creditors and parties in interest with respect to the captioned debtors.

| **Party-In-Interest** | **Nature of Interest** |
|---|---|
| DBM Technologies Services<br>140 South Saginaw<br>Pontiac, MI 48342 | Creditor/Supplier of Goods and/or Services |

| | |
|---|---|
| Delta Dental Plan of Michigan, Inc.<br>4100 Okemos Rd.<br>Okemos, MI 48864 | Creditor/Supplier of Goods and/or Services |
| EQ-Heritage, LLC<br>7901 W. Morris Street<br>Indianapolis, IN 46231 | Creditor/Supplier of Goods and/or Services |
| Floform, Ltd. | Creditor/Supplier of Goods and/or Services |
| Henfaes Lane<br>Welshpool<br>Powys<br>SY21 7BJ<br>United Kingdom | Creditor/Supplier of Goods and/or Services |
| Fujitsu Ten Corp of America<br>Michigan Operation<br>47800 Halyard Drive<br>Plymouth, 48170 | Creditor/Supplier of Goods and/or Services |
| General Motors Corporation<br>300 Renaissance Center<br>Detroit, MI 48265-3000 | Creditor/Supplier of Goods and/or Services |
| Lightsource Parent Corporation<br>600 Corporate Drive<br>Pendleton, IN 46064-8608 | Creditor/Supplier of Goods and/or Services |
| MSX International, Inc.<br>1950 Concept Drive<br>Warren, MI 48091-1385 | Creditor/Supplier of Goods and/or Services |
| March Coatings, Inc.<br>1279 Rickett Road<br>Brighton, MI 48116-1832 | Creditor/Supplier of Goods and/or Services |
| Quasar Industries, Inc.<br>1911 Northfield Drive<br>Rochester Hills, MI 48309 | Creditor/Supplier of Goods and/or Services |
| Valeo, Inc.<br>3000 University Drive<br>Auburn Hills, MI 48326 | Creditor/Supplier of Goods and/or Services |

| | |
|---|---|
| Valeo Climate Control Corporation<br>3000 University Drive<br>Auburn Hills, MI 48326 | Creditor/Supplier of Goods and/or Services |
| Valeo Electrical Systems, Inc.,<br>Wipers Division<br>Auburn Hills, MI 48326 | Creditor/Supplier of Goods and/or Services |
| Valeo Electrical Systems, Inc.,<br>Motors and Actuators Division<br>3000 University Drive<br>Auburn Hills, MI 48326 | Creditor/Supplier of Goods and/or Services |
| Valeo Switches and Detection<br>Systems, Inc.<br>3000 University Drive<br>Auburn Hills, MI 48326 | Creditor/Supplier of Goods and/or Services |
| Guide Corporation<br>600 Corporate Drives<br>Pendleton, IN 46064-8608 | Creditor/Supplier of Goods and/or Services |
| Fujitsu Ten Corp. of America<br>47800 Halyard Drive<br>Plymouth, MI 47800 | Creditor/Supplier of Goods and/or Services |
| GKN Sinter Metals, Inc.<br>3300 University Drive<br>Suite 100<br>Auburn Hills, MI 48326 | Creditor/Supplier of Goods and/or Services |
| Saturn Electronics & Engineering, Inc.<br>255 Rex Boulevard<br>Auburn Hills, MI 42326 | Creditor/Supplier of Goods and/or Services |
| Saturn Electronics de Monterrey,<br>S.A., de C.V.<br>c/o 255 Rex Boulevard<br>Auburn Hills, MI 48326 | Creditor/Supplier of Goods and/or Services |
| Kelsey-Hayes Company<br>Tech II<br>12025 Tech Drive<br>Livonia, MI 48150 | Creditor/Supplier of Goods and/or Services |

| | |
|---|---|
| TRW Vehicle Safety Systems, Inc.<br>4050 West 26 Mile Road<br>Washington, MI 48094-9732 | Creditor/Supplier of Goods and/or Services |
| TRW Canada Limited<br>100 King Street West<br>Suite 6600, 1 First Canadian Place<br>Toronto<br>ON M5X1B8<br>Canada | Creditor/Supplier of Goods and/or Services |
| TRW Electronica Ensambles S.A. de C.V.<br>Brecha E-99, Km.1.5<br>Parque "Industrial Reynosa"<br>Tamaulipas<br>Reynosa<br>88500<br>Mexico | Creditor/Supplier of Goods and/or Services |
| TRW Automotive U.S. LLC<br>4505 West 26 Mile Road<br>Washington, MI 48094 | Creditor/Supplier of Goods and/or Services |
| TRW Automotive Electronics &<br>Components GmbH & Co. KG.<br>Postfach 14 20<br>78304 Radolfzell am Bodensee, Industriestrasse 2-8<br>D-78315 Radolfzell<br>Germany | Creditor/Supplier of Goods and/or Services |

3.  The nature and amount of each creditor's claim is set forth in each creditor's respective proof of claim which has been filed with this Court, or, alternatively, in the debtors' bankruptcy schedules. These disclosures are for informational purposes only and are not intended to, and shall not, amend or supplement any other statement made by the foregoing creditors regarding the nature and amount of their respective claims.

4.  Each of the above creditors had a prepetition relationship with one or more of the Debtors.

4

5. Honigman is representing each of these clients individually; the above listed clients do not comprise a committee of any kind.

6. Honigman has no written contracts or representation agreements with respect to the entities described in paragraph 2 above, other than engagement letters.

7. Honigman represented one or more of the Debtors prepetition, primarily in property tax appeal and intellectual property matters, and holds an unsecured claim against one or more of the Debtors. Honigman does not hold any equity interests in Debtors.

8. Honigman reserves the right to supplement or amend this Verified Statement.

9. I make this verified statement under penalty of perjury under the laws of the State of Michigan.

                    HONIGMAN MILLER SCHWARTZ AND COHN LLP

                    By: /s/ E. Todd Sable
                        E. Todd Sable (P54956)
                        2290 First National Building
                        660 Woodward Avenue
                        Detroit, MI 48226-3506
                        (313) 465-7000
                        e-mail: tsable@honigman.com

Dated: November 27, 2006

DETROIT.2379914.1