UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

In re:                                                    Case No.: 05-44481-rdd
Delphi Corporation, et al.                                Chapter 11
                                    Debtor.
------------------------------------------------------------------x

                            Plaintiff           Adversary Proceeding
                                                 No.: _____

                        v.

                            Defendant
------------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Kelly A. Kruse, a member in good standing of the bar in the State of Michigan and, if applicable, the bar of the U.S. District Court for the Eastern District of Michigan, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Harold Woodson, a Creditor in the above referenced ☒ case ☐ adversary proceeding.
Mailing address: 4190 Telegraph Rd, Ste 3500, Bloomfield Hills, MI 48302;
E-mail address: LKRUSEPC@aol.com; telephone number (248) 594-7500.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: 11-20-06
_____, New York

                                            Kelly A. Kruse (P45538)

## ORDER

**ORDERED,**
that _____, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☐ case ☐ adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York        /s/_____
                           UNITED STATES BANKRUPTCY JUDGE