**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- X

| | |
|---|---|
| In re: | : Chapter 11 |
| | : Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | |
| | : (Jointly Administered) |
| Debtors. | |
| | **CERTIFICATE OF SERVICE** |

-------------------------------------------------------- X

JASON BLUMBERG, certifies as follows:

1. On November 22, 2006, I caused to be served, by Federal Express true copies of (i) the Limited Objection of Creditor Kyocera Industrial Ceramics Corporation to Debtors' Claim Objection and Estimation Procedures Motion and (ii) Response of Creditor Kyocera Industrial Ceramics Corporation to Debtors' Third Omnibus Claim Objection upon the following:

Dephi Corporation
5725 Delphi Drive
Troy, Michigan 48098
(Attn: General Counsel)

Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
(Attn: Robert J. Rosenberg and
Mark A. Broude)

Skadden Arps Slate Meagher & Flom
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(Attn: John Wm. Butler, Jr.)

Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
(Attn: Kenneth S. Ziman)

NY542596.1
00021333691
11/27/2006 mr

>Fried, Frank, Harris, Shriver & Jacobson LLP
>One New York Plaza
>New York, New York 10004
>(Attn: Bonnie Steingart)
>
>David Polk & Wardwell
>450 Lexington Avenue
>New York, New York 10017
>(Attn: Donald Bernstein and Brian Resnick)
>
>Office of the United States Trustee
>Southern District of New York
>33 Whitehall Street
>New York, New York 10004
>(Attn: Alicia M. Leonhard)

Dated: New York, New York
      November 27, 2006

>      /s/ Jason Blumberg_____
>            Jason Blumberg