UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                :
    In re                               :    Chapter 11
                                                :
DELPHI CORPORATION, et al.,                     :    Case No. 05-44481 (RDD)
                                                :
                                Debtors.   :    (Jointly Administered)
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


I, Jessamy K. Thomison, certify and say:

I am not a party to the action, am over 18 years of age, am employed by Covington & Burling LLP, and reside in New York, New York.

On November 27, 2006, I served or caused to be served true and correct copies of the Supplemental Disclosure Declaration of Aaron Marcu Pursuant to Bankruptcy Rule 2014 upon the following via overnight mail:

(i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098, Att'n: Sean Corcoran and Karen Craft; (ii) Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606, Att'n: John Wm. Butler, Jr.; (iii) Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square New York, New York 10036, Att'n: Kayalyn A. Marafioti, (iv) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004, Att'n: Alicia M. Leonhard, (v) counsel for the official committee of unsecured creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York, 10022-4802, Att'n: Robert J. Rosenberg; (vi) counsel for the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York, 10017, Att'n: Kenneth S. Ziman, Richard Duker and Gianni Russello; (vii) counsel for the agent under the Debtors' postpetition credit facility, Davis Polk & Wardell, 450 Lexington Avenue, New York, New York, 10017, Att'n: Donald Bernstein and Brian Resnick; (viii) counsel to the equity security holders committee, Fried, Frank, Harris, Shriver & Jacobson, One New York Plaza, New York, New York 10004, Att'n: Brad Eric Sheler, Bonnie Steingart and Vivek Melwani, and (ix) Chambers of the Honorable Robert D. Drain , United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

                                                                           /s/ Jessamy K. Thomison
                                                                              Jessamy K. Thomison