Joseph A. Carbone (*pro hac vice* pending)
Joseph A. Carbone Co., L.P.A.
1370 Ontario Street, Suite 800
Cleveland, Ohio 44113
(216) 861-3000

Attorney for Comptrol Incorporated

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - -

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
|  | : |  |
|  | : | (Jointly Administered) |
| Debtors. | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - -

### AFFIDAVIT OF SERVICE

Document Served: - **RESPONSE OF COMPTROL INCORPORATED TO DEBTORS' THIRD OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) CLAIMS WITH INSUFFICIENT DOCUMENTATION, (B) CLAIMS UNSUBSTANTIATED BY DEBTORS' BOOKS AND RECORDS, AND (C) CLAIMS SUBJECT TO MODIFICATION AND (II) MOTION TO ESTIMATE CONTINGENT AND UNLIQUIDATED CLAIMS PURSUANT TO 11 U.S.C. § 502(C)**

The undersigned certifies that a copy of the document listed above was served upon the parties listed in the attached Exhibit A at their respect addresses by overnight courier on the date indicated below.

Date of Service:    November 21, 2006

I declare that the statement above is true to the best of my information, knowledge and belief.

_____
JOSEPH A. CARBONE
JOSEPH A. CARBONE CO., L.P.A.
Attorneys for Comptrol Incorporated
1370 Ontario Street, Suite 800
Cleveland, Ohio 44113
(216) 861-3000
(*pro hac vice* pending)

EXHIBIT A

The Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 610
New York, New York 10004

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48098

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John Wm. Butler, Jr.
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Simpson Thacher & Bartlett LLP
Attn: Kenneth S. Ziman
425 Lexington Avenue
New York, New York 10017

Davis Polk & Wardwell
Attn: Donald Bernstein and Brian Resnick
450 Lexington Avenue
New York, New York 10017

Latham & Watkins LLP
Attn: Robert J. Rosenberg and Mark A. Broude
885 Third Avenue
New York, New York 10022

Fried, Frank, Harris, Shriver & Jacobson LLP
Attn: Bonnie Steingart
One New York Plaza
New York, New York 10004

Office of the United States Trustee
for the Southern District of New York
Attn: Alicia Leonard
33 Whitehall Street, Suite 2100
New York, New York 10004