UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re

DELPHI CORPORATION, et al.,

Debtors.

---

Chapter 11

Case No. 05-44481 (RDD)

(Jointly Administered)

### AFFIDAVIT OF SCOTT R. STENCLIK
### OF SUPERIOR DESIGN CO., INC., IN RESPONSE TO
### DEBTORS' THIRD OMNIBUS CLAIMS OBJECTION

STATE OF NEW YORK    )
                    )    ss:
COUNTY OF ERIE        )

SCOTT R. STENCLIK, being duly sworn, deposes as follows:

1. I am the President of Superior Design Co., Inc. ("Superior"). I signed Superior's Proof of Claim against Delphi Corporation ("Delphi"), which was filed with the Court on May 19, 2006. A copy of the Proof of Claim is attached hereto as **Exhibit A.**

2. Delphi is now seeking to "disallow and expunge" Superior's Claim as stated in Debtors' Third Omnibus Claims Objection, which names numerous creditors of Delphi including Superior (Superior is named in Exhibit C-1 thereto), and in Delphi's Notice of Objection to Claim addressed specifically to Superior. A copy of the Notice of Objection to Claim is attached hereto as **Exhibit B.**

3. Delphi asserts that Superior's Claim is "unsubstantiated", and as such may be disallowed by the Court unless Superior submits a written response to Delphi's Third Omnibus Claims Objection. By this response, Superior requests that the Court reject Delphi's Third Omnibus Claims Objection insofar as it pertains to Superior.

4. Superior is in the business of providing computer aided design (CAD) services to customers for special projects. CAD drafters and designers employed by Superior are assigned to work for the customer as needed, under the technical direction and supervision of the customer. Superior pays the employees' compensation and benefits, and bills the customer for the number of hours worked at an agreed upon bill rate to cover Superior's direct labor costs, i.e. wages, employment taxes and benefits, plus its indirect costs and profit.

5. Since at least January 1999, long before Delphi filed for Bankruptcy, and continuing during the Bankruptcy and up to the present time, Superior has provided CAD services for Delphi on a regular basis. Delphi specifically requested Superior to set up a special design and drafting room dedicated to Delphi's needs. Delphi was aware that this imposed additional non-labor costs on Superior.

6. Throughout its course of dealing with Delphi, Superior has rendered invoices to Delphi, billed under specific Delphi Purchase Orders, and the invoices have generally been paid by Delphi on a regular basis. However, Delphi initially did not pay a series of invoices rendered by Superior from August 2005 until early October 2005, during a

period of approximately two months leading up to Delphi's Bankruptcy filing. As will be discussed below, Delphi eventually did pay a portion of those invoices, thus admitting the existence and validity of the invoices. Superior's Claim is for the unpaid portion of those invoices.

7. Superior's Proof of Claim (Exhibit A) asserts an unsecured nonpriority claim against Delphi in the amount of $44,835.35. Included with the Proof of Claim are copies of the invoices on which the Claim is based, as well as Delphi's Purchase Orders that authorized the CAD services represented by the invoices. The Proof of Claim explains that although the invoices total $139,352.00, Delphi has paid $94,516.65 of that total, leaving the remainder of $44,835.35 which constitutes Superior's Claim. According to Delphi's Notice of Objection to Claim (Exhibit B, p.2), this Claim has been assigned Claim Number 6379.

8. Delphi has not provided any factual explanation specific to Superior for its assertion that Superior's Claim is "unsubstantiated". Delphi's only explanation is expressed in conclusory terms applicable to all of the creditors that Delphi lists under the category of "Unsubstantiated Claims", as follows:

‑ ‑ That the "Unsubstantiated Claims" are ones that "the Debtors have identified as Claims for which the Debtors are not liable" (Third Omnibus Claims Objection, p.12), and

‑ ‑ That the "Claims identified as having a Basis for Objection of 'Unsubstantiated Claim' are those Claims that assert liabilities or dollar amounts that the Debtors have

determined are not owing pursuant to the Debtors' books and records" (Notice of Objection to Claim (Exhibit B), p.2).

9. Delphi states that a claimant's proof of claim is only entitled to a presumption of validity until the debtor "refutes" it. According to Delphi, once it "refutes" a claim, the claimant bears the burden of proving the claim. Delphi states that it has "refuted" all the claims it has listed as "unsubstantiated" in its Third Omnibus Claims Objection, including Superior's Claim, on this basis: "The Debtors' books and records refute an essential allegation as to each Unsubstantiated Claim; namely that the claims asserted therein are owing from any of the Debtors". (Third Omnibus Claims Objection, p.12.)

10. With respect to Superior, this statement by Delphi is clearly incorrect, because Delphi's own conduct demonstrates that its books and records fully support and substantiate Superior's Claim. First, because Delphi received and paid the numerous other invoices rendered by Superior over the more than seven years the parties have dealt with each other, both before and after the invoices involved in this Claim. Second, because Delphi partially paid the very invoices involved in this Claim, thus admitting that it received these invoices and considered them to be valid.

11. On October 13, 2005, the Court issued the "Human Capital Obligation Order", which authorized Delphi "to pay all human capital obligations of the Debtors, including prepetition claims of the Debtors'... independent contractors, including those provided by employee supplier agreements".

12. Following that Order, Delphi informed me that Superior's CAD services are important to Delphi and asked me to submit an analysis showing what portion of our unpaid prepetition invoices constituted our direct labor costs. I therefore calculated the direct employment costs contained in Superior's invoices, consisting of the wages, benefits and employment taxes that Superior paid to or on behalf of the CAD employees assigned to Delphi, and presented this analysis in a spreadsheet. A copy of my spreadsheet is attached hereto as **Exhibit C**. I sent the spreadsheet to Delphi with a letter dated December 12, 2005, a copy of which is attached hereto as **Exhibit D**. My letter also enclosed copies of the same Superior invoices and Delphi Purchase Orders that are attached to Superior's Proof of Claim (Exhibit A).

13. As my December 12, 2005 letter and enclosed spreadsheet showed, the portion of Superior's invoices that represented its direct labor costs totaled $94,516.65. The remainder of the invoices, $44,835.35, represented Superior's indirect costs and profit.

14. On December 14, 2005, Delphi sent a letter to Superior (addressed as "Dear Valued Supplier") enclosing payment of Superior's $94,516.65 direct labor costs. A copy of Delphi's letter is attached hereto as **Exhibit E**. Delphi also stated in the letter:

- - That pursuant to the Human Capital Obligations Order, Delphi was paying 100% of Superior's "estimated prepetition trade claim for obligations related to contract labor that meet the conditions for payment under the Order..., or $94,516.65 (the 'Human Capital Trade Claim')";

- - That "you [Superior] do not waive your rights with respect to that portion of the final prepetition claim balance that is not paid to you for amounts that are not related

to the Human Capital Trade Claim hereunder (the 'Residual Claim'), <u>provided, however, that in no event… shall the amount of the Residual Trade Claim exceed $44,835.35"</u>; and

- - That "you [Superior] hereby acknowledge and agree that **the amount of the Human Capital Trade Claim is based upon the Debtors' books and records** and subject to reconciliation with your books and records".

15. Thus, Delphi specifically admitted that the $94,516.65 it paid on Superior's invoices was based upon Delphi's books and records, and also confirmed that the unpaid remainder of those invoices was $44,835.35. These statements directly contradict Delphi's present assertion in the Third Omnibus Claims Objection that Superior's $44,835.35 Claim is not substantiated in Delphi's books and records.

16. Superior respectfully requests the Court to deny Delphi's request to annul Superior's Claim.

Scott R. Stenclik

Sworn to and subscribed
before me this ____ day
of November, 2006

Notary Public

PHILIP H. McINTYRE
Notary Public, State of New York
My Commission Expires

EXHIBIT A

TO RESPONSE AFFIDAVIT OF SCOTT R. STENCLIK

FORM B10 (Official Form 10) (04/05)

| UNITED STATES BANKRUPTCY COURT Southern____ DISTRICT OF New York____ | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>Delphi Corporation | Case Number<br>05-44481 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Superior Design Co., Inc.

Name and address where notices should be sent:

Superior Design Co., Inc.
Attn: Scott Stenclik
P.O. Box 9057
Williamsville, NY 14231-9057
Telephone number: (716) 631-8310

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here ☐ replaces ____ a previously filed claim, dated: ____
if this claim ☐ amends

**1. Basis for Claim**

☒ Goods Sold / Services Performed
☐ Customer Claim
☐ Taxes
☐ Money Loaned
☐ Personal Injury
☐ Other

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS #: ____
Unpaid compensation for services performed
from ____ to ____
    (date)         (date)

| **2. Date debt was incurred:**<br>7/17/05 - 10/2/05 | **3. If court judgment, date obtained:** |
|---|---|

**4. Total Amount of Claim at Time Case Filed:** $ 139,352 ____ ____ $139,352
    (unsecured)    (secured)    (priority)    (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle
☐ Other ____

Value of Collateral: $ ____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ ____

**6. Unsecured Nonpriority Claim** $ 44,835.35

☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ ____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

| Date<br>5/15/06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>Scott Stenclik<br>President |
|---|---|

Penalty for presenting fraudulent claim. Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## SUPPORTING DOCUMENTS

Attached are the documents supporting the Proof of Claim of Superior Design Co., Inc., Creditor, in bankruptcy Case No. 05-44481 of Delphi Corporation, Debtor.

The documents are as follows:

1. Delphi Purchase Order No. LPS91661, dated 12/17/04, to "Superior Design Inc." (4 pages)

2. Delphi Alteration No. 1 to above Purchase Order, dated 4/28/05. (1 page)

3. Delphi Alteration No. 2 to above Purchase Order, dated 7/27/05. (2 pages)

4. Superior Design Co., Inc. Invoices to Delphi for services rendered for weeks ending 7/17/05-10/2/05 pursuant to above Purchase Order. (12 pages)

**Please note that although the Invoices total $139,352.00, Delphi subsequently paid $94, 516.65 of the total amount due pursuant to the Human Capital Obligation Order, leaving $44,835.35 still due and owing on the Invoices. This is the amount claimed in the Proof of Claim.**

# DELPHI
Automotive Systems

**PURCHASE ORDER: LP591661**

PAGE 1

Delphi Harrison Thermal Sys.
D-U-N-S 01-953-8243
Employer I.D. No. 7228038

DELPHI AUTOMOTIVE SYSTEMS
HARRISON THERMAL SYSTEMS
200 UPPER MOUNTAIN RD.
LOCKPORT 14094-1896 NY
14094                                    US

VENDOR NUMBER 15-291-6870
SUPERIOR DESIGN INC
TO: 4236 RIDGE LEA RD STE 101
AMHERST NY
14226

SHIP TO: DELPHI AMHERST OPERATION
AMHERST COMMERCE PARK
4236 RIDGE LEA ROAD
AMHERST NY
14226                US

INVOICE TO: ****INVOICE TO:****
****SEE PO INSTRUCTIONS****
CUST SERVICE DIAL 248-874-4636
FLINT MI
48501-1550            US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading. (2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do Not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 715-439-3427
BA FLYNN
BT                    Buyer

| ORDER DATE | 12/17/04 |
| ATTENTION ISSUE DATE | |
| ATTENTION EFFECTIVE DATE | |

SHIP VIA: UNITED PARCEL SERVICE

F.O.B. SF-FRT COLLECT

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

PLEASE SEND ALL INVOICES TO SCOTT STONE FOR
APPROVAL TO PAY.

| ITEM REQUIRED | QUANTITY ORDERED | ATTN IDENTIFICATION NUMBER | NOUN NAME | DESCRIPTION | MFG NUMBER | DATE REQUIRED | TAX CODE % | BASIS GIVE PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 00001 | 15000 | PR727759 001 035271/60 | | DESIGN SERVICES FOR DCC COSTDOWN WHO ORDERED: SCOTT STONE | | 12/31/05 D | 0.00% | 1.0000 | | UNIT |
| 00002 | 10000 | PR727760 001 0374/337 | | DESIGN SERVICES FOR 5 CVC WHO ORDERED: SCOTT STONE | | 12/31/05 D | 0.00% | 1.0000 | | UNIT |
| 00003 | 15000 | PR727761 001 035271/65 | | DESIGN SERVICES FOR DCH COSTDOWN WHO ORDERED: SCOTT STONE | | 12/31/05 D | 0.00% | 1.0000 | | UNIT |
| 00004 | 25000 | PR727764 001 030770020 | | DESIGN SERVICES FOR EUROPEAN ADP CONTROLS WHO ORDERED: SCOTT STONE | | 12/31/05 D | 0.00% | 1.0000 | | UNIT |
| 00005 | 10000 | PR727766 001 030311/65 | | DESIGN SERVICES FOR AFTERMARKET WHO ORDERED: SCOTT STONE | | 12/31/05 D | 0.00% | 1.0000 | | UNIT |
| 00006 | 5000 | PR727767 001 | | | | 12/31/05 D | 0.00% | 1.0000 | | UNIT |

A006000  USER BARBARA A FLYNN

CONTINUE PAGE 2
SUPPLIER

F:OUPO 1/99

# DELPHI
## Automotive Systems

Delphi Harrison Thermal Sys.
P-O-R-S C/O 3939673
Lockport (3) 40 NY 220638

DELPHI AUTOMOTIVE SYSTEMS
HARRISON THERMAL SYSTEMS
200 UPPER MOUNTAIN RD.
LOCKPORT 14094-1896 NY
14094                                              US

VENDOR NUMBER 15-291-6870
SUPERIOR DESIGN INC
TO: 4256 RIDGE LEA RD STE 101
AMHERST NY
14226

**PURCHASE ORDER:** LPS91661          PAGE 2

SHIP TO: DELPHI AMHERST OPERATION
4236 RIDGE LEA ROAD
AMHERST NY
14226                                              US

INVOICE TO: ****INVOICE TO:****
****SEE PO INSTRUCTIONS****
CUST SERVICE DIAL 248-674-4636
FLINT MI
48501-1550                                         US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.

Invoice Attn: Accounts Payable
Do Not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 716-439-3427 |
| 12/17/04 | BA FLYNN |
| ALTERATION ISSUE DATE | BY |
| | ALTERATION EFFECTIVE DATE |

SHIP VIA
UNITED PARCEL SERVICE

PAYMENT TERMS
NET     2ND DAY OF 2ND MONTH

| ITEM SOURCE | QUANTITY ORDERED | ITEM IDENTIFICATION NUMBER | ROAD NAME | DESCRIPTION | MFG NUMBER | DATE REQUIRED | TAX CLASS(D) | TAX CONF'N | BASE UNIT PRICE | PR SE MATR RATE | UNIT OF PACKAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00007 | 5000 +20000 15,000 | 03528151 | | DESIGN SERVICES FOR KB CONQUEST WHO ORDERED: SCOTT STONE | | 12/31/05 | D | 0.00% | 1.0000 | | UNIT |
| 00008 | 35000 | PR727768 001 03528156 | | DESIGN SERVICES FOR KB ADP WHO ORDERED: SCOTT STONE | | 12/31/05 | D | 0.00% | 1.0000 | | UNIT |
| 00009 | 5000 | PR727770 001 03564816 | | DESIGN SERVICES FOR SP CONQUEST WHO ORDERED: SCOTT STONE | | 12/31/05 | D | 0.00% | 1.0000 | | UNIT |
| 00010 | 5000 | PR727771 001 03527790 | | DESIGN SERVICES FOR BRAZIL COSTDOWN WHO ORDERED: SCOTT STONE | | 12/31/05 | D | 0.00% | 1.0000 | | UNIT |
| 00010 | 5000 | PR727772 001 03527195 | | DESIGN SERVICES FOR BRAZIL CONQUEST WHO ORDERED: SCOTT STONE | | 12/31/05 | D | 0.00% | 1.0000 | | UNIT |
| 00011 | 120000 | PR727762 001 03527170 | | DESIGN SERVICES FOR EUROPEAN CONQUEST WHO ORDERED: SCOTT STONE | | 12/31/05 | D | 0.00% | 1.0000 | | UNIT |
| 00012 | 120000 | PR727763 001 03077015 | | DESIGN SERVICES FOR EUROPEAN ADP CO2 COMPRESSOR WHO ORDERED: SCOTT STONE | | 12/31/05 | D | 0.00% | 1.0000 | | UNIT |

F.O.B. SP-FRT COLLECT

CONTINUE PAGE 3
SUPPLIER

A006000   USER BARBARA A FLYNN

FQLPO 1/99

# DELPHI

### Automotive Systems

DELPHI AUTOMOTIVE SYSTEMS
HARRISON THERMAL SYSTEMS
200 UPPER MOUNTAIN RD.
LOCKPORT 14094-1896 NY
14094
US

Delphi Harrison Thermal Sys.
D-U-N-S 01-299-8643
Employer I.D. NO. NY 7218838

SHIP TO: DELPHI AMHERST OPERATION
AMHERST COMMERCE PARK
4236 RIDGE LEA ROAD
AMHERST NY
14226
US

INVOICE TO: DELPHI AUTOMOTIVE SYSTEMS
****INVOICE TO:*****
*****SEE PO INSTRUCTIONS*****
CUST SERVICE DIAL 248-874-4636
FLINT MI
48501-1550
US

F.O.B.  SP-FRT COLLECT

## PURCHASE ORDER: LPS91661

PAGE 3

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. (Item Identification Numbers) must be shown on Packing Slips and Invoices.

Invoice Attn: Accounts Payable
Do Not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 716-439-3427
BA FLYNN
BT

| ORDER DATE | ATTENTION ISSUE DATE |
|---|---|
| 12/17/04 | |

ATTENTION EFFECTIVE DATE

SHIP VIA
UNITED PARCEL SERVICE

VENDOR NUMBER 15-291-6870
SUPERIOR DESIGN INC
TO: 4256 RIDGE LEA RD STE 101
AMHERST NY
14226

| PAYMENT TERMS | ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NUMBER | ITEM NAME | DESCRIPTION | REQ NUMBER | DATE REQUIRED | TAX CODE/X | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | | | | | | | | | | | |
| | 00013 | 120000 | PR727765 001 | | DESIGN SERVICES FOR KB CVC COSTDOWN | | 12/31/05 | D | 0.00% | 1.0000 | UNIT |
| | | 20.000 035728141 | | | WHO ORDERED: SCOTT STONE | | | | | | |

THIS ORDER WILL PAY ON RECEIPT.  PLEASE DO NOT SEND
AN INVOICE UNLESS THIS IS THE FIRST PAY ON RECEIPT
ORDER YOU RECEIVED FROM US.  THIS IS NOT A C.O.D.
ORDER, BUT AN INVOICELESS SYSTEM WHICH GENERATES
PAYMENT BASED ON MATERIAL RECEIPT.  QUESTIONS CALL
DISBURSEMENT SERVICES 248-874-4636.
IF P.O. IS IN ERROR, CONTACT BUYER BEFORE PROCEEDING.
--IF YOUR COMPANY'S AFFILIATE IS EXPECTING PAYMENT
FOR THIS ORDER, PLEASE ADVISE THE HARRISON BUYER TO
CANCEL AND REISSUE THE ORDER TO THE AFFILIATE.
-ALL PACKING SLIPS MUST SHOW THE ABOVE P.O. #,
CORRESPONDING ITEM CODE/AND OR PART NUMBER, AND
THE ASSIGNED RELEASE NUMBER, IF APPLICABLE.

IF ITEM(S) ARE UNDER 40 LBS., AND TOTAL SHIPMENT
LESS THAN 150 LBS.-SHIP UPS. ANY QUESTIONS ON FREIGHT
CONTACT 716-439-2243 FOR CORRECT ACCOUNT NO.

SUPPLIERS ARE EXPECTED TO MEET ALL REQUIREMENTS
DETAILED IN THE DELPHI GLOBAL PURCHASING SUPPLIER
GUIDELINES AND REFERENCE DOCUMENTS. THESE GUIDELINES
& DOCUMENTS ARE AVAILABLE ON THE DELPHI AUTOMOTIVE

CONTINUE PAGE 4
SUPPLIER

AOCG600   USER BARBARA A FLYNN

F-QXPO  1/93

# DELPHI
## Automotive Systems

Delphi Harrison Thermal Sys.
9-VC-H-S  012039643
Econ□Wall ID. No. NY 726636

DELPHI AUTOMOTIVE SYSTEMS
HARRISON THERMAL SYSTEMS
200 UPPER MOUNTAIN RD.
LOCKPORT 14094-1896 NY
14094
                                    US

VENDOR NUMBER 15-291-6870
SUPERIOR DESIGN INC
TO: 4256 RIDGE LEA RD STE 101
AMHERST NY
14226

SHP TO:DELPHI AMHERST OPERATION
AMHERST COMMERCE PARK
4236 RIDGE LEA ROAD
AMHERST NY
14226                      US

INVOICE TO:****INVOICE TO:*****
*****SEE PO INSTRUCTIONS*****
CUST SERVICE DIAL 248-874-4636
FLINT MI
48501-1550                 US

**PURCHASE ORDER:** LPS91661    PAGE 4

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each
shipment. Item Identification Number(s) must be shown on
Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do Not Declare Valuation of Express Shipments or insure
Parcel Post.

PHONE: 716-439-3427
BA FLYNN

| ORDER DATE | ATTRIBUTION ISSUE DATE | ATTRIBUTION EFFECTIVE DATE |
|---|---|---|
| 12/17/04 | | |

SHIP VIA
UNITED PARCEL SERVICE

| F.O.B. | BID NUMBER | DATE REQUIRED | TAX CODE(S) |
|---|---|---|---|
| SP-FRT COLLECT | | | |

| ITEM SEGMENT | QUANTITY ORDERED | ITEM IDENTIFICATION NUMBER | NOUN NAME | DESCRIPTION | BASE UNIT PRICE | PRICE PER/UNIT | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|
| | | | | SYSTEMS WEBSITE, WWW.DELPHIAUTO.COM -BY CLICKING ON "SUPPLIERS" IN THE HEADER & THEN "SUPPLIER STANDARDS" ON THE SUPPLIER PAGE. | | | |
| | | | | NO CHEMICAL SHALL BE BROUGHT ONSITE FOR DEMONSTRATION EXPERIMENTAL, TRIAL, OR EVALUATION PURPOSES, OR FOR FULL USAGE WITHOUT PRIOR APPROVAL OF DELPHI HARRISON THERMAL'S HAZARDOUS MATERIALS REVIEW COMMITTEE. IT IS SUPPLIER'S/CONTRACTOR'S RESPONSIBILITY TO ENSURE THAT THE EMPLOYEE HAS OBTAINED A CHEMICAL USE APPROVAL (CUA) NUMBER PRIOR TO BRINGING ANY CHEMICAL ONSITE. | | | |
| | | | | BY ACCEPTANCE OF THIS PURCHASE ORDER, THE SELLER GRANTS TO DELPHI HARRISON THERMAL SYSTEMS ACCESS TO ALL PERTINENT LEDGERS, PAYROLL DATA, BOOKS, RECORDS, CORRESPONDENCE, WRITTEN INSTRUCTIONS, DRAWINGS, RECEIPTS, VOUCHERS, AND OTHER DOCUMENTS FOR THE PURPOSE OF AUDITING THE CHARGES AND/OR ALLOCATIONS RELATED TO THIS CONTRACT OR PURCHASE ORDER. SELLER FURTHER AGREES, FOR THIS PURPOSE, TO PRESERVE ALL OF THE ABOVE ENUMERATED DOCUMENTS FOR A PERIOD OF ONE YEAR AFTER FINAL PAYMENT HEREUNDER. | | | |
| | | | | TERMS AND CONDITIONS SEPTEMBER 2004, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | |

PAYMENT TERMS
NET    2ND DAY OF 2ND MONTH

A006000  USER BARBARA A FLYNN

LAST PAGE
SUPPLIER

F-QLPO  1/99

# DELPHI
## Automotive Systems

DELPHI AUTOMOTIVE SYSTEMS
HARRISON THERMAL SYSTEMS
200 UPPER MOUNTAIN RD.
LOCKPORT 14094-1895 NY
14094

US

Delphi Harrison Thermal Sys.
D-U-N-S 07-239-5542
Employer I.D NO. NY 7228038

SHIP TO:
DELPHI AMHERST OPERATION
AMHERST COMMERCE PARK
4236 RIDGE LEA ROAD
AMHERST NY
14226                    US

INVOICE TO:****INVOICE TO:****
****SEE PO INSTRUCTIONS****
CUST SERVICE DIAL 248-874-4636
FLINT MI
48501-1550              US

VENDOR NUMBER 15-291-6870
TO: SUPERIOR DESIGN INC
4256 RIDGE LEA RD STE 101
AMHERST NY
14226

## PURCHASE
## ORDER: LPS91661 001

PAGE      1

## A L T E R A T I O N  ##
This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each
shipment. Item Identification Number(s) must be shown or
Packing Slips and Invoices.
Invoice Attn. Accounts Payable
Do Not Declare Valuation of Express Shipments or Insure
Parcel Post.

PHONE: 716-439-3427
BA FLYNN

| ORDER DATE | 12/17/04 |
| ALTERATION ISSUE DATE | 04/28/05 |
| ALTERATION EFFECTIVE DATE | 04/28/05 |

SHIP VIA
UNITED PARCEL SERVICE

| PAYMENT TERMS | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | | | | | | | | | | |
| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NUMBER | VENDOR NAME | DESCRIPTION | MFG NUMBER | DATE REQUIRED | TAX CODE/% | BASIC UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
| 00007 | 25000 | PR727768 001 | | ## SPOT BUY LPS91661 HAS BEEN ALTERED AS FOLLOWS ## THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) TO SUBTRACT $20,000 FROM LINE ITEM 13 AND ADD TO LINE ITEM 7 PER SCOTT STONE EMAIL 4/28/05. ## THIS ITEM HAS BEEN CHANGED ## DESIGN SERVICES FOR KB ADP WHO ORDERED: SCOTT STONE | | 12/31/05 | D 0.00% | 1.0000 | | UNIT |
| 00013 | 100000 | PR727765 001 | | ## THIS ITEM HAS BEEN CHANGED ## DESIGN SERVICES FOR KB CVC COSTDOWN WHO ORDERED: SCOTT STONE | | 12/31/05 | D 0.00% | 1.0000 | | UNIT |

F.O.B.
SP-FRT COLLECT

LAST PAGE
SUPPLIER

00005495  USER BARBARA A FLYNN

F-DLPO  1/99

# DELPHI

DELPHI AUTOMOTIVE SYSTEMS
HARRISON THERMAL SYSTEMS
200 UPPER MOUNTAIN RD.
LOCKPORT 14094-1896 NY
14094

SHIP TO:

DELPHI AMHERST OPERATION
AMHERST COMMERCE PARK
4236 RIDGE LEA ROAD
AMHERST NY
14226                     US

INVOICE TO:

DELPHI AUTOMOTIVE SYSTEMS
*****INVOICE TO:*****
*****SEE PO INSTRUCTIONS*****
CUST SERVICE DIAL 248-874-4636
FLINT MI
48501-1550                US

## PURCHASE ORDER

PAGE   1

LPS91661 002
### A L T E R A T I O N ###

THIS NUMBER MUST APPEAR ON ALL INVOICES, SHIPMENT, ITEM IDENTIFICATION NUMBERS MUST BE SHOWN ON PACKING SLIPS AND INVOICES.

(2) COPIES OF YOUR PACKING SLIP MUST ACCOMPANY EACH SHIPMENT. PACKAGES AND BILLS OF LADING

INVOICE MTTL ACCOUNTS PAYABLE
DO NOT DECLARE VALUATION ON EXPRESS SHIPMENTS OR INSURE PARCEL POST.

| ORDER DATE | PHONE: 716-439-3427 |
|---|---|
| 12/17/04 | BA FLYNN |
| ALTERATION ISSUE DATE | BUYER |
| 07/27/05 | BT |
| ALTERATION EFFECTIVE | |
| 07/27/05 | |
| | PURCHASING AGENT |

VENDOR NUMBER 15-291-6870
SUPERIOR DESIGN INC
4256 RIDGE LEA RD STE 101
AMHERST NY
14226

| PAYMENT TERMS | | | | | | | |
|---|---|---|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | | | | SHIP VIA UNITED PARCEL SERVICE | | | |
| ITEM SEQUENCE | ITEM IDENTIFICATION NUMBER | QUANTITY ORDERED | NOUN NAME / DESCRIPTION | F.A.B. SP-FRT COLLECT | DESTINATION UNLESS OTHERWISE INDICATED | DATE REQUIRED | RFQ NUMBER | TAX CODE / % |

| ITEM SEQUENCE | ITEM IDENTIFICATION NUMBER | QUANTITY ORDERED | DESCRIPTION | DATE REQUIRED | TAX CODE % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|
| | | | ### SPOT BUY LPS91661 HAS BEEN ALTERED AS FOLLOWS ### | | | | | |
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| 00005 | PR727766 001 | 0.01 | ### THIS ITEM HAS BEEN CHANGED ### | 12/31/05 D | 0.00% | 1.0000 | | UNIT |
| | | | DESIGN SERVICES FOR AFTERMARKET WHO ORDERED: SCOTT STONE | | | | | |
| 00006 | PR727767 001 | 0.01 | ### THIS ITEM HAS BEEN CHANGED ### | 12/31/05 D | 0.00% | 1.0000 | | UNIT |
| | | | DESIGN SERVICES FOR KB CONQUEST WHO ORDERED: SCOTT STONE | | | | | |
| 00007 | PR727768 001 | 40000 | ### THIS ITEM HAS BEEN CHANGED ### | 12/31/05 D | 0.00% | 1.0000 | | UNIT |
| | | | DESIGN SERVICES FOR KB ADP WHO ORDERED: SCOTT STONE | | | | | |
| 00011 | PR727762 001 | 170000 | ### THIS ITEM HAS BEEN CHANGED ### | 12/31/05 D | 0.00% | 1.0000 | | UNIT |
| | | | DESIGN SERVICES FOR EUROPEAN CONQUEST WHO ORDERED: SCOTT STONE | | | | | |

CONTINUE PAGE   2

0005543   USER JACK KIRCHGRABER

PURCHASE ORDER          LPS91661 002                                PAGE   3

## PURCHASE ORDER TERMS AND CONDITIONS

**DELPHI**
DELPHI AUTOMOTIVE SYSTEMS
HARRISON THERMAL SYSTEMS
200 UPPER MOUNTAIN RD.
LOCKPORT 14094-1896 NY
14094
US

**PURCHASE ORDER**   LPS91661 002   PAGE 2
### A L T E R A T I O N ###

DELPHI AMHERST OPERATION
AMHERST COMMERCE PARK
4236 RIDGE LEA ROAD
SHIP TO: AMHERST NY
14226
US

DELPHI AUTOMOTIVE SYSTEMS
****INVOICE TO:*****
INVOICE TO: ****SEE PO INSTRUCTIONS*****
CUST SERVICE DIAL 248-874-4636
FLINT MI
48501-1350
US

VENDOR NUMBER 15-291-6870
SUPERIOR DESIGN INC
4256 RIDGE LEA RD STE 101
AMHERST NY
14226

PHONE: 716-439-3427
BA FLYNN

| ORDER DATE | 12/17/04 |
|---|---|
| 07/27/05 |
| 07/27/05 |

SHIP VIA   UNITED PARCEL SERVICE
SP-FRT COLLECT
TAX CODE/%   0.00%

| PAYMENT TERMS | NET 2ND DAY OF 2ND MONTH |
|---|---|

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM/ENGINEERING/VENDOR NUMBER | DESCRIPTION | DATE REQUIRED | BASE UNIT PRICE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|
| 00013 | 50000 | PR727765 001 | ### THIS ITEM HAS BEEN CHANGED ### | 12/31/05 | 1.0000 | UNIT |

DESIGN SERVICES FOR KB CVC COSTDOWN
WHO ORDERED: SCOTT STONE

DECREASE BY $50K LINE 13
DECREASE LINE 5 TO .01 (10K)
DECREASE LINE 6 TO .01 (5K)
INCREASE BY $50K LINE 11
INCREASE BY $15K LINE 7
AS PER EMAIL SCOTT STONE

0005543   USER JACK KIRCHGRABER

CONTINUE PAGE   3

**superior / design**

# Invoice

**Remit to:**    Superior Design Co., Inc.
PO Box 6986 Buffalo, NY 14240

Delphi Harrison Thermal Systems
4236 Ridge Lea Rd
Amherst NY    14226

| | |
|---|---|
| Week Ending: | 7/17/2005 |
| Invoice: | 3642 |
| Purchase Order: | LPS 91661 |
| Terms: | 1/2% 10 Net 30 |

Attention:  Scott Stone

Contact:  **Scott Stone**
Charges for Cad Services

| PO line item # | I.O's | Amount |
|---|---|---|
| 1 | 650040065 | $ 1,142.67 |
| 2 | 650040200 | $ - |
| 3 | 650040068 | $ 1,142.67 |
| 4 | 650039622 | $ - |
| 5 | 650039505 | $ - |
| 6 | 650040102 | $ - |
| 7 | 650040105 | $ 3,775.00 |
| 8 | 650039993 | $ - |
| 9 | 650040081 | $ - |
| 10 | 650040084 | $ - |
| 11 | 650040071 | $ 4,588.00 |
| 12 | 650039618 | $ - |
| 13 | 650040097 | $ 1,142.67 |
| **INVOICE TOTAL:** | | $ 11,791.00 |

For weekly breakdown of charges or any questions please contact Paul Moran at (716) 835-8735.

**superior / design**

# Invoice

**Remit to:**   Superior Design Co., Inc.
PO Box 6986 Buffalo, NY 14240

Delphi Harrison Thermal Systems
4236 Ridge Lea Rd
Amherst NY      14226

| Week Ending: | 7/24/2005 |
|---|---|
| Invoice: | 3643 |
| Purchase Order: | LPS 91661 |
| Terms: | 1/2% 10 Net 30 |

Attention:  Scott Stone

Contact:  **Scott Stone**

Charges for Cad Services

| PO line item # | I.O's | Amount | |
|---|---|---|---|
| 1 | 650040065 | $ | 989.00 |
| 2 | 650040200 | $ | - |
| 3 | 650040068 | $ | 989.00 |
| 4 | 650039622 | $ | - |
| 5 | 650039505 | $ | - |
| 6 | 650040102 | $ | - |
| 7 | 650040105 | $ | 1,806.50 |
| 8 | 650039993 | $ | - |
| 9 | 650040081 | $ | - |
| 10 | 650040084 | $ | - |
| 11 | 650040071 | $ | 7,788.50 |
| 12 | 650039618 | $ | - |
| 13 | 650040097 | $ | 989.00 |
| | | $ | 12,562.00 |

**INVOICE TOTAL:**

For weekly breakdown of charges or any questions please contact Paul Moran at (716) 835-8735.

**superior / design**

# *Invoice*

**Remit to:**    Superior Design Co., Inc.
PO Box 6986 Buffalo, NY 14240

Delphi Harrison Thermal Systems
4236 Ridge Lea Rd
Amherst NY    14226

| | |
|---|---|
| Week Ending: | 7/31/2005 |
| Invoice: | 3644 |
| Purchase Order: | LPS 91661 |
| Terms: | 1/2% 10 Net 30 |

Attention:  Scott Stone

Contact:    **Scott Stone**
Charges for Cad Services

| PO line item # | I.O's | Amount |
|:---:|:---:|---:|
| 1 | 650040065 | $ 552.00 |
| 2 | 650040200 | $ - |
| 3 | 650040068 | $ 552.00 |
| 4 | 650039622 | $ - |
| 5 | 650039505 | $ - |
| 6 | 650040102 | $ - |
| 7 | 650040105 | $ 2,190.00 |
| 8 | 650039993 | $ - |
| 9 | 650040081 | $ - |
| 10 | 650040084 | $ - |
| 11 | 650040071 | $ 9,386.00 |
| 12 | 650039618 | $ 432.00 |
| 13 | 650040097 | $ 552.00 |
| **INVOICE TOTAL:** | | $ **13,664.00** |

For weekly breakdown of charges or any questions please contact Paul Moran at (716) 835-8735.

**superior / design**

# Invoice

**Remit to:**   Superior Design Co., Inc.
PO Box 6986 Buffalo, NY 14240

Delphi Harrison Thermal Systems
4236 Ridge Lea Rd
Amherst NY    14226

| | |
|---|---|
| Week Ending: | 8/7/2005 |
| Invoice: | 3654 |
| Purchase Order: | LPS 91661 |
| Terms: | 1/2% 10 Net 30 |

Attention:  Scott Stone

Contact:   **Scott Stone**

Charges for Cad Services

| PO line item # | I.O's | Amount | |
|---|---|---|---|
| 1 | 650040065 | $ | 701.33 |
| 2 | 650040200 | $ | 2,380.00 |
| 3 | 650040068 | $ | 701.33 |
| 4 | 650039622 | $ | 504.00 |
| 5 | 650039505 | $ | - |
| 6 | 650040102 | $ | - |
| 7 | 650040105 | $ | 448.00 |
| 8 | 650039993 | $ | - |
| 9 | 650040081 | $ | - |
| 10 | 650040084 | $ | - |
| 11 | 650040071 | $ | 6,441.00 |
| 12 | 650039618 | $ | - |
| 13 | 650040097 | $ | 701.33 |

**INVOICE TOTAL:**                    | $ | 11,877.00 |

For weekly breakdown of charges or any questions please contact Paul Moran at (716) 835-8735.

**superior /design**

# Invoice

Remit to:    Superior Design Co., Inc.
PO Box 6986 Buffalo, NY 14240

Delphi Harrison Thermal Systems
4236 Ridge Lea Rd
Amherst NY    14226

| | |
|---|---|
| Week Ending: | 8/14/2005 |
| Invoice: | 3655 |
| Purchase Order: | LPS 91661 |
| Terms: | 1/2% 10 Net 30 |

Attention:  Scott Stone

Contact:    **Scott Stone**

Charges for Cad Services

| PO line item # | I.O's | Amount |
|:---:|:---:|---:|
| 1 | 650040065 | $        480.00 |
| 2 | 650040200 | $      2,218.00 |
| 3 | 650040068 | $        480.00 |
| 4 | 650039622 | $        684.00 |
| 5 | 650039505 | $            - |
| 6 | 650040102 | $            - |
| 7 | 650040105 | $        850.00 |
| 8 | 650039993 | $            - |
| 9 | 650040081 | $            - |
| 10 | 650040084 | $            - |
| 11 | 650040071 | $      6,100.00 |
| 12 | 650039618 | $        648.00 |
| 13 | 650040097 | $        480.00 |
| **INVOICE TOTAL:** | | $     11,940.00 |

For weekly breakdown of charges or any questions please contact Paul Moran at (716) 835-8735.

**superior / design**

# Invoice

**Remit to:**    Superior Design Co., Inc.
PO Box 6986 Buffalo, NY 14240

Delphi Harrison Thermal Systems
4236 Ridge Lea Rd
Amherst NY    14226

| | |
|---|---|
| Week Ending: | 8/21/2005 |
| Invoice: | 3656 |
| Purchase Order: | LPS 91661 |
| Terms: | 1/2% 10 Net 30 |

Attention: Scott Stone

Contact: **Scott Stone**

Charges for Cad Services

| PO line item # | I.O's | Amount |
|---|---|---|
| 1 | 650040065 | $    715.33 |
| 2 | 650040200 | $    2,088.00 |
| 3 | 650040068 | $    715.33 |
| 4 | 650039622 | $    - |
| 5 | 650039505 | $    - |
| 6 | 650040102 | $    - |
| 7 | 650040105 | $    1,210.00 |
| 8 | 650039993 | $    90.00 |
| 9 | 650040081 | $    - |
| 10 | 650040084 | $    - |
| 11 | 650040071 | $    7,564.00 |
| 12 | 650039618 | $    706.00 |
| 13 | 650040097 | $    715.33 |

**INVOICE TOTAL:**    $    13,804.00

For weekly breakdown of charges or any questions please contact Paul Moran at (716) 835-8735.

**superior / design**

# In voice

**Remit to:**      Superior Design Co., Inc.
PO Box 6986 Buffalo, NY 14240

Delphi Harrison Thermal Systems
4236 Ridge Lea Rd
Amherst NY      14226

| | |
|---|---|
| Week Ending: | 8/28/2005 |
| Invoice: | 3679 |
| Purchase Order: | LPS 91661 |
| Terms: | 1/2% 10 Net 30 |

Attention:  Scott Stone

Contact:  **Scott Stone**

Charges for Cad Services

| PO line item # | I.O's | Amount |
|---|---|---|
| 1 | 650040065 | $ 880.67 |
| 2 | 650040200 | $ 504.00 |
| 3 | 650040068 | $ 880.67 |
| 4 | 650039622 | $ - |
| 5 | 650039505 | $ - |
| 6 | 650040102 | $ - |
| 7 | 650040105 | $ 1,724.00 |
| 8 | 650039993 | $ - |
| 9 | 650040081 | $ - |
| 10 | 650040084 | $ - |
| 11 | 650040071 | $ 5,708.00 |
| 12 | 650039618 | $ 2,560.00 |
| 13 | 650040097 | $ 880.67 |
| | | $ 13,138.00 |

**INVOICE TOTAL:**

For weekly breakdown of charges or any questions please contact Paul Moran at (716) 835-8735.

**superior / design**

# Invoice

**Remit to:**   Superior Design Co., Inc.
PO Box 6986 Buffalo, NY 14240

Delphi Harrison Thermal Systems
4236 Ridge Lea Rd
Amherst NY    14226

| | |
|---|---|
| Week Ending: | 9/4/2005 |
| Invoice: | 3680 |
| Purchase Order: | LPS 91661 |
| Terms: | 1/2% 10 Net 30 |

Attention:  Scott Stone

Contact:   **Scott Stone**
Charges for Cad Services

| PO line Item # | I.O's | Amount |
|---|---|---|
| 1 | 650040065 | $ 392.67 |
| 2 | 650040200 | $ 288.00 |
| 3 | 650040068 | $ 392.67 |
| 4 | 650039622 | $ - |
| 5 | 650039505 | $ - |
| 6 | 650040102 | $ - |
| 7 | 650040105 | $ 1,786.00 |
| 8 | 650039993 | $ - |
| 9 | 650040081 | $ - |
| 10 | 650040084 | $ - |
| 11 | 650040071 | $ 5,682.00 |
| 12 | 650039618 | $ 3,132.00 |
| 13 | 650040097 | $ 392.67 |
| INVOICE TOTAL: | | $ 12,066.00 |

For weekly breakdown of charges or any questions please contact Paul Moran at (716) 835-8735.

**superior /design**

# *Invoice*

**Remit to:**   Superior Design Co., Inc.
PO Box 6986 Buffalo, NY 14240

Delphi Harrison Thermal Systems
4236 Ridge Lea Rd
Amherst NY    14226

| | |
|---|---|
| Week Ending: | 9/11/2005 |
| Invoice: | 3681 |
| Purchase Order: | LPS 91661 |
| Terms: | 1/2% 10 Net 30 |

Attention:  Scott Stone

Contact:  **Scott Stone**
          Charges for Cad Services

| PO line item # | I.O's | Amount |
|:---:|:---:|---:|
| 1 | 650040065 | $           - |
| 2 | 650040200 | $           - |
| 3 | 650040068 | $           - |
| 4 | 650039622 | $      612.00 |
| 5 | 650039505 | $           - |
| 6 | 650040102 | $           - |
| 7 | 650040105 | $      756.00 |
| 8 | 650039993 | $           - |
| 9 | 650040081 | $           - |
| 10 | 650040084 | $           - |
| 11 | 650040071 | $    4,336.00 |
| 12 | 650039618 | $    2,034.00 |
| 13 | 650040097 | $           - |

**INVOICE TOTAL:**                                   $    7,738.00

For weekly breakdown of charges or any questions please contact Paul Moran at (716) 835-8735.

**superior / design**

# *Invoice*

**Remit to:**     Superior Design Co., Inc.
                  PO Box 6986 Buffalo, NY 14240

Delphi Harrison Thermal Systems
4236 Ridge Lea Rd
Amherst NY     14226

| | |
|---|---|
| Week Ending: | 9/18/2005 |
| Invoice: | 3689 |
| Purchase Order: | LPS 91661 |
| Terms: | 1/2% 10 Net 30 |

Attention:  Scott Stone

Contact:   **Scott Stone**

Charges for Cad Services

| PO line item # | I.O's | Amount |
|---|---|---|
| 1 | 650040065 | $           420.00 |
| 2 | 650040200 | $                - |
| 3 | 650040068 | $           420.00 |
| 4 | 650039622 | $                - |
| 5 | 650039505 | $                - |
| 6 | 650040102 | $                - |
| 7 | 650040105 | $           504.00 |
| 8 | 650039993 | $                - |
| 9 | 650040081 | $                - |
| 10 | 650040084 | $                - |
| 11 | 650040071 | $         5,506.00 |
| 12 | 650039618 | $         1,864.00 |
| 13 | 650040097 | $           420.00 |
| **INVOICE TOTAL:** | | $         9,134.00 |

For weekly breakdown of charges or any questions please contact Paul Moran at (716) 835-8735.

**superior / design**

# *Invoice*

**Remit to:**  Superior Design Co., Inc.
PO Box 6986 Buffalo, NY 14240

Delphi Harrison Thermal Systems
4236 Ridge Lea Rd
Amherst NY      14226

| | |
|---|---|
| Week Ending: | 9/25/2005 |
| Invoice: | 3695 |
| Purchase Order: | LPS 91661 |
| Terms: | 1/2% 10 Net 30 |

Attention:  Scott Stone

Contact:   **Scott Stone**

Charges for Cad Services

| PO line item # | I.O's | Amount | |
|---|---|---|---|
| 1 | 650040065 | $ | 643.33 |
| 2 | 650040200 | $ | 893.00 |
| 3 | 650040068 | $ | 643.33 |
| 4 | 650039622 | $ | - |
| 5 | 650039505 | $ | - |
| 6 | 650040102 | $ | - |
| 7 | 650040105 | $ | 900.00 |
| 8 | 650039993 | $ | - |
| 9 | 650040081 | $ | - |
| 10 | 650040084 | $ | - |
| 11 | 650040071 | $ | 6,641.00 |
| 12 | 650039618 | $ | 396.00 |
| 13 | 650040097 | $ | 643.33 |
| **INVOICE TOTAL:** | | $ | **10,760.00** |

For weekly breakdown of charges or any questions please contact Paul Moran at (716) 835-8735.

**superior / design**

# *Invoice*

**Remit to:**     Superior Design Co., Inc.
PO Box 6986 Buffalo, NY 14240

Delphi Harrison Thermal Systems
4236 Ridge Lea Rd
Amherst NY     14226

| | |
|---|---|
| Week Ending: | 10/2/2005 |
| Invoice: | 3701 |
| Purchase Order: | LPS 91661 |
| Terms: | 1/2% 10 Net 30 |

Attention:  Scott Stone

Contact:     **Scott Stone**

Charges for Cad Services

| PO line item # | I.O's | Amount |
|---|---|---|
| 1 | 650040065 | $ 528.00 |
| 2 | 650040200 | $ 144.00 |
| 3 | 650040068 | $ 528.00 |
| 4 | 650039622 | $ - |
| 5 | 650039505 | $ - |
| 6 | 650040102 | $ - |
| 7 | 650040105 | $ 972.00 |
| 8 | 650039993 | $ - |
| 9 | 650040081 | $ - |
| 10 | 650040084 | $ - |
| 11 | 650040071 | $ 7,443.00 |
| 12 | 650039618 | $ 735.00 |
| 13 | 650040097 | $ 528.00 |
| INVOICE TOTAL: | | $ 10,878.00 |

For weekly breakdown of charges or any questions please contact Paul Moran at (716) 835-8735.

EXHIBIT B

TO RESPONSE AFFIDAVIT OF SCOTT R. STENCLIK

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                      :

In re                 :     Chapter 11
                      :

DELPHI CORPORATION, et al.,  :     Case No. 05-44481 (RDD)
                      :

         Debtors.    :     (Jointly Administered)
                      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF OBJECTION TO CLAIM

Superior Design Co Inc:

      Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession
in the above-captioned cases (collectively, the "Debtors"), are sending you this notice. According to the
Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases. Based upon
the Debtors' review of your proof or proofs of claim, the Debtors have determined that one or more of
your claims identified in the table below should be disallowed and expunged or modified as summarized
in that table and described in more detail in the Debtors' Third Omnibus Objection to Certain Claims (the
"Third Omnibus Objection"), a copy of which is enclosed (without exhibits). The Debtors' Third
Omnibus Objection is set for hearing on November 30, 2006 at 10:00 a.m. (Prevailing Eastern Time)
before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New
York, One Bowling Green, Room 610, New York, New York 10004. AS FURTHER DESCRIBED IN
THE ENCLOSED THIRD OMNIBUS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO
RESPOND TO THE DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING
EASTERN TIME) ON NOVEMBER 24, 2006. IF YOU DO NOT RESPOND TIMELY IN THE
MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE
ENTERED WITHOUT ANY FURTHER NOTICE TO YOU.

      The enclosed Third Omnibus Objection identifies several different categories of objections. The
category of claim objection applicable to you is identified in the table below in the column entitled "Basis
For Objection":

          Claims identified as having a Basis For Objection of "Insufficient Documentation" are
          those Claims that did not contain sufficient documentation in support of the Claim
          asserted, making it impossible for the Debtors to meaningfully review the asserted Claim.

          Claims identified as having a Basis For Objection of "Untimely Insufficient
          Documentation" are those Claims that did not contain sufficient documentation in support
          of the Claim asserted making it impossible for the Debtors to meaningfully review the
          asserted Claim and also were not timely filed pursuant to the Order Under 11 U.S.C. §§
          107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And
          5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And

Manner Of Notice Thereof, dated April 12, 2006 (Docket No. 3206) (the "Bar Date Order").

Claims identified as having a Basis For Objection of "Unsubstantiated Claim" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Unsubstantiated Claim" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and were also not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Claims Subject to Modification" are those Claims that were overstated or were denominated in foreign currencies and which the Debtors seek to modify to a fully liquidated, U.S.-denominated amount in line with the Debtors' books and records and/or the liquidated amounts requested by the Claimants, as appropriate, and to appropriately classify the total amount of such remaining Claims as general unsecured claims.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim |
|---|---|---|---|---|
| 5/19/2006 | 6379 | $44,835.35 | Unsubstantiated Claim | Disallow and Expunge |

If you wish to view the complete exhibits to the Third Omnibus Objection, you can do so on www.delphidocket.com. If you have any questions about this notice or the Third Omnibus Objection to your claim, please contact Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Randall G. Reese). Questions regarding the amount of a Claim or the filing of a Claim should be directed to Claims Agent at 1-888-259-2691 or www.delphidocket.com. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

If you disagree with this Third Omnibus Objection, you must file a response and serve it so that it is actually received by no later than 4:00 p.m. (Prevailing Eastern Time) on November 24, 2006. Your response, if any, to the Third Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Amended Eighth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered by this Court on October 26, 2006 (the "Amended Eighth Supplemental Case Management Order") (Docket No. 5418), (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) -- registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk

---

[1] Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated or is denominated in a foreign currency.

2

(preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel), (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), (iii) counsel to the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Att'n: Kenneth S. Ziman), (iv) counsel to the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Donald Bernstein and Brian Resnick), (v) counsel to the Official Committee of Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), (vi) counsel to the Official Committee of Equity Security Holders, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004 (Att'n: Bonnie Steingart), and (vii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard).

Your response, if any, must also contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number, and the title of the Third Omnibus Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed or modified for the reasons set forth in the Third Omnibus Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Third Omnibus Objection; (iv) all documentation or other evidence of the claim upon which you will rely in opposing the Third Omnibus Objection to the extent not included with the proof of claim previously filed with the Bankruptcy Court; (v) to the extent that the Claim is fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate; (vi) the address(es) to which the Debtors must deliver any reply to your response, if different from that presented in the proof of claim; and (vii) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

If you properly and timely file and serve a Response in accordance with the above procedures, and the Debtors are unable to reach a consensual resolution with you, the Debtors have requested that the Court conduct a status hearing on November 30, 2006 at 10:00 a.m. regarding the Third Omnibus Claims Objection and any Response and set further hearings pursuant to the Motion For Order Pursuant To 11 U.S.C. §§ 502(b) And 502(c) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Disallowance Or Estimation Of Claims And (ii) Certain Notices And Procedures Governing Hearings Regarding Disallowance Or Estimation Of Claims (the "Claims Objection and Estimation Procedures Motion") being filed contemporaneously with the Third Omnibus Objection. With respect to all uncontested objections, the Debtors have requested that this Court conduct a final hearing on November 30, 2006 at 10:00 a.m. or as soon thereafter as counsel may be heard. The procedures set forth in the Claims Objection and Estimation Procedures Motion will apply to all Responses and hearings arising from this Third Omnibus Claims Objection.

TO THE EXTENT ANY PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, IF YOU FILE A RESPONSE IN ACCORDANCE WITH THE ABOVE

PROCEDURES, PURSUANT TO THE CLAIMS OBJECTION AND ESTIMATION PROCEDURES
MOTION THE DEBTORS HAVE REQUESTED THE AUTHORITY TO ELECT, IN THEIR SOLE
DISCRETION, TO PROVISIONALLY ACCEPT THE AMOUNT THAT YOU HAVE ASSERTED
WOULD BE THE ALLOWABLE AMOUNT OF SUCH PROOF OF CLAIM UPON LIQUIDATION
OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, AS THE
ESTIMATED AMOUNT OF SUCH CLAIM PURSUANT TO SECTION 502(c) OF THE
BANKRUPTCY CODE FOR ALL PURPOSES.  YOUR PROOF OF CLAIM WOULD REMAIN
SUBJECT TO FURTHER OBJECTION AND REDUCTION AS APPROPRIATE.  THE DEBTORS'
ELECTION WOULD BE MADE BY SERVING YOU WITH A NOTICE IN THE FORM ATTACHED
TO THE CLAIMS OBJECTION AND ESTIMATION PROCEDURES MOTION.

The Bankruptcy Court will consider only those responses made as set forth herein and in
accordance with the Amended Eighth Supplemental Case Management Order.  If no responses to the
Third Omnibus Objection are timely filed and served in accordance with the procedures set forth herein
and in the Amended Eighth Supplemental Case Management Order, the Bankruptcy Court may enter an
order sustaining the Third Omnibus Objection without further notice.  Thus, your failure to respond may
forever bar you from sustaining a Claim against the Debtors.

SUPERIOR DESIGN CO INC
ATTN SCOTT STENCLIK
PO BOX 9057
WILLIAMSVILLE NY 14231-9057

4

## EXHIBIT C

TO RESPONSE AFFIDAVIT OF SCOTT R. STENCLIK

**SUPERIOR DESIGN CO., INC.**
**PRE-PETITION DELPHI RECEIVABLES ANALYSIS**

**BILLING SUMMARY**

**TOTAL LABOR COST**

**DETAIL OF LABOR, TAXES AND BENEFITS BY EMPLOYEE**

| Week Ending | Invoice No. | Invoice Amt. | Hours | Total | Moran P | | | | Hylinger | | | | Wojcik | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Hours | Pay Rate | Tax/Ben | Total | Hours | Pay Rate | Tax/Ben | Total | Hours | Pay Rate | Tax/Ben | Total |
| 7/17/2005 | 3642 | $ 11,781 | 295.0 | 8,175.3 | 40.0 | 40.625 | 8.125 | 1,950 | 32.0 | 27 | 5.4 | 1,256 | 32.0 | 23.50 | 4.7 | 902 |
| 7/24/2005 | 3643 | 12,562 | 315.0 | 8,873.5 | 40.0 | 40.625 | 8.125 | 1,950 | 40.0 | 27 | 5.4 | 1,256 | 42.0 | 23.50 | 4.7 | 1,128 |
| 7/31/2005 | 3644 | 13,664 | 342.0 | 9,393.6 | 40.0 | 40.625 | 8.125 | 1,950 | 40.0 | 27 | 5.4 | 1,256 | 40.0 | 23.50 | 4.7 | 1,128 |
| 8/7/2005 | 3654 | 13,664 | 305.0 | 9,026.8 | 24.0 | 40.625 | 8.125 | 1,170 | 40.0 | 27 | 5.4 | 1,037 | 40.0 | 23.50 | 4.7 | 1,128 |
| 8/14/2005 | 3655 | 11,940 | 297.0 | 8,765.8 | 32.0 | 40.625 | 8.125 | 1,560 | 32.0 | 27 | 5.4 | 1,037 | 40.0 | 23.50 | 4.7 | 902 |
| 8/21/2005 | 3656 | 13,804 | 343.0 | 9,553.8 | 40.0 | 40.625 | 8.125 | 1,950 | 40.0 | 27 | 5.4 | 1,256 | 40.0 | 23.50 | 4.7 | 902 |
| 8/28/2005 | 3679 | 13,108 | 324.5 | 9,489.9 | 32.0 | 40.625 | 8.125 | 1,560 | 40.0 | 27 | 5.4 | 1,256 | 40.0 | 23.50 | 4.7 | 1,128 |
| 9/4/2005 | 3680 | 12,066 | 300.5 | 8,190.6 | 38.0 | 40.625 | 8.125 | 1,853 | 32.0 | 27 | 5.4 | 1,037 | 38.0 | 23.50 | 4.7 | 1,072 |
| 9/11/2005 | 3688 | 9,738 | 194.0 | 4,741.8 | 8.0 | 40.625 | 8.125 | 390 | 32.0 | 27 | 5.4 | 1,037 | 24.0 | 23.50 | 4.7 | 677 |
| 9/18/2005 | 3689 | 9,134 | 233.5 | 6,069.6 | 24.0 | 40.625 | 8.125 | 1,170 | 32.0 | 27 | 5.4 | 1,037 | 24.0 | 23.50 | 4.7 | 1,128 |
| 9/25/2005 | 3695 | 10,760 | 270.0 | 7,139.4 | 40.0 | 40.625 | 8.125 | 1,950 | 40.0 | 27 | 5.4 | 1,256 | 32.0 | 23.50 | 4.7 | 902 |
| 10/2/2005 | 3701 | 10,878 | 274.0 | 7,280.4 | 40.0 | 40.625 | 8.125 | 1,950 | 38.0 | 27 | 5.4 | 1,256 | 22.0 | 23.50 | 4.7 | 1,128 |
| | | $ 139,352 | 3,497.5 | $ 94,516.66 | 401.0 | | | $ 19,548.76 | 436.0 | | | $ 14,126.40 | 438.0 | | | $ 12,351.60 |

| Leathers | | | | Renzi | | | | Moran S | | | | Almeter | | | | Russell | | | | Root | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hours | Pay Rate | Tax/Ben | Total | Hours | Pay Rate | Tax/Ben | Total | Hours | Pay Rate | Tax/Ben | Total | Hours | Pay Rate | Tax/Ben | Total | Hours | Pay Rate | Tax/Ben | Total | Hours | Pay Rate | Tax/Ben | Total |
| 31.0 | 18.75 | 3.75 | 698 | 19.0 | 25 | 5.0 | 270 | 40.0 | 15 | 3.0 | 720 | 37.0 | 28 | 5.6 | 1,344 | 40.0 | 13.5 | 2.7 | 599 | 40.0 | 15 | 3.0 | 720 |
| 40.0 | 18.75 | 3.75 | 900 | 14.0 | 25 | 5.0 | 420 | 40.0 | 15 | 3.0 | 720 | 32.0 | 28 | 5.6 | 1,075 | 37.0 | 13.5 | 2.7 | 518 | 37.0 | 15 | 3.0 | 666 |
| 40.0 | 18.75 | 3.75 | 900 | 24.0 | 25 | 5.0 | 720 | 40.0 | 15 | 3.0 | 720 | 38.0 | 28 | 5.6 | 1,244 | 40.0 | 13.5 | 2.7 | 616 | 40.0 | 15 | 3.0 | 720 |
| 40.0 | 18.75 | 3.75 | 900 | 13.0 | 25 | 5.0 | 390 | 40.0 | 15 | 3.2 | 768 | 40.0 | 28 | 5.6 | 1,344 | 40.0 | 13.5 | 2.7 | 648 | 40.0 | 15 | 3.0 | 720 |
| 40.0 | 18.75 | 3.75 | 900 | 21.0 | 25 | 5.0 | 630 | 40.0 | 15 | 3.2 | 768 | 29.0 | 28 | 5.6 | 1,344 | 20.0 | 13.5 | 2.7 | 470 | 20.0 | 15 | 3.0 | 360 |
| 40.0 | 18.75 | 3.75 | 900 | 32.0 | 25 | 5.0 | 980 | 40.0 | 15 | 3.2 | 768 | 39.0 | 28 | 5.6 | 1,344 | 32.0 | 13.5 | 2.7 | 632 | 32.0 | 15 | 3.0 | 576 |
| 40.0 | 18.75 | 3.75 | 900 | 40.0 | 25 | 5.0 | 1,200 | 36.0 | 15 | 3.2 | 591 | 28.0 | 28 | 5.6 | 1,344 | 40.0 | 13.5 | 2.7 | 413 | 40.0 | 15 | 3.0 | 720 |
| 38.0 | 18.75 | 3.75 | 855 | 26.0 | 25 | 5.0 | 780 | 31.0 | 16 | 3.2 | 730 | 29.5 | 28 | 5.6 | 1,042 | 29.5 | 13.5 | 2.7 | 543 | 33.0 | 15 | 3.0 | 594 |
| 24.0 | 18.75 | 3.75 | 540 | 18.0 | 25 | 5.0 | 540 | 19.0 | 16 | 3.2 | 480 | 19.0 | 28 | 5.6 | 638 | 33.5 | 13.5 | 2.7 | 542 | 32.0 | 15 | 3.0 | 576 |
| 40.0 | 18.75 | 3.75 | 900 | | | | | 40.0 | 16 | 3.2 | 768 | | | | | 16.0 | 13.5 | 2.7 | 266 | 41.5 | 15 | 3.0 | 747 |
| 38.0 | 18.75 | 3.75 | 855 | | | | | 40.0 | 16 | 3.2 | 768 | | | | | 40.0 | 13.5 | 2.7 | 648 | 40.0 | 15 | 3.0 | 720 |
| 40.0 | 18.75 | 3.75 | 900 | | | | | 40.0 | 16 | 3.2 | 768 | 40.0 | | | | 36.0 | 13.5 | 2.7 | 583 | 40.0 | 15 | 3.0 | 720 |
| 18.75 | 3.75 | | 900 | | | | | | | | | | | | | | | | | | | | |
| 451.0 | | | $10,147.50 | 197.0 | | | $5,910.00 | 459.0 | | | $8,668.80 | 282.0 | | | $9,475.20 | 397.0 | | | $6,431.40 | 436.5 | | | $7,857.00 |

EXHIBIT D

TO RESPONSE AFFIDAVIT OF SCOTT R. STENCLIK

**SUPERIOR DESIGN, INC.**
250 International Drive, Williamsville, NY 14231 • (716) 929-1400 • (716) 633-7985 Fax • www.superior-sdc.com

December 12, 2005

**Delphi Corporation**
5820 Delphi Drive
Troy, MI  48098-2815

Attention:  Mr. Alan Ladd
           Director of Corporate Services
           Mail Code 480.405.310

Dear Mr. Ladd:

Superior Design Co., Inc. (Superior) is pleased to provide the following information you requested regarding the services Superior provides to Delphi and the details of our unpaid pre-petition receivables, which total $139,352.

1. A summary of the services provided by Superior:

   In response to Delphi's request to utilize Unigraphics (UG) CAD Designers and Drafters on an off-site—rather than an on-site—basis, Superior agreed to set up a design and drafting room dedicated to fulfilling Delphi's UG design and drafting needs.  The work performed is no different than the work performed by employees working on-site at Delphi under the TechCentral Program—pre-petition services that have been paid for under the provisions of the Human Capital Bridge Agreement executed and agreed to as part of Delphi's bankruptcy proceedings.

   A Settlement Agreement relating to accelerated payment terms executed by Superior and Delphi on October 24, 2005 also describes the nature of the services we provide.  It states in Paragraph A that "Company (Superior) provides CAD designers, Unigraphic and drafters (the "parts") to Delphi pursuant to various purchase orders and supply contracts (collectively, the "Purchase Orders")."  A copy of this agreement is attached.

   Delphi has retained full responsibility for the technical accuracy of the work performed by Superior's employees, and therefore full risk of performance with its customers.  In fact, Delphi representatives work on-site at our facility on an almost daily basis, providing supervision, direction and guidance to workers assigned and dedicated to Delphi on a full time basis.

   Work performed is billed to Delphi on a time and materials basis by applying an hourly bill rate to all hours worked, but is presented in a format designed to accommodate Delphi's billing requirements.

**superior/design**

2. Copies of invoices in Delphi's requested format, supporting the outstanding pre-petition receivables, are attached.

3. Copies of Delphi's Purchase Order, including amendments, are attached.

4. A schedule detailing the portions of Superior's pre-petition receivables that are directly attributable wages, taxes and benefits is attached.  Please note that on an average basis, employment taxes and employee benefits comprise 20% of wages paid, as is reflected in the schedule.

Superior greatly appreciates your consideration of our circumstances, and hopes that you can facilitate full or substantial payment of our pre-petition receivables.  Please contact me at your convenience to further discuss this information.


Regards,

**SUPERIOR DESIGN CO., INC.**



Scott R. Stenclik
President

## EXHIBIT E

TO RESPONSE AFFIDAVIT OF SCOTT R. STENCLIK

PRIVILEGED AND CONFIDENTIAL

# DELPHI

TO: *Superior Design Inc.*
*williamsville, New York*

Date: *12/14/05*

Dear Valued Supplier:

As you are no doubt aware, on October 8, 2005 (the "Petition Date"), Delphi Corporation and certain of its U.S. affiliates (collectively, the "Debtors"), filed voluntary petitions under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Cases" and the "Bankruptcy Court," respectively). The Debtors have received the Bankruptcy Court's authority to pay certain suppliers in recognition of the importance of continuity in our business operations and our desire that the Bankruptcy Cases have as little effect on our operations as possible.

In accordance with the authority granted to them under the "Human Capital Obligation Order" (the "Order"), the Debtors are making the payment included herewith. The Debtors will provisionally pay you */60* % of your estimated prepetition trade claim for obligations related to contract labor that meet the conditions for payment under the Order (net of any setoffs, credits or discounts), or $ *94,576.65* (the " Human Capital Trade Claim"). Debtors acknowledge that you do not waive your rights with respect to that portion of the final prepetition trade balance that is not paid to you for amounts that are not related to the Human Captial Trade Claim hereunder (the "Residual Claim"), provided, however, that in no event will the Human Capital Trade Claim and the Residual Trade Claim exceed the final prepetition trade claim balance nor shall the amount of the Residual Trade Claim exceed $ *44,935.35*. You hereby acknowledge and agree that the amount of the Human Capital Trade Claim is based upon the Debtors' books and records and subject to reconciliation with your books and records. To the extent that this reconciliation results in the amount of your actual prepetition trade claim being less than the estimated amount of your prepetition trade claim, you agree to promptly disgorge any excess amount of the Human Capital Trade Claim. In exchange for receiving such payment, you hereby agree that you no longer have any prepetition amounts owing to you with respect to the Human Capital Trade Claim and that you will forever waive any and all claims, rights or causes of action related to any such prepetition amounts.

Further, in exchange for receiving payment of the Human Capital Trade Claim, you hereby agree that you have reviewed the terms and provisions of the Order and that you consent to be bound by such terms, including, without limitation, the extension of normal and customary trade terms, practices and programs.

You also hereby acknowledge and agree that you continue to be bound by the terms of each agreement between you and one or more of the Debtors, including, without limitation, the general terms and conditions applicable thereto, except to the extent modified by the terms of this agreement and the United States Bankruptcy Code.

The Debtors expressly reserve all of their rights at law and in equity, including, without limitation, all of their rights as debtors-in-possession under the United States Bankruptcy Code. Without limiting the generality of the foregoing sentence, this agreement, and any payment made hereunder, does not constitute (a) a waiver of the Debtors' rights (i) to dispute any claim, (ii) to reject any agreement, contract, purchase order or other document under section 365 of the United States Bankruptcy Code, or (iii) to take, or refrain from taking any other action under any applicable section of the United States Bankruptcy Code or any other applicable law, or (b) an approval, adoption or assumption of any agreement, contract, purchase order or other document under section 365 of the United States Bankruptcy Code or any other applicable law, all of the Debtors' rights with respect to which are expressly reserved.

If you have any questions about this Agreement or our financial restructuring, please do not hesitate to call (866) 688-8679.

Sincerely,

DELPHI CORPORATION

By:   Allen Ladd
Its:   Director, Corporate Services

ACCEPTED AND AGREED BY:

SUPERIOR DESIGN Co. INC.

By:   _____
Its:   PRESIDENT

Dated:   12/14/05