COLELLA & WEIR, P.L.L.
Attorneys for Wallover Oil Hamilton, Inc.
6055 Park Square Drive
Lorain, Ohio 44053
(440) 988-9000
Jeffrey H. Weir II  (Motion for admission pro hac vice pending)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re                                                        :
                                                             :   Chapter 11
DELPHI CORPORATION, *et al.*,                                :
                                                             :   Case No. 05-44481 (RDD)
       Debtors.                                              :
                                                             :   (Jointly Administered)
                                                             :
------------------------------------------------------------ x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Jeffrey H. Weir II, a member in good standing of the bar in the State of Ohio and the bar of the U. S. District Court for the Northern District of Ohio, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Wallover Oil Hamilton, Inc., a creditor in the above referenced case. My mailing address is 6055 Park Square Drive, Lorain, Ohio 44053. My email address is jhweir@cnwlaw.com; telephone number is (440) 988-9000. The fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

DATED:  November 22, 2006

1

RESPECTFULLY SUBMITTED,

COLELLA & WEIR, P.L.L

_____
Jeffrey H. Weir II, Esq. (OBN #0067470)
*(Request for admission pro hac vice pending)*
6055 Park Square Drive
Lorain, Ohio 44053
Telephone: (440) 988-9000
Telecopy:  (440) 988-9002
E-mail: jhweir@cnwlaw.com

ATTORNEYS FOR WALLOVER OIL
HAMILTON, INC.

## ORDER

**ORDERED,**

that Jeffrey H. Weir II, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York.

DATED: _____, 2006

    New York, New York    /s/_____
                                                   UNITED STATES BANKRUPTCY JUDGE