UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re

DELPHI CORPORATION, et al.,

Debtors.

Chapter 11

Case No. 05-44481 (RDD)

(Jointly Administered)

ON SUBMISSION OF PAPERS

---

## RESPONSE TO OBJECTION TO CLAIM

Robert J. Dubin pursuant to Federal Rule of Civil Procedure Rule 11, and under penalty of perjury, hereby affirms as follows:

1.      I am an attorney at law duly licensed to practice in the State of New York and a member of the firm of Dubin & Sommerstein, LLP.

2.      I am fully familiar with the facts and circumstances of the claim of Buffalo Check Cashing herein.

3.      That I make this affirmation in support of the Proof of Claim submitted on behalf of Buffalo Check Cashing Company which has been identified as claim number 3026.

4.      That your affirmant obtained an objection to claim from the office of Skadden, Arps, Slate, Meagher & Flom, LLP on November 6, 2006, after being advised by a representative of said office that this claim would be accepted.

5.      That this claim is likely identified as "unsubstantiated" because Delphi takes the position that it reissued the check to the payee, which was cashed.

6.     That the position of Buffalo Check Cashing Company is that they are a "holder in due course" and still have a valid secured claim on the basis of the grounds set forth in my October 18, 2005 letter to Julie L. McDonald at Delphi Automotive Systems which is incorporated herein by reference.  A copy of said letter is attached hereto as Exhibit A.

7.     A copy of the underlying check which was cashed as a holder in due course by Buffalo Check Cashing Company without knowledge of the stop payment order is attached hereto as Exhibit B.

WHEREFORE, your affirmant respectfully requests this Court deny the debtor's objection to the claim and that claim number 3026 of creditor, Buffalo Check Cashing Inc. be allowed as fully secured.

Dated: November 22, 2006

_____
Robert J. Dubin

TO:   United States Bankruptcy Court
       for the Southern District of New York
       Alexander Hamilton Custom House
       One Bowling Green
       New York, NY 10004-1408

       Delphi Corporation
       5725 Delphi Drive
       Troy, Michigan 48098

       Skadden, Arps, Slate,
        Meagher & Flom, LLP
       Attorneys at Law
       333 West Wacker Drive, Ste. 2100
       Chicago, Illinois 60606

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Ste. 2100
New York, NY 10004

# DUBIN & SOMMERSTEIN, LLP
ATTORNEYS AT LAW
600 RAND BUILDING
14 LAFAYETTE SQUARE
BUFFALO, NEW YORK 14203-1906
TELEPHONE (716) 853-1283
FAX (716) 847-1980

ROBERT B. SOMMERSTEIN

ROBERT J. DUBIN

COUNSEL
MARVIN T. DUBIN

Via Facsimile to
1-(248)-813-2815
and U.S. Mail

October 18, 2005

Delphi Automotive Systems
5725 Delphi Drive
Troy, MI 48098-2815

Attn:  Julie L. McDonald

Re:    Your Check No. 0232315
       Amount:    $984.35
       Date:      08/31/05
       Payee:     Nicole Baugh

Dear Ms. McDonald:

Please be advised that this firm represents Buffalo Check Cashing, Inc.  Our client is a duly licensed check cashing business subject to the banking laws and regulations of the State of New York.  Please be further advised that Buffalo Check cashing is a "holder in due course" of the above-referenced check issued by Delphi on August 31, 2005 in the amount of $984.35 (copy enclosed).  The payee, Nicole Baugh, presented the aforesaid check to Buffalo Check Cashing, Inc. on August 29, 2005.  Therefore, our client, after obtaining proper endorsement from the payee, cashed the check.  The check was then immediately deposited to our client's account, however, this check was subsequently dishonored.

This check was recently dated, the payee properly endorsed same, and the payee's identity was verified by Buffalo Check Cashing, Inc.  Therefore, Buffalo Check Cashing, Inc. intends to exercise the full extent of its rights as a "holder in due course" under §3-302 and §3-304 of the Uniform Commercial Code.  By drawing the above-described check, Delphi contracted to pay the full amount thereof upon dishonor in accordance with §3-413 of the Uniform Commercial Code.  Although you may issue a "stop payment" order in accordance with §4-403 of the Code, you nonetheless remain liable on the instrument to Buffalo Check Cashing, Inc. as a "holder in due course" since

## DUBIN & SOMMERSTEIN, LLP

October 18, 2005
Page Two

the instrument was taken for value, in good faith, and without any notice of any other claim or defense to the instrument.

Our client acted with absolute due diligence in making payment upon your validly issued check. Buffalo Check Cashing, Inc. therefore makes claim against Delphi, as drawer of the aforesaid check for full payment in the amount of $984.35, based upon the authority of the Uniform Commercial Code of the state of New York, §3-302, §3-305, §4-413 and the commentary to §4-403. I have also enclosed a copy of the subject check. Please forward payment to this office at your earliest opportunity on behalf of our client, Buffalo Check Cashing, Inc. If you wish to discuss this matter in more detail, please do not hesitate to contact me.

Very truly yours,

DUBIN & SOMMERSTEIN, LLP

By: Robert J. Dubin

RJD/sp
Enclosure
cc:    Buffalo Check Cashing, Inc.

*The information contained in this facsimile message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.*

DELPHI
DETROIT, MI 48202

**DELPHI**

NO.  0232315

76-1292
724

Issue Date:  08/31/2005
Not valid after 90 days from date

PAY:    **NINE HUNDRED EIGHTY-FOUR DOLLARS AND THIRTY-FIVE CENTS**

To the
order of:    NICOLE BAUGH

Amount
*********984.35

330285

PAYMENT STOPPED

Delphi

PAYABLE THROUGH:
MORGAN CHASE

⑈0232315⑈ ⑆072412927⑆    644256⑈         ⑈0000098435⑈

BANK ONE, NA
074909962
08312005
3420479447
BANK ONE, NA
074909962
09012005
3220616117

PAY TO THE ORDER OF M&T BANK
BUFFALO CHECK CASHING INC
LICENSED CASHIER OF CHECKS
10-4 M&T BANK ACT#9833808141
04:15PM MON AUG 29, 2005
UNIT# 0 TELLER 117
CHECK
FEE CHARGED $15.26

M&T BANK 08/30/2005
▶22137046824 BUF
800-529490

1290779594
09022005

0840-0002-6

Nicole Baugh
67 Lemon St Bflg NY
14204