| China Patent & Trademark Agent (U.S.A.) LTD.<br>55 Broad Street, 15th Floor,<br>New York, NY 10004, U.S.A.<br>Tel: (1-212)8098100<br><br>Tokyo Office<br>Room 1003, Bureau Toranomon<br>2-7-16 Toranomon Minato-ku,<br>Tokyo 105-0001, Japan<br>Tel: (81-3)52511966 | **CHINA PATENT AGENT (H.K.) LTD.**<br>中国专利代理（香港）有限公司<br>*Patent, Trademark, Copyright & Legal Affairs*<br>22/F., GREAT EAGLE CENTRE,<br>23 HARBOUR ROAD, WANCHAI, HONG KONG.<br>*TELEPHONE: (852)28284688 FACSIMILE: (852)28271018* | Munich Office<br>Zweibrueckenstrasse 17,<br>D-80331 Munich, Germany<br>Tel: (49-89)2289328<br><br>Beijing Office<br>B-19/F., Investment Plaza,<br>27 Jinrong Street,<br>Xicheng District<br>Beijing, China 100032<br>Tel: (86-10)66211588 |
|---|---|---|

**United States Bankruptcy Court**
**Southern District of New York**
**Alexander Hamilton Customs House**
**Atten: James M. Millerman, 111, Senior Law Clerk**
**One Bowling Green**
**New York, NY 10004-1408**

Date: 23 November 2006

Ref. : CPF061244

Dear Sir / Madam

<u>Re: Delphi Corporation, et al., - Case No. 05-44481 (RDD)</u>

Our client Delphi Corporation requested us to have affidavit on file with the US bankruptcy court before they can pay our invoices.

Enclosed are affidavit of legal ordinary course professional and affidavit of non-legal ordinary course professional as well as a certificate of service. We would appreciate it if you could file the affidavits on Delphi's bankruptcy docket.

Should you have any questions, please let us know.

Yours faithfully
China Patent Agent (HK) Ltd.

Finance Department

/ct

Enc

c.c.  Delphi Corporation
      Skadden, Arps, Slate, Meagher & Flom
      Untied States Trustee
      Latham & Watkins
      Simpson Thacher & Bartlett LLP
      Davis Polk & Wardwell



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors, | (Jointly Administered) |

---

## AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

HONG KONG, CHINA          ) ss:

Zhang Xiao Li, being duly sworn, deposes and says:

1. I am a principal of China Patent Agent (HK) Ltd. ("CPA") which firm maintains offices at 22/F., Great Eagle Centre, 23 Harbour Road, Wanchai, Hong Kong.

2. Neither I, "CPA", nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

3. "CPA", has represented and advised the Debtors in patent and trademark prosecution and enforcement matters with respect to a broad range of aspects of the Debtors' businesses.

4. The Debtors have requested, and "CPA" has agreed, to continue to represent and advise the Debtors pursuant to section 327(e) of title 11 of the United States Code, 11 U.S.C. §§101-1330, as amended (the "Bankruptcy Code"), with respect to such matters. Additionally, the Debtors have requested, and "CPA" proposes, to render the following services to the Debtors: Patent and trademark prosecution and enforcement matters.

5. "CPA"'s current fees arrangement is between USD100 to USD250 per hour.

6. Except as set forth herein, no promises have been received by "CPA" or any partner, auditor or other member thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this

Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

7. "CPA" has no agreement with any entity to share with such entity any compensation received by "CPA".

8. "CPA" and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases. "CPA" does not and will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

9. Neither I, "CPA", nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which "CPA" is to be engaged.

10. The foregoing constitutes the statement of "CPA" pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

_____
(Zhang Xiao Li)
Director & Assistant General Manager
China Patent Agent (HK) Ltd.
Holder of H.K.I. Card No. P3113349

Subscribed and sworn to before me this
This  21st  day of  March, 2006

_____
(Dong Jiang Xiong)
Notary Public
Attorney at law admitted to practice in the PRC
Holder of H.K.I. Card No. K706519(1)