UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:                                                           |
                                                                 | Chapter 11
DELPHI CORPORATION                                               |
                                                                 | Case No. 05-44481
                                                                 |
             Debtor.                                             |
                                                                 | **Claim#2299**
-----------------------------------------------------------------X

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2)**

To: (Transferor)        Constellation NewEnergy – Gas Division LLC
                        DLA Piper Rudnick Gray Cary US LLP
                        6225 Smith Avenue
                        Baltimore, MD 21209
                        Attn: Maria Ellena Chavez-Ruark, Esq.

The transfer of your claim as shown above, in the amount of $93,001.07 has been transferred (unless previously expunged by court order) to:
                        LONGACRE MASTER FUND, LTD.
                        Transferor: Constellation NewEnergy – Gas Division LLC
                        810 Seventh Avenue, 22nd Floor
                        New York, NY  10019
                        Att: Vladimir Jelisavcic

No action is required if you do not object to the transfer of your claim.  However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

   - FILE A WRITTEN OBJECTION TO THE TRANSFER with:

       United States Bankruptcy Court
       Southern District of New York
       One Bowling Green
       New York, New York 10004

   - SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL No. ____ in your objection.  If you file an objection, a hearing will be scheduled.  IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
                                                    Intake Clerk
-----------------------------------------------------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, post prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Claims Agent Noticed: (Name of Outside Agent)
Copy to Transferee:_____

                                        _____
                                        Deputy Clerk

# EVIDENCE OF TRANSFER OF CLAIM

Exhibit B

TO: United States Bankruptcy Court ("Bankruptcy Court")
Southern District of New York
One Bowling Green
New York, NY 10004
Attn: Clerk

AND TO: DELPHI CORPORATION ("Debtor")
Case No. 05-44481

Claim # 2299

**CONSTELLATION NEWENERGY – GAS DIVISION LLC,** its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**LONGACRE MASTER FUND, LTD.**
c/o U.S. Bank National Association
Corporate Trust Services
1420 Fifth Avenue, 7th Floor
Seattle, Washington 98101
Attn: Dawnita Ehl

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $93,001.07 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

All future payments, distributions, notices and other communications in respect of the Claim should be directed to Buyers.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated April 10, 2006.

**CONSTELLATION NEWENERGY – GAS DIVISION LLC**

By: /s/ Jeffrey P. Pryja
Name: Jeffrey P. Pryja
Title: Chief Risk Officer