IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
:
In re:                                          :
                                                :     Chapter 11
DELPHI CORPORATION, *et al.*,                   :
                                                :     Case No. 05-44481 (RDD)
Debtors.                                        :
                                                :     (Jointly Administered)
------------------------------ x

## ORDER GRANTING WORLDWIDE BATTERY'S MOTION FOR ENLARGEMENT OF TIME TO SUBMIT ADDITIONAL EVIDENCE IN SUPPORT OF PROOF OF CLAIM

The claimant, WorldWide Battery Company, LLC ("WorldWide Battery"), having filed its motion for time to submit additional evidence in support of its Proof of Claim, and the Court, having reviewed the motion and being duly advised in the premises, the Court now GRANTS the motion, it appearing to the Court that the motion is made for good cause. It is therefore ORDERED that the deadline for the submission of WorldWide Battery's additional evidence in support of its Proof of Claim is continued as open. WorldWide Battery and debtors are directed to confer and agree upon a deadline and procedure for the exchange and/or submission of any additional documents and evidence to be used by WorldWide Battery in support of its Proof of Claim.

Dated: _____, 2006    _____
                                   Honorable Robert D. Drain
                                   United State Bankruptcy Judge
                                   United States Bankruptcy Court
                                   for the Southern District of New York

**Distribution:**

Elizabeth A. Roberge
Eliza K. Bradley
Roberge & Roberge
9190 Priority Way West Drive
Suite 100
Indianapolis, Indiana 46240

Delphi Corporation
Attn.: General Counsel
5725 Delphi Drive
Troy, Michigan 48098

Skadden, Arps, Slate, Meagher & Flom, LLP
Attn.: John Wm. Butler, Jr.
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606

Simpson Thacher & Bartlett LLP
Attn.: Kenneth S. Ziman
425 Lexington Avenue
New York, New York 10017

Davis Polk & Wardwell
Attn.: Donald Bernstein & Brian Resnick
450 Lexington Avenue
New York, New York 10017
Latham & Watkins, LLP
Attn.: Robert J. Rosenberg & Mark A. Broude
885 Third Avenue
New York, New York 10022

Fried, Frank, Harris, Shriver & Jacobson, LLP
Attn.: Bonnie Steingart
One New York Plaza
New York, New York 10004

Office of the United States Trustee
for Southern District of New York
Attn.: Alicia M. Leonard
33 Whitehall Street
Suite 2100
New York, New York 10004