HONIGMAN MILLER SCHWARTZ AND
COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
E. Todd Sable (P 54956)
(313) 465-700
e-mail: tsable@honigman.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| **DELPHI CORPORATION et al.,** | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

---

### PROOF OF SERVICE

The undersigned hereby certifies and declares that she served copies as follows:

1. Documents Served: Supplemental Verified Statement Under Federal Rule of Bankruptcy Procedure 2019 of Honigman Miller Schwartz and Cohn LLP

2. Served Upon: See attached Service List

3. Method of Service: First Class Mail

4. Date Served: November 28, 2006

I certify and declare under penalty of perjury that the foregoing is true and correct.

By: /s/Judy Mosello
Judy Mosello
Assistant to E. Todd Sable
Honigman, Miller, Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, Michigan 48226-3506

John William Butler, Jr., Esquire
Skadden Arps Slate Meagher & Flom, LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Alicia M. Leonhard, Esq.
Office of the U.S. Trustee
33 Whitehall St., Suite 2100
New York, NY 10044

Kenneth S. Zimar, Esq.
Simpson Thacher Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Mark A. Broude
Latham & Watkins
885 Third Avenue
Ney York, NY 10022-4802

Marlane Melican, Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017

DETROIT.2386226.1