UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------

In re                                : Chapter 11

DELPHI CORPORATION, et al.,          : Case No. 05-44481 (RDD)

                                     : (Jointly Administered)

                Debtors.             :
------------------------------------

**MOTION FOR ADMISSION TO PRACTICE, Pro Hac Vice**

I, Joseph A. Carbone, a member in good standing of the bar of the State of Ohio and the bar of the U.S. District Court for the Northern District of Ohio, request admission, **pro hac vice**, before the Honorable Robert D. Drain, to represent Comptrol Incorporated, a creditor in the above referenced case. My address is Joseph A. Carbone, Co., L.P.A., 1370 Ontario Street, Suite 800, Cleveland, Ohio 44113. My e-mail address is jacarco@aol.com. My telephone number is (216) 861-3000. I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice **pro hac vice**.

Dated: November 21, 2006
Cleveland, Ohio

JOSEPH A. CARBONE CO., L.P.A.

By: _____
JOSEPH A. CARBONE (#0005620)
1370 Ontario Street, Suite 800
Cleveland, Ohio 44113
(216) 861-3000

Attorney for Creditor
COMPTROL INCORPORATED