BINGHAM McHALE, LLP
10 West Market Street, Suite 2700
Indianapolis, Indiana 46204
Telephone (317) 635-8900
Facsimile (317) 236-9907
John Taylor, Esq.
Michael J. Alerding, Esq.
Whitney L. Mosby, Esq.

Attorneys for Universal Tool &
Engineering Co, Inc. and M.G. Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| DELPHI CORPORATION, <u>et al.</u>, | ) | Case No. 05-44481 (RDD) |
| Debtors. | ) | (Jointly Administered) |

## MOTION TO SUBSTITUTE APPEARANCES

Creditors, Universal Tool & Engineering Co., Inc. and M.G. Corporation, by counsel, respectfully move the Court for an order substituting the appearances of Michael J. Alerding, Whitney L. Mosby and John E. Taylor for those of Michael K. McCrory and Mark Russell Owens, and withdrawing the appearance of Michael K. McCrory and Mark Russell Owens as counsel for creditors, Universal Tool & Engineering Co., Inc. and M.G. Corporation. Attached to this Motion are the proposed Appearances of Michael J. Alerding, Whitney L. Mosby and John E. Taylor of the law firm of Bingham McHale LLP, which are tendered to the Clerk for filing if and when allowed by this Court.

WHEREFORE, Universal Tool & Engineering Co., Inc. and M.G. Corporation, by counsel, pray that their Motion to Substitute Appearances be granted; that the appearances of Michael J. Alerding, Whitney L. Mosby and John E. Taylor be substituted for those of Michael K. McCrory

and Mark Russell Owens; that the appearances of Michael K. McCrory and Mark Russell Owens for Universal Tool & Engineering Co., Inc. and M.G. Corporation be withdrawn, and for all other just and proper relief.

                                            Respectfully submitted,

                                            John E. Taylor (IN BAR No. 1607-49)
                                            Michael J. Alerding (IN BAR No. 20002-49)
                                            Whitney L. Mosby (IN BAR No. 23691-49)

                                            *Attorneys for Creditor, Universal Tool &*
                                            *Engineering Co, Inc. and M.G. Corporation*

BINGHAM MCHALE LLP
2700 Market Tower
10 W. Market Street
Indianapolis, IN  46204-4900
Phone: (317) 635-8900
Fax:    (317) 236-9907
jtaylor@binghammchale.com
malerding@binghammchale.com
wmosby@binghammchale.com

## CERTIFICATE OF SERVICE

     I certify that on November 21, 2006, a copy of the foregoing was filed via overnight mail and via a compact disk.  I further certify that on November 21, 2006 a copy of the foregoing was served via overnight mail on the following:

The Honorable Robert D. Drain
United States Bankruptcy Judge
Chambers/Courtroom: 610
One Bowling Green
New York, New York 10004-1408

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48098

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John Wm. Butler, Jr.
Attn: Randall G. Reese
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Simpson Thacher & Bartlett, LLP
Attn:  Kenneth S. Ziman
425 Lexington Avenue
New York, New York 10017

Davis Polk & Wardwell
Attn:  Donald Bernstein
Attn:  Brian Resnick
450 Lexington Avenue
New York, New York 10017

Latham & Watkins LLP
Attn: Robert J. Rosenberg
Attn: Mark A. broude
885 Third Avenue
New York, New York 10022

Fried, Frank, Harris, Shriver & Jacobson LLP
Attn: Bonnie Steingart
One New York Plaza
New York, New York 10004

Office of the U.S. Trustee
For the Southern District of New York
Attn:  Alicia M. Leonard
33 Whitehall Street, Suite 2100
New York, New York 10004