BINGHAM McHALE, LLP
10 West Market Street, Suite 2700
Indianapolis, Indiana 46204
Telephone (317) 635-8900
Facsimile (317) 236-9907
John Taylor, Esq.
Michael J. Alerding, Esq.
Whitney L. Mosby, Esq.

Attorneys for Universal Tool &
Engineering Co, Inc. and M.G. Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: ) | Chapter 11 |
| ) |  |
| DELPHI CORPORATION, <u>et al</u>., ) | Case No. 05-44481 (RDD) |
| ) |  |
| Debtors. ) | (Jointly Administered) |
| ) |  |

## **ORDER GRANTING MOTION TO SUBSTITUTE APPEARANCES**

This matter is before the Court on the Motion of Universal Tool & Engineering Co., Inc. and M.G. Corporation, to substitute the appearances of John E. Taylor, Michael J. Alerding and Whitney L. Mosby for those of Michael K. McCrory and Mark Russell Owens.

The Court having considered the Motion and being duly advised, now finds that said Motion should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the appearances of John E. Taylor, Michael J. Alerding and Whitney L. Mosby are hereby substituted for those of Michael K. McCrory and Mark Russell Owens as counsel for creditors, Universal Tool & Engineering Co., Inc. and M.G. Corporation and the appearances of Michael K. McCrory and Mark Russell Owens for Universal Tool & Engineering Co., Inc. and M.G. Corporation are hereby

withdrawn. The Clerk is directed to detach the Appearances of John E. Taylor, Michael J. Alerding and Whitney L. Mosby from the Motion and file them as of the date of this Order.

Dated:_____
New York, New York                                       /s/_____
                                                                           United States Bankruptcy Judge

Distribution:

The Honorable Robert D. Drain
United States Bankruptcy Judge
Chambers/Courtroom: 610
One Bowling Green
New York, New York 10004-1408

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48098

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John Wm. Butler, Jr.
Attn: Randall G. Reese
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Simpson Thacher & Bartlett, LLP
Attn:  Kenneth S. Ziman
425 Lexington Avenue
New York, New York 10017

Davis Polk & Wardwell
Attn:  Donald Bernstein
Attn:  Brian Resnick
450 Lexington Avenue
New York, New York 10017

Latham & Watkins LLP
Attn: Robert J. Rosenberg
Attn: Mark A. broude
885 Third Avenue
New York, New York 10022

Fried, Frank, Harris, Shriver & Jacobson LLP
Attn: Bonnie Steingart
One New York Plaza
New York, New York 10004

Office of the U.S. Trustee
For the Southern District of New York
Attn:  Alicia M. Leonard
33 Whitehall Street, Suite 2100
New York, New York 10004

1106680

3