**EXHIBIT B**

**DELPHI CORPORATION et al.**

**CREDENTIALS AND SUMMARY OF FEES BY PROFESSIONAL**

**EXHIBIT B**
**DELPHI CORPORATION et al., CASE NO. 05 - 44481 - RDD**
**CREDENTIALS AND SUMMARY OF FEES BY PROFESSIONAL**
*FOR THE PERIOD JUNE 1, 2006 TO SEPTEMBER 30, 2006*

| Name of Professional Person | Position of the Applicant, Number of Years in that or Comparable Position[1], Years of Prior Relevant Experience, Licenses and Year Obtained, FTI Consulting Practice Area | Hourly Billing Rate | Total Billed Hours | Total Incurred Fees |
|---|---|---|---|---|
| Abbott, Jason | Consultant for 0.8 years; 5.9 years of prior relevant experience; CPA-IA-2004; CPA-IL-2005; CFA; Corporate Finance / Transaction Advisory Services. | $355 | 582 | $ 206,610.00 |
| Adams, Rosalind | Associate for 5.6 years; 11.6 years of prior relevant experience; Economics, Lexecon. | $150 | 1 | $ 150.00 |
| Affelt, Amy | Consultant for 14.4 years; Economics, Lexecon. | $315 | 8 | $ 2,520.00 |
| Amico, Marc | Associate for 1.4 years; Corporate Finance. | $245 | 2.5 | $ 612.50 |
| Ang, Clifford | Consultant for 1.1 years; 5.4 years of prior relevant experience; Economics, Lexecon. | $315 | 7.8 | $ 2,457.00 |
| Band, Alexandra | Consultant for 0.9 years; 4.7 years of prior relevant experience; Technology. | $250 | 19.5 | $ 4,875.00 |
| Bartko, Edward | Senior Managing Director for 4.3 years; 34.1 years of prior relevant experience; CPA-VA-1975; CPA-MD-1975; CPA-DC-1975; CFE - 1992; Corporate Finance / Transaction Advisory Services. | $655 | 116.4 | $ 76,242.00 |
| Behnke, Thomas | Managing Director for 13.3 years; 5.2 years of prior relevant experience; CPA-TX-1989; Corporate Finance / Claims Management. | $590 | 674.3 | $ 397,837.00 |
| Bickford, Lucy | Consultant for 1.9 years; Economics, Lexecon. | $280 | 1 | $ 280.00 |
| Block, Jessica | Consultant for 0.8 years; 2.8 years of prior relevant experience; Technology. | $250 | 4.8 | $ 1,200.00 |
| Bowers, Amanda | Associate for 0.3 years; 0.7 years of prior relevant experience; Corporate Finance. | $215 | 30.3 | $ 6,514.50 |
| Bowers, Amanda | Associate for 0.3 years; 0.7 years of prior relevant experience; Corporate Finance. | $175 | 10 | $ 1,750.00 |
| Brighoff, Benjamin | Consultant for 10.3 years; Economics, Lexecon. | $300 | 7.3 | $ 2,190.00 |
| Calloway, Natalie | Associate for 0.5 years; 7.2 years of prior relevant experience; Economics, Lexecon. | $150 | 4.3 | $ 645.00 |
| Campbell, Anna | Consultant for 1.2 years; 0.3 years of prior relevant experience; Technology. | $235 | 4.5 | $ 1,057.50 |
| Caruso, Robert | Senior Managing Director for 6.2 years; 10 years of prior relevant experience; CPA-IL-1984; CIRA; Corporate Finance. | $610 | 65.6 | $ 40,016.00 |
| Chen, Laura | Consultant for 0.6 years; Technology. | $295 | 48.2 | $ 14,219.00 |
| Clayburgh, Peter | Director for 0.8 years; 2.2 years of prior relevant experience; Economics, Lexecon. | $325 | 148.5 | $ 48,262.50 |
| Coleman, Matthew | Associate for 0.4 years; Corporate Finance. | $215 | 218.4 | $ 46,956.00 |
| Concannon, Joseph | Consultant for 0.8 years; 3.3 years of prior relevant experience; CPA-PA-2004; Corporate Finance. | $325 | 133.8 | $ 43,485.00 |
| Conde, Victoria | Consultant for 0.7 years; 15 years of prior relevant experience; Technology. | $225 | 2.4 | $ 540.00 |
| Dana, Steven | Consultant for 1.8 years; 3.3 years of prior relevant experience; Corporate Finance. | $385 | 628.6 | $ 242,011.00 |
| Desler, Regina | Consultant for 1.7 years; 0.8 years of prior relevant experience; Economics, Lexecon. | $300 | 0.3 | $ 90.00 |
| Eisenberg, Randall | Senior Managing Director for 8.3 years; 12 years of prior relevant experience; CPA-NY-1998; CPA-CA-1989; CTP; Corporate Finance. | $655 | 677.5 | $ 443,762.50 |
| Emrikian, Armen | Director for 2.1 years; 8 years of prior relevant experience; Corporate Finance. | $495 | 587.8 | $ 290,961.00 |
| Farkas, Brandon | Consultant for 0.7 years; 2 years of prior relevant experience; Economics, Lexecon. | $260 | 11 | $ 2,860.00 |
| Farrell, David | Managing Director for 0.8 years; 6.2 years of prior relevant experience; Chartered Accountant of England and Wales - 1992; Corporate Finance / Transaction Advisory Services. | $545 | 406.3 | $ 221,433.50 |

**EXHIBIT B**
**DELPHI CORPORATION et al., CASE NO. 05 - 44481 - RDD**
**CREDENTIALS AND SUMMARY OF FEES BY PROFESSIONAL**
*FOR THE PERIOD JUNE 1, 2006 TO SEPTEMBER 30, 2006*

| Name of Professional Person | Position of the Applicant, Number of Years in that or Comparable Position[1], Years of Prior Relevant Experience, Licenses and Year Obtained, FTI Consulting Practice Area | Hourly Billing Rate | Total Billed Hours | Total Incurred Fees |
|---|---|---|---|---|
| Fei, Yongjie | Consultant for 0.3 years; 3 years of prior relevant experience; Corporate Finance / Transaction Advisory Services. | $310 | 74.3 | $ 23,033.00 |
| Fischel, Daniel | Senior Managing Director for 25.4 years; 4 years of prior relevant experience; Economics, Lexecon. | $1,000 | 12 | $ 12,000.00 |
| Fletemeyer, Ryan | Director for 0.8 years; 7.7 years of prior relevant experience; Corporate Finance. | $435 | 729.7 | $ 317,419.50 |
| Frankum, Adrian | Managing Director for 5.2 years; 12.1 years of prior relevant experience; CPA-NY-1994; Corporate Finance. | $590 | 628.7 | $ 370,933.00 |
| Gildersleeve, Ryan | Director for 0.8 years; 4.5 years of prior relevant experience; Corporate Finance / Claims Management. | $435 | 508.4 | $ 221,154.00 |
| Gonzalez, Robert | Consultant for 0.1 years; 3.8 years of prior relevant experience; Corporate Finance / Transaction Advisory Services. | $275 | 4.8 | $ 1,320.00 |
| Griffiths, Edward | Consultant for 0.8 years; 0.6 years of prior relevant experience; Technology. | $210 | 1.1 | $ 231.00 |
| Guglielmo, James | Managing Director for 5.1 years; 9 years of prior relevant experience; CIRA; Corporate Finance. | $590 | 690 | $ 407,100.00 |
| Gujral, Pankaj | Consultant for 0.7 years; 6.8 years of prior relevant experience; Corporate Finance / Claims Management. | $325 | 158.5 | $ 51,512.50 |
| Guzman, Piter | Consultant for 0.7 years; Technology. | $200 | 2.9 | $ 580.00 |
| Hnatek, Kelly | Associate for 5.8 years; 11.5 years of prior relevant experience; Economics, Lexecon. | $150 | 0.8 | $ 120.00 |
| Ho, Jessica | Consultant for 0.8 years; 0.8 years of prior relevant experience; Technology. | $210 | 2.3 | $ 483.00 |
| Hofstad, Ivo | Associate for 2.3 years; 5 years of prior relevant experience; Corporate Finance. | $265 | 6.5 | $ 1,722.50 |
| Hong, Donald | Consultant for 1.3 years; Economics, Lexecon. | $300 | 178.5 | $ 53,550.00 |
| Houser, Nicholas | Consultant for 0.5 years; 5 years of prior relevant experience; Technology. | $200 | 3.2 | $ 640.00 |
| Imburgia, Basil | Senior Managing Director for 3 years; 22.2 years of prior relevant experience; CPA-NY-1987; CFA; Forensic and Litigation Consulting. | $595 | 1.8 | $ 1,071.00 |
| Ingle, Suann | Director for 4.2 years; 19.1 years of prior relevant experience; Forensic and Litigation Consulting | $275 | 1 | $ 275.00 |
| Janecek, Darin | Managing Director for 0.6 years; 15.5 years of prior relevant experience; CPA-WI-1993; Corporate Finance / Transaction Advisory Services. | $545 | 708.1 | $ 385,914.50 |
| Joffe, Steven | Senior Managing Director for 3.2 years; 29 years of prior relevant experience; JD-NY-1977; LLM 1976; Corporate Finance. | $655 | 4.8 | $ 3,144.00 |
| Johnson, Quinn | Consultant for 1.3 years; Economics, Lexecon. | $280 | 6.8 | $ 1,904.00 |
| Johnston, Cheryl | Paraprofessional for 13.7 years; 18 years of prior relevant experience; Corporate Finance. | $175 | 461.7 | $ 80,797.50 |
| Karamanos, Stacy | Consultant for 0.8 years; 6.5 years of prior relevant experience; CPA-IL-; Corporate Finance | $385 | 563.8 | $ 217,063.00 |
| Keable, Michael | Managing Director for 6.8 years; 10.5 years of prior relevant experience; Economics, Lexecon. | $485 | 38.4 | $ 18,624.00 |
| Kim, John | Director for 3 years; 6.4 years of prior relevant experience; CFE; Forensic and Litigation Consulting. | $385 | 164.9 | $ 63,486.50 |
| Kocica, Anthony | Consultant for 0.4 years; 3.9 years of prior relevant experience; Technology. | $310 | 500.5 | $ 155,155.00 |
| Koskiewicz, John | Senior Managing Director for 0.8 years; 11.5 years of prior relevant experience; Corporate Finance. | $595 | 109.9 | $ 65,390.50 |

**EXHIBIT B**
**DELPHI CORPORATION et al., CASE NO. 05 - 44481 - RDD**
**CREDENTIALS AND SUMMARY OF FEES BY PROFESSIONAL**
*FOR THE PERIOD JUNE 1, 2006 TO SEPTEMBER 30, 2006*

| Name of Professional Person | Position of the Applicant, Number of Years in that or Comparable Position[1], Years of Prior Relevant Experience, Licenses and Year Obtained, FTI Consulting Practice Area | Hourly Billing Rate | Total Billed Hours | Total Incurred Fees |
|---|---|---|---|---|
| Krieg, Brett | Consultant for 1.2 years; 1.2 years of prior relevant experience; Corporate Finance. | $355 | 316 | $ 112,180.00 |
| Kuby, Kevin | Managing Director for 4.3 years; 4.1 years of prior relevant experience; CTP; Corporate Finance. | $590 | 395.2 | $ 233,168.00 |
| Lawand, Gilbert | Consultant for 1 years; 4.5 years of prior relevant experience; CPA-GA-2000; Corporate Finance. | $385 | 7.4 | $ 2,849.00 |
| Lewandowski, Douglas | Associate for 2.3 years; 1.6 years of prior relevant experience; Corporate Finance / Claims Management. | $280 | 44.6 | $ 12,488.00 |
| Li, Danny | Director for 2.4 years; 5.5 years of prior relevant experience; CIRA; CFA; Corporate Finance. | $465 | 539.2 | $ 250,728.00 |
| Lu, Yin | Consultant for 0.9 years; 1 years of prior relevant experience; Technology. | $295 | 2.9 | $ 855.50 |
| Maffei, Jeffrey | Consultant for 10.4 years; 1.8 years of prior relevant experience; Economics, Lexecon. | $315 | 144 | $ 45,360.00 |
| McDonagh, Timothy | Associate for 1.4 years; 0.5 years of prior relevant experience; Corporate Finance. | $245 | 579.4 | $ 141,953.00 |
| McKeighan, Erin | Consultant for 0.3 years; Corporate Finance / Claims Management. | $215 | 142.1 | $ 30,551.50 |
| Molina, Robert | Consultant for 0.3 years; 2.3 years of prior relevant experience; Corporate Finance. | $325 | 52.1 | $ 16,932.50 |
| Myles, Krysten | Paraprofessional for 0.3 years; Technology. | $150 | 6.5 | $ 975.00 |
| Nathan, Robert | Consultant for 1.7 years; 3 years of prior relevant experience; Corporate Finance / Claims Management. | $355 | 3.3 | $ 1,171.50 |
| Ng, Joseph | Consultant for 1.1 years; JD-NY-1999; Forensic and Litigation Consulting. | $280 | 2 | $ 560.00 |
| O'Malley, Stephen | Director for 0.9 years; 5.9 years of prior relevant experience; Technology. | $400 | 36.6 | $ 14,640.00 |
| Panoff, Christopher | Associate for 1.4 years; Corporate Finance. | $245 | 1 | $ 245.00 |
| Park, Jaewan | Consultant for 5.8 years; Economics, Lexecon. | $280 | 1 | $ 280.00 |
| Park, Ji Yon | Associate for 1.4 years; Corporate Finance. | $245 | 355.2 | $ 87,024.00 |
| Pauwels, David | Consultant for 9.8 years; 2 years of prior relevant experience; Economics, Lexecon. | $300 | 15.6 | $ 4,680.00 |
| Perfetti, Lisa | Managing Director for 3 years; 17.7 years of prior relevant experience; CPA-NY-1991; Forensic and Litigation Consulting. | $475 | 432.2 | $ 205,295.00 |
| Pfromer, Edward | Managing Director for 1.3 years; 17.4 years of prior relevant experience; Technology. | $400 | 5.8 | $ 2,320.00 |
| Pokrassa, Michael | Director for 0.8 years; 5.9 years of prior relevant experience; CPA-NY-2005; Corporate Finance. | $435 | 697.9 | $ 303,586.50 |
| Quentin, Michele | Consultant for 0.5 years; 5.7 years of prior relevant experience; Corporate Finance. | $355 | 59 | $ 20,945.00 |
| Remnitz, David | Senior Managing Director for 4.3 years; 18 years of prior relevant experience; Technology | $575 | 1.4 | $ 805.00 |
| Robinson, Joshua | Director for 0.9 years; 4.4 years of prior relevant experience; Corporate Finance / Claims Management. | $435 | 8 | $ 3,480.00 |
| Sardon, Brian | Consultant for 0.8 years; 2.1 years of prior relevant experience; Economics, Lexecon. | $315 | 1 | $ 315.00 |
| Schondelmeier, Kathryn | Associate for 1.3 years; Corporate Finance. | $245 | 212 | $ 51,940.00 |
| Smalstig, David | Senior Managing Director for 1.3 years; 23.1 years of prior relevant experience; CPA-PA-1989; CPA-IL-1994; Corporate Finance / Transaction Advisory Services. | $595 | 463.5 | $ 275,782.50 |
| Smith, Judy | Consultant for 24.2 years; Economics, Lexecon. | $300 | 14 | $ 4,200.00 |
| Speedieberg, Alan | Consultant for 0.8 years; Technology. | $225 | 0.3 | $ 67.50 |

**EXHIBIT B**
**DELPHI CORPORATION et al., CASE NO. 05 - 44481 - RDD**
**CREDENTIALS AND SUMMARY OF FEES BY PROFESSIONAL**
*FOR THE PERIOD JUNE 1, 2006 TO SEPTEMBER 30, 2006*

| Name of Professional Person | Position of the Applicant, Number of Years in that or Comparable Position[1], Years of Prior Relevant Experience, Licenses and Year Obtained, FTI Consulting Practice Area | Hourly Billing Rate | Total Billed Hours | Total Incurred Fees |
|---|---|---|---|---|
| Stevning, Johnny | Consultant for 3.3 years; 5 years of prior relevant experience; Corporate Finance / Claims Management. | $385 | 24.8 | $ 9,548.00 |
| Summers, Joseph | Consultant for 2.3 years; 4.4 years of prior relevant experience; Corporate Finance / Claims Management. | $385 | 570.7 | $ 219,719.50 |
| Swanson, David | Associate for 1.4 years; Corporate Finance. | $245 | 224.3 | $ 54,953.50 |
| Szmadzinski, Joseph | Senior Managing Director for 1.7 years; 29 years of prior relevant experience; CDP-OH-1981; Corporate Finance. | $610 | 11.1 | $ 6,771.00 |
| Tamm, Christopher | Consultant for 1.6 years; 2.3 years of prior relevant experience; Corporate Finance. | $355 | 128.9 | $ 45,759.50 |
| Teakram, Harry | Director for 0.9 years; 15 years of prior relevant experience; CPA-CA-2006; CFE; Technology | $425 | 567.7 | $ 241,272.50 |
| Teckchandani, Simpsy | Associate for 0.5 years; 2.9 years of prior relevant experience; Corporate Finance / Transaction Advisory Services. | $245 | 45.4 | $ 11,123.00 |
| Tolocka, Eric | Consultant for 1 years; 1.5 years of prior relevant experience; Economics, Lexecon. | $260 | 17.3 | $ 4,498.00 |
| Triana, Jennifer | Consultant for 0.6 years; 4.8 years of prior relevant experience; Corporate Finance / Claims Management. | $355 | 599.5 | $ 212,822.50 |
| Turbedsky, Jeffrey | Director for 4.7 years; 14.6 years of prior relevant experience; Corporate Finance. | $495 | 30.4 | $ 15,048.00 |
| Vinogradsky, Eugenia | Director for 5.8 years; 2.8 years of prior relevant experience; Economics, Lexecon. | $365 | 70.5 | $ 25,732.50 |
| Wada, Jarod | Director for 4 years; 8.4 years of prior relevant experience; Corporate Finance. | $495 | 293.3 | $ 145,183.50 |
| Ward, James | Consultant for 2 years; 6.5 years of prior relevant experience; CPA-VA-1999; Corporate Finance / Transaction Advisory Services. | $355 | 496.6 | $ 176,293.00 |
| Waters, John | Consultant for 0.9 years; 3 years of prior relevant experience; Forensic and Litigation Consulting | $200 | 2 | $ 400.00 |
| Weber, Eric | Consultant for 0.8 years; 4.8 years of prior relevant experience; CPA-IL-2002; Corporate Finance. | $355 | 425.1 | $ 150,910.50 |
| Wehrle, David | Director for 6.8 years; CIRA; CFA; Corporate Finance. | $520 | 335 | $ 174,200.00 |
| Wu, Christine | Director for 1.8 years; 5.3 years of prior relevant experience; CIRA; CDBV; Corporate Finance. | $465 | 654.4 | $ 304,296.00 |
| Yun, Jairo | Consultant for 2 years; Forensic and Litigation Consulting. | $225 | 0.6 | $ 135.00 |
| Zimmermann, Deborah | Consultant for 5.8 years; 18.8 years of prior relevant experience; Economics, Lexecon. | $390 | 2.8 | $ 1,092.00 |
| **Sub-Total** | | | **19,005.1** | **$ 8,179,296.00** |
| **Computer Capability Fees** | | | | 58,106.56 |
| **Gross Fee Total** | | | | $ 8,237,402.56 |
| **Fee accommodations** | | | | (754,276.00) |
| **Grand Total for all Professionals** | | | | $ 7,483,126.56 |

**Notes:**

[1] Years in current position include years at a prior firm if the professional was employed at a firm that was acquired by FTI Consulting, Inc.

**EXHIBIT C**

**DELPHI CORPORATION et al.**

**SUMMARY OF FEES & EXPENSES BY MONTH**

05-44481-rdd    Doc 5871-2    Filed 11/28/06    Entered 11/28/06 15:31:50    Exhibit B through Exhibit E    Pg 6 of 11

**EXHIBIT C**
**DELPHI CORPORATION et al., CASE NO. 05 - 44481 - RDD**
**SUMMARY OF FEES & EXPENSES BY MONTH**
*FOR THE PERIOD JUNE 1, 2006 TO SEPTEMBER 30, 2006*

|  | June 1, 2006 - June 30, 2006 | July 1, 2006 - July 31, 2006 | August 1, 2006 - August 31, 2006 | September 1, 2006 - September 30, 2006 | Total |
|---|---|---|---|---|---|
| **FEES** | | | | | |
| Incurred | $ 2,278,879.00 | $ 1,631,641.50 | $ 1,942,072.00 | $ 2,384,810.06 | $ 8,237,402.56 |
| Fee accommodations [1] | (255,412.25) | (143,779.00) | (141,116.00) | (213,968.75) | $ (754,276.00) |
| Billed | $ 2,023,466.75 | $ 1,487,862.50 | $ 1,800,956.00 | $ 2,170,841.31 | $ 7,483,126.56 |
| Paid | (1,618,774.48) | (1,190,290.00) | (1,440,764.65) | - | $ (4,249,829.13) |
| Unpaid | $ 404,692.27 | $ 297,572.50 | $ 360,191.35 | $ 2,170,841.31 | $ 3,233,297.43 |
| *Holdback (Included in Unpaid Amount)* | *$ 404,693.35* | *$ 297,572.50* | *$ 360,191.20* | *$ 434,168.26* | *$ 1,496,625.31* |
| **EXPENSES** | | | | | |
| Incurred & Billed | $ 174,796.52 | $ 95,538.89 | $ 128,066.35 | $ 155,574.67 | $ 553,976.43 |
| Paid | (174,796.52) | (95,538.89) | (128,066.35) | - | (398,401.76) |
| Unpaid | $ - | $ - | $ - | $ 155,574.67 | $ 155,574.67 |
| **TOTAL** | | | | | |
| Incurred | $ 2,453,675.52 | $ 1,727,180.39 | $ 2,070,138.35 | $ 2,540,384.73 | $ 8,791,378.99 |
| Total Fee accommodations | (255,412.25) | (143,779.00) | (141,116.00) | (213,968.75) | (754,276.00) |
| Billed | $ 2,198,263.27 | $ 1,583,401.39 | $ 1,929,022.35 | $ 2,326,415.98 | $ 8,037,102.99 |
| Paid | (1,793,571.00) | (1,285,828.89) | (1,568,831.00) | - | (4,648,230.89) |
| Unpaid | $ 404,692.27 | $ 297,572.50 | $ 360,191.35 | $ 2,326,415.98 | $ 3,388,872.10 |
| *Holdback (Included in Unpaid Amount)* | *$ 404,693.35* | *$ 297,572.50* | *$ 360,191.20* | *$ 434,168.26* | *$ 1,496,625.31* |

**Notes:**

[1] FTI elected to make certain voluntary fee accommodations within several of the task categories in the Application Period. Please refer to Exhibit D for additional details.

**EXHIBIT D**

**DELPHI CORPORATION et al.**

**SUMMARY OF FEES AND HOURS BY PROJECT CATEGORY BY MONTH**

**EXHIBIT D**
**DELPHI CORPORATION et al., CASE NO. 05 - 44481 - RDD**
**SUMMARY OF FEES AND HOURS BY PROJECT CATEGORY BY MONTH**
*FOR THE PERIOD JUNE 1, 2006 TO SEPTEMBER 30, 2006*

| Category | Category Description | June 1, 2006 - June 20, 2006 Hours | Fees | July 1, 2006 - July 31, 2006 Hours | Fees | August 1, 2006 - August 31, 2006 Hours | Fees | September 1, 2006 - September 31, 2006 Hours | Fees | Gross Total Hours | Fees | Fee Accommodations | Net Total Hours | Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | Fulfill Information Requests and Participate in Meetings with Prepetition Lenders and their Advisors | 23.7 | 12,212.50 | 14.0 | 6,462.00 | 3.5 | 1,402.50 | 4.4 | 2,181.50 | 45.6 | 22,258.50 | - | 45.6 | 22,258.50 |
| 02 | Cash Management & Reporting | 11.7 | 5,429.50 | 9.2 | 3,533.00 | 10.8 | 4,171.50 | 3.4 | 1,623.50 | 35.1 | 14,757.50 | - | 35.1 | 14,757.50 |
| 03 | DIP Financing/Treasury | 6.2 | 2,598.00 | 4.0 | 1,512.00 | 4.9 | 1,937.00 | 5.1 | 2,000.50 | 20.2 | 8,047.50 | - | 20.2 | 8,047.50 |
| 04 | Business Plan Modeling and Analysis | 426.6 | 183,495.50 | 355.4 | 156,161.00 | 608.3 | 256,775.50 | 343.3 | 140,638.50 | 1,733.6 | 737,070.50 | (3,000.00) | 1,733.6 | 734,070.50 |
| 05 | Budget Development | 62.8 | 29,327.00 | 40.4 | 20,529.00 | 84.3 | 41,730.50 | 21.0 | 9,407.50 | 208.5 | 100,994.00 | - | 208.5 | 100,994.00 |
| 19 | Key Employee Compensation Program | 9.2 | 5,491.00 | 0.0 | - | 0.0 | - | 0.0 | - | 9.2 | 5,491.00 | - | 9.2 | 5,491.00 |
| 20 | 1113/1114 Analysis and Negotiations Pertaining to Collective Bargaining Agreements | 99.8 | 59,576.50 | 94.4 | 53,097.50 | 106.9 | 55,381.50 | 71.0 | 38,233.00 | 372.1 | 206,288.50 | - | 372.1 | 206,288.50 |
| 22 | A/P Cutoff, Postpetition Operations and Accounting | 655.4 | 264,949.50 | 582.5 | 240,377.50 | 347.1 | 135,977.50 | 151.2 | 59,514.00 | 1,736.2 | 700,818.50 | (2,000.00) | 1,736.2 | 698,818.50 |
| 23 | Claims Management | 438.3 | 188,088.00 | 408.5 | 170,055.00 | 788.5 | 340,642.00 | 845.0 | 344,797.00 | 2,480.3 | 1,043,582.00 | (30,000.00) | 2,480.3 | 1,013,582.00 |
| 25 | Court Attendance and Expert Witness Testimony | 10.6 | 6,943.00 | 11.0 | 7,205.00 | 2.4 | 1,572.00 | 4.9 | 3,209.50 | 28.9 | 18,929.50 | - | 28.9 | 18,929.50 |
| 28 | First Day Orders related to Suppliers – Implementation and Compliance | 141.0 | 53,866.50 | 79.2 | 30,690.00 | 85.7 | 31,875.50 | 20.4 | 9,312.00 | 326.3 | 125,744.00 | - | 326.3 | 125,744.00 |
| 29 | First Day Orders related to all Other Motions (Non-Supplier) – Implementation and Compliance | 6.0 | 2,780.50 | 5.1 | 2,218.50 | 0.0 | - | 1.7 | 739.50 | 12.8 | 5,738.50 | - | 12.8 | 5,738.50 |
| 30 | Assistance with various Motions | 5.4 | 2,845.00 | 1.6 | 696.00 | 0.8 | 354.00 | 11.0 | 5,846.50 | 18.8 | 9,741.50 | - | 18.8 | 9,741.50 |
| 31 | Customer Contract analysis | 222.9 | 113,811.50 | 150.0 | 77,583.00 | 220.9 | 106,553.00 | 49.6 | 24,681.00 | 643.4 | 322,628.50 | - | 643.4 | 322,628.50 |
| 34 | Restructuring Strategy | 29.2 | 16,675.00 | 17.5 | 11,045.50 | 23.3 | 14,103.00 | 11.9 | 7,198.50 | 81.9 | 49,022.00 | - | 81.9 | 49,022.00 |
| 35 | Monthly Operating Reports | 3.0 | 1,770.00 | 5.6 | 3,401.50 | 3.1 | 1,829.00 | 3.0 | 1,770.00 | 14.7 | 8,770.50 | - | 14.7 | 8,770.50 |
| 36 | Framework Analysis, Negotiations and Plan of Reorganization ("POR")/ Disclosure Statement | 14.2 | 8,439.50 | 0.0 | - | 761.1 | 361,423.00 | 1,317.0 | 590,391.50 | 2,092.3 | 960,254.00 | (25,000.00) | 2,092.3 | 935,254.00 |
| 38 | Reclamations | 311.9 | 116,996.00 | 240.7 | 89,161.50 | 179.0 | 69,057.50 | 104.8 | 43,760.50 | 836.4 | 318,975.50 | - | 836.4 | 318,975.50 |
| 44 | Fulfill Information Requests and Participate in Meetings with Unsecured Creditors Committee ("UCC") and its Advisors | 230.1 | 114,661.00 | 237.6 | 124,040.00 | 236.7 | 117,053.50 | 278.1 | 133,992.00 | 982.5 | 489,746.50 | (6,000.00) | 982.5 | 483,746.50 |
| 48 | Set-off Analysis | 28.5 | 12,413.00 | 13.9 | 6,046.50 | 28.2 | 12,135.00 | 25.0 | 10,875.00 | 95.6 | 41,469.50 | - | 95.6 | 41,469.50 |
| 49 | Information Requests/Meetings with the Official Committee of Equity Security Holders ("Equity Committee") | 12.8 | 7,451.50 | 77.5 | 42,391.00 | 48.6 | 24,996.00 | 8.3 | 4,969.00 | 147.2 | 79,807.50 | - | 147.2 | 79,807.50 |
| 75 | Supplier Relations | 2.7 | 1,446.00 | 5.3 | 2,756.00 | 22.6 | 11,999.50 | 12.6 | 6,641.00 | 43.2 | 22,842.50 | - | 43.2 | 22,842.50 |
| 77 | Supplier Contract Assumption/Extension | 99.3 | 45,819.00 | 50.0 | 22,518.50 | 36.5 | 15,762.50 | 13.7 | 7,124.00 | 199.5 | 91,224.00 | - | 199.5 | 91,224.00 |
| 80 | Sell-Side Transaction Support - AHG Cockpit & Instrument Panels ("CIS") and Integrated Closure Systems ("ICS") | 1,557.8 | 689,833.50 | 748.4 | 334,365.00 | 200.0 | 98,426.00 | 791.1 | 372,078.00 | 3,297.3 | 1,494,702.50 | (224,206.00) | 3,297.3 | 1,270,496.50 |
| 89 | Economic Consulting Services | 0.0 | - | 0.0 | - | 0.0 | - | 691.9 | 289,916.56 | 691.9 | 289,916.56 | (15,000.00) | 691.9 | 274,916.56 |
| 90 | Virtual Data Room | 46.0 | 12,414.00 | 10.7 | 2,594.00 | 3.7 | 925.00 | 2.0 | 611.00 | 62.4 | 16,544.00 | - | 62.4 | 16,544.00 |
| 97 | Case Administration | 31.4 | 11,270.50 | 17.5 | 5,972.00 | 32.2 | 10,780.50 | 13.7 | 6,360.50 | 94.8 | 34,383.50 | (3,000.00) | 94.8 | 31,383.50 |
| 98 | Fee Application Process | 313.9 | 76,401.50 | 304.0 | 79,982.50 | 230.5 | 54,505.00 | 215.3 | 54,625.00 | 1,063.7 | 265,514.00 | (70,000.00) | 1,063.7 | 195,514.00 |
| 99 | Travel | 505.4 | 231,874.50 | 293.8 | 137,248.00 | 359.8 | 170,704.00 | 471.7 | 212,313.50 | 1,630.7 | 752,140.00 | (376,070.00) | 1,630.7 | 376,070.00 |
| | **TOTAL** | **5,305.8** | **2,278,879.00** | **3,777.8** | **1,631,641.50** | **4,429.4** | **1,942,072.00** | **5,492.1** | **2,384,810.06** | **19,005.1** | **8,237,402.56** | **(754,276.00)** | **19,005.1** | **7,483,126.56** |

**EXHIBIT E**

**DELPHI CORPORATION et al.**

**SUMMARY OF EXPENSES BY CATEGORY BY MONTH**

**EXHIBIT E**
**DELPHI CORPORATION et al., CASE NO. 05 - 44481 - RDD**
**SUMMARY OF EXPENSES BY CATEGORY BY MONTH**
*FOR THE PERIOD JUNE 1, 2006 TO SEPTEMBER 30, 2006*

| Expense Category | June 1, 2006 - June 30, 2006 | July 1, 2006 - July 31, 2006 | August 1, 2006 - August 31, 2006 | September 1, 2006 - September 30, 2006 | Total |
|---|---|---|---|---|---|
| Airfare [1] | $ 70,356.55 | $ 41,109.64 | $ 52,666.22 | $ 56,888.69 | $ 221,021.10 |
| Lodging | 53,356.87 | 24,499.56 | 39,107.89 | 52,036.62 | 169,000.94 |
| Meals [2] | 11,543.42 | 7,503.93 | 9,153.57 | 10,148.75 | 38,349.67 |
| Transportation [3] | 35,200.97 | 18,792.66 | 22,679.27 | 25,405.33 | 102,078.23 |
| Other [4] | 4,338.71 | 3,633.10 | 4,459.40 | 11,095.28 | 23,526.49 |
| **Total Out-of-Pocket Expenses** | $ 174,796.52 | $ 95,538.89 | $ 128,066.35 | $ 155,574.67 | $ 553,976.43 |

**Notes:**

[1] All airplane travel is charged at the cost of coach airfare. To the extent that staff travel to locations other than their home destination for the weekend, travel expenses are limited to the lesser cost associated with the alternative destination or their home city.

[2] Meals have been limited to $40 per person per meal. FTI is not seeking reimbursement for lunches in this matter.

[3] Reimbursement for mileage is based on IRS mileage rates. For the period of June 1, 2006 through September 30, 2006, the rate was 44.5 cents-per-mile.

[4] Includes $8,000 related to virtual data room fees.