BINGHAM McHALE, LLP
10 West Market Street, Suite 2700
Indianapolis, Indiana 46204
Telephone (317) 635-8900
Facsimile (317) 236-9907
John Taylor, Esq.
Michael J. Alerding, Esq.
Whitney L. Mosby, Esq.

Attorneys for Universal Tool &
Engineering Co, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| DELPHI CORPORATION, et al., ) | Case No. 05-44481 (RDD) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Michael J. Alerding, a member in good standing of the bar in the State of Indiana and the bar of the U.S. District Court for the Southern District of Indiana, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Universal Tool & Engineering Co., Inc. and M.G. Corporation, creditors in the above-referenced case.

Mailing address:  10 West Market Street, Suite 2700, Indianapolis, Indiana  46204

E-mail address:  malerding@binghammchale.com    ; Telephone number  (317) 968-5422

The filing fee of $25.00 has been submitted with this Motion for *pro hac vice* admission.

Respectfully submitted,

Michael J. Alerding (IN BAR NO. 20002-49)

B<small>INGHAM</small> M<small>C</small>H<small>ALE</small> LLP
2700 Market Tower
10 W. Market Street
Indianapolis, IN  46204-4900
Phone:  (317) 635-8900
Fax:      (317) 236-9907
malerding@binghammchale.com

*Attorney for Creditor, Universal Tool &
Engineering Co, Inc. and M.G. Corporation*

**CERTIFICATE OF SERVICE**

   I certify that on November 21, 2006, a copy of the foregoing was filed via overnight mail and a compact disk.  I further certify that on November 21, 2006 a copy of the foregoing was served via overnight mail, postage prepaid, to the following:

The Honorable Robert D. Drain
United States Bankruptcy Judge
Chambers/Courtroom: 610
One Bowling Green
New York, New York 10004-1408

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48098

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John Wm. Butler, Jr.
Attn: Randall G. Reese
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Simpson Thacher & Bartlett, LLP
Attn:  Kenneth S. Ziman
425 Lexington Avenue
New York, New York 10017

Davis Polk & Wardwell
Attn:  Donald Bernstein
Attn:  Brian Resnick
450 Lexington Avenue
New York, New York 10017

Latham & Watkins LLP
Attn: Robert J. Rosenberg
Attn: Mark A. broude
885 Third Avenue
New York, New York 10022

Fried, Frank, Harris, Shriver & Jacobson LLP
Attn: Bonnie Steingart
One New York Plaza
New York, New York 10004

Office of the U.S. Trustee
For the Southern District of New York
Attn:  Alicia M. Leonard
33 Whitehall Street, Suite 2100
New York, New York 10004

1106002/0578/8543-64400                              3