BINGHAM McHALE, LLP
10 West Market Street, Suite 2700
Indianapolis, Indiana 46204
Telephone (317) 635-8900
Facsimile (317) 236-9907
John Taylor, Esq.
Michael J. Alerding, Esq.
Whitney L. Mosby, Esq.

Attorneys for Universal Tool &
Engineering Co, Inc. and M.G. Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| IN RE: | ) | Chapter 11 |
|  | ) |  |
| DELPHI CORPORATION, <u>et al</u>., | ) | Case No. 05-44481 (RDD) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |

## **ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice***

John E. Taylor, a member in good standing of the bar in the State of Indiana and, if applicable, the bar of the U.S. District Court for the Southern District of New York, having requested admission, ***pro hac vice***, to represent Universal Tool & Engineering Co., Inc. and M.G. Corporation, creditors in the above-referenced case.

**ORDERED**:  that John E. Taylor, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated:_____
New York, New York                                   */s/*_____
                                                                     United States Bankruptcy Judge

1106615/0578/8453-64400

Distribution:

The Honorable Robert D. Drain
United States Bankruptcy Judge
Chambers/Courtroom: 610
One Bowling Green
New York, New York 10004-1408

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48098

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John Wm. Butler, Jr.
Attn: Randall G. Reese
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Simpson Thacher & Bartlett, LLP
Attn:  Kenneth S. Ziman
425 Lexington Avenue
New York, New York 10017

Davis Polk & Wardwell
Attn:  Donald Bernstein
Attn:  Brian Resnick
450 Lexington Avenue
New York, New York 10017

Latham & Watkins LLP
Attn: Robert J. Rosenberg
Attn: Mark A. broude
885 Third Avenue
New York, New York 10022

Fried, Frank, Harris, Shriver & Jacobson LLP
Attn: Bonnie Steingart
One New York Plaza
New York, New York 10004

Office of the U.S. Trustee
For the Southern District of New York
Attn:  Alicia M. Leonard
33 Whitehall Street, Suite 2100
New York, New York 10004