# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, *et al*., | Case No. 05-44481 (RDD) Jointly Administered |
| **Delphi Mechantronic Systems, Inc.** | **Case No. 05-44567** |
| ("the Debtors") | Schedule No.: <u>1554240-10393229</u> |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(1) FOR SCHEDULED CREDITOR, FOREMAN TOOL & MOLD CORP, IN THE AMOUNT OF $10,694.45, TO STONEHILL INSTITUTIONAL PARTNERS, L.P.

**To Transferor:**    Foreman Tool & Mold Corp
Attn: Diane Price
3850 Swenson Ave
St. Charles, IL 60174

PLEASE TAKE NOTICE that the transfer of $10,694.45 of the above-captioned General Unsecured claim has been transferred to:

**Transferee:**    Stonehill Institutional Partners, L.P.
Attn: Steve Nelson
c/o Stonehill Capital Management
885 Third Avenue, 30th Floor
New York, NY 10022
Phone: 212-739-7474

The evidence of transfer of claim is attached hereto. An excerpt of the Debtors' Schedule F page listing the Scheduled liability is attached hereto as Exhibit A.

No action is required <u>if you do not object</u> to the transfer of your claim. However, if you do object to the transfer of your claim, within <u>20 days</u> of the date of this notice, you must file a written objection with the Office of the Clerk, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004-1408. If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____

I:\ClaimTransfers_FRBP3001\DELPHI\TEMPLATE DELPHI (STONEHILL).doc

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Delphi Mechatronic Systems, Inc.<br><br>Debtor | Case No. 05-44567<br><br>Chapter 11 |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that the claim of Foreman Tool & Mold Corp ("Assignor") against the Debtor in the amount of $10,694.45 and all claims of Assignor against Debtor have been transferred and assigned to Stonehill Institutional Partners, L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

I, the undersigned Assignor of the claims described above, hereby assign and transfer my claims and all rights thereto to Stonehill Institutional Partners, L.P. according to the terms of the Assignment of Claim duly executed by me on the date hereof. I have a claim against the Debtor that has not been previously transferred, and the Debtor has neither objected to nor satisfied this claim. The clerk of this Court is authorized to change the address of record regarding the claim to that of Assignee listed below. I also waive my right to object to the assignment and any notice or hearing requirements pursuant to Rule 3001 of the Bankruptcy Rules.

| | | | |
|---|---|---|---|
| ASSIGNEE:<br>Address: | Stonehill Institutional Partners, L.P.<br>Re: Delphi Mechatronic Systems<br>claim<br>c/o Stonehill Capital Management<br>885 Third Avenue, 30th Floor<br>New York, NY 10022 | ASSIGNOR:<br><br>Address:<br><br>Signature:<br>Name:<br>Title:<br>Date: | Foreman Tool & Mold Corp<br>Attn: Diane Price<br>3850 Swenson Ave<br>St. Charles, IL 60174<br>*Richard W. Foreman*<br>RICHARD W. FOREMAN<br>PRESIDENT/OWNER<br>NOVEMBER 21, 2006 |

# EXHIBIT A

In re: DELPHI MECHATRONIC SYSTEMS, INC Debtor, Case No. 05-44567    Entity #15

## AMENDED AND RESTATED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1554198 - 10393228<br>FAWN INDUSTRIES INC<br>Attn FRITZ J SIMONS 313-271-7850<br>1920 GREENSPRING DR<br>SUITE 140<br>TIMONIUM   MD   21093 | ACCOUNTS PAYABLE | | $26,365.16 |
| 1556703 - 10393317<br>FILTERS FIRST<br>410 W JACKSON<br>HARLINGEN   TX   78550 | ACCOUNTS PAYABLE | | $6,566.50 |
| 1562997 - 10393379<br>FISHERCAST GLOBAL CORP<br>710 NEAL DRIVE<br>PETERBOROUGH   ON   K9J6X7<br>CANADA | ACCOUNTS PAYABLE | | $13,291.31 |
| 1562998 - 10393380<br>FLEETCOR TECHNOLOGIES<br>PO BOX 11407<br>BIRMINGHAM   AL   352460975 | ACCOUNTS PAYABLE | | $4,098.74 |
| 1562999 - 10393381<br>FLODYNE INC<br>1000 MUIRFIELD DRIVE<br>HANOVER PARK   IL   60103 | ACCOUNTS PAYABLE | | $2,124.00 |
| 1563000 - 10393382<br>FLUID POWER ENGINEERING<br>110 GORDON<br>ELK GROVE VILLAGE   IL   600071120 | ACCOUNTS PAYABLE | | $130.24 |
| 1068164 - 10393102<br>FLUID RESEARCH CORPORATION<br>1382 BELL AVENUE<br>TUSTIN   CA   92780 | ACCOUNTS PAYABLE | | $225.00 |
| 1563001 - 10393383<br>FOAMEX<br>274 SANDUSKY RD<br>ARCADE   NY   14009 | ACCOUNTS PAYABLE | | $273.60 |
| 1524077 - 10375648<br>FORD MOTOR COMPANY<br>Attn ACCOUNTS PAYABLE<br>PO BOX 1520<br>DEARBORN   MI   48121 | WARRANTY CLAIM<br>ASSERTED WARRANTY CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| ==1554240 - 10393229==<br>==FOREMAN TOOL & MOLD CORP==<br>==Attn DIANE PRICE==<br>==3850 SWENSON AVE==<br>==ST. CHARLES   IL   60174== | ACCOUNTS PAYABLE | | ==$10,694.45== |
| 1068215 - 10393103<br>FOREMAN TOOL & MOLD CORP.<br>3850 SWENSON AVE<br>ST. CHARLES   IL   60174 | ACCOUNTS PAYABLE | | $333,131.49 |