UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| DELPHI CORPORATION, et al., ) | Case No. 05-44481 (RDD) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

### ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

John E. Taylor, a member in good standing of the bar in the State of Indiana and, if applicable, the bar of the U.S. District Court for the Southern District of New York, having requested admission, ***pro hac vice***, to represent Universal Tool & Engineering Co., Inc. and M.G. Corporation, creditors in the above-referenced case.

**ORDERED**: that John E. Taylor, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: November 28, 2006
New York, New York            */s/ Robert D. Drain*
                              United States Bankruptcy Judge

1106615/0578/8453-64400