UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ X
In re:                                          :         Chapter 11
                                                :
DELPHI CORPORATION, et al.                      :         Case No. 05-44481 (RDD)
                                                :
          Debtors.                              :         Jointly Administered
                                                :
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ :X
```

### MOTION FOR THE ADMISSION *PRO HAC VICE* OF THOMAS M. FRANKLIN

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Pursuant to Local Rule 2090-1(b),Thomas M. Franklin ("Applicant"), moves this Court to grant admission to the United States Bankruptcy Court in the Southern District of New York *pro hac vice* to represent the Kansas Department of Health and Environment ("Creditor") in this case and in contested matters and adversary proceedings herein, and would respectfully show the Court as follows:

1.    Applicant is an attorney and a member of the law firm of The Franklin Law Firm, with offices at

|  |  |
|---|---|
| Mailing Address: | 300 UMB Bank Building<br>1310 Carondelet Drive<br>Kansas City, Missouri  64114 |
| Telephone: | (816) 942-1900 |
| Facsimile: | (816) 942-2671 |
| Email: | tmflaw@swbell.net |

2.    Since 1982, Applicant has been and presently is a member of and in good standing with the Bar of the State of Missouri.  Applicant's bar license number in the State of Missouri is 32358.  Applicant has also been and presently is admitted to practice before several

1

courts of the United States, to include the United States Bankruptcy Courts of the Western District of Missouri and the District of Kansas.

    3.    Applicant is presently a member in good standing of the bars of the courts listed above.

    4.    Applicant is not the subject of grievance proceedings or involuntary removal proceedings of any state or federal court.

    5.    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses.

    6.    Applicant has read and is familiar with the Local Rules of the Southern District of New York and will comply with the standards of practice set out therein.

    7.    Applicant has been authorized for ECF access in Kansas, Missouri, Ohio and Texas.

WHEREFORE, Thomas M. Franklin, Applicant, prays that this Court enter an order permitting the admission of Thomas M. Franklin to the Southern District of New York *pro hac vice* for this case only.

    Respectfully submitted,

Thomas M. Franklin Mo. Bar No. 32358
The Franklin Law Firm
300 UMB Bank Building
1310 Carondelet Drive
Kansas City, Missouri 64114
(816) 942.1900 Telephone
(816) 942.2671 Telecopy
tmflaw@swbell.net

ATTORNEY FOR KANSAS DEPARTMENT
OF HEALTH AND ENVIRONMENT

2

**CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the foregoing Motion for the Admission *Pro Hac Vice* of Thomas M. Franklin was served by overnight delivery on this ____ day of November, 2006 to:

General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, Michigan  48098

John S. Butler, Jr.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 W. Wacher Drive, Suite 2100
Chicago, Illinois  60606

Kenneth S. Ziman
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York  10017

Donald Bernstein
Brian Resnick
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York  10017

Robert J. Rosenberg
Mark A. Broude
Latham & Watkins LLP
885 Third Avenue
New York, New York  10022

Bonnie Steingart
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York  10004

Atlicia M. Leonhard
United States Trustee for the
Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York  10004

                                                              _____
                                                                     Thomas M. Franklin