UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                     :
     In re                                           :   Chapter 11
                                                     :
     DELPHI CORPORATION, et al.                      :   Case No. 05-44481 (RDD)
                                                     :
                              Debtors.               :   (Jointly Administered)
                                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## MOTION FOR ADMISSION *PRO HAC VICE*

Now come Thomas R. Noland and Patricia L. Hill, both members in good standing of the bar in the State of Ohio and admitted to the United States District Court and Bankruptcy Courts for the Southern District of Ohio, hereby request admission *pro hac vice* before the Honorable Robert D. Drain, to represent U.S. Aeroteam, Inc., a party in interest in the above referenced case.

|   |   |
|---|---|
| Mailing Address: | Thomas R. Noland, Esq.<br>Patricia L. Hill, Esq.<br>Statman, Harris & Eyrich, LLC<br>110 North Main Street<br>Suite 1520<br>Dayton, OH 45402 |
| E-Mail Address: | trnoland@dayton.statmanharris.com<br>plhill@dayton.statmanharris.com |
| Telephone Number: | (937) 222-1090 |

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Respectfully submitted,

STATMAN HARRIS & EYRICH, LLC

_/s/ Patricia L. Hill_
Thomas R. Noland  (OH Bar No. 0018239)
Patricia L. Hill     (OH Bar No. 0072595)
110 North Main Street, Suite 1520
Dayton, OH 45402
937 222-1090
937-222-1046 (fax)
trnoland@dayton.statmanharris.com
plhill@dayton.statmanharris.com
*Attorneys for U.S. Aeroteam, Inc.*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing, *Motion for Admission Pro Hac Vice* was served via DHL Express overnight mail to all parties listed below:

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI 48098

John Wm. Butler, Jr.
Skadden Arps, Slate, Meagher
& Flom, LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Kenneth S. Ziman
Simpson Thatcher & Bartlett, LLP
425 Lexington Avenue
New York, NY 10017

Donald Bernstein
Brian Resnick
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Robert J. Rosenberg
Mark A. Broude
Latham & Watkins, LLP
885 Third Avenue
New York, NY 10022
Counsel for the Official Committee of
Unsecured Creditors

Bonnie Steingart
Fried, Frank, Harris, Shriver & Jacobson, LLP
One New York Plaza
New York, NY 10004
Counsel for the Official Committee of
Equity Security Holders

Alicia M. Leonard
Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Courtesy Copy to:
Honorable Robert D. Drain
One Bowling Green
New York, NY 10004-1408

Dated: November 21, 2006.

_/s/ Patricia L. Hill_
Patricia L. Hill    (OH Bar No. 0072595)