**CURTIS, MALLET-PREVOST,
 COLT & MOSLE LLP**
101 Park Avenue
New York, New York  10178-0061
Telephone:  (212) 696-6000
Fax:  (212) 697-1559
Steven J. Reisman (SR 4906)

*Counsel for Flextronics International Asia-Pacific Ltd. and certain
of its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                        :
In re:                                  :     Chapter 11
                                        :
Delphi Corporation, *et al.*,           :     Case No.  05-44481 (RDD)
                                        :
              Debtors.                  :     (Jointly Administered)
                                        :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss:
COUNTY OF NEW YORK    )

Kathryn A. Ryan, being duly sworn, deposes and says:

1.  I am not a party to this action, am over 18 years of age and reside in Brooklyn, New York.

2.  On November 27, 2006, I caused to be served a true and correct copy of the following document by hand delivery to the parties at the addresses set forth on **Exhibit A**.

3.  On November 27, 2006, I caused to be served a true and correct copy of the following document by overnight mail to the parties at the addresses set forth on **Exhibit B**.

3279202v1

      (a) Reservation of Rights of Flextronics International Asia-Pacific Ltd. and Certain of its Affiliates With Respect to the Debtors' (I) Third Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(B) and Fed. R. Bankr. P. 3007 to Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated by Debtors' Books and Records, and (C) Claims Subject to Modification and (II) Motion to Estimate Contingent and Unliquidated Claims Pursuant to 11 U.S.C. § 502(C).

                   /s/ Kathryn A. Ryan
                   Kathryn A. Ryan

Sworn to before me this
27th day of November 2006

/s/ Michael J. Brown
 Notary Public

**MICHAEL J. BROWN**
**Notary Public, State of New York**
**No. 31-4992593**
**Qualified in New York County**
**Commission Expires February 24, 2010**

## EXHIBIT A

| | |
|---|---|
| Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, New York 10017<br>Attention: Kenneth S. Zinman | Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, New York 10017<br>Attention: Donald Bernstein and Brian Resnick |
| Latham & Watkins LLP<br>885 Third Avenue<br>New York, New York 10022<br>Attention: Robert J. Rosenberg and Mark A. Broude | Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, New York 10004<br>Attention: Bonnie Steingart |
| Office of the United States Trustee for the Southern District of New York<br>33 Whitehall Street<br>Suite 2100<br>New York, New York 10004<br>Attention: Alicia M. Leonhard | |

3279202v1    3

## EXHIBIT B

| | |
|---|---|
| Delphi Corporation<br>5725 Delphi Drive<br>Troy. Michigan 48098<br>Attention: General Counsel | Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, Illinois, 60606<br>Attention: John Wm. Butler, Jr. |