UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:   DELPHI CORPORATION, et al.

Debtor.

Case No.: 05-44481
Chapter 11

[RECEIVED stamp: NOV 28]

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Eliza K. Bradley, a member in good standing of the bar in the State of Indiana and, if applicable, the bar of the U.S. District Court for the Southern District of New York, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent WorldWide Battery Co., LLC, a creditor in the above referenced ■ case ☐ adversary proceeding.

Mailing address: 9190 Priority Way West Drive, Suite 100, Indianapolis, Indiana 46240;

E-mail address: ebradley@robergelaw.com; telephone number (317) 818-5500.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: 11/22/06
Indianapolis, Indiana

/s/ Eliza K. Bradley
Eliza K. Bradley
(IN # 22284-20)

## ORDER

**ORDERED,**
that Eliza K. Bradley, Esq., is admitted to practice, *pro hac vice*, in the above referenced ■ case ☐ adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York

/s/_____
UNITED STATES BANKRUPTCY JUDGE