**Hearing Date: November 30, 2006**
**Hearing Time: 10:00 a.m. (Prevailing Eastern Time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

     - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                            :
        In re                               :     Chapter 11
                                            :
DELPHI CORPORATION, et al.,                 :     Case No. 05-44481 (RDD)
                                            :
                        Debtors.            :     (Jointly Administered)
                                            :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

<u>PROPOSED THIRTEENTH OMNIBUS HEARING AGENDA</u>

<u>Location Of Hearing</u>:          United States Bankruptcy Court for the Southern District of New
                                York, Alexander Hamilton Custom House, Room 601, 6th Floor,
                                One Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

A.    Introduction

B.    Continued Or Adjourned Matters (6 Matters)

C.    Uncontested, Agreed, Or Settled Matters (33 Matters)

D.    Contested Matters (7 Matters)

E.    Adversary Proceeding (1 Matter)

**B.    Continued Or Adjourned Matters***

1.    **"KECP Motion"**– Motion For Order Under 11 U.S.C. §§ 105 And 363 Authorizing The Debtors To Implement A Key Employee Compensation Program (Docket No. 213)

Responses Filed:        *Objection Of Wilmington Trust Company, As Indenture Trustee, To Debtors' Motion For Order Under 11 U.S.C. §§ 105 And 363 Authorizing The Debtors To Implement A Key Employee Compensation Program (Docket No. 1133)*

*Objections Of USW To Debtors' Motion For Order Under §§ 105 And 363 Authorizing The Debtors To Implement A Key Employee Compensation Program (Docket No. 1134)*

*Objection And Memorandum Of UAW In Opposition To Debtors' Motion For An Order Authorizing Debtors To Implement A Key Employee Compensation Program (Docket No. 1135)*

*Objection Of Pension Benefit Guaranty Corporation To Debtors' Motion For Order §§ 105 And 363 Authorizing Debtors To Implement A Key Employee Compensation Program (Docket No. 1141)*

---

* Motions found at the following docket numbers that appeared on previous Proposed Hearing Agendas have been voluntarily withdrawn from the agenda and would need to be re-noticed under the Case Management Order to be reinstated on an agenda: Docket Nos. 4778 , 4912, and 5153 (Mercedes-Benz U.S. International, Inc.'s Motion to File Claims, Methode Electronics, Inc.'s Setoff Motion and Computer Patent Annuities Limited's Motion To Assume Or Reject Executory Contract) and Delphi Medical Systems Colorado Corporation Adv. Pro. No. 06-01677, Docket No. 2 (Summons with Notice of Pre-Trial Conference)

*Objections And Memorandum Of Law In Support Of Objection Of IBEW Local 663 And IAM District 10 To Motion For Order Authorizing Debtors To Implement A Key Employee Compensation Plan (Docket No. 1156)*

*Limited Objection Of The Prepetition Agent To The Debtors' Motion For Order Under §§ 105 And 363 Authorizing The Debtors To Implement A Key Employee Compensation Program (Docket No. 1157)*

*Objections And Memorandum Of Law Of International Union Of Operating Engineers Local Union Nos. 18, 101 And 832 To Debtors' Motion For An Order Authorizing The Debtors To Implement A Key Employee Compensation Program (Docket No. 1159)*

*Lead Plaintiffs' Objection To Debtors' Motion For Order Under §§ 105 And 363 Authorizing Debtors To Implement A Key Employee Compensation Program (Docket No. 1161)*

*Objection And Memorandum Of Law In Support Of Objection Of IUE-CWA To Motion For Order Under §§ 105 And 363 Authorizing The Debtors To Implement A Key Employee Compensation Program ("KECP Motion") (Docket No. 1164)*

*United States Trustee's Objection To Debtors' Motion For Order Under §§ 105 And 363 Authorizing The Debtors To Implement A Key Employee Compensation Program (Docket No. 1288)*

*Reply Filed:*          *Debtors' Omnibus Response To Objections To Their Motion For Order Under 11 U.S.C. §§ 105 And 363 Authorizing The Debtors To Implement A Key Employee Compensation Program (Docket No. 2210)*

*Related Filings:*          *Letter Regarding Electronic Filing Of Objection To Motion Of Debtors' For Order Under §§ 105 And 363 Authorizing The Debtors To Implement A Key Employee Compensation Program (Docket No. 1209)*

*Affidavit In Support Of Objection Of IUE-CWA To
Motion For Order Under §§ 105 & 363 Authorizing
The Debtors To Implement A Key Employee
Compensation Program (Docket No. 1168)*

*Declaration Of Mark Shaw (Docket No. 2054)*

*Supplement To KECP Motion (Docket No. 213)
Seeking Authority To: (A) Fix Second Half 2006 AIP
Targets And Continue AIP Program And (B) Further
Adjourn KECP Emergence Incentive Program
Hearing (Docket No. 4419)*

*Order Under 11 U.S.C. §§ 105 And 363 Authorizing
The Debtors To: (A) Fix Second Half 2006 AIP
Targets And Continue AIP Program And (B) Further
Adjourn KECP Emergence Incentive Program
Hearing (Docket No. 4660)*

*Status:*          *By agreement of the Debtors and the Official
Committee of Unsecured Creditors this matter is
being adjourned to the January 11, 2007 omnibus
hearing.*

2.     **"Creditors' Committee GM Claims and Defenses Motion"** – Motion For
An Order Authorizing The Official Committee Of Unsecured Creditors To
Prosecute The Debtors' Claims And Defenses Against General Motors
Corporation And Certain Former Officers Of The Debtors (Docket No.
4718)

*Response Filed:*     *Debtors' Preliminary Objection To Motion For
Order Authorizing Official Committee Of Unsecured
Creditors To Prosecute Debtors' Claims And
Defenses Against General Motors Corporation And
Certain Former Officers Of Debtors (Docket No.
4859)*

*Reply Filed:*        *None.*

*Related Filing:*     *Ex Parte Motion For An Order Authorizing The
Official Committee Of Unsecured Creditors To File
Under Seal Exhibits To The Committee's Motion For
An Order Authorizing It To Prosecute The Debtors'
Claims And Defenses Against General Motors
Corporation And Certain Former Officers Of The
Debtors (Docket No. 4689)*

*Affidavit In Support Of Ex Parte Motion For An
Order Authorizing The Official Committee Of
Unsecured Creditors To File Under Seal Exhibits To
The Committee's Motion For An Order Authorizing
It To Prosecute The Debtors' Claims And Defenses
Against General Motors Corporation And Certain
Former Officers Of The Debtors (Docket No. 4690)*

*Order Authorizing The Official Committee Of
Unsecured Creditors To File Under Seal Exhibits To
The Committee's Motion For An Order Authorizing
It To Prosecute The Debtors' Claims And Defenses
Against General Motors Corporation And Certain
Former Officers Of The Debtors (Docket No. 4691)*

*Exhibits A & B To Motion For An Order Authorizing
The Official Committee Of Unsecured Creditors To
Prosecute The Debtors' Claims And Defenses
Against General Motors Corporation And Certain
Former Officers Of The Debtors (Docket No. 4738)*

*Stipulation And Agreed Order Amending Order
Authorizing The Official Committee Of Unsecured
Creditors To File Under Seal Exhibits To The
Committee's Motion For An Order Authorizing It To
Prosecute The Debtors' Claims And Defenses
Against General Motors Corporation And Certain
Former Officers Of The Debtors (Docket No. 4831)*

*So Ordered Stipulation And Agreed Order Amending
Order Authorizing The Official Committee Of
Unsecured Creditors To File Under Seal Exhibits To
The Committee's Motion For An Order Authorizing
It To Prosecute The Debtors' Claims And Defenses
Against General Motors Corporation And Certain
Former Officers Of The Debtors (Docket No. 4837)*

*Proposed Second Stipulation and Agreed Order
Amending Order Authorizing the Official Committee
of Unsecured Creditors to File Under Seal Exhibits
to the Committee's Motion for an Order Authorizing
it to Prosecute the Debtor's Claims and Defenses
Against General Motors Corporation and Certain
Former Officers of the Debtors (Docket No. 4902)*

5

*Second Stipulation And Agreed Order Amending Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4928)*

*Objection Of The Official Committee Of Equity Security Holders Of The Motion For Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 5070)*

*Status:*          *By agreement of the parties this matter is being adjourned to the January 11, 2007 omnibus hearing.*

3.     **"Ex Parte Motion To File Supplemental Objection Under Seal"**– Ex Parte Motion For Order Authorizing The Official Committee Of Equity Security Holders To File Under Seal A Supplemental Objection In Further Support Of The Equity Committee's Objection To The Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 5229)

*Response Filed:*          *Comment Of The Official Committee Of Unsecured Creditors To Ex Parte Motion For Order Authorizing The Official Committee Of Equity Security Holders To File Under Seal A Supplemental Objection To Motion For Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 5230)*

*Reply Filed:*          *None.*

*Related Filings:*          *Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4718)*

6

*Objection Of The Official Committee Of Equity
Security Holders To The Motion For An Order
Authorizing The Official Committee Of Unsecured
Creditors To Prosecute The Debtors' Claims And
Defenses Against General Motors Corporation And
Certain Former Officers Of The Debtors (Docket No.
5070)*

Status:        *By agreement of the parties this matter is being
adjourned to the January 11, 2007 omnibus hearing.*

4.    **"Ernst & Young LLP Fee Applications"**– First And Final Application Of
Ernst & Young LLP, As Sarbanes-Oxley, Valuation, And Tax Services
Providers For The Debtors, For Allowance And Payment Of Compensation
For Professional Services And Reimbursement Of Actual And Necessary
Expenses (Docket No. 3018)

Response Filed:        *None.*

Reply Filed:        *None.*

Related Filings:        *Fourth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 4545)*

*Second Application Of Ernst & Young LLP, As
Independent Auditors, Accountants And Tax
Advisors To Debtors, For Allowance And Payment
Of Compensation For Professional Services And
Reimbursement Of Actual And Necessary Expenses
(Docket No. 4788)*

*Fifth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 5310)*

*Report Of The Delphi Joint Fee Review Committee
Regarding Applications For Award Of
Compensation And Reimbursements Of Expenses
For The Periods From October 8, 2005 Through
January 31, 2006 And February 1 Through May 31,
2006 And Request That The Court Resolve Dispute
With Respect To The Fee Committee (Docket No.
5559)*

7

> *Supplemental Report Of The Delphi Joint Fee
> Review Committee Regarding Applications For
> Award Of Compensation And Reimbursement Of
> Expenses For The Periods From October 8, 2005
> Through January 31, 2006 And February 1 Through
> May 31, 2006, And Request That The Court Resolve
> Dispute With Respect To The Fee Committee
> Statements (Docket No. 5887)*

*Status:*          *At the request of the Fee Committee this matter is
                   being adjourned to the March 22, 2007 omnibus
                   hearing.*

5.    **"Shearman & Sterling LLP Interim Fee Applications"**– First
      Application Of Shearman & Sterling LLP, As Special Counsel To The
      Debtors, For Allowance Of Interim Compensation For Professional
      Services Rendered And For Reimbursement Of Actual And Necessary
      Expenses Incurred From October 8, 2005 Through January 31, 2006
      (Docket No. 3463)

      *Response Filed:*      *None.*

      *Reply Filed:*         *None.*

      *Related Filings:*     *Fourth Supplemental Order Under 11 U.S.C. § 331
                             Establishing Procedures For Interim Compensation
                             And Reimbursement Of Expenses Of Professionals
                             (Docket No. 4545)*

                             *Second Application Of Shearman & Sterling LLP, As
                             Special Counsel To The Debtors, For Allowance Of
                             Interim Compensation For Professional Services
                             Rendered And For Reimbursement Of Actual And
                             Necessary Expenses Incurred From February 1,
                             2006 Through May 31, 2006 (Docket No. 4779)*

                             *Fifth Supplemental Order Under 11 U.S.C. § 331
                             Establishing Procedures For Interim Compensation
                             And Reimbursement Of Expenses Of Professionals
                             (Docket No. 5310)*

                             *Report Of The Delphi Joint Fee Review Committee
                             Regarding Applications For Award Of
                             Compensation And Reimbursements Of Expenses
                             For The Periods From October 8, 2005 Through
                             January 31, 2006 And February 1 Through May 31,
                             2006 And Request That The Court Resolve Dispute*

*With Respect To The Fee Committee (Docket No. 5559)*

*Supplemental Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursement Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006, And Request That The Court Resolve Dispute With Respect To The Fee Committee Statements (Docket No. 5887)*

Status:       *At the request of the Fee Committee this matter is being adjourned to the March 22, 2007 omnibus hearing.*

6.   **"KPMG LLP Interim Fee Applications"**– First Application Of KPMG LLP, As Tax And Transaction Services Advisors For The Debtors, For Interim Allowance Of Compensation For Professional Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred From October 8, 2005 Through January 31, 2006 (Docket No. 3507)

Response Filed:       *Official Committee Of Unsecured Creditors' Response And Reservation Of Rights With Respect To Pending Interim Fee Applications Of Various Retained Professionals (Docket No. 5314)*

Reply Filed:       *None.*

Related Filings:       *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)*

*Second Application Of KPMG LLP, As Tax And Transaction Services Advisors For The Debtors, For Interim Allowance Of Compensation For Professional Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred From February 1, 2006 Through May 31, 2006 (Docket No. 4846)*

*Amended Second Application Of KPMG LLP, As Tax And Transaction Services Advisors And Advisory And Valuation Services Advisors For The Debtors, For Interim Allowance Of Compensation For Professional Services Rendered And Reimbursement*

9

*Of Actual And Necessary Expenses Incurred From February 1, 2006 Through May 31, 2006 (Docket No. 4863)*

*Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)*

*Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursements Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006 And Request That The Court Resolve Dispute With Respect To The Fee Committee (Docket No. 5559)*

*Status:*          *At the request of the Fee Committee this matter is being adjourned to the March 22, 2007 omnibus hearing.*

7.      **"Fried, Frank, Harris, Shriver & Jacobson LLP Interim Fee Application"**– First Interim Fee Application Of Fried, Frank, Harris, Shriver & Jacobson LLP, Counsel For The Official Committee Of Equity Security Holders, For Compensation For Professional Services Rendered And Reimbursement Of Expenses Incurred And Posted During The Period From May 8, 2006 Through May 31, 2006 (Docket No. 4771)

*Response Filed:*      *None.*

*Reply Filed:*         *None.*

*Related Filings:*     *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)*

*Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)*

*Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursements Of Expenses For The Periods From October 8, 2005 Through*

> *January 31, 2006 And February 1 Through May 31,*
> *2006 And Request That The Court Resolve Dispute*
> *With Respect To The Fee Committee (Docket No.*
> *5559)*
>
> *Supplemental Report Of The Delphi Joint Fee*
> *Review Committee Regarding Applications For*
> *Award Of Compensation And Reimbursement Of*
> *Expenses For The Periods From October 8, 2005*
> *Through January 31, 2006 And February 1 Through*
> *May 31, 2006, And Request That The Court Resolve*
> *Dispute With Respect To The Fee Committee*
> *Statements (Docket No. 5887)*

*Status:*          *At the request of the Fee Committee this matter is*
                   *being adjourned to the March 22, 2007 omnibus*
                   *hearing.*


## C.    Uncontested, Agreed, Or Settled Matters

8.    **"Howard & Howard Attorneys, P.C. Interim Fee Applications"**– First
Interim Fee Application Of Howard & Howard Attorneys, P.C., Intellectual
Property Counsel To Debtors, For Interim Allowance Of Compensation
And Reimbursement Of Expenses For The Period October 8, 2005 Through
January 31, 2006 (Docket No. 2965)

*Response Filed:*       *None.*

*Reply Filed:*          *None.*

*Related Filings:*      *Fourth Supplemental Order Under 11 U.S.C. § 331*
                        *Establishing Procedures For Interim Compensation*
                        *And Reimbursement Of Expenses Of Professionals*
                        *(Docket No. 4545)*

                        *Second Interim Fee Application Of Howard &*
                        *Howard Attorneys, P.C., Intellectual Property*
                        *Counsel To Debtors, For Interim Allowance Of*
                        *Compensation And Reimbursement Of Expenses For*
                        *The Period February 1, 2006 Through May 31, 2006*
                        *(Docket No. 4735)*

                        *Fifth Supplemental Order Under 11 U.S.C. § 331*
                        *Establishing Procedures For Interim Compensation*
                        *And Reimbursement Of Expenses Of Professionals*
                        *(Docket No. 5310)*

11

> *Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursements Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006 And Request That The Court Resolve Dispute With Respect To The Fee Committee (Docket No. 5559)*
>
> *Supplemental Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursement Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006, And Request That The Court Resolve Dispute With Respect To The Fee Committee Statements (Docket No. 5887)*

Status:    *The hearing with respect to this matter will be proceeding.*

9.    **"Quinn Emanuel Urquhart Oliver & Hedges LLP Interim Fee Applications"**– First Interim Application Of Quinn Emanuel Urquhart Oliver & Hedges LLP, Special Litigation Counsel To The Debtors-In-Possession For Compensation And Reimbursement Of Expenses (Docket No. 3071)

Response Filed:    *None.*

Reply Filed:    *None.*

Related Filings:    *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)*

*Second Interim Application Of Quinn Emanuel Urquhart Oliver & Hedges LLP, Special Litigation Counsel To The Debtors-In-Possession, For Compensation And Reimbursement Of Expenses (Docket No. 4769)*

*Amended Second Interim Application Of Quinn Emanuel Urquhart Oliver & Hedges LLP, Special Litigation Counsel To The Debtors-In-Possession, For Compensation And Reimbursement Of Expenses (Docket No. 4784)*

*Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)*

*Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursements Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006 And Request That The Court Resolve Dispute With Respect To The Fee Committee (Docket No. 5559)*

*Supplemental Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursement Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006, And Request That The Court Resolve Dispute With Respect To The Fee Committee Statements (Docket No. 5887)*

*Status:*          *The hearing with respect to this matter will be proceeding.*

10.   **"Cadwalader, Wickersham And Taft LLP Interim Fee Applications"**–
First Application Of Cadwalader, Wickersham And Taft LLP As Attorneys For The Debtors For Interim Allowance Of Compensation For Professional Services Rendered And For Reimbursement Of Actual And Necessary Expenses Incurred From October 10, 2005 Through January 31, 2006 (Docket No. 3302)

*Response Filed:*     *Official Committee Of Unsecured Creditors' Response And Reservation Of Rights With Respect To Pending Interim Fee Applications Of Various Retained Professionals (Docket No. 5314)*

*Reply Filed:*        *None.*

*Related Filings:*    *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)*

*Second Application Of Cadwalader, Wickersham And Taft LLP As Attorneys For The Debtors For*

13

*Interim Allowance Of Compensation For Professional Services Rendered And For Reimbursement Of Actual And Necessary Expenses Incurred From February 1, 2006 Through May 31, 2006 (Docket No. 4737)*

*Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)*

*Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursements Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006 And Request That The Court Resolve Dispute With Respect To The Fee Committee (Docket No. 5559)*

*Supplemental Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursement Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006, And Request That The Court Resolve Dispute With Respect To The Fee Committee Statements (Docket No. 5887)*

*Status:*            *The hearing with respect to this matter will be proceeding.*

11.   **"Togut, Segal & Segal LLP Interim Fee Applications"**– First Application Of Togut, Segal & Segal LLP For An Allowance Of Interim Compensation For Services Rendered As Conflicts Counsel For The Debtors For The Period October 8, 2005 Through January 31, 2006 And For Reimbursement Of Expenses (Docket No. 3440)

*Response Filed:*        *None.*

*Reply Filed:*            *None.*

*Related Filings:*        *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)*

14

*Second Application Of Togut, Segal & Segal LLP For An Allowance Of Interim Compensation For Services Rendered As Conflicts Counsel For The Debtors For The Period February 1, 2006 Through May 31, 2006 And For Reimbursement Of Expenses (Docket No. 4748)*

*Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)*

*Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursements Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006 And Request That The Court Resolve Dispute With Respect To The Fee Committee (Docket No. 5559)*

*Supplemental Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursement Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006, And Request That The Court Resolve Dispute With Respect To The Fee Committee Statements (Docket No. 5887)*

*Status:*          *The hearing with respect to this matter will be proceeding.*

12.    **"Dickinson Wright PLLC Interim Fee Applications"**– First Interim Application Of Dickinson Wright PLLC For Order Authorizing And Approving Compensation For Services Rendered From January 13, 2006 Through January 31, 2006 (Docket No. 3442)

*Response Filed:*          *None.*

*Reply Filed:*          *None.*

*Related Filings:*          *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)*

*Second Interim Application Of Dickinson Wright
PLLC For Order Authorizing And Approving
Compensation For Services Rendered From
February 1, 2006 Through May 31, 2006 (Docket No.
4790)*

*Fifth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 5310)*

*Report Of The Delphi Joint Fee Review Committee
Regarding Applications For Award Of
Compensation And Reimbursements Of Expenses
For The Periods From October 8, 2005 Through
January 31, 2006 And February 1 Through May 31,
2006 And Request That The Court Resolve Dispute
With Respect To The Fee Committee (Docket No.
5559)*

*Supplemental Report Of The Delphi Joint Fee
Review Committee Regarding Applications For
Award Of Compensation And Reimbursement Of
Expenses For The Periods From October 8, 2005
Through January 31, 2006 And February 1 Through
May 31, 2006, And Request That The Court Resolve
Dispute With Respect To The Fee Committee
Statements (Docket No. 5887)*

*Status:*     *The hearing with respect to this matter will be
proceeding.*

13. **"FTI Consulting, Inc. Interim Fee Applications"**– First Interim
Application For Allowance Of Compensation And Reimbursement Of
Expenses Incurred By FTI Consulting, Inc. As Restructuring And Financial
Advisor To The Debtors For The Period October 8, 2005 Through January
31, 2006 (Docket No. 3454)

*Response Filed:*     *None.*

*Reply Filed:*     *None.*

*Related Filings:*     *Fourth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 4545)*

16

> *Second Interim Application For Allowance Of Compensation And Reimbursement Of Expenses Incurred By FTI Consulting, Inc. As Restructuring And Financial Advisor To The Debtors For The Period February 1, 2006 Through May 31, 2006 (Docket No. 4760)*
>
> *Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)*
>
> *Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursements Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006 And Request That The Court Resolve Dispute With Respect To The Fee Committee (Docket No. 5559)*
>
> *Supplemental Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursement Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006, And Request That The Court Resolve Dispute With Respect To The Fee Committee Statements (Docket No. 5887)*

*Status:*          *The hearing with respect to this matter will be proceeding.*

14.    **"Groom Law Group, Chartered Interim Fee Applications"**– First Interim Application Of Groom Law Group, Chartered, As Special Employee Benefits Counsel For The Debtors, Seeking Allowance Of Compensation For Professional Services Rendered And For Reimbursement Of Actual And Necessary Expenses Incurred From October 8, 2005 Through January 31, 2005 (Docket No. 3460)

*Response Filed:*          *None.*

*Reply Filed:*          *None.*

*Related Filings:*          *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation*

17

*And Reimbursement Of Expenses Of Professionals (Docket No. 4545)*

*Second Interim Application Of Groom Law Group, Chartered, As Special Employee Benefits Counsel For The Debtors, Seeking Allowance Of Compensation For Professional Services Rendered And For Reimbursement Of Actual And Necessary Expenses Incurred From February 1, 2006 Through May 31, 2006 (Docket No. 4741)*

*Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)*

*Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursements Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006 And Request That The Court Resolve Dispute With Respect To The Fee Committee (Docket No. 5559)*

*Supplemental Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursement Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006, And Request That The Court Resolve Dispute With Respect To The Fee Committee Statements (Docket No. 5887)*

*Status:*          *The hearing with respect to this matter will be proceeding.*

15.    **"Thompson Hine LLP Interim Fee Applications"**– First Interim Application Of Thompson Hine LLP As Special Counsel For Debtors For Interim Court Approval, Allowance And Payment Of Compensation For Services Rendered And Expenses Advanced From October 8, 2005 Through January 31, 2006 (Docket No. 3467)

*Response Filed:*     *None.*

*Reply Filed:*     *None.*

18

| | |
|---|---|
| *Related Filings:* | *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)* |
| | *Second Interim Application Of Thompson Hine LLP As Special Counsel For Debtors For Interim Court Approval, Allowance And Payment Of Compensation For Services Rendered And Expenses Advanced From February 1, 2006 Through May 31, 2006 (Docket No. 4731)* |
| | *Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)* |
| | *Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursements Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006 And Request That The Court Resolve Dispute With Respect To The Fee Committee (Docket No. 5559)* |
| | *Supplemental Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursement Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006, And Request That The Court Resolve Dispute With Respect To The Fee Committee Statements (Docket No. 5887)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

16.    **"O'Melveny & Myers LLP Interim Fee Applications"**– First Interim Application Of O'Melveny & Myers LLP For Order Authorizing And Approving Compensation And Reimbursement Of Expenses (Docket No. 3469)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |

| | |
|---|---|
| *Related Filings:* | *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)* |
| | *Second Interim Application Of O'Melveny & Myers LLP For Order Authorizing And Approving Compensation And Reimbursement Of Expenses (Docket No. 4757)* |
| | *Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)* |
| | *Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursements Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006 And Request That The Court Resolve Dispute With Respect To The Fee Committee (Docket No. 5559)* |
| | *Supplemental Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursement Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006, And Request That The Court Resolve Dispute With Respect To The Fee Committee Statements (Docket No. 5887)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

17.    **"Warner Stevens, L.L.P. Interim Fee Applications"**– First Interim Application For Compensation And Reimbursement Of Expenses Of Warner Stevens, L.L.P., As Conflicts Counsel To The Official Committee Of Unsecured Creditors For The Period Of November 10, 2005 Through January 31, 2006 (Docket No. 3478)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |

20

| | |
|---|---|
| *Related Filings:* | *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)* |
| | *Second Interim Application For Compensation And Reimbursement Of Expenses Of Warner Stevens, L.L.P., As Conflicts Counsel To The Official Committee Of Unsecured Creditors For The Period Of February 1, 2006 Through May 31, 2006 (Docket No. 4765)* |
| | *Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)* |
| | *Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursements Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006 And Request That The Court Resolve Dispute With Respect To The Fee Committee (Docket No. 5559)* |
| | *Supplemental Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursement Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006, And Request That The Court Resolve Dispute With Respect To The Fee Committee Statements (Docket No. 5887)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

18.    **"Deloitte & Touche LLP Interim Fee Applications"**– First Interim Application For Allowance Of Fees And Expenses Of Deloitte & Touche LLP As Independent Auditors And Accountants To The Debtors For The Period From October 8, 2005 Through January 31, 2006 (Docket No. 3485)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |

| | |
|---|---|
| *Related Filings:* | *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)* |
| | *Second Interim Application For Allowance Of Fees And Expenses Of Deloitte & Touche LLP As Independent Auditors And Accountants To The Debtors For The Period From February 1, 2006 Through May 31, 2006 (Docket No. 4787)* |
| | *Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)* |
| | *Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursements Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006 And Request That The Court Resolve Dispute With Respect To The Fee Committee (Docket No. 5559)* |
| | *Supplemental Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursement Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006, And Request That The Court Resolve Dispute With Respect To The Fee Committee Statements (Docket No. 5887)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

19.    **"Butzel Long, P.C. Interim Fee Applications"**– First Interim Application Of Butzel Long, P.C., Commercial And Litigation Counsel To Debtors And Debtors-In-Possession, For Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Period From October 8, 2005 Through January 31, 2006 Under 11 U.S.C. §§ 330 And 331 (Docket No. 3489)

| | |
|---|---|
| *Response Filed:* | *Official Committee Of Unsecured Creditors' Response And Reservation Of Rights With Respect* |

*To Pending Interim Fee Applications Of Various
Retained Professionals (Docket No. 5314)*

Reply Filed:          *None.*

Related Filings:      *Fourth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 4545)*

*Second Interim Application Of Butzel Long, P.C.,
Commercial And Litigation Counsel To Debtors And
Debtors-In-Possession, For Allowance And Payment
Of Compensation And Reimbursement Of Expenses
For The Period From February 1, 2006 Through
May 31, 2006 Under 11 U.S.C. §§ 330 And 331
(Docket No. 4766)*

*Fifth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 5310)*

*Report Of The Delphi Joint Fee Review Committee
Regarding Applications For Award Of
Compensation And Reimbursements Of Expenses
For The Periods From October 8, 2005 Through
January 31, 2006 And February 1 Through May 31,
2006 And Request That The Court Resolve Dispute
With Respect To The Fee Committee (Docket No.
5559)*

*Supplemental Report Of The Delphi Joint Fee
Review Committee Regarding Applications For
Award Of Compensation And Reimbursement Of
Expenses For The Periods From October 8, 2005
Through January 31, 2006 And February 1 Through
May 31, 2006, And Request That The Court Resolve
Dispute With Respect To The Fee Committee
Statements (Docket No. 5887)*

Status:               *The hearing with respect to this matter will be
proceeding.*

20.   **"Price, Heneveld, Cooper, DeWitt & Litton, LLP Interim Fee
      Applications"**– First Interim Application For Approval Of Compensation
      And Reimbursement Of Expenses Of Price, Heneveld, Cooper, DeWitt &

Litton, LLP, Intellectual Property Counsel To Debtors, For Services
Rendered From October 9, 2005 Through January 31, 2006 (Docket No.
3495)

*Response Filed:*          *None.*

*Reply Filed:*             *None.*

*Related Filings:*         *Fourth Supplemental Order Under 11 U.S.C. § 331*
*Establishing Procedures For Interim Compensation*
*And Reimbursement Of Expenses Of Professionals*
*(Docket No. 4545)*

*Second Interim Application For Approval Of*
*Compensation And Reimbursement Of Expenses Of*
*Price, Heneveld, Cooper, DeWitt & Litton, LLP,*
*Intellectual Property Counsel To Debtors, For*
*Services Rendered And Billed From October 9, 2005*
*Through May 31, 2006 (Docket No. 4703)*

*Fifth Supplemental Order Under 11 U.S.C. § 331*
*Establishing Procedures For Interim Compensation*
*And Reimbursement Of Expenses Of Professionals*
*(Docket No. 5310)*

*Report Of The Delphi Joint Fee Review Committee*
*Regarding Applications For Award Of*
*Compensation And Reimbursements Of Expenses*
*For The Periods From October 8, 2005 Through*
*January 31, 2006 And February 1 Through May 31,*
*2006 And Request That The Court Resolve Dispute*
*With Respect To The Fee Committee (Docket No.*
*5559)*

*Supplemental Report Of The Delphi Joint Fee*
*Review Committee Regarding Applications For*
*Award Of Compensation And Reimbursement Of*
*Expenses For The Periods From October 8, 2005*
*Through January 31, 2006 And February 1 Through*
*May 31, 2006, And Request That The Court Resolve*
*Dispute With Respect To The Fee Committee*
*Statements (Docket No. 5887)*

*Status:*                  *The hearing with respect to this matter will be*
*proceeding.*

24

21.    **"Jaeckle Fleischmann & Mugel, LLP Interim Fee Applications"**– First
Interim Fee Application Of Jaeckle Fleischmann & Mugel, LLP,
Intellectual Property Counsel To The Debtors, For Allowance Of
Compensation For Services Rendered And Reimbursement Of Expenses
For The Period October 8, 2005 Through February 28, 2006 (Docket No.
3497)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *First Interim Fee Application Of Jaeckle Fleischmann & Mugel, LLP, Intellectual Property Counsel To The Debtors, For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses For The Period October 8, 2005 Through February 28, 2006 (Docket No. 3538)* |
| | *First Interim Fee Application Of Jaeckle Fleischmann & Mugel, LLP For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses (Docket No. 3593)* |
| | *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)* |
| | *Second Interim Fee Application Of Jaeckle Fleischmann & Mugel, LLP, Intellectual Property Counsel To The Debtors, For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses For The Period February 1, 2006 Through May 31, 2006  (Docket No. 4724)* |
| | *Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)* |
| | *Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursements Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31,* |

*2006 And Request That The Court Resolve Dispute
With Respect To The Fee Committee (Docket No.
5559)*

*Supplemental Report Of The Delphi Joint Fee
Review Committee Regarding Applications For
Award Of Compensation And Reimbursement Of
Expenses For The Periods From October 8, 2005
Through January 31, 2006 And February 1 Through
May 31, 2006, And Request That The Court Resolve
Dispute With Respect To The Fee Committee
Statements (Docket No. 5887)*

Status:          *The hearing with respect to this matter will be
proceeding.*

22.    **"Banner & Witcoff, Ltd. Interim Fee Applications"**– First Interim
Application Of Banner & Witcoff, Ltd., Intellectual Property Counsel To
Delphi Corporation, Seeking Allowance And Payment Of Interim
Compensation And Reimbursement Of Expenses Under 11 U.S.C. §§ 330
And 331 (Docket No. 3506)

Response Filed:          *Official Committee Of Unsecured Creditors'
Response And Reservation Of Rights With Respect
To Pending Interim Fee Applications Of Various
Retained Professionals (Docket No. 5314)*

Reply Filed:          *None.*

Related Filings:          *Fourth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 4545)*

*Second Interim Application Of Banner & Witcoff,
Ltd., Intellectual Property Counsel To Delphi
Corporation, Seeking Allowance And Payment Of
Interim Compensation And Reimbursement Of
Expenses Under 11 U.S.C. §§ 330 And 331 (Docket
No. 4761)*

*Second Interim Application Of Banner & Witcoff,
Ltd., Intellectual Property Counsel To Delphi
Corporation, Seeking Allowance And Payment Of
Interim Compensation And Reimbursement Of
Expenses Under 11 U.S.C. §§ 330 And 331 (Docket
No. 4781)*

*Fifth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 5310)*

*Report Of The Delphi Joint Fee Review Committee
Regarding Applications For Award Of
Compensation And Reimbursements Of Expenses
For The Periods From October 8, 2005 Through
January 31, 2006 And February 1 Through May 31,
2006 And Request That The Court Resolve Dispute
With Respect To The Fee Committee (Docket No.
5559)*

*Supplemental Report Of The Delphi Joint Fee
Review Committee Regarding Applications For
Award Of Compensation And Reimbursement Of
Expenses For The Periods From October 8, 2005
Through January 31, 2006 And February 1 Through
May 31, 2006, And Request That The Court Resolve
Dispute With Respect To The Fee Committee
Statements (Docket No. 5887)*

*Status:*      *The hearing with respect to this matter will be
proceeding.*

23.    **"Covington & Burling Interim Fee Applications"**– First Interim
Application Of Covington & Burling, Foreign Trade And Special Corporate
Committee Legal Counsel To The Debtors And Debtors-In-Possession, For
Allowance Of Compensation For Services Rendered And Reimbursement
Of Expenses Incurred For The Period From October 8, 2005 Through
January 31, 2006 (Docket No. 3060)

*Response Filed:*      *Official Committee Of Unsecured Creditors'
Response And Reservation Of Rights With Respect
To Pending Interim Fee Applications Of Various
Retained Professionals (Docket No. 5314)*

*Reply Filed:*      *None.*

*Related Filings:*      *Revised First Interim Application Of Covington &
Burling, Foreign Trade And Special Corporate
Committee Legal Counsel To The Debtors And
Debtors-In-Possession, For Allowance Of
Compensation For Services Rendered And
Reimbursement Of Expenses Incurred For The*

*Period From October 8, 2005 Through January 31, 2006 (Docket No. 3509)*

*Revised First Interim Application Of Covington & Burling, Foreign Trade And Special Corporate Committee Legal Counsel To The Debtors And Debtors-In-Possession, For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Incurred For The Period From October 8, 2005 Through January 31, 2006 (Docket No. 3596)*

*Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)*

*Second Interim Application Of Covington & Burling LLP, Foreign Trade And Special Corporate Committee Legal Counsel To The Debtors And Debtors-In-Possession, For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Incurred For The Period From February 1, 2006 Through May 31, 2006 (Docket No. 4794)*

*Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)*

*Amended Second Interim Application Of Covington & Burling LLP, Foreign Trade And Special Corporate Committee Legal Counsel To The Debtors And Debtors-In-Possession, For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Incurred For The Period From February 1, 2006 Through May 3, 2006 (Docket No. 5385)*

*Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursements Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006 And Request That The Court Resolve Dispute*

*With Respect To The Fee Committee (Docket No. 5559)*

*Supplemental Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursement Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006, And Request That The Court Resolve Dispute With Respect To The Fee Committee Statements (Docket No. 5887)*

*Status:*       *The hearing with respect to this matter will be proceeding.*

24.    **"Cantor Colburn LLP Interim Fee Applications"**– First Interim Application For Cantor Colburn LLP For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Pursuant To 11 U.S.C. §§ 330, 331 (Docket No. 3514)

*Response Filed:*       *None.*

*Reply Filed:*       *None.*

*Related Filings:*       *First Interim Application Of Cantor Colburn LLP For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Pursuant To 11 U.S.C. §§ 330, 331 (Docket No. 3517)*

*Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)*

*Second Interim Application Of Cantor Colburn LLP For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Pursuant To 11 U.S.C. §§ 330, 331 (Docket No. 4772)*

*Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)*

*Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursements Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006 And Request That The Court Resolve Dispute With Respect To The Fee Committee (Docket No. 5559)*

*Supplemental Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursement Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006, And Request That The Court Resolve Dispute With Respect To The Fee Committee Statements (Docket No. 5887)*

*Status:*          *The hearing with respect to this matter will be proceeding.*

25.    **"Jones Lang LaSalle Americas, Inc. Interim Fee Applications"**– Jones Lang LaSalle Americas, Inc.'s First Interim Application For Allowance And Payment Of Compensation And Reimbursement Of Expenses Pursuant To 11 U.S.C. §§ 328, 330 And 331 (Docket No. 3527)

*Response Filed:*          *None.*

*Reply Filed:*          *None.*

*Related Filings:*          *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)*

*Jones Lang LaSalle Americas, Inc.'s Second Interim Application For Allowance And Payment Of Compensation And Reimbursement Of Expenses Pursuant To 11 U.S.C. §§ 328, 330 And 331 (Docket No. 4786)*

*Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)*

> *Report Of The Delphi Joint Fee Review Committee*
> *Regarding Applications For Award Of*
> *Compensation And Reimbursements Of Expenses*
> *For The Periods From October 8, 2005 Through*
> *January 31, 2006 And February 1 Through May 31,*
> *2006 And Request That The Court Resolve Dispute*
> *With Respect To The Fee Committee (Docket No.*
> *5559)*
>
> *Supplemental Report Of The Delphi Joint Fee*
> *Review Committee Regarding Applications For*
> *Award Of Compensation And Reimbursement Of*
> *Expenses For The Periods From October 8, 2005*
> *Through January 31, 2006 And February 1 Through*
> *May 31, 2006, And Request That The Court Resolve*
> *Dispute With Respect To The Fee Committee*
> *Statements (Docket No. 5887)*

Status:    *The hearing with respect to this matter will be*
           *proceeding.*

26.    **"Wilmer Cutler Pickering Hale And Dorr LLP Interim Fee**
       **Applications"** – First Interim Application Of Wilmer Cutler Pickering Hale
       And Dorr LLP, Special Regulatory Counsel For The Audit Committee Of
       The Board Of Directors Of Delphi Corporation, For Allowance Of
       Compensation For Services Rendered And Expenses Incurred From
       October 8, 2005 Through January 31, 2006 (Docket No. 3549)

       Response Filed:    *None.*

       Reply Filed:    *None.*

       Related Filings:    *Fourth Supplemental Order Under 11 U.S.C. § 331*
                          *Establishing Procedures For Interim Compensation*
                          *And Reimbursement Of Expenses Of Professionals*
                          *(Docket No. 4545)*

                          *Second Interim Application Of Wilmer Cutler*
                          *Pickering Hale And Dorr LLP, Special Regulatory*
                          *Counsel For The Audit Committee Of The Board Of*
                          *Directors Of Delphi Corporation, For Allowance Of*
                          *Compensation For Services Rendered And Expenses*
                          *Incurred From February 1, 2006 Through May 31,*
                          *2006 (Docket No. 4739)*

                          *Filed Under Seal Exhibits B Through E Of Second*
                          *Interim Application Of Wilmer Cutler Pickering*

*Hale And Dorr LLP, Special Regulatory Counsel For The Audit Committee Of The Board Of Directors Of Delphi Corporation, For Allowance Of Compensation For Services Rendered And Expenses Incurred From February 1, 2006 Through May 31, 2006 (Docket No. 4806)*

*Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)*

*Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursements Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006 And Request That The Court Resolve Dispute With Respect To The Fee Committee (Docket No. 5559)*

*Supplemental Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursement Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006, And Request That The Court Resolve Dispute With Respect To The Fee Committee Statements (Docket No. 5887)*

*Status:*            *The hearing with respect to this matter will be proceeding.*

27.    **"Rothschild Inc. Interim Fee Applications"**– First Interim Application Of Rothschild Inc. For Compensation And Reimbursement Of Expenses (Docket No. 3562)

*Response Filed:*        *None.*

*Reply Filed:*          *None.*

*Related Filings:*        *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)*

*Second Interim Application Of Rothschild Inc. For Compensation And Reimbursement Of Expenses (Docket No. 4762)*

*Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)*

*Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursements Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006 And Request That The Court Resolve Dispute With Respect To The Fee Committee (Docket No. 5559)*

*Supplemental Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursement Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006, And Request That The Court Resolve Dispute With Respect To The Fee Committee Statements (Docket No. 5887)*

*Status:*          *The hearing with respect to this matter will be proceeding.*

28.    **"Rader, Fishman & Grauer PLLC Interim Fee Applications"**– First Interim Application For Approval Of Compensation And Reimbursement Of Expenses Of Rader, Fishman & Grauer PLLC, Intellectual Property Counsel To Debtors, For Services Rendered From October 8, 2005 Through January 31, 2006 (Docket No. 3740)

*Response Filed:*    *None.*

*Reply Filed:*      *None.*

*Related Filings:*    *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)*

*Second Interim Application For Approval Of Compensation And Reimbursement Of Expenses Of*

33

*Rader, Fishman & Grauer PLLC, Intellectual Property Counsel To Debtors, For Services Rendered From February 1, 2006 Through May 31, 2006 (Docket No. 4830)*

*Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)*

*Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursements Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006 And Request That The Court Resolve Dispute With Respect To The Fee Committee (Docket No. 5559)*

*Supplemental Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursement Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006, And Request That The Court Resolve Dispute With Respect To The Fee Committee Statements (Docket No. 5887)*

*Status:*  *The hearing with respect to this matter will be proceeding.*

29.    **"Jefferies & Company, Inc. Interim Fee Applications"**– First Interim Application Of Jefferies & Company, Inc., As Investment Banker To The Official Committee Of Unsecured Creditors For Interim Allowance Of Compensation For Professional Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred For The Period October 18, 2005 To January 31, 2006 (Docket No. 3962)

*Response Filed:*  *None.*

*Reply Filed:*  *None.*

*Related Filings:*  *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)*

34

*Second Interim Application Of Jefferies & Company, Inc., As Investment Banker To The Official Committee Of Unsecured Creditors For Interim Allowance Of Compensation For Professional Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred For The Period February 1, 2006 To May 31, 2006 (Docket No. 4789)*

*Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)*

*Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursements Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006 And Request That The Court Resolve Dispute With Respect To The Fee Committee (Docket No. 5559)*

*Supplemental Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursement Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006, And Request That The Court Resolve Dispute With Respect To The Fee Committee Statements (Docket No. 5887)*

*Status:*          *The hearing with respect to this matter will be proceeding.*

30.    **"Latham & Watkins LLP Interim Fee Applications"**– First Fee And Expense Application Of Latham & Watkins LLP As Counsel To The Official Committee Of Unsecured Creditors (Docket No. 3966)

*Response Filed:*          *None.*

*Reply Filed:*          *None.*

*Related Filings:*          *Amended First Fee And Expense Application Cover Sheet Of Latham & Watkins LLP As Counsel To The Official Committee Of Unsecured Creditors (Docket No. 3969)*

35

*Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)*

*Second Fee And Expense Application Of Latham & Watkins LLP As Counsel To The Official Committee Of Unsecured Creditors (Docket No. 4742)*

*Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)*

*Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursements Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006 And Request That The Court Resolve Dispute With Respect To The Fee Committee (Docket No. 5559)*

*Supplemental Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursement Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006, And Request That The Court Resolve Dispute With Respect To The Fee Committee Statements (Docket No. 5887)*

*Status:*      *The hearing with respect to this matter will be proceeding.*

31. **"Mesirow Financial Consulting, LLC Interim Fee Applications"**– First Interim Application Of Mesirow Financial Consulting, LLC For Allowance Of Compensation And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Unsecured Creditors For The Period From October 19, 2005 Through January 31, 2006 (Docket No. 3967)

*Response Filed:*      *None.*

*Reply Filed:*      *None.*

*Related Filings:*      *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation*

*And Reimbursement Of Expenses Of Professionals (Docket No. 4545)*

*Second Interim Application Of Mesirow Financial Consulting, LLC For Allowance Of Compensation And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Unsecured Creditors For The Period From February 1, 2006 Through May 31, 2006 (Docket No. 4747)*

*Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)*

*Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursements Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006 And Request That The Court Resolve Dispute With Respect To The Fee Committee (Docket No. 5559)*

*Supplemental Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursement Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006, And Request That The Court Resolve Dispute With Respect To The Fee Committee Statements (Docket No. 5887)*

*Status:*          *The hearing with respect to this matter will be proceeding.*

32.    **"Steven Hall & Partners Interim Fee Applications"**– First Fee And Expense Application Of Steven Hall & Partners, LLC As Compensation And Employment Agreement Advisor For The Official Committee Of Unsecured Creditors (Docket No. 3968)

*Response Filed:*      *None.*

*Reply Filed:*        *None.*

*Related Filings:*      *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation*

*And Reimbursement Of Expenses Of Professionals (Docket No. 4545)*

*Second Fee And Expense Application Of Steven Hall & Partners, LLC As Compensation And Employment Agreement Advisor For The Official Committee Of Unsecured Creditors (Docket No. 4754)*

*Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)*

*Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursements Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006 And Request That The Court Resolve Dispute With Respect To The Fee Committee (Docket No. 5559)*

*Supplemental Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursement Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006, And Request That The Court Resolve Dispute With Respect To The Fee Committee Statements (Docket No. 5887)*

*Status:*          *The hearing with respect to this matter will be proceeding.*

33.    **"Skadden, Arps, Slate, Meagher & Flom LLP Interim Fee Applications"**– First Interim Application Of Skadden, Arps, Slate, Meagher & Flom LLP And Affiliates, Counsel To The Debtors-In-Possession, Seeking Allowance And Payment Of Interim Compensation And Reimbursement Of Expenses Under 11 U.S.C. §§ 330 And 331 (Docket No. 3975)

*Response Filed:*          *None.*

*Reply Filed:*          *None.*

*Related Filings:*          *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation*

*And Reimbursement Of Expenses Of Professionals
(Docket No. 4545)*

*Second Interim Application Of Skadden, Arps, Slate,
Meagher & Flom LLP, Counsel To The
Debtors-In-Possession, Seeking Allowance And
Payment Of Interim Compensation And
Reimbursement Of Expenses Under 11 U.S.C. §§
330 And 331 (Docket No. 4796)*

*Notice Of Filing Of Exhibit D To The Second Interim
Application Of Skadden, Arps, Slate, Meagher &
Flom LLP, Counsel To The Debtors-In-Possession,
Seeking Allowance And Payment Of Interim
Compensation And Reimbursement Of Expenses
Under 11 U.S.C. §§ 330 And 331 (Docket No. 4798)*

*Notice Of Filing Of Corrected Exhibits D-1 Through
D-6, And D-10  To The Second Interim Application
Of Skadden, Arps, Slate, Meagher & Flom LLP,
Counsel To The Debtors-In-Possession, Seeking
Allowance And Payment Of Interim Compensation
And Reimbursement Of Expenses Under 11 U.S.C.
§§ 330 And 331 (Docket No. 4818)*

*Notice Of Filing Of Marked Exhibit D To First
Interim Application Of Skadden, Arps, Slate,
Meagher & Flom LLP, Counsel To The
Debtors-In-Possession, Seeking Allowance And
Payment Of Interim Compensation And
Reimbursement Of Expenses Under 11 U.S.C. §§
330 And 331 (Docket No. 5105)*

*Fifth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 5310)*

*Report Of The Delphi Joint Fee Review Committee
Regarding Applications For Award Of
Compensation And Reimbursements Of Expenses
For The Periods From October 8, 2005 Through
January 31, 2006 And February 1 Through May 31,
2006 And Request That The Court Resolve Dispute
With Respect To The Fee Committee (Docket No.
5559)*

*Supplemental Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursement Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006, And Request That The Court Resolve Dispute With Respect To The Fee Committee Statements (Docket No. 5887)*

Status:              *The hearing with respect to this matter will be proceeding.*

34.    **"Blake, Cassels & Graydon LLP Interim Fee Applications"**– First Interim Fee Application Of Blake, Cassels & Graydon LLP As Canadian Counsel For Debtors For Allowance And Payment Of Interim Compensation And Reimbursement Of Expenses Under 11 U.S.C. §§ 330 And 331 (Docket No. 4167)

Response Filed:      *None.*

Reply Filed:         *None.*

Related Filings:     *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)*

*Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)*

*Second Amended Application for Interim Professional Compensation for Blake, Cassels & Graydon, LLP, Special Counsel (Docket No. 5385)*

*Second Interim Fee Application Of Blake, Cassels & Graydon LLP As Canadian Counsel For Debtors For Allowance And Payment Of Interim Compensation And Reimbursement Of Expenses Under 11 U.S.C. §§ 330 And 331 (Docket No. 5388)*

*Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursements Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31,*

*2006 And Request That The Court Resolve Dispute
With Respect To The Fee Committee (Docket No.
5559)*

*Supplemental Report Of The Delphi Joint Fee
Review Committee Regarding Applications For
Award Of Compensation And Reimbursement Of
Expenses For The Periods From October 8, 2005
Through January 31, 2006 And February 1 Through
May 31, 2006, And Request That The Court Resolve
Dispute With Respect To The Fee Committee
Statements (Docket No. 5887)*

*Status:*        *The hearing with respect to this matter will be
proceeding.*

35.   **"Mayer, Brown, Rowe & Maw LLP Interim Fee Application"**– First
Application Of Mayer, Brown, Rowe & Maw LLP, Special Information
Technology Outsourcing Counsel To Debtors, For Allowance Of Interim
Compensation For Professional Services Rendered And For
Reimbursement Of Actual And Necessary Expenses Incurred From
February 1, 2006 Through May 31, 2006 (Docket No. 4740)

*Response Filed:*      *None.*

*Reply Filed:*         *None.*

*Related Filings:*     *Fourth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 4545)*

*Fifth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 5310)*

*Report Of The Delphi Joint Fee Review Committee
Regarding Applications For Award Of
Compensation And Reimbursements Of Expenses
For The Periods From October 8, 2005 Through
January 31, 2006 And February 1 Through May 31,
2006 And Request That The Court Resolve Dispute
With Respect To The Fee Committee (Docket No.
5559)*

*Supplemental Report Of The Delphi Joint Fee
Review Committee Regarding Applications For
Award Of Compensation And Reimbursement Of
Expenses For The Periods From October 8, 2005
Through January 31, 2006 And February 1 Through
May 31, 2006, And Request That The Court Resolve
Dispute With Respect To The Fee Committee
Statements (Docket No. 5887)*

Status:           *The hearing with respect to this matter will be
                  proceeding.*

36.    **"Orix Warren LLC's Objection To Additional Extension Of Deadline
       To Assume Or Reject Unexpired Lease Of Non-Residential Real
       Property"**– Notice Of Objection To Additional Extension Of Deadline To
       Assume Or Reject Unexpired Lease Of Nonresidential Real Property With
       Orix Warren, LLC (Docket No. 5178)

       Response Filed:    *Debtors' Reply To Objection Of Orix Warren, LLC
                          To Motion For Order Under 11 U.S.C. § 365(d)(4)
                          Extending Deadline To Assume Or Reject Unexpired
                          Lease Of Nonresidential Real Property (Docket No.
                          5590)*

       Reply Filed:       *None.*

       Related Filings:   *Motion For Order Under 11 U.S.C. § 365(d)(4)
                          Extending Deadline To Assume Or Reject Leases Of
                          Nonresidential Real Property (Docket No. 995).*

                          *Objection Of Orix Warren, LLC To Motion For
                          Order Under 11 U.S.C. § 365(d)(4) Extending
                          Deadline To Assume Or Reject Unexpired Leases Of
                          Nonresidential Real Property (Docket No. 1123).*

       Status:            *An order will be submitted for consideration by the
                          Court.*

37.    **"Delphi Medical Systems Texas Corporation Motion"**– Motion For
       Order Under 11 U.S.C. § 363(b) And Fed. R. Bankr. P. 6004 Authorizing
       Delphi Medical Systems Texas Corporation To Enter Into Amendment To
       Manufacturing Agreement Terminating Supply Operations To Its Sole
       Customer (Docket No. 5517)

       Response Filed:    *None.*

| | |
|---|---|
| *Reply Filed:* | *None.* |
| *Related Filing:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

## D.    Contested Matters

38.    **"SEC Settlement Motion"**– Motion For Order Authorizing Entry Into Settlement With The Securities And Exchange Commission (Docket No. 5520)

| | |
|---|---|
| *Response Filed:* | *Statement Of The Official Committee Of Equity Security Holders Regarding Debtors' Motion For Order Authorizing Entry Into Settlement With The Securities And Exchange Commission (Docket No. 5749)* |
| *Reply Filed:* | *None.* |
| *Related Filing:* | *None.* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

39.    **"Motion Of Creditors/Interested Parties To Modify October 13, 2005 Order, And To Compel Delphi Corporation To Advance Legal Fees And Costs"**– Motion Of Creditors/Interested Parties John Blahnik, Paul Free, Milan Belans, Laura Marion, Peter Janak And Cathy Rozanski To Modify October 13, 2005 Order And To Compel Delphi Corporation To Advance Legal Fees And Costs (Docket No. 5354)

| | |
|---|---|
| *Response Filed:* | *Objection Of The Official Committee Of Equity Security Holders To The Motion Of Creditors/Interested Parties John Blahnik, Paul Free, Milan Belans, Laura Marion, Peter Janak, And Cathy Rozanski To Modify October 13, 2005, Order, And To Compel Delphi Corporation To Advance Legal Fees And Costs (Docket No. 5754)* |
| | *Debtors' Objection To Motion Of John Blahnik, Paul Free, Milan Belans, Laura Marion, Peter Janak, And Cathy Rozanski To Modify October 13, 2005 Order And To Compel Delphi Corporation To Advance Legal Fees And Costs (Docket No. 5780)* |

| | |
|---|---|
| *Reply Filed:* | *None.* |
| *Related Filing:* | *None.* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

40.  **"Motion Of Certain Former Employees To Compel Debtors To Pay And/Or Advance Defense Costs Under Debtors' Insurance Policies"**– Motion Of Certain Former Employees Of Debtor For Limited Relief From The Automatic Stay, To The Extent Applicable, To Pay And/Or Advance Defense Costs Under The Debtors' Insurance Policies (Docket No. 5360)

| | |
|---|---|
| *Response Filed:* | *Lead Plaintiffs' Limited Response To Motion Of Certain Employees Of Debtor For Limited Relief From The Automatic Stay, To The Extent Applicable, To Pay And/Or Advance Defense Costs Under The Debtors' Insurance Policies (Docket No. 5633)* |
| | *Objection Of The Official Committee Of Equity Security Holders To The Motion Of Certain Former Employees Of Debtor For Limited Relief From The Automatic Stay, To The Extent Applicable, To Pay And/Or Advance Defense Costs Under The Debtors' Insurance Policies (Docket No. 5750)* |
| | *Debtors' Response And Limited Objection To Motion Of Certain Employees Of Debtor For Limited Relief From Automatic Stay, To Extent Applicable, To Pay And/Or Advance Defense Costs Under Debtors' Insurance Policies (Docket No. 5778)* |
| *Reply Filed:* | *None.* |
| *Related Filing:* | *None.* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

41.  **"Second Omnibus Claims Objection"**– Debtors' Second Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (I) Equity Claims, (II) Claims Duplicative Of Consolidated Trustee Or Agent Claims, And (III) Duplicate And Amended Claims (Docket No. 5451)

| | |
|---|---|
| *Responses Filed:* | *Response Of Howard & Howard Attorneys, P.C. And Contrarian Funds, LLC To Debtors' Second* |

44

*Omnibus Objection (Procedural) Pursuant To 11
U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To
Certain (I) Equity Claims, (II) Claims Duplicative Of
Consolidated Trustee Or Agent Claims, And (III)
Duplicate And Amended Claims (Docket No. 5585)*

*Response Of Coherent, Inc. To Second And Third
Omnibus Objections To Claims (Docket No. 5588)*

*Response By The Furukawa Electric Co., Ltd. To
Debtors' Second Omnibus Objection (Procedural)
Pursuant To 11 U.S.C § 502(b) And Fed. R. Bankr. P.
3007 To Certain (I) Equity Claims, (II) Claims
Duplicative Of Consolidated Trustee Or Agent
Claims, And (III) Duplicative And Amended Claims
(Docket No. 5609)*

*Response Of Pentastar Aviation, LLC To Debtors'
Second Omnibus Objection (Procedural) Under 11
U.S.C § 502(b) And Fed. R. Bankr. P. 3007 To
Certain (I) Equity Claims, (II) Claims Duplicative Of
Consolidated Trustee Or Agent Claims, And (III)
Duplicate And Amended Claims (Docket No. 5626)*

*Opposition Of Ultratech, Inc. To Debtors' Second
Omnibus Objection To Claims (Procedural) (Docket
No. 5629)*

*Response Of Lear Corporation (On Behalf Of Itself
And Its Affiliates And Subsidiaries) To Debtors'
Second Omnibus Objection (Procedural) Under 11
U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To
Certain (I) Equity Claims, (II) Claims Duplicative Of
Consolidated Trustee Or Agent Claims, And (III)
Duplicate And Amended Claims (Docket No. 5632)*

*Response By Tesa AG To Second Omnibus Claims
Objection (Docket No. 5634)*

*Response Of Capro, Ltd. To Debtors' Second
Omnibus Objection To Claims (Docket No. 5646)*

*Response Of Teleflex Automotive Manufacturing
Corporation To Debtors' Second Omnibus Objection
To Claims (Docket No. 5648)*

*Response Of Teleflex Incorporated, d/b/a Teleflex
Morse To Debtors' Second Omnibus Objection To
Claims (Docket No. 5650)*

*Heraeus' Response To The Debtors' Second
Omnibus Objection To Claims And Third Omnibus
Objection To Claims (Docket No. 5652)*

*Response Of Hitachi Chemical (Singapore) PTE.
LTD. To Second Omnibus Objection To Claims
(Docket No. 5674)*

*H.E. Services Company And Robert Backie's
Response To Debtors' Second Omnibus Objection
(Procedural) Pursuant To 11 U.S.C. § 502(b) And
Fed. R. Bankr. P. 3007 To Certain (I) Equity Claims,
(II) Claims Duplicative Of Consolidated Trustee Or
Agent Claims, And (III) Duplicate And Amended
Claims (Docket No. 5677)*

*Letter From Douglas McBride In Response To
Debtors' Second Omnibus Claims Objection (Docket
No. 5680)*

*Response Of Denso Corporation, Denso
International America Inc. And Affiliates To
Debtors' Second And Third Omnibus Claims And
Request For A Continuance With Respect To Claim
Nos. 10590, 11242, 11243, 11244, 12339, 12340
And 12341 (Docket No. 5699)*

*Response Of Port City Castings Corp. To Debtors'
Second Omnibus Objection To Claims (Docket No.
5710)*

*Response Of GE Commercial Materials To The
Debtors' Second Omnibus Objection (Procedural)
Pursuant To 11 U.S.C § 502(b) And Fed. R. Bankr. P.
3007 To Certain (I) Equity Claims, (II) Claims
Duplicative Of Consolidated Trustee Or Agent
Claims, And (III) Duplicate And Amended Claims
(Docket No. 5716)*

*Response Of Electronic Data Systems, EDS
Information Services L.L.C. And EDS de Mexico de
C.V. To The Debtors' Second Omnibus Objection
(Procedural) To Certain (I) Equity Claims, (III)*

46

*Claims Duplicative Of Consolidated Trustee Or
Agent Claims And (III) Duplicate And Amended
Claims And Third Omnibus Objection (Substantive)
To Certain (A) Claims With Insufficient
Documentation, (B) Claims Unsubstantiated By
Debtors' Books And Records, And (C) Claims
Subject To Modification (Docket No. 5722)*

*Response Of Omega Tool Corp. To Debtors' Second
Omnibus Objection (Procedural) (Docket No. 5728)*

*Response Of Umicore Autocat Canada Corp. To
Debtors' Second Omnibus Claims Objection And To
Debtors' Third Omnibus Claims Objection, And
Limited Objection To Debtors' Motion For Order
Establishing (I) Dates For Hearings Regarding
Disallowance Or Estimation Of Claims And (II)
Certain Notices And Procedures Governing
Hearings Regarding Disallowance Or Estimation Of
Claims (Docket No. 5735)*

*L&W Engineering Company's Response To Debtors'
Second Omnibus Objection (Procedural) (Docket No.
5738)*

*Android Industries, LLC's Response To Debtors'
Second Omnibus Objection (Procedural) (Docket No.
5739)*

*Response Of PBR International To The Debtors'
Second Omnibus Objection (Procedural) Pursuant
To 11 U.S.C. § 502(b) And Fed.R. Bankr. P. 3007 To
Certain (I) Equity Claims, (II) Claims Duplicative Of
Consolidated Trustee Or Agent Claims, And (III)
Duplicate And Amended Claims (Docket No. 5740)*

*Response Of Celestica Inc. To Debtors' Second &
Third Omnibus Claims Objections (Docket No.
5744)*

*Limited Response Of International Rectifier
Corporation And IREPI  Services, Inc. To Second
Omnibus Objection (Procedural) Pursuant To 11
U.S.C. § 502 And Fed. R. Bankr. P. 3007 To Certain
(I) Equity Claims, (II) Claims  Duplicative Of
Consolidated Trustee Or Agent Claims, And (III)
Duplicate And Amended Claims (Docket No. 5746)*

*Response Of Doshi Prettl International, LLC To Debtors' Second Omnibus Objection To Claims (Docket No. 5752)*

*Amended Response Of GE Commercial Materials To The Debtors' Second Omnibus Objection (Procedural) (Docket No. 5761)*

*Response Of Robert Bosch GmbH To Second Omnibus Objection To Claims (Docket No. 5766)*

*Response Of Cadence Innovation LLC To Debtors' Second Omnibus Objection To Claims (Docket No. 5767)*

*Response Of Eva Orlik To Debtors' Second And Third Omnibus Objection To Claims (Docket No. 5789)*

*ThyssenKrupp Stahl Company, Inc.'s Response To Debtors' Second Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (I) Equity Claims, (II) Claims Duplicative Of Consolidated Trustee Or Agent Claims And (III) Duplicative And Amended Claims (Docket No. 5790)*

*ThyssenKrupp Waupaca, Inc.'s Response To Debtors' Second Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P 3007 To Certain (I) Equity Claims ,(II) Claims Duplicative Of Consolidated Trustee Or Agent Claims And (III) Duplicative And Amended Claims (Docket No. 5793)*

*Response Of Alps Automotive Inc., To Debtors' Second Omnibus Claims Objection (Docket No. 5794)*

*Response Of Texas Instruments Incorporated To Debtors' Second Omnibus Objection To Proofs Of Claim (Docket No. 5805)*

*Response Of Team Golden Link America Corporation To Objection To Claim No. 849 (Docket No. 5815)*

*Response Of Team Golden Link America
Corporation To Objection To Claim No. 850 (Docket
No. 5816)*

*Response Of Team Golden Link America
Corporation To Objection To Claim No. 851 (Docket
No. 5817)*

*Response Of Team Golden Link America
Corporation To Objection To Claim No. 6954
(Docket No. 5818)*

*Reply Filed:*    *None.*

*Related Filing:*    *None.*

*Status:*    *The hearing will proceed with respect to (a) claims
for which no responses have been filed and (b)
responses on account of claims that have been
resolved (Alps Automotive (Docket No. 5794), Capro
Ltd. (Docket No. 5767), Coherent, Inc. (Docket No.
5588), Doshi Prettle International, Inc. (Docket No.
5752), Douglas McBride (Docket No. 5680), Eva
Orlik (Docket No. 5789), Furukawa Electric Co.,
Ltd.(Docket No. 5609), Heraeus Metal Processing
(Docket No. 5652), Howard & Howard Attorneys
P.C. (Docket No. 5585), Lear Corp. (Docket No.
5632), Pentastar Aviation LLC (Docket No. 5626),
Port City Castings Corp. (Docket No. 5710), Teleflex
Automotive (Docket No. 5648), Teleflex
Incorporated (Docket No. 5650), Ultratech, Inc.
(Docket No. 5629)). The hearing is being adjourned
with respect to unresolved responses.*

42.    **"Third Omnibus Claims Objection"** –  Debtors' (I) Third Omnibus
Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr.
P. 3007 To Certain (A) Claims With Insufficient Documentation, (B)
Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims
Subject To Modification And (II) Motion To Estimate Contingent And
Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

*Responses Filed†:*    *Moraine Maintenance Co., Inc.'s Letter In Response
To The Debtors Third Omnibus Claims Objection
(Docket No. 5565)*

---

† Responses listed in bold were filed after the November 24, 2006 4:00 p.m. (prevailing eastern time) objection
deadline.

49

*Arc Automotive, Inc.'s Response To Debtors' Third Omnibus Objection To Certain Claims (Docket 5577)*

*Huston Family's Response To Debtors' (I) Third Omnibus Objection  (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification (Docket No. 5579)*

*W. Kerscher's Response To Debtors' Third Omnibus Claims Objection (Docket No. 5583)*

*Response To Debtors' Third Omnibus Claims Objection  From Terry Mocny (Docket No. 5584)*

*Response Of Coherent, Inc. To Second And Third Omnibus Objections To Claims (Docket No. 5588)*

*Response Of Solectron Corporation To Third Omnibus Objection To Claims (Docket No. 5589)*

*Response Of Creditor Gary Whitney To Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification, And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C 502(c) (Docket No. 5593)*

*Response Of Symantec Corporation To Debtors' Third Omnibus Objection To Claims (Docket No. 5597)*

*Response Of Inplay Technologies, Inc. To Objection To Claim 2558 (Docket No. 5601)*

*Response Of Ralco Industries, Inc. To Third Omnibus Objection To Claims (Docket No. 5606)*

*Opposition Of Creditor Bank Of Lincolnwood To Debtors' Third Omnibus Claims Objection (Docket No. 5611)*

*Response Of Creditors: (i) Illinois Tool Works Inc.;
(ii) Illinois Tool Works For Hobart Brothers Co.,
(iii) Hobart Brothers Company, (iv) ITW Food
Equipment Group LLC; And (v) Tri-Mark, Inc. In
Opposition To Debtors' Third Omnibus Objection To
Certain Claims (Docket No. 5617)*

*Response Of Kilroy Realty, L.P. To The Debtors'
Third Omnibus Objection To Kilroy Realty, LP's
Proof Of Claim Nos. 13268 And 13269 (Docket No.
5618)*

*Response Of Cyro Industries To Debtors Third
Omnibus Objection To Claims (Docket No. 5620)*

*Response Of Bank Of America, N.A To Debtors' (I)
Third Omnibus Objection (Substantive) Pursuant To
11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To
Certain (A) Claims With Insufficient Documentation,
(B) Claims Unsubstantiated By Debtors' Books And
Records, And Claims Subject To Modification And
(II) Motion To Estimate Contingent And
Unliquidated Claims Pursuant To 11 U.S.C § 502(c)
(Docket No. 5622)*

*Technology Property Ltd.'s Response To The
Debtors' Third Omnibus Claims Objection (Docket
No. 5625)*

*Response Of Carlisle Engineered Products, Inc. To
Debtors' Third Omnibus Objection To Claims
(Docket No. 5628)*

*Opposition Of Ultratech To Debtors' Third Omnibus
Objection To Claims (Substantive) (Docket No.
5631)*

*Response Of TK Holdings, Inc. To Debtors' Third
Omnibus Claims Objection ( Claim No. 10964)
(Docket No. 5636)*

*Response Of Tesa AG To Third Omnibus Claims
Objection (Docket No. 5637)*

*Milliken & Company' Response In Opposition To
Debtors' Third Omnibus Objection (Substantive)
(Docket No. 5640)*

*Response Of Takata Corporation To Debtor's Third Omnibus Claims Objection (Claim No. 10965) (Docket No. 5641)*

*Response Of Highland Industries To Debtors' Third Omnibus Claims Objection (Claim Nos. 10966 & 10967)(Docket No. 5642)*

*Response To Debtors' Third Omnibus Claims Objection By TK Holdings Inc., Automotive Systems Laboratory, Inc. And Takata Seat Belts, Inc. (Claim No. 10570) (Docket No. 5643)*

*Response Of Ericka S. Parker To Debtors Third Omnibus Objection (Substantive) To Claims (Docket No. 5644)*

*Response Of Teleflex Incorporated, d/b/a Teleflex Morse To Debtors' Third Omnibus Objection To Claims (Docket No. 5645)*

*Response Of Recticel Interiors North America, LLC F/K/A Recticel North America, Inc. To The Third Omnibus Objection To Claims (Docket No. 5647)*

*Response Of Cherry GmbH To The Debtors' Third Omnibus Objection To Claims (Docket No. 5649)*

*Response Of Motorola, Inc. And Temic Automotive Of North America, Inc. To The Debtors' Third Omnibus Objection To Claims (Docket No. 5651)*

*Heraeus Amerisil, Inc.'s Response To The Debtors' Third Omnibus Objection To Claims (Docket No. 5652)*

*Response Of Cherry Corporation To The Debtors' Third Omnibus Objection To Claims (Docket No. 5653)*

*Response Of McDermott Will & Emery LLP To The Debtors' Third Omnibus Objection (Substantive) (Docket No. 5654)*

*Response Of Claimant Edith C. James To Debtors' Third Omnibus Objection (Substantive) (Docket No. 5655)*

*Response Of Creditor Kyocera Industrial Ceramics
Corporation To Third Omnibus Objection (Docket
No. 5656)*

*Response Of Clarion Corporation Of America To
Debtors Third Omnibus Claims Objection
(Substantive) (Docket No. 5663)*

*Response Of William Kerscher To Debtors' Third
Omnibus Claims Objection (Docket No. 5665)*

*Response Of Autocam Corporation And Sager
Precision Technologies To Debtors' Third Omnibus
Claims Objection (Docket No. 5666)*

*Response Of Michael E.Sieloff To Debtors' Third
Omnibus Claims Objection (Docket No. 5667)*

*Response Of Ronald E. Jorgensen To Debtors' Third
Omnibus Claims Objection (Docket No. 5672)*

*Response Of Alliance Precision Plastics
Corporation To Debtors' Third Omnibus Objection
To Certain Claims (Docket No. 5678)*

*H.E. Services And Robert Backie's Response To
Third Omnibus Objection To Claims (Docket No.
5679)*

*Response Of Hirschmann Car Communications
GmbH To Debtors' Third Omnibus Objection To
Claims (Docket No. 5681)*

*Response Of IER Fujikura, Inc. To Debtors Thinrd
Omnibus Objection (Docket No. 5687)*

*Response Of Automodular Assemblies Inc., Tec-Mar
Distribution Services, Inc. And Automodular
Assemblies (Ohio), Inc. To Debtors Third Omnibus
Objection To Claims (Docket No. 5688)*

*Response Of Contrarian Funds, LLC Gulf Coast
Bank & Trust Company To Debtors' Third Omnibus
Objection Regarding Claim Number 2141 (Docket
No. 5696)*

*Response Of The City Of Wyoming, Michigan To Debtors' Third Omnibus Objection (Substantive) (Docket No. 5698)*

*Response Of Denso Corporation, Denso International America, Inc. And Affiliates To Debtors Third Omnibus Objection (Docket No 5699)*

*Response By Nissan North America, Inc. To Debtors' Third Omnibus Claims Objection (Docket No. 5701)*

*Response Of Nissan Technical Center North America, Inc. To Debtors' Third Omnibus Claims Objection (Docket No. 5703)*

*Response Of Metaldyne Machining And Assembly Company To Debtors Omnibus Objection (Docket No. 5707)*

*Response Of Tip Engineering To Debtors' Third Omnibus Objection To Claim (Docket No. 5711)*

*Response Of Indiana Department Of Environmental Management To Third Omnibus Objection To Claims (Docket No. 5713)*

*Response Of Sunrise Medical, Inc. To Debtor's Third Omnibus Objection (Docket No. 5718)*

*Response Of Electronic Data Systems, EDS Information Services L.L.C. And EDS de Mexico S.A. de C.V. To The Debtors' Third Omnibus Claims Objection (Docket No. 5722)*

*Floform, Ltd.'s Response To Debtor's Third Omnibus Claims Objection (Docket No. 5723)*

*Response Of ICX Corporation To Debtors' Third Omnibus Claims Objection (Docket No. 5726)*

*Supplemental Response Of Carlisle Engineered Product, Inc. To Debtors Third Omnibus Claims Objection (Docket No. 5727)*

*Response Of Oki Semiconductor Company To Third Omnibus Claims Objection (Docket No. 5732)*

*New York State Department Of Environmental
Conservation's Response To Debtors' Third
Omnibus Objection To Proofs Of Claims No. 13776
And 13881 (Docket No. 5734)*

*Response Of Umicore Autocat Canada Corp. To
Debtors Third Omnibus Claims Objection (Docket
No. 5735)*

*Response Of Banco J.P. Morgan, S.A., To Debtors'
Third Omnibus Claims Objection (Docket No. 5736)*

*Statement Of RDU, Inc. Regarding Debtors' Third
Omnibus Objection To Claims (Docket No. 5737)*

*Response Of PBR International To The Debtors'
Second Omnibus Objection (Procedural) Pursuant
To 11 U.S.C. § 502(b) And Fed.R. Bankr. P. 3007 To
Certain (I) Equity Claims, (II) Claims Duplicative Of
Consolidated Trustee Or Agent Claims, And (III)
Duplicate And Amended Claims (Docket No. 5740)*

*Response Of Richard Janes To Debtors' Third
Omnibus Claims Objection (Docket No. 5742)*

*Response Of Celestica Inc. To Debtors' Third
Omnibus Claims Objection (Docket No. 5744)*

*Response & Objection Of SPCP Group L.L.C As
Assignee Of Textron Fastening Systems Canada,
Ltd., To Debtors Third Omnibus Claims Objection
(Substantive) (Docket No. 5745)*

*Objection Of Orix Warren, LLC To Debtors' Third
Omnibus Claims Objection (Substantive) (Docket
No. 5747)*

*Response Of Metaldyne Corporation To Debtors'
Third Omnibus Claims Objection (Docket No. 5751)*

*Response Of Lextron Corporation To Debtors' Third
Omnibus Claims Objection (Docket No. 5757)*

*Response Of Lightsource Parent Corp. To Debtors
Third Omnibus Claims Objection (Docket No. 5759)*

*Response Of Karl Kuefner, KG To Debtors' Third Omnibus Claims Objection (Docket No. 5760)*

*Response Of PD George To Debtors' Third Omnibus Objection To Claims (Docket No. 5765)*

*Response Of Autoliv ASP, Inc. To The Debtor's Third Omnibus Claims Objection (Docket No. 5768)*

*Response Of Cadence Innovation LLC To Debtors' Third Omnibus Claims Objection (Docket No. 5769)*

*Response Of Robert Bosch Corporation To Debtors' Third Omnibus Objection To Claims (Docket No.5770)*

*Response Of Panasonic Automotive Systems Company Of America, Division Of Panasonic Corporation Of North America To Debtors Third Omnibus Claims Objection (Docket No. 5772)*

*Response Of ATEL Leasing Corporation To Third Omnibus Objection (Docket No. 5781)*

*Response Of Empresas Ca Le Tlaxcala S.A. de C.V. To Debtors' Third Omnibus Claims Objection (Claim No. 15512) (Docket No. 5782)*

*Response Of Robert Bosch GmbH To Debtors' Omnibus Objection To Claims (Docket No. 5786)*

*Objection Of Furukawa Electric North America ADP, Inc. And Furukawa Electric Company To Debtors' Third Omnibus Objection To Claims (Docket No. 5788)*

*Response Of Eva Orlik To Debtors' Third Omnibus Objection To Claims (Docket No. 5789)*

*Response Of Tower Automotive, Inc. To Debtors' Third Omnibus Objection To Claims (Docket No. 5792)*

*Response Of Schulte & Co. GmbH To The Debtors' Third Omnibus Objection To Claims (Docket No. 5795)*

*Response Of Timken U.S. Co. And U.S. Timken Co.
To The Debtors' Third Omnibus Objection To
Claims (Docket No. 5796)*

*Response Of Tremont City Barrel Fill PRP To The
Third Omnibus Objection (Docket No. 5797)*

*Response Of CSX Realty Development LLC To
Debtors' Third Omnibus Objection (Substantive)
(Docket No. 5800)*

*Response Of Westwood Associates, Inc. To Debtors
Third Omnibus Objection To Claims (Docket No.
5806)*

*Response Of John E Benz & Co. To Motion Debtors'
Third Omnibus Objection (Substantive) (Docket No.
5809)*

*Response Of Longacre Master Fund Ltd. To
Debtors' Third Omnibus Claims Objection (Docket
No. 5810)*

*Objection Of NuTech Plastics Engineering, Inc. to
Motion Debtors' Third Omnibus Claims Objection
(Docket No. 5811)*

*Flextronics International Asia-Pacific Ltd. And
Certain Of Its Affiliates Third Omnibus Claims
Objection (Docket No. 5812)*

*Response Of Claimant, Peerless Transportation
Company To The Debtors' Third Omnibus Claims
Objection (Docket No. 5819)*

*Response Of Claimant, Mad River Transportation
To The Debtors' Third Omnibus Claims Objection
(Docket No. 5820)*

*Response Of Freddie L. Johnson To The Debtors'
Third Omnibus Claims Objection (Docket No. 5821)*

*Response Of Terrence Evans To Debtors' Third
Omnibus Claims Objection (Docket No. 5822)*

*Response Of LaSalle National Bank, As Trustee, To
Third Omnibus Claims Objection (Docket No. 5828)*

*Response Of William P. Downey To Debtors Third Omnibus Objection To Claims (Docket No. 5830)*

***Response of A-1 Specialized Services To The Debtors' Third Omnibus Claims Objection (Docket No. 5850)‡***

*Response Of Douglas Deykes To The Debtors' Third Omnibus Claims Objection (Docket No. 5855)*

*Response Of Donna L. Wilson To The Debtors' Third Omnibus Claims Objection (Docket No. 5856)*

*Response Of HB Performance Systems, Inc. To The Debtors' Third Omnibus Claims Objection (Docket No. 5858)*

***Response Of Buffalo Check Cashing To The Debtors' Third Omnibus Claims Objection (Docket No. 5859)***

***Response Of Lafonza E. Washington To The Debtors' Third Omnibus Claims Objection (Docket No. 5863)***

***WorldWide Battery's Response In Opposition To Third Omnibus Claims Objection (Ref. Claim No. 2479) (Docket No. 5864)***

*Universal Tool & Engineering Co., Inc. ("UTE") Response To Third Omnibus Claims Objection (Claims Nos. 6878, 11114 And 2175) (Docket No. 5878)*

*Response of A-1 Specialized Services To The Debtors' Third Omnibus Claims Objection (Docket No. 5882)*

*Reply Filed:*        *None.*

*Related Filing:*        *None.*

*Status:*        *The hearing will proceed with respect to (a) claims for which no responses have been filed*

---

‡ This Response was docketed twice. The second docketed Response was filed timely. See Docket No. 5882.

*and (b) responses on account of claims that
have been resolved (Autocam Corp. and Sager
Precision Technologies, Inc. (Docket No.
5666), Coherent, Inc. (Docket No. 5588),
Flextronics International Asia-Pacific Ltd.
(Docket No. 5812), Hirschmann Car
Communications GmbH (Docket No. 5681),
McDermott Will & Emery LLP (Docket No. 5654),
Robert Bosch Corp. (Docket No. 5770), and
Rochester Distribution Unlimited, Inc.
(Docket No. 5737)). The hearing will be adjourned
with respect to all other responses to future claims
hearing dates upon service of applicable notices of
adjournment in accordance with the proposed
Order Pursuant To 11 U.S.C. Sections 502(b)
And 502(c) And Fed. R. Bankr. P. 2002(m),
3007, 7016, 7026, 9006, 9007, And 9014
Establishing (i) Dates For Hearings
Regarding Disallowance Or Estimation Of
Claims And (ii) Certain Notices And
Procedures Governing Hearings Regarding
Disallowance Or Estimation Of Claims.*

43. **"Claim Objection and Estimation Procedures Motion"**– Motion For
Order Pursuant To 11 U.S.C. §§ 502(b) And 502(c) And Fed. R. Bankr. P.
2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates
For Hearings Regarding Disallowance Or Estimation Of Claims And (II)
Certain Notices And Procedures Governing Hearings Regarding
Disallowance Or Estimation Of Claims (Docket No. 5453)

Responses Filed:     *Response Of Creditor Gary Whitney To Debtors'
Motion For Order Pursuant To 11 U.S.C. §§ 502(b)
And 502(c) And Fed. R. Bankr. P. 2002(m), 3007,
7016, 7026, 9006, 9007, And 9014 Establishing (I)
Dates For Hearing Regarding Disallowance Or
Estimation Of Claims And (II) Certain Notices And
Procedures Governing Hearings Regarding
Disallowance Or Estimation Of Claims (Docket
No.5594)*

*Objection Of Inplay Technologies, Inc. To The
Claims Objection And Estimation Procedures
Motion [Docket No. 5453] (Docket No. 5602)*

*Kilroy Realty, L.P.'s Objection To The Debtors
Proposed Procedures Governing Hearings*

*Regarding Disallowance Or Estimation Of Claims
(Docket No 5616)*

*Milliken & Company's Response In Opposition To
Debtors' Motion For Order Pursuant To 11 U.S.C.
§§ 502(b) And 502(c) And Fed. R. Bankr. P 2002(m),
3007, 7016. 7026, 9006, 9007, And 9014
Establishing (I) Dates For Hearings Regarding
Disallowance Or Estimation Of Claims And (II)
Certain Notices And Procedures Governing
Hearings Regarding Disallowance Or Estimation Of
Claims (The "Estimation Motion" (Docket No. 5453)
(Docket No. 5640)*

*Limited Objection Of Creditor Kyocera Industrial
Ceramics Corporation To Debtors' Claim Objection
And Estimation Procedures Motion (Docket No.
5657)*

*Objection Of Hitachi Chemical (Singapore) Pte. Ltd.
To Motion For Order Pursuant To 11 U.S.C. §§
502(b) And 502(c) And Fed. R. Bankr. P. 2002(m),
3007, 7016, 7026, 9006, 9007, And 9014
Establishing (I) Dates For Hearings Regarding
Disallowance Or Estimation Of Claims And (II)
Certain Notices And Procedures Governing
Hearings Regarding Disallowance Or Estimation Of
Claims (Docket No. 5664)*

*H.E. Services Company And Robert Backie's
Response To Debtors' Motion For Order Pursuant
To 11 U.S.C. §§ 502(b) And 502(c) And Fed. R.
Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007,
And 9014 Establishing (I) Dates For Hearings
Regarding Disallowance Or Estimation Of Claims
And (II) Certain Notices And Procedures Governing
Hearings Regarding Disallowance Or Estimation Of
Claims (Docket No. 5673)*

*Objection Of Electronic Data Systems, EDS
Information Services L.L.C. And EDS de Mexico S.A.
de C.V. To The Debtors' Motion For Order Pursuant
To 11 U.S.C. §§ 502(b) And 502(c) And Fed. R.
Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007,
And 9014 Establishing (I) Dates For Hearings
Regarding Disallowance Or Estimation Of Claims*

*And (II) Certain Notices And Procedures Governing
Hearings Regarding Disallowance Or Estimation Of
Claims (Docket No. 5724)*

*Joinder Of Motion Industries, Inc. To Kilroy Realty,
LP's Objection To The Debtors' Proposed
Procedures Governing Hearing Regarding
Disallowance Or Estimation Of Claims (Docket No.
5733)*

*Limited Objection Of Umicore Autocat Canada
Corp. To Debtors' Motion For Order Establishing(I)
Dates For Hearings Regarding Disallowance Or
Estimation Of Claims And (II) Certain Notices And
Procedures Governing Hearings Regarding
Disallowance Or Estimation Of Claims (Docket No.
5735)*

*Objection Of Orix Warren, LLC To Motion For
Order Pursuant To 11 U.S.C. §§ 502(b) And 502(c)
And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026,
9006, 9007, And 9014 Establishing (I) Dates For
Hearings Regarding Disallowance Or Estimation Of
Claims And (II) Certain Notices And Procedures
Governing Hearings Regarding Disallowance Or
Estimation Of Claims (Docket No. 5743)*

*Joinder By Technology Properties, Ltd. In
Opposition Filed By Cadence Innovation LLC, And
Objection To Proposed To Claims Estimation
Process Set Forth In Debtors' Motion For
Establishing Certain Notices And Procedures
Governing Hearing Regarding Disallowance Or
Estimation Of Claim (Docket No. 5847)*

*Objection Of L & W Engineering Co., Omega Tool
Corp., Richard Janes, TIP Engineering Group, Inc.,
Pioneer Automotive Technologies, Inc., Android
Industries, LLC, And AI-Shreveport LLC To
Debtors' Proposed Procedures Governing Hearings
Regarding Disallowance Or Estimation Of Claims
(Docket No. 5748)*

*Limited Objection Of Cadence Innovation LLC To
Debtors' Motion For Order Pursuant To 11 U.S.C.
§§ 502(b) And 502(c) And Fed. R. Bankr. P.*

*2002(m), 3007, 7016, 7026, 9006, 9007, And 9014
Establishing (I) Dates For Hearings Regarding
Disallowance Or Estimation Of Claims And (II)
Certain Notices And Procedures Governing
Hearings Regarding Disallowance Or Estimation Of
Claims (Docket No. 5771)*

*Objection Of U.S. Timken Co. And Timken U.S. Co.
To Debtors' Motion For Order Pursuant To 11
U.S.C. §§ 502(b) And 502(c) And Fed. R. Bankr. P.
2002(m), 3007, 7016, 7026, 9006, 9007, And 9014
Establishing (I) Dates For Hearings Regarding
Disallowance Or Estimation Of Claims And (II)
Certain Notices And Procedures Governing
Hearings Regarding Disallowance Or Estimation Of
Claims (Docket No. 5798)*

*Response And Objection Of CSX Realty
Development LLC To Debtors' Motion For Order
Pursuant To 11 U.S.C. §§ 502(b) And 502(c)
And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026,
9006, 9007, And 9014 Establishing (I) Dates For
Hearings Regarding Disallowance Or Estimation Of
Claims And (II) Certain Notices And Procedures
Governing Hearings Regarding Disallowance Or
Estimation Of Claims (Docket No. 5800)*

*Response Of NuTech Plastics Engineering, Inc. To
Debtors' Third Omnibus Claims Objection And
Debtors' Claim Objection And Estimation
Procedures Motion (Docket No. 5811)*

*Reply Filed:*          *None.*

*Related Filing:*       *Notice Of Filing Of List Of Proposed Mediators
Pursuant To Debtors' Claim Objection And
Estimation Procedures Motion (Docket No. 5564)*

*Status:*               *The hearing with respect to this matter will be
proceeding.*

44.    **"USW Motion To Compel Debtors To Submit Individual Employee
Matter To Impartial Medical Authority"**– Motion To Compel Debtors
To Submit Individual Employee Matter To Impartial Medical Authority
Filed By Lowell Peterson On Behalf Of United Steel, Paper And Forestry

62

Rubber, Manufacturing, Energy, Allied Industrial And Service Workers
International Union AFL-CIO (Docket No. 5467)

| | |
|---|---|
| *Response Filed:* | *Ex Parte Motion Under Bankruptcy Code Section 107(c) And Fed. R. Bankr. P. 9018(1) For Order Authorizing Debtors To File Under Seal Certain Unredacted Portions Of The Debtors' Response To Motion Of USW To Compel Debtors To Submit Individual Employee Matter To Impartial Medical Authority (Docket No. 5705)* |
| | *Order Under Bankruptcy Code Section 107(c) And Fed. R. Bankr. P. 9018(1) Authorizing Debtors To File Under Seal Certain Redacted Portions Of the Debtors' Response To Motion Of USW To Compel Debtors To Submit Individual Employee Matter To Impartial Medical Authority (Docket No. 5714)* |
| | *Debtors' Response To Motion Of USW To Compel Debtors To Submit Individual Employee Matter To Impartial Medical Authority (Docket No. 5720)* |
| *Reply Filed:* | *None.* |
| *Related Filing:* | *None.* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

## E.    Adversary Proceedings

45.    **"L&W Engineering, Co. Motion For Summary Judgment"**– Motion For Summary Judgment (Adv. Pro. No. 06-01136) (Docket No. 22)

| | |
|---|---|
| *Responses Filed:* | *Defendants' Motion For Judgment On The Pleadings (Docket No. 26)* |
| | *Defendants' Memorandum Of Law In Opposition To Plaintiffs' Motion For Summary Judgment (Docket No. 28)* |
| | *Defendants' Statement Of Material Facts In Support Of Their Opposition To Plaintiffs' Summary Judgment Motion (Docket No. 29)* |
| | *Defendants' Reply Memorandum In Support Of Their Motion For Judgment On The Pleadings* |

*(Docket No. 35)*

| | |
|---|---|
| *Replies Filed:* | *Plaintiffs' Memorandum Of Law In Response To Defendants' Motion For Judgment On The Pleadings (Docket No. 30)* |
| | *Plaintiffs' Memorandum Of Law In Reply To Defendants' Opposition To Plaintiff's Motion For Summary Judgment (Docket No. 33)* |
| *Related Filings:* | *Summons And Notice Of Pretrial Conference In An Adversary Proceeding (Docket No. 2)* |
| | *Debtors' Answer, Affirmative Defenses, And Counterclaim To Complaint Of L&W Engineering, Co. And Southtec, LLC (Docket No. 14)* |
| | *Plaintiffs' Answer To Debtors' Counterclaim (Docket No. 18)* |
| | *Memorandum Of Law In Support Of Plaintiff's Motion For Summary Judgment (Docket No. 23)* |
| *Status:* | *By agreement of the parties this matter is being adjourned to the April 26, 2007 omnibus hearing.* |

Dated:  New York, New York
      November 29, 2006

                      SKADDEN, ARPS, SLATE, MEAGHER
                        & FLOM LLP

                      By: /s/ John Wm. Butler, Jr.
                        John Wm. Butler, Jr. (JB 4711)
                        John K. Lyons (JL 4951)
                        Ron E. Meisler (RM 3026)
                      333 West Wacker Drive, Suite 2100
                      Chicago, Illinois  60606
                      (312) 407-0700

                            - and -

                      By: /s/ Kayalyn A. Marafioti
                        Kayalyn A. Marafioti (KM 9632)
                        Thomas J. Matz (TM 5986)
                      Four Times Square
                      New York, New York 10036
                      (212) 735-3000

                      Attorneys for Delphi Corporation, et al.,
                        Debtors and Debtors-in-Possession