**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | : x | |
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al. | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : x | |

### ORDER GRANTING ADMISSION *PRO HAC VICE*

Upon the Motion of Thomas R. Noland and Patricia L. Hill for admission *pro hac vice* in this bankruptcy case and for good cause shown, it is hereby

**ORDERED,** that Thomas R. Noland and Patricia L. Hill are admitted to practice *pro hac vice* in the above referenced case in the United States Bankruptcy Court, Southern District of New York.

Dated: November 29, 2006.

                                                             */s/ Robert D. Drain*
                                                             The Honorable Robert D. Drain
                                                             United States Bankruptcy Judge