UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
|  | : |  |
|  | : | (Jointly Administered) |
| Debtors. | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ORDER GRANTING ADMISSION TO PRACTICE,** *Pro Hac Vice*

Joseph A. Carbone, a member in good standing of the bar in the State of Ohio and the bar of the U.S. District Court for the Northern District of Ohio, having requested admission, ***pro hac vice***, to represent Comptrol Incorporated, a creditor in the above referenced case.

**ORDERED**,

that Joseph A. Carbone, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: November 22, 2006
        New York, New York

/s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE