UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                               )
In re:                                                         )
                                                               )    Chapter 11
DELPHI CORPORATION, et al.,                                    )    Case No. 05-44481 (RDD)
                                                               )    Jointly Administered
                    Debtors.                                   )
---------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Lori V. Vaughan, a member in good standing of the bar in the State of Florida, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Metaldyne Corporation, PBR International, GE Plastics and those creditors listed on the Rule 2019 Verified Statement filed herein by Foley & Lardner LLP on November 1, 2005 in the above referenced case proceeding.

**ORDERED**,
That Lori V. Vaughan, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:
November 29, 2006
New York, New York                    /s/    Robert D. Drain_____
                                      UNITED STATES BANKRUPTCY JUDGE

NYC_22171.1