**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x

| | |
|---|---|
| In re:   Delphi Corporation, *et al.* | Case No.:  05-44481 (RDD) |
| | Chapter 11 |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------------------x

# ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

WHEREAS Caroline Rogus, a member in good standing of the bars in the District of Columbia and Commonwealth of Pennsylvania, has requested by motion admission, *pro hac vice,* to represent the Debtors as special counsel in the above-referenced case,

IT IS HEREBY ORDERED, that Caroline Rogus is admitted to practice, *pro hac vice*, in the above-referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.


Dated:  New York, NY

    November 29, 2006               /s/ Robert D. Drain_____
                                                    ROBERT D. DRAIN
                                                    UNITED STATES BANKRUPTCY JUDGE