**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x

| | |
|---|---|
| In re:    Delphi Corporation, *et al.* | Case No.:  05-44481 (RDD) |
| | Chapter 11 |
|                                Debtors. | (Jointly Administered) |

-----------------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

WHEREAS Andrew Currie, a member in good standing of the bars in the District of Columbia, the State of Michigan, and the United States District Courts for the District of Columbia and Eastern District of Michigan, has requested by motion admission, *pro hac vice,* to represent the Debtors as special counsel in the above-referenced case,

IT IS HEREBY ORDERED, that Andrew Currie is admitted to practice, *pro hac vice*, in the above-referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.


Dated:  New York, NY

   November 29, 2006                    /s/ Robert D. Drain_____
                                        ROBERT D. DRAIN
                                        UNITED STATES BANKRUPTCY JUDGE