**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re:                                                                  Chapter 11

                                                                  Case No. 05-44481(RDD)

DELPHI CORPORATION, et al.,                             Jointly Administered

                          Debtors

-------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

     UPON the motion of Eliza K. Bradley, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

     ORDERED, that Eliza K. Bradley, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: November 29, 2006
       New York, New York

                                            /s/Robert D. Drain_____
                                            UNITED STATES BANKRUPTCY JUDGE