# EXHIBIT B

# Exhibit B

**TOTAL PROFESSIONAL COMPENSATION REQUESTED**      $190,149.50
**TOTAL PROFESSIONAL COMPENSATION PREVIOUSLY REC**  $538,887.50

**NAME AND APPLICABLE BILLING RATE FOR EACH PERSON WHO BILLED TIME DURING THE THIRD FEE PERIOD**

| Attorney Name | Initials | Title | Date Admitted | Billing Rate | Hours | Hours Billed |
|---|---|---|---|---|---|---|
| Philmore Colburn | PHC | Attorney | Jun-91 | $375.00 | 7.70 | $2,887.50 |
| Keith Murphy | KJM | Attorney | Jan-94 | $320.00 | 11.80 | $3,776.00 |
| Pamela Curbelo | PJC | Attorney | Dec-91 | $320.00 | 57.70 | $18,464.00 |
| Christopher Boehm | CCB | Attorney | Apr-98 | $310.00 | 415.65 | $128,851.50 |
| Daniel Lent | DPL | Attorney | Nov-95 | $280.00 | 0.20 | $56.00 |
| Mary Golota | MEG | Attorney | Nov-91 | $275.00 | 15.00 | $4,125.00 |
| Steven Bartholomew | SRB | Attorney | Jan-89 | $270.00 | 101.70 | $27,459.00 |
| Sean Sullivan | SFS | Attorney | Dec-93 | $270.00 | 1.00 | $270.00 |
| John Buckert | JFB | Attorney | May-98 | $260.00 | 145.10 | $37,726.00 |
| Daniel Bruso | DEB | Attorney | Jun-96 | $255.00 | 11.00 | $2,805.00 |
| Greg O'Bradovich | GJO | Attorney | May-99 | $255.00 | 22.80 | $5,814.00 |
| Marisa Dubuc | MJD | Attorney | Jun-01 | $235.00 | 1.00 | $235.00 |
| George Pelletier | GAP | Attorney | Dec-97 | $235.00 | 0.30 | $70.50 |
| Robyn Ledermen | RSL | Attorney | Mar-86 | $220.00 | 2.00 | $440.00 |
| Ira Turner | IMT | Attorney | Jan-02 | $185.00 | 6.90 | $1,276.50 |
| Daniel Gibson | DRG | Attorney | Dec-04 | $170.00 | 0.30 | $51.00 |
| Fred Krieger | FAK | Attorney | Jun-03 | $170.00 | 106.00 | $18,020.00 |
| Nicholas Trenkle | NBT | Agent | Jun-03 | $170.00 | 46.00 | $7,820.00 |
| Theodosis Kountotsis | TK | Agent | Apr-03 | $160.00 | 3.00 | $480.00 |
| Michael Sansoucy | MRS | Agent | Dec-05 | $155.00 | 16.00 | $2,480.00 |
| Daniel Gilmour | DG | Agent | Aug-06 | $130.00 | 47.20 | $6,136.00 |
| Gregory Albin | GJA | Agent | Jan-05 | $120.00 | 71.00 | $8,520.00 |
| James Larsen | JCL | Tech. Expert | n/a | $120.00 | 37.40 | $4,488.00 |
| Lindsay Hersh | LHH | Tech. Expert | n/a | $120.00 | 22.50 | $2,700.00 |
| Michelle Thomas | MTT | Tech. Expert | n/a | $120.00 | 49.90 | $5,988.00 |
| Leslie Robinson | LDR | Tech. Expert | n/a | $120.00 | 34.00 | $4,080.00 |
| Sandy McLaughlin | SEM | Paraprof. | n/a | $100.00 | 0.35 | $35.00 |
| Linda Gould | LCG | Paraprof. | n/a | $70.00 | 0.50 | $35.00 |

**TOTAL HOURS**                                 1,234.00
**TOTAL BILLED**                                $295,089.00
**ADJUSTMENT**                                  ($103,289.50)
**CREDITS**                                     ($1,650.00)
**TOTAL PROFESSIONAL COMPENSATION SOUGHT**      $190,149.50
**BLENDED PROFESSIONAL HOURLY RATE**            $154.14