# EXHIBIT C

# Exhibit C

| Debtor's Reference | CCLLP Reference | Hours | Services | Disbursements |
|---|---|---|---|---|
| **CATEGORY 7 (FEE/EMPLOYMENT APPLICATIONS)** | | | | |
| Post-Petition Services | D20-0002GA | 11.00 | $2,805.00 | $485.90 |
| **SUB-TOTAL CATEGORY 7 (FEE/EMPLOYMENT APPLICATIONS)** | | **11.00** | **$2,805.00** | **$485.90** |
| **CATEGORY 3 (BUSINESS OPERATIONS)** | | | | |
| Analysis of U.S. Patent No. REDACTED | DE4-0128AN | 17.70 | $5,487.00 | $0.00 |
| 2003-001203 | DE4-0137I | 25.40 | $7,842.50 | $0.00 |
| 2003-001203 | DE4-0138I | 20.30 | $6,272.00 | $0.00 |
| 2005-000715 | DE4-0146AN | 1.80 | $558.00 | $0.00 |
| Analysis of Instrument Panels | DE4-0161AN | 10.40 | $3,224.00 | $0.00 |
| Analysis of U.S. Patent No. REDACTED | DE4-0169AN | 41.50 | $11,725.00 | $1,467.00 |
| Analysis of U.S. Patent No. REDACTED | DE4-0170AN | 14.30 | $4,433.00 | $563.00 |
| Analysis of U.S. Patent No. REDACTED | DE4-0171AN | 2.30 | $713.00 | $144.00 |
| Diesel + | DE4-0172TS | 2.70 | $657.00 | $0.00 |
| Search - Cyber Squatting | DE4-0173TS | 0.30 | $70.50 | $0.00 |
| Sensor Analysis | DE5-0012AN | 0.50 | $155.00 | $0.00 |
| Analysis of U.S. Patent Nos. REDACTED | DE8-0025AN | 41.20 | $12,772.00 | $2,636.00 |
| Analysis of U.S. Patent No. REDACTED | DE8-0032I | 8.50 | $2,635.00 | $0.00 |
| Analysis of U.S. Patent No. REDACTED | DE8-0033I | 9.30 | $2,883.00 | $0.00 |
| Analysis of Motorized Retractor Patents | DE8-0036AN | 2.10 | $651.00 | $0.00 |
| DP-312336 | D21-0003 | 1.00 | $310.00 | $1.50 |
| DP-312733 | D21-0004 | 0.40 | $124.00 | $0.00 |
| DP-312730 | D21-0008 | 2.00 | $620.00 | $1.00 |
| DP-312271 | D21-0010 | 1.00 | $310.00 | $0.63 |
| DP-304449 | DE1-0147 | 0.30 | $93.00 | $0.00 |
| DP-301245 | DE3-0025 | 12.20 | $1,650.00 | $120.00 |
| DP-302055 | DE3-0155 | 7.50 | $1,650.00 | $0.00 |
| DP-304036 | DE3-0204 | 0.70 | $262.50 | $500.00 |

| | | | |
|---|---|---|---|
| DP-304139 | DE3-0206 | 1.00 | $235.00 | $0.00 |
| DP-304592 | DE3-0214 | 7.00 | $2,625.00 | $1,450.00 |
| DP-305828 | DE3-0239 | 6.30 | $1,641.00 | $6.14 |
| DP-305592 | DE3-0248 | 9.00 | $1,650.00 | $2.70 |
| DP-304796 | DE3-0253 | 6.50 | $1,490.00 | $0.00 |
| DP-301377 | DE3-0260 | 9.90 | $2,244.00 | $790.00 |
| DP-305295 | DE3-0267 | 0.70 | $224.00 | $0.00 |
| DP-305829 | DE3-0269 | 7.50 | $672.50 | $822.00 |
| DP-306725 | DE3-0274 | 10.20 | $2,163.50 | $0.00 |
| DP-308270 | DE3-0301 | 8.90 | $1,650.00 | $6.00 |
| DP-308346 | DE3-0302 | 0.70 | $224.00 | $3.67 |
| DP-308248 | DE3-0327 | 32.70 | $1,650.00 | $3.18 |
| DP-309972 | DE3-0351 | 0.90 | $234.00 | $34.00 |
| DP-310072 | DE3-0352 | 0.90 | $234.00 | $34.00 |
| DP-312124 | DE3-0355 | 20.40 | $780.00 | $34.00 |
| DP-313387 | DE3-0367 | 11.90 | $0.00 | $1,054.40 |
| DP-313866 | DE3-0371 | 1.30 | $0.00 | $2,018.40 |
| DP-313884 | DE3-0372 | 2.00 | $0.00 | $1,312.40 |
| DP-314029 | DE3-0373 | 6.20 | $996.00 | $0.00 |
| DP-312657 | DE3-0375 | 1.00 | $0.00 | $2,453.79 |
| DP-314483 | DE3-0379 | 30.70 | $2,059.00 | $1,914.99 |
| DP-314735 | DE3-0381 | 3.70 | $0.00 | $0.00 |
| DP-314869 | DE3-0383 | 7.40 | $0.00 | $1,064.51 |
| DP-312415 | DE3-0384 | 20.00 | $0.00 | $1,064.03 |
| DP-314868 | DE3-0385 | 19.70 | $0.00 | $0.00 |
| DP-314874 | DE3-0387 | 1.40 | $388.00 | $0.00 |
| DP-315276 | DE3-0388 | 0.20 | $64.00 | $0.00 |
| DP-314977 | DE3-0389 | 0.70 | $224.00 | $0.00 |
| DP-314966 | DE3-0390 | 0.70 | $224.00 | $14.62 |
| DP-315551 | DE3-0391 | 20.40 | $5,000.00 | $0.00 |
| DP-311037 | DE4-0077F | 0.30 | $93.00 | $0.00 |
| DP-311141 | DE4-0079 | 0.50 | $155.00 | $0.00 |
| DP-307228 | DE4-0080P | 1.00 | $310.00 | $0.00 |
| DP-311802 | DE4-0088 | 1.50 | $465.00 | $2,816.59 |
| DP-312965 | DE4-0111 | 0.50 | $0.00 | $16.40 |
| DP-313710 | DE4-0129P | 7.00 | $2,170.00 | $1,800.29 |
| DP-314049 | DE4-0130 | 0.80 | $248.00 | |

| Part Number | Code | Qty | Amount 1 | Amount 2 |
|---|---|---|---|---|
| DP-314400 | DE4-0150 | 3.30 | $1,023.00 | $100.00 |
| DP-314114 | DE4-0151 | 5.50 | $0.00 | $192.31 |
| DP-314115 | DE4-0152 | 7.30 | $0.00 | $142.55 |
| DP-314208 | DE4-0153 | 2.50 | $0.00 | $162.55 |
| DP-314792 | DE4-0162 | 2.80 | $868.00 | $0.00 |
| DP-313915 | DE4-0164 | 1.10 | $286.00 | $2,577.56 |
| DP-313915 | DE4-0164F |  | $0.00 | $3,571.00 |
| DP-315148 | DE4-0168 | 17.70 | $3,233.00 | $265.75 |
| DP-310113 | DE5-0003 | 1.30 | $403.00 | $0.00 |
| DP-314167 | DE5-0006 | 6.70 | $0.00 | $0.00 |
| DP-314945 | DE5-0007 | 23.60 | $3,667.00 | $338.18 |
| DP-314779 | DE5-0008 | 14.80 | $4,588.00 | $50.00 |
| DP-314875 | DE5-0009 | 22.70 | $4,101.00 | $0.00 |
| DP-315086 | DE5-0011 | 17.30 | $5,363.00 | $214.40 |
| DP-315503 | DE5-0013 | 19.30 | $5,000.00 | $214.40 |
| DP-315483 | DE5-0014 | 1.20 | $372.00 | $0.00 |
| DP-315540 | DE5-0015 | 2.40 | $744.00 | $200.00 |
| DP-315630 | DE5-0016 | 4.00 | $1,240.00 | $0.39 |
| DP-315536 | DE5-0019 | 6.00 | $1,860.00 | $209.20 |
| DP-315370 | DE8-0026 | 0.70 | $217.00 | $0.00 |
| DP-315625 | DE8-0027 | 20.60 | $3,593.00 | $0.39 |
| DP-315438 | DE8-0028 | 1.40 | $434.00 | $0.00 |
| DP-315439 | DE8-0029 | 0.40 | $124.00 | $0.39 |
| DP-315515 | DE8-0030 | 2.40 | $744.00 | $0.39 |
| DP-315608 | DE8-0031 | 1.90 | $589.00 | $0.39 |
| DP-310135 | DE8-0034 | 19.40 | $1,650.00 | $2.46 |
| DP-315839 | DE8-0037 | 1.30 | $403.00 | $0.00 |
| DP-312824/DP-312825 | DE9-0031 | 0.10 | $28.00 | $0.39 |
| DP-312373 | DE9-0033 | 0.10 | $28.00 | $0.39 |
| DP-313340 | DE9-0043 | 0.50 | $35.00 | $0.00 |
| DP-313576 | DE9-0054 | 10.00 | $2,600.00 | $0.00 |
| DP-313617 | DE9-0055 | 7.00 | $2,040.00 | $0.00 |
| DP-314175 | DE9-0061 |  | $0.00 | $1,066.43 |
| DP-314165 | DE9-0064 | 22.10 | $0.00 | $3,254.20 |
| DP-314445 | DE9-0066 | 2.50 | $650.00 | $1,640.00 |
| DP-313599 | DE9-0069 | 6.80 | $0.00 | $1,807.19 |
| DP-313898 | DE9-0070 | 3.70 | $0.00 | $98.19 |

| | | | |
|---|---|---|---|
| DP-314518 | DE9-0071 | 11.00 | $0.00 | $1,122.31 |
| DP-314519 | DE9-0072 | 61.40 | $0.00 | $200.00 |
| DP-314520 | DE9-0073 | 2.20 | $0.00 | $0.00 |
| DP-314452 | DE9-0074 | 7.00 | $0.00 | $0.00 |
| DP-314600 | DE9-0075 | 1.00 | $310.00 | $0.00 |
| DP-314782 | DE9-0076 | 46.40 | $0.00 | $1,237.82 |
| DP-314851 | DE9-0077 | 17.30 | $0.00 | $1,418.66 |
| DP-314523 | DE9-0079 | 18.60 | $2,230.00 | $0.00 |
| DP-314511 | DE9-0080 | 16.00 | $0.00 | $0.00 |
| DP-315079 | DE9-0082 | 18.00 | $2,312.00 | $0.00 |
| DP-314521 | DE9-0083 | 20.50 | $4,907.00 | $0.00 |
| DP-315262 | DE9-0084 | 46.30 | $4,535.00 | $0.00 |
| DP-315103 | DE9-0085 | 25.50 | $1,534.00 | $0.00 |
| DP-315278 | DE9-0086 | 18.80 | $3,238.00 | $0.00 |
| DP-315222 | DE9-0087 | 57.80 | $5,000.00 | $1,269.91 |
| DP-315220/DP-315242/DP-313483 | DE9-0088 | 34.30 | $5,000.00 | $0.00 |
| DP-315461 | DE9-0089 | 29.10 | $5,000.00 | $0.78 |
| DP-315453 | DE9-0090 | 5.10 | $1,581.00 | $0.39 |
| DP-315082 | DE9-0091 | 3.40 | $1,054.00 | $3.59 |
| DP-315649 | DE9-0092 | 18.30 | $5,000.00 | $10.60 |
| DP-315711 | DE9-0093 | 1.50 | $465.00 | $0.39 |
| DP-315528 | DE9-0094 | 1.50 | $465.00 | $0.39 |
| DP-315529 | DE9-0095 | 1.00 | $310.00 | $0.00 |
| DP-301500 | DEP-0130 | 1.50 | $480.00 | $0.00 |
| DP-306634 | DEP-0287 | 5.20 | $1,650.00 | $400.00 |
| DP-308608 | DEP-0324 | 0.50 | $160.00 | $37.68 |
| Blade Design for a Regenerative Turbine | DEP-0350R | 3.50 | $1,120.00 | $2,292.00 |
| DP-309610 | DEP-0359 | 5.00 | $1,550.00 | $2.00 |

| | | | |
|---|---|---|---|
| SUB-TOTAL CATEGORY 3 (BUSINESS OPERATIONS) | 1223.00 | $188,994.50 | $48,254.86 |
| SUB-TOTAL ALL CATEGORIES | 1234.00 | $191,799.50 | $48,740.76 |
| CREDITS | | ($1,650.00) | ($790.00) |
| TOTAL ALL CATEGORIES | | $190,149.50 | $47,950.76 |
| TOTAL FEES AND EXPENSES | 1234.00 | $238,100.26 | |