# EXHIBIT D
# (REDACTED)

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052
Attn: Thomas Twomey

Services Thru: 09/30/06

Our Reference D20-0002GA   Post-Petition Services

| Professional Services | Hours | Value |
|---|---|---|
| 06/15/2006 DEB Prepare for Fee Application hearing; review pleadings regarding same; confirm that no objections have been filed ( $255.00/Hr) | 1.00 | 255.00 |
| 06/16/2006 DEB Review and approve May invoices ( $255.00/Hr) | .80 | 204.00 |
| 06/19/2006 DEB Prepare for hearing regarding fee application; correspond with debtor's counsel regarding same ( $255.00/Hr) | 1.00 | 255.00 |
| 06/30/2006 DEB Review Fee Committee procedures memorandum ( $255.00/Hr) | .70 | 178.50 |
| 07/11/2006 DEB Telephone conference with Legal Cost Control regarding budget and contents of submission ( $255.00/Hr) | .50 | 127.50 |
| 07/31/2006 DEB Draft edit and file Second Fee Application; draft exhibits ( $255.00/Hr) | 7.00 | 1,785.00 |

Total Professional Services . . . . . . . . . . . .      $2,805.00

Disbursements

       Federal Express                                              485.90

Total Disbursements . . . . . . . . . . . . . . .      $485.90

Total This Bill . . . . . . . . . . . . . . . . . . . . . . . .      $3,290.90

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 09/30/06

Our Reference DE4-0128AN   Analysis of U.S. Patent   No. [redacted]


| Professional Services | Hours | Value |
|---|---|---|
| 06/16/2006 CCB Review prior art cited in nullity suit in Germany; request update from foreign associate craft position of invalidity ( $310.00/Hr) | 5.50 | 1,705.00 |
| 06/20/2006 CCB Review prior art cited in nullity suit in Germany; request update from foreign associate craft position of invalidity ( $310.00/Hr) | 4.50 | 1,395.00 |
| 06/21/2006 CCB Review prior art and search results; craft position of invalidity ( $310.00/Hr) | 5.70 | 1,767.00 |
| 06/23/2006 CCB Analysis of prior art; provide comments to Scott McBain ( $310.00/Hr) | 1.50 | 465.00 |
| 08/18/2006 CCB Review new correspondence regarding German opposition ( $310.00/Hr) | .50 | 155.00 |
| Total Professional Services | $5,487.00 | |
| Total This Bill | | $5,487.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra

Services Thru: 09/30/06

Our Reference DE4-0137I    2003-001203: Opinion for US Patent No. [redacted]

| Professional Services | Hours | Value |
|---|---|---|
| 06/01/2006 CCB Prepare opinion ( $310.00/Hr) | .35 | 108.50 |
| 06/05/2006 CCB Prepare opinion ( $310.00/Hr) | .50 | 155.00 |
| 06/25/2006 CCB Prepare opinion ( $310.00/Hr) | 2.00 | 620.00 |
| 06/28/2006 CCB Prepare opinion ( $310.00/Hr) | 1.10 | 341.00 |
| 06/28/2006 CCB Prepare opinion ( $310.00/Hr) | 2.50 | 775.00 |
| 06/28/2006 SEM Computer Search Post issue and litigations search ( $100.00/Hr) | .15 | 15.00 |
| 06/29/2006 CCB Prepare opinion ( $310.00/Hr) | 5.00 | 1,550.00 |
| 07/03/2006 CCB Finalize opinion ( $310.00/Hr) | 5.00 | 1,550.00 |
| 07/05/2006 CCB Finalize opinion ( $310.00/Hr) | 5.00 | 1,550.00 |
| 07/06/2006 CCB Finalize opinion ( $310.00/Hr) | 1.80 | 558.00 |
| 07/07/2006 CCB Finalize opinion ( $310.00/Hr) | 1.00 | 310.00 |
| 07/10/2006 CCB Finalize opinion ( $310.00/Hr) | 1.00 | 310.00 |

Total Professional Services . . . . . . . . . . .    $7,842.50

Total This Bill . . . . . . . . . . . . . . . . . . . .    $7,842.50

```
              CANTOR COLBURN LLP
              55 GRIFFIN ROAD SOUTH
              BLOOMFIELD, CT 06002
              PHONE: (860)286-2929


                              November 27, 2006

   Delphi Technologies, Inc.
   Legal Staff M/C 480-410-202
   P.O. Box 5052
   Troy, Michigan 48007-5052
   Chuck Veenstra
```

Services Thru: 09/30/06

Our Reference DE4-0138I   2003-001203: Opinion for US Patent No. 

```
   Professional Services                                 Hours         Value

   06/01/2006 CCB Prepare opinion ( $310.00/Hr)            .30         93.00
   06/05/2006 CCB Prepare opinion ( $310.00/Hr)            .50        155.00
   06/06/2006 CCB Prepare opinion ( $310.00/Hr)           2.00        620.00
   06/07/2006 CCB Prepare opinion ( $310.00/Hr)            .50        155.00
   06/08/2006 CCB Prepare opinion ( $310.00/Hr)           3.30      1,023.00
   06/09/2006 CCB Prepare opinion ( $310.00/Hr)           1.20        372.00
   06/12/2006 CCB Prepare opinion ( $310.00/Hr)           1.50        465.00
   06/13/2006 CCB Prepare opinion ( $310.00/Hr)           1.70        527.00
   06/25/2006 CCB Prepare opinion ( $310.00/Hr)           2.00        620.00
   06/27/2006 CCB Prepare opinion ( $310.00/Hr)           3.20        992.00
   06/28/2006 SEM Computer Search Post issue and
                  litigation search ( $100.00/Hr)          .10         10.00
   07/01/2006 CCB Finalize opinion ( $310.00/Hr)          3.00        930.00
   07/10/2006 CCB Discuss opinion with Scott McBain
                  ( $310.00/Hr)                           1.00        310.00

   Total Professional Services . . . . . . . . . . .  $6,272.00

   Total This Bill . . . . . . . . . . . . . . . . . . . . .   $6,272.00
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                             November 27, 2006

    Delphi Technologies, Inc.
    Legal Staff M/C 480-410-202
    P.O. Box 5052
    Troy, Michigan 48007-5052
    Chuck Veenstra



Services Thru: 09/30/06

Our Reference DE4-0146AN   2005-000715: USPN[redacted]



    Professional Services                              Hours        Value

    09/21/2006 CCB Telephone conference with Jim Funke
               re: Milliken patents and provide
               data concerning Milliken patents
               ( $310.00/Hr)                            1.20        372.00
    09/22/2006 CCB Telephone conference with Jim Funke
               re: Milliken patents ( $310.00/Hr)        .60        186.00

    Total Professional Services . . . . . . . . . . .  $558.00

    Total This Bill . . . . . . . . . . . . . . . . . . . . . .   $558.00
```

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra

Services Thru: 09/30/06

Our Reference DE4-0161AN   Analysis of ▓▓▓▓ Instrument Panels in View of ▓▓▓ Engineering

| Professional Services | Hours | Value |
|---|---|---|
| 06/01/2006 CCB Review analysis of seven patents issue to ▓▓ Engineering ( $310.00/Hr) | 1.00 | 310.00 |
| 06/13/2006 CCB Review seven patents assigned to ▓▓ Engineering and telephone conference with Scott McBain re: same ( $310.00/Hr) | .50 | 155.00 |
| 07/10/2006 CCB Review patents asserted by ▓▓ and prior art ( $310.00/Hr) | 1.00 | 310.00 |
| 07/14/2006 CCB Review U.S Patents issued to ▓▓ ( $310.00/Hr) | .40 | 124.00 |
| 08/11/2006 CCB Review new ▓▓▓▓ information ( $310.00/Hr) | .50 | 155.00 |
| 08/14/2006 CCB Review new ▓▓▓▓c information ( $310.00/Hr) | 1.40 | 434.00 |
| 09/06/2006 CCB Review additional information ( $310.00/Hr) | 1.00 | 310.00 |
| 09/07/2006 CCB Telephone conference with Scott McBain re: opinion ( $310.00/Hr) | .20 | 62.00 |
| 09/14/2006 CCB Review prior art identified by ▓▓▓▓c ( $310.00/Hr) | 3.20 | 992.00 |
| 09/26/2006 CCB Review opinions provided by ▓▓ engineering patents ( $310.00/Hr) | 1.20 | 372.00 |
| Total Professional Services . . . . . . . . . . . . | $3,224.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . . . | | $3,224.00 |

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929

                        November 27, 2006

    Delphi Technologies, Inc.
    Legal Staff M/C 480-410-202
    P.O. Box 5052
    Troy, Michigan 48007-5052
    Chuck Veenstra
```

Services Thru: 09/30/06

Our Reference DE4-0169AN   Analysis of USPN ▓▓▓▓▓▓▓

| Professional Services | | Hours | Value |
|---|---|---:|---:|
| 06/09/2006 CCB | Telephone conference with Jim Funke, Dave White, Eric R. regarding ▓▓▓▓▓▓▓s patent and prior art; review of prior art from ▓▓▓▓▓▓▓ ( $310.00/Hr) | 1.20 | 372.00 |
| 06/14/2006 CCB | Meeting with Dave White, Brian, Eric, Jeff Gilbert and preparation therefore re: proposed designs ( $310.00/Hr) | 2.20 | 682.00 |
| 06/15/2006 CCB | Telephone conference with Dave White and Brian re: designs; review proposed design around, and review ▓▓▓▓ search ( $310.00/Hr) | 2.70 | 837.00 |
| 06/16/2006 CCB | Review new designs ( $310.00/Hr) | .50 | 155.00 |
| 06/16/2006 CCB | Telephone conference with Dave White re: new designs ( $310.00/Hr) | .50 | 155.00 |
| 06/19/2006 CCB | Review new designs ( $310.00/Hr) | .50 | 155.00 |
| 06/21/2006 CCB | Telephone conference with ▓▓▓▓▓▓▓r concerning proposed designs and patents ( $310.00/Hr) | .50 | 155.00 |
| 06/23/2006 CCB | Telephone conference with Jim Funke re; prior art; ( $310.00/Hr) | .50 | 155.00 |
| 06/25/2006 CCB | Telephone conference with Jeff G. re: prior art searches ( $310.00/Hr) | .50 | 155.00 |
| 06/25/2006 CCB | Telephone conference with Ed re: ▓▓▓▓▓▓▓ concepts ( $310.00/Hr) | .30 | 93.00 |
| 06/28/2006 CCB | Telephone conference with J▓▓▓▓▓▓ re: prior art ( $310.00/Hr) | .70 | 217.00 |
| 06/28/2006 CCB | Telephone conference with Jeff Claffe and Dave White re: prior art search ( $310.00/Hr) | .30 | 93.00 |
| 07/06/2006 CCB | Review ▓▓▓▓▓▓▓r documents ( $310.00/Hr) | .50 | 155.00 |

DE4-0169AN                                                                Page    2

```
07/07/2006 CCB Review documents ( $310.00/Hr)              .60          186.00
07/07/2006 CCB Review potential prior art
               documents ( $310.00/Hr)                     .80          248.00
07/11/2006 CCB Review additional information from
               ▓▓▓▓▓▓▓r ( $310.00/Hr)                      .40          124.00
07/12/2006 CCB Review additional information from
               ▓▓▓▓▓▓▓r ( $310.00/Hr)                      .40          124.00
07/14/2006 CCB Review ▓▓▓▓▓▓▓ documents
               ( $310.00/Hr)                               .40          124.00
07/14/2006 CCB Review prior art ( $310.00/Hr)             1.20          372.00
07/17/2006 CCB Review prior art and case law 102.
               ( $310.00/Hr)                              1.50          465.00
07/18/2006 CCB Review prior art and case law
               section 102 ( $310.00/Hr)                  1.50          465.00
07/19/2006 CCB Review prior art ( $310.00/Hr)              .80          248.00
07/20/2006 CCB Review prior art ( $310.00/Hr)              .80          248.00
07/21/2006 CCB Review opinion ( $310.00/Hr)               2.50          775.00
07/24/2006 CCB Review opinion ( $310.00/Hr)               1.00          310.00
07/24/2006 JCL Prepare opinion ( $120.00/Hr)              2.00          240.00
07/25/2006 CCB Review opinion ( $310.00/Hr)               1.50          465.00
07/25/2006 JCL Prepare opinion ( $120.00/Hr)              2.00          240.00
07/27/2006 JCL Prepare opinion ( $120.00/Hr)              2.00          240.00
08/07/2006 CCB Review case law, review new
               information provided by Dave White
               ( $310.00/Hr)                              2.00          620.00
08/22/2006 CCB Review new information; prepare
               opinion ( $310.00/Hr)                      2.40          744.00
09/07/2006 CCB Search for prior art and review
               ▓▓▓▓▓▓▓ agreement ( $310.00/Hr)            1.00          310.00
09/08/2006 CCB Telephone conference with Eric
               Gottling re: opinion; prepare
               opinion ( $310.00/Hr)                      1.50          465.00
09/14/2006 CCB Review prior art and prepare
               opinion ( $310.00/Hr)                      1.00          310.00
09/22/2006 CCB Prepare opinion ( $310.00/Hr)              3.30        1,023.00

Total Professional Services . . . . . . . . . . .     $11,725.00

Disbursements

06/05/2006     File History                                           1,467.00

Total Disbursements . . . . . . . . . . . . . . .      $1,467.00

Total This Bill . . . . . . . . . . . . . . . . .                   $13,192.00
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         November 27, 2006

    Delphi Technologies, Inc.
    Legal Staff M/C 480-410-202
    P.O. Box 5052
    Troy, Michigan 48007-5052
    Chuck Veenstra


Services Thru: 09/30/06

Our Reference DE4-0170AN   Analysis of USPN
```


```
    Professional Services                             Hours         Value

    06/01/2006 CCB Meeting with Jim Funke and prepare
                   therefore, telephone conference
                   with Mark Winters concerning side
                   airbag designs ( $310.00/Hr)        3.00        930.00
    06/02/2006 CCB Review file wrapper on
                   ( $310.00/Hr)                       1.00        310.00
    06/02/2006 CCB Meeting with Jim Funke re:
                   patents ( $310.00/Hr)                .30         93.00
    06/02/2006 CCB Review prior analysis and
                   patents ( $310.00/Hr)               1.00        310.00
    06/05/2006 CCB Review        patents and file
                   histories ( $310.00/Hr)             2.20        682.00
    06/06/2006 CCB Review Autoliv patents
                   ( $310.00/Hr)                       1.00        310.00
    06/07/2006 CCB Telephone conference with Mark
                   Winters and Doug Weston regarding
                         patents and preparation
                   therefore ( $310.00/Hr)             1.20        372.00
    06/08/2006 CCB Telephone conference with Mark
                   Winters and Doug Weston regarding
                         patents and preparation
                   therefore ( $310.00/Hr)             1.30        403.00
    06/23/2006 CCB Telephone conference with Mark
                   Winters concerning side airbag
                   design ( $310.00/Hr)                 .50        155.00
    07/10/2006 CCB Review file history ( $310.00/Hr)   1.00        310.00
    08/30/2006 CCB Telephone conference with Mark
                   Winters re: USPN
                   ( $310.00/Hr)                        .30         93.00
    09/05/2006 CCB Telephone conference with Craig
                   Killen re:      patents and
                   review of the same ( $310.00/Hr)    1.50        465.00

    Total Professional Services . . . . . . . . . .              $4,433.00
```

DE4-0170AN                                                                                          Page    2

Disbursements

| | | |
|---|---|---:|
| 06/01/2006 | File History | 99.00 |
| 06/05/2006 | File History | 288.00 |
| 06/05/2006 | File History | 144.00 |
| | Federal Express | 32.00 |

Total Disbursements . . . . . . . . . . . . . . . .    $563.00

Total This Bill . . . . . . . . . . . . . . . . . . . .    $4,996.00

```
CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929
```

November 27, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra

Services Thru: 09/30/06

Our Reference DE4-0171AN   Analysis of USPN 

| Professional Services | Hours | Value |
|---|---|---|
| 06/02/2006 CCB Meeting with Jim Funke concerning new side airbag design ( $310.00/Hr) | .30 | 93.00 |
| 06/02/2006 CCB Review prior analysis and patents ( $310.00/Hr) | 1.00 | 310.00 |
| 07/10/2006 CCB Review file history ( $310.00/Hr) | 1.00 | 310.00 |

Total Professional Services . . . . . . . . . . . . $713.00

Disbursements

| 06/05/2006 | File History | | 144.00 |
|---|---|---|---|

Total Disbursements . . . . . . . . . . . . . . . $144.00

Total This Bill . . . . . . . . . . . . . . . . . . . . . . $857.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra

Services Thru: 09/30/06

Our Reference DE4-0172TS   Diesel +

| Professional Services | Hours | Value |
|---|---|---|
| 09/20/2006 CCB Review clearance request on Diesel + and discuss with Attorney Lederman ( $310.00/Hr) | .50 | 155.00 |
| 09/25/2006 RSL Provide CTM clearance analysis based on material provided by client only ( $220.00/Hr) | 2.00 | 440.00 |
| 09/26/2006 CCB Meet with Scott McBain regarding Diesel + ( $310.00/Hr) | .20 | 62.00 |

Total Professional Services . . . . . . . . . . . .    $657.00

Total This Bill . . . . . . . . . . . . . . . . . . . .    $657.00

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         November 27, 2006

    Delphi Technologies, Inc.
    Legal Staff M/C 480-410-202
    P.O. Box 5052
    Troy, Michigan 48007-5052
    Chuck Veenstra
```

Services Thru: 09/30/06

Our Reference DE4-0173TS   Search - Cyber Squatting


| Professional Services | Hours | Value |
|---|---|---|
| 09/29/2006 GAP Draft email discussing infringing domain name options ( $235.00/Hr) | .30 | 70.50 |
| Total Professional Services . . . . . . . . . . . | $70.50 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . | | $70.50 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007
Attn: Patrick M. Griffin

Services Thru: 09/30/06

Our Reference DE5-0012AN   Sensor Analysis

| Professional Services | Hours | Value |
|---|---|---|
| 06/16/2006 CCB Telephone conference with Pat Griffin; review disclosure and follow up with Pat on aspects of novelty ( $310.00/Hr) | .50 | 155.00 |
| Total Professional Services | | $155.00 |
| Total This Bill | | $155.00 |

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929

                        November 27, 2006

    Delphi Technologies, Inc.
    P.O. Box 5052
    Troy, MI 48007
    Attn: Jimmy L. Funke


Services Thru: 09/30/06

Our Reference DE8-0025AN   Analysis of USPN's ██████; ██████;
                           ██████ ██████.
```

| Professional Services | Hours | Value |
|---|---|---|
| 06/02/2006 CCB Review ███ patent and EP file history ( $310.00/Hr) | 1.30 | 403.00 |
| 06/05/2006 CCB Meeting with Jeff Zolkower, discussion of patents and review thereof ( $310.00/Hr) | 3.00 | 930.00 |
| 06/07/2006 CCB Review U.S. Patent No. ██████ and proposed Delphi design ( $310.00/Hr) | 1.00 | 310.00 |
| 06/08/2006 CCB Review Chinese issued claims ( $310.00/Hr) | 1.20 | 372.00 |
| 06/12/2006 CCB Telephone conference with Jeff Zolkower re: prior art ( $310.00/Hr) | .20 | 62.00 |
| 06/13/2006 CCB Review ten patents assigned to Tokirika ( $310.00/Hr) | .50 | 155.00 |
| 06/13/2006 CCB Telephone conference with Jeff Zolkower re: prior art ( $310.00/Hr) | .20 | 62.00 |
| 06/15/2006 CCB Continue analysis of Tokirika patents ( $310.00/Hr) | 3.50 | 1,085.00 |
| 06/16/2006 CCB Review Korean translations and corresponding U.S. cases ( $310.00/Hr) | .70 | 217.00 |
| 06/19/2006 CCB Review Korean translations ( $310.00/Hr) | .50 | 155.00 |
| 06/25/2006 CCB Prepare for meeting with Jeff Zolkower and Delphi engineers ( $310.00/Hr) | 1.00 | 310.00 |
| 06/27/2006 CCB Meeting with Jeff Zolkower and telephone conference with Jim Funke re: prior art and Tokirika patents ( $310.00/Hr) | 2.00 | 620.00 |
| 06/28/2006 CCB Telephone conference with Jim Funke re: patents ( $310.00/Hr) | .50 | 155.00 |
| 07/07/2006 CCB Review file history of U.S. Patent No. ██████ ( $310.00/Hr) | 1.00 | 310.00 |

DE8-0025AN                                                                Page    2

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 07/13/2006 | CCB | Review file history of U.S. Patent No. ▓▓▓▓▓ ( $310.00/Hr) | .40 | 124.00 |
| 07/14/2006 | CCB | Review file history of U.S. Patent No. ▓▓▓▓▓ ( $310.00/Hr) | .40 | 124.00 |
| 07/19/2006 | CCB | Meet with Jeff Zolkower re: prior art ( $310.00/Hr) | 1.20 | 372.00 |
| 07/20/2006 | CCB | Meet with Jeff Zolkower re: prior art ( $310.00/Hr) | 1.50 | 465.00 |
| 07/25/2006 | CCB | Telephone conference with Rick Kurrish re: Japanese claims in Toki Rika suit ( $310.00/Hr) | 1.50 | 465.00 |
| 07/26/2006 | CCB | Review Japanese claims in Toki Rika suit ( $310.00/Hr) | .50 | 155.00 |
| 07/27/2006 | CCB | Review Japanese claims in Toki Rika suit ( $310.00/Hr) | 2.50 | 775.00 |
| 07/28/2006 | CCB | Review Japanese claims in Toki Rika suite ( $310.00/Hr) | 2.50 | 775.00 |
| 08/16/2006 | CCB | Review new designs ( $310.00/Hr) | 2.80 | 868.00 |
| 08/18/2006 | CCB | Meet with Steve Zank regarding new proposals and prep therefore, telephone conference with Jim Funke re: file wrappers ( $310.00/Hr) | 3.50 | 1,085.00 |
| 09/05/2006 | CCB | Review European file wrapper and U.S. Patents, as well as proposed designs ( $310.00/Hr) | 2.50 | 775.00 |
| 09/07/2006 | CCB | Review new materials and U.S. Patent No. ▓▓▓▓▓ ( $310.00/Hr) | 1.00 | 310.00 |
| 09/08/2006 | CCB | Review new materials and U.S. Patent No. ▓▓▓▓▓; meeting with Steve Z., James Burrum, Daniel Wiant and Lucas Jenkins re: same ( $310.00/Hr) | 2.50 | 775.00 |
| 09/08/2006 | CCB | Review new materials and U.S. Patent No. ▓▓▓▓▓; meeting with Kevin Ng and Todd Moury re: same ( $310.00/Hr) | 1.50 | 465.00 |
| 09/10/2006 | CCB | Review new torsion bar design ( $310.00/Hr) | .30 | 93.00 |

Total Professional Services . . . . . . . . . . .    $12,772.00

Disbursements

| Date | Description | Amount |
|---|---|---|
| 06/12/2006 | Disbursement to Foreign Associate for conducting the search for the equivalent Korean applications (Korea) | 196.00 |
| 06/12/2006 | Disbursement to Foreign Associate for patent search in China to 9 foreign patents (China) | 2,440.00 |

Total Disbursements . . . . . . . . . . . . . . .    $2,636.00

Total This Bill . . . . . . . . . . . . . . . . . . .    $15,408.00

```
              CANTOR COLBURN LLP
              55 GRIFFIN ROAD SOUTH
              BLOOMFIELD, CT 06002
              PHONE: (860)286-2929


                   November 27, 2006

Delphi Technologies, Inc.
P.O. Box 5052
Troy, MI 48007
Attn: Jimmy L. Funke
```

Services Thru: 09/30/06

Our Reference DE8-0032I   Analysis of U.S. Patent No. 

| Professional Services | Hours | Value |
|---|---|---|
| 07/10/2006 CCB Review prior art and claims of U.S. Patent No. ▆▆▆▆ ( $310.00/Hr) | 1.00 | 310.00 |
| 07/13/2006 CCB Review prior art product and patent claims ( $310.00/Hr) | 4.10 | 1,271.00 |
| 07/27/2006 CCB Prepare opinion ( $310.00/Hr) | 3.40 | 1,054.00 |
| Total Professional Services . . . . . . . . . . . . | $2,635.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | $2,635.00 |