CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies, Inc.
P.O. Box 5052
Troy, MI 48007
Attn: Jimmy L. Funke

Services Thru: 09/30/06

Our Reference DE8-0033I   Analysis of U.S. Patent No. 5███████

| Professional Services | Hours | Value |
|---|---|---|
| 07/11/2006 CCB Prepare opinion on U.S. Patent No. ██████2 ( $310.00/Hr) | 3.00 | 930.00 |
| 07/12/2006 CCB Prepare opinion on U.S. Patent No. ██████2 ( $310.00/Hr) | 6.30 | 1,953.00 |
| Total Professional Services . . . . . . . . . . . | $2,883.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | $2,883.00 | |

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         November 27, 2006

    Delphi Technologies, Inc.
    P.O. Box 5052
    Troy, MI 48007
    Attn: Jimmy L. Funke



Services Thru: 09/30/06

Our Reference DE8-0036AN   Analysis of Motorized Retractor Patents



    Professional Services                              Hours         Value

    09/12/2006 CCB Review new material for analysis
               matter ( $310.00/Hr)                     .30          93.00
    09/18/2006 CCB Meet with Todd Moury and Kevin NG
               to discuss U.S. Patents and new
               design ( $310.00/Hr)                    1.80         558.00

    Total Professional Services . . . . . . . . . .   $651.00

    Total This Bill . . . . . . . . . . . . . . . . . . . . .      $651.00
```

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, MI 48007
Attn: Douglas Fekete

Services Thru: 09/30/06

Our Reference D21-0003    DP-312336: Tension Sensor Mounted in Car

| Professional Services | Hours | Value |
|---|---|---|
| 08/10/2006 CCB Prepare response to restriction requirement ( $310.00/Hr) | 1.00 | 310.00 |
| Total Professional Services | $310.00 | |
| Disbursements | | |
| Postage | | 1.50 |
| Total Disbursements | $1.50 | |
| Total This Bill | | $311.50 |

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         November 27, 2006

    Delphi Technologies, Inc.
    Legal Staff M/C 480-410-202
    P.O. Box 5052
    Troy, MI 48007
    Attn: Douglas Fekete



Services Thru: 09/30/06

Our Reference D21-0004    DP-312733: Infant Seat with Buckle
                          Comprising Multiple Male



    Professional Services                          Hours        Amount

    09/28/2006 CCB Prepare Amendment ( $310.00/Hr)   .40         124.00

    Total Professional Services . . . . . . . . . . $124.00

    Total This Bill . . . . . . . . . . . . . . . . . . . .     $124.00
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                            November 27, 2006

    Delphi Technologies, Inc.
    Legal Staff M/C 480-410-202
    P.O. Box 5052
    Troy, MI 48007
    Attn: Douglas Fekete
```

Services Thru: 09/30/06

Our Reference D21-0008     DP-312730: Child Restraint System
                           Comprising Control Unit...

| Professional Services | Hours | Value |
|---|---|---|
| 09/05/2006 CCB Prepare response to restriction requirement ( $310.00/Hr) | 1.00 | 310.00 |
| 09/21/2006 CCB Review of file claims; telephone conference with examiner re: propose changes for examiner's amendment in order to place application in a condition for allowance ( $310.00/Hr) | 1.00 | 310.00 |
| Total Professional Services . . . . . . . . . . . . | $620.00 | |

Disbursements

| | | |
|---|---|---|
| Postage | | 1.00 |
| Total Disbursements . . . . . . . . . . . . . . . . | $1.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . | | $621.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, MI 48007
Attn: Douglas Fekete

Services Thru: 09/30/06

Our Reference D21-0010    DP-312271: Apparatus and Method for
                          Interconnecting a Child

| Professional Services | Hours | Value |
|---|---|---|
| 09/28/2006 CCB Prepare response to restriction requirement ( $310.00/Hr) | 1.00 | 310.00 |
| Total Professional Services . . . . . . . . . . . | $310.00 | |
| Disbursements | | |
| Postage | | .63 |
| Total Disbursements . . . . . . . . . . . . . . . | $ .63 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | $310.63 |

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         November 27, 2006

    Delphi Technologies, Inc
    Legal Staff - M/C 480-410-202
    P.O. Box 5052
    Troy, Michigan 48007
    Attn: Kathryn A. Marra, Esq.
```

Services Thru: 09/30/06

Our Reference DE1-0147    DP-304449: Method and Apparatus for
                          Manufacturing Packaging

| Professional Services | Hours | Value |
|---|---|---|
| 07/07/2006 CCB Telephone conference Jayson Paykin re: allowed claims ( $310.00/Hr) | .30 | 93.00 |
| Total Professional Services | | $93.00 |
| Total This Bill | | $93.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 09/30/06

Our Reference DE3-0025   DP-301245; Manufacturing Process Modeling Using Virtual Machining

| Professional Services | Hours | Value |
|---|---|---|
| 06/22/2006 SRB Prepare Amendment and email correspondence with inventors regarding outstanding office action and consideration of cited references. ( $270.00/Hr) | 1.00 | 270.00 |
| 07/26/2006 SRB Telephone conference and email correspondence with inventor and technical expert regarding prior art and preparational arguments for Amendment. ( $270.00/Hr) | 2.50 | 675.00 |
| 08/09/2006 SRB Correspondence with and telecon with B. Muscott regarding outstanding Office Action and cited prior art. ( $270.00/Hr) | 1.70 | 459.00 |
| 08/29/2006 SRB Prepare Amendment and e-mail correspondence with inventors regarding outstanding office action, discussion and consideration of cited references. ( $270.00/Hr) | 7.00 | 1,890.00 |

Total Professional Services . . . . . . . . . . .   $3,294.00

Adjustment . . . . . . . . . . . . . . . . . . .   ($1,644.00)

Total Professional Services . . . . . . . . . . .   $1,650.00

Disbursements

08/29/2006    Government Fee for Filing                     120.00

Total Disbursements . . . . . . . . . . . . . .   $120.00

Total This Bill . . . . . . . . . . . . . . . . . . . . .   $1,770.00

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         November 27, 2006

   Delphi Technologies, Inc.
   Legal Staff - M/C 480-410-202
   P.O. Box 5052
   Troy, Michigan 48007-5052
   Michael D. Smith
```

Services Thru: 09/30/06

Our Reference DE3-0155    DP-302055 Feedforward Parameter Estimation in
                          an Electric Power

| Professional Services | Hours | Value |
|---|---|---|
| 06/27/2006 SRB Prepare Amendment ( $270.00/Hr) | 1.50 | 405.00 |
| 06/28/2006 SRB Prepare Amendment ( $270.00/Hr) | 6.00 | 1,620.00 |
| Total Professional Services . . . . . . . . . . . . | | $2,025.00 |
| Adjustment . . . . . . . . . . . . . . . . . . . . . | | ($375.00) |
| Total Professional Services . . . . . . . . . . . . | | $1,650.00 |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | $1,650.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 09/30/06

Our Reference DE3-0204    DP-304036: Enhancement to Horizontally Structured
CAD/CAM Modeling

| Professional Services | Hours | Value |
|---|---|---|
| 09/22/2006 PHC Prepare and file Notice of Appeal ( $375.00/Hr) | .70 | 262.50 |
| Total Professional Services . . . . . . . . . . . | $262.50 | |

Disbursements

| | | |
|---|---|---|
| 09/27/2006    Government Fee for Filing | | 500.00 |
| Total Disbursements . . . . . . . . . . . . . . . . | $500.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | $762.50 |

```
                CANTOR COLBURN LLP
                55 GRIFFIN ROAD SOUTH
                BLOOMFIELD, CT 06002
                PHONE: (860)286-2929


                     November 27, 2006

   Delphi Technologies, Inc.
   Legal Staff - M/C 480-410-202
   P.O. Box 5052
   Troy, Michigan 48007-5052
   Michael D. Smith


Services Thru: 09/30/06

Our Reference DE3-0206    DP-304139: Horizontally Structured Process
                          Modeling with Multiple …


   Professional Services                          Hours         Value

   06/19/2006 MJD Review final office action, cited
              art references; draft analysis
              letter and forward to client
              ( $235.00/Hr)                        1.00        235.00

   Total Professional Services . . . . . . . . . . $235.00

   Total This Bill . . . . . . . . . . . . . . . . . .       $235.00
```

```
                         CANTOR COLBURN LLP
                         55 GRIFFIN ROAD SOUTH
                         BLOOMFIELD, CT 06002
                         PHONE: (860)286-2929


                            November 27, 2006

   Delphi Technologies, Inc.
   Legal Staff - M/C 480-410-202
   P.O. Box 5052
   Troy, Michigan 48007-5052
   Michael D. Smith



Services Thru: 09/30/06

Our Reference DE3-0214    DP-304592: Rear Sensor Diagnostics for
                          [REDACTED]


   Professional Services                             Hours         Value

   09/06/2006 PHC Prepare Appeal Brief ( $375.00/Hr)  3.00        1,125.00
   09/08/2006 PHC Prepare Appeal Brief ( $375.00/Hr)  4.00        1,500.00

   Total Professional Services . . . . . . . . . .  $2,625.00

   Disbursements

   06/01/2006      Government Fee for Filing                        500.00
   09/20/2006      Government Fee for Filing                        500.00
   09/20/2006      Government Fee for Filing                        450.00

   Total Disbursements . . . . . . . . . . . . .    $1,450.00

   Total This Bill . . . . . . . . . . . . . . . . . . . . .     $4,075.00
```

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 09/30/06

Our Reference DE3-0239   DP-305828: Velocity Compensation for ███████ ███████████

| Professional Services | Hours | Value |
|---|---|---|
| 06/15/2006 KJM Review office action ( $320.00/Hr) | .50 | 160.00 |
| 06/16/2006 DRG Prepare Response to Office Action ( $170.00/Hr) | .30 | 51.00 |
| 08/15/2006 JFB Prepare response to an Office Action; File office action with USPTO ( $260.00/Hr) | 5.50 | 1,430.00 |

Total Professional Services . . . . . . . . . . .   $1,641.00

Disbursements

| | |
|---|---|
| Photocopies | 4.40 |
| Postage | 1.74 |

Total Disbursements . . . . . . . . . . . . . . .   $6.14

Total This Bill . . . . . . . . . . . . . . . . . . . .   $1,647.14

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 09/30/06

Our Reference DE3-0248   DP-305592: Scheme to Integrate Engineering Activities From Product

| Professional Services | Hours | Value |
|---|---|---|
| 06/15/2006 KJM Review office action; office conference regarding the same. ( $320.00/Hr) | .50 | 160.00 |
| 06/22/2006 SRB Prepare Amendment and email correspondence with inventors regarding outstanding office action and discussion of cited references. ( $270.00/Hr) | 1.00 | 270.00 |
| 08/14/2006 SRB Review of cited art, teleconference with B. Muscott; preparation of amendment. ( $270.00/Hr) | 7.50 | 2,025.00 |

Total Professional Services . . . . . . . . . . . .   $2,455.00

Adjustment . . . . . . . . . . . . . . . . . . . .   ($805.00)

Total Professional Services . . . . . . . . . . . .   $1,650.00

Disbursements

        Postage                                                    2.70

Total Disbursements . . . . . . . . . . . . . . . .   $2.70

Total This Bill . . . . . . . . . . . . . . . . . . . . . .   $1,652.70

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         November 27, 2006

   Delphi Technologies, Inc.
   Legal Staff - M/C 480-410-202
   P.O. Box 5052
   Troy, Michigan 48007-5052
   Michael D. Smith


Services Thru: 09/30/06

Our Reference DE3-0253    DP-304796: Elimination   of Current Error Due to
                          Dynamics for Parameter


   Professional Services                             Hours         Value

   06/20/2006 SRB Prepare and file response to office
              action ( $270.00/Hr)                    6.50       1,755.00

   Total Professional Services . . . . . . . . . .             $1,755.00

   Adjustment . . . . . . . . . . . . . . . . . . .              ($265.00)

   Total Professional Services . . . . . . . . . .             $1,490.00

   Total This Bill . . . . . . . . . . . . . . . . . . . .     $1,490.00
```

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


November 27, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 09/30/06

Our Reference DE3-0260    DP-301377: Transient Compensation Voltage
                          Feedforward for …


| Professional Services | Hours | Value |
|---|---|---|
| 06/19/2006 SRB Prepare Amendment and Request for Continued Examination. ( $270.00/Hr) | 4.50 | 1,215.00 |
| 06/21/2006 SRB Prepare Amendment ( $270.00/Hr) | 2.70 | 729.00 |
| 08/08/2006 KJM Telephone conference with Examiner re: amendment ( $320.00/Hr) | .50 | 160.00 |
| 08/08/2006 SRB Telephone conference with Examiner to discuss proposed claim amendments. ( $270.00/Hr) | 1.50 | 405.00 |
| 08/25/2006 SRB Telephone conference with Examiner regarding Examiner's Amendment. ( $270.00/Hr) | .70 | 189.00 |

Total Professional Services . . . . . . . . . . .    $2,698.00

Adjustment . . . . . . . . . . . . . . . . . . .    ($454.00)

Total Professional Services . . . . . . . . . . .    $2,244.00

Disbursements

06/28/2006    Government Fee for Filing                                790.00

Total Disbursements . . . . . . . . . . . . . . .    $790.00

Total This Bill . . . . . . . . . . . . . . . . . . . . . . .    $3,034.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 09/30/06

Our Reference DE3-0267    DP-305295: Horizontally Structured CAD/CAM Coordinate System

| Professional Services | Hours | Amount |
|---|---|---|
| 06/29/2006 KJM Review office action ( $320.00/Hr) | .50 | 160.00 |
| 09/29/2006 KJM Office Conference regarding application; telephone conference with client re: same ( $320.00/Hr) | .20 | 64.00 |
| Total Professional Services . . . . . . . . . . . | | $224.00 |
| Total This Bill . . . . . . . . . . . . . . . . . . . | | $224.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 09/30/06

Our Reference DE3-0269    DP-305829: Exterior Linked Representational Embodiment

| Professional Services | Hours | Value |
|---|---|---|
| 06/26/2006 SRB Prepare and file response to office action ( $270.00/Hr) | 6.50 | 1,755.00 |
| 09/11/2006 KJM Review office action ( $320.00/Hr) | .50 | 160.00 |
| 09/20/2006 GJO Review office action and Prosecution History ( $255.00/Hr) | .50 | 127.50 |

Total Professional Services . . . . . . . . . . . .    $2,042.50

Adjustment . . . . . . . . . . . . . . . . . . . . .    ($1,370.00)

Total Professional Services . . . . . . . . . . . .    $672.50

Disbursements

| 07/06/2006 | Government Fee for Filing | 790.00 |
| | Federal Express | 32.00 |

Total Disbursements . . . . . . . . . . . . . . . .    $822.00

Total This Bill . . . . . . . . . . . . . . . . . . . . . . . . .    $1,494.50