CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 09/30/06

Our Reference DE3-0274    DP-306725: Virtual Inspection of Math Based Machined Parts

| Professional Services | Hours | Amount |
|---|---|---|
| 06/20/2006 IMT Review file ( $185.00/Hr) | 1.00 | 185.00 |
| 07/24/2006 IMT Prepare Amendment ( $185.00/Hr) | .40 | 74.00 |
| 07/25/2006 IMT Prepare Amendment ( $185.00/Hr) | 5.50 | 1,017.50 |
| 09/11/2006 KJM Review office action ( $320.00/Hr) | .50 | 160.00 |
| 09/20/2006 GJO Review Office Action And Prosecution History ( $255.00/Hr) | .50 | 127.50 |
| 09/21/2006 KJM Review letter to client; revise. ( $320.00/Hr) | .20 | 64.00 |
| 09/21/2006 GJO Write Recommendation Letter To Client ( $255.00/Hr) | 1.60 | 408.00 |
| 09/26/2006 GJO Finalize Report Letter To Client ( $255.00/Hr) | .50 | 127.50 |

Total Professional Services . . . . . . . . . . .  $2,163.50

Total This Bill . . . . . . . . . . . . . . . . . . . .  $2,163.50

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         November 27, 2006

     Delphi Technologies, Inc.
     Legal Staff - M/C 480-410-202
     P.O. Box 5052
     Troy, Michigan 48007-5052
     Michael D. Smith



Services Thru: 09/30/06

Our Reference DE3-0301    DP-308270: Inverter Linearization with
                          Secondary Modulation
```

| Professional Services | Hours | Value |
|---|---|---|
| 06/29/2006 KJM Review office action ( $320.00/Hr) | .50 | 160.00 |
| 09/06/2006 JFB Prepare response to Office Action from the USPTO ( $260.00/Hr) | 6.50 | 1,690.00 |
| 09/07/2006 JFB Prepare response to an Office Action from the USPTO ( $260.00/Hr) | 1.50 | 390.00 |
| 09/08/2006 JFB Prepare response to Office Action from the USPTO ( $260.00/Hr) | .20 | 52.00 |
| 09/18/2006 KJM Review response to office action ( $320.00/Hr) | .20 | 64.00 |

```
Total Professional Services . . . . . . . . . . .    $2,356.00

Adjustment . . . . . . . . . . . . . . . . . . . .    ($706.00)

Total Professional Services . . . . . . . . . . .    $1,650.00

Disbursements

              Photocopies                                          6.00

Total Disbursements . . . . . . . . . . . . . . .      $6.00

Total This Bill . . . . . . . . . . . . . . . . . . . .          $1,656.00
```

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 09/30/06

Our Reference DE3-0302    DP-308346:Fault Tolerant Torque Sensor Signal
Processing

| Professional Services | Hours | Amount |
|---|---|---|
| 08/28/2006 KJM Review appeal ( $320.00/Hr) | .50 | 160.00 |
| 09/05/2006 KJM Review correspondence from client ( $320.00/Hr) | .20 | 64.00 |
| Total Professional Services . . . . . . . . . . . . | $224.00 | |
| Disbursements | | |
|     Photocopies | | 2.80 |
|     Postage | | .87 |
| Total Disbursements . . . . . . . . . . . . . . . | $3.67 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | $227.67 |

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         November 27, 2006

    Delphi Technologies, Inc.
    Legal Staff - M/C 480-410-202
    P.O. Box 5052
    Troy, Michigan 48007-5052
    Michael D. Smith



Services Thru: 09/30/06

Our Reference DE3-0327    DP-308248: Controllable Ratio Actuator with Zero
                          Lash


   Professional Services                              Hours            Value

   06/30/2006 DG   Prepare Amendment ( $130.00/Hr)    7.20             936.00
   07/10/2006 DG   Prepare Amendment ( $130.00/Hr)    5.00             650.00
   07/28/2006 KJM  Review Amendment  ( $320.00/Hr)     .20              64.00
   08/07/2006 KJM  Review amendment  ( $320.00/Hr)     .20              64.00
   08/07/2006 DG   Prepare Amendment ( $130.00/Hr)    1.20             156.00
   08/08/2006 DG   Prepare Amendment ( $130.00/Hr)    8.70           1,131.00
   08/10/2006 KJM  Review amendment  ( $320.00/Hr)     .50             160.00
   08/10/2006 DG   Prepare Amendment ( $130.00/Hr)    4.20             546.00
   08/11/2006 SFS  Review amendment  ( $270.00/Hr)    1.00             270.00
   08/11/2006 DG   Prepare Amendment ( $130.00/Hr)    4.50             585.00

   Total Professional Services . . . . . . . . . .   $4,562.00

   Adjustment . . . . . . . . . . . . . . . . . .   ($2,912.00)

   Total Professional Services . . . . . . . . . .   $1,650.00

   Disbursements

              Postage                                                    3.18

   Total Disbursements . . . . . . . . . . . . . .      $3.18

   Total This Bill . . . . . . . . . . . . . . . . . . . . .        $1,653.18
```

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 09/30/06

Our Reference DE3-0351      DP-309972: Software System for Verification
                            of Manufacturing Process

| Professional Services | Hours | Value |
|---|---|---|
| 06/29/2006 JFB Pursuant to client's request, prepare Information Disclosure Statement citing references identified in a foreign search report; file same with USPTO ( $260.00/Hr) | .90 | 234.00 |
| Total Professional Services . . . . . . . . . . . . | $234.00 | |
| Disbursements | | |
| Photocopies | | 34.00 |
| Total Disbursements . . . . . . . . . . . . . . . . | $34.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . . | | $268.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 09/30/06

Our Reference DE3-0352     DP-310072: Software System ~~for MSD Manufacturing System~~

| Professional Services | Hours | Value |
|---|---|---|
| 06/29/2006 JFB Pursuant to client's request, prepare Information Disclosure Statement citing references identified in a foreign search report; file same with USPTO ( $260.00/Hr) | .90 | 234.00 |
| Total Professional Services . . . . . . . . . . . . | $234.00 | |

Disbursements

| | | |
|---|---|---|
| Photocopies | | 34.00 |
| Total Disbursements . . . . . . . . . . . . . . . . | $34.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . . . | | $268.00 |

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         November 27, 2006

    Delphi Technologies, Inc.
    Legal Staff - M/C 480-410-202
    P.O. Box 5052
    Troy, Michigan 48007-5052
    Michael D. Smith
```

Services Thru: 09/30/06

Our Reference DE3-0355    DP-312124: Method for 3D Visualization of Feature Based Models

| Professional Services | Hours | Value |
|---|---|---|
| 06/01/2006 JCL Prepare Amendment ( $120.00/Hr) | 6.50 | 780.00 |
| 06/02/2006 JCL Prepare Amendment ( $120.00/Hr) | 5.50 | 660.00 |
| 06/05/2006 JFB Prepare response to Office Action ( $260.00/Hr) | 1.50 | 390.00 |
| 06/05/2006 JCL Prepare Amendment ( $120.00/Hr) | .80 | 96.00 |
| 06/12/2006 JFB Prepare response to Office Action from USPTO ( $260.00/Hr) | 1.30 | 338.00 |
| 06/12/2006 JCL Prepare Amendment ( $120.00/Hr) | 3.50 | 420.00 |
| 06/13/2006 JFB File response to an office Action with the USPTO ( $260.00/Hr) | .40 | 104.00 |
| 06/29/2006 JFB Pursuant to client's request, prepare Information Disclosure Statement citing references identified in a foreign search report; file same with USPTO ( $260.00/Hr) | .90 | 234.00 |

Total Professional Services . . . . . . . . . . .    $3,022.00

Adjustment . . . . . . . . . . . . . . . . . . .    ($2,242.00)

Total Professional Services . . . . . . . . . . .    $780.00

Disbursements

      Photocopies                                          34.00

Total Disbursements . . . . . . . . . . . . . . .    $34.00

Total This Bill . . . . . . . . . . . . . . . . .    $814.00

CANTOR COLBURN LLP  
55 GRIFFIN ROAD SOUTH  
BLOOMFIELD, CT 06002  
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

Services Thru: 09/30/06

Our Reference DE3-0367     DP-313387: Robust Assembly for Gears

| Professional Services | Hours | Value |
|---|---|---|
| 06/13/2006 KJM Telephone conference with client re: application; office conference with Attorney Gilmour regarding the same. ( $320.00/Hr) | .50 | 160.00 |
| 06/13/2006 DG  Prepare Application ( $130.00/Hr) | 2.00 | 260.00 |
| 06/15/2006 DG  Prepare Application ( $130.00/Hr) | .50 | 65.00 |
| 07/11/2006 DG  Prepare Application ( $130.00/Hr) | 6.70 | 871.00 |
| 07/12/2006 DG  Prepare Application ( $130.00/Hr) | 1.80 | 234.00 |
| 07/14/2006 DG  Prepare Application ( $130.00/Hr) | .20 | 26.00 |
| 07/20/2006 KJM Review papers and execute. ( $320.00/Hr) | .20 | 64.00 |

Total Professional Services . . . . . . . . . . .   $1,680.00

Adjustment . . . . . . . . . . . . . . . . . . .   ($1,680.00)

Total Professional Services . . . . . . . . . . .   $0.00

Disbursements

| 07/20/2006 | Government Fee for Filing | 1,000.00 |
| 07/20/2006 | Government Fee for Filing | 40.00 |
|  | Express Mail | 14.40 |

Total Disbursements . . . . . . . . . . . . . . .   $1,054.40

Total This Bill . . . . . . . . . . . . . . . . . . . . . .   $1,054.40

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         November 27, 2006

    Delphi Technologies, Inc.
    Legal Staff - M/C 480-410-202
    P.O. Box 5052
    Troy, Michigan 48007-5052
    Michael D. Smith


Services Thru: 09/30/06

Our Reference DE3-0371    DP-313866: Active Front Steering System and
                          Method



    Professional Services                              Hours         Value

    06/08/2006 JFB Prepare Application ( $260.00/Hr)     .80        208.00
    06/12/2006 JFB Prepare Application ( $260.00/Hr)     .50        130.00

    Total Professional Services . . . . . . . . . .    $338.00

    Adjustment . . . . . . . . . . . . . . . . . .    ($338.00)

    Total Professional Services . . . . . . . . . .      $0.00

    Disbursements

    06/07/2006     Drawings                                         364.00
    06/26/2006     Government Fee for Filing                      1,600.00
    06/26/2006     Government Fee for Filing                         40.00
                   Express Mail                                      14.40

    Total Disbursements . . . . . . . . . . . . .    $2,018.40

    Total This Bill . . . . . . . . . . . . . . . . . . . . .   $2,018.40
```

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 09/30/06

Our Reference DE3-0372    DP-313884: ~~Chassis~~ Diagnostic Supervisor ~~(CDS)~~

| Professional Services | Hours | Value |
|---|---|---|
| 06/12/2006 JFB Prepare Application ( $260.00/Hr) | 1.50 | 390.00 |
| 06/20/2006 JFB File patent application with USPTO ( $260.00/Hr) | .50 | 130.00 |

Total Professional Services . . . . . . . . . . .    $520.00

Adjustment . . . . . . . . . . . . . . . . . . .    ($520.00)

Total Professional Services . . . . . . . . . .    $0.00

Disbursements

| 06/13/2006 | Drawings | 200.00 |
| 06/21/2006 | Government Fee for Filing | 1,000.00 |
| 06/21/2006 | Government Fee for Filing | 40.00 |
| | Express Mail | 18.80 |
| | Photocopies | 53.60 |

Total Disbursements . . . . . . . . . . . . . . .    $1,312.40

Total This Bill . . . . . . . . . . . . . . . . . . . . . .    $1,312.40

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 09/30/06

Our Reference DE3-0373    DP-314029: ~~Spinach 4 Bar Linkage~~ Gearing Axis Support

| Professional Services | Hours | Amount |
|---|---|---|
| 08/30/2006 KJM  Review letter from client; review provisional application ( $320.00/Hr) | 1.00 | 320.00 |
| 08/30/2006 DG  Prepare Application ( $130.00/Hr) | .20 | 26.00 |
| 09/28/2006 DG  Prepare Application ( $130.00/Hr) | 5.00 | 650.00 |
| Total Professional Services . . . . . . . . . . . . | | $996.00 |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | $996.00 |

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         November 27, 2006

   Delphi Technologies, Inc.
   Legal Staff - M/C 480-410-202
   P.O. Box 5052
   Troy, Michigan 48007-5052
   Michael D. Smith



Services Thru: 09/30/06

Our Reference DE3-0375    DP-312657: Enhanced Digital Process Design
                          Methodology for Process


   Professional Services                         Hours          Value

   06/02/2006 SRB Information Disclosure Statement
              ( $270.00/Hr)                       1.00         270.00

   Total Professional Services . . . . . . . . .   $270.00

   Adjustment . . . . . . . . . . . . . . . . . .  ($270.00)

   Total Professional Services . . . . . . . . .     $0.00

   Total This Bill . . . . . . . . . . . . . . . . . . . .     $0.00
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         November 27, 2006

    Delphi Technologies, Inc.
    Legal Staff - M/C 480-410-202
    P.O. Box 5052
    Troy, Michigan 48007-5052
    Michael D. Smith


Services Thru: 09/30/06

Our Reference DE3-0379     DP-314483: Surface Estimation


   Professional Services                                Hours           Value

   06/01/2006 JFB Prepare Application ( $260.00/Hr)      5.00         1,300.00
   06/02/2006 JFB Prepare Application ( $260.00/Hr)      3.00           780.00
   06/13/2006 JFB Prepare Application ( $260.00/Hr)      1.60           416.00
   06/14/2006 JFB Prepare Application ( $260.00/Hr)      3.10           806.00
   06/15/2006 JFB Prepare Application ( $260.00/Hr)      5.00         1,300.00
   06/26/2006 JFB Prepare Application ( $260.00/Hr)      4.80         1,248.00
   06/27/2006 JFB Prepare Application ( $260.00/Hr)      3.20           832.00
   07/10/2006 JFB Prepare Application ( $260.00/Hr)      3.00           780.00
   07/13/2006 JFB Prepare Application ( $260.00/Hr)       .50           130.00
   07/17/2006 JFB Prepare Application ( $260.00/Hr)      1.00           260.00
   07/18/2006 JFB File patent application with USPTO
              ( $260.00/Hr)                               .50           130.00

   Total Professional Services . . . . . . . . . . .   $7,982.00

   Adjustment . . . . . . . . . . . . . . . . . . .   ($5,923.00)

   Total Professional Services . . . . . . . . . .     $2,059.00

   Disbursements

   07/18/2006      Government Fee for Filing                         2,000.00
   07/18/2006      Government Fee for Filing                            40.00
   07/18/2006      Drawings                                            350.00
                   Express Mail                                         14.40
                   Photocopies                                          44.80
                   Postage                                               4.59

   Total Disbursements . . . . . . . . . . . . . .     $2,453.79

   Total This Bill . . . . . . . . . . . . . . . .                  $4,512.79
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         November 27, 2006

   Delphi Technologies, Inc.
   Legal Staff - M/C 480-410-202
   P.O. Box 5052
   Troy, Michigan 48007-5052
   Michael D. Smith


Services Thru: 09/30/06

Our Reference DE3-0381    DP-314735: Integrated and Compact Sine Motor
                          for Electric Power
```

| Professional Services | | Hours | Value |
|---|---|---|---|
| 06/14/2006 KJM | Office Conference and telephone conference with inventors regarding application. ( $320.00/Hr) | 1.00 | 320.00 |
| 06/14/2006 SRB | Telephone conference and email correspondence with inventor, discussion of claims, and additional embodiments to application. ( $270.00/Hr) | 2.20 | 594.00 |
| 07/05/2006 SRB | Revise formal drawings. ( $270.00/Hr) | .50 | 135.00 |

```
   Total Professional Services . . . . . . . . . . .     $1,049.00

   Adjustment . . . . . . . . . . . . . . . . . . . .   ($1,049.00)

   Total Professional Services . . . . . . . . . . .         $0.00

   Disbursements

   07/27/2006      Government Fee for Filing                              1,850.00
   07/27/2006      Government Fee for Filing                                 40.00
                   Express Mail                                              22.20
                   Postage                                                    2.79

   Total Disbursements . . . . . . . . . . . . . .     $1,914.99

   Total This Bill . . . . . . . . . . . . . . . . . . . . . .    $1,914.99
```

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 09/30/06

Our Reference DE3-0383   DP-314869: Enhanced Pull Compensation

| Professional Services | Hours | Amount |
|---|---|---|
| 06/02/2006 SRB Information Disclosure Statement ( $270.00/Hr) | 1.00 | 270.00 |
| 06/05/2006 SRB Prepare Application and consideration of comments received from inventor; Addition of further embodiments to specification. ( $270.00/Hr) | 1.70 | 459.00 |
| 06/07/2006 SRB Telephone conference and email correspondence with inventor regarding drafting of application. ( $270.00/Hr) | 1.80 | 486.00 |
| 06/08/2006 SRB Prepare Application and email correspondence with inventors. ( $270.00/Hr) | .50 | 135.00 |
| 07/06/2006 SRB Revise formal drawings. ( $270.00/Hr) | 1.00 | 270.00 |
| 08/10/2006 SRB Review further disclosure materials submitted by inventor. ( $270.00/Hr) | 1.20 | 324.00 |
| 09/29/2006 KJM Review application; telephone conference with client re: same ( $320.00/Hr) | .20 | 64.00 |

Total Professional Services . . . . . . . . . . . .   $2,008.00

Adjustment . . . . . . . . . . . . . . . . . . . .   ($2,008.00)

Total Professional Services . . . . . . . . . . . .   $0.00

Total This Bill . . . . . . . . . . . . . . . . . . . . . . .   $0.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 09/30/06

Our Reference DE3-0384    DP-312415: Elimination Of Periodic Sensor and Error Content

| Professional Services | | Hours | Value |
|---|---|---|---|
| 06/05/2006 KJM | Office Conference with Attorney Bartholomew re: application and contact client. ( $320.00/Hr) | .20 | 64.00 |
| 06/05/2006 SRB | Prepare Application ( $270.00/Hr) | 7.70 | 2,079.00 |
| 06/06/2006 SRB | Prepare Application ( $270.00/Hr) | 7.50 | 2,025.00 |
| 06/30/2006 KJM | Office Conference with Attorney Bartholomew regarding application. ( $320.00/Hr) | .30 | 96.00 |
| 06/30/2006 SRB | Revise Application ( $270.00/Hr) | 1.80 | 486.00 |
| 07/05/2006 SRB | Revise formal drawings. ( $270.00/Hr) | .50 | 135.00 |
| 07/05/2006 SRB | Prepare addition of further embodiments to disclosure. ( $270.00/Hr) | 1.00 | 270.00 |
| 07/12/2006 SRB | Information Disclosure Statement ( $270.00/Hr) | 1.00 | 270.00 |

Total Professional Services . . . . . . . . . . .   $5,425.00

Adjustment . . . . . . . . . . . . . . . . . . .   ($5,425.00)

Total Professional Services . . . . . . . . . . .   $0.00

Disbursements

| 07/28/2006 | Government Fee for Filing | 1,000.00 |
|---|---|---|
| 07/28/2006 | Government Fee for Filing | 40.00 |
| | Express Mail | 22.20 |
| | Postage | 2.31 |

Total Disbursements . . . . . . . . . . . . . . .   $1,064.51

Total This Bill . . . . . . . . . . . . . . . . .   $1,064.51

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         November 27, 2006

    Delphi Technologies, Inc.
    Legal Staff - M/C 480-410-202
    P.O. Box 5052
    Troy, Michigan 48007-5052
    Michael D. Smith


Services Thru: 09/30/06

Our Reference DE3-0385    DP-314868: Quadrant Dependent Active Damping
                          for Electric Power


    Professional Services                                Hours           Value

    06/01/2006 SRB Prepare Application ( $270.00/Hr)      7.50        2,025.00
    06/02/2006 SRB Prepare Application ( $270.00/Hr)      6.50        1,755.00
    06/05/2006 KJM Office Conference with Attorney
                   Bartholomew re: application and
                   contact client. ( $320.00/Hr)           .20           64.00
    06/08/2006 SRB Revise Application and revisions in
                   view of inventor comments.
                   ( $270.00/Hr)                          2.20          594.00
    06/23/2006 SRB Revise Application including
                   addition of further embodiments and
                   revising application in accordance
                   with inventor comments.
                   ( $270.00/Hr)                          2.30          621.00
    07/12/2006 SRB Information Disclosure Statement
                   ( $270.00/Hr)                          1.00          270.00

    Total Professional Services . . . . . . . . . .    $5,329.00

    Adjustment . . . . . . . . . . . . . . . . . .   ($5,329.00)

    Total Professional Services . . . . . . . . . .        $0.00

    Disbursements

    07/28/2006     Government Fee for Filing                          1,000.00
    07/28/2006     Government Fee for Filing                             40.00
                   Express Mail                                          22.20
                   Postage                                                1.83

    Total Disbursements . . . . . . . . . . . . .     $1,064.03

    Total This Bill . . . . . . . . . . . . . . .                   $1,064.03
```

```
          CANTOR COLBURN LLP
          55 GRIFFIN ROAD SOUTH
          BLOOMFIELD, CT 06002
          PHONE: (860)286-2929


                November 27, 2006

   Delphi Technologies, Inc.
   Legal Staff - M/C 480-410-202
   P.O. Box 5052
   Troy, Michigan 48007-5052
   Michael D. Smith
```

Services Thru: 09/30/06

Our Reference DE3-0387      DP-314874: Method and Circuit for Determining
                            the State of the Motor

| Professional Services | Hours | Amount |
|---|---|---|
| 06/06/2006 SRB Prepare Application ( $270.00/Hr) | 1.20 | 324.00 |
| 09/29/2006 KJM Review application; telephone conference with client re: same ( $320.00/Hr) | .20 | 64.00 |
| Total Professional Services . . . . . . . . . . . . | | $388.00 |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . | | $388.00 |