CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 09/30/06

Our Reference DE3-0388      DP-315276: Dynamic PMW Dead-Time to Improve
                            Torque Ripple

| Professional Services | Hours | Amount |
|---|---|---|
| 09/29/2006 KJM Review application; telephone conference with client re: same ( $320.00/Hr) | .20 | 64.00 |
| Total Professional Services . . . . . . . . . . . | $64.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | $64.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


November 27, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 09/30/06

Our Reference DE3-0389     DP-314977: Method to Limit Tire Slip Angle for
                           Lateral Force


| Professional Services | Hours | Amount |
|---|---|---|
| 06/07/2006 KJM Review disclosure ( $320.00/Hr) | .50 | 160.00 |
| 09/29/2006 KJM Review application; telephone conference with client re: same ( $320.00/Hr) | .20 | 64.00 |
| Total Professional Services . . . . . . . . . . . | $224.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . | | $224.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


November 27, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 09/30/06

Our Reference DE3-0390      DP-314966: Torque Overlay Command
                            Computation From Vehicle


| Professional Services | Hours | Amount |
|---|---|---|
| 06/07/2006 KJM Review disclosure ( $320.00/Hr) | .50 | 160.00 |
| 09/29/2006 KJM Review application; telephone conference with client re: same ( $320.00/Hr) | .20 | 64.00 |
| Total Professional Services . . . . . . . . . . . | $224.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . | | $224.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 09/30/06

Our Reference DE3-0391     DP-315551: Lane Keeping and Handling Non-Detected
                           Lane Markers

| Professional Services | Hours | Amount |
|---|---|---|
| 08/22/2006 KJM Review disclosure ( $320.00/Hr) | .50 | 160.00 |
| 09/01/2006 GJO Prepare application, review disclosure, and research background ( $255.00/Hr) | 3.00 | 765.00 |
| 09/05/2006 GJO Telephone conference with inventors re: application; work on specification and drawings ( $255.00/Hr) | 3.00 | 765.00 |
| 09/06/2006 GJO Prepare Application ( $255.00/Hr) | 7.00 | 1,785.00 |
| 09/07/2006 GJO Coordinate with inventor for review; complete rough draft ( $255.00/Hr) | .90 | 229.50 |
| 09/14/2006 GJO Review inventor comments and additional disclosure ( $255.00/Hr) | .80 | 204.00 |
| 09/15/2006 GJO Prepare Application ( $255.00/Hr) | 4.00 | 1,020.00 |
| 09/18/2006 GJO Write claim set; complete final draft ( $255.00/Hr) | 1.00 | 255.00 |
| 09/29/2006 KJM Review application; telephone conference with client re: same ( $320.00/Hr) | .20 | 64.00 |

Total Professional Services . . . . . . . . . . .     $5,247.50

Adjustment . . . . . . . . . . . . . . . . . . . .     ($247.50)

Total Professional Services . . . . . . . . . . .     $5,000.00

Disbursements

            Federal Express                                              14.62

Total Disbursements . . . . . . . . . . . . . . .             14.62

Total This Bill . . . . . . . . . . . . . . . . . . . . .             $5,014.62

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


November 27, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 09/30/06

Our Reference DE4-0077F   DP-311037: Apparatus and Method for ▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

| Professional Services | Hours | Amount |
|---|---|---|
| 09/22/2006 CCB Amend for application in China ( $310.00/Hr) | .30 | 93.00 |
| Total Professional Services . . . . . . . . . . . | $93.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . . . | | $93.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


November 27, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 09/30/06

Our Reference DE4-0079      DP-311141: Occupant Tether Proximity Sensor
                            for Housing Vent Closure


| Professional Services | Hours | Amount |
|---|---|---|
| 08/29/2006 CCB Telephone conference with Jim Webber re: file ( $310.00/Hr) | .50 | 155.00 |
| Total Professional Services . . . . . . . . . . . | $155.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | $155.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


November 27, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 09/30/06

Our Reference DE4-0080P    DP-307228: Over-Molded Beaded Cable for Driving
                           Applications


| Professional Services | Hours | Amount |
|---|---|---|
| 09/26/2006 CCB Prepare Amendment ( $310.00/Hr) | 1.00 | 310.00 |
| Total Professional Services . . . . . . . . . . . | $310.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | $310.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


November 27, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 09/30/06

Our Reference DE4-0088    DP-311802: Airbag Module with Inflatable Proximity
                          Sensor


| Professional Services | Hours | Amount |
|---|---|---|
| 08/29/2006 CCB Prepare amendment ( $310.00/Hr) | 1.50 | 465.00 |
| Total Professional Services . . . . . . . . . . . | $465.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . . . | | $465.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


November 27, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 09/30/06

Our Reference DE4-0111      DP-312965: Side Curtain Airbag Blind Airbag Snap
                            Attachment


| Professional Services | Hours | Value |
|---|---|---|
| 06/21/2006 CCB Prepare Petition to Accept Incomplete Declaration ( $310.00/Hr) | .50 | 155.00 |
| Total Professional Services . . . . . . . . . . . . | $155.00 | |
| Adjustment . . . . . . . . . . . . . . . . . . . . | ($155.00) | |
| Total Professional Services . . . . . . . . . . . | $0.00 | |

Disbursements

| | | |
|---|---|---|
| 06/22/2006 | Government Fee for Filing | 1,000.00 |
| 06/22/2006 | Government Fee for Filing | 600.00 |
| 06/22/2006 | Government Fee for Filing | 400.00 |
| 06/22/2006 | Government Fee for Filing | 130.00 |
| 06/22/2006 | Government Fee for Filing | 450.00 |
| 06/22/2006 | Government Fee for Filing | 40.00 |
| 06/23/2006 | Government Fee for Filing | 130.00 |
| | Federal Express | 56.59 |
| | Photocopies | 10.00 |

Total Disbursements . . . . . . . . . . . . . . .      $2,816.59

Total This Bill . . . . . . . . . . . . . . . . . . . . . . . .      $2,816.59

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


November 27, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 09/30/06

Our Reference DE4-0129P   DP-313710: Seat Belt Buckle


| Professional Services | Hours | Value |
|---|---|---|
| 08/15/2006 CCB Prepare Application and file provisional application ( $310.00/Hr) | 7.00 | 2,170.00 |
| Total Professional Services . . . . . . . . . . . . | $2,170.00 | |
| Disbursements | | |
| Express Mail | | 14.40 |
| Postage | | 2.00 |
| Total Disbursements . . . . . . . . . . . . . . . | $16.40 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | $2,186.40 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


November 27, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 09/30/06

Our Reference DE4-0130      DP-314049: Emergency Closing Assembly and
                            Method for Immediate


| Professional Services | Hours | Value |
|---|---|---|
| 08/14/2006 CCB Prepare and file "Missing Parts" in U.S. Patent and Trademark Office ( $310.00/Hr) | .80 | 248.00 |
| Total Professional Services . . . . . . . . . . . | $248.00 | |

Disbursements

| | | |
|---|---|---|
| 08/21/2006 | Government Fee for Filing | 130.00 |
| 08/21/2006 | Government Fee for Filing | 1,650.00 |
| | Postage | 4.34 |
| | Federal Express | 15.95 |
| Total Disbursements . . . . . . . . . . . . . . . | $1,800.29 | |

Total This Bill . . . . . . . . . . . . . . . . . . . . . . .    $2,048.29

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


November 27, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 09/30/06

Our Reference DE4-0150      DP-314400: Method to Reduce/Eliminate Lockup
                            of Seatbelt Retractor


| Professional Services | Hours | Amount |
|---|---|---|
| 06/19/2006 CCB Prepare Application ( $310.00/Hr) | .50 | 155.00 |
| 08/22/2006 CCB Prepare Application ( $310.00/Hr) | .30 | 93.00 |
| 09/04/2006 CCB Prepare Application ( $310.00/Hr) | .50 | 155.00 |
| 09/18/2006 CCB Prepare non-provisional application ( $310.00/Hr) | .50 | 155.00 |
| 09/20/2006 CCB Prepare non-provisional application ( $310.00/Hr) | .50 | 155.00 |
| 09/25/2006 CCB Prepare Application ( $310.00/Hr) | 1.00 | 310.00 |

Total Professional Services . . . . . . . . . . .      $1,023.00

Disbursements

09/07/2006      Drawings                                             100.00

Total Disbursements . . . . . . . . . . . . . . .      $100.00

Total This Bill . . . . . . . . . . . . . . . . . . . .      $1,123.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


November 27, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 09/30/06

Our Reference DE4-0151      DP-314114: Variable Venting Inflation Safety
                            System to Provide


| Professional Services | Hours | Value |
|---|---|---|
| 06/05/2006 CCB Prepare Application ( $310.00/Hr) | .50 | 155.00 |
| 06/07/2006 CCB Prepare Application ( $310.00/Hr) | .20 | 62.00 |
| 06/17/2006 CCB Revise application, include new embodiments ( $310.00/Hr) | 2.00 | 620.00 |
| 06/23/2006 CCB Prepare Application ( $310.00/Hr) | 1.00 | 310.00 |
| 06/29/2006 CCB Prepare Application ( $310.00/Hr) | .70 | 217.00 |
| 07/28/2006 CCB Prepare Application ( $310.00/Hr) | 1.10 | 341.00 |

Total Professional Services . . . . . . . . . . .      $1,705.00

Adjustment . . . . . . . . . . . . . . . . . . .      ($1,705.00)

Total Professional Services . . . . . . . . . .          $0.00

Disbursements

| 07/05/2006 | Drawings | 150.00 |
|---|---|---|
| 08/01/2006 | Government Fee for Filing | 40.00 |
| | Postage | 2.31 |

Total Disbursements . . . . . . . . . . . . . . .      $192.31

Total This Bill . . . . . . . . . . . . . . . . . .      $192.31

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


November 27, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 09/30/06

Our Reference DE4-0152    DP-314115: Secondary Non-Electrically
                          Initiated Inflation for …


| Professional Services | Hours | Value |
|---|---|---|
| 06/01/2006 CCB Prepare Application ( $310.00/Hr) | 3.00 | 930.00 |
| 06/05/2006 CCB Prepare Application ( $310.00/Hr) | .50 | 155.00 |
| 06/16/2006 CCB Prepare Application ( $310.00/Hr) | 1.00 | 310.00 |
| 06/23/2006 CCB Prepare Application ( $310.00/Hr) | 1.00 | 310.00 |
| 06/29/2006 CCB Prepare Application ( $310.00/Hr) | .70 | 217.00 |
| 07/28/2006 CCB Prepare Application ( $310.00/Hr) | 1.10 | 341.00 |

Total Professional Services . . . . . . . . . . .    $2,263.00

Adjustment . . . . . . . . . . . . . . . . . . .    ($2,263.00)

Total Professional Services . . . . . . . . . . .    $0.00

Disbursements

| 07/05/2006 | Drawings | 100.00 |
|---|---|---|
| 08/01/2006 | Government Fee for Filing | 40.00 |
| | Postage | 2.55 |

Total Disbursements . . . . . . . . . . . . . . .    $142.55

Total This Bill . . . . . . . . . . . . . . . . . . . . .    $142.55

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


November 27, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 09/30/06

Our Reference DE4-0153    DP-314208: Method of Providing Extended Output
                          Inflation for Rollover


| Professional Services | Hours | Value |
|---|---|---|
| 06/14/2006 CCB Prepare Application ( $310.00/Hr) | .50 | 155.00 |
| 06/23/2006 CCB Prepare Application ( $310.00/Hr) | 1.00 | 310.00 |
| 07/31/2006 CCB Prepare Application ( $310.00/Hr) | 1.00 | 310.00 |

Total Professional Services . . . . . . . . . . .        $775.00

Adjustment . . . . . . . . . . . . . . . . . . .        ($775.00)

Total Professional Services . . . . . . . . . . .          $0.00

Disbursements

| 07/05/2006 | Drawings | 120.00 |
|---|---|---|
| 08/01/2006 | Government Fee for Filing | 40.00 |
| | Postage | 2.55 |

Total Disbursements . . . . . . . . . . . . . . .        $162.55

Total This Bill . . . . . . . . . . . . . . . . . . . .        $162.55

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


November 27, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 09/30/06

Our Reference DE4-0162      DP-314792: A Target Discrimination Process
                            for an ▓▓▓▓▓▓▓▓▓▓▓▓▓


| Professional Services | Hours | Amount |
|---|---|---|
| 06/15/2006 CCB Prepare Application ( $310.00/Hr) | .50 | 155.00 |
| 08/21/2006 CCB Prepare Application ( $310.00/Hr) | .30 | 93.00 |
| 08/31/2006 CCB Prepare Application and telephone conference with the inventor re: application ( $310.00/Hr) | 2.00 | 620.00 |

Total Professional Services . . . . . . . . . . .        $868.00

Total This Bill . . . . . . . . . . . . . . . . . . . . . . .        $868.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


November 27, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 09/30/06

Our Reference DE4-0164     DP-313915: ▨▨▨▨▨▨▨ Development Process


| Professional Services | Hours | Value |
|---|---|---|
| 07/17/2006 JFB Prepare response to file missing parts; file same with USPTO; prepare assignment recordation documents; file same with USPTO ( $260.00/Hr) | 1.10 | 286.00 |
| Total Professional Services . . . . . . . . . . . | | $286.00 |

Disbursements

| | | |
|---|---|---|
| 07/17/2006 | Government Fee for Filing | 130.00 |
| 07/17/2006 | Government Fee for Filing | 1,000.00 |
| 07/17/2006 | Government Fee for Filing | 1,400.00 |
| 07/17/2006 | Government Fee for Filing | 40.00 |
| | Postage | 2.76 |
| | Photocopies | 4.80 |

Total Disbursements . . . . . . . . . . . . . . .     $2,577.56

Total This Bill . . . . . . . . . . . . . . . . . . . . .     $2,863.56

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


November 27, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 09/30/06

Our Reference DE4-0164F    DP-313915: ▮▮▮▮▮▮▮▮▮▮▮▮ Development Process


Disbursements

06/07/2006      Government Fee for Filing                          3,571.00

Total Disbursements . . . . . . . . . . . . . .      $3,571.00

Total This Bill . . . . . . . . . . . . . . . . . . . .      $3,571.00