CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra

Services Thru: 09/30/06

Our Reference DE4-0168    DP-315148: Quick Acting Clutch for Motorized
                          Seatbelt Retractor

| Professional Services | Hours | Value |
|---|---|---|
| 06/12/2006 CCB Prepare Application ( $310.00/Hr) | 5.00 | 1,550.00 |
| 06/13/2006 CCB Prepare Application ( $310.00/Hr) | 3.40 | 1,054.00 |
| 08/10/2006 CCB Prepare Application ( $310.00/Hr) | 1.00 | 310.00 |
| 08/14/2006 CCB Prepare Application ( $310.00/Hr) | .50 | 155.00 |
| 08/16/2006 CCB Prepare Application ( $310.00/Hr) | 2.00 | 620.00 |
| 08/17/2006 CCB Prepare Application ( $310.00/Hr) | 4.00 | 1,240.00 |
| 08/18/2006 CCB Prepare and file provisional application ( $310.00/Hr) | 1.00 | 310.00 |
| 09/28/2006 CCB Prepare and file "Missing Parts" in U.S. Patent and Trademark Office ( $310.00/Hr) | .80 | 248.00 |

Total Professional Services . . . . . . . . . . .   $5,487.00

Adjustment . . . . . . . . . . . . . . . . . . .   ($2,254.00)

Total Professional Services . . . . . . . . . . .   $3,233.00

Disbursements

| 09/28/2006 | Government Fee for Filing | 250.00 |
| | Express Mail | 14.40 |
| | Postage | 1.35 |

Total Disbursements . . . . . . . . . . . . . . .   $265.75

Total This Bill . . . . . . . . . . . . . . . . . . . . . . .   $3,498.75

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         November 27, 2006

  Delphi Technologies, Inc.
  Legal Staff M/C 480-410-202
  P.O. Box 5052
  Troy, Michigan 48007
  Attn: Patrick M. Griffin
```

Services Thru: 09/30/06

Our Reference DE5-0003     DP-310113: Solid Oxide Fuel Cell and Thermo
                           Photovoltaic Converter

| Professional Services | Hours | Amount |
|---|---|---|
| 09/22/2006 CCB Prepare Amendment ( $310.00/Hr) | 1.30 | 403.00 |
| Total Professional Services . . . . . . . . . . . . | | $403.00 |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . . . . | | $403.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007
Attn: Patrick M. Griffin


Services Thru: 09/30/06

Our Reference DE5-0006    DP-314167: TPO with Better Paint Adhesion


| Professional Services | Hours | Amount |
|---|---|---|
| 07/24/2006 CCB Prepare Application ( $310.00/Hr) | .20 | 62.00 |
| 08/18/2006 MEG Prepare Application ( $275.00/Hr) | 4.00 | 1,100.00 |
| 08/20/2006 MEG Prepare Application ( $275.00/Hr) | 2.00 | 550.00 |
| 08/21/2006 MEG Reviewing final revisions and sending to inventors ( $275.00/Hr) | .50 | 137.50 |
| Total Professional Services | | $1,849.50 |
| Adjustment | | ($1,849.50) |
| Total Professional Services | | $0.00 |
| Total This Bill | | $0.00 |

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         November 27, 2006

    Delphi Technologies, Inc.
    Legal Staff M/C 480-410-202
    P.O. Box 5052
    Troy, Michigan 48007
    Attn: Patrick M. Griffin
```

Services Thru: 09/30/06

Our Reference DE5-0007    DP-314945: In-Door Power Sliding Door Unit

| Professional Services | Hours | Value |
|---|---|---|
| 06/12/2006 CCB Prepare Application ( $310.00/Hr) | 1.00 | 310.00 |
| 06/13/2006 CCB Prepare Application ( $310.00/Hr) | .40 | 124.00 |
| 06/13/2006 CCB Meeting with Dave Chapman re: in-door power sliding door unit ( $310.00/Hr) | 1.30 | 403.00 |
| 06/16/2006 CCB Review file wrapper of U.S. Patent No. ~~[redacted]~~ ( $310.00/Hr) | .70 | 217.00 |
| 06/19/2006 CCB Review file wrapper of U.S. Patent No. ~~[redacted]~~; telephone conference with Dave Whitehead re: same ( $310.00/Hr) | .40 | 124.00 |
| 06/19/2006 CCB Prepare Application and telephone conference with David Whitehead re: same ( $310.00/Hr) | .50 | 155.00 |
| 06/27/2006 CCB Review prior art and potential designs ( $310.00/Hr) | 2.00 | 620.00 |
| 07/19/2006 CCB Meet with Dave Whitehead re: prior art ( $310.00/Hr) | 1.20 | 372.00 |
| 07/20/2006 CCB Meet with Dave Whitehead re: prior art ( $310.00/Hr) | .40 | 124.00 |
| 07/21/2006 CCB Prepare Application ( $310.00/Hr) | .50 | 155.00 |
| 07/23/2006 CCB Prepare Application ( $310.00/Hr) | 2.50 | 775.00 |
| 07/24/2006 CCB Prepare Application and telephone call with Dave Whitehead re: application ( $310.00/Hr) | 1.00 | 310.00 |
| 07/25/2006 CCB Prepare Application ( $310.00/Hr) | 1.00 | 310.00 |
| 07/26/2006 CCB Telephone conference with Pat Griffin, Dave Whitehead, Rich Messina and Sam He, follow up with Kandi Brown, telephone conference with ~~[redacted]~~ and ~~[redacted]~~ve re: application ( $310.00/Hr) | 1.00 | 310.00 |
| 08/10/2006 CCB Prepare Application ( $310.00/Hr) | 1.20 | 372.00 |
| 08/16/2006 CCB Prepare Application ( $310.00/Hr) | 1.00 | 310.00 |

DE5-0007                                                                            Page    2

```
09/04/2006 CCB Prepare Application ( $310.00/Hr)        .50         155.00
09/23/2006 CCB Prepare Application ( $310.00/Hr)       5.00       1,550.00
09/26/2006 CCB Prepare Application ( $310.00/Hr)       2.00         620.00

Total Professional Services . . . . . . . . . . .   $7,316.00

Adjustment . . . . . . . . . . . . . . . . . . . .  ($3,649.00)

Total Professional Services . . . . . . . . . . .   $3,667.00

Disbursements

06/14/2006      File History                                        121.50
09/27/2006      Government Fee for Filing                            200.00
                Federal Express                                       10.68
                Photocopies                                            6.00

Total Disbursements . . . . . . . . . . . . . .       $338.18

Total This Bill . . . . . . . . . . . . . . . . . . . . . .      $4,005.18
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                          November 27, 2006

   Delphi Technologies, Inc.
   Legal Staff M/C 480-410-202
   P.O. Box 5052
   Troy, Michigan 48007
   Attn: Patrick M. Griffin



Services Thru: 09/30/06

Our Reference DE5-0008      DP-314779: Process for Fabricating a Non Visable
                            Tear Seam in an …



   Professional Services                              Hours          Amount

   06/06/2006 CCB Prepare Application ( $310.00/Hr)    4.00         1,240.00
   06/09/2006 CCB Prepare Application ( $310.00/Hr)     .30            93.00
   07/24/2006 CCB Prepare Application ( $310.00/Hr)    1.50           465.00
   08/30/2006 CCB Prepare Application ( $310.00/Hr)    3.50         1,085.00
   09/07/2006 CCB Prepare Application ( $310.00/Hr)     .50           155.00
   09/13/2006 CCB Prepare Application ( $310.00/Hr)    5.00         1,550.00

   Total Professional Services . . . . . . . . . .   $4,588.00

   Disbursements

   09/18/2006      Drawings                                            50.00

   Total Disbursements . . . . . . . . . . . . . .       $50.00

   Total This Bill . . . . . . . . . . . . . . . . . . . . .       $4,638.00
```

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


November 27, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007
Attn: Patrick M. Griffin


Services Thru: 09/30/06

Our Reference DE5-0009      DP-314875: A Compact Linear ~~Hydraulic Actuator~~
                            System


| Professional Services | Hours | Amount |
|---|---|---|
| 06/08/2006 JCL Prepare Application ( $120.00/Hr) | 2.00 | 240.00 |
| 06/09/2006 JCL Prepare Application ( $120.00/Hr) | 7.00 | 840.00 |
| 06/12/2006 JCL Prepare Application ( $120.00/Hr) | 4.10 | 492.00 |
| 06/13/2006 JCL Prepare Application ( $120.00/Hr) | 1.30 | 156.00 |
| 06/26/2006 JCL Prepare Application ( $120.00/Hr) | .50 | 60.00 |
| 07/11/2006 JCL Review application with C. Boehm ( $120.00/Hr) | .20 | 24.00 |
| 07/19/2006 CCB Prepare Application ( $310.00/Hr) | 1.50 | 465.00 |
| 07/20/2006 CCB Prepare Application ( $310.00/Hr) | 1.50 | 465.00 |
| 07/21/2006 CCB Prepare application ( $310.00/Hr) | 1.50 | 465.00 |
| 07/25/2006 CCB Prepare Application ( $310.00/Hr) | .70 | 217.00 |
| 08/07/2006 CCB Prepare Application ( $310.00/Hr) | 1.00 | 310.00 |
| 08/21/2006 CCB Review application provided by Sam He ( $310.00/Hr) | .40 | 124.00 |
| 09/25/2006 CCB Prepare Application ( $310.00/Hr) | 1.00 | 310.00 |

Total Professional Services . . . . . . . . . . .    $4,168.00

Adjustment . . . . . . . . . . . . . . . . . . .     ($67.00)

Total Professional Services . . . . . . . . . . .    $4,101.00

Total This Bill . . . . . . . . . . . . . . . . . . . . .    $4,101.00

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         November 27, 2006

     Delphi Technologies, Inc.
     Legal Staff M/C 480-410-202
     P.O. Box 5052
     Troy, Michigan 48007
     Attn: Patrick M. Griffin



Services Thru: 09/30/06

Our Reference DE5-0011    DP-315086: Drums with Error Proof for Assembly



     Professional Services                                   Hours          Value

     06/05/2006 CCB Prepare Application ( $310.00/Hr)          .70          217.00
     06/06/2006 CCB Prepare Application ( $310.00/Hr)          .50          155.00
     06/07/2006 CCB Prepare Application ( $310.00/Hr)         1.00          310.00
     07/28/2006 CCB Prepare Application ( $310.00/Hr)          .30           93.00
     08/09/2006 CCB Prepare Application ( $310.00/Hr)          .50          155.00
     08/18/2006 CCB Prepare Application ( $310.00/Hr)         1.30          403.00
     08/19/2006 CCB Prepare Application ( $310.00/Hr)         2.00          620.00
     08/20/2006 CCB Prepare Application ( $310.00/Hr)         2.00          620.00
     08/21/2006 CCB Prepare Application ( $310.00/Hr)         6.00        1,860.00
     08/22/2006 CCB Prepare Application ( $310.00/Hr)         1.00          310.00
     08/24/2006 CCB Prepare Application ( $310.00/Hr)         2.00          620.00

     Total Professional Services . . . . . . . . . . .    $5,363.00

     Disbursements

     09/01/2006      Government Fee for Filing                              200.00
                     Express Mail                                            14.40

     Total Disbursements . . . . . . . . . . . . . . .      $214.40

     Total This Bill . . . . . . . . . . . . . . . . . . . . . .         $5,577.40
```

```
CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


                              November 27, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007
Attn: Patrick M. Griffin



Services Thru: 09/30/06

Our Reference DE5-0013      DP-315503: A Dual-Mode (Power and Manual
                            Operational) Compact



   Professional Services                                 Hours            Value

   07/05/2006 CCB Prepare Application ( $310.00/Hr)       1.00           310.00
   07/13/2006 CCB Prepare Application ( $310.00/Hr)       3.00           930.00
   07/14/2006 CCB Prepare Application ( $310.00/Hr)       3.00           930.00
   07/16/2006 CCB Prepare Application ( $310.00/Hr)       2.00           620.00
   07/19/2006 CCB Prepare Application ( $310.00/Hr)        .30            93.00
   07/20/2006 CCB Prepare Application ( $310.00/Hr)       3.20           992.00
   07/21/2006 CCB Prepare Application ( $310.00/Hr)        .70           217.00
   07/23/2006 CCB Prepare Application ( $310.00/Hr)       2.50           775.00
   07/24/2006 CCB Prepare Application ( $310.00/Hr)       2.60           806.00
   07/25/2006 CCB Prepare Application ( $310.00/Hr)       1.00           310.00

   Total Professional Services . . . . . . . . . . .   $5,983.00

   Adjustment . . . . . . . . . . . . . . . . . . .    ($983.00)

   Total Professional Services . . . . . . . . . . .   $5,000.00

   Disbursements

   07/25/2006     Government Fee for Filing                              200.00
                  Express Mail                                            14.40

   Total Disbursements . . . . . . . . . . . . . . .     $214.40

   Total This Bill . . . . . . . . . . . . . . . . . . . . . .        $5,214.40
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         November 27, 2006

    Delphi Technologies, Inc.
    Legal Staff M/C 480-410-202
    P.O. Box 5052
    Troy, Michigan 48007
    Attn: Patrick M. Griffin



Services Thru: 09/30/06

Our Reference DE5-0014    DP-315483: Single Step Blow Molding Process for
                          Interior Parts


    Professional Services                            Hours        Amount

    06/23/2006 CCB Prepare Application and review
               disclosure ( $310.00/Hr)               .50         155.00
    07/25/2006 CCB Prepare Application ( $310.00/Hr)  .30          93.00
    07/27/2006 CCB Prepare Application ( $310.00/Hr)  .40         124.00

    Total Professional Services . . . . . . . . . . . $372.00


    Total This Bill . . . . . . . . . . . . . . . . . . . . . . . $372.00
```

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007
Attn: Patrick M. Griffin

Services Thru: 09/30/06

Our Reference DE5-0015    DP-315540: Apparatus and Method for a Motor Speed Sensor

| Professional Services | Hours | Value |
|---|---|---|
| 07/28/2006 CCB Prepare provisional application ( $310.00/Hr) | 2.40 | 744.00 |
| Total Professional Services . . . . . . . . . . . | $744.00 | |

Disbursements

| | | |
|---|---|---|
| 07/31/2006    Government Fee for Filing | | 200.00 |
| Total Disbursements . . . . . . . . . . . . . . . | $200.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . | | $944.00 |

```
                CANTOR COLBURN LLP
                55 GRIFFIN ROAD SOUTH
                BLOOMFIELD, CT 06002
                PHONE: (860)286-2929


                       November 27, 2006

  Delphi Technologies, Inc.
  Legal Staff M/C 480-410-202
  P.O. Box 5052
  Troy, Michigan 48007
  Attn: Patrick M. Griffin


Services Thru: 09/30/06

Our Reference DE5-0016    DP-315630: Safety Latch



  Professional Services                                   Hours           Amount

  07/27/2006 CCB Prepare Application and telephone
             conference with inventor re:
             application ( $310.00/Hr)                     1.00           310.00
  08/22/2006 CCB Prepare Application ( $310.00/Hr)          .20            62.00
  08/24/2006 CCB Prepare Application ( $310.00/Hr)         2.00           620.00
  08/30/2006 CCB Prepare Application ( $310.00/Hr)          .50           155.00
  09/07/2006 CCB Prepare Application ( $310.00/Hr)          .30            93.00

  Total Professional Services . . . . . . . . . . .     $1,240.00

  Disbursements

              Postage                                                        .39

  Total Disbursements . . . . . . . . . . . . . . .       $ .39

  Total This Bill . . . . . . . . . . . . . . . . . . .             $1,240.39
```

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007
Attn: Patrick M. Griffin

Services Thru: 09/30/06

Our Reference DE5-0019      DP-315536: Motor Speed Sensor

| Professional Services | Hours | Value |
|---|---|---|
| 08/07/2006 CCB Prepare Application ( $310.00/Hr) | 1.00 | 310.00 |
| 08/09/2006 CCB Prepare Application ( $310.00/Hr) | 1.00 | 310.00 |
| 09/09/2006 CCB Prepare Application ( $310.00/Hr) | 1.00 | 310.00 |
| 09/10/2006 CCB Prepare Application ( $310.00/Hr) | 1.00 | 310.00 |
| 09/10/2006 CCB Prepare Application ( $310.00/Hr) | 2.00 | 620.00 |

Total Professional Services . . . . . . . . . . . .    $1,860.00

Disbursements

| 09/12/2006 | Government Fee for Filing | 200.00 |
| | Photocopies | 9.20 |

Total Disbursements . . . . . . . . . . . . . . .    $209.20

Total This Bill . . . . . . . . . . . . . . . . . . . . .    $2,069.20

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                            November 27, 2006

    Delphi Technologies, Inc.
    P.O. Box 5052
    Troy, MI 48007
    Attn: Jimmy L. Funke




Services Thru: 09/30/06

Our Reference DE8-0026    DP-315370: Seat Belt Tension Sensing Device



    Professional Services                          Hours         Amount

    07/11/2006 CCB Prepare Application ( $310.00/Hr)   .50         155.00
    09/07/2006 CCB Prepare Application ( $310.00/Hr)   .20          62.00

    Total Professional Services . . . . . . . . . .  $217.00

    Total This Bill . . . . . . . . . . . . . . . . . . . . . .  $217.00
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                              November 27, 2006

     Delphi Technologies, Inc.
     P.O. Box 5052
     Troy, MI 48007
     Attn: Jimmy L. Funke



Services Thru: 09/30/06

Our Reference DE8-0027      DP-315625: Pressurized Inflator Gas Containment
                            and Release Device



     Professional Services                                  Hours          Amount

     08/25/2006 CCB Prepare Application ( $310.00/Hr)         .40          124.00
     08/29/2006 CCB Prepare Application ( $310.00/Hr)        2.00          620.00
     09/09/2006 CCB Prepare Application ( $310.00/Hr)        1.00          310.00
     09/10/2006 CCB Prepare Application ( $310.00/Hr)         .50          155.00
     09/14/2006 CCB Prepare Application ( $310.00/Hr)        1.00          310.00
     09/26/2006 MTT Prepare Application ( $120.00/Hr)        4.20          504.00
     09/27/2006 MTT Prepare Application ( $120.00/Hr)        3.00          360.00
     09/28/2006 MTT Prepare Application ( $120.00/Hr)        4.50          540.00
     09/29/2006 CCB Prepare Application ( $310.00/Hr)        1.00          310.00
     09/29/2006 MTT Prepare Application ( $120.00/Hr)        3.00          360.00

     Total Professional Services . . . . . . . . . . .   $3,593.00

     Disbursements

                    Postage                                                   .39

     Total Disbursements . . . . . . . . . . . . . . .     $  .39

     Total This Bill . . . . . . . . . . . . . . . . . . . . .         $3,593.39
```

```
            CANTOR COLBURN LLP
            55 GRIFFIN ROAD SOUTH
            BLOOMFIELD, CT 06002
            PHONE: (860)286-2929


                    November 27, 2006

  Delphi Technologies, Inc.
  P.O. Box 5052
  Troy, MI 48007
  Attn: Jimmy L. Funke



Services Thru: 09/30/06

Our Reference DE8-0028    DP-315438: Gas Efficient Passenger Airbag Design



    Professional Services                           Hours            Amount

    08/25/2006 CCB Prepare Application ( $310.00/Hr)   .40           124.00
    08/29/2006 CCB Prepare Application ( $310.00/Hr)  1.00           310.00

    Total Professional Services . . . . . . . . . .  $434.00

    Total This Bill . . . . . . . . . . . . . . . . . . . .         $434.00
```

```
                        CANTOR COLBURN LLP
                        55 GRIFFIN ROAD SOUTH
                        BLOOMFIELD, CT 06002
                        PHONE: (860)286-2929


                             November 27, 2006

    Delphi Technologies, Inc.
    P.O. Box 5052
    Troy, MI 48007
    Attn: Jimmy L. Funke



Services Thru: 09/30/06

Our Reference DE8-0029     DP-315439: Fastenerless Airbag Cushion Attachment
                           Method



    Professional Services                              Hours         Amount

    08/25/2006 CCB Prepare Application ( $310.00/Hr)    .40          124.00

    Total Professional Services . . . . . . . . . .   $124.00

    Disbursements

                Postage                                                 .39

    Total Disbursements . . . . . . . . . . . . . .    $ .39

    Total This Bill . . . . . . . . . . . . . . . . . . . . . .    $124.39
```

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies, Inc.
P.O. Box 5052
Troy, MI 48007
Attn: Jimmy L. Funke

Services Thru: 09/30/06

Our Reference DE8-0030    DP-315515: Segmented Flex Circuit

| Professional Services | Hours | Amount |
|---|---|---|
| 08/25/2006 CCB Prepare Application ( $310.00/Hr) | .40 | 124.00 |
| 08/28/2006 CCB Prepare Application ( $310.00/Hr) | 1.00 | 310.00 |
| 08/29/2006 CCB Prepare Application ( $310.00/Hr) | 1.00 | 310.00 |

Total Professional Services . . . . . . . . . . .    $744.00

Disbursements

       Postage                                              .39

Total Disbursements . . . . . . . . . . . . . . .   $ .39

Total This Bill . . . . . . . . . . . . . . . . . . . .   $744.39