CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies, Inc.
P.O. Box 5052
Troy, MI 48007
Attn: Jimmy L. Funke

Services Thru: 09/30/06

Our Reference DE8-0031    DP-315608: Curtain Airbag with Shoulder Protection

| Professional Services | Hours | Amount |
|---|---|---|
| 08/25/2006 CCB Prepare Application ( $310.00/Hr) | .40 | 124.00 |
| 08/30/2006 CCB Prepare Application ( $310.00/Hr) | 1.50 | 465.00 |
| Total Professional Services . . . . . . . . . . . | $589.00 | |
| Disbursements | | |
| Postage | | .39 |
| Total Disbursements . . . . . . . . . . . . . . . | $ .39 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | $589.39 | |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies, Inc.
P.O. Box 5052
Troy, MI 48007
Attn: Jimmy L. Funke

Services Thru: 09/30/06

Our Reference DE8-0034    DP-310135: Tension Sensing Assembly

| Professional Services | Hours | Value |
|---|---|---|
| 09/10/2006 CCB Prepare response to restriction requirement ( $310.00/Hr) | 1.00 | 310.00 |
| 09/14/2006 MTT Prepare Supplemental Response to Office Action ( $120.00/Hr) | 4.50 | 540.00 |
| 09/15/2006 MTT Prepare Supplemental Response to Office Action ( $120.00/Hr) | 5.00 | 600.00 |
| 09/18/2006 MTT Prepare Supplemental Response to Office Action ( $120.00/Hr) | 2.00 | 240.00 |
| 09/19/2006 MTT Prepare Supplemental Response to Office Action ( $120.00/Hr) | 3.50 | 420.00 |
| 09/20/2006 MTT Prepare Supplemental Response to Office Action ( $120.00/Hr) | 3.00 | 360.00 |
| 09/28/2006 CCB Prepare supplemental amendment ( $310.00/Hr) | .40 | 124.00 |

Total Professional Services . . . . . . . . . . . .    $2,594.00

Adjustment . . . . . . . . . . . . . . . . . . . .    ($944.00)

Total Professional Services . . . . . . . . . . . .    $1,650.00

Disbursements

|  |  |
|---|---|
| Photocopies | 1.20 |
| Postage | 1.26 |

Total Disbursements . . . . . . . . . . . . . . . .    $2.46

Total This Bill . . . . . . . . . . . . . . . . . . . . . .    $1,652.46

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies, Inc.
P.O. Box 5052
Troy, MI 48007
Attn: Jimmy L. Funke

Services Thru: 09/30/06

Our Reference DE8-0037    DP-315839: [REDACTED]

| Professional Services | Hours | Amount |
|---|---|---|
| 09/28/2006 CCB Prepare provisional application ( $310.00/Hr) | .30 | 93.00 |
| 09/29/2006 CCB Prepare Application ( $310.00/Hr) | 1.00 | 310.00 |
| Total Professional Services . . . . . . . . . . . | $403.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . | | $403.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall

Services Thru: 09/30/06

Our Reference DE9-0031     DP-312824; DP-312825: Air Flow Control Valve
                           with Two Stage Pintel and …

| Professional Services | Hours | Value |
|---|---|---|
| 08/08/2006 DPL Prepare and file Application Status Request at the USPTO on August 8, 2006 ( $280.00/Hr) | .10 | 28.00 |
| Total Professional Services . . . . . . . . . . . . . | $28.00 | |

Disbursements

| | | |
|---|---|---|
| Postage | | .39 |
| Total Disbursements . . . . . . . . . . . . . . . . | $ .39 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . | | $28.39 |

```
           CANTOR COLBURN LLP
           55 GRIFFIN ROAD SOUTH
           BLOOMFIELD, CT 06002
           PHONE: (860)286-2929


                        November 27, 2006

   Delphi Technologies, Inc.
   Legal Staff M/C 480-410-202
   P.O Box 5052
   Troy, MI 48007
   Attn: Paul Marshall
```

Services Thru: 09/30/06

Our Reference DE9-0033    DP-312373: Design of an Air Flow Control Valve with Double Valves for …

| Professional Services | Hours | Value |
|---|---|---|
| 08/08/2006 DPL Prepare and file Application Status Request at the USPTO on August 8, 2006 ( $280.00/Hr) | .10 | 28.00 |
| Total Professional Services . . . . . . . . . . . . | $28.00 | |

Disbursements

| | | |
|---|---|---|
| Postage | | .39 |
| Total Disbursements . . . . . . . . . . . . . . . . | $ .39 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | $28.39 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall

Services Thru: 09/30/06

Our Reference DE9-0043    DP-313340: Reformate Cold Start Algorithm

| Professional Services | Hours | Value |
|---|---|---|
| 08/09/2006 LCG Docket records and forward original assignment ( $70.00/Hr) | .50 | 35.00 |
| Total Professional Services | | $35.00 |
| Total This Bill | | $35.00 |

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                              November 27, 2006

    Delphi Technologies, Inc.
    Legal Staff M/C 480-410-202
    P.O Box 5052
    Troy, MI 48007
    Attn: Paul Marshall



Services Thru: 09/30/06

Our Reference DE9-0054     DP-313576: Dual Cell Ammonia Sensor



    Professional Services                           Hours           Amount

    06/22/2006 LHH Revise Application ( $120.00/Hr)  2.00           240.00
    06/23/2006 LHH Revise Application ( $120.00/Hr)  1.00           120.00
    08/18/2006 PJC Review and update application
                   ( $320.00/Hr)                     4.00         1,280.00
    08/30/2006 PJC Finalize application and prepare
                   for inventors' signature
                   ( $320.00/Hr)                     2.50           800.00
    08/30/2006 PJC Finalize application and send for
                   signature ( $320.00/Hr)            .50           160.00

    Total Professional Services . . . . . . . . . .  $2,600.00

    Total This Bill . . . . . . . . . . . . . . . . . . . . .    $2,600.00
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                          November 27, 2006

   Delphi Technologies, Inc.
   Legal Staff M/C 480-410-202
   P.O Box 5052
   Troy, MI 48007
   Attn: Paul Marshall



Services Thru: 09/30/06

Our Reference DE9-0055      DP-313617: ▓▓▓▓▓▓▓ Materials and ▓▓▓▓▓▓▓
                            Methods
```

| Professional Services | Hours | Amount |
|---|---|---|
| 06/23/2006 LHH Revise Application ( $120.00/Hr) | 1.00 | 120.00 |
| 08/30/2006 PJC Review and finalize application ( $320.00/Hr) | 4.00 | 1,280.00 |
| 09/28/2006 PJC Review Formal Figures; telephone conference with the inventors and telephone conference with R. Farmer re: update Application ( $320.00/Hr) | 2.00 | 640.00 |
| Total Professional Services . . . . . . . . . . . . | | $2,040.00 |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | $2,040.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall

Services Thru: 09/30/06

Our Reference DE9-0061    DP-314175: Modified ████████████ for Low Temperature

Disbursements

| | | |
|---|---|---:|
| 06/01/2006 | Government Fee for Filing | 1,000.00 |
| 06/01/2006 | Government Fee for Filing | 40.00 |
| | Postage | 3.03 |
| | Photocopies | 23.40 |

Total Disbursements . . . . . . . . . . . . . . . . .    $1,066.43

Total This Bill . . . . . . . . . . . . . . . . . . . . .    $1,066.43

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                              November 27, 2006

    Delphi Technologies, Inc.
    Legal Staff M/C 480-410-202
    P.O Box 5052
    Troy, MI 48007
    Attn: Paul Marshall



Services Thru: 09/30/06

Our Reference DE9-0064    DP-314165: Driver State Estimator



    Professional Services                                 Hours        Value

    06/01/2006 FAK Prepare Application ( $170.00/Hr)       1.00       170.00
    06/05/2006 FAK Prepare Application ( $170.00/Hr)       3.50       595.00
    06/06/2006 FAK Prepare Application ( $170.00/Hr)       3.50       595.00
    06/07/2006 FAK Prepare Application ( $170.00/Hr)       2.50       425.00
    06/12/2006 FAK Prepare Application ( $170.00/Hr)       4.00       680.00
    06/13/2006 FAK Prepare Application ( $170.00/Hr)       2.00       340.00
    06/20/2006 FAK Prepare Application ( $170.00/Hr)       2.50       425.00
    06/22/2006 FAK Prepare Application ( $170.00/Hr)       2.50       425.00
    06/23/2006 JFB File patent application with USPTO
               ( $260.00/Hr)                                .60       156.00

    Total Professional Services . . . . . . . . . .    $3,811.00

    Adjustment . . . . . . . . . . . . . . . . . . .  ($3,811.00)

    Total Professional Services . . . . . . . . . .        $0.00

    Disbursements

    06/06/2006      Drawings                                          325.00
    06/27/2006      Government Fee for Filing                       2,850.00
    06/27/2006      Government Fee for Filing                          40.00
                    Photocopies                                        39.20

    Total Disbursements . . . . . . . . . . . . . .    $3,254.20

    Total This Bill . . . . . . . . . . . . . . . . . . . . . .   $3,254.20
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                        November 27, 2006

   Delphi Technologies, Inc.
   Legal Staff M/C 480-410-202
   P.O Box 5052
   Troy, MI 48007
   Attn: Paul Marshall



Services Thru: 09/30/06

Our Reference DE9-0066    DP-314445: Method of Using Ammonia Sensor



   Professional Services                              Hours         Value

   06/12/2006 JFB Prepare Application ( $260.00/Hr)    2.00        520.00
   06/13/2006 JFB File non-provisional patent
                  application with USPTO
                  ( $260.00/Hr)                         .50        130.00

   Total Professional Services . . . . . . . . . .   $650.00

   Disbursements

   06/13/2006     Government Fee for Filing                      1,600.00
   06/13/2006     Government Fee for Filing                         40.00

   Total Disbursements . . . . . . . . . . . . .    $1,640.00

   Total This Bill . . . . . . . . . . . . . . . . . . . .      $2,290.00
```

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall

Services Thru: 09/30/06

Our Reference DE9-0069    DP-313599: Sensor Lower Shield Brace

| Professional Services | Hours | Value |
|---|---|---|
| 06/08/2006 JFB Prepare Application ( $260.00/Hr) | 1.00 | 260.00 |
| 06/08/2006 FAK Prepare Application ( $170.00/Hr) | 2.00 | 340.00 |
| 06/09/2006 FAK Prepare Application ( $170.00/Hr) | 3.50 | 595.00 |
| 06/19/2006 CCB Prepare Application ( $310.00/Hr) | .30 | 93.00 |

Total Professional Services . . . . . . . . . . . .    $1,288.00

Adjustment . . . . . . . . . . . . . . . . . . . .    ($1,288.00)

Total Professional Services . . . . . . . . . . .        $0.00

Disbursements

| 06/21/2006 | Government Fee for Filing | 1,750.00 |
| 06/21/2006 | Government Fee for Filing | 40.00 |
| | Express Mail | 14.40 |
| | Postage | 2.79 |

Total Disbursements . . . . . . . . . . . . . . .    $1,807.19

Total This Bill . . . . . . . . . . . . . . . . . . . .   $1,807.19

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall

Services Thru: 09/30/06

Our Reference DE9-0070    DP-313898: Reduced Coverage ~~Electrodes for Exhaust Sensors and Fuel~~

| Professional Services | Hours | Value |
|---|---|---|
| 06/12/2006 CCB Prepare Application ( $310.00/Hr) | .40 | 124.00 |
| 07/12/2006 CCB Prepare Application ( $310.00/Hr) | .30 | 93.00 |
| 08/29/2006 CCB Prepare Application ( $310.00/Hr) | 2.00 | 620.00 |
| 09/07/2006 CCB Prepare Application ( $310.00/Hr) | 1.00 | 310.00 |

Total Professional Services . . . . . . . . . . . .    $1,147.00

Adjustment . . . . . . . . . . . . . . . . . . . .    ($1,147.00)

Total Professional Services . . . . . . . . . . .    $0.00

Disbursements

| 09/07/2006 | Drawings | 80.00 |
| | Federal Express | 18.19 |

Total Disbursements . . . . . . . . . . . . . . .    $98.19

Total This Bill . . . . . . . . . . . . . . . . . . . . . .    $98.19

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         November 27, 2006

     Delphi Technologies, Inc.
     Legal Staff M/C 480-410-202
     P.O Box 5052
     Troy, MI 48007
     Attn: Paul Marshall



Services Thru: 09/30/06

Our Reference DE9-0071    DP-314518: [redacted] Air Flow Measurement



     Professional Services                           Hours           Value

     06/05/2006 CCB Prepare Application ( $310.00/Hr)   .50          155.00
     06/06/2006 GJA Prepare Application ( $120.00/Hr)  2.20          264.00
     06/07/2006 GJA Prepare Application ( $120.00/Hr)  4.10          492.00
     06/12/2006 GJA Prepare Application ( $120.00/Hr)   .40           48.00
     08/07/2006 CCB Prepare Application ( $310.00/Hr)  1.00          310.00
     09/20/2006 CCB Prepare Application ( $310.00/Hr)  1.00          310.00
     09/28/2006 CCB Prepare Application ( $310.00/Hr)  1.80          558.00

     Total Professional Services . . . . . . . . . .   $2,137.00

     Adjustment . . . . . . . . . . . . . . . . . .   ($2,137.00)

     Total Professional Services . . . . . . . . . .       $0.00

     Disbursements

     06/13/2006    Drawings                                          120.00
     09/28/2006    Government Fee for Filing                       1,000.00
                   Postage                                              2.31

     Total Disbursements . . . . . . . . . . . . . .   $1,122.31

     Total This Bill . . . . . . . . . . . . . . . . . . . .    $1,122.31
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929

                       November 27, 2006

    Delphi Technologies, Inc.
    Legal Staff M/C 480-410-202
    P.O Box 5052
    Troy, MI 48007
    Attn: Paul Marshall

Services Thru: 09/30/06

Our Reference DE9-0072    DP-314519: Integrated Sensor - Mesh Assembly

    Professional Services                         Hours          Amount

    06/01/2006 JFB Prepare Application ( $260.00/Hr)    .70        182.00
    06/01/2006 FAK Prepare Application ( $170.00/Hr)   1.00        170.00
    06/26/2006 FAK Prepare Application ( $170.00/Hr)   2.00        340.00
    06/27/2006 FAK Prepare Application ( $170.00/Hr)   2.00        340.00
    06/28/2006 FAK Prepare Application ( $170.00/Hr)   4.50        765.00
    06/29/2006 FAK Prepare Application ( $170.00/Hr)   2.50        425.00
    06/30/2006 FAK Prepare Application ( $170.00/Hr)   2.00        340.00
    07/05/2006 JFB Prepare Application ( $260.00/Hr)   8.20      2,132.00
    07/10/2006 FAK Prepare Application ( $170.00/Hr)   1.50        255.00
    07/11/2006 FAK Prepare Application ( $170.00/Hr)   2.00        340.00
    07/12/2006 FAK Prepare Application ( $170.00/Hr)   2.00        340.00
    07/13/2006 FAK Prepare Application ( $170.00/Hr)   2.00        340.00
    07/14/2006 FAK Prepare Application ( $170.00/Hr)   2.00        340.00
    07/17/2006 FAK Prepare Application ( $170.00/Hr)   2.00        340.00
    07/18/2006 FAK Prepare Application ( $170.00/Hr)   2.00        340.00
    07/19/2006 FAK Prepare Application ( $170.00/Hr)   2.00        340.00
    07/20/2006 FAK Prepare Application ( $170.00/Hr)   2.00        340.00
    07/24/2006 FAK Prepare Application ( $170.00/Hr)   2.00        340.00
    08/31/2006 JFB Prepare Application ( $260.00/Hr)   4.20      1,092.00
    09/01/2006 JFB Prepare Application ( $260.00/Hr)   8.00      2,080.00
    09/05/2006 JFB Prepare Application ( $260.00/Hr)   5.00      1,300.00
    09/07/2006 JFB Prepare Application ( $260.00/Hr)    .20         52.00
    09/22/2006 JFB Prepare Application ( $260.00/Hr)   1.00        260.00
    09/25/2006 JFB Prepare Application ( $260.00/Hr)    .60        156.00

Total Professional Services . . . . . . . . . . .    $12,949.00

Adjustment . . . . . . . . . . . . . . . . . . .    ($12,949.00)

Total Professional Services . . . . . . . . . . .         $0.00

Disbursements

09/21/2006      Drawings                                        200.00

Total Disbursements . . . . . . . . . . . . . .      $200.00

Total This Bill . . . . . . . . . . . . . . . . . . .           $200.00
```

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall

Services Thru: 09/30/06

Our Reference DE9-0073    DP-314520: Ultrasonic Mesh Nebulizer

| Professional Services | Hours | Amount |
|---|---|---|
| 08/08/2006 JFB Prepare Application ( $260.00/Hr) | 1.10 | 286.00 |
| 08/09/2006 JFB Telephone conference with inventor re: application ( $260.00/Hr) | 1.10 | 286.00 |
| Total Professional Services . . . . . . . . . . . . . | | $572.00 |
| Adjustment . . . . . . . . . . . . . . . . . . . . . | | ($572.00) |
| Total Professional Services . . . . . . . . . . . . | | $0.00 |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . | | $0.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall

Services Thru: 09/30/06

Our Reference DE9-0074     DP-314452: Method of and Apparatus of a
                           Universal [illegible]

| Professional Services | Hours | Value |
|---|---|---|
| 06/07/2006 CCB Prepare Application ( $310.00/Hr) | 3.00 | 930.00 |
| 06/15/2006 CCB Prepare Application ( $310.00/Hr) | 4.00 | 1,240.00 |
| Total Professional Services . . . . . . . . . . . . | $2,170.00 | |
| Adjustment . . . . . . . . . . . . . . . . . . . . . | ($2,170.00) | |
| Total Professional Services . . . . . . . . . . . . | $0.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | $0.00 |

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                       November 27, 2006

    Delphi Technologies, Inc.
    Legal Staff M/C 480-410-202
    P.O Box 5052
    Troy, MI 48007
    Attn: Paul Marshall
```

Services Thru: 09/30/06

Our Reference DE9-0075    DP-314600: Converter Shell Exhaust 

| Professional Services | Hours | Amount |
|---|---|---|
| 09/22/2006 CCB Prepare Application ( $310.00/Hr) | 1.00 | 310.00 |
| Total Professional Services . . . . . . . . . . . | | $310.00 |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . . . | | $310.00 |