```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                          November 27, 2006

     Delphi Technologies, Inc.
     Legal Staff M/C 480-410-202
     P.O Box 5052
     Troy, MI 48007
     Attn: Paul Marshall


Services Thru: 09/30/06

Our Reference DE9-0076    DP-314782: Inner End-Cone Stabilizing Dimples


  Professional Services                                Hours              Value

  06/01/2006 FAK Prepare Application ( $170.00/Hr)      1.00             170.00
  06/02/2006 FAK Prepare Application ( $170.00/Hr)       .50              85.00
  06/05/2006 JFB Telephone conference with Inventor
                 re: application; prepare patent
                 application ( $260.00/Hr)              1.00             260.00
  06/05/2006 FAK Prepare Application ( $170.00/Hr)      3.50             595.00
  06/06/2006 FAK Prepare Application ( $170.00/Hr)      4.00             680.00
  06/07/2006 FAK Prepare Application ( $170.00/Hr)      2.50             425.00
  06/08/2006 FAK Prepare Application ( $170.00/Hr)      3.00             510.00
  06/16/2006 FAK Prepare Application ( $170.00/Hr)      2.50             425.00
  06/19/2006 FAK Prepare Application ( $170.00/Hr)      4.00             680.00
  06/26/2006 FAK Prepare Application ( $170.00/Hr)      3.00             510.00
  06/27/2006 JFB Prepare Application ( $260.00/Hr)      1.00             260.00
  06/27/2006 FAK Prepare Application ( $170.00/Hr)      2.00             340.00
  06/28/2006 JFB Prepare Application ( $260.00/Hr)      2.40             624.00
  06/28/2006 FAK Prepare Application ( $170.00/Hr)      1.50             255.00
  06/29/2006 FAK Prepare Application ( $170.00/Hr)      3.00             510.00
  06/30/2006 FAK Prepare Application ( $170.00/Hr)      3.00             510.00
  07/10/2006 JFB Prepare Application ( $260.00/Hr)       .40             104.00
  07/10/2006 FAK Prepare Application ( $170.00/Hr)      4.50             765.00
  08/22/2006 JFB Prepare Application ( $260.00/Hr)       .60             156.00
  08/24/2006 JFB Prepare Application ( $260.00/Hr)       .30              78.00
  08/28/2006 JFB Prepare Application ( $260.00/Hr)      2.00             520.00
  09/05/2006 JFB File patent application with the
                 USPTO ( $260.00/Hr)                     .70             182.00

  Total Professional Services . . . . . . . . . .    $8,644.00

  Adjustment . . . . . . . . . . . . . . . . . .    ($8,644.00)

  Total Professional Services . . . . . . . . .                           $0.00
```

DE9-0076                                                                    Page   2

Disbursements

| Date | Description | Amount |
|---|---|---|
| 08/26/2006 | Drawings | 180.00 |
| 09/07/2006 | Government Fee for Filing | 1,000.00 |
| 09/11/2006 | Government Fee for Filing | 40.00 |
|  | Express Mail | 14.40 |
|  | Postage | 3.42 |

Total Disbursements . . . . . . . . . . . . . . . . .    $1,237.82

Total This Bill . . . . . . . . . . . . . . . . . . . . . .    $1,237.82

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929

                         November 27, 2006

   Delphi Technologies, Inc.
   Legal Staff M/C 480-410-202
   P.O Box 5052
   Troy, MI 48007
   Attn: Paul Marshall
```

Services Thru: 09/30/06

Our Reference DE9-0077    DP-314851: Catalytic Converter with  Helmholtz Resonator

| Professional Services | Hours | Value |
|---|---|---|
| 06/02/2006 JFB Examine invention disclosure ( $260.00/Hr) | 1.00 | 260.00 |
| 06/02/2006 FAK Prepare Application ( $170.00/Hr) | 3.00 | 510.00 |
| 06/05/2006 FAK Prepare Application ( $170.00/Hr) | .50 | 85.00 |
| 06/23/2006 JFB Prepare Application ( $260.00/Hr) | 1.50 | 390.00 |
| 06/27/2006 JFB Prepare Application ( $260.00/Hr) | .50 | 130.00 |
| 06/30/2006 JFB Prepare Application ( $260.00/Hr) | 1.70 | 442.00 |
| 07/06/2006 JFB Prepare Application ( $260.00/Hr) | 5.70 | 1,482.00 |
| 07/07/2006 JFB Prepare Application ( $260.00/Hr) | .50 | 130.00 |
| 08/02/2006 JFB Prepare Application ( $260.00/Hr) | .20 | 52.00 |
| 08/08/2006 JFB Prepare Application ( $260.00/Hr) | .90 | 234.00 |
| 08/11/2006 JFB Prepare Application ( $260.00/Hr) | .60 | 156.00 |
| 08/14/2006 JFB Prepare Application ( $260.00/Hr) | .50 | 130.00 |
| 08/16/2006 JFB File patent application with USPTO ( $260.00/Hr) | .70 | 182.00 |

Total Professional Services . . . . . . . . . . .   $4,183.00

Adjustment . . . . . . . . . . . . . . . . . . . .  ($4,183.00)

Total Professional Services . . . . . . . . . . .       $0.00

Disbursements

| Date | Description | Amount |
|---|---|---|
| 08/04/2006 | Drawings | 160.00 |
| 08/18/2006 | Government Fee for Filing | 1,200.00 |
| 08/21/2006 | Government Fee for Filing | 40.00 |
| | Express Mail | 14.40 |
| | Photocopies | 1.80 |
| | Postage | 2.46 |

Total Disbursements . . . . . . . . . . . . . . .   $1,418.66

Total This Bill . . . . . . . . . . . . . . . . .   $1,418.66

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         November 27, 2006

    Delphi Technologies, Inc.
    Legal Staff M/C 480-410-202
    P.O Box 5052
    Troy, MI 48007
    Attn: Paul Marshall
```

Services Thru: 09/30/06

Our Reference DE9-0079     DP-314523: Multimetal ~~Perovskite~~ Materials for ~~Soot Oxidation Catalyst~~

| Professional Services | Hours | Amount |
|---|---|---|
| 06/26/2006 LHH Prepare Application ( $120.00/Hr) | 7.00 | 840.00 |
| 06/28/2006 LHH Prepare Application ( $120.00/Hr) | 4.00 | 480.00 |
| 06/28/2006 SEM Computer Search and order references for attorney review ( $100.00/Hr) | .10 | 10.00 |
| 06/29/2006 LHH Prepare Application ( $120.00/Hr) | 3.50 | 420.00 |
| 06/29/2006 LHH Prepare Application ( $120.00/Hr) | 2.00 | 240.00 |
| 07/06/2006 LHH Prepare Application ( $120.00/Hr) | 2.00 | 240.00 |

Total Professional Services . . . . . . . . . . . .    $2,230.00

Total This Bill . . . . . . . . . . . . . . . . . . .    $2,230.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall

Services Thru: 09/30/06

Our Reference DE9-0080    DP-314511: Combined [REDACTED] for [REDACTED] Applications

| Professional Services | Hours | Amount |
|---|---|---|
| 06/13/2006 MRS Prepare Application ( $155.00/Hr) | 4.00 | 620.00 |
| 06/14/2006 MRS Prepare Application ( $155.00/Hr) | 5.00 | 775.00 |
| 06/15/2006 MRS Prepare Application ( $155.00/Hr) | 6.00 | 930.00 |
| 06/29/2006 MRS Prepare Application ( $155.00/Hr) | 1.00 | 155.00 |

Total Professional Services . . . . . . . . . . . .    $2,480.00

Adjustment . . . . . . . . . . . . . . . . . . . .    ($2,480.00)

Total Professional Services . . . . . . . . . . .    $0.00

Total This Bill . . . . . . . . . . . . . . . . . . . .    $0.00

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                           November 27, 2006

    Delphi Technologies, Inc.
    Legal Staff M/C 480-410-202
    P.O Box 5052
    Troy, MI 48007
    Attn: Paul Marshall



Services Thru: 09/30/06

Our Reference DE9-0082     DP-315079: ▓▓▓▓▓ Compression Canning
                           Technology for ▓▓▓▓▓
```

| Professional Services | Hours | Amount |
|---|---|---|
| 08/23/2006 CCB Prepare Application ( $310.00/Hr) | .50 | 155.00 |
| 08/30/2006 CCB Prepare Application ( $310.00/Hr) | .30 | 93.00 |
| 09/01/2006 MTT Prepare Application ( $120.00/Hr) | 4.50 | 540.00 |
| 09/05/2006 MTT Prepare Application ( $120.00/Hr) | 4.20 | 504.00 |
| 09/07/2006 MTT Prepare Application ( $120.00/Hr) | 4.50 | 540.00 |
| 09/08/2006 MTT Prepare Application ( $120.00/Hr) | 4.00 | 480.00 |

Total Professional Services . . . . . . . . . . .    $2,312.00

Total This Bill . . . . . . . . . . . . . . . . . . . . . .    $2,312.00

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                             November 27, 2006

    Delphi Technologies, Inc.
    Legal Staff M/C 480-410-202
    P.O Box 5052
    Troy, MI 48007
    Attn: Paul Marshall



Services Thru: 09/30/06

Our Reference DE9-0083      DP-314521: Smart Nebulizer



    Professional Services                          Hours           Amount

    07/11/2006 CCB Prepare Application ( $310.00/Hr)    .50         155.00
    07/24/2006 JFB Examine invention disclosure
               ( $260.00/Hr)                            .50         130.00
    07/25/2006 FAK Prepare Application ( $170.00/Hr)   2.00         340.00
    07/26/2006 JFB Telephone conference with inventor
               re: application ( $260.00/Hr)           .70          182.00
    07/26/2006 FAK Prepare Application ( $170.00/Hr)   2.00         340.00
    08/24/2006 JFB Prepare Application ( $260.00/Hr)   1.50         390.00
    08/25/2006 JFB Prepare Application ( $260.00/Hr)   .60          156.00
    08/28/2006 JFB Prepare Application ( $260.00/Hr)   .70          182.00
    09/15/2006 JFB Prepare Application ( $260.00/Hr)   8.00       2,080.00
    09/18/2006 JFB Prepare Application ( $260.00/Hr)   4.00       1,040.00

    Total Professional Services . . . . . . . . . . .  $4,995.00

    Adjustment . . . . . . . . . . . . . . . . . . .    ($88.00)

    Total Professional Services . . . . . . . . . . .  $4,907.00

    Total This Bill . . . . . . . . . . . . . . . . . . . . . .  $4,907.00
```

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall

Services Thru: 09/30/06

Our Reference DE9-0084      DP-315262: Catalyst Anneal or Durable ~~Stoichiometric Shift~~

| Professional Services | Hours | Amount |
|---|---|---|
| 06/01/2006 LDR Prepare Application ( $120.00/Hr) | 1.30 | 156.00 |
| 06/02/2006 CCB Prepare Application ( $310.00/Hr) | .50 | 155.00 |
| 06/02/2006 LDR Draft non-provisional patent application ( $120.00/Hr) | 2.90 | 348.00 |
| 06/05/2006 CCB Prepare Application ( $310.00/Hr) | .30 | 93.00 |
| 06/05/2006 LDR Prepare Application ( $120.00/Hr) | 1.70 | 204.00 |
| 06/06/2006 LDR Prepare Application ( $120.00/Hr) | 1.30 | 156.00 |
| 06/20/2006 LDR Prepare Application ( $120.00/Hr) | 4.10 | 492.00 |
| 06/27/2006 LDR Prepare Application ( $120.00/Hr) | 2.70 | 324.00 |
| 06/28/2006 LDR Prepare Application ( $120.00/Hr) | 2.50 | 300.00 |
| 07/06/2006 LDR Prepare Application ( $120.00/Hr) | 3.40 | 408.00 |
| 07/10/2006 LDR Prepare Application ( $120.00/Hr) | 1.00 | 120.00 |
| 07/11/2006 LDR Prepare Application ( $120.00/Hr) | 2.00 | 240.00 |
| 07/12/2006 LDR Prepare Application ( $120.00/Hr) | 5.50 | 660.00 |
| 07/13/2006 LDR Prepare Application ( $120.00/Hr) | 4.30 | 516.00 |
| 07/20/2006 LDR Prepare Application ( $120.00/Hr) | 1.30 | 156.00 |
| 08/07/2006 MEG Prepare Application ( $275.00/Hr) | 2.00 | 550.00 |
| 08/08/2006 MEG Prepare Application ( $275.00/Hr) | 2.00 | 550.00 |
| 08/16/2006 TK  Prepare Application ( $160.00/Hr) | 3.00 | 480.00 |
| 08/17/2006 MEG Reviewing changes from the inventors ( $275.00/Hr) | 4.50 | 1,237.50 |

Total Professional Services . . . . . . . . . . . .    $7,145.50

Adjustment . . . . . . . . . . . . . . . . . . . . .   ($2,610.50)

Total Professional Services . . . . . . . . . . . .    $4,535.00

Total This Bill . . . . . . . . . . . . . . . . . . . . . .  $4,535.00

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                          November 27, 2006

     Delphi Technologies, Inc.
     Legal Staff M/C 480-410-202
     P.O Box 5052
     Troy, MI 48007
     Attn: Paul Marshall



Services Thru: 09/30/06

Our Reference DE9-0085     DP-315103: Species Exhaust Gas Sensors



    Professional Services                              Hours          Amount

    06/06/2006 GJA Prepare Application ( $120.00/Hr)     .70           84.00
    06/07/2006 GJA Prepare Application ( $120.00/Hr)     .90          108.00
    06/08/2006 GJA Prepare Application ( $120.00/Hr)    3.60          432.00
    06/09/2006 GJA Prepare Application ( $120.00/Hr)    4.20          504.00
    06/12/2006 GJA Prepare Application ( $120.00/Hr)    3.10          372.00
    06/13/2006 GJA Prepare Application ( $120.00/Hr)    3.10          372.00
    06/14/2006 JFB Telephone conference with inventor
                   re: application ( $260.00/Hr)        1.00          260.00
    06/14/2006 GJA Prepare Application ( $120.00/Hr)    1.80          216.00
    06/20/2006 JFB Telephone conference with inventor
                   re: application ( $260.00/Hr)         .80          208.00
    08/25/2006 JFB Telephone conference with inventor
                   re: application ( $260.00/Hr)        1.00          260.00
    08/28/2006 JFB Prepare Application ( $260.00/Hr)    1.10          286.00
    09/27/2006 JFB Prepare Application ( $260.00/Hr)    4.20        1,092.00

    Total Professional Services . . . . . . . . . . .  $4,194.00

    Adjustment . . . . . . . . . . . . . . . . . . .  ($2,660.00)

    Total Professional Services . . . . . . . . . . .  $1,534.00

    Total This Bill . . . . . . . . . . . . . . . . . . . . . .    $1,534.00
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                              November 27, 2006

    Delphi Technologies, Inc.
    Legal Staff M/C 480-410-202
    P.O Box 5052
    Troy, MI 48007
    Attn: Paul Marshall



Services Thru: 09/30/06

Our Reference DE9-0086     DP-315278: Independent Converter Catalyst
                           Support Systems



        Professional Services                           Hours          Amount

        06/01/2006 CCB Prepare Application ( $310.00/Hr)   .30           93.00
        09/11/2006 NBT Prepare Application ( $170.00/Hr)  8.20        1,394.00
        09/12/2006 NBT Prepare Application ( $170.00/Hr)  7.80        1,326.00
        09/13/2006 NBT Prepare Application ( $170.00/Hr)  2.50          425.00

        Total Professional Services . . . . . . . . . .  $3,238.00

        Total This Bill . . . . . . . . . . . . . . . . . . .       $3,238.00
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929

                       November 27, 2006

    Delphi Technologies, Inc.
    Legal Staff M/C 480-410-202
    P.O Box 5052
    Troy, MI 48007
    Attn: Paul Marshall


Services Thru: 09/30/06

Our Reference DE9-0087    DP-315222: Redundant Isoplane Design


    Professional Services                                Hours           Value

    06/14/2006 CCB Prepare Application ( $310.00/Hr)      1.00          310.00
    06/14/2006 GJA Prepare Application ( $120.00/Hr)      2.80          336.00
    06/15/2006 GJA Prepare Application ( $120.00/Hr)      2.00          240.00
    06/17/2006 GJA Prepare Application ( $120.00/Hr)      2.50          300.00
    06/19/2006 GJA Prepare Application ( $120.00/Hr)      2.00          240.00
    06/20/2006 GJA Prepare Application ( $120.00/Hr)      2.50          300.00
    06/21/2006 GJA Prepare Application ( $120.00/Hr)      1.60          192.00
    06/22/2006 JFB Prepare Application ( $260.00/Hr)       .80          208.00
    06/22/2006 GJA Prepare Application ( $120.00/Hr)      1.90          228.00
    06/23/2006 GJA Prepare Application ( $120.00/Hr)       .70           84.00
    06/26/2006 GJA Prepare Application ( $120.00/Hr)      3.30          396.00
    06/27/2006 JFB Prepare Application ( $260.00/Hr)       .70          182.00
    06/27/2006 GJA Prepare Application ( $120.00/Hr)      2.90          348.00
    06/28/2006 GJA Prepare Application ( $120.00/Hr)      3.10          372.00
    06/29/2006 JFB Prepare Application ( $260.00/Hr)      1.60          416.00
    06/29/2006 GJA Prepare Application ( $120.00/Hr)      1.70          204.00
    06/30/2006 GJA Prepare Application ( $120.00/Hr)      1.10          132.00
    07/05/2006 GJA Prepare Application ( $120.00/Hr)      2.40          288.00
    07/10/2006 GJA Prepare Application ( $120.00/Hr)      1.70          204.00
    07/11/2006 GJA Prepare Application ( $120.00/Hr)      1.60          192.00
    07/12/2006 GJA Prepare Application ( $120.00/Hr)      1.40          168.00
    07/13/2006 JFB Prepare Application ( $260.00/Hr)      1.60          416.00
    07/13/2006 GJA Prepare Application ( $120.00/Hr)       .40           48.00
    07/13/2006 GJA Prepare Application ( $120.00/Hr)      3.90          468.00
    07/17/2006 JFB Prepare Application ( $260.00/Hr)       .50          130.00
    07/19/2006 JFB Prepare Application ( $260.00/Hr)      1.40          364.00
    07/19/2006 GJA Prepare Application ( $120.00/Hr)      1.00          120.00
    07/20/2006 JFB Prepare Application ( $260.00/Hr)       .50          130.00
    07/24/2006 GJA Prepare Application ( $120.00/Hr)      2.70          324.00
    07/25/2006 JFB Prepare Application ( $260.00/Hr)      1.30          338.00
    07/25/2006 GJA Prepare Application ( $120.00/Hr)      2.80          336.00
    07/26/2006 JFB Prepare Application ( $260.00/Hr)       .80          208.00
    07/26/2006 GJA Prepare Application ( $120.00/Hr)       .90          108.00
    07/31/2006 JFB File patent application with USPTO
                 ( $260.00/Hr)                             .70          182.00
```

```
DE9-0087                                                         Page    2


Total Professional Services . . . . . . . . . . .     $8,512.00

Adjustment . . . . . . . . . . . . . . . . . . . .    ($3,512.00)

Total Professional Services . . . . . . . . . . .     $5,000.00

Disbursements

08/01/2006      Government Fee for Filing                          1,000.00
08/01/2006      Government Fee for Filing                            200.00
08/04/2006      Government Fee for Filing                             40.00
                Express Mail                                          14.40
                Photocopies                                           13.20
                Postage                                                2.31

Total Disbursements . . . . . . . . . . . . . . .     $1,269.91

Total This Bill . . . . . . . . . . . . . . . . . . . .              $6,269.91
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                              November 27, 2006

    Delphi Technologies, Inc.
    Legal Staff M/C 480-410-202
    P.O Box 5052
    Troy, MI 48007
    Attn: Paul Marshall
```

Services Thru: 09/30/06

Our Reference DE9-0088    DP-315220, DP-315242 & DP-313483: Mixed Oxide Catalysts for Selective

| Professional Services | Hours | Amount |
|---|---|---|
| 06/09/2006 CCB Prepare Application ( $310.00/Hr) | .30 | 93.00 |
| 06/22/2006 PJC Prepare Application ( $320.00/Hr) | 4.00 | 1,280.00 |
| 07/18/2006 PJC Draft application. ( $320.00/Hr) | 5.00 | 1,600.00 |
| 07/20/2006 PJC Draft application; Telephone Conference with inventor re: application ( $320.00/Hr) | 7.00 | 2,240.00 |
| 08/04/2006 PJC Telephone conference with inventor re: application ( $320.00/Hr) | 1.00 | 320.00 |
| 08/09/2006 PJC Update application and prepare for review ( $320.00/Hr) | 2.00 | 640.00 |
| 08/11/2006 PJC Review and update application including inventor comments ( $320.00/Hr) | 2.00 | 640.00 |
| 08/14/2006 PJC Incorporate additional inventor comments ( $320.00/Hr) | .50 | 160.00 |
| 09/18/2006 PJC Prepare Application ( $320.00/Hr) | 1.00 | 320.00 |
| 09/20/2006 PJC Prepare Application ( $320.00/Hr) | 2.00 | 640.00 |
| 09/22/2006 PJC Prepare Application ( $320.00/Hr) | 4.00 | 1,280.00 |
| 09/25/2006 PJC Prepare Application ( $320.00/Hr) | 1.50 | 480.00 |
| 09/26/2006 PJC Prepare Application ( $320.00/Hr) | 2.00 | 640.00 |
| 09/29/2006 PJC Prepare Application ( $320.00/Hr) | 2.00 | 640.00 |

Total Professional Services . . . . . . . . . . . . $10,973.00

Adjustment . . . . . . . . . . . . . . . . . . . . ($5,973.00)

Total Professional Services . . . . . . . . . . . . $5,000.00

Total This Bill . . . . . . . . . . . . . . . . . . . $5,000.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall

Services Thru: 09/30/06

Our Reference DE9-0089    DP-315461: Spherical Exhaust Tube Interface

| Professional Services | Hours | Amount |
|---|---|---|
| 07/19/2006 CCB Review invention disclosure ( $310.00/Hr) | .50 | 155.00 |
| 08/09/2006 CCB Prepare Application ( $310.00/Hr) | .70 | 217.00 |
| 08/25/2006 CCB Prepare Application ( $310.00/Hr) | .40 | 124.00 |
| 09/13/2006 NBT Prepare Application ( $170.00/Hr) | 5.20 | 884.00 |
| 09/14/2006 NBT Prepare Application ( $170.00/Hr) | 3.30 | 561.00 |
| 09/15/2006 NBT Prepare Application ( $170.00/Hr) | 8.00 | 1,360.00 |
| 09/18/2006 NBT Prepare Application ( $170.00/Hr) | 8.50 | 1,445.00 |
| 09/19/2006 NBT Prepare Application ( $170.00/Hr) | 2.50 | 425.00 |

Total Professional Services . . . . . . . . . . .    $5,171.00

Adjustment . . . . . . . . . . . . . . . . . .    ($171.00)

Total Professional Services . . . . . . . . . . .    $5,000.00

Disbursements

　　　　　　　Postage    .78

Total Disbursements . . . . . . . . . . . . . . .    $ .78

Total This Bill . . . . . . . . . . . . . . . . . . . .    $5,000.78

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                           November 27, 2006

    Delphi Technologies, Inc.
    Legal Staff M/C 480-410-202
    P.O Box 5052
    Troy, MI 48007
    Attn: Paul Marshall



Services Thru: 09/30/06

Our Reference DE9-0090      DP-315453: Trimming Multiple Sensing Elements
                            Using a ▓▓▓▓▓▓▓▓▓▓



   Professional Services                              Hours          Amount

   07/19/2006 CCB Review invention disclosure
              ( $310.00/Hr)                             .70          217.00
   08/09/2006 CCB Prepare Application ( $310.00/Hr)    1.00          310.00
   08/25/2006 CCB Prepare Application ( $310.00/Hr)     .40          124.00
   09/01/2006 CCB Prepare Application ( $310.00/Hr)    3.00          930.00

   Total Professional Services . . . . . . . . . .   $1,581.00

   Disbursements

              Postage                                                   .39

   Total Disbursements . . . . . . . . . . . . . .    $ .39

   Total This Bill . . . . . . . . . . . . . . . . . . . . .      $1,581.39
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         November 27, 2006

  Delphi Technologies, Inc.
  Legal Staff M/C 480-410-202
  P.O Box 5052
  Troy, MI 48007
  Attn: Paul Marshall



Services Thru: 09/30/06

Our Reference DE9-0091      DP-315082: An Exhaust Gas Sensor for
                            Measurement of Nox



   Professional Services                              Hours           Amount

   07/19/2006 CCB Review invention disclosure
              ( $310.00/Hr)                            .50            155.00
   08/09/2006 CCB Prepare Application ( $310.00/Hr)    .50            155.00
   08/25/2006 CCB Prepare Application ( $310.00/Hr)    .40            124.00
   08/31/2006 CCB Prepare Application ( $310.00/Hr)   1.00            310.00
   09/29/2006 CCB Prepare Application ( $310.00/Hr)   1.00            310.00

   Total Professional Services . . . . . . . . . . .  $1,054.00

   Disbursements

                Photocopies                                             3.20
                Postage                                                  .39

   Total Disbursements . . . . . . . . . . . . . . .      $3.59

   Total This Bill . . . . . . . . . . . . . . . . . . . . . .     $1,057.59
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         November 27, 2006

    Delphi Technologies, Inc.
    Legal Staff M/C 480-410-202
    P.O Box 5052
    Troy, MI 48007
    Attn: Paul Marshall



Services Thru: 09/30/06

Our Reference DE9-0092    DP-315649: Diagnostic Methods for an Airflow
                          Modifying Control System



    Professional Services                              Hours           Amount

    09/08/2006 CCB Prepare Application ( $310.00/Hr)     .50             155.00
    09/14/2006 CCB Prepare Application ( $310.00/Hr)    2.50             775.00
    09/18/2006 CCB Prepare Application ( $310.00/Hr)    1.00             310.00
    09/22/2006 CCB Prepare Application ( $310.00/Hr)    1.00             310.00
    09/25/2006 CCB Prepare Application ( $310.00/Hr)    4.70           1,457.00
    09/26/2006 CCB Prepare Application ( $310.00/Hr)    1.80             558.00
    09/27/2006 CCB Prepare Application ( $310.00/Hr)    6.80           2,108.00

    Total Professional Services . . . . . . . . . .   $5,673.00

    Adjustment . . . . . . . . . . . . . . . . . .    ($673.00)

    Total Professional Services . . . . . . . . .    $5,000.00

    Disbursements

              Photocopies                                                10.60

    Total Disbursements . . . . . . . . . . . . .      $10.60

    Total This Bill . . . . . . . . . . . . . . . . . . .            $5,010.60
```

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall

Services Thru: 09/30/06

Our Reference DE9-0093    DP-315711: Harsh Fuel Composite Bushing for Sealed Fuel Level Sensors

| Professional Services | Hours | Amount |
|---|---|---|
| 09/08/2006 CCB Prepare Application ( $310.00/Hr) | .50 | 155.00 |
| 09/13/2006 CCB Prepare Application ( $310.00/Hr) | 1.00 | 310.00 |

Total Professional Services . . . . . . . . . . .    $465.00

Disbursements

        Postage                                                                          .39

Total Disbursements . . . . . . . . . . . . . . .    $ .39

Total This Bill . . . . . . . . . . . . . . . . . . . . . .    $465.39