CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall

Services Thru: 09/30/06

Our Reference DE9-0094    DP-315528: Closed End Variable [redacted]
Design

| Professional Services | Hours | Amount |
|---|---|---|
| 09/08/2006 CCB Prepare Application ( $310.00/Hr) | .50 | 155.00 |
| 09/13/2006 CCB Prepare Application ( $310.00/Hr) | 1.00 | 310.00 |

Total Professional Services . . . . . . . . . . .    $465.00

Disbursements

        Postage                                                                                     .39

Total Disbursements . . . . . . . . . . . . . . . .    $ .39

Total This Bill . . . . . . . . . . . . . . . . . . . . . .    $465.39

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall

Services Thru: 09/30/06

Our Reference DE9-0095    DP-315529: Fast and Low Variation Pressure Control Valve

| Professional Services | Hours | Amount |
|---|---|---|
| 09/13/2006 CCB Prepare Application ($310.00/Hr) | 1.00 | 310.00 |
| Total Professional Services | | $310.00 |
| Total This Bill | | $310.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007
AttN: James L. Funke
(Cichosz)

Services Thru: 09/30/06

Our Reference DEP-0130    DP-301500: A Gas Sensor Seal and Method of Producing Same

| Professional Services | Hours | Value |
|---|---|---|
| 09/28/2006 PJC Review file; telephone conference with the examiner, inventors and with Delphi re: examiner's amendment ( $320.00/Hr) | 1.50 | 480.00 |
| Total Professional Services . . . . . . . . . . . . | | $480.00 |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | $480.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007
AttN: James L. Funke
(Cichosz)

Services Thru: 09/30/06

Our Reference DEP-0287    DP-306634: [redacted] Mat Support for Low Strength [redacted] Retention

| Professional Services | Hours | Value |
|---|---|---|
| 07/07/2006 PJC Review office action ( $320.00/Hr) | .50 | 160.00 |
| 07/21/2006 PJC Revise office action ( $320.00/Hr) | .70 | 224.00 |
| 07/31/2006 PJC Telephone conference with inventor re: response; Prepare 1.132 declaration; Prepare response to Office Action. ( $320.00/Hr) | 4.00 | 1,280.00 |

Total Professional Services . . . . . . . . . . .    $1,664.00

Adjustment . . . . . . . . . . . . . . . . . . .    ($14.00)

Total Professional Services . . . . . . . . . .    $1,650.00

Disbursements

08/04/2006    Government Fee for Filing                                400.00

Total Disbursements . . . . . . . . . . . . . .    $400.00

Total This Bill . . . . . . . . . . . . . . . . . . . . . . .    $2,050.00

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         November 27, 2006

    Delphi Technologies Inc.
    Legal Staff-M/C 480-410-202
    P.O. Box 5052
    Troy, Michigan 48007
    AttN: James L. Funke
    (Cichosz)


Services Thru: 09/30/06

Our Reference DEP-0324    DP-308608: Evaluatio of ▓▓▓▓▓▓▓▓▓ as a
                          Replacement to Standard


    Professional Services                          Hours         Value

    08/09/2006 PJC Prepare and electronically file
               application ( $320.00/Hr)            .50          160.00

    Total Professional Services . . . . . . . . . . .  $160.00

    Disbursements

               Postage                                            12.04
               Federal Express                                    25.64

    Total Disbursements . . . . . . . . . . . . . . .   $37.68

    Total This Bill . . . . . . . . . . . . . . . . . . . .      $197.68
```

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007
AttN: James L. Funke
(Cichosz)

Services Thru: 09/30/06

Our Reference DEP-0350R    ~~V-Blade Impeller~~ Design for a Regenerative Turbine

| Professional Services | Hours | Value |
|---|---|---|
| 08/14/2006 PJC Telephone conference with Examiner regarding the Examiner's Amendment and why the case went abandoned; prepare Petition to Revive, Amendment, and RCE ( $320.00/Hr) | 3.50 | 1,120.00 |
| Total Professional Services . . . . . . . . . . . . | $1,120.00 | |

Disbursements

| | | |
|---|---|---|
| 08/15/2006 | Government Fee for Filing | 1,500.00 |
| 08/15/2006 | Government Fee for Filing | 790.00 |
| | Postage | 2.00 |
| Total Disbursements . . . . . . . . . . . . . . . | $2,292.00 | |

Total This Bill . . . . . . . . . . . . . . . . . . . . . .    $3,412.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

November 27, 2006

Delphi Technologies Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007
AttN: James L. Funke
(Cichosz)

Services Thru: 09/30/06

Our Reference DEP-0359    DP-309610: Method for Retaining Bearings

| Professional Services | Hours | Value |
|---|---|---|
| 09/15/2006 CCB Prepare Amendment ( $310.00/Hr) | 1.00 | 310.00 |
| 09/19/2006 CCB Prepare Amendment ( $310.00/Hr) | 4.00 | 1,240.00 |
| Total Professional Services . . . . . . . . . . . | | $1,550.00 |
| Disbursements | | |
| Postage | | 2.00 |
| Total Disbursements . . . . . . . . . . . . . . . | $2.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . | | $1,552.00 |

# EXHIBIT E

                                                 **Hearing Date and Time: March 22, 2007, 10:00 a.m.**
                                                 **Objection Deadline: March 15, 2007 4:00 p.m.**

CANTOR COLBURN LLP
Daniel E. Bruso (DB5232)
55 Griffin Road South
Bloomfield, CT 06002
(860) 286-2929 (Telephone)
(860) 286-0115 (Facsimile)

Patent Counsel to Delphi Corporation *et al.*
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

*PROPOSED*
ORDER ALLOWING THE
**THIRD INTERIM APPLICATION OF CANTOR COLBURN LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES PURSUANT TO 11 U.S.C. §§ 330, 331**

At New York, in said District, on this _____ day of _____, 2006:

This matter having come before the Court on the THIRD INTERIM APPLICATION OF

CANTOR COLBURN LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES

RENDERED AND REIMBURSEMENT OF EXPENSES PURSUANT TO 11 U.S.C. §§ 330, 331 (the "Application"), and after notice and hearing on the Application on June 20, 2006, it appearing that Cantor Colburn LLP is entitled to compensation for services rendered and reimbursement of expenses pursuant to 11 U.S.C. §§ 330, 331, and this Court having considered and overruled all objections to the Application,

IT IS HEREBY ORDERED THAT:

    a. Cantor Colburn's Third Interim Application For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Pursuant To 11 U.S.C. §§ 330, 331 in the total amount of Two Hundred Thirty-Eight Thousand One Hundred and 26/100 Dollars (238,100.26), comprising compensation for professional services rendered in the amount of One Hundred Ninety Thousand One Hundred Forty-Nine and 50/100 Dollars ($190,149.50) and reimbursement of actual, reasonable and necessary expenses in the amount of Forty-Seven Thousand Nine Hundred Fifty and 76/100 Dollars ($47,950.76), for services rendered and expenses incurred during the period of June 1, 2006, through and including September 30, 2006 (the "Third Fee Period") is hereby APPROVED;

    b. The Debtor's payment to Cantor Colburn of One Hundred Fifty-Three Thousand Four Hundred Thirty-Nine and 60/100 Dollars ($153,439.60), representing eighty percent (80%) of the professional fees ($190,149.50) and Forty-Seven Thousand Nine Hundred Fifty and 76/100 Dollars ($47,950.76), representing one hundred percent (100%) of the expenses incurred during the Third Fee Period, all pursuant to the Interim Compensation Order, is hereby APPROVED; and

c.  Debtors are hereby AUTHORIZED to pay to Cantor Colburn Thirty-Eight Thousand Twenty-Nine and 90/100 Dollars ($38,029.00), representing the twenty percent (20%) holdback on professional fees during the Third Fee Period.

ENTERED AS AN ORDER OF THIS COURT ON THE _____ DAY OF ____ _____, 2007.

_____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE