UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

In Re:

                                                          Case No. 05-44481 (RDD)

    DELPHI  CORPORATION, et al.,

             Debtors.
---------------------------------------------------------------- x

**AFFIDAVIT OF SERVICE VIA EXPRESS MAIL**

STATE OF New York      }
                                }    ss.:
COUNTY OF New York   }

    Nancy Gallo, being duly sworn, deposes and says:

1. I am not a party to the action.

2. I am over 18 years of age.

3. I reside at Queens County, New York.

4. On November 29, 2006, I served the foregoing **Reply of USW in Support of Motion to Compel Debtors to Submit Individual Employee Matter to Impartial Medical Authority** via Express Mail Service upon:

| | |
|---|---|
| Bruce Simon<br>Cohen, Weiss & Simon<br>330 West 42nd Street<br>New York, NY 10036 | Bonnie Steingart<br>Fried, Frank, Harris, Shriver & Jacobson<br>One New York Plaza<br>New York, NY  10004 |
| Donald Bernstein<br>Davis, Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY  10017 | Robert J. Rosenberg<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY  10022 |
| Tom A. Jerman<br>O'Melveny & Myers LLP<br>1625 Eye Street, NW<br>Washington, DC  20006 | Kenneth S. Ziman<br>Simpson Thatcher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY  10017 |

| | |
|---|---|
| John William Butler<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 W. Wacker Drive<br>Suite 2100<br>Chicago, IL  60606 | Kayalyn A. Marafioti<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>4 Times Square<br>P.O. Box 300<br>New York, NY  10036 |
| Daniel D. Doyle<br>Spencer Fane Britt & Browne LLP<br>1 North Brentwood Boulevard<br>10th Floor<br>St. Louis, MO  63105 | Alicia M. Leonhard<br>United States Trustee<br>33 Whitehall Street<br>21stFloor<br>New York, NY  10004-2112 |
| Jeffrey L. Tanenbaum, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 | |

by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official Express Mail depository under the exclusive care and custody of the United States Post Office Department within New York State, located at 1350 Broadway, Suite 501, P.O. Box 822, New York, New York 10018-0026, to be sent by Express Mail, receipt #(s) 11 addressed to said attorney(s) at the address(es) above set forth, being the address(es) designated by said attorney(s) for that purpose.

　　　　　　　　　　　　　　　　　　　　　　　/s/  Nancy Gallo
　　　　　　　　　　　　　　　　　　　　　　　Nancy Gallo

Sworn to before me this
29th day of November, 2006

*/s/  Barbara Kappock*
　　Notary Public

Commission Expires: April 30, 2010
No.  01-4719234

81411