JEFFREY G. CARL
6597 PARKWOOD DR
LOCKPORT NY 14094
(716) 438-0517

TO THOM IT MAY CONCERN

I JEFFREY G. CARL DISAGREE WITH THE SECOND OMNIBUS OBJECTION.

MY CASE NO. 9494 AND 9492 ARE NOT JUST CONCERNING STOCK BUT TO COVER MY PENSION AND NOT LIMITED TO MY MEDICATION AND TREATMENT OF MY DISABLITY (WHICH WAS CAUSED BY MY JOB AT DELPHI-HARRISON) THAT WOULD BE NEEDED IF DELPHI IS ALLOWED TO BE BANKRUPT.

I JEFFREY G. CARL BECAME DISABLED WHILE UNDER GENERAL MOTORS. I THEN WAS RETIRED IN THE YEAR 2000 UNDER DELPHI, UNABLE TO EVER WORK AGAIN.

ANY DOCUMENTS YOU MAY NEED WILL BE AVILABLE AS NEEDED. I HOPE THIS SADIFIES THE NEEDS OF THE COURT.

THANK-YOU

Jeffrey G. Carl