**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

In re:                                                                    In Proceedings For A
                                                                                       Reorganization Under
                **DELPHI CORPORATION, et al,**                 Chapter 11
                                                                                        Case No.: 05-44481
                                                                                       Jointly Administered

                  Delphi Automotive Systems
                                 Debtors.                Case No.: 05-44640

---------------------------------------------------------------------X

NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

                  Amroc Investments, LLC
                  535 Madison Avenue, 15th Floor
                  New York, New York 10022
                  Attention: David S. Leinwand, Esq.

A transfer in the amount of **$16,472.85** from:

                  Zettl Mimatic Inc. (Transferor)
                  1880 S. Elmhurst Rd.
                  Mt. Prospect, IL  60056
                  Attention: Jason Melcher

is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.  Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                                                      Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

                                                                         _____
                                                                            Deputy Clerk