**United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, Room 601, 6th Floor, One Bowling Green, New York, New York 10004-1408**

In re
DELPHI CORPORATION, et al.,
Debtors.
**PROPOSED THIRD OMNIBUS**
Debtors' third omnibus objection pursuant to insufficient documentation.
**Claim number** 11911
Chapter 11
**Case No. 05-44481 (RDD)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)
- and -
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)
Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**(b), Claimant**   Michael Potter
**Claim number** 11911

**(c,d,e) description of the basis for claim, reason claim should be disallowed.**

   WHEREFORE I strongly object to the DELPHI CORPORATION, et al's assertion that my claim is unsubstantiated. The paperwork I submitted [description for basis for claim and documentation (c & d)] is complete, compelling, and clearly defines the legal basis for my claim, showing "DELPHI CORPORATION, et al" fraudulently manipulated, misrepresented, and led the investing public (me) to make decisions about the validity of their stock that would not otherwise have been made. Therefore I feel it appropriate that the claimants relief be 100% ($8,408) of claim submitted.(e)

**FURTHERMORE;**

A; I have no other (paperwork) to submit, the documents and evidence initially submitted stand on their own.

B; I Am requesting court or third party review of all documents submitted before they are arbitrarily discarded as unsubstantiated.

C; I Am also respectfully requesting the Court to address the legal basis that would allow a company to move 1) financial assets, 2) technology, 3) manpower, 4) and any other tangible assets out of the country and then separate those assets when filing bankruptcy. Those assets belong to the stockholders for stock valuation purposes.

(a) I had been in contact with "The Delphi Investors hotline" at the time of the bankruptcy and was assured "There is no [North American Operations stock] vs. [Overseas stock], they are inseparable"

**D; Due to fact (see "C" above), I Am requesting the Court to mandate that all Delphi's holdings worldwide be included in their net worth in regards to their bankruptcy proceedings.**

E; THEREFORE, I respectfully request the Court to enter an order (a) Denying relief requested against Michael Potter and (b) Denying the debtors such other and further relief, as this would be just for Michael Potter.

**CLAIMANT**
Michael Potter
N.38 W.26876 Glacier Rd.
Pewaukee, Wi
53072

Ph. 414-841-6751

**Claim number** 11911