September 27, 2006

Skadden, Arps, Slate, Meagher, & Flomllp
333 West Wacker Srive, Suite 2100
Chicago, Illinois 60606
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

-and-

Skadden, Arps, Slate, Meagher, & Flomllp
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, el al.,
    Debtors and Debtors-in-Possession

Greetings,

Thank you for sending me a copy of the document entitled ("FIRST OMNIBUS CLAIMS OBJECTION").

I'm not an attorney and I don't have any idea what this document means nor what to do with it except to file it with my other papers related to the DELPHI bankruptcy. So, I really don't know what action I should be taking or if I should do anything at all. However, I do want to take this opportunity to provide some information to you which you may not know, and some which you no doubt already have.

First, I want to explain that My wife, Ellen and I are co-owners of 454 shares of Delphi stock which we never deliberately acquired. These shares were issued to us when General Motors spun off several of their component divisions, a very unwise act in my opinion, and de-valued our GM Stock. So you might say we, along with thousands of other **GM stockholders were forced** to take these Delphi shares. This was probably a lawful act on the part of GM and one that must have been very carefully and cautiously orchestrated.

Secondly, I'm enclosing copies of the last three of the five letters I've sent to the Honorable Judge Robert Drain since learning this bankruptcy would be resolved in his court. If I could have quickly located copies of the first two, I would have also sent copies of those. I assure you my only intent in writing to you today is the same as it was for writing to Judge Drain, **"TO PLEAD FOR JUSTICE"**.

Third, and last is the enclosed copy of my letter marked Exhibit A. Please take the time to read it. I believe it would be very much appreciated by most, if not all of the citizens of Anderson, Indiana if you can rightfully and lawfully help to keep the Automotive Ignition Systems manufacturing plant in Anderson, Indiana. Furthermore, if Delphi should be willing to divest themselves of their Automotive Ignition Systems business I believe there are people who would like to acquire all of it.

Thank you,
Sincerely,
*Robert W. Ward*
Robert W. Ward

cc Honorable Judge Drain
    Mr. Steve Miller

June 20, 2006

To:
Honorable Judge Robert Drain

Greetings!

My purpose for writing to you this third time is the same as it has been twice before, "TO PLEAD FOR JUSTICE !"

I've lived in Anderson, Indiana for all of my nearly 76 years and it presently looks like a war zone in the areas where General Motors had occupied for many, many years.

Then in 1999, the remnants of GM were suddenly called by a new name, DELPHI, and a lot of MY friends and neighbors along with myself were issued some shares of ownership in this new DELPHI Corporation and our shares of GM were declared to be worth less than before.

Today, in Anderson, Indiana, Delphi still has an automotive ignition system manufacturing operation in one of the old GM buildings, but according to news stories they will soon be closing it down. Today, in Anderson, Indiana, GM has only demolition contractors busting up concrete and tearing down buildings.

Back in the 1940s my father had a small business and I remember when he couldn't pay his creditors his business "went into the hands of a receivership" and the court appointed a receiver who very quickly liquidated Dad's assets and he had to start his business all over. This Delphi bankruptcy seems strange in that it appears to be being run by Delphi attorneys and you seem to be much more of a "game" referee than a judge. The Delphi attorneys seem to be determining what's right and what's wrong rather than you. All I have to go by is what I read in the papers, but according to these news stories you don't seem to have very much authority nor do you appear to have much interest in helping anyone except them.

I pray when and **if** this case ever does come to some resolution that all of us **who became shareholders not of our own choosing will receive JUSTICE.**

I plead with you to be just and to be certain that ALL of the shareholders have the same percentage of ownership in the reorganized Delphi Corporation that emerges from your court as we had in the original Delphi Corporation that filed for protection in your court.

Sincerely,


Robert W. Ward

cc Eliot Spitzer
    USA Today
    Anderson Herald Bulletin

June 27, 2006

To:
Honorable Judge Robert Drain

Good Tuesday Afternoon!

My purpose for writing to you this fourth time is the same as it has been the three previous times, "TO PLEAD FOR JUSTICE !"

However, this time I'm not pleading for justice for myself or the other Delphi Stockholders, but **I'm pleading for everyone in my hometown of Anderson, Indiana.**

For more than 70 years Anderson was home to TWO General Motors Divisions. In the 1970s and 80s, employment in these two divisions was near thirty thousand people. Today GM is completely gone and Delphi has whittled their presence down to only one plant still in operation and it is scheduled to soon close its doors. Enclosed is a news story which appeared in our local paper on June 24. It tells the story far better than I can.

Anderson, Indiana desperately needs to try to keep this plant and to keep jobs here. I've been working with a Chinese company who has recently expressed a strong desire to acquire a North American U.S. facility. On their behalf I've approached the Delphi Mergers and Acquisitions Department three times since I learned the Chinese were interested to invest in the U.S. and in Anderson. The name of the Chinese Company is the "Yunsheng Group. I understand the Yunsheng Group is publicly traded on the Chinese stock market. Delphi's answer to me thus far has been *" we are not ready to talk about divesting ourselves of the automotive ignition systems business."* I thought perhaps they simply might not be able to talk about it unless the bankruptcy court granted approval or instructed them to talk. I'm to meet with the Chinese on July 7 in San Francisco, CA to discuss several business related issues, this one being a top priority.

As I said in my last letter to you, I've lived in Anderson, Indiana for all of my nearly 76 years and it presently looks like a war zone in the areas where General Motors and most recently Delphi had been.

If your court can **rightfully** be of any assistance, and if you think keeping this plant in the United States is the right thing to do, then all of us in Anderson, Indiana would certainly appreciate your help. Neither the Chinese nor I want you to do anything unless it's the right thing for you and for the bankruptcy court to do.

Thank you,
Sincerely,


Robert W. Ward

3701 Ironwood Way<br>
Anderson, Indiana<br>
46011<br>
September 11, 2006

To:
Honorable Judge Robert Drain

Good Afternoon on this most memorable 9/11/2006!

This is the fifth time I'm writing to you and my reason is still the same as it has been the first four times, "TO PLEAD FOR JUSTICE !" There is not much I can add to what I've already written to you, except to perhaps share with you my principle reason for this letter.

Isaiah the biblical prophet's writings are very meaningful to me. He wrote in the 59th chapter, 4th verse of the bible book which bears his name that "none calleth for justice, nor any pleadeth for truth."

I sincerely believe that applying Isaiah's admonition to the Delphi situation is very appropriate, as he warns his readers to DO their part, to plead for TRUTH and to CALL for JUSTICE in all circumstances of life.

My plea is for justice is for myself and for all Delphi Stockholders.

If and when the Delphi Corporation can emerge from bankruptcy and again become a viable public owned corporation, then I plead for each of us who own stock in Delphi to emerge with the same percentage of ownership in Delphi that we had before Delphi filed for bankruptcy.

I've also decided to copy Mr. Robert "Steve" Miller the CEO of Delphi on this brief note.

Thank you,
Sincerely,


Robert W. Ward

cc Mr. Steve Miller



Robert (Bob) W. Ward
3701 Ironwood Way
Anderson, Indiana 46011

United States Bankruptcy Court
Southern District of New York
Judge Robert Drain
Chapters Bankruptcy Judge
One Bowling Green
New York, New York