EATON, COLORADO

**GO WHERE THE PROS GO...**

NOVEMBER 21, 2006

HONORABLE ROBERT D. DRAIN
UNITED STATE BANKRUPTCY JUDGE

RE: CASE NO 05-44481 (RRD)
DELPHI CORPORATION

DEAR SIRS:
CLAIM #14229 FOR $490.00 WAS FILED ON 7/31/06. I RECEIVED NOTIFICATION THAT IS CLAIM WAS OBJECTED TO BECAUSE IT WAS DUPLICATE AND AMENDED, AND THE TREATMENT OF THE CLAIM WAS TO DISALLOW AND EXPUNGE.

WE HAVE A LEGITIMENT CLAIM, WITH THE PROOF BEING SENT IN THE FORM OF A SIGNED DELIVERY RECEIPT AND INVOICE.

PLEASE VERIFY RECEIPT OF THIS PROOF AND THE ALLOWANCE OF OUR CLAIM AGAINST THIS BANDRUPTCY.

WOOD PRODUCTS MFG. & RECYCLING, INC.
(DBA PRO PALLET, INC.)
920 EAST COLLINS
EATON, COLORADO 80615
970-353-5311
970-454-3286(FAX)

RESPECTFULLY,
CHARLA RAE BOOKER
SEC./TREAS

CC: DELPHI CORP
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM
   SIMPSON THACHER & BARTLETT LLP
   DAVIS POLK & WARDWELL
   LATHAM & WATKINS LLP
   EQUITY SECURITY HOLDERS, FRIEN, FRANK, HARRIS, SHRIVER & JACOBSON LLP

UNITED STATE TRUSTEE FOR THE SOUTHER DISTRICT OF NEW YORK

| UNITED STATES BANKRUPTCY COURT  Southern  DISTRICT OF  New York | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>Delphi Corporation | Case Number<br>05-44481 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Wood Products Mfg & Recycling

Name and address where notices should be sent:
Wood Products Mfg & Recycling
Darwin Brady
920 E Collins
Eaton CO 80615

Telephone number: 970 353 5311

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

RECEIVED
AUG 17 2006
KURTZMAN CARSON

✗ Date Stamped Copy Returned
No self addressed stamped envelope
No copy to return

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:
DELPHI

Check here ☐ replaces   ☐ amends   a previously filed claim, dated: _____
if this claim

1. **Basis for Claim**
   ☒ Goods Sold / Services Performed
   ☐ Customer Claim
   ☐ Taxes
   ☐ Money Loaned
   ☐ Personal Injury
   ☐ Other _____

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
      Last four digits of SS #: _____
      Unpaid compensation for services performed
      from _____ to _____
              (date)         (date)

   AUG 17 2006

2. Date debt was incurred: 8-11-05

3. If court judgment, date obtained:

4. **Total Amount of Claim at Time Case Filed:** $ 490.00
   (unsecured)    (secured)    (priority)    (Total)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate  ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral: $ _____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

6. **Unsecured Nonpriority Claim** $ 490.00
   ☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $ _____
   Specify the priority of the claim:
   ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

RECEIVED
2006
CLAIMS PROCESSING CENTER
USBC, SDNY

Date: 7/27/06
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): [signature]

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

0544481060410191929196288

Wood Products Manufacturing & Recycling
920 E Collins
Eaton, CO 80615
USA

Invoice
37203

Invoice Date
Aug 11, 2005

Sold To:
DELPHI
4300 ROAD 18
LONGMONT, CO 80504

Ship to:

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| 1915 | 704545 | Net 30 Days |

| Sales Order # | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| 8997 | WPM | 8/11/05 | 9/10/05 |

| Quantity | Job | Description for Sales | Unit Price | Extension |
|---|---|---|---|---|
| 140.00 | | 48x40 #2 PALLETS | 3.50 | 490.00 |

Invoice Total        490.00

2% PER MONTH CHARGED TO ACCOUNTS OVER 30 DAYS

Wood Products Manufacturing & Recycling
920 E Collins
Eaton, CO  80615
USA

Voice:   970-353-5311
Fax:     970-454-3286

# Sales Order

Sales Order Number:
8997

Sales Order Date:
Aug 11 2005

Page:
1

Sold To:
DELPHI
4300 ROAD 18
LONGMONT, CO  80504

Ship To:

| Customer ID | PO Number | Driver |
|---|---|---|
| 1315 | 704545 | |
| Customer Contact | Shipping Method | Payment Terms |
| | WPM | Net 30 Days |

| Quantity | Item | Description |
|---|---|---|
| 140.00 | | 48x40 #2 PALLETS |

Received By: _[signature]_     Date: 8-11-05



Honorable Robert Drain
US Bankruptcy Judge
Bankruptcy Court
Courtroom 16 Green
One Bowens ny, 10004-1408
New York

GO WHERE THE PROS GO...
920 EAST COLLINS
EATON, CO 80615