11-21-06

United States Bankruptcy Court
Southern District of New York

Dear Sirs:

In reference to your packet concerning Delphi Corporation and notice of objection to my claim, is enclosed proof of my ownership of Eighty Nine (89) shares that I have with the Delphi Automotive System Corporation.

Enclosed is the Dividend Record. You will notice that there are two (2) different account numbers. I wonder if I challenge being dropped from the law suit.

I look forward to hearing from you.

Victoria B. Perez
VICTORIA B. PEREZ
PO Box 24083
El Paso, TEXAS 79914

# DELPHI
## Automotive Systems

Stockholder Services
1-800-818-6599
P.O. Box 9450
Boston, MA 02205-9450

Please Detach and Retain For Your Records

Acct No.  412-7729
Check No.  2375656

| Record Date | Payable Date | Rate Per Share | Number of Shares | Gross Dividend Paid | Tax Withheld |
|---|---|---|---|---|---|
| 12/16/99 | 01/13/00 | | | | |
| 03/24/00 | 04/24/00 | 0.070 | 89 | 6.23 | 0.00 |
| 06/26/00 | 07/25/00 | 0.070 | 89 | 6.23 | 0.00 |
| | | 0.070 | 89 | 6.23 | 0.00 |

Current Net Dividend  $6.23
Year to Date Net Dividend  $18.69

Year to Date  18.69  0.00

PLEASE SEE REVERSE SIDE FOR STOCKHOLDER SERVICES DIRECTORY



**DELPHI AUTOMOTIVE SYSTEMS CORPORATION**
C/O THE BANK OF NEW YORK
CHURCH STREET STATION
P.O. BOX 11002
NEW YORK, NY 10286-1002

0002155227

***********AUTO**3-DIGIT 799
VICTORIA B PEREZ
BOX 24083
EL PASO TX 79914-0083-83

Please Detach and Retain For Your Records

**DIVIDEND RECORD**

| | |
|---|---|
| Acct. No. | 0001344431 |
| Record Date | 09/17/01 |
| Payable Date | 10/16/01 |
| Record Date Shares | 89.0000 |
| Rate Per Share | $0.0700 |
| Gross Dividend | $6.23 |
| Tax Withheld | $0.00 |
| Net Dividend | $6.23 |
| YTD Tax Withheld | $0.00 |
| YTD Net Dividend | $24.92 |

Victoria B. Perez
P.O. Box 24083
El Paso, TX 79914



The Honorable Robert D. Drain
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green, Room 610, New York  New York
10004