11-25-2006

Dear Judge Drain,

I own shares of Delphi stock and read that the bankruptcy lawyers have now run up bills over a $100 million.

I hope you will get this matter resolved. It's time for Delphi to get out of bankruptcy. I really don't want this to continue to drag on as a shareholder.

Thank you.

Lawrence Rivers
785 High Dr.
Carmel, IN 4603