**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------X

| | |
|---|---|
| In re:<br><br>**DELPHI CORPORATION, et al,**<br><br><br><br>Debtors. | In Proceedings For A<br>Reorganization Under<br>Chapter 11<br>Case No.: 05-44481<br>Jointly Administered |

------------------------------------------------------------------------X

**Claim Nos.:  2749**

**NOTICE** OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001** (e)(2) or (4))

To: (Transferor)	Cadillac Products Inc.
	5800 Crooks Rd.
	Troy, MI  48098
	Attn:  Steve Zerio

The transfer of your claim as shown above, in the amount of **$85,397.50** has been transferred (unless previously expunged by court order) to:

	Amroc Investments, LLC
	535 Madison Avenue, 15th Floor
	New York, New York 10022
	Attn : David S. Leinwand, Esq.

No action is required if you do not object to the transfer of your claim.  However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN **20 DAYS** OF THE DATE OF THIS NOTICE, YOU MUST:

--FILE A **WRITTEN** OBJECTION TO THE TRANSFER with:
	UNITED STATES BANKRUPTCY COURT
	SOUTHERN DISTRICT OF NEW YORK
	ONE BOWLING GREEN, ALEXANDER HAMILTON CUSTOM HOUSE
	NEW YORK, NY 10004

--SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL No. _____ in your objection.
If you file an objection, a hearing will be scheduled.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

	CLERK OF THE COURT
_____
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
INTERNAL CONTROL NO. _____
Claims Agent Noticed: (Name of Outside Agent) _____
Copy to Transferee: _____

	_____
	Deputy Clerk