# Timeline For Sufficiency Hearings

DELPHI



# Timeline For Estimation/Claim Objection Hearings



DELPHI