# **DECEMBER 13, 2006**

*Sufficiency Hearing*

| EVENT/DEADLINE | DATE |
|---|---|
| Notice of Adjourned Hearing Deadline | **December 1, 2006** |
| Debtors' Supplemental Reply Deadline | **December 1, 2006** |
| Claimant's Supplemental Response Deadline | **December 8, 2006** |

## **JANUARY 12, 2007**

*Sufficiency Hearing*

| EVENT/DEADLINE | DATE |
|---|---|
| Notice of Adjourned Hearing Deadline | **January 2, 2007** |
| Debtors' Supplemental Reply Deadline | **January 2, 2007** |
| Claimant's Supplemental Response Deadline | **January 9, 2007** |

## **FEBRUARY 14, 2007**

*Sufficiency Hearing*

| EVENT/DEADLINE | DATE |
|---|---|
| Notice of Adjourned Hearing Deadline | **February 2, 2007** |
| Debtors' Supplemental Reply Deadline | **February 2, 2007** |
| Claimant's Supplemental Response Deadline | **February 9, 2007** |

*Estimation/Claims Objection Hearing*

| EVENT/DEADLINE | DATE |
|---|---|
| Notice of Adjourned Hearing Deadline | **December 11, 2006** |
| Debtors' Preliminary Statement of Issues | 5 business days after Notice of Adjourned Hearing |
| Meet and Confer Deadline | 10 business days after Notice of Adjourned Hearing |
| Claimant's Supplemental Response Deadline | **January 3, 2007** |
| Debtors' Discovery Requests Service Deadline | 5 business days after Claimant's Supplemental Response service date |
| Debtors' Supplemental Reply Deadline | **January 17, 2007** |
| Claimant's Discovery Requests Service Deadline | 5 business days after Debtors' Supplemental Reply service date |
| Non-Binding Summary Mediation Deadline | **January 24, 2007** |
| Period to conduct depositions | **January 24, 2007 - February 7, 2007** |
| Deadline for Production/Responses to all discovery requests | **January 31, 2007** |
| Deadline for Debtors to further adjourn hearing | **February 7, 2007** |
| Deadline for both Debtors and Claimant to amend supplemental pleadings | **February 9, 2007** |

3

# **MARCH 1, 2007**

*Sufficiency Hearing*

| EVENT/DEADLINE | DATE |
|---|---|
| Notice of Adjourned Hearing Deadline | **February 19, 2007** |
| Debtors' Supplemental Reply Deadline | **February 19, 2007** |
| Claimant's Supplemental Response Deadline | **February 26, 2007** |

*Estimation/Claims Objection Hearing*

| EVENT/DEADLINE | DATE |
|---|---|
| Notice of Adjourned Hearing Deadline | **December 26, 2006** |
| Debtors' Preliminary Statement of Issues | 5 business days after Notice of Adjourned Hearing |
| Meet and Confer Deadline | 10 business days after Notice of Adjourned Hearing |
| Claimant's Supplemental Response Deadline | **January 18, 2007** |
| Debtors' Discovery Requests Service Deadline | 5 business days after Claimant's Supplemental Response service date |
| Debtors' Supplemental Reply Deadline | **February 1, 2007** |
| Claimant's Discovery Requests Service Deadline | 5 business days after Debtors' Supplemental Reply service date |
| Non-Binding Summary Mediation Deadline | **February 8, 2007** |
| Period to conduct depositions | **February 8, 2007 - February 22, 2007** |
| Deadline for Production/Responses to all discovery requests | **February 15, 2007** |
| Deadline for Debtors to further adjourn hearing | **February 22, 2007** |
| Deadline for both Debtors and Claimant to amend supplemental pleadings | **February 26, 2007** |

4

## MARCH 21, 2007

*Sufficiency Hearing*

| EVENT/DEADLINE | DATE |
|---|---|
| Notice of Adjourned Hearing Deadline | **March 9, 2007** |
| Debtors' Supplemental Reply Deadline | **March 9, 2007** |
| Claimant's Supplemental Response Deadline | **March 16, 2007** |

*Estimation/Claims Objection Hearing*

| EVENT/DEADLINE | DATE |
|---|---|
| Notice of Adjourned Hearing Deadline | **January 15, 2007** |
| Debtors' Preliminary Statement of Issues | 5 business days after Notice of Adjourned Hearing |
| Meet and Confer Deadline | 10 business days after Notice of Adjourned Hearing |
| Claimant's Supplemental Response Deadline | **February 7, 2007** |
| Debtors' Discovery Requests Service Deadline | 5 business days after Claimant's Supplemental Response service date |
| Debtors' Supplemental Reply Deadline | **February 21, 2007** |
| Claimant's Discovery Requests Service Deadline | 5 business days after Debtors' Supplemental Reply service date |
| Non-Binding Summary Mediation Deadline | **February 28, 2007** |
| Period to conduct depositions | **February 28, 2007 – March 14, 2007** |
| Deadline for Production/Responses to all discovery requests | **March 7, 2007** |
| Deadline for Debtors to further adjourn hearing | **March 14, 2007** |
| Deadline for both Debtors and Claimant to amend supplemental pleadings | **March 16, 2007** |