Jeffrey C. Wisler
Christina M. Thompson
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Counsel for Orix Warren, LLC

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                                             :
IN RE                                                        :    Chapter 11
                                                             :
DELPHI CORPORATION, et al.,                                  :    Case No. 05-44481 (RDD)
                                                             :    (Jointly Administered)
                          Debtors.                           :
-------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF OBJECTION TO ADDITIONAL EXTENSION OF DEADLINE TO ASSUME OR REJECT UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY WITH ORIX WARREN, LLC

PLEASE TAKE NOTICE that Orix Warren, LLC, hereby withdraws its *Objection to Additional Extension of Deadline to Assume or Reject Unexpired Lease of Nonresidential Real Property With Orix Warren, LLC* [D.I. 5178].

Dated: November 29, 2006             CONNOLLY BOVE LODGE & HUTZ LLP

                                     **/s/ Jeffrey C. Wisler**
                                     Jeffrey C. Wisler (#2795)
                                     Christina M. Thompson (#3976)
                                     The Nemours Building
                                     1007 N. Orange Street
                                     P.O. Box 2207
                                     Wilmington, Delaware 19899
                                     (302) 658-9141

#502471                              Counsel for Orix Warren, LLC