## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 29th day of November, 2006, I caused a copy of the **Notice of Withdrawal of Objection to Additional Extension of Deadline to Assume or Reject Unexpired Lease of Nonresidential Real Property with Orix Warren, LLC** to be served as indicated upon the following counsel.

**VIA TELEFAX AND U.S. MAIL**

| | |
|---|---|
| John Wm. Butler, Jr., Esq. | Mark A. Broude, Esq. |
| Skadden Arps Slate Meagher & Flom LLP | Latham & Watkins |
| 333 West Wacker Drive, Suite 2100 | 885 Third Avenue |
| Chicago, IL 60606 | New York, NY 10022 |
| | |
| Kenneth S. Ziman, Esq. | Marlane Melican, Esq. |
| Simpson Thacher & Bartlett LLP | Davis Polk & Wardell |
| 425 Lexington Avenue | 450 Lexington Avenue |
| New York, NY 10017 | New York, NY 10017 |

Alicia M. Leonhard, Esq.
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

**VIA U.S. MAIL**

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
   for the Southern District of New York
614 Alexander Hamilton Custom House
One Bowling Green
New York, NY  10004-1400

                                              **/s/ Jeffrey C. Wisler**
                                                    Jeffrey C. Wisler

#502474