Hearing Date and Time: **March 22, 2007, 10:00 a.m.**
Objection Deadline: **March 15, 2007 4:00 p.m.**

CANTOR COLBURN LLP
Daniel E. Bruso (DB5232)
55 Griffin Road South
Bloomfield, CT 06002
(860) 286-2929 (Telephone)
(860) 286-0115 (Telecopier)

Patent Counsel to Delphi Corporation *et al.*
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------- x
                                :
        In re                   :    Chapter 11
                                :
DELPHI CORPORATION, et al.,     :    Case No. 05-44481 (RDD)
                                :
                    Debtors.    :    (Jointly Administered)
                                :
------------------------------- x

**CERTIFICATE OF SERVICE UPON NOTICE PARTIES**

I, Daniel E. Bruso, Esq., counsel to Cantor Colburn LLP, patent counsel to the Debtors and Debtor-in-Possession in the above-captioned cases, hereby certify that, on the 29th day of November, 2006, I served a true and accurate copy of the:

A.   THIRD INTERIM APPLICATION OF CANTOR COLBURN LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES PURSUANT TO 11 U.S.C. §§ 330, 331;

B.  NOTICE OF FILING OF THIRD INTERIM APPLICATION OF CANTOR COLBURN LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES PURSUANT TO 11 U.S.C. §§ 330, 331;

C.  PROPOSED ORDER ALLOWING THE THIRD INTERIM APPLICATION OF CANTOR COLBURN LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES PURSUANT TO 11 U.S.C. §§ 330, 331;

D.  CERTIFICATE OF SERVICE UPON MASTER LIST AND 2002 NOTICE LIST; and

E.  CERTIFICATE OF SERVICE UPON NOTICE PARTIES,

via Federal Express, upon:

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Att'n: General Counsel

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
Att'n: John Wm. Butler, Jr., Esq.

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, New York 10004
Att'n: Alicia M. Leonhard, Esq.

Latham & Watkins LLP
885 Third Avenue
New York, New York
10022-4802
Att'n: Robert J. Rosenberg, Esq.

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York, 10017
Att'n: Marissa Wesley, Esq.

Davis Polk & Wardell
450 Lexington Avenue
New York, New York, 10017
Att'n: Marlane Melican, Esq.

Dated: November 29, 2006

                RESPECTFULLY SUBMITTED,
                CANTOR COLBURN LLP


                By: /s/Daniel E. Bruso
                    Daniel E. Bruso (DB-5232)
                    Cantor Colburn LLP
                    55 Griffin Road South
                    Bloomfield, CT 06002
                    (860) 286-2929 (Telephone)
                    (860) 2986-0115 (Facsimile)
                    Dbruso@cantorcolburn.com (e-mail)

                Patent Counsel to Delphi Corporation *et al.*,
                Debtors and Debtors-in-Possession