Hearing Date and Time: March 22, 2007, 10:00 a.m.
Objection Deadline: March 15, 2007 4:00 p.m.

CANTOR COLBURN LLP
Daniel E. Bruso (DB5232)
55 Griffin Road South
Bloomfield, CT 06002
(860) 286-2929 (Telephone)
(860) 286-0115 (Telecopier)

Patent Counsel to Delphi Corporation *et al.*
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

**UNITED STATES BANKRUPTCY COURT
SOURTHERN DISTRICT OF NEW YORK**

------------------------------------ x
                                     :
    In re                            :    Chapter 11
                                     :
DELPHI CORPORATION, et al.,          :    Case No. 05-44481 (RDD)
                                     :
                      Debtors.       :    (Jointly Administered)
                                     :
------------------------------------ x

**CERTIFICATE OF SERVICE UPON MASTER LIST AND 2002 NOTICE LIST**

I, Daniel E. Bruso, Esq., counsel to Cantor Colburn LLP, patent counsel to the Debtors and

Debtor-in-Possession in the above-captioned cases, hereby certify that, on the 29th day of

November, 2006, I served a true and accurate copy of Cantor Colburn LLP's NOTICE OF

FILING OF THIRD INTERIM APPLICATION OF CANTOR COLBURN LLP FOR

ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND

REIMBURSEMENT OF EXPENSES PURSUANT TO 11 U.S.C. §§ 330, 331, via electronic

mail, upon all of the persons identified the Delphi Corporation Master Service List or the Delphi Corporation 2002 List, as they existed on November 28, 2006 on www.delphidocket.com.

Dated: November 29, 2006

                RESPECTFULLY SUBMITTED,
                CANTOR COLBURN LLP


        By:  /s/Daniel E. Bruso
            Daniel E. Bruso (DB-5232)
            Cantor Colburn LLP
            55 Griffin Road South
            Bloomfield, CT  06002
            (860) 286-2929 (Telephone)
            (860) 2986-0115 (Facsimile)
            Dbruso@cantorcolburn.com (e-mail)

            Patent Counsel to Delphi Corporation *et al.*,
            Debtors and Debtors-in-Possession