# Exhibits A-1, A-2, B and C

# TO COME