**Exhibit D**

**In re Delphi Corporation, et al.; Case No. 05-44481 (RDD)**

*Responses For Which The Hearing On The Debtors' Second Omnibus Claims Objection Is Adjourned*

| | RESPONDENT | DATE OF ADJOURNMENT |
|---|---|---|
| 1. | Cadence Innovation LLC, as successor in interest to Patent Holding Company (Docket No. 5767) | Pursuant to agreement between Cadence and the Debtors, the hearing on Cadence's response will be adjourned until January 11, 2007. The deadline for the Debtors to file a reply is January 10, 2007. |
| 2. | Electronic Data Systems Corp.; EDS Information Services LLC; EDS de Mexico SA de CV (Docket No. 5722) | Pursuant to agreement between EDS and the Debtors, the hearing on EDS's response will be adjourned until January 12, 2007. The deadline for the Debtors to file a reply is January 11, 2007. |
| 3. | International Rectifier Corporation; IR Epi Services, Inc. (Docket No. 5746) | The respondents and the Debtors have agreed to adjourn the Second Omnibus Claims Hearing with respect to the respondent's claims to December 13, 2006. The deadline for the Debtors to file a reply is December 12, 2006. |
| 4. | Port City Castings Corp. (Docket No. 5710) | The respondent and the Debtors agree to adjourn the Second Omnibus Claims Objection with respect to the respondent's claims to December 13, 2006. The deadline for the Debtors to file a reply is December 12, 2006. |
| 5. | Robert Bosch GmbH (Docket No. 5766) | The respondent and the Debtors agree to adjourn the Second Omnibus Claims Objection with respect to the respondent's claims to December 13, 2006. The deadline for the Debtors to file a reply is December 12, 2006. |