# Exhibits A-1, A-2, B-1, B-2, C, D-1, D-2, and D-3

## TO COME