**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
In re:                                                                    Chapter 11

                                                                              Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                              Jointly Administered

                        Debtors

------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

    UPON the motion of Kelly A. Kruse, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

    ORDERED, that Kelly A. Kruse, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: November 29, 2006
         New York, New York

                                                            /s/Robert D. Drain_____
                                                            UNITED STATES BANKRUPTCY JUDGE