Kevin T. Grzelak, (P48803)
Price, Heneveld, Cooper,
  DeWitt & Litton, LLP
695 Kenmoor Avenue, S.E.
Post Office Box 2567
Grand Rapids, Michigan  49501
(616) 949-9610
Intellectual Property Counsel To Debtors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**CERTIFICATION FOR THIRD INTERIM APPLICATION FOR APPROVAL
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PRICE,
HENEVELD, COOPER, DEWITT & LITTON, LLP, INTELLECTUAL
PROPERTY COUNSEL TO DEBTORS, UNDER 11 U.S.C. §§330 AND 331
FOR SERVICES RENDERED FROM
OCTOBER 9, 2005, THROUGH SEPTEMBER 30, 2006**

I, Kevin T. Grzelak, as the "Certifying Professional" for Price, Heneveld,
Cooper, DeWitt & Litton, LLP ("Price, Heneveld"), intellectual property counsel
for Delphi Corporation ("Debtors"), and a Retained Professional, certify as
follows:

1.    I have read the Third Interim Application For Approval Of
Compensation And Reimbursement Of Expenses of Price, Heneveld, Cooper,
DeWitt & Litton, LLP, Intellectual  Property Counsel to Debtors, Under 11 U.S.C.
§§330 And 331 For Services Rendered From October 9, 2005, Through September
30, 2006 ("the Third Interim Price, Heneveld Application").

FURTHER CERTIFICATIONS PURSUANT TO THE AMENDED GUIDELINES
FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN SOUTHERN
DISTRICT OF NEW YORK BANKRUPTCY CASES

2.    To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought in the Third Interim Price, Heneveld Application fall within the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases ("the Amended Guidelines") and the UST Guidelines, except as specifically noted in this certification and described in Price, Heneveld's fee application (there are no exceptions).

3.    To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, except to the extent that fees or disbursements are prohibited by the Amended Guidelines or the UST Guidelines, the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by the applicant, Price, Heneveld, and generally accepted by the applicant's clients.

4.    To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, in providing reimbursable service, the applicant does not make a profit on the service, whether the service is performed by the applicant in-house or through a third party.

5.    To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, the trustee, and in this Chapter 11 case, the chair of each official committee and the Debtors have all

2

been provided not later than twenty (20) days after the end of each month with a statement of fees and disbursements accrued during such month. The statements provided contain a list of professionals and paraprofessionals providing services, their respective billing rates, the aggregate hours spent by each professional and paraprofessional, a general description of the services rendered, a reasonably detailed breakdown of the disbursements incurred and an explanation of billing practices.

6.    To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, the trustee, and in this Chapter 11 case, the chair of each official committee and the Debtors have all been provided with a copy of the relevant fee application at least ten (10) days before the date set by the Court or any applicable rules for filing fee applications.

### FURTHER CERTIFICATIONS PURSUANT TO THE GUIDELINES FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN SOUTHERN DISTRICT OF NEW YORK BANKRUPTCY CASES

7.    To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, the Third Interim Price, Heneveld Application complies with the mandatory guidelines set forth in the Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases.

8.    The Certifying Professional is unable to certify that the trustee, Debtors, or chair of each official committee (as to each respective committee's

professionals) has reviewed the fee application and has approved it.  (There are no known objections.)

9.    To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, in charging for a particular service, the applicant does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay.

10.    To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, in seeking reimbursement for a service which the applicant justifiably purchased or contracted for from a third party (such as temporary paralegal or secretary services, or messenger service), the applicant requests reimbursement only for the amount billed to the applicant by the third-party vendor and paid by the applicant to such vendor.

Respectfully submitted,

Kevin T. Grzelak (P48803)
Price, Heneveld, Cooper, DeWitt & Litton, LLP
695 Kenmoor Avenue, S.E.
Post Office Box 2567
Grand Rapids, Michigan  49501
(616) 949-9610 (office)
(616) 957-8196 (fax)
Intellectual Property Counsel/Chapter 11
Professionals

4

Kevin T. Grzelak, (P48803)
Price Heneveld Cooper
 DeWitt & Litton, LLP
695 Kenmoor Avenue, S.E.
Post Office Box 2567
Grand Rapids, Michigan  49501
(616) 949-9610
Intellectual Property Counsel
 To Debtors

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 05-44481-RDD |
|  | ) |  |
| DELPHI CORPORATION, et al., | ) | Jointly Administered |
|  | ) |  |
| Debtors. | ) | Chapter 11 |

**THIRD INTERIM APPLICATION FOR APPROVAL OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF PRICE, HENEVELD,
COOPER, DEWITT & LITTON, LLP, INTELLECTUAL
PROPERTY COUNSEL TO DEBTORS, FOR
SERVICES RENDERED FROM
<u>OCTOBER 9, 2005, THROUGH SEPTEMBER 30, 2006</u>**

Price, Heneveld, Cooper, DeWitt & Litton, LLP (the "Applicant" or

"Price, Heneveld"), Intellectual Property Counsel, Chapter 11 Professionals

to Delphi Corporation and certain of its subsidiaries and affiliates, debtors

and debtors-in-possession in the above-captioned case (collectively, the

"Debtors"),  submits its third interim application (the "Interim Application")

seeking interim allowance and payment of compensation and

reimbursement of expenses under 11 U.S.C. §§ 330 and 331 for the period

from October 9, 2005, through September 30, 2006 (the "Application

Period"). Price, Heneveld submits this Interim Application for (a)

allowance of compensation for professional services rendered by Price,

Heneveld to the Debtors, and (b) reimbursement of actual and necessary

charges and disbursements incurred by Price, Heneveld in the rendition of

required professional services on behalf of the Debtors. In support of this

Interim Application, Price, Heneveld represents as follows:


## BACKGROUND

### A. The Chapter 11 Filings

1. On October 8, 2005 (the "Petition Date"), the Debtors filed a

voluntary petition in this Court for reorganization relief under Chapter

11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as

amended (the "Bankruptcy Code"). The Debtors continue to operate

their businesses and manage their properties as debtors-in-possession

pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The

Debtors have moved this Court for an order authorizing joint

administration of these Chapter 11 cases.

2. On October 17, 2005, the United States Trustee appointed an

official Committee of Unsecured Creditors (the "Committee") in this

case.

2

3.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding under 28 U.S.C. § 157(b)(2).

4.  The statutory predicates for the relief requested herein are sections 327(a), 330, and 331 of the Bankruptcy Code.

## RETENTION OF PRICE, HENEVELD

5.  On December 6, 2005, the Debtors applied to this Court for an order approving the retention of Price, Heneveld as Intellectual Property Counsel to Debtors (the "Retention Application").

6.  On January 3, 2006, this Court entered an order (the "Price, Heneveld Retention Order"), authorizing the Debtors to employ Price, Heneveld as Intellectual Property Counsel under the terms set forth in the Retention Application.

7.  In the Price Retention Application filed December 6, 2005, the Debtors disclosed that Price, Heneveld's fees for professional services is based on hourly rates, which are periodically adjusted, and reimbursement of expenses.

8.  Price, Heneveld has no agreement of any kind, express or implied, to divide with any other person or entity (other than among members of the firm) any portion of the compensation sought or to be received by it in this case.

3

**FEE PROCEDURES AND MONTHLY FEE STATEMENTS**

9.  On October 8, 2005, this Court entered an Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Order").  Pursuant to paragraph 2(a) of the Order, Price, Heneveld is submitting this Interim Application to the Debtors, to the Creditors' Committee, the Trustee and the members of any other Committee appointed in this case for the purpose of reviewing fees and expenses, to the extent not duplicative of the parties listed above (collectively, the "Notice Parties").

10.  Pursuant to the Order, on or before the last day of each month following the month for which compensation is sought, Price, Heneveld submitted a monthly statement to the parties described in the Order.  The parties had at least fifteen (15) days to review any such statement.   If there were no objections at the expiration of forty-five (45) days after service of the Statements, the Debtors are authorized to pay 80% of the fees requested (with the remaining 20% of the fees requested (the "Holdback") and 100% of the charges and disbursements requested.  In accordance with the Order, Price, Heneveld has submitted Monthly Fee Statements for each of the months covered by the Application Period.

**REQUESTED FEES AND REIMBURSEMENT OF EXPENSES**

11 .  Price, Heneveld has provided legal services in regards to intellectual property matters for the Debtor.  As a result of its efforts during

4

the Application Period, Price, Heneveld now seeks interim allowance of $181,155.50 in fees calculated at the hourly billing rates of the firm's personnel who have worked on the intellectual property matters and $10,187.07 in charges and disbursements actually and necessarily incurred by Price Heneveld while providing services to the Debtors during the Application Period.  Exhibit A.

12.  In accordance with the Order, Price Heneveld has submitted Monthly Fee Statements for the period from October 9, 2005, through September 30, 2006, copies of which are attached in Exhibit D, and now submits this Interim Application covering the Application Period.

13.  No party has filed an objection to Price Heneveld's Monthly Fee Statements.   Accordingly, with respect to the Monthly Fee Statements covering the Application Period, Price Heneveld will have received $144,924.40 on account of billed fees, $10,187.07 on account of billed charges and disbursements, and will have accrued a Holdback in the amount of $36,231.10.  Price Heneveld is requesting $36,231.10 in full settlement of the Holdback accrued through September 30, 2006.  Exhibit B.

14.  Exhibit C outlines professional hours incurred, by individual, along with the individual's billing rate, and by category of work performed.  Also included in Exhibit C are the total hours billed and total compensation.  Detailed descriptions of services rendered are included in

5

the monthly fee statements (which are redacted to preserve client

confidentially) copies of which are attached as Exhibit D.

## **NOTICE**

15.  Price Heneveld has served copies of the Application on the

Debtors, the Notice Parties and the 2002 Notice List.  The Debtors submit

that no other or further notice need be given.

## **CONCLUSION**

WHEREFORE, Price Heneveld respectfully requests that the Court

enter an Order, substantially in the form attached hereto as Exhibit E

approving the compensation and reimbursement of fees requested

herein on an interim basis, authorizing and directing the Debtors to pay

such amounts, and for such other and further relief as the Court deems

appropriate.


Dated:     November 28, 2006    Respectfully submitted,



Kevin T. Grzelak (P48803)
Price, Heneveld, Cooper, DeWitt
    & Litton, LLP
695 Kenmoor Avenue, S.E.
Post Office Box 2567
Grand Rapids, Michigan  49501
(616) 949-9610 (office)
(616) 957-8196 (fax)
Intellectual Property Counsel,
    Chapter 11 Professionals

Exhibit A
Summary of Monthly Fee Statements

| Period Covered | Invoice Number | Fees Incurred | Fees Paid | Expenses Incurred | Expenses Paid |
|---|---|---|---|---|---|
| 10/09/05 - 06/30/06 | 84674 | 47,705.50 | 38,164.40 | 2,862.17 | 2,862.17 |
| 10/09/05 - 07/31/06 | 84910 | 33,948.00 | 27,158.40 | 2,438.50 | 2,438.50 |
| 10/09/05 - 08/31/06 | 85283 | 55,131.00 | 44,104.80 | 1,968.68 | 1,968.68 |
| 10/09/05 - 09/31/06 | 85617 | 44,371.00 | 35,496.80 | 2,917.72 | 2,917.72 |
| Total | | 181,155.50 | 144,924.40 | 10,187.07 | 10,187.07 |

Exhibit B
Summary of Legal Services Rendered

| | 7/06 Invoice | 8/06 Invoice | 9/06 Invoice | 10/06 Invoice | Total |
|---|---|---|---|---|---|
| Patent Evaluation (PH1) | - | - | - | 3.00 | 3.00 |
| Patent Preparation (PH2) | 172.8 | 165.50 | 241.3 | 142.2 | 721.8 |
| Patent Prosecution (PH3) | 41.2 | 9.5 | 22.4 | 47.0 | 120.1 |
| Fee Application (PH4) | - | 5.0 | - | - | 5.0 |
| Total Hours | 214.0 | 180.00 | 263.7 | 192.2 | 849.9 |
| Total Fees Billed | 47,705.50 | 33,948.00 | 55,131.00 | 44,371.00 | 181,155.50 |
| Total Payments Received | 38,164.40 | 27,158.40 | 44,104.80 | - | 109,427.60 |
| Total Fee 20% Holdback | 9,541.10 | 6,789.60 | 11,026.20 | 8,874.20 | 36,231.10 |

$36,231.10

Reimbursement Request for Period October 9, 2005 - September 30, 2006

**Exhibit C**
**Summary of Professional Hours**

| Name of Professional Person | Invoice Detail Matter Code | Position of Professional Person | Current Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| **Patent Evaluation** | | | | | |
| Kevin T. Grzelak | PH1 | Partner | 290.00 | 3.0 | 870.00 |
| **Subtotal** | | | 290.00 | 3.0 | 870.00 |
| **Patent Preparation** | | | | | |
| Gunther J. Evanina | PH2 | Partner | 295.00 | 91.4 | 26,963.00 |
| Kevin T. Grzelak | PH2 | Partner | 290.00 | 159.6 | 46,284.00 |
| Jeffrey S. Kapteyn | PH2 | Associate | 230.00 | 30.7 | 7,061.00 |
| Marcus P. Dolce | PH2 | Associate | 225.00 | 57.2 | 12,870.00 |
| Ginta McNally | PH2 | Associate | 210.00 | 16.9 | 3,549.00 |
| Brian R. Cheslek | PH2 | Associate | 160.00 | 32.5 | 5,200.00 |
| Jeffrey W. Johnson | PH2 | Associate | 145.00 | 333.5 | 48,357.50 |
| **Subtotal** | | | 1,555.00 | 721.8 | 150,284.50 |
| **Patent Prosecution** | | | | | |
| Gunther J. Evanina | PH3 | Partner | 295.00 | 10.3 | 3,038.50 |
| Kevin T. Grzelak | PH3 | Partner | 290.00 | 62.3 | 18,067.00 |
| Jeffrey S. Kapteyn | PH3 | Associate | 230.00 | 5.8 | 1,334.00 |
| Ginta McNally | PH3 | Associate | 210.00 | 1.0 | 210.00 |
| Jeffrey W. Johnson | PH3 | Associate | 145.00 | 40.7 | 5,901.50 |
| **Subtotal** | | | 1,170.00 | 120.1 | 28,551.00 |
| **Fee Application** | | | | | |
| Kevin T. Grzelak | PH4 | Partner | 290.00 | 5.0 | 1,450.00 |
| **Subtotal** | | | 290.00 | 5.0 | 1,450.00 |
| **Total** | | | 1,750.00 | 849.9 | 181,155.50 |
| **Total Fees Incurred** | | | | | **$181,155.50** |

**Exhibit D**

**Copies of invoices submitted for services rendered and billed during the fee application
time period of October 9, 2005 through September 30, 2006**

**INVOICE COPY**

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

July 13, 2006
Page:  2
Invoice      84674

CLIENT NUMBER - DEL001

FOR PROFESSIONAL SERVICES RENDERED
  THROUGH June 30, 2006 IN CONNECTION
  WITH THE FOLLOWING MATTERS -

MATTER NUMBER - A000

COSTS ADVANCED

| | | |
|---|---|---|
| 06/21/06  Express mail | | 108.50 |

TOTAL COSTS ADVANCED                         108.50

MATTER TOTAL                                 108.50

(FEES BILLED      2,842.00 )
(EXPENSES BILLED    419.62 )

MATTER NUMBER - P372

DP-303443
SN 911,087

| | | | |
|---|---|---|---|
| 06/01/06 | KTG | 0.50 | Evaluate claims and Office Action. Inter office conference among attorneys. Correspondence with Funke re decision to abandon application. | 145.00 |
| 06/01/06 | JWJ | 0.30 | Work on preparation of response. | 43.50 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

July  13,  2006
Page:  3
Invoice       84674

PROFESSIONAL SERVICES                                        188.50

KTG                        0.50      290.00      145.00
JWJ                        0.30      145.00       43.50

COSTS ADVANCED

05/31/06    Cost of computer search                  14.61

TOTAL COSTS ADVANCED                                          14.61

MATTER TOTAL                                                 203.11

(FEES BILLED       13,797.50  )
(EXPENSES BILLED        83.02  )

MATTER NUMBER – P440

DP-309190
S.N. 10/624,063

| | | | | |
|---|---|---|---|---|
| 03/24/06 KTG | 0.70 | Study Office Action and cited art. Inter office conference among attorneys. | 203.00 |
| 06/14/06 JWJ | 1.50 | Work on preparation of response. | 217.50 |
| 06/15/06 JWJ | 0.10 | Work on preparation of response. | 14.50 |
| 06/16/06 JWJ | 0.40 | Work on preparation of response. | 58.00 |
| 06/19/06 JWJ | 4.80 | Work on preparation of response. | 696.00 |
| 06/20/06 JWJ | 4.50 | Work on preparation of response. | 652.50 |
| 06/21/06 JWJ | 1.00 | Work on preparation of response. | 145.00 |
| 06/21/06 KTG | 0.80 | Review amendment response to Office Action. Inter office conference among attorneys. | 232.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

July  13, 2006
Page:  4
Invoice     84674

PROFESSIONAL SERVICES                                          2,218.50

| | | | | |
|---|---|---|---|---|
| KTG | | 1.50 | 290.00 | 435.00 |
| JWJ | | 12.30 | 145.00 | 1,783.50 |

COSTS ADVANCED

| | | | |
|---|---|---|---|
| 06/30/06 | Copies | | 4.50 |
| 06/30/06 | Postage | | 1.11 |

TOTAL COSTS ADVANCED                                              5.61

MATTER TOTAL                                                  2,224.11

(FEES BILLED      7,141.00 )
(EXPENSES BILLED    664.94 )

MATTER NUMBER - P442

DP-309231
S.N. 10/608,702

| | | | | |
|---|---|---|---|---|
| 05/30/06 KTG | 0.50 | Inter office conference among attorneys re Office Action. | | 145.00 |
| 06/01/06 GJE | 4.70 | Work on preparation of amendment. | | 1,386.50 |
| 06/14/06 GJE | 0.30 | Completion and filing of amendment. | | 88.50 |

PROFESSIONAL SERVICES                                          1,620.00

| | | | | |
|---|---|---|---|---|
| GJE | | 5.00 | 295.00 | 1,475.00 |
| KTG | | 0.50 | 290.00 | 145.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

July  13, 2006
Page:  5
Invoice      84674

COSTS ADVANCED

| | | |
|---|---|---|
| 06/30/06 | Copies | 11.70 |
| 06/30/06 | Postage | 1.11 |

TOTAL COSTS ADVANCED                                    12.81

MATTER TOTAL                                         1,632.81

(FEES BILLED      17,821.50  )
(EXPENSES BILLED    2,299.24  )

MATTER NUMBER - P507

DP-311734
S.N. 10/919,157

| | | | | |
|---|---|---|---|---|
| 04/18/06 | KTG | 1.50 | Evaluate Office Action and cited art. Telephone conference with inventor on April 18. Preparation and forwarding report and recommendations to client. | 435.00 |
| 06/23/06 | KTG | 2.50 | Work on preparation of response. Telephone conference with inventor on June 23. | 725.00 |
| 06/26/06 | KTG | 1.50 | Work on preparation of response. | 435.00 |

PROFESSIONAL SERVICES                                1,595.00

KTG                  5.50    290.00    1,595.00

COSTS ADVANCED

04/30/06   Copies                                       14.40

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# INVOICE COPY

**PRICE**
**HENEVELD,**
**COOPER,**
**DEWITT &**
**LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

July 13, 2006
Page:  6
Invoice      84674

TOTAL COSTS ADVANCED                                        14.40

MATTER TOTAL                                            1,609.40

(FEES BILLED      4,890.00 )
(EXPENSES BILLED    101.83 )

MATTER NUMBER - P527

DP-311928
S.N. 11/081,427

| Date | Init. | Hours | Description | Amount |
|---|---|---|---|---|
| 05/05/06 | KTG | 1.00 | Work on preparation of Sec. 131 affidavit. Telephone conference with inventor on May 5. Evaluate documents for exhibits. | 290.00 |
| 05/11/06 | KTG | 1.50 | Work on preparation of response. | 435.00 |
| 06/05/06 | KTG | 2.50 | Work on preparation of response. Work on preparation of Sec. 131 declaration evidencing conception, due diligence and reduction to practice. | 725.00 |
| 06/06/06 | KTG | 1.50 | Work on preparation of Sec. 131 declaration based on conception, diligence and reduction to practice. Work on preparation of response. | 435.00 |
| 06/08/06 | KTG | 2.00 | Work on preparation of response and Sec. 131 Declaration to antedate reference. Telephone conference with inventor on June 8. Correspondence with inventors submitting draft of response and Declaration. | 580.00 |
| 06/12/06 | KTG | 1.20 | Study Office Action and references. Preparation and filing of response. Correspondence with client. Telephone conference with inventors on June 12. Completion and filing of declaration under 37 C.F.R. 1.131. NOTE: Costs for Sec. 131 affidavit approved by Stefan Chmielewski. | 348.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**

# PRICE
## HENEVELD,
### COOPER,
### DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE          616-949-9610
FAX                616-957-8196

DELPHI

July 13, 2006
Page:  7
Invoice        84674

PROFESSIONAL SERVICES                                         2,813.00

KTG                 9.70    290.00    2,813.00

    COSTS ADVANCED

06/30/06   Copies                                 45.30
06/30/06   Postage                                 8.10

TOTAL COSTS ADVANCED
                                                   53.40

MATTER TOTAL
                                                2,866.40

(FEES BILLED      7,240.00 )
(EXPENSES BILLED    301.26 )

                                   MATTER NUMBER - P594

    DP-313908
    S.N. 11/198,444

06/09/06 KTG  3.20   Telephone conference with Examiner on June 9.        928.00
                     Evaluate proposed claim amendments and file
                     history. Telephone conference with inventor on
                     June 9. Telephone interview with Examiner on
                     June 9 re amendment to claims. Work on
                     preparation of letter to Funke.
06/12/06 KTG  0.80   Telephone conference with Funke on June 12 re        232.00
                     Examiners amendment and allowance. Telephone
                     conference with Examiner on June 12 re
                     correction to Examiners amendment. Work on
                     preparation of letter to Funke.

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

July  13, 2006
Page:  8
Invoice      84674

06/13/06 KTG   1.20   Telephone conference with Examiner on June 13 re       348.00
                      supplemental Examiners amendment. Work on
                      preparation of letter to Funke re Examiners
                      amendment and Allowance. Correspondence with
                      Funke.

   PROFESSIONAL SERVICES                                                    1,508.00
   KTG                      5.20    290.00    1,508.00

      COSTS ADVANCED
06/30/06   Copies                                                    1.20

TOTAL COSTS ADVANCED                                                         1.20

MATTER TOTAL                                                              1,509.20

(FEES BILLED       6,792.50 )
(EXPENSES BILLED     257.96 )

                                              MATTER NUMBER - P607

   DP-314338
   S.N. 11/407,454

06/29/06 KTG   0.70   Preparation and filing of supplemental               203.00
                      Information Disclosure Statement. Correspondence
                      with client re same.

PROFESSIONAL SERVICES                                                       203.00
   KTG                      0.70    290.00     203.00

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

## INVOICE COPY

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

July 13, 2006
Page: 9
Invoice    84674


COSTS ADVANCED

| 06/30/06 | Copies | 1.50 |
| 06/30/06 | Postage | 1.59 |

TOTAL COSTS ADVANCED                                    3.09

MATTER TOTAL                                          206.09

(FEES BILLED      4,973.00 )
(EXPENSES BILLED    306.19 )

MATTER NUMBER - P612


DP-314098

| 01/18/06 | KTG | 1.50 | Review invention disclosure. Telephone conference with inventor on January 18. | 435.00 |
| 02/16/06 | KTG | 0.50 | Work on preparation of application. | 145.00 |
| 04/21/06 | KTG | 0.50 | Evaluate invention disclosure. Inter office conference among attorneys. | 145.00 |
| 05/02/06 | JWJ | 0.10 | Work on preparation of application. | 14.50 |
| 05/09/06 | JWJ | 0.30 | Work on preparation of application. | 43.50 |
| 05/15/06 | JWJ | 0.30 | Work on preparation of application. | 43.50 |
| 05/16/06 | JWJ | 0.40 | Telephone conference with inventor on May 16. Work on preparation of application. | 58.00 |
| 05/16/06 | KTG | 0.50 | Work on preparation of application. Inter office conference among attorneys. | 145.00 |
| 05/17/06 | JWJ | 6.10 | Work on preparation of application. | 884.50 |
| 05/18/06 | JWJ | 4.30 | Work on preparation of application. | 623.50 |
| 05/19/06 | JWJ | 1.70 | Work on preparation of application. | 246.50 |
| 05/19/06 | KTG | 0.40 | Work on preparation of application. Inter office conference among attorneys. | 116.00 |
| 05/22/06 | JWJ | 0.90 | Work on preparation of application. | 130.50 |

**INVOICE COPY**

PRICE
HENEVELD,
    COOPER,
DEWITT &
    LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

July 13, 2006
Page:   10
Invoice    84674

| | | | | | |
|---|---|---|---|---|---:|
| 05/23/06 | JWJ | 3.30 | Work on preparation of application. | | 478.50 |
| 05/24/06 | JWJ | 4.00 | Work on preparation of application. | | 580.00 |
| 05/25/06 | JWJ | 3.80 | Work on preparation of application. | | 551.00 |
| 05/25/06 | KTG | 1.00 | Work on preparation of application. Inter office conference among attorneys. | | 290.00 |
| 06/05/06 | JWJ | 1.30 | Work on preparation of application. | | 188.50 |
| 06/12/06 | JWJ | 0.20 | Work on preparation of application. | | 29.00 |
| 06/14/06 | JWJ | 0.10 | Work on preparation of application. | | 14.50 |
| 06/27/06 | JWJ | 0.10 | Work on preparation of application. | | 14.50 |
| 06/29/06 | JWJ | 0.10 | Work on preparation of application. | | 14.50 |

PROFESSIONAL SERVICES                                      5,191.00

| | | | |
|---|---:|---:|---:|
| KTG | 4.40 | 290.00 | 1,276.00 |
| JWJ | 27.00 | 145.00 | 3,915.00 |

COSTS ADVANCED

| | | |
|---|---|---:|
| 05/31/06 | Copies | 2.55 |
| 05/23/06 | Cost of drawings | 75.00 |

TOTAL COSTS ADVANCED                                        77.55

MATTER TOTAL                                             5,268.55

(FEES BILLED              )

(EXPENSES BILLED          )

MATTER NUMBER - P623

DP-311660
S.N. 11/422,121

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

INVOICE COPY
INVOICE COPY

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX               616-957-8196

DELPHI

July  13, 2006
Page:  11
Invoice      84674

| Date | Atty | Hrs | Description | Amount |
|---|---|---|---|---|
| 04/05/06 | KTG | 0.00 | Evaluate invention. Telephone conference with inventor on April 5. | 0.00 |
| 04/06/06 | KTG | 0.70 | Evaluate invention and dates. Telephone conference with Chmielewski on April 6. | 203.00 |
| 04/10/06 | KTG | 0.00 | Telephone conference with inventor on April 10 re invention. | 0.00 |
| 04/11/06 | KTG | 0.50 | Evaluate invention and dates. Telephone conference with inventor and Brown on April 11. Inter office conference among attorneys. | 145.00 |
| 04/11/06 | JWJ | 0.70 | Work on preparation of application. | 101.50 |
| 04/21/06 | JWJ | 4.00 | Telephone conference with inventor on April 21. Work on preparation of application. | 580.00 |
| 04/24/06 | JWJ | 4.90 | Work on preparation of application. | 710.50 |
| 04/25/06 | JWJ | 0.70 | Work on preparation of application. | 101.50 |
| 04/26/06 | JWJ | 0.50 | Work on preparation of application. | 72.50 |
| 05/01/06 | JWJ | 5.40 | Work on preparation of application. | 783.00 |
| 05/02/06 | JWJ | 3.80 | Telephone conference with inventor on May 2. Work on preparation of application. | 551.00 |
| 05/03/06 | JWJ | 0.30 | Work on preparation of application. | 43.50 |
| 05/03/06 | KTG | 0.70 | Work on preparation of application. Inter office conference among attorneys. | 203.00 |
| 05/09/06 | JWJ | 2.70 | Work on preparation of application. | 391.50 |
| 05/10/06 | JWJ | 0.40 | Work on preparation of application. | 58.00 |
| 05/11/06 | JWJ | 0.50 | Work on preparation of application. | 72.50 |
| 05/12/06 | JWJ | 5.70 | Work on preparation of application. | 826.50 |
| 05/15/06 | JWJ | 0.10 | Work on preparation of application. | 14.50 |
| 05/16/06 | JWJ | 3.10 | Work on preparation of application. | 449.50 |
| 05/16/06 | KTG | 2.20 | Work on preparation of application. Inter office conference among attorneys. | 638.00 |
| 05/19/06 | JWJ | 0.20 | Work on preparation of application. | 29.00 |
| 05/22/06 | JWJ | 0.10 | Work on preparation of application. | 14.50 |
| 05/25/06 | JWJ | 0.10 | Work on preparation of application. | 14.50 |
| 05/31/06 | JWJ | 3.30 | Work on preparation of application. | 478.50 |
| 06/01/06 | JWJ | 0.00 | Work on preparation of application. | 0.00 |
| 06/02/06 | JWJ | 0.00 | Work on preparation of application. | 0.00 |
| 06/06/06 | JWJ | 6.00 | Work on preparation of application. | 870.00 |
| 06/07/06 | JWJ | 0.10 | Work on preparation of application and submission of draft to client. | 14.50 |

Payment due upon receipt. We reserve the right to charge a service charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

July 13, 2006
Page: 12
Invoice      84674

| Date | Atty | Hours | Description | Amount |
|------|------|-------|-------------|--------|
| 06/13/06 | JWJ | 0.00 | Work on preparation of Information Disclosure Statement. | 0.00 |
| 06/13/06 | KTG | 0.30 | Review documents for Information Disclosure Statement. Inter office conference among attorneys. | 87.00 |
| 06/14/06 | JWJ | 0.30 | Work on preparation of Information Disclosure Statement. | 43.50 |
| 06/16/06 | JWJ | 0.20 | Work on preparation of Information Disclosure Statement. | 29.00 |

NOTE: Costs in preparing and filing application and IDS approved by Stefan Chmielewski during telephone conference.

PROFESSIONAL SERVICES                              7,525.50

| | | | | |
|---|---|---|---|---|
| KTG | | 4.40 | 290.00 | 1,276.00 |
| JWJ | | 43.10 | 145.00 | 6,249.50 |

COSTS ADVANCED

| Date | Description | Amount |
|------|-------------|--------|
| 04/30/06 | Copies | 105.45 |
| 06/21/06 | Express mail | 14.13 |
| 06/30/06 | Postage | 11.40 |
| 04/26/06 | Cost of drawings | 295.00 |

TOTAL COSTS ADVANCED                                425.98

MATTER TOTAL                                       7,951.48

(FEES BILLED              )

(EXPENSES BILLED          )

MATTER NUMBER - P629

DP-310618

**INVOICE COPY**

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE   616-949-9610
FAX              616-957-8196

DELPHI

July 13, 2006
Page: 13
Invoice      84674

| | | | |
|---|---|---|---|
| 03/22/06 KTG | 1.00 | Review invention disclosure. | 290.00 |
| 03/28/06 KTG | 0.50 | Telephone conference with inventor on March 28 re record of invention. Work on preparation of application. | 145.00 |
| 05/19/06 KTG | 0.50 | Work on preparation of application. Review additional disclosure materials and correspondence. | 145.00 |
| 06/09/06 KTG | 2.00 | Work on preparation of application. | 580.00 |
| 06/12/06 KTG | 3.00 | Work on preparation of application. | 870.00 |
| 06/13/06 KTG | 1.00 | Work on preparation of application. | 290.00 |
| 06/22/06 KTG | 1.00 | Work on preparation of application. | 290.00 |
| 06/23/06 KTG | 1.00 | Work on preparation of application. | 290.00 |
| 06/26/06 KTG | 2.00 | Work on preparation of application. | 580.00 |
| 06/27/06 KTG | 2.50 | Work on preparation of application. | 725.00 |
| 06/28/06 KTG | 2.70 | Work on preparation of application and submission of draft to client. | 783.00 |

PROFESSIONAL SERVICES                                          4,988.00

KTG                          17.20    290.00    4,988.00

COSTS ADVANCED

| | | |
|---|---|---|
| 06/30/06 | Copies | 13.65 |
| 06/21/06 | Express mail | 14.13 |
| 06/29/06 | Cost of drawings | 190.00 |

TOTAL COSTS ADVANCED                                            217.78

MATTER TOTAL                                                 5,205.78

(FEES BILLED                    )
(EXPENSES BILLED                )

MATTER NUMBER - P636

Payment due upon receipt.  We reserve the right to charge a service charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# INVOICE COPY

**PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX                    616-957-8196

DELPHI

July 13, 2006
Page:  14
Invoice      84674

| Date | Init. | Hours | Description | Amount |
|---|---|---|---|---|
| 04/17/06 | KTG | 1.00 | Review invention disclosure. | 290.00 |
| 04/25/06 | KTG | 1.50 | Evaluate various inventions. Telephone conference with Brown on April 25. Inter office conference among attorneys. | 435.00 |
| 04/25/06 | MPD | 0.40 | Work on preparation of application. | 90.00 |
| 04/26/06 | MPD | 1.70 | Work on preparation of application. | 382.50 |
| 05/04/06 | MPD | 2.80 | Work on preparation of application. | 630.00 |
| 05/05/06 | MPD | 0.50 | Work on preparation of application. | 112.50 |
| 05/08/06 | MPD | 4.80 | Work on preparation of application. | 1,080.00 |
| 05/09/06 | MPD | 1.80 | Work on preparation of application. | 405.00 |
| 05/10/06 | MPD | 2.50 | Work on preparation of application. | 562.50 |
| 05/11/06 | MPD | 0.20 | Work on preparation of application. | 45.00 |
| 05/23/06 | MPD | 2.10 | Work on preparation of application. | 472.50 |
| 05/24/06 | MPD | 0.30 | Work on preparation of application. | 67.50 |
| 05/26/06 | MPD | 0.20 | Work on preparation of application and submission of draft to client. | 45.00 |
| 05/31/06 | MPD | 0.10 | Work on preparation of letter to inventor. | 22.50 |
| 06/02/06 | MPD | 0.10 | Telephone conference with inventor on June 2. | 22.50 |
| 06/05/06 | MPD | 1.50 | Work on preparation of application. | 337.50 |
| 06/06/06 | MPD | 0.10 | Prepare and send finalized application with filing papers to client for filing. | 22.50 |

PROFESSIONAL SERVICES                                5,022.50

| | | | |
|---|---|---|---|
| KTG | 2.50 | 290.00 | 725.00 |
| MPD | 19.10 | 225.00 | 4,297.50 |

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 06/30/06 | Copies | 13.65 |
| 06/21/06 | Express mail | 25.08 |
| 05/22/06 | Cost of drawings | 930.00 |

TOTAL COSTS ADVANCED                                968.73

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**
Pg 28 of 76

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

| | |
|---|---|
| TELEPHONE | 616-949-9610 |
| FAX | 616-957-8196 |

DELPHI

July 13, 2006
Page: 15
Invoice    84674

MATTER TOTAL                                          5,991.23

(FEES BILLED                    )

(EXPENSES BILLED                )

MATTER NUMBER - P642

DP-314123

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 04/27/06 | KTG | 1.50 | Review invention disclosure. Inter office conference among attorneys. Telephone conference with Brown on April 27. | 435.00 |
| 04/27/06 | MPD | 0.20 | Telephone conference with inventor on April 27. Work on preparation of application. | 45.00 |
| 05/10/06 | MPD | 0.50 | Work on preparation of application. | 112.50 |
| 05/11/06 | MPD | 6.60 | Work on preparation of application. | 1,485.00 |
| 05/23/06 | MPD | 1.00 | Work on preparation of application. | 225.00 |
| 06/02/06 | MPD | 0.50 | Work on preparation of application. | 112.50 |
| 06/08/06 | MPD | 3.70 | Work on preparation of application. | 832.50 |
| 06/09/06 | MPD | 3.30 | Work on preparation of application. | 742.50 |
| 06/14/06 | MPD | 0.50 | Work on preparation of application. | 112.50 |
| 06/15/06 | MPD | 0.50 | Work on preparation of application and submission of draft to client. | 112.50 |
| 06/22/06 | MPD | 0.30 | Work on preparation of application. | 67.50 |
| 06/23/06 | MPD | 1.60 | Work on preparation of application. | 360.00 |
| 06/27/06 | MPD | 0.10 | Prepare and send finalized application with filing papers to client for filing. | 22.50 |

PROFESSIONAL SERVICES                                  4,665.00

| | | | |
|---|---|---|---|
| KTG | 1.50 | 290.00 | 435.00 |
| MPD | 18.80 | 225.00 | 4,230.00 |

COSTS ADVANCED

Payment due upon receipt. We reserve the right to charge a service charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**

# PRICE
# HENEVELD,
## COOPER,
### DEWITT &
#### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

July  13, 2006
Page:  16
Invoice     84674

| | | |
|---|---|---|
| 06/30/06 | Copies | 4.80 |
| 06/22/06 | Cost of drawings | 600.00 |

TOTAL COSTS ADVANCED                               604.80

MATTER TOTAL                                     5,269.80

(FEES BILLED                )
(EXPENSES BILLED            )

MATTER NUMBER – P648

DP-314846

| | | | | |
|---|---|---|---|---|
| 05/05/06 | KTG | 1.00 | Review invention disclosure. | 290.00 |
| 05/25/06 | KTG | 0.50 | Review invention disclosure. Inter office conference among attorneys. | 145.00 |
| 05/25/06 | GJE | 8.00 | Work on preparation of application. | 2,360.00 |
| 05/26/06 | GJE | 7.10 | Work on preparation of application. | 2,094.50 |

PROFESSIONAL SERVICES                             4,889.50

| | | | |
|---|---|---|---|
| GJE | 15.10 | 295.00 | 4,454.50 |
| KTG | 1.50 | 290.00 | 435.00 |

COSTS ADVANCED

06/30/06   Cost of drawings                       170.00

TOTAL COSTS ADVANCED                               170.00

MATTER TOTAL                                     5,059.50

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**
Pg 30 of

# PRICE
# HENEVELD,
##  COOPER,
# DEWITT &
##   LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

July  13, 2006
Page:  17
Invoice     84674

(FEES BILLED                )
(EXPENSES BILLED            )

MATTER NUMBER - P652

| | | | | |
|---|---|---|---|---|
| 05/22/06 | KTG | 1.00 | Review invention disclosure. | 290.00 |
| 05/31/06 | KTG | 1.00 | Work on preparation of application. | 290.00 |
| 06/01/06 | KTG | 2.50 | Work on preparation of application. | 725.00 |
| 06/04/06 | KTG | 1.50 | Work on preparation of application. | 435.00 |
| 06/05/06 | KTG | 3.00 | Work on preparation of application. | 870.00 |
| 06/06/06 | KTG | 3.00 | Work on preparation of application. | 870.00 |
| 06/07/06 | KTG | 2.50 | Work on preparation of application. | 725.00 |
| 06/09/06 | KTG | 1.00 | Work on preparation of application. Telephone conference with Funke on June 9 re filing by Price Heneveld. | 290.00 |
| 06/13/06 | KTG | 1.00 | Work on preparation of application. | 290.00 |
| 06/29/06 | KTG | 1.70 | Completion and filing of application. Correspondence with client. Telephone conference with inventor on June 29 re edits. | 493.00 |

PROFESSIONAL SERVICES                              5,278.00

    KTG                18.20    290.00    5,278.00

COSTS ADVANCED

| | | |
|---|---|---|
| 05/31/06 | Copies | 16.80 |
| 06/21/06 | Express mail | 29.36 |
| 06/30/06 | Postage | 2.55 |
| 06/05/06 | Cost of drawings | 135.00 |

TOTAL COSTS ADVANCED                              183.71

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

July 13, 2006
Page: 18
Invoice      84674

MATTER TOTAL                                    5,461.71

(FEES BILLED              )
(EXPENSES BILLED          )

CLIENT TOTAL                                   50,567.67
INVOICE TOTAL                                  50,567.67

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**
Pg 32 of 76

# PRICE
## HENEVELD,
### COOPER,
### DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

August  8, 2006
Page:  2
Invoice      84910

CLIENT NUMBER -  DEL001

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH July 31, 2006 IN CONNECTION
    WITH THE FOLLOWING MATTERS -

MATTER NUMBER - A000

| | | | | |
|---|---|---|---|---|
| 07/06/06 KTG | 1.50 | Review documents from legal counsel re invoicing and fee statements pursuant to Delphi bankruptcy. | 435.00 |
| 07/27/06 KTG | 2.50 | Work on preparation of second interim application for approval of compensation and reimbursement of expenses pursuant to bankruptcy court requirements. Review correspondence and second interim application for approval of compensation and reimbursement of expenses. | 725.00 |
| 07/28/06 KTG | 1.00 | Preparation and filing of second interim application for approval of compensation and reimbursement of expenses. | 290.00 |

PROFESSIONAL SERVICES                                    1,450.00

KTG                    5.00    290.00    1,450.00

COSTS ADVANCED

07/31/06    Copies                              16.35
07/19/06    Express mail                        108.50

TOTAL COSTS ADVANCED                                       124.85

MATTER TOTAL                                             1,574.85

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

August  8, 2006
Page:  3
Invoice      84910

(FEES BILLED      2,842.00 )
(EXPENSES BILLED    528.12 )

MATTER NUMBER - P588

DP-307520

| Date | Atty | Hrs | Description | Amount |
|---|---|---|---|---|
| 05/02/06 | KTG | 0.70 | Study Office Action and cited art. Inter office conference among attorneys. | 203.00 |
| 05/25/06 | JWJ | 0.10 | Work on preparation of response. | 14.50 |
| 06/30/06 | JWJ | 0.60 | Study Office Action. | 87.00 |
| 07/03/06 | JWJ | 0.60 | Work on preparation of response. | 87.00 |
| 07/10/06 | JWJ | 3.10 | Work on preparation of response. | 449.50 |
| 07/11/06 | JWJ | 0.60 | Work on preparation of response. | 87.00 |
| 07/14/06 | JWJ | 0.80 | Work on preparation of response. | 116.00 |
| 07/17/06 | JWJ | 0.30 | Work on preparation of response. | 43.50 |
| 07/17/06 | KTG | 1.00 | Review response to Office Action. Inter office conference among attorneys. | 290.00 |
| 07/19/06 | JWJ | 0.20 | Work on preparation of response. | 29.00 |

PROFESSIONAL SERVICES                                  1,406.50

| | | | |
|---|---|---|---|
| KTG | 1.70 | 290.00 | 493.00 |
| JWJ | 6.30 | 145.00 | 913.50 |

COSTS ADVANCED

05/31/06    Copies                              21.00

TOTAL COSTS ADVANCED                              21.00

MATTER TOTAL                                   1,427.50

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

August  8, 2006
Page:   4
Invoice      84910

(FEES BILLED      5,866.00  )
(EXPENSES BILLED    17.25  )

MATTER NUMBER - P613

DP-314099

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 01/18/06 | KTG | 1.50 | Review invention disclosure. Telephone conference with inventor on January 18. | 435.00 |
| 02/16/06 | KTG | 0.50 | Work on preparation of application. | 145.00 |
| 04/21/06 | KTG | 0.50 | Evaluate invention disclosure. Inter office conference among attorneys. | 145.00 |
| 05/16/06 | KTG | 0.50 | Work on preparation of application. Inter office conference among attorneys. | 145.00 |
| 05/19/06 | KTG | 0.40 | Work on preparation of application. Inter office conference among attorneys. | 116.00 |
| 05/19/06 | JWJ | 1.70 | Work on preparation of application. | 246.50 |
| 05/22/06 | JWJ | 0.90 | Work on preparation of application. | 130.50 |
| 05/25/06 | KTG | 1.00 | Work on preparation of application. Inter office conference among attorneys. | 290.00 |
| 05/26/06 | JWJ | 2.40 | Work on preparation of application. | 348.00 |
| 07/11/06 | JWJ | 0.10 | Work on preparation of application. | 14.50 |
| 07/18/06 | JWJ | 0.10 | Work on preparation of application. | 14.50 |
| 07/19/06 | JWJ | 1.60 | Work on preparation of application. | 232.00 |
| 07/20/06 | JWJ | 0.10 | Work on preparation of application. | 14.50 |
| 07/21/06 | JWJ | 3.00 | Work on preparation of application. | 435.00 |
| 07/24/06 | JWJ | 5.60 | Work on preparation of application. | 812.00 |
| 07/25/06 | JWJ | 6.20 | Work on preparation of application. | 899.00 |
| 07/26/06 | JWJ | 2.70 | Work on preparation of application. | 391.50 |
| 07/27/06 | JWJ | 0.10 | Work on preparation of application. | 14.50 |

PROFESSIONAL SERVICES                                     4,828.50

| | | | | |
|---|---|---|---|---|
| KTG | | 4.40 | 290.00 | 1,276.00 |
| JWJ | | 24.50 | 145.00 | 3,552.50 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX               616-957-8196

DELPHI

August  8, 2006
Page:  5
Invoice      84910

COSTS ADVANCED

| | | |
|---|---|---|
| 05/31/06 | Copies | 103.50 |
| 05/23/06 | Cost of drawings | 75.00 |

TOTAL COSTS ADVANCED                              178.50

MATTER TOTAL                                   5,007.00

(FEES BILLED              )
(EXPENSES BILLED          )

MATTER NUMBER - P622

DP-314712

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 03/14/06 | KTG | 1.00 | Review invention disclosure. | 290.00 |
| 03/22/06 | KTG | 0.50 | Telephone conference with inventor on March 22 re invention. Evaluate invention for preparation of application. | 145.00 |
| 03/31/06 | BRC | 1.80 | Work on preparation of application. | 288.00 |
| 05/04/06 | BRC | 0.40 | Work on preparation of email to Shumante re application status. Inter office conference among attorneys. | 64.00 |
| 05/05/06 | BRC | 4.20 | Work on preparation of email to Shumante re application status. Inter office conference among attorneys. Review file. Work on preparation of application. | 672.00 |
| 05/12/06 | BRC | 3.80 | Work on preparation of application. Telephone conference with Shumante on May 12. | 608.00 |
| 05/19/06 | BRC | 3.20 | Telephone conference with Shumante on May 19. Work on preparation of application. | 512.00 |
| 05/22/06 | BRC | 2.10 | Work on preparation of application. | 336.00 |
| 06/02/06 | BRC | 2.50 | Work on preparation of application. | 400.00 |
| 06/05/06 | BRC | 2.40 | Work on preparation of application. | 384.00 |
| 06/06/06 | BRC | 1.10 | Work on preparation of application. | 176.00 |

**INVOICE COPY**

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

August  8, 2006
Page:  6
Invoice      84910

| Date | | Hours | Description | Amount |
|---|---|---|---|---|
| 06/07/06 | BRC | 3.00 | Work on preparation of application. | 480.00 |
| 06/09/06 | BRC | 3.80 | Work on preparation of application. | 608.00 |
| 06/20/06 | BRC | 0.60 | Review inventors suggestions. | 96.00 |
| 06/23/06 | BRC | 1.10 | Work on preparation of application. | 176.00 |
| 06/28/06 | BRC | 0.50 | Telephone conference with Dumante on June 28. Work on preparation of claims. | 80.00 |
| 06/30/06 | BRC | 0.40 | Telephone conference with Shumante on June 30. Work on preparation of drawings. | 64.00 |
| 07/06/06 | BRC | 0.90 | Work on preparation of application. | 144.00 |
| 07/07/06 | KTG | 1.00 | Review patent application. | 290.00 |
| 07/14/06 | BRC | 0.70 | Work on preparation of application. Correspondence with Shumate. NOTE: Costs approved by Jim Funke during teleconference. | 112.00 |

PROFESSIONAL SERVICES                                    5,925.00

| | | | | |
|---|---|---|---|---|
| KTG | 2.50 | 290.00 | 725.00 | |
| BRC | 32.50 | 160.00 | 5,200.00 | |

COSTS ADVANCED

| 03/31/06 | Copies | 1.05 |
|---|---|---|
| 06/29/06 | Cost of drawings | 210.00 |

TOTAL COSTS ADVANCED                                       211.05

MATTER TOTAL                                             6,136.05

(FEES BILLED              )

(EXPENSES BILLED          )

MATTER NUMBER - P627

DP-314133
S.N. 11/417,529

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**

PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

August  8, 2006
Page:   7
Invoice        84910

| | | | |
|---|---|---|---|
| 07/24/06 KTG | 0.30 | Work on preparation of Information Disclosure Statement. Review documents. Inter office conference among attorneys. | 87.00 |
| 07/25/06 GDM | 1.00 | Work on preparation of Information Disclosure Statement. | 210.00 |
| 07/27/06 KTG | 0.20 | Correspondence with Hales re filing Information Disclosure Statement. Review Information Disclosure Statement. | 58.00 |

PROFESSIONAL SERVICES                                    355.00

| | | | |
|---|---|---|---|
| KTG | 0.50 | 290.00 | 145.00 |
| GDM | 1.00 | 210.00 | 210.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 07/31/06 | Copies | 7.65 |
| 07/31/06 | Postage | 3.66 |

TOTAL COSTS ADVANCED                                      11.31

MATTER TOTAL                                            366.31

(FEES BILLED      5,382.00 )
(EXPENSES BILLED   189.95 )

MATTER NUMBER - P628

DP-314418

| | | | |
|---|---|---|---|
| 03/21/06 KTG | 1.00 | Review invention disclosure. | 290.00 |
| 04/07/06 KTG | 0.50 | Review invention. Telephone conference with inventor on April 7. | 145.00 |
| 05/16/06 JWJ | 0.70 | Work on preparation of application. | 101.50 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**

PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX              616-957-8196

DELPHI

August  8, 2006
Page:  8
Invoice      84910

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 05/17/06 | JWJ | 0.30 | Work on preparation of application. | 43.50 |
| 05/22/06 | JWJ | 1.30 | Work on preparation of application. | 188.50 |
| 05/23/06 | JWJ | 2.10 | Work on preparation of application. | 304.50 |
| 05/25/06 | JWJ | 1.30 | Work on preparation of application. | 188.50 |
| 06/05/06 | JWJ | 0.60 | Work on preparation of application. | 87.00 |
| 06/06/06 | JWJ | 0.10 | Work on preparation of application. | 14.50 |
| 06/07/06 | JWJ | 0.30 | Work on preparation of application. | 43.50 |
| 06/09/06 | JWJ | 2.80 | Work on preparation of application. | 406.00 |
| 06/12/06 | JWJ | 3.50 | Work on preparation of application. | 507.50 |
| 06/13/06 | JWJ | 5.80 | Work on preparation of application. | 841.00 |
| 06/14/06 | JWJ | 3.70 | Work on preparation of application. | 536.50 |
| 06/15/06 | JWJ | 1.00 | Work on preparation of application. | 145.00 |
| 06/16/06 | JWJ | 0.10 | Work on preparation of application. | 14.50 |
| 06/16/06 | KTG | 1.20 | Evaluate claims. Inter office conference among attorneys. | 348.00 |
| 06/26/06 | JWJ | 0.80 | Work on preparation of application. | 116.00 |
| 06/27/06 | JWJ | 2.70 | Work on preparation of application. | 391.50 |
| 06/28/06 | JWJ | 1.30 | Work on preparation of application. | 188.50 |
| 06/28/06 | KTG | 0.80 | Review patent application. Inter office conference among attorneys. | 232.00 |
| 07/10/06 | JWJ | 0.20 | Work on preparation of application. | 29.00 |
| 07/18/06 | JWJ | 0.10 | Work on preparation of application. | 14.50 |
| 07/26/06 | JWJ | 0.10 | Work on preparation of application. | 14.50 |

PROFESSIONAL SERVICES                                    5,191.00

| | | | |
|---|---|---|---|
| KTG | 3.50 | 290.00 | 1,015.00 |
| JWJ | 28.80 | 145.00 | 4,176.00 |

COSTS ADVANCED

| Date | | Amount |
|---|---|---|
| 05/31/06 | Copies | 5.70 |
| 06/29/06 | Cost of drawings | 455.00 |

TOTAL COSTS ADVANCED                                    460.70

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

INVOICE COPY

# PRICE
# HENEVELD,
## COOPER,
## DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

August  8, 2006
Page:  9
Invoice      84910

MATTER TOTAL                                    5,651.70

(FEES BILLED                )
(EXPENSES BILLED            )

MATTER NUMBER - P641

DP-314122

| Date | Atty | Hrs | Description | Amount |
|------|------|-----|-------------|--------|
| 02/09/06 | MPD | 0.30 | Work on preparation of application. | 67.50 |
| 04/27/06 | KTG | 1.50 | Review invention disclosure. Inter office conference among attorneys. Telephone conference with Brown on April 27. | 435.00 |
| 04/27/06 | MPD | 0.20 | Telephone conference with inventor on April 27. Work on preparation of application. | 45.00 |
| 05/10/06 | MPD | 0.50 | Work on preparation of application. | 112.50 |
| 06/11/06 | MPD | 5.20 | Work on preparation of application. | 1,170.00 |
| 06/12/06 | MPD | 6.00 | Work on preparation of application. | 1,350.00 |
| 06/20/06 | MPD | 0.50 | Telephone conference with inventor on June 20. Work on preparation of application. | 112.50 |
| 06/25/06 | MPD | 0.20 | Work on preparation of application. | 45.00 |
| 06/26/06 | MPD | 0.40 | Work on preparation of application. | 90.00 |
| 06/27/06 | MPD | 0.40 | Work on preparation of application. | 90.00 |
| 06/28/06 | MPD | 2.00 | Work on preparation of application. | 450.00 |
| 07/10/06 | KTG | 0.50 | Review claims. Correspondence with Hales. | 145.00 |
| 07/12/06 | MPD | 1.00 | Work on preparation of application. | 225.00 |
| 07/23/06 | MPD | 0.10 | Work on preparation of application. | 22.50 |
| 07/24/06 | MPD | 0.60 | Work on preparation of application. | 135.00 |
| 07/26/06 | MPD | 0.20 | Work on preparation of application. | 45.00 |
| 07/27/06 | MPD | 0.20 | Work on preparation of application and submission of draft to client. | 45.00 |
| 07/31/06 | MPD | 1.50 | Work on preparation of application. Completion and filing of application. Correspondence with client. | 337.50 |

**INVOICE COPY**

# PRICE
# HENEVELD,
#    COOPER,
# DEWITT &
#    LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

August  8, 2006
Page:   10
Invoice       84910

PROFESSIONAL SERVICES                                    4,922.50

    KTG                  2.00    290.00      580.00
    MPD                 19.30    225.00    4,342.50

        COSTS ADVANCED

07/31/06   Copies                              10.80
06/21/06   Express mail                        23.39
07/21/06   Cost of drawings               1,020.00

TOTAL COSTS ADVANCED                                     1,054.19

MATTER TOTAL                                             5,976.69

(FEES BILLED                  )

(EXPENSES BILLED              )

                                        MATTER NUMBER - P654

    DP-315268

06/05/06 JWJ   3.20   Work on preparation of application.         464.00
06/20/06 KTG   1.50   Review invention disclosure. Telephone      435.00
                      conference with inventor and Funke on June 20 re
                      provisional application.
06/22/06 JWJ   1.60   Work on preparation of application.         232.00
06/23/06 JWJ   1.40   Work on preparation of application.         203.00
06/26/06 JWJ   5.80   Work on preparation of application.         841.00
06/27/06 JWJ   4.10   Work on preparation of application.         594.50
06/28/06 JWJ   1.70   Work on preparation of application.         246.50
06/28/06 KTG   0.70   Review patent claims, drawings and background.  203.00
                      Inter office conference among attorneys.
06/29/06 JWJ   1.40   Work on preparation of application.         203.00

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

INVOICE COPY

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX               616-957-8196

DELPHI

August  8, 2006
Page:  11
Invoice     84910

| | | | | |
|---|---|---|---|---|
| 06/30/06 | JWJ | 4.60 | Work on preparation of application. | 667.00 |
| 06/30/06 | KTG | 0.70 | Review patent application. Inter office conference among attorneys. | 203.00 |
| 07/10/06 | KTG | 0.50 | Review application. Telephone conference with Funke on July 10. Correspondence with Funke re filing application. | 145.00 |
| 07/10/06 | JWJ | 0.80 | Work on preparation of application. | 116.00 |
| 07/18/06 | JWJ | 0.10 | Work on preparation of application. | 14.50 |
| 07/19/06 | JWJ | 0.10 | Work on preparation of application. | 14.50 |
| 07/21/06 | JWJ | 1.80 | Work on preparation of application. | 261.00 |
| 07/24/06 | JWJ | 1.80 | Work on preparation of application. | 261.00 |
| 07/24/06 | KTG | 0.70 | Review patent application. Inter office conference among attorneys. | 203.00 |

PROFESSIONAL SERVICES                                     5,307.00

| | | | |
|---|---|---|---|
| KTG | 4.10 | 290.00 | 1,189.00 |
| JWJ | 28.40 | 145.00 | 4,118.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 06/30/06 | Copies | 6.90 |
| 06/29/06 | Cost of drawings | 200.00 |

TOTAL COSTS ADVANCED                                        206.90

MATTER TOTAL                                               5,513.90

(FEES BILLED                    )
(EXPENSES BILLED               )

MATTER NUMBER - P655

DP-315371

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE      616-949-9610
FAX                   616-957-8196

DELPHI

August  8, 2006
Page:  12
Invoice      84910

| | | | |
|---|---|---|---|
| 07/06/06 KTG | 0.50 | Review invention disclosure. Inter office conference among attorneys. | 145.00 |
| 07/10/06 KTG | 1.50 | Review invention disclosure and correspondence. Telephone conference with Funke on July 10. Correspondence with Funke re patent application. | 435.00 |
| 07/10/06 GJE | 6.60 | Work on preparation of application. | 1,947.00 |
| 07/11/06 GJE | 6.90 | Work on preparation of application. | 2,035.50 |

PROFESSIONAL SERVICES                                                              4,562.50

| | | | |
|---|---|---|---|
| GJE | 13.50 | 295.00 | 3,982.50 |
| KTG | 2.00 | 290.00 | 580.00 |

COSTS ADVANCED

07/31/06     Cost of drawings                                        170.00

TOTAL COSTS ADVANCED                                                           170.00

MATTER TOTAL                                                                           4,732.50

(FEES BILLED                              )
(EXPENSES BILLED                      )

CLIENT TOTAL                                                                     36,386.50
INVOICE TOTAL                                                                   36,386.50

Payment due upon receipt.  We reserve the right to charge a service charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

September 13, 2006
Page:   2
Invoice:        85283

CLIENT NUMBER -  DEL001

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH August 31, 2006 IN CONNECTION
    WITH THE FOLLOWING MATTERS -

MATTER NUMBER - A316

        COSTS ADVANCED

08/16/06   Express mail                          258.06

TOTAL COSTS ADVANCED                                 258.06

MATTER TOTAL                                         258.06

(FEES BILLED                    )
(EXPENSES BILLED                )

MATTER NUMBER - P468

    DP-308423
    S.N. 10/722,706

| Date | | Hours | Description | Amount |
|---|---|---|---|---|
| 08/06/06 | KTG | 1.50 | Review Examiner's answer to appeal brief. Work on preparation of reply brief. | 435.00 |
| 08/07/06 | KTG | 0.70 | Work on preparation of reply brief. Telephone conference with Funke on August 7 re brief. | 203.00 |
| 08/09/06 | KTG | 0.80 | Work on preparation of reply brief. | 232.00 |

**INVOICE COPY**

# PRICE
## HENEVELD,
### COOPER,
## DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196


DELPHI

September 13, 2006
Page:  3
Invoice:      85283


08/10/06 KTG  1.80  Preparation and filing of reply brief.            522.00


  PROFESSIONAL SERVICES                                        1,392.00

  KTG                    4.80    290.00    1,392.00


    COSTS ADVANCED

08/31/06  Copies                                          9.60


TOTAL COSTS ADVANCED                                          9.60

MATTER TOTAL                                              1,401.60

(FEES BILLED      12,870.50  )
(EXPENSES BILLED   1,613.31  )


MATTER NUMBER – P473


   DP-309978
   S.N. 10/688,341

07/13/06 KTG  0.60  Study Office Action. Inter office conference      174.00
                    among attorneys.
08/02/06 JSK  1.60  Work on preparation of response.                  368.00
08/03/06 JSK  3.90  Study Office Action and references. Preparation   897.00
                    and filing of response. Correspondence with
                    client.
08/14/06 JSK  0.30  Telephone conference with inventor on August 14    69.00
                    re prior art and obviousness issue.


PROFESSIONAL SERVICES                                        1,508.00

KTG                    0.60    290.00      174.00


Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE       616-949-9610
FAX             616-957-8196

DELPHI

September 13, 2006
Page:  4
Invoice:      85283

    JSK                      5.80    230.00    1,334.00

        COSTS ADVANCED

07/31/06   Copies                                      5.50

TOTAL COSTS ADVANCED                                   5.50

MATTER TOTAL                                       1,513.50

(FEES BILLED       5,381.00 )
(EXPENSES BILLED     169.17 )

                                    MATTER NUMBER - P595

    DP-314010
    S.N. 11/387,834

08/02/06 KTG  2.20   Study Office Action. Work on preparation of       638.00
                     response. Telephone interview with Examiner on
                     August 2. Review interview summary.
                     Correspondence with Funke.

    PROFESSIONAL SERVICES                                   638.00
    KTG                      2.20    290.00    638.00

        COSTS ADVANCED

08/31/06   Copies                                      4.30

TOTAL COSTS ADVANCED                                   4.30

**INVOICE COPY**

# PRICE
## HENEVELD,
### COOPER,
# DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

September 13, 2006
Page:  5
Invoice:      85283

MATTER TOTAL                                          642.30

(FEES BILLED        4,757.50  )
(EXPENSES BILLED      226.88  )

MATTER NUMBER – P615

DP-314109
S.N. 11/445,361

| Date | Atty | Hrs | Description | Amount |
|---|---|---|---|---|
| 08/01/06 | KTG | 0.80 | Review Office Action. Inter office conference among attorneys re response. | 232.00 |
| 08/02/06 | JWJ | 0.80 | Work on preparation of response. | 116.00 |
| 08/04/06 | JWJ | 0.10 | Work on preparation of response. | 14.50 |
| 08/09/06 | JWJ | 0.20 | Work on preparation of response. | 29.00 |
| 08/10/06 | JWJ | 0.20 | Work on preparation of response. | 29.00 |
| 08/14/06 | JWJ | 0.20 | Work on preparation of response. | 29.00 |
| 08/16/06 | JWJ | 0.10 | Work on preparation of response. | 14.50 |
| 08/21/06 | JWJ | 0.50 | Work on preparation of response. | 72.50 |
| 08/22/06 | JWJ | 0.10 | Work on preparation of response. | 14.50 |

PROFESSIONAL SERVICES                                 551.00

| | | | |
|---|---|---|---|
| KTG | 0.80 | 290.00 | 232.00 |
| JWJ | 2.20 | 145.00 | 319.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 08/31/06 | Copies | 13.30 |
| 08/16/06 | Express mail | 12.71 |

TOTAL COSTS ADVANCED                                  26.01

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

September 13, 2006
Page:    6
Invoice:       85283

MATTER TOTAL                                                577.01

(FEES BILLED       5,133.00 )
(EXPENSES BILLED     246.60 )

MATTER NUMBER - P630

DP-314261

| | | | | |
|---|---|---|---|---|
| 04/05/06 | KTG | 1.00 | Review invention disclosure. | 290.00 |
| 07/07/06 | KTG | 2.00 | Work on preparation of application. Telephone conference with inventor on July 7. | 580.00 |
| 08/13/06 | KTG | 4.00 | Work on preparation of application. | 1,160.00 |
| 08/14/06 | KTG | 1.00 | Work on preparation of application. | 290.00 |
| 08/22/06 | KTG | 2.00 | Work on preparation of application. | 580.00 |
| 08/23/06 | KTG | 2.00 | Work on preparation of application. | 580.00 |
| 08/25/06 | KTG | 2.00 | Work on preparation of application. | 580.00 |
| 08/26/06 | KTG | 3.20 | Work on preparation of application. | 928.00 |

PROFESSIONAL SERVICES                                      4,988.00

KTG              17.20    290.00    4,988.00

COSTS ADVANCED

08/16/06    Express mail                        14.13
08/30/06    Cost of drawings                   225.00

TOTAL COSTS ADVANCED                             239.13

MATTER TOTAL                                   5,227.13

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# INVOICE COPY

## PRICE
## HENEVELD,
## COOPER,
## DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

September 13, 2006
Page:   7
Invoice:        85283

(FEES BILLED              )
(EXPENSES BILLED          )

MATTER NUMBER - P633

DP-314573

| | | | | |
|---|---|---|---|---|
| 04/17/06 | KTG | 1.00 | Review invention disclosure. | 290.00 |
| 07/29/06 | KTG | 2.50 | Work on preparation of application. | 725.00 |
| 08/03/06 | KTG | 2.50 | Work on preparation of application. | 725.00 |
| 08/04/06 | KTG | 3.00 | Work on preparation of application. | 870.00 |
| 08/05/06 | KTG | 4.00 | Work on preparation of application. | 1,160.00 |
| 08/07/06 | KTG | 1.20 | Work on preparation of application and submission of draft to client. | 348.00 |
| 08/15/06 | KTG | 1.50 | Work on preparation of application. Telephone conference with inventor on August 15 re edits. | 435.00 |
| 08/17/06 | KTG | 1.00 | Work on preparation of application. Correspondence with inventors re revised draft. | 290.00 |
| 08/18/06 | KTG | 1.00 | Work on preparation of foreign claims and abstract. Final application. | 290.00 |
| 08/23/06 | KTG | 0.70 | Work on preparation of application. Prepare and send finalized application with filing papers to client for filing. | 203.00 |

PROFESSIONAL SERVICES                                5,336.00

KTG              18.40    290.00    5,336.00

COSTS ADVANCED

| | | |
|---|---|---|
| 08/31/06 | Copies | 59.20 |
| 08/02/06 | Cost of drawings | 135.00 |

TOTAL COSTS ADVANCED                              194.20

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

Pg 49 of 76

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE        616-949-9610
FAX                    616-957-8196

DELPHI

September 13, 2006
Page:  8
Invoice:        85283

MATTER TOTAL                                        5,530.20

(FEES BILLED                    )

(EXPENSES BILLED                )

MATTER NUMBER - P635

DP-314667

| | | | | |
|---|---|---|---|---|
| 04/17/06 | KTG | 1.00 | Review invention disclosure. | 290.00 |
| 05/25/06 | JWJ | 0.40 | Work on preparation of application. | 58.00 |
| 06/05/06 | JWJ | 0.50 | Work on preparation of application. | 72.50 |
| 06/13/06 | JWJ | 0.10 | Work on preparation of application. | 14.50 |
| 06/23/06 | JWJ | 5.10 | Work on preparation of application. | 739.50 |
| 06/27/06 | JWJ | 0.30 | Work on preparation of application. | 43.50 |
| 06/28/06 | JWJ | 0.80 | Work on preparation of application. | 116.00 |
| 06/30/06 | JWJ | 0.10 | Work on preparation of application. | 14.50 |
| 07/03/06 | JWJ | 2.90 | Work on preparation of application. | 420.50 |
| 07/07/06 | KTG | 1.30 | Review patent application claims. | 377.00 |
| 07/10/06 | JWJ | 2.50 | Work on preparation of application. | 362.50 |
| 07/13/06 | JWJ | 1.80 | Work on preparation of application. | 261.00 |
| 07/14/06 | JWJ | 1.20 | Work on preparation of application. | 174.00 |
| 07/14/06 | KTG | 1.50 | Review patent application. Inter office conference among attorneys. | 435.00 |
| 07/18/06 | JWJ | 0.10 | Work on preparation of application. | 14.50 |
| 07/20/06 | JWJ | 2.50 | Work on preparation of application. | 362.50 |
| 07/26/06 | JWJ | 0.10 | Work on preparation of application. | 14.50 |
| 07/27/06 | JWJ | 0.10 | Work on preparation of application. | 14.50 |
| 08/02/06 | JWJ | 0.10 | Work on preparation of application. | 14.50 |
| 08/21/06 | JWJ | 1.90 | Work on preparation of application. | 275.50 |
| 08/22/06 | JWJ | 5.70 | Work on preparation of application. | 826.50 |
| 08/24/06 | JWJ | 1.30 | Work on preparation of application. | 188.50 |
| 08/28/06 | JWJ | 0.60 | Work on preparation of application. | 87.00 |
| 08/29/06 | JWJ | 1.40 | Work on preparation of application. | 203.00 |

INVOICE COPY

# PRICE
## HENEVELD,
### COOPER,
### DEWITT &
#### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

September 13, 2006
Page:   9
Invoice:       85283

| | | | | |
|---|---|---|---|---|
| 08/30/06 JWJ | 0.20 | Prepare and send finalized application with filing papers to client for filing. NOTE: Costs approved by Jim Funke during telephone conference. | | 29.00 |

PROFESSIONAL SERVICES                                            5,408.50

| | | | |
|---|---|---|---|
| KTG | 3.80 | 290.00 | 1,102.00 |
| JWJ | 29.70 | 145.00 | 4,306.50 |

COSTS ADVANCED

| | | |
|---|---|---|
| 05/31/06 | Copies | 5.00 |
| 08/02/06 | Cost of drawings | 100.00 |

TOTAL COSTS ADVANCED                                         105.00

MATTER TOTAL                                               5,513.50

(FEES BILLED              )
(EXPENSES BILLED          )

MATTER NUMBER - P643

DP-315071

| | | | |
|---|---|---|---|
| 05/04/06 KTG | 1.00 | Review invention disclosure. | 290.00 |
| 07/26/06 JWJ | 0.10 | Work on preparation of application. | 14.50 |
| 07/26/06 KTG | 0.50 | Review invention disclosure. Inter office conference among attorneys. | 145.00 |
| 07/27/06 JWJ | 7.00 | Work on preparation of application. | 1,015.00 |
| 07/28/06 JWJ | 2.80 | Work on preparation of application. | 406.00 |
| 07/31/06 JWJ | 3.00 | Work on preparation of application. | 435.00 |
| 08/01/06 JWJ | 3.30 | Work on preparation of application. | 478.50 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**

# PRICE
## HENEVELD,
### COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE       616-949-9610
FAX             616-957-8196


DELPHI                                          September 13, 2006
                                                Page:   10
                                                Invoice:      85283


| Date | Init | Hrs | Description | Amount |
|---|---|---|---|---|
| 08/03/06 | KTG | 1.50 | Work on preparation of application. Review draft. | 435.00 |
| 08/04/06 | JWJ | 1.20 | Work on preparation of application. | 174.00 |
| 08/07/06 | JWJ | 0.10 | Work on preparation of application. | 14.50 |
| 08/08/06 | JWJ | 0.10 | Work on preparation of application. | 14.50 |
| 08/09/06 | JWJ | 0.80 | Work on preparation of application. | 116.00 |
| 08/10/06 | JWJ | 4.90 | Work on preparation of application. | 710.50 |
| 08/10/06 | KTG | 0.50 | Review patent application. Inter office conference among attorneys. | 145.00 |
| 08/11/06 | JWJ | 0.70 | Work on preparation of application. | 101.50 |
| 08/14/06 | JWJ | 2.80 | Work on preparation of application. | 406.00 |


    PROFESSIONAL SERVICES                              4,901.00

    KTG                 3.50    290.00    1,015.00
    JWJ                26.80    145.00    3,886.00


    COSTS ADVANCED

05/31/06    Copies                              6.30
08/30/06    Cost of drawings                  165.00

TOTAL COSTS ADVANCED                            171.30


MATTER TOTAL                                    5,072.30


(FEES BILLED             )
(EXPENSES BILLED         )

                                    MATTER NUMBER - P644


    DP-314952

05/04/06 KTG   1.00   Review invention disclosure.        290.00


Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

September 13, 2006
Page:   11
Invoice:      85283

| Date | Init | Hrs | Description | Amount |
|---|---|---|---|---|
| 05/30/06 | KTG | 0.50 | Review invention disclosure. Inter office conference among attorneys. | 145.00 |
| 06/05/06 | JWJ | 0.30 | Work on preparation of application. | 43.50 |
| 06/15/06 | JWJ | 2.50 | Work on preparation of application. Telephone conference with inventor on June 15. | 362.50 |
| 06/16/06 | JWJ | 3.50 | Work on preparation of application. Telephone conference with inventor on June 16. | 507.50 |
| 06/19/06 | JWJ | 1.40 | Work on preparation of application. | 203.00 |
| 06/20/06 | JWJ | 0.80 | Work on preparation of application. | 116.00 |
| 06/21/06 | JWJ | 2.40 | Work on preparation of application. | 348.00 |
| 06/22/06 | JWJ | 1.00 | Work on preparation of application. | 145.00 |
| 06/23/06 | JWJ | 0.10 | Work on preparation of application. | 14.50 |
| 06/23/06 | KTG | 0.80 | Review patent claims. Inter office conference among attorneys. | 232.00 |
| 06/28/06 | JWJ | 2.50 | Work on preparation of application. | 362.50 |
| 06/30/06 | JWJ | 1.90 | Work on preparation of application. | 275.50 |
| 07/03/06 | JWJ | 2.80 | Work on preparation of application. | 406.00 |
| 07/10/06 | JWJ | 0.20 | Work on preparation of application. | 29.00 |
| 07/14/06 | JWJ | 2.40 | Work on preparation of application. | 348.00 |
| 07/14/06 | KTG | 1.50 | Work on preparation of application. | 435.00 |
| 07/17/06 | JWJ | 0.80 | Work on preparation of application. | 116.00 |
| 08/10/06 | JWJ | 0.20 | Work on preparation of application. | 29.00 |
| 08/11/06 | JWJ | 6.60 | Work on preparation of application. | 957.00 |
| 08/15/06 | JWJ | 2.30 | Work on preparation of application. | 333.50 |
| 08/16/06 | JWJ | 0.10 | Work on preparation of application. | 14.50 |
| 08/17/06 | JWJ | 0.50 | Work on preparation of application. | 72.50 |
| 08/18/06 | JWJ | 0.10 | Prepare and send finalized application with filing papers to client for filing. NOTE: Costs associated with complexity of disclosure approved by Jim Funke during telephone conference. | 14.50 |

| | | | |
|---|---|---|---|
| PROFESSIONAL SERVICES | | | 5,800.00 |
| KTG | 3.80 | 290.00 | 1,102.00 |
| JWJ | 32.40 | 145.00 | 4,698.00 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

INVOICE COPY

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

September 13, 2006
Page:   12
Invoice:       85283


COSTS ADVANCED

| | | |
|---|---|---|
| 06/30/06 | Copies | 22.00 |
| 06/29/06 | Cost of drawings | 225.00 |

TOTAL COSTS ADVANCED                                247.00

MATTER TOTAL                                      6,047.00

(FEES BILLED              )
(EXPENSES BILLED          )

MATTER NUMBER – P645


DP-315213

| Date | Init | Hrs | Description | Amount |
|---|---|---|---|---|
| 05/04/06 | KTG | 1.00 | Review invention disclosure. | 290.00 |
| 05/30/06 | KTG | 0.50 | Review invention disclosure. Inter office conference among attorneys. | 145.00 |
| 07/03/06 | JWJ | 0.70 | Work on preparation of application. | 101.50 |
| 07/11/06 | JWJ | 1.40 | Work on preparation of application. | 203.00 |
| 07/12/06 | JWJ | 0.50 | Work on preparation of application. | 72.50 |
| 07/13/06 | JWJ | 3.90 | Work on preparation of application. | 565.50 |
| 07/14/06 | JWJ | 1.30 | Work on preparation of application. | 188.50 |
| 07/17/06 | JWJ | 0.40 | Work on preparation of application. | 58.00 |
| 07/18/06 | JWJ | 3.10 | Work on preparation of application. | 449.50 |
| 07/19/06 | JWJ | 0.40 | Work on preparation of application. | 58.00 |
| 07/21/06 | JWJ | 0.30 | Work on preparation of application. | 43.50 |
| 07/26/06 | JWJ | 3.80 | Work on preparation of application. | 551.00 |
| 07/28/06 | JWJ | 3.50 | Work on preparation of application. | 507.50 |
| 07/31/06 | JWJ | 4.10 | Work on preparation of application. | 594.50 |
| 07/31/06 | KTG | 1.00 | Review patent application. | 290.00 |
| 08/01/06 | JWJ | 1.30 | Work on preparation of application. | 188.50 |

Payment due upon receipt. We reserve the right to charge a service charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**

# PRICE
# HENEVELD,
## COOPER,
## DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

September 13, 2006
Page:   13
Invoice:      85283

| | | | | |
|---|---|---|---|---:|
| 08/10/06 JWJ | 0.10 | Work on preparation of application. | | 14.50 |
| 08/14/06 JWJ | 1.10 | Work on preparation of application. | | 159.50 |
| 08/18/06 JWJ | 1.60 | Work on preparation of application. | | 232.00 |
| 08/21/06 JWJ | 1.60 | Work on preparation of application. | | 232.00 |
| 08/23/06 JWJ | 7.20 | Work on preparation of application. | | 1,044.00 |
| 08/24/06 JWJ | 5.40 | Work on preparation of application. | | 783.00 |
| 08/25/06 JWJ | 1.40 | Work on preparation of application. | | 203.00 |
| 08/28/06 JWJ | 2.20 | Work on preparation of application. | | 319.00 |
| 08/31/06 JWJ | 0.40 | Prepare and send finalized application with filing papers to client for filing. | | 58.00 |

NOTE: Costs associated with complexity and added
disclosure approved by Jim Funke during
telephone conference.

PROFESSIONAL SERVICES                                    7,351.50

| | | | |
|---|---:|---:|---:|
| KTG | 2.50 | 290.00 | 725.00 |
| JWJ | 45.70 | 145.00 | 6,626.50 |

COSTS ADVANCED

| | | |
|---|---|---:|
| 06/30/06 | Copies | 10.20 |
| 08/02/06 | Cost of drawings | 135.00 |

TOTAL COSTS ADVANCED                                      145.20

MATTER TOTAL                                            7,496.70

(FEES BILLED            )
(EXPENSES BILLED        )

MATTER NUMBER - P647

DP-314865

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

INVOICE COPY

# PRICE
## HENEVELD,
### COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

September 13, 2006
Page:  14
Invoice:        85283

| Date | Init | Hours | Description | Amount |
|------|------|-------|-------------|--------|
| 05/05/06 | KTG | 1.00 | Review invention disclosure. | 290.00 |
| 06/01/06 | GDM | 3.00 | Review invention disclosure. | 630.00 |
| 06/06/06 | GDM | 0.80 | Telephone conference with Lawlyes on June 6 re invention disclosure. Work on preparation of drawings. | 168.00 |
| 06/07/06 | KTG | 0.50 | Review drawings for patent application. | 145.00 |
| 07/25/06 | GDM | 3.00 | Work on preparation of application. | 630.00 |
| 07/27/06 | GDM | 5.00 | Work on preparation of application. | 1,050.00 |
| 08/06/06 | KTG | 0.70 | Review claims and drawings. | 203.00 |
| 08/07/06 | GDM | 3.00 | Work on preparation of application. Telephone conference with Ratell on August 7. | 630.00 |
| 08/09/06 | GDM | 2.00 | Work on preparation of application. Telephone conference with Ratell on August 9. | 420.00 |
| 08/14/06 | KTG | 0.50 | Inter office conference among attorneys re prior art and invention. | 145.00 |
| 08/15/06 | KTG | 2.20 | Work on preparation of application. Inter office conference among attorneys. | 638.00 |
| 08/28/06 | GDM | 0.10 | Telephone conference with Ratell on August 28 re patent application. | 21.00 |

PROFESSIONAL SERVICES                                        4,970.00

| | | | | |
|---|---|---|---|---|
| KTG | | 4.90 | 290.00 | 1,421.00 |
| GDM | | 16.90 | 210.00 | 3,549.00 |

COSTS ADVANCED

| Date | Description | Amount |
|------|-------------|--------|
| 08/31/06 | Copies | 4.20 |
| 08/16/06 | Express mail | 14.13 |
| 06/29/06 | Cost of drawings | 285.00 |

TOTAL COSTS ADVANCED                                  303.33

MATTER TOTAL                                        5,273.33

**INVOICE COPY**

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

September 13, 2006
Page:   15
Invoice:        85283

(FEES BILLED                )
(EXPENSES BILLED            )

MATTER NUMBER - P658

DP-315433

| | | | | |
|---|---|---|---|---|
| 08/01/06 KTG | 1.20 | Review invention disclosure. Inter office conference among attorneys re patent application. | | 348.00 |
| 08/08/06 GJE | 2.30 | Work on preparation of application. | | 678.50 |
| 08/09/06 GJE | 6.50 | Work on preparation of application. | | 1,917.50 |
| 08/10/06 GJE | 6.50 | Work on preparation of application. | | 1,917.50 |

PROFESSIONAL SERVICES                                    4,861.50

| | | | |
|---|---|---|---|
| GJE | 15.30 | 295.00 | 4,513.50 |
| KTG | 1.20 | 290.00 | 348.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 08/31/06 | Copies | 6.40 |
| 08/16/06 | Express mail | 10.95 |
| 08/30/06 | Cost of drawings | 85.00 |

TOTAL COSTS ADVANCED                                       102.35

MATTER TOTAL                                             4,963.85

(FEES BILLED                )
(EXPENSES BILLED            )

MATTER NUMBER - P669

DP-311321

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

September 13, 2006
Page:  16
Invoice:      85283

| Date | | | Description | | | Amount |
|---|---|---|---|---|---|---|
| 08/05/06 KTG | 0.70 | | Review Office Action and cited art. | | | 203.00 |
| 08/31/06 GJE | 5.30 | | Work on preparation of response to Office Action. | | | 1,563.50 |

PROFESSIONAL SERVICES                                                1,766.50

| | | | | |
|---|---|---|---|---|
| GJE | 5.30 | 295.00 | 1,563.50 | |
| KTG | 0.70 | 290.00 | 203.00 | |

COSTS ADVANCED

08/31/06   Copies                                          5.80

TOTAL COSTS ADVANCED                                             5.80

MATTER TOTAL                                               1,772.30

(FEES BILLED                )
(EXPENSES BILLED            )

MATTER NUMBER - P671

DP-315450

| | | | |
|---|---|---|---|
| 08/21/06 KTG | 1.00 | Review invention disclosure. | 290.00 |
| 08/23/06 GJE | 5.70 | Work on preparation of application. | 1,681.50 |
| 08/24/06 GJE | 8.00 | Work on preparation of application. | 2,360.00 |
| 08/25/06 GJE | 4.50 | Prepare and send finalized application with filing papers to client for filing. NOTE: Costs approved by Jim Funke. | 1,327.50 |

Payment due upon receipt.  We reserve the right to charge a service charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE     616-949-9610
FAX                 616-957-8196

DELPHI

September 13, 2006
Page:  17
Invoice:      85283

| PROFESSIONAL SERVICES | | | 5,659.00 |
|---|---|---|---|
| GJE | 18.20 | 295.00 | 5,369.00 |
| KTG | 1.00 | 290.00 | 290.00 |

COSTS ADVANCED

| 08/31/06 | Copies | 1.90 |
|---|---|---|
| 08/31/06 | Cost of drawings | 150.00 |

| TOTAL COSTS ADVANCED | 151.90 |
|---|---|

| MATTER TOTAL | 5,810.90 |
|---|---|

| (FEES BILLED | ) |
|---|---|
| (EXPENSES BILLED | ) |

| CLIENT TOTAL | 57,099.68 |
|---|---|
| INVOICE TOTAL | 57,099.68 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

**PO BOX 2567**
**GRAND RAPIDS MI 49501-2567**

**TELEPHONE**    616-949-9610
**FAX**              616-957-8196

DELPHI

October 12, 2006
Page:  2
Invoice:      85617

CLIENT NUMBER -  DEL001

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH September 30, 2006 IN CONNECTION
    WITH THE FOLLOWING MATTERS -

MATTER NUMBER - A315

| | | | | | |
|---|---|---|---|---|---|
| 09/12/06 KTG | 1.70 | Evaluate patent and Delphi proposed smart radio with playlist. Telephone conference with Funke and Kady on September 12. Correspondence with Funke and Kady. | | | 493.00 |
| 09/29/06 KTG | 1.30 | Evaluate patent and Delphi media player for smart radios. | | | 377.00 |

PROFESSIONAL SERVICES                                870.00

KTG              3.00    290.00        870.00

MATTER TOTAL                                         870.00

(FEES BILLED          )
(EXPENSES BILLED      )

MATTER NUMBER - P434

DP-307431
S.N. 10/731,644

09/07/06 KTG  1.20  Work on preparation of response.        348.00

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX               616-957-8196

DELPHI

October 12, 2006
Page:  3
Invoice:        85617

| | | | |
|---|---|---|---|
| 09/11/06 KTG | 0.50 | Study Office Action and references. Preparation and filing of response. Correspondence with client. Preparation and filing of terminal disclaimer. Telephone conference with Funke on September 11. | 145.00 |

PROFESSIONAL SERVICES                                                493.00

KTG                          1.70     290.00        493.00

COSTS ADVANCED

09/11/06    Disclaimer fee                                     130.00

TOTAL COSTS ADVANCED                                        130.00

MATTER TOTAL                                                      623.00

(FEES BILLED        4,655.50 )
(EXPENSES BILLED     285.37 )

MATTER NUMBER - P509

DP-312006
S.N. 10/974,347

| | | | |
|---|---|---|---|
| 08/01/06 JWJ | 0.80 | Work on preparation of response. | 116.00 |
| 08/01/06 KTG | 0.80 | Review Office Action. Inter office conference among attorneys re response. | 232.00 |
| 08/25/06 JWJ | 0.10 | Work on preparation of response. | 14.50 |
| 09/01/06 JWJ | 0.80 | Work on preparation of response. | 116.00 |
| 09/05/06 JWJ | 3.60 | Work on preparation of response. | 522.00 |
| 09/06/06 JWJ | 2.10 | Work on preparation of response. | 304.50 |
| 09/08/06 JWJ | 1.00 | Work on preparation of response. | 145.00 |

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

October 12, 2006
Page:   4
Invoice:      85617

| | | | | |
|---|---|---|---|---|
| 09/12/06 JWJ | 1.40 | Work on preparation of response. | | 203.00 |
| 09/13/06 JWJ | 0.20 | Work on preparation of response. | | 29.00 |
| 09/14/06 JWJ | 0.60 | Work on preparation of response. | | 87.00 |
| 09/14/06 KTG | 0.80 | Review response to Office Action. Inter office conference among attorneys. | | 232.00 |
| 09/19/06 JWJ | 0.10 | Work on preparation of response. | | 14.50 |
| 09/20/06 JWJ | 0.10 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | | 14.50 |

PROFESSIONAL SERVICES                                           2,030.00

| | | | |
|---|---|---|---|
| KTG | 1.60 | 290.00 | 464.00 |
| JWJ | 10.80 | 145.00 | 1,566.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 08/31/06 | Copies | 11.10 |
| 09/29/06 | Postage | 1.11 |

TOTAL COSTS ADVANCED                                              12.21

MATTER TOTAL                                                  2,042.21

(FEES BILLED        7,129.00  )
(EXPENSES BILLED      359.18  )

MATTER NUMBER - P517

DP-311207
S.N. 10/995,779

# PRICE
## HENEVELD,
### COOPER,
DEWITT &
LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

October 12, 2006
Page:   5
Invoice:        85617

| Date | Init | Hours | Description | Amount |
|---|---|---|---|---|
| 08/02/06 | KTG | 1.20 | Review Office Action and art. Telephone conference with inventor on August 2. Preparation and forwarding report and recommendations to client. | 348.00 |
| 08/06/06 | KTG | 1.00 | Evaluate Office Action and cited art. Prepare for conference with inventors. Work on preparation of response. | 290.00 |
| 08/07/06 | KTG | 1.50 | Work on preparation of response. Telephone conference with inventors on August 7. | 435.00 |
| 08/18/06 | KTG | 1.00 | Work on preparation of response. | 290.00 |
| 09/05/06 | KTG | 0.80 | Work on preparation of response. Correspondence with inventors. | 232.00 |
| 09/11/06 | KTG | 0.50 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | 145.00 |

PROFESSIONAL SERVICES                                    1,740.00

KTG                      6.00     290.00     1,740.00

COSTS ADVANCED

| 08/31/06 | Copies  | 6.70 |
|---|---|---|
| 09/29/06 | Postage | 1.11 |

TOTAL COSTS ADVANCED                                         7.81

MATTER TOTAL                                             1,747.81

(FEES BILLED      6,377.50  )
(EXPENSES BILLED    455.39  )

MATTER NUMBER - P527

DP-311928
S.N. 11/081,427

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

October 12, 2006
Page:   6
Invoice:      85617

| | | | | |
|---|---|---|---|---|
| 08/02/06 | KTG | 1.00 | Study Office Action. Preparation and forwarding report and recommendations to client. | 290.00 |
| 09/11/06 | KTG | 0.30 | Review prior art and Information Disclosure Statement. Telephone conference with Funke on September 11 re Information Disclosure Statement. Work on preparation of Information Disclosure Statement. | 87.00 |
| 09/14/06 | KTG | 0.70 | Preparation and filing of Information Disclosure Statement. Correspondence with Funke. | 203.00 |

PROFESSIONAL SERVICES                                              580.00

KTG                    2.00    290.00     580.00

COSTS ADVANCED

| | | |
|---|---|---|
| 07/31/06 | Copies | 102.60 |
| 09/14/06 | Information disclosure statement fee | 180.00 |

TOTAL COSTS ADVANCED                                              282.60

MATTER TOTAL                                                     862.60

(FEES BILLED       10,053.00  )
(EXPENSES BILLED      354.66  )

MATTER NUMBER - P537

DP-312787
S.N. 11/040,726

| | | | | |
|---|---|---|---|---|
| 08/23/06 | KTG | 0.80 | Study Office Action and correspondence. | 232.00 |
| 08/24/06 | KTG | 0.50 | Work on preparation of response. | 145.00 |
| 08/25/06 | KTG | 0.50 | Work on preparation of response. | 145.00 |

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

October 12, 2006
Page:   7
Invoice:      85617

| | | | | |
|---|---|---|---|---|
| 09/05/06 KTG | 1.00 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | | 290.00 |

PROFESSIONAL SERVICES                                           812.00

KTG                     2.80    290.00      812.00

COSTS ADVANCED

08/31/06   Copies                                    1.80

TOTAL COSTS ADVANCED                                           1.80

MATTER TOTAL                                                  813.80

(FEES BILLED       4,890.00  )
(EXPENSES BILLED     201.94  )

MATTER NUMBER - P552

DP-313239
S.N. 11/109,347

| | | | |
|---|---|---|---|
| 08/04/06 KTG | 1.50 | Evaluate Office Action and cited art. Preparation and forwarding report and recommendations to client. Telephone conference with inventor on August 4. Work on preparation of response. | 435.00 |
| 08/25/06 KTG | 3.50 | Work on preparation of response. Work on preparation of Sec. 131 declaration. Telephone conference with inventor on August 25. | 1,015.00 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

October 12, 2006
Page: 8
Invoice:        85617

| Date | | Hours | Description | Amount |
|---|---|---|---|---|
| 09/05/06 | KTG | 3.50 | Study Office Action and references. Preparation and filing of response. Correspondence with client. Telephone conference with inventors on September 5. | 1,015.00 |
| 09/11/06 | KTG | 0.30 | Review prior art and Information Disclosure Statement. Telephone conference with Funke on September 11 re Information Disclosure Statement. Work on preparation of Information Disclosure Statement. | 87.00 |
| 09/14/06 | KTG | 0.70 | Preparation and filing of Information Disclosure Statement. Correspondence with Funke. | 203.00 |

PROFESSIONAL SERVICES                                              2,755.00

KTG                    9.50      290.00      2,755.00

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 08/31/06 | Copies | 51.30 |
| 09/29/06 | Postage | 12.90 |
| 09/05/06 | Extension of time fee | 120.00 |
| 09/14/06 | Information disclosure statement fee | 180.00 |

TOTAL COSTS ADVANCED                                            364.20

MATTER TOTAL                                                  3,119.20

(FEES BILLED        5,362.50 )
(EXPENSES BILLED     572.46 )

MATTER NUMBER - P560

DP-313244
S.N. 11/107,083

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

October 12, 2006
Page:   9
Invoice:        85617

| Date | | Hours | Description | Amount |
|---|---|---|---|---|
| 08/01/06 | JWJ | 0.10 | Work on preparation of response. | 14.50 |
| 08/01/06 | KTG | 0.80 | Review Office Action. Inter office conference among attorneys re response. | 232.00 |
| 08/24/06 | JWJ | 0.40 | Work on preparation of response. | 58.00 |
| 08/28/06 | JWJ | 4.30 | Work on preparation of response. | 623.50 |
| 08/29/06 | JWJ | 3.40 | Work on preparation of response. | 493.00 |
| 09/08/06 | KTG | 0.80 | Review response to Office Action. Inter office conference among attorneys. | 232.00 |
| 09/12/06 | KTG | 0.50 | Review response. Inter office conference among attorneys. | 145.00 |
| 09/12/06 | JWJ | 0.10 | Work on preparation of response. | 14.50 |
| 09/13/06 | JWJ | 0.10 | Work on preparation of response. | 14.50 |

PROFESSIONAL SERVICES                                    1,827.00

| | | | |
|---|---|---|---|
| KTG | 2.10 | 290.00 | 609.00 |
| JWJ | 8.40 | 145.00 | 1,218.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 08/31/06 | Copies | 8.00 |
| 09/29/06 | Postage | 1.11 |

TOTAL COSTS ADVANCED                                        9.11

MATTER TOTAL                                            1,836.11

(FEES BILLED      9,361.50 )

(EXPENSES BILLED    413.90 )

MATTER NUMBER - P595

DP-314010
S.N. 11/387,834

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
### COOPER,
#### DEWITT &
##### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

October 12, 2006
Page:  10
Invoice:    85617

| | | | |
|---|---|---|---|
| 08/25/06 KTG  0.50  Work on preparation of response. | | | 145.00 |
| 09/05/06 KTG  0.70  Study Office action and references. Preparation and filing of response. Correspondence with client. Telephone conference with inventor on September 5. | | | 203.00 |

PROFESSIONAL SERVICES                                      348.00

KTG                  1.20     290.00     348.00

COSTS ADVANCED

09/20/06    Express mail                               7.64

TOTAL COSTS ADVANCED                                      7.64

MATTER TOTAL                                            355.64

(FEES BILLED       5,395.50 )
(EXPENSES BILLED     231.18 )

MATTER NUMBER - P615

DP-314109
S.N. 11/445,361

| | | | |
|---|---|---|---|
| 09/18/06 JWJ  0.30  Telephone conference with Wassom re declaration to be filed in response to notice received from the PTO. | | | 43.50 |
| 09/21/06 JWJ  0.10  Correspondence with client re filing of Wassom Declaration. | | | 14.50 |
| 09/22/06 KTG  0.50  Inter office conference among attorneys re response. | | | 145.00 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

October 12, 2006
Page:  11
Invoice:      85617

| PROFESSIONAL SERVICES | | | | 203.00 |
|---|---|---|---|---|
| KTG | 0.50 | 290.00 | 145.00 | |
| JWJ | 0.40 | 145.00 | 58.00 | |

COSTS ADVANCED

| 09/29/06 | Copies | 1.00 |
|---|---|---|
| 09/20/06 | Express mail | 7.65 |

TOTAL COSTS ADVANCED                                     8.65

MATTER TOTAL                                           211.65

(FEES BILLED      5,684.00  )
(EXPENSES BILLED    272.61  )

MATTER NUMBER - P634

DP-314569

| 04/17/06 KTG | 1.00 | Review invention disclosure. | 290.00 |
|---|---|---|---|
| 04/19/06 KTG | 0.50 | Evaluate record of invention. Telephone conference with inventor on April 19. | 145.00 |
| 05/01/06 KTG | 1.50 | Work on preparation of application. | 435.00 |
| 05/24/06 KTG | 1.50 | Work on preparation of application. Telephone conference with inventor on May 24. | 435.00 |
| 05/25/06 KTG | 0.70 | Review invention disclosure. Telephone conference with inventor on May 25. Work on preparation of application. | 203.00 |
| 09/14/06 KTG | 1.50 | Work on preparation of application. | 435.00 |
| 09/15/06 KTG | 1.50 | Work on preparation of application. | 435.00 |
| 09/19/06 KTG | 1.00 | Work on preparation of application. | 290.00 |
| 09/20/06 KTG | 2.50 | Work on preparation of application. | 725.00 |

# PRICE
## HENEVELD,
### COOPER,
#### DEWITT &
##### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

October 12, 2006
Page:  12
Invoice:      85617

| | | | | |
|---|---|---|---|---|
| 09/21/06 | KTG | 2.50 | Work on preparation of application. | 725.00 |
| 09/22/06 | KTG | 1.00 | Work on preparation of application. | 290.00 |
| 09/23/06 | KTG | 3.00 | Work on preparation of application. | 870.00 |
| 09/26/06 | KTG | 1.30 | Work on preparation of application. | 377.00 |

NOTE: COSTS APPROVED BY J. FUNKE DURING
TELEHPONE CONFERENCE.

PROFESSIONAL SERVICES                                      5,655.00

KTG                        19.50    290.00    5,655.00

COSTS ADVANCED

| | | |
|---|---|---|
| 09/29/06 | Copies | 1.70 |
| 09/20/06 | Express mail | 23.80 |
| 09/20/06 | Cost of drawings | 260.00 |

TOTAL COSTS ADVANCED                                        285.50

MATTER TOTAL                                             5,940.50

(FEES BILLED                      )

(EXPENSES BILLED                  )

MATTER NUMBER - P649

DP-314902

| | | | | |
|---|---|---|---|---|
| 05/08/06 | KTG | 1.00 | Review invention disclosure. | 290.00 |
| 08/07/06 | KTG | 0.50 | Review invention. Inter office conference among attorneys. | 145.00 |
| 08/25/06 | JWJ | 5.00 | Work on preparation of application. | 725.00 |
| 08/28/06 | JWJ | 0.20 | Work on preparation of application. | 29.00 |
| 09/05/06 | JWJ | 2.00 | Work on preparation of application. | 290.00 |

# PRICE
# HENEVELD,
##    COOPER,
# DEWITT &
##    LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

October 12, 2006
Page:  13
Invoice:      85617

| | | | | |
|---|---|---|---|---:|
| 09/06/06 JWJ | 4.00 | Work on preparation of application. | | 580.00 |
| 09/07/06 JWJ | 2.50 | Work on preparation of application. | | 362.50 |
| 09/08/06 KTG | 2.20 | Work on preparation of application. Inter office conference among attorneys. | | 638.00 |
| 09/11/06 JWJ | 2.80 | Work on preparation of application. | | 406.00 |
| 09/18/06 JWJ | 4.00 | Work on preparation of application. | | 580.00 |
| 09/19/06 JWJ | 1.70 | Work on preparation of application. | | 246.50 |
| 09/22/06 JWJ | 2.80 | Work on preparation of application. | | 406.00 |

PROFESSIONAL SERVICES                                    4,698.00

| | | | |
|---|---:|---:|---:|
| KTG | 3.70 | 290.00 | 1,073.00 |
| JWJ | 25.00 | 145.00 | 3,625.00 |

COSTS ADVANCED

| | | |
|---|---|---:|
| 09/29/06 | Copies | 12.90 |
| 09/20/06 | Express mail | 25.20 |
| 09/12/06 | Cost of drawings | 125.00 |

TOTAL COSTS ADVANCED                                      163.10

MATTER TOTAL                                            4,861.10

(FEES BILLED            )

(EXPENSES BILLED         )

MATTER NUMBER - P653

| | | | |
|---|---|---|---:|
| 06/20/06 KTG | 1.00 | Review invention disclosure. | 290.00 |
| 07/26/06 KTG | 0.50 | Review invention disclosure and related file. Inter office conference among attorneys. | 145.00 |
| 07/26/06 GJE | 3.40 | Work on preparation of application. | 1,003.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX               616-957-8196

DELPHI

October 12, 2006
Page:  14
Invoice:        85617

| | | | | |
|---|---|---|---|---|
| 07/27/06 GJE | 4.20 | Work on preparation of application. | | 1,239.00 |
| 07/28/06 GJE | 6.50 | Work on preparation of application. | | 1,917.50 |

PROFESSIONAL SERVICES                                           4,594.50

| | | | |
|---|---|---|---|
| GJE | 14.10 | 295.00 | 4,159.50 |
| KTG | 1.50 | 290.00 | 435.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 06/30/06 | Copies | 3.90 |
| 08/16/06 | Express mail | 31.30 |
| 09/29/06 | Cost of drawings | 65.00 |

TOTAL COSTS ADVANCED                                             100.20

MATTER TOTAL                                                    4,694.70

(FEES BILLED                     )
(EXPENSES BILLED                 )

MATTER NUMBER - P663

DP-315042

| | | | | |
|---|---|---|---|---|
| 08/01/06 KTG | 1.20 | Review invention disclosure. Inter office conference among attorneys re patent application. | | 348.00 |
| 08/17/06 GJE | 3.80 | Work on preparation of application. | | 1,121.00 |
| 08/18/06 GJE | 8.00 | Work on preparation of application. | | 2,360.00 |
| 08/29/06 GJE | 3.40 | Work on preparation of application. | | 1,003.00 |

PROFESSIONAL SERVICES                                           4,832.00

| | | | |
|---|---|---|---|
| GJE | 15.20 | 295.00 | 4,484.00 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

October 12, 2006
Page:  15
Invoice:        85617

KTG                    1.20    290.00        348.00

COSTS ADVANCED

09/29/06    Cost of drawings                          55.00

TOTAL COSTS ADVANCED                                  55.00

MATTER TOTAL                                       4,887.00

(FEES BILLED                )
(EXPENSES BILLED            )

MATTER NUMBER - P669

DP-311321

COSTS ADVANCED

09/29/06    Copies                                     1.90
09/08/06    Additional claims fee                    450.00

TOTAL COSTS ADVANCED                                 451.90

MATTER TOTAL                                         451.90

(FEES BILLED        1,766.50  )
(EXPENSES BILLED        5.80  )

MATTER NUMBER - P676

**PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE       616-949-9610
FAX             616-957-8196

DELPHI

October 12, 2006
Page:   16
Invoice:        85617

DP-315486

| | | | | |
|---|---|---|---|---:|
| 09/07/06 | JWJ | 0.50 | Work on preparation of application. | 72.50 |
| 09/07/06 | KTG | 1.30 | Review invention disclosure. Inter office conference among attorneys. Correspondence with Funke. | 377.00 |
| 09/08/06 | JWJ | 0.70 | Work on preparation of application. | 101.50 |
| 09/11/06 | JWJ | 2.50 | Work on preparation of application. | 362.50 |
| 09/12/06 | JWJ | 2.80 | Work on preparation of application.   Telephone conference with inventor. | 406.00 |
| 09/13/06 | JWJ | 4.10 | Work on preparation of application. | 594.50 |
| 09/13/06 | KTG | 0.70 | Work on preparation of application. Review claims. | 203.00 |
| 09/14/06 | JWJ | 1.60 | Work on preparation of application. | 232.00 |
| 09/15/06 | JWJ | 4.20 | Work on preparation of application. | 609.00 |
| 09/18/06 | JWJ | 1.90 | Work on preparation of application. | 275.50 |
| 09/18/06 | KTG | 3.20 | Review patent application. Inter office conference among attorneys. | 928.00 |
| 09/19/06 | JWJ | 2.30 | Work on preparation of application. | 333.50 |
| 09/20/06 | JWJ | 1.40 | Work on preparation of application. | 203.00 |
| 09/26/06 | JWJ | 0.10 | Telephone conference with inventor. | 14.50 |

| PROFESSIONAL SERVICES | | | | 4,712.50 |
|---|---|---|---|---:|
| KTG | 5.20 | 290.00 | 1,508.00 | |
| JWJ | 22.10 | 145.00 | 3,204.50 | |

COSTS ADVANCED

| | | |
|---|---|---:|
| 09/29/06 | Copies | 27.50 |
| 09/20/06 | Express mail | 17.30 |
| 09/20/06 | Cost of drawings | 270.00 |

TOTAL COSTS ADVANCED                314.80

Payment due upon receipt.  We reserve the right to charge a service charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE       616-949-9610
FAX             616-957-8196

DELPHI

October 12, 2006
Page:  17
Invoice:       85617

MATTER TOTAL                                                    5,027.30

(FEES BILLED                    )
(EXPENSES BILLED                )

MATTER NUMBER – PP670

DP-315589

| | | | | |
|---|---|---|---|---|
| 08/14/06 | KTG | 1.00 | Review invention disclosure. Inter office conference among attorneys. | 290.00 |
| 08/22/06 | JSK | 2.10 | Work on preparation of application. | 483.00 |
| 08/23/06 | JSK | 6.60 | Work on preparation of application. | 1,518.00 |
| 08/24/06 | JSK | 1.80 | Work on preparation of application. | 414.00 |
| 08/25/06 | JSK | 1.60 | Work on preparation of application. | 368.00 |
| 09/11/06 | JSK | 3.40 | Work on preparation of application. Telephone conference with inventors re separation concepts. | 782.00 |
| 09/15/06 | JSK | 1.20 | Work on preparation of application. | 276.00 |
| 09/15/06 | KTG | 1.20 | Review invention and related disclosure materials. Telephone conference with Funke on September 15. | 348.00 |
| 09/20/06 | JSK | 0.40 | Work on preparation of application. | 92.00 |
| 09/21/06 | KTG | 0.50 | Telephone conference with Funke on September 21 re patent application and related disclosure. | 145.00 |
| 09/22/06 | KTG | 0.80 | Evaluate invention. Telephone conference with Funke on September 22 re patent application. | 232.00 |
| 09/22/06 | JSK | 0.40 | Work on preparation of application. | 92.00 |
| 09/28/06 | JSK | 7.60 | Work on preparation of application. | 1,748.00 |
| 09/28/06 | KTG | 0.50 | Review invention and application. | 145.00 |
| 09/29/06 | JSK | 5.60 | Completion and filing of application. Correspondence with client. NOTE: COSTS APPROVED BY J. FUNKE DUE TO COMPLEXITY AND MULTIPLE INVENTIONS INCORPORATED INTO SINGLE APPLICATION. | 1,288.00 |

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX                   616-957-8196

DELPHI

October 12, 2006
Page:   18
Invoice:       85617

|  |  |  |  |  |
|---|---|---|---|---|
| PROFESSIONAL SERVICES |  |  |  | 8,221.00 |
| KTG | 4.00 | 290.00 | 1,160.00 | |
| JSK | 30.70 | 230.00 | 7,061.00 | |

COSTS ADVANCED

| 09/29/06 | Copies | 13.20 |
|---|---|---|
| 09/06/06 | Cost of drawings | 510.00 |
| 09/29/06 | Filing fee | 200.00 |

TOTAL COSTS ADVANCED                          723.20

MATTER TOTAL                                      8,944.20

(FEES BILLED               )
(EXPENSES BILLED           )

CLIENT TOTAL                                      47,288.72
INVOICE TOTAL                                    47,288.72

**Exhibit E**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**ORDER GRANTING THIRD INTERIM APPLICATION FOR APPROVAL
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PRICE,
HENEVELD, COOPER, DEWITT & LITTON, LLP, INTELLECTUAL
PROPERTY COUNSEL TO DEBTORS, FOR SERVICES RENDERED FROM
OCTOBER 9, 2005, THROUGH SEPTEMBER 30, 2006**

Upon consideration of the third interim application of Price, Heneveld, Cooper, DeWitt & Litton, LLP, for approval of compensation and reimbursement of expenses (the "Third Interim Price, Heneveld Application") for professional services and expenses incurred during the period commencing October 9, 2005, through September 30, 2006; and a hearing having been held before this Court to consider the Third Interim Price, Heneveld Application on March 22, 2007; and notice having been given pursuant to FED.R.BANKR.P. 2002(a)(7) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefore, it is hereby:

ORDERED that the Third Interim Price, Heneveld Application is granted to the extent set forth in Exhibit B.

Dated:  New York, New York
        November 28, 2006

_____
United States Bankruptcy Judge
Southern District of New York