**Hearing Date and Time: March 22, 2007, 10:00 a.m.**
**Objection Deadline: To Be Provided by the Court**

BANNER & WITCOFF, LTD.
10 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
312-463-5000
Charles W. Shifley
Binal J. Patel

Intellectual Property Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
    In re                          :    Chapter 11
                                    :
DELPHI CORPORATION, et al.,          :    Case No. 05-44481 (RDD)
                                    :
                Debtors.   :    (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF THIRD INTERIM APPLICATION OF BANNER & WITCOFF, LTD., INTELLECTUAL PROPERTY COUNSEL TO DELPHI CORPORATION, SEEKING ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES UNDER 11 U.S.C. SECTIONS 300 AND 331, AND HEARING ON MARCH 22, 2007, AND OBJECTION DEADLINE TO BE PROVIDED BY THE COURT

PLEASE TAKE NOTICE that on November 30, 2006 Banner & Witcoff, Ltd., intellectual property counsel for Delphi Corporation, and a Retained Professional, filed a third interim application seeking a second interim allowance and payment of compensation and reimbursement of expenses under 11 U.S.C. Sections 330 and 331, for the period from June 1, 2006 through September 30, 2006 together with the following exhibits: A, Summary sheet; B, Certification; C, Banner Retention Order; D, Shifley Affidavit; E and F, Banner engagement letters; G, H, I, and J, Banner Invoices; K, L, M, records of notices to those entitled to receive same; and N, proposed order on the application.

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the application will be held on March 22, 2007, at 10:00 a.m. (Prevailing Eastern Time) (the "Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the application must be made by such date and time as will be provided by the Court.

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein and in accordance with the Order under 11 U.S.C. Section 331 Establishing Procedures For Interim Compensation and Reimbursement of Expenses for Professionals will be considered by the Bankruptcy Court at the Hearing.  If no objections to the application are timely made and served in accordance with the procedures set forth herein and in the Interim Order, the Bankruptcy Court may enter an order granting the application without further notice.

Dated: Chicago, Illinois
      November 30, 2006

BANNER & WITCOFF, LTD.

By: *Charles W. Shifley*
    Charles W. Shifley
    Binal J. Patel
    10 South Wacker Drive
    Suite 3000
    Chicago, Illinois 60606
    (312) 463-5000

2

BANNER & WITCOFF, LTD.
10 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
312-463-5000
Charles W. Shifley
Binal J. Patel

Intellectual Property Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                        :
              In re                     :     Chapter 11
                                        :
        DELPHI CORPORATION, et al.      :     Case No. 05-44481 (RDD)
                                        :
                         Debtors.       :     (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**THIRD INTERIM APPLICATION OF BANNER & WITCOFF, LTD.,
INTELLECTUAL PROPERTY COUNSEL TO DELPHI CORPORATION, SEEKING
ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES UNDER 11 U.S.C. SECTIONS 330 AND 331**

Banner & Witcoff, Ltd. ("Banner"), intellectual property counsel for Delphi

Corporation ("Delphi"), and a Retained Professional, submits this third interim

application seeking a second interim allowance and payment of compensation and

reimbursement of expenses under 11 U.S.C. §§330 and 331 for the period from June 1,

2006 through September 30, 2006 ("the Application Period").

STATEMENT AT THE OUTSET PURSUANT TO GUIDELINES

Banner submits this interim application for (a) allowance of compensation for

141.9 hours of professional legal professional services provided by Banner to Delphi, in

the amount of $50,331.00 and (b) reimbursement of actual and necessary charges and

disbursements incurred by Banner in the amount of $1,223.10, for a total of $51,554.10,

in the rendition of required legal, intellectual property professional services on behalf of

Delphi in the time period of June 1, 2006 through September 30, 2006.

### SUMMARY SHEET AND CERTIFICATION

A Summary Sheet is attached as Exhibit A. A Certification is attached as Exhibit

B.

### CONTINUED APPLICATION

In support of third interim application, Banner further represents as follows:

### BACKGROUND

1.      On October 8, 2005, Delphi and certain of its United States ("U.S.")

subsidiaries (the "Initial Filers") filed voluntary petitions for relief under chapter 11 of

the United States Bankruptcy Code (the "Bankruptcy Code"), in the United States

Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). (On

October 14, 2005, three additional U.S. subsidiaries of Delphi (collectively with the

Initial Filers, the "Debtors") filed voluntary petitions for relief under the Bankruptcy

Code. The Debtors continue to operate their businesses as "debtors-in-possession" under

the jurisdiction of the Bankruptcy Court and in accordance with the applicable provisions

of the Bankruptcy Code and orders of the Bankruptcy Court.

### RETENTION OF BANNER

2.      On January 3, 2006, pursuant to an application dated December 6, 2005,

the Bankruptcy Court entered an order titled "Order under 11 U.S.C. §§327(3) and

1107(b) and Fed.R.Bankr.P. 2014 Authorizing Employment and Retention of Banner &

Witcoff, Ltd. as Intellectual Property Counsel to Debtors ("Banner Retention Order"),"

(Docket No. 1708) Exhibit C, and thereby granted the Debtors' request to employ Banner as intellectual property counsel under sections 327(e) and 1107(b) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure, with approval of such employment being effective as of the Petition Date, October 8, 2005.

### EVENTS BEFORE THE APPLICATION PERIOD, INCLUDING IDENTIFICATION OF LITIGATION THAT GIVES RISE TO THIS APPLICATION AND BANNER'S TERMS AND CONDITIONS OF ENGAGEMENT IN REPRESENTING DELPHI IN THE LITIGATION

3.      Delphi is a defendant in two civil actions for patent infringement in which Banner lawyers have represented Delphi from before the Petition Date. These are (a) Automotive Technologies International, Inc. ("ATI") v. BMW North America, Inc., et al., Appeal No. 06-1013 (Federal Circuit September 29, 2005) and its underlying case, Civil Action No. 01-71700 (April 30, 2001), and (b) Automotive Technologies International, Inc. v. Delphi Automotive Systems Corporation, et al., Civil Action No. 04-72035 (E.D.Mich. April 30, 2005). Together, these cases as routinely called the "ATI" cases by Banner.

4.      Banner was retained to represent Delphi in the ATI cases by an exchange of letters of engagement described in paragraph 10 of an Affidavit of Charles W. Shifley filed in support of the application for retention of Banner, Exhibit D. See also Exhibits E and F, the subject letters of engagement. These letters reflect voluntary accommodations to Delphi including discounted rates and rates fixed over time.

5.      Civil Action No. 04-72035 was stayed during the pendency of Appeal No. 06-1013 and remains stayed by District Court order.

6.      Delphi has an indemnity agreement with General Motors Corporation implicated in the identified civil actions for patent infringement. Pursuant to the

3

agreement, at Delphi expense, Banner represents and has represented General Motors
Corporation in these actions as well as Delphi.

EVENTS BEFORE THE APPLICATION PERIOD
CAUSING NECESSARY AND REASONABLE SERVICES AND DISBURSEMENTS

7.      Between October 8, 2005 and May 31, 2006, Banner represented Delphi in
necessary efforts in the identified appeal.

8.      On November 14, 2005, Delphi served the appellate court and its
opponent in the identified appeal with its Suggestion of Bankruptcy and Notice of
Operation of Automatic Stay.

9.      On November 22, 2005, the appellate court requested information whether
the appeal should be stayed in total as to all parties and not just Delphi. Banner
represented Delphi in responding.

10.     On December 13, 2005, the appellate court issued an order temporarily
staying briefing in the appeal and directing Delphi and its opponent to file status reports
every sixty (60) days concerning whether this Bankruptcy Court has lifted the stay.
Banner represented Delphi in response.

11.     On January 13, 2006, Banner received a telephone call from a Federal
Circuit mediation Co-ordinator, seeking mediation of the identified appeal.  Through
January 31, 2006, Banner represented Delphi and General Motors in response.

12.     Between October 8 and January 31, 2005, and pursuant to employment by
Delphi and Delphi's indemnity to General Motors Corporation, Banner actively
represented General Motors in the identified appeal.

13.     Pursuant to a court order in the appeal, Banner prepared and filed two 60
day status reports with the Federal Circuit Court of Appeals, on or about February 9,

4

2006, and April 10, 2006, and began the preparation of a third 60 day status report at the end of the subject period.

14.    Banner also prepared and filed a required appellate Docketing Statement.

15.    Most significantly, throughout the subject period, Banner represented Delphi in contacts from the Federal Circuit Court of Appeals to initiate mediation, and then in preparing for mediation, including co-ordinating, negotiating and communicating with the mediator Mr. Bosses, Delphi in-house counsel Mr. Cosnowski, opposing counsel Mr. Baniak, and co-counsel for co-defendants.

16.    As a part of the mediation effort, Banner also represented Delphi in a telephone pre-mediation conference, prepared and served the mediator with a mediation brief, and negotiated a mediation agreement proposed by the mediator, to conform to the needs of Delphi in bankruptcy.

17.    Banner also read and appreciated the Delphi objection to the ATI motion to lift the bankruptcy stay, in support of Delphi in mediation.

18.    Finally, Banner prepared and filed its first interim application for payment and reimbursement of expenses.

EVENTS DURING THE APPLICATION PERIOD
CAUSING NECESSARY AND REASONABLE SERVICES AND DISBURSEMENTS

19.    Between June 1, 2006 and September 30, 2006, Banner represented Delphi in necessary efforts in the identified appeal.

20.    In June, Banner finalized and submitted Delphi's mediation brief and a second submission to the mediator.

21.    In June, Banner also participated in the needed mediation. It was not successful.

22.     In June, we also worked to gain an express engagement letter with General Motors that provided priority in representation to Delphi.

23.     In July, we dealt with a court order lifting our stay and scheduling our briefing.

24.     In July and continuing in August, we began and continued our drafting of our required appellate brief.

25.     In August, we continued the drafting of our required brief.

26.     Throughout this period, we also prepared our second interim fee application and dealt with Delphi's change to electronic billing and errors of instructions as to that billing.

### COMPLIANCE BY BANNER'S INVOICES NOS. 1626635, 1628853, 1631369 and 1634104 WITH 11 U.S.C. 330, THE INTERIM COMPENSATION ORDER AND FEE GUIDELINES

20.     This application and Banner's invoices Nos. 1626635, 1628853, 1631369 and 1634104, Exs. G, H, I and J comply with 11 U.S.C. 330, the Interim Compensation Order (Docket No. 869), as amended by supplemental orders (Docket Nos. 2747, 2986, 3630 and 4545)("the Fee Order") and the U.S. Trustee Fee Guidelines, the Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases, and the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases (together, "The Guidelines"), to the best of Banner's ability to provide compliance, and in that they contain all required information and are for necessary and reasonable services and disbursements provided to Delphi in the ATI cases.

6

21.   The Certifying Professional certifies this application as in his Certification, Exhibit B.

22.   Further, among other matters, lists of the individuals who provided services during the statement periods are at page 3 of Invoice 1626635, page 3 of Invoice 1628853, page 3 of Invoice 1631369 and page 2 of Invoice 1634104, Exs. G, H, I and J, and in the Summary Sheet, Exhibit A. All listed individuals other than Mr. Greenfield and Mr. Rechtien are attorneys. Mr. Greenfield and Mr. Rechtien are law clerks.

23.   The Banner invoices also comply in that respective billing rates, aggregate hours, and reasonably detailed breakdowns of disbursements, and contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour are all part of the invoices.

24.   The Banner invoices also comply in that disbursements are billed at rates and in accordance with practices customarily employed by the applicant and generally accepted by the applicant's clients, and the disbursements, for photocopies, both internal and external, telecommunications, both toll charges and facsimile transmissions, courier and freight, printing, court reporter and transcripts, messenger services, computerized research, out of town travel expenses, word processing, secretarial and other staff services, cellular telephones, overtime expenses, local and daytime meals,  local transportation, and all other disbursements, satisfy the requirements of The Guidelines.

25.   Banner believes its invoices and this application also comply with all other aspects of the Fee Order and all applicable laws, rules, orders, guidelines and the like. To any extent there is any technical noncompliance, Banner respectfully requests a waiver for any such matter.

7

### ALL REQUIRED NOTICES HAVE BEEN PROVIDED; THERE HAS BEEN NO OBJECTION

26.     Banner has provided all required notices pursuant to the Fee Order, including serving monthly statements under paragraph 2(a) of the Order, except as relieved by Fee Committee communication that Fee Committee members do not want papers, by serving this fee application under paragraph 2(a) of the Order, and by serving an e-mail notice of the filing of this application and a listing of exhibits filed in support of it on the 2002 Entities List pursuant to paragraph 8 of the Order. See Exhibits K and L.

### CONCLUSION

WHEREFORE, Banner respectfully requests that the Court (a) enter an order allowing interim compensation of $50,331.00 to Banner for necessary and reasonable professional services rendered as attorneys for the Debtors during the application period, plus reimbursement of actual and necessary charges and disbursements incurred in the sum of $1,223.10 for a total sum of $51,554.10 and, (b) grant such other and further relief as is just and equitable under the circumstances.

A proposed order is attached at Exhibit M.


Respectfully submitted,


Charles W. Shifley
Binal J. Patel
Banner & Witcoff, Ltd.
10 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
Telephone:  (312) 463-5000
Facsimile:  (312) 463-5001


8

BANNER & WITCOFF, LTD.
10 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
312-463-5000
Charles W. Shifley
Binal J. Patel

Intellectual Property Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

|  |  |
|---|---|
| In re | : |
|  | : Chapter 11 |
|  | : |
| DELPHI CORPORATION, et al. | : Case No. 05-44481 (RDD |
| : | : |
|  | : |
| Debtors. | : (Jointly Administered) |
|  | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - -X

**LIST OF EXHIBITS TO THE THIRD INTERIM APPLICATION OF BANNER &
WITCOFF, LTD., INTELLECTUAL PROPERTY COUNSEL TO DELPHI
CORPORATION, SEEKING ALLOWANCE AND PAYMENT OF INTERIM
COMPENSATION AND REIMBURSEMENT OF EXPENSES UNDER 11
U.S.C. SECTIONS 330 AND 331**

Banner & Witcoff, Ltd. ("Banner"), intellectual property counsel for Delphi

Corporation ("Delphi"), and a Retained Professional, submits this list of exhibits to its

identified fee application:

Exhibit A - Summary Sheet.

Exhibit B - Certification.

Exhibit C - Order under 11 U.S.C. §§327(3) and 1107(b) and Fed.R.Bankr.P.

2014 Authorizing Employment and Retention of Banner & Witcoff, Ltd. as Intellectual

Property Counsel to Debtors ("Banner Retention Order").

Exhibit D -  Affidavit of Charles W. Shifley filed in support of the application for retention of Banner.

Exhibit E  -  First Letter of Engagement of Banner & Witcoff, Ltd.

Exhibit F  -  Second Letter of Engagement of Banner & Witcoff, Ltd.

Exhibit G  -  Banner's Invoice No. 1626635

Exhibit H  - Banner's Invoice No. 1628853

Exhibit I  -  Banner's Invoice No. 1631369

Exhibit J – Banner's Invoice No. 1634104

Exhibit K - Proofs of service of Banner invoices

Exhibit L  -  Proof of service of this list of exhibits.

Exhibit M -- Proposed Order.

Respectfully submitted,

*Charles W Shifley*

Charles W. Shifley
Binal J. Patel
Banner & Witcoff, Ltd.
10 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
Telephone:  (312) 463-5000
Facsimile:  (312) 463-5001

2

# EXHIBIT A

BANNER & WITCOFF, LTD.
10 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
312-463-5000
Charles W. Shifley
Binal J. Patel

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al. | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

SUMMARY SHEET
FOR THIRD INTERIM APPLICATION OF BANNER & WITCOFF, LTD., INTELLECTUAL
PROPERTY COUNSEL TO DELPHI CORPORATION, SEEKING ALLOWANCE AND
PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES
UNDER 11 U.S.C. SECTIONS 330 AND 331

Banner & Witcoff, Ltd. ("Banner"), intellectual property counsel for Delphi Corporation

("Delphi"), and a Retained Professional,  submits this Summary Sheet in support of its third

interim application seeking a second interim allowance and payment of compensation and

reimbursement of expenses under 11 U.S.C. §§330 and 331 for the period from June 1, 2006

through September 30, 2006 ("the Application Period").

TOTAL COMPENSATION AND EXPENSES REQUESTED AND ANY AMOUNT(S)
PREVIOUSLY REQUESTED

Requested: $51,554.10
Previously Requested: $72,331.32

TOTAL COMPENSATION AND EXPENSES PREVIOUSLY
AWARDED BY THE COURT

Total Previously Awarded: Zero

NAME AND APPLICABLE BILLING RATE FOR EACH PERSON WHO BILLED TIME
DURING THE PERIOD, AND DATE OF BAR
ADMISSION FOR EACH ATTORNEY

| Charles W. Shifley | $435.00 | 1976 |
| Binal J. Patel | $320.00 | 1996 |
| Adam Greenfield | $175.00 | Law Clerk |
| Timothy J. Rechtien | $175.00 | Law Clerk |

TOTAL HOURS BILLED AND TOTAL AMOUNT OF BILLING FOR EACH PERSON WHO
BILLED TIME DURING BILLING PERIOD

| Charles W. Shifley | 76.6 hours | $33,321.00 |
| Binal J. Patel | 38.5 hours | $12,320.00 |
| Adam Greenfield | 18.6 hours | $3,255.00 |
| Timothy J. Rechtien | 8.2 hours | $1,435.00 |

2

COMPUTATION OF BLENDED HOURLY RATE FOR PERSONS WHO BILLED TIME
DURING PERIOD, EXCLUDING PARALEGAL OR OTHER
PARAPROFESSIONAL TIME

Blended hourly rate: $396.53 per hour

Respectfully submitted,

Charles W. Shifley
Banner & Witcoff, Ltd.
10 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
Telephone: (312) 463-5000
Facsimile:  (312) 463-5001

3

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al. | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

CERTIFICATION FOR
THIRD INTERIM APPLICATION OF BANNER & WITCOFF, LTD., INTELLECTUAL
PROPERTY COUNSEL TO DELPHI CORPORATION, SEEKING ALLOWANCE AND
PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES
UNDER 11 U.S.C. SECTIONS 330 AND 331

I, Charles W. Shifley, as the "Certifying Professional" for Banner & Witcoff, Ltd.

("Banner"), intellectual property counsel for Delphi Corporation ("Delphi"), and a Retained

Professional, certify as follows:

1.      I have read the Third Interim Application of Banner & Witcoff, Ltd., Intellectual

Property Counsel to Delphi Corporation, Seeking Allowance and Payment of Interim

Compensation and Reimbursement of Expenses Under 11 U.S.C. Sections 330 and 331 ("the

First Interim Banner Application").

FURTHER CERTIFICATIONS PURSUANT TO THE AMENDED GUIDELINES FOR FEES
AND DISBURSEMENTS FOR PROFESSIONALS IN SOUTHERN DISTRICT OF NEW
YORK BANKRUPTCY CASES

2.      To the best of my, the Certifying Professional's knowledge, information and

belief formed after reasonable inquiry, the fees and disbursements sought in the Third Interim

Banner Application fall within the Amended Guidelines for Fees and Disbursements for

Professionals in Southern District of New York Bankruptcy Cases ("the Amended Guidelines")

and the UST Guidelines, except as specifically noted in this certification and described in Banner's fee application (there are no exceptions).

3.    To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, except to the extent that fees or disbursements are prohibited by the Amended Guidelines or the UST Guidelines, the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by the applicant, Banner, and generally accepted by the applicant's clients.

4.    To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, in providing reimbursable service, the applicant does not make a profit on the service, whether the service is performed by the applicant in-house or through a third party.

5.    To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, the trustee, and in this chapter 11 case, the chair of each official committee and the debtor have all been provided not later than 20 days after the end of each month with a statement of fees and disbursements accrued during such month. The statements provided contain a list of professionals and paraprofessionals providing services, their respective billing rates, the aggregate hours spent by each professional and paraprofessional, a general description of the services rendered, a reasonably detailed breakdown of the disbursements incurred and an explanation of billing practices.

6.    To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, the trustee, and in this chapter 11 case, the chair of each official committee and the debtor have all been provided with a copy of the relevant fee

2

application at least 10 days before the date set by the court or any applicable rules for filing fee applications.

## FURTHER CERTIFICATIONS PURSUANT TO THE GUIDELINES FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN SOUTHERN DISTRICT OF NEW YORK BANKRUPTCY CASES

7.     To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, the Third Interim Banner Application complies with the mandatory guidelines set forth in the Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases.

8.     The Certifying Professional is unable to certify that the trustee, debtor, or chair of each official committee (as to each respective committee's professionals) has reviewed the fee application and has approved it. (There are no known objections.)

9.     To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, in charging for a particular service, the applicant does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay.

10.     To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, in seeking reimbursement for a service which the applicant justifiably purchased or contracted for from a third party (such as temporary paralegal or secretary services, or messenger service), the applicant requests reimbursement only for the amount billed to the applicant by the third-party vendor and paid by the applicant to such vendor.

3

Respectfully submitted,

Charles W. Shifley
Binal J. Patel
Banner & Witcoff, Ltd.
10 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
Telephone: (312) 463-5000
Facsimile:  (312) 463-5001

4

# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER UNDER 11 U.S.C. §§ 327(e) AND 1107(b) AND FED. R. BANKR. P. 2014
AUTHORIZING EMPLOYMENT AND RETENTION OF BANNER & WITCOFF, LTD.
AS INTELLECTUAL PROPERTY COUNSEL TO DEBTORS

("BANNER RETENTION ORDER")

Upon the application, dated December 6, 2005 (the "Application"), of Delphi

Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the

above-captioned cases (collectively, the "Debtors"), for an order (the "Order"), pursuant to 11

U.S.C. §§ 327(e) and 1107(b) and Fed. R. Bankr. P. 2014, authorizing the employment and

retention of Banner & Witcoff, Ltd. ("Banner") as an intellectual property counsel to the

Debtors; and upon the Affidavit of Charles W. Shifley, sworn to December 6, 2005, in support of

the Application (the "Shifley Affidavit"); and this Court being satisfied with the representations

made in the Application and the Shifley Affidavit that Banner does not represent or hold any

interest adverse to any of the Debtors' estates or the Debtors with respect to the matters on which

Banner is to be employed, and that Banner's employment is necessary and would be in the best

interests of each of the Debtors' estates; and it appearing that proper and adequate notice has

been given and that no other or further notice is necessary; and upon the record herein; and after

due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1

1. The Application is GRANTED.

2. The Debtors' employment of Banner as intellectual property counsel, pursuant to the Application, is approved under sections 327(e) and 1107(b) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), with approval of such employment being effective as of the Petition Date, October 8, 2005.

3. Banner shall be compensated in accordance with the standards and procedures set forth in sections 330 and 331 of the Bankruptcy Code and all applicable Bankruptcy Rules, Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), guidelines established by the Office of the United States Trustee, and further orders of this Court. Without limiting the foregoing, Banner shall make reasonable efforts to ensure that the Debtors' estates are not charged for any duplication of work with the other professionals retained in these cases.

4. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Final Order.

5. The requirement under Local Rule 9013-1(b) for the service and filing of a separate memorandum of law is deemed satisfied by the Application.

Dated: New York, New York
January 3, 2006

/s/ Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE

2

EXHIBIT D

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - x

In re                                   :    Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :    Case No. 05-44481 (RDD)
                                        :
                          Debtors.      :    (Jointly Administered)
                                        :

- - - - - - - - - - - - - - - - - - - - - - - - - x

AFFIDAVIT OF CHARLES W. SHIFLEY IN SUPPORT OF APPLICATION FOR ORDER
UNDER 11 U.S.C. §§ 327(e) AND 1107(b) AND FED. R. BANKR. P. 2014
AUTHORIZING EMPLOYMENT AND RETENTION OF BANNER & WITCOFF, LTD.
AS AN INTELLECTUAL PROPERTY COUNSEL TO DEBTORS

STATE OF ILLINOIS

COUNTY OF COOK

CHARLES W. SHIFLEY, being duly sworn, deposes and states as follows:

1.    I am a shareholder and Vice President of the law firm of Banner & Witcoff,

Ltd. ("Banner"), proposed intellectual property counsel for Delphi Corporation ("Delphi") and

certain of its subsidiaries and affiliates, the debtors and debtors-in-possession in the above-

captioned cases (collectively, the "Debtors"). I am licensed to practice law principally in the

State of Illinois. I am also licensed by the United States Patent and Trademark Office. I have

nearly thirty years of successful experience in intellectual property matters, including patent

litigation and counseling matters.

2.    I submit this affidavit (the "Affidavit")[1] in support of the Application For

Order Under 11 U.S.C. §§ 327(e) And 1107(b) And Fed. R. Bankr. P. 2014 Authorizing

⟨

_____

[1]    Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the
       Application.

Employment And Retention Of Banner & Witcoff, Ltd. As Intellectual Property Counsel To Debtors (the "Application") nunc pro tunc to October 8, 2005, filed concurrently herewith.

      3.  The name, business address, and telephone number of Banner & Witcoff, Ltd. are as follows:

> Banner & Witcoff, Ltd.
> 10 South Wacker Drive
> Chicago, Illinois 60606
> 312.463.5000

      4.  Banner is well qualified to assist the Debtors in the manner described in the Application. Banner is a nationally well-known and respected intellectual property law firm almost all of whose lawyers are experienced, registered patent lawyers with technical degrees. Banner has successfully represented Delphi and its predecessor, General Motors Corporation, in many patent infringement cases. Banner has also represented Delphi and its predecessor, General Motors Corporation, in other patent infringement counseling. Banner enjoys extensive experience in intellectual property law and cases in the Debtors' industry, including currently pending patent infringement cases against Debtors. Consequently, Banner can economically, successfully, and uniquely represent the Debtors in cases currently pending and similar intellectual property matters. Accordingly, the Debtors believe that Banner is well qualified to serve as an intellectual property counsel in these chapter 11 cases in an efficient and effective manner.

      5.  Also, Banner has advised the Debtors regarding other intellectual property matters. Based on the services that Banner has rendered to the Debtors, Banner is thoroughly familiar with certain intellectual property matters relating to the Debtors.

      6.  Generally, in connection with the Debtors' cases, Banner intends to provide to the Debtors with the following types of professional services:

2

(a) representation, both currently and if any appeal were to follow, in
Automotive Technologies International, Inc. v. BMW North America,
Inc., et al., Appeal No. 06-1013 (Federal Circuit September 29, 2005) and
its underlying case, Civil Action No. 01-71700 (April 30, 2001);

(b) representation in Automotive Technologies International, Inc. v. Delphi
Automotive Systems Corporation, et al., Civil Action No. 04-72035
(E.D.Mich. April 30, 2005), a patent infringement case that was stayed
during the above-identified appeal;

(c) preparation of legal opinions involving Debtors' claims relating to the
Debtors' products and patents, as well as claims made by competitors;

(d) representation of the Debtors for a broad scope of intellectual property law
services.

7. In light of certain existing client representations on unrelated matters, the
engagement of Skadden, Arps, Slate, Meagher, & Flom LLP ("Skadden, Arps") as the Debtors'
bankruptcy counsel, the engagement of Shearman & Sterling LLP ("Shearman") as the Debtors'
special counsel, the engagement of Togut, Segal & Segal LLP ("Togut") as the Debtors' conflicts
counsel, and the engagement of other counsel for the Debtors, Banner will not be responsible for
or undertake any representation with respect to (a) advising the Debtors concerning specific
contracts and claims of certain of Banner's existing clients and (b) reviewing, interpreting, or
commenting on the specific contracts and claims of certain of Banner's existing clients. These
existing client relationships, and the scope of the carve-out from Banner's retention, are
discussed more fully below.

3

8.  It is Banner's understanding that the Debtors may request that Banner undertake specific matters beyond the limited scope of the responsibilities set forth above. Should Banner agree in its discretion to undertake any such matter, it is Banner's understanding that the Debtors will seek further order of this Court.

9.  Banner is making efforts, together with the Debtors' other counsel to ensure that there is no duplication of effort or work between such firms and Banner. It is Banner's intention that the estates should receive the best value possible from the efficient coordination of work among its counsel. Banner believes that its lawyers and the rest of the lawyers retained in these cases have to date delineated clearly, and will continue to delineate clearly, the division of work between them, so as to avoid any duplication of effort and to maximize the efficiencies of the proposed arrangement.

10.  Banner has in the past been employed and retained pursuant to certain engagement letters between the Debtors and Banner, dated October 7, 2004 and November 19, 2004 (together, the "Engagement Letters"), and pursuant to additional terms. The additional terms are that Banner agreed that its discounted hourly rates would remain in effect through the remainder of the cases that are subject to the Engagement Letters, the rates being subject to renegotiation three years after the Engagement Letters if the cases remained pending then. Banner also agreed to represent the Debtors in preparing legal opinions and other matters at standard hourly rates or for pre-agreed total charges.

11.  Banner agrees to accept as compensation for the services rendered in connection with its representation of the Debtors compensation on the terms set forth in the Engagement Letters and the additional terms identified above.

4

12.    Banner acknowledges that all amounts paid to Banner during these chapter 11 cases are subject to final allowance by this Court. In the event that any fees or expenses paid to Banner during these cases are disallowed by this Court, the fees and expenses will be disgorged by Banner and returned to the Debtors or as otherwise ordered by this Court.

13.    Banner categorizes its billings by subject matter, in compliance with the applicable guidelines of the Office of the United States Trustee (the "U.S. Trustee Guidelines"). Banner acknowledges its compensation in the Debtors' cases is subject to approval of this Court in accordance with section 330 of the Bankruptcy Code, Bankruptcy Rule 2016, and the U.S. Trustee Guidelines.

14.    Banner has conducted a check for conflicts of interest and other conflicts and connections with respect to the Debtors' bankruptcy cases. Banner maintains a database containing the names of current, former, and potential clients and other principal parties related to such clients. I caused Banner to review and analyze the conflict database to determine whether Banner has any connection with the principal parties-in-interest in these chapter 11 cases, using information provided to Banner by the Debtors and Skadden, Arps and information contained in the database, including (a) the names of the Debtors' prepetition lenders, (b) the names of significant creditors of the Debtors, and (c) the names of firms that the Debtors intend to or may employ during their chapter 11 cases.

15.    Based upon this research, I have determined that Banner has in the past represented, currently represents, and will likely in the future represent certain of the Debtors' creditors and other parties-in-interest in matters unrelated to the Debtors or these chapter 11 cases. Banner has represented, currently represents, and will likely in the future represent, such creditors and other parties-in-interest, and their related entities, in such matters, including:

5

General Motors Corporation ("GM"), where Banner has been directed to do so by Delphi as a matter of assisting Delphi in meeting contractual indemnity obligations to GM, with the consent of both companies; Dura Automotive Systems, Inc.; Illinois Tool Works, Inc.; Cargill, Inc.; Allstate Insurance; AT&T, Nokia Corporation; John Hopkins University; Harley Davidson Motor Company; Circuit City Stores, Inc.; Microsoft Corporation; and Technitrol, Inc.  I do not believe that the foregoing raises any actual or potential conflicts of interest of Banner relating to the representation of the Debtors in these chapter 11 cases, but such relationships are disclosed out of an abundance of caution.

16.    It is my intention that if Banner becomes aware of any other connections of which it presently is unaware, Banner will bring them to the attention of this Court and the U.S. Trustee.

Charles W. Shifley

Sworn to before me
this 6 day of November, 2005
      December

Notary Public

"OFFICIAL SEAL"
KATHY G. KESSLING
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 8/8/2009

6

EXHIBIT E

# DELPHI

Telephone:   (248) 813-3369
Facsimile:   (248) 813-1122

*Via E-Mail*

October 7, 2004

Mr. Charles Shifley
BANNER & WITCOFF, LTD.
10 South Wacker Drive, Suite 3000
Chicago, IL 60606

Re:   *ATI Patent Litigation*

Dear Charles:

This confirms that Delphi Corporation has retained Banner & Witcoff to represent Delphi in the following patent infringement cases:

1)   *Automotive Technologies International v. BMW of North America, et al.*
Case No. 01-CV-71700 (E.D. of MI), Delphi Matter No. 2001-000762 (ATI I); and

2)   *Automotive Technologies International v. Delphi, et al.*
Case No. 04-60083 (E.D. of MI), Delphi Matter No. 2004-000564 (ATI II)

Except as provided herein, this engagement letter supercedes the previous engagement letter dated August 28, 2002, between Delphi and Banner & Witcoff for the ATI I matter.

I will be responsible for managing these matters and will be your direct contact at Delphi. Please include the Delphi file numbers shown above in all correspondence and invoices with this office. To the extent possible, we request that you bill activities on these matters separately. In situations where the time spent on activities for these matters cannot be conveniently distinguished, please bill commingled time to the ATI I matter. In the event that one or more or these actions become consolidated, we will inform you as to the Delphi matter number under which you should subsequently bill your time.

We have approved a four-person Banner & Witcoff attorney team to work on these matters. Banner & Witcoff has agreed to discount its regular hourly professional rates on these matters as listed below:

Delphi World Headquarters & Customer Center
5825 Delphi Drive, M/C 480-410-254, Troy, MI 48098-2815
william.Cosnowski.Jr@delphi.com

Charles Shifley, Esq.
October 7, 2004
Page 2 of 3

| PROFESSIONAL | REGULAR HOURLY RATE | DISCOUNTED RATE |
|---|---|---|
| Charles Shifley | $455 | $435 |
| Binal Patel | $335 | $320 |
| Matt Becker | $310 | $295 |
| Ted Field | $220 | $215 |

Additionally, you agree that the discounted hourly rates will remain in effect through the remainder of these cases. Others from your firm may be necessary to assist us on this litigation, but you have agreed to obtain our written permission before engaging them. No fees will be paid for work performed by others before you have obtained our written permission.

Banner & Witcoff agrees to pay one hundred percent (100%) of the transportation expenses for travel to Detroit incurred by Banner & Witcoff team members on these matters. Additionally, Banner & Witcoff agrees to continue the practice of not billing Delphi for travel time on these matters.

You agree to continue to accrue a 5% credit on all professional billings for the ATI I matter as originally agreed in the engagement letter dated August 28, 2002.

You also agree to accrue a credit to Delphi in the amount of five percent (5%) of your professional billings on the ATI I matter to be used as payment by Delphi for services on any future matter, when and if we retain your firm. This credit shall accrue from the first dollar of ATI II fee billings but shall not vest until fee billings for the ATI II matter exceed $1,000,000. Separate billing of these matters is essential for correct calculations of our credit. It is our intention to process your monthly billing statements promptly, but at times it may take forty-five days or more to process your bill once it has been received.

We expect that the Delphi team assigned to this case will be fully engaged. The Delphi team will manage the document collection, coding and preparation of document chronologies. We also plan to fully participate in discovery, motions, and strategies necessary to successfully defend and prosecute these actions. We wish to do everything we are able to do on these litigations in-house. To help us achieve this, we ask that before your team undertakes an activity, you first review it with us to see if we have the resources available. Please call Joe Papelian or me at any time if you believe we are not able to supply the support needed to successfully litigate these matters

We expect that your hourly billable rates include all overhead and internal charges associated with your practice. A copy of our recently revised billing instructions and limitations is attached and incorporated into this engagement agreement by this reference. Any questions about billing procedures should be addressed to Michele Piscitelli, who can be reached at 248-813-2511.

Charles Shifley, Esq.
October 7, 2004
Page 3 of 3

As you know, we view the relationship between our companies as a "partnership" in which we both work together and communicate well with each other, to serve the best interests of Delphi. Your dedicated work and willingness to provide creative fee arrangements that recognize the financial pressures of the automotive supplier industry has placed Banner & Witcoff on a select counsel list for Delphi's litigation matters.

We request that you endorse this engagement agreement below and return an executed copy for our records.

Please call if you have any questions.

Sincerely,

William Cosnowski, Jr., Esq.
Delphi Legal Staff

WC/cmp
Enclosure

Accepted this ___ day of _____, 2004.

By: _____

      Charles Shifley, Esq.
      BANNER & WITCOFF, LTD.

EXHIBIT F



TEN SOUTH WACKER DRIVE
CHICAGO, ILLINOIS 60606-7407

TEL: 312.463.5000
FAX: 312.463.5001
www.bannerwitcoff.com

**Charles W. Shifley**
Direct Dial: (312) 463-5441
cshifley@bannerwitcoff.com

November 19, 2004

William Cosnowski, Jr., Esq.
Delphi World Headquarters - Legal Staff
Delphi Automotive Systems
5825 Delphi Drive
Troy, MI 48098-2815

Dear Will:

We have a few more changes for our engagement together in the ATI cases. Our principal issue is the term of engagement concerning fixing rates for the life of the engagement. We are cautious about the open-endedness of such a term. As an example, I have a case now that has lasted eleven years in district court, and has started into its second appeal. It has potential for several more years of proceedings.

Our primary intent is to maintain and strengthen our relationship. The discounts that are present in the lawyer hourly rates stated in your letter of October 7th are approximately 4% of standard rates. We expect to increase rates in February such that the discount for 2005 will conceivably increase to 8%. In addition, we are agreeing to the 5% credit and transportation terms.

Generally, we are against our rates being fixed. By the terms of your letter, Delphi is gaining significant advantage in receiving the 5% credit, especially with Delphi and the firm agreeing to the 5% being applied from $1. Consistent with our primary intent but also our opposition to rate fixing, especially rate fixing for an indefinite and potentially long time, we can accept the hourly rates as stated in your letter, if fixed until the end of 2005, with rates thereafter being our standard rates. We also propose that the ATI II credit apply to the future litigation from when time billing for the future litigation starts.

We also suggest clarifying that the 5% credit currently accruing and continuing to accrue on ATI I will be for future patent application, patent opinion and other patent-related transactional representation. We also propose that the ATI II credit apply to the fees that accrue on a future litigation, applicable when that future litigation begins.

We also ask that Delphi provide us some flexibility in the attorneys who may represent Delphi in the two cases, by engaging with us in introducing Delphi to more attorneys than on the current list of approved attorneys, especially to possibly include some of our attorneys in our Washington, D.C. office.

CHICAGO
WASHINGTON, D.C.
BOSTON
PORTLAND, OR.

William Cosnowski, Jr., Esq.
**Delphi World Headquarters - Legal Staff**
November 19, 2004
Page 2


    If you can accept these few modifications of the terms proposed in your letter of
October 7, 2004, we have an agreement for engagement. I have held our billing for time
back to September 1, 2004. I will now bill it at the agreed rates.

                                        Very truly yours,

                                        Charles W. Shifley


CWS/sls

# EXHIBIT G



**BANNER & WITCOFF, LTD.**
INTELLECTUAL PROPERTY LAW

Suite 3000
10 South Wacker Drive
Chicago, IL 60606

Tel: 312.463.5000
Fax: 312.463.5001
www.bannerwitcoff.com

FEIN # 36-4008943

Delphi Technologies, Inc.
Mr. Cosnowski
Legal Staff - Intell. Property
P.O. Box 5052
MC: 480-414-420
Troy, MI 48007-5052

| | |
|---|---|
| Invoice Number | 1626635 |
| Invoice Date | 07/17/06 |
| Client Number | 004588 |
| Matter Number | 00013 |

RE:    00013    **Automotive Technologies v. BMW of North America, et al.**
**Case No. 01-71700**
**Delphi File No. 2001-000762 (ATI I)**

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/06:

| Date | Tkpr | | | Hours |
|---|---|---|---|---|
| 06/01/06 | BJP | DELP16 | Finalize Delphi's mediation brief and prepare for submission with the Mediator; conferral regarding possible supplemental submission relating to ATI's renewed motion to lift the automatic stay in the bankruptcy court | 6.30 |
| 06/01/06 | CWS | DELP16 | Senior input into our mediation brief, and dealing with ATI's filing about mediation in our bankruptcy | 3.20 |
| 06/02/06 | BJP | DELP16 | Draft and submit further paper to the mediator and co-defendants regarding ATI's renewed motion to lift the automatic stay; prepare for mediation session next week reviewing relevant pleadings and obtaining copies of ATI's recent patent portfolio | 5.10 |

004588
00013
07/17/06

Invoice Number  1626635
Page 2

| Date | Tkpr | | | Hours |
|------|------|---|---|-------|
| 06/05/06 | BJP | DELP16 | Prepare for mediation including review of relevant documents and review of ATI's patent portfolio | 6.20 |
| 06/06/06 | BJP | DELP16 | Prepare for and participate in mediation session with ATI | 8.00 |
| 06/06/06 | CWS | DELP36 | Attention to new instructions on invoices from the Delphi bankruptcy | 0.40 |
| 06/07/06 | CWS | DELP16 | Getting briefed by Mr. Patel on the lack of settlement through mediation | 0.40 |
| 06/07/06 | BJP | DELP16 | Follow-up with co-defendants regarding settlement and thoughts on the mediation with ATI | 0.80 |
| 06/08/06 | BJP | DELP36 | Finalize and file Delphi's third 60-day status report with the Court | 1.00 |
| 06/19/06 | CWS | DELP36 | Review of the ATI status report, and handling fee application issues of e-mail from the Fee Committee and a hearing on the fee applications | 2.00 |
| 06/21/06 | CWS | DELP23 | Preparation of an engagement letter for General Motors to give Delphi express primacy in representation | 4.30 |
| 06/22/06 | CWS | DELP36 | Continued efforts on a GM engagement letter, including email and a call to Ms. Hargitt at GM | 0.50 |
| 06/26/06 | CWS | DELP36 | Taking note of ATI success on their effort to move forward in the appeal, by a successful motion in Delphi's bankruptcy and emails with Mr. Cosnowski about the court's decision | 0.30 |
| 06/27/06 | CWS | DELP36 | Planning staffing for brief writing, and conferral with General Motors' representative about an engagement letter | 0.80 |
| 06/30/06 | CWS | DELP36 | Follow up with Mr. Cosnowski about GM declining to sign an engagement letter and the possibility of a joint defense agreement | 0.30 |

TOTAL HOURS          39.60

004588
00013
07/17/06

Invoice Number  1626635
Page 3

| Date | Tkpr | | | | | Hours |
|------|------|--|--|--|--|-------|

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|--|------|--|-------|
| Binal J. Patel | 27.40 | at | $320.00 | = | 8,768.00 |
| Charles W. Shifley | 12.20 | at | $435.00 | = | 5,307.00 |

CURRENT FEES                                                14,075.00

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Travel expenses of Binal Patel to Mediation with ATI | 407.60 |
| Photocopies at $ .10 per page | 9.70 |
| Telephone charges | 72.27 |
| Courier charges | 249.26 |

CURRENT EXPENSES                                              738.83

TOTAL THIS MATTER                                         14,813.83

TOTAL AMOUNT THIS INVOICE              US $14,813.83

For wiring payment, please use the following bank information.  SunTrust Bank, 1445 New York Avenue, N.W., Washington, DC  20005, (800) 947-3786; ABA Number: 061000104; Account Number: 514342. Please indicate client, matter and invoice numbers with wire remittance.

# EXHIBIT H



**BANNER & WITCOFF, LTD.**
INTELLECTUAL PROPERTY LAW

Suite 3000
10 South Wacker Drive
Chicago, IL 60606

Tel: 312.463.5000
Fax: 312.463.5001
www.bannerwitcoff.com

FEIN # 36-4008943

Delphi Technologies, Inc.
 Mr. Cosnowski
Legal Staff - Intell. Property
P.O. Box 5052
MC: 480-414-420
Troy, MI 48007-5052

| | |
|---|---|
| Invoice Number | 1628853 |
| Invoice Date | 08/24/06 |
| Client Number | 004588 |
| Matter Number | 00013 |

RE:    00013    **Automotive Technologies v. BMW of North America, et al.**
                **Case No. 01-71700**
                **Delphi File No. 2001-000762 (ATI I)**

FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/06:

| Date | Tkpr | | | Hours |
|---|---|---|---|---|
| 07/05/06 | CWS | DELP36 | Email exchange with Mr. Cosnowski and analyzing whether to give notice of the lifting of the stay to the Court of Appeals, resolving that ATI gained the lifting and should take the initiative at its discretion to advise the court; efforts toward an engagement letter with GM, rebuffed by GM | 1.60 |
| 07/05/06 | CWS | DELP36 | Reading materials from Delphi's fee analyst LCC and an email in response | 0.40 |
| 07/07/06 | CWS | DELP36 | Conference with Mr. Cosnowski about appeal briefing, resolving to await a court ordered schedule, and GM representation | 0.60 |

004588
00013
08/24/06

Invoice Number  1628853
Page 2

| Date | Tkpr | | | Hours |
|------|------|---|---|-------|
| 07/07/06 | BJP | DELP16 | Conferral with Mr. Cosnowski regarding appeal briefing and General Motors representation | 0.70 |
| 07/12/06 | CWS | DELP36 | Conferral with Mr. Wright of Banner & Witcoff, refreshing him on our coming case on appeal, to continue to include him in our appeal team; listening to the oral argument of Delphi's recent other appeal to assess ATI's Mr. Baniak's efforts; and handling a request from a Kate Addison at a law firm Westerman for information on this ATI BMW case, including identifying who they are and emailing Mr. Cosnowski | 1.60 |
| 07/17/06 | CWS | DELP36 | Review of a letter from ATI's lawyer Mr. Baniak to the court clerk, and email to Mr. Cosnowski of advice | 0.60 |
| 07/18/06 | CWS | DELP36 | Reading a fee application email from Ms. Jjingo | 0.40 |
| 07/20/06 | CWS | DELP36 | Beginning preparation of a second interim fee application, including extended study of the first fee applications of others to discover any overlooked needs in our applications | 3.50 |
| 07/24/06 | CWS | DELP36 | Continued preparation of a second interim fee application | 2.00 |
| 07/25/06 | BJP | DELP36 | Initiate review of issues relating to enablement of the '253 patent in furtherance of preparing Delphi's appellee brief; review of ATI's oral argument against Delphi relating to the POD sensor. | 1.50 |
| 07/25/06 | CWS | DELP36 | Instruction to a summer associate Mr. Greenfield toward appeal brief drafting at an inexpensive rate | 1.00 |
| 07/26/06 | CWS | DELP36 | Continued preparation of our second interim fee application | 2.00 |
| 07/27/06 | CWS | DELP36 | Completion of a first draft of the second Banner interim fee application | 4.00 |

004588
00013
08/24/06

Invoice Number   1628853
Page 3

| Date | Tkpr | | | Hours |
|------|------|---|---|-------|
| 07/28/06 | CWS | DELP36 | Continued preparation of the second fee application, and review of new materials from the fee committee requiring a new effort in Excel | 2.00 |
| 07/30/06 | CWS | DELP36 | E-mail to Mr. Cosnowski about beginning drafting of our brief through a summer associate | 0.40 |
| 07/31/06 | CWS | DELP36 | Review of a court order rescheduling the appeal briefing period, and email to Mr. Cosnowski; finalizing, filing and serving the second fee application | 1.20 |

TOTAL HOURS          23.50

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| Binal J.  Patel | 2.20 | at | $320.00 | = | 704.00 |
| Charles W.  Shifley | 21.30 | at | $435.00 | = | 9,265.50 |

CURRENT FEES                                    9,969.50

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Photocopies at $ .10 per page | 12.90 |
| Color Copies | 16.65 |
| Telephone charges | 4.95 |

CURRENT EXPENSES                           34.50

TOTAL THIS MATTER                    10,004.00

TOTAL AMOUNT THIS INVOICE        US $10,004.00

For wiring payment, please use the following bank information.  SunTrust Bank, 1445 New York Avenue, N.W., Washington, DC  20005, (800) 947-3786; ABA Number:  061000104; Account Number: 514342. Please indicate client, matter and invoice numbers with wire remittance.

EXHIBIT I



**BANNER & WITCOFF, LTD.**
INTELLECTUAL PROPERTY LAW

Suite 3000
10 South Wacker Drive
Chicago, IL 60606

Tel: 312.463.5000
Fax: 312.463.5001
www.bannerwitcoff.com

FEIN # 36-4008943

Delphi Technologies, Inc.
 Mr. Cosnowski
Legal Staff - Intell. Property
P.O. Box 5052
MC: 480-414-420
Troy, MI 48007-5052

| | |
|---|---|
| Invoice Number | 1631369 |
| Invoice Date | 09/20/06 |
| Client Number | 004588 |
| Matter Number | 00013 |

RE:    00013    **Automotive Technologies v. BMW of North America, et al.**
**Case No. 01-71700**
**Delphi File No. 2001-000762 (ATI I)**

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/06:

| Date | Tkpr | | | Hours |
|---|---|---|---|---|
| 08/01/06 | AG | DELP36 | Draft Delphi Response Brief, including compliance with Federal Circuit Rules of Practice. | 4.10 |
| 08/01/06 | CWS | DELP36 | Emails with Mr. Cosnowski about appeal briefing styles | 0.40 |
| 08/02/06 | AG | DELP36 | Draft Delphi Response Brief, including at least the introductory parts and the parts related to the enablement standard. | 4.00 |
| 08/03/06 | AG | DELP36 | Draft Delphi Response Brief, including at least the part related to how the '253 patent specification provides no teaching or disclosure of an electronic circuit. | 3.30 |

004588
00013
09/20/06

| Date | Tkpr | | | Hours |
|------|------|---|---|-------|
| 08/07/06 | AG | DELP36 | Draft Delphi Response Brief, including at least the part related to undue experimentation. | 2.80 |
| 08/08/06 | AG | DELP36 | Draft Delphi Response Brief, including at least the parts related to undue experimentation and to how the '253 patent fails to enable the full scope of the claimed invention. | 3.70 |
| 08/08/06 | CWS | DELP36 | Senior editing of a summer associate's efforts in drafting an appellee's brief | 1.80 |
| 08/08/06 | TR | DELP12 | Conduct legal research to find recent Federal Circuit and district court cases wherein the court addressed the issue of enablement | 3.20 |
| 08/08/06 | BJP | DELP36 | Review of recent case law from the Federal Circuit and district courts relating to enablement issues | 2.10 |
| 08/09/06 | AG | DELP36 | Analyze the issues of a case relevant to appeal. | 0.20 |
| 08/09/06 | CWS | DELP36 | Reading of the Callicrate case, and review with a summer associate | 1.00 |
| 08/10/06 | AG | DELP36 | Continue to analyze the issues of a case relevant to appeal. | 0.50 |
| 08/11/06 | TR | DELP12 | Conduct legal research to find recent Federal Circuit and district court cases wherein the court addressed the issue of enablement | 2.40 |
| 08/14/06 | TR | DELP12 | Conduct legal research to find recent Federal Circuit and district court cases wherein the court addressed the issue of enablement | 2.60 |
| 08/15/06 | CWS | DELP36 | Continued preparation of materials for electronic filing of billing information, including inquiring about codes with Mr. Sykes because of separate Delphi codes in use in advance of bankruptcy, and email with Mr. Cosnowski to advise him when an appeal cost budget is due | 0.80 |

004588
00013
09/20/06

Invoice Number  1631369
Page 3

| Date | Tkpr | | | Hours |
|------|------|--|--|-------|
| 08/16/06 | CWS | DELP36 | Study of the codes for billing | 0.40 |
| 08/18/06 | CWS | DELP36 | Instructions to staff to get the Excel spreadsheet information prepared for electronic billing | 0.60 |
| 08/23/06 | CWS | DELP36 | Continued handling of spreadsheet issues for electronic billing | 0.50 |
| 08/24/06 | CWS | DELP36 | Continued preparation of materials for electronic filing of billing information | 1.60 |
| 08/30/06 | CWS | DELP36 | Carefully rechecking everything in the works for electronic billing because of Mr. Sykes sending a new set of instructions with multiple attachments, including detailed review of the attachments for any detailed changes | 1.00 |

TOTAL HOURS    37.00

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|--|------|--|-------|
| Adam Greenfield | 18.60 | at | $175.00 | = | 3,255.00 |
| Binal J. Patel | 2.10 | at | $320.00 | = | 672.00 |
| Timothy J. Rechtien | 8.20 | at | $175.00 | = | 1,435.00 |
| Charles W. Shifley | 8.10 | at | $435.00 | = | 3,523.50 |

CURRENT FEES                8,885.50

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|--|--|
| Computer Assisted Research - Westlaw | 149.87 |
| Photocopies at $ .10 per page | 1.40 |
| Courier charges | 149.87 |

CURRENT EXPENSES                301.14

004588
00013
09/20/06

Invoice Number  1631369
Page 4

TOTAL THIS MATTER                    9,186.64

TOTAL AMOUNT THIS INVOICE            US $9,186.64

For wiring payment, please use the following bank information.  SunTrust Bank, 1445 New York Avenue,
N.W., Washington, DC  20005, (800) 947-3786; ABA Number:  061000104; Account Number: 514342.
Please indicate client, matter and invoice numbers with wire remittance.

EXHIBIT J



**Banner & Witcoff, Ltd.**
INTELLECTUAL PROPERTY LAW

Suite 3000
10 South Wacker Drive
Chicago, IL 60606

Tel: 312.463.5000
Fax: 312.463.5001
www.bannerwitcoff.com

FEIN # 36-4008943

Delphi Technologies, Inc.
 Mr. Cosnowski
Legal Staff - Intell. Property
P.O. Box 5052
MC: 480-414-420
Troy, MI 48007-5052

| | |
|---|---|
| Invoice Number | 1634104 |
| Invoice Date | 10/10/06 |
| Client Number | 004588 |
| Matter Number | 00013 |

RE:    00013    **Automotive Technologies v. BMW of North America, et al.**
**Case No. 01-71700**
**Delphi File No. 2001-000762 (ATI I)**

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/06:

| Date | Tkpr | | | Hours |
|---|---|---|---|---|
| 09/05/06 | CWS | DELP36 | Continued handling of electronic billing | 0.60 |
| 09/07/06 | CWS | DELP36 | Efforts to co-ordinate responses with codefendants | 0.40 |
| 09/21/06 | CWS | DELP36 | Getting a request for an agreement on service of the appellate briefs, and sending agreement; report to Mr. Cosnowski | 0.30 |
| 09/25/06 | CWS | DELP36 | Beginning reading and analysis of the ATI opening brief and associated materials; beginning preparation of an edited draft, working from a draft created by a summer associate | 8.40 |
| 09/26/06 | CWS | DELP36 | Continued study and analysis of ATI's opening brief | 7.20 |

004588
00013
10/10/06

Invoice Number  1634104
Page 2

| Date | Tkpr | | | Hours |
|------|------|---|---|-------|
| 09/26/06 | BJP | DELP36 | Initiate review of ATI's appeal brief; review case law cited by ATI relating to enablement; review record below relating to the enablement briefing and issues relating to claim construction; confer with co-defendants regarding strategy for response | 3.20 |
| 09/27/06 | BJP | DELP36 | Continued review of ATI's brief relating to enablement; conferral with Mr. Cosnowski and Mr. Shifley regarding strategy for response; continued review of enablement caselaw since the district court's ruling | 3.60 |
| 09/27/06 | CWS | DELP36 | Continued drafting of the brief | 9.50 |
| 09/28/06 | CWS | DELP36 | Continued drafting of brief | 6.20 |
| 09/29/06 | CWS | DELP36 | Continued drafting of brief | 2.40 |

TOTAL HOURS  41.80

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| Binal J. Patel | 6.80 | at | $320.00 | = | 2,176.00 |
| Charles W. Shifley | 35.00 | at | $435.00 | = | 15,225.00 |

CURRENT FEES  17,401.00

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Photocopies at $ .10 per page | 13.60 |
| Telephone charges | 0.99 |
| Courier charges | 134.04 |

CURRENT EXPENSES  148.63

TOTAL THIS MATTER  17,549.63

004588
00013
10/10/06

Invoice Number  1634104
Page 3

TOTAL AMOUNT THIS INVOICE        US $17,549.63

For wiring payment, please use the following bank information.  SunTrust Bank, 1445 New York Avenue,
N.W., Washington, DC  20005, (800) 947-3786; ABA Number:  061000104; Account Number: 514342.
Please indicate client, matter and invoice numbers with wire remittance.

EXHIBIT K

CHARLES W. SHIFLEY
DIRECT DIAL: (312) 463-5441
CSHIFLEY@BANNERWITCOFF.COM

July 28, 2006

Mr. David Sherbin
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098-2815

      **Re:**    Delphi Corporation et al. - Chapter 11 Proceedings
                 Monthly Statement of Fees and Disbursements

Dear David:

    Enclosed please find our monthly statement for legal services rendered to the above referenced debtors and debtors-in-possession (collectively the "Debtors") and for reimbursement of expenses incurred in connection with such representation from June 5, 2006 through June 30, 2006 (the "Fee Period").

    The total invoice for the Fee Period is $14,813.83, which is composed of (i) $14,075.00 for fees and (ii) $738.83 for expenses.

    Please feel free to contact me with any questions.

                 Very truly yours,

                 Charles W. Shifley

CWS/sls
Enclosure

Mr. David Sherbin
July 28, 2006
Page 2

cc:    Joseph Papelian, Esq.
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098-2815
(Deputy General Counsel)

John Wm. Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606
(Counsel to Debtors)

Delores De Elizalde
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
(Counsel to Debtors)

Alicia M. Leonhard, Esq.
Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY 10004
(United States Trustee)

Robert J. Rosenberg, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4802
(Counsel to Unsecured Creditors Committee)

Marissa Wesley, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
(Counsel for Prepetition Credit Facility Agent)

Marlane Melican, Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
(Counsel to Postpetition Credit Facility Agent)

Mr. David Sherbin
July 28, 2006
Page 3

W. Valerie Venable
General Electric Company
One Plastics Avenue
Pittsfield, MA 01201

CHARLES W. SHIFLEY
DIRECT DIAL: (312) 463-5441
CSHIFLEY@BANNERWITCOFF.COM

September 1, 2006

Mr. David Sherbin
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098-2815

    **Re:**    Delphi Corporation et al. - Chapter 11 Proceedings
             Monthly Statement of Fees and Disbursements

Dear David:

    Enclosed please find our monthly statement for legal services rendered to the above referenced debtors and debtors-in-possession (collectively the "Debtors") and for reimbursement of expenses incurred in connection with such representation from July 5, 2006 through June 31, 2006 (the "Fee Period").

    The total invoice for the Fee Period is $10,004.00, which is composed of (i) $9,969.50 for fees and (ii) $34.50 for expenses.

    Please feel free to contact me with any questions.

                    Very truly yours,

                    Charles W. Shifley

CWS/sls
Enclosure

Mr. David Sherbin
September 1, 2006
Page 2

cc:     Joseph Papelian, Esq.
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098-2815
(Deputy General Counsel)

John Wm. Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606
(Counsel to Debtors)

Delores De Elizalde
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
(Counsel to Debtors)

Alicia M. Leonhard, Esq.
Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY 10004
(United States Trustee)

Robert J. Rosenberg, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4802
(Counsel to Unsecured Creditors Committee)

Marissa Wesley, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
(Counsel for Prepetition Credit Facility Agent)

Marlane Melican, Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
(Counsel to Postpetition Credit Facility Agent)

Mr. David Sherbin
September 1, 2006
Page 3

W. Valerie Venable
General Electric Company
One Plastics Avenue
Pittsfield, MA 01201

CHARLES W. SHIFLEY
DIRECT DIAL: (312) 463-5441
CSHIFLEY@BANNERWITCOFF.COM

October 2, 2006

Mr. David Sherbin
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098-2815

Re:    Delphi Corporation et al. - Chapter 11 Proceedings
       Monthly Statement of Fees and Disbursements

Dear David:

Enclosed please find Banner & Witcoff monthly statement for legal services rendered to the above referenced debtors and debtors-in-possession (collectively the "Debtors") and for reimbursement of expenses incurred in connection with such representation from August 1, 2006 through August 31, 2006 (the "Fee Period").

This invoice has also been submitted in the SIMS system of LC, with attached data sheet and receipts.

The invoice number is 1631369.The total invoice for the Fee Period is $9,186.64, which is composed of (i) $8,885.50 for fees and (ii) $301.14 for expenses.

Please feel free to contact me with any questions.

Very truly yours,

Charles W. Shifley

CWS/sls
Enclosure

Mr. David Sherbin
September 1, 2006
Page 2

cc:     Joseph Papelian, Esq.
        Delphi Corporation
        5725 Delphi Drive
        Troy, Michigan 48098-2815
        (Deputy General Counsel)

        John Wm. Butler, Jr., Esq.
        Skadden, Arps, Slate, Meagher & Flom LLP
        333 West Wacker Drive
        Suite 2100
        Chicago, Illinois 60606
        (Counsel to Debtors)

        Delores De Elizalde
        Skadden, Arps, Slate, Meagher & Flom LLP
        Four Times Square
        New York, NY 10036
        (Counsel to Debtors)

        Alicia M. Leonhard, Esq.
        Office of the United States Trustee for the
        Southern District of New York
        33 Whitehall Street
        Suite 2100
        New York, NY 10004
        (United States Trustee)

        Robert J. Rosenberg, Esq.
        Latham & Watkins LLP
        885 Third Avenue
        New York, NY 10022-4802
        (Counsel to Unsecured Creditors Committee)

        Marissa Wesley, Esq.
        Simpson Thacher & Bartlett LLP
        425 Lexington Avenue
        New York, NY 10017
        (Counsel for Prepetition Credit Facility Agent)

        Marlane Melican, Esq.
        Davis Polk & Wardell
        450 Lexington Avenue
        New York, NY 10017
        (Counsel to Postpetition Credit Facility Agent)

Mr. David Sherbin
September 1, 2006
Page 3

W. Valerie Venable
General Electric Company
One Plastics Avenue
Pittsfield, MA 01201



TEN SOUTH WACKER DRIVE
SUITE 3000
CHICAGO, ILLINOIS 60606-7407

TEL: 312.463.5000
FAX: 312.463.5001
www.bannerwitcoff.com

CHARLES W. SHIFLEY
DIRECT DIAL: (312) 463-5441
CSHIFLEY@BANNERWITCOFF.COM

November 28, 2006

*__VIA COURIER__*

Robert J. Rosenberg, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4802
(Counsel to Unsecured Creditors Committee)

Marissa Wesley, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
(Counsel for Prepetition Credit Facility Agent)

Marlane Melican, Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
(Counsel to Postpetition Credit Facility Agent)

Re:    Delphi Corporation et al. - Chapter 11 Proceedings
       Monthly Statement of Fees and Disbursements

Dear Robert, Marissa and Marlane:

We recently submitted, through the electronic system called SIMS, our monthly statement for legal services rendered to the above referenced debtors and debtors-in-possession (collectively the "Debtors") and for reimbursement of expenses incurred in connection with such representation from September 1, 2006 through September 30, 2006 (the "Fee Period").

The total invoice for the Fee Period is $17,549.63, which is composed of (i) $17,401.00 for fees and (ii) $148.63 for expenses.

CHICAGO, IL
WASHINGTON, DC
BOSTON, MA
PORTLAND, OR

Robert J. Rosenberg, Esq.
Marissa Wesley, Esq.
Marlane Melican, Esq.
November 28, 2006
Page 2

     Enclosed please find a copy of the invoice.  Please feel free to contact me with any questions.

     Very truly yours,

Charles W. Shifley

CWS/tkw
Enclosure

cc:   John Wm. Butler, Jr., Esq.
     Skadden, Arps, Slate, Meagher & Flom LLP
     333 West Wacker Drive
     Suite 2100
     Chicago, Illinois 60606
     (Counsel to Debtors)

     Delores De Elizalde
     Skadden, Arps, Slate, Meagher & Flom LLP
     Four Times Square
     New York, NY 10036
     (Counsel to Debtors)

EXHIBIT L

## CERTIFICATE OF SERVICE

       The undersigned, an attorney, hereby certifies that he caused a copy of the foregoing THIRD INTERIM APPLICATION OF BANNER & WITCOFF, LTD., INTELLECTUAL PROPERTY COUNSEL TO DELPHI CORPORATION, SEEKING ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES UNDER 11 U.S.C. SECTIONS 330 AND 331, AND HEARING ON MARCH 22, 2007, AND OBJECTION DEADLINE TO BE PROVIDED BY THE COURT to be served upon the following attorneys by Courier:

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn:  General Counsel

Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
Attn: John Wm. Butler, Jr., Esq.

Office of the United States Trustee
For the Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY 10004
Attn:  Alicia M, Leonhand

Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4802
Attn:  Robert J. Rosenberg

Simpson Thacher & Bartlett, LLP
425 Lexington Avenue
New York, NY 10017
Attn:  Marissa Wesley

Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
Attn:  Marlane Melican

And by e-mail to the parties listed on the 2002 List located at www.delphidocket.com:

A copy of which is attached hereto.

Date: _11-29-06_                    By:_Charles W Bugley_

2

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Morgan, Inc. | David Boyle | 259 Radnor-Chester Road, Suite 100 | P.O. Box 6675 | | Radnor | PA | 19087-8675 | | 610-230-3044 | 310-687-1052 | david.boyle@ampas.com | Counsel to Argos, Inc. |
| Barnes LLP | Thomas A. Ajamie | 711 Louisiana | Suite 2150 | | Houston | TX | 77002 | | 713-860-1600 | 713-860-1699 | tajamie@ajamie.com | Counsel to Argos, Inc. |
| Alaboco Corporation (North America) | Alan Carlson | 34385 Twelve Mile Road | | | Farmington Hills | MI | 48331 | | 248-489-7408 | 866-609-0888 | | Counsel to SANLUIS Rassini International, Inc.; Rassini, S.A. de C.V. |
| Alston & Bird, LLP | Peter J. Gurfein | 2029 Century Park East | Suite 2400 | | Los Angeles | CA | 90067 | | 310-552-6866 | 310-328-1587 | pgurfein@alston.com | Vice President of Administration for Alaboco Corporation |
| Alston Matters Lock Gamble & Mallory LLP | Michael S. Cohen | 19001 Main Street | Fifth Floor | | Irvine | CA | 92614-7321 | | 949-553-1313 | 949-553-8354 | msrcohen@altonmallory.com | Counsel to Kilroy Realty, L.P. |
| Craig E. Freeman | 90 Park Avenue | | | | New York | NY | 10016 | | 212-210-9400 | 212-922-3841 | cfreeman@altonmallory.com | Counsel to Kilroy Realty, L.P. |
| Alston & Bird, LLP | Dennis J. Connolly, David A. Wender | 1201 West Peachtree Street | | | Atlanta | GA | 30309 | | 404-881-7000 | 404-253-8504 | dconnolly@alston.com | Counsel to Clarence Innovation, LLC |
| Anchrala Corporation | Brandon J. Keslinger | 300 Renaissance | | | Elizabethtown | KY | 42701 | | 270-234-0426 | 270-737-5044 | | Representatives for American Axle & Manufacturing Inc. |
| American Axle & Manufacturing Inc. | Steven R. Keyes | One Dauch Drive, Mail Code 6E-2 | | | Detroit | MI | 48243 | | 313-758-8868 | | bkeslinger@anchrala-usa.com | Counsel to ITW Mortgage Investments IV, Inc. |
| Andrews Kurth LLP | Greg Malik | 1717 Main Street | Suite 3700 | | Dallas | TX | 75201 | | 214-659-4400 | 214-659-4401 | gmalik@andrewskurth.com | Counsel to ITW Mortgage Investments IV, Inc. |
| Andrews Kurth LLP | Monica S. Blacker | 1717 Main Street | Suite 3700 | | Dallas | TX | 75201 | | 214-659-4400 | 214-659-4401 | mblacker@andrewskurth.com | Counsel to ITW Mortgage Investments IV, Inc. |
| Apgen, Gordon & Co. | Leigh Walzer | 245 Park Avenue | 26th Floor | | New York | NY | 10167 | | 212-692-6251 | 212-867-8395 | | Counsel to Stanley Electric Sales of America, Inc. |
| Epstein, Finkelstein, Rasmussen, Campbell & Mark T. Flewelling | 199 South Los Robles Avenue | Suite 600 | | Pasadena | CA | 91101-2459 | | 626-535-1900 | 626-577-7764 | mflewelling@afrct.com | Counsel to AP9 Clearing, Inc. |
| APS Clearing, Inc. | Andy Leibruff | 1301 S. Capital of Texas Highway | Suite B-220 | | Austin | TX | 78746 | | 512-314-4416 | 512-314-4462 | aleibruff@aps9.com | Counsel to AP9 Clearing, Inc. |
| APS Clearing, Inc. | Matthew Hamilton | 1301 S. Capital of Texas Highway | Suite B-225 | | Austin | TX | 78746 | | 512-314-4416 | 512-314-4462 | mhamilton@aps9.com | Counsel to Pullman Bank and Trust Company |
| ArvinMeritor | Michael D. Cohen | 1675 Broadway | | | New York | NY | 10019 | | 212-684-9000 | 212-684-3990 | Cohen.Michael@arvinfox.com | Counsel to Pullman Bank and Trust Company |
| ArvinMeritor PLLC | Robert M. Hirsh | 1675 Broadway | | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Hirsh.Robert@arvinmeritor.com | Counsel to Daimniss (America) Corp., d/b/a KDS America |
| Goldston Gregory LLP | Darryl B. Leddon | 171 17th Street NW | Suite 2100 | | Atlanta | GA | 30363-1031 | | 404-873-8120 | 404-873-8121 | dleddon@gpp.com | Corp., d/b/a KDS America (Transco), SBC Telecommunications, Inc. (SBC) |
| Barnstall & Porter LLP | Joel M. Gross | 555 Twelfth Street, N.W. | | | Washington | D.C. | 20001-2036 | | 202-942-5000 | 202-942-5999 | Joel_Gross@aporter.com | Counsel to CSX Transportation, Inc. |
| ATS Automation Tooling Systems Inc. | Carl Galloway | 250 Royal Oak Road | | | Cambridge | N3H 4R6 | Canada | | 519-653-4483 | 519-650-6520 | cgalloway@atsautomation.com | Company |
| Gigpiani, Furnaman, Kreinbaum Perlman, Kimberly J. Robinson | 333 West Wacker Drive | Suite 2700 | | Chicago | IL | 60606 | | 312-645-3170 | 312-645-3150 | kim.robinson@jbltpa.com | Counsel to Motion Industries, Inc. |
| Naglechny LLP | William J. Barrett | 333 West Wacker Drive | Suite 2700 | | Chicago | IL | 60606 | | 312-645-3170 | 312-645-3150 | william.barrett@bfkn.com | Counsel to Motion Industries, Inc. |
| Barnes & Thornburg LLP | Alan K. Mills | 11 S. Meridian Street | | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | alan.mills@btlaw.com | Counsel to Mays Chemical Company |
| Barnes & Thornburg LLP | John T. Gregg | 300 Ottawa Avenue, NW | Suite 500 | | Grand Rapids | MI | 49503 | | 616-742-3930 | 616-742-3999 | john.gregg@btlaw.com | Counsel to Priority Health; Clarion Corporation of America |
| Barnes & Thornburg LLP | Mark R. Owens | 11 S. Meridian Street | | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | mark.owens@btlaw.com | Counsel to Clarion Corporation of America |
| Barnes & Thornburg LLP | Michael K. McCrory | 11 S. Meridian Street | | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | | Counsel to Gibbs Die Casting Corporation; Clarion Corporation of America |
| Barnes & Thornburg LLP | Patrick E. Mears | 300 Ottawa Avenue, NW | Suite 500 | | Grand Rapids | MI | 49503 | | 616-742-3936 | 616-742-3999 | | Counsel to Amraela Rubber Manufacturing, Division of America Leasing & Leasing & Capital, LLC, & AutoCam Corporation |
| Barnes & Thornburg LLP | Wendy D. Brewer | 11 S. Meridian Street | | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | | Counsel to Gibbs Die Casting Corporation |
| Barnfield Hackett Feinberg P.C. | Frank F. McGinn | 155 Federal Street | 9th Floor | | Boston | MA | 02110 | | 617-422-0200 | 617-422-0383 | ffm@bostonbusinesslaw.com | Counsel to Iron Mountain Information Management, Inc. |
| Bateman Law Office | Thomas M Beeman | 33 West 10th Street | Suite 200 | | Anderson | IN | 46016 | | 765-640-1330 | 765-640-1332 | tbeeman@beemanlawoffice.com | Counsel to Madison County (Indiana) Treasurer |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

11/22/2006 5:27 PM
2002 List 061122

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / JUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bernstein Litowitz Berger & Grossman | Hannah E. Greenwald | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1429 | 212-554-1444 | hannah@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees' Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Bernstein Litowitz Berger & Grossman | John P. Coffey | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1409 | 212-554-1444 | | Counsel to Teachers Retirement System of Oklahoma; Public Employees' Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Bernstein Litowitz Berger & Grossman | Wikiaa A. Sherman | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1429 | 212-554-1444 | sean@blbglaw.com | Counsel to SAALUSS Rasshi International, Inc.; Rasshi, S.A. de C.V. |
| Berry Moorman P.C. | James P. Murphy | 535 Griswold | Suite 1900 | Detroit | MI | 48226 | | 313-496-1200 | 313-496-1300 | | Counsel to Kerman L.P.; Oetiker America, Inc. |
| Bialson, Bergen & Schwab | Kenneth T. Law, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | klaw@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc. |
| Bialson, Bergen & Schwab | Lawrence M. Schwab, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | lmschwab@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.; Selectron Corporation; Selectron De Mexico SA de CV; Selectron Invoicing, Inc. |
| Bialson, Bergen & Schwab | Patrick M. Costello, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | pcostello@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.; Selectron Corporation; Selectron De Mexico SA de CV; Selectron Invoicing, Inc. |
| Bialson, Bergen & Schwab | Thomas M. Gaa | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | tgaa@bbslaw.com | Counsel to Veritas Software Corporation |
| Blank Rome LLP | Bonnie Glantz Fatell | Chase Manhattan Centre | 1201 Market Street, Suite 800 | Wilmington | DE | 19801 | | 302-425-6423 | 302-425-6110 | fatell@blankrome.com | Counsel to Special Devices, Inc. |
| Blank Rome LLP | Marc E. Richards | The Chrysler Building | 405 Lexington Avenue | New York | NY | 10174 | | 212-885-5000 | 212-885-5002 | mrichards@blankrome.com | Counsel to DENSO International America, Inc. |
| Bodman LLP | Ralph E. McDowell | 100 Renaissance Center | 34th Floor | Detroit | MI | 48243 | | 313-393-7592 | 313-393-7579 | rmcdowell@bodmanllp.com | Counsel to Freudenberg-NOK; General Partnership; Freudenberg-NOK, Inc.; Flextech, Inc.; Vibracoustic de Mexico, S.A. de C.V.; Lear Corporation; American Axis & Manufacturing, Inc. |
| Bond, Schoeneck & King, PLLC | Camille W. Hill | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | chill@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Plastics Corp. |
| Bond, Schoeneck & King, PLLC | Charles J. Sullivan | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | | Counsel to Marquardt Switches, Inc.; Testey Plastics Corp. |
| Bond, Schoeneck & King, PLLC | Stephen A. Donato | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | sdonato@bsk.com | Counsel to Marquardt Corporation; Marquardt Switches, Inc.; Testey Plastics Corp.; Demolding Corporation |
| Boose McKinney & Evans LLP | Jeannette Eisan Hinshaw | 135 N. Pennsylvania Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-684-5296 | 317-684-5173 | jhinshaw@boselaw.com | Counsel to Delphi Plastics Products, Inc. and Elkenberry & Associates, Inc.; Lewistown Manufacturing Company, Inc.; Lewistown Tooling, Inc.; L & S Tools, Inc.; Hilltop Tool & Die, Inc. |
| Bouk, Cummings, Connars & Berry, PLC | Austin L. McMullen | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | amcmullen@boselaw.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harman America, Inc.; Calsonic Harman Co., Ltd. |
| Bouk, Cummings, Connars & Berry, PLC | Roger G. Jones | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | rjones@boselaw.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harman Co., Ltd. |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Brembo S.P.A. | Massimo Cianci Co. | Administration Department n/a | 24035 Corno 935 | Bergamo | | | 00039-035-605-530 00039-035-605-528 | | | | |
| Zichieri & Connery, LLP | Donald K. Ludman | 6 North Broad Street Brembo 25 | | Woodbury | NJ | 08096 | Italy | 856-813-9960 | 856-833-9933 | dludman@foxrothschild.com | Counsel to SAP America, Inc. |
| Buchalter Nemer, A Professional Corporation | Shawn M. Christianson | 333 Market Street | 25th Floor | San Francisco | CA | 94105-2126 | | 856-813-9800 415-227-0900 | 671 | schristianson@buchalter.com | Counsel to Brown Computer, Inc. |
| Burr & Forman LLP | Michael Leo Hall | 420 North Twentieth Street | Suite 3100 | Birmingham | AL | 35203 | | 415-227-3900 415-227-0770 | | mhall@burr.com | Credit Credit Corporation |
| Cadel Williams & Adelman, P.C. | Steven E. Abelman | 1433 Seventeenth Street | | Denver | CO | 80202 | | (205) 458-5307 303-296-2200 | (205) 344- 9699 | abelman@cwa-law.com | Counsel to Mercedes-Benz U.S. |
| Cahill Gordon & Reindel LLP | Jonathan Greenberg | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 303-296-3956 | jgreenberg@cahill.com | Counsel to United Power, Inc. |
| Cahill Gordon & Reindel LLP | Robert Usadi | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 732-220-5777 | jonathan.greenberg@cahill.com | Counsel to Engelhard Corporation |
| Calfinor & Katz, LLP | Dorothy H. Marinis-Riggio | 140 East 45th Street | 17th Floor | New York | NY | 10017 | | 212-701-3000 212-269-5420 | 212-269-5420 | rusadi@cahill.com | Counsel to Engelhard Corporation |
| Carson Fischer Fischer, P.L.C. | Robert A. Weisberg | 300 East Maple Road | Third Floor | Birmingham | MI | 48009-6317 | | 212-626-6800 248-644-4840 | 212-644-6123 | | Counsel to Computer Patent Annuities Limited Partnership, |
| Carter Ledyard & Milburn LLP | Aaron R. Cahn | 2 Wall Street | | New York | NY | 10005 | | 248-644-4840 212-732-3200 | 248-644-1832 | cahn@clm.com | Hydro Aluminum Adrian, Inc., Hydro Aluminum North America, Inc., Hydro Aluminum Precision Tubing |
| Cahill Lowinger & Miller P.C. | Joel D. Applebaum | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 212-732-3200 313-965-8300 | 212-732-3232 | applebaum@clm.com | N/A, LLC, Hydro Aluminum Rockledge, Inc., Norsk Hydro |
| Clark Hill P.L.C. | Shannon Deeby | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | 313-965-8252 | sdeeby@clarkhill.com | Counsel to BorgWarner Turbo Systems Inc. / Metaldyne Company, LLC |
| Clark Hill P.L.C. | Robert D. Gordon | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | 313-965-8252 | rgordon@clarkhill.com | Counsel to BorgWarner Turbo Systems Inc. |
| Cleary Gottlieb Steen & Hamilton LLP | Deborah M. Buell | One Liberty Plaza | | New York | NY | 10006 | | 313-965-8972 212-225-2000 | 313-965-5252 | dbuell@cgsh.com | Counsel to KTR Manufacturing Trading Systems Inc. |
| Cleary Gottlieb Steen & Hamilton LLP | James L. Bromley | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel to Amesco Electricos Automotrices, S.A. de C.V.; Condistas, S.A. de C.V. |
| Cleary Gottlieb Steen & Hamilton LLP | Thomas J. Maloney | 11 Stanwix Street | 15th Floor | Pittsburgh | PA | 15222-1319 | | 212-225-2000 412-392-2100 | 212-225-3999 | maofiling@cgsh.com | Counsel to Baker, Stearns, Co. Inc.; Citigroup, Inc.; Credit Suisse First Boston, Deutsche Bank Securities, |
| Cohen & Grigsby, P.C. | Joseph L. Vitale | 330 West 42nd Street | | New York | NY | 10036 | | 412-392-2100 212-790-9200 | 412-392-3917 | | Inc.; Goldman Sachs Group, Inc.; JP Morgan Chase & Co.; Lehman Brothers, Inc.; Merrill Lynch & Co.; |
| Cohen, Weiss & Simon LLP | Babette Ceccotti | | | | | | | 212-790-9200 | 646-473-8286 | | Morgan Stanley & Co., Inc.; UBS Securities, LLC |
| John Bimbaum & Sons P.C. | Scott D. Rosen, Esq. | 100 Pearl Street, 12th Floor | | Hartford | CT | 06103 | | 212-790-9290 860-493-2200 | 860-727-0361 | srosen@cbstaxon.com | Counsel to Novagent Company, United Automobiles, Aerospace and Agricultural Implement Works of America (UAW) |
| Coller & Winstead, P.C. | Amy Pratt-Moore | 1812 Broadway Street | | Nashville | TN | 37203 | | 860-493-2200 615-321-5659 | | apratt@gbr-online.com | Counsel to Floyd Manufacturing Co., Inc. |
| Comm, McKenney & Peacock, P.C. | Bruce W. Elliott | 350 South Main Street | Suite 400 | Ann Arbor | MI | 48104 | | 615-321-5659 734-663-4121 | 615-321-9555 | belliott@cmplaw.com | Counsel to Avenit Express, Inc. |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C. Wisler, Esq. | 1007 N. Orange Street | P.O. Box 2207 | Wilmington | DE | 19899 | | 734-663-4121 302-658-9141 | 734-663-4928 | jwisler@cblh.com | Counsel to DENK Incorporated |
| Cooperman Capital Management, L.L.C. | Bill Raina, Seth Lax | 411 West Putnam Avenue | Suite 225 | Greenwich | CT | 06830 | | 302-658-9141 203-862-8200 | 302-658-0380 203-625-1677 | jwisler@cblh.com blaina@coopermancapital.com slax@coopermancapital.com | Counsel to Continental Capital Management, L.L.C. |
| In re: Delphi Corporation, et al. Case No. 05-44481 (RDD) | | | | | | | | (234) 982-8231 | | slaina@coopermancapital.com 1977 slax@coopermancapital.com | |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Coolidge, Wall, Womsley & Lombard Co., LPA | Ronald S. Pretekin | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | 937-223-6705 | pretekin@coolaw.com | Counsel to Herco Industries, Inc.; Herco Brake Systems, Inc.; Dayton Supply & Tool Company |
| Coolidge, Wall, Womsley & Lombard Co., LPA | Steven M. Wachstein | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | 937-223-6705 | wachstein@coolaw.com | Counsel to Herco Industries, Inc.; Herco Brake Systems, Inc.; Dayton Supply & Tool Company |
| Coolidge, Wall, Womsley & Lombard Co., LPA | Sylvia J. Derrien | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | 937-223-6705 | derrien@coolaw.com | Counsel to Herco Industries, Inc.; Herco Brake Systems, Inc.; Dayton Supply & Tool Company |
| Cornell University | Nancy H. Pagliaro | Office of University Counsel | 300 CCC Building, Garden Avenue | Ithaca | NY | 14853-2601 | | 607-255-5124 | 607-254-5396 | nhp4@cornell.edu | Paralegal/Counsel to Cornell University |
| Covington & Burling | Susan Power Johnston | 1330 Avenue of the Americas | | New York | NY | 10019 | | 212-841-1000 | 646-441-9026 | sjohnston@cov.com | Counsel to Motorola, Inc. |
| Dice, Hoagland & Clemson, P.C. | Sean M. Walsh, Esq. | Tenth Floor Columbia Center | 101 W. Big Beaver Road | Troy | MI | 48084-5280 | | 248-457-7000 | 248-457-7001 | swalsh@dhclaw.com | Counsel to Nishikawa Automotive Corporation |
| Griffin & Heather LLP | Daniel P. Mazo | 259 N. Pennsylvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | 215-736-3947 | dmazo@griffinheather.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Griffin & Heather LLP | Robert Szwajkos | 259 N. Pennsylvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | 215-736-3947 | rszwajkos@griffinheather.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Andrew M. Thau | 101 Park Avenue | | New York | NY | 10178-0061 | | 212-696-6888 | 917-368-8888 | athau@curtis.com | Counsel to Flextronics International, Inc.; Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asian-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | David S. Karp | 101 Park Avenue | | New York | NY | 10178-0061 | | 212-696-6065 | 212-697-1559 | dkarp@curtis.com | Counsel to Flextronics International, Inc.; Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asian-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| DaimlerChrysler Corporation | Kim Kolb | CIMS 485-13-32 | 1000 Chrysler Drive | Auburn Hills | MI | 48326-2766 | | 248-576-5741 | | dkxo@dcx.com | Counsel to DaimlerChrysler Corporation; DaimlerChrysler Company, LLC; DaimlerChrysler Canada, Inc. |
| Damon & Morey LLP | William F. Savino | 1000 Cathedral Place | 298 Main Street | Buffalo | NY | 14202-4096 | | 716-856-5500 | 716-856-5510 | wfs@damonmorey.com | Counsel to Delphi Corporation, The; Durham Companies, Inc. |
| Daniels & Kaplan, P.C. | Jay Selanders | 2405 Grand Boulevard | Suite 900 | Kansas City | MO | 64108-2519 | | 816-221-3086 | 816-221-3006 | jselanders@danielskaplan.com | Counsel to DaimlerChrysler |
| Denso International America, Inc. | Carol Sowa | 24777 Denso Drive | | Southfield | MI | 48086 | | 248-372-8531 | 248-350-7772 | | Counsel to DaimlerChrysler Corporation; DaimlerChrysler America, Inc. |
| Deputy Attorney General | Amina Maddox | R.J. Hughes Justice Complex | P.O. Box 106 | Trenton | NJ | 08625 | | 609-984-0163 | 609-292-6286 | amina.maddox@dol.lps.state.nj.us | Deputy Attorney General - State of New Jersey |
| DiCanzio Law, P.C. | Gerard DiCanzio, Esq. | 830 Third Avenue, 7th Floor | | New York | NY | 10017 | | 212-682-4042 | 212-682-4942 | gdicanzio@dicanzio.com | Counsel to Tyr-All Plastics, Inc.; Packard Electric North America APD |
| Dinsmore & Shohl LLP | John Persiani | 1900 Chemed Center | 255 East Fifth Street | Cincinnati | OH | 45202 | | 513-977-8200 | 513-977-8141 | john.persiani@dinslaw.com | Counsel to The Procter & Gamble Company |
| DLA Piper Rudnick Gray Cary US LLP | Richard M. Kremen, Maria Ellena Chavez-Ruark | The Memory Building | 6225 Smith Avenue | Baltimore | Maryland | 21209-3600 | | 410-580-3000 | 410-580-3001 | richard.kremen@dlapiper.com | Counsel to Constellation NewEnergy, Inc. & Constellation NewEnergy Gas Division, LLC |
| DLA Piper Rudnick Gray Cary US LLP | Andrew C. Kassner | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | andrew.kassner@dlapiper.com | Counsel to Penske Truck Leasing Co., L.P. |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY & FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Dreier Stein & Kahn LLP | David B. Aaronson | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | | Counsel to ACE American |
| Dilworth Paxson LLP | Joseph H. Lemkin | 744 Broad Street | Suite 1200 | Newark | NJ | 07102 | | 973-424-2000 | 973-424-2001 | david.aaronson@dbr.com | Counsel to Pemsta Trust Leasing Co., LLP and Candex Chemical Corporation |
| Duane Morris LLP | Margery N. Reed, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | jlemkin@duanemorris.com | Counsel to ACE American |
| Duane Morris LLP | Wendy M. Simkulak, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | mnreed@duanemorris.com | Counsel to ACE American Insurance Company |
| Dykema Gossett PLLC | Gregory J. Jordan | 10 Wacker | Suite 2300 | Chicago | IL | 60606 | | 312-627-2171 | | wmsimkulak@duanemorris.com | Counsel to Tennant City Barrel PR PNP Group |
| Eckert Seamans Cherin & Mellott LLC | Michael G. Busenkell | 300 Delaware Avenue | Suite 1360 | Wilmington | DE | 19801 | | 302-425-0430 | 302-425-0432 | mbusenkell@eckertseamans.com | Counsel to Chicago Miniature Corporation |
| Electronic Data Systems Corporation | Ayala Hassell | 5400 Legacy Dr | Mail Stop H3-3A-05 | Plano | TX | 75024 | | 212-715-9100 | 212-715-8000 | ayala.hassell@eds.com | Representative of Electronic Data Systems Corporation, Technologies, Inc. |
| Energy Services, Inc. | Alan N. Katz | 7411 Highway 51 North | | Southaven | MS | 38671 | | | | | Company |
| Erman, Teicher, Miller, Zucker & Freedman | David H. Hartheimer | 400 Galleria Officentre | Ste. 444 | Southfield | MI | 48034 | | 248-827-4100 | 248-827-4199 | ekatz@dynenergyoil.com | Counsel to Direct Point Company |
| Fagel Haber LLC | Gary E. Green | co Premium Cadillac | 77 Main Street | New Rochelle | NY | 10601 | | 516-227-6900 | 516-227-6997 | | Counsel to Jen Bain International, LLC |
| Fagel Haber LLC | Gary E. Green | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | 312-580-2201 | ggreen@fagelhaber.com | Counsel to Aluminum International, Inc. |
| Fagel Haber LLC | Lauren Newman | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | 312-580-2201 | lnewman@fagelhaber.com | Counsel to Aluminum International, Inc. |
| Fair Law Offices LLC | | 95 Trumbull Street | Second Floor | New Haven | CT | 06510 | | 203-562-9688 | 866-895-0041 | jfair@fairlawct.com | Counsel to Federal Screw Works |
| Finkel Goldstein Rosenbloom & Nash LLP | Ted J. Donovan | 28 Broadway | Suite 711 | New York | NY | 10004 | | 212-344-2929 | 212-422-6836 | | Corporation |
| Foley & Lardner LLP | Jill L. Murch | 321 North Clark Street | Suite 2800 | Chicago | IL | 60610-4764 | | 312-832-4500 | 312-832-4700 | tdonovan@finkgold.com | Counsel to Kuss Corporation |
| Foley & Lardner LLP | Fred Stevens | 13 East 37th Street | Suite 800 | New York | NY | 10016 | | 212-682-7575 | 212-682-4218 | jmurch@foley.com | Counsel to M&Q Plastic Products, Inc. |
| Fox Rothschild LLP | Michael J. Viscount, Jr. | 1301 Atlantic Avenue | Suite 400 | Atlantic City | NJ | 08401-7212 | | 609-348-4515 | 609-348-6834 | fstevens@foley.com | Counsel to M&Q Plastic Products, Inc. |
| Thercanez T. Rickers | Thercanez T. Rickers | 419 Venture Court | | Verona | WI | 53593 | | 608-848-6350 | 608-848-6357 | mviscount@foxrothschild.com | Finishing, Inc. |
| Gaxa LLC | Eric Wainer | 32 Avenue of the Americas | | New York | NY | 10013 | | 212-768-6000 | 212-768-9675 | tmdrickers@gmail.com | Counsel to Setech, Inc. |
| Geronimus Jodlow & Bethea, P.A. | Ilan J. Gorban | 32 Avenue of the Americas | Suite 1500 | New York | NY | 10013 | | 212-768-6000 | 212-768-9675 | ilgorban@example.com | Counsel to Setech, Inc. |
| Genovese Jodlow & Bethea, P.A. | Craig P. Rieders, Esq. | 100 S.E. 2nd Street | Suite 4400 | Miami | FL | 33131 | | 305-349-2300 | 305-349-2310 | crieders@gjb-law.com | Counsel to Ryder Integrated Logistics, Inc. |
| Gibbons, Del Deo, Dolan, Griffinger & Vecchione | David N. Crapo | One Riverfront Plaza | | Newark | NJ | 07102-5497 | | 973-596-4500 | 973-596-0545 | dcrapo@gibbonslaw.com | Logistics, Inc. |
| Goldberg, Stinnett, Meyers & Davis | Marla C. Meyers | 44 Montgomery Street | Suite 2900 | San Francisco | CA | 94104 | | 415-362-5045 | 415-362-5040 | mmeyers@gsmdlaw.com | Counsel to Alps Automotive, Inc. |
| Goodwin Procter LLP | Allan S. Brilliant | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8000 | 212-355-3352 | abrilliant@goodwinprocter.com | Counsel to USG Corp. |
| Goodwin Procter LLP | Craig P. Druehl | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | 212-355-3333 | cdruehl@goodwinprocter.com | Counsel to USG Corp. |
| Gorlick, Kravitz & Listhaus, P.C. | Barbara G. Mehlsack | 17 State Street | 4th Floor | New York | NY | 10004 | | 212-269-2500 | 212-269-5040 | bmehlsack@gkllaw.com | Brotherhood of Electrical Workers Local Unions No. 663; International Brotherhood of Electrical Workers 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Jacobson & Sterns, P.C. | Peter D. Bilowz | 400 Atlantic Avenue | | Boston | MA | 02110-3333 | | 617-482-1776 | 617-574-4112 | pbilowz@goulstonstorrs.com | Counsel to Thermotech Company |

In re Delphi Corporation, et al.,
Case No. 05-44481 (RDD)

11/22/2006 5:27 PM
2002 List 061122

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gunn & Eisenhofer P.A. | Geoffrey C. Jarvis | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | | 302-622-7000 | 302-622-7100 | gjarvis@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Gunn & Eisenhofer P.A. | Jay W. Eisenhofer | 45 Rockefeller Center | 650 Fifth Avenue | New York | NY | 10111 | | 212-755-6501 | 212-755-6503 | jeisenhofer@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Gunn & Eisenhofer P.A. | Sharan Nirmul | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | | 302-622-7000 | 302-622-7100 | snirmul@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Gratz, Miller & Brueggeman, S.C. | Matthew R. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-6500 | 414-271-6308 | mrr@previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists, AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Miller & Brueggeman, S.C. | Timothy C. Hall | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-6500 | 414-271-6308 | | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists, AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Habush Habush & Rottier LLP | J. Michael Debbeler, Susan M. Argo | 1900 Fifth Third Center | 511 Walnut Street | Cincinnati | OH | 45202 | | 513-621-6464 | 513-651-3836 | krl@graydon.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists, AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Powerbraker, Heimer & Gale, P.C. | Chera Macdonald, J. Patrick Bradley | 10 S. Broadway | Suite 200 | St. Louis | MO | 63102 | | 314-241-9090 | 314-241-8624 | mmdebbeler@bingham.com jpbradley@bingham.com | Counsel to Grede Industries; Bakersley Tool & Die; PA Group; Reliable Castings |
| Guaranty Bank | Herb Reiner | 8333 Douglas Avenue | | Dallas | TX | 75225 | | 214-360-2702 | 214-360-1840 | info@reinerlaw.com hreiner@reinerlaw.com | Counsel to ARC Automotive, Inc. |
| Halperin Battaglia Raicht, LLP | Alan D. Halperin, Christopher J Battaglia, Julie D. Dyas | 555 Madison Avenue | 9th Floor | New York | NY | 10022 | | 212-765-9100 | 212-765-0964 | ahalperin@halperinlaw.net cbattaglia@halperinlaw.net jdyas@halperinlaw.net | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation |
| Hancock & Estabrook LLP | R John Clark Esq. | 1500 Tower I | PO Box 4976 | Syracuse | NY | 13221-4976 | | 315-471-3151 | 315-471-3167 | rjclark@hancocklaw.com | Counsel to Pacific Gas Turbine Center, LLC and Chromalloy Gas Turbine Corporation; ARC Automotive, Inc. |
| Harris D. Leinwand | Harris D. Leinwand | 350 Fifth Avenue | Suite 2418 | New York | NY | 10118 | | 212-725-7338 | 212-244-6219 | hleinwandlaw@aol.com | Counsel to Alliance Precision Plastics Corporation |
| Heller Ehrman LLP | Carren Shulman, Timothy Mehok | Times Square Tower | Seven Times Square | New York | NY | 10036 | | 212-632-8300 | 212-763-7600 | carren.shulman@hellerehrman.com timothy.mehok@hellerehrman.com | Counsel to Baker Hughes Incorporated; Baker Petrolite Corporation |
| Herrick, Feinstein LLP | Paul Rubin | 2 Park Avenue | | New York | NY | 10016 | | 212-592-1400 | 212-545-3360 | prubin@herrick.com | Counsel to @Road, Inc. |
| Hewlett-Packard Company | Anne Marie Kennelly | 3000 Hanover St., MS 1050 | | Palo Alto | CA | 94304 | | 650-857-6902 | 650-852-8517 | anne.kennelly@hp.com | Counsel to Canon U.S.A., Inc. and Schmidt Technology Corp. |
| Hewlett-Packard Company | Glen Dumont | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | | 908-898-4700 | 908-898-4137 | glen.dumont@hp.com | Counsel to Hewlett-Packard Company; Financial Services Company |
| Hewlett-Packard Company | Kenneth P. Figman | 2125 E. Katella Avenue | Suite 600 | Anaheim | CA | 92806 | | 714-940-7120 | 740-940-7039 | ken.figman@hp.com | Counsel to Hewlett-Packard Company |

11/22/2006 5:27 PM
2002 List 091122

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hewlett-Packard Company | Sherry Ottenberg | 420 Mountain Avenue | PO Box 4976 | Murray Hill | NJ | 07974 | | 908-582-4769 | 908-582-4133 | sherri.ottenberg@hp.com | Counsel to Financial Services Company |
| Holland & Knight LLP | L Eric Chesterson | 195 Broadway Street | Suite 2000 | Syracuse | NY | 13221-4976 | | 315-425-2716 | 315-425-8576 | eric.chesterson@hklaw.com | Counsel to Olin Corporation |
| Hodgson Russ LLP | Julia E. Kreher | One M&T Plaza | Suite 2000 | Buffalo | NY | 14203 | | 716-848-1300 | 716-819-4640 | jkreher@hodgsonruss.com | Counsel to Hearst Corporation |
| Hodgson Russ LLP | Stephen H. Gross, Esq. | 230 Park Avenue | 17th Floor | New York | NY | 10169 | | 212-751-4300 | 212-751-0438 | sgross@hodgsonruss.com | Counsel to Hearst Corporation |
| Hogan & Hartson L.L.P. | Audrey Klong | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5877 | 202-637-5910 | aklong@hhlaw.com | Counsel to Unicore Autocad |
| Hogan & Hartson L.L.P. | Edward C. Dolan | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5877 | 202-637-5910 | ecdolan@hhlaw.com | Counsel to Unicore Autocad |
| Hogan & Hartson L.L.P. | Scott A. Golden | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | 212-918-3100 | sagolden@hhlaw.com | Counsel to Sirius Satellite Radio Inc. |
| Honigman Miller Schwartz & Cohn, LLP | Elizabeth K. Flaagan | 1700 Lincoln | Suite 4100 | Denver | CO | 80203 | | 303-861-7000 | 303-866-0200 | eflaagan@honigman.com | Counsel to DoveTek, Inc., Conrail, LP |
| Honigman, Miller, Schwartz and Cohn, LLP | Donald T. Bietz, Jr. | 2290 First National Building | 900 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7314 | 313-465-7315 | dbietz@honigman.com | Counsel to Fujitsu Ten Corporation of America |
| Honigman, Miller, Schwartz and Cohn, LLP | E. Todd Sable | 2290 First National Building | 690 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7548 | 313-465-7349 | tsable@honigman.com | Counsel to Fujitsu Ten Corporation of America |
| Hunter & Schank Co. LPA | John J. Hunter | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43604 | | 419-255-4300 | 419-255-9121 | jhunter@hunterschank.com | Counsel to Valeo Climate Control Corp.; Valeo Electrical Systems, Inc., Motors and Actuators Division; Valeo Electrical Systems, Inc. - Wipers Division; Valeo Switches & Detection System, Inc. |
| Hunter & Schank Co. LPA | Thomas J. Schank | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43604 | | 419-255-4300 | 419-255-9121 | tschank@hunterschank.com | Counsel to ZF Group North America Operations, Inc. |
| Jackson Walker & Williams LLP | Michael P. Massad, Jr. | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | mmassad@jw.com | Counsel to RF Microdevices, Inc. |
| Jackson Walker & Williams LLP | Steven T. Holmes | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | sholmes@jw.com | Counsel to RF Microdevices, Inc. |
| Ice Miller & Donaldson & Ryan P.C. | Ann E. Everitt | 1301 Liberty Building | Box 82001 | Indianapolis | IN | 46282-0200 | | 317-236-2100 | 317-592-4666 | ann.everitt@icemiller.com | Counsel to Sunoco, Inc. |
| Ice Miller | Ben T. Caughey | One American Square | One American Square | Indianapolis | IN | 46282-0200 | | 317-236-2100 | 317-236-2219 | ben.caughey@icemiller.com | Counsel to Sunoco, Inc. |
| Infineon Technologies North America Corporation | Greg Brookes | 1730 North First Street | MIS 11305 | San Jose | CA | 95112 | | 408-501-6442 | 408-501-2486 | greg.brookes@infineon.com | Counsel to Infineon Technologies North America Corporation |
| Infineon Technologies North America Corporation | Jeff Gillespie | 2529 Commerce Drive | Suite H | Kokomo | IN | 46902 | | 765-454-2146 | 765-456-3856 | jeffrey.gillespie@infineon.com | Global Account Manager for Infineon Technologies North America Corporation |
| iPay Technologies Inc | Heather Eberhard | 234 South Extension Road | | Mesa | AZ | 85201 | | 480-461-5300 | | heather@ipaytechnologies.com | Creditor |
| International Union of Operating Engineers | Richard Griffin | 1125-17th Avenue, N.W. | | Washington | DC | 20036 | | 202-429-9100 | 202-778-2641 | rgriffin@iuoe.org | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists, AFL-CIO Tool and Die Makers Local Lodge 78; District 10 International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Jenner & Block LLP | Paige E. Barr | 27777 Franklin Road | Suite 2500 | Southfield | MI | 48034 | | 248-351-3000 | 248-351-3082 | pbarr@jenner.com | Counsel to Trenton Corporation |
| Jenner & Block LLP | James R Sowasa | 901 Terrace Street | PO Box 788 | Muskegon | MI | 49443-0788 | | 231-722-1621 | 231-728-2206 | jsowasa@jenner.com | Counsel to Port City Die Cast and Port City Group |
| Johnson, Harris Garde & Komatie, P.A. | Jerry W. Garde, Esq. | 411 E. Wisconsin Ave | | Milwaukee | WI | 53202 | | 312-223-9350 | 312-840-7381 | garde@jhgk.com | General Counsel to Leason |
| Jones Day | Scott L. Friedman | One IBM Plaza | | Chicago | IL | 60611 | | 312-222-9350 | 312-840-7381 | sfriedman@jonesday.com | Counsel to SPX Corporation (Contech Division), Alcan Rolled Products-Ravenswood, LLC and Tenneco Inc. |
| Jones Day | | 239 E. 4th St. | | Panama City | FL | 32401 | | 850-763-9421 | 850-763-8423 | | Counsel to Peggy C. Brannon, Bay County Tax Collector |
| Katten Muchin Rosenman LLP | John P. Sieger, Esq. | 222 East 41st Street | | New York | NY | 10017 | | 212-326-3939 | 212-755-7306 | | Counsel to W.L. Ross & Co., LLC |
| Katten Muchin Rosenman LLP | John P. Sieger, Esq. | 555 West Monroe Street | | Chicago | IL | 60661 | | 312-577-4733 | 312-577-4733 | john.sieger@kattenlaw.com | Counsel to TDK Corporation America and MEMC Electronic Materials, Inc. |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cape Scholar LLP | Richard D. Sincber | 425 Park Avenue | | New York | | 10022-3580 | | 212-238-8000 | 212-238-8605 | | Counsel to InPlay Technologies Inc |
| Kepler, Brown, Hill & Ritter Co., LPA | Kenneth M. Cookson | 65 East State Street | Suite 1800 | Columbus | OH | 43215 | | 614-426-5400 | 614-426-5834 | knneth@kegterbrown.com | Counsel to Solution Recovery Services |
| Keller Rohrback L.L.P. | Lynn Lincoln Sarko | 1201 Third Avenue | Suite 3200 | Seattle | WA | 98101 | | 206-623-1900 | 206-623-3384 | lsarko@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polis, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| | Derek Loeser Lautenberg Erin M. Riley | | | | | | | | | dloeser@kellerrohrback.com eriley@kellerrohrback.com | |
| Keller Rohrback P.L.C. | Gary A. Gotto | National Bank Plaza | 3101 North Central Avenue, Suite 900 | Phoenix | AZ | 85012 | | 602-248-0088 | 602-248-2822 | ggotto@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polis, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Kelley, Drye & Warren, LLP | Mark I. Bane | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | 212-808-7897 | mbane@kelleydrye.com | Counsel to the Pension Benefit Guaranty Corporation |
| Kelley Drye & Warren, LLP | Mark R. Sommerstein | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | 212-808-7897 | msommerstein@kelleydrye.com | Counsel to the Pension Benefit Guaranty Corporation |
| Kennedy, Jennick & Murray | Larry Magarik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | lmagarik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers of America Communications Workers of America |
| Kennedy, Jennick & Murray | Susan M. Jennik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | sjennik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers of America Communications Workers of America |
| Kennedy, Jennick & Murray | Thomas Kennedy | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | tkennedy@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers of America Communications Workers of America |
| Kirkling & Spalding, LLP | H. Slayton Dabney, Jr. Bill Dinos | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | 212-556-2222 | hdabney@kslaw.com | Counsel to KPMG LLP |
| McGuireD & Elie LLP | Geoffrey A. Richards | 200 East Randolph Drive | | Chicago | IL | 60601 | | 312-861-2000 | 312-861-2200 | grichards@kirkland.com | Counsel to Lunt Manufacturing Company |
| Klayvarion & Lookhart Nickolson Graham | Edward M. Fox | 599 Lexington Avenue | | New York | NY | 10022 | | 212-536-4812 | 212-536-3901 | efox@klng.com | Counsel to Wilmington Trust Company, as Indenture Trustee |
| | Eric L. Schnabel | The Brandywine Building | 1000 West Street, Suite 1410 | Wilmington | DE | 19801 | | (302) 552-4200 | | eschnabel@klng.com | |
| | Sam D. Zimmerman | 1775 Mormon Street N.W. | | Canton | OH | 44735-6063 | | 330-487-0700 | 330-497-4020 | szimmerman@klng.com | |
| Knepke, Wilkins, Griffiths & Dougherty LLP, L.P.A. | Karl Rooney Lieber & Schierling | 4775 Mormon Street N.W. | P.O. Box 35963 | Canton | OH | 44735-6063 | | 330-487-0700 | 330-497-4020 | krooney@knplaw.com | Counsel to Millwood, Inc. |
| Konkle, Wilkins, Griffiths & Dougherty | Edward D. Kuzbin | 165 Federal Street | 17th Floor | Boston | MA | 02110-1727 | | 617-542-5000 | 617-542-3069 | ekuzbin@hopkinbrown.com | Counsel to Pullan Corporation |
| Lambert, Leser, Isackson, Cook & Gieroa | Susan M. Cook | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | | 989-895-3518 | | scook@lambertleser.com | Counsel to Entergy |
| Latham & Watkins | Erika Ruiz | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | erika.ruiz@lw.com | UCC Professional |
| Latham & Watkins | Harry P. Baer Jr. | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | harry.baer@lw.com | UCC Professional |
| Latham & Watkins | John W. Weiss | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | john.weiss@lw.com | UCC Professional |
| Latham & Watkins | Mark A. Broude | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | mark.broude@lw.com | UCC Professional |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Delphi Corporation
2002 List

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Latham & Watkins | Michael A. Flora | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | michael.flora@lw.com | UCC Professional |
| Latham & Watkins | Michael A. Seiler | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | michael.seiler@lw.com | UCC Professional |
| Lewis and Roca LLP | Rob Charles, Esq. | One South Church Street | Suite 700 | Tucson | AZ | 85701 | | 520-629-4427 | 520-879-4705 | rcharles@lrlaw.com | Counsel to Freescale Semiconductor, Inc. |
| Lewis and Roca LLP | Susan M. Freeman, Esq. | 40 North Central Avenue | Suite 1900 | Phoenix | AZ | 85004-4429 | | 602-262-5756 | 602-734-3824 | freemans@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Products (U.S.A.) Inc. |
| Linear Technology Corporation | John England, Esq. | General Counsel for Linear Technology Corporation | 1630 McCarthy Blvd | Milpitas | CA | 95035-7417 | | 408-432-1900 | 408-434-0507 | jengland@linear.com | Counsel to Linear Technology |
| Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | 1949 South IH 35 (78741) | P.O. Box 17428 | Austin | TX | 78760-7428 | | 512-447-6675 | 512-443-5114 | austin.bankruptcy@publicans.com | Counsel to Cameron County, Brownsville ISD |
| Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | 2323 Bryan Street | Suite 1600 | Dallas | TX | 75201 | | 214-880-0089 | 469-221-5002 | dallas.bankruptcy@publicans.com | Counsel to Dallas County and Tarrant County |
| Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | P.O. Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3478 | 713-844-3503 | houston_bankruptcy@publicans.com | Counsel in Charge for Taxing Authorities Cypress-Fairbanks Independent School District, City of Houston, Harris County, ... |
| Loeb & Loeb LLP | P. Gregory Schwed | 345 Park Avenue | | New York | NY | 10154-0037 | | 212-407-4000 | | schwed@loeb.com | Counsel to Industrial Ceramics Corporation |
| Loeb & Loeb LLP | William M. Hawkins | 345 Park Avenue | | New York | NY | 10154 | | 212-407-4000 | 212-407-4990 | whawkins@loeb.com | Counsel to Industrial Ceramics Corporation |
| Lord Bissell & Brook | Timothy S. McFadden | 115 South LaSalle Street | | Chicago | IL | 60603 | | 312-443-0700 | 312-896-6394 | tmcfadden@lordbissell.com | Counsel to Methode Electronics, Inc. |
| Lord Bissell & Brook | Timothy W. Brink | 115 South LaSalle Street | | Chicago | IL | 60603 | | 312-443-1832 | 312-443-0336 | tbrink@lordbissell.com | Counsel to Sedgwick Claims Management Services, Inc. |
| Lowenstein & Brook LLP | Kevin J. Walsh | 885 Third Avenue | 28th Floor | New York | NY | 10022-4802 | | 212-947-4834 | 212-947-1202 | kwalsh@lordbissell.com | Counsel to Sedgwick Claims Management Services, Inc. |
| Lowenstein & Brook LLP | Rocco N. Covino | 885 Third Avenue | 28th Floor | New York | NY | 10022-4802 | | | | kwalsh@lordbissell.com | Counsel to Sedgwick Claims Management Services, Inc. |
| Lowenstein Sandler PC | Bruce S. Nathan | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | bnathan@lowenstein.com | Counsel to Methode Electronics, Inc. and American Corp. |
| Lowenstein Sandler PC | Ira M. Levee | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | ilevee@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Lowenstein Sandler PC | Kenneth A. Rosen | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | krosen@lowenstein.com | Counsel to Cerberus Capital Management, L.P.; AT&T Corporation |
| Lowenstein Sandler PC | Michael S. Etkin | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | metkin@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Lowenstein Sandler PC | Scott Cargill | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | scargill@lowenstein.com | Counsel to Cerberus Capital Management, L.P.; AT&T Corporation |
| Lucas, Lawless & Chappell, Ltd. | Vincent A. D'Agostino | 65 Livingston Avenue | Suite 101 | Roseland | NJ | 07068 | | | | | Counsel to AT&T Corporation |
| MacDonald, Illig, Jones & Britton LLP | Richard J. Parks | 100 State Street | Suite 700 | Erie | PA | 16507-1459 | | 814-870-7754 | 814-454-4647 | rparks@mijb.com | Counsel to Ideal Tool Company, Inc. |
| Madison Capital Management | Joe Lanich | 6143 South Willow Drive | Suite 200 | Greenwood Village | CO | 80111 | | 303-597-4254 | 303-597-2056 | | Representation for Madison Capital Management |
| Maguire & Levinson, LLP | Jeffrey M. Levinson, Esq. / Leah M. Caplan, Esq. | 30100 Chagrin Boulevard | Suite 250 | Pepper Pike | OH | 44124 | | 216-514-4935 | 216-514-4936 | jml@maguire-levinson.com | Counsel to Venture Plastics |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Masuda Funai Eifert & Mitchell, Ltd. | Victor A. Matsumonokin, Jr. | 1024 North Michigan Avenue | | Chicago | IL | | | | | smatsumoto@aol.com | Counsel to RKR... and Robert Beckle and Counsel to Chris Palmer, Personal Representative to the Estate of Michael Palmer |
| | Gary O. Samuels | 203 North LaSalle Street | Suite 2500 | Chicago | IL | 60601-1262 | | 312-245-7500 | 312-245-7467 | smatsumoto@aol.com | Counsel to M. Fore America, Inc./RKR Crystal, Inc.; Former Electric USA Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikido, Alpha, Inc.; Sigenix (America), Inc.; SL America, Inc./SL Tennessee, LLC; Hoeidan America Corporation and Sanhisch Corporation |
| Mayer, Brown, Rowe & Maw LLP | Jeffrey G. Tougas | 1675 Broadway | | New York | NY | 10019 | | 212-262-1910 | 212-506-2500 | jtougas@mayerbrownrowe.com | Counsel to Bank of America, N.A. |
| Mayer, Brown, Rowe & Maw LLP | Renato D'Aversa, Jr. | 1675 Broadway | | New York | NY | 10019 | | 212-262-1910 | 212-506-2500 | rdaversa@mayerbrownrowe.com | Counsel to Bank of America, N.A. |
| McCarter & English, LLP | David J. Adler, Jr. Esq. | 245 Park Avenue, 27th Floor | | New York | NY | 10167 | | 212-609-6800 | 212-609-6921 | dadler@mccarter.com | Counsel to Ward Products, LLC |
| McCarthy Tetrault LLP | John J. Salmas | 66 Wellington Street West | Suite 4700 | Toronto | Ontario | M5K 1E6 | | 416-362-1812 | 416-868-0673 | jsalmas@mccarthy.ca | Counsel to Themselves (McCarthy Tetrault LLP) |
| McDermott Will & Emery LLP | Lorna P. Salzman | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5477 | 212-547-5444 | lsalzman@mwe.com | Counsel to Linear Technology Corporation, National Semiconductor Corporation |
| McDermott Will & Emery LLP | James M. Sullivan | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5477 | 212-547-5444 | jsullivan@mwe.com | Counsel to National Semiconductor Corporation |
| | Stephen B. Selbst | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5400 | 212-547-5444 | sselbst@mwe.com | Counsel to B. Braun Engineered |
| McDonald Hopkins Co., LPA | Jean R. Robertson, Esq. | 600 Superior Avenue, East | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | jrobertson@mcdonaldhopkins.com | Counsel to B Braun Engineered |
| McDonald Hopkins Co., LPA | Scott N. Opincar, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sopincar@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McDonald Hopkins Co., LPA | Shawn M. Riley, Esq. | 600 Superior Avenue, E | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sriley@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McCarthy, Deutsch, Mulvaney & Carpenter, LLP | Jeffrey Bernstein, Esq. | Three Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4079 | | 973-622-7711 | 973-622-5314 | jbernstein@nrdlaw.com | Counsel to New Jersey Self-Insurers Guaranty Association |
| McGuireWoods LLP | Elizabeth L. Gunn | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1178 | 804-698-2186 | egunn@mcguirewoods.com | Counsel to Siemens Logistics Assembly Systems, Inc. |
| Meyer, Suozzi, English & Klein, P.C. | Hanan Kolko | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1311 | hkolko@msek.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communications Workers of America |
| Meyer, Suozzi, English & Klein, P.C. | Lowell Peterson, Esq. | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1311 | lpeterson@msek.com | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union (USW), AFL-CIO |
| Meyers, Rodbell & Rosenbaum, P.A. | M. Evan Meyers | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | | bankruptcy@mrrlaw.net | Counsel to Prince George's County, Maryland |
| Meyers, Rodbell & Rosenbaum, P.A. | Robert H. Rosenbaum | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | | rrosenbaum@mrrlaw.net | Counsel to Prince George's County, Maryland |
| Miami-Dade County Tax Collector | Metro-Dade Paralegal Unit | 140 West Flagler Street | Suite 1403 | Miami | FL | 33130 | | 305-375-5314 | 305-375-1142 | | Paralegal Collection Specialist for Miami-Dade County Tax Collector |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Michael Cox | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | | miac@michigan.gov | Assistant Attorney General for the State of Michigan, Department of Treasury |
| | Dennis J. Raterink | PO Box 30736 | | Lansing | MI | | | 517-373-1820 | 517-373-2129 | raterinkd@michigan.gov | Assistant Attorney General for Worker's Compensation Agency |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Michael Cox | PO Box 30736 | | Lansing | MI | | | 517-373-1820 | 517-373-2129 | miac@michigan.gov | Attorney General for Worker's Compensation Agency |

11/22/2006 5:27 PM
2002 List 061122

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Miles & Stockbridge, P.C. | Kerry Hotopp | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3418 | 410-385-3700 | khotopp@milesstockbridge.com | Counsel to Computer Patent Annuities Limited Partnership, Computer Patent Annuities North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Aluminum Precision Tubing Group, Inc., Enfield Limited - Hydro Aluminum Enfield Limited - Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Ernst Technologies LLL and Adell Plastics, Inc. |
| Miller Johnson | Thomas P. Sarb Robert D. Wolford Jonathan S. Green | 250 Monroe Ave, N.W. Suite 800, PO Box 306 | Suite 800, PO Box 306 | Grand Rapids | MI | 49501-0306 | | 616-831-1748 616-831-1726 | 616-988-1743 616-988-1726 | sarbt@millerjohnson.com wolfordr@millerjohnson.com greenj@millerjohnson.com | Counsel to Philgood & Clay, Inc.; Counsel to Oasis Operating Partnership, LP |
| Miller, Canfield, Paddock and Stone, P.L.C. | Timothy A. Fusco | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8435 | 313-496-8453 313-496-7997 | fusco@millercanfield.com | Counsel to Niles USA Inc.; Technologies, LLC; The Baltech Group, Inc.; Fischer Automotive Systems |
| Mintz, Levin, Cohn, Ferris Glovsky and Popeo, P.C. | Paul J. Ricotta | One Financial Center | | Boston | MA | 02111 | | 617-542-6000 | 617-542-2241 | pjricotta@mintz.com | Counsel to Hitachi Automotive Products (USA), Inc. and Concord |
| Mintz, Levin, Cohn, Ferris Glovsky and Popeo, P.C. | Stephanie K. Koos | The Chrysler Center 666 Third Avenue | | New York | NY | 10017 | | 212-935-3000 | 212-983-3115 | skoos@mintz.com | Counsel to Hitachi Automotive Products (USA), Inc. and Concord |
| Molex Connector Corp | Jeff Ott | 2222 Wellington Ct. | | Lisle | IL | 60532 | | 630-527-4254 | 630-512-8610 | jeff.ott@molex.com | Counsel to Molex Connector Corp |
| Morgan, Lewis & Bockius LLP | Andrew D. Gottfried | 101 Park Avenue | | New York | NY | 10178 | | 212-309-6000 | 212-309-6001 | agottfried@morganlewis.com | Counsel to I-I-T Industries, Inc.; Hitachi Chemical (Singapore), Ltd. |
| Morgan, Lewis & Bockius LLP | Menachem O. Zelmanovitz | 101 Park Avenue | | New York | NY | 10178 | | 212-309-6000 | 212-309-6001 | mzelmanovitz@morganlewis.com | Counsel to Hitachi Chemical (Singapore) Pte, Ltd. |
| Morgan, Lewis & Bockius LLP | Richard W. Esterkin, Esq. | 300 South Grand Avenue | | Los Angeles | CA | 90071 | | 213-612-2500 | 213-612-2501 | resterkin@morganlewis.com | Counsel to Sumitomo Corporation |
| Moritt Hock Hamroff & Horowitz LLP | Leslie Ann Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | | lberkoff@moritthock.com | Counsel to Standard Microsystems Corporation and its direct and indirect subsidiaries Oasis SiliconSystems AG and SMSC NA Automotive, LLC (successor-in-interest to Oasis Silicon Systems, Inc.) |
| Morrison Cohen LLP | Michael R. Dal Lago | 909 Third Avenue | | New York | NY | 10022 | | 212-735-8675 | 917-522-3157 | mdallago@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Munsch Hardt Kopf & Harr, P.C. | Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq. and Davor Rukavina, Esq. | 3800 Lincoln Plaza | 500 North Akard Street | Dallas | TX | 75201-6659 | | 214-855-7590 214-855-7561 214-855-7587 | 214-855-7584 | rurbanik@munsch.com jwielebinski@munsch.com drukavina@munsch.com | Counsel to National Instruments Incorporated |
| Dinsmore, Llewelin, Smith, Girard & Hamilton, P.C. | Sandra S. Hamilton | 2025 East Beltline, S.E. | Suite 600 | Grand Rapids | MI | 49546 | | 616-957-0000 | 616-977-0526 | jerin@dlsglaw.com | Counsel to Lacklar Diversified Industries, Inc. |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jaffe, Newman & Nathan, P.C. | Kenneth A. Nathan | 29100 Northwestern Highway | Suite 220 | Southfield | MI | 48034 | | 248-351-0099 | 248-351-0487 | Knathan@jaffelaw.com | Counsel to BFS Co (f/k/a LP-1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP, Brighton Limited Partnership; DPS Information Services, Inc., Etkin Management Services, Inc. and Etkin Real Properties |
| Jaffe, Newman & Nathan, P.C. | Susanna C. Brennan | 29100 Northwestern Highway | Suite 280 | Southfield | MI | 48034 | | 248-351-0099 | 248-351-0487 | Knathan@jaffenathan.com | Counsel to BFS Co (f/k/a LP-1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP, Brighton Limited Partnership; DPS Information Services, Inc., Etkin Management Services, Inc. and Etkin Real Properties |
| National City Commercial Capital | Lisa M. Moore | 995 Dalton Avenue | | Cincinnati | OH | 45203 | | 513-455-2390 | 866-268-4481 | lidemoore@nationalcity.com | Vice President and Senior Counsel to National City Commercial Capital |
| Nelson Mullins Riley & Scarborough | George S. Cauthen | 1320 Main Street, 17th Floor | PO Box 11070 | Columbia | SC | 29201 | | 803-7266-9425 | 803-256-7500 | george.cauthen@nelsonmullins.com | Counsel to Danyalar Rubber & Plastic, Inc.; Daleyar, Inc.; Dalayer Taiwan Ltd. |
| Reilly, Patterson & Roach, L.L.P. | Bradley E. Beckworth | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | bbeckworth@nixlawfirm.com | Counsel to Dalayar (Americas) Inc. and Stoliting Pensioenfonds ABP |
| Reilly, Patterson & Roach, L.L.P. | Jeffrey J. Angelovich | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | bbeckworth@nixlawfirm.com | Counsel to Teachers Retirement System of Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stolting Pensioenfonds ABP |
| Reilly, Patterson & Roach, L.L.P. | Susan Whatley | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | bbeckworth@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stolting Pensioenfonds ABP |
| James Inchiaso | James Inchiaso | 90 East Halsey Road | | Parsippany | NJ | 07054 | | 973-884-6982 | 973-515-3244 | sustain@city.parsippany.com | |
| Reliance Company and General Chemical Performance Products LLC | Elizabeth L. Abdelmasieh, Esq. | 721 Route 202-206 | P.O. Box 1018 | Somerville | NJ | 08876 | | 908-722-0700 | 908-722-0756 | abdelmasieh@mannchime.com | Counsel to Razor Dip Company, Inc. |
| North Point | David C. Harman | 901 Lakeside Avenue | | Cleveland | OH | 44114 | | 216-586-3939 | 216-579-0212 | dgharman@jonesday.com | Counsel to W. Ross & Co., LLC |
| North Point | Michelle M. Harner | 901 Lakeside Avenue | | Cleveland | OH | 44114 | | 216-586-3939 | 216-579-0212 | mmharner@jonesday.com | Counsel to W.L. Ross & Co., LLC |
| Camille Hope | Camille Hope | P.O. Box 654 | | Macon | GA | 31202 | | 478-742-4488 | 478-742-4488 | jghope@Chapter13macon.com | Office of the Chapter 13 Trustee |
| Office of the Chapter 13 Trustee | Jay W. Hurst | P.O. Box 12548 | | Austin | TX | 78711-2548 | | 512-475-4881 | 512-482-8341 | jay.hurst@oag.state.tx.us | Counsel to The Texas Comptroller of Public Accounts |
| Office of the Texas Attorney General | Michael M. Zizzo, Legal Manager | 44 Manning Road | | Billerica | MA | 01821 | | 978-601-5025 | 978-667-9999 | michaelj@stellarave.com | Company |
| Roche Keller & Moody | Michael C. Moody | 161 N. Clark Street | Suite 2230 | Chicago | IL | 60601 | | 312-849-2020 | 312-849-2021 | mmoody@rkmlaw.com | Counsel to Ameritech Credit Corporation d/b/a SBC Capital Services |

11/22/2006 5:27 PM
2002 List.061122

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Orrick, Herrington & Sutcliffe LLP | Alyssa Englund, Esq. | 666 Fifth Avenue | | New York | NY | 10103 | | 212-506-5187 | 212-506-5151 | aenglund@orrick.com | Counsel to IAC Hot Lines, Ltd. And AIR Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Anthony Princi Esq / Thomas J. Kent Esq. | 666 Fifth Avenue | | New York | NY | 10103 | | 212-506-5000 | 212-506-5151 | aprinci@orrick.com; tkent@orrick.com | Counsel to Ad Hoc Committee of Trade Claimants |
| Orrick, Herrington & Sutcliffe LLP | Frederick D. Holden, Jr., Esq. | 405 Howard Street | | San Francisco | CA | 94105 | | 415-773-5700 | 415-773-5759 | fholden@orrick.com | Counsel to American President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Jonathan P. Guy | The Washington Harbour | 3050 K Street, N.W. | Washington | DC | 20007 | | 202-339-8400 | 202-339-8500 | jguy@orrick.com | Counsel to Westwood Associates, Inc. |
| Orrick, Herrington & Sutcliffe LLP | Matthew W. Cheney | The Washington Harbour | 3050 K Street, N.W. | Washington | DC | 20007 | | 202-339-8400 | 202-339-8500 | mcheney@orrick.com | Counsel to Westwood Associates, Inc. |
| Orrick, Herrington & Sutcliffe LLP | Richard H. Wyron | The Washington Harbour | 3050 K Street, N.W. | Washington | DC | 20007 | | 202-339-8400 | 202-339-8500 | rwyron@orrick.com | Counsel to Westwood Associates, Inc. |
| Otterbourg, Steindler, Houston & Rosen, | Melissa A. Hager | 230 Park Avenue | | New York | NY | 10169 | | 212-661-9100 | 212-682-6104 | mhager@oshr.com | Counsel to Sharp Electronics Corporation |
| Otterbourg, Steindler, Houston & Rosen, | Scott L. Hazan | 230 Park Avenue | | New York | NY | 10169 | | 212-661-9100 | 212-682-6104 | shazan@oshr.com | Counsel to Sharp Electronics Corporation |
| Paul, Weiss, Rifkind, Wharton & Garrison | Douglas R. Davis | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | ddavis@paulweiss.com | Counsel to Norita Company and General Chemical Performance Products LLC |
| Pachulski, Stang, Ziehl, Young, Jones & Weintraub LLP | Michael R. Seidl | 919 N. Market Street, 17th Floor | P.O. Box 8705 | Wilmington | DE | 19899-8705 | | 302-652-4100 | 302-652-4400 | mseidl@pszyjw.com | Counsel for Essex Group, Inc. |
| Pachulski, Stang, Ziehl, Young, Jones & Weintraub LLP | William P. Weintraub | 780 Third Avenue, 36th Floor | | New York | NY | 10017-2024 | | 212-561-7700 | 212-561-7777 | wweintraub@pszyjw.com | Counsel for Essex Group, Inc. |
| Paul, Weiss, Rifkind, Wharton & Garrison | Stephen J. Shimshak | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3133 | 212-373-2158 | sshimshak@paulweiss.com | Counsel to Ambrake Corporation; Akebono Corporation |
| | | Cadillac Place | 3030 W. Grand Blvd, Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | | | Assistant Attorney General for State of Michigan, Department of Treasury |
| Pepper, Hamilton LLP | Anne Marie Aaronson | 3000 Two Logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | aaronsona@pepperlaw.com | Counsel to Capro, Ltd.; Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse |
| Pepper, Hamilton LLP | Francis J. Lawall | 3000 Two Logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | lawallf@pepperlaw.com | Counsel to Capro, Ltd.; Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse |
| Pepper, Hamilton LLP | Henry Jaffe | 1313 Market Street | PO Box 1709 | Wilmington | DE | 19899-1709 | | 302-777-6500 | 302-421-8390 | jaffeh@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pepper, Hamilton LLP | Linda J. Casey | 3000 Two Logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | caseyl@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pepe & Hazard LLP | Kristin B. Mayhew | 30 Jelliff Lane | | Southport | CT | 06890-1436 | | 203-259-4422 | 203-259-0251 | kmayhew@pepehazard.com | Counsel to Illinois Tool Works Inc. |
| Pierce Atwood LLP | Jacob A. Manheimer | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | 207-791-1350 | jmanheimer@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Metofe, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda.; FCI Automotive Deutschland GmbH; FCI Italia S. p.A. |

11/22/2006 5:27 PM
2002 List 061122

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pierce Atwood LLP | Keith J. Cunningham | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | 207-791-1350 | | Counsel to FCI Electronics, FCI Mechelen, S.A., FCI C.V.; FCI USA, Inc.; FCI Brazil, Ltda.; FCI Automotive Deutschland GmbH; FCI Italia S. p.A. |
| Pillsbury Winthrop Shaw Pittman LLP | Karen B. Dine | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | karen.dine@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Margot P. Erlich | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | margot.erlich@pillsburylaw.com | Counsel to MascoTech/Metaldyne Corporation, MascoTech Stamping Carolina LLC and MascoTech Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Mark D. Houle | 650 Town Center Drive | 7th Floor | Costa Mesa | CA | 92626-7122 | | 714-436-6800 | 714-436-2900 | mark.houle@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Richard L. Epling | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | richard.epling@pillsburylaw.com | Counsel to MascoTech/Metaldyne Corporation, MascoTech Stamping Carolina LLC and MascoTech Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Robin L. Spear | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | robin.spear@pillsburylaw.com | Counsel to MascoTech/Metaldyne Corporation, MascoTech Stamping Carolina LLC and MascoTech Virginia Corporation |
| Plews Hardin LLP | Richard M. Meth | P.O. Box 1945 | | Morristown | NJ | 07962-1945 | | 973-966-8300 | 973-966-1015 | rmeth@plewshardin.com | Counsel to Marshall E. Campbell Company |
| Plews Hardin LLP | Ronald S. Beacher | 7 Times Square | | New York | NY | 10036 | | 212-297-5800 | 212-682-3485 | rbeacher@plewshardin.com | Counsel to BLT IC Business Credit Corporation |
| Porzio, Bromberg & Newman, P.C. | Bret S. Moore, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 / 07962 | | 973-538-4006 | 973-538-5146 | bsmoore@pbnlaw.com | Counsel to Newman Aluminum Automotive, Inc. and Newman Aluminum Impact Extrusion, Inc. |
| Porzio, Bromberg & Newman, P.C. | John S. Mairo, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | jsmairo@pbnlaw.com | Counsel to International Automotive, Inc. and Newman Aluminum Impact Extrusion, Inc. |
| Previant, Goldberg, Uelmen, Gratz, Miller & Brueggeman, S.C. | Jill M. Huntley and Marianne G. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663, International Association of Machinists, AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Professional Technologies Services | John V. Gorman | P.O. Box #304 | | Frankenmuth | MI | 48734 | | 989-385-3220 | 989-754-7630 | jvg@covenant.com They have no email address; have to be notified by mail | Corporate Secretary for Professional Technologies Services |
| Pryor & Mandelup, LLP | Kenneth A. Reynolds | 675 Old Country Road | | Woodbury | NY | 11590 | | 516-997-0999 | 516-333-7333 | kar@pryormandelup.com | Counsel to National Molding Corporation; Security Plastics Division NMC LLC |
| MD, Inc. | Jason Peterno, Esq.; Andrew Herenstein | 10,000 Metrodic Drive | | Mt. Laurel | NJ | 08054 | | 856-840-2469 | 856-840-2850 | jpeterno@quadranglegroup.com | Counsel to Quadrangle Debt Recovery Advisors LLC; Division MMD, Inc. |
| Quadrangle Debt Recovery Advisors LLC | Andrew Herenstein | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1742 | 856-741-2900 | aherenstein@quadranglegroup.com | Counsel to Quadrangle Debt Recovery Advisors LLC |
| Quadrangle Group LLC | Panos Barelas | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1742 | 866-551-2902 | pbarelas@quadranglegroup.com | Counsel to Quadrangle Group LLC |
| Quarles & Brady Streich Lang LLP | John M. Harris | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | harrisj@quarles.com | Counsel to Offshore International, Inc., Maquilas Teta Kawi, S.A. de C.V.; On Semiconductor Corporation |
| Quarles & Brady Streich Lang LLP | Kasey C. Nye | One South Church Street | | Tucson | AZ | 85701 | | 520-770-8717 | 520-770-2203 | nyek@quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Quarles & Brady Streich Lang LLP | Scott R. Goldberg | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | goldberg@quarles.com | Counsel to Semiconductor Components Industries, Inc. |

11/22/2005 5:27 PM
2002 List 061122

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Reed Smith | Elena Lazarou | 599 Lexington Avenue | 29th Street | New York | NY | 10022 | | 212-521-5400 | 212-521-5450 | elazarou@reedsmith.com | Counsel to General Electric Capital Corporation, Strategic Asset Finance |
| Reed Smith | Richard P. Norton | One Riverfront Plaza | 1st Floor | Newark | NJ | 07102 | | 973-621-3200 | 973-621-3199 | rnorton@reedsmith.com | Counsel to Jason Incorporated, Seabrae Products Division |
| Republic Engineered Products, Inc. | Joseph Lapinsky | 3770 Embassy Parkway | | Akron | OH | 44333 | | 330-670-3034 | 330-670-3020 | | Republic Engineered Products, Inc. |
| Riddell Williams P.S. | Joseph E. Shickich, Jr. | 1001 4th Ave. | Suite 4500 | Seattle | WA | 98154-1195 | | 206-624-3600 | 206-389-1708 | jshickich@riddellwilliams.com | Counsel to Microsoft Corporation, Microsoft Licensing, GP |
| Rock and Crelly PC | Jerome F. Crelly | 55 West Monroe Street | Suite 3390 | Chicago | IL | 60603 | | 312-726-4446 | 312-726-0647 | jfcrelly@rockandcrelly.com | Counsel to Mary P. O'Neil and Liam P. O'Neil |
| Riemer & Braunstein LLP | Mark S. Scott | Three Center Plaza | | Boston | MA | 02108 | | 212-828-2000 | 212-691-3456 | mscott@riemerlaw.com | Counsel to JCK Corporation |
| Riverside Claims LLC | Holly Rogers | 2109 Broadway | Suite 206 | New York | NY | 10023 | | 212-501-0990 | 212-501-7088 | | Riverside Claims LLC |
| Robinson, McFadden & Moore, P.C. | Annemarie B. Mathews | P.O. Box 944 | | Columbia | SC | 29202 | | 803-779-8900 | 803-771-8411 | amathews@robinsonlaw.com | Counsel to Blue Cross Blue Shield of South Carolina |
| Robson, Malarki, Kohn & Berkey | Christopher Marquardt | 515 South Flower Street | Suite 1100 | Los Angeles | CA | 90071 | | 213-312-2000 | 213-312-2001 | cmarquardt@alston.com | Counsel to Brembo S.p.A./Elsalle S.P.A., AP Racing |
| Rogers & Gray LLP | Gregory O. Kaden | One International Place | | Boston | MA | 02110-2624 | | 617-951-7000 | 617-951-7050 | gkaden@rogers.com | Attorneys for DJ-1 Inc. |
| Ropes & Gray LLP | Mark R. Somerstein | 45 Rockefeller Plaza | | New York | NY | 10111-0087 | | 212-841-5700 | 212-841-5725 | mark.somerstein@ropesgray.com | Attorneys for DJ-1 Inc. |
| Rosen Slome Marder LLP | Thomas G. Slome | 333 Earle Ovington Boulevard | Suite 601 | Uniondale | NY | 11553 | | 516-227-1600 | 516-227-1601 | tslome@rosenslome.com | Counsel to LNE Electronics, Inc. |
| Russell Reynolds Associates, Inc. | Charles E. Boulbol, P.C. | 26 Broadway, 17th Floor | | New York | NY | 10004 | | 212-425-0401 | 212-425-5414 | rtrack@msn.com | Counsel to Russell Reynolds Associates, Inc. |
| Saul Ewing LLP | Charles S. Schulman / Arlene N. Gelman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | | 312-207-1000 | 312-207-6400 | cschulman@saulewing.com | Counsel to Siemens VDO Automotive Corporation |
| Schafer & Weiner PLLC | Christopher R. Belmonte | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | cbelmonte@ssbb.com | Counsel to Moody's Investors Service |
| Schafer and Weiner PLLC | Pamela A. Bosswick | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | pbosswick@ssbb.com | Counsel to Moody's Investors Service |
| Schafer and Weiner PLLC | Daniel Weiner | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | 248-540-3340 | dweiner@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Howard Borin | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | 248-540-3340 | hborin@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Max Newman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | 248-540-3340 | mnewman@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Ryan Heilman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | 248-540-3340 | rheilman@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schiffrin & Barroway, LLP | Michael Yetnikoff | 623 Fifth Avenue | 28th Floor | New York | NY | 10022 | | 212-753-5044 | 212-753-5044 | myetnikoff@sbclasslaw.com | Counsel to Maura Industries |
| Schiffrin & Barroway, LLP | William I. Kohn | 6600 Sears Tower | | Chicago | IL | 60606 | | 312-258-5600 | 312-258-5600 | wkohn@sbclasslaw.com | Counsel to Maura Industries |
| Schiffrin & Barroway, LLP | Michael Yarnoff | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7706 | 610-667-7056 | myarnoff@sbclasslaw.com | Counsel to Maura Industries |
| Schnader Harrison Segal & Lewis LLP | Sean M. Handler | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7706 | 610-667-7056 | shandler@sbclasslaw.com | Counsel to Teachers Retirement System of Oklahoma, Public Employees' Retirement System of Mississippi, Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Schulte Roth & Zabel LLP | James T. Bentley | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2273 | 212-593-5955 | james.bentley@srz.com | Counsel to Panasonic Automotive Systems Company of America |
| Schulte Roth & Zabel LLP | Michael L. Cook | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-593-5955 | michael.cook@srz.com | Counsel to Panasonic Automotive Systems Company of America; Counsel to D.C. Capital Partners, L.P. |
| Schulte Roth & Zabel LLP | Carol Weiner Levy | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-595-5955 | carol.weiner.levy@srz.com | Counsel to D.C. Capital Partners, L.P. |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Seyfarth Shaw LLP | Paul M. Basken, Esq. | 1545 Peachtree Street, N.E. | Suite 700 | Atlanta | GA | 30309-2401 | | 404-885-1500 | 404-892-7056 | pbasken@seyfarth.com | Counsel to Furukawa Electric North America, Inc. |
| Seyfarth Shaw LLP | Robert W. Dremluk, Esq. | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 | | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Furukawa Electric North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | William J. Hanlon | World Trade Center East, Suite 300, P.O. Box 3791 | Two Seaport Lane, Suite 300, P.O. Box 3791 | Boston | MA | 02210 | | 617-946-4800 | 617-946-4801 | whanlon@seyfarth.com | Counsel to Fujikura America, Inc. |
| Sheehan Phinney Bass + Green Professional Association | Bruce A. Harwood | 1000 Elm Street | P.O. Box 3701 | Manchester | NH | 03105-3701 | | 603-627-8139 | 603-627-8121 | bharwood@sheehan.com | Counsel to Source Electronics, Inc. |
| Sheldon S. Toll PLLC | Sheldon S. Toll | 2000 Town Center | Suite 2550 | Southfield | MI | 48075 | | 248-358-2460 | 248-358-2740 | lawtoll@comcast.net | Counsel to Milwaukee Investment Company |
| Shepard Mullin Richter & Hampton LLP | Eric Waters | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | 212-332-3888 | ewaters@sheppardmullin.com | Counsel to Gary Whitney |
| Shepard Mullin Richter & Hampton LLP | Malani J. Sternstein | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | 212-332-3888 | msternstein@sheppardmullin.com | Counsel to International Rectifier Corp. |
| Shepard Mullin Richter & Hampton LLP | Theodore A. Cohen | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | 213-620-1398 | tcohen@sheppardmullin.com | Counsel to International Rectifier Corp. and Gary Whitney |
| Shepard Mullin Richter & Hampton LLP | Theresa Wardle | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | 213-620-1398 | twardle@sheppardmullin.com | Counsel to International Rectifier Corp. |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 5353 Essen Lane | Suite 650 | Baton Rouge | LA | 70809 | | 225-751-2183 | 225-751-7874 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 909 Poydras Street | 28th Floor | New Orleans | LA | 70112-1033 | | 504-299-2100 | 504-299-2300 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Shipman & Goodwin LLP | Jennifer L. Adamy | One Constitution Plaza | | Hartford | CT | 06103-1919 | | 860-251-5811 | 860-251-5218 | jadamy@goodwin.com | Counsel to Fortune Plastics Company of Indiana, Inc.; Universal Metal Hose Co. |
| Sills Cummis Epstein & Gross, P.C. | Andrew R. Sherman | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | asherman@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills Cummis Epstein & Gross, P.C. | Jack M. Zackin | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | jzackin@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sony Electronics Inc. | Lloyd B. Sarakin - Chief Counsel, Finance and Credit | 1 Sony Drive | MD #1 E-4 | Park Ridge | NJ | 07656 | | 201-930-7483 | | lloyd.sarakin@am.sony.com | Counsel to Sony Electronics, Inc. |
| Silver Point Capital, L.P. | Chaim J. Fortgang | Two Greenwich Plaza | 1st Floor | Greenwich | CT | 06830 | | 203-542-4218 | 203-542-4100 | cfortgang@silverpointcapital.com | Counsel to Silver Point Capital, L.P. |
| Smith, Gambrell & Russell, LLP | Barbara Ellis-Monro | 1230 Peachtree Street, N.E. | Suite 3100 | Atlanta | GA | 30309 | | 404-815-3500 | 404-815-3509 | bellismonro@sgrlaw.com | Counsel to Southwire Company |
| Smith, Katzenstein & Furlow LLP | Kathleen M. Miller | 800 Delaware Avenue, 7th Floor | P.O. Box 410 | Wilmington | DE | 19899 | | 302-652-8400 | 302-652-8405 | kmiller@skfdelaware.com | Counsel to Angus, Inc. |
| Sonnenschein Nath & Rosenthal LLP | D. Farrington Yates | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | | 212-768-6700 | 212-768-6800 | dyates@sonnenschein.com | Counsel to Mokoe, Inc. and IRA USA, Inc. |
| Sonnenschein Nath & Rosenthal LLP | Robert E. Richards | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | 312-876-7934 | rrichards@sonnenschein.com | Counsel to Mokoe, Inc. and IRA USA, Inc. |
| Squire, Sanders & Dempsey L.L.P. | Eric Marcks | One Maritime Plaza | Suite 300 | San Francisco | CA | 94111-5402 | | 415-954-0200 | 415-393-9887 | emarcks@ssd.com | Counsel to Michigan Heritage Bank; MHB Leasing, Inc. |
| Squire, Sanders & Dempsey, L.L.P. | Penn Ayers Butler | 600 Hansen Way | | Palo Alto | CA | 94304 | | 650-856-6500 | 650-843-8777 | pbutler@ssd.com | Counsel to Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| State of California Office of the Attorney General | Sarah E. Morrison, Deputy Attorney General | 300 South Spring Street, Ste 1702 | | Los Angeles | CA | 90013 | | 213-897-2640 | 213-897-2802 | sarah.morrison@doj.ca.gov | Counsel to State of California, Department of Toxic Substances |
| State of Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency | Roland Hwang, Assistant Attorney General | 3030 W. Grand Boulevard | Suite 9-600 | Detroit | MI | 48202 | | 313-456-2210 | 313-456-2201 | hwangr@michigan.gov | Assistant Attorney General for State of Michigan, Unemployment Insurance Agency / Counsel to Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency |
| Steel Technologies, Inc. | John M. Baumann | 15415 Shelbyville Road | | Louisville | KY | 40245 | | 502-245-0322 | 502-245-0542 | jbaumann@steeltechnologies.com | Counsel to Steel Technologies, Inc. |
| Stein, Rudser, Cohen & Magid LLP | Robert F. Kidd | 825 Washington Street | Suite 200 | Oakland | CA | 94607 | | 510-208-5500 | 510-987-6533 | rkidd@srcm-law.com | Counsel to Exsar Global Logistics, Inc. |

11/22/2005 6:27 PM
2002 List 06:11:22

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Stahlberg Shapiro & Cook | Mark R. Shapiro | 24001 Northwestern Highway | Suite 611 | Southfield | MI | 48075 | | 248-352-4700 | 248-352-4646 | | Counsel to Doican Inhances America Corp. |
| Stevens & Lee, P.C. | Jeffrey S. Poulis | 50 West State Street, Suite 1400 | PO Box 1298 | Trenton | NJ | 08607-1298 | | 609-392-2100 | 609-392-7956 | poulis@stevenslee.com | Counsel to Terexi International, Inc.; Crown Enterprises, Inc.; Economy Transport, Inc.; Logistics |
| Stevens & Lee, P.C. | Chester B. Salomon, Esq.; Constantine D. Pourakis, Esq. | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-319-8005 | | cp@stevenslee.com | Counsel to Tenoti Canada Ltd; V.J. Electronic, Inc. and Insight Corp (LINC), Universal Am-Can, LLC; Universal Truckload Services, Inc. |
| Stinson Morrison Hecker LLP | Mark A. Shaiken | 1201 Walnut Street | | Kansas City | MO | 64106 | | 816-842-8600 | 816-691-3495 | mshaiken@stinsonmoheck.com | Counsel to Thyssenkrupp Waupaca, Inc. and Thyssenkrupp |
| Stites & Harbison PLLC | Madison C. Cashman | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-0200 | 615-782-2371 | robert.dootran@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison PLLC | Robert C. Goodrich, Jr. | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-0200 | 615-782-2371 | mcashman.cashman@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison, PLLC | W. Robinson Beard, Esq. | 400 West Market Street | | Louisville | KY | 40202 | | 502-681-0444 | 502-779-8274 | rbeard@stites.com | Counsel to Setech, Inc. (USA), Inc. and Andale Corporation |
| Stroock & Stroock & Lavan, LLP | Joseph G. Minias | 180 Maiden Lane | | New York | NY | 10038 | | 212-806-5400 | 212-806-6006 | jminias@stroock.com | Counsel to BTS Copyka LP; 1401 Troy Associates Partnership; 1401 Troy Associates Limited Partnership c/o Elkin Properties, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership DP9 Information Services, Inc.; Elkin Management Services, Inc. and Elkin Real Properties |
| Stroock & Stroock & Lavan, LLP | Kristopher M. Hansen | 180 Maiden Lane | | New York | NY | 10038 | | 212-806-5400 | 212-806-6006 | khansen@stroock.com | Counsel to BTS Copyka LP; 1401 Troy Associates Limited Partnership c/o Elkin Properties, Inc.; Associated LP; Brighton Limited Partnership; DP9 Information Services, Inc.; Elkin Management Services, Inc. and Elkin Real Properties |
| Stutzman Bromberg Esserman & Plifka | Robert N. Steinwurtzel | The Washington Harbour | 3000 K Street, N.W. Suite 300 | Washington | DC | 20007 | | 202-424-7500 | 202-424-7645 | steinwurtzel@stroock.com | Attorneys for Sanders Lead Co., Inc. |
| Taft, Stettinius & Hollister LLP | Richard L. Ferrell | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202-3957 | | 513-381-2838 | | ferrell@taftlaw.com | Counsel to Wren Industries, Inc. |
| Taft, Stettinius & Hollister LLP | W. Timothy Miller Esq. | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202 | | 513-381-2838 | 513-381-0205 | miller@taftlaw.com | Counsel to Select Industries Corporation and Acme Systems, Inc. |
| Tennessee Department of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | | Nashville | TN | 37202-0207 | | 615-532-2504 | 615-741-3334 | memcri.clement@tn.gov | Tennessee Department of Revenue |
| Thelen Law LLP | David B. Draper | 60 S. Market Street | Suite 200 | San Jose | CA | 95113 | | 408-296-1200 | 408-998-4695 | ddraper@thelen.com | Counsel to Maxim Integrated Products, Inc. |
| Thacher Proffitt & Wood LLP | Jonathan D. Frantz | Two World Financial Center | | New York | NY | 10281 | | 212-612-7816 | 212-912-7751 | jfrantz@tpw.com | Company |
| Thacher Proffitt & Wood LLP | Louis A. Curcio | Two World Financial Center | | New York | NY | 10281 | | 212-912-7607 | 212-912-7751 | jfrantz@tpw.com | Counsel to TT Electronics, Plc |
| The Furukawa Electric Co., Ltd. | Mr. Tetsuhiro Mizaki | 6-1 Marunouchi | 2-Chrome, Chyoda-Ku | Tokyo | Japan | 100-8322 | | 81-3-3286- | 81-3-3286- | | Counsel to TT Electronics, Plc; Legal Department of The Furukawa Electric Co., Ltd |
| The Timken Corporation SIC-08 | Robert Morris | 1835 Dueber Ave. SW | | Canton | OH | 44706-0927 | | 330-438-3000 | 1-300-471- | robert.morris@timken.com | Representatives for Timken Corporation |
| Thelen Reid & Priest LLP | Daniel A. Lowenthal | 875 Third Avenue | PO Box 6927 | New York | NY | 10022 | | 212-603-2000 | 212-603-2001 | dalowenthal@thelenreid.com | Counsel to OKI Semiconductor Company |
| Thelen Reid & Priest LLP | David A. Lowenthal | 875 Third Avenue | | New York | NY | 10022 | | 212-603-2000 | 212-603-2001 | dlowenthal@thelenreid.com | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation |
| Thompson & Knight | Rhett G. Campbell | 333 Clay Street | Suite 3300 | Houston | TX | 77002 | | 713-654-1871 | 713-654-1871 | rhett.campbell@tklaw.com | Counsel to STMicroelectronics, Inc. |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Thompson & Knight LLP | Ira L. Herman | 919 Third Avenue | 39th Floor | New York | NY | 10022-3915 | | 212-751-3245 | 212-658-9131 | ira.herman@tklaw.com | Counsel to Victory Packaging |
| Thompson & Knight LLP | John S. Brannon | 1700 Pacific Avenue | Suite 3300 | Dallas | TX | 75201-4693 | | 214-969-1555 | 214-969-1751 | john.brannon@tklaw.com | Counsel to Victory Packaging |
| Thummel & Phillips, P.C. | Ed Phillips, Jr. | 8000 IH 10 West | Suite 1000 | San Antonio | TX | 78230 | | 210-341-0300 | 210-344-6490 | ephillips@thummel-phillips.com | Counsel to RydMay, Inc. d/b/a Precision Mold and Tool Group |
| Tilli & Katz, LLP | Albert Togut, Esq. | One Penn Plaza | Suite 3335 | New York | NY | 10119 | | 212-594-5000 | 212-967-4258 | | Counsel to Bank of Lincolnwood |
| Togut, Segal & Segal LLP | Maura I. Russell | One Penn Plaza | Suite 3335 | New York | NY | 10119 | | 212-594-5000 | 212-967-4258 | law@teamtogut.com | Counsel to SETECH, Inc. |
| Traub, Bonacquist & Fox LLP | Wendy G. Marcari | 655 Third Avenue | 21st Floor | New York | NY | 10017 | | 212-476-4787 | | wmarcari@traublaw.com | Counsel to SPCP Group LLC |
| Tyler, Cooper & Alcorn, LLP | W. Jos Wilson | City Place | 35th Floor | Hartford | CT | 06103-3488 | | 860-725-6200 | 860-278-3802 | jwilson@tylercooper.com | Counsel to Barnes Group, Inc. |
| Underberg & Kessler LLP | Helen Zamboni | 300 Bausch & Lomb Place | | Rochester | NY | 14604 | | 585-258-2800 | 585-258-2821 | hzamboni@underbergkessler.com | Counsel to Mallpin Industries, Inc. |
| Union Pacific Railroad Company | Mary Ann Kilgore | 1400 Douglas Street | MC-1580 | Omaha | NE | 68179 | | 402-544-4163 | 402-501-0127 | makilgore@up.com | Counsel to Union Pacific Railroad Company |
| United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union (USW), AFL-CIO | David Jury, Esq. | Five Gateway Center | Suite 807 | Pittsburgh | PA | 15222 | | 412-562-2549 | 412-562-2429 | djury@usw.org | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union (USW), AFL-CIO |
| Varnum, Riddering, Schmidt & Howlett LLP | Michael S. McElwee | Bridgewater Place | P.O. Box 352 | Grand Rapids | MI | 49501-0352 | | 616-336-6827 | 616-336-7000 | msmcelwee@varnumlaw.com | Counsel to Furukawa Electric North America APD |
| Vorys, Sater, Seymour and Pease LLP | Robert J. Sidman, Esq. | 52 East Gay Street | P.O. Box 1008 | Columbus | OH | 43216-1008 | | 614-464-6422 | 614-719-4675 | rjsidman@vorys.com | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers Union (USW), AFL-CIO |
| Vorys, Sater, Seymour and Pease LLP | Tiffany Strelow Cobb | 52 East Gay Street | | Columbus | OH | 43215 | | 614-464-8322 | 614-719-4663 | tscobb@vorys.com | Counsel to America Drilling, Inc. and its Subsidiaries and Affiliates |
| Vedder, Lipton, Rosen & Katz | Emil A. Kleinhaus | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | eakleinhaus@wlrk.com | Counsel to Capital Research and Management Company |
| Wachtell, Lipton, Rosen & Katz | Richard G. Mason | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | RAMason@wlrk.com | Counsel to Capital Research and Management Company |
| Waller Lansden Dortch & Davis, PLLC | David E. Lemke, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | david.lemke@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Waller Lansden Dortch & Davis, PLLC | Robert J. Welhoelter, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | robert.welhoelter@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Warner Norcross & Judd LLP | Gordon J. Toering | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2185 | 616-222-2185 | gtoering@wnj.com | Counsel to Robert Bosch Corporation |
| Warner Norcross & Judd LLP | Michael G. Cruse | 2000 Town Center | Suite 2700 | Southfield | MI | 48075 | | 248-784-5131 | 248-603-9631 | mcruse@wnj.com | Counsel to Compuware Corporation |
| Warner Norcross & Judd LLP | Stephen B. Grow | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2158 | | sgrow@wnj.com | Counsel to Behr Industries Corp. |
| Warner Stevens, L.L.P. | Michael D. Warner | 301 Commerce Street | Suite 1700 | Fort Worth | TX | 76102 | | 817-810-5250 | 817-810-5255 | | Counsel to Electronic Data Systems Corp. and EDS Information Services, L.L.C. |
| Weil, Gotshal & Manges LLP | Lori R. Fife | 767 Fifth Avenue | | New York | NY | | | | | | Counsel to Delphi Corporation |
| Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP | Lei Lei Wang Ekvall | 650 Town Center Drive | Suite 950 | Costa Mesa | CA | 92626 | | 714-966-1000 | 714-966-1002 | lekvall@wgllp.com | Counsel to Toshiba America Electronic Components, Inc. |
| Whiteman, Osterman & Hanna LLP | Arnn Onstadegon | 1901 Century / Park East | #1150 | Los Angeles | CA | 90067 | | 310-203-9393 | 310-203-8110 | aonstadegon@whodemn.com | Counsel to Orion Industries |
| Whiteman, Weinberg & Reis Co., L.P.A. | Geoffrey J. Peters | 175 South Third Street | Suite 900 | Columbus | OH | 43215 | | 614-857-4326 | 614-222-2183 | gpeters@weltman.com | Counsel to Seven Seventeen Credit Union |
| White & Case LLP | Glenn Kurtz | 1155 Avenue of the Americas | | New York | NY | 10036-2787 | | 212-819-8200 | | gkurtz@whitecase.com | Counsel to Appaloosa Management, L.P. |
| | Gerard Uzzi | | | | | | | | | guzzi@whitecase.com | Counsel to Appaloosa Management, L.P. |
| | Douglas Baumstein | | | | | | | | | dbaumstein@whitecase.com | Counsel to Appaloosa Management, L.P. |
| White & Case LLP | Thomas Lauria | Wachovia Financial Center | 200 South Biscayne Blvd., Suite 4900 | Miami | FL | 33131 | | 305-371-2700 | 305-358-5744 | tlauria@whitecase.com | Counsel to Appaloosa Management, L.P. |
| | Frank Eaton | | | | | | | | | featon@whitecase.com | |
| Whyte Hirschboeck Dudek S.C. | Bruce G. Arnold | 555 East Wells Street | Suite 1900 | Milwaukee | WI | 53202-4894 | | 414-273-2100 | 414-223-5000 | barnold@whdlaw.com | Counsel to Schunk Graphite Technology |
| Winstead Sechrest & Minick P.C. | Berry D. Spears | 401 Congress Avenue | Suite 2100 | Austin | TX | 78701 | | 512-370-2800 | 512-370-2850 | bspears@winstead.com | Counsel to National Instruments Corporation |
| Winstead Sechrest & Minick P.C. | R. Michael Farquhar | 5400 Renaissance Tower | 1201 Elm Street | Dallas | TX | 75270 | | 214-745-5400 | 214-745-5390 | mfarquhar@winstead.com | Counsel to National Instruments Corporation |
| Winthrop Couchot Professional Corporation | Marc J. Winthrop | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | mwinthrop@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Winthrop Couchot Professional Corporation | Sean A. O'Keefe | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | sokeefe@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |

In re: Delphi Corporation, et al.,
Case No. 05-44481 (RDD)

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WL, Ross & Co, LLC | Oscar greess | 600 Lexington Avenue | 19th Floor | New York | NY | 10022 | | 212-626-1100 | 212-317-4593 | oglaress@Wkross.com | Counsel to WL, Ross & Co, LLC |
| Womble Carlyle Sandridge & Rice, PLLC | Lillian H. Pinto | 300 North Greene Street | Suite 1900 | Greensboro | NC | 27402 | | 336-574-8056 | 336-574-4628 | lpinto@wcsr.com | Counsel to Armacell |
| Wachtner Ellman & Krause LLP | Peter Janovsky | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | pjanovsky@zeklaw.com | Counsel to Toyoda Tsusho America, Inc. and Kurt Kofler, KG aka Kurt Kofner, KG |
| Wachtner Ellman & Krause LLP | Stuart Krause | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | skrause@zeklaw.com | Counsel to Toyoda Tsusho America, Inc. |

11/22/2006 5:27 PM
2002 List 061122

# EXHIBIT M

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
     In re                        :     Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :    Case No. 05-44481 (RDD)
                                          :
                 Debtors.   :     (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### ORDER GRANTING THIRD INTERIM APPLICATION OF BANNER & WITCOFF, LTD., INTELLECTUAL PROPERTY COUNSEL TO DELPHI CORPORATION, FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the third interim application of Banner & Witcoff, Ltd. for allowance of interim compensation and reimbursement of expenses (the "Third Interim Banner Application") for professional services and expenses incurred during the period commencing June 1, 2006 through September 30, 2006; and a hearing having been held before this court to consider the Third Interim Banner Application on November 30, 2006; and notice having been given pursuant to the Federal Rules of Bankruptcy Procedure 2002(a)(7) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefore, it is hereby:

ORDRED that the Third Interim Banner Application is granted to the extent set forth in Schedule "A."

Dated:  New York, New York
        November 30, 2006

                                   _____
                                   United States  Bankruptcy Judge
                                   Southern District of New York

Case No. 05-4481(RDD)
Case Name: Delphi Corporation

CURRENT FEE PERIOD: February 1, 2006 through May 31, 2006

| APPLICANT | DATE/DOCUMENT NO. OF APPLICATION | FEES REQUESTED | FEES AWARDED | EXPENSES REQUESTED | EXPENSES AWARDED |
|---|---|---|---|---|---|
| Banner & Witcoff, Ltd. | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |

SCHEDULE A(I)
USBJ

DATE: November 30, 2006

INITIALS: