Hearing Date and Time: November 30, 2006 at 10:00 am

BUCHANAN INGERSOLL & ROONEY PC
One Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 440-4400
Facsimile: (212) 440-4401
E-mail: susan.persichilli@bipc.com
Susan P. Persichilli, Esq. (SP- 0368)

*Attorneys for ATEL Leasing Corporation,
as agent for Eireann II, CAI-UBK Equipment,
CAI-ALJ Equipment, II BU de Mexico
S.A. de C.V .and Eireann* III

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :    Chapter 11
In re:                                                             :
                                                                   :    Case No. -05-44481 (RDD)
DELPHI CORPORATION, et al.,                                        :
                                                                   :    (Jointly Administered)
                             Debtors.                              :
------------------------------------------------------------------ X

**JOINDER OF ATEL LEASING CORPORATION, AS AGENT
TO THE OBJECTIONS OF ORIX WARREN, LLC AND HITACHI CHEMICAL
(SINGAPORE) PTE. LTD. TO MOTION FOR ORDER PURSUANT TO 11 U.S.C.
§ § 502(C) AND FED. R. BANKR. P. 2002(M), 3007, 7016, 7026, 9006, 9007, AND 9014
ESTABLISHING (I) DATES FOR HEARINGS REGARDING DISALLOWANCE OR
ESTIMATION OF CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES
GOVERNING HEARINGS REGARDING DISALLOWANCE OR ESTIMATION OF
CLAIMS**

ATEL Leasing Corporation ("ATEL") as agent for: (i) Eireann II, a division of ATEL

Transatlantic Investors, Inc. ("ATI"), (ii) CAI-UBK Equipment, a division of ATI, (iii) CAI-ALJ

Equipment , a division of ATI, (iv) II Bu de Mexico S.A. de C.V., and (v) Eireann III, a division of

ATEL Transatlantic Investors II, Inc. (collectively, the "Claimants"), by and through its counsel,

Buchanan Ingersoll & Rooney PC, hereby respectfully joins in the Objections of Orix Warren, LLC

1

and Hitachi Chemical (Singapore) PTE. LTD. (the "Objections") To Motion for Order Pursuant to 11 U.S.C. § § 502(C) and Fed. R. Bankr. P. 2002(M), 3007, 7016, 7026, 9006, 9007, and 9014 Establishing (i) Dates for Hearings Regarding Disallowance or Estimation of Claims and (ii) Certain Notices and Procedures Governing Hearings Regarding Disallowance or Estimation of Claims, dated October 31, 2006 (the "Motion"). In support of the Objection, the ATEL states as follows:

1. On July 28, 2006, ATEL timely filed a proof of claim, Claim No. 12195 (the "Proof of Claim"), against Delphi Corporation, *et al.* and Delphi Automotive Systems, Inc. for amounts due and owing to ATEL under certain equipment leases.

2. On October 31, 2006, the Debtors filed the Third Omnibus Objection to Claims seeking to expunge and disallow the Proof of Claim, and on November 22, 2006, ATEL filed its Response to the Third Omnibus Objection to Claims.

3. On October 31, 2006, the Debtors filed the Motion seeking approval of an order setting forth procedures governing objections to claims and estimation of claims.

4. Numerous creditors, including Hitachi Chemical (Signapore) PTE LTD and Orix Warren, LLC (See Document Nos. 5664 and 5747 filed on the Court's electronic docket system), have filed substantive objections to the Motion.

5. ATEL believes that the relief requested in the Motion is inappropriate as the procedures proposed by the Debtors in the Motion are onerous, totally one sided and fundamentally unfair to the creditors of the Debtors' estate as the procedures impose an unreasonable burden upon them. In sum, the proposed procedures governing objections to claims and estimation thereof are contrary to notions of due process. Accordingly, ATEL joins in the Objections.

6. Additionally, ATEL respectfully reserves all rights to be heard before this Court in connection with the Motion.

WHEREFORE, for the reasons set forth herein and in the Objections, ATEL respectfully requests that the Court deny the Motion and award such other and further relief as the Court deems just and proper.

Dated: New York, New York
       November 29, 2006

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**
*Attorneys for ATEL Leasing Corporation as agent for Eireann II, CAI-UBK Equipment, CAI-ALJ Equipment, II BU de Mexico S.A. de C.V .and Eireann III*

By:   /s/Susan P. Persichilli
      Susan P. Persichilli, Esq. (SP - 0368)

      One Chase Manhattan Plaza
      New York, New York 10005
      Telephone: (212) 440-4400
      Facsimile: (212) 440-4401
      E-mail: susan.persichilli@bipc.com