BUCHANAN INGERSOLL & ROONEY PC
One Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 440-4400
Facsimile: (212) 440-4401
E-mail: susan.persichilli@bipc.com
Susan P. Persichilli, Esq. (SP- 0368)

*Attorneys for ATEL Leasing Corporation,*
*as agent for Eireann II, CAI-UBK Equipment,*
*CAI-ALJ Equipment, II BU de Mexico*
*S.A. de C.V .and Eireann* III

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :    Chapter 11
In re:                                                       :
                                                             :    Case No. -05-44481 (RDD)
DELPHI CORPORATION, et al.,                                  :
                                                             :    (Jointly Administered)
                               Debtors.                      :
------------------------------------------------------------ X

STATE OF NEW YORK    )
                     )ss:    **AFFIDAVIT OF SERVICE BY**
COUNTY OF NEW YORK   )       **FIRST CLASS MAIL**

**I, ANNALIA R. GONZALEZ**, being duly sworn, deposes and says:

1. I am not a party to the within action, am over 18 years of age and am employed at Buchanan Ingersoll & Rooney PC, One Chase Manhattan Plaza, 35th Floor, New York, New York 10005.

That on November 29, 2006, I served a true copy of the **JOINDER OF ATEL LEASING CORPORATION, AS AGENT TO THE OBJECTIONS OF ORIX WARREN, LLC AND HITACHI CHEMICAL (SINGAPORE) PTE. LTD. TO MOTION FOR ORDER PURSUANT**

**TO 11 U.S.C. § § 502(C) AND FED. R. BANKR.P. 2002(M), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING DISALLOWANCE OR ESTIMATION OF CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING HEARINGS REGARDING DISALLOWANCE OR ESTIMATION OF CLAIMS** upon:

Delphi Corporation
*Debtor*
5725 Delphi Drive
Troy, Michigan 48098

John Wm. Butler, Jr., Esq.
*Counsel to Debtor*
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Kenneth S. Ziman, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017

Marlane Melican, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Robert J. Rosenberg, Esq.
Mark A. Broude, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022

Bonnie Steingart, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004

Alicia M. Leonhard, Esq.
*United States Trustee*
33 Whitehall Street, Sutie 2100
New York, New York 10004

via fax.

                                               /s/ Annalia R. Gonzalez
                                               Annalia R. Gonzalez

Sworn to before me this
29th day of November 2006


 /s/ Susan P. Persichilli
NOTARY PUBLIC
Susan Persichilli
Notary Public, State of New York
No. 01PE4778216
Qualified in New York County
Commission Expires December 31, 2009

3