**EXHIBIT A-2 - UNTIMELY EQUITY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ALFRED KOURBAGE<br>148 HUNTER AVE<br>STATEN ISLAND, NY 10306-3417 | 16209 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 08/14/2006 | DELPHI CORPORATION<br>(05-44481) |
| BARBARA B KELLEY<br>551 FERRY RD<br>ORANGE, CT 06477-2504 | 16326 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 09/19/2006 | DELPHI CORPORATION<br>(05-44481) |
| BEBY SHUFFURA OVERTON<br>1296 WORCESTER RD 2313<br>FRAMINGHAM, MA 01702-8944 | 16211 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 08/16/2006 | DELPHI CORPORATION<br>(05-44481) |
| BRUCE A KLEIN AND JACQUELINE<br>KLEIN JT TEN<br>4276 SO 150 AVE<br>OMAHA, NE 68137-5148 | 16287 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 09/06/2006 | DELPHI CORPORATION<br>(05-44481) |
| CARMELITA BUCHANAN<br>683 WETHERBY LN<br>DEVON, PA 19333-1856 | 16252 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 08/22/2006 | DELPHI CORPORATION<br>(05-44481) |
| CLEOTA M MISHMASH TR<br>DECLARATION OF TRUST<br>UA 091995<br>19407 S STATE RTE Y<br>BELTON, MO 64012-9617 | 16210 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 08/16/2006 | DELPHI CORPORATION<br>(05-44481) |
| DELPHINE G MURZIN<br>36500 MARKET APT 305<br>WESTLAND, MI 48185-3242 | 13808 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 08/21/2006 | DELPHI CORPORATION<br>(05-44481) |
| ELIZABETH P MARECEK TR<br>ELIZABETH P MARECEK TRUST<br>UA 71800<br>501 SUMMIT AVE<br>W CHICAGO, IL 60185-2852 | 16214 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,421.09<br>Total: $3,421.09 | 08/16/2006 | DELPHI CORPORATION<br>(05-44481) |

**EXHIBIT A-2 - UNTIMELY EQUITY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| EMMA S ORSINI<br>39 SAYRE ST<br>ELIZABETH, NJ 07208-3652 | 16309 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 09/13/2006 | DELPHI CORPORATION (05-44481) |
| FLEMING D ROACH TR<br>FLEMING D ROACH REVOCABLE<br>LIVING TRUST UA 022500<br>6000 SAN JOSE BLVD APT 1201<br>JACKSONVILLE, FL 32217 | 16286 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 09/06/2006 | DELPHI CORPORATION (05-44481) |
| HARRY D LEVYSSOHN<br>1519 E SHAMWOOD ST<br>WEST COVINA, CA 91791-1319 | 16207 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 08/14/2006 | DELPHI CORPORATION (05-44481) |
| JANE S PIERSON<br>184 BROOKS LANDING DR<br>WINSTON SALEM, NC 27106-4359 | 16339 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,565.00<br>Total: $2,565.00 | 09/29/2006 | DELPHI CORPORATION (05-44481) |
| JOSEPH E PICHARELLA AND NANCY A PICHARELLA JT TEN<br>120 DUDLEY ST<br>DUNMORE, PA 18512-2759 | 15884 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| LAWRENCE V GRANDBERRY<br>6708 MANDERLAY DR<br>CHARLOTTE, NC 28214-2837 | 16217 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 08/16/2006 | DELPHI CORPORATION (05-44481) |
| LESTER GOAD TR UA DTD 91801 THE LESTER GOAD LIVING TRUST<br>167 SCHOOL ST<br>LITTLETON, NH 03561-4822 | 16351 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 10/05/2006 | DELPHI CORPORATION (05-44481) |
| MARY E MAISEL TTEE | 13805 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 08/17/2006 | DELPHI CORPORATION (05-44481) |

EXHIBIT A-2 - UNTIMELY EQUITY CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| RICHARD R GONZALEZ SR TR<br>RICHARD R GONZALEZ SR TRUST<br>UA 101497<br>2901 190TH ST<br>LANSING, IL 60438-3451 | 15825 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$525.00<br>$525.00 | 08/09/2006 | DELPHI CORPORATION<br>(05-44481) |
| ROBERT J HATHON<br>37881 BIG HAND RD<br>RICHMOND, MI 48062-4309 | 16304 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$2,000.00<br>$2,000.00 | 09/12/2006 | DELPHI CORPORATION<br>(05-44481) |
| SANFORD A SIMON<br>5618 FOREST GLEN DR SE<br>ADA, MI 49301-9111 | 15881 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$3,000.00<br>$3,000.00 | 08/09/2006 | DELPHI CORPORATION<br>(05-44481) |
| SONDRA L DREYSTADT<br>38 PAMMYS PATH<br>NORTH EASTON, MA 02356-2123 | 16353 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 10/05/2006 | DELPHI CORPORATION<br>(05-44481) |
| STEVEN SANDERS<br>1014 WOODSIDE DR<br>ROSELLE, IL 60172-2730 | 16269 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $7,636.86<br><br><br><br>$7,636.86 | 08/25/2006 | DELPHI CORPORATION<br>(05-44481) |
| TESS NEWMAN AND VIRGINIA L<br>NEWMAN JT TEN<br>9050 ASHCROFT AVE APT 2<br>LOS ANGELES, CA 90048-1705 | 16343 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 10/02/2006 | DELPHI CORPORATION<br>(05-44481) |
| THE DEPOSITORY TRUST CO<br>130 WOODHAVEN CIR<br>HATTIESBURG, MS 39402 | 16272 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$20,775.00<br>$20,775.00 | 08/28/2006 | DELPHI CORPORATION<br>(05-44481) |
| THE ELIZABETH W LOREDAY TRUST<br>40 LEWIS RD<br>SWAMPSCOTT, MA 01907 | 16310 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 09/13/2006 | DELPHI CORPORATION<br>(05-44481) |

**EXHIBIT A-2 - UNTIMELY EQUITY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| VALERIE A DUTTON AND<br>DAVID H DUTTON JT TEN<br>1090 WOODVIEW DR<br>FLINT, MI 48507-4720 | 16216 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 08/16/2006 | DELPHI CORPORATION<br>(05-44481) |
| VIRGINIA FLETCHER<br>2808 W CAVETT DR<br>SHREVEPORT, LA 71104-3912 | 15960 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$490.00<br>$490.00 | 08/02/2006 | DELPHI CORPORATION<br>(05-44481) |
| WENDALL C BAUMAN JR<br>137 PRIMROSE PL<br>SAN ANTONIO, TX 78209-3832 | 16349 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$435.48<br>$435.48 | 10/03/2006 | DELPHI CORPORATION<br>(05-44481) |
| WILLIAM R JAHN<br>46180 SUGARBUSH<br>CHESTERFIELD, MI 48047-5231 | 16254 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$150,000.00<br><br><br>$150,000.00 | 08/23/2006 | DELPHI CORPORATION<br>(05-44481) |

**Total:** 28    $190,848.43