**EXHIBIT B - CLAIMS DUPLICATIVE OF CONSOLIDATED TRUSTEE OR AGENT CLAIMS**

| Claim to be Expunged | Surviving Claim |
|---|---|
| Claim Number: 15605<br>Date Filed: 07/31/2006<br>Claimant Name and Address:<br>DEPOSITORY TRUST CO<br>LORA BOWSER<br>55 WATER ST 50TH FL<br>NEW YORK, NY 10041<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $8,567,291.67<br>Total: $8,567,291.67 | Claim Number: 10271<br>Date Filed: 07/24/2006<br>Claimant Name and Address:<br>WILMINGTON TRUST COMPANY AS INDENTURE TRUSTEE<br>ATTN EDWARD M FOX ESQ<br>KIRKPATRICK & LOCKHART NICHOLOSN GR<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,044,593,403.00<br>Total: $2,044,593,403.00 |
| Claim Number: 8153<br>Date Filed: 06/19/2006<br>Claimant Name and Address:<br>DEPOSITORY TRUST CO OLGA B HART ED ED TRUST<br>ROBERT WASKO TRUSTEE<br>2094 MILLER CRK<br>DULUTH, MN 55811-1805<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $20,000.00<br>Total: $20,000.00 | Claim Number: 10271<br>Date Filed: 07/24/2006<br>Claimant Name and Address:<br>WILMINGTON TRUST COMPANY AS INDENTURE TRUSTEE<br>ATTN EDWARD M FOX ESQ<br>KIRKPATRICK & LOCKHART NICHOLOSN GR<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,044,593,403.00<br>Total: $2,044,593,403.00 |
| Claim Number: 14249<br>Date Filed: 07/31/2006<br>Claimant Name and Address:<br>DEPOSITORY TRUST COMPANY TREASURER DEPT<br>CO SHERRY F HARDY ESQ<br>THE LINCOLN NATIONAL LIFE INS CO<br>DELAWARE INVESTMENT ADVISORS<br>2005 MARKET ST<br>PHILADELPHIA, PA 19103<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,204,175.35<br>Total: $1,204,175.35 | Claim Number: 11047<br>Date Filed: 07/26/2006<br>Claimant Name and Address:<br>JPMORGAN CHASE BANK NA AS ADMINISTRATIVE AGENT FOR THE LENDERS UNDER THE THIRD AMENDED AND RESTATED CREDI<br>ATTN THOMAS MAHER<br>JPMORGAN CHASE BANK NA AS ADMINISTR<br>270 PARK AVE 20TH FL<br>NEW YORK, NY 10017<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured: $2,547,541,816.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $2,547,541,816.00 |
| Claim Number: 10822<br>Date Filed: 07/25/2006<br>Claimant Name and Address:<br>DEPOSITORY TRUST COMPANY TREASURERS DEPT<br>ALBAN THIERY<br>3100 VALENTINO CT<br>OAKTON, VA 22124<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $30,000.00<br>Total: $30,000.00 | Claim Number: 10271<br>Date Filed: 07/24/2006<br>Claimant Name and Address:<br>WILMINGTON TRUST COMPANY AS INDENTURE TRUSTEE<br>ATTN EDWARD M FOX ESQ<br>KIRKPATRICK & LOCKHART NICHOLOSN GR<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,044,593,403.00<br>Total: $2,044,593,403.00 |

In re Delphi Corporation, et al.   05-44481-rdd   Doc 5953-2   Filed 11/29/06   Entered 11/29/06 18:27:25   Exhibit B to Proposed Order   Pg 2 of 7

Second Omnibus Claims Objection

**EXHIBIT B - CLAIMS DUPLICATIVE OF CONSOLIDATED TRUSTEE OR AGENT CLAIMS**

| Claim to be Expunged | Surviving Claim |
|---|---|
| Claim Number: 7824<br>Date Filed: 06/12/2006<br>Claimant Name and Address:<br>DEPOSITORY TRUST COMPANY TREASURERS DEPT<br>DAVID S CARR TRUST V A<br>DTD 10-13-94<br>4241 ST ANDREWS PLACE<br>CINCINNATI, OH 45236<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured: $712.50<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $712.50 | Claim Number: 10271<br>Date Filed: 07/24/2006<br>Claimant Name and Address:<br>WILMINGTON TRUST COMPANY AS INDENTURE TRUSTEE<br>ATTN EDWARD M FOX ESQ<br>KIRKPATRICK & LOCKHART NICHOLOSN GR<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,044,593,403.00<br>Total: $2,044,593,403.00 |
| Claim Number: 9104<br>Date Filed: 07/07/2006<br>Claimant Name and Address:<br>DEPOSITORY TRUST COMPANY TREASURERS DEPT<br>DOUGLAS J MCBRIDE<br>PO BOX 11025<br>GLENDALE, AZ 85318<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $4,969.27<br>Administrative:<br>Unsecured: $367.80<br>Total: $5,337.07 | Claim Number: 10271<br>Date Filed: 07/24/2006<br>Claimant Name and Address:<br>WILMINGTON TRUST COMPANY AS INDENTURE TRUSTEE<br>ATTN EDWARD M FOX ESQ<br>KIRKPATRICK & LOCKHART NICHOLOSN GR<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,044,593,403.00<br>Total: $2,044,593,403.00 |
| Claim Number: 8170<br>Date Filed: 06/16/2006<br>Claimant Name and Address:<br>DEPOSITORY TRUST COMPANY TREASURERS DEPT<br>G W MCLELLAN<br>4915 BRADSHAW CT<br>SAN DIEGO, CA 92130<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured: $100,000.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $100,000.00 | Claim Number: 10271<br>Date Filed: 07/24/2006<br>Claimant Name and Address:<br>WILMINGTON TRUST COMPANY AS INDENTURE TRUSTEE<br>ATTN EDWARD M FOX ESQ<br>KIRKPATRICK & LOCKHART NICHOLOSN GR<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,044,593,403.00<br>Total: $2,044,593,403.00 |
| Claim Number: 6931<br>Date Filed: 05/26/2006<br>Claimant Name and Address:<br>DEPOSITORY TRUST COMPANY TREASURERS DEPT<br>JEAN NOBILE<br>104 GENESEE GARDENS BLDG 1<br>AUBURN, NY 13221<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $5,000.00<br>Total: $5,000.00 | Claim Number: 10271<br>Date Filed: 07/24/2006<br>Claimant Name and Address:<br>WILMINGTON TRUST COMPANY AS INDENTURE TRUSTEE<br>ATTN EDWARD M FOX ESQ<br>KIRKPATRICK & LOCKHART NICHOLOSN GR<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,044,593,403.00<br>Total: $2,044,593,403.00 |
| Claim Number: 9422<br>Date Filed: 07/13/2006<br>Claimant Name and Address:<br>DEPOSITORY TRUST COMPANY TREASURERS DEPT<br>JOSEPH STEIN<br>1540 GLENLAKE CIR<br>NICEVILLE, FL 32578<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $10,338.50<br>Administrative:<br>Unsecured:<br>Total: $10,338.50 | Claim Number: 10271<br>Date Filed: 07/24/2006<br>Claimant Name and Address:<br>WILMINGTON TRUST COMPANY AS INDENTURE TRUSTEE<br>ATTN EDWARD M FOX ESQ<br>KIRKPATRICK & LOCKHART NICHOLOSN GR<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,044,593,403.00<br>Total: $2,044,593,403.00 |

In re Delphi Corporation, et al.　05-44481-rdd　Doc 5953-2　Filed 11/29/06　Entered 11/29/06 18:27:25　Exhibit B to Proposed Order　Pg 3 of 7

Second Omnibus Claims Objection

**EXHIBIT B - CLAIMS DUPLICATIVE OF CONSOLIDATED TRUSTEE OR AGENT CLAIMS**

| Claim to be Expunged | Surviving Claim |
|---|---|
| Claim Number: 15546<br>Date Filed: 07/31/2006<br>Claimant Name and Address:<br>DEPOSITORY TRUST COMPANY TREASURERS DEPT<br>MARY NEEL SMITH LIVING TRUST 4/25/0<br>27 RIDING PATH<br>HAMPTON, VA 23669-1082<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | Claim Number: 10271<br>Date Filed: 07/24/2006<br>Claimant Name and Address:<br>WILMINGTON TRUST COMPANY AS INDENTURE TRUSTEE<br>ATTN EDWARD M FOX ESQ<br>KIRKPATRICK & LOCKHART NICHOLOSN GR<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,044,593,403.00<br>Total: $2,044,593,403.00 |
| Claim Number: 10604<br>Date Filed: 07/25/2006<br>Claimant Name and Address:<br>DEPOSITORY TRUST COMPANY TREASURERS DEPT<br>ROBERT BASSETT<br>5 WOODCREST DR<br>RIVERSIDE, RI 02915<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $10,000.00<br>Total: $10,000.00 | Claim Number: 10271<br>Date Filed: 07/24/2006<br>Claimant Name and Address:<br>WILMINGTON TRUST COMPANY AS INDENTURE TRUSTEE<br>ATTN EDWARD M FOX ESQ<br>KIRKPATRICK & LOCKHART NICHOLOSN GR<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,044,593,403.00<br>Total: $2,044,593,403.00 |
| Claim Number: 7033<br>Date Filed: 05/30/2006<br>Claimant Name and Address:<br>DEPOSITORY TRUST COMPANY TREASURERS DEPT<br>ROBERT NASELLO<br>2925 PEAVINE TRL<br>LAKELAND, FL 33810<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $10,569.54<br>Total: $10,569.54 | Claim Number: 10271<br>Date Filed: 07/24/2006<br>Claimant Name and Address:<br>WILMINGTON TRUST COMPANY AS INDENTURE TRUSTEE<br>ATTN EDWARD M FOX ESQ<br>KIRKPATRICK & LOCKHART NICHOLOSN GR<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,044,593,403.00<br>Total: $2,044,593,403.00 |
| Claim Number: 10801<br>Date Filed: 07/25/2006<br>Claimant Name and Address:<br>DEPOSITORY TRUST COMPANY TREASURERS DEPT<br>DOUGLAS J MCBRIDE<br>DOUGLAS J MCBRIDE<br>PO BOX 11025<br>GLENDALE, AZ 85318<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $4,969.27<br>Total: $4,969.27 | Claim Number: 10271<br>Date Filed: 07/24/2006<br>Claimant Name and Address:<br>WILMINGTON TRUST COMPANY AS INDENTURE TRUSTEE<br>ATTN EDWARD M FOX ESQ<br>KIRKPATRICK & LOCKHART NICHOLOSN GR<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,044,593,403.00<br>Total: $2,044,593,403.00 |
| Claim Number: 8589<br>Date Filed: 06/26/2006<br>Claimant Name and Address:<br>ERIC L VEY MD<br>491 EDGEWOOD DR<br>FAIRVIEW, PA 16415<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $33,273.00<br>Administrative:<br>Unsecured:<br>Total: $33,273.00 | Claim Number: 10271<br>Date Filed: 07/24/2006<br>Claimant Name and Address:<br>WILMINGTON TRUST COMPANY AS INDENTURE TRUSTEE<br>ATTN EDWARD M FOX ESQ<br>KIRKPATRICK & LOCKHART NICHOLOSN GR<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,044,593,403.00<br>Total: $2,044,593,403.00 |

05-44481-rdd    Doc 5953-2    Filed 11/29/06    Entered 11/29/06 18:27:25    Exhibit B
to Proposed Order    Pg 4 of 7

In re Delphi Corporation, et al.

Second Omnibus Claims Objection

EXHIBIT B - CLAIMS DUPLICATIVE OF CONSOLIDATED TRUSTEE OR AGENT CLAIMS

| Claim to be Expunged | Surviving Claim |
|---|---|
| **Claim Number:** 8135<br>**Date Filed:** 06/19/2006<br>**Claimant Name and Address:**<br>GEORGE L FUMERO<br>DEPOSITORY TRUST COMPANY TREASURERS<br>5810 CHARLESTON LN<br>CUMMING, GA 30041<br><br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $14,533.13<br>Administrative:<br>Unsecured:<br>Total: $14,533.13 | **Claim Number:** 10271<br>**Date Filed:** 07/24/2006<br>**Claimant Name and Address:**<br>WILMINGTON TRUST COMPANY AS INDENTURE TRUSTEE<br>ATTN EDWARD M FOX ESQ<br>KIRKPATRICK & LOCKHART NICHOLOSN GR<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022<br><br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,044,593,403.00<br>Total: $2,044,593,403.00 |
| **Claim Number:** 3052<br>**Date Filed:** 04/28/2006<br>**Claimant Name and Address:**<br>HSBC PB SUISSE SA<br>RUE DE LAUDANNE 18 20<br>PO BOX 3580<br>GENEVA 3<br>SWITZERLAND<br><br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $14,375.00<br>Total: $14,375.00 | **Claim Number:** 10271<br>**Date Filed:** 07/24/2006<br>**Claimant Name and Address:**<br>WILMINGTON TRUST COMPANY AS INDENTURE TRUSTEE<br>ATTN EDWARD M FOX ESQ<br>KIRKPATRICK & LOCKHART NICHOLOSN GR<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022<br><br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,044,593,403.00<br>Total: $2,044,593,403.00 |
| **Claim Number:** 3051<br>**Date Filed:** 04/28/2006<br>**Claimant Name and Address:**<br>HSBC PB SUISSE SA<br>RUE DE LAUDANNE 18 20<br>PO BOX 3580<br>GENEVA 3<br>SWITZERLAND<br><br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $12,200.00<br>Total: $12,200.00 | **Claim Number:** 10271<br>**Date Filed:** 07/24/2006<br>**Claimant Name and Address:**<br>WILMINGTON TRUST COMPANY AS INDENTURE TRUSTEE<br>ATTN EDWARD M FOX ESQ<br>KIRKPATRICK & LOCKHART NICHOLOSN GR<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022<br><br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,044,593,403.00<br>Total: $2,044,593,403.00 |
| **Claim Number:** 7735<br>**Date Filed:** 06/09/2006<br>**Claimant Name and Address:**<br>JANE SIGSTON TTEE DEPOSITORY TRUST COMPANY<br>TREASURERS DEPT<br>JANE SIGSTON TTEE<br>RL PO RICKETT GST EXEMPT RR<br>2087 CRAWFORD CT<br>THE VILLAGES, FL 32162-3373<br><br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured: $9,000.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $9,000.00 | **Claim Number:** 10271<br>**Date Filed:** 07/24/2006<br>**Claimant Name and Address:**<br>WILMINGTON TRUST COMPANY AS INDENTURE TRUSTEE<br>ATTN EDWARD M FOX ESQ<br>KIRKPATRICK & LOCKHART NICHOLOSN GR<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022<br><br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,044,593,403.00<br>Total: $2,044,593,403.00 |
| **Claim Number:** 9511<br>**Date Filed:** 07/14/2006<br>**Claimant Name and Address:**<br>KATHRYN P GAIANGUEST<br>128 GREAT LEDGE RD<br>LAMOINE, ME 04605<br><br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $26,637.50<br>Total: $26,637.50 | **Claim Number:** 10271<br>**Date Filed:** 07/24/2006<br>**Claimant Name and Address:**<br>WILMINGTON TRUST COMPANY AS INDENTURE TRUSTEE<br>ATTN EDWARD M FOX ESQ<br>KIRKPATRICK & LOCKHART NICHOLOSN GR<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022<br><br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,044,593,403.00<br>Total: $2,044,593,403.00 |

In re Delphi Corporation, et al.  05-44481-rdd    Doc 5953-2    Filed 11/29/06    Entered 11/29/06 18:27:25    Exhibit B to Proposed Order    Pg 5 of 7

Second Omnibus Claims Objection

**EXHIBIT B - CLAIMS DUPLICATIVE OF CONSOLIDATED TRUSTEE OR AGENT CLAIMS**

| Claim to be Expunged | Surviving Claim |
|---|---|
| Claim Number: 564<br>Date Filed: 11/14/2005<br>Claimant Name and Address:<br>LOUIS M JONES & MARY ELIZABETH JONES TEN COM<br>100 CHRISTWOOD BLVD APT 210<br>COVINGTON, LA 70433<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $10,000.00<br>Administrative:<br>Unsecured:<br>Total: $10,000.00 | Claim Number: 10271<br>Date Filed: 07/24/2006<br>Claimant Name and Address:<br>WILMINGTON TRUST COMPANY AS INDENTURE TRUSTEE<br>ATTN EDWARD M FOX ESQ<br>KIRKPATRICK & LOCKHART NICHOLOSN GR<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,044,593,403.00<br>Total: $2,044,593,403.00 |
| Claim Number: 9117<br>Date Filed: 07/07/2006<br>Claimant Name and Address:<br>LOUIS M JONES & MARY ELIZABETH JONES TEN COM<br>100 CHRISTWOOD BLVD APT 210<br>COVINGTON, LA 70433<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $10,000.00<br>Administrative:<br>Unsecured:<br>Total: $10,000.00 | Claim Number: 10271<br>Date Filed: 07/24/2006<br>Claimant Name and Address:<br>WILMINGTON TRUST COMPANY AS INDENTURE TRUSTEE<br>ATTN EDWARD M FOX ESQ<br>KIRKPATRICK & LOCKHART NICHOLOSN GR<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,044,593,403.00<br>Total: $2,044,593,403.00 |
| Claim Number: 7674<br>Date Filed: 06/08/2006<br>Claimant Name and Address:<br>MARJORIE MARKS<br>67 BASS AVE<br>GLOUCESTER, MA 01930<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $5,000.00<br>Total: $5,000.00 | Claim Number: 10271<br>Date Filed: 07/24/2006<br>Claimant Name and Address:<br>WILMINGTON TRUST COMPANY AS INDENTURE TRUSTEE<br>ATTN EDWARD M FOX ESQ<br>KIRKPATRICK & LOCKHART NICHOLOSN GR<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,044,593,403.00<br>Total: $2,044,593,403.00 |
| Claim Number: 10278<br>Date Filed: 07/24/2006<br>Claimant Name and Address:<br>PARDUS EUROPEAN SPECIAL OPPORTUNITIES MASTER FUND L P<br>ATTN JOSEPH R THORNTON<br>PARDUS CAPITAL MANAGEMENT L P<br>1001 AVENUE OF THE AMERICAS STE 110<br>NEW YORK, NY 10018<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $185,000,000.00<br>Total: $185,000,000.00 | Claim Number: 10271<br>Date Filed: 07/24/2006<br>Claimant Name:<br>WILMINGTON TRUST COMPANY AS INDENTURE TRUSTEE<br>Debtor: DELPHI CORPORATION (05-44481)<br>Unsecured: $2,044,593,403.00<br>Total: $2,044,593,403.00<br><br>Claim Number: 2660<br>Date Filed: 04/17/2006<br>Claimant Name:<br>LAW DEBENTURE TRUST COMPANY OF NEW YORK<br>Debtor: DELPHI CORPORATION (05-44481)<br>Unsecured: $420,083,457.18<br>Total: $420,083,457.18 |

In re Delphi Corporation, et al.  05-44481-rdd    Doc 5953-2    Filed 11/29/06    Entered 11/29/06 18:27:25    Exhibit B
to Proposed Order    Pg 6 of 7

Exhibit B
Second Omnibus Claims Objection

**EXHIBIT B - CLAIMS DUPLICATIVE OF CONSOLIDATED TRUSTEE OR AGENT CLAIMS**

| Claim to be Expunged | Surviving Claim |
|---|---|
| Claim Number: 11049<br>Date Filed: 07/26/2006<br>Claimant Name and Address:<br>R2 TOP HAT LTD<br>ATTN GENERAL COUNSEL<br>C O AMALGAMATED GAGDET LP ITS INVES<br>301 COMMERCE ST STE 3200<br>FT WORTH, TX 76102<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured: $4,987,500.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $4,987,500.00 | Claim Number: 11047<br>Date Filed: 07/26/2006<br>Claimant Name and Address:<br>JPMORGAN CHASE BANK NA AS ADMINISTRATIVE AGENT FOR THE LENDERS UNDER THE THIRD AMENDED AND RESTATED CREDI<br>ATTN THOMAS MAHER<br>JPMORGAN CHASE BANK NA AS ADMINISTR<br>270 PARK AVE 20TH FL<br>NEW YORK, NY 10017<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured: $2,547,541,816.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $2,547,541,816.00 |
| Claim Number: 7601<br>Date Filed: 06/07/2006<br>Claimant Name and Address:<br>ROSALYN GOLDWAY IRREV TR DEPOSIOTRY TRUST COMPANY TREASURERS DEPT<br>C O STEPHEN ABRAMS<br>1333 BWAY STE 512<br>NEW YORK, NY 10018<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $25,000.00<br>Total: $25,000.00 | Claim Number: 10271<br>Date Filed: 07/24/2006<br>Claimant Name and Address:<br>WILMINGTON TRUST COMPANY AS INDENTURE TRUSTEE<br>ATTN EDWARD M FOX ESQ<br>KIRKPATRICK & LOCKHART NICHOLOSN GR<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,044,593,403.00<br>Total: $2,044,593,403.00 |
| Claim Number: 8052<br>Date Filed: 06/15/2006<br>Claimant Name and Address:<br>RUDOLPH F BONO DEPOSITORY TRUST COMPANY TREASURERS DEPT<br>RUDOLPH F BONO<br>1621 GULF BLVD<br>CLEAR WATER, FL 33767<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $25,930.91<br>Total: $25,930.91 | Claim Number: 10271<br>Date Filed: 07/24/2006<br>Claimant Name and Address:<br>WILMINGTON TRUST COMPANY AS INDENTURE TRUSTEE<br>ATTN EDWARD M FOX ESQ<br>KIRKPATRICK & LOCKHART NICHOLOSN GR<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,044,593,403.00<br>Total: $2,044,593,403.00 |
| Claim Number: 11050<br>Date Filed: 07/26/2006<br>Claimant Name and Address:<br>TRS LEDA LLC<br>ATTN JOHN GALLY DIRECTOR<br>C O DEUTSCHE BANK AG NY BRANCH<br>CO DB SERVICES NEW JERSEY INC<br>90 HUDSON ST MS JCY05 0511<br>JERSEY CITY, NJ 07302<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured: $14,962,500.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $14,962,500.00 | Claim Number: 11047<br>Date Filed: 07/26/2006<br>Claimant Name and Address:<br>JPMORGAN CHASE BANK NA AS ADMINISTRATIVE AGENT FOR THE LENDERS UNDER THE THIRD AMENDED AND RESTATED CREDI<br>ATTN THOMAS MAHER<br>JPMORGAN CHASE BANK NA AS ADMINISTR<br>270 PARK AVE 20TH FL<br>NEW YORK, NY 10017<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured: $2,547,541,816.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $2,547,541,816.00 |

**EXHIBIT B - CLAIMS DUPLICATIVE OF CONSOLIDATED TRUSTEE OR AGENT CLAIMS**

| Claim to be Expunged | Surviving Claim |
|---|---|
| Claim Number: 9250<br>Date Filed: 07/10/2006<br>Claimant Name and Address:<br>ZURICH CANTONAL BANK<br>PO BOX 8010<br>ZURICH<br>SWITZERLAND<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $50,000.00<br>Total: $50,000.00 | Claim Number: 10271<br>Date Filed: 07/24/2006<br>Claimant Name and Address:<br>WILMINGTON TRUST COMPANY AS INDENTURE TRUSTEE<br>ATTN EDWARD M FOX ESQ<br>KIRKPATRICK & LOCKHART NICHOLOSN GR<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,044,593,403.00<br>Total: $2,044,593,403.00 |

**Total Claims to be Expunged:** 28
**Total Asserted Amount to be Expunged:** $215,154,343.44