**EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|
| 1579364 ONTARIO INC<br>SELECT SORTING SERVICES<br>97 GRATH CRES<br>WHITBY, ON L1N 6N7<br>CANADA | 7703 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 06/09/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,117.74<br>Total: $2,117.74 |
| 1579364 ONTARIO INC<br>SELECT SORTING SERVICES<br>97 GRATH CRES<br>WHITBY, ON L1N 6N7<br>CANADA | 7700 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 06/09/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $982.33<br>Total: $982.33 |
| ACE HARDWARE<br>SCOTT<br>8258 COUNTY RD 13<br>FIRESTONE, CO 80504 | 3888 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 05/01/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,105.74<br>Total: $1,105.74 |
| ACTION RUBBER CO INC<br>601 FAME RD<br>WEST CARROLLTON, OH 45449 | 4126 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 05/01/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,495.50<br>Total: $3,495.50 |
| AEF ATELIERS D EMBOUTISSAGE DE<br>FAULQUEMONT S A R L ZONE<br>INDUSTRIELLE RUE DR DIETER HUNDT<br>WIRTSCHAFTSKANZLEI<br>NIETZER & HAUSLER<br>ALLEE 40<br>HEILBRONN 74072<br>GERMANY | 8251 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $233,170.30<br>Total: $233,170.30 | 06/20/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $233,170.30<br>Total: $233,170.30 |
| ARNESES ELECTRICOS AUTOMOTRICES<br>S A DE C V<br>ATTN DEBORAH M BUELL<br>CLEARY GOTTLIEB STEEN &<br>HAMILTON LL<br>ONE LIBERTY PLZ<br>NEW YORK, NY 10006 | 13825 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 07/31/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $330,238.12<br>Total: $330,238.12 |
| ATCO INDUSTRIES INC<br>7200 15 MILE RD<br>STERLING HEIGHTS, MI 48312-452 | 5571 | Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $23,273.34<br>Total: $23,273.34 | 05/10/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $23,273.34<br>Total: $23,273.34 |
| ATLANTIC AUTOMOTIVE<br>COMPONENTS LLC<br>ATTN MICHAEL SHARNAS<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1971 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/14/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $16,653.60<br>Total: $16,653.60 |

**EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|
| AUSTRIAMICROSYSTEMS AG<br>MRS MARIA RADOVIC<br>SCHLOSS PREMSTAETTEN<br>UNTERPREMSTAELTEN A-8141<br>AUSTRIA | 8141 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 06/19/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $34,290.00<br>Total: $34,290.00 |
| AUTOMATIC PRECISION INC<br>PETER BULAT<br>4609 NORTH RONALD ST<br>HARWOOD HEIGHTS, IL 60706-4718 | 5018 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 05/08/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,187.60<br>Total: $3,187.60 |
| AUTOTUBE LTD<br>ACCOUNTS RECEIVABLE<br>300 HIGHT ST E<br>STRATHROY, ON N7G 3W4<br>CANADA | 2117 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 02/27/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $4,381.59<br>Total: $4,381.59 |
| BALL SYSTEMS INC<br>TOM HOUCK<br>622 S RANGE LINE RD STE 624B<br>CARMEL, IN 46032 | 10791 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $11,848.46<br>Total: $11,848.46 | 07/25/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $11,848.46<br>Total: $11,848.46 |
| BALL SYSTEMS INC<br>TOM HOUCK<br>622 S RANGE LINE RD STE 624B<br>CARMEL, IN 46032 | 10789 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,855.99<br>Total: $2,855.99 | 07/25/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,855.99<br>Total: $2,855.99 |
| BALL SYSTEMS INC<br>TOM HOUCK<br>622 S RANGE LINE RD STE 624B<br>CARMEL, IN 46032 | 10790 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,060.50<br>Total: $1,060.50 | 07/25/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,060.50<br>Total: $1,060.50 |
| BIW ISOLIERSTOFFE GMBH<br>POSTBACH 11 15<br>58240 ENNEPETAL<br>GERMANY | 5569 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 05/10/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $4,637.48<br>Total: $4,637.48 |
| BOREALIS COMPOUNDS LLC<br>ATTN ALEXANDER FUCHS<br>176 THOMAS RD<br>PORT MURRAY, NJ 07865 | 8457 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $817,363.60<br>Total: $817,363.60 | 06/23/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $817,363.60<br>Total: $817,363.60 |

**EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | MODIFIED CLAIM AMOUNT | |
|---|---|---|---|---|---|---|
| BRUKER OPTICS<br>19 FORTUNE DR<br>BILLERICA, MA 01821 | 10754 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$38,326.04<br>$38,326.04 | 07/25/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$38,326.04<br>$38,326.04 |
| CARBONE OF AMERICA<br>400 MYRTLE AVE<br>BOONTON, NJ 07005 | 952 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 12/01/2005 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$511.67<br>$511.67 |
| CASCO PRODUCTS CORPORATION<br>MR JOHN SPRATTA VP GLOBAL FINANCE<br>ONE WATERVIEW DR<br>SHELTON, CT 06484-7367 | 11923 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br><br>$13,569.50<br>$13,569.50 | 07/28/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$13,569.50<br>$13,569.50 |
| CENTURY MOLD & TOOL CO<br>IRA P GOLDBERG<br>DI MONTE & LIZAK LLC<br>216 W HIGGINS RD<br>PARK RIDGE, IL 60068 | 4018 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br><br>$1,129,355.30<br>$1,129,355.30 | 05/01/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$714,065.68<br>$714,065.68 |
| COFICAB PORTUGAL COMPANHIA DE FIOS E CABOS LDA LOTE<br>46 EN18 1 KM 2 5<br>GUARDA 06300--230<br>PORTUGAL | 6802 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br><br>$0.00 | 05/24/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$12,030.60<br>$12,030.60 |
| COHERENT INC<br>LAWRENCE SCHWAB PATRICK COSTELLO<br>BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL STE 300<br>PALO ALTO, CA 94306 | 12370 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br>$225,484.00<br><br>$0.00<br>$225,484.00 | 07/28/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$225,484.00<br>$225,484.00 |
| COMPAGNIE DEUTSCH ORLEANS<br>22 RUE DES CHAISES<br>45142 ST JEAN DE LA RUELLE CEDEX<br>FRANCE | 712 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 11/21/2005 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$9,554.69<br>$9,554.69 |
| CONSTELLATION NEWENERGY INC<br>MARIA ELLENA CHAVEZ RUARK ESQ<br>DLA PIPER RUDNICK GRAY CARY US LLP<br>6225 SMITH AVE<br>BALTIMORE, MD 21209 | 2300 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$793,411.29<br>$793,411.29 | 03/15/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$793,411.29<br>$793,411.29 |

**EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|
| CONSTELLATION NEWENERGY INC GAS DIVISION LLC<br>MARIA ELLENA CHAVEZ RUARK ESQ<br>DLA PIPER RUDNICK GRAY CARY US LLP<br>6225 SMITH AVE<br>BALTIMORE, MD 21209 | 2299 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $93,001.07<br>Total: $93,001.07 | 03/15/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $93,001.07<br>Total: $93,001.07 |
| D & S MACHINE PRODUCTS INC<br>C O MICHAEL G CRUSE<br>WARNER NORCROSS & JUDD LLP<br>2000 TOWN CENTER STE 2700<br>SOUTHFIELD, MI 48075 | 12153 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $187,779.14<br>Total: $187,779.14 | 07/28/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $187,779.14<br>Total: $187,779.14 |
| DONALDSON COMPANY INC<br>1400 W 94TH ST<br>BLOOMINGTON, MN 55431-2301 | 10490 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured: $561,223.87<br>Total: $561,223.87 | 07/24/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $538,577.55<br>Total: $538,577.55 |
| DYNACAST DEUTSCHLAND GMBH & CO KG<br>C O JASON W HARBOUR ESQ<br>HUNTON & WILLIAMS LLC<br>RIVERFRONT PLZ EAST TOWER<br>951 E BYRD ST<br>RICHMOND, VA 23219 | 8374 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 06/22/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,302.72<br>Total: $1,302.72 |
| DYNACAST OESTERREICH GMBH<br>C O JASON W HARBOUR ESQ<br>HUNTON & WILLIAMS LLC<br>RIVERFRONT PLZ EAST TOWER<br>951 E BYRD ST<br>RICHMOND, VA 23219 | 8377 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 06/22/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,517.66<br>Total: $2,517.66 |
| EMG EIFELWERK HEINRICH STEIN MONTAGE GMBH<br>RAIFFESISENSTRASSE 5<br>UTTFELD 54619<br>GERMANY | 657 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 11/17/2005 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $4,150.00<br>Total: $4,150.00 |
| ENGINEERED LUBRICANTS CO<br>11525 ROCK ISLAND CT<br>MARYLAND HEIGHTS, MO 63043-3597 | 7896 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 06/13/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,888.00<br>Total: $1,888.00 |
| ESMERK<br>23 RUE D HAUTEVILLE BP 160<br>75463 PARIS CEDEX 10<br>FRANCE | 6783 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 05/24/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $7,337.36<br>Total: $7,337.36 |

**EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|
| FORMALL INC<br>3908 FOUNTAIN VALLEY LN<br>KNOXVILLE, TN 37918 | 2775 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $178,382.68<br>Total: $178,382.68 | 04/26/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $178,382.68<br>Total: $178,382.68 |
| FRONTIER COMPOSITES & CASTINGS<br>115 CUSHMAN RD<br>UNIT 8<br>ST CATHARINES, ON L2M 6S9<br>CANADA | 3733 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 05/01/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,553.22<br>Total: $2,553.22 |
| G CLANCEY LIMITED BELLE VALE<br>HALESOWEN<br>SALTBROOK ROAD<br>WEST MIDLANDS ENGLAND B63 2QU<br>UNITED KINGDOM | 2991 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 04/27/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $55,522.60<br>Total: $55,522.60 |
| GENERAL CHEMICAL PERFORMANCE PRODUCTS LLC<br>ATTN JAMES IMBRIACO<br>C O GENTEK INC<br>90 E HALSEY RD<br>PARSIPPANY, NJ 07054 | 11705 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $55,250.85<br>Total: $55,250.85 | 07/27/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $55,250.85<br>Total: $55,250.85 |
| GENERAL ELECTRIC CAPITAL CORP INC<br>ATTN ELENA LAZAROU<br>C O REED SMITH LLP<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022 | 3064 | Secured:<br>Priority: $389,875.04<br>Administrative:<br>Unsecured: $0.00<br>Total: $389,875.04 | 04/28/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $19,590.00<br>Total: $19,590.00 |
| GREELEY CONTAINMENT & REWORK INC<br>200 BASELINE RD E<br>BOWMANVILLE, ON L1C 1A2<br>CANADA | 11249 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 07/27/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $31,625.46<br>Total: $31,625.46 |
| GREELEY CONTAINMENT & REWORK INC<br>200 BASELINE RD E<br>BOWMANVILLE, ON L1C 1A2<br>CANADA | 11251 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 07/27/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $31,625.46<br>Total: $31,625.46 |
| GREINER PERFOAM GMBH GERMANY<br>ROBERT BOSCH STR 13<br>WANGEN 73117<br>GERMANY | 1694 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 01/30/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $5,451.99<br>Total: $5,451.99 |

**EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|
| GRUNER AG<br>BURLESTRASSE 15 17<br>WEHINGEN 78564<br>GERMANY | 831 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 11/23/2005 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,064.54<br>Total: $2,064.54 |
| HELLA INNENLEUCHTEN SYSTEME GMBH<br>MRS MELANIE RENNER<br>MAIENBUHLSTRASSE 7<br>WEMBACH 79677<br>GERMANY | 1739 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $12,893.76<br>Total: $12,893.76 | 01/31/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $12,893.76<br>Total: $12,893.76 |
| HERAEUS MATERIALS LTD<br>UNIT A CINDERHILL INDUSTRIAL ESTATE<br>STOKE ON TRENT<br>STAFFORDSHIRE ST3 5LB<br>UNITED KINGDOM | 5950 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 05/16/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $5,389.25<br>Total: $5,389.25 |
| HIRSCHMANN CAR COMMUNICATIONS GMBH<br>DAVID A ROSENZWEIG ESQ<br>FULBRIGHT & JAWORSKI LLP<br>666 FIFTH AVE<br>NEW YORK, NY 10103 | 14313 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $263,963.41<br>Total: $263,963.41 | 07/31/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $263,963.41<br>Total: $263,963.41 |
| HUBERT STUEKEN GMBH & CO KG<br>STANLEY H MCGUFFIN ESQ<br>HAYNSWORTH SINKLER BOYD PA<br>PO BOX 11889<br>COLUMBIA, SC 29211 | 10375 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 07/24/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $774,931.06<br>Total: $774,931.06 |
| HUF PORTUGUESA LDA<br>ZIM APARTADO 89<br>TONDELAN 3460-070<br>PORTUGAL | 1565 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 01/17/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $47,879.16<br>Total: $47,879.16 |
| IBEROFON PLASTICOS SL<br>POL IND MIRALCAMPO C ALUMINIO 4<br>19200 AZUQUECA DE HENARES<br>GUADALAJARA<br>SPAIN | 1177 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 12/15/2005 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $6,764.69<br>Total: $6,764.69 |
| IBJTC BUSINESS CREDIT CORPORATION AS SUCCESSOR IN INTEREST TO IBJ WHITEHALL BUSINESS CREDIT CORPORATION<br>RONALD S BEACHER ESQUIRE<br>PITNEY HARDIN LLP<br>7 TIMES SQUARE<br>NEW YORK, NY 10036 | 9995 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $98,086.39<br>Total: $98,086.39 | 07/20/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $57,149.69<br>Total: $57,149.69 |

**EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|
| IN PARALLEL COMPUTER STAFF LTD<br>3 CHURCH ST<br>TEWKESBURY GLOUCESTERSHI GL20 5PA<br>UNITED KINGDOM | 1606 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 01/18/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $5,293.31<br>Total: $5,293.31 |
| INBIS LIMITED<br>CONTACT JERRY JONES<br>CLUB ST BAMBER BRIDGE<br>PRESTON PR5 6FN<br>UNITED KINGDOM | 11294 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $18,037.76<br>Total: $18,037.76 | 07/27/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $9,193.12<br>Total: $9,193.12 |
| INDUSTRIAL GAS ENGINEERING CO INC<br>100 130 E QUINCY ST<br>WESTMONT, IL 60559-0316 | 3949 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 05/01/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $6,682.68<br>Total: $6,682.68 |
| INSTITUTE OF CONFIGURATION EFT MANAGEMENT<br>11811 N TATUM BLVD STE P135<br>PHOENIX, AZ 85028-1651 | 3571 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 05/01/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $86,303.10<br>Total: $86,303.10 |
| K&K JANITORIAL SERVICE INC<br>10 BROUGHTON ST<br>TONAWANDA, NY 14150 | 3181 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 04/28/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,990.00<br>Total: $2,990.00 |
| KOPPY CORP<br>199 KAY INDUSTRIAL DR<br>ORION, MI 48359-1833 | 16145 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 08/09/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $11,070.00<br>Total: $11,070.00 |
| LATHROP GAGE<br>2345 GRAND BLVD<br>KANSAS CITY, MO 64108-2612 | 1484 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 01/09/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,892.37<br>Total: $1,892.37 |
| LATHROP GAGE<br>2345 GRAND BLVD<br>KANSAS CITY, MO 64108-2612 | 1482 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 01/09/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,892.37<br>Total: $1,892.37 |

**EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|
| LE JOINT FRANCAIS<br>CA SCE CONTENTIEUX<br>17 RUE ANDRE BUILLE BP700<br>CHATTELLERAULT CEDEX 86107<br>FRANCE | 1178 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 12/16/2005 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $116,317.23<br>Total: $116,317.23 |
| MATERIAL DELIVERY SERVICE INC<br>887 BOLGER CT<br>FENTON, MO 63026 | 11236 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 07/26/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $9,570.00<br>Total: $9,570.00 |
| MCCARTHYS FIRE EMERGENCY SUPPL<br>60 FAIRHAVEN<br>ROCHESTER, NY 14610 | 5318 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 05/08/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $116.00<br>Total: $116.00 |
| MCDERMOTT WILL & EMERY LLP<br>C O JASON J DEJONKER ESQ<br>227 W MONROE ST<br>CHICAGO, IL 60606-5096 | 10275 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $16,422.80<br>Total: $16,422.80 | 07/24/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $16,422.80<br>Total: $16,422.80 |
| METALBAGES SA<br>CO LES ARENES 1<br>POL IND STA ANNA II<br>SANTPEDOR<br>BARCELONA 08251<br>SPAIN | 1460 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 01/06/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $22,262.96<br>Total: $22,262.96 |
| MICROSYS TECHNOLOGIES INC<br>3710 NASHUA DRIVE UNIT 1<br>MISSISSAUGA, ON L4V 1M5<br>CANADA | 2053 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 02/17/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $9,044.19<br>Total: $9,044.19 |
| MIRSA MANUFACTURING LLC<br>501 N BRIDGE ST STE 148<br>HIDALGO, TX 78557-2530 | 2577 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 04/06/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $84,941.30<br>Total: $84,941.30 |
| MULTEK FLEXIBLE CIRCUITS INC ET AL<br>C O STEVEN J REISMAN ESQ<br>CURTIS MALLET PREVOST COLT & MOSLE<br>101 PARK AVE<br>NEW YORK, NY 10178-0061 | 13815 | Secured:<br>Priority: $28,136.03<br>Administrative:<br>Unsecured: $195,706.98<br>Total: $223,843.01 | 07/31/2006 | Secured:<br>Priority: $28,136.03<br>Administrative:<br>Unsecured: $195,706.98<br>Total: $223,843.01 |

**EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | MODIFIED CLAIM AMOUNT | |
|---|---|---|---|---|---|---|
| MULTEK FLEXIBLE CIRCUITS INC ET AL<br>C O STEVEN J REISMAN ESQ<br>CURTIS MALLET PREVOST COLT & MOSLE<br>101 PARK AVE<br>NEW YORK, NY 10178-061 | 13816 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$28,136.03<br><br>$195,706.98<br>$223,843.01 | 07/31/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$28,136.03<br><br>$195,706.98<br>$223,843.01 |
| MUNICIPAL EMERGENCY SERVICES INC<br>DEPT CH 14075 401 PEORIA ST<br>FRMLY GLOBAL FIRE EQUIPMENT<br>PALATINE, IL 60055-4075 | 10209 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 07/21/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$8,629.90<br>$8,629.90 |
| NOMA COMPANY<br>ATTN JAMES IMBRIACO<br>C O GENTEK INC<br>90 EAST HALSEY RD<br>PARSIPPANNY, NJ 07054 | 15019 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$491,625.00<br>$491,625.00 | 07/31/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$491,625.00<br>$491,625.00 |
| NOVA PACKAGING GROUPRP<br>NOVA PAK<br>2409 W 2ND ST<br>MARION, IN 46952 | 7136 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 05/30/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,251.23<br>$1,251.23 |
| OKI AMERICA INC<br>ANNA PHAN<br>785 N MARY AVE<br>SUNNYVALE, CA 94085 | 13794 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br>$0.00<br>$0.00 | 07/31/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$5,760.00<br>$5,760.00 |
| ON SEMICONDUCTOR COMPONENTS INDUSTRIES LLC<br>QUARLES & BRADY STREICH LANG LLP<br>ONE RENAISSANCE SQUARE<br>TWO N CENTRAL AVE<br>PHOENIX, AZ 85004-2391 | 11566 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$5,764,040.00<br>$5,764,040.00 | 07/27/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$5,764,040.00<br>$5,764,040.00 |
| ORTECH YUHSHIN USA LTD<br>2806 N INDUSTRIAL RD<br>KIRKSVILLE, MO 63501 | 16352 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 10/05/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$771,893.38<br>$771,893.38 |
| POPPELMANN KUNSTSTOFF TECHNIK GMBH & CO KG<br>DIETER KALVELAGE<br>BAKUMER STR 73<br>LOHNE D-49393<br>GERMANY | 2446 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 03/20/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$4,649.46<br>$4,649.46 |

**EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|
| PRINCE MANUFACTURING OXFORD EF<br>PO BOX 2519<br>HOLLAND, MI 49422-2519 | 11287 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $66,118.80<br>Total: $66,118.80 | 07/27/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $66,118.80<br>Total: $66,118.80 |
| QUALITY SEALS INC<br>C O PAUL A PATTERSON ESQ<br>STRADLEY RONON STEVENS & YOUNG LLP<br>2600 ONE COMMERCE SQ<br>PHILADELPHIA, PA 19103 | 12397 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $4,140.00<br>Total: $4,140.00 | 07/28/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $4,140.00<br>Total: $4,140.00 |
| RELATIONAL FUNDING CORPORATION<br>3701 ALGONQUIN RD<br>STE 600<br>ROLLING MEADOWS, IL 60008 | 15210 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $142,585.89<br>Total: $142,585.89 | 07/31/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $26,769.62<br>Total: $26,769.62 |
| RELATIONAL FUNDING CORPORATION<br>3701 ALGONQUIN RD<br>STE 600<br>ROLLING MEADOWS, IL 60008 | 16347 | Secured: $10,585.89<br>Priority:<br>Administrative:<br>Unsecured: $132,000.00<br>Total: $142,585.89 | 10/02/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $26,769.62<br>Total: $26,769.62 |
| ROBERT BOSCH CORPORATION<br>ATTN JUDITH LOWITZ ADLER<br>38000 HILLS TECH DR<br>FARMINGTON HILLS, MI 48331 | 13620 | Secured: $1,333,984.29<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $1,333,984.29 | 07/31/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,333,984.29<br>Total: $1,333,984.29 |
| ROCHESTER DISTRIBUTION UNLTD INC<br>PO BOX 60557<br>ROCHESTER, NY 14606 | 6141 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 05/17/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $14,930.78<br>Total: $14,930.78 |
| RUSSELL REYNOLDS ASSOCIATES INC<br>CHARLES E BOULBOL PC<br>26 BROADWAY 17TH FL<br>NEW YORK, NY 10004 | 11812 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 07/28/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $77,708.66<br>Total: $77,708.66 |
| SANDERS LEAD CO INC<br>SANDERS RD<br>TROY, AL 36081 | 12615 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 07/28/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $584,454.79<br>Total: $584,454.79 |

**EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | MODIFIED CLAIM AMOUNT | |
|---|---|---|---|---|---|---|
| SCIENTIFIC TUBE INC<br>IRA P GOLDBERG<br>DI MONTE & LIZAK LLC<br>216 W HIGGINS RD<br>PARK RIDGE, IL 60068 | 4409 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br>$156,672.05<br>$156,672.05 | 05/02/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$156,672.05<br>$156,672.05 |
| SEAHORSE TRANSPORT INC<br>PO BOX 3767<br>BROWNSVILLE, TX 78523 | 32 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $200,000.00<br><br><br>$200,000.00 | 10/17/2005 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$20,600.68<br>$20,600.68 |
| SELECOM S R L<br>VIA JF KENNEDY 47<br>20090 RODANO MILLEPINI MI<br>ITALY | 7122 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 05/30/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$227.69<br>$227.69 |
| SELECT SORTING SERVICES<br>97 GRATH CRESCENT<br>WHITBY, ON L1N 6N7<br>CANADA | 7704 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 06/09/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$2,589.78<br>$2,589.78 |
| SGS CANADA INC<br>PO BOX 4580 DEPT 5<br>TORONTO M5W 4W2<br>CANADA | 3783 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 05/01/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$30,026.83<br>$30,026.83 |
| SOLECTRON CORPORATION<br>SOLECTRON MANUFACTURA DE MEXICO SA AND VARIOUS OF THEIR AFFILIATES AND SUBSIDIARIES<br>LAWRENCE SCHWAB PATRICK COSTELLO<br>BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL STE 300<br>PALO ALTO, CA 94306 | 10914 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br><br>$10,382,335.46<br>$10,382,335.46 | 07/26/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$10,382,335.46<br>$10,382,335.46 |
| SORALUCE HNOS SA<br>POLIGONO INDUSTRIAL SECTOR C<br>APARTADO 30 AZKOITIA 20720<br>SPAIN | 3976 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 05/01/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$506.53<br>$506.53 |
| SUPERIOR LTD<br>PO BOX 37<br>PESHTIGO, WI 54157 | 6378 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 05/19/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$61,552.00<br>$61,552.00 |

**EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | MODIFIED CLAIM AMOUNT | |
|---|---|---|---|---|---|---|
| TADIRAN BATTERIES<br>ATTN SOL JACOBS<br>2 SEAVIEW BL<br>PORT WASHINGTON, NY 11050 | 10439 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$11,524.40<br><br>$65,375.60<br>$76,900.00 | 07/24/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$76,900.00<br>$76,900.00 |
| TEXTRON FASTENING SYSTEMS CANADA LTD<br>ATTN TRACY L KLESTADT ESQ<br>KLESTADT & WINTERS LLP<br>292 MADISON AVE 17TH FL<br>NEW YORK, NY 10017-6314 | 10766 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 07/25/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$2,862.48<br>$2,862.48 |
| THYSSENKRUPP ELEVATOR<br>1500 S SUNKIST ST STE B<br>ANAHEIM, CA 92806 | 5646 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br>$1,834.60<br>$1,834.60 | 05/11/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$69.63<br>$69.63 |
| THYSSENKRUPP SOFEDIT<br>1 RUE THOMAS EDISON BP 605<br>QUARTIER DES CHENES<br>SAINT QUENTIN EN YVELINES 78056<br>FRANCE | 1064 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 12/08/2005 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$6,757.46<br>$6,757.46 |
| TI GROUP AUTOMOTIVE SYSTEMS LLC<br>TIMOTHY GUERRIERO ESQ<br>GENERAL COUNSEL & COMPANY SECRETARY<br>TI AUTOMOTIVE<br>12345 E NINE MILE RD<br>WARREN, MI 48089-2614 | 11743 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,777,501.48<br>$1,777,501.48 | 07/27/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,777,501.48<br>$1,777,501.48 |
| TI GROUP AUTOMOTIVE SYSTEMS LLC<br>TIMOTHY GUERRIERO ESQ<br>GENERAL COUNSEL & COMPANY SECRETARY<br>TI AUTOMOTIVE<br>12345 E NINE MILE RD<br>WARREN, MI 48089-2614 | 11721 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,777,501.48<br>$1,777,501.48 | 07/27/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$376,756.60<br>$376,756.60 |
| TRAVERS<br>MARY<br>118 SPARTANGREEN BLVD.<br>DUNCAN, SC 29334-0338 | 4648 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 05/04/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$209.74<br>$209.74 |
| WIND RIVER SYSTEMS INC<br>500 WIND RIVER WAY<br>ALAMEDA, CA 94501 | 15617 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$116,802.74<br>$116,802.74 | 07/31/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$116,802.74<br>$116,802.74 |

**EXHIBIT C -  CLAIMS SUBJECT TO MODIFICATION**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|
| WL GORE & ASSOCIATES GMBH<br>ATTN PATRICIA LEMOINE<br>WL GORE & ASSOCIATES INC<br>551 PAPER MILL RD<br>NEWARK, DE 19711 | 11288 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 07/27/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $11,110.68<br>Total: $11,110.68 |
| Total: | 97 | $28,046,948.79 | | $28,723,091.49 |