**EXHIBIT D-1 - ADJOURNED INSUFFICIENTLY DOCUMENTED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| METALDYNE CORPORATION AND METALDYNE SINTERED COMPONENTS INC<br>47603 HALYARD<br>PLYMOUTH, MI 48170 | 11933 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $433,818.91<br><br><br><br>$433,818.91 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **1** | | **$433,818.91** | | |