**EXHIBIT D-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ALLIANCE PRECISION PLASTICS CO<br>HANCOCK & ESTABROOK LLP<br>AS ATTYS FOR ALLIANCE PRECISION PLA<br>1500 TOWER I PO BOX 4976<br>SYRACUSE, NY 13221-4976 | 11574 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $37,451.44<br><br><br><br>$37,451.44 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ARC AUTOMOTIVE INC<br>1729 MIDPARK RD<br>KNOXVILLE, TN 37921 | 9151 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,073,139.28<br><br><br>$0.00<br>$1,073,139.28 | 07/10/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| AUTOMODULAR ASSEMBLIES INC<br>MCCARTER & ENGLISH LLP<br>245 PARK AVE 27TH FL<br>NEW YORK, NY 10167 | 15018 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$549,277.73<br>$549,277.73 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BANK OF AMERICA N A<br>214 N TRYON<br>MAIL CODE NCI 027 1401<br>CHARLOTTE, NC 28255 | 11660 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br>$10,605,213.61<br>$10,605,213.61 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BEAR STEARNS INVESTMENT PRODUCTS INC<br>383 MADISON AVE<br>NEW YORK, NY 10179 | 1703 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $27,431.68<br><br><br>$32,530.56<br>$59,962.24 | 01/30/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CARLISLE ENGINEERED PRODUCTS INC<br>CARLISLE COMPANIES INCORPORATED<br>250 S CLINTON ST STE 201<br>SYRACUSE, NY 13202 | 11910 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$4,868,870.27<br><br>$0.00<br>$4,868,870.27 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| CELESTICA INC AND ITS SUBSIDIARIES<br>KAYE SCHOLER LLP<br>425 PARK AVE<br>NEW YORK, NY 10022 | 12813 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,799,626.39<br>$1,799,626.39 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CLARION CORPORATION OF AMERICA<br>661 W REDONDO BEACH BLVD<br>GARDENA, CA 90247 | 2127 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$2,115,405.67<br>$2,115,405.67 | 02/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

**EXHIBIT D-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CYRO INDUSTRIES<br>100 ENTERPRISE DR<br>PO BOX 5055<br>ROCKAWAY, NJ 07866-5055 | 11948 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br><br>$592,114.60<br>$592,114.60 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| EDS DE MEXICO SA DE CV<br>ATTN AYALA HASSELL ESQ<br>5400 LEGACY DR<br>MAIL STOP H3 3A 05<br>PLANO, TX 75024 | 12682 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$2,061,011.00<br><br>$518,330.54<br>$2,579,341.54 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| EDS INFORMATION SERVICES LLC<br>ATTN AYALA HASSELL ESQ<br>5400 LEGACY DR<br>MAIL STOP H3 3A 05<br>PLANO, TX 75024 | 12681 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$2,061,011.00<br><br>$16,691,418.68<br>$18,752,429.68 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ELECTRONIC DATA SYSTEMS CORPORATION<br>5400 LEGACY DR<br>MAIL STOP H3 3A 05<br>PLANO, TX 75024 | 12678 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$2,061,011.00<br><br>$16,691,418.68<br>$18,752,429.68 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| GOLDMAN SACHS CREDIT PARTNERS LP<br>C O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY, NJ 07302 | 14145 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| GOLDMAN SACHS CREDIT PARTNERS LP<br>C O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY, NJ 07302 | 14144 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HAIN CAPITAL HOLDINGS LLC<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070 | 10180 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,670,436.79<br><br><br><br>$1,670,436.79 | 07/21/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HERAEUS INC CIRCUIT MATERIALS DIVISION AKA HERAEUS CERMALLOY INC AND HERAEUS INC CERMALLOY DIVISION<br>MCDERMOTT WILL & EMERY LLP<br>227 W MONROE ST<br>CHICAGO, IL 60606-5096 | 10394 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $594,923.93<br><br><br><br>$594,923.93 | 07/24/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

EXHIBIT D-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HERAEUS METAL PROCESSING INC<br>MCDERMOTT WILL & EMERY LLP<br>227 W MONROE ST<br>CHICAGO, IL 60606-5096 | 10123 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $322,860.53<br><br><br><br>$322,860.53 | 07/21/2006 | ASEC MANUFACTURING GENERAL PARTNERSHIP (05-44482) |
| IER INDUSTRIES INC<br>8271 BAVARIA RD E<br>MACEDONIA, OH 44056 | 12166 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $140,413.63<br>$37,316.37<br><br>$0.00<br>$177,730.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| KYOCERA INDUSTRIAL CERAMICS CORP<br>345 PARK AVE 18TH FL<br>NEW YORK, NY 10154 | 12530 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$312,610.00<br>$312,610.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MORAINE MAINTENANCE CO INC<br>2611 NORDIC RD<br>DAYTON, OH 45414 | 447 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$22,109.84<br>$22,109.84 | 11/08/2005 | DELPHI CORPORATION (05-44481) |
| MOTOROLA INC<br>MCDERMOTT WILL & EMERY LLP<br>227 W MONROE ST<br>CHICAGO, IL 60606 | 8393 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $19,360.00<br><br><br>$0.00<br>$19,360.00 | 06/22/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MOTOROLA INC<br>MCDERMOTT WILL & EMERY LLP<br>227 W MONROE ST<br>CHICAGO, IL 60606 | 8392 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $75,900.00<br><br><br><br>$75,900.00 | 06/22/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| PD GEORGE CO<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424 | 10126 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$405,670.69<br>$405,670.69 | 07/21/2006 | DELPHI CORPORATION (05-44481) |
| RALCO INDUSTRIES INC<br>2720 AUBURN CT<br>AUBURN HILLS, MI 48326 | 8525 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br>$163,499.09<br>$163,499.09 | 06/26/2006 | DELPHI CORPORATION (05-44481) |

**EXHIBIT D-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| RECTICEL INTERIORS NORTH AMERICA LLC FKA RECTICEL NORTH AMERICA INC<br>MCDERMOTT WILL & EMERY LLP<br>227 W MONROE ST<br>CHICAGO, IL 60606-5096 | 11027 | Secured: $744,823.79<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $744,823.79 | 07/26/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| RECTICEL INTERIORS NORTH AMERICA LLC FKA RECTICEL NORTH AMERICA INC<br>MCDERMOTT WILL & EMERY LLP<br>227 W MONROE ST<br>CHICAGO, IL 60606-5096 | 11026 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,605,444.08<br>Total: $1,605,444.08 | 07/26/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SCHULTE & CO GMBH<br>AN DER ISERKUHLE 26 31<br>HEMER, 58675<br>GERMANY | 772 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 11/22/2005 | DELPHI CORPORATION (05-44481) |
| SPCP GROUP LLC<br>2 GREENWICH PLZ<br>GREENWICH, CT 06830 | 14318 | Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $9,078,756.03<br>Total: $9,078,756.03 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SPCP GROUP LLC AS ASSIGNEE OF INTERMET CORPORATION<br>SILVER POINT CAPITAL<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | 14489 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,750,708.82<br>Total: $3,750,708.82 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| TESA AG<br>JAMES J DECRISTOFARO ESQ<br>LOVELLS<br>590 MADISON AVE<br>NEW YORK, NY 10022 | 11681 | Secured: $151,257.61<br>Priority: $0.00<br>Administrative:<br>Unsecured: $2,075,890.16<br>Total: $2,227,147.77 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ULTRATECH INC<br>3050 ZANKER RD<br>SAN JOSE, CA 95134 | 12216 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $482,289.98<br>Total: $482,289.98 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| UMICORE AUTOCAT CANADA CORP<br>4261 MAINWAY DR<br>BURLINGTON, ON L7R 3Y8<br>CANADA | 12924 | Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $10,671,101.82<br>Total: $10,671,101.82 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

**EXHIBIT D-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| UNIVERSAL TOOL & ENGINEERING CO INC<br>BARNES & THORNBURG LLP<br>11 S MERIDIAN ST<br>INDIANAPOLIS, IN 46204 | 11114 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$120,077.19<br>$120,077.19 | 07/26/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| UNIVERSAL TOOL AND ENGINEERING COMPANY INC<br>BARNES & THORNBURG LLP<br>11 S MERIDIAN ST<br>INDIANAPOLIS, IN 46204 | 2175 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,525,236.87<br>$1,525,236.87 | 03/03/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| US TIMKEN CO<br>1835 DUEBER AVE<br>PO BOX 6927<br>CANTON, OH 44706-0927 | 14319 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $551,667.27<br><br>$1,803,986.64<br>$2,883,781.07<br>$5,239,434.98 | 07/31/2006 | DELPHI CORPORATION (05-44481) |

**Total:** 35   **$100,995,384.33**