**Delphi Corporation, et al.**
**Chapter 11 Case 05-44481 (RDD)**
**Deloitte and Touche LLP**
**Third Interim Application**
**(06/01/06 - 09/30/06)**
**Exhibit A**

| | |
|---|---:|
| Total Fees | 1,605,915.50 |
| Discount [1] | (321,183.10) |
| Total Adjusted Fees | 1,284,732.40 |
| Total Expenses [2] | - |
| **Total Due** | **$ 1,284,732.40** |

(1) Discount reflects a reduction in fees for this interim application consistent with the engagement letter dated August 29, 2005, and the retention affidavit of Brock E. Plumb.

(2) This interim application excludes expenses incurred by Deloitte & Touche LLP personnel while providing professional services to Delphi, during the period encompassed by this application. Deloitte & Touche LLP is voluntarily waiving the collection of the expenses for the period encompassed by this interim fee application.