**Delphi Corporation, et al.**
**Chapter 11 Case 05-44481 (RDD)**
**Deloitte and Touche LLP**
**Third Interim Application**
**(06/01/06 - 09/30/06)**
**Exhibit C**

| Names Of Professionals/ Paraprofessionals | Rates | Hours | Total |
|---|---|---|---|
| **Partner/Principal/Director** | | | |
| Aughton, Jeffery S | 650.00 | 236.1 | $ 153,465.00 |
| Aukerman, Jeffrey A | 650.00 | 11.2 | 7,280.00 |
| Colin, Robert L | 650.00 | 7.8 | 5,070.00 |
| Coulter, Stephen J | 670.00 | 13.0 | 8,710.00 |
| Crowley, Mark J | 650.00 | 252.8 | 164,320.00 |
| Curry, J Patrick | 620.00 | 40.0 | 24,800.00 |
| Ellerbrock, Lawrence D | 650.00 | 59.5 | 38,675.00 |
| Fisher, Mark S | 750.00 | 3.5 | 2,625.00 |
| Flynn, Jason T | 710.00 | 5.0 | 3,550.00 |
| Gilkes, John G | 750.00 | 10.0 | 7,500.00 |
| Howell, Matthew J | 650.00 | 4.0 | 2,600.00 |
| Maher, Daniel C | 750.00 | 23.1 | 17,325.00 |
| Malloy, Michael B | 650.00 | 44.0 | 28,600.00 |
| McGowan, Todd M | 650.00 | 18.0 | 11,700.00 |
| Neuenschwander, Jeffry A | 750.00 | 5.3 | 3,975.00 |
| Plumb, Brock E | 650.00 | 243.5 | 158,275.00 |
| Schnurr, James V | 700.00 | 10.0 | 7,000.00 |
| Shapiro, Alan M | 730.00 | 5.2 | 3,796.00 |
| Steiner, Robert C Jr | 670.00 | 40.0 | 26,800.00 |
| Swormstedt, Jeffrey Allan | 670.00 | 78.0 | 52,260.00 |
| Van Arsdell, Stephen C | 620.00 | 13.3 | 8,246.00 |
| Vukcevic, Theodore N | 650.00 | 4.5 | 2,925.00 |
| **Senior Manager** | | | |
| Donovan, Glen M | 490.00 | 20.0 | 9,800.00 |
| Favor, Richard A | 525.00 | 263.0 | 138,075.00 |
| Hakken, Jon | 525.00 | 10.8 | 5,670.00 |
| Moyer, Denny L | 490.00 | 171.1 | 83,839.00 |
| Olmore, David S | 450.00 | 10.0 | 4,500.00 |
| Szalony, Scott P | 440.00 | 203.9 | 89,716.00 |
| Tropea, Leonard A | 525.00 | 73.6 | 38,640.00 |
| Van Namen, Eric | 440.00 | 12.5 | 5,500.00 |

**Delphi Corporation, et al.**
**Chapter 11 Case 05-44481 (RDD)**
**Deloitte and Touche LLP**
**Third Interim Application**
**(06/01/06 - 09/30/06)**
**Exhibit C**

| Names Of Professionals/ Paraprofessionals | Rates | Hours | Total |
|---|---|---|---|
| **Manager** | | | |
| Clark, Jill M | 390.00 | 37.4 | 14,586.00 |
| Ferrer, Kim Ann G | 390.00 | 76.8 | 29,952.00 |
| Lee, Ying | 525.00 | 1.6 | 840.00 |
| Pang, Rita Y | 490.00 | 5.5 | 2,695.00 |
| Patel, Bhavesh A | 390.00 | 43.0 | 16,770.00 |
| Peterson, John D G | 500.00 | 107.9 | 53,950.00 |
| Shah, Shahid A | 340.00 | 32.8 | 11,152.00 |
| Snyder, Clayton A | 480.00 | 9.3 | 4,464.00 |
| Thomas, Daniel Joseph | 490.00 | 29.4 | 14,406.00 |
| Urbaniak, Julie Johnson | 525.00 | 2.2 | 1,155.00 |
| Ziemke, Valerie Lea | 480.00 | 8.0 | 3,840.00 |
| **Senior Associate** | | | |
| Alsager, Christina C | 270.00 | 86.1 | 23,247.00 |
| Bacarella, Angela M | 270.00 | 0.5 | 135.00 |
| Badie, Jermaine N | 270.00 | 55.3 | 14,931.00 |
| Brenman, Milana | 240.00 | 25.9 | 6,216.00 |
| Miller, Ashley Elaine | 390.00 | 51.0 | 19,890.00 |
| Potter, Scott Alan | 390.00 | 8.5 | 3,315.00 |
| Ralbusky, Deanna M | 270.00 | 59.5 | 16,065.00 |
| Springer, Rick | 375.00 | 7.1 | 2,662.50 |
| Urek, Kyle M | 270.00 | 104.5 | 28,215.00 |
| **Associate/Summer Associate** | | | |
| Blank, Marina Alexandrovna | 240.00 | 16.0 | 3,840.00 |
| Fender, Morgan Victoria | 100.00 | 42.8 | 4,275.00 |
| Green, Jonathan David | 280.00 | 54.7 | 15,316.00 |
| Hoch, Erin Nicole | 240.00 | 175.2 | 42,048.00 |
| Honkala, Joseph | 100.00 | 43.6 | 4,355.00 |
| McCoy, Kathryn Anne | 200.00 | 206.6 | 41,320.00 |
| Miller, Erica Lynne | 200.00 | 159.5 | 31,900.00 |
| Rhoades, Daisha Kristi | 280.00 | 9.5 | 2,660.00 |
| Tanielian, Kevork Krikor | 290.00 | 177.7 | 51,533.00 |
| Wolf, Bradley David | 310.00 | 1.5 | 465.00 |
| Zmuda, Shaun Stanley | 240.00 | 102.0 | 24,480.00 |
| | | **3,634.0** | **$ 1,605,915.50** |