**Delphi Corporation, et al.**
**Chapter 11 Case 05-44481 (RDD)**
**Deloitte and Touche LLP**
**Third Interim Application**
**(06/01/06 - 09/30/06)**
**Exhibit D**

| CATEGORY DESCRIPTION | HOURS |
|---|---|
| AUDIT PROCEDURES FOR AHG | 6.6 |
| AUDIT PROCEDURES FOR DELPHI HEADQUARTERS | 993.7 |
| AUDIT PROCEDURES FOR DPSS | 60.4 |
| AUDIT PROCEDURES FOR ELECTRONICS & SAFETY | 54.2 |
| AUDIT PROCEDURES FOR EMPLOYEE BENEFIT OBLIGATIONS | 60.5 |
| AUDIT PROCEDURES FOR ENERGY & CHASSIS | 74.9 |
| AUDIT PROCEDURES FOR PACKARD | 94.8 |
| AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | 424.1 |
| AUDIT PROCEDURES FOR STEERING | 38.8 |
| AUDIT PROCEDURES FOR THERMAL & INTERIOR | 31.0 |
| AUDIT PROCEDURES ON INCOME TAXES | 425.5 |
| AUDIT PROCEDURES PLANNING AND DEVELOPMENT | 1.7 |
| ENGAGEMENT ADMINISTRATION, PLANNING, AND MANAGEMENT | 658.2 |
| INTERNAL CONTROL TESTING | 159.5 |
| PREPARATION OF FEE/EXPENSE APPLICATIONS | 126.2 |
| REVIEW OF AUDIT WORKPAPERS AND SUPERVISION | 343.1 |
| REVIEW PROCEDURES FOR FIRST QUARTER | 4.3 |
| REVIEW PROCEDURES FOR SECOND QUARTER | 1.3 |
| REVIEW PROCEDURES FOR THIRD QUARTER | 14.4 |
| SAS 99 / JOURNAL ENTRY TESTING | 37.8 |
| TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | 23.0 |
| Grand Total | 3,634.0 |