**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, <u>et al.</u>, | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**COVER SHEET FOR THIRD FEE AND EXPENSE APPLICATION OF STEVEN HALL**
**& PARTNERS, LLC AS COMPENSATION AND EMPLOYMENT AGREEMENT**
**ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

**Name of Applicant:** Steven Hall & Partners, LLC

**Role in Case:** Compensation and Employment Agreement Advisor for the Official Committee of Unsecured Creditors

**Date of Retention:** January 10, 2006 (*nunc pro tunc* to November 7, 2005)

**Period Covered:** June 1, 2006 through September 30, 2006

**Current Application**

**Fees Requested:** $179,817.50

**Expenses Requested:** $0

**Total Fees and Expenses**
**Requested:** $179,817.50

**Blended Hourly Rate:** $600.39

**This is a(n):**   X   interim __ final application.

## SECTION I:  FEE SUMMARY

|                                          | To Date       | Current Period |
|------------------------------------------|---------------|----------------|
| Total Fees Requested:                    | $771,172.50   | $179,817.50    |
| Total Disbursements Requested:           | $0.00         | $0.00          |
| Total Fees Previously Allowed:           | $654,993.13   | $143,854.00    |
| Total Disbursements Previously Allowed:  | $0.00         | $0.00          |
| Total Previously Received by Applicant:  | $655,423.88   | $234,425.88    |

## SECTION II:  PROFESSIONAL SUMMARY

| Name of Professional          | Hourly Rate | Hours Billed | Final Totals   |
|-------------------------------|-------------|--------------|----------------|
| SENIOR MANAGING DIRECTOR      |             |              |                |
| Pearl Meyer                   | $950.00     | 84.80        | $80,560.00     |
|                               |             |              |                |
| MANAGING DIRECTORS            |             |              |                |
| Joseph Sorrentino             | $600.00     | 131.80       | $79,080.00     |
|                               |             |              |                |
| CONSULTANTS                   |             |              |                |
| Michael Sherry                | $375.00     | 13.90        | $ 5,212.50     |
|                               |             |              |                |
| ANALYSTS                      |             |              |                |
| Ross Adler                    | $225.00     | 61.30        | $ 13,792.50    |
| Steven Hall Jr.               | $200.00     | 0.30         | $ 60.00        |
| Jeffrey Hanhan                | $200.00     | 2.50         | $  500.00      |
|                               |             | 64.10        | $ 14,352.50    |
|                               |             |              |                |
| INTERNS                       |             |              |                |
| Christopher Masterson         | $125.00     | 4.90         | $ 612.50       |
| **TOTAL HOURS AND FEES**      |             | **299.50**   | **$179,817.50** |

## SECTION III:  COMPENSATION BY PROJECT CATEGORY

|  | Hours Billed | Blended Hourly Rate | Final Totals |
|---|---|---|---|
| Compensation and Employment Agreement Advisory Services | 294.40 | $   594.34 | $174,972.50 |
| Fee Applications | 5.10 | $   950.00 | $  4,845.00 |
| **TOTAL HOURS AND FEES** | **299.50** | **$   600.39** | **$179,817.50** |

## SECTION IV:  EXPENSE SUMMARY

| Expenses | Amount |
|---|---|
| No Expenses Requested[1] | $0.00 |
| **TOTAL** | **$0.00** |

---

[1]       Steven Hall did not charge for any expenses during the compensation period.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, <u>et</u> <u>al.</u>, | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**THIRD FEE AND EXPENSE APPLICATION OF STEVEN**
**HALL & PARTNERS, LLC AS COMPENSATION AND**
**EMPLOYMENT AGREEMENT ADVISOR FOR THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Pursuant to sections 330 and 503(b)(1)(A) of chapter 11 of Title 11 of the United States

Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), the Amended Guidelines for Fees and Disbursements for Professionals in

Southern District of New York Bankruptcy Cases adopted by the Court on April 19, 1995 (the

"Local Guidelines") and the United States Trustee Guidelines for Reviewing Applications for

Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on

January 30, 1996 (the "UST Guidelines" collectively with the Local Guidelines, the

"Guidelines"), Steven Hall & Partners, LLC ("Steven Hall"), as Compensation and Employment

Agreement Advisors to the Official Committee of Unsecured Creditors (the "Committee")

appointed in the chapter 11 cases of Delphi Corporation and its debtor affiliates (collectively, the

"Debtors"), respectfully submits this third application (the "Application") for allowance of

compensation totaling $179,817.50, incurred during the period from June 1, 2006 through

September 30, 2006 (the "Compensation Period").

In support of this Application, Steven Hall respectfully represents as follows:

1

**Background**

1.      On October 8, 2005 (the "Petition Date"), thirty-nine of the above-captioned debtors (the "Debtors") filed with this Court voluntary petitions for relief under chapter 11 of Title 11 of the United States Code, as amended (the "Bankruptcy Code").  On October 14, 2005, three additional Debtors filed voluntary petitions.  The Debtors are continuing in possession of their property and are operating their businesses, as a debtors-in-possession, pursuant to sections 1107 and 1108 of the Bankruptcy Code.

2.      The Committee was appointed in these cases by the Office of the United States Trustee for the Southern District of New York (the "U.S. Trustee") on October 17, 2005.

3.      On December 2, 2005, the Official Committee of Unsecured Creditors' filed that certain Application to Retain, Employ and Compensate Steven Hall, LLC as Compensation and Employment Agreement Advisor for the Official Committee of Unsecured Creditors (the "Retention Application").  On January 10, 2006, this Court entered an order approving the retention of Steven Hall, *nunc pro tunc* to November 7, 2005.

4.      By Order dated November 4, 2005 (the "Administrative Order"), the Court established a procedure for interim compensation and reimbursement of expenses for all professionals in these cases.  In particular, the Administrative Order provides that, absent objection, upon the expiration of twenty days after the service of monthly fee statements, the Debtors are authorized to pay each professional an amount equal to 80 percent of the fees and 100 percent of the expenses requested in their respective monthly fee statements.

5.      Pursuant to the Administrative Order, Steven Hall has served monthly fee statements in these cases for the months of November 2005 through September 2006 (collectively, the "Monthly Statements").  To date, the Debtors have paid Steven Hall

2

$655,423.88 in fees incurred throughout its retention period, of which $102,124 represent fees related to this Compensation Period.

6.    By this Application, Steven Hall seeks interim allowance of compensation incurred during the Compensation Period and reflected in Steven Hall's Monthly Statements. Steven Hall also seeks payment of all outstanding holdbacks owing with respect to the Monthly Statements.

7.    The supervisory responsibility for Steven Hall's efforts on behalf of the Committee has been undertaken by Pearl Meyer, the Senior Managing Director of Steven Hall.

### Summary of Services Performed During the Compensation Period

8.    As is reflected in the attached Cover Sheet for the Application (the "Cover Sheet"), Steven Hall has rendered 299.50 hours of compensation advisory services in representation of the Committee during the Compensation Period.  Based upon the nature of the services rendered, the time required to provide such services, the value of such services to the Committee, and the cost of comparable services in non-bankruptcy cases, Steven Hall believes that the allowed compensation for services rendered to the Committee should be not less than $179,817.50.  This total represents 299.50 hours of Steven Hall's professional time, at a blended average hourly rate of $600.39.  The hourly rate for each professional who performed services for the Committee during the Compensation Period is set forth in the Cover Sheet.

9.    In accordance with the Local Guidelines, a detailed chronological narrative of the time spent, the dates and descriptions of the services rendered, and the identity of the professionals who provided services on behalf of the Committee during the Compensation Period is attached hereto as Exhibit A (the "Billing Detail," which is incorporated herein by reference).[1]

---

[1]    Section III of the Cover Sheet contains a summary of Steven Hall's services organized by project category.

3

10.     Steven Hall respectfully supplements the Billing Detail with the following

summary of services it performed during the Compensation Period.

    a.      Advice to the Committee with respect to executive compensation, Key
    Employee Compensation Plans (KECPs) and employment agreements;

    b.      Advice to Latham & Watkins, as attorneys for the Committee with respect
    to executive compensation, KECPs and employment agreements;

    c.      Research regarding officer compensation, design and cost of KECPs in
    other comparable bankruptcies;

    d.      Research regarding officer compensation, design and cost of
    compensation programs in other comparable companies;

    e.      Advice, modeling and evaluation of the Debtors' proposed and revised
    Annual Incentive Plan;

    f.      Review of the Debtors' discovery documents related to the proposed
    KECP motion;

    g.      Preparation for and attendance at meetings with the Committee and
    Creditors' Sub-Committee; and

    h.      Preparation for and attendance at meetings with the Debtors' employees
    and executive compensation consultant regarding KECP motions.

Steven Hall rendered a total of 294.4 hours and $174,972.50 related to these compensation and

employment agreement advisory services.

11.     Additionally, with respect to administrative matters during the Compensation

Period, Steven Hall rendered a total of 5.10 hours and $4,845.00 in services related to preparing

monthly fee statements and the second interim fee application.

### Steven Hall's Charges

12.     Steven Hall's hourly rates and fees charged are consonant with the market rate for

comparable services by comparable professionals.  The hourly rates and fees charged by Steven

Hall are the same as those generally charged to, and paid by, Steven Hall's other clients.  Indeed,

unlike fees paid by most of Steven Hall's clients, due to the "holdback" of fees and the delays

4

inherent in the fee application process, the present value of the fees paid to Steven Hall by the

Debtors is less than fees paid monthly by other of Steven Hall's clients.  All hours expended by

Steven Hall were absolutely necessary.  Steven Hall believes that the Billing Detail reflects the

actual, fair and reasonable value of the professional expertise provided to the Committee during

the Compensation Period.

### Disbursements

13.     Steven Hall did not charge for any expenses in connection with service as advisor

to the Committee during the Compensation Period.  Steven Hall does not build a profit

component into its disbursements, and charges only for Steven Hall's actual out-of-pocket

expenses.

### Certification

14.     As required by the Guidelines, a certification that the facts set forth in this

Application are true and correct, and that this Application complies with the Guidelines, is

attached hereto as Exhibit "B."

### Steven Hall is a Disinterested Person and Holds No Adverse Interest

15.     All professional services and expenses for which allowance is requested in this

Application were performed by Steven Hall on behalf of the Committee and not on behalf of any

other entity or person.  As set forth in the Affidavit of Pearl Meyer of Steven Hall & Partners

Pursuant to Sections 329, 504 and 1103 of the Bankruptcy Code and Rules 2014 and 2016 of the

Federal Rules of Bankruptcy Procedure, which was previously filed by Steven Hall in these

cases:  (a) Steven Hall holds neither a claim against, nor an interest in, the Debtors, and no

beneficial interest in the Debtors, directly or indirectly, has been acquired or transferred by

Steven Hall or for Steven Hall's benefit since the commencement of these cases, (b) Steven Hall

5

represents no interest adverse to the Debtors with respect to matters upon which it is engaged,

and (c) Steven Hall is a "disinterested person" under section 101(14) of the Bankruptcy Code.

16.    No agreement or understanding exists between Steven Hall and any other person

or entity for the sharing of compensation received or to be received for services rendered in

connection with these proceedings.

## **Reservation of Rights**

17.    To the extent that charges for services rendered during the Compensation Period

are inadvertently excluded from this Application for any reason, Steven Hall hereby reserves the

right to request approval and payment of such charges in future fee applications

6

WHEREFORE, Steven Hall respectfully requests that this Court enter an order: (a)

allowing Steven Hall's request for compensation in the sum of $179,817.50 for actual,

reasonable and necessary professional services rendered on behalf of the Committee during the

Compensation Period, and (b) directing the Debtors to pay to Steven Hall the full amount of such

compensation to the extent not already paid.


Dated:  New York, New York          STEVEN HALL & PARTNERS, LLC
        November 29, 2006

                              /s/ _Pearl Meyer_____
                              Pearl Meyer
                              645 Fifth Avenue
                              New York, New York 10022
                              Tel:  (212) 488-5400
                              Fax:  (212) 888-8706
                              Email: pmeyer @shallpartners.com

                              Compensation and Employment Agreement
                              Advisor for the Official Committee of
                              Unsecured Creditors

**EXHIBIT A**

**<u>Billing Detail</u>**

8



Summary of Fee Statement for Third Fee Application - Delphi Corporation

| Staff Member | Title | June | July | August | September | Total No. of Hours | Hourly Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| Pearl Meyer | Senior Managing Director | 23.30 | 23.90 | 14.60 | 23.00 | 84.80 | $ 950 | $ 80,560.00 |
| Joseph Sorrentino | Managing Director | 44.00 | 30.30 | 17.80 | 39.70 | 131.80 | $ 600 | $ 79,080.00 |
| Michael Sherry | Consultant | 10.60 | 0.00 | 1.30 | 2.00 | 13.90 | $ 375 | $ 5,212.50 |
| Ross Adler | Analyst | 0.00 | 1.40 | 37.10 | 22.80 | 61.30 | $ 225 | $ 13,792.50 |
| Steven Hall, Jr. | Analyst | 0.00 | 0.30 | 0.00 | 0.00 | 0.30 | $ 200 | $ 60.00 |
| Jeffrey Hanhan | Analyst | 0.00 | 0.00 | 2.50 | 0.00 | 2.50 | $ 200 | $ 500.00 |
| Christopher Masterson | Intern | 0.00 | 0.00 | 0.00 | 4.90 | 4.90 | $ 125 | $ 612.50 |
| | Totals: | 77.90 | 55.90 | 73.30 | 92.40 | 299.50 | | $ 179,817.50 |



Detail of Work Performed - Delphi Corporation

| Staff Member | Date | Description | No. of Hours |
|---|---|---|---|
| Pearl Meyer | 6/7/06 | Conference call with Debtor re: status of second half AIP | 0.80 |
| Pearl Meyer | 6/15/06 | Plan Debtor conference call and agenda | 1.10 |
| Pearl Meyer | 6/15/06 | Evaluate proxy analysis | 3.40 |
| Pearl Meyer | 6/19/06 | Review Debtor exit interview documents and evaluate financial analysis for second half AIP | 3.10 |
| Pearl Meyer | 6/20/06 | Conference call with Debtor re: status of second half AIP | 1.70 |
| Pearl Meyer | 6/23/06 | Study Debtor data submitted re: performance and AIP targets for second half | 1.80 |
| Pearl Meyer | 6/26/06 | Evaluate analysis of Debtor data and conference call with Debtor | 3.70 |
| Pearl Meyer | 6/27/06 | Study and redesign AIP yield curves | 2.70 |
| Pearl Meyer | 6/27/06 | Conference call with Debtor re: status of second half AIP | 1.60 |
| Pearl Meyer | 6/28/06 | Evaluate Watson Wyatt marketplace compensation data | 2.30 |
| Pearl Meyer | 6/28/06 | Conference call with Debtor staff re: revised payout curves for second half AIP | 1.10 |
| Joseph Sorrentino | 6/7/06 | Conference call with Debtor re: status of second half AIP | 0.80 |
| Joseph Sorrentino | 6/19/06 | Analysis of financial projections related to second half AIP | 6.70 |
| Joseph Sorrentino | 6/19/06 | Analysis of Debtor exit interviews compiled in April, May and June | 2.30 |
| Joseph Sorrentino | 6/20/06 | Conference call with Debtor re: status of second half AIP | 1.70 |
| Joseph Sorrentino | 6/20/06 | Further analysis of financial projections related to second half AIP | 4.40 |
| Joseph Sorrentino | 6/21/06 | Analysis of marketplace compensation data provided by Debtor's compensation consultant | 6.70 |
| Joseph Sorrentino | 6/23/06 | Review of second half AIP financial projections/payout curves | 6.60 |
| Joseph Sorrentino | 6/26/06 | Conference call with Debtor re: status of second half AIP | 2.20 |
| Joseph Sorrentino | 6/26/06 | Financial modeling of various scenarios under second half AIP | 4.40 |
| Joseph Sorrentino | 6/27/06 | Conference call with Debtor re: status of second half AIP | 1.60 |
| Joseph Sorrentino | 6/27/06 | Analysis of second half AIP payout curves | 2.30 |
| Joseph Sorrentino | 6/28/06 | Analysis of marketplace compensation data vs. proposed Debtor compensation | 3.20 |
| Joseph Sorrentino | 6/28/06 | Conference call with Debtor staff re: revised payout curves for second half AIP | 1.10 |
| Michael Sherry | 6/1/06 | Update non-DSB positioning exhibit | 2.20 |
| Michael Sherry | 6/5/06 | Review and edit compensation survey data | 1.90 |
| Michael Sherry | 6/5/06 | Review and edit proxy compensation data | 1.10 |
| Michael Sherry | 6/8/06 | Create non-DSB market consensus using Watson Wyatt data.  Link redacted employee to name | 0.75 |
| Michael Sherry | 6/8/06 | Review and edit proxy compensation data | 0.75 |
| Michael Sherry | 6/27/06 | Analyze Debtor maximum AIP vs. target and acutal market | 2.60 |
| Michael Sherry | 6/28/06 | Analyze Debtor maximum AIP vs. target total remuneration | 1.30 |
| Pearl Meyer | 7/6/06 | Conference call with Mesirow re: 2nd half AIP financial targets | 1.30 |
| Pearl Meyer | 7/6/06 | Redesign of AIP yield curve | 3.20 |
| Pearl Meyer | 7/7/06 | Conference call with Mesirow re: 2nd half AIP yield curve | 1.30 |
| Pearl Meyer | 7/10/06 | Attendance at Creditor's Committee meeting re: 2nd half AIP | 1.50 |
| Pearl Meyer | 7/11/06 | Review of analysis and finalize SH&P opinion | 1.90 |
| Pearl Meyer | 7/11/06 | Review and conclusions re: updated exit interviews | 1.50 |
| Pearl Meyer | 7/12/06 | Analyze and opine re: KECP discovery documents | 3.10 |
| Pearl Meyer | 7/14/06 | Conference call with Mesirow re: 2nd half AIP | 1.60 |
| Pearl Meyer | 7/17/06 | Finalize comments re: draft objection to 2nd half AIP | 1.80 |
| Pearl Meyer | 7/17/06 | Conference call with Creditor's Sub-Committee re: proposed 2nd half 2006 AIP | 1.50 |
| Pearl Meyer | 7/18/06 | Analysis of KECP supplement documents related re: revised 2nd half AIP | 1.20 |



Detail of Work Performed - Delphi Corporation

| Staff Member | Date | Description | No. of Hours |
|---|---|---|---|
| Pearl Meyer | 7/24/06 | Preparation of second interim fee application | 1.70 |
| Pearl Meyer | 7/26/06 | Review of June billings | 1.10 |
| Pearl Meyer | 7/28/06 | Finalize second interim fee application | 1.20 |
| Joseph Sorrentino | 7/5/06 | Preparation of status memo re: 2nd half AIP | 1.20 |
| Joseph Sorrentino | 7/6/06 | Conference call with Mesirow re: 2nd half AIP financial targets | 1.30 |
| Joseph Sorrentino | 7/6/06 | Analysis of financial targets related to 2nd half AIP | 4.40 |
| Joseph Sorrentino | 7/7/06 | Conference call with Mesirow re: 2nd half AIP yield curve | 1.30 |
| Joseph Sorrentino | 7/10/06 | Attendance at Creditor's Committee meeting re: 2nd half AIP | 1.50 |
| Joseph Sorrentino | 7/10/06 | Cost and participation analysis of proposed AIP by Tiers | 3.40 |
| Joseph Sorrentino | 7/10/06 | Preparation of follow-up memo re: 2nd half AIP | 1.80 |
| Joseph Sorrentino | 7/11/06 | Review of KECP discovery documents | 3.50 |
| Joseph Sorrentino | 7/13/06 | Review of Debtor discovery documents related to 2nd half AIP | 3.20 |
| Joseph Sorrentino | 7/14/06 | Conference call with Mesirow re: 2nd half AIP | 1.60 |
| Joseph Sorrentino | 7/14/06 | Review of draft objection re: 2nd half AIP | 1.10 |
| Joseph Sorrentino | 7/17/06 | Review and comments re: draft objection to 2nd half AIP | 1.80 |
| Joseph Sorrentino | 7/17/06 | Conference call with Creditor's Sub-Committee re: proposed 2nd half 2006 AIP | 1.50 |
| Joseph Sorrentino | 7/18/06 | Review of KECP supplement documents related to revised 2nd half AIP | 2.70 |
| Ross Adler | 7/10/06 | Updated exhibits with Watson Wyatt data (salary and total cash) | 1.40 |
| Steven Hall, Jr. | 7/7/06 | Update exit interview memo | 0.30 |
| Pearl Meyer | 8/21/06 | Review and consider KECP proposal re: DSB positions | 3.60 |
| Pearl Meyer | 8/25/06 | Review and consider KECP proposal re: non-DSB positions | 2.90 |
| Pearl Meyer | 8/25/06 | Review of July billings | 1.10 |
| Pearl Meyer | 8/28/06 | Evaluate Watson Wyatt data and SH&P marketpricing | 3.20 |
| Pearl Meyer | 8/29/06 | Develop analysis and materials for meeting with Debtor staff and Watson Wyatt | 3.80 |
| Joseph Sorrentino | 8/4/06 | Conference call with Latham & Watkins re: Debtor KECP discovery documents | 0.80 |
| Joseph Sorrentino | 8/7/06 | Response to questions from Latham & Watkins re: AIP payments | 1.50 |
| Joseph Sorrentino | 8/8/06 | Response to request from Latham & Watkins re: Debtor SERP documents | 1.80 |
| Joseph Sorrentino | 8/21/06 | Review marketplace compensation data | 4.10 |
| Joseph Sorrentino | 8/22/06 | Review Watson Wyatt compensation data for DSB | 3.30 |
| Joseph Sorrentino | 8/24/06 | Review Watson Wyatt compensation data for non-DSB | 2.70 |
| Joseph Sorrentino | 8/25/06 | Review bankruptcy KECPs in marketplace | 3.60 |
| Michael Sherry | 8/23/06 | Develop exhibits for marketplace compensation data | 0.40 |
| Michael Sherry | 8/25/06 | Develop exhibits for marketplace compensation data | 0.90 |
| Ross Adler | 8/8/06 | Review SERP documents | 1.10 |
| Ross Adler | 8/23/06 | Research share allocations of comparator group | 2.40 |
| Ross Adler | 8/24/06 | Research share allocations of comparator group | 6.80 |
| Ross Adler | 8/24/06 | Research financials of comparator group | 1.20 |
| Ross Adler | 8/28/06 | Create exhibits for financials of comparator group | 7.50 |
| Ross Adler | 8/29/06 | Create exhibits for financials of comparator group | 8.90 |
| Ross Adler | 8/30/06 | Research share allocations of comparator group | 4.30 |
| Ross Adler | 8/31/06 | Create exhibits for share allocations of of comparator group | 4.90 |
| Jeffrey Hanhan | 8/23/06 | Update market compensation survey data for comparator companies | 1.10 |



Detail of Work Performed - Delphi Corporation

| Staff Member | Date | Description | No. of Hours |
|---|---|---|---|
| Jeffrey Hanhan | 8/24/06 | Update market compensation survey data for comparator companies | 1.40 |
| Pearl Meyer | 9/8/06 | Review staff research reports on post-emergence equity plans | 4.30 |
| Pearl Meyer | 9/12/06 | Prepare for and attend meeting with Debtor staff re: proposed KECP | 4.80 |
| Pearl Meyer | 9/12/06 | Conference call with Latham & Watkins re: proposed KECP | 1.30 |
| Pearl Meyer | 9/19/06 | Evaluate KECP design and emergence cash bonus | 3.60 |
| Pearl Meyer | 9/20/06 | Review Watson Wyatt compensation survey data | 4.30 |
| Pearl Meyer | 9/21/06 | Review Watson Wyatt compensation survey data | 3.60 |
| Pearl Meyer | 9/28/06 | Analyze and compare new Watson Wyatt compensation survey data | 1.10 |
| Joseph Sorrentino | 9/6/06 | Review of Watson Wyatt market data | 3.80 |
| Joseph Sorrentino | 9/7/06 | Research re: equity plans post-emergence | 3.70 |
| Joseph Sorrentino | 9/7/06 | Conference call with Mesirow re: equity emergence plans | 1.20 |
| Joseph Sorrentino | 9/8/06 | Review of Watson Wyatt market data | 2.60 |
| Joseph Sorrentino | 9/12/06 | Conference call with Latham & Watkins re: proposed KECP | 1.30 |
| Joseph Sorrentino | 9/12/06 | Meeting with Debtor staff re: proposed KECP | 1.80 |
| Joseph Sorrentino | 9/13/06 | Review of bankruptcy KECPs | 2.80 |
| Joseph Sorrentino | 9/15/06 | Research re: grant rates of post-emergence equity plans | 5.10 |
| Joseph Sorrentino | 9/19/06 | Research re: KECP design | 2.60 |
| Joseph Sorrentino | 9/20/06 | Research re: severance programs at request of Latham & Watkins | 4.70 |
| Joseph Sorrentino | 9/27/06 | Review of Watson Wyatt long-term incentive survey data for DSB | 4.30 |
| Joseph Sorrentino | 9/28/06 | Review of new Watson Wyatt compensation survey data for DSB | 5.80 |
| Michael Sherry | 9/12/06 | Review marketplace compensation data | 2.00 |
| Ross Adler | 9/1/06 | Review Watson Wyatt marketplace exhibits; share allocations | 4.60 |
| Ross Adler | 9/5/06 | Review Watson Wyatt marketplace exhibits; share allocations | 4.30 |
| Ross Adler | 9/6/06 | Update bankruptcy file with new court documents | 1.30 |
| Ross Adler | 9/11/06 | Create Actual Total Cash and Total Remuneration exhibits | 4.00 |
| Ross Adler | 9/21/06 | Review Volumes 1-14 for severance and CIC documents | 3.90 |
| Ross Adler | 9/26/06 | Review and summarize discovery documents related to severance and CIC | 4.70 |
| Christopher Masterson | 9/11/06 | Create exhibit index | 2.30 |
| Christopher Masterson | 9/22/06 | Create exhibit index | 2.60 |
| | | **Total Hours:** | **299.50** |

**EXHIBIT B**

**<u>Certification</u>**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, <u>et al.</u>, | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

### CERTIFICATION WITH RESPECT TO THIRD FEE AND EXPENSE APPLICATION OF STEVEN HALL & PARTNERS, LLC AS COMPENSATION AND EMPLOYMENT AGREEMENT ADVISOR FOR THE <u>OFFICIAL COMMITTEE OF UNSECURED CREDITORS</u>

Pearl Meyer, a Senior Managing Director at Steven Hall & Partners, LLC ("Steven

Hall"), the Compensation and Employment Agreement Advisors to the Official Committee of

Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of Delphi Corporation

and its debtor affiliates (collectively, the "Debtors"), in compliance with the Amended

Guidelines for Fees and Disbursements for Professionals in Southern District of New York

Bankruptcy Cases adopted by the Court on April 19, 1995 (the "Local Guidelines") and the

United States Trustee Guidelines for Reviewing Applications for Compensation and

Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the

"UST Guidelines," and collectively with the Local Guidelines, the "Guidelines"), hereby

certifies as follows:

1.      I have reviewed the Third Fee and Expense Application of Steven Hall &

Partners, LLC as Compensation and Employment Agreement Advisor for the Official Committee

of Unsecured Creditors (the "Application"), for the period commencing June 1, 2006 through

September 30, 2006 (the "Compensation Period"), which seeks approval of certain fees incurred

10

by Steven Hall as compensation and employment agreement advisors to the Committee in

connection with the above captioned chapter 11 cases.

As required by Section B. 1 of the Local Guidelines, I certify that:

(a)        I have read the Application;

(b)        to the best of my knowledge, information, and belief formed after reasonable

inquiry, the fees and disbursements sought in the Application fall within the Local Guidelines;

(c)        the fees sought are charged in accordance with practices customarily

employed by Steven Hall and generally accepted by Steven Hall's clients; and

(d)        in providing a reimbursable service, Steven Hall does not make a profit on

that service, whether the service is performed by Steven Hall in-house or through a third party.

2.        As required by Section B. 2 of the Local Guidelines, I certify that, to the best of

my knowledge and belief, all of Steven Hall's Monthly Statements were sent to the members of

the Committee, the Debtors and the Office of the United States Trustee for the Southern District

of New York, among others, not later than 20 days after the end of the month to which each

Monthly Statement applied.

11

3.      As required by Section B. 3 of the Local Guidelines, I certify that, to the best of my knowledge and belief, the members of the Committee, the Debtors and the Office of the United States Trustee for the Southern District of New York, among others, will each be provided with a copy of the Application at least ten (10) days in advance of the hearing to consider the Application.

I certify the foregoing to be true and correct.

Dated: November 29, 2006
       New York, New York

_____
       Pearl Meyer

12