**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                                                     Chapter 11

                                                                                                  Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                                               Jointly Administered

                            Debtors

---------------------------------------------------------------x

## **ORDER OF ADMISSION TO PRACTICE,** *Pro Hac Vice*

UPON the motion of Jeffrey H. Weir, II, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

ORDERED, that Jeffrey H. Weir, II, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: November 29, 2006
          New York, New York

                                                                    /s/Robert D. Drain_____
                                                                    UNITED STATES BANKRUPTCY JUDGE