**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re:                                              Chapter 11

                                                                            Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                        Jointly Administered

                          Debtors

---------------------------------------------------------------x

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

     UPON the motion of Thomas M. Franklin, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

     ORDERED, that Thomas M. Franklin, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: November 29, 2006
       New York, New York

                                                    /s/Robert D. Drain_____
                                                    UNITED STATES BANKRUPTCY JUDGE