**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re:                                                                    Chapter 11

                                                                          Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                                Jointly Administered

                        Debtors

-------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

     UPON the motion of Patricia L. Hill, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

     ORDERED, that Patricia L. Hill, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: November 29, 2006
      New York, New York

                                             /s/Robert D. Drain_____
                                             UNITED STATES BANKRUPTCY JUDGE