# INDEX OF EXHIBITS TO THIRD INTERIM FEE APPLICATION

Exhibit A — Certification of Compliance

Exhibit B — Summary of Professional Services Rendered, Background of Professionals

Exhibit C — Summary of Services Rendered

Exhibit D — Actual and Necessary Disbursements Incurred

#227270-v1