**EXHIBIT B**

**DELPHI CORPORATION, *ET AL.***

**PROFESSIONAL SERVICES RENDERED
BY HOWARD & HOWARD ATTORNEYS, P.C.
AS INTELLECTUAL PROPERTY COUNSEL TO DEBTORS
<u>JUNE 1, 2006 THROUGH SEPTEMBER 30, 2006</u>**

**ATTORNEYS**

| Name | Year Admitted to Practice | Law School Class | Hourly Rate | Total Interim Application Hours | Total Interim Application Compensation* |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Jeffrey A. Sadowski | 1977 | 1977 | $395.00 | 5.8 | $2,291.00 |
| Samuel J. Haidle | 1998 | 1998 | $235.00 | 124.5 | $29,257.50 |
| David M. LaPrairie | 2000 | 1999 | $235.00 | 63.8 | $14,993.00 |
| James R. Yee | 1995 | 1995 | $320.00 | 42.1 | $13,472.00 |
| Lisa S. Gretchko | 1979 | 1978 | $315.00 | 10.6 | $3,339.00 |
| | | | | | |
| **TOTAL (Partners)** | | | | **246.8** | **$63,352.50** |
| | | | | | |
| **Associates:** | | | | | |
| Sara C, MacWilliams | 2004 | 2004 | $155.00 | 58.7 | $9,098.50 |
| Trent K. English | 2004 | 2004 | $165.00 | 65.6 | $10,824.00 |
| Christopher S. Andrzejak | 2005 | 2005 | $140.00 | 39.6 | $5,544.00 |
| Lisa M. Muehleck | 2006 | 2005 | $140.00 | 20.8 | $2,912.00 |
| Suzanne K. Klein | 2003 | 2003 | $135.00 | 28.2 | $3,807.00 |
| Tamika Bryant | 2004 | 2003 | $165.00 | 9.1 | $1,501.50 |
| David A. Burns | 1998 | 1998 | $230.00 | 89.6 | $20,608.00 |
| Preston H. Smirman | 1996 | 1996 | $250.00 | 7.0 | $1,750.00 |
| Matthew Binkowski | 2006 | 2006 | $140.00 | 12.6 | $1,764.00 |
| Todd A. Pleiness | 2006 | 2006 | $140.00 | 17.25 | $2,415.00 |
| | | | | | |
| **TOTAL (Associates)** | | | | **348.45** | **$60,224.00** |

**PATENT AGENT**

| Name | Year Admitted to Patent Bar | Law School Class | Hourly Rate | Total Interim Application Hours | Total Interim Application Compensation* |
|---|---|---|---|---|---|
| Michael G. Shariff | 2006 | 2004 | $150.00 | **21.4** | **$3,210.00** |

#227274-v2

**INTELLECTUAL PROPERTY PARAPROFESSIONALS**

| Name | Hourly Rate | Total Interim Application Hours | Total Interim Application Compensation* |
|---|---|---|---|
| **Interns:** | | | |
| Steven J. Kontos | $85.00 | 43.8 | $3,723.00 |
| Brian C. Andress | $105.00 | 144.1 | $15,130.50 |
| Jason Newton | $75.00 | 28.1 | $2,107.50 |
| Michael E. McKee | $95.00 | 17.6 | $1,672.00 |
| Julie Kapp | $85.00 | 209.3 | $17,790.50 |
| Christopher M. Francis | $105.00 | 136.8 | $14,364.00 |
| Wyatt J. Istvan Mitchell | $85.00 | 41.4 | $3,519.00 |
| Kimberlee Hersch | $75.00 | .2 | $15.00 |
| Accounting - D. Witzak, K. Hill | $75.00 | 23.0 | $1,725.00 |
| | | | |
| **TOTAL (Paraprofessionals)** | | **644.3** | **$60,046.50** |

**Total (Attorneys, Patent Agent and IP Paraprofessionals):  1,260.95 hours - $186,833.00**

#227274-v2