HOWARD & HOWARD ATTORNEYS, P.C.
39400 Woodward Avenue, Suite 101
Bloomfield Hills, MI  48304-5151
(248) 645-1483
Jeffrey A. Sadowski (P28163)
Sara K. MacWilliams (P67805)

*Intellectual Property Counsel for Delphi Corporation, et al.,*
 *Debtors and Debtors-in-Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        :
    In re                                               :    Chapter 11
                                                        :
DELPHI CORPORATION, et al.,                             :    Case No. 05-44481 (RDD)
                                                        :
                                      Debtors.          :    (Jointly Administered)
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER GRANTING THIRD INTERIM APPLICATION FOR ALLOWANCE
OF INTERIM COMPENSATION AND REIMBURSEMENT OF
EXPENSES OF HOWARD & HOWARD ATTORNEYS, P.C.**

**WHEREAS,** upon consideration of the Third Interim Application of Howard & Howard Attorneys, P.C. For Allowance of Compensation For Services Rendered and Reimbursement of Expenses (the "Howard & Howard Application"), incurred from the period commencing June 1, 2006 and ending September 30, 2006 (the "Compensation Period"), related to services provided to the Debtors; and a hearing having been held before the Court on _____ at _____ a.m., to consider the Howard & Howard Application; and notice having been given pursuant to Fed. R. Bankr. P. 2002(a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefore, it is hereby

**ORDERED** that the Howard & Howard Application is granted as set forth in Schedule "A" and this Court approves interim compensation for professional services rendered

#227306-v1

in the amount of $186,833.00, and interim reimbursement for actual and necessary expenses in the amount of $10,247.53 for a total award of fees and expenses on said fee application in the amount of $197,080.53.

**ORDERED** that the Debtors are authorized and directed to immediately pay to Howard & Howard, without any holdback, $197,080.53 on its Third Interim Fee Application, consisting of fees in the amount of $186,833.00 and expenses in the amount of $10,247.53, or, if applicable of, the difference between the amount allowed hereunder and the amounts, if any, previously paid to Howard & Howard pursuant to that certain Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated November 4, 2005 and Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated July 12, 2006.

Dated: New York, New York
            _____, 2006

                                    _____
                                    UNITED STATES BANKRUPTCY JUDGE

#227306-v1

Case No.:    05-44481 (RDD)

Case Name:    In re Delphi Corporation, *et al.*

CURRENT FEE PERIOD: June 1, 2006 through September 30, 2006

| Applicant | Date/Document No. of Application | Fees Requested | Fees Awarded | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|
| Howard & Howard Attorneys, P.C. | 11/30/2006 | $186,833.00 | | $10,247.53 | |

SCHEDULE A(1)    DATE:_____    INITIALS:_____ (USBJ)

#227306-v1

Case No.: 05-44481 (RDD)
Case Name: In re Delphi Corporation, *et al.*

SUMMARY: All Fee Periods (First, Second and Third Interim Fee Applications)

| Applicant | Total Fees Requested | Total Fees Awarded | Total Expenses Requested | Expenses Awarded |
|---|---|---|---|---|
| Howard & Howard Attorneys, P.C. | $482,807.00* | | $39,965.12** | |

SCHEDULE A(2)    DATE:_____                    INITIALS:_____ (USBJ)

* <u>Fees Requested</u>

| | |
|---|---|
| First Interim Application: | $ 98,553.00 |
| Second Interim Application: | 197,421.00 |
| Current (Third) Interim Application: | 186,833.00 |
| | $ 482,807.00 |

** <u>Expenses Requested</u>

| | |
|---|---|
| First Interim Application: | $ 19,710.70 |
| Second Interim Application: | 10,006.89 |
| Current (Third) Interim Application: | 10,247.53 |
| | $ 39,965.12 |

#227306-v1