# EXHIBIT C

# Covington & Burling LLP
# Exhibit C
# Daily Time Records
# 06/01/06 - 09/30/06

| Summary for 30175.00002 Special Committee | |
|---|---:|
| June | 155,936.50 |
| July | 73,817.00 |
| August | 20,963.50 |
| September | 10,353.50 |
| Subtotal | $ 261,070.50 |

| Summary for 30175.00004 Delphi File #2006-000802 | |
|---|---:|
| August | $ 2,510.00 |
| September | 153,101.50 |
| Subtotal | $ 155,611.50 |

| Summary for 26186.6101 General Foreign Trade Controls | |
|---|---:|
| June | $ 43,126.75 |
| July | $ 16,447.50 |
| August | $ 15,246.00 |
| September | $ 8,179.50 |
| TOTAL | $ 82,999.75 |
| Grand Total | $ 499,681.75 |

Time Records Filed Under Seal Pursuant to Order Approving Joint Interest Agreement Between Debtors and Official Committee of Unsecured Creditors, Implementing Protective Order, and Approving Procedures to Protect Information in Fee Statements