# EXHIBIT D

## Covington & Burling LLP
## Delphi Timekeeper Summary
## 06/01/06 - 09/30/06

### Timekeeper Summary

| Timekeeper | Rate** | Hours | Amount |
|---|---:|---:|---:|
| Brotman, Samuel D. | 175.00 | 37.30 | 6,527.50 |
| Buchanan, Katherine L. | 220.00 | 45.00 | 9,900.00 |
| Carlson, Eric R. | 260.00 | 15.90 | 4,134.00 |
| Chan, Carolyn | 171.25 | 6.00 | 1,027.50 |
| Chang, Lily | 170.00 | 187.40 | 31,858.00 |
| Dyer, Nikita | 95.00 | 3.50 | 332.50 |
| Friedman, Meredith I. | 174.07 | 64.40 | 11,210.00 |
| Goldstein, Corinne A. | 473.06 | 46.40 | 21,950.00 |
| Hirsch, Melanie | 220.00 | 16.90 | 3,718.00 |
| Hoffman, Barbara | 539.31 | 210.20 | 113,363.00 |
| Johnston, Susan Power | 548.98 | 17.60 | 9,662.00 |
| Kirby, Jr., Jimmy L. | 340.00 | 37.70 | 12,818.00 |
| Lee, Andrew S. | 220.00 | 11.10 | 2,442.00 |
| Marcu, Aaron | 756.68 | 67.50 | 51,076.00 |
| Merrill, Gina Renee | 257.61 | 287.30 | 74,011.50 |
| Naft, Michael J. | 405.98 | 178.00 | 72,264.00 |
| Norsworthy, Kelly | 95.00 | 8.80 | 836.00 |
| Paidipaty, Sailaja | 170.00 | 4.90 | 833.00 |
| Phillips, Benjamin | 95.00 | 39.20 | 3,724.00 |
| Strosnider, Kimberly A. | 359.46 | 115.30 | 41,445.75 |
| Thomison, Jessamy K. | 365.00 | 57.80 | 21,097.00 |
| Trooboff, Peter | 530.40 | 5.00 | 2,652.00 |
| Whiting, Sarah | 175.00 | 16.00 | 2,800.00 |
| **Grand Total** | | **1,479.20** | **499,681.75** |

**This is an average rate: the Delphi rates were increased on 6/8/06 as per agreement; since this Fee Application is for June thru September, the first 7 days are at the old rate

Delphi Fee Petition_Exhibit_Sept.xls

# Covington & Burling LLP
## Delphi Matter Summary
## 06/01/06 - 09/30/06

### Matter Summary

| Matter | Description | Hours | Amount |
|---|---|---|---|
| 30175.00002 | Special Committee | 806.00 | $ 261,070.50 |
| 30175.00004 | Delphi File #2006-000802 | 453.82 | 155,611.50 |
| 26186.06101 | General Foreign Trade Controls | 226.10 | 82,999.75 |
| **Grand Total** | | **1,485.92** | **$ 499,681.75** |

Delphi Fee Petition_Exhibit_Sept.xls