**EXHIBIT B**

| PROFESSIONAL | POSITION, PRACTICE GROUP, YEAR OF EMPLOY, YEAR OF OBTAINING LICENSE | HOURLY BILLING RATE | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| Paul J. N. Roy | Partner, Information Technology ("IT"), 1985, 1985 | $580 | 559.1 | $324,278.00 |
| Mark A. Prinsley | Partner, IT, 1984, 1979 | $775 | 1.3 | $1,007.50 |
| James R. Barry | Partner, Tax, 1985, 1985 | $640 | 0.5 | $320.00 |
| Jonathan Nugent | Partner, Environmental ("Env."), 2001, 1998 | $550 | 0.5 | $275.00 |
| Sonia Baldia | Partner, Env., 2001, 1998 | $460 | 8.4 | $3,864.00 |
| Paul A. Chandler | Counsel, IT, 1995, 1995 | $475 | 876.9 | $416,527.50 |
| Craig E. Reimer | Counsel, Bankruptcy ("BR"), 1992, 1992 | $550 | 1.0 | $550.00 |
| Craig E. Reimer | Counsel, Bankruptcy ("BR"), 1992, 1992 | $595 effective 07/01/06 | 5.4 | $3,213.00 |
| Laura Rodger | Associate, IT, 1996, 1995 | $575 | 24.5 | $14,087.50 |
| Gregory A. Manter | Associate, IT, 2004, 2003 | $300 | 55.2 | $16,560.00 |
| Kristina K. Herrmann | Associate, IT, 2004, 2004 | $260 | 701.4 | $182,364.00 |
| Michael J. Goldstein | Associate Corporate and Securities ("CS"), 2006, 2006 | $205 | 27.7 | $5,678.50 |
| Lei Shen | Legal Intern, CS, 2006, n/a | $245 | 49.4 | $12,103.00 |
| Rosa Mae Neel | Summer Associate | $215 | 10.5 | $2,257.50 |
| Andrew A. Connor | Paralegal, BR, 1998 | $210 | 6.2 | $1,302.00 |

| PROFESSIONAL | POSITION, PRACTICE GROUP, YEAR OF EMPLOY, YEAR OF OBTAINING LICENSE | HOURLY BILLING RATE | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| Andrew A. Connor | Paralegal, BR, 1998 | $235 effective 07/01/06 | 67.8 | $15,933.00 |
| Gerald L. Willey | Paralegal, BR, 1998 | $175 | 5.6 | $980.00 |
| Gerald L. Willey | Paralegal, BR, 1998 | $235 effective 07/01/06 | 1.0 | $235.00 |
| Document Clerk | n/a | $50 | 4.3 | $215.00 |
| | | **Totals:** | **2,406.7** | **$1,001,750.50** |
| | | **Less Voluntary 5% Discount:** | | **$7,089.08** |
| | | **Less Voluntary 10% Discount:** | | **$85,996.87** |
| | | **Compensation Sought:** | | **$908,664.55** |