**EXHIBIT C**

| Disbursement | Amount |
|---|---|
| Airfare | $3,922.10[3] |
| Automated Research – Outside | $38.08 |
| Business Meals | $556.01 |
| Cab Fare | $535.05 |
| Car Rental | $1,865.13 |
| Document Delivery | $1,344.10 |
| Document Reproduction (in-house) | $670.50 |
| Filing Fees | $25.00 |
| Gasoline | $226.57 |
| Hotel Accommodations | $6,872.18 |
| Long Distance and Outside Telephone | $92.60 |
| Mileage | $713.90 |
| Parking | $64.00 |
| Postage | $1.26 |
| **Total:** | **$16,926.48** |

---

[3] This figure reflects a reduction of $710.00 as a credit, per agreement with Delphi, against June charges of $585.00 for Proofreading and $125 for Word Processing.