

NATIONAL
CAR RENTAL

RA 812708945          Inv 80012179831
Rental   18-JUL-2006 08:58 PM
DETROIT METRO ARPT
Return   20-JUL-2006 05:51 PM
DETROIT METRO ARPT

PAUL J ROY
Vehicle # 69210536
Model    IMPALA LT
Class Driven FCAR    Class Charged ICAR
License# DNG9143   State/Province OH
M/Kms Driven 98
M/Kms Out   17662
M/Kms In    17760

| Charges | No Unit | Price | Amount |
|---|---|---|---|
| T & M | 2 Days | 43.95 | 87.90* |
| UNLIM M/KM | 0 M/Kms | | 0.00* |
| REFUELING | 5 Gals | 5.99 | 29.95* |
| ARPT COST RECOVERY FEE | | | 13.28* |
| WAYNE COUNTY STADIUM TX | | | 2.62* |
| VEH LIC FEE RECOVERY | | | 1.70* |
| SALES TAX 06.000 % | | | 8.13 |

Total Charges                USD 143.58

Paid By   MC  7548           -143.58

Amount Due                   USD 0.00

* Taxable Items
Subject to Audit
Your Emerald Club Number is 761930142
Emerald Club rental credits will be
posted within 24 hours
We hope you enjoyed driving your
upgraded Emerald Club vehicle.
Customer service Number 1-800-468-3334



THANK YOU

O'Hare International Airport

Parking Facility - Lots A, B & C

P.O.Box 66179, Chicago, Il. 60666-0179

Tel:  (773) 686-7532

## SALES VOUCHER/RECEIPT

DAILY TICKET - A Lot Level 2 - 6
TRANSACTION NUMBER                301020774
ENTRY TIME/DATE            17:05  07-18-06
PAYMENT TIME/DATE          19:43  07-20-06
PAY MACHINE                          CE33
LICENSE:                       IL 8013572
OPERATOR                              286
FEE                                $56.00

MASTERCARD           5424********7548
Expiry Date                         10/08
Pay m/c Transaction Ref:       3300009697
Authorization Code                 915419
SPS Terminal                   CHG0019801
SPS Time                       0720061952
SPS Reference                        5784

## TOTAL            $56.00

Includes All Applicable Taxes



## Somerset Inn

2601 West Big Beaver Road, Troy, Michigan 48084
Hotel (248) 643-7800   Toll Free Reservations (800) 228-8769
www.somersetinn.com

| | |
|---|---|
| Guest Name: | **Paul** Roy<br>3136 Palur Lane<br>Northbrook, IL 60062      USA |

Room #: 129
Folio#:  CV69RKV - 1
Group #:
Guests:  1
Clerk:  CPERRY

Arrive: 07/18/06    Time: 09:52 PM    Depart: 07/20/06    Time: 08:42 AM    Stat: HIST

| Date | Description | Reference | Comment | Charges | Credits |
|---|---|---|---|---|---|
| 07/18/06 | CRUMPETS | 14329 | Rest..CRUMPETS/V1Rest | $50.94 | |
| 07/18/06 | ROOM CHARGE | 129 | | $149.00 | |
| 07/18/06 | DMCVB-ASSMT TAX | 129t | DMCVB-ASSMT TAX | $2.98 | |
| 07/18/06 | CONV FACILITY TAX | 129t | CONVENTION FACILITY TAX | $7.90 | |
| 07/18/06 | SALES TAX | 129t | SALES TAX | $8.94 | |
| 07/19/06 | ROOM CHARGE | 129 | | $149.00 | |
| 07/19/06 | DMCVB-ASSMT TAX | 129t | DMCVB-ASSMT TAX | $2.98 | |
| 07/19/06 | CONV FACILITY TAX | 129t | CONVENTION FACILITY TAX | $7.90 | |
| 07/19/06 | SALES TAX | 129t | SALES TAX | $8.94 | |
| 07/20/06 | ROOM SERVICE | 14647 | Rest..ROOM SERVICE/V1Rest | $12.71 | |
| 07/20/06 | MASTERCARD | Ck Out 08:42 | ************7548 134558 | | ($401.29) |

**Folio Balance:**   $0.00

Guest Signature: _____




**Marriott.**
DETROIT TROY

200 West Big Beaver Road
Troy, Michigan 48084
(248) 680 9797
Marriott.com/DTTTT

1511 ROY/PAUL                                    **GUEST FOLIO**
ROOM      NAME              239.00  07/27/06  12:00   9332
CDDB DELPHI                  RATE   DEPART   TIME     ACCT#
TYPE                               07/25/06  22:32
41                                 ARRIVE    TIME
                                   PASSPORT:

ROOM                                                    MR#: XXXXX5253
CLERK    ADDRESS                    PAYMENT

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|------|-----------|---------|---------|-------------|
| 07/25 GIFTSHOP | 30901511 | 9.23 | — Dinner (food) | |
| 07/25 TELECOM | TELECOM | 9.95 | | |
| 07/25 TAX | TELECOM | .60 | | |
| 07/25 ROOM TR | 1511, 1 | 239.00 | | H |
| 07/25 STATETAX | 1511, 1 | 14.34 | | A |
| 07/25 CITY TAX | 1511, 1 | 16.73 | | B |
| 07/26 GIFTSHOP | 31161511 | 2.00 | — breakfast (coffee) | |
| 07/26 TELECOM | TELECOM | 9.95 | | |
| 07/26 TAX | TELECOM | .60 | | |
| 07/26 ROOM TR | 1511, 1 | 239.00 | | H |
| 07/26 STATETAX | 1511, 1 | 14.34 | | A |
| 07/26 CITY TAX | 1511, 1 | 16.73 | | B |
| 07/27 BK CARD | | $572.47 | | |

TO BE SETTLED TO:    MASTERCARD    CURRENT BALANCE   .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT,
PLEASE PRESS "MENU" ON YOUR TV REMOTE TO ACCESS VIDEO
CHECK-OUT OR DIAL EXT. 7000 TO ACCESS VOICE MAIL CHECK-OUT.

-------------------- SUMMARY OF TAXES --------------------

| DESCRIPTION | TAXED AMOUNT | TAX |
|-------------|--------------|-----|
| A STATE TAX 6% | | 28.68 |
| B CITY TAX 7% | .00 | 33.46 |
| E PKG TX 7% | .00 | .00 |
| F ATTRITION TAX | .00 | .00 |
| H STATE TAX 6% | .00 | 1.20 |
| | .00 | |

| NET CHARGES | TAX | CREDITS | FOLIO |
|-------------|-----|---------|-------|
| 509.13 | 63.34 | .00 | 572.47 |  $561.24

-------------------- EXP. REPORT SUMMARY --------------------

07/25 GIFTSHOP      9.23  — Dinner (food)
      TELECOM       9.95
      TAX            .60
      ROOM&TAX    270.07

07/26 GIFTSHOP      2.00  — breakfast (coffee)
      TELECOM       9.95
      TAX            .60
      ROOM&TAX    270.07

**Marriott.**
DETROIT TROY

200 West Big Beaver Road
Troy, Michigan 48084
(248) 680 9797
Marriott.com/DTTTT

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to
you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The
credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you
are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5%
per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

6-2955C          Signature X
Rev. 12/04

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**

**National**

Rental Location
DETROIT METRO ARPT
BLDG 338, LUCAS DRIVE
DETROIT                MI    48242

RA # 812743753

25-JUL-2006 09:42 PM

Phone (734)941 7000

Return Location
SOUTHFIELD
23091 TELEGRAPH ROAD
SOUTHFIELD             MI    48034-4

28-JUL-2006 05:12 PM

Phone (248)357-4242

Invoice #    80012220739

Renter Name  PAUL J ROY
             3136 PALM LN
             NORTHBROOK          IL    60062

LAWTER INTERNATIONAL INC
Contract ID    5702496

Vehicle #      69211237
Model          IMPALA LT
Class Driven   FCAR    We hope you enjoyed your upgrade.
Class Charged  ICAR
License#        9812CX
State/Province MISSOURI
M/Kms Driven   88
M/Kms Out      14352
M/Kms In       14440

| Charges | No | Unit | Price/Unit | Amount |
|---|---|---|---|---|
| TIME & DISTANCE | 3 | Days | 45.00 | 135.00 * |
| EXTRA MILES/KM - TIME & DISTANCE | 88 | M/Kms | 0.32 | 28.16 * |
| REFUELING SERVICE CHARGE | 4 | Gallons | 5.99 | 23.96 * |
| ARP'T COST RECOVERY FEE 11.11 PCT | | | | 21.07 * |
| WAYNE COUNTY STADIUM TAX 2 PCT | | | 189.67 | 4.16 * |
| VEHICLE LICENSE FEE RECOVERY | | | 207.91 | 2.55 * |
| SALES TAX @6.000 % | 3 | Days | 214.90    0.85 | 12.89 * |

Rate Info

Total Charges                                           USD 227.79

Payments
Master Card          7548
        AUTH: 907129  26-JUL-2006    110.12
Master Card          7548
        AUTH: 305165  28-JUL-2006    227.79    Payment    -227.79

Amount Due                                              USD 0.00

Messages

* Taxable Items
Subject to Audit
Your Emerald Club Number is 761930142

Customer service Number 1-800-468-3334

Emerald Club rental credits will be posted within 24 hours

Mary Ann,
I drove my (new/used) car from Detroit to my home in Chicago from Delphi - I assume there is some mileage compensation. Could you find out what that is? I believe the distance was about 314.2 ̶2̶5̶0̶ miles but you can verify using Mapquest from Delphi headquarters to my home.

**Yellow Cab Management, Inc.**
**2230 South Michigan**
**Chicago, Illinois 60616**
www.yellowcabchicago.com

$43⁰⁰                        7/25/06
$            Time            Date
_____
Received from:
_____
Cab fare from:
_____
To:
_____
Driver:
_____
Cab #:
_____
Account #:

*Thank you for*
*riding with us!*



**312-829-4222**

**AMERICAN TAXI**
Dispatch, Inc.
847-259-1555
R E C E I P T
DATE  7/24/06
AMOUNT $57⁰⁰
FROM  Northbrook
TO  Chicago office
_____
NAME                    CAB NUMBER

NORTHWEST       (847) 253-4411
SUBURBS
WEST & SOUTH    (708) 424-7878
SUBURBS
LAKE COUNTY     (847) 566-3131
NORTH           (847) 673-1000
SUBURBS
DUPAGE CO. EAST (630) 920-9480
DUPAGE CO. WEST (630) 305-0700



**nwa** E-Ticket.

| | |
|---|---|
| Name: | S-CHANDLER/PAULA |
| Date: | 25JUL06 |
| Frequent Flyer Nbr: | NWxxxxxxxx222 |
| E-Ticket Nbr: | 0127771289448 |
| Flight: | NW 1518 |

Conf: 4HSVW4
Request:

## Gate: E9                    Seat: 17-C

| | | |
|---|---|---|
| Depart: | Chicago-OHare, IL | 6:02 PM |
| Arrive: | Detroit, MI | 8:22 PM |

BOARDING
PASS
SSSS

---

**nwa** E-Ticket.                    **nwa** E-Ticket.

| Depart | Arrive | Date | Fare Code | | E-Ticket Nbr: | E0127771289448 |
|---|---|---|---|---|---|---|
| Chicago-OHare, IL | Detroit, MI | 25JUL06 | HA0V8R | | Issued Date: | 25JUL06 |
| Detroit, MI | Chicago-OHare, IL | 28JUL06 | QA0V8R | | Name/Place of Issue: | LAWYERS TRAVEL CHICAGO IL |

## CHANDLER/PAULA                    Total Fare This Ticket: USD 290.60

| FARE | 251.17 | Form of Payment: | MASTERCARD |
|---|---|---|---|
| US TAX | 18.83 | Card Nbr: | XXXXXXXXXXX8491 |
| DOM SEGMENT FEE | 6.60 | E-Ticket Nbr: | E0127771289448 |
| OTHER TAX | 14.00 | | |
| TOTAL USD | 290.60 | **PASSENGER RECEIPT** | |

Endorsements/Restrictions

Transportation :
printed inside ti   *air fare*

120·30 +
45·00 +
002 · · · · · · · · · · · ·
165·30 *+

*meal*   38·05 +
001 · · · · · · · · · ·
38·05 *+

*hotel*   476·50 +
001 · · · · · · · · · ·
476·50 *+






06 3426 2892
PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT                #1169

202033      0250536      AL7

ETKT                    A·R·C XX×X        PASSENGER RECEIPT

NORTHWEST AIRLINES      XX×XX              A14594915    CHANDLER/PAUL A
LAWYERS TRAVEL          CHICAGO       IL US25JUL06
CHANDLER/PAUL A         KEYDBP/AA MULTI          6 0011/       0DTW NW1518 H 25JULHA0V8R
**NOT VALID FOR**      THIS IS YOUR RECEIPT                    ORD NW1247 Q 28JULQA0V8R
**TRANSPORTATION*                                   VN27A9D

FP CAXXXXXXXXXXXX8491*0109/      025580 /FCCHI NW DTT1
48.84HA0V8R NW CHI102.33QA0V8R 251.17  END ZPORDDT
W XT5.00AY9.00XFORD4.5DTW4.5

XT  14.00
USD 251.17                                                    NOT VALID FOR TRAVEL
US   18.83    38635232845    0 012 7771289448 5              0 012 7771289448 5
ZP   6.60                                                    AA14594915
USD 290.60

06 3426 2892
PASSENGER TICKET AND BAGGAGE CHECK  #1169
NOT TRANSFERABLE                                              202033      0250536 AL7
               MISCELLANEOUS CHARGES ORDER
                    A·R·C XX×X PASSENGER RECEIPT
AIRLINES REPORTING CRP                 A14594915    MISCELLANEOUS
LAWYERS TRAVEL         CHICAGO       ILUS25JUL06    CHARGES ORDER
CHANDLER/PAUL A        KEYDBP/AA                7 0011/
AIRLINES REPORTING CORP                            VN27A9D
TRAVEL RELATED SERVICE FEE

FP CAXXXXXXXXXXXX8491* 0109 /    025783

                                                   NOT VALID FOR TRAVEL
USD  45.00
      0.00     38635232860    890 8130295361 3
USD  45.00                                          8901 AA14594915



# OVATION
TRAVEL GROUP

THE LAWYERS' TRAVEL SERVICE
OVATION CORPORATE TRAVEL
OVATION VACATIONS

71 SOUTH WACKER
9TH FLOOR
CHICAGO, IL  60606-4637
312-701-7700   FAX 312-701-7749

SALES PERSON: L7            ITINERARY/INVOICE NO. 9250536            DATE: 25 JUL 06
CUSTOMER NBR: 202033                              KEVDBP            PAGE: 01

```
        TO: MR PAUL CHANDLER
            MAYER BROWN ROWE AND MAW
            71 SOUTH WACKER
            CHICAGO IL 60606
```

FOR: CHANDLER/PAUL A          REF: 01169

```
            GVMNT/STATE ISSUED PHOTO ID REQUIRED AT CHECK IN
            INFORMATION ALERT- MOST AIRLINES HAVE IMPOSED
            20/25 USD SURCHARGE FOR A PAPER TICKET
            TO AVOID ADDITIONAL COST AN E-TICKET IS
            STRONGLY RECOMMENDED
25 JUL 06  -  TUESDAY
    AIR    NORTHWEST AIRLINES    FLT:1518    ECONOMY
           LV CHICAGO OHARE                  602P        EQP: AIRBUS A320
           DEPART: TERMINAL 2                            01HR 20MIN
           AR DETROIT METRO                  822P        NON-STOP
           ARRIVE: E.M. MCNAMARA TERMINAL                REF: 4HSVW4
           CHANDLER/PAUL A    SEAT-17C    NW-100104421282

28 JUL 06  -  FRIDAY
    AIR    NORTHWEST AIRLINES    FLT:1247    ECONOMY
           LV DETROIT METRO                  706P        EQP: DC-9 STRETCH
           DEPART: E.M. MCNAMARA TERMINAL                01HR 07MIN
           AR CHICAGO OHARE                  713P        NON-STOP
           ARRIVE: TERMINAL 2                            REF: 4HSVW4
           CHANDLER/PAUL A                NW-100104421282
           SEAT SELECTION AT AIRPORT

24 JAN 07  -  WEDNESDAY
    OTHER INFORMATION
           HAVE A GREAT TRIP
    MCO         XD8139295361
                                    BILLED TO MASTERCARD                45.00*

AIR TICKET    NW7771289658        CHANDLER PAUL A
ELEC TKT                          BILLED TO MASTERCARD                270.60*
```

CONTINUED ON PAGE 2



# OVATION
### T R A V E L   G R O U P

THE LAWYERS' TRAVEL SERVICE
OVATION CORPORATE TRAVEL
OVATION VACATIONS

21 SOUTH WACKER
8TH FLOOR
CHICAGO, IL  60606-4637
312-701-7700   FAX 312-701-7749

| | | |
|---|---|---|
| SALES PERSON: LZ | ITINERARY/INVOICE NO. 0250536 | DATE: 25 JUL 06 |
| CUSTOMER NBR: 202033 | REVDBP | PAGE: 02 |

TO: MR PAUL CHANDLER
MAYER BROWN ROWE AND MAW
21 SOUTH WACKER
CHICAGO IL 60606

FOR: CHANDLER/PAUL A        REF: 01169

24 JAN 07  -  WEDNESDAY

| | |
|---|---|
| TOTAL BASE | 296.17 |
| TOTAL TAX | 39.43 |
| NET CC BILLING | 335.60* |
| TOTAL AMOUNT DUE | 0.00 |

EMERGENCY TRAVEL ASSISTANCE TELEPHONE NUMBERS
9AM-9PM MONDAY THRU FRIDAY CALL  800-431-1112
FOR 24 HOUR EMERGENCY SERVICE CALL 800-876-4922
YOUR RESERVATION CENTER VIT CODE NUMBER IS UN29
............................................
SECURITY ADVISORY - DUE TO FAA SECURITY PROCEDURES
PLEASE BE ADVISED THAT YOU MUST PRESENT AN OFFICIAL
PHOTO ID ISSUED BY A GOVERNMENT AUTHORITY,/IE DRIVERS
LICENSE WITH A PICTURE ALONG WITH ANOTHER FORM OF
PASSPORT AND A CREDIT CARD ..ETC
CHECK IN 2HRS PRIOR TO SCHEDULED DEPARTURE OF FLIGHT
CHECK AT GATE 30 MINUTES PRIOR TO SCHEDULED DEPARTURE
TIME TO AVOID CANCELLATION OF SEATS
CHECK W/CARRIER AT GATE TO ENSURE PROPER MILEAGE CREDIT

HU*

**Perez, Janet**

| | |
|---|---|
| **From:** | Sheehan, Carolyn on behalf of Travel Department |
| **Sent:** | Tuesday, August 01, 2006 8:19 AM |
| **To:** | Perez, Janet |
| **Subject:** | RE: Paul Chandler Trip to Detroit (7/25-7/28/06) |

Hi- it was ...............

TOTAL
USD120.30   *one way there + 45.00 Fee = $145.30 airfare*

-----Original Message-----
**From:** Perez, Janet
**Sent:** Monday, July 31, 2006 5:07 PM
**To:** Travel Department
**Subject:** Paul Chandler Trip to Detroit (7/25-7/28/06)
**Importance:** High

Hi Travel,

Paul Chandler did not use his return ticket (from Detroit to Chicago) on 7/28/06. Can you please let me know the exact total amount for reimbursement purposes? Also, for the future will he be able to use any credit for that return flight.

Many thanks for your help.

Janet

Janet Perez | Legal Secretary | Mayer, Brown, Rowe & Maw LLP | 71 S. Wacker Drive, Chicago, IL 60606 | T: 312.701.7536 | F: 312.701.7711
| E: jperez@mayerbrownrowe.com

Assigned to: Anna M. O'Meara, Sarah Harris and Paul A. Chandler

---------------------------------------------------------------------------------------------
IRS CIRCULAR 230 NOTICE. Any advice expressed above as to tax matters was neither written nor intended by the sender or Mayer, Brown, Rowe & Maw LLP to be used and cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed under U.S. tax law. If any person uses or refers to any such tax advice in promoting, marketing or recommending a partnership or other entity, investment plan or arrangement to any taxpayer, then (i) the advice was written to support the promotion or marketing (by a person other than Mayer, Brown, Rowe & Maw LLP) of that transaction or matter, and (ii) such taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

BRASS POINT FOOD & SPIRIT
24234 ORCHARD LAKE RD.
FARMINGTON. MI 48336

## Sale

Clerk:  1
ID: 76943238                    Ref #:    0008
07/28/06                              17:31:03
Batch #: 295

MAST

XXXXXXXXXXXXX2491

Appr Code: 028590        Invoice#: 012703

Amount:                          $ 38.86

Tax:                             $ 0.00

Tip:

Total:

Customer Copy
THANK YOU!



**Marriott**
DETROIT TROY

GUEST FOLIO

| 1122 | CHANDLER/PAUL/MR | 186.00 | 07/28/06 | 12:00 | 169 |
|------|------------------|--------|----------|-------|-----|
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |

NSKG
TYPE                    07/25/06  22:31
                        ARRIVE      TIME

25  3180 N LAKESHORE   PASSPORT:
ROOM

CHICAGO   IL 606574831   PAYMENT        MR#: XXXXX2811
ADDRESS

| DATE | REFERENCE | CHARGES | CREDITS | |
|------|-----------|---------|---------|---|
| 07/25 | ROOM TR | 1016, 1 | 197.00 | |
| 07/25 | STATETAX | 1016, 1 | 11.82 | A |
| 07/25 | CITY TAX | 1016, 1 | 13.79 | B |
| 07/26 | TELECOM | TELECOM | 9.95 | |
| 07/26 | TAX | TELECOM | .60 | H |
| 07/26 | ROOM TR | 1016, 1 | 197.00 | |
| 07/26 | STATETAX | 1016, 1 | 11.82 | A |
| 07/26 | CITY TAX | 1016, 1 | 13.79 | B |
| 07/27 | TELECOM | TELECOM | 9.95 | |
| 07/27 | TAX | TELECOM | .60 | H |
| 07/27 | ROOM TR | 1122, 1 | 186.00 | |
| 07/27 | STATETAX | 1122, 1 | 11.16 | A |
| 07/27 | CITY TAX | 1122, 1 | 13.02 | B |
| 07/28 | BK CARD | | $676.50 | |

TO BE SETTLED TO:   MASTERCARD   CURRENT BALANCE  .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT,
PLEASE PRESS "MENU" ON YOUR TV REMOTE TO ACCESS VIDEO
CHECK-OUT OR DIAL EXT. 7000 TO ACCESS VOICE MAIL CHECK-OUT.

------------------ SUMMARY OF TAXES ------------------

| | DESCRIPTION | TAXED AMOUNT | TAX |
|---|-------------|--------------|-----|
| A | STATE TAX 6% | .00 | 34.80 |
| B | CITY TAX 7% | .00 | 40.60 |
| E | PKG TX 7% | .00 | .00 |
| F | ATTRITION TAX | .00 | .00 |
| H | STATE TAX 6% | .00 | 1.20 |

| NET CHARGES | TAX | CREDITS | FOLIO |
|-------------|-----|---------|-------|
| 599.90 | 76.60 | .00 | 676.50 |

Marriott's eFolio! Receive your hotel bill by email after every
stay. Subscribe today at MarriottRewards.com. Your final folio will
be sent to the email address for the Rewards number on record.
If this is not your intention, please see the Front Desk.

MARRIOTT REWARDS ACCOUNT # XXXXX2811
DATE 07/25/06 - 07/28/06 REVENUE IF APPLICABLE    $599.90
BASE POINTS EARNED: 5999   ADDITIONAL POINTS MAY APPLY
FOR ACCOUNT ACTIVITY CALL 801-468-4000
OR LOG ON TO WWW.MARRIOTTREWARDS.COM.

**Marriott**
DETROIT TROY

▼**nwa** E-Ticket.        ▼**nwa** E-Ticket.    

| Depart | Arrive | Date | Fare Code |
|---|---|---|---|
| Chicago-OHare, IL | Detroit, MI | 18JUL06 | QA0V8R |
| Detroit, MI | Chicago-OHare, IL | 21JUL06 | QA0V8R |

E-Ticket Nbr: E0127771289320
Issued Date: 17JUL06
Name/Place of Issue: LAWYERS TRAVEL CHICAGO IL

## CHANDLER/PAULA

## Total Fare This Ticket: USD 240.60

| FARE | 204.66 |
|---|---|
| US TAX | 15.34 |
| DOM SEGMENT FEE | 6.60 |
| OTHER TAX | 14.00 |
| TOTAL USD | 240.60 |

Form of Payment: MASTERCARD
Card Nbr: XXXXXXXXXX8491
E-Ticket Nbr: E0127771289320

**PASSENGER RECEIPT**

Endorsements/Restrictions:

*Transportation subject to terms of carriage printed inside ticket jacket*

Page 1 of 1

▼**nwa** E-Ticket.        ▼**nwa** E-Ticket.    

| Name: CHANDLER/PAULA | Conf #44QBFJ |
|---|---|
| Date: 18JUL06 | Request: |
| Frequent Flyer Nbr: NWxxxxxxxx222 | |
| E-Ticket Nbr: 0127771289320 | |
| Flight: NW 1240 | |

| Name: CHANDLER/PAULA | Conf #44QBFJ |
|---|---|
| Date: 18JUL06 | Request: |
| Frequent Flyer Nbr: NWxxxxxxxx222 | |
| E-Ticket Nbr: 0127771289320 | |
| Flight: NW 1240 | |

## Gate: E11    Seat: 18-E    Gate: E11    Seat: 18-E

Depart: Chicago-OHare, IL    9:05 AM
Arrive: Detroit, MI    11:22 AM

**BOARDING PASS**

ORDISL08

Depart: Chicago-OHare, IL    9:05 AM
Arrive: Detroit, MI    11:22 AM









OVATION
T R A V E L   G R O U P

THE LAWYERS' TRAVEL SERVICE
OVATION CORPORATE TRAVEL
OVATION VACATIONS

71 SOUTH WACKER
8TH FLOOR
CHICAGO, IL 60606-4637
312-701-7700  FAX 312-701-7749

SALES PERSON: C9          ITINERARY/INVOICE NO. 0250393          DATE: 17 JUL 0
CUSTOMER NBR: 202033                           1ESGZP          PAGE: 01

        TO: MR PAUL CHANDLER
            MAYER BROWN ROWE AND MAW
            71 SOUTH WACKER
            CHICAGO IL 60606

FOR: CHANDLER/PAUL A          REF: 01169


            GVMNT/STATE ISSUED PHOTO ID REQUIRED AT CHECK IN
            INFORMATION ALERT- MOST AIRLINES HAVE IMPOSED
            20/25 USD SURCHARGE FOR A PAPER TICKET
            TO AVOID ADDITONAL COST AN E-TICKET IS
            STRONGLY RECOMMENDED.
18 JUL 06   -   TUESDAY
    AIR   NORTHWEST AIRLINES   FLT:1240   ECONOMY
          LV CHICAGO OHARE           905A              EQP: DC-9 STRETCH
          DEPART: TERMINAL 2                           01HR 17MIN
          AR DETROIT METRO           1122A             NON-STOP
          ARRIVE: E.M. MCNAMARA TERMINAL               REF: 440BFJ
          CHANDLER/PAUL A   SEAT-18E   NW-100104421222
    CAR   DETROIT METRO        NATIONAL CAR RENTAL     INTER CAR AUTO A/C
          PICK UP-1122
          RETURN-21JUL
          RATE PLAN  3 DAYS  0 HRS          USD    MI/KM   EX MI/KM
          DAILY RATE                       43.95   UNL
          XTRA DAY-                         43.95   UNL
          XTRA HOUR-                        21.98   UNL
          MANDATORY CHARGES                 29.55
          APPROX RENTAL COST               161.40   UNL
          CONFIRMATION NUMBER    83504995LCOUNT          RATE-GUARANTEED
          CD-5702498
    HOTEL DETROIT METRO                     OUT-21JUL
          MARRIOTT HOTELS                   3 NIGHTS ID-066837055
          MARRIOT! DETROIT-TROY             1 ROOM   CORPORATE RATE, DELUXE RO
          200 W BIG BEAVER ROAD             REVIVE LUXURIOUS BEDDING, HIG
          TROY MI 48084                     RATE-219.00USD PER NIGHT
          FONE 248-680-9797                 CANCEL BY 06P DAY OF ARRIVAL
          FAX  248-680-9774
          GUARANTEED LATE ARRIVAL
          CONFIRMATION 86588710
          NO SMKNG KING VIMAYER BROWN

CONTINUED ON PAGE 2



**OVATION**
T R A V E L   G R O U P

THE LAWYERS' TRAVEL SERVICE
OVATION CORPORATE TRAVEL
OVATION VACATIONS

71 SOUTH WACKER
8TH FLOOR
CHICAGO, IL  60606-4637
312-701-7700  FAX 312-701-7749

```
SALES PERSON: C9        ITINERARY/INVOICE NO. 0250393        DATE: 17 JUL 0
CUSTOMER NBR: 202033                      IESGZP              PAGE: 02

        TO: MR PAUL CHANDLER
            MAYER BROWN ROWE AND MAW
            71 SOUTH WACKER
            CHICAGO IL 60606


FOR: CHANDLER/PAUL A          REF: 01169



21 JUL 06  -  FRIDAY
    AIR   NORTHWEST AIRLINES   FLT:895      ECONOMY
          LV DETROIT METRO                  502P        EQP: AIRBUS A319
          DEPART: E.M. MCNAMARA TERMINAL                01HR 14MIN
          AR CHICAGO OHARE                  516P        NON-STOP
          ARRIVE: TERMINAL 2                            REF: 440BFJ
          CHANDLER/PAUL A    SEAT-15C    NW-10010442122P

17 JAN 07  -  WEDNESDAY
    OTHER INFORMATION
          HAVE A GREAT TRIP
    4CO          XD8129991366
                                    BILLED TO MASTERCARD            45.00

 AIR TICKET    NW7771289320        CHANDLER PAUL A
 ELEC TKT                          BILLED TO MASTERCARD           240.60
                                                                -----------
                                   TOTAL BASE                     249.66
                                   TOTAL TAX                       35.94
                                   NET CC BILLING                 285.60
                                                                -----------
                                   TOTAL AMOUNT DUE                 0.00
```

CONTINUED ON PAGE 3



# OVATION
### T R A V E L   G R O U P

THE LAWYERS' TRAVEL SERVICE
OVATION CORPORATE TRAVEL
OVATION VACATIONS

71 SOUTH WACKER
8TH FLOOR
CHICAGO, IL  60606-4637
312-701-7700  FAX 312-701-7749

SALES PERSON: C9          ITINERARY/INVOICE NO. 0250393          DATE: 17 JUL 0
CUSTOMER NBR: 202033                          IESGZP          PAGE: 03

          TO: MR PAUL CHANDLER
              MAYER BROWN ROWE AND MAW
              71 SOUTH WACKER
              CHICAGO IL 60606

FOR: CHANDLER/PAUL A          REF: 01169


EMERGENCY TRAVEL ASSISTANCE TELEPHONE NUMBERS
7AM-9PM MONDAY THRU FRIDAY CALL  800-431-1112
FOR 24 HOUR EMERGENCY SERVICE CALL 800-876-4922
YOUR RESERVATION CENTER VIT CODE NUMBER IS WN27
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
SECURITY ADVISORY - DUE TO FAA SECURITY PROCEDURES
PLEASE BE ADVISED THAT YOU MUST PRESENT AN OFFICIAL
PHOTO ID ISSUED BY A GOVERNMENT AUTHORITY,/IE DRIVERS
LICENSE WITH A PICTURE ALONG WITH ANOTHER FORM OF
PASSPORT AND A CREDIT CARD ..ETC
CHECK IN 2HRS PRIOR TO SCHEDULED DEPARTURE OF FLIGHT
CHECK AT GATE 30 MINUTES PRIOR TO SCHEDULED DEPARTURE
TIME TO AVOID CANCELLATION OF SEATS
CHECK W/CARRIER AT GATE TO ENSURE PROPER MILEAGE CREDIT

RU*

 E-Ticket.      E-Ticket. 

| | |
|---|---|
| Name: CHANDLER/PAULA | Conf #44QBFJ |
| Date: 21JUL06    Request: | |
| Frequent Flyer Nbr: NWxxxxxxxxx222 | |
| E-Ticket Nbr: 0127771289428 | |
| Flight: NW 1247 | |

| | |
|---|---|
| Name: CHANDLER/PAULA | Conf #44QBFJ |
| Date: 21JUL06    Request: | |
| Frequent Flyer Nbr: NWxxxxxxxxx222 | |
| E-Ticket Nbr: 0127771289428 | |
| Flight: NW 1247 | |

## Gate: A6     Seat: 18-E     Gate: A6     Seat: 18-E

Depart: Detroit, MI    9:06 PM
Arrive: Chicago-OHare, IL    9:13 PM

**BOARDING PASS**

DTWPRK2S

Depart: Detroit, MI    9:06 PM
Arrive: Chicago-OHare, IL    9:13 PM







 E-Ticket.     E-Ticket.

| Depart | Arrive | Date | Fare Code |
|---|---|---|---|
| Detroit, MI | Chicago-OHare, IL | 21JUL06 | QA0V8R |

| | |
|---|---|
| E-Ticket Nbr: | E0127771289428 |
| Issued Date: | 21JUL06 |
| Name/Place of Issue: | LAWYERS TRAVEL CHICAGO IL |

## CHANDLER/PAULA       Total Fare This Ticket: USD 120.30

| | | | |
|---|---|---|---|
| FARE | 102.33 | Form of Payment: MASTERCARD | Endorsements/Restrictions: |
| US TAX | 7.67 | Card Nbr: XXXXXXXXXXX8491 | |
| DOM SEGMENT FEE | 3.30 | E-Ticket Nbr: E0127771289428 | |
| OTHER TAX | 7.00 | **PASSENGER RECEIPT** | *Transportation subject to terms of carriage* |
| TOTAL USD | 120.30 | | *printed inside ticket jacket* |
| | | | Page 1 of 1 |



06 3426 2892
PASSENGER TICKET AND BAGGAGE CHECK
**XXXXXXXXXXXXXX 01169**                              202033  0250508 AC9

MISCELLANEOUS CHARGES ORDER
A·R·C XXX PASSENGER RECEIPT
ISSUED BY                                    AGENT CODE
AIRLINES REPORTING CRP    OF         A14594915
LAWYERS TRAVEL              CHICAGO    ILUS21JUL06
NAME OF PASSENGER                                      7 0011/
CHANDLER/PAUL A           IESGZP/AA
AIRLINES REPORTING CORP
TRAVEL RELATED SERVICE FEE                    ISSUING AGENT ID
                                              WN27A9D

FP CAXXXXXXXXXXXX8491* 0109 / 021432

FARE                EQUIV.FARE PD.
USD    45.00
TAX/FEE/CHARGE    -0.00   STOCK CONTROL NO TX 889   CK        CPN         DOCUMENT NUMBER    CK

             38635232064          890 8130295341 4

TOTAL
USD    45.00

NAME OF PASSENGER
MISCELLANEOUS
CHARGES ORDER
FROM

TO

CARRIER
CARRIER    FLIGHT CLASS    DATE              TIME

GATE
NOT VALID FOR TRAVEL
          SEAT  SMOKE
PCS    WT  UNCKD            BAGGAGE ID NUMBER

8901 AA14594915

---

06 3426 2892
PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT
ETKT                    01169      PASSENGER RECEIPT            202033  0250508  AC9
                                                               XOXXONXPXSS
                   A·R·C XXX
ISSUED BY                                    AGENT CODE
NORTHWEST AIRLINES  XXXXX       A14594915    CHANDLER/PAUL A
LAWYERS TRAVEL              CHICAGO    IL US21JUL06    DTW
NAME OF PASSENGER                                      ORD NW1247 Q 21JULQA0V8R
CHANDLER/PAUL A           IESGZP/AA  QA0V8R
**NOT VALID FOR**  THIS IS YOUR RECEIPT
**TRANSPORTATION*
ENDORSEMENTS/RESTRICTIONS                      ISSUING AGENT ID
                                              WN27A9D

FP CAXXXXXXXXXXXX8491*0109/    021159 /FCDTT NW CHI1
02.33QA0V8R 102.33 END ZPDTW XT2.50AY4.50XFDTW4.5

XT     7.00
FARE                EQUIV.FARE PD
USD   102.33
TAX/FEE/CHARGE    US  -7.67   STOCK CONTROL NO TX 889   CK     CPN    DOCUMENT NUMBER     CK
TAX/FEE/CHARGE    ZP   3.30
TOTAL             38635232031          0 012 7771289428 6
USD   120.30

CHANDLER/PAUL A
FROM

CARRIER
CARRIER    FLIGHT CLASS    DATE              TIME
          SEAT  SMOKE
PCS    WT  UNCKD            BAGGAGE ID NUMBER
NOT VALID FOR TRAVEL
0 012 7771289428 6
AA14594915



# OVATION
### T R A V E L   G R O U P

**THE LAWYERS' TRAVEL SERVICE**
OVATION CORPORATE TRAVEL
OVATION VACATIONS

71 SOUTH WACKER
8TH FLOOR
CHICAGO, IL  60606-4637
312-701-7700  FAX 312-701-7749

```
SALES PERSON: C9        ITINERARY/INVOICE NO. 0250508        DATE: 21 JUL 0
CUSTOMER NBR: 202033                      1ESGZP              PAGE: 01

       TO: MR PAUL CHANDLER
           MAYER BROWN ROWE AND MAW
           71 SOUTH WACKER
           CHICAGO IL 60606


FOR: CHANDLER/PAUL A        REF: 01169



          GVMNT/STATE ISSUED PHOTO ID REQUIRED AT CHECK IN
          INFORMATION ALERT- MOST AIRLINES HAVE IMPOSED
          20/25 USD SURCHARGE FOR A PAPER TICKET
          TO AVOID ADDITIONAL COST AN E-TICKET IS
          STRONGLY RECOMMENDED
21 JUL 06  -  FRIDAY
   AIR    NORTHWEST AIRLINES    FLT:1247    ECONOMY
          LV DETROIT METRO              906P          EQP: DC-9 STRETCH
          DEPART: E.M. MCNAMARA TERMINAL              01HR 07MIN
          AR CHICAGO OHARE             913P           NON-STOP
          ARRIVE: TERMINAL 2                          REF: 4408FJ
          CHANDLER/PAUL A              NW-100104421P2P


17 JAN 07  -  WEDNESDAY
   OTHER INFORMATION
          HAVE A GREAT TRIP
  100         XD8130295341
                                  BILLED TO MASTERCARD              45.00


AIR TICKET    NW7771289428    CHANDLER PAUL A
 E EU TKT                     BILLED TO MASTERCARD             120.32
                                                             ----------
                                  TOTAL BASE                  147.33
                                  TOTAL TAX                    17.99
                                  NET CC BILLING              165.32
                                                             ----------
                                  TOTAL AMOUNT DUE              0.00
```

CONTINUED ON PAGE 2



# OVATION
## T R A V E L   G R O U P

THE LAWYERS' TRAVEL SERVICE
OVATION CORPORATE TRAVEL
OVATION VACATIONS

71 SOUTH WACKER
8TH FLOOR
CHICAGO, IL   60606-4637
312-701-7700   FAX 312-701-7749

SALES PERSON: C9        ITINERARY/INVOICE NO. 0250508        DATE: 21 JUL
CUSTOMER NBR: 202033                        IFSGZP          PAGE: 02

TO: MR PAUL CHANDLER
MAYER BROWN ROWE AND MAW
71 SOUTH WACKER
CHICAGO IL 60606

FOR: CHANDLER/PAUL A        REF: 01169


EMERGENCY TRAVEL ASSISTANCE TELEPHONE NUMBERS
7AM-9PM MONDAY THRU FRIDAY CALL  800-431-1112
FOR 24 HOUR EMERGENCY SERVICE CALL 800-876-4928
YOUR RESERVATION CENTER VIT CODE NUMBER IS WN27
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
SECURITY ADVISORY - DUE TO FAA SECURITY PROCEDURES
PLEASE BE ADVISED THAT YOU MUST PRESENT AN OFFICIAL
PHOTO ID ISSUED BY A GOVERNMENT AUTHORITY,/IE DRIVERS
LICENSE WITH A PICTURE ALONG WITH ANOTHER FORM OF
PASSPORT AND A CREDIT CARD ..ETC
CHECK IN 2HRS PRIOR TO SCHEDULED DEPARTURE OF FLIGHT
CHECK AT GATE 30 MINUTES PRIOR TO SCHEDULED DEPARTURE
TIME TO AVOID CANCELLATION OF SEATS
CHECK W/CARRIER AT GATE TO ENSURE PROPER MILEAGE CREDIT

40*

**Perez, Janet**

| | |
|---|---|
| **From:** | Witten, Steve |
| **Sent:** | Monday, July 24, 2006 11:02 AM |
| **To:** | Perez, Janet |
| **Subject:** | RE: Detroit flights |

Hi-this includes his flight to Detroit and the return.

Thanks

-----Original Message-----

| | |
|---|---|
| **From:** | Perez, Janet |
| **Sent:** | Monday, July 24, 2006 10:52 AM |
| **To:** | Witten, Steve |
| **Subject:** | RE: Detroit flights |

Hi, is the original air fare included in that total or is that separate?

-----Original Message-----

| | |
|---|---|
| **From:** | Witten, Steve |
| **Sent:** | Monday, July 24, 2006 10:48 AM |
| **To:** | Perez, Janet |
| **Subject:** | RE: Detroit flights |

Hi, the total fare was $240.60. and two $45.00 fee.

Thanks

-----Original Message-----

| | |
|---|---|
| **From:** | Perez, Janet |
| **Sent:** | Monday, July 24, 2006 10:26 AM |
| **To:** | Witten, Steve |
| **Subject:** | RE: Detroit flights |

Hi Steve,

Hope you had a great weekend. I was wondering if you can let me know the exact price of the changes we did for Paul Chandler's return flight. I want to be sure I don't over or under pay him on his reimbursement.

Many thanks as always for your help.

Janet

1



**Marriott.**
DETROIT TROY

200 West Big Beaver Road
Troy, Michigan 48084
(248) 680 9797
Marriott.com/DTTTT

**GUEST FOLIO**

| 1608 | CHANDLER/PAUL/A | 219.00 | 07/21/06 | 12:00 | 8638 |
|------|-----------------|--------|----------|-------|------|
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |

CNKW
TYPE                    07/18/06  22:26
                        ARRIVE    TIME
41                      PASSPORT:

                        PAYMENT              MR#: XXXXX7055

ROOM
CLERK   ADDRESS

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE DUE |
|------|-----------|---|---------|---------|-------------|
| 07/18 | TELECOM | TELECOM | 9.95 | | |
| 07/18 | TAX | TELECOM | .60 | H | |
| 07/18 | ROOM TR | 1608, 1 | 219.00 | | |
| 07/18 | STATETAX | 1608, 1 | 13.14 | A | |
| 07/18 | CITY TAX | 1608, 1 | 15.33 | B | |
| 07/19 | TELECOM | TELECOM | 9.95 | | |
| 07/19 | TAX | TELECOM | .60 | H | |
| 07/19 | ROOM TR | 1608, 1 | 219.00 | | |
| 07/19 | STATETAX | 1608, 1 | 13.14 | A | |
| 07/19 | CITY TAX | 1608, 1 | 15.33 | B | |
| 07/20 | TELECOM | TELECOM | 9.95 | | |
| 07/20 | TAX | TELECOM | .60 | H | |
| 07/20 | ROOM TR | 1608, 1 | 219.00 | | |
| 07/20 | STATETAX | 1608, 1 | 13.14 | A | |
| 07/20 | CITY TAX | 1608, 1 | 15.33 | B | |
| 07/21 | BK CARD | | | $774.06 | |

TO BE SETTLED TO:    MASTERCARD    CURRENT BALANCE    .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT,
PLEASE PRESS "MENU" ON YOUR TV REMOTE TO ACCESS VIDEO
CHECK-OUT OR DIAL EXT. 7000 TO ACCESS VOICE MAIL CHECK-OUT.

------------------ SUMMARY OF TAXES ------------------

| | DESCRIPTION | TAXED AMOUNT | TAX |
|---|-------------|--------------|-----|
| A | STATE TAX 6% | .00 | 39.42 |
| B | CITY TAX 7% | .00 | 45.99 |
| E | PKG TX 7% | .00 | .00 |
| F | ATTRITION TAX | .00 | .00 |
| H | STATE TAX 6% | .00 | 1.80 |

| NET CHARGES | TAX | CREDITS | FOLIO |
|-------------|-----|---------|-------|
| 686.85 | 87.21 | .00 | 774.06 |

------------------ EXP. REPORT SUMMARY ------------------

| 07/18 | TELECOM | 9.95 |
|-------|---------|------|
| | TAX | .60 |
| | ROOM&TAX | 247.47 |

| 07/19 | TELECOM | 9.95 |
|-------|---------|------|
| | TAX | .60 |
| | ROOM&TAX | 247.47 |

| 07/20 | TELECOM | 9.95 |

**Marriott.**
DETROIT TROY

200 West Big Beaver Road
Troy, Michigan 48084
(248) 680 9797
Marriott.com/DTTTT

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

6-2955C
Rev 12/04

Signature X

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**



**DETROIT TROY**

200 West Big Beaver Road
Troy, Michigan 48084
(248) 680 9797
Marriott.com/DTTTT

**GUEST FOLIO**

| | | | | | |
|---|---|---|---|---|---|
| **1608** | CHANDLER/PAUL/A | 219.00 | 07/21/06 | 12:00 | 8638 |
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
| CNKW | | | 07/18/06 | 22:26 | |
| TYPE | | | ARRIVE | TIME | |
| 41 | | PASSPORT: | | | |

| ROOM CLERK | ADDRESS | PAYMENT | | MR#: XXXXX7055 |
|---|---|---|---|---|

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|
| | ----------- EXP. REPORT SUMMARY ------------------- | | | |
| 07/20 | TAX | .60 | | |
| | ROOM&TAX | 247.47 | | |

Marriott's eFolio! Receive your hotel bill by email after every
stay. Subscribe today at MarriottRewards.com. Your final folio will
be sent to the email address for the Rewards number on record.
If this is not your intention, please see the Front Desk.

Introducing the Marriott Rewards(R) Premier Visa Signature(R) card.
Earn more Marriott Rewards points and enjoy greater benefits.
Please visit MarriottRewards.com/premiervisa for all of the details.

MARRIOTT REWARDS ACCOUNT # XXXXX7055
DATE 07/18/06 - 07/21/06 REVENUE IF APPLICABLE      $686.85
BASE POINTS EARNED: 6869    ADDITIONAL POINTS MAY APPLY
FOR ACCOUNT ACTIVITY CALL 801-468-4000
OR LOG ON TO WWW.MARRIOTTREWARDS.COM.



**DETROIT TROY**

200 West Big Beaver Road
Troy, Michigan 48084
(248) 680 9797
Marriott.com/DTTTT

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to
you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The
credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you
are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5%
per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

6-2955C
Rev. 12/04

Signature X

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**



| RA # 812705650 | RES # 835049951 | EC # |
| PAUL CHANDLER | CONTRACT ID 5702498 | FT # |
| CHICAGO, IL 60657 | EXT REF # | |

| RENTAL LOCATION | RENTAL DATE | RETURN LOCATION | RETURN DATE |
|---|---|---|---|
| DETROIT METRO ARPT (734)941 7000 | 18-JUL-2006 | DETROIT METRO ARPT (734)941 7000 | 21-JUL-2006 |
| BLDG 338, LUCAS DRIVE | RENTAL TIME | BLDG 338, LUCAS DRIVE | RETURN TIME |
| DETROIT, MI 48242 | 11:46 AM | DETROIT, MI 48242 | 04:00 PM |

**RATE RULES AND QUALIFICATIONS   INITIAL X_____**
CLUB & ASSOC DAILY - 2 TIERS

**VEHICLE INFORMATION**

| RESERVED | Intermediate 2/4 Door Car Auto A/C |
|---|---|
| DRIVEN | Intermediate 2/4 Door Car Auto A/C |
| CHARGED | Intermediate 2/4 Door Car Auto A/C |
| MAKE | |
| MODEL | |
| COLOR | |
| ODOMETER | 0 |
| PLATE | |
| REG AREA | |
| VEHICLE # | |
| BAY | |
| STALL | |

| CHARGES | UNIT | PRICE/UNIT | CURRENT CHARGE |
|---|---|---|---|
| RENTER'S RESPONSIBILITY | | | |
| * TIME & DISTANCE | WEEK | 307.65 X | 0.00 |
| * TIME & DISTANCE | Day | 43.95 X 4 | 175.80 |
| * TIME & DISTANCE | Hour | 21.98 X | 0.00 |
| * UNLIMITED MILES/KM-TIME & DISTANCE | M/KM | 0.00 X | 0.00 |
| * FUEL SERVICE OPTION | Rental | 47.68 X 1 | 47.68 |
| * ARPT COST RECOVERY FEE 11.11 PCT @ 11.11% | | | 25.21 |
| * WAYNE COUNTY STADIUM TAX 2 PCT @ 2.00% | | | 4.97 |
| * VEH LICENSE FEE RECOVERY .85/DAY | Day | | 3.40 |
| SALES TAX 6.00% | | | 15.42 |

**ESTIMATED CHARGES        272.48   INITIAL X_____**

(All Charges Are Estimate Only - Subject to change if vehicle not returned to the location on date and time specified, or if fuel tank is not full at return and fuel service option was not purchased).
**PAYMENTS**
MASTERCARD 8491 Auth #

I DECLINE OPTIONAL LOSS DAMAGE WAIVER. X _____

I DECLINE PERSONAL ACCIDENT INSURANCE (PAI) WITH PERSONAL EFFECTS COVERAGE (PEC). X _____

I DECLINE OPTIONAL THIRD PARTY BODILY INJURY AND PROPERTY DAMAGE INSURANCE (SLI). X _____

I CHOOSE OPTIONAL FUEL PURCHASE AT START OF RENTAL, AT 2.98 PER GALLON (NO REFUND FOR UNUSED FUEL). THE TOTAL FUEL CHARGE REFLECTED HERE IS AN ESTIMATE BASED ON THE AVERAGE TANK SIZE FOR THE CAR CLASS CHARGED. I UNDERSTAND MY TOTAL FUEL CHARGE MAY CHANGE BASED ON THE ACTUAL CAR I DRIVE. X _____

NATIONAL IS ONLY LIABLE UP TO A MAXIMUM OF $20,000 BECAUSE OF BODILY INJURY TO OR DEATH OF ONE PERSON ON ANY ONE ACCIDENT AND $40,000 BECAUSE OF BODILY INJURY TO OR DEATH OF TWO OR MORE PERSONS IN ANY ONE ACCIDENT AND ONLY IF THE RENTED VEHICLE IS BEING OPERATED BY ME, MY IMMEDIATE FAMILY MEMBER OR ANY AUTHORIZED OR ADDITIONAL AUTHORIZED DRIVERS. HIGHER LIMITS MAY BE PROVIDED PURSUANT TO A SEPARATE COMMERCIAL AGREEMENT. I ALSO UNDERSTAND THAT I MAY BE LIABLE TO NATIONAL UP TO THE AMOUNTS INDICATED ABOVE PURSUANT TO MICHIGAN LAW AND ALSO AS PROVIDED FOR IN PARAGRAPH 9 OF THE TERMS AND CONDITIONS OF RENTAL AGREEMENT AND TO AN INJURED PERSON FOR AMOUNTS AWARDED IN EXCESS OF THE MAXIMUM AMOUNTS INDICATED ABOVE.

**PLEASE READ IMPORTANT INFORMATION REGARDING AUTHORIZED DRIVERS WITHIN THE AGREEMENT (SEE RENTAL AGREEMENT JACKET).**

YOU AGREE TO ALL PROVISIONS CONTAINED WITHIN THIS AGREEMENT, INCLUDING THOSE CONTAINED WITHIN NATIONAL'S RENTAL AGREEMENT JACKET AND ALL APPLICABLE OPTIONAL PRODUCT BROCHURES, AND YOU ACKNOWLEDGE RECEIPT OF EACH OF THEM. YOU UNDERSTAND THAT IF YOU DO NOT COMPLY WITH THE TERMS OF ANY APPLICABLE CORPORATE, GOVERNMENT, OR TOUR ACCOUNT AGREEMENT AND THE TERMS OF THIS RENTAL AGREEMENT, ALL LIABILITY AND UNINSURED/UNDERINSURED MOTORIST BENEFITS, IF ANY, ARE WITHDRAWN AND WILL NOT BE PROVIDED.

RENTER : _____

05-44481-rdd

N A T I O N A L
C A R   R E N T A L

RA 812705650              Inv 80012187617
Rental    18-JUL-2006 11:53 AM
DETROIT METRO ARPT
Return    21-JUL-2006 07:30 PM
DETROIT METRO ARPT

PAUL CHANDLER
Vehicle # 6F167441
Model    MALIBU LT
Class Driven FCAR    Class Charged ICAR
License# 298ZKR    State/Province MO
M/Kms Driven 205
M/Kms Out    22485
M/Kms In     22690

MAYER BROWN & PLATT
Contract ID 5702498

| Charges | No Unit | Price | Amount |
|---|---|---|---|
| T & M | 4 Days | 43.95 | 175.80* |
| UNLIM M/KM | 0 M/Kms | | 0.00* |
| FSO | 1 Rental | 47.68 | 47.68* |
| ARPT COST RECOVERY FEE | | | 25.21* |
| WAYNE COUNTY STADIUM TX | | | 4.97* |
| VEH LIC FEE RECOVERY | | | 3.40* |
| SALES TAX @6.000 % | | | 15.42 |

Total Charges              USD 272.48

Paid By    MC    8491        -272.48

Amount Due                  USD 0.00

* Taxable Items
Subject to Audit
Customer service Number 1-800-468-3334



ATHENS CONEY ISLAND
Date: 7/18/2006    Time: 8:45:21 PM

Card Type:        Master Card
Card Number:      XXXXXXXYXXXX8491
Expiration Date:  1/31/2009
Server Name:      Ashley
Check Number:     396959
Tab Number:       7

Card Owner:       CHANDLER/PAUL.

AMOUNT  20.65

TIP     4.00

TOTAL   24.65

        Approval: 018347

RETAIN THIS COPY FOR YOUR RECORDS

---

Diego's Mexican Village
Detroit Metro Airport
McNamara Terminal
Detroit, MI
Date:       Jul21'06 08:37PM
Card Type:  Mastercard
Acct #:     XXXXXXXXXXXX8491
Exp Date:   01-09
Auth Code:  021682
Check:      974
Table:      31/4
Server:     1040 Tom M
            P'L CHANDLER

Subtotal:              38.35
Tip:

Total:              7.00

                    45.35

Signature

I agree to pay above total
according to my card issuer
agreement.

***   Customer Copy

---

☑ Checker Taxi Association, Inc. ☑

Need a cab? Dial 3-1-2-C-H-E-C-K-E-R or 312-243-2537

**RECEIPT**

Time   7 AM        Date  7/18/    20 06
Received From  Chandler      $ 38.00
Cab Fare From  3100 N Lakeshore
To    O'hare Airport
Driver
Cab No. _____    Account No.  Delphi

845 W. Washington Blvd., Chicago, IL 60607        Main Office: (312) 733-4755

---

        454505123330
     THE BONE YARD II
   31006 ORCHARD LAKE RD
   FARMINGTON HILLS, MI 48
      2488517000
          Sale
ID #  00003661
07-19-06                10:36
Batch #: 000603

MASTERCARD
XXXXXXXXXXXX8491
Appr Code: 019337   Inv#: 000031
Amount:          $ 46.80
Tax:             $ 0.00
Tip:                9.00
                ==========
Total:           55.80

* Table provided for
  convenience:
       7.02
       9.36
      11.70

  Customer Copy
    THANK YOU



06 3420 2892
PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT

ETKT    18432    PASSENGER RECEIPT    202007    0250617   ALØ

A·R·C XXX

UNITED AIRLINES        XX·XXIT052LI    A14594915    HERRMANN/KRISTINA K
LAWYERS TRAVEL         CHICAGO          IL US31JULØ6    DTW
HERRMANN/KRISTINA      MCFAPJ/AA QA/NUP    6.0011/    ORD UA5935 Q ØAUGQA/NUP
**NOT VALID FOR**      THIS IS YOUR RECEIPT Ø2AUGØ2AUG
**TRANSPORTATION**                        WN27ALØ
S*CVA MAYER BROWN/S*CVA MAYER BROWN
FP CAXXXXXXXXXXXX2230*Ø6Ø8/   3Ø1767 /FCDTT UA CHI1
ØØ.28QA/NUP 100.28 END ZPDTW XT2.5ØAY4.5ØXFDTW4.5

XT      7.ØØ
USD   100.28                                         NOT VALID FOR TRAVEL
US      7.52    38635235656    0 016 7774357521 1    0 016 7774357521 1
ZP      3.3Ø                                         AA14594915
USD   118.1Ø



**Hilton**
Detroit/Troy

Room            125/K1X
Arrival Date    07/28/06  6:26AM
Departure Date  07/28/06  7:46AM

Adult/Child     1/0
Room Rate       109.00

RATE PLAN       L-T1

HH#
AL:
CAR:

*Folio*

CONFIRMATION NUMBER : 3239603159

07/28/06     PAGE:    1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|------|-------------|-----|---------|---------|---------|---------|
| 07/28/06 | GUEST ROOM | AVB | 448961 | $109.00 | | |
| 07/28/06 | STATE TAX | AVB | 448961 | $6.54 | | |
| 07/28/06 | OCCUPANCY TAX | AVB | 448961 | $7.63 | | |
| 07/28/06 | MC *2230 | AVB | 448962 | | $123.17 | |
| | BALANCE | | | | | $0.00 |

EXPENSE REPORT SUMMARY

|  | 07/28/06 | STAY TOTAL |
|--|----------|-----------|
| ROOM & TAX | $123.17 | $123.17 |
| DAILY TOTAL | $123.17 | $123.17 |

ACCOUNT NO
MC *2230

DATE OF CHARGE
07/28/06

FOLIO NO/CHECK
142672  A

AUTHORIZATION
364979

PURCHASES & SERVICES

TAXES

TIPS & MISC

TOTAL AMOUNT



THAI PEPPERS
29402 ORCHARD LAKE RD
FARMINGTON HI, MI 48334

00000001
Terminal #:                   7:56 PM
JUL 28, 06

Server ID: 1

MASTERCARD
*** ****9231
SALE
BATCH #: 011

AMOUNT              $34.45

TIP                  7.00

TOTAL               41.45

APPROVED

2-932-9119

CUSTOMER COPY

REF#: 012
AUTH #: 085461

---

MAPLE & MILLER
MARATHON
1300 N. MAPLE
ANN ARBOR, MI 48103
[734] 930-9724

00000036921-01
1300 N MAPLE RD

MAPLE AND MILLER MAR
ANN ARBOR MI

Descr.              qty        amount

<CUSTOMER COPY>
POP                  1          1.39
CHIPS                1          0.99

Sub Total                      2.38
Tax                            0.00

TOTAL              $           2.38
CREDIT                         2.38

CARD TYPE: MASTERCARD
CARD NAME:
ACCT NUMBER: ***********2250
EXP. DATE:          TRANS TYPE: SALE
AUTH# 013715       00 DOC # 18022

THANKS. COME AGAIN
REG# 0201 CSH# 003 DR# 01 TRAN# 147
07/28/06  18:21:39                ST#







**OVATION**

T R A V E L   G R O U P

THE LAWYERS' TRAVEL SERVICE

OVATION CORPORATE TRAVEL

OVATION VACATIONS

FOR: HERRMANN/KRISTINA K    REF: 10432

HERRMANN KRISTINA /



**OVATION**
TRAVEL GROUP

THE LAWYERS' TRAVEL SERVICE
OVATION CORPORATE TRAVEL
OVATION VACATIONS



**Marriott**
DETROIT TROY

GUEST FOLIO

204  HERRMANN/KRISTINA/K   219.00  07/21/06  07:31   7264
ROOM      NAME              RATE     DEPART    TIME    ACCT#

NSDB                                07/17/06  01:15

9                          PASSPORT:
                           BKXXXXXXXXXXXX2230
ROOM
CLERK    ADDRESS           PAYMENT              MR#:

| DATE | REFERENCE | | CHARGES | CREDITS | | BALANCE DUE |
|------|-----------|--|---------|---------|--|-------------|
| 07/17 | ROOM TR | 204, 1 | 219.00 | Rm | | |
| 07/17 | STATETAX | 204, 1 | 13.14 | | A | |
| 07/17 | CITY TAX | 204, 1 | 15.33 | | B | |
| 07/18 | TELECOM | TELECOM | 9.95 | | | |
| 07/18 | TAX | TELECOM | .60 | | H | |
| 07/18 | ROOM TR | 204, 1 | 219.00 | Rm | | |
| 07/18 | STATETAX | 204, 1 | 13.14 | | A | |
| 07/18 | CITY TAX | 204, 1 | 15.33 | | B | |
| 07/19 | TELECOM | TELECOM | 9.95 | | | |
| 07/19 | TAX | TELECOM | .60 | | H | |
| 07/19 | ROOM TR | 204, 1 | 219.00 | Rm | | |
| 07/19 | STATETAX | 204, 1 | 13.14 | | A | |
| 07/19 | CITY TAX | 204, 1 | 15.33 | | B | |
| 07/20 | TELECOM | TELECOM | 9.95 | | | |
| 07/20 | TAX | TELECOM | .60 | | H | |
| 07/20 | ROOM TR | 204, 1 | 219.00 | Rm | | |
| 07/20 | STATETAX | 204, 1 | 13.14 | | A | |
| 07/20 | CITY TAX | 204, 1 | 15.33 | | B | |
| 07/21 | CCARD-BK | | | 1021.53 | | |

# 989.88

.00

------------------- SUMMARY OF TAXES -------------------

| | DESCRIPTION | TAXED AMOUNT | TAX |
|--|-------------|--------------|-----|
| A | STATE TAX 6% | .00 | 52.56 |
| B | CITY TAX 7% | .00 | 61.32 |
| E | PKG TX 7% | .00 | .00 |
| F | ATTRITION TAX | .00 | .00 |
| H | STATE TAX 6% | .00 | 1.80 |

| NET CHARGES | TAX | CREDITS | FOLIO |
|-------------|-----|---------|-------|
| 905.85 | 115.68 | 1021.53 | .00 |

------------------- EXP. REPORT SUMMARY -------------------

| 07/17 | ROOM&TAX | 247.47 |
|-------|----------|--------|
| 07/18 | TELECOM | 9.95 |
| | TAX | .60 |
| | ROOM&TAX | 247.47 |
| 07/19 | TELECOM | 9.95 |
| | TAX | .60 |
| | ROOM&TAX | 247.47 |
| 07/20 | TELECOM | 9.95 |

**Marriott**
DETROIT TROY



DETROIT TROY

GUEST FOLIO

204 HERRMANN/KRISTINA/K   219.00 07/21/06 07:31   7264
ROOM    NAME                 RATE   DEPART    TIME   ACCT#

NSDB                               07/17/06 01:15
                                   ARRIVE         TIME

9                          PASSPORT:
                           BKXXXXXXXXXXXX2230
ROOM                            PAYMENT                MR#:
CLERK     ADDRESS

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|------|-----------|---------|---------|-------------|

------------------ EXP. REPORT SUMMARY ------------------
07/20 TAX                    .60
      ROOM&TAX            247.47

DETROIT TROY

**Budget.**

**TRANSACTION RECORD**

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---|---|---|
| 789977086 | 7453563 | C |

HERRMANN,KRISTINA K
BCD = T568000
CV - CMXXXXXXXXXXXX2230

OUT DTW 18JUL06/0020 MI = 16202
IN  DTW 21JUL06/1932 MI = 16210
```
        8 MI@    00 =
          HR@  14.39 =
        4 DY@  43.14 =        172.56
*$.80/DAY FEE          =          3.20
**11.11% FEE           =         20.23
FUEL SERVICE           =          9.50
TAXABLE SUBTOT         =        205.49
TAX  8.000%            =         16.44

TOTAL CHARGES    =     221.93
```
**CONCESSION RECOVERY FEE
*VEHICLE LICENSE FEE
TAX INCL WAYNE CTY STAD TAX

*Please check your car for personal effects.*

Thank you for renting from Budget.
We value your business. Have a safe trip.

Mayer, Brown, Rowe & Maw LLP

06089741                                                                    Page 2
Delphi Corporation                                                    Roy, Paul J. N.
ADM Outsourcing Project

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 07/03/06 | **Baldia, Sonia**<br>Teleconference with P. Roy regarding the proposed ADM transaction (0.3); review e-mail and attachments sent by P. Roy (0.7). | 1.00 |
| 07/06/06 | **Roy, Paul J. N.**<br>Review of input from TPI on form of Agreement, and review of structure of infrastructure agreement by comparision. | 0.50 |
| 07/14/06 | **Baldia, Sonia**<br>Teleconference with P. Roy regarding the proposed transaction and preparation of the draft Master Services Agreement. | 0.30 |
| 07/15/06 | **Baldia, Sonia**<br>Review B. Shoemaker's service requirements document with proposed changes to the Master Services Agreement draft for the ADM transaction (1.9); review the Master Services Agreement to identify additional changes (1.9). | 3.80 |
| 07/17/06 | **Baldia, Sonia**<br>Continue reviewing the Master Services Agreement from the Infrastructure transaction to determine necessary revisions in preparation of a proposed Master Services Agreement draft for the ADM transaction (0.8); review B. Shoemaker's service requirements document regarding same (6.7). | 1.50 |
| 07/23/06 | **Roy, Paul J. N.**<br>Review of compromises Delphi agreed to in EDS MSA for infrastructure deal to determine which compromises Delphi may want to consider incorporating in form of ADM MSA. | 4.50 |
| 07/24/06 | **Baldia, Sonia**<br>Review the TPI document with proposed changes to the draft Master Services Agreement and prepare questions/comments and send to P. Roy for review (0.9(; review the proposed Master Services Agreement draft regarding same (0.9). | 1.80 |
| 07/30/06 | **Roy, Paul J. N.**<br>Revision of form MSA used in infrastructure deal for use in ADM SRD, including incorporation of modifications for consideration by Delphi based on clarifications and compromises agreed to in the infrastructure transaction. | 5.00 |

**Total Hours**                                                          **18.40**

Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation                                                              Page 2
In Re: Delphi Corporation, et al., Debtors - Retention Matter          Reimer, Craig E.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 06/08/06 | **Willey, Gerald L.**<br>Editing Pro Hac Vice Motion (.20); Downloading and e-mailing same to Paul Roy (.20); Downloading application for password and e-mailing same (.10). | 0.50 |
| 06/13/06 | **Willey, Gerald L.**<br>Drafting letters to Automation department, Clerk's office, and Chambers (2.0); Preparing package re: Paul Roy's Pro Hac Vice Motion to Chambers (.70); Transmission of same (.10). | 2.80 |
| 06/16/06 | **Willey, Gerald L.**<br>Searching on line for Delpi Corporation docket report and reviewing same for Pro Hac Vice Motion posted by the Court (.40); Downloading and e-mailing same to P. Roy along with completed electronic filing password application for P. Roy's signature (.10). | 0.50 |
| 07/05/06 | **Reimer, Craig E.**<br>Work on supplement to retention application based on Delphi's additional outsourcing legal services requested. | 0.50 |
| 07/06/06 | **Reimer, Craig E.**<br>E-mails re: February-April fee statements. | 0.20 |
| 07/10/06 | **Connor, Andrew A.**<br>Review SIMS materials (0.5); work on May statements in preparation for submission (2.0). | 2.50 |
| 07/12/06 | **Connor, Andrew A.**<br>Follow up re new matters and other billing issues. | 0.50 |
| 07/13/06 | **Connor, Andrew A.**<br>Finalize summaries (1.0); circulate May bills (0.5); conduct conflicts follow up (0.5). | 2.00 |
| 07/13/06 | **Reimer, Craig E.**<br>E-mails with P. Roy re: additional outsourcing engagements for Delphi of MBR&M (.20), review engagement letter conflict waivers (.10). | 0.30 |
| 07/14/06 | **Connor, Andrew A.**<br>Compete conflicts review. | 1.60 |
| 07/18/06 | **Connor, Andrew A.**<br>Follow up re allocation of payment (0.4); draft fee and payment schedule (2.1); review June statements (0.5); follow up re fee, notice procedures (0.4). | 3.40 |
| 07/18/06 | **Reimer, Craig E.**<br>Work on interim fee application materials (.20) and conflict check re: supplemental lists of parties workout (.30). | 0.50 |
| 07/19/06 | **Connor, Andrew A.**<br>Work on fee application. | 2.00 |

Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation                                                    Page 3
In Re: Delphi Corporation, et al., Debtors - Retention Matter    Reimer, Craig E.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 07/19/06 | **Willey, Gerald L.**<br>Preparing Paul Roy's password application for filing with Court. | 0.50 |
| 07/20/06 | **Connor, Andrew A.**<br>Work on fee application. | 0.90 |
| 07/20/06 | **Reimer, Craig E.**<br>E-mails with Skadden Arps re: supplemental lists for conflict searches (.20); work on getting new search and supplemental declaration (.30). | 0.50 |
| 07/24/06 | **Reimer, Craig E.**<br>Work on supplement to retention affidavit. | 1.00 |
| 07/25/06 | **Connor, Andrew A.**<br>Update invoice, allocation schedule (0.8); work on June statement (0.7). | 1.50 |
| 07/26/06 | **Connor, Andrew A.**<br>Revise, finalize monthly statement summary (1.2); coordinate distribution of same (0.6); work on fee application (4.7 ). | 6.50 |
| 07/27/06 | **Connor, Andrew A.**<br>Work on fee application (5.2); follow up with C. Reimer, P. Roy re same (0.3). | 5.50 |
| 07/27/06 | **Reimer, Craig E.**<br>Work on first interim fee application (.80); conference with A. Connor re: revisions and edits to same (.20). | 1.00 |
| 07/28/06 | **Document Clerk**<br>Made copy of ECF Registration Application (.10); prepared same for messenger delivery to US Bankruptcy Court (.40). | 0.50 |
| 07/28/06 | **Willey, Gerald L.**<br>Preparing package to Automation Department containing Paul Roy's application for filing password. | 0.50 |
| 07/31/06 | **Connor, Andrew A.**<br>Revise fee application (0.5); draft notice (1.0); draft certificate of service (0.4); coordinate filing and service (4.5). | 6.40 |
| 07/31/06 | **Document Clerk**<br>Distribution Assistance | 1.80 |
| 07/31/06 | **Reimer, Craig E.**<br>Review Notice and First Application for interim compensation (hearing on 10/19/06). | 0.50 |

**Total Hours**                                                    **44.40**

Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation
In Re: Delphi Corporation, et al., Debtors - Retention Matter

Page 4
Reimer, Craig E.

## OTHER CHARGES

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 05/11/06 | **Automated Research - Outside** VENDOR: Pacer Service Center; INVOICE#: 06152006; DATE: 6/15/2006 - Access to Court Electronic Records on 5/11/06 and 5/12/06 | | 7.60 |
| 06/01/06 | **Outside Courier** VENDOR: United Parcel Service (Carol Stream); INVOICE#: 6E431E246; DATE: 6/17/2006 - Guaranteed service refund issued by UPS for documents shipped on 06/01/06 to Davis Polk Wardell in New York, NY. | | -10.27 |
| 06/16/06 | **Automated Research - Outside** VENDOR: Pacer Service Center; INVOICE#: 0718200601; DATE: 7/18/2006 - Access to public records on 6/16/06 | | 1.84 |
| 07/06/06 | **Automated Research - Outside** VENDOR: Pacer Service Center; INVOICE#: 0706200602; DATE: 7/6/2006 - Computer searches | | 7.52 |
| 07/13/06 | **Document Reproduction** | 11 | 1.65 |
| 07/13/06 | **Document Reproduction** | 136 | 20.40 |
| 07/13/06 | **Document Delivery - Office** Documents delivered to Chicago, IL by Connor, Andrew A. | | 9.64 |
| 07/13/06 | **Document Delivery - Office** Documents delivered to New York, NY by Connor, Andrew A. | | 16.12 |
| 07/13/06 | **Document Delivery - Office** Documents delivered to Troy, MI by Connor, Andrew A. | | 12.34 |
| 07/13/06 | **Document Delivery - Office** Documents delivered to Troy, MI by Connor, Andrew A. | | 12.34 |
| 07/13/06 | **Document Delivery - Office** Documents delivered to New York, NY by Connor, Andrew A. | | 16.12 |
| 07/13/06 | **Document Delivery - Office** Documents delivered to New York, NY by Connor, Andrew A. | | 16.12 |
| 07/13/06 | **Document Delivery - Office** Documents delivered to New York, NY by Connor, Andrew A. | | 16.12 |
| 07/13/06 | **Document Delivery - Office** Documents delivered to New York, NY by Connor, Andrew A. | | 16.12 |
| 07/26/06 | **Document Reproduction** | 20 | 3.00 |
| 07/26/06 | **Document Reproduction** | 152 | 22.80 |

Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation                                                                  Page 5
In Re: Delphi Corporation, et al., Debtors - Retention Matter        Reimer, Craig E.

## OTHER CHARGES

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 07/26/06 | **Document Delivery - Office**<br>Documents delivered to Troy, MI by Connor, Andrew A. | | 9.77 |
| 07/26/06 | **Document Delivery - Office**<br>Documents delivered to Troy, MI by Connor, Andrew A. | | 9.77 |
| 07/26/06 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 11.09 |
| 07/26/06 | **Document Delivery - Office**<br>Documents delivered to Chicago, IL by Connor, Andrew A. | | 8.45 |
| 07/26/06 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 11.09 |
| 07/26/06 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 11.09 |
| 07/26/06 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 11.09 |
| 07/26/06 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 11.09 |
| 07/27/06 | **Document Reproduction** | 37 | 5.55 |
| 07/27/06 | **Document Reproduction** | 60 | 9.00 |
| 07/27/06 | **Document Reproduction** | 60 | 9.00 |
| 07/31/06 | **Document Reproduction** | 120 | 18.00 |
| 07/31/06 | **Document Reproduction** | 62 | 9.30 |
| 07/31/06 | **Document Reproduction** | 620 | 93.00 |
| 07/31/06 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 11.09 |
| 07/31/06 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 11.09 |
| 07/31/06 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 11.09 |
| 07/31/06 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 11.09 |
| 07/31/06 | **Document Delivery - Office**<br>Documents delivered to Troy, MI by Connor, Andrew A. | | 9.77 |
| 07/31/06 | **Document Delivery - Office** | | 9.77 |

Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation
In Re: Delphi Corporation, et al., Debtors - Retention Matter

Page 6
Reimer, Craig E.

## OTHER CHARGES

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| | Documents delivered to Troy, MI by Connor, Andrew A. | | |
| 07/31/06 | **Document Delivery - Office**<br>Documents delivered to Broomfield, CO by Connor, Andrew A. | | 11.09 |
| 07/31/06 | **Document Delivery - Office**<br>Documents delivered to San Jose, CA by Connor, Andrew A. | | 12.47 |
| 07/31/06 | **Document Delivery - Office**<br>Documents delivered to Austin, TX by Connor, Andrew A. | | 11.09 |
| 07/31/06 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 11.09 |
| 07/31/06 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 11.09 |
| 07/31/06 | **Document Delivery - Office**<br>Documents delivered to Huntersville, NC by Connor, Andrew A. | | 10.58 |
| 07/31/06 | **Document Delivery - Office**<br>Documents delivered to Detroit, MI by Connor, Andrew A. | | 9.77 |
| 07/31/06 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 11.09 |
| 07/31/06 | **Document Delivery - Office**<br>Documents delivered to Detroit, MI by Connor, Andrew A. | | 9.77 |
| 07/31/06 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 11.09 |
| 07/31/06 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 11.09 |
| 07/31/06 | **Document Delivery - Office**<br>Documents delivered to Fort Worth, TX by Connor, Andrew A. | | 11.09 |
| 07/31/06 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 11.09 |
| 07/31/06 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 11.09 |
| 07/31/06 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 11.09 |
| 07/31/06 | **Document Delivery - Office**<br>Documents delivered to Washington, DC by Connor, Andrew A. | | 10.58 |
| 07/31/06 | **Document Delivery - Office** | | 11.09 |

Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation                                                                    Page 7
In Re: Delphi Corporation, et al., Debtors - Retention Matter                         Reimer, Craig E.

## OTHER CHARGES

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| | Documents delivered to New York, NY by Connor, Andrew A. | | |
| 07/31/06 | **Document Delivery - Office** Documents delivered to New York, NY by Connor, Andrew A. | | 11.09 |
| 07/31/06 | **Document Delivery - Office** Documents delivered to New York, NY by Connor, Andrew A. | | 11.09 |
| 07/31/06 | **Document Delivery - Office** Documents delivered to Troy, MI by Connor, Andrew A. | | 9.77 |
| 07/31/06 | **Document Delivery - Office** Documents delivered to Chicago, IL by Connor, Andrew A. | | 8.45 |
| 07/31/06 | **Document Delivery - Office** Documents delivered to Chicago, IL by Connor, Andrew A. | | 8.45 |
| 07/31/06 | **Document Delivery - Office** Documents delivered to Chicago, IL by Connor, Andrew A. | | 8.45 |
| 07/31/06 | **Document Delivery - Office** Documents delivered to Chicago, IL by Connor, Andrew A. | | 8.45 |
| 07/31/06 | **Document Delivery - Office** Documents delivered to Washington, DC by Connor, Andrew A. | | 10.58 |
| 07/31/06 | **Document Delivery - Office** Documents delivered to New York, NY by Connor, Andrew A. | | 11.09 |
| 07/31/06 | **Document Delivery - Office** Documents delivered to Washington, DC by Connor, Andrew A. | | 10.58 |
| 07/31/06 | **Document Delivery - Office** Documents delivered to New York, NY by Connor, Andrew A. | | 11.09 |
| 07/31/06 | **Document Delivery - Office** Documents delivered to New York, NY by Connor, Andrew A. | | 11.09 |
| 07/31/06 | **Document Delivery - Office** Documents delivered to New York, NY by Connor, Andrew A. | | 11.09 |
| 07/31/06 | **Document Delivery - Office** Documents delivered to New York, NY by Connor, Andrew A. | | 11.09 |
| 07/31/06 | **Document Delivery - Office** Documents delivered to New York, NY by Connor, Andrew A. | | 11.09 |
| 07/31/06 | **Document Delivery - Office** Documents delivered to New York, NY by Connor, Andrew A. | | 11.09 |
| 07/31/06 | **Document Delivery - Office** | | 11.09 |

Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation
In Re: Delphi Corporation, et al., Debtors - Retention Matter

Page 8
Reimer, Craig E.

## OTHER CHARGES

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| | Documents delivered to New York, NY by Connor, Andrew A. | | |
| 07/31/06 | **Document Delivery - Office**<br>Documents delivered to Los Angeles, CA by Connor, Andrew A. | | 12.16 |
| 07/31/06 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 11.09 |
| 07/31/06 | **Document Delivery - Office**<br>Documents delivered to Huntersville, NC by Connor, Andrew A. | | 10.58 |
| 07/31/06 | **Document Delivery - Office**<br>Documents delivered to Dayton, OH by Connor, Andrew A. | | 9.77 |
| 07/31/06 | **Document Delivery - Office**<br>Documents delivered to Troy, MI by Connor, Andrew A. | | 9.77 |
| 07/31/06 | **Document Delivery - Office**<br>Documents delivered to Chicago, IL by Connor, Andrew A. | | 8.45 |
| 07/31/06 | **Document Delivery - Office**<br>Documents delivered to Troy, MI by Connor, Andrew A. | | 9.77 |
| 07/31/06 | **Document Delivery - Office**<br>Documents delivered to Wilmington, DE by Connor, Andrew A. | | 11.09 |
| 07/31/06 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 11.09 |
| 07/31/06 | **Document Delivery - Office**<br>Documents delivered to Saint Louis, MO by Connor, Andrew A. | | 9.77 |
| 07/31/06 | **Document Delivery - Office**<br>Documents delivered to Saint Louis, MO by Connor, Andrew A. | | 9.77 |
| 07/31/06 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 11.09 |
| 07/31/06 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 11.09 |
| 07/31/06 | **Document Delivery - Office**<br>Documents delivered to Morristown, NJ by Connor, Andrew A. | | 11.09 |
| 07/31/06 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 11.09 |
| 07/31/06 | **Document Delivery - Office**<br>Documents delivered to Washington, DC by Connor, Andrew A. | | 10.58 |
| 07/31/06 | **Document Delivery - Office** | | 11.09 |

Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation
In Re: Delphi Corporation, et al., Debtors - Retention Matter

Page 9
Reimer, Craig E.

## OTHER CHARGES

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| | Documents delivered to New York, NY by Connor, Andrew A. | | |
| 07/31/06 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 11.09 |
| 07/31/06 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 11.09 |
| 07/31/06 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 11.09 |
| 07/31/06 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 11.09 |
| 07/31/06 | **Document Delivery - Office**<br>Documents delivered to Chicago, IL by Connor, Andrew A. | | 8.45 |
| 07/31/06 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 11.09 |
| 07/31/06 | **Document Delivery - Office**<br>Documents delivered to Los Angeles, CA by Connor, Andrew A. | | 12.16 |
| 07/31/06 | **Document Delivery - Office**<br>Documents delivered to Washington, DC by Connor, Andrew A. | | 10.58 |

**Total Other Charges** **$1,088.51**