Mayer, Brown, Rowe & Maw LLP

06020525
Delphi Corporation                                                                          Page 2
IT Outsourcing Services Contract                                                      Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 08/01/06 | **Chandler, Paul A.**<br>Meeting with EDS to negotiate Schedule 3 documents (10.5). | 10.50 |
| 08/01/06 | **Herrmann, Kristina K.**<br>Negotiations with EDS. | 11.00 |
| 08/01/06 | **Prinsley, Mark A.**<br>Perusal Preparation & Consideration data protection disc with LR re agency of US parent for EU affiliates | 0.30 |
| 08/01/06 | **Rodger, Laura**<br>European data protection issues, attendance with MAP, documentation (1.0), e-mailing revised doc to EDS, further e-mail of advice to client (.50). | 1.50 |
| 08/01/06 | **Roy, Paul J. N.**<br>Call with David Guedry, counsel for EDS to discuss Delphi positions on the legal open issues on which Delphi had further comment. Communication of open issues to Delphi based on discussion with D. Guedry(0.80). Revisions to EDS MSA and transmittal of same to Delphi (1.00) | 1.80 |
| 08/02/06 | **Chandler, Paul A.**<br>Meeting with EDS to negotiate Schedule 3 documents (6.0); internal meeting with Delphi/TPI to discuss review of SOWs (0.6); reviewing and commenting on SLA exception proposal from J. Schneider (0.4). | 7.00 |
| 08/02/06 | **Chandler, Paul A.**<br>Call with M. Purrell regarding service hours (0.3). | 0.30 |
| 08/02/06 | **Herrmann, Kristina K.**<br>Negotiations with EDS (5.0); Revised schedules (5.20). | 10.20 |
| 08/02/06 | **Roy, Paul J. N.**<br>Review and comment to EDS response to open issues (2.00). Revision of EDS MSA and transmittal to Delphi (8.80). | 10.80 |
| 08/03/06 | **Chandler, Paul A.**<br>Call with Delphi and TPI teams regarding EDS SOWs (3.4); conferring with P. Roy on status issues (0.3); drafting revisions to EDS SOWs and distribution to EDS team (2.8); conferring with K. Herrmann on status of schedules for EDS and HP (0.5); reviewing HP assumptions sent by J. Henderson (HP counsel) (0.4); conferring with K. Herrmann on revisions to SOWs and SLAs (0.6). | 8.00 |
| 08/03/06 | **Herrmann, Kristina K.**<br>Revised schedules (11.0); call with Delphi and TPI (3.30). | 14.30 |
| 08/03/06 | **Roy, Paul J. N.**<br>Further revisions to EDS MSA redraft of transmittal of additional changes to M. Loeb (0.50). Redraft of HP MSA and transmittal of same to Delphi (7.20). Redraft of HP Schedule 4 and transmittal to Delphi (2.30). Redraft of EDS Schedule 4 (0.80). | 10.80 |

Mayer, Brown, Rowe & Maw LLP

06020525
Delphi Corporation                                                                              Page 3
IT Outsourcing Services Contract                                                        Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 08/04/06 | **Chandler, Paul A.**<br>Drafting comments to HP assumptions (1.2); drafting revisions to Schedule 3-B (1.0); call with TPI/Delphi on schedules (2.5); call with T. McCabe and P. Roy regarding outstanding issues (1.5). | 6.20 |
| 08/04/06 | **Herrmann, Kristina K.**<br>Call with Delphi and TPI re: schedule status (0.80); revised schedules (2.20). | 3.00 |
| 08/04/06 | **Roy, Paul J. N.**<br>Completed redraft of EDS Schedule 4 and transmittal of same to Delphi (1.30). Review and comment on assumptions document provided by HP and conferred with T. McCabe and P. Chandler re same (2.00). Call with T. McCabe to review all MSA open issues for EDS and HP (2.50). | 5.80 |
| 08/05/06 | **Chandler, Paul A.**<br>Drafting revisions to Schedule 3-B for EDS and distributions to TPI/Delphi (6.5). | 6.50 |
| 08/05/06 | **Roy, Paul J. N.**<br>Redraft of HP MSA based on comments from I.Seipke and correspondence with I. Seipke re same. (1.30). Review and comment on presentation for Board of Directors (1.00) | 2.30 |
| 08/06/06 | **Chandler, Paul A.**<br>Revising Schedules 3 and 3-C for EDS and distribution to TPI/Delphi (3.2). | 3.20 |
| 08/06/06 | **Roy, Paul J. N.**<br>Review and comment on presentation to Board of Directors and presentation subsequently received for UCC (2.20). Review of open issues correspondence with HP and response to HP regarding question on ARD (0.50). Incorporation of revisions into HP MSA (1.00). Conferred with P. Chandler re service level exceptions requested by EDS (0.30). | 4.00 |
| 08/07/06 | **Chandler, Paul A.**<br>Conferring with P. Roy regarding SLA exceptions and change management for EDS (Section 9.6) (0.2); calls with TPI/Delphi regarding Schedules 3-B for EDS (5.5); revising Schedule 6 and 6-B (1.7); revising CSL 2.3 for EDS (0.4); reviewing and revising HP SOWs (2.5); distributing SOWs to HP (0.3); revising Schedule 3-B for EDS and distribution to TPI (0.8); reviewing SLA exceptions from J. Schneider (0.3). | 11.70 |
| 08/07/06 | **Herrmann, Kristina K.**<br>Call with Delphi and TPI re: EDS SLAs (1.80); revised HP schedules and subsidiary schedules for both vendors (8.0). | 9.80 |
| 08/07/06 | **Roy, Paul J. N.**<br>Review of indemnity slide for board and UCC presentation (0.30). Conferred with P. Chandler re Service Level exceptions requested by EDS (0.50). Revision of EDS MSA to incorporate comments received and transmittal to same with explanations to Delphi (4.00). Revision of HP MSA to incorporate comments received and transmittal of same with explanations to Delphi (3.00). | 7.80 |

Mayer, Brown, Rowe & Maw LLP

06020525                                                                    Page 4
Delphi Corporation                                                          Roy, Paul J. N.
IT Outsourcing Services Contract

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|

**08/08/06  Chandler, Paul A.**                                              12.00
Reviewing Schedules 6, 14, 8, 13, 16 and 17 (1.8); call with TPI/Delphi regarding Schedules 3-B for EDS (4.6); call with J. Piayza regarding Schdule 4 (2.2); revising Schedule 3-B for EDS and distribution to TPI/Delphi (3.4).

**08/08/06  Herrmann, Kristina K.**                                          8.30
Call with Delphi/TPI re: EDS SLAs (1.30); revised schedules (7.0).

**08/08/06  Roy, Paul J. N.**                                                5.90
Correspondence with Delphi re  distribution of MSAs.  Revisions to MSAs for distribution to EDS and HP and distribution of same (1.00)   Review of and comment on Schedule 23 markups provided by service providers and transmittal to same to Delphi (0.80).  Review and comment on Delphi Travel policy proposed to be attached as a schedule to the MSA and correspondence with I. Seipke re same (0.80).  Call with Delphi finance team to review revised drafts of schedule 4 for each service provider (2.50).   Correction to MSA draft distributed to HP and transmittal of corrected version with explanation (0.30).   Conferred with P. Chandler re Service Level exceptions proposed by EDS and interplay of same with MSA provisions (0.50)

**08/09/06  Chandler, Paul A.**                                              11.90
Call with TPI and Delphi regarding Schedule 3-B (4.8); reviewing Schedules 4-F and 4 (0.8); revising Schedule 3-B (2.0); confirming with P. Roy on MSA issues (0.5); call with J. Schneider regarding SLA exclusions (0.4); revising EDS Schedule 3-B and HOP documents and Schedule 4-F (3.4).

**08/09/06  Herrmann, Kristina K.**                                          8.50
Call with Delphi and TPI re: Schedule 3-B (2.0); revised schedules (6.50).

**08/09/06  Roy, Paul J. N.**                                                2.80
Call with HP to review open issues in MSA.

**08/10/06  Chandler, Paul A.**                                              10.70
Revising 4-F and distribution to B. Warden (2.0); call with D. Van Sickle et al. regarding procurement processes and Schedule 2.2 (0.9); drafting revisions to Schedules 3, 3-B, 3-C and 3-F for EDS and HP, and distributing to Delphi/TPI (3.5); call with K. Smilie regarding negotiation schedules (0.5); reviewing and commenting on Schedules 9, 10, 11 and 13-A (2.7); calls with M. Parrell regarding status of schedule review (0.6); conferring with K. Herrmann on review of schedules (0.5)

**08/10/06  Herrmann, Kristina K.**                                          9.30
Calls with Delphi and TPI (1.30); revised schedules (8.0).

**08/10/06  Roy, Paul J. N.**                                                6.50
Call with Delphi finance team to review discussions with EDS and HP on open points and changes required to Schedule 4 (1.00).  Call with M. Loeb re approval process within Delphi and issues in EDS and HP Agreements (1.00).  Call with EDS and Delphi to discuss open issues in MSA (3.00).  Call with Darrin

Mayer, Brown, Rowe & Maw LLP

06020525
Delphi Corporation                                                    Page 5
IT Outsourcing Services Contract                                      Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| | Vansickle, Joe Piazza, and procurement subject matter experts to discuss description of procurement scope of services in Schedule 2.2 and associated provision in MSA (1.00). Discussion with P. Chandler about timing and process for review of schedules to MSA (0.50). | |
| 08/11/06 | **Chandler, Paul A.** Reviewing Schedules 16 and 17 (2.0); conferring with K. Herrmann on Schedule 2.1 and 2.2 issues (0.5); calls with Delphi/TPI on Schedule 3 comments (2.5); call with M. Loeb and P. Roy on scheduling issues (0.8); drafting status/priority list for schedules (0.7); distributing schedule 3, 3-B, 3-C and 3-F to EDS and HP (0.7). | 7.20 |
| 08/11/06 | **Herrmann, Kristina K.** Call with Delphi and TPI (2.30); revised Transition Plan and other schedules (5.0). | 7.30 |
| 08/11/06 | **Roy, Paul J. N.** Correspondence with Joe. Piazza re finance questions on MSA open issues (0.80). Revisions of HP Schedule 4 (pricing) and transmittal of same to Delphi (3.00). Revisions of EDS Schedule 4 (pricing) and transmittal of same to Delphi (1.50). | 5.30 |
| 08/12/06 | **Herrmann, Kristina K.** Revised Transition Plan (EDS). | 3.00 |
| 08/12/06 | **Roy, Paul J. N.** Revision to the HP MSA to incorporate changes since last discussion and transmittal of same together with an open issues list to Delphi (2.50). Revision to the EDS MSA to incorporate changes since last discussion and revisions to corresponding open issues list (2.70). | 5.20 |
| 08/13/06 | **Herrmann, Kristina K.** Revised Transition Plan (EDS). | 3.30 |
| 08/13/06 | **Roy, Paul J. N.** Completed revisions to EDS MSA and corresponding open issues list and transmittal of same to Delphi. | 3.50 |
| 08/14/06 | **Chandler, Paul A.** Call with J. Voly regarding Schedules 10 and 11 (0.6); reviewing P. Roy comments regarding Schedule references in MSA (0.3); responding to document requests from M. Ruck (0.3); calls with I. Seipke regarding Schedules 10, 11 and 12 (1.5); drafting form escrow agreement and distribution to Delphi (2.2); reviewing markup of EDS transition plan (Sch. 2) (1.2); reviewing EDS comments to Sch. 1 and 2 (1.5); call with J. Chattaway; reviewing proposed Amendment No. 2 (.50). | 8.10 |
| 08/14/06 | **Herrmann, Kristina K.** Revised schedules. | 4.30 |

Mayer, Brown, Rowe & Maw LLP

06020525
Delphi Corporation                                                                                    Page 6
IT Outsourcing Services Contract                                                            Roy, Paul J. N.

| Date | Timekeeper Name | DESCRIPTION OF LEGAL SERVICES | Hours |
|---|---|---|---|

**08/14/06**  **Herrmann, Kristina K.**
Revised schedules.                                                                                       5.70

**08/14/06**  **Roy, Paul J. N.**
Review of Schedule 4 emails and open issues in preparation for call with Delphi      3.80
(0.80). Call with Delphi finance team to review issues for Schedule 4 (pricing)
drafts for EDS and HP (1.00). Revisions to Schedule 4 drafts and transmittal of
same to Delphi (1.50). Conferred with P. Chandler to discuss status of
schedules and strategy for addressing open issues (0.50).

**08/15/06**  **Chandler, Paul A.**
Meetings with EDS to negotiate Schedules 1 and 2; (10.5); reviewing HP             12.50
documents (2.0).

**08/15/06**  **Herrmann, Kristina K.**
SOW negotiation with EDS (10.50); revised schedules (3.0).                               13.50

**08/15/06**  **Roy, Paul J. N.**
Review of comments by I. Seipke on open issues in EDS and HP MSAs.                  0.50

**08/16/06**  **Chandler, Paul A.**
Meeting with HP to negotiate Schedules 1 and 2 (11.0); reviewing EDS SLA          11.80
documents (0.80).

**08/16/06**  **Herrmann, Kristina K.**
SOW negotiation with HP (8.0); meeting with Barry Walmsley and Joe MaGrady       10.30
re: Transition Plans (1.0); revised schedules (1.30).

**08/16/06**  **Herrmann, Kristina K.**
Revised schedules.                                                                                       5.30

**08/16/06**  **Roy, Paul J. N.**
Review of Delphi Travel policies provided by I Seipke and response re same.          0.20

**08/16/06**  **Roy, Paul J. N.**
Call with finance team and TPI to review Schedule 4-H (Termination Charges).        1.00

**08/17/06**  **Chandler, Paul A.**
Meetings with EDS to negotiate Schedule 3-B (11.5); reviewing HP markup of         12.30
Schedule 3 (0.80).

**08/17/06**  **Herrmann, Kristina K.**
SLA negotiations with EDS (4.30); revised schedules (5.0)                                   9.30

**08/17/06**  **Rodger, Laura**
Telephone from CM in France re European data protection issues                          0.40

**08/17/06**  **Roy, Paul J. N.**
Redraft of Schedule 4-H based on discussions with Delphi finance team and          7.60
transmittal of same to Delphi (1.60). Review of Schedule 4-F markups and
responses from TPI to open issues, and call with TPI to discuss issues (2.40).
Review and comment on EDS's revisions and comments to Global Master Data

Mayer, Brown, Rowe & Maw LLP

06020525                                                                                    Page 7
Delphi Corporation                                                                Roy, Paul J. N.
IT Outsourcing Services Contract


## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| | Protection attachment to EDS MSA, and comparison to provisions in MSA (3.00). Review and comment on EDS's response to Delphi's markup of Sections 11.4 and 12.1 of the MSA, and transmittal of comments to Delphi (0.60). | |
| 08/18/06 | **Chandler, Paul A.** Meeting with HP to negotiate Schedule 3, 3-A, 3-B, 3-C (8.80); conferring with K. Herrmann on Schedules (0.5). | 9.30 |
| 08/18/06 | **Herrmann, Kristina K.** Revised schedules. | 7.00 |
| 08/18/06 | **Roy, Paul J. N.** Correspondence with Delphi re open issues in EDS agreement, and incorporation of changes. | 4.00 |
| 08/19/06 | **Chandler, Paul A.** Revising HP Schedule 3, 3-B, 3-C and 3-F, and EDS 3 and 3-F and distribution to Delphi and TPI (11.0). | 11.00 |
| 08/19/06 | **Herrmann, Kristina K.** Reviewed and commented on revised drafts of SLAs. | 3.20 |
| 08/20/06 | **Chandler, Paul A.** Reviewing and revising HP and EDS Schedules 1 and 2, and distribution to TPI and Delphi (4.0). | 4.00 |
| 08/20/06 | **Roy, Paul J. N.** Revision of EDS and HP MSAs to incorporate comments, and update of open issues lists to conform to redraft (1.70). Transmittal of same to service providers and Delphi (0.30). | 2.00 |
| 08/21/06 | **Chandler, Paul A.** Drafting revisions to EDS and HP documents (1.5); conferring with P. Roy and K. Herrmann on outstanding issues (1.2); calls with Delphi and TPI regarding Schedules 1, 2 and 3 (5.5); reviewing miscellaneous schedules and outstanding issues (1.4). | 9.60 |
| 08/21/06 | **Herrmann, Kristina K.** Revised schedules (7.80); calls with TPI and Delphi re: various schedules and SLA/SOW re-drafts (2.0). | 9.80 |
| 08/21/06 | **Roy, Paul J. N.** Conferred with P. Chandler re status of SOWs and Service Level schedules (0.50). Review of procurement mechanism and flow chart provided by Darrin Vansickle (0.20). Call with Jim Voelz of TPI regarding EDS Schedule 4-F, review and comparison of J. Voelz's comments, and revision of EDS Schedule 4-F (3.00). Review of comments from D. Berberich on open tax issues in EDS MSA (0.30). | 4.00 |
| 08/22/06 | **Chandler, Paul A.** Call with EDS and Delphi to negotiate Schedules 1-3 (11.50); drafting server | 12.00 |

Mayer, Brown, Rowe & Maw LLP

06020525                                                                    Page 8
Delphi Corporation                                                 Roy, Paul J. N.
IT Outsourcing Services Contract

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| | image build insert for HP and distribution to K. Smilie (0.5). | |
| 08/22/06 | **Herrmann, Kristina K.**<br>Negotiation with EDS on SLAs and SOWs. | 12.00 |
| 08/22/06 | **Roy, Paul J. N.**<br>Revision of the EDS Schedule 4-F and transmittal to TPI (2.00). Call with J. Voelz re EDS Schedule 4-F redraft, and review of J. Voelz comments, and revision and HP and EDS Schedule 4-Fs and transmittal of revised drafts to TPI (2.00). Call with EDS of MSA open issues and revision and transmittal of open issues list (3.00). | 7.00 |
| 08/23/06 | **Chandler, Paul A.**<br>Calls with HP to negotiate Schedules 1, 2 and 3 (8.30); reviewing and drafting language inserts for schedules (0.70); reviewing escrow agreement (0.80); revising NDA (0.5); reviewing Build Center SLA language from G. Denton (0.3); reviewing and revising draft transition and transformation plans (1.4). | 12.00 |
| 08/23/06 | **Herrmann, Kristina K.**<br>Negotiations with HP re: SOWs and SLAs (8.40); revised schedules (3.0). | 11.40 |
| 08/23/06 | **Roy, Paul J. N.**<br>Call with D. Berberich and I. Seipke on tax provisions for EDS MSA, revision of language and transmittal to Delphi (3.20). Call with Delphi and HP on MSA open issues (2.00). Call with J. Voelz of TPI on revisions to EDS Schedule 4-F and revision to same and transmittal to J. Voelz for distribution to EDS (1.50). | 6.70 |
| 08/24/06 | **Chandler, Paul A.**<br>Call with EDS and Delphi to negotiate Schedules 2 and 3 (11.70); reviewing Section 11.3 of MSA for EDS (0.30). | 12.00 |
| 08/24/06 | **Herrmann, Kristina K.**<br>Negotiations with EDS re: SLAs and other schedules (9.40) revised schedules (2.0). | 11.40 |
| 08/24/06 | **Rodger, Laura**<br>Documentation re EU data protection schedule (1.80) and tel to CM (1.80). | 3.60 |
| 08/24/06 | **Roy, Paul J. N.**<br>Conferred with P. Chandler re: SOW and Service Level issues in discussions with Service Providers (0.50). Revision of EDS tax provisions document based on comments by D. Berberich and I. Siepke, and transmittal of revised document to I. Siepke for transmittal to EDS (1.00). Revisions to Schedule 4-F for HP to incorporate comments by TPI and to conform to changes made in the corresponding EDS draft (2.50). Review and comment on EDS's response to the Global Data Privacy document proposed by them, and comments to L. Rodger and Delphi (1.10). Review and comment on EDS's proposed revised draft of Schedule 4-B, Responsibilities Matrix (2.70). | 7.80 |

Mayer, Brown, Rowe & Maw LLP

06020525
Delphi Corporation                                                                                          Page 9
IT Outsourcing Services Contract                                                                    Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 08/25/06 | **Chandler, Paul A.**<br>Meeting with HP regarding Schedules (8.0); call with B. Murphy to discuss SLA (0.20); drafting email to T. McCabe regarding Schedule 7-B (0.30). | 8.50 |
| 08/25/06 | **Herrmann, Kristina K.**<br>Negotiations with HP (6.50); revised schedules (1.50). | 8.00 |
| 08/25/06 | **Rodger, Laura**<br>Documentation re EU data protection schedule | 0.20 |
| 08/25/06 | **Roy, Paul J. N.**<br>Review of HP's response to the tax provisions and other open issues in the MSA (0.80). Call with D. Berberich and I. Seipke to review EDS and HP responses to tax provisions of MSA; and revision of those provisions for Delphi review and transmittal to HP and EDS (3.30). Review and comment on Delphi's noted on Schedule 23 (0.20). Call with J. Piazza, I. Seipke, T. McCabe, and D. Berberich to review open issues in MSA and HP's markup of Schedule 4-H (Termination Charges), including tax issues (1.20). Review of selected EDS language proposals provided by T. McCabe and call with T. McCabe to discuss open issues for both EDS and HP (1.50). Redraft of HP open issues list to reflect changes since list was last issued (0.50). | 7.50 |
| 08/26/06 | **Chandler, Paul A.**<br>Drafting revisions to Ex. 3 (form NDA) for EDS and HP and distribution to I. Seipke (3.0); revising Schedules 3-B for HP and EDS and distribution to Delphi/TPI (5.0). | 8.00 |
| 08/26/06 | **Herrmann, Kristina K.**<br>Revised SLAs for EDS and HP. | 6.00 |
| 08/26/06 | **Roy, Paul J. N.**<br>Revision of HP's MSA to incorporate changes discussed and Delphi's new proposals (2.40); modification of Open Issues list and transmittal of same to Delphi and TPI for their review (1.0). | 3.40 |
| 08/27/06 | **Chandler, Paul A.**<br>Drafting revisions to HP 3-B and distribution to Delphi/TPI (2.3). | 2.30 |
| 08/27/06 | **Herrmann, Kristina K.**<br>Revised SOWs per Isabelle Seipke's comments (1.00); revised Schedule 3-A for HP (1.00). | 2.00 |
| 08/27/06 | **Roy, Paul J. N.**<br>Response to correspondence with HP regarding proposed subcontractors and review of T. McCabe correspondence with HP on various open issues (0.50). Review and comment on EDS's proposals to T. McCabe's with regard to selected open issues (0.50). Review of list of employment preconditions proposed by EDS and approved by P. Perry at Delphi, and message to document control team to advise them of change in Schedule 5-A re list of employees and new Schedule 5-F re EDS preconditions (0.80). Redraft of | 3.70 |

Mayer, Brown, Rowe & Maw LLP

06020525
Delphi Corporation                                                    Page 10
IT Outsourcing Services Contract                                      Roy, Paul J. N.

### DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|---|---|---|
| | selected portions of EDS MSA and transmittal of same to Delphi for review (1.40).  Transmittal of Delphi approved HP MSA and open issues list to HP and transmittal of Delphi approved EDS language to EDS (0.50). | |
| 08/28/06 | **Chandler, Paul A.** Call with EDS and Delphi to discuss Schedule 3-B and other schedules (9.5); internal calls with Delphi team regarding HP schedules (1.0). | 10.50 |
| 08/28/06 | **Herrmann, Kristina K.** Negotiations with EDS (6.00); revised schedules (5.20). | 11.20 |
| 08/28/06 | **Roy, Paul J. N.** Call with Delphi and TPI about EDS MSA issues (0.80).  Correspondence with Delphi re EDS's position with regard to Service Tax liability (0.60).  Completed review of EDS Schedule 4-B (Responsibility Matrix), and preparation of comments and transmittal of same to Delphi and TPI (3.30).  Call with HP on MSA open issues (1.30). | 6.00 |
| 08/29/06 | **Chandler, Paul A.** Meeting with HP team to discuss Schedule 3-B and other schedules (5.2); calls with Delphi and TPI teams to discuss various schedules and open issues for EDS and HP (4.3); reviewing Schedule 4-F (0.8). | 10.30 |
| 08/29/06 | **Herrmann, Kristina K.** Negotiations with HP (8.0); revised schedules (1.60). | 9.60 |
| 08/29/06 | **Roy, Paul J. N.** Review of correspondence with EDS and Delphi on open issues. (0.80).  Preparation of final drafts of Schedule 4 (pricing) for transmittal to HP and EDS, and revision of EDS draft based on comment by J. Piazza (1.00).  Conferred with P. Chandler re questions on changes to SOW and SLA documents to confirm consistency with MSA (0.40).  Call with EDS on MSA open issues (1.00).  Call with TPI to discuss comment to EDS Schedule 4-B (0.80). | 4.00 |
| 08/30/06 | **Chandler, Paul A.** Negotiations with Delphi and EDS teams to discuss Schedule 4, pricing (10.7); reviewing and revising Section 11.3 of EDS MSA based on Schedule 2.2 (0.8). | 11.50 |
| 08/30/06 | **Herrmann, Kristina K.** Negotiations with EDS (8.0); revised schedules and Transformation Plan (5.20). | 13.20 |
| 08/30/06 | **Rodger, Laura** Documentation review of EDS amendments to EU data protection schedule and e-mail to client for instructions | 0.80 |
| 08/30/06 | **Roy, Paul J. N.** Call with Delphi and EDS on Schedules 4 and 4-F (2.80).  Call with Delphi, TPI and EDS to discuss Server consolidation provision in Schedule 4 (0.70).  Call with Delphi and HP (1.00). | 4.50 |

Mayer, Brown, Rowe & Maw LLP

06020525
Delphi Corporation                                                                                      Page 11
IT Outsourcing Services Contract                                                            Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 08/30/06 | **Shen, Lei** | |
| | Meeting with Kiwi re. Delphi, making edits to iManage titles | 1.00 |
| 08/31/06 | **Chandler, Paul A.** | |
| | Meetings with HP on Schedules (7.0); drafting revisions and inserts for schedules (1.5); internal conferences with Delphi (1.5). | 10.00 |
| 08/31/06 | **Herrmann, Kristina K.** | |
| | Negotiations with HP (6.0); revised schedules (2.10). | 8.10 |
| 08/31/06 | **Roy, Paul J. N.** | |
| | Call with Delphi and HP on Schedules (0.70). Review and edit of revised draft of Section 11.3 of the MSA and transmittal of revised section with explanation to Delphi (0.80). Conferred with P. Chandler re open issues arising in HP discussion re acquisitions and divestitures (0.50). Review of divestiture provisions of HP MSA sections and conferred with P. Chandler re same (1.00). Further revision of EDS Schedule 4-B and transmittal of comments to Delphi and TPI (0.50). Review and comment on HP Schedule 4-B and transmittal of same to Delphi and TPI (1.30). | 4.80 |

**Total Hours**                                                                                 **679.00**

Mayer, Brown, Rowe & Maw LLP

06020525
Delphi Corporation
IT Outsourcing Services Contract

Page 12
Roy, Paul J. N.

## OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| 07/18/06 | **Telephone - Outside** | |
| | VENDOR: Roy, Paul J. N. INVOICE#: MBRM000082962060057 DATE: 14-Aug-06 | 0.30 |
| 08/01/06 | **Travel - Airfare** | |
| | VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692060063 DATE: 07-Aug-06 Paul Chandler's Travel Reimbursement From 01 Aug 2006 To 01 Aug 2006 | 300.60 |
| 08/01/06 | **Document Reproduction** | |
| | | 0.90 |
| 08/02/06 | **Travel - Airfare** | |
| | VENDOR: Herrmann, Kristina K. INVOICE#: MBRM000104322060044 DATE: 04-Aug-06  EDS Negotiations in Troy, MI From 31 Jul 2006 To 02 Aug 2006 | 480.60 |
| 08/02/06 | **Travel - Other** | |
| | VENDOR: Herrmann, Kristina K. INVOICE#: MBRM000104322060044 DATE: 04-Aug-06  EDS Negotiations in Troy, MI From 31 Jul 2006 To 02 Aug 2006 | 661.76 |
| 08/02/06 | **Travel - Other** | |
| | VENDOR: Herrmann, Kristina K. INVOICE#: MBRM000104322060044 DATE: 04-Aug-06  Cabfare from airport. | 42.00 |
| 08/02/06 | **Travel - Other** | |
| | VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692060063 DATE: 07-Aug-06 Paul Chandler's Travel Reimbursement From 01 Aug 2006 To 02 Aug 2006 | 490.12 |
| 08/02/06 | **Business Meals - Travel** | |
| | VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692060063 DATE: 07-Aug-06 Paul Chandler's Travel Reimbursement From 01 Aug 2006 To 02 Aug 2006 | 43.28 |
| 08/02/06 | **Business Meals - Travel** | |
| | VENDOR: Herrmann, Kristina K. INVOICE#: MBRM000104322060044 DATE: 04-Aug-06  Meal. | 5.16 |
| 08/02/06 | **Document Delivery - Office** | |
| | Documents delivered to Warren, MI by Roy, Paul J. N. | 9.77 |
| 08/04/06 | **Document Reproduction** | 0.80 |
| 08/11/06 | **Document Reproduction** | 0.20 |
| 08/14/06 | **Document Reproduction** | 12.80 |
| 08/14/06 | **Document Reproduction** | 0.20 |
| 08/14/06 | **Document Reproduction** | 16.30 |
| 08/14/06 | **Document Reproduction** | 3.50 |
| 08/16/06 | **Travel - Other** | 81.62 |
| | VENDOR: Herrmann, Kristina K. INVOICE#: MBRM000104322060048 DATE: 29-Aug-06  Trip to Troy, MI for Negotiations with Vendors From 14 Aug 2006 To 16 Aug | |

Mayer, Brown, Rowe & Maw LLP

06020525
Delphi Corporation                                                                                          Page 13
IT Outsourcing Services Contract                                                                    Roy, Paul J. N.

## OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| | 2006 | |
| 08/16/06 | **Business Meals - Travel**<br>VENDOR: Herrmann, Kristina K. INVOICE#: MBRM000104322060048 DATE: 29-Aug-06  Trip to Troy, MI for Negotiations with Vendors From 16 Aug 2006 To 16 Aug 2006 | 11.03 |
| 08/17/06 | **Travel - Other**<br>VENDOR: Herrmann, Kristina K. INVOICE#: MBRM000104322060048 DATE: 29-Aug-06  Trip to Troy, MI for Negotiations with Vendors From 14 Aug 2006 To 17 Aug 2006 | 953.85 |
| 08/17/06 | **Business Meals - Travel**<br>VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692060065 DATE: 21-Aug-06 Paul Chandler's Trip Reimbursement From 14 Aug 2006 To 17 Aug 2006 | 101.69 |
| 08/18/06 | **Travel - Other**<br>VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692060065 DATE: 21-Aug-06 Paul Chandler's Trip Reimbursement From 14 Aug 2006 To 18 Aug 2006 | 1,100.43 |
| 08/21/06 | **Document Reproduction** | |
| 08/21/06 | **Document Reproduction** | 0.30 |
| 08/22/06 | **Document Reproduction** | 0.20 |
| 08/23/06 | **Document Reproduction** | 0.20 |
| 08/28/06 | **Document Reproduction** | 0.30 |
| 08/29/06 | **Document Reproduction** | 0.20 |
| | | 0.60 |

**Total Other Charges**                                                                         **$4,318.71**

**nwa** E-Ticket.         **nwa** E-Ticket. 

| Depart | Arrive | Date | Fare Code | E-Ticket Nbr: | E0127772645279 |
|---|---|---|---|---|---|
| Chicago-OHare, IL | Detroit, MI | 01AUG06 | QA0V8R | Issued Date: | 30JUL06 |
| Detroit, MI | Chicago OHare, IL | 02AUG06 | QA0V8R | Name/Place of Issue: | OVATION TRAVEL NEW YOR NY |

**CHANDLER/PAULA**                         Total Fare This Ticket: USD 240.60

| FARE | 204.66 | Form of Payment: MASTERCARD | Endorsements/Restrictions: |
|---|---|---|---|
| US TAX | 15.34 | Card Nbr: XXXXXXXXXXXX8491 | |
| DOM SEGMENT FEE | 6.60 | E-Ticket Nbr: E0127772645279 | |
| OTHER TAX | 14.00 | **PASSENGER RECEIPT** | |
| TOTAL USD | 240.60 | | *Transportation subject to terms of carriage printed inside ticket jacket* |

Page 1 of 1

**nwa** E-Ticket.         **nwa** E-Ticket. 

| Name: | CHANDLER/PAULA | Conf #24MLXJ | Name: CHANDLER/PAULA | Conf #24MLXJ |
|---|---|---|---|---|
| Date: | 01AUG06 | Request: | Date: 01AUG06  Request: | |
| Frequent Flyer Nbr: | NWxxxxxxxxx222 | | Frequent Flyer Nbr: NWxxxxxxxxx222 | |
| E-Ticket Nbr: | 0127772645279 | | E-Ticket Nbr: 0127772645279 | |
| Flight: | NW 1236 | | Flight: NW 1236 | |

**Gate: E7**          **Seat: 15-D**        **Gate: E7**          **Seat: 15-D**

| Depart: Chicago-OHare, IL | 6:00 AM | Depart: Chicago-OHare, IL | 6:00 AM |
|---|---|---|---|
| Arrive: Detroit, MI | 8:17 AM | Arrive: Detroit, MI | 8:17 AM |

**BOARDING PASS**





06 3426 2892
PASSENGER TICKET AND BAGGAGE CHECK
XXXXXXXXXXXXXXXXXX  Ø1169                          322Ø33    Ø25Ø673 ADK
NOT TRANSFERABLE                                   X CONJUNCTION
        MISCELLANEOUS CHARGES ORDER
        A·R·C XXX PASSENGER RECEIPT               NAME OF PASSENGER

AIRLINES REPORTING CRP      OF        AGENT CODE   MISCELLANEOUS
                                      A14594915    CHARGES ORDER
LAWYERS TRAVEL          CHICAGO   PLACE OF ISSUE  DATE OF ISSUE
                                      ILUSØ2AUGØ6Ø6  FROM
CHANDLER/PAUL A         JCQDBD/AA      7 ØØ11/
AIRLINES REPORTING CORP                            TO
TRAVEL RELATED SERVICE FEE            WN27AL7
                                                   CARRIER
FP CAXXXXXXXXXXXX8491* Ø1Ø9 /  ØØ2878
                                                   CARRIER  FLIGHT  CLASS  DATE     TIME

                                                   NOT VALID FOR TRAVEL

USD    45.ØØ
                 STOCK CONTROL NO TX 888   CR   CPN   DOCUMENT NUMBER   CK
        Ø.ØØ
USD    45.ØØ     38635237631        89Ø 813Ø587726 6           89Ø1 AA14594915

nwa E-Ticket.            nwa E-Ticket.    

Date 02AUG06                          E-Ticket Nbr:      E0127772645279
Depart                                SST#0120265979941  DTW ORD USD15.00
Detroit, MI      Arrive         Fare Code        Seat
                 Chicago OHare, IL  Coach Choice℠Seat Fee  12 D

                                      Issued Date of:     02AUG06
                                      Name/Place of Issue: Detroit, MI

CHANDLER/PAULA                        Total Fare This Ticket: USD 15.00

FARE      15.00    Form of Payment: IK        Endorsements/Restrictions:
TOTAL USD 15.00    Card Nbr:  XXXXXXXXXXXXX8491  Non-Refundable

## PASSENGER RECEIPT



**nwa** E-Ticket.     **nwa** E-Ticket. 

| Depart | Arrive | Date | Fare Code | E-Ticket Nbr: | E0127774357574 |
|--------|--------|------|-----------|---------------|----------------|
| Detroit, MI | Chicago-OHare, IL | 02AUG06 | QA0V8R | Issued Date: | O2AUG06 |
| | | | | Name/Place of Issue: | LAWYERS TRAVEL CHICAGO IL |

## CHANDLER/PAULA                                    Total Fare This Ticket: USD 120.30

| FARE | 102.33 | Form of Payment: MASTERCARD | | Endorsements/Restrictions |
|------|--------|------|------|------|
| US TAX | 7.67 | Card Nbr: | XXXXXXXXXXXX8491 | |
| DOM SEGMENT FEE | 3.30 | E-Ticket Nbr: | E0127774357574 | |
| OTHER TAX | 7.00 | | | |
| TOTAL  USD | 120.30 | **PASSENGER RECEIPT** | | |

*Transportation subject to terms of carriage*
*printed inside ticket jacket*

Page 1 of 1

▼ **nwa** E-Ticket.     ▼ **nwa** E-Ticket. 

| Name: | CHANDLER/PAULA | Conf #24MLXJ | | Name: CHANDLER/PAULA | Conf #24MLXJ |
|-------|----------------|--------------|---|----------------------|--------------|
| Date: | 02AUG06 | Request: | | Date: 02AUG06 | Request: |
| Frequent Flyer Nbr: | NWxxxxxxxxx222 | | | Frequent Flyer Nbr: | NWxxxxxxxxx222 |
| E-Ticket Nbr: | 0127774357574 | | | E-Ticket Nbr: | 0127774357574 |
| Flight: | NW 895 | | | Flight: NW 895 | |

| Gate: A72 | Seat: 12-D | Gate: A72 | Seat: 12-D |
|-----------|------------|-----------|------------|
| Depart: Detroit, MI | 3:02 PM | Depart: Detroit, MI | 3:02 PM |
| Arrive: Chicago-OHare, IL | 5:16 PM | Arrive: Chicago-OHare, IL | 5:16 PM |

## BOARDING PASS

---

```
06 3426 2892
PASSENGER TICKET AND BAGGAGE CHECK        01169        PASSENGER RECEIPT          322033      025Ø673      ADK
SUBJECT TO CONDITIONS OF CONTRACT                                                            X KONXXXXPASS
NOT TRANSFERABLE        ETKT
                        A·R·C XXX              YOUR CODE                       NAME OF PASSENGER
ISSUED BY
NORTHWEST AIRLINES        XXXXX              AGENT CODE    A14594915          CHANDLER/PAUL A
NAME OF ISSUING AGENT                                     PLACE OF ISSUE     DTW
LAWYERS TRAVEL            CHICAGO            IL  US02AUG06
NAME OF PASSENGER                            FARE BASIS/TICKET DESIGNATOR    ORD NW895  Q 02AUGQAØV8R
CHANDLER/PAUL A          JCODBD/AA  QAØV8R              6  00 1/
                         CARRIER  FLIGHT  CLASS  DATE  TIME  STATUS   NOT VALID BEFORE
**NOT VALID FOR**        THIS IS YOUR RECEIPT
**TRANSPORTATION*                                        ISSUING AGENT ID
ENDORSEMENTS/RESTRICTIONS                                WN27AL7

FP CAXXXXXXXXXXX8491*0109/    002744 /FCDTT NW CHI1
02.33QAØV8R 102.33 END ZPDTW XT2.50AY4.50XFDTW4.5

     XT   7.00                                                         CARRIER  FLIGHT  CLASS  DATE    TIME
USD   102.33                                                            GATE
 US    7.67
UP/EXCHANGE                                                             DATE                SEAT      SMOKE
     ZP   3.30    38635237616    0 012 7774357574 3                    PCS  WT  UNCKD        BAGGAGE ID NUMBER
USD   120.30                                                            NOT VALID FOR TRAVEL
                  STOCK CONTROL NO TX 000    CK      CPN      DOCUMENT NUMBER   CK        0 012 7774357574 3
                                                                               AA14594915
```



**Marriott.**
DETROIT TROY

200 West Big Beaver Road
Troy, Michigan 48084
(248) 680-9797
Marriott.com/DTTTT

**GUEST FOLIO**

| 404 CHANDLER/PAUL/A | 219.00 08/02/06 12:00 | 1097 |
| ROOM    NAME | RATE   DEPART   TIME | ACCT# |
| NSDB MAYER BROWN | 08/01/06 19:20 | |
| TYPE | ARRIVE   TIME | |
| 41 | PASSPORT: | |

| ROOM CLERK   ADDRESS | PAYMENT | MR#: XXXXX7055 |

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|------|-----------|---------|---------|-------------|
| 08/01 | ROOM TR    404, 1 | 219.00 | | |
| 08/01 | STATETAX   404, 1 | 13.14 | A | |
| 08/01 | CITY TAX   404, 1 | 15.33 | B | |
| 08/02 | BK CARD | | $247.47 | |

TO BE SETTLED TO:   MASTERCARD     CURRENT BALANCE  .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT,
PLEASE PRESS "MENU" ON YOUR TV REMOTE TO ACCESS VIDEO
CHECK-OUT OR DIAL EXT. 7000 TO ACCESS VOICE MAIL CHECK-OUT.

------------------ SUMMARY OF TAXES ------------------

| | DESCRIPTION | TAXED AMOUNT | TAX |
|---|-------------|--------------|-----|
| A | STATE TAX 6% | .00 | 13.14 |
| B | CITY TAX 7% | .00 | 15.33 |
| E | PKG TX 7% | .00 | .00 |
| F | ATTRITION TAX | .00 | .00 |
| H | STATE TAX 6% | .00 | .00 |

| NET CHARGES | TAX | CREDITS | FOLIO |
|-------------|-----|---------|-------|
| 219.00 | 28.47 | .00 | 247.47 |

------------------ EXP. REPORT SUMMARY ------------------

08/01 ROOM&TAX      247.47

Marriott's eFolio! Receive your hotel bill by email after every
stay. Subscribe today at MarriottRewards.com. Your final folio will
be sent to the email address for the Rewards number on record.
If this is not your intention, please see the Front Desk.

Introducing the Marriott Rewards(R) Premier Visa Signature(R) card.
Earn more Marriott Rewards points and enjoy greater benefits.
Please visit MarriottRewards.com/premiervisa for all of the details.

MARRIOTT REWARDS ACCOUNT # XXXXX7055
DATE 08/01/06 - 08/02/06 REVENUE IF APPLICABLE    $219.00
BASE POINTS EARNED: 2190    ADDITIONAL POINTS MAY APPLY
FOR ACCOUNT ACTIVITY CALL 801-468-4000
OR LOG ON TO WWW.MARRIOTTREWARDS.COM.

**Marriott.**
DETROIT TROY

200 West Big Beaver Road
Troy, Michigan 48084
(248) 680-9797
Marriott.com/DTTTT

This statement is now my account. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. If the credit card company will in the usual manner, if for any reason the credit card company does not make payment on this account, you will owe us such amount due to the direct billed, in the event payment is not made within 25 days after check out, you will owe us interest from the check out date on any unpaid balance at the rate of 1.5% per month (ANNUAL RATE 18%) or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X _____

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**

5-2955C
Rev 12-04

*Delphi*

38.00

PEACE TAXI
CAB NUMBER 5427
08/02/06 TR 1851
START END MILES
17:20 18:23 15.8
FARE : $ 36.65
EXTRA: $  1.50
TOTAL: $ 38.15
DEPT OF CONSUMER
SERVICE 744-9400
THANK YOU
42 00

BANGKOK HUNG CAFE
29528 NORTHWESTERN H
SOUTHFIELD MI  48034
248-356-0032

BATCH: 227
S-A-L-E-S  D-R-A-F-T
78592044
416406970021390

REF:     0032
CD TYPE: MASTERCARD
TR TYPE: PURCHASE
DATE:    AUG 01, 06  20:40:02

AMOUNT          $30.32

TIP             5.68

TOTAL          36.00

ACCT:       8491    EXP: **/**
AP: 001045
NAME: PAUL CHANDLER
TAX                    $0.00

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICES IN THE AMOUNT OF THE
TOTAL SHOWN HEREON AND AGREES TO PERFORM
THE OBLIGATIONS SET FORTH BY THE
CARDMEMBER'S AGREEMENT WITH THE ISSUER

THANK YOU

CUSTOMER COPY

National Coney Island

*************************************
T.Number 83139    8/2/2006   4:33:58 PM
*************************************
Register: 1
*************************************
*************************************
Charge Amount              7.28
                       ==========

Signature:
          ==============================
          PAUL  CHANDLER
          55286245#########
          Exp Date: 0109
Auth. Number:
Reference Number:

```
                N A T I O N A L
                CAR  RENTAL

   RA 812773478        Inv 80012240749
   Rental  01-AUG-2006 08:46 AM
   DETROIT METRO ARPT
   Return  02-AUG-2006 03:50 PM
   DETROIT METRO ARPT

   PAUL CHANDLER
   Vehicle # 7F107728
   Model    MALIBU LS
   Class Driven FCAR    Class Charged ICAR
   License# AGQ8973   State/Province  MI
   M/Kms Driven  132
   M/Kms Out   3352
   M/Kms In    3484

   MAYER BROWN & PLATT
   Contract ID 5702498
   Charges      No Unit   Price   Amount
   T & M         2 Days   44.95    89.90*
   UNLIM M/KM    0 M/Kms            0.00*
   DSCNT T&M 5.00%                 -4.50*
   FSO           1 Rental 48.32    48.32*
   ARPT COST RECOVERY FEE          15.05*
   WAYNE COUNTY STADIUM TX          2.97*
   VEH LIC FEE RECOVERY             1.70*
   SALES TAX 86.000 %               9.21

   Total Charges          USD 162.65

   Paid By    MC    8491       -162.65

   Amount Due             USD 0.00

   * Taxable Items
   Subject to Audit
   Customer service Number 1-800-468-3334
```



# Marriott
## DETROIT TROY

700 West Big Beaver Road
Troy, Michigan 48084
(248) 680-9797
Marriott.com, DTT TT

**GUEST FOLIO**

| | | |
|---|---|---|
| 1019 ROOM | CHANDLER/PAUL/A NAME | 149.00 RATE 08/18/06 DEPART 12:00 TIME 3959 ACCT# |
| NSDB TYPE | | 08/14/06 ARRIVE 00:14 TIME |
| 41 | | PASSPORT: |

ROOM CLERK   ADDRESS                PAYMENT                    MR#: XXXXX7055

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE DUE |
|------|-----------|-----|---------|---------|-------------|
| 08/14 | ROOM TR | 1019, 1 | 149.00 | Rm | |
| 08/14 | STATETAX | 1019, 1 | 8.94 | | A |
| 08/14 | CITY TAX | 1019, 1 | 10.43 | meal | B |
| 08/15 | SHULAS | 66851019 | 26.15 | | |
| 08/15 | ROOM TR | 1019, 1 | 149.00 | Rm | |
| 08/15 | STATETAX | 1019, 1 | 8.94 | | A |
| 08/15 | CITY TAX | 1019, 1 | 10.43 | | B |
| 08/16 | SHULAS | 67861019 | 4.00 | meal | |
| 08/16 | ROOM TR | 1019, 1 | 149.00 | Rm | |
| 08/16 | STATETAX | 1019, 1 | 8.94 | | A |
| 08/16 | CITY TAX | 1019, 1 | 10.43 | | B |
| 08/17 | SHULAS | 68731019 | 4.00 | meals | |
| 08/17 | GIFTSHOP | 75251019 | 4.01 | | |
| 08/17 | TELECOM | TELECOM | 9.95 | | |
| 08/17 | TAX | TELECOM | .60 | | H |
| 08/17 | ROOM TR | 1019, 1 | 149.00 | Rm | |
| 08/17 | STATETAX | 1019, 1 | 8.94 | | A |
| 08/17 | CITY TAX | 1019, 1 | 10.43 | | B |
| 08/18 | BK CARD | | $722.19 | | |

TO BE SETTLED TO:   MASTERCARD      CURRENT BALANCE   .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT,
PLEASE PRESS "MENU" ON YOUR TV REMOTE TO ACCESS VIDEO
CHECK-OUT OR DIAL EXT. 7000 TO ACCESS VOICE MAIL CHECK-OUT.

------------------ SUMMARY OF TAXES ------------------

| DESCRIPTION | TAXED AMOUNT | TAX |
|-------------|--------------|-----|
| A STATE TAX 6% | .00 | 35.76 |
| B CITY TAX 7% | .00 | 41.72 |
| E PKG TX 7% | .00 | .00 |
| F ATTRITION TAX | .00 | .00 |
| H STATE TAX 6% | .00 | .60 |

| NET CHARGES | TAX | CREDITS | FOLIO |
|-------------|-----|---------|-------|
| 644.11 | 78.08 | .00 | 722.19 |

$684.03

MARRIOTT REWARDS ACCOUNT # XXXXX7055
DATE 08/14/06 - 08/18/06 REVENUE IF APPLICABLE   $644.11
BASE POINTS EARNED: 6441   ADDITIONAL POINTS MAY APPLY
FOR ACCOUNT ACTIVITY CALL 801-468-4000
OR LOG ON TO WWW.MARRIOTTREWARDS.COM.

# Marriott
## DETROIT TROY

This statement is your only receipt. Thank you. The amount shown is the credit on your credit card company will fill on the reservation date listed. If listed, in the event payment is not made, your total CANCEL RATE listed on the per month.

Signature X

FOR RESERVATIONS AT AN'

5-20956
Rev 12/04



```
                    AVI DELPHI WORLD HQ
                       DELPHI DRIVE
                      TROY, MI 48098

        TERMINAL I.D.:         13400002

        MERCHANT N:         000000155205047

        MC
        SALE
        BATCH: 000379    INVOICE: 000042
        DATE: AUG 17, 06    TIME: 18:47
        RRN: 000044160312  AUTH NO: 017921

        ***********8491
```

```
DLR# 9182727 TID 01
SAWYER'S TRAVEL CEN
6100 SAWYER
SAWYER          MI


MASTERCARD RECEIPT
CHANDLER/PAUL
**********8491
014751 REF# 51635024
DATE 08/14.06  20:44

PUMP #       10
PRODUCT      BLUE
SELF SERVICE LEVEL
GALLONS      13.130
PRICE/GAL. $  2.999
FUEL SALE  $ 39.38
```

```
        TOTAL          $8.53


        PAUL CHANDLER


            CUSTOMER COPY
```

```
                        WELCOME
                        6894836




                    TRAN # 10100119
                    DA E 08/17/06  11:57
                    PUMP # 01
                    PRODUCT: BLUE
                    GALLONS:         9.154
                    PRICE/G:  $   2.399
                    FUEL  SALE  $ 57.44

                    MASTERCARD
                    XXXXXXXXXX8491
                    Ac T #: 017237
                    Ref : 37813023
                    Ref Code: 000
                    Str: 00041663


                     THANK YOU
                    HAVE A NICE DAY
```

```
                        CHIELD'S

        Date: 8/17/2006   Time: 8:46:52 PM

        Card Type:     Master Card
        Card Number:   XXXXXXXXXXX8491
        Expiration Date: 1/31/2009
        Server Name:   Sara
        Check Number:  193422
        Tab Number:    211

        Card Owner:      CHANDLER/PAUL

              AMOUNT 36.80
        TIP       6.20
        TOTAL    45.00

           Approval: 017059
```

```
DLR# 9511908 TID  01
DAVE'S AMOCO
1100 N M 140
WATERVLIET      MI

MASTERCARD RECEIPT
CHANDLER/PAUL
***********8491
018307 REF# 07603019
DATE 08/18/06  21:31

PUMP #       01
PRODUCT      BLUE
SELF SERVICE LEVEL
GALLONS      16.661
PRICE/GAL. $  2.889
FUEL  SALE $ 48.13
```

        RETAIN THIS COPY FOR YOUR RECORDS

Marriott
DETROIT TROY

200 West Big Beaver Road
Troy, Michigan 48084
(248) 680 9797
Marriott.com/DTTTT

GUEST FOLIO

1420 HERRMANN/KRISTINA/M 199.00 08/18/06 12:00 3961
ROOM NAME RATE DEPART TIME ACCT#
CNKW MAYER BROWN ROWE & M 08/14/06 23:31
TYPE ARRIVE TIME
21 71 S WACKER DR PASSPORT:
BKXXXXXXXXXXXX2230
ROOM CLERK CHICAGO IL 60606 PAYMENT MR#: XXXXX5849
ADDRESS

| DATE | REFERENCE | | CHARGES | CREDITS | | BALANCE DUE |
|---|---|---|---|---|---|---|
| 08/14 | TELECOM | TELECOM | 9.95 | | | |
| 08/14 | TAX | TELECOM | .60 | | H | |
| 08/14 | ROOM TR | 1420, 1 | 199.00 | | | |
| 08/14 | STATETAX | 1420, 1 | 11.94 | | A | |
| 08/14 | CITY TAX | 1420, 1 | 13.93 | | B | |
| ~~08/15~~ | ~~TELECOM~~ | ~~TELECOM~~ | ~~9.95~~ | | | |
| 08/15 | TAX | TELECOM | .60 | | H | |
| 08/15 | ROOM TR | 1420, 1 | 199.00 | | | |
| 08/15 | STATETAX | 1420, 1 | 11.94 | | A | |
| 08/15 | CITY TAX | 1420, 1 | 13.93 | | B | |
| 08/16 | PTROOM | SSS | 99.50 | | | |
| 08/16 | PRM TAX | SSS | 5.97 | | A | |
| 08/16 | CITY TAX | SSS | 6.97 | | B | |
| 08/16 | CCARD-BK | | | 583.28 | | |
| | | | | | | .00 |

------------------ SUMMARY OF TAXES ----- -------------

| | DESCRIPTION | TAXED AMOUNT | TAX |
|---|---|---|---|
| A | STATE TAX 6% | .00 | 29.85 |
| B | CITY TAX 7% | .00 | 34.83 |
| E | PKG TX 7% | .00 | .00 |
| F | ATTRITION TAX | .00 | .00 |
| H | STATE TAX 6% | .00 | 1.20 |

| NET CHARGES | TAX | CREDI |
|---|---|---|
| 517.40 | 65.88 | 583.: |

------------------ EXP. REPORT SUMMARY --

| | | |
|---|---|---|
| 08/14 | TELECOM | 9.95 |
| | TAX | .60 |
| | ROOM&TAX | 224.87 |
| 08/15 | TELECOM | 9.95 |
| | TAX | .60 |
| | ROOM&TAX | 224.87 |
| 08/16 | ROOM&TAX | 112.44 |

MARRIOTT REWARDS ACCOUNT # XXXXX5849
DATE 08/14/06 - 08/18/06 REVENUE IF APPLICA
BASE POINTS EARNED: 5174 ADDITIONAL POINT
FOR ACCOUNT ACTIVITY CALL 801-468-4000
OR LOG ON TO WWW.MARRIOTTREWARDS.COM.

Gas
38•02 +
43•46 +
0•14 +
003••••
81•62 *+

Meal
4•39 +
6•64 +
002••••
11•03 *+

Hotel, CABS, car rentals
583•28 +
16•00 +
18•00 +
174•55 +
162•02 +
005••••
953•85 *+

Marriott
DETROIT TROY

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authoriz you. The amount shown in the credits column opposite any credit card entry in the reference column above will credit card company will bill in the usual manner.) If for any reason the credit card company does not make payr are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, inclu

6-2955C
Rev 12/04

Signature X ____________________

FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290

WELCOME

00011836008-01

PS FOOD MART 3008
15551 11 MILE RD
BATTLE CREEK MI

MASTERCARD
HERRMANN/KRISTINA K.
REF # 9800031018 9

DATE 08/14/06 21:31
PUMP # 08
PRODUCT UNLD
GALLONS 12.806
PRICE/G: $ 2.969
FUEL SALE $ 38.02
APPROVAL # 035314

THANK YOU
HAVE A NICE DAY

---

WELCOME

00000072835-02
PAW PAW FUEL STOP
60902 M51
PAW PAW MI

MASTERCARD
AUTH# 00 DOC# 93034
DATE 08/16/06 21:33
APPROVAL # 945416
PUMP # 03
PRODUCT: UNLD
GALLONS: 14.993
PRICE/G: $ 2.899
FUEL SALE $ 43.46

THANK YOU
HAVE A NICE DAY

---

WELCOME

00000072835-02
PAW PAW FUEL STOP
60902 M51
PAW PAW MI

MASTERCARD
AUTH# 00 DOC# 93033
DATE 08/16/06 21:26
APPROVAL # 768710
PUMP # 03
PRODUCT: UNLD
GALLONS: 0.050
PRICE/G: $ 2.899
FUEL SALE $ 0.14

---

KOAM-TAXI ASSN. INC 773-275-3535
6330 N. Clark St.
Chicago, IL 60660
Tel: (773) 275-3535
Fax: (773) 275-3539

$ 11 Date Time
Received from
Cab fare from
To
Driver
Cab no.

Made for patients
Made for you
Made for life
Made for Life
www.medical.toshiba.com
TOSHIBA
Receipt Advertising Info: ChicagoDispatcher.com

---

AVI DELPHI WORLD HQ
DELPHI DRIVE
TROY, MI 48098

TERMINAL I.D.: 13400002
MERCHANT #: 000000155205047

MC
SALE
BATCH: 000370
DATE: AUG 16, 06
RRN: 000042657456

INVOICE: 000043
TIME: 10:03
AUTH NO: 495490

************2230

TOTAL $6.64

KRISTINA K HERRMANN

---

CASH GIVEAWAY ON BACK! CASH GIVEAWAY ON BACK! CASH GIVEAWAY ON BACK! CASH GIVEAWAY ON BACK!

TravelCenters of America
6100 Sawyer Road
Sawyer, MI 49125
(269) 426-4884

08/14/2006
8:14 PM

CASH 10.00
Change 4.39

STATEMENT OF CHARGES - NOT VALID FOR RENTAL

KRISTINA HERRMANN
VEHICLE 01595/8199838
CLS C4                05M6Z6                                    CC
CDP.    46076-MAYER BROWN & PLATT

RES  D37601221215/TMHD      /C      LIC KY 076DGY
PREPARED BY: 8074/MITRO26
COMPLETED BY: 5832/MITRO26
RENTED: 08/16/06 08:00 @ TROY MARRIOTT, MI
RETURN: 08/18/06 16:41 @ TROY MARRIOTT, MI

PLAN IN:          TMHD       RATE CLASS:    C
PLAN OUT:         TMHD
MILEAGE IN        7526           TRX MILES
MILEAGE OUT       7458           MILES ALLOWED
MILES DRIVEN      68             MILES CHARGED

DAYS              3 @ $ 40.99/DAY              $    122.97
SUBTOTAL                                       T$   122.97
CONCESSION FEE RECOVERY      13.00%            T$    15.99
LOW DECLINED
LIS DECLINED
PAI REC DECLINED
FUEL SERVICE DECLINED
VLF RECOVERY  $  .347 PER MILE  $ 5.59 PER GAL T$    23.60
TAX  6.00%  ON TAXABLE TTL OF $  164.96        T$     2.10
CHARGED ON  MC  XXXXXXXXXXXXX2230              T$     2.89
RENT FP MC  XXXXXXXXXXXXXX2230                 $    174.55



KOAM·TAXI
773-973-3535
ASSN. INC
6330 N. Clark St.
Chicago, IL 60660

Tel:  (773) 973-3535
Fax:  (773) 973-9937

$  18   Date        Time
Received from
Cab fare from
To
Driver
Cab no.

MASSAGE CHEZ VOUS
Professional massage therapists
direct to your door.
● Home ● Office ● Hotel
CALL FOR AN APPOINTMENT; WE CAN BE THERE WITHIN THE HOUR!
● Sports
● Shiatsu
● Swedish
● Deep Tissue
(773)525-1998
www.MassageChezVous.com
VISA                    MasterCard
Receipt Advertising Info: ChicagoDispatcher.com









# OVATION
### T R A V E L   G R O U P

THE LAWYERS' TRAVEL SERVICE
OVATION CORPORATE TRAVEL
OVATION VACATIONS

71 SOUTH WACKER
8TH FLOOR
CHICAGO, IL  60606-4637
312-701-7700  FAX 312-701-7749

SALES PERSON: L0          ITINERARY/INVOICE NO. 0250672          DATE: 02 AUG 0
CUSTOMER NBR: 202007                       MCFAPJ                PAGE: 01

```
        TO: KRISTINA K HERRMANN
            MAYER BROWN ROWE AND MAW
            71 SOUTH WACKER
            CHICAGO IL 60606
```

FOR: HERRMANN/KRISTINA K      REF: 10432


```
        GVMNT/STATE ISSUED PHOTO ID REQUIRED AT CHECK IN
        INFORMATION ALERT- MOST AIRLINES HAVE IMPOSED
        20/25 USD SURCHARGE FOR A PAPER TICKET
        TO AVOID ADDITONAL COST AN E-TICKET IS
        STRONGLY RECOMMENDED
02 AUG 06  -  WEDNESDAY
    AIR   NORTHWEST AIRLINES   FLT:895    ECONOMY
          LV DETROIT METRO               502P          EQP: AIRBUS A319
          DEPART: E.M. MCNAMARA TERMINAL               01HR 14MIN
          AR CHICAGO OHARE              516P           NON-STOP
          ARRIVE: TERMINAL 2                           REF: 0AP74H


29 JAN 07  -  MONDAY
    OTHER INFORMATION
          HAVE A GREAT TRIP
    MCO       XD8130587725
                                   BILLED TO CAXXXXXXXXXXXX2230           45.00


AIR TICKET   NW7774357573        HERRMANN KRISTINA K
ELEC TKT                         BILLED TO CAXXXXXXXXXXXX2230           120.30
                                                             ----------------
                                   TOTAL BASE                          147.33
                                   TOTAL TAX                            17.97
                                   NET CC BILLING                      165.30
                                                             ----------------
                                   TOTAL AMOUNT DUE                      0.00
```

CONTINUED ON PAGE 2



# OVATION
## T R A V E L   G R O U P

THE LAWYERS' TRAVEL SERVICE
OVATION CORPORATE TRAVEL
OVATION VACATIONS

71 SOUTH WACKER
8TH FLOOR
CHICAGO, IL  60606-4637
312-701-7700   FAX 312-701-7749

SALES PERSON: LØ          ITINERARY/INVOICE NO. 0250672          DATE: Ø2 AUG
CUSTOMER NBR: 202007                            MCFAPJ          PAGE: Ø2

         TO: KRISTINA K HERRMANN
             MAYER BROWN ROWE AND MAW
             71 SOUTH WACKER
             CHICAGO IL 60606

FOR: HERRMANN/KRISTINA K      REF: 10432

EMERGENCY TRAVEL ASSISTANCE TELEPHONE NUMBERS
9AM-9PM MONDAY THRU FRIDAY CALL  800-431-1112
FOR 24 HOUR EMERGENCY SERVICE CALL 800-876-4922
YOUR RESERVATION CENTER VIT CODE NUMBER IS WN27
.............................................
SECURITY ADVISORY - DUE TO FAA SECURITY PROCEDURES
PLEASE BE ADVISED THAT YOU MUST PRESENT AN OFFICIAL
PHOTO ID ISSUED BY A GOVERNMENT AUTHORITY,/IE DRIVERS
LICENSE WITH A PICTURE ALONG WITH ANOTHER FORM OF
PASSPORT AND A CREDIT CARD ..ETC
CHECK IN 2HRS PRIOR TO SCHEDULED DEPARTURE OF FLIGHT
CHECK AT GATE 30 MINUTES PRIOR TO SCHEDULED DEPARTURE
TIME TO AVOID CANCELLATION OF SEATS
CHECK W/CARRIER AT GATE TO ENSURE PROPER MILEAGE CREDIT

IU*



OVATION
T R A V E L   G R O U P

THE LAWYERS' TRAVEL SERVICE
OVATION CORPORATE TRAVEL
OVATION VACATIONS

71 SOUTH WACKER
8TH FLOOR
CHICAGO, IL  60606-4637
312-701-7700   FAX 312-701-7749

```
SALES PERSON: L0            ITINERARY/INVOICE NO. 0250672          DATE: 02 AUG 0
CUSTOMER NBR: 202007                           MCFAPJ            PAGE: 01

        TO: KRISTINA K HERRMANN
            MAYER BROWN ROWE AND MAW
            71 SOUTH WACKER
            CHICAGO IL 60606
```

FOR: HERRMANN/KRISTINA K      REF: 10432

```
        GVMNT/STATE ISSUED PHOTO ID REQUIRED AT CHECK IN
        INFORMATION ALERT- MOST AIRLINES HAVE IMPOSED
        20/25 USD SURCHARGE FOR A PAPER TICKET
        TO AVOID ADDITONAL COST AN E-TICKET IS
        STRONGLY RECOMMENDED
02 AUG 06 -   WEDNESDAY
   AIR   NORTHWEST AIRLINES   FLT:895      ECONOMY
         LV DETROIT METRO                  502P
         DEPART: E.M. MCNAMARA TERMINAL              EQP: AIRBUS A319
         AR CHICAGO OHARE                 516P      01HR 14MIN
         ARRIVE: TERMINAL 2                          NON-STOP
                                                     REF: UAP74H

29 JAN 07 -  MONDAY
   OTHER INFORMATION
         HAVE A GREAT TRIP
ICO        XD8130587725
                                         BILLED TO CAXXXXXXXXXXXX2230    *    45.00

IR TICKET    NW7774357573          HERRMANN KRISTINA K
LEC TKT                            BILLED TO CAXXXXXXXXXXXX2230          120.30
                                                                   ------------------
                                   TOTAL BASE                          147.33
                                   TOTAL TAX                            17.97
                                   NET CC BILLING                      165.30
                                                                   ------------------
                                   TOTAL AMOUNT DUE                       0.00
```

CONTINUED ON PAGE 2



# OVATION
## TRAVEL GROUP

THE LAWYERS' TRAVEL SERVICE
OVATION CORPORATE TRAVEL
OVATION VACATIONS

71 SOUTH WACKER
8TH FLOOR
CHICAGO, IL  60606-4637
312-701-7700   FAX 312-701-7749

SALES PERSON: LØ          ITINERARY/INVOICE NO. Ø25Ø672          DATE: Ø2 AUG
CUSTOMER NBR: 2Ø2ØØ7                          MCFAPJ          PAGE: Ø2

        TO: KRISTINA K HERRMANN
            MAYER BROWN ROWE AND MAW
            71 SOUTH WACKER
            CHICAGO IL 60606

FOR: HERRMANN/KRISTINA K      REF: 1Ø432


EMERGENCY TRAVEL ASSISTANCE TELEPHONE NUMBERS
9AM-9PM, MONDAY THRU FRIDAY CALL  800-431-1112
FOR 24 HOUR EMERGENCY SERVICE CALL 800-876-4922
YOUR RESERVATION CENTER VIT CODE NUMBER IS WN27
..............................................
SECURITY ADVISORY - DUE TO FAA SECURITY PROCEDURES
PLEASE BE ADVISED THAT YOU MUST PRESENT AN OFFICIAL
PHOTO ID ISSUED BY A GOVERNMENT AUTHORITY,/IE DRIVERS
LICENSE WITH A PICTURE ALONG WITH ANOTHER FORM OF
PASSPORT AND A CREDIT CARD ..ETC
CHECK IN 2HRS PRIOR TO SCHEDULED DEPARTURE OF FLIGHT
CHECK AT GATE 30 MINUTES PRIOR TO SCHEDULED DEPARTURE
TIME TO AVOID CANCELLATION OF SEATS
CHECK W/CARRIER AT GATE TO ENSURE PROPER MILEAGE CREDIT

HU*



**Marriott**
DETROIT TROY

200 West Big Beaver Road
Troy, Michigan 48084
(248) 680 9797
Marriott.com/DTTTT

**GUEST FOLIO**

718 HERRMANN/KRISTINA K    219.00  08/02/06  12:00  1119
ROOM   NAME                 RATE    DEPART    TIME   ACCT#
NSDB                                07/31/06  22:04
TYPE                                ARRIVE    TIME
41                          PASSPORT:

ROOM
CLERK   ADDRESS                     PAYMENT

MR#: XXXXX5849

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE DUE |
|------|-----------|--|---------|---------|-------------|
| 07/31 | TELECOM | TELECOM | 9.95 | | |
| 07/31 | TAX | TELECOM | .60 | | H |
| 07/31 | ROOM TR | 718, 1 | 219.00 | | |
| 07/31 | STATETAX | 718, 1 | 13.14 | | A |
| 07/31 | CITY TAX | 718, 1 | 15.33 | | B |
| 08/01 | TELECOM | TELECOM | 9.95 | | |
| 08/01 | TAX | TELECOM | .60 | | H |
| 08/01 | ROOM TR | 718, 1 | 219.00 | | |
| 08/01 | STATETAX | 718, 1 | 13.14 | | A |
| 08/01 | CITY TAX | 718, 1 | 15.33 | | B |
| 08/02 | BK CARD | | | $516.04 | |

TO BE SETTLED TO:    MASTERCARD    CURRENT BALANCE   .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT,
PLEASE PRESS "MENU" ON YOUR TV REMOTE TO ACCESS VIDEO
CHECK-OUT OR DIAL EXT. 7000 TO ACCESS VOICE MAIL CHECK-OUT.

---------------- SUMMARY OF TAXES ----------------
   DESCRIPTION                TAXED AMOUNT          TAX
A  STATE TAX 6%                     .00           26.28
B  CITY TAX 7%                      .00           30.66
E  PKG TX 7%                        .00             .00
F  ATTRITION TAX                    .00             .00
H  STATE TAX 6%                     .00            1.20

   NET CHARGES      TAX        CREDITS        FOLIO
     457.90        58.14          .00        516.04
------------------ EXP. REPORT SUMMARY ------------------
07/31 TELECOM          9.95
      TAX               .60
      ROOM&TAX       247.47

08/01 TELECOM          9.95
      TAX               .60
      ROOM&TAX       247.47

MARRIOTT REWARDS ACCOUNT # XXXXX5849
DATE 07/31/06 - 08/02/06 REVENUE IF APPLICABLE    $457.90
BASE POINTS EARNED: 4579   ADDITIONAL POINTS MAY APPLY
FOR ACCOUNT ACTIVITY CALL 801-468-4000
OR LOG ON TO WWW.MARRIOTTREWARDS.COM.



**Marriott**
DETROIT TROY

200 West Big Beaver Road
Troy, Michigan 48084
(248) 680 9797
Marriott.com/DTTTT

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill you in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

6-2955C
Rev. 12/04

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**

PASSENGER TICKET AND BAGGAGE CHECK    10432

## PASSENGER RECEIPT

NORTHWEST AIRLINES    A·R·C
LAWYERS TRAVEL    CHICAGO    IL USD2AUG06
HERRMANN/KRISTINA    MCFAPJ/AA QA0V8R    6 0011/
**NOT VALID FOR**    THIS IS YOUR RECEIPT
**TRANSPORTATION**

NAME OF PASSENGER
HERRMANN/KRISTINA K
DTW
ORD NW89S Q 02AUGQA0V8R

FP CAXXXXXXXXXXX2230*0608/    800077 /FCDTT NW CHI
02.33QA0V8R 102.33 END ZPDTW XT2.50AY4.50XFDTW4.5

XT    7.00
USD  102.33
US     7.67
ZP     3.30    38635237572    0 012 7774357573 2
TOTAL
USD  120.30

NOT VALID FOR TRAVEL
0 012 7774357573 2
AA14594915

---

PASSENGER TICKET AND BAGGAGE CHECK    10432

## MISCELLANEOUS CHARGES ORDER
### A·R·C PASSENGER RECEIPT

AIRLINES REPORTING CRP
LAWYERS TRAVEL    CHICAGO    ILUSS3JUL06
HERRMANN/KRISTINA K    MCFAPJ/AA    7 0011/
AIRLINES REPORTING CORP
TRAVEL RELATED SERVICE FEE

NAME OF PASSENGER
MISCELLANEOUS
CHARGES ORDER

FP CAXXXXXXXXX2230*0608 /    339575

USD   45.00
       0.00
            38635235671    890 8130587680 2
TOTAL
USD   45.00

NOT VALID FOR TRAVEL

8901 AA14594915

---

**SUN TAXI ASSOC., INC.**
4626 W. Cornelia Ave., Chicago, IL 60641
**(773) 736-3399**

C.J Towing
(773) 491-3999

**CAB Receipt**
Lost & Found  (773) 736-2990
OFFICE        (773) 736-3883
Fax           (773) 736-6215

Date __8__/__2__/ 20 ____    Time _____

From _____    To _____

Driver _____    CAB No. _____

Passenger _____    Fare __42__

*VERIFY CAB NUMBER BEFORE SIGNING RECEIPT.

**BURRITO BEACH 1**
**O'HARE AIRPORT-TERM**
**CHICAGO, IL 60666**

773-462-0190

```
              BATCH: 234
          S A-L-E-S D-R-A-F-T
              75752791
            396380015392

REF:    8215
CD TYPE: MASTERCARD
TR TYPE: PURCHASE
DATE:   JUN 21, 06  17:58:39


TOTAL           $7.59

ACCT:        9231    EXP: **/**
AP: 055844
NAME: KRISTINA K HERRMANN
```

CUSTOMER COPY

# AVIS.   We try harder®

## TRANSACTION RECORD

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---|---|---|
| 726663195 | 1375485 | C |

HERRMANN, KRISTINA K
AWD = A477300
CV - CMXXXXXXXXXXXX2230

```
OUT DTW 31JUL06/2105 MI =   6038
IN  DTW 02AUG06/1548 MI =   6135
        97 MI@    .40 =
          HR@  20.01 =
         2 DY@  60.00 =      120.00
#$ 80/DAY FEE         =        1.60
**11.11% FEE          =       13.33
TAXABLE SUBTOT        =      134.93
TAX  8.000%           =       10.79

TOTAL CHARGES         =      145.72
**CONCESSION RECOVERY FEE
TX INCL 2% STADIUM TAX
#VEHICLE LICENSE FEE
```

Please check your car for personal effects.

Thank you for renting from Avis.
We value your business. Have a safe trip.

# HELEN's CAFE

## TACO BELL

ORDER #  0281

| | | |
|---|---|---|
| 2 SOFT TACO SP | | 2.98 T1 |
| 1 BTL WATER | | 1.89 T1 |
| SUBTOTAL | $ | 4.87 |
| STATE TX | $ | 0.29 |
| TOTAL | $ | 5.16 |
| CASH | $ | 10.00 |
| CHANGE | $ | 4.84 |

AUG.02,06 16:.

THANK YOU!
STORE# 21255
PHONE: 1-800-TACO BELL

Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation
ADM Outsourcing Project

<div align="right">Page 2
Roy, Paul J. N.</div>

| <u>Date</u> | <u>Timekeeper Name</u> | <u>DESCRIPTION OF LEGAL SERVICES</u> | <u>Hours</u> |
|---|---|---|---|
| 08/08/06 | **Roy, Paul J. N.** | Review and comment on Delphi's and TPI's proposed revisions to infrastructure form of MSA for use in ADM SRD (2.00)  Preparation of drafts of minority business provision and transmittal of same to Delphi and TPI (0.50). | 2.50 |
| 08/09/06 | **Roy, Paul J. N.** | Call with Bill Shoemaker and Lori Tremonti to discuss comments on their proposed additional provisions to the ADM MSA (1.00).  Call with Bill Shoemaker, Lori Tremonti, and Doug Quada to discuss process and review structure of MSA (1.00).  Review and annotation of ADM MSA to identify changes that will not be incorporated into form (4.50). | 6.50 |
| 08/10/06 | **Roy, Paul J. N.** | Call with M. Loeb to discuss questions on form ADM agreement (0.50).  Redraft of form ADM agreement to incorporate changes discussed with Delphi, and to incorporate the supplementary provisions proposed by Delphi and transmittal of same to Delphi (4.30). | 4.80 |
| 08/11/06 | **Roy, Paul J. N.** | Review of Bill Shoemaker's comments to annotated draft MSA and call with Bill Shoemaker, Lori Tremonti and Doug Quada to review questions for redraft (1.50).  Review and incorporation of changes to MSA Schedules list identified by TPI to conform to SRD and correspondence with TPI on reasons for changes not made (1.80). | 3.30 |
| 08/12/06 | **Roy, Paul J. N.** | Initial review of overlap between of SRD Exhibit 1 and MSA Schedule 1 and correspondence with TPI re merging those documents. | 0.50 |
| 08/13/06 | **Roy, Paul J. N.** | Correspondence with TPI on open issues in draft MSA and merger of definitions in MSA Schedule 1 and SRD Exhibit 1. | 1.50 |
| 08/14/06 | **Roy, Paul J. N.** | Revisions to ADM MSA and associated Schedule 1 based on comments from TPI and transmittal of revised drafts to Delphi. | 1.80 |
| 08/15/06 | **Roy, Paul J. N.** | Review of comparison of current draft of EDS MSA showing changes from draft ADM MSA to identify sections that Delphi may want to consider requesting that EDS markup. | 1.50 |
| 08/16/06 | **Roy, Paul J. N.** | Annotation of comparison of ADM for MSA and Schedule 1 (definitions) against the latest draft of the EDS infrastructure MSA and Schedule 1 to determine which sections of the ADM MSA and Schedule 1EDS should markup again as part of their ADM SRD response. | 3.50 |
| 08/17/06 | **Roy, Paul J. N.** | Review of comments to EDS comparison document by T. McCabe, creation of | 1.50 |

Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation
ADM Outsourcing Project

<div align="right">Page 3
Roy, Paul J. N.</div>

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|------------------|-------|
| | comparison document to show changes from the infrastructure MSA (1.00). Call with T. McCabe to discuss comments to ADM MSA and instructions for EDS's markup of same (0.50). | |
| 08/18/06 | **Roy, Paul J. N.** Reviewed comments by T. McCabe and M. Loeb on ADM for and comparison to EDS infrastructure draft and correspondence re same (1.50). Call with B. Shoemaker and L. Tremonti to discuss comparison to EDS draft and instructions to EDS (1.00). Modifications to ADM MSA and associated Schedule 1 to show changes and to prepare final draft for distribution to service providers (1.80). | 4.30 |
| 08/23/06 | **Roy, Paul J. N.** Preparation of instructions for how EDS should markup the form ADM MSA in light of their existing infrastructure MSA as currently negotiated. | 1.80 |
| 08/24/06 | **Roy, Paul J. N.** Correspondence with TPI re questions regarding definitions in Schedule 1. Comparison of Schedule 1 (0.4) and update of same to conform to most recent definitions (0.7). | 1.10 |
| 08/31/06 | **Roy, Paul J. N.** Call with Delphi and TPI to discuss strategy and schedule for ADM agreement discussions. | 0.50 |

<div align="right">**Total Hours**       **35.10**</div>

Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation                                                                    Page 2
In Re: Delphi Corporation, et al., Debtors - Retention Matter              Reimer, Craig E.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 08/03/06 | **Connor, Andrew A.** <br> Draft supplemental declaration. | 2.50 |
| 08/04/06 | **Connor, Andrew A.** <br> Finalize draft of supplemental declaration. | 1.30 |
| 08/07/06 | **Connor, Andrew A.** <br> Follow up re LCC procedures (0.8); review and format invoices (1.2). | 2.00 |
| 08/08/06 | **Connor, Andrew A.** <br> Work on fee and expense formatting. | 0.80 |
| 08/09/06 | **Connor, Andrew A.** <br> Follow up re invoice formatting  in connection with fee committee. | 1.00 |
| 08/10/06 | **Reimer, Craig E.** <br> Review recent case filings re: allowance of interim compensation. | 0.10 |
| 08/15/06 | **Connor, Andrew A.** <br> Advice re allocation of May payment (0.2); update related schedule (0.3); follow up re April payment (0.3); follow up with formatting invoices for submission to Cost Control (0.3); review invoices (0.4); revise Roy supplemental declaration (0.5). | 2.00 |
| 08/17/06 | **Connor, Andrew A.** <br> Coordinate filing and service of First Supplemental Roy Declaration. | 4.00 |
| 08/17/06 | **Reimer, Craig E.** <br> Work on integrating Mayer, Brown billing practices into conforming with interim fee application procedures (.20); conference with A. Connor re: same (.10). | 0.30 |
| 08/18/06 | **Connor, Andrew A.** <br> Follow up re fee, billing procedures. | 0.50 |
| 08/21/06 | **Connor, Andrew A.** <br> Follow up re billing issues. | 0.30 |
| 08/24/06 | **Reimer, Craig E.** <br> E-mails re: retention issues raised by additional outsourcing work requested by Delphi. | 0.20 |
| 08/29/06 | **Connor, Andrew A.** <br> Update file (0.5); work on monthly statement (0.5). | 1.00 |

**Total Hours**        16.00

Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation
In Re: Delphi Corporation, et al., Debtors - Retention Matter

Page 3
Reimer, Craig E.

## OTHER CHARGES

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 07/13/06 | **Outside Courier**<br>VENDOR: United Parcel Service (Carol Stream); INVOICE#: 6E431E306; DATE: 7/29/2006 - Guaranteed service refund issued by UPS for documents shipped on 07/13/06 to Davis Polk Wardell in New York, NY. | | -15.42 |
| 07/19/06 | **Automated Research - Outside**<br>VENDOR: Pacer Service Center; INVOICE#: 0818200601; DATE: 8/15/2006 - Access to public records on 7/19/06 | | 0.56 |
| 07/28/06 | **Document Delivery**<br>VENDOR: Supreme Systems, Inc; INVOICE#: 243255; DATE: 7/29/2006 - Document delivery to 1 Bowling Green FL. for S. Mitchell on 7/28/06 | | 7.95 |
| 07/31/06 | **Outside Courier**<br>VENDOR: United Parcel Service (Carol Stream); INVOICE#: 623947316; DATE: 8/5/2006 - Documents shipped on 07/31/06 to Skadden Arps Slate in New York, NY. | | 10.59 |
| 07/31/06 | **Outside Courier**<br>VENDOR: United Parcel Service (Carol Stream); INVOICE#: 623947316; DATE: 8/5/2006 - Documents shipped on 07/31/06 to Davis Polk and Wardell in New York, NY. | | 10.59 |
| 08/17/06 | **Document Reproduction** | 90 | 9.00 |
| 08/17/06 | **Mailing Charges - Office**<br>Documents delivered to Frankenmuth, MI by Connor, Andrew A. | | 1.26 |
| 08/17/06 | **Document Delivery - Office**<br>Documents delivered to Troy, MI by Connor, Andrew A. | | 9.77 |
| 08/17/06 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 11.09 |
| 08/17/06 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 11.09 |
| 08/17/06 | **Document Delivery - Office**<br>Documents delivered to Fort Worth, TX by Connor, Andrew A. | | 11.09 |
| 08/17/06 | **Document Delivery - Office**<br>Documents delivered to Saint Louis, MO by Connor, Andrew A. | | 9.77 |
| 08/17/06 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 11.09 |
| 08/17/06 | **Document Delivery - Office** | | 8.45 |

Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation
In Re: Delphi Corporation, et al., Debtors - Retention Matter

Page 4
Reimer, Craig E.

## OTHER CHARGES

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| | Documents delivered to Chicago, IL by Connor, Andrew A. | | |
| 08/17/06 | **Document Delivery - Office** | | |
| | Documents delivered to Washington, DC by Connor, Andrew A. | | 10.58 |
| 08/17/06 | **Document Delivery - Office** | | |
| | Documents delivered to Washington, DC by Connor, Andrew A. | | 10.58 |
| 08/17/06 | **Document Delivery - Office** | | |
| | Documents delivered to New York, NY by Connor, Andrew A. | | 11.09 |
| 08/17/06 | **Document Delivery - Office** | | |
| | Documents delivered to New York, NY by Connor, Andrew A. | | 11.09 |
| 08/17/06 | **Document Delivery - Office** | | |
| | Documents delivered to New York, NY by Connor, Andrew A. | | 11.09 |
| 08/17/06 | **Document Delivery - Office** | | |
| | Documents delivered to New York, NY by Connor, Andrew A. | | 11.09 |
| 08/17/06 | **Document Delivery - Office** | | |
| | Documents delivered to Saint Louis, MO by Connor, Andrew A. | | 9.77 |
| 08/17/06 | **Document Delivery - Office** | | |
| | Documents delivered to New York, NY by Connor, Andrew A. | | 11.09 |
| 08/29/06 | **Document Reproduction** | 33 | 3.30 |

**Total Other Charges**

$186.56

Mayer, Brown, Rowe & Maw LLP

06020525
Delphi Corporation
IT Outsourcing Services Contract

Page 2
Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 09/01/06 | **Chandler, Paul A.** Calls with EDS and HP team to negotiate pricing and SLA schedules. | 10.80 |
| 09/01/06 | **Herrmann, Kristina K.** Revised schedules (5.1); calls with Delphi and TPI (2.0); calls with HP and EDS (1.4). | 8.50 |
| 09/01/06 | **Roy, Paul J. N.** Comments on HP Schedule 4-B and transmittal of comments to Delphi and TPI (1.70). Call with EDS to review details of Schedule 4-B (1.30). Call with Bill Warden of TPI regarding banding approach to be proposed by EDS and review of precedent that used referenced banding approach, and call with EDS regarding that alternate banding approach, and other pricing issues (1.40). Review of Delphi comments on revised Global Data Privacy documents and transmittal of most current MSA lawyers reviewing privacy issues (0.60). Call with HP on open issues (0.50). Conferred with Paul Chandler re project completion language, and Schedule 4-F update (0.50). | 6.00 |
| 09/02/06 | **Herrmann, Kristina K.** Sent finalized schedules to Warren Halliday at HP. | 0.30 |
| 09/05/06 | **Chandler, Paul A.** Call with J. Volze regarding Schedule 4-F (0.3); drafting revisions to Schedule 9 insert and distribution to TPI and Delphi (0.5); revising Schedule 21 for HP (3.0); drafting comments to revised Schedule 9 insert from EDS (0.8); drafting email to T. McCabe regarding transition support from HP (0.7); follow-up call with J. Volze regarding Schedule 4-F (0.9); call with K. Smilie and M. Parrell regarding insert for Schedule 9 (0.7); drafting comments to Schedule 22 for EDS (1.0); call with B. Walmsley regarding Schedules 21 and 22 (0.5); conferring with K. Herrmann on markups to Schedule 22 for EDS and HP (0.3); drafting revisions to Schedule 21 for EDS (1.8). | 10.50 |
| 09/05/06 | **Herrmann, Kristina K.** Call with Delphi and TPI (0.8); meeting with P. Chandler (0.3); revised Transformation Plans and other schedules (6.5) | 7.60 |
| 09/05/06 | **Roy, Paul J. N.** Review of EDS's proposed revisions to Server Consolidation language for Schedule 4 (0.30). Review of Schedule 9 language for Project Completion (0.70). | 1.00 |
| 09/06/06 | **Chandler, Paul A.** Drafting revisions to assignment and third party use language from I. Seipke (1.3); revising proposed insert for Schedule 9 and distribution to Delphi and TPI (1.3); calls with Delphi and TPI to discuss insert for Schedule 9 (1.6); call with J. Volz regarding Schedule 4-F for EDS (0.8); drafting revisions to Schedule 4-F and distribution to EDS (1.5); drafting revisions to Schedule 22 for HP and EDS and distribution Delphi (1.5); conferring with P. Roy on pricing issues (0.4); conferring with K. Herrmann on status of schedules (0.3); reviewing comments | 10.50 |

Mayer, Brown, Rowe & Maw LLP

06020525
Delphi Corporation
IT Outsourcing Services Contract

Page 3
Roy, Paul J. N.

| <u>Date</u> | <u>Timekeeper Name</u> | DESCRIPTION OF LEGAL SERVICES | <u>Hours</u> |
|---|---|---|---|
| | | to Companion Agreement from M. Loeb (0.3); drafting summary of schedule issues and distribution to K. Smilie (0.7); initial review of HP comments to Schedule 4-F (0.8). | |
| 09/06/06 | **Herrmann, Kristina K.** Revised schedules per notes from proofreading. | | 2.50 |
| 09/06/06 | **Roy, Paul J. N.** Review of proofreaders' edits (1.50). Review of EDS's revisions to Schedule 9 Projects language and comments to P. Chandler re same (0.50). Review of correspondence regarding open issues with HP (1.20). Review of Schedule 4-J and correspondence with Bill Warden of TPI re same (0.30). Call with D. Guedry (EDS's attorney) to discuss server consolidation language in Schedule 4 (0.50). Call with Bill Warden process in contract for circumstance where a service provider is unable to take over responsibility from a Delphi contractor (0.30). Revisions to EDS MSA (2.00). Conferred with Paul Chandler re revision to Project scoping language in Schedule 9 (0.20). | | 6.50 |
| 09/07/06 | **Chandler, Paul A.** Drafting revised Schedule 12-D and distribution to HP (1.8); drafting inserts for Section 4.7 and Schedule 25 (1.3); call with HP and T. McCabe regarding open issues (2.1); calls with J. Clayton and M. Parrell regarding split schedules (1.3); calls with K. Smilie regarding status and schedule revisions (1.3); reviewing and revising Schedule 4-F for HP (0.5). | | 8.30 |
| 09/07/06 | **Herrmann, Kristina K.** Revised Schedules 12-D and 27 (1.2); revised insert for Schedule 9 (1.1); call with TPI re: scope split (0.6); revised schedules 6-B and 8 (1.2); updated document management database with split versions of schedules (0.8). | | 4.90 |
| 09/07/06 | **Rodger, Laura** EU data protection schedule - review of comments and instructions from Delphi and amendments to documentation, e-mail to IV at Delphi | | 1.70 |
| 09/07/06 | **Roy, Paul J. N.** Update of HP MSA Open Issues and open issues list for Schedule 4 at T. McCabe's request (0.80). Review of EDS's revised language for 9.1(b) and (c) of MSA and correspondence with D. Guedry re proposed edit (0.50). Revision to EDS MSA to incorporate changes since last draft, and update of corresponding open issues list and distribution of same to Delphi (5.50). Review and edits of post-termination rights language for HP software and comments to P. Chandler (0.30). Review of Schedule 4-J and 4-A for and call with Bill Warden re same (0.70). Review of HP's proposed Hardware Charge Term Sheet and correspondence and discussion with Delphi and TPI re same (0.80). Revision of HP MSA to incorporate changes since last draft (1.00). | | 9.60 |
| 09/08/06 | **Chandler, Paul A.** Drafting comments to Delphi/HP team sheet (0.6); reviewing Schedules 21 and 22 with M. Parrell (0.9); reviewing CSC markups to MSA (3.0); calls with K. | | 6.70 |

Mayer, Brown, Rowe & Maw LLP

06020525
Delphi Corporation
IT Outsourcing Services Contract

Page 4
Roy, Paul J. N.

| Date | Timekeeper Name | DESCRIPTION OF LEGAL SERVICES | Hours |
|------|-----------------|-------------------------------|-------|
| | | Smilie regarding insert to Schedule 9 and update on remaining issues (1.2); revising insert to Schedule 9 and distributions to EDS (0.6); reviewing revised Schedule 2 (0.4). | |
| 09/08/06 | **Herrmann, Kristina K.** | Revised schedules. | 2.50 |
| 09/08/06 | **Roy, Paul J. N.** | Call with Bill Warden of TPI re pricing schedules (0.30). Call with Delphi and HP tax specialists and subsequent emails regarding tax issues. (1.70). Call with Delphi regarding HP's proposed term sheet for lease of hardware (0.30). Conferred with P. Chandler and call with Tim McCabe re exchange rates provision in HP pricing schedule (0.30). | 2.60 |
| 09/09/06 | **Herrmann, Kristina K.** | Reviewed and revised section and schedule references and defined terms in MSA. | 5.80 |
| 09/10/06 | **Chandler, Paul A.** | Responding to K. Smilie requests for comments on Schedules (0.5). | 0.50 |
| 09/10/06 | **Roy, Paul J. N.** | Email correspondence re HP open issues, including response to T. McCabe re HP tax issues and review and response to M. Loeb email on HP and EDS redraft of MSAs. | 2.30 |
| 09/11/06 | **Chandler, Paul A.** | Calls with J. Volze regarding Schedules 4-F for EDS and HP (0.9); reviewing Schedules 4-F for EDS and HP (0.6); calls for status with HP and EDS teams (1.8); follow up call with J. Schneider on escrow agreement (0.2); reviewing HP split schedules (as sent to HP) (2.8); call with J. Clayton regarding HP split documents (0.3); drafting messages to T. McCabe regarding divestiture support and MSA PPM dates (0.2); reviewing HP markup of Schedule 12-D and follow up with B. Murphy (0.2); reviewing EDS split schedules 2 and 3 (3.0). | 10.00 |
| 09/11/06 | **Roy, Paul J. N.** | Review of email correspondence re misc issues documents for deal and pricing issues (0.80). Review of EDS's responses to open issues, and incorporation of updates in EDS MSA, and transmittal of revised MSA to Delphi and EDS (1.70). Minor revision and transmittal of HP MSA to Delphi and HP (0.20). | 2.70 |
| 09/11/06 | **Shen, Lei** | Reviewing edits to Delphi documents | 2.00 |
| 09/12/06 | **Chandler, Paul A.** | Call with Delphi team to discuss EDS and HP comments to Schedule 2 (split) (2.2); calls with HP to discuss markups to Schedule 2.1 and 2.3 (1.2); calls with EDS to discuss mark ups to Schedules 2.1-A and 2.3 (1.0); revising Sections 11.3 and Section 6.4(c) of MSA for EDS (1.1); reviewing and revising Bankruptcy Court Motion for IT Outsourcing (2.8); call with T. McCabe and EDS | 10.60 |

Mayer, Brown, Rowe & Maw LLP

06020525
Delphi Corporation
IT Outsourcing Services Contract

Page 5
Roy, Paul J. N.

| <u>Date</u> | <u>Timekeeper Name</u> | DESCRIPTION OF LEGAL SERVICES | <u>Hours</u> |
|---|---|---|---|
| | | team regarding Policy & Procedures Manual dates (0.8); conferring with P. Roy on reviewing of Pricing schedules (0.3); conferring with L. Shen on revisions to Schedules (0.3); revising EDS Schedule 4-F and distribution to EDS (0.9). | |
| 09/12/06 | **Roy, Paul J. N.** | Call with J. Piazza and B. Warden re EDS Schedules 4 and 4-H (1.00). Review and comment on HP Schedule 4-H and transmittal of same to Delphi (1.50). Review of EDS MSA issues, including additional lease provisions proposed for MSA (0.50). | 3.00 |
| 09/12/06 | **Shen, Lei** | Review edited schedules. | 3.30 |
| 09/13/06 | **Chandler, Paul A.** | Call with HP regarding Schedule 12 (0.4); calls with HP and EDS regarding Schedules 2 and 3 split versions (7.0); conferring with K. Herrmann on review of schedules (0.4) drafting issues summary on Schedule 12 to I. Seipke (0.3); revising HP schedules 2 and 3 and distribution to Delphi (3.2). | 11.30 |
| 09/13/06 | **Herrmann, Kristina K.** | Calls with Delphi, TPI, HP, and EDS (1.3). Revised split schedules for HP (5.0). Revised EDS MSA with corrected section and schedule references and defined term usage (5.6). | 11.90 |
| 09/13/06 | **Rodger, Laura** | Perusal Preparation & Consideration of EDS redraft of data protection schedule | 1.10 |
| 09/13/06 | **Roy, Paul J. N.** | Call with Joe Piazza and Bill Warden re Schedule 4 and 4-H regarding pricing and termination charges (1.50). Review of agreement summary in Bankruptcy court motion (0.40). Call with Delphi and EDS to discuss EDS's proposed supplementary language for the MSA to address the Equipment lease terms and review of same (1.00). Internal call with Delphi ARD specialists and T. McCabe to discuss ARD provisions of MSA, and emails to arrange ARD call for Friday (1.00). Review and comment to EDS Schedule 4-B (1.00). Review and comment on HP Schedule 4-B (0.80). Review and comment on HP's revised draft of Schedule 4 and incorporation of J. Piazza comments from older draft, and transmittal of same to Delphi (0.80). | 6.50 |
| 09/14/06 | **Barry, James R.** | Drafting witholding tax language.  Discuss with Paul Roy. | 0.50 |
| 09/14/06 | **Chandler, Paul A.** | Call with TPI and Delphi regarding EDS modifications to Schedule 2 (1.8); calls with EDS to discuss Schedule 2 (3.6); revising schedules 2 and 3 for EDS and distribution to Delphi (4.2); meeting with TPI and Delphi to discuss open issues (3.0); revising Schedule 9 insert (0.4). | 13.00 |
| 09/14/06 | **Herrmann, Kristina K.** | Revised finalized schedules with edits (2.0).  Calls with Delphi, TPI, EDS, and | 11.80 |

Mayer, Brown, Rowe & Maw LLP

06020525
Delphi Corporation
IT Outsourcing Services Contract

Page 6
Roy, Paul J. N.

| Date | Timekeeper Name | DESCRIPTION OF LEGAL SERVICES | Hours |
|------|-----------------|-------------------------------|-------|

HP (2.3). Revised HP MSA for accuracy of section and schedule references and defined term usage (7.5).

| | | | |
|------|-----------------|-------------------------------|-------|
| 09/14/06 | **Roy, Paul J. N.** | Call with J. Voelz re Schedules 4-B (0.50). Call with HP on MSA issues (1.50). Review and revision of Schedules 4 for HP and call with J. Piazza and B. Warden re same (1.10). Correspondence with Latham and Watkins and coordination of timing for call with Delphi (0.40). Call with EDS re MSA (1.00). Revision of Schedules 4 and 4-H for HP and calls to J. Piazza and B. Warden re same (5.00). Revision of Schedule 4 for EDS and calls to B. Warden re same (3.40) | 12.90 |
| 09/14/06 | **Shen, Lei** | Review schedules (2.5); follow up conferences with K. Herrman re same (0.8). | 3.30 |
| 09/15/06 | **Chandler, Paul A.** | Calls with EDS and HP teams to finalize schedules (4.5); reviewing and revising EDS proposed Section 6.4(h) (3.2); call with EDS regarding Section 6.4(h) (1.3); reviewing schedules (2.0); call with J. Schneider regarding Section 4.7 (0.6); reviewing Schedule 4-F for EDS (0.6); | 12.20 |
| 09/15/06 | **Herrmann, Kristina K.** | Calls with Delphi, TPI and EDS (4.0). Revised Schedules (4.0). Revised HP MSA (4.70). | 12.70 |
| 09/15/06 | **Rodger, Laura** | Perusal Preparation & Consideration chaser e-mail re data protection | 0.10 |
| 09/15/06 | **Roy, Paul J. N.** | Transmittal of emails to Delphi with proposed qualifications to Delphi's ARD indemnity (0.50). Call with Delphi and HP ARD specialists re analysis of ARD issues (1.20). Revision of qualifications to indemnity and Directed Employee language and transmittal of same to Delphi and HP (0.70). Call with Allen Klein of Latham & Watkins about topics for call this afternoon (0.40). Call with EDS and Delphi ARD specialist re analysis of ARD issues (1.50). Revision of qualifications to indemnity language a transmittal of same to EDS (0.50). Call with Latham & Watkins and Mesirow, along with Delphi and TPI to address their questions (1.50). Review of EDS's proposed lease provisions (1.20). Calls with Delphi to discuss issues regarding lease provisions (0.70). Call with EDS to discuss issues regarding lease provisions (0.80). Review of revised draft of lease provisions and conferred with P. Chandler re same (1.10). Redraft of HP MSA (1.10). Redraft of EDS MSA (2.50). Conversion of files to pdf format and transmittal of same to Latham & Watkins (0.50). | 14.20 |
| 09/15/06 | **Shen, Lei** | Revise schedules for EDS. | 5.00 |
| 09/16/06 | **Chandler, Paul A.** | Calls with EDS and Delphi teams (3.5); drafting revisions to EDS and HP MSAs | 7.70 |

Mayer, Brown, Rowe & Maw LLP

06020525
Delphi Corporation
IT Outsourcing Services Contract

Page 7
Roy, Paul J. N.

| Date | Timekeeper Name | DESCRIPTION OF LEGAL SERVICES | Hours |
|---|---|---|---|
| | | and distributing to EDS and HP (4.2). | |
| 09/16/06 | **Herrmann, Kristina K.** | Calls with Delphi, TPI, EDS, and HP (2.0).  Revised schedules (6.0). | 8.00 |
| 09/16/06 | **Roy, Paul J. N.** | Transmittal of SOWs to Latham & Watkins (0.30).  Correspondence with TPI re Measurement Date (0.20).  Correspondence with Delphi re release (0.30).  Revisions to MSAs for EDS and HP to incorporate additional changes, transmittal to P. Chandler with instructions for incorporating Deferred Country provisions (2.20).  Correspondence with P. Chandler re MSA issues (0.30).  Review and comment on lease and letter of credit provisions for HP and EDS (0.50).  Review and comment on Section 6.4(c) for EDS (0.30).  Revisions to HP Schedules 4 and 4-H for HP, correspondence with Delphi re same, and transmittal of revised drafts to HP (2.00).  Review and comment on EDS Schedule 4-H and transmittal of same to Delphi (0.70). | 6.80 |
| 09/17/06 | **Chandler, Paul A.** | Revising EDS leasing provisions (Section 6.4(h) and Schedule 1) and distribution to Delphi and EDS (3.5); calls with EDS and Delphi regarding open issues etc. (4.0); revising Schedule 3-B for EDS and 12-D for HP (2.0); revising schedules and distributions to P. Roy and Delphi (3.0). | 12.50 |
| 09/17/06 | **Herrmann, Kristina K.** | Calls with Delphi, TPI, EDS, and HP (2.4).  Revised schedules (6.0). | 8.40 |
| 09/17/06 | **Roy, Paul J. N.** | Correspondence with Delphi re MSA terms (0.40).  Review and comment on EDS lease provisions and correspondence with P. Chandler re same (1.50).  Review and comment on EDS's revised draft of Schedule 4, transmittal of same to Delphi (1.90).  Call with Delphi and TPI re Schedules 4 and 4-H with EDS, revisions to 4-H and 4, transmittal of same to Delphi and transmittal to EDS following Delphi approval (3.20).  Call with EDS and Delphi on open issues (1.30).  Review of Schedule 1 (lease equivalent terms) to Companion Agreement and comments to P. Chandler re same (1.50). | 9.80 |
| 09/17/06 | **Shen, Lei** | Revise schedules for HP | 2.50 |
| 09/18/06 | **Chandler, Paul A.** | Calls with EDS and HP teams to negotiate outstanding issues (3.0); reviewing documents and distribution to EDS and HP (9.0). | 12.00 |
| 09/18/06 | **Herrmann, Kristina K.** | Calls with Delphi, TPI, HP and EDS (2.6).  Revised schedules (11.6). | 14.20 |
| 09/18/06 | **Roy, Paul J. N.** | Review and comment on Data Protection schedule (0.60).  Review and comment on EDS lease documents (1.00).  Review and revision of HP Schedules 4 and 4-H for pricing (4.60).  Call with EDS on open issues (2.80). | 12.20 |

Mayer, Brown, Rowe & Maw LLP

06020525
Delphi Corporation
IT Outsourcing Services Contract

Page 8
Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| | Call with HP on open issues (2.00). Redraft of EDS and HP MSAs (1.20). | |
| 09/18/06 | **Shen, Lei** | |
| | Revise schedules, related documents (8.0); conference with K. Herrman re same (0.3). | 8.30 |
| 09/19/06 | **Chandler, Paul A.** | |
| | Negotiations with HP and EDS on MSA and Schedules to close deal. | 15.00 |
| 09/19/06 | **Herrmann, Kristina K.** | |
| | Calls with Delphi, TPI, HP, and EDS (2.5). Revised MSAs and schedules and created final versions for execution (15.5). | 18.00 |
| 09/19/06 | **Prinsley, Mark A.** | |
| | Attendance disc LR re model terms and potentially conflcting provcisions in schedule (0.5); review agree course of action (0.5). | 1.00 |
| 09/19/06 | **Rodger, Laura** | |
| | Attn and disucssion with MAP (0.6), revisions to data protection schedule (2.0), tel with I Vagne at Delphi, e-mails to ME at EDS (0.5). | 3.10 |
| 09/19/06 | **Roy, Paul J. N.** | |
| | Revision of Schedule and transmittal of same (0.70). Revisions of EDS and HP pricing schedules (3.50). Revisions of EDS and HP MSAs (4.00). Review and discussion of EDS lease documents (1.00). Negotiation of closing documents with HP (2.50). Negotiation of closing documents with EDS (2.50). | 14.20 |
| 09/19/06 | **Shen, Lei** | |
| | Revise documents. | 14.50 |
| 09/20/06 | **Chandler, Paul A.** | |
| | Calls with EDS to negogiate leasing terms (1.0); finalizing documents for closing on HP and EDS MSA (7.5). | 8.50 |
| 09/20/06 | **Herrmann, Kristina K.** | |
| | Revised schedules and MSA and prepared documents for closing. | 7.20 |
| 09/20/06 | **Rodger, Laura** | |
| | Finalization of documentation re data protection schedule | 0.40 |
| 09/20/06 | **Roy, Paul J. N.** | |
| | Call on last issues to close agreements, including changes to Schedule 4. | 1.50 |
| 09/20/06 | **Shen, Lei** | |
| | Revise Delphi documents. | 9.50 |
| 09/21/06 | **Chandler, Paul A.** | |
| | Drafting form assignment agreements for EDS and HP MSA Companion Agreements (1.3); reviewing and commenting on Bankruptcy Court motion for IT outsourcing contracts (1.2). | 2.50 |
| 09/21/06 | **Roy, Paul J. N.** | |
| | Collected and provided selected documents to Latham & Watkins, counsel for | 2.70 |

Mayer, Brown, Rowe & Maw LLP

06020525
Delphi Corporation
IT Outsourcing Services Contract

Page 9
Roy, Paul J. N.

### DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| | unsecured creditors (0.70).  Prepare for interim services agreement for HP (2.00). | |
| 09/22/06 | **Herrmann, Kristina K.**<br>Prepared documents for review by Latham & Watkins. | 2.00 |
| 09/22/06 | **Roy, Paul J. N.**<br>Organization and transmittal of final agreements to Latham & Watkins (3.00). Preparation of form of interim services agreement and conferred with Kevin Smilie re same (1.00). | 4.00 |
| 09/25/06 | **Herrmann, Kristina K.**<br>Marked up EDS draft of Source Code Escrow Agreement. | 1.80 |
| 09/26/06 | **Chandler, Paul A.**<br>Call with B. Fern regarding affiliate invoices for services. | 0.20 |
| 09/26/06 | **Herrmann, Kristina K.**<br>Marked up EDS Source Code Escrow Agreement. | 1.00 |
| 09/26/06 | **Roy, Paul J. N.**<br>Revision of Interim Services Agreement for HP based on comments by Kevin Smilie. | 0.70 |
| 09/27/06 | **Chandler, Paul A.**<br>Drafting comments to EDS markup of EX. 5 and distribution to Delphi (1.8); drafting sample assignment language per request of I. Seipke (0.5). | 2.30 |
| 09/27/06 | **Roy, Paul J. N.**<br>Call with Kevin Smilie about revisions to Interim Services Agreement with HP. | 0.40 |
| 09/29/06 | **Roy, Paul J. N.**<br>Correspondence with Latham and M. Loeb re call with Latham to discuss differences between EDS and HP Agreements (0.50).  Call with K. Smilie re HP's interim services agreement (0.50).  Correspondence with M. Loeb re drafting of interim services agreement (0.30).  Revision of interim services agreement and transmittal to Delphi (1.50). | 2.80 |
| 09/30/06 | **Roy, Paul J. N.**<br>Review of comments from Delphi to interim services agreement and transmittal of same to HP. | 0.40 |

**Total Hours**          473.30

Mayer, Brown, Rowe & Maw LLP

06020525
Delphi Corporation                                                               Page 10
IT Outsourcing Services Contract                                                 Roy, Paul J. N.

## OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| 06/06/06 | **Long Distance Telephone**<br>(248) 813-6801 from (773) 665-9943 at 0859 ( 46.5 mins)   - calling card call | 2.18 |
| 06/06/06 | **Long Distance Telephone**<br>(248) 813-1141 at 1535 ( 23 mins) | 2.07 |
| 06/07/06 | **Long Distance Telephone**<br>(770) 668-0247 at 1533 ( 27 mins) | 2.43 |
| 06/20/06 | **Long Distance Telephone**<br>(248) 813-6801 at 0927 ( 96 mins) | 8.64 |
| 06/21/06 | **Long Distance Telephone**<br>(770) 668-0247 at 1703 ( 15 mins) | 1.35 |
| 06/24/06 | **Long Distance Telephone**<br>(248) 321-9616 at 1541 ( 56 mins) | 5.04 |
| 06/27/06 | **Long Distance Telephone**<br>(512) 330-0111 at 1044 ( 15 mins) | 1.35 |
| 08/01/06 | **Long Distance Telephone**<br>(214) 351-9698 at 1115 ( 27 mins) | 2.43 |
| 08/07/06 | **Long Distance Telephone**<br>(972) 484-2593 at 1632 ( 136 mins) | 12.24 |
| 08/10/06 | **Long Distance Telephone**<br>(248) 813-6801 at 1049 ( 31 mins) | 2.79 |
| 08/11/06 | **Long Distance Telephone**<br>(248) 813-6801 at 1407 ( 58 mins) | 5.22 |
| 08/24/06 | **Long Distance Telephone**<br>(936) 443-5866 at 1254 ( 14 mins) | 1.26 |
| 09/02/06 | **Document Reproduction** |  |
| 09/02/06 | **Document Reproduction** | 75.50 |
| 09/02/06 | **Document Reproduction** | 29.80 |
| 09/06/06 | **Document Reproduction** | 1.20 |
| 09/07/06 | **Document Reproduction** | 0.20 |
| 09/09/06 | **Parking Expenses** | 0.30 |
|  | VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692060074 DATE: 12-Sep-06<br>parking expense | 8.00 |
| 09/11/06 | **Document Reproduction** | 0.20 |

Mayer, Brown, Rowe & Maw LLP

06020525
Delphi Corporation
IT Outsourcing Services Contract

Page 11
Roy, Paul J. N.

## OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| 09/12/06 | Document Reproduction | |
| 09/14/06 | Document Reproduction | 0.20 |
| 09/16/06 | Document Reproduction | 0.20 |
| 09/16/06 | Document Reproduction | 6.70 |
| 09/16/06 | Document Reproduction | 3.70 |
| 09/16/06 | Document Reproduction | 0.50 |
| 09/16/06 | Document Reproduction | 4.80 |
| 09/16/06 | Document Reproduction | 1.70 |
| 09/16/06 | Document Reproduction | 1.90 |
| 09/18/06 | Document Reproduction | 3.00 |
| 09/19/06 | Document Reproduction | 0.20 |
| 09/19/06 | Document Reproduction | 0.10 |
| 09/20/06 | Document Reproduction | 1.90 |
| 09/20/06 | Document Reproduction | 0.20 |
| 09/27/06 | Document Reproduction | 0.20 |
| | | 0.30 |

**Total Other Charges**

**$187.80**

Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation                                                                     Page 2
ADM Outsourcing Project                                                          Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| <u>Date</u> | <u>Timekeeper Name</u> | <u>Hours</u> |
|---|---|---|
| 09/07/06 | **Roy, Paul J. N.**<br>Review of proposed work schedule and correspondence with Delphi and TPI re same. | 0.80 |
| 09/08/06 | **Roy, Paul J. N.**<br>Review of IBM's markup of the MSA. | 0.50 |
| 09/09/06 | **Chandler, Paul A.**<br>Drafting annotations to CSC markup of MSA. | 5.00 |
| 09/09/06 | **Roy, Paul J. N.**<br>Annotation of IBM's redraft of the MSA. | 3.70 |
| 09/10/06 | **Chandler, Paul A.**<br>Drafting annotations to CSC markup of MSA (5.5). | 5.50 |
| 09/10/06 | **Roy, Paul J. N.**<br>Annotation of IBM's markup of the MSA. | 6.00 |
| 09/11/06 | **Chandler, Paul A.**<br>Conferring with P. Roy on ADM schedule for negotiations and annotations to CSC agreement (0.5). | 0.50 |
| 09/11/06 | **Roy, Paul J. N.**<br>Call and correspondence with L. Guevel and I. Seipke re calendar for negotiating ADM MSA with service providers (1.10).  Review and comment on IBM's revisions to draft MSA (1.00). | 2.10 |
| 09/12/06 | **Roy, Paul J. N.**<br>Review and annotation of IBM's markup of the MSA. | 6.50 |
| 09/13/06 | **Roy, Paul J. N.**<br>Annotation of IBM's markup of the MSA. | 1.20 |
| 09/22/06 | **Chandler, Paul A.**<br>Reviewing CSC markup of MSA and drafting issues list. | 6.50 |
| 09/23/06 | **Chandler, Paul A.**<br>Reviewing CSC markup of MSA. | 2.00 |
| 09/23/06 | **Roy, Paul J. N.**<br>Review and annotation of IBM's markup of the MSA. | 4.00 |
| 09/24/06 | **Chandler, Paul A.**<br>Drafting issues summary of CSC agreement and distribution to Delphi. | 8.00 |
| 09/24/06 | **Roy, Paul J. N.**<br>Review and annotation of IBM's markup of the MSA. | 7.50 |
| 09/25/06 | **Chandler, Paul A.**<br>Call with Delphi to discuss CSC and IBM markups (6.5); call with T. McCabe regarding scheduling (0.4); drafting annotations to CSC MSA (9.1); and distribution to I. Seipke. | 16.00 |

Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation
ADM Outsourcing Project

Page 3
Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 09/25/06 | **Goldstein, Michael J.**<br>Conference call with Delphi regarding IBM markup of MSA (1.9), reviewed IBM markup of MSA (2.4). | 4.30 |
| 09/25/06 | **Roy, Paul J. N.**<br>Preparation of summary of key issues (2.00). Call with Delphi and TPI to discuss issues in CSC agreement (1.00). Call with Delphi and TPI to discuss issues in IBM agreement (3.00). Revision of IBM issues list and MSA annotation and transmittal of same to Delphi (2.00). | 8.00 |
| 09/26/06 | **Chandler, Paul A.**<br>Call with I. Seipke regarding CSC comments (0.4); drafting revisions to CSC markup and issues list and distribution to Delphi (6.0); conferring with M. Goldstein on MSA markup reviews (0.20). | 6.60 |
| 09/26/06 | **Goldstein, Michael J.**<br>Implemented revisions to IBM markup of MSA. | 5.20 |
| 09/26/06 | **Roy, Paul J. N.**<br>Review and comment on CSC MSA annotations by P. Chandler. | 2.00 |
| 09/27/06 | **Chandler, Paul A.**<br>Conferring with M. Goldstein on revisions to IBM MSA markup (0.5); drafting revisions to CSC issues list and distribution to Delphi (3.0); call with I. Seipke regarding CSC all (0.4). | 3.90 |
| 09/27/06 | **Goldstein, Michael J.**<br>Conferred with Paul Chandler on approach for revising IBM markup of MSA (.5). Implemented revisions to IBM markup of MSA (4.5). Reviewed EDS markup of MSA (2). | 7.00 |
| 09/28/06 | **Chandler, Paul A.**<br>Revising CSC MSA based on initial annotations (6.3); call with M. Loeb regarding comments to IBM MSA (0.4); reviewing M. Loeb comments to IBM MSA (0.8). | 7.50 |
| 09/28/06 | **Goldstein, Michael J.**<br>Implemented revisions to IBM markup of MSA (6.5). | 6.50 |
| 09/29/06 | **Chandler, Paul A.**<br>Conferring with P. Roy on ADM schedule and issues (0.5); drafting revisions to CSC MSA (6.0). | 6.50 |
| 09/29/06 | **Goldstein, Michael J.**<br>Implemented revisions to IBM markup of MSA (3.9). Reviewed Marjorie Loeb's comments on IBM markup of MSA (.8). | 4.70 |
| 09/29/06 | **Roy, Paul J. N.**<br>Review of selected sections of CSC markup with P. Chandler (0.50). Review of EDS revisions (1.00). Review of IBM's revisions to MSA (0.50). | 2.00 |

Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation                                                                                      Page 4
ADM Outsourcing Project                                                                        Roy, Paul J. N.

| Date | Timekeeper Name | DESCRIPTION OF LEGAL SERVICES | Hours |
|------|-----------------|-------------------------------|-------|
|      |                 | **Total Hours**               | **140.00** |

Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation
ADM Outsourcing Project

Page 5
Roy, Paul J. N.

## OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| 09/29/06 | **Document Reproduction** | 0.20 |
| | **Total Other Charges** | **$0.20** |

Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation
In Re: Delphi Corporation, et al., Debtors - Retention Matter

Page 2
Reimer, Craig E.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 09/01/06 | **Connor, Andrew A.**<br>Upload invoices, fee statements to SIMS (2.5); review July invoices and begin statement (2.0); follow up re related issues (0.5). | 5.00 |
| 09/07/06 | **Connor, Andrew A.**<br>Finalize and distribute July monthly statement (1.5); follow up re other fee issues (0.5). | 2.00 |
| 09/07/06 | **Reimer, Craig E.**<br>Review interim fee application materials. | 0.20 |
| 09/12/06 | **Connor, Andrew A.**<br>Work on monthly fee statement. | 2.00 |
| 09/13/06 | **Connor, Andrew A.**<br>Work on fee statements. | 0.50 |
| 09/14/06 | **Reimer, Craig E.**<br>Work on interim fee application; e-mail for A. Connor re: same. | 0.10 |
| 09/20/06 | **Connor, Andrew A.**<br>Work on August monthly statement (0.3). | 0.30 |
| 09/27/06 | **Connor, Andrew A.**<br>Work on monthly statement (3.0); update allocation schedule (1.5); coordinate distribution of monthly statement (0.5). | 5.00 |
| 09/28/06 | **Connor, Andrew A.**<br>Format invoices for submission to Legal Cost (3.3); submit invoices (0.5). | 3.80 |
| 09/29/06 | **Connor, Andrew A.**<br>Update allocation schedule. | 1.00 |

**Total Hours**      19.90

Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation
In Re: Delphi Corporation, et al., Debtors - Retention Matter

Page 3
Reimer, Craig E.

## OTHER CHARGES

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 08/04/06 | **Document Reproduction** | 3 | 0.30 |
| 08/17/06 | **Outside Courier** | | -10.59 |
| | VENDOR: United Parcel Service (Carol Stream); INVOICE#: 6E431E356; DATE: 9/2/2006 - Guaranteed Service Refund issued by UPS for documents shipped on 08/17/06 to Donald Bernstein in New York, NY. | | |
| 08/29/06 | **Automated Research - Outside** | | 1.04 |
| | VENDOR: Pacer Service Center; INVOICE#: 0915200601; DATE: 9/15/2006 - Access to Court Electronic Records on 8/30/06 | | |
| 09/01/06 | **Document Reproduction** | | |
| 09/07/06 | **Document Reproduction** | 17 | 1.70 |
| 09/07/06 | **Document Delivery - Office** | 280 | 28.00 |
| | Documents delivered to Chicago, IL by Connor, Andrew A. | | 8.45 |
| 09/07/06 | **Document Delivery - Office** | | |
| | Documents delivered to Troy, MI by Connor, Andrew A. | | 9.77 |
| 09/07/06 | **Document Delivery - Office** | | |
| | Documents delivered to Troy, MI by Connor, Andrew A. | | 9.77 |
| 09/07/06 | **Document Delivery - Office** | | |
| | Documents delivered to New York, NY by Connor, Andrew A. | | 11.09 |
| 09/07/06 | **Document Delivery - Office** | | |
| | Documents delivered to New York, NY by Connor, Andrew A. | | 11.09 |
| 09/07/06 | **Document Delivery - Office** | | |
| | Documents delivered to New York, NY by Connor, Andrew A. | | 11.09 |
| 09/07/06 | **Document Delivery - Office** | | |
| | Documents delivered to Troy, MI by Connor, Andrew A. | | 9.77 |
| 09/07/06 | **Document Delivery - Office** | | |
| | Documents delivered to Huntersville, NC by Connor, Andrew A. | | 10.58 |
| 09/07/06 | **Document Delivery - Office** | | |
| | Documents delivered to New York, NY by Connor, Andrew A. | | 11.09 |
| 09/07/06 | **Document Delivery - Office** | | |
| | Documents delivered to New York, NY by Connor, Andrew A. | | 11.09 |
| 09/08/06 | **Document Reproduction** | | |
| 09/27/06 | **Document Reproduction** | 2 | 0.20 |
| | | 36 | 3.60 |

Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation
In Re: Delphi Corporation, et al., Debtors - Retention Matter

Page 4
Reimer, Craig E.

## OTHER CHARGES

| <u>Date</u> | <u>Description</u> | <u>Quantity</u> | <u>Amount</u> |
|---|---|---|---|
| 09/27/06 | **Document Reproduction** | | |
| 09/27/06 | **Document Delivery - Office** | 260 | 26.00 |
| | Documents delivered to Troy, MI by Connor, Andrew A. | | 9.41 |
| 09/27/06 | **Document Delivery - Office** | | |
| | Documents delivered to Troy, MI by Connor, Andrew A. | | 9.41 |
| 09/27/06 | **Document Delivery - Office** | | |
| | Documents delivered to New York, NY by Connor, Andrew A. | | 10.68 |
| 09/27/06 | **Document Delivery - Office** | | |
| | Documents delivered to Chicago, IL by Connor, Andrew A. | | 8.13 |
| 09/27/06 | **Document Delivery - Office** | | |
| | Documents delivered to New York, NY by Connor, Andrew A. | | 10.68 |
| 09/27/06 | **Document Delivery - Office** | | |
| | Documents delivered to New York, NY by Connor, Andrew A. | | 10.68 |
| 09/27/06 | **Document Delivery - Office** | | |
| | Documents delivered to New York, NY by Connor, Andrew A. | | 10.68 |
| 09/27/06 | **Document Delivery - Office** | | |
| | Documents delivered to New York, NY by Connor, Andrew A. | | 10.68 |
| 09/27/06 | **Document Delivery - Office** | | |
| | Documents delivered to Troy, MI by Connor, Andrew A. | | 9.41 |
| 09/27/06 | **Document Delivery - Office** | | |
| | Documents delivered to Huntersville, NC by Connor, Andrew A. | | 10.20 |

**Total Other Charges**

**$254.00**