Hearing Date and Time: March 22, 2007 at 10:00 a.m.
Objection Deadline: March 15, 2007 at 4:00 p.m.

Paul J. N. Roy, Esq.
Craig E. Reimer, Esq.
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, Illinois 60606
Tel. 312.782.0600
Fax  312.701.7711
(Special Information Technology Outsourcing
Counsel to Debtors and Debtors-in-Possession)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                                         :  Chapter 11
                                                               :  Case No.  05-44481 (RDD)
  DELPHI  CORPORATION, INC., et al.,                           :  (Jointly Administered)
                       Debtors.                                :
---------------------------------------------------------------x

### CERTIFICATE OF SERVICE

Paul J.N. Roy, an attorney, hereby certifies that on November 30, 2006, he caused to be served, via email, a true and correct copy of the **NOTICE OF SECOND APPLICATION OF MAYER, BROWN, ROWE & MAW LLP, SPECIAL INFORMATION TECHNOLOGY OUTSOURCING COUNSEL TO DEBTORS, FOR ALLOWANCE OF INTERIM COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM JUNE 1, 2006 THROUGH SEPTEMBER 30, 2006** upon those parties that constitute the "Master Service List" and the "2002 List" as provided on the database at www.delphidocket.com, except for (i) Miami-Dade County Tax Collector, Metro-Dade Paralegal Unit, 140 West Flagler Street, Suite 1403, Miami, FL 33130 and (ii) Professional Technologies Services, John V. Gorman, P.O. Box #304, Frankenmuth, MI  48734,  which parties were served via First Class, U.S. Mail, postage prepaid;  and via overnight delivery, a copy of the **SECOND APPLICATION OF MAYER, BROWN, ROWE & MAW LLP, SPECIAL INFORMATION TECHNOLOGY OUTSOURCING COUNSEL TO DEBTORS, FOR ALLOWANCE OF INTERIM COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM JUNE 1, 2006 THROUGH SEPTEMBER 30, 2006** upon those parties that constitute the "Notice Parties", pursuant to the Interim Compensation Order. Registered members of the Court's CMECF system that are participants in these proceedings received electronic notice of this filing.

Dated:     Chicago, Illinois
           November 30, 2006          /s/ Paul J. N. Roy, Esq.
                                      Paul J. N. Roy, Esq.