# EXHIBIT B

# THOMPSON HINE

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK
BRUSSELS    CLEVELAND    DAYTON    WASHINGTON, D.C.

October 25, 2006

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attention: David M. Sherbin, Esq., General Counsel

Latham & Watkins LLP
885 Third Avenue
New York, NY 10004
Attention: Robert J. Rosenberg, Esq., as counsel for The Official Committee of Unsecured Creditors

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attention: John D. Sheehan, V.P. & Chief Restructuring Officer

GE Plastics, Americas
9930 Kincey Avenue
Huntersville, NC. 28078
Attention: Valeria Venable, GE Plastics, Americas Credit Manager

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 200
Chicago, IL 60606
Attention: John William Butler, Jr., Esq.

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Attention: Marissa Wesley, Esq., as counsel for the agent under the Debtors' post-petition credit facility

The Office of the United States Trustee
  for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY 10004-2112
Attention: Alicia M. Leonhard, U.S. Trustee

Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
Attention: Marlane Melican, Esq., as counsel for the agent under the Debtors' post-petition credit facility

Joe Sykes
Fee Committee / Delphi Corporation
c/o Legal Cost Control, Inc.
255 Kings Highway East
Haddonfield, NJ 08033

RE:   Thompson Hine LLP Invoices / Delphi Technologies, Inc.

Dear Sir/Madam:

Thompson Hine invoices for the month ending September 30, 2006 are enclosed with this letter. Also enclosed is a two-page detailed summary of the invoices and amounts that are now due.

Ted.Lienesch@ThompsonHine.com   Phone 937.443.6958   Fax 937.443.6635                                          mah 428010.6

---

THOMPSON HINE LLP          2000 Courthouse Plaza, N.E.     www.ThompsonHine.com
ATTORNEYS AT LAW           P.O. Box 8801                   Phone 937.443.6600
                           Dayton, Ohio 45401-8801         Fax 937.443.6635

THOMPSON
HINE

October 25, 2006
Page 2

Pursuant to the terms of the interim compensation order, Thompson Hine is entitled to receive 80% of fees invoiced and 100% of disbursements and charges. Accordingly, for the month of August, 2006, Thompson Hine is entitled to receive the total sum of $9,864.40, broken down as follows:

| Service dates | Professional fees invoiced | Expenses invoiced | Invoice Total | Professional fees due now (80%) | Expenses due now (100%) | Total due upon receipt of invoice | Holdback Amount (20% of Fees) |
|---|---|---|---|---|---|---|---|
| 09/01/06 – 09/30/06 | $7,456.50 | $ 3,899.20 | $11,355.70 | $ 5,965.20 | $ 3,899.20 | $ 9,864.40 | $ 1,491.30 |

Very truly yours,

Theodore D. Lienesch

**THOMPSON HINE**

October 25, 2006
Page 3

cc:   Scott McBain, Esq.
      Haim Zaltzman, Esq.

# THOMPSON HINE

ATLANTA  CINCINNATI  COLUMBUS  NEW YORK
BRUSSELS  CLEVELAND  DAYTON  WASHINGTON, D.C.

October 25, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P. O. Box 5052
Troy, MI 48007-5052

Invoice Ref: Delphi Technologies, Inc.

Federal I.D. No. 34-0575300

---

*Summary of professional services rendered by Thompson Hine LLP*
*for the period 9/1/06 – 9/30/06 (invoice detail attached)*

| | |
|---|---|
| Fees for Professional Services | $ 7,456.50 |
| Disbursements and Charges | $ 3,899.20 |
| Total Fees, Disbursements and Charges invoiced | $11,355.70 |

*Amount due upon receipt of attached invoices (per Retention order)*

| | |
|---|---|
| Fees for Professional Services (80%) | $ 5,965.20 |
| Disbursements and Charges (100%) | $ 3,899.20 |
| **Total Fees, Disbursements and Charges due** | **$ 9,864.40** |

\*   The holdback amount (20% of the professional fees billed for this period) of $1,491.30 will be due upon Court approval of Thompson Hine's Fee Application.

---

Ted.Lienesch@ThompsonHine.com   Phone 937.443.6958   Fax 937.443.6635                mah  443078.3

THOMPSON HINE LLP          2000 Courthouse Plaza, N.E.   www.ThompsonHine.com
ATTORNEYS AT LAW           P.O. Box 8801                 Phone  937.443.6600
                           Dayton, Ohio 45401-8801       Fax  937.443.6635

# THOMPSON HINE

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK
BRUSSELS    CLEVELAND    DAYTON    WASHINGTON, D.C.

October 25, 2006

Delphi Technologies, Inc.  Invoice No. 2184309
Legal Staff-M/C 480-410-202  Our File No. 444859
P.O. Box 5052
Troy, MI 48007-5052

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 09/30/06:*

| | |
|---|---|
| Fees for Professional Services | $    7,456.50 |
| Disbursements and Charges | $    3,899.20 |
| Total Fees, Disbursements and Charges | $   11,355.70 |
| **TOTAL DUE FOR THIS INVOICE** | $   11,355.70 |

---

THOMPSON HINE LLP        2000 Courthouse Plaza, N.E.    www.ThompsonHine.com
ATTORNEYS AT LAW         P.O. Box 8801                  Phone 937.443.6600
                         Dayton, Ohio 45401-8801        Fax 937.443.6635

# THOMPSON HINE

Page 2  
Our File No. 444859  
Delphi Technologies, Inc.

October 25, 2006

Professional services rendered for your account:

**DP-309805 Patent PERCOLATION BRAKE FORCE SENSOR**
    OUR FILE NO. 444859.00110

|  |  |
|---|---|
| Fees for Services | 409.50 |
| Disbursements and Charges | 2,714.80 |
| TOTAL DUE FOR THIS MATTER | 3,124.30 |

**DP-311939 PATENT: MAGNETORHEOLOGICAL POWERTRAIN MOUNT SYSTEM**
    OUR FILE NO. 444859.00154

|  |  |
|---|---|
| Fees for Services | 130.00 |
| TOTAL DUE FOR THIS MATTER | 130.00 |

**DP-312209 PATENT: GROUND PATH ISOLATION ON CONTROLLED MONOTUBE STRUT**
    OUR FILE NO. 444859.00158

|  |  |
|---|---|
| Fees for Services | 398.00 |
| TOTAL DUE FOR THIS MATTER | 398.00 |

**DP-307258 PATENT: DEFORMATION RESISTANCE WELDING OF SHEET METAL, TUBES, AND SIMILAR SHAPES**
    OUR FILE NO. 444859.00162

|  |  |
|---|---|
| Fees for Services | 72.50 |
| TOTAL DUE FOR THIS MATTER | 72.50 |

**DP-313441 Patent: SYSTEM FOR CONTROLLED CORRUPTION J-1850 AUTOMOTIVE SERIAL COMMUNICATION BUSSES**
    OUR FILE NO. 444859.00186

|  |  |
|---|---|
| Fees for Services | 1,215.00 |
| TOTAL DUE FOR THIS MATTER | 1,215.00 |

**DP-313975 Patent: LOW FORCE LOSS VACUUM BOOSTER**
    OUR FILE NO. 444859.00198

|  |  |
|---|---|
| Fees for Services | 60.00 |
| TOTAL DUE FOR THIS MATTER | 60.00 |

**DP-314168: Pat. (Combination of DP-314168 & DP- ENHANCEMENT OF FLUX RESPONSE IN ACTUATORS WITH SOLID CORES USING DIRECT FLUX CONTROL AND A**
    OUR FILE NO. 444859.00203

|  |  |
|---|---|
| Fees for Services | 175.50 |
| Disbursements and Charges | 130.00 |
| TOTAL DUE FOR THIS MATTER | 305.50 |

# THOMPSON HINE

Page 3                                                                                                 October 25, 2006
Our File No. 444859
Delphi Technologies, Inc.

**DP-303801: Patent: Magnetorheological Fluid Da (Combination of DP-303801, 313204, 314824)**
    OUR FILE NO. 444859.00220

|  |  |
|---|---:|
| Disbursements and Charges | 1,054.40 |
| TOTAL DUE FOR THIS MATTER | 1,054.40 |

**DP-315127: Patent: Method for Managing Recircula Currents in Permanent Magnet Brushless Motor Con (Technical Center/Dayton)**
    OUR FILE NO. 444859.00230

|  |  |
|---|---:|
| Fees for Services | 3,146.00 |
| TOTAL DUE FOR THIS MATTER | 3,146.00 |

**DP-315290: Patent: Latching Device for Electro-M Actuators**
    OUR FILE NO. 444859.00232

|  |  |
|---|---:|
| Fees for Services | 1,480.00 |
| TOTAL DUE FOR THIS MATTER | 1,480.00 |

**DP-315775: Patent: Piston to Seal Configuration Length of a Fixed Seal Master Cylinder**
    OUR FILE NO. 444859.00239

|  |  |
|---|---:|
| Fees for Services | 370.00 |
| TOTAL DUE FOR THIS MATTER | 370.00 |
| TOTAL DUE FOR THIS INVOICE | $ 11,355.70 |

# THOMPSON HINE

Page 4  
Our File No. 444859  
Delphi Technologies, Inc.

October 25, 2006

**DP-309805 Patent PERCOLATION BRAKE FORCE SENSOR**

---

### Professional Service Fees

| Date | Services | Hours | Charges |
|---|---|---|---|
| 09/27/06 | Review status and telephone call to Mr. Thrush. | | |
| | Steven J. Elleman | 0.50 | 157.50 |
| 09/28/06 | Prepare application for filing and file with U.S. Patent and Trademark Office. | | |
| | Steven J. Elleman | 0.80 | 252.00 |
| | Fee for Professional Services | | $409.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|---|---|---|---|
| Steven J. Elleman | 1.30 | 315.00 | 409.50 |

### Disbursements and Charges

| Description | Amount |
|---|---|
| Payee: U.S. Patent and Trademark Office - Filing fee for continuation-in-part application (00110-C1) | 2,700.00 |
| Payee: U.S. Postmaster, Express Mail EV710395576US - delivery to Commissioner for Patents, Alexandria, VA 9/28/06 | 14.40 |
| Photocopy | 0.40 |
| Total Disbursements and Charges | 2,714.80 |

# THOMPSON HINE

Page 5                                                                            October 25, 2006
Our File No. 444859
Delphi Technologies, Inc.

## DP-311939 PATENT: MAGNETORHEOLOGICAL POWERTRAIN MOUNT SYSTEM

### Professional Service Fees

| Date | Services | Hours | Charges |
|---|---|---|---|
| 09/01/06 | Prepare Amendment and Rule 132 Declaration; final Amendment and Rule 132 Declaration filed in USPTO. | | |
| | Douglas E. Erickson | 0.50 | 130.00 |
| | Fee for Professional Services | | $130.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|---|---|---|---|
| Douglas E. Erickson | 0.50 | 260.00 | 130.00 |

# THOMPSON HINE

Page 6  
Our File No. 444859  
Delphi Technologies, Inc.

October 25, 2006

**DP-312209 PATENT: GROUND PATH ISOLATION ON CONTROLLED MONOTUBE STRUT**

## Professional Service Fees

| Date | Services | Hours | Charges |
|---|---|---|---|
| 09/21/06 | Review and docket Office action regarding U.S. Patent Application No. 11/017,557. | | |
| | Julie Waggoner | 0.50 | 60.00 |
| 09/26/06 | Review Advisory Action; review file; telephone discussion with inventor; left phone message with Scott McBain advising on next steps to take as requested by Scott. | | |
| | Douglas E. Erickson | 1.30 | 338.00 |
| | Fee for Professional Services | | $398.00 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|---|---|---|---|
| Douglas E. Erickson | 1.30 | 260.00 | 338.00 |
| Julie Waggoner | 0.50 | 120.00 | 60.00 |

# THOMPSON HINE

Page 7  October 25, 2006
Our File No. 444859
Delphi Technologies, Inc.

**DP-307258 PATENT: DEFORMATION RESISTANCE WELDING OF SHEET METAL, TUBES, AND SIMILAR SHAPES**

## Professional Service Fees

| Date | Services | Hours | Charges |
|---|---|---|---|
| 09/20/06 | Review and docket Office action. | | |
| | Collette S. Crawford | 0.50 | 72.50 |
| | Fee for Professional Services | | $72.50 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|---|---|---|---|
| Collette S. Crawford | 0.50 | 145.00 | 72.50 |

# THOMPSON HINE

Page 8  
Our File No. 444859  
Delphi Technologies, Inc.

October 25, 2006

**DP-313441 Patent: SYSTEM FOR CONTROLLED CORRUPTION J-1850 AUTOMOTIVE SERIAL COMMUNICATION BUSSES**

## Professional Service Fees

| Date | Services | Hours | Charges |
|---|---|---|---|
| 09/27/06 | Review new patent disclosures. | | |
| | Megan D. Dortenzo | 0.50 | 187.50 |
| 09/29/06 | Review additional disclosure materials; conference call with Mr. Anthony and Mr. Brunts regarding disclosure; respond to inquiry from Mr. Anthony regarding invention scope; prepare correspondence to legal regarding provisional filing. | | |
| | Megan D. Dortenzo | 2.00 | 750.00 |
| 09/29/06 | Review of invention disclosure and background information on SAINT-II ECU reprogramming device and ECU unlock key encryption and distribution method - including phone call with inventors regarding same. | | |
| | Troy S. Prince | 1.50 | 277.50 |
| | Fee for Professional Services | | $1,215.00 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|---|---|---|---|
| Megan D. Dortenzo | 2.50 | 375.00 | 937.50 |
| Troy S. Prince | 1.50 | 185.00 | 277.50 |

# THOMPSON HINE

Page 9                                                                October 25, 2006
Our File No. 444859
Delphi Technologies, Inc.

**DP-313975 Patent: LOW FORCE LOSS VACUUM BOOSTER**

---

### Professional Service Fees

| Date | Services | Hours | Charges |
|---|---|---|---|
| 09/21/06 | Review and docket Office action regarding U.S. Patent Application No. 11/214,132. | | |
| | Julie Waggoner | 0.50 | 60.00 |
| | Fee for Professional Services | | $60.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|---|---|---|---|
| Julie Waggoner | 0.50 | 120.00 | 60.00 |

# THOMPSON HINE

Page 10  
Our File No. 444859  
Delphi Technologies, Inc.

October 25, 2006

**DP-314168: Pat. (Combination of DP-314168 & DP-314171) ENHANCEMENT OF FLUX RESPONSE IN ACTUATORS WITH SOLID CORES USING DIRECT FLUX CONTROL AND ADVANCED DRIV**

### Professional Service Fees

| Date | Services | Hours | Charges |
|---|---|---|---|
| 09/05/06 | Prepare and process "Response to Notice to File Missing Parts of Nonprovisional Application" regarding U.S. Patent Application No. 11/451,953 and report same to client.<br>Julie Waggoner | 1.00 | 120.00 |
| 09/05/06 | Review and file Response to Missing Parts Notice.<br>Victor J. Wasylyna | 0.30 | 55.50 |
| | Fee for Professional Services | | $175.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|---|---|---|---|
| Victor J. Wasylyna | 0.30 | 185.00 | 55.50 |
| Julie Waggoner | 1.00 | 120.00 | 120.00 |

### Disbursements and Charges

| Description | Amount |
|---|---|
| Payee: U.S. Patent and Trademark Office - Filing fee for Missing parts, USSN 11/451,953 | 130.00 |
| Total Disbursements and Charges | 130.00 |

# THOMPSON HINE

Page 11                                                                                   October 25, 2006
Our File No. 444859
Delphi Technologies, Inc.

### DP-303801: Patent: Magnetorheological Fluid Damper
### (Combination of DP-303801, 313204, 314824)

#### Professional Service Fees

| Date | Services | Hours | Charges |
|---|---|---|---|
|  | Fee for Professional Services |  | $0.00 |

#### Disbursements and Charges

| Description | Amount |
|---|---|
| Payee:U.S. Patent and Trademark Office - Filing fee for Utility Patent Application and Assignment | 1,040.00 |
| Payee:U.S. Postmaster, Express Mail EV710396435US - delivery to Commissioner for Patents, Alexandria, VA  9/19/06 | 14.40 |
| Total Disbursements and Charges | 1,054.40 |

**THOMPSON HINE**

Page 12  
Our File No. 444859  
Delphi Technologies, Inc.

October 25, 2006

**DP-315127: Patent: Method for Managing Recirculating Currents in Permanent Magnet Brushless Motor Control (Technical Center/Dayton)**

### Professional Service Fees

| Date | Services | Hours | Charges |
|---|---|---|---|
| 09/26/06 | Draft patent application. | | |
| | Douglas E. Erickson | 2.30 | 598.00 |
| 09/26/06 | Draft patent application. | | |
| | Douglas E. Erickson | 2.30 | 598.00 |
| 09/27/06 | Draft patent application. | | |
| | Douglas E. Erickson | 5.50 | 1,430.00 |
| 09/28/06 | Draft patent application. | | |
| | Douglas E. Erickson | 2.00 | 520.00 |
| | Fee for Professional Services | | $3,146.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|---|---|---|---|
| Douglas E. Erickson | 12.10 | 260.00 | 3,146.00 |

# THOMPSON HINE

Page 13                                                                 October 25, 2006
Our File No. 444859
Delphi Technologies, Inc.

**DP-315290: Patent: Latching Device for Electro-Mechanical Actuators**

## Professional Service Fees

| Date | Services | Hours | Charges |
|---|---|---|---|
| 09/13/06 | Review notes relating to invention. | | |
| | Kenneth Lilly | 1.00 | 185.00 |
| 09/18/06 | Conducte a prior art search. | | |
| | Kenneth Lilly | 3.00 | 555.00 |
| 09/27/06 | Review prior art and start to write specification. | | |
| | Kenneth Lilly | 4.00 | 740.00 |
| | Fee for Professional Services | | $1,480.00 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|---|---|---|---|
| Kenneth Lilly | 8.00 | 185.00 | 1,480.00 |

# THOMPSON HINE

Page 14  
Our File No. 444859  
Delphi Technologies, Inc.

October 25, 2006

**DP-315775: Patent: Piston to Seal Configuration for Minimum Length of a Fixed Seal Master Cylinder**

### Professional Service Fees

| Date | Services | Hours | Charges |
|---|---|---|---|
| 09/28/06 | Review record of invention. | | |
| | Victor J. Wasylyna | 1.00 | 185.00 |
| 09/29/06 | Draft provisional application. | | |
| | Victor J. Wasylyna | 1.00 | 185.00 |
| | Fee for Professional Services | | $370.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|---|---|---|---|
| Victor J. Wasylyna | 2.00 | 185.00 | 370.00 |