# THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
|---|---|---|---|
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON, D.C. |

September 28, 2006

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attention: David M. Sherbin, Esq., General Counsel

Latham & Watkins LLP
885 Third Avenue
New York, NY 10004
Attention: Robert J. Rosenberg, Esq., as counsel for The
Official Committee of Unsecured Creditors

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attention: John D. Sheehan, V.P. & Chief
Restructuring Officer

GE Plastics, Americas
9930 Kincey Avenue
Huntersville, NC. 28078
Attention: Valeria Venable, GE Plastics, Americas
Credit Manager

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 200
Chicago, IL 60606
Attention: John William Butler, Jr., Esq.

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Attention: Marissa Wesley, Esq., as counsel for the agent
under the Debtors' post-petition credit facility

The Office of the United States Trustee
 for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY 10004-2112
Attention: Alicia M. Leonhard, U.S. Trustee

Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
Attention: Marlane Melican, Esq., as counsel for the agent
under the Debtors' post-petition credit facility

Joe Sykes
Fee Committee / Delphi Corporation
c/o Legal Cost Control, Inc.
255 Kings Highway East
Haddonfield, NJ 08033

RE:   Thompson Hine LLP Invoices / Delphi Technologies, Inc.

Dear Sir/Madam:

Thompson Hine invoices for the month ending August 31, 2006 are enclosed with this letter. Also enclosed is a
two-page detailed summary of the invoices and amounts that are now due.

Ted.Lienesch@ThompsonHine.com   Phone 937.443.6958   Fax 937.443.6635                    mah  428010.6

THOMPSON HINE LLP                    2000 Courthouse Plaza, N.E.     www.ThompsonHine.com
ATTORNEYS AT LAW                     P.O. Box 8801                    Phone  937.443.6600
                                     Dayton, Ohio 45401-8801          Fax  937.443.6635

# THOMPSON HINE

September 28, 2006
Page 2

Pursuant to the terms of the interim compensation order, Thompson Hine is entitled to receive 80% of fees invoiced and 100% of disbursements and charges. Accordingly, for the month of August, 2006, Thompson Hine is entitled to receive the total sum of $11,150.85, broken down as follows:

| Service dates | Professional fees invoiced | Expenses invoiced | Invoice Total | Professional fees due now (80%) | Expenses due now (100%) | Total due upon receipt of invoice | Holdback Amount (20% of Fees) |
|---|---|---|---|---|---|---|---|
| 8/01/06 – 8/31/06 | $12,456.50 | $ 1,185.65 | $13,642.15 | $ 9,965.20 | $ 1,185.65 | $11,150.85 | $ 2,491.30 |

Very truly yours,

Theodore D. Lienesch

# THOMPSON HINE

September 28, 2006
Page 3

cc:    Michael D. Smith, Esq.
        Haim Zaltzman, Esq.

# THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
| --- | --- | --- | --- |
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON, D.C. |

September 28, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P. O. Box 5052
Troy, MI 48007-5052

Invoice Ref: Delphi Technologies, Inc.

Federal I.D. No. 34-0575300

---

### *Summary of professional services rendered by Thompson Hine LLP*
### *for the period 8/1/06 – 8/31/06 (invoice detail attached)*

| | |
| --- | --- |
| Fees for Professional Services | $12,456.50 |
| Disbursements and Charges | $ 1,185.65 |
| Total Fees, Disbursements and Charges invoiced | $13,642.15 |

### *Amount due upon receipt of attached invoices (per Retention order)*

| | |
| --- | --- |
| Fees for Professional Services (80%) | $ 9,965.20 |
| Disbursements and Charges (100%) | $ 1,185.65 |
| ***Total Fees, Disbursements and Charges due*** | ***$11,150.85*** |

\*    The holdback amount (20% of the professional fees billed for this period) of $2,491.30 will be due upon Court approval of Thompson Hine's Fee Application.

---

Ted.Lienesch@ThompsonHine.com  Phone 937.443.6958  Fax 937.443.6635                    mah  443078.3

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone 937.443.6600
Fax 937.443.6635

## SUMMARY OF INVOICES FOR PERIOD (ITEMIZED BY THOMPSON HINE MATTER #)

| TH matter # | Service dates | Invoice No. | Professional fees invoiced | Expenses invoiced | Total invoiced |
|---|---|---|---|---|---|
| 00110 | 08/01/06 - 08/31/06 | 2178336 | $3,307.50 | $14.05 | $3,321.55 |
| 00148 | 08/01/06 - 08/31/06 | 2178343 | $2,236.50 | $16.60 | $2,253.10 |
| 00153 | 08/01-06 - 08/31/06 | 2178346 | $72.50 | $0.00 | $72.50 |
| 00154 | 08/01/06 - 08/31/06 | 2178347 | $1,320.50 | $0.00 | $1,320.50 |
| 00158 | 08/01/06 - 08/31/06 | 2178348 | $1,372.50 | $0.00 | $1,372.50 |
| 00184 | 08/01/06 - 08/31/06 | 2178349 | $148.00 | $3.60 | $151.60 |
| 00186 | 08/01/06 - 08/31/06 | 2178356 | $675.00 | $0.00 | $675.00 |
| 00200 | 08/01/06 - 08/31/06 | 2178358 | $92.50 | $0.00 | $92.50 |
| 00203 | 08/01/06 - 08/31/06 | 2178361 | $555.00 | $0.00 | $555.00 |
| 00209 | 08/01/06 - 08/31/06 | 2178362 | $1,110.00 | $0.00 | $1,110.00 |
| 00211 | 08/01/06 - 08/31/06 | 2178364 | $0.00 | $14.40 | $14.40 |
| 00221 | 08/01/06 - 08/31/06 | 2178366 | $185.00 | $1,007.00 | $1,192.00 |
| 00222 | 08/01/06 - 08/31/06 | 2178368 | $216.00 | $130.00 | $346.00 |
| 00226 | 08/01/06 - 08/31/06 | 2178369 | $370.00 | $0.00 | $370.00 |
| 00231 | 08/01/06 - 08/31/06 | 2178397 | $425.50 | $0.00 | $425.50 |
| 00232 | 08/01/06 - 08/31/06 | 2178398 | $185.00 | $0.00 | $185.00 |
| 00235 | 08/01/06 - 08/31/06 | 2178399 | $92.50 | $0.00 | $92.50 |
| 00237 | 08/01/06 - 08/31/06 | 2178400 | $92.50 | $0.00 | $92.50 |
| | | | | | |
| Total Amount Invoiced | | | $12,456.50 | $1,185.65 | $13,642.15 |

# THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
| --- | --- | --- | --- |
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON, D.C. |

September 28, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI  48007-5052

Invoice No. 2178336
Our File No. 444859.00110

**DP-309805 Patent PERCOLATION BRAKE FORCE SENSOR**

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 08/31/06:*

| | | |
| --- | --- | --- |
| Fees for Professional Services | $ | 3,307.50 |
| Disbursements and Charges | $ | 14.05 |
| Total Fees, Disbursements and Charges | $ | 3,321.55 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 3,321.55 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone  937.443.6600
Fax  937.443.6635

## THOMPSON HINE

Our File No. 444859.00110
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 08/07/06 | Prepare Amendment After Final; telephone conference with Mr. Thrush; telephone call to Examiner; prepare draft continuation-in-part application. | | |
| | Steven J. Elleman | 2.50 | 787.50 |
| 08/09/06 | Continue drafting Amendment and file with USPTO; prepare reporting correspondence. | | |
| | Steven J. Elleman | 0.50 | 157.50 |
| 08/14/06 | Begin drafting continuation. | | |
| | Steven J. Elleman | 0.50 | 157.50 |
| 08/15/06 | Continue drafting continuation-in-part application and claims. | | |
| | Steven J. Elleman | 2.00 | 630.00 |
| 08/16/06 | Continue drafting continuation-in-part application and claims. | | |
| | Steven J. Elleman | 2.00 | 630.00 |
| 08/21/06 | Telephone conference with Mr. Thrush; continue drafting continuation application. | | |
| | Steven J. Elleman | 2.00 | 630.00 |
| 08/22/06 | Continue drafting application; prepare correspondence. | | |
| | Steven J. Elleman | 1.00 | 315.00 |
| | Fee for Professional Services | | $3,307.50 |

### Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Steven J. Elleman | 10.50 | 315.00 | 3,307.50 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Photocopy | 6.00 |
| Telephone | 8.05 |



# THOMPSON HINE

ATLANTA        CINCINNATI        COLUMBUS        NEW YORK

BRUSSELS        CLEVELAND        DAYTON        WASHINGTON, D.C.

September 28, 2006

Delphi Technologies, Inc.                    Invoice No. 2178343
Legal Staff-M/C 480-410-202                  Our File No. 444859.00148
P.O. Box 5052
Troy, MI 48007-5052

**DP-311073 PATENT A NEW FAMILY OF**          Federal I.D. No. 34-0575300
**CONTROLLED BRAKE HYDRAULIC SYSTEMS**
**USING BRAKE RESPONSE VALVE (BRV)**

*For professional services rendered for your account through 08/31/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 2,236.50 |
| Disbursements and Charges | $ | 16.60 |
| Total Fees, Disbursements and Charges | $ | 2,253.10 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 2,253.10 |

THOMPSON HINE LLP              2000 Courthouse Plaza, N.E.        www.ThompsonHine.com
ATTORNEYS AT LAW              P.O. Box 8801                      Phone  937.443.6600
                             Dayton, Ohio 45401-8801            Fax  937.443.6635

THOMPSON
HINE

Page 2                                                                                     September 28, 2006
Our File No. 444859.00148
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 08/02/06 | Prepare for and telephone conference with examiner; prepare draft amendment. | | |
| | Steven J. Elleman | 2.20 | 693.00 |
| 08/03/06 | Continue drafting amendment and arguments. | | |
| | Steven J. Elleman | 1.50 | 472.50 |
| 08/08/06 | Telephone conference with Mr. Reuter; review Soga reference and revise amendment. | | |
| | Steven J. Elleman | 1.80 | 567.00 |
| 08/09/06 | U.S. - Continue drafting amendment and file with USPTO. | | |
| | Steven J. Elleman | 1.30 | 409.50 |
| 08/24/06 | Review interview summary and prepare correspondence. | | |
| | Steven J. Elleman | 0.30 | 94.50 |
| | Fee for Professional Services | | $2,236.50 |

### Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Steven J. Elleman | 7.10 | 315.00 | 2,236.50 |

### Disbursements and Charges

| Date | Description | Amount |
|------|-------------|--------|
| | Photocopy | 16.60 |

# THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON, D.C. |

September 28, 2006

Delphi Technologies, Inc.                    Invoice No. 2178346
Legal Staff-M/C 480-410-202                  Our File No. 444859.00153
P.O. Box 5052
Troy, MI  48007-5052

**DP-311926 PATENT:  LOW COST MASTER**          Federal I.D. No. 34-0575300
**CYLINDER HOUSING DESIGN CONCEPTS**

---

*For professional services rendered for your account through 08/31/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 72.50 |
| Total Fees, Disbursements and Charges | $ | 72.50 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 72.50 |

THOMPSON HINE LLP          2000 Courthouse Plaza, N.E.          www.ThompsonHine.com
ATTORNEYS AT LAW          P.O. Box 8801          Phone  937.443.6600
                          Dayton, Ohio 45401-8801          Fax  937.443.6635

# THOMPSON HINE

Page 2                                                                    September 28, 2006
Our File No. 444859.00153
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 08/22/06 | Review and docket Office action. | | |
| | Collette S. Crawford | 0.50 | 72.50 |
| | Fee for Professional Services | | $72.50 |

### Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Collette S. Crawford | 0.50 | 145.00 | 72.50 |

# THOMPSON HINE

ATLANTA          CINCINNATI          COLUMBUS          NEW YORK
BRUSSELS          CLEVELAND          DAYTON          WASHINGTON, D.C.

September 28, 2006

Delphi Technologies, Inc.                    Invoice No. 2178347
Legal Staff-M/C 480-410-202                  Our File No. 444859.00154
P.O. Box 5052
Troy, MI  48007-5052

**DP-311939 PATENT:**                        Federal I.D. No. 34-0575300
**MAGNETORHEOLOGICAL POWERTRAIN**
**MOUNT SYSTEM**

---

*For professional services rendered for your account through 08/31/06:*

Fees for Professional Services               $          1,320.50

Total Fees, Disbursements and Charges        $          1,320.50

**TOTAL DUE FOR THIS INVOICE**               $          1,320.50

---

# THOMPSON HINE

Page 2                                                            September 28, 2006
Our File No. 444859.00154
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 08/15/06 | Review and docket final Office action. | | |
| | Collette S. Crawford | 0.50 | 72.50 |
| 08/23/06 | Draft Amendment and two Rule 132 Declarations. | | |
| | Douglas E. Erickson | 2.30 | 598.00 |
| 08/24/06 | Telephone interview with inventor; draft amendment and Rule 132 Declaration. | | |
| | Douglas E. Erickson | 2.50 | 650.00 |
| | Fee for Professional Services | | $1,320.50 |

### Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 4.80 | 260.00 | 1,248.00 |
| Collette S. Crawford | 0.50 | 145.00 | 72.50 |

# THOMPSON HINE

ATLANTA     CINCINNATI     COLUMBUS     NEW YORK
BRUSSELS     CLEVELAND     DAYTON     WASHINGTON, D.C.

September 28, 2006

Delphi Technologies, Inc.                     Invoice No. 2178348
Legal Staff-M/C 480-410-202                   Our File No. 444859.00158
P.O. Box 5052
Troy, MI 48007-5052

**DP-312209 PATENT: GROUND PATH**          Federal I.D. No. 34-0575300
**ISOLATION ON CONTROLLED MONOTUBE**
**STRUT**

*For professional services rendered for your account through 08/31/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 1,372.50 |
| Total Fees, Disbursements and Charges | $ | 1,372.50 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 1,372.50 |

# THOMPSON HINE

Page 2                                                          September 28, 2006
Our File No. 444859.00158
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 08/15/06 | Review and docket final Office action. | | |
| | Collette S. Crawford | 0.50 | 72.50 |
| 08/21/06 | Draft amendment. | | |
| | Douglas E. Erickson | 2.30 | 598.00 |
| 08/22/06 | Draft amendment; final amendment filed in USPTO. | | |
| | Douglas E. Erickson | 2.70 | 702.00 |
| | Fee for Professional Services | | $1,372.50 |

### Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 5.00 | 260.00 | 1,300.00 |
| Collette S. Crawford | 0.50 | 145.00 | 72.50 |

# THOMPSON HINE

ATLANTA        CINCINNATI        COLUMBUS        NEW YORK
BRUSSELS        CLEVELAND        DAYTON        WASHINGTON, D.C.

September 28, 2006

Delphi Technologies, Inc.                    Invoice No. 2178349
Legal Staff-M/C 480-410-202                  Our File No. 444859.00184
P.O. Box 5052
Troy, MI 48007-5052

**DP-313419 Patent:  MONOLITHIC CHIP**        Federal I.D. No. 34-0575300
**COOLING SYSTEM**

*For professional services rendered for your account through 08/31/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 148.00 |
| Disbursements and Charges | $ | 3.60 |
| Total Fees, Disbursements and Charges | $ | 151.60 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 151.60 |

# THOMPSON HINE

Page 2                                                                September 28, 2006
Our File No. 444859.00184
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 08/11/06 | Draft foreign filing claims and abstract. | | |
| | Victor J. Wasylyna | 0.80 | 148.00 |
| | Fee for Professional Services | | $148.00 |

### Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 0.80 | 185.00 | 148.00 |

### Disbursements and Charges

| Date | Description | Amount |
|------|-------------|--------|
| | Photocopy | 3.60 |

# THOMPSON HINE

ATLANTA        CINCINNATI        COLUMBUS        NEW YORK

BRUSSELS        CLEVELAND        DAYTON        WASHINGTON, D.C.

September 28, 2006

Delphi Technologies, Inc.                    Invoice No. 2178356
Legal Staff-M/C 480-410-202                  Our File No. 444859.00186
P.O. Box 5052
Troy, MI  48007-5052


**DP-313441 Patent:  SYSTEM FOR CONTROLLED**    Federal I.D. No. 34-0575300
**CORRUPTION J-1850 AUTOMOTIVE SERIAL**
**COMMUNICATION BUSSES**

---

*For professional services rendered for your account through 08/31/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 675.00 |
| Total Fees, Disbursements and Charges | $ | 675.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 675.00 |

THOMPSON
HINE
_____

Page 2                                                             September 28, 2006
Our File No. 444859.00186
Delphi Technologies, Inc.


### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 08/02/06 | Telephone call from R. Brunts regarding invention disclosure and updates to new design. | | |
| | Megan D. Dortenzo | 1.30 | 487.50 |
| 08/23/06 | Review PPT of new disclosure from inventor. | | |
| | Megan D. Dortenzo | 0.50 | 187.50 |
| | Fee for Professional Services | | $675.00 |


### Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Megan D. Dortenzo | 1.80 | 375.00 | 675.00 |

# THOMPSON HINE

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK
BRUSSELS    CLEVELAND    DAYTON    WASHINGTON. D.C.

September 28, 2006

Delphi Technologies, Inc.                    Invoice No. 2178358
Legal Staff-M/C 480-410-202                  Our File No. 444859.00200
P.O. Box 5052
Troy, MI 48007-5052

**DP-313805 Patent ANGULAR RATE SENSOR TO**    Federal I.D. No. 34-0575300
**MEASURE WHEEL VELOCITY**

*For professional services rendered for your account through 08/31/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 92.50 |
| Total Fees, Disbursements and Charges | $ | 92.50 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 92.50 |

# THOMPSON HINE

Page 2                                                                September 28, 2006
Our File No. 444859.00200
Delphi Technologies, Inc.


## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 08/02/06 | Draft foreign filing claims and abstract. | | |
| | Victor J. Wasylyna | 0.50 | 92.50 |
| | Fee for Professional Services | | $92.50 |


## Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 0.50 | 185.00 | 92.50 |

# THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
|---|---|---|---|
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON, D.C. |

September 28, 2006

Delphi Technologies, Inc.                        Invoice No. 2178361
Legal Staff-M/C 480-410-202                Our File No. 444859.00203
P.O. Box 5052
Troy, MI 48007-5052

**DP-314168: Pat. (Combination of DP-314168 & DP-**    Federal I.D. No. 34-0575300
**314171) ENHANCEMENT OF FLUX RESPONSE**
**IN ACTUATORS WITH SOLID CORES USING**
**DIRECT FLUX CONTROL AND ADVANCED**
**DRIV**

---

*For professional services rendered for your account through 08/31/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 555.00 |
| Total Fees, Disbursements and Charges | $ | 555.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 555.00 |

THOMPSON
HINE

Page 2                                                                    September 28, 2006
Our File No. 444859.00203
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 08/24/06 | Draft and file preliminary amendment; telephone conference with Mr. Nehl. | | |
| | Victor J. Wasylyna | 3.00 | 555.00 |
| | Fee for Professional Services | | $555.00 |

### Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 3.00 | 185.00 | 555.00 |

# THOMPSON HINE

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK
BRUSSELS    CLEVELAND    DAYTON    WASHINGTON, D.C.

September 28, 2006

Delphi Technologies, Inc.                    Invoice No. 2178362
Legal Staff-M/C 480-410-202                  Our File No. 444859.00209
P.O. Box 5052
Troy, MI  48007-5052

**DP-314543: Patent: A NEW DESIGN CONCEPT**    Federal I.D. No. 34-0575300
**FOR DAMPING FORCE AMPLIFICATION BY A**
**SLAVE MR DAMPER**

*For professional services rendered for your account through 08/31/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 1,110.00 |
| Total Fees, Disbursements and Charges | $ | 1,110.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 1,110.00 |

# THOMPSON HINE

Page 2                                                                    September 28, 2006
Our File No. 444859.00209
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 08/01/06 | Review patent search results; telephone conference with Mr. Kruckemeyer. | | |
| | Victor J. Wasylyna | 2.50 | 462.50 |
| 08/02/06 | Review U.S. Patent No. 5,956,951. | | |
| | Victor J. Wasylyna | 1.50 | 277.50 |
| 08/17/06 | Review U.S. Patent No. 5,956,951; telephone conference with Mr. Kruckemeyer. | | |
| | Victor J. Wasylyna | 2.00 | 370.00 |
| | Fee for Professional Services | | $1,110.00 |

### Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 6.00 | 185.00 | 1,110.00 |

# THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON, D.C. |

September 28, 2006

Delphi Technologies, Inc.                          Invoice No. 2178364
Legal Staff-M/C 480-410-202                        Our File No. 444859.00211
P.O. Box 5052
Troy, MI  48007-5052

**DP-312943: Patent: ELECTRIC CALIPER**        Federal I.D. No. 34-0575300
**POSITION CONTROL WITH ADAPTIVE**
**ESTIMATION**

*For professional services rendered for your account through 08/31/06:*

| | |
|---|---|
| Disbursements and Charges | $          14.40 |
| Total Fees, Disbursements and Charges | $          14.40 |
| **TOTAL DUE FOR THIS INVOICE** | $          14.40 |

# THOMPSON HINE

Page 2                                                                September 28, 2006
Our File No. 444859.00211
Delphi Technologies, Inc.

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
|      | Fee for Professional Services |  | $0.00 |

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Payee:U.S. Postmaster, Express Mail EV709283440US - delivery to Commissioner for Patents, Alexandria, VA 8/14/06 | 14.40 |

# THOMPSON HINE

ATLANTA          CINCINNATI          COLUMBUS          NEW YORK

BRUSSELS          CLEVELAND          DAYTON          WASHINGTON, D.C.

September 28, 2006

Delphi Technologies, Inc.                    Invoice No. 2178366
Legal Staff-M/C 480-410-202                  Our File No. 444859.00221
P.O. Box 5052
Troy, MI  48007-5052


**DP-314706:  Patent:  Position Sensor System With**     Federal I.D. No. 34-0575300
**Magnetically Anisotropic Flux Guide**

---

*For professional services rendered for your account through 08/31/06:*

| | | |
|---|---|---:|
| Fees for Professional Services | $ | 185.00 |
| Disbursements and Charges | $ | 1,007.00 |
| Total Fees, Disbursements and Charges | $ | 1,192.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 1,192.00 |

---

# THOMPSON HINE

Page 2                                                                      September 28, 2006
Our File No. 444859.00221
Delphi Technologies, Inc.


## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 08/04/06 | Revise application per Mr. Kode's feedback; draft foreign filing claims and abstract. | | |
| | Victor J. Wasylyna | 1.00 | 185.00 |
| | Fee for Professional Services | | $185.00 |


## Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 1.00 | 185.00 | 185.00 |


## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Payee:U.S. Patent and Trademark Office - Filing fee for Utility patent application | 1,000.00 |
| Photocopy | 7.00 |

# THOMPSON HINE

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK

BRUSSELS    CLEVELAND    DAYTON    WASHINGTON, D.C.

September 28, 2006

Delphi Technologies, Inc.                    Invoice No. 2178368
Legal Staff-M/C 480-410-202                  Our File No. 444859.00222
P.O. Box 5052
Troy, MI  48007-5052

**DP-314859: Patent: A Robust Control System for**    Federal I.D. No. 34-0575300
**Electromechanical Brakes Using Adaptive**
**Parameter Identification and No Force Sensors**

*For professional services rendered for your account through 08/31/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 216.00 |
| Disbursements and Charges | $ | 130.00 |
| Total Fees, Disbursements and Charges | $ | 346.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 346.00 |

THOMPSON
HINE

Page 2                                                                                September 28, 2006
Our File No. 444859.00222
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 08/07/06 | Review file regarding U.S. Patent Application No. 11/447,708; prepare Declaration and Power of Attorney; prepare correspondence to inventor. | | |
| | Julie Waggoner | 0.80 | 96.00 |
| 08/29/06 | Prepare and process the Response to Notice to File Missing Parts of Nonprovisional Application regarding U.S. Patent Application No. 11/447,708 and report same to client. | | |
| | Julie Waggoner | 1.00 | 120.00 |
| | Fee for Professional Services | | $216.00 |

### Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Julie Waggoner | 1.80 | 120.00 | 216.00 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Payee:U.S. Patent and Trademark Office - Filing fee for Missing Parts 11/447,708 | 130.00 |

# THOMPSON HINE

ATLANTA      CINCINNATI      COLUMBUS      NEW YORK
BRUSSELS      CLEVELAND      DAYTON      WASHINGTON, D.C.

September 28, 2006

Delphi Technologies, Inc.                    Invoice No. 2178369
Legal Staff-M/C 480-410-202                  Our File No. 444859.00226
P.O. Box 5052
Troy, MI  48007-5052

**DP-314588: Patent: EXTREME EMERGENCY**      Federal I.D. No. 34-0575300
**BRAKING ARCHITECTURES FOR BRAKE-BY-**
**WIRE SYSTEMS**

---

*For professional services rendered for your account through 08/31/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 370.00 |
| Total Fees, Disbursements and Charges | $ | 370.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 370.00 |

---

THOMPSON
HINE

Page 2                                                                September 28, 2006
Our File No. 444859.00226
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 08/02/06 | Review document providing additional disclosure. | | |
| | Victor J. Wasylyna | 1.00 | 185.00 |
| 08/07/06 | Review additional disclosure submitted by inventor. | | |
| | Victor J. Wasylyna | 1.00 | 185.00 |
| | Fee for Professional Services | | $370.00 |

### Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 2.00 | 185.00 | 370.00 |



# THOMPSON HINE

ATLANTA        CINCINNATI        COLUMBUS        NEW YORK
BRUSSELS        CLEVELAND        DAYTON        WASHINGTON, D.C.

September 28, 2006

Delphi Technologies, Inc.                    Invoice No. 2178397
Legal Staff-M/C 480-410-202                  Our File No. 444859.00231
P.O. Box 5052
Troy, MI  48007-5052

**DP-315128: Patent: Low-Cost Method of Vehicle**        Federal I.D. No. 34-0575300
**Pre-Crash Detection (Energy and Chassis)**

*For professional services rendered for your account through 08/31/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 425.50 |
| Total Fees, Disbursements and Charges | $ | 425.50 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 425.50 |

THOMPSON HINE LLP          2000 Courthouse Plaza, N.E.     www.ThompsonHine.com
ATTORNEYS AT LAW           P.O. Box 8801                   Phone  937.443.6600
                           Dayton, Ohio 45401-8801         Fax  937.443.6635

# THOMPSON HINE

Page 2                                                                                September 28, 2006
Our File No. 444859.00231
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 08/03/06 | Telephone conference with Mr. Littlejohn. | | |
| | Victor J. Wasylyna | 0.50 | 92.50 |
| 08/09/06 | Review record of invention. | | |
| | Victor J. Wasylyna | 1.80 | 333.00 |
| | Fee for Professional Services | | $425.50 |

### Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 2.30 | 185.00 | 425.50 |

# THOMPSON HINE

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK
BRUSSELS    CLEVELAND    DAYTON    WASHINGTON, D.C.

September 28, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI  48007-5052

Invoice No. 2178398
Our File No. 444859.00232

**DP-315290: Patent: Latching Device for Electro-Mechanical Actuators**

Federal I.D. No. 34-0575300

*For professional services rendered for your account through 08/31/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 185.00 |
| Total Fees, Disbursements and Charges | $ | 185.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 185.00 |

# THOMPSON HINE

Page 2                                                                September 28, 2006
Our File No. 444859.00232
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 08/08/06 | Read Record of Invention. | | |
| | Kenneth Lilly | 1.00 | 185.00 |
| | Fee for Professional Services | | $185.00 |

### Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Kenneth Lilly | 1.00 | 185.00 | 185.00 |



**THOMPSON HINE**    ATLANTA        CINCINNATI        COLUMBUS        NEW YORK
                     BRUSSELS        CLEVELAND        DAYTON        WASHINGTON, D.C.

September 28, 2006

Delphi Technologies, Inc.                    Invoice No. 2178399
Legal Staff-M/C 480-410-202                  Our File No. 444859.00235
P.O. Box 5052
Troy, MI  48007-5052

**DP-315329: Patent: Variable Force Rate Booster via**    Federal I.D. No. 34-0575300
**Controlled Displacement on Air Valve (Combining**
**DP-315329, DP-315330, DP-315332 and DP-315404)**

*For professional services rendered for your account through 08/31/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 92.50 |
| Total Fees, Disbursements and Charges | $ | 92.50 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 92.50 |

THOMPSON HINE LLP            2000 Courthouse Plaza, N.E.     www.ThompsonHine.com
ATTORNEYS AT LAW             P.O. Box 8801                   Phone  937.443.6600
                            Dayton, Ohio 45401-8801          Fax  937.443.6635

# THOMPSON HINE

Page 2                                                          September 28, 2006
Our File No. 444859.00235
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 08/07/06 | Review Record of Invention; confirm disclosure status. | | |
| | Victor J. Wasylyna | 0.50 | 92.50 |
| | Fee for Professional Services | | $92.50 |

### Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 0.50 | 185.00 | 92.50 |

# THOMPSON HINE

ATLANTA        CINCINNATI        COLUMBUS        NEW YORK
BRUSSELS        .        CLEVELAND        DAYTON        WASHINGTON, D.C.

September 28, 2006

Delphi Technologies, Inc.                    Invoice No. 2178400
Legal Staff-M/C 480-410-202                  Our File No. 444859.00237
P.O. Box 5052
Troy, MI  48007-5052

**DP-314858: Patent: Coilless Strain Sensor and**      Federal I.D. No. 34-0575300
**Electronic Circuit Designed to Measure Its Low**
**Inductance**

*For professional services rendered for your account through 08/31/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 92.50 |
| Total Fees, Disbursements and Charges | $ | 92.50 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 92.50 |

THOMPSON HINE LLP          2000 Courthouse Plaza, N.E.      www.ThompsonHine.com
ATTORNEYS AT LAW           P.O. Box 8801                    Phone  937.443.6600
                           Dayton, Ohio 45401-8801          Fax  937.443.6635

# THOMPSON HINE

Page 2                                                        September 28, 2006
Our File No. 444859.00237
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 08/07/06 | Review Record of Invention; confirm disclosure status. | | |
| | Victor J. Wasylyna | 0.50 | 92.50 |
| | Fee for Professional Services | | $92.50 |

### Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 0.50 | 185.00 | 92.50 |