# THOMPSON HINE

ATLANTA · CINCINNATI    COLUMBUS    NEW YORK
BRUSSELS    CLEVELAND    DAYTON    WASHINGTON, D.C.

August 31, 2006

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attention: David M. Sherbin, Esq., General Counsel

Latham & Watkins LLP
885 Third Avenue
New York, NY 10004
Attention: Robert J. Rosenberg, Esq., as counsel for The Official Committee of Unsecured Creditors

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attention: John D. Sheehan, V.P. & Chief Restructuring Officer

GE Plastics, Americas
9930 Kincey Avenue
Huntersville, NC. 28078
Attention: Valeria Venable, GE Plastics, Americas Credit Manager

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 200
Chicago, IL 60606
Attention: John William Butler, Jr., Esq.

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Attention: Marissa Wesley, Esq., as counsel for the agent under the Debtors' post-petition credit facility

The Office of the United States Trustee
  for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY 10004-2112
Attention: Alicia M. Leonhard, U.S. Trustee

Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
Attention: Marlane Melican, Esq., as counsel for the agent under the Debtors' post-petition credit facility

Joe Sykes
Fee Committee / Delphi Corporation
c/o Legal Cost Control, Inc.
255 Kings Highway East
Haddonfield, NJ 08033

RE:   Thompson Hine LLP Invoices / Delphi Technologies, Inc.

Dear Sir/Madam:

Thompson Hine invoices for the month ending July 31, 2006 are enclosed with this letter.  Also enclosed is a two-page detailed summary of the invoices and amounts that are now due.

Ted.Lienesch@ThompsonHine.com   Phone 937.443.6958   Fax 937.443.6635                     mah  428010.5

THOMPSON HINE LLP                2000 Courthouse Plaza, N.E.     www.ThompsonHine.com
ATTORNEYS AT LAW                 P.O. Box 8801                   Phone  937.443.6600
                                 Dayton, Ohio 45401-8801         Fax  937.443.6635

# THOMPSON HINE

August 31, 2006
Page 2

Pursuant to the terms of the interim compensation order, Thompson Hine is entitled to receive 80% of fees invoiced and 100% of disbursements and charges. Accordingly, for the month of July, 2006, Thompson Hine is entitled to receive the total sum of $14,399.70, broken down as follows:

| Service dates | Professional fees invoiced | Expenses invoiced | Invoice Total | Professional fees due now (80%) | Expenses due now (100%) | Total due upon receipt of invoice | Holdback Amount (20% of Fees) |
|---|---|---|---|---|---|---|---|
| 7/01/06 – 7/31/06 | $12,354.75 | $ 4,515.90 | $16,870.65 | $ 9,883.80 | $ 4,515.90 | $14,399.70 | $2,470.95 |

Very truly yours,

Theodore D. Liehesch

# THOMPSON
# HINE

August 31, 2006
Page 3

cc:    Michael D. Smith, Esq.
       Haim Zaltzman, Esq.

| **SUMMARY OF INVOICES FOR PERIOD (ITEMIZED BY THOMPSON HINE MATTER #)** | | | | | |
|---|---|---|---|---|---|
| *TH matter #* | *Service dates* | *Invoice No.* | *Professional fees invoiced* | *Expenses invoiced* | *Total invoiced* |
| 00110 | 07/01/06 - 07/31/06 | 2172353 | $387.50 | $0.00 | $387.50 |
| 00148 | 07/01/06 - 07/31/06 | 2172354 | $1,181.25 | $0.00 | $1,181.25 |
| 00199 | 07/01/06 - 07/31/06 | 2172355 | $130.00 | $1,101.80 | $1,231.80 |
| 00200 | 07/01/06 - 07/31/06 | 2172356 | $92.50 | $1,043.40 | $1,135.90 |
| 00203 | 07/01/06 - 07/31/06 | 2172357 | $84.00 | $0.00 | $84.00 |
| 00208 | 07/01/06 - 07/31/06 | 2172358 | $2,602.50 | $396.30 | $2,998.80 |
| 00209 | 07/01/06 - 07/31/06 | 2172359 | $462.50 | $0.00 | $462.50 |
| 00213 | 07/01/06 - 07/31/06 | 2172360 | $55.50 | $0.00 | $55.50 |
| 00220 | 07/01/06 - 07/31/06 | 2172361 | $468.00 | $0.00 | $468.00 |
| 00221 | 07/01/06 - 07/31/06 | 2172362 | $2,775.00 | $0.00 | $2,775.00 |
| 00223 | 07/01/06 - 07/31/06 | 2172363 | $2,460.50 | $1,044.20 | $3,504.70 |
| 00226 | 07/01/06 - 07/31/06 | 2172364 | $240.50 | $0.00 | $240.50 |
| 00227 | 07/01/06 - 07/31/06 | 2172365 | $562.50 | $930.20 | $1,492.70 |
| 00229 | 07/01/06 - 07/31/06 | 2172366 | $112.50 | $0.00 | $112.50 |
| 00231 | 07/01/06 - 07/31/06 | 2172367 | $740.00 | $0.00 | $740.00 |
| | | | | | |
| | *Total Amount Invoiced* | | *$12,354.75* | *$4,515.90* | *$16,870.65* |
| | | | | | |

# THOMPSON HINE

ATLANTA          CINCINNATI          COLUMBUS          NEW YORK

BRUSSELS          CLEVELAND          DAYTON          WASHINGTON, D.C.

August 31, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P. O. Box 5052
Troy, MI 48007-5052

Invoice Ref:  Delphi Technologies, Inc.

Federal I.D. No. 34-0575300

---

### *Summary of professional services rendered by Thompson Hine LLP*
### *for the period 7/1/06 – 7/31/06 (invoice detail attached)*

| | |
|---|---|
| Fees for Professional Services | $12,354.75 |
| Disbursements and Charges | $ 4,515.90 |
| Total Fees, Disbursements and Charges invoiced | $16,870.65 |

### *Amount due upon receipt of attached invoices (per Retention order)*

| | |
|---|---|
| Fees for Professional Services (80%) | $ 9,883.80 |
| Disbursements and Charges (100%) | $ 4,515.90 |
| ***Total Fees, Disbursements and Charges due*** | ***$14,399.70*** |

\*   The holdback amount (20% of the professional fees billed for this period) of $2,470.95 will be due
upon Court approval of Thompson Hine's Fee Application.

---

Ted.Lienesch@ThompsonHine.com   Phone 937.443.6958   Fax 937.443.6635          mah  443078.21

THOMPSON HINE LLP          2000 Courthouse Plaza, N.E.          www.ThompsonHine.com
ATTORNEYS AT LAW          P.O. Box 8801          Phone  937.443.6600
                         Dayton, Ohio 45401-8801          Fax  937.443.6635

# THOMPSON HINE

ATLANTA        CINCINNATI        COLUMBUS        NEW YORK
BRUSSELS        CLEVELAND        DAYTON        WASHINGTON, D.C.

August 29, 2006

Delphi Technologies, Inc.                    Invoice No. 2172353
Legal Staff-M/C 480-410-202                  Our File No. 444859.00110
P.O. Box 5052
Troy, MI  48007-5052

**DP-309805 Patent PERCOLATION BRAKE**        Federal I.D. No. 34-0575300
**FORCE SENSOR**

---

*For professional services rendered for your account through 07/31/06:*

Fees for Professional Services                    $          387.50

Total Fees, Disbursements and Charges             $          387.50

**TOTAL DUE FOR THIS INVOICE**                    $          387.50

# THOMPSON HINE

Page 2
Our File No. 444859.00110
Delphi Technologies, Inc.

August 29, 2006

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 07/13/06 | Review and docket final Office action. | | |
| | Collette S. Crawford | 0.50 | 72.50 |
| 07/18/06 | Review Office action and cited art; prepare correspondence. | | |
| | Steven J. Elleman | 1.00 | 315.00 |
| | Fee for Professional Services | | $387.50 |

### Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Steven J. Elleman | 1.00 | 315.00 | 315.00 |
| Collette S. Crawford | 0.50 | 145.00 | 72.50 |

# THOMPSON HINE

ATLANTA          CINCINNATI          COLUMBUS          NEW YORK
BRUSSELS          CLEVELAND          DAYTON          WASHINGTON, D.C.

August 29, 2006

Delphi Technologies, Inc.                    Invoice No. 2172354
Legal Staff-M/C 480-410-202                  Our File No. 444859.00148
P.O. Box 5052
Troy, MI 48007-5052

**DP-311073 PATENT A NEW FAMILY OF**          Federal I.D. No. 34-0575300
**CONTROLLED BRAKE HYDRAULIC SYSTEMS**
**USING BRAKE RESPONSE VALVE (BRV)**

---

*For professional services rendered for your account through 07/31/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 1,181.25 |
| Total Fees, Disbursements and Charges | $ | 1,181.25 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 1,181.25 |

---

# THOMPSON HINE

Page 2
Our File No. 444859.00148
Delphi Technologies, Inc.

August 29, 2006

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 07/07/06 | Continue to review Office action and cited references; prepare correspondence. | | |
| | Steven J. Elleman | 1.25 | 393.75 |
| 07/10/06 | Telephone conference with Mr. Reuter. | | |
| | Steven J. Elleman | 0.50 | 157.50 |
| 07/18/06 | Telephone call to Mr. Reuter; review prior art and prepare for telephone conference with Examiner. | | |
| | Steven J. Elleman | 2.00 | 630.00 |
| | Fee for Professional Services | | $1,181.25 |

### Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Steven J. Elleman | 3.75 | 315.00 | 1,181.25 |

# THOMPSON HINE

ATLANTA        CINCINNATI        COLUMBUS        NEW YORK
BRUSSELS        CLEVELAND        DAYTON        WASHINGTON, D.C.

August 29, 2006

Delphi Technologies, Inc.                    Invoice No. 2172355
Legal Staff-M/C 480-410-202                  Our File No. 444859.00199
P.O. Box 5052
Troy, MI  48007-5052

**DP-313613 Patent TORQUE/FORCE OBSERVER**    Federal I.D. No. 34-0575300
**FOR**
**ELECTROMECHANICAL/ELECTROHYDRAULI**
**C ACTUATION**

*For professional services rendered for your account through 07/31/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 130.00 |
| Disbursements and Charges | $ | 1,101.80 |
| Total Fees, Disbursements and Charges | $ | 1,231.80 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 1,231.80 |

# THOMPSON HINE

Page 2                                                                                          August 29, 2006
Our File No. 444859.00199
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 07/06/06 | Prepare patent application. | | |
| | Douglas E. Erickson | 0.25 | 65.00 |
| 07/20/06 | Prepare patent application; file patent application in USPTO. | | |
| | Douglas E. Erickson | 0.25 | 65.00 |
| | Fee for Professional Services | | $130.00 |

### Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 0.50 | 260.00 | 130.00 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Payee:U.S. Patent and Trademark Office - Filing fee for non-provisional utility patent application | 1,040.00 |
| Payee:U.S. Postmaster, Express Mail EV710396072US - delivery to Commissioner for Patents, Alexandria, VA 7/20/06 | 14.40 |
| Photocopy | 47.40 |

# THOMPSON HINE

ATLANTA       CINCINNATI       COLUMBUS       NEW YORK
BRUSSELS       CLEVELAND       DAYTON       WASHINGTON, D.C.

August 29, 2006

Delphi Technologies, Inc.                     Invoice No. 2172356
Legal Staff-M/C 480-410-202                   Our File No. 444859.00200
P.O. Box 5052
Troy, MI 48007-5052


**DP-313805 Patent ANGULAR RATE SENSOR TO**       Federal I.D. No. 34-0575300
**MEASURE WHEEL VELOCITY**

---

*For professional services rendered for your account through 07/31/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 92.50 |
| Disbursements and Charges | $ | 1,043.40 |
| Total Fees, Disbursements and Charges | $ | 1,135.90 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 1,135.90 |

---

# THOMPSON HINE

Page 2
Our File No. 444859.00200
Delphi Technologies, Inc.

August 29, 2006

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 07/19/06 | Review formal drawing; review application; prepare application for filing. | | |
| | Victor J. Wasylyna | 0.50 | 92.50 |
| | Fee for Professional Services | | $92.50 |

## Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 0.50 | 185.00 | 92.50 |

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Payee:U.S. Patent and Trademark Office - Filing fee for Utility Patent Application for System and Method for Measuring Relative Wheel Velocity | 1,000.00 |
| Payee:U.S. Postmaster, Express Mail EV709283569US - delivery to Commissioner for Patents, Alexandria, VA 7/25/06 | 14.40 |
| Photocopy | 29.00 |

# THOMPSON HINE

ATLANTA      CINCINNATI      COLUMBUS      NEW YORK

BRUSSELS      CLEVELAND      DAYTON      WASHINGTON, D.C.

August 29, 2006

Delphi Technologies, Inc.                    Invoice No. 2172357
Legal Staff-M/C 480-410-202                  Our File No. 444859.00203
P.O. Box 5052
Troy, MI  48007-5052

**DP-314168:  Pat. (Combination of DP-314168 & DP-**     Federal I.D. No. 34-0575300
**314171) ENHANCEMENT OF FLUX RESPONSE**
**IN ACTUATORS WITH SOLID CORES USING**
**DIRECT FLUX CONTROL AND ADVANCED**
**DRIV**

---

*For professional services rendered for your account through 07/31/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 84.00 |
| Total Fees, Disbursements and Charges | $ | 84.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 84.00 |

# THOMPSON HINE

Page 2                                                                                    August 29, 2006
Our File No. 444859.00203
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 07/28/06 | Prepare Declaration and Power of Attorney regarding U.S. Patent Application No. 11/451,953; prepare correspondence to inventor; review file. | | |
| | Julie Waggoner | 0.70 | 84.00 |
| | Fee for Professional Services | | $84.00 |

### Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Julie Waggoner | 0.70 | 120.00 | 84.00 |

# THOMPSON HINE

ATLANTA          CINCINNATI          COLUMBUS          NEW YORK
BRUSSELS          CLEVELAND          DAYTON          WASHINGTON, D.C.

August 29, 2006

Delphi Technologies, Inc.                    Invoice No. 2172358
Legal Staff-M/C 480-410-202                  Our File No. 444859.00208
P.O. Box 5052
Troy, MI  48007-5052

**Delphi Bankruptcy Matters**                Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 07/31/06:*

| | | |
|---|---|---:|
| Fees for Professional Services | $ | 2,602.50 |
| Disbursements and Charges | $ | 396.30 |
| Total Fees, Disbursements and Charges | $ | 2,998.80 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 2,998.80 |

---

THOMPSON HINE LLP          2000 Courthouse Plaza, N.E.     www.ThompsonHine.com
ATTORNEYS AT LAW           P.O. Box 8801                   Phone  937.443.6600
                           Dayton, Ohio 45401-8801         Fax  937.443.6635

# THOMPSON HINE

Page 2
Our File No. 444859.00208
Delphi Technologies, Inc.

August 29, 2006

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 07/26/06 | Prepare fee submittals. | | |
| | Theodore D. Lienesch | 2.00 | 750.00 |
| 07/27/06 | Prepare budget. | | |
| | Theodore D. Lienesch | 0.50 | 187.50 |
| 07/28/06 | Finalize fee application. | | |
| | Lawrence T. Burick | 0.50 | 165.00 |
| 07/28/06 | Prepare fee statement, budget. | | |
| | Theodore D. Lienesch | 4.00 | 1,500.00 |
| | Fee for Professional Services | | $2,602.50 |

## Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Lawrence T. Burick | 0.50 | 330.00 | 165.00 |
| Theodore D. Lienesch | 6.50 | 375.00 | 2,437.50 |

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Photocopy | 396.30 |

# THOMPSON HINE

ATLANTA          CINCINNATI          COLUMBUS          NEW YORK
BRUSSELS          CLEVELAND          DAYTON          WASHINGTON, D.C.

August 29, 2006

Delphi Technologies, Inc.                         Invoice No. 2172359
Legal Staff-M/C 480-410-202                        Our File No. 444859.00209
P.O. Box 5052
Troy, MI 48007-5052

**DP-314543: Patent: A NEW DESIGN CONCEPT**          Federal I.D. No. 34-0575300
**FOR DAMPING FORCE AMPLIFICATION BY A**
**SLAVE MR DAMPER**

---

*For professional services rendered for your account through 07/31/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 462.50 |
| Total Fees, Disbursements and Charges | $ | 462.50 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 462.50 |

---

THOMPSON HINE LLP           2000 Courthouse Plaza, N.E.      www.ThompsonHine.com
ATTORNEYS AT LAW            P.O. Box 8801                    Phone 937.443.6600
                           Dayton, Ohio 45401-8801          Fax 937.443.6635

# THOMPSON HINE

Page 2                                                                    August 29, 2006
Our File No. 444859.00209
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|---|---|---|---|
| 07/29/06 | Draft patent application. | | |
| | Victor J. Wasylyna | 2.50 | 462.50 |
| | Fee for Professional Services | | $462.50 |

### Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|---|---|---|---|
| Victor J. Wasylyna | 2.50 | 185.00 | 462.50 |

# THOMPSON HINE

ATLANTA        CINCINNATI        COLUMBUS        NEW YORK
BRUSSELS        CLEVELAND        DAYTON        WASHINGTON, D.C.

August 29, 2006

Delphi Technologies, Inc.                    Invoice No. 2172360
Legal Staff-M/C 480-410-202                  Our File No. 444859.00213
P.O. Box 5052
Troy, MI  48007-5052

**DP-314346: Patent: PIEZOELECTRIC**        Federal I.D. No. 34-0575300
**COMPOSITE BRAKE PEDAL FEEL EMULATOR**

---

*For professional services rendered for your account through 07/31/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 55.50 |
| Total Fees, Disbursements and Charges | $ | 55.50 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 55.50 |

# THOMPSON HINE

Page 2                                                                                        August 29, 2006
Our File No. 444859.00213
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 07/27/06 | Review formal drawings. | | |
| | Victor J. Wasylyna | 0.30 | 55.50 |
| | Fee for Professional Services | | $55.50 |

### Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 0.30 | 185.00 | 55.50 |

# THOMPSON HINE

ATLANTA          CINCINNATI          COLUMBUS          NEW YORK
BRUSSELS          CLEVELAND          DAYTON          WASHINGTON, D.C.

August 30, 2006

Delphi Technologies, Inc.                    Invoice No. 2172361
Legal Staff-M/C 480-410-202                  Our File No. 444859.00220
P.O. Box 5052
Troy, MI  48007-5052

**DP-303801:  Patent:  Magnetorheological Fluid**          Federal I.D. No. 34-0575300
**Damper (Combination of DP-303801, 313204,**
**314824)**

*For professional services rendered for your account through 07/31/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 468.00 |
| Total Fees, Disbursements and Charges | $ | 468.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 468.00 |

# THOMPSON HINE

Page 2                                                                                      August 30, 2006
Our File No. 444859.00220
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 07/05/06 | Prepare patent application; securing Delphi and non-Delphi domestic and foreign inventor signatures. | | |
| | Douglas E. Erickson | 1.00 | 260.00 |
| 07/13/06 | Prepare patent application; securing Delphi and non-Delphi domestic and foreign inventor signatures. | | |
| | Douglas E. Erickson | 0.30 | 78.00 |
| 07/27/06 | Prepare patent application; securing Delphi and non-Delphi domestic and foreign inventor signatures. | | |
| | Douglas E. Erickson | 0.50 | 130.00 |
| | Fee for Professional Services | | $468.00 |

### Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 1.80 | 260.00 | 468.00 |

# THOMPSON HINE

ATLANTA      CINCINNATI      COLUMBUS      NEW YORK
BRUSSELS      CLEVELAND      DAYTON      WASHINGTON, D.C.

August 29, 2006

Delphi Technologies, Inc.                         Invoice No. 2172362
Legal Staff-M/C 480-410-202                       Our File No. 444859.00221
P.O. Box 5052
Troy, MI  48007-5052

**DP-314706:  Patent:  Position Sensor System With**      Federal I.D. No. 34-0575300
**Magnetically Anisotropic Flux Guide**

---

*For professional services rendered for your account through 07/31/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 2,775.00 |
| Total Fees, Disbursements and Charges | $ | 2,775.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 2,775.00 |

---

# THOMPSON HINE

Page 2
Our File No. 444859.00221
Delphi Technologies, Inc.

August 29, 2006

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 07/03/06 | Draft application. | | |
| | Victor J. Wasylyna | 2.00 | 370.00 |
| 07/04/06 | Draft application. | | |
| | Victor J. Wasylyna | 2.00 | 370.00 |
| 07/05/06 | Draft application. | | |
| | Victor J. Wasylyna | 0.50 | 92.50 |
| 07/14/06 | Draft application. | | |
| | Victor J. Wasylyna | 1.50 | 277.50 |
| 07/18/06 | Draft application. | | |
| | Victor J. Wasylyna | 3.00 | 555.00 |
| 07/28/06 | Draft application. | | |
| | Victor J. Wasylyna | 6.00 | 1,110.00 |
| | Fee for Professional Services | | $2,775.00 |

### Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 15.00 | 185.00 | 2,775.00 |

# THOMPSON HINE

ATLANTA     CINCINNATI     COLUMBUS     NEW YORK
BRUSSELS     CLEVELAND     DAYTON     WASHINGTON, D.C.

August 29, 2006

Delphi Technologies, Inc.                         Invoice No. 2172363
Legal Staff-M/C 480-410-202                       Our File No. 444859.00223
P.O. Box 5052
Troy, MI  48007-5052

**DP-314929: Patent: Estimation and Compensation**   Federal I.D. No. 34-0575300
**of Lateral Disturbances Using Controlled Steering**
**and Brake Systems**

*For professional services rendered for your account through 07/31/06:*

| | | |
|---|---|---:|
| Fees for Professional Services | $ | 2,460.50 |
| Disbursements and Charges | $ | 1,044.20 |
| Total Fees, Disbursements and Charges | $ | 3,504.70 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 3,504.70 |

# THOMPSON HINE

Page 2
Our File No. 444859.00223
Delphi Technologies, Inc.

August 29, 2006

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 07/03/06 | Draft application. | | |
| | Victor J. Wasylyna | 3.00 | 555.00 |
| 07/04/06 | Draft application. | | |
| | Victor J. Wasylyna | 1.00 | 185.00 |
| 07/05/06 | Draft application. | | |
| | Victor J. Wasylyna | 6.00 | 1,110.00 |
| 07/11/06 | Telephone conference with Mr. Hoc. | | |
| | Victor J. Wasylyna | 0.50 | 92.50 |
| 07/12/06 | Revise application. | | |
| | Victor J. Wasylyna | 2.00 | 370.00 |
| 07/14/06 | Revise and file application. | | |
| | Victor J. Wasylyna | 0.80 | 148.00 |
| | Fee for Professional Services | | $2,460.50 |

## Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 13.30 | 185.00 | 2,460.50 |

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Payee:U.S. Patent and Trademark Office - fee for filing utility application | 1,000.00 |
| Payee:U.S. Postmaster, Express Mail EV710395695US - delivery to Commissioner for Patents, Alexandria, VA 7/14/06 | 14.40 |
| Photocopy | 29.80 |

# THOMPSON HINE

ATLANTA          CINCINNATI          COLUMBUS          NEW YORK

BRUSSELS          CLEVELAND          DAYTON          WASHINGTON, D.C.

August 29, 2006

Delphi Technologies, Inc.                    Invoice No. 2172364
Legal Staff-M/C 480-410-202                  Our File No. 444859.00226
P.O. Box 5052
Troy, MI  48007-5052

**DP-314588: Patent: EXTREME EMERGENCY**    Federal I.D. No. 34-0575300
**BRAKING ARCHITECTURES FOR BRAKE-BY-**
**WIRE SYSTEMS**

*For professional services rendered for your account through 07/31/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 240.50 |
| Total Fees, Disbursements and Charges | $ | 240.50 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 240.50 |

# THOMPSON HINE

Page 2                                                                                          August 29, 2006
Our File No. 444859.00226
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 07/19/06 | Review/revise application; telephone conference with Mr. Disser. | | |
| | Victor J. Wasylyna | 0.50 | 92.50 |
| 07/25/06 | Telephone conference with Mr. Disser. | | |
| | Victor J. Wasylyna | 0.80 | 148.00 |
| | Fee for Professional Services | | $240.50 |

### Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 1.30 | 185.00 | 240.50 |

# THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON, D.C. |

August 30, 2006

Delphi Technologies, Inc.                    Invoice No. 2172365
Legal Staff-M/C 480-410-202                  Our File No. 444859.00227
P.O. Box 5052
Troy, MI  48007-5052

**DP-314928: Patent: ADAPTIVE MANEUVER**          Federal I.D. No. 34-0575300
**BASED DIAGNOSTICS FOR VEHICLE**
**DYNAMICS**

*For professional services rendered for your account through 07/31/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 562.50 |
| Disbursements and Charges | $ | 930.20 |
| Total Fees, Disbursements and Charges | $ | 1,492.70 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 1,492.70 |

# Thompson Hine

Page 2                                                                    August 30, 2006
Our File No. 444859.00227
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 07/06/06 | Response to Notice to File Missing Parts of Non-Provisional Application. | | |
| | Kenneth Lilly | 0.50 | 92.50 |
| 07/10/06 | Review amended drawings from Mr. Kaesemeyer. | | |
| | Kenneth Lilly | 0.50 | 92.50 |
| 07/14/06 | Complete formal drawings with Mr. Kaesemeyer and respond to USPTO's Notice to File Missing Parts for Non-Provisional Application 11/415,543. | | |
| | Kenneth Lilly | 1.00 | 185.00 |
| 07/17/06 | Prepare and file Response to Notice to File Missing Parts of Nonprovisional Application regarding U.S. Patent Application No. 11/415,543; report same to client. | | |
| | Julie Waggoner | 1.00 | 120.00 |
| 07/28/06 | Review of recorded Assignment and report to client. | | |
| | Collette S. Crawford | 0.50 | 72.50 |
| | Fee for Professional Services | | $562.50 |

### Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Collette S. Crawford | 0.50 | 145.00 | 72.50 |
| Julie Waggoner | 1.00 | 120.00 | 120.00 |
| Kenneth Lilly | 2.00 | 185.00 | 370.00 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Payee:U.S. Patent & Trademark Office - Recordation of Assignment, USSN 11/415,543 | 40.00 |
| Payee:Dave Kaesemeyer dba DAKATEC Patent Drafting Formal patent drawings | 865.00 |
| Photocopy | 25.20 |

# THOMPSON HINE

ATLANTA        CINCINNATI        COLUMBUS        NEW YORK
BRUSSELS        CLEVELAND        DAYTON        WASHINGTON, D.C.

August 30, 2006

Delphi Technologies, Inc.                     Invoice No. 2172366
Legal Staff-M/C 480-410-202                   Our File No. 444859.00229
P.O. Box 5052
Troy, MI  48007-5052

**DP-315034: Patent: Internal Brake Caliper (IBC)**     Federal I.D. No. 34-0575300
**for Maximum Torque and Stiffness (Delphi**
**Automotive Systems)**

---

*For professional services rendered for your account through 07/31/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 112.50 |
| Total Fees, Disbursements and Charges | $ | 112.50 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 112.50 |

---

# THOMPSON HINE

Page 2
Our File No. 444859.00229
Delphi Technologies, Inc.

August 30, 2006

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 07/07/06 | Prepare application. | | |
| | Theodore D. Lienesch | 0.30 | 112.50 |
| | Fee for Professional Services | | $112.50 |

## Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Theodore D. Lienesch | 0.30 | 375.00 | 112.50 |

# THOMPSON HINE

ATLANTA        CINCINNATI        COLUMBUS        NEW YORK
BRUSSELS        CLEVELAND        DAYTON        WASHINGTON, D.C.

August 29, 2006

Delphi Technologies, Inc.                    Invoice No. 2172367
Legal Staff-M/C 480-410-202                  Our File No. 444859.00231
P.O. Box 5052
Troy, MI 48007-5052

**DP-315128: Patent: Low-Cost Method of Vehicle**        Federal I.D. No. 34-0575300
**Pre-Crash Detection (Energy and Chassis)**

---

*For professional services rendered for your account through 07/31/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 740.00 |
| Total Fees, Disbursements and Charges | $ | 740.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 740.00 |

## THOMPSON HINE

Page 2
Our File No. 444859.00231
Delphi Technologies, Inc.

August 29, 2006

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 07/28/06 | Review record of invention; patent search. | | |
| | Victor J. Wasylyna | 2.00 | 370.00 |
| 07/29/06 | Review record of invention. | | |
| | Victor J. Wasylyna | 2.00 | 370.00 |
| | Fee for Professional Services | | $740.00 |

### Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 4.00 | 185.00 | 740.00 |