# THOMPSON HINE

ATLANTA   CINCINNATI   COLUMBUS   NEW YORK
BRUSSELS   CLEVELAND   DAYTON   WASHINGTON, D.C.

July 31, 2006

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attention: David M. Sherbin, Esq., General Counsel

Latham & Watkins LLP
885 Third Avenue
New York, NY 10004
Attention: Robert J. Rosenberg, Esq., as counsel for The
Official Committee of Unsecured Creditors

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attention: John D. Sheehan, V.P. & Chief
Restructuring Officer

GE Plastics, Americas
9930 Kincey Avenue
Huntersville, NC. 28078
Attention: Valeria Venable, GE Plastics, Americas
Credit Manager

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 200
Chicago, IL 60606
Attention: John William Butler, Jr., Esq.

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Attention: Marissa Wesley, Esq., as counsel for the agent
under the Debtors' post-petition credit facility

The Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY 10004-2112
Attention: Alicia M. Leonhard, U.S. Trustee

Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
Attention: Marlane Melican, Esq., as counsel for the agent
under the Debtors' post-petition credit facility

Joe Sykes
Fee Committee / Delphi Corporation
c/o Legal Cost Control, Inc.
255 Kings Highway East
Haddonfield, NJ 08033

RE:   Thompson Hine LLP Invoices / Delphi Technologies, Inc.

Dear Sir/Madam:

Thompson Hine invoices for the month ending June 30, 2006 are enclosed with this letter. Also enclosed is a two-page detailed summary of the invoices and amounts that are now due.

Ted.Lienesch@ThompsonHine.com   Phone 937.443.6958   Fax 937.443.6635                    mah   428010.4

# THOMPSON HINE

July 31, 2006
Page 2

Pursuant to the terms of the interim compensation order, Thompson Hine is entitled to receive 80% of fees invoiced and 100% of disbursements and charges.  Accordingly, for the month of June, 2006, Thompson Hine is entitled to receive the total sum of $23,518.25, broken down as follows:

| Service dates | Professional fees invoiced | Expenses invoiced | Invoice Total | Professional fees due now (80%) | Expenses due now (100%) | Total due upon receipt of invoice | Holdback Amount (20% of Fees) |
|---|---|---|---|---|---|---|---|
| 06/01/06 - 06/30/06 | $22,943.50 | 5,163.45 | $28,106.95 | $18,354.80 | $5,163.45 | $23,518.25 | $4,588.70 |

Very truly yours,


Theodore D. Lienesch

# THOMPSON HINE

July 31, 2006
Page 3

cc:    Michael D. Smith, Esq.
       Haim Zaltzman, Esq.

# THOMPSON
# HINE

July 31, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P. O. Box 5052
Troy, MI 48007-5052

Invoice Ref:  Delphi Technologies, Inc.

Federal I.D. No. 34-0575300

---

*Summary of professional services rendered by Thompson Hine LLP*
*for the period 6/1/06 through 6/30/06 (invoice detail attached)*

| | |
|---|---|
| Fees for Professional Services | $22,943.50 |
| Disbursements and Charges | $ 5,163.45 |
| Total Fees, Disbursements and Charges invoiced | $28,106.95 |

*Amount due upon receipt of attached invoices (per Retention order)*

| | |
|---|---|
| Fees for Professional Services (80%) | $18,354.80 |
| Disbursements and Charges (100%) | $ 5,163.45 |
| **Total Fees, Disbursements and Charges due** | **$23,518.25** |

\*    The holdback amount (20% of the professional fees billed for this period) of $4,588.70 will be due upon Court approval of Thompson Hine's Fee Application.

## SUMMARY OF INVOICES FOR PERIOD (ITEMIZED BY THOMPSON HINE MATTER #)

| TH matter # | Service dates | Invoice No. | Professional fees invoiced | Expenses invoiced | Total invoiced |
|---|---|---|---|---|---|
| 00129 | 06/01/06 - 06/30/06 | 2168409 | $407.00 | $6.60 | $413.60 |
| 00148 | 06/01/06 - 06/30/06 | 2168413 | $765.50 | $0.00 | $765.50 |
| 00169 | 06/01/06 - 06/30/06 | 2168414 | $868.50 | $204.20 | $1,072.70 |
| 00199 | 06/01/06 - 06/30/06 | 2168417 | $6,708.00 | $0.00 | $6,708.00 |
| 00200 | 06/01/06 - 06/30/06 | 2168419 | $148.00 | $0.00 | $148.00 |
| 00203 | 06/01/06 - 06/30/06 | 2168420 | $277.50 | $1,089.20 | $1,366.70 |
| 00204 | 06/01/06 - 06/30/06 | 2168421 | $198.00 | $0.00 | $198.00 |
| 00208 | 06/01/06 - 06/30/06 | 2168422 | $187.50 | $106.00 | $293.50 |
| 00209 | 06/01/06 - 06/30/06 | 2168423 | $0.00 | $762.76 | $762.76 |
| 00212 | 06/01/06 - 06/30/06 | 2168425 | $277.50 | $0.00 | $277.50 |
| 00213 | 06/01/06 - 06/30/06 | 2168429 | $2,460.50 | $1,044.60 | $3,505.10 |
| 00220 | 06/01/06 - 06/30/06 | 2168431 | $858.00 | $12.20 | $870.20 |
| 00221 | 06/01/06 - 06/30/06 | 2168432 | $888.00 | $0.00 | $888.00 |
| 00222 | 06/01/06 - 06/30/06 | 2168433 | $740.00 | $1,151.40 | $1,891.40 |
| 00223 | 06/01/06 - 06/30/06 | 2168434 | $3,515.00 | $0.00 | $3,515.00 |
| 00226 | 06/01/06 - 06/30/06 | 2168436 | $3,052.50 | $0.00 | $3,052.50 |
| 00227 | 06/01/06 - 06/30/06 | 2168438 | $84.00 | $130.00 | $214.00 |
| 00230 | 06/01/06 - 06/30/06 | 2168441 | $1,508.00 | $656.49 | $2,164.49 |
| | **Total Amount Invoiced** | | **$22,943.50** | **$5,163.45** | **$28,106.95** |

# THOMPSON HINE

ATLANTA          CINCINNATI          COLUMBUS          NEW YORK

BRUSSELS          CLEVELAND          DAYTON          WASHINGTON, D.C.

July 28, 2006

Delphi Technologies, Inc.                    Invoice No. 2168409
Legal Staff-M/C 480-410-202                  Our File No. 444859.00129
P.O. Box 5052
Troy, MI  48007-5052

**DP-310948 Patent COMPACT ABS FOR**         Federal I.D. No. 34-0575300
**MOTORCYCLES AND POWERSPORTS**

*For professional services rendered for your account through 06/30/06:*

| | | |
|---|---|---:|
| Fees for Professional Services | $ | 407.00 |
| Disbursements and Charges | $ | 6.60 |
| Total Fees, Disbursements and Charges | $ | 413.60 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 413.60 |

# Thompson Hine

Page 2                                                                                          July 28, 2006
Our File No. 444859.00129
Delphi Technologies, Inc.

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 06/02/06 | Review file history; review cited art; prepare response to Office action. | | |
| | Victor J. Wasylyna | 2.20 | 407.00 |
| | Fee for Professional Services | | $407.00 |

## Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 2.20 | 185.00 | 407.00 |

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Photocopy | 6.60 |

# THOMPSON HINE

ATLANTA        CINCINNATI        COLUMBUS        NEW YORK
BRUSSELS        CLEVELAND        DAYTON        WASHINGTON, D.C.

July 28, 2006

Delphi Technologies, Inc.                    Invoice No. 2168413
Legal Staff-M/C 480-410-202                  Our File No. 444859.00148
P.O. Box 5052
Troy, MI  48007-5052

**DP-311073 PATENT A NEW FAMILY OF**          Federal I.D. No. 34-0575300
**CONTROLLED BRAKE HYDRAULIC SYSTEMS**
**USING BRAKE RESPONSE VALVE (BRV)**

*For professional services rendered for your account through 06/30/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 765.50 |
| Total Fees, Disbursements and Charges | $ | 765.50 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 765.50 |

THOMPSON HINE LLP            2000 Courthouse Plaza, N.E.      www.ThompsonHine.com
ATTORNEYS AT LAW             P.O. Box 8801                    Phone  937.443.6600
                            Dayton, Ohio 45401-8801          Fax  937.443.6635

# THOMPSON HINE

Page 2
Our File No. 444859.00148
Delphi Technologies, Inc.

July 28, 2006

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 06/05/06 | Review and docket Office action. | | |
| | Collette S. Crawford | 0.50 | 72.50 |
| 06/29/06 | Review Office action and cited art. | | |
| | Steven J. Elleman | 0.70 | 220.50 |
| 06/30/06 | Continue to review Office action and claims; outline response strategy. | | |
| | Steven J. Elleman | 1.50 | 472.50 |
| | Fee for Professional Services | | $765.50 |

### Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Steven J. Elleman | 2.20 | 315.00 | 693.00 |
| Collette S. Crawford | 0.50 | 145.00 | 72.50 |

# THOMPSON HINE

ATLANTA          CINCINNATI          COLUMBUS          NEW YORK

BRUSSELS          CLEVELAND          DAYTON          WASHINGTON, D.C.

July 28, 2006

Delphi Technologies, Inc.                          Invoice No. 2168414
Legal Staff-M/C 480-410-202                        Our File No. 444859.00169
P.O. Box 5052
Troy, MI  48007-5052

**DP-308295 PATENT:  VIBRATION FORCE**          Federal I.D. No. 34-0575300
**SWITCH**

---

*For professional services rendered for your account through 06/30/06:*

| | | |
|---|---|---:|
| Fees for Professional Services | $ | 868.50 |
| Disbursements and Charges | $ | 204.20 |
| Total Fees, Disbursements and Charges | $ | 1,072.70 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 1,072.70 |

THOMPSON
HINE

Page 2                                                                                                          July 28, 2006
Our File No. 444859.00169
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 06/20/06 | Prepare Supplemental Information Disclosure Statement for filing with the USPTO. | | |
| | Ann M. Ison | 0.30 | 36.00 |
| 06/20/06 | Prepare response to Office action. | | |
| | Victor J. Wasylyna | 1.50 | 277.50 |
| 06/21/06 | Prepare response to Office action. | | |
| | Victor J. Wasylyna | 3.00 | 555.00 |
| | Fee for Professional Services | | $868.50 |

### Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 4.50 | 185.00 | 832.50 |
| Ann M. Ison | 0.30 | 120.00 | 36.00 |

### Disbursements and Charges

| Date | Description | Amount |
|------|-------------|--------|
| 06/22/06 | Payee:U.S. Patent and Trademark Office - US 11,047,390 - Filing fee for Supplemental Information Disclosure Statement | 180.00 |
| | Photocopy | 12.20 |
| | Patent Download | 12.00 |

# THOMPSON HINE

ATLANTA        CINCINNATI        COLUMBUS        NEW YORK
BRUSSELS        CLEVELAND        DAYTON        WASHINGTON, D.C.

July 28, 2006

Delphi Technologies, Inc.                    Invoice No. 2168417
Legal Staff-M/C 480-410-202                  Our File No. 444859.00199
P.O. Box 5052
Troy, MI  48007-5052

**DP-313613 Patent TORQUE/FORCE OBSERVER**    Federal I.D. No. 34-0575300
**FOR**
**ELECTROMECHANICAL/ELECTROHYDRAULI**
**C ACTUATION**

---

*For professional services rendered for your account through 06/30/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 6,708.00 |
| Total Fees, Disbursements and Charges | $ | 6,708.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 6,708.00 |

# THOMPSON HINE

Page 2
Our File No. 444859.00199
Delphi Technologies, Inc.

July 28, 2006

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 06/01/06 | Patentability study. | | |
| | Douglas E. Erickson | 6.50 | 1,690.00 |
| 06/05/06 | Patentability study; telephone conference with inventor with respect to 2 prior art patents emailed to the inventor; patentability study completed. | | |
| | Douglas E. Erickson | 0.50 | 130.00 |
| 06/05/06 | Draft non-provisional application. | | |
| | Douglas E. Erickson | 1.00 | 260.00 |
| 06/06/06 | Draft non-provisional application. | | |
| | Douglas E. Erickson | 6.25 | 1,625.00 |
| 06/07/06 | Draft non-provisional patent application. | | |
| | Douglas E. Erickson | 6.50 | 1,690.00 |
| 06/13/06 | Draft patent application. | | |
| | Douglas E. Erickson | 2.75 | 715.00 |
| 06/14/06 | Draft patent application. | | |
| | Douglas E. Erickson | 2.00 | 520.00 |
| 06/15/06 | Prepare patent application. | | |
| | Douglas E. Erickson | 0.30 | 78.00 |
| | Fee for Professional Services | | $6,708.00 |

### Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 25.80 | 260.00 | 6,708.00 |

# THOMPSON HINE

ATLANTA        CINCINNATI        COLUMBUS        NEW YORK

BRUSSELS        CLEVELAND        DAYTON        WASHINGTON, D.C.

July 28, 2006

Delphi Technologies, Inc.                    Invoice No. 2168419
Legal Staff-M/C 480-410-202                  Our File No. 444859.00200
P.O. Box 5052
Troy, MI  48007-5052

**DP-313805 Patent ANGULAR RATE SENSOR TO**    Federal I.D. No. 34-0575300
**MEASURE WHEEL VELOCITY**

*For professional services rendered for your account through 06/30/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 148.00 |
| Total Fees, Disbursements and Charges | $ | 148.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 148.00 |

# THOMPSON HINE

Page 2
Our File No. 444859.00200
Delphi Technologies, Inc.

July 28, 2006

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 06/21/06 | Review and revise application. | | |
| | Victor J. Wasylyna | 0.80 | 148.00 |
| | Fee for Professional Services | | $148.00 |

### Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 0.80 | 185.00 | 148.00 |

# THOMPSON HINE

ATLANTA          CINCINNATI          COLUMBUS          NEW YORK
          BRUSSELS          CLEVELAND          DAYTON          WASHINGTON. D.C.

July 28, 2006

Delphi Technologies, Inc.                          Invoice No. 2168420
Legal Staff-M/C 480-410-202                        Our File No. 444859.00203
P.O. Box 5052
Troy, MI  48007-5052

**DP-314168:  Pat. (Combination of DP-314168 & DP-** Federal I.D. No. 34-0575300
**314171) ENHANCEMENT OF FLUX RESPONSE**
**IN ACTUATORS WITH SOLID CORES USING**
**DIRECT FLUX CONTROL AND ADVANCED**
**DRIV**

---

*For professional services rendered for your account through 06/30/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 277.50 |
| Disbursements and Charges | $ | 1,089.20 |
| Total Fees, Disbursements and Charges | $ | 1,366.70 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 1,366.70 |

---

# THOMPSON HINE

Page 2                                                                                                      July 28, 2006
Our File No. 444859.00203
Delphi Technologies, Inc.

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 06/07/06 | Revise application. | | |
| | Victor J. Wasylyna | 1.00 | 185.00 |
| 06/13/06 | Review and file application. | | |
| | Victor J. Wasylyna | 0.50 | 92.50 |
| | Fee for Professional Services | | $277.50 |

## Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 1.50 | 185.00 | 277.50 |

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Payee:U.S. Patent and Trademark Office - Filing fee for large entity utility patent application with one additional claim | 1,050.00 |
| Payee:U.S. Postmaster, Express Mail EV710394726US - delivery to Commissioner for Patents, Alexandria, VA 6/13/06 | 14.40 |
| Photocopy | 24.80 |

# THOMPSON HINE

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK
BRUSSELS    CLEVELAND    DAYTON    WASHINGTON, D.C.

July 28, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI  48007-5052

Invoice No. 2168421
Our File No. 444859.00204

**DP-314410:  Patent:  FOUR QUADRANT PULSE WIDTH MODULATION CONTROL OF 3 PHASE MOTORS**    Federal I.D. No. 34-0575300

*For professional services rendered for your account through 06/30/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 198.00 |
| Total Fees, Disbursements and Charges | $ | 198.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 198.00 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone  937.443.6600
Fax  937.443.6635

# THOMPSON HINE

Page 2                                                                                            July 28, 2006
Our File No. 444859.00204
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 06/08/06 | Prepare and file response to notice to file corrected application papers regarding U.S. Patent Application No. 11/387,578; prepare transmittal of formal drawings; report same to client. | | |
| | Julie Waggoner | 1.00 | 120.00 |
| 06/08/06 | File response to notice to file corrected application paper including transmittal of formal drawings in USPTO. | | |
| | Douglas E. Erickson | 0.30 | 78.00 |
| | Fee for Professional Services | | $198.00 |

### Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 0.30 | 260.00 | 78.00 |
| Julie Waggoner | 1.00 | 120.00 | 120.00 |

# THOMPSON HINE

ATLANTA        CINCINNATI        COLUMBUS        NEW YORK
BRUSSELS        CLEVELAND        DAYTON        WASHINGTON, D.C.

July 28, 2006

Delphi Technologies, Inc.                    Invoice No. 2168422
Legal Staff-M/C 480-410-202                  Our File No. 444859.00208
P.O. Box 5052
Troy, MI  48007-5052

**Delphi Bankruptcy Matters**               Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 06/30/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 187.50 |
| Disbursements and Charges | $ | 106.00 |
| Total Fees, Disbursements and Charges | $ | 293.50 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 293.50 |

# THOMPSON HINE

Page 2
Our File No. 444859.00208                                                July 28, 2006
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 05/30/06 | File Proof of Claim at SDNY Bankruptcy Court. | | |
| | David Kirchblum | 1.50 | 187.50 |
| | Fee for Professional Services | | $187.50 |

### Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| David Kirchblum | 1.50 | 125.00 | 187.50 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Photocopy | 106.00 |



THOMPSON
HINE

ATLANTA        CINCINNATI        COLUMBUS        NEW YORK
BRUSSELS        CLEVELAND        DAYTON        WASHINGTON, D.C.

July 28, 2006

Delphi Technologies, Inc.                       Invoice No. 2168423
Legal Staff-M/C 480-410-202                     Our File No. 444859.00209
P.O. Box 5052
Troy, MI  48007-5052

**DP-314543: Patent: A NEW DESIGN CONCEPT**     Federal I.D. No. 34-0575300
**FOR DAMPING FORCE AMPLIFICATION BY A**
**SLAVE MR DAMPER**

*For professional services rendered for your account through 06/30/06:*

| | | |
|---|---|---|
| Disbursements and Charges | $ | 762.76 |
| Total Fees, Disbursements and Charges | $ | 762.76 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 762.76 |

# THOMPSON HINE

Page 2                                                                    July 28, 2006
Our File No. 444859.00209
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| | Fee for Professional Services | | $0.00 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Payee:Woolcott & Company  Inc, Invoice No. 2002-04973 - Services regarding conducting a patentability search regarding "Damping Force Amplification Using A Slave Damper" | 754.16 |
| Photocopy | 8.60 |

# THOMPSON HINE

ATLANTA          CINCINNATI          COLUMBUS          NEW YORK
BRUSSELS          CLEVELAND          DAYTON          WASHINGTON, D.C.

July 28, 2006

Delphi Technologies, Inc.                    Invoice No. 2168425
Legal Staff-M/C 480-410-202                  Our File No. 444859.00212
P.O. Box 5052
Troy, MI  48007-5052

**DP-314552: Patent: POWERTRAIN MOUNT**          Federal I.D. No. 34-0575300
**PRESSURIZED BASE PLATE**

---

*For professional services rendered for your account through 06/30/06:*

Fees for Professional Services                    $          277.50

Total Fees, Disbursements and Charges            $          277.50

**TOTAL DUE FOR THIS INVOICE**                    $          277.50

---

THOMPSON
HINE

Page 2                                                                                                July 28, 2006
Our File No. 444859.00212
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 06/07/06 | Review record of invention; review patent search results; telephone conference with Mr. Bodie. | | |
| | Victor J. Wasylyna | 1.50 | 277.50 |
| | Fee for Professional Services | | $277.50 |

### Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 1.50 | 185.00 | 277.50 |

# THOMPSON HINE

ATLANTA          CINCINNATI          COLUMBUS          NEW YORK
BRUSSELS          CLEVELAND          DAYTON          WASHINGTON, D.C.

July 28, 2006

Delphi Technologies, Inc.                    Invoice No. 2168429
Legal Staff-M/C 480-410-202                  Our File No. 444859.00213
P.O. Box 5052
Troy, MI  48007-5052

**DP-314346: Patent: PIEZOELECTRIC**          Federal I.D. No. 34-0575300
**COMPOSITE BRAKE PEDAL FEEL EMULATOR**

---

*For professional services rendered for your account through 06/30/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 2,460.50 |
| Disbursements and Charges | $ | 1,044.60 |
| Total Fees, Disbursements and Charges | $ | 3,505.10 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 3,505.10 |

# THOMPSON HINE

Page 2                                                                                                July 28, 2006
Our File No. 444859.00213
Delphi Technologies, Inc.

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 06/08/06 | Review record of invention; review patent search results; draft patent application. | | |
| | Victor J. Wasylyna | 2.80 | 518.00 |
| 06/12/06 | Telephone conference with Mr. Shaw; review record of invention. | | |
| | Victor J. Wasylyna | 1.00 | 185.00 |
| 06/21/06 | Draft patent application. | | |
| | Victor J. Wasylyna | 2.00 | 370.00 |
| 06/22/06 | Draft application. | | |
| | Victor J. Wasylyna | 5.00 | 925.00 |
| 06/23/06 | Review and revise patent application. | | |
| | Victor J. Wasylyna | 2.50 | 462.50 |
| | Fee for Professional Services | | $2,460.50 |

## Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 13.30 | 185.00 | 2,460.50 |

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Payee:U.S. Patent and Trademark Office - Fiilng fee for utility patent application | 1,000.00 |
| Payee:U.S. Postmaster, Express Mail EV709283590US - delivery to Commissioner for Patents, Alexandria, VA 6/27/06 | 14.40 |
| Photocopy | 30.20 |

# THOMPSON HINE

ATLANTA          CINCINNATI          COLUMBUS          NEW YORK
BRUSSELS          CLEVELAND          DAYTON          WASHINGTON, D.C.

July 28, 2006

Delphi Technologies, Inc.                    Invoice No. 2168431
Legal Staff-M/C 480-410-202                  Our File No. 444859.00220
P.O. Box 5052
Troy, MI  48007-5052

**DP-303801:  Patent:  Magnetorheological Fluid**          Federal I.D. No. 34-0575300
**Damper (Combination of DP-303801, 313204,**
**314824)**

---

*For professional services rendered for your account through 06/30/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 858.00 |
| Disbursements and Charges | $ | 12.20 |
| Total Fees, Disbursements and Charges | $ | 870.20 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 870.20 |

THOMPSON HINE LLP          2000 Courthouse Plaza, N.E.          www.ThompsonHine.com
ATTORNEYS AT LAW          P.O. Box 8801          Phone  937.443.6600
                          Dayton, Ohio 45401-8801          Fax  937.443.6635

# THOMPSON HINE

Page 2                                                                            July 28, 2006
Our File No. 444859.00220
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 06/08/06 | Prepare patent application. | | |
| | Douglas E. Erickson | 2.00 | 520.00 |
| 06/13/06 | Draft patent application. | | |
| | Douglas E. Erickson | 0.80 | 208.00 |
| 06/14/06 | Prepare patent application. | | |
| | Douglas E. Erickson | 0.50 | 130.00 |
| | Fee for Professional Services | | $858.00 |

### Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 3.30 | 260.00 | 858.00 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Photocopy | 12.20 |

# THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
|---|---|---|---|
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON, D.C. |

July 28, 2006

Delphi Technologies, Inc.                          Invoice No. 2168432
Legal Staff-M/C 480-410-202                        Our File No. 444859.00221
P.O. Box 5052
Troy, MI  48007-5052

**DP-314706:  Patent:  Position Sensor System With**      Federal I.D. No. 34-0575300
**Magnetically Anisotropic Flux Guide**

---

*For professional services rendered for your account through 06/30/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 888.00 |
| Total Fees, Disbursements and Charges | $ | 888.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 888.00 |

THOMPSON
HINE

Page 2                                                                                          July 28, 2006
Our File No. 444859.00221
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 06/23/06 | Review record of invention; patent search. | | |
| | Victor J. Wasylyna | 2.50 | 462.50 |
| 06/30/06 | Telephone conference with Mr. Klode; review record of invention; draft application. | | |
| | Victor J. Wasylyna | 2.30 | 425.50 |
| | Fee for Professional Services | | $888.00 |

### Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 4.80 | 185.00 | 888.00 |

# THOMPSON HINE

ATLANTA       CINCINNATI       COLUMBUS       NEW YORK
BRUSSELS       CLEVELAND       DAYTON       WASHINGTON, D.C.

July 28, 2006

Delphi Technologies, Inc.                    Invoice No. 2168433
Legal Staff-M/C 480-410-202                  Our File No. 444859.00222
P.O. Box 5052
Troy, MI  48007-5052

**DP-314859: Patent: A Robust Control System for**       Federal I.D. No. 34-0575300
**Electromechanical Brakes Using Adaptive**
**Parameter Identification and No Force Sensors**

*For professional services rendered for your account through 06/30/06:*

| | | |
|---|---|---:|
| Fees for Professional Services | $ | 740.00 |
| Disbursements and Charges | $ | 1,151.40 |
| Total Fees, Disbursements and Charges | $ | 1,891.40 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 1,891.40 |

THOMPSON
HINE

Page 2                                                                                    July 28, 2006
Our File No. 444859.00222
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 06/02/06 | Revise application. | | |
| | Victor J. Wasylyna | 2.00 | 370.00 |
| 06/05/06 | Revise and file application. | | |
| | Victor J. Wasylyna | 2.00 | 370.00 |
| | Fee for Professional Services | | $740.00 |

### Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 4.00 | 185.00 | 740.00 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Payee:U.S. Patent and Trademark Office - Filing fee for large entity utility patent application with two additional claims | 1,100.00 |
| Payee:U.S. Postmaster, Express Mail EV709283626US - delivery to Commissioner for Patents, Alexandria, VA 6/6/06 | 14.40 |
| Photocopy | 37.00 |

# THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
|---|---|---|---|
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON, D.C. |

July 28, 2006

Delphi Technologies, Inc.                     Invoice No. 2168434
Legal Staff-M/C 480-410-202                   Our File No. 444859.00223
P.O. Box 5052
Troy, MI  48007-5052

**DP-314929: Patent: Estimation and Compensation**     Federal I.D. No. 34-0575300
**of Lateral Disturbances Using Controlled Steering**
**and Brake Systems**

---

*For professional services rendered for your account through 06/30/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 3,515.00 |
| Total Fees, Disbursements and Charges | $ | 3,515.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 3,515.00 |

---

# THOMPSON HINE

Page 2                                                                                                    July 28, 2006
Our File No. 444859.00223
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 05/31/06 | Review record of invention; patent search. | | |
| | Victor J. Wasylyna | 1.00 | 185.00 |
| 06/05/06 | Review record of invention. | | |
| | Victor J. Wasylyna | 1.50 | 277.50 |
| 06/07/06 | Review record of invention; telephone conference with Mr. Hac. | | |
| | Victor J. Wasylyna | 1.50 | 277.50 |
| 06/08/06 | Draft patent application. | | |
| | Victor J. Wasylyna | 6.00 | 1,110.00 |
| 06/10/06 | Draft patent application. | | |
| | Victor J. Wasylyna | 4.00 | 740.00 |
| 06/13/06 | Draft application. | | |
| | Victor J. Wasylyna | 1.00 | 185.00 |
| 06/22/06 | Draft application. | | |
| | Victor J. Wasylyna | 3.00 | 555.00 |
| 06/23/06 | Draft application. | | |
| | Victor J. Wasylyna | 1.00 | 185.00 |
| | Fee for Professional Services | | $3,515.00 |

### Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 19.00 | 185.00 | 3,515.00 |



# THOMPSON HINE

ATLANTA        CINCINNATI        COLUMBUS        NEW YORK
BRUSSELS        CLEVELAND        DAYTON        WASHINGTON, D.C.

July 28, 2006

Delphi Technologies, Inc.                Invoice No. 2168436
Legal Staff-M/C 480-410-202            Our File No. 444859.00226
P.O. Box 5052
Troy, MI  48007-5052

**DP-314588: Patent: EXTREME EMERGENCY**     Federal I.D. No. 34-0575300
**BRAKING ARCHITECTURES FOR BRAKE-BY-**
**WIRE SYSTEMS**

*For professional services rendered for your account through 06/30/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 3,052.50 |
| Total Fees, Disbursements and Charges | $ | 3,052.50 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 3,052.50 |

# THOMPSON HINE

Page 2
Our File No. 444859.00226
Delphi Technologies, Inc.

July 28, 2006

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 06/19/06 | Review record of invention. | | |
| | Victor J. Wasylyna | 1.00 | 185.00 |
| 06/24/06 | Review record of invention. | | |
| | Victor J. Wasylyna | 2.50 | 462.50 |
| 06/27/06 | Review record of invention; patent search; draft application. | | |
| | Victor J. Wasylyna | 3.00 | 555.00 |
| 06/28/06 | Draft application. | | |
| | Victor J. Wasylyna | 7.00 | 1,295.00 |
| 06/29/06 | Draft application; draft foreign filing claims. | | |
| | Victor J. Wasylyna | 3.00 | 555.00 |
| | Fee for Professional Services | | $3,052.50 |

## Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 16.50 | 185.00 | 3,052.50 |

# THOMPSON HINE

ATLANTA          CINCINNATI          COLUMBUS          NEW YORK
BRUSSELS          CLEVELAND          DAYTON          WASHINGTON, D.C.

July 28, 2006

Delphi Technologies, Inc.                    Invoice No. 2168438
Legal Staff-M/C 480-410-202                  Our File No. 444859.00227
P.O. Box 5052
Troy, MI  48007-5052

**DP-314928: Patent: ADAPTIVE MANEUVER**          Federal I.D. No. 34-0575300
**BASED DIAGNOSTICS FOR VEHICLE**
**DYNAMICS**

*For professional services rendered for your account through 06/30/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 84.00 |
| Disbursements and Charges | $ | 130.00 |
| Total Fees, Disbursements and Charges | $ | 214.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 214.00 |

# THOMPSON HINE

Page 2                                                                                          July 28, 2006
Our File No. 444859.00227
Delphi Technologies, Inc.

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 06/28/06 | Review file regarding U.S. Patent Application No. 11/415,543; update docket. | | |
| | Julie Waggoner | 0.20 | 24.00 |
| 06/28/06 | Prepare and process transmittal to the USPTO to record the Assignment of U.S. Patent Application No. 11/415,543. | | |
| | Julie Waggoner | 0.50 | 60.00 |
| | Fee for Professional Services | | $84.00 |

## Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Julie Waggoner | 0.70 | 120.00 | 84.00 |

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Payee:U.S. Patent and Trademark Office - Missing parts, USSN 11/415,543 | 130.00 |



# THOMPSON HINE

ATLANTA          CINCINNATI          COLUMBUS          NEW YORK

BRUSSELS          CLEVELAND          DAYTON          WASHINGTON, D.C.

July 28, 2006

Delphi Technologies, Inc.                          Invoice No. 2168441
Legal Staff-M/C 480-410-202                        Our File No. 444859.00230
P.O. Box 5052
Troy, MI  48007-5052

**DP-315127: Patent: Method for Managing**          Federal I.D. No. 34-0575300
**Recirculating Currents in Permanent Magnet**
**Brushless Motor Control (Technical Center/Dayton)**

*For professional services rendered for your account through 06/30/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 1,508.00 |
| Disbursements and Charges | $ | 656.49 |
| Total Fees, Disbursements and Charges | $ | 2,164.49 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 2,164.49 |

# THOMPSON HINE

Page 2                                                                                July 28, 2006
Our File No. 444859.00230
Delphi Technologies, Inc.

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 06/13/06 | Patentability study. | | |
| | Douglas E. Erickson | 3.80 | 988.00 |
| 06/14/06 | Patentability study; final patentability study sent to client. | | |
| | Douglas E. Erickson | 2.00 | 520.00 |
| | Fee for Professional Services | | $1,508.00 |

## Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 5.80 | 260.00 | 1,508.00 |

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Payee:Woolcott & Company  Inc, Invoice No. 2002-04942 - Services regarding conducting a novelty search for "Motor Controller for delta wound 3-Phase brushless to measure phase current" | 639.49 |
| Photocopy | 17.00 |