| | |
|---|---|
| THOMPSON HINE LLP<br>An Ohio Limited Liability Partnership<br>Benjamin D. Feder (BF 6858)<br>335 Madison Avenue, 12th Floor<br>New York, New York 10017-4611<br>benjamin.feder@thompsonhine.com<br>212.344.5680 (telephone)<br>212.344.6101 (facsimile) | Hearing Date:  March 22, 2007*<br>10:00 a.m.<br>(Prevailing Eastern Time)<br>Response Deadline:  March 15, 2007<br>4:00 p.m.<br>(Prevailing Eastern Time) |

and

Lawrence T. Burick (0010404)
10 West Second Street
2000 Courthouse Plaza N.E.
Dayton, Ohio  45402-1758
Phone:  937.443.6625
Fax No.:  937.443.6635
larry.burick@thompsonhine.com

Special Counsel to Debtors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, *et al.* | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors | : | (Jointly administered) |

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 30, 2006, I served the following documents:

1. Third Interim Application of Thompson Hine LLP as Special Counsel for

intellectual property matters for Debtors for interim court approval, allowance and payment of

---

* Thompson Hine LLP understands that Delphi has requested that March 22, 2007 be the hearing date, but the Court has apparently not yet confirmed this date.  For purposes of this Fee Application, it is assumed that March 22, 2007 will be the hearing date.

compensation for services rendered and expenses advanced from June 1, 2006 through September 30, 2006, with exhibits ("Third Application").

  2. Notice of filing of Third Application and objection and hearing dates ("Notice").

I further certify that, on November 30, 2006, I served copies of the Third Application and Notice by overnight mail upon the following Notice Parties referenced at Paragraph 2.a of the Order establishing compensation procedures (Doc. #869):

 Delphi Corporation
 5725 Delphi Drive
 Troy, Michigan 48098
 (Att'n: David M. Sherbin, Esq., General Counsel)

 Fee Committee Member
 Delphi Corporation
 5725 Delphi Drive
 Troy, MI 48098
 (Att'n: John D. Sheehan, V.P. & Chief Restructuring Officer)

 Fee Committee Member
 GE Plastics, Americas
 9930 Kincey Avenue
 Huntersville, NC. 28078
 (Att'n: Valeria Venable, GE Plastics, Americas Credit Manager)

 Fee Committee
 Legal Cost Control, Inc.
 255 Kings Highway East
 Haddonfield, NJ 08033
 (Att'n: Joe Sykes)

 Counsel to the Debtors
 Skadden, Arps, Slate, Meagher & Flom LLP
 333 West Wacker Drive, Suite 2100
 Chicago, Illinois 60606
 (Att'n: John Wm. Butler, Jr., Esq.)

Counsel for the agent under the Debtors' prepetition credit facility
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
(Att'n:  Marissa Wesley, Esq.)

Counsel for the agent under the Debtors' postpetition credit facility
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
(Att'n: Marlane Melican, Esq.)

Counsel for the Official Committee of Unsecured Creditors ("Committee")
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022-4802
(Att'n: Robert J. Rosenberg, Esq.)

The Office of the United States Trustee
 for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
(Att'n:  Alicia M. Leonhard, Esq.)

I further certify that, on November 30, 2006, I served a copy of the Notice by electronic mail (or, alternatively, by regular mail when no email address and/or fax number is provided) upon all persons on the Master Service List and the 2002 List (attached).

Dated:  November 30, 2006

/s/ Benjamin D. Feder
Benjamin D. Feder (RB 6858)
THOMPSON HINE LLP
335 Madison Avenue, 12th Floor
New York, New York 10017-4611
benjamin.feder@thompsonhine.com
212.344.5680 (telephone)
212.344.6101 (facsimile)

and

Lawrence T. Burick (#0010404)
THOMPSON HINE LLP
2000 Courthouse Plaza N.E.
10 West Second Street
Dayton, Ohio 45402
937.443.6625 (telephone)
937.443.6635 (facsimile)
larry.burick@thompsonhine.com

Attorney for Thompson Hine LLP,
Special Counsel to Debtors

457758.1

4