# Exhibit B

## Schedule of Fees and Expenses by Project

Delphi Corporation
Billing Summary – For the Period June 1, 2006 through September 30, 2006

| Service Line: | Fees: | Expenses: | Total Due: |
|---|---:|---:|---:|
| | | | |
| • **Audit Services** | | | |
|    o 2006 Consolidated Audit - A1 | $3,000,000 | $44,540 | 3,044,540 |
|    o Accounting Assistance - A2 | | - | - |
|       o Bankruptcy | $156,790 | - | 156,790 |
|       o Catalyst | 586,306 | 42,191 | 628,497 |
|       o Corporate | 283,029 | - | 283,029 |
|       o Financial Remediation | 254,140 | 1,234 | 255,374 |
|       o Furukawa | 4,510 | - | 4,510 |
|       o IT Remediation | 70,133 | - | 70,133 |
|       o Saginaw Carve-Out Audit | 57,867 | 1,231 | 59,098 |
|       o Tax - Other | 20,628 | | 20,628 |
|    o Fee Application Preparation | 123,500 | - | 123,500 |
| | | | |
| • **Tax Services** | 42,969 | 1,061 | 44,030 |
| | | | |
| **Total** | $ 4,599,870 | $ 90,257 | $ 4,690,127 |