# Exhibit C

## Summary of Professionals, Hours and Rates for Services Rendered

**Exhibit C**
**Delphi Corporation**
**Summary of Hourly Rates by Professional for Exhibit D**
**For the Period June 1, 2006 through September 30, 2006**

| Last Name | First Name | Initials | Title | Time | Hourly Rate |
|---|---|---|---|---|---|
| Abraham | Lisa M. | LMA | Intern | 62.4 | $100 |
| Aguirre | Alberto | AA | Staff | 6.2 | $40 |
| Aliff | Elbert J. | EJA | Intern | 153.9 | $100 |
| Anantharaman | Sangeetha | SA | Staff | 0.5 | * |
| Andujo | Mauricio | MA | Staff | 7.8 | $40 |
| Anibal | Christina J. | CJA | Intern | 231.9 | $100 |
| Aquino | Heather | HRA | Client Serving Associate | 519.9 | $125 |
| Arnold | Nathan R. | NRA | Staff | 147.4 | $125 |
| Asher | Kevin F. | KFA | Partner | 204.1 | $700 |
| Avila-Villegas | Vanessa | VAV | Senior | 75.4 | $275 |
| Banker | Lisa M. | LMB | Manager | 11.5 | $375 |
| Barber | Keither A. | KAB | Senior | 124.2 | * |
| Barwin | Kristen N. | KNB | Staff | 123.4 | $125 |
| Beckman | James J. | JJB | Partner | 10.4 | $525 |
| Berard | Peter | PB | Manager | 1.5 | $500 |
| Blank | Jacob M. | JMB | Partner | 3.5 | $750 |
| Boehm | Michael J. | MJB | Manager | 654.4 | $300 |
| Boston | Jason C. | JCB | Staff | 236.9 | $125 |
| Bravo | Alberto | AB | Senior | 10.1 | $69 |
| Burns JR | John E. | JEB | Senior Manager | 4.5 | $425 |
| Buzzacco | Amanda L. | ALB | Staff | 76.2 | $125 |
| Cash | Kevin L. | KLC | Partner | 31.1 | $525 |
| Chamarro | Destiny D. | DDC | Staff | 252.9 | $125 |
| Chandler | Chase | CC | Intern | 101.9 | $100 |
| Chowdhry | Kanika | KC | Staff | 42.0 | $125 |
| Conat | Arthur L. | ALC | Executive Director | 11.6 | $475 |
| Cook | Vaughn A. | VAC | Senior Manager | 4.0 | $425 |
| Coran | Thomas W. | TWC | Staff | 0.5 | * |
| Craig | Tashawna N. | TNC | Staff | 193.8 | $125 |
| Crosby | Katie L. | KLC | Staff | 12.0 | * |
| DeMers | Laurie A. | LAD | Senior Manager | 143.7 | $425 |
| Ellis | Timothy A. | TAE | Senior | 35.9 | $275 |
| Ericson | Mary C. | MCE | Senior | 1.1 | $400 |
| Fitzpatrick | Michael J. | MJF | Partner | 47.0 | $750 |
| Floyd | Paul | PF | Staff | 8.0 | * |
| Ford | David Hampton | DHF | Staff | 154.2 | $125 |
| Furlan | Ritu | RF | Partner | 0.5 | $525 |
| Gaines | Karen D. | KDG | Staff | 12.0 | * |
| Gerber | Katherine A. | KAG | Senior | 95.8 | $250 |
| Gonzalez | Victor | VG | Staff | 2.8 | $40 |
| Hacker | Kevin M. | KMH | Senior Manager | 8.4 | $425 |
| Hake | Monica M. | MMH | Staff | 7.0 | * |
| Harbaugh | James M. | JMH | Staff | 153.4 | $200 |
| Hart | Kevin M. | KMH | Staff | 11.0 | $200 |
| Hatzfeld Jr. | Michael J. | MJH | Senior Manager | 783.8 | $425 |

Page 1

| Last Name | First Name | Initials | Title | Time | Hourly Rate |
|---|---|---|---|---|---|
| Heater | Patricia A. | PAH | Staff | 13.0 | * |
| Hegelmann | Julie Ann | JAH | Senior | 338.6 | $225 |
| Henning | Jeffrey M. | JMH | Partner | 419.2 | $525 |
| Hernandez | Salvador | SH | Partner | 0.5 | $439 |
| Hoffman | Michelle M. | MMH | Staff | 7.2 | $125 |
| Holman | David L. | DLH | Partner | 7.5 | $750 |
| Horner | Kevin John | KJH | Staff | 578.8 | $125 |
| Huffman | Derek T. | DTH | Senior | 51.2 | $250 |
| Imberger | Guido | GI | Senior Manager | 50.6 | $425 |
| Izzo | Tamara H. | THI | Partner | 5.6 | $525 |
| Kearns | Matthew R. | MRK | Senior | 723.6 | $225 |
| Kelley | Daniel F. | DFK | Partner | 20.0 | $525 & $660 |
| Keuchel | Theodore M. | TMK | Partner | 1.6 | $525 |
| Khalil | Ahmed S. | ASK | Staff | 0.6 | * |
| Khetan | Shishir R. | SRK | Senior Manager | 6.5 | $425 |
| Krabill | Aaron J. | AJK | Senior Manager | 422.5 | $425 |
| Lameier | Kristin D. | KDL | Staff | 34.0 | * |
| Laplant | Steven J. | SJL | Manager | 1.5 | $375 |
| Larson | Christopher J. | CJL | Partner | 12.0 | $750 |
| Lawrence | Kathryn A. | KAL | Staff | 8.0 | * |
| Marold | Erick W. | EWM | Senior | 670.8 | $250 |
| Martell | Michael A. | MAM | Executive Director | 51.0 | $475 |
| Mattos | Gabriel | GM | Staff | 10.4 | $40 |
| Mc Bride Jr. | James E. | JEM | Senior Manager | 21.9 | $650 |
| Miller | Nicholas S. | NSM | Manager | 686.7 | $300 |
| Mucha | Lawrence J. | LJM | Staff | 10.0 | * |
| Nicol | Jeremy M. | JMN | Staff | 43.5 | $125 |
| O'Leary | Gregory A. | GAO | Staff | 18.0 | * |
| Opaleski | Julie E. | JEO | Intern | 73.7 | $100 |
| Pacella | Shannon M. | SMP | Manager | 272.4 | $300 |
| Pagac | Matthew M. | MMP | Manager | 598.2 | $375 |
| Papadakis | Evelyn | EP | Staff | 7.8 | $40 |
| Parker | Diana R. | DRP | Client Serving Associate | 2.5 | $125 |
| Payan | Dora | DP | Manager | 40.5 | $252 |
| Pellegrin | Amy B. | AMP | Client Serving Associate | 1.0 | $75 |
| Peterson | Christopher A. | CAP | Manager | 132.5 | $300 |
| Pikos | Matthew C. | MCP | Staff | 46.3 | $200 |
| Pochmara | Rose Christine | RCP | Intern | 18.4 | $100 |
| Pritchard | Melinda J. | MJP | Senior | 98.9 | $225 |
| Pylypchuk | Natalia V. | NVP | Staff | 14.0 | $125 |
| Ranney | Amber C. | ACR | Senior | 611.3 | $225 |
| Rasmussen | Kyle M. | KMR | Intern | 344.6 | $100 |
| Reddy | Smitha Pingli | SPR | Manager | 10.9 | * |
| Rodriguez | Michael J. | MJR | Staff | 10.0 | * |
| Roldan | Armando | AR | Senior | 13.3 | $69 |
| Romero | Edward | ER | Staff | 7.9 | $40 |
| Rossie | Jayne E. | JER | Client Serving Associate | 20.2 | $125 |

| Last Name | First Name | Initials | Title | Time | Hourly Rate |
|---|---|---|---|---|---|
| Rothmund | Mario Valentin | MVR | Staff | 561.4 | $200 |
| Rustay | Jeness C. | JCR | Staff | 12.5 | * |
| Ruzicic | Danijela | DR | Staff | 10.0 | * |
| Saimoua | Omar Issam | OIS | Staff | 603.0 | $125 |
| Schaffert | Glen A. | GAS | Partner | 0.5 | $750 |
| Schwandt | Lisa N. | LNS | Staff | 24.0 | $125 |
| Sheckell | Steven F. | SFS | Partner | 493.1 | $525 |
| Simpson | Emma-Rose S. | ESS | Staff | 124.0 | $125 |
| Simpson | Jamie | JS | Senior Manager | 585.8 | $425 |
| Six | Tammy G. | TGS | Staff | 8.0 | * |
| Smith | Christopher W. | CWS | Executive Director | 113.3 | $475 |
| Smith | Stacy L. | SLS | Manager | 1.0 | * |
| Stieritz | Jeffrey R. | JRS | Staff | 8.0 | * |
| Stille | Mark Jacob | MJS | Staff | 339.5 | $200 |
| Tanner | Andrew J. | AJT | Senior Manager | 46.8 | $475 |
| Tau | King-Sze | KST | Senior | 132.2 | $225 |
| Theodore | Michele A. | MAT | Senior | 0.5 | * |
| Thomas | Heather M. | HMT | Senior | 43.0 | $275 |
| Threet | Crystal M. | CMT | Staff | 124.8 | $125 |
| Torres | Gerardo | GT | Senior | 20.7 | $69 |
| Torres | Laura | LT | Senior | 3.1 | $69 |
| Tosto | Cathy I. | CIT | Partner | 139.5 | $525 & $660 |
| Trembath | Claire N. | CNT | Intern | 16.5 | * |
| Treviño | Ignacio | IT | Staff | 8.0 | $40 |
| Underberg | Scott | SU | Senior Manager | 1.5 | $425 |
| Van Leeuwen | Brent James | BJV | Senior | 51.0 | $225 |
| Vang | Reona Lor | RLV | Senior | 5.1 | $220 |
| Wagner | Ann E. | AEW | Staff | 21.0 | $125 |
| Ward | Richard D. | RDW | Executive Director | 21.0 | $660 |
| Wardrope | Peter J. | PJW | Senior | 6.4 | $275 |
| Wetherington | Trevor | TTW | Senior Manager | 0.9 | * |
| Wiser | Eric W. | EWW | Staff | 8.0 | * |
| Yañez | Laura | LY | Staff | 2.1 | $40 |
| Yu | David | DY | Staff | 3.6 | $125 |
| Zamora | Delbert A. | DAZ | Manager | 2.8 | $375 |
| | | | | **14,862.3** | |

**Please note: Hourly fees marked by "*" are individuals who commenced work on fixed fee engagements. The fee is not calculated on number of hours times each professional's rate per hour.**