*Hearing Date/Time:  March 22, 2007 at 10:00 a.m.*
*Objection Deadline:  March 15, 2007 at 4:00 p.m.*

Michael P. Richman (MR 2224)
FOLEY & LARDNER LLP
90 Park Avenue, 37th Floor
New York, NY 10016-1314
Tel:  (212) 682-7474
Fax: (212) 687-2329

John A. Simon (admitted *pro hac vice*)
FOLEY & LARDNER LLP
One Detroit Center
500 Woodward Ave, Suite 2700
Detroit, MI  48226-3489
Tel:  (313) 234-7100
Fax:  (313) 234-2800
*Attorneys for Ernst & Young LLP*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             )
In re:                                                       )
                                                             )   Chapter 11
DELPHI CORPORATION, et al.,                                  )   Case No. 05-44481 (RDD)
                                                             )   Jointly Administered
                Debtors.                                     )
-------------------------------------------------------------x

### NOTICE OF THIRD APPLICATION OF ERNST & YOUNG LLP, AS INDEPENDENT AUDITORS, ACCOUNTANTS AND TAX ADVISORS TO DEBTORS, FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR PROFESSIONAL SERVICES AND REIMBURSEMENT OF ACTUAL AND <u>NECESSARY EXPENSES</u>

PLEASE TAKE NOTICE that on November 30, 2006, Ernst & Young LLP (the "<u>Applicant</u>" or "<u>E&Y</u>"), independent auditors, accountants and tax advisors to Delphi Corporation and certain of its subsidiaries and affiliates, as debtors and debtors-in-possession in the above-captioned cases (collectively, the "<u>Debtors</u>"), filed its Third Application For Allowance And Payment Of Compensation For Professional Services And Reimbursement Of Actual And Necessary Expenses (the "<u>Third Fee Application</u>"), seeking an order awarding interim compensation for professional services provided to the Debtors in the amount of $4,599,870, together with reimbursement of actual and necessary expenses incurred in the

DETR_136651.2

amount of $90,257, during the period from May 27, 2006 through September 30, 2006.  Included in the amounts requested are certain relatively small amounts incurred in February, March, April and May 2006 which were not included in the Applicant's prior fee applications.

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Third Fee Application will be held on March 22, 2007 at 10:00 a.m. (Prevailing Eastern Time) (the "Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that responses or objections, if any, to the Third Fee Application must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the order Under 11 U.S.C. §§ 330 and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Guidelines"), (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, all other parties-in-interest must file on a 3.5 inch disk (preferably in a Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), and (d) submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge.  Any such responses or objections must be served in accordance with the Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007 and 9014 Establishing (I) Omnibus Hearing Dates, (II) Certain Notice, Case Management, and Administrative Procedures, and (III) Scheduling an Initial Case Conference in Accordance with Local Bankr. R. 1007-2(e), entered by the Court in these cases on October 14, 2005 (as amended from time to time) upon each of the following: (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Attn: General

Counsel), (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Attn: John Wm. Butler, Jr., Esq.), (iii) special counsel to the Debtors, Shearman & Sterling LLP. 599 Lexington Avenue, New York, New York 10022 (Attn: Douglas Bartner, Esq.); (iv) counsel to the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, NY 10017 (Attn: Marissa Wesley, Esq.); (v) counsel for the agent under the Debtors' postpetition credit facility, Davis Polk & Wardell, 450 Lexington Avenue, New York, New York 10017 (Attn: Marlane Melican, Esq.); (vi) counsel to the Equity Committee, Fried, Frank, Harris, Shriver & Jacobson, One New York Plaza, New York, New York, 10004 (Attn: Brad Eric Scheler, Esq.); (vii) counsel for the Official Committee of Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Attn: Robert J. Rosenberg, Esq. and Mark A. Broude, Esq.), (viii) conflicts counsel for the Official Committee of Unsecured Creditors, Warner Stevens LLP, 1700 City Center Tower II, 301 Commerce Street, Fort Worth, Texas 76102 (Attn: Michael D. Warner, Esq.), (ix) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Attn: Alicia M. Leonhard, Esq.); (x) members of the Fee Committee, Delphi Corporation, 5725 Delphi Driver, Troy, Michigan 48098 (Attn: David M. Sherbin, Esq. and John D. Sheehan); (xi) member of the Fee Committee, GE Plastics, Americas, 9930 Kincey Avenue, Huntersville, NC 28078 (Attn: Valerie Venable); and (xii) counsel for Ernst & Young LLP, Foley & Lardner LLP, One Detroit Center, 500 Woodward Avenue, Suite 2700, Detroit, Michigan 48226 (Attn: John A. Simon, Esq.), in each case so as to be **received** no later than **4:00 p.m. (Prevailing Eastern Time) on March 15, 2007** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein and in accordance with the Guidelines will be considered by the Bankruptcy Court at the Hearing. If no objections to the Fee Application are timely filed and served in accordance with the procedures set forth herein and in the Guidelines, the Bankruptcy Court may enter an order granting E&Y's request for allowance and payment of compensation for services rendered and reimbursement of expenses without further notice.

Dated: Detroit, Michigan
November 30, 2006

By:    /s/ John A. Simon
John A. Simon (admitted *pro hac vice*)
FOLEY & LARDNER LLP
One Detroit Center
500 Woodward Ave, Suite 2700
Detroit, MI 48226-3489
Tel: (313) 234-7100
Fax: (313) 234-2800

and

Michael P. Richman (MR 2224)
FOLEY & LARDNER LLP
90 Park Avenue, 37th Floor
New York, NY 10016-1314
Tel: (212) 682-7474
Fax: (212) 687-2329
*Attorneys for Ernst & Young LLP*