# **<u>EXHIBIT C</u>**

**EXHIBIT C**

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate during Fee Period[1] | Total Hours Billed during Fee Period | Total Compensation Requested during Fee Period |
|---|---|---|---|---|
| Donald Carleen | Joined firm in 1983 and became a Partner in 1987. Member of NY and NJ Bar since 1984. | $780 | 6.50 | $5,070.00 |
| Dixie Johnson | Joined firm in 1986 and became a Partner in 1993. Member of D.C. Bar since 1987. | $795 | 26.90 | $21,385.50 |
| Jonathan Lewis | Joined firm in 1996 and became a Partner in 2002. Member of NY Bar since 1995. | $690 | 41.70 | $28,773.00 |
| Vivek Melwani | Joined firm in 1995 and became a Partner in 2003. Member of NY Bar since 1996. | $670 | 353.90 | $237,113.00 |
| Brad Eric Scheler | Joined firm in 1981 and became a Partner in 1984. Member of NY Bar since 1978. | $995 | 284.50 | $283,077.50 |
| Bonnie K. Steingart | Joined firm in 1980 and became a Partner in 1986. Member of NY Bar since 1980. | $780 | 512.60 | $399,828.00 |
| Debra Torres | Joined firm in 1981 and became a partner in 1988. Member of NY Bar since 1984. | $750 | 223.20 | $167,400.00 |
| Alan Resnick | Joined firm in 1989. Member of NY Bar since 1973. | $850 | 36.90 | $31,365.00 |
| John Brewer | Joined firm in 1993. Member of NY Bar since 1994. | $595 | 267.70 | $159,281.50 |

---

[1] Fried Frank's billing rates for associates are normally adjusted on September 1 of every year to reflect the associate's "graduation" to the next seniority class. Thus, all hourly billing rate ranges represent the associate's hourly billing rate from June 1, 2006 through August 31, 2006 and from September 1, 2006 through September 30, 2006. If there is no hourly billing rate range for an associate, the hourly billing rate represents that attorney's hourly billing rate in effect at the time such associate performed services for the Official Committee of Equity Security Holders.

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate during Fee Period[1] | Total Hours Billed during Fee Period | Total Compensation Requested during Fee Period |
|---|---|---|---|---|
| Kimberly Cain | Joined firm as an Associate in 2005. Member of Virginia Bar since 2005. Admission to DC Bar pending. | $315 | 6.50 | $2,047.50 |
| Marc Feldhamer | Joined firm as an Associate in 2005. Member of NY and NJ Bars since 2006 | $315-370 | 257.10 | $86,745.00 |
| Darcy M. Goddard | Joined firm as an Associate in 2004. Member of NY Bar since 2005. Member of CO Bar since 2001. | $500-525 | 212.90 | $107,050.00 |
| Uri Horowitz | Joined firm as an Associate in 2005. Member of NY Bar since 2006. | $315-370 | 68.30 | $21,652.00 |
| Christina McGill | Joined firm as an Associate in 2004. Member of the NY Bar since 2004. | $420-445 | 256.90 | $108,998.00 |
| Jordanna Nadritch | Joined firm as an Associate in 2003. Member of the NY Bar since 2004. | $420 | 7.00 | $2,940.00 |
| Thomas Porcella | Joined firm as an Associate in 2004. Member of the NY Bar since 2005. | $370-420 | 202.70 | $79,089.00 |
| Jennifer Rodburg | Joined firm as an Associate in 2000. Member of the NY Bar since 2000. Member of the NJ Bar since 2002. | $500-525 | 603.50 | $303,857.50 |
| Richard Slivinski | Joined firm as an Associate in 2002. Member of the NY and NJ Bars since 2002. | $470-500 | 513.10 | $243,899.00 |
| Marissa Soto | Joined firm as an Associate in 2006. Not yet admitted to the Bar. | $315 | 74.00 | $23,310.00 |

2

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate during Fee Period[1] | Total Hours Billed during Fee Period | Total Compensation Requested during Fee Period |
|---|---|---|---|---|
| Jason R. Wolf | Joined firm as an Associate in 2003. Member of the NY Bar since 2003. Member of the NJ Bar since 2002. | $445-470 | 368.50 | $166,017.50 |
| John Eakins | Summer Associate | $245 | 39.30 | $9,628.50 |
| Stephanie Froes | Summer Associate | $245 | 8.50 | $2,082.50 |
| Zachary Hall | Summer Associate | $245 | 37.00 | $9,065.00 |
| Jason Juceam | Summer Associate | $245 | 26.80 | $6,566.00 |
| Rachel Levine | Summer Associate | $245 | 26.60 | $6,517.00 |
| Kimberly Walker | Summer Associate | $245 | 14.50 | $3,552.50 |
| Joelle Webb | Summer Associate | $245 | 11.10 | $2,719.50 |
| Benjamin Whetsell | Summer Associate | $245 | 52.00 | $12,740.00 |
| Dean Rosen | Joined firm as a Discovery Attorney in 2004. Member of the NY Bar since 2000. | $200 | 90.30 | $18,060.00 |
| Tom Adesko | Paralegal since 1991. Joined firm in 1995. | $200 | 10.50 | $2,100.00 |
| Jeffrey Anderson | Paralegal since 1993. Joined firm in 1997. | $220 | 9.00 | $1,980.00 |
| Jacqueline Bevilaqua | Paralegal since 2006. Joined firm in 2006. | $170 | 6.80 | $1,156.00 |
| Vincent Bianco | Paralegal since 2005. Joined firm in 2005. | $170 | 5.90 | $1,003.00 |
| Michael Birnbaum | Paralegal since 2002. Joined firm in 2004. | $180 | 10.90 | $1,962.00 |
| Charlotte Borroughs | Paralegal since 2005. Joined firm in 2005. | $170 | 22.60 | $3,842.00 |
| Marcia Early | Paralegal since 1988. Joined firm in 2005. | $220 | 76.80 | $16,896.00 |
| Jeffrey Eigen | Paralegal since 1999. Joined firm in 2005. | $185 | 60.50 | $11,192.50 |
| Laura Guido | Paralegal since 2001. Joined firm in 2004. | $185 | 117.60 | $21,756.00 |
| Francis Hegarty | Paralegal since 2001. Joined firm in 1989. | $210 | 8.80 | $1,848.00 |
| Elsie Larrea | Administrative Professional. Joined firm in 2000. | $210 | 6.30 | $1,323.00 |
| Scott Leyse | Paralegal since 1995. Joined firm in 1997. | $225 | 32.00 | $7,200.00 |

3

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate during Fee Period[1] | Total Hours Billed during Fee Period | Total Compensation Requested during Fee Period |
|---|---|---|---|---|
| Steven Lomperis | Administrative Professional. Joined firm in 1998. | $225 | 5.80 | $1,305.00 |
| William Luebke | Paralegal since 1982. Joined firm in 1995. | $235 | 5.30 | $1,245.50 |
| Eric Scott | Paralegal since 2000. Joined firm in 2004. | $190 | 19.80 | $3,762.00 |
| Ellen Simsarian | Paralegal since 1986. Joined firm in 1996. | $225 | 8.50 | $1,912.50 |
| Omar Solivan | Paralegal Clerk since 1993. Joined firm in 1993. | $165-175 | 143.00 | $25,025.00 |
| Natalie Spano | Paralegal since 2001. Joined firm in 2002. | $220 | 7.30 | $1,606.00 |
| Monika Swiatkowska | Administrative Professional. Joined firm in 2004. | $210 | 7.00 | $1,470.00 |
| Joseph Taderera | Paralegal since 1998. Joined firm in 2004. | $185 | 7.00 | $1,295.00 |
| Pamela Twyble | Paralegal since 1987. Joined firm in 2004. | $200 | 8.40 | $1,680.00 |
| Gabor Wasserman | Paralegal since 1999. Joined firm in 2006. | $195 | 16.10 | $3,139.50 |
| Other Professionals[2] | Various | $170-780 | 34.00 | $9,262.00 |
| **TOTAL** | | | **5,260.40** | **$2,673,791.00** |

Blended Rate (including paraprofessionals)  $508.29
Blended Rate (excluding paraprofessionals)  $573.24

---

[2] This entry reflects charges incurred by professionals and paraprofessionals with less than 5 hours billed to the engagement.

4