# **EXHIBIT D**

**EXHIBIT D**

**STATEMENT OF EXPENSES INCURRED AND POSTED BY
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP,
COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS,
FOR THE PERIOD FROM
JUNE 1, 2006 THROUGH SEPTEMBER 30, 2006**

| **NATURE OF DISBURSEMENTS** | **AMOUNT** |
|---|---|
| Duplicating | $35,722.67 |
| Meals | $3,793.91 |
| Local Transportation | $15,739.68 |
| Parking | $80.00 |
| Out-of-Town Airfare | $268.60 |
| Out-of-Town Lodging | $447.65 |
| Court Reporting | $24,011.56 |
| Data Research Services | $42,719.00 |
| Outside Messenger Service | $397.57 |
| Overnight Delivery | $5,174.97 |
| Postage | $323.52 |
| Secretarial Services | $4,720.13 |
| Overtime | $275.00 |
| Temp – Duplicating | $358.31 |
| Temp – Paralegal | $2,695.15 |
| Litigation Support Databases | $44.03 |
| Telephone/Telecopier | $25,239.86 |
| **TOTAL** | **$162,011.61** |

568196