# **<u>EXHIBIT E</u>**

05-44481-rdd    Doc 5980-6    Filed 11/30/06    Entered 11/30/06 15:26:01    Exhibit E
Pg 1 of 12

**EXHIBIT E**

**SERVICES RENDERED BY PARTNER(S), COUNSEL(S), ASSOCIATE(S) AND PARAPROFESSIONAL(S) BY PROJECT CATEGORY FOR THE PERIOD OF JUNE 1, 2006 THROUGH SEPTEMBER 30, 2006**

00002  GENERAL

| Partners | HOURS | TOTAL FEES |
|---|---|---|
| JOHNSON, D. | 19.90 | $15,820.50 |
| LEWIS, J. | 3.20 | $2,208.00 |
| MELWANI, V. | 162.40 | $108,808.00 |
| SCHELER, B. | 139.40 | $138,703.00 |
| STEINGART, B. | 180.90 | $141,102.00 |
| TORRES, D. | 39.90 | $29,925.00 |
| **Total Partners** | **545.70** | **$436,566.50** |

| Counsel | | |
|---|---|---|
| RESNICK, A. | 2.90 | $2,465.00 |
| **Total Counsel** | **2.90** | **$2,465.00** |

| Special Counsel | | |
|---|---|---|
| BREWER, J. | 2.50 | $1,487.50 |
| **Total Special Counsel** | **2.50** | **$1,487.50** |

| Associates | | |
|---|---|---|
| CAIN, K. | 1.30 | $409.50 |
| FELDHAMER, M. | 18.60 | $6,486.00 |
| GODDARD, D. | 9.30 | $4,650.00 |
| HOROWITZ, U. | 6.70 | $2,110.50 |
| MCGILL, C. | 24.40 | $10,248.00 |
| RODBURG, J. | 127.50 | $64,542.50 |
| SLIVINSKI, R. | 156.10 | $74,072.00 |
| SOTO, M. | 1.30 | $409.50 |
| WOLF, J. | 79.20 | $35,794.00 |
| **Total Associates** | **424.40** | **$198,722.00** |

| Summer Associates | | |
|---|---|---|
| FROES, S. | 8.50 | $2,082.50 |
| WHETSELL, B. | 6.10 | $1,494.50 |
| **Total Summer Associates** | **14.60** | **$3,577.00** |

**Paraprofessionals**

| | | |
|---|---:|---:|
| BIRNBAUM, M. | 10.90 | $1,962.00 |
| GUIDO, L. | 63.50 | $11,747.50 |
| LARREA, E. | 5.30 | $1,113.00 |
| LOMPERIS, S. | 3.00 | $675.00 |
| SPANO, N. | 1.30 | $286.00 |
| SWIATKOWSKA, M. | 6.00 | $1,260.00 |
| WASSERMAN, G. | 11.30 | $2,203.50 |
| **Total Paraprofessionals** | **101.30** | **$19,247.00** |
| **Total Other**[1] | **14.60** | **$4,107.00** |
| **CUMULATIVE TOTALS** | **1,106.00** | **$666,172.00** |

[1] This entry reflects charges incurred by professionals and paraprofessionals with less than 5 hours billed to the engagement.

00005  MEETINGS AND COMMUNICATIONS WITH EQUITY HOLDERS

| **Partners** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| JOHNSON, D. | 2.60 | $2,067.00 |
| LEWIS, J. | 11.60 | $8,004.00 |
| MELWANI, V. | 82.10 | $55,007.00 |
| SCHELER, B. | 111.70 | $111,141.50 |
| STEINGART, B. | 89.20 | $69,576.00 |
| TORRES, D. | 11.40 | $8,550.00 |
| **Total Partners** | 308.60 | $254,345.50 |
| **Counsel** | | |
| RESNICK, A. | 8.70 | $7,395.00 |
| **Total Counsel** | 8.70 | $7,395.00 |
| **Special Counsel** | | |
| BREWER, J. | 1.30 | $773.50 |
| **Total Special Counsel** | 1.30 | $773.50 |
| **Associates** | | |
| FELDHAMER, M. | 36.30 | $12,215.50 |
| HOROWITZ, U. | 2.40 | $756.00 |
| GODDARD, D. | 1.10 | $550.00 |
| MCGILL, C. | 4.00 | $1,680.00 |
| PORCELLA, T. | 0.20 | $84.00 |
| RODBURG, J. | 79.00 | $39,887.50 |
| SLIVINSKI, R. | 66.10 | $31,487.00 |
| SOTO, M. | 11.40 | $3,591.00 |
| WOLF, J. | 28.10 | $12,664.50 |
| **Total Associates** | 228.60 | $102,915.50 |
| **Paraprofessionals** | | |
| GUIDO, L. | 0.90 | $166.50 |
| **Total Paraprofessionals** | 0.90 | $166.50 |
| **CUMULATIVE TOTALS** | 548.10 | $365,596.00 |

00006  HEARINGS

| **Partners** | **HOURS** | **TOTAL FEES** |
|---|---:|---:|
| MELWANI, V. | 2.00 | $1,340.00 |
| STEINGART, B. | 32.40 | $25,272.00 |
| TORRES, D. | 7.20 | $5,400.00 |
| **Total Partners** | **41.60** | **$32,012.00** |
| **Associates** | | |
| FELDHAMER, M. | 1.50 | $472.50 |
| GODDARD, D. | 4.30 | $2,150.00 |
| RODBURG, J. | 5.50 | $2,750.00 |
| SLIVINSKI, R. | 3.90 | $1,833.00 |
| **Total Associates** | **15.20** | **$7,205.50** |
| **CUMULATIVE TOTALS** | **56.80** | **$39,217.50** |

00007  MISC LITIGATION

| Partners | HOURS | TOTAL FEES |
|---|---|---|
| LEWIS, J. | 1.10 | $759.00 |
| MELWANI, V. | 2.90 | $1,943.00 |
| STEINGART, B. | 44.90 | $35,022.00 |
| TORRES, D. | 1.00 | $750.00 |
| **Total Partners** | **49.90** | **$38,474.00** |
| **Associates** | | |
| FELDHAMER, M. | 5.90 | $2,073.00 |
| GODDARD, D. | 6.50 | $3,250.00 |
| MCGILL, C. | 3.40 | $1,428.00 |
| RODBURG, J. | 29.50 | $14,797.50 |
| SLIVINSKI, R. | 50.10 | $23,736.00 |
| WOLF, J. | 20.70 | $9,244.00 |
| **Total Associates** | **116.10** | **$54,528.50** |
| **Summer Associates** | | |
| WHETSELL, B. | 14.60 | $3,577.00 |
| **Total Summer Associates** | **14.60** | **$3,577.00** |
| **Paraprofessionals** | | |
| GUIDO, L. | 17.50 | $3,237.50 |
| **Total Paraprofessionals** | **17.50** | **$3,237.50** |
| **Total Other**[1] | 0.80 | $188.00 |
| **CUMULATIVE TOTALS** | **198.90** | **$100,005.00** |

[1] This entry reflects charges incurred by professionals and paraprofessionals with less than 5 hours billed to the engagement.

00009  PENSION ISSUES

| **Partners** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| CARLEEN, D. | 0.40 | $312.00 |
| LEWIS, J. | 2.50 | $1,725.00 |
| MELWANI, V. | 1.30 | $871.00 |
| **Total Partners** | **4.20** | **$2,908.00** |

**Associates**

| | HOURS | TOTAL FEES |
|---|---|---|
| FELDHAMER, M. | 6.40 | $2,016.00 |
| HOROWITZ, U. | 15.10 | $4,894.00 |
| SLIVINSKI, R. | 0.70 | $329.00 |
| WOLF, J. | 8.20 | $3,649.00 |
| **Total Associates** | **30.40** | **$10,888.00** |

**Summer Associates**

| | HOURS | TOTAL FEES |
|---|---|---|
| EAKINS, J. | 3.00 | $735.00 |
| WALKER, K. | 9.70 | $2,376.50 |
| WHETSELL, B. | 3.70 | $906.50 |
| **Total Summer Associates** | **16.40** | **$4,018.00** |
| **CUMULATIVE TOTALS** | **51.00** | **$17,814.00** |

00011  1113/1114 ISSUES

| **Partners** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| MELWANI, V. | 3.30 | $2,211.00 |
| STEINGART, B. | 21.60 | $16,848.00 |
| TORRES, D. | 3.50 | $2,625.00 |
| **Total Partners** | **28.40** | **$21,684.00** |
| **Associates** | | |
| GODDARD, D. | 8.70 | $4,350.00 |
| HOROWITZ, U. | 1.40 | $441.00 |
| MCGILL, C. | 58.40 | $24,528.00 |
| RODBURG, J. | 6.00 | $3,000.00 |
| SLIVINSKI, R. | 18.90 | $8,883.00 |
| WOLF, J. | 2.30 | $1,023.50 |
| **Total Associates** | **95.70** | **$42,225.50** |
| **Summer Associates** | | |
| JUCEAM, J. | 7.40 | $1,813.00 |
| LEVINE, R. | 26.60 | $6,517.00 |
| **Total Summer Associates** | **34.00** | **$8,330.00** |
| **Paraprofessionals** | | |
| BIANCO, V. | 5.90 | $1,003.00 |
| GUIDO, L. | 2.80 | $518.00 |
| SOLIVAN, O. | 64.40 | $11,270.00 |
| SPANO, N. | 4.70 | $1,034.00 |
| WASSERMAN, G. | 0.30 | $58.50 |
| **Total Paraprofessionals** | **78.10** | **$13,883.50** |
| **Total Other**[1] | 1.30 | $221.00 |
| **CUMULATIVE TOTALS** | **237.50** | **$86,344.00** |

[1] This entry reflects charges incurred by professionals and paraprofessionals with less than 5 hours billed to the engagement.

00012  OTHER LABOR MATTERS

| **Partners** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| CARLEEN, D. | 2.60 | $2,028.00 |
| LEWIS, J. | 18.40 | $12,696.00 |
| MELWANI, V. | 33.10 | $22,177.00 |
| SCHELER, B. | 2.00 | $1,990.00 |
| STEINGART, B. | 21.30 | $16,614.00 |
| **Total Partners** | 77.40 | $55,505.00 |

**Counsel**

| | | |
|---|---|---|
| RESNICK, A. | 3.60 | $3,060.00 |
| **Total Counsel** | 3.60 | $3,060.00 |

**Special Counsel**

| | | |
|---|---|---|
| BREWER, J. | 9.30 | $5,533.50 |
| **Total Special Counsel** | 9.30 | $5,533.50 |

**Associates**

| | | |
|---|---|---|
| FELDHAMER, M. | 36.00 | $11,664.50 |
| HOROWITZ, U. | 8.50 | $2,677.50 |
| MCGILL, C. | 1.30 | $546.00 |
| RODBURG, J. | 59.50 | $29,750.00 |
| SLIVINSKI, R. | 37.20 | $17,484.00 |
| WOLF, J. | 4.20 | $1,869.00 |
| **Total Associates** | 146.70 | $63,991.00 |

**Summer Associates**

| | | |
|---|---|---|
| WEBB, J. | 11.10 | $2,719.50 |
| WHETSELL, B. | 8.30 | $2,033.50 |
| **Total Summer Associates** | 19.40 | $4,753.00 |

**Paraprofessionals**

| | | |
|---|---|---|
| GUIDO, L. | 1.2 | $222.00 |
| LOMPERIS, S. | 0.80 | $180.00 |
| **Total Paraprofessionals** | 2.00 | $402.00 |

| | | |
|---|---|---|
| **CUMULATIVE TOTALS** | 258.40 | $133,244.50 |

00013  RELATIONSHIP WITH PRIMARY CUSTOMER

| **Partners** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| CARLEEN, D. | 3.50 | $2,730.00 |
| JOHNSON, D. | 4.40 | $3,498.00 |
| LEWIS, J. | 4.90 | $3,381.00 |
| MELWANI, V. | 62.80 | $42,076.00 |
| SCHELER, B. | 28.40 | $28,258.00 |
| STEINGART, B. | 121.80 | $95,004.00 |
| TORRES, D. | 160.20 | $120,150.00 |
| **Total Partners** | **386.00** | **$295,097.00** |

**Counsel**

| | | |
|---|---|---|
| RESNICK, A. | 21.70 | $18,445.00 |
| **Total Counsel** | **21.70** | **$18,445.00** |

**Special Counsel**

| | | |
|---|---|---|
| BREWER, J. | 254.60 | $151,487.00 |
| **Total Special Counsel** | **254.60** | **$151,487.00** |

**Associates**

| | | |
|---|---|---|
| CAIN, K. | 5.20 | $1,638.00 |
| FELDHAMER, M. | 152.40 | $51,817.50 |
| GODDARD, D. | 183.00 | $92,100.00 |
| HOROWITZ, U. | 34.20 | $10,773.00 |
| MCGILL, C. | 165.40 | $70,568.00 |
| NADRITCH, J. | 7.00 | $2,940.00 |
| PORCELLA, T. | 202.50 | $79,005.00 |
| RODBURG, J. | 266.00 | $133,852.50 |
| SLIVINSKI, R. | 157.00 | $75,005.00 |
| SOTO, M. | 61.30 | $19,309.50 |
| WOLF, J. | 154.10 | $69,359.50 |
| **Total Associates** | **1388.10** | **$606,368.00** |

**Summer Associates**

| | | |
|---|---|---|
| EAKINS, J. | 36.30 | $8,893.50 |
| HALL, Z. | 37.00 | $9,065.00 |
| JUCEAM, J. | 19.40 | $4,753.00 |
| WALKER, K. | 4.80 | $1,176.00 |
| WHETSELL, B. | 19.30 | $4,728.50 |
| **Total Summer Associates** | **116.80** | **28,616.00** |

05-44481-rdd    Doc 5980-6    Filed 11/30/06    Entered 11/30/06 15:26:01    Exhibit E
Pg 11 of 12

**Discovery Attorneys**

| | | |
|---|---|---|
| ROSEN, D. | 90.30 | $18,060.00 |
| **Total Discovery Attorneys** | **90.30** | **$18,060.00** |

**Paraprofessionals**

| | | |
|---|---|---|
| ADESKO, T. | 10.50 | $2,100.00 |
| ANDERSON, J. | 9.00 | $1,980.00 |
| BEVILAQUA, J. | 6.80 | $1,156.00 |
| BORROUGHS, C. | 22.60 | $3,842.00 |
| EARLY, M. | 76.80 | $16,896.00 |
| EIGEN, J. | 60.50 | $11,192.50 |
| GUIDO, L. | 7.70 | $1,424.50 |
| HEGARTY, F. | 8.80 | $1,848.00 |
| LARREA, E. | 1.00 | $210.00 |
| LEYSE, S. | 32.00 | $7,200.00 |
| LOMPERIS, S. | 2.00 | $450.00 |
| LUEBKE, W. | 5.30 | $1,245.50 |
| SCOTT, E. | 19.80 | $3,762.00 |
| SIMSARIAN, E. | 8.50 | $1,912.50 |
| SOLIVAN, O. | 78.60 | $13,755.00 |
| SPANO, N. | 1.30 | $286.00 |
| SWIATKOWSKA, M. | 1.00 | $210.00 |
| TADERA, J. | 7.00 | $1,295.00 |
| TWYBLE, P. | 8.40 | $1,680.00 |
| WASSERMAN, G. | 4.50 | $877.50 |
| **Total Paraprofessionals** | **372.10** | **$73,322.50** |
| **Total Other**[1] | 17.30 | $4,746.00 |
| **CUMULATIVE TOTALS** | **2,646.90** | **$1,196,141.50** |

[1] This entry reflects charges incurred by professionals and paraprofessionals with less than 5 hours billed to the engagement.

00014  FEE APPLICATIONS AND RETENTION

| **Partners** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| MELWANI, V. | 4.00 | $2,680.00 |
| SCHELER, B. | 3.00 | $2,985.00 |
| STEINGART, B. | 0.50 | $390.00 |
| **Total Partners** | 7.50 | $6,055.00 |
| **Associates** | | |
| RODBURG, J. | 30.5 | $15,277.50 |
| SLIVINSKI, R. | 23.10 | $11,070.00 |
| WOLF, J. | 71.70 | $32,414.00 |
| **Total Associates** | 125.30 | $58,761.50 |
| **Paraprofessionals** | | |
| GUIDO, L. | 24.00 | $4,440.00 |
| **Total Paraprofessionals** | 24.00 | $4,440.00 |
| **CUMULATIVE TOTALS** | 156.80 | $69,256.50 |