# EXHIBIT C

# EXHIBIT C

## Summary of Hours Billed by Attorneys and Paraprofessionals
## for the Period June 1, 2006 through September 30, 2006

| Name | Position | Year Admitted to Bar | Hourly Rate | Hours Billed | Total |
|---|---|---|---|---|---|
| **Attorneys** | | | | | |
| Thomas B. Radom | Shareholder | 1974 | $250.00 | 597.40 | $149,350.00 |
| Matthew E. Wilkins | Shareholder | 1983 | $250.00 | 441.70 | $110,425.00 |
| Edward M. Kronk | Shareholder | 1971 | $250.00 | 18.80 | $4,700.00 |
| Bruce L. Sendek | Shareholder | 1977 | $250.00 | .40 | $100.00 |
| William J. Clemens | Shareholder | 1974 | $240.00 | .50 | $120.00 |
| Herbert C. Donovan | Shareholder | 1991 | $233.75 | 89.70 | $20,967.70 |
| Daniel J. Dulworth | Shareholder | 1988 | $228.00 | 22.10 | $5,038.80 |
| David B. Braun | Shareholder | 1993 | $228.00 | 32.00 | $7,296.00 |
| Susan L. Johnson | Sr. Attorney | 1984 | $224.00 | 29.20 | $6,540.80 |
| Paula Hall | Associate | 2000 | $200.00 | 94.60 | $18,920.00 |
| Paula Hall | Associate | 2000 | $192.00 | 2.20 | $422.40 |
| John R. Stevenson | Associate | 2002 | $192.00 | 1.70 | $326.40 |
| Charlotte A. Garry | Associate | 1998 | $188.00 | 172.00 | $32,336.00 |
| Charlotte A. Garry | Associate | 1998 | $180.00 | 48.00 | $8,640.00 |
| Michael T. Brennan | Associate | 2006 | $140.25 | 31.60 | $4,431.95 |
| Timothy J. Lowe | Associate | 2005 | $148.75 | 48.70 | 7,244.25 |
| **Paraprofessionals** | | | | | |
| Laura E. Clark | Paralegal | | $119.00 | 46.20 | $5,497.80 |
| Leonor Hendricksen | Paralegal | | $100.00 | 4.00 | $400.00 |
| **Grand Total** | | | | **1,680.80** | **$382,757.10** |

000115900\0001\816791-1