# EXHIBIT D

# EXHIBIT D

**Summary of Hours Billed by Attorneys and Paraprofessionals
for the Period June 1, 2006 through September 30, 2006**

| Matter Description | Hours | Amount |
|---|---|---|
| Business Operations | 787.10 | $190,626.40 |
| Case Administration | 3.50 | $875.00 |
| Claims Administration and Objections | 1.00 | 228.00 |
| Employee Benefits/Pensions/Labor | 220.00 | $40,976.00 |
| Fee/Employment Applications/Objections | 2.30 | 575.00 |
| Litigation | 256.50 | $47,752.50 |
| Vendor/Supplier Matters | 410.40 | $101,724.20 |
| **Total:** | **1,680.80** | **$382,757.10** |