# EXHIBIT E

# EXHIBIT E

## Summary of Disbursements
## for the Period June 1, 2006 through September 30, 2006

| Disbursement | Amount |
| --- | --- |
| Telephone Charges | $239.16 |
| Express Delivery Charges | $389.47 |
| Copies | $10.30 |
| Local Telecopy | $46.40 |
| Digital Reproduction | $644.10 |
| Special Postal Charge | $4.68 |
| Color Copies | $118.90 |
| Delivery – Case Messenger | $3.12 |
| Travel Expenses | $437.95 |
| Professional Service – Vendor: McNair Law Firm | $19,761.58 |
| Document Copy Charges | $63.60 |
| | |
| **Total:** | **$21,719.26** |

000115900\0015\816822-1