# EXHIBIT F

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
butzel.com

August 8, 2006

To:   David Sherbin, Esq., Delphi Corp.
      Mr. John D. Sheehan., Delphi Corp.
      John Wm. Butler, Jr., Esq., Skadden, Arps, Slate, Meagher & Flom, LLP
      Alicia M. Leonhard, Esq., Office of the United States Trustee
      Robert J. Rosenberg, Esq., Latham & Watkins, LLP
      Marissa Wesley, Esq., Simpson Thacher & Bartlett, LLP
      Marlane Melican, Esq., Davis Polk & Wardell
      Ms. Valeria Venable, GE Plastics, Americas

## Summary of Total Billable Hours by Category
### for the Period June 1, 2006 through June 30, 2006

| Matter Description | Hours | Amount |
|---|---|---|
| Case Administration | 2.40 | $600.00 |
| Claims Administration and Objections | 1.00 | $228.00 |
| Employee Benefits/Pensions/Labor | 48.00 | $8,640.00 |
| Fee/Employment Applications/Objections | .30 | $75.00 |
| Litigation | 3.40 | $777.40 |
| Vendor/Supplier Matters | 193.20 | $48,047.00 |
| Totals: | 248.30 | $58,367.40 |

Detroit   Bloomfield Hills   Ann Arbor   Lansing   Holland   Boca Raton   Naples   *Alliance Offices*   Beijing   Shanghai   *Member Lex Mundi*

000115900\0015\796078-2

August 8, 2006
Page 2

## Summary of Disbursements
### for the Period June 1, 2006 through June 30, 2006

| Disbursement | Amount |
|---|---|
| Telephone Charges | $119.69 |
| Express Delivery Charges | $80.39 |
| Copies | $2.30 |
| Local Telecopy | $.40 |
| Digital Reproduction | $155.10 |
| Special Postal Charges | $1.17 |
| Color Copies | $58.00 |
| Totals: | $417.05 |

## Summary of Total Billable Hours by Attorneys and Paraprofessionals
### for the Period June 1, 2006 through June 30, 2006

| Name | Position | Admitted | Rate | Hours | Totals |
|---|---|---|---|---|---|
| **Attorneys** | | | | | |
| Thomas B. Radom | Shareholder | 1974 | $250.00 | 149.90 | $37,475.00 |
| Matthew Wilkins | Shareholder | 1983 | $250.00 | 38.10 | $9,525.00 |
| Edward M. Kronk | Shareholder | 1971 | $250.00 | .10 | $25.00 |
| Daniel J. Dulworth | Shareholder | 1988 | $228.00 | 4.30 | $980.40 |
| David B. Braun | Shareholder | 1993 | $228.00 | 5.70 | $1,299.60 |
| Paula A. Hall | Associate | 2000 | $192.00 | 2.20 | $422.40 |
| Charlotte A. Garry | Associate | 1998 | $180.00 | 48.00 | $8,640.00 |
| Grand Total: | | | | 248.30 | $58,367.40 |

000115900\0015\796078-2

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

July 27, 2006
Invoice No.   8305725

Delphi Corporation
Attn: Joseph E. Papelian
5725 Delphi Drive
Troy, MI   48098-2815

RE:   GENERAL MOTORS ARBITRATION

PROFESSIONAL SERVICES posted
through   June 30, 2006                                              25.00

DISBURSEMENTS:

                                                    ----------
                                                           0.00
                                                    ---------

                    INVOICE TOTAL                        25.00
                                                    ==========

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                July 27, 2006        PAGE      3
ACCOUNT NUMBER: 000115900-0129
INVOICE NO.:    8305725


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


PROFESSIONAL SERVICES posted through June 30, 2006


RE:  GENERAL MOTORS ARBITRATION


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/12/06 | EMK | Telephone call from J. Derian regarding new case. | BCC10 | .10 |

|  |  | TOTAL HOURS | | 0.10 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

July 27, 2006
Invoice No.   8303784

Delphi Automotive Systems
Attn: General Counsel
5725 Delphi Drive
Troy, MI  48098-2815


RE:  CEP PRODUCTS


PROFESSIONAL SERVICES posted
through  June 30, 2006                                          9150.00



DISBURSEMENTS:

        Copies                                      16.10
        Telephone Charges                           15.88
                                                ----------
                                                             31.98
                                                 ---------

                        INVOICE TOTAL               9181.98
                                                ==========

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                July 27, 2006        PAGE      3
ACCOUNT NUMBER: 000115900-0119
INVOICE NO.:    8303784


          [PRIVILEGED AND CONFIDENTIAL INFORMATION]



     PROFESSIONAL SERVICES posted through June 30, 2006



          RE:  CEP PRODUCTS


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/01/06 | TBR | E-mail and telephone conference with B. Mazzola regarding equipment list. | BCC19 | .40 |
| 06/01/06 | TBR | Review equipment list. | BCC19 | .20 |
| 06/02/06 | TBR | Review e-mails regarding equipment list submission. | BCC19 | .20 |
| 06/04/06 | TBR | Prepared for June 5 conference call with Delphi team on Mexican issues. | BCC19 | .70 |
| 06/04/06 | TBR | Review Mexican leases. | BCC19 | 1.00 |
| 06/05/06 | TBR | Conference call with Delphi team regarding Mexican issues. | BCC19 | 1.30 |
| 06/05/06 | TBR | Review B. Mazzola e-mails regarding equipment lists. | BCC19 | .30 |
| 06/05/06 | TBR | Review equipment lists. | BCC19 | .40 |
| 06/05/06 | TBR | E-mail to J. Hutchinson, J. Downs regarding equiptment lists. | BCC19 | .20 |
| 06/06/06 | TBR | Review Mazzola e-mail regarding equipment lists. | BCC19 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

| | | | | |
|---|---|---|---|---|
| DELPHI AUTOMOTIVE SYSTEMS | | July 27, 2006 | PAGE | 4 |

ACCOUNT NUMBER: 000115900-0119
INVOICE NO.:    8303784

| | | | | |
|---|---|---|---|---|
| 06/06/06 | TBR | Telephone conference with B. Mazzola regarding equipment list. | BCC19 | .20 |
| 06/06/06 | TBR | E-mail to J. Hutchinson, J. Downs regarding equipment lists. | BCC19 | .20 |
| 06/07/06 | TBR | Telephone conference with B. Lendzion regarding Mexican operations. | BCC19 | .20 |
| 06/08/06 | TBR | Review e-mail from J. Bambery regarding June 12 call. | BCC19 | .20 |
| 06/09/06 | TBR | Review company compliance report. | BCC19 | .30 |
| 06/12/06 | TBR | Review BBK updated financial report. | BCC19 | .50 |
| 06/12/06 | TBR | Conference call with Customer Group, BBK regarding liquidity, vendor issues. | BCC19 | 1.00 |
| 06/12/06 | TBR | Telephone conferences with M. Everett , J. Federer, B. Lendzion regarding CEP meeting. | BCC19 | 1.00 |
| 06/12/06 | TBR | Telephone conference with B. Wildern regarding Accommodation Agreement. | BCC19 | .40 |
| 06/13/06 | TBR | Telephone conference with M. Everett regarding results of meeting with CEP. | BCC19 | .20 |
| 06/14/06 | TBR | Telephone conference with M. Everett regarding production, funding. | BCC19 | .30 |
| 06/15/06 | TBR | Review BBK e-mails regarding bank build cost revision. | BCC19 | .40 |
| 06/15/06 | TBR | Telephone conference with M. Everett and M. Fortunak regarding bank build issues. | BCC19 | .50 |
| 06/15/06 | TBR | Review Everett e-mail regarding bank build issues. | BCC19 | .20 |
| 06/19/06 | TBR | Telephone conference with M. Everett regarding bank build issues. | BCC19 | .30 |
| 06/19/06 | TBR | E-mails with GM attorney regarding bank build issues. | BCC19 | .40 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

```
DELPHI AUTOMOTIVE SYSTEMS                    July 27, 2006      PAGE      5
ACCOUNT NUMBER: 000115900-0119
INVOICE NO.:    8303784
```

| 06/19/06 | TBR | Review Delphi, BBK e-mails regarding bank build issues. | BCC19 | .40 |
|---|---|---|---|---|
| 06/20/06 | TBR | Telephone conferences and e-mails with Delphi Team regarding June 21st meeting with CEP. | BCC19 | .50 |
| 06/20/06 | TBR | Prepare for June 21 meeting with CEP. | BCC19 | 1.00 |
| 06/21/06 | TBR | Prepare for and attend meeting with CEP, Customer Group. | BCC19 | 8.00 |
| 06/22/06 | TBR | Conference call with Customer Group, BBK regarding funding, bank build. | BCC19 | 1.00 |
| 06/22/06 | TBR | Telephone conferences with M. Everett regarding Amendment to Accommodation Agreement. | BCC19 | .60 |
| 06/23/06 | TBR | E-mails with J. Bambery, Delphi Team regarding tooling payables. | BCC19 | .50 |
| 06/23/06 | TBR | Telephone conferences with J. Bambery, M. Everett, J. Fetter regarding tooling payables. | BCC19 | 1.00 |
| 06/23/06 | TBR | Draft agreement with CEP regarding tooling payables. | BCC19 | .50 |
| 06/23/06 | TBR | Telephone conference with J. Shaw regarding tooling payables. | BCC19 | .30 |
| 06/26/06 | TBR | E-mail to Customer Group regarding first Amendment to Accommidation Agreement. | BCC19 | .20 |
| 06/26/06 | TBR | Conference call with Customer Group regarding funding, Bank build. | BCC19 | .60 |
| 06/26/06 | TBR | Review BBK contribution analysis. | BCC19 | .50 |
| 06/26/06 | TBR | Draft First Amendment to Accommodation Agreement. | BCC19 | 1.50 |
| 06/26/06 | TBR | Telephone conference with M. Everett regarding First Amendment to Accommodation Agreement. | BCC19 | .30 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

```
DELPHI AUTOMOTIVE SYSTEMS              July 27, 2006      PAGE      6
ACCOUNT NUMBER: 000115900-0119
INVOICE NO.:     8303784
```

| Date | | Description | | |
|---|---|---|---|---|
| 06/26/06 | TBR | Telephone conference with K. Katsma regarding First Amendment to Accommodation Agreement. | BCC19 | .20 |
| 06/26/06 | TBR | Review GM changes to Amendment. | BCC19 | .20 |
| 06/28/06 | TBR | Meeting with K. Katsma regarding Accommodation Agreement. | BCC19 | .20 |
| 06/28/06 | TBR | Telephone conferences with M. Everett, M. Fortunak regarding funding. | BCC19 | .80 |
| 06/28/06 | TBR | Conference call with Customer Group regarding funding. | BCC19 | 1.80 |
| 06/28/06 | TBR | Telephone conference with D. Baty regarding funding. | BCC19 | .40 |
| 06/28/06 | TBR | Telephone conference with J. Bambery regarding funding. | BCC19 | .20 |
| 06/28/06 | TBR | Review e-mails regarding Visteon proposal. | BCC19 | .30 |
| 06/29/06 | TBR | Telephone conference with K. Katsma regarding Agreement. | BCC19 | .30 |
| 06/29/06 | TBR | Review and revise Subordinated Participation Agreement. | BCC19 | 1.00 |
| 06/29/06 | TBR | E-mails with Customer Group regarding Subordinated Participation Agreement. | BCC19 | .50 |
| 06/29/06 | TBR | Conference call with Customer Group regarding funding. | BCC19 | .50 |
| 06/29/06 | TBR | Telephone conferences with M. Fortunak, M. Everett regarding funding. | BCC19 | .50 |
| 06/29/06 | TBR | Telephone conference with D. Baty regarding Agreements. | BCC19 | .30 |
| 06/30/06 | TBR | Review final Subordinated Participation Agreement, First Amendment to Accommodation Agreement. | BCC19 | .40 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                July 27, 2006        PAGE      7
ACCOUNT NUMBER: 000115900-0119
INVOICE NO.:      8303784

| Date | | Description | | |
|---|---|---|---|---|
| 06/30/06 | TBR | E-mails to Customer Group, CEP, Bank regarding Subordinated Participation Agreement, First Amendment to Accommodation Agreement. | BCC19 | .40 |
| 06/30/06 | TBR | Telephone conferences and e-mails with Delphi Team regarding Subordinated Participation Agreement First Amendment to Accommodation Agreement. | BCC19 | .50 |

                                         TOTAL HOURS            36.60

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

July 27, 2006
Invoice No.   8303785

Delphi Automotive Systems
Attn: General Counsel
5725 Delphi Drive
Troy, MI  48098-2815


        RE:  PIXLEY RICHARDS, INC.



PROFESSIONAL SERVICES posted
through   June 30, 2006                                          1775.00



DISBURSEMENTS:


        Copies                              4.70
                                      ----------
                                                                  4.70
                                                              ---------


                          INVOICE TOTAL           1779.70
                                                  ==========

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                July 27, 2006        PAGE        3
ACCOUNT NUMBER: 000115900-0120
INVOICE NO.:    8303785


[PRIVILEGED AND CONFIDENTIAL INFORMATION]



PROFESSIONAL SERVICES posted through June 30, 2006


        RE:  PIXLEY RICHARDS, INC.


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/01/06 | TBR | Draft Essential Supplier Agreement. | BCC19 | 3.00 |
| 06/01/06 | TBR | Review and reply to J. Ruhm e-mail regarding Essential Supplier Agreement. | BCC19 | .20 |
| 06/01/06 | TBR | E-mail to J. Ruhm, T. Dunn regarding Essential Supplier Agreement. | BCC19 | .20 |
| 06/08/06 | TBR | Telephone conference with T. Dunn regarding Agreement. | BCC19 | .20 |
| 06/12/06 | TBR | E-mails with J. Ruhm regarding Trade Agreement. | BCC19 | .30 |
| 06/13/06 | TBR | Review e-mails regarding final agreement, pricing exhibit. | BCC19 | .20 |
| 06/14/06 | TBR | Revise Trade Agreement. | BCC19 | .40 |
| 06/14/06 | TBR | Telephone conference and e-mail with T. Dunn regarding Trade Agreement. | BCC19 | .50 |
| 06/15/06 | TBR | Further revision to Trade Agreement. | BCC19 | .30 |
| 06/15/06 | TBR | E-mail to T. Dunn regarding Trade Agreement. | BCC19 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

```
DELPHI AUTOMOTIVE SYSTEMS              July 27, 2006      PAGE     4
ACCOUNT NUMBER: 000115900-0120
INVOICE NO.:     8303785
```

| Date | | Description | | |
|------|-----|-------------|-------|-----|
| 06/15/06 | TBR | Review T. Dunn e-mails regarding Trade Agreement. | BCC19 | .40 |
| 06/28/06 | TBR | Telephone conference with T. Dunn regarding Trade Agreement. | BCC19 | .20 |
| 06/30/06 | TBR | Telephone conference with T. Dunn, S. McMenimen regarding Trade Agreement. | BCC19 | .30 |
| 06/30/06 | TBR | Telephone conferences with B. Smith regarding Trade Agreement. | BCC19 | .50 |
| 06/30/06 | TBR | Revise Trade Agreement. | BCC19 | .20 |

                              TOTAL HOURS              7.10

# Butzel Long

### A PROFESSIONAL CORPORATION
### ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

July 27, 2006
Invoice No.   8303786

Delphi Automotive Systems
Attn: General Counsel
5725 Delphi Drive
Troy, MI  48098-2815


RE:  MILLER INDUSTRIAL PRODUCTS


PROFESSIONAL SERVICES posted
through  June 30, 2006                                    2800.00


DISBURSEMENTS:

                                        ----------
                                                      0.00
                                        ---------

                INVOICE TOTAL            2800.00
                                        ==========

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                July 27, 2006      PAGE      3
ACCOUNT NUMBER: 000115900-0121
INVOICE NO.:     8303786


        [PRIVILEGED AND CONFIDENTIAL INFORMATION]



    PROFESSIONAL SERVICES posted through June 30, 2006



        RE:  MILLER INDUSTRIAL PRODUCTS


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/06/06 | TBR | Telephone conferences with T. Dunn and M. Johnson regarding financial alternatives. | BCC19 | .70 |
| 06/16/06 | MEW | Telephone from and telephone to C. Archambault regarding new distress supplier matter. | BCC19 | .20 |
| 06/16/06 | MEW | Email from C. Archambault regarding Miller counsel. | BCC19 | .10 |
| 06/19/06 | MEW | Conference with C. Archambault regarding supplier status, options for enabling supplier to continue to operate. | BCC19 | .40 |
| 06/19/06 | MEW | Telephone to Miller counsel regarding Delphi's potential accommodations. | BCC19 | .20 |
| 06/19/06 | MEW | Conference with Miller counsel and M. Miller regarding company status. | BCC19 | .40 |
| 06/19/06 | MEW | Conference with C. Archambault regarding Miller cash needs. | BCC19 | .30 |
| 06/19/06 | MEW | Review cash flow projections, related information | BCC19 | 1.00 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                July 27, 2006       PAGE      4
ACCOUNT NUMBER: 000115900-0121
INVOICE NO.:    8303786

| | | | | |
|---|---|---|---|---|
| 06/20/06 | MEW | Draft Accommodation Agreement, Access Agreement and Promissory Note. | BCC19 | 2.50 |
| 06/26/06 | MEW | Conference with C. Archambault regarding matter status. | BCC19 | .10 |
| 06/26/06 | MEW | Follow-up calls with C. Archambault. | BCC19 | .30 |
| 06/26/06 | MEW | Conference with Miller regarding counsel regarding matter status. | BCC19 | .10 |
| 06/26/06 | MEW | Review Accommodation Agreement, Promissory Note, Access Agreement. | BCC19 | .90 |
| 06/26/06 | MEW | Team conference call. | BCC19 | 1.00 |
| 06/26/06 | MEW | Follow-up call with Miller counsel. | BCC19 | .50 |
| 06/26/06 | MEW | Review, revise and forward Agreements to Miller counsel. | BCC19 | 1.00 |
| 06/27/06 | MEW | Conferences with C. Archambault, Miller counsel and principals regarding opportunities for Miller and Delphi going forward and possible Delphi assistance to support component part production. | BCC19 | 1.50 |

                                        TOTAL HOURS                11.20

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

July 27, 2006
Invoice No.   8303787

Delphi Automotive Systems
Attn: General Counsel
5725 Delphi Drive
Troy, MI  48098-2815


RE:  INNOVATIVE GROUP GLOBAL, INC.


PROFESSIONAL SERVICES posted
through   June 30, 2006                                          5075.00



DISBURSEMENTS:

        Copies                                      18.90
                                               ----------
                                                              18.90
                                                          ---------

                          INVOICE TOTAL          5093.90
                                                 ==========

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                July 27, 2006        PAGE      3
ACCOUNT NUMBER: 000115900-0122
INVOICE NO.:    8303787


[PRIVILEGED AND CONFIDENTIAL INFORMATION]



PROFESSIONAL SERVICES posted through June 30, 2006


          RE:  INNOVATIVE GROUP GLOBAL, INC.


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/01/06 | MEW | Email from Mazzola regarding Agreements. | BCC19 | .40 |
| 06/01/06 | MEW | Review W. Mazzola email regarding status. | BCC19 | .10 |
| 06/02/06 | MEW | Conferences with various Delphi team members and revise and draft Access Agreement, Accommodation Agreement and Promissory Note and re-circulate for comment. | BCC19 | 3.50 |
| 06/02/06 | MEW | Review, revise and circulate agreements to Crestmark, Debtor's counsel. | BCC19 | 2.80 |
| 06/02/06 | MEW | Conferences with Debtor's counsel regarding agreements. | BCC19 | .40 |
| 06/02/06 | MEW | Discuss status with W. Mazzola and T. Dunn. | BCC19 | .40 |
| 06/05/06 | MEW | Find and forward Vendor Rescue Motion and Order to Debtor's counsel, per request. | BCC19 | .40 |
| 06/06/06 | MEW | Voicemail from and conference with T. Dunn regarding status. | BCC19 | .20 |
| 06/06/06 | MEW | Voicemail to and telephone from W. Handler regarding agreement status. | BCC19 | .20 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

| | | | | |
|---|---|---|---|---|
| DELPHI AUTOMOTIVE SYSTEMS | | July 27, 2006 | PAGE | 4 |
| ACCOUNT NUMBER: 000115900-0122 | | | | |
| INVOICE NO.:   8303787 | | | | |

| | | | | |
|---|---|---|---|---|
| 06/07/06 | MEW | Conferences with team regarding status and draft Accommodation, Access Agreements, Promissory  Note. | BCC19 | 1.50 |
| 06/08/06 | MEW | Email from Refabco counsel regarding signed agreements. | BCC19 | .10 |
| 06/08/06 | MEW | Attention to negotiation of agreements relating to ongoing operations and emails from and to Crestmark counsel. | BCC19 | 1.30 |
| 06/08/06 | MEW | Review, revise and re-circulate agreements incorporating bank's comments. | BCC19 | .80 |
| 06/09/06 | MEW | Conference with W. Mazzola regarding status, amendments to agreements. | BCC19 | .20 |
| 06/09/06 | MEW | Email from and to Crestmark counsel regarding further changes to Accommodation Agreement. | BCC19 | .50 |
| 06/09/06 | MEW | Review motion to expedite hearing on motion to borrow from Delphi, motion to borrow and attached exhibits, as filed order granting expedited hearing. | BCC19 | 1.20 |
| 06/14/06 | MEW | Attend hearing on motion to borrow money from Delphi (to sustain Delphi production). | BCC19 | 3.50 |
| 06/14/06 | MEW | Review Agreements and Motion in preparation for Refabco motion to borrow from Delphi and prepare for hearing on motion. | BCC19 | 1.00 |
| 06/14/06 | MEW | Review proposed Interim Order re: financing. | BCC19 | .40 |
| 06/15/06 | MEW | Email status to M. Everett and W. Mazzola. | BCC19 | .20 |
| 06/15/06 | MEW | Conference with Refabco counsel regarding form of interim order. | BCC19 | .20 |
| 06/15/06 | MEW | Review Interim Order Approving Borrowing, as filed. | BCC19 | .20 |
| 06/15/06 | MEW | Review redlined interim order authorizing Delphi loan. | BCC19 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

```
DELPHI AUTOMOTIVE SYSTEMS                July 27, 2006      PAGE      5
ACCOUNT NUMBER: 000115900-0122
INVOICE NO.:     8303787

06/22/06   MEW   Review monthly income and expense statement.   BCC19      .50


                                    TOTAL HOURS          20.30
```

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

July 27, 2006
Invoice No.   8303788

Delphi Automotive Systems
Attn: General Counsel
5725 Delphi Drive
Troy, MI  48098-2815

RE:   STERLING MANUFACTURING COMPANY

PROFESSIONAL SERVICES posted
through  June 30, 2006                                    4199.60

DISBURSEMENTS:

        Copies                              14.20
                                        ----------
                                                          14.20
                                                       ----------

                        INVOICE TOTAL      4213.80
                                        ==========

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 27, 2006        PAGE      3
ACCOUNT NUMBER: 000115900-0123
INVOICE NO.:    8303788

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

PROFESSIONAL SERVICES posted through June 30, 2006

RE:  STERLING MANUFACTURING COMPANY

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/01/06 | TBR | Conference call with Delphi team, BBK regarding supplier demands. | BCC19 | .50 |
| 06/02/06 | TBR | Review BBK e-mails regarding Supplier proposal. | BCC19 | .30 |
| 06/02/06 | TBR | Telephone conference with M. Everett regarding Supplier proposal, Tenatronics. | BCC19 | .20 |
| 06/05/06 | TBR | Telephone conferences with M. Everett regarding access. | BCC19 | .50 |
| 06/05/06 | TBR | Telephone conference with D. Braun regarding access. | BCC19 | .30 |
| 06/05/06 | TBR | Review BBK e-mails regarding funding issues. | BCC19 | .30 |
| 06/06/06 | TBR | Review BBK, Delphi e-mails regarding financial demands. | BCC19 | .50 |
| 06/09/06 | TBR | Review e-mails regarding company funding requests. | BCC19 | .30 |
| 06/14/06 | TBR | Telephone conference with B. Wildern regarding update. | BCC19 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

```
DELPHI AUTOMOTIVE SYSTEMS              July 27, 2006        PAGE      4
ACCOUNT NUMBER: 000115900-0123
INVOICE NO.:      8303788
```

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 06/22/06 | TBR | Telephone conference with M. Everett regarding Tenatronics, asset purchase. | BCC19 | .20 |
| 06/22/06 | TBR | Call with Delphi Team, BBK regarding term sheet for asset purchase. | BCC19 | .50 |
| 06/22/06 | TBR | Telephone conference with D. Braun regarding term sheet. | BCC19 | .30 |
| 06/22/06 | TBR | Telephone conference with D. Rose regarding term sheet for asset purchase. | BCC19 | .20 |
| 06/22/06 | DBB | Prepare draft outline for Letter of Intent. | BCC19 | 1.20 |
| 06/22/06 | DBB | Firm conferences with Mr. Radom. | BCC19 | .30 |
| 06/23/06 | TBR | E-mail to Delphi Team regarding LOI. | BCC19 | .20 |
| 06/23/06 | TBR | Review and revise LOI. | BCC19 | .50 |
| 06/23/06 | TBR | Telephone conference with M. Everett regarding LOI. | BCC19 | .20 |
| 06/23/06 | TBR | Telephone conferences with D. Braun regarding LOI. | BCC19 | .40 |
| 06/23/06 | DBB | Draft and redraft Letter of Intent. | BCC19 | 3.60 |
| 06/23/06 | DBB | Various Firm conferences with Mr. Radom. | BCC19 | .60 |
| 06/26/06 | TBR | Telephone conference with M. Everett regarding status. | BCC19 | .20 |
| 06/27/06 | TBR | Revise Accommodation, Access Agreements. | BCC19 | 2.00 |
| 06/27/06 | TBR | Telephone conferences with D. Rose, M. Fortunak regarding new terms to Accommodation Agreement. | BCC19 | .40 |
| 06/27/06 | TBR | Review e-mails regarding new terms to Accommodation Agreement. | BCC19 | .30 |
| 06/28/06 | TBR | Telephone conference with B. Chapman and M. Fortunak regarding Accommodation Agreement. | BCC19 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

```
DELPHI AUTOMOTIVE SYSTEMS              July 27, 2006      PAGE      5
ACCOUNT NUMBER: 000115900-0123
INVOICE NO.:    8303788
```

| | | | | |
|---|---|---|---|---|
| 06/28/06 | TBR | Telephone conference with D. Rose regarding Accommodation Agreement. | BCC19 | .20 |
| 06/28/06 | TBR | E-mails to Delphi Team regarding Accommodation Agreement. | BCC19 | .40 |
| 06/28/06 | TBR | Further revisions to Accommodation Agreement. | BCC19 | .80 |
| 06/29/06 | TBR | E-mails and telephone conference with M. Everett regarding patent. | BCC19 | .50 |
| 06/29/06 | TBR | E-mail to B. Weiss, attorney for GM regarding patent. | BCC19 | .20 |
| 06/30/06 | TBR | Voicemail to Sterling's attorney regarding stop ship, status of Accommodation Agreement. | BCC19 | .20 |
| 06/30/06 | TBR | Telephone conference with Delphi Team regarding stop ship, status of Accommodation Agreement. | BCC19 | .40 |

```
                            TOTAL HOURS              17.30
```

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

July 27, 2006
Invoice No.   8303789

Delphi Automotive Systems
Attn: General Counsel
5725 Delphi Drive
Troy, MI  48098-2815

RE:  I & W INDUSTRIES, INC.

PROFESSIONAL SERVICES posted
through  June 30, 2006                                          9875.00

DISBURSEMENTS:

          Copies                                    65.80
          Color Copies                              10.00
                                               ----------
                                                              75.80
                                               ---------

                   INVOICE TOTAL              9950.80
                                              ==========

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

```
DELPHI AUTOMOTIVE SYSTEMS          July 27, 2006     PAGE     3
ACCOUNT NUMBER: 000115900-0124
INVOICE NO.:   8303789
```

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

PROFESSIONAL SERVICES posted through June 30, 2006

RE:  I & W INDUSTRIES, INC.

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/01/06 | TBR | Meeting with M. Fortunak regarding resourcing, accommodations. | BCC19 | .50 |
| 06/01/06 | TBR | Telephone conference with T. Lindahl regarding resourcing, accommodations. | BCC19 | .30 |
| 06/05/06 | TBR | E-mail to T. Lindahl regarding Security Agreement. | BCC19 | .20 |
| 06/05/06 | TBR | Review T. Lindahl e-mail regarding Accommodation Agreement, Subordinated Participation Agreement. | BCC19 | .20 |
| 06/05/06 | TBR | Review financials. | BCC19 | .50 |
| 06/05/06 | TBR | Drafted Access and Security Agreement. | BCC19 | .60 |
| 06/07/06 | TBR | Telephone conference with M. Fortunak regarding resourcing, financials. | BCC19 | .30 |
| 06/07/06 | TBR | Review company financials. | BCC19 | .70 |
| 06/07/06 | TBR | Worked on revisions to Accommodation Agreement. | BCC19 | 1.20 |
| 06/07/06 | TBR | Review Fortunak e-mail regarding resourcing. | BCC19 | .20 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

```
DELPHI AUTOMOTIVE SYSTEMS              July 27, 2006      PAGE     4
ACCOUNT NUMBER: 000115900-0124
INVOICE NO.:    8303789
```

| Date | | Description | | |
|------|------|-------------|-------|------|
| 06/08/06 | TBR | Worked on and completed re-draft of Accommodation Agreement. | BCC19 | 3.00 |
| 06/08/06 | TBR | E-mail to M. Fortunak regarding re-draft of Accommodation Agreement. | BCC19 | .20 |
| 06/08/06 | TBR | E-mails with T. Lindahl regarding re-draft of Accommodation Agreement. | BCC19 | .40 |
| 06/08/06 | TBR | Telephone conference with M. Fortunak regarding re-draft of Accommodation Agreement. | BCC19 | .40 |
| 06/08/06 | TBR | Telephone conference with T. Dunn regarding status. | BCC19 | .20 |
| 06/09/06 | TBR | Conference call with Delphi Team regarding Accommodation Agreement, resourcing. | BCC19 | 1.00 |
| 06/12/06 | TBR | Finalized revised draft of Accommodation Agreement. | BCC19 | 1.00 |
| 06/12/06 | TBR | E-mail to T. Lindahl and Delphi Team regarding revised draft of Accommodation Agreement. | BCC19 | .20 |
| 06/13/06 | TBR | Review Fortunak, Weed e-mails regarding cash forecast, immediate funding. | BCC19 | .40 |
| 06/13/06 | TBR | Conference calls with I & W, Mark IV and Delphi regarding immediate funding. | BCC19 | 1.70 |
| 06/13/06 | TBR | Review I & W financials. | BCC19 | 1.00 |
| 06/13/06 | TBR | Telephone conferences with S. Grow, attorney for Bank regarding Agreements, funding. | BCC19 | .70 |
| 06/13/06 | TBR | Review and respond to D. Engler e-mail regarding funding. | BCC19 | .30 |
| 06/13/06 | TBR | Conference call with Mark IV regarding funding. | BCC19 | 1.00 |
| 06/13/06 | TBR | Telephone conferences with M. Fortunak regarding cash forecast, immediate funding. | BCC19 | .60 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                July 27, 2006       PAGE      5
ACCOUNT NUMBER: 000115900-0124
INVOICE NO.:    8303789

| | | | | |
|---|---|---|---|---|
| 06/14/06 | TBR | Telephone conferences and e-mails with I & W representatives, Bank attorney and Delphi Team regarding interim funding. | BCC19 | 2.50 |
| 06/14/06 | TBR | Review and revise Interim Advance Agreement. | BCC19 | .60 |
| 06/14/06 | TBR | Telephone conferences with D. Engler, Mark IV, regarding Interim Advance Agreement. | BCC19 | .70 |
| 06/14/06 | TBR | Draft Intercustomer Agreement. | BCC19 | 1.00 |
| 06/15/06 | TBR | Review and reply to S. Grow e-mail regarding Interim Advance Agreement. | BCC19 | .20 |
| 06/15/06 | TBR | Telephone conference with M. Fortunak regarding Interim Advance Agreement. | BCC19 | .20 |
| 06/15/06 | TBR | Telephone conference with T. Lindahl regarding conference call on agreements. | BCC19 | .20 |
| 06/16/06 | TBR | E-mails with Bank regarding Interim Advance Agreement. | BCC19 | .40 |
| 06/16/06 | TBR | E-mails with M. Fortunak regarding Interim Advance Agreement. | BCC19 | .60 |
| 06/19/06 | TBR | Conference calls with bank, I&W, Mark IV regarding draft Agreements. | BCC19 | 1.50 |
| 06/19/06 | TBR | Review draft Agreements. | BCC19 | 1.50 |
| 06/20/06 | TBR | Review and revise Subordinated Participation Agreement. | BCC19 | 1.50 |
| 06/20/06 | TBR | E-mail to I & W, Mark IV, Bank regarding Subordinated Participation Agreement. | BCC19 | .20 |
| 06/20/06 | TBR | Review revised draft of Accommodation Agreement. | BCC19 | .70 |
| 06/20/06 | TBR | Review weekly cash forecast. | BCC19 | .30 |
| 06/21/06 | TBR | Review draft Second Interim Advance Agreement. | BCC19 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

| | | | | |
|---|---|---|---|---|
| DELPHI AUTOMOTIVE SYSTEMS | | July 27, 2006 | PAGE | 6 |
| ACCOUNT NUMBER: 000115900-0124 | | | | |
| INVOICE NO.:    8303789 | | | | |

| | | | | |
|---|---|---|---|---|
| 06/21/06 | TBR | Conference with I. Scott regarding Second Interim Advance Agreement. | BCC19 | .40 |
| 06/21/06 | TBR | Review and reply to T. Lindahl e-mail regarding conference call. | BCC19 | .20 |
| 06/21/06 | TBR | Telephone conference with D. Engler regarding second interim advance. | BCC19 | .20 |
| 06/22/06 | TBR | Conference calls with I & W, Mark IV regarding agreements. | BCC19 | 1.50 |
| 06/23/06 | TBR | E-mails with M. West regarding resourcing, price downs. | BCC19 | .50 |
| 06/23/06 | TBR | Conference call with I & W, Mark IV regarding Accommodation Agreement. | BCC19 | 1.40 |
| 06/23/06 | TBR | E-mail to I & W, Mark IV regarding Second Interim Advance Agreement. | BCC19 | .20 |
| 06/26/06 | TBR | Telephone conference with T. Lindahl regarding price downs, staffing. | BCC19 | .20 |
| 06/26/06 | TBR | Conference call with I & W, Mark IV, Bank regarding Agreements. | BCC19 | 2.00 |
| 06/26/06 | TBR | E-mails and telephone conference with M. West regarding price downs, staffing. | BCC19 | .50 |
| 06/27/06 | TBR | Review and revise Access Agreement. | BCC19 | 1.00 |
| 06/27/06 | TBR | Telephone conference with S. Grow regarding Access Agreement. | BCC19 | .60 |
| 06/27/06 | TBR | E-mail to S. Grow regarding changes to Access Agreement. | BCC19 | .40 |
| 06/28/06 | TBR | Review and reply to M. Fortunak e-mail regarding Accommodation Agreement. | BCC19 | .20 |
| 06/28/06 | TBR | Review and reply to S. Grow e-mail regarding extension of setoff rights. | BCC19 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

| | | | | |
|---|---|---|---|---|
| DELPHI AUTOMOTIVE SYSTEMS | | July 27, 2006 | PAGE | 7 |

ACCOUNT NUMBER: 000115900-0124
INVOICE NO.:     8303789

| | | | | |
|---|---|---|---|---|
| 06/29/06 | TBR | Review e-mails regarding Accommodation, Access Agreements. | BCC19 | .50 |
| 06/29/06 | TBR | Telephone conference with S. Grow regarding Accommodation, Access Agreement. | BCC19 | .20 |
| 06/29/06 | TBR | Telephone conference with M. Fortunak regarding status. | BCC19 | .20 |

TOTAL HOURS            39.50

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

July 27, 2006
Invoice No.   8303790

Delphi Automotive Systems
Attn: General Counsel
5725 Delphi Drive
Troy, MI  48098-2815

RE:   BING METALS GROUP, INC.

PROFESSIONAL SERVICES posted
through  June 30, 2006                                           3100.00

DISBURSEMENTS:

        Copies                                    5.20
        Color Copies                             48.00
                                             ----------
                                                          53.20
                                             ----------

            INVOICE TOTAL              3153.20
                                       ==========

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

```
DELPHI AUTOMOTIVE SYSTEMS              July 27, 2006      PAGE      3
ACCOUNT NUMBER: 000115900-0125
INVOICE NO.:     8303790
```

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

PROFESSIONAL SERVICES posted through June 30, 2006

RE:  BING METALS GROUP, INC.

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/01/06 | TBR | Attend meeting with Delphi team, Bing team regarding restructuring proposal. | BCC19 | 2.00 |
| 06/01/06 | TBR | Review and reply to J. Fischer e-mail regarding Agreements. | BCC19 | .30 |
| 06/01/06 | TBR | Review draft Accommodation, Access Agreements. | BCC19 | .60 |
| 06/02/06 | TBR | Telephone conferences with J. Fischer regarding Accommodation Agreement. | BCC19 | 1.00 |
| 06/02/06 | TBR | E-mails with M. Fortunak regarding Accommodation Agreement. | BCC19 | .30 |
| 06/02/06 | TBR | Review revised Accommodation Agreement. | BCC19 | .50 |
| 06/02/06 | TBR | Review D. Woodward e-mail regarding financials. | BCC19 | .20 |
| 06/02/06 | TBR | Telephone conferences with M. Everett, M. Fortunak regarding Accommodation Agreement. | BCC19 | 1.00 |
| 06/05/06 | TBR | Reviewed executed Agreement. | BCC19 | .40 |
| 06/05/06 | TBR | Telephone conference with B. Diehl, attorney for Banks, regarding Accommodation Agreement. | BCC19 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

| | | | | |
|---|---|---|---|---|
| DELPHI AUTOMOTIVE SYSTEMS | | July 27, 2006 | PAGE | 4 |
| ACCOUNT NUMBER: 000115900-0125 | | | | |
| INVOICE NO.:     8303790 | | | | |

| | | | | |
|---|---|---|---|---|
| 06/05/06 | TBR | Telephone conferences with M. Everett regarding Accommodation Agreement. | BCC19 | .70 |
| 06/05/06 | TBR | Reviewed Bing financials. | BCC19 | .60 |
| 06/05/06 | TBR | Telephone conferences with J. Fischer regarding Accommodation Agreement. | BCC19 | .80 |
| 06/06/06 | TBR | Telephone conference with M. Everett regarding Accommodation Agreement. | BCC19 | .30 |
| 06/06/06 | TBR | Review Fortunak, Everett e-mails regarding pricing. | BCC19 | .40 |
| 06/06/06 | TBR | E-mail to M. Everett, M. Fortunak regarding Accommodation Agreement. | BCC19 | .50 |
| 06/07/06 | TBR | Telephone conference with M. Everett regarding Accommodation Agreement. | BCC19 | .20 |
| 06/13/06 | TBR | Telephone conference with M. Everett regarding status. | BCC19 | .20 |
| 06/15/06 | TBR | Telephone conference with M. Everett and M. Fortunak regarding cash forecast. | BCC19 | .50 |
| 06/15/06 | TBR | Telephone conference with J. Fischer regarding Accommodation Agreement. | BCC19 | .30 |
| 06/19/06 | TBR | Telephone conference with M. Everett regarding Agreement, updated cash forecast. | BCC19 | .20 |
| 06/19/06 | TBR | Telephone conference with J. Fischer, D. Woodward regarding Agreement, updated cash forecast. | BCC19 | .30 |
| 06/22/06 | TBR | Telephone conference with J. Fischer regarding cash forecast. | BCC19 | .20 |
| 06/23/06 | TBR | Telephone conference with M. Everett regarding cash forecast. | BCC19 | .20 |
| 06/30/06 | TBR | Telephone conference with M. Everett regarding Accommodation Agreement. | BCC19 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

```
DELPHI AUTOMOTIVE SYSTEMS               July 27, 2006      PAGE      5
ACCOUNT NUMBER: 000115900-0125
INVOICE NO.:    8303790

06/30/06   TBR   Review Everett e-mail regarding Accommodation   BCC19      .20
                 Agreement.


                                    TOTAL HOURS              12.40
```

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

July 27, 2006
Invoice No.  8303791

Delphi Automotive Systems
Attn: General Counsel
5725 Delphi Drive
Troy, MI  48098-2815


        RE:  TENATRONICS LTD.



PROFESSIONAL SERVICES posted
through  June 30, 2006                                          2850.00



DISBURSEMENTS:

                                                    ----------
                                                         0.00
                                                    ---------


                        INVOICE TOTAL            2850.00
                                                    ==========

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                July 27, 2006        PAGE      3
ACCOUNT NUMBER: 000115900-0126
INVOICE NO.:    8303791


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


PROFESSIONAL SERVICES posted through June 30, 2006


        RE:  TENATRONICS LTD.


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/28/06 | TBR | Telephone conference with M. Everett regarding conference call with Company, Customers. | BCC19 | .20 |
| 06/28/06 | TBR | Conference call with Company, Customers regarding operation, Bank. | BCC19 | 1.00 |
| 06/28/06 | TBR | Telephone conferences with M. Everett regarding operations, Bank, production, GM, BBK. | BCC19 | .60 |
| 06/28/06 | TBR | Telephone conference with D. Baty regarding operations, Bank, production, GM, BBK. | BCC19 | .50 |
| 06/28/06 | TBR | Telephone conference with D. Rose regarding AEG. | BCC19 | .20 |
| 06/29/06 | TBR | Conference calls with Customer Group, Supplier regarding funding, vendor, Bank and labor issues. | BCC19 | 2.30 |
| 06/29/06 | TBR | Telephone conferences and e-mails with M. Everett regarding funding, vendor, Bank and labor issues. | BCC19 | 1.20 |
| 06/29/06 | TBR | Telephone conference with D. Baty regarding GM, BBK. | BCC19 | .40 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

```
DELPHI AUTOMOTIVE SYSTEMS                July 27, 2006      PAGE     4
ACCOUNT NUMBER: 000115900-0126
INVOICE NO.:    8303791
```

| Date | | Description | | |
|---|---|---|---|---|
| 06/30/06 | TBR | Conference calls with Customer Group, Supplier regarding term sheet for Accommodation, Access Agreements, cash forecast. | BCC19 | 2.50 |
| 06/30/06 | TBR | Telephone conferences and e-mails with M. Everett, M. Fortunak regarding term sheet for Accommodation, Access Agreements, cash forecast. | BCC19 | 1.00 |
| 06/30/06 | TBR | Telephone conference with B. Diehl regarding term sheet for Accommodation, Access Agreements, cash forecast. | BCC19 | .20 |
| 06/30/06 | TBR | Review and revise term sheet. | BCC19 | .50 |
| 06/30/06 | TBR | Telephone conferences with J. Sgroi regarding term sheet. | BCC19 | .40 |
| 06/30/06 | TBR | Review cash forecast. | BCC19 | .40 |

```
                                         TOTAL HOURS              11.40
```

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

July 27, 2006
Invoice No.  8303792

Delphi Automotive Systems
Attn: General Counsel
5725 Delphi Drive
Troy, MI  48098-2815

RE:  AMERICAN RUBBER MANUFACTURING CORP.

PROFESSIONAL SERVICES posted
through  June 30, 2006                                          1375.00

DISBURSEMENTS:

                                                       - - - - - - - - - -
                                                            0.00
                                                       - - - - - - - - -

                            INVOICE TOTAL        1375.00
                                                 ==========

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

```
DELPHI AUTOMOTIVE SYSTEMS              July 27, 2006     PAGE     3
ACCOUNT NUMBER: 000115900-0127
INVOICE NO.:     8303792
```

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

PROFESSIONAL SERVICES posted through June 30, 2006

RE:  AMERICAN RUBBER MANUFACTURING CORP.

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/28/06 | MEW | Conference with supplier's counsel regarding status. | BCC19 | .40 |
| 06/28/06 | MEW | Voicemail to and conference with lender's counsel regarding status, Delphi needs. | BCC19 | .30 |
| 06/28/06 | MEW | Review background information from Delphi and assess options. | BCC19 | 2.50 |
| 06/28/06 | MEW | Conferences with A. Bowman regarding new distressed supplier motion. | BCC19 | .40 |
| 06/29/06 | MEW | Conference with Wells Fargo counsel regarding sale status, developing exit agreement for Delphi. | BCC19 | .40 |
| 06/29/06 | MEW | Assess options for Delphi to encourage production in light of potential sale of supplier's assets. | BCC19 | .70 |
| 06/29/06 | MEW | Outline and email status to A. Bowman. | BCC19 | .40 |
| 06/29/06 | MEW | Email from A. Bowman regarding Delphi discussions. | BCC19 | .10 |
| 06/29/06 | MEW | Email to A. Bowman regarding status and strategy. | BCC19 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                July 27, 2006     PAGE     4
ACCOUNT NUMBER: 000115900-0127
INVOICE NO.:     8303792


                                        TOTAL HOURS                5.50

# Butzel Long

**A PROFESSIONAL CORPORATION**

**ATTORNEYS AND COUNSELORS**

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

July 27, 2006
Invoice No.   8303793

Delphi Automotive Systems
Attn: General Counsel
5725 Delphi Drive
Troy, MI   48098-2815

RE:   EMPLOYMENT SECONDMENT

PROFESSIONAL SERVICES posted
through   June 30, 2006                                                          8640.00

DISBURSEMENTS:

                                                          ----------
                                                                    0.00
                                                          ---------

                              INVOICE TOTAL          8640.00
                                                      ==========

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                July 27, 2006        PAGE        3
ACCOUNT NUMBER: 000115900-0078
INVOICE NO.:    8303793


[PRIVILEGED AND CONFIDENTIAL INFORMATION]



PROFESSIONAL SERVICES posted through June 30, 2006



RE:  EMPLOYMENT SECONDMENT


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/13/06 | C_G | Review of status of various Charges. | BCC 6 | 2.00 |
| 06/13/06 | C_G | FLSA research. | BCC 6 | 4.00 |
| 06/13/06 | C_G | Attention to Adams v. Adams matter. | BCC 6 | 2.00 |
| 06/14/06 | C_G | Attention to Adams v. Adams matter. | BCC 6 | 8.00 |
| 06/20/06 | C_G | Started to work on Malone Charge. | BCC 6 | 2.00 |
| 06/20/06 | C_G | Attention to questions from Ohio Civil Rights Commission regarding Avey Charge. | BCC 6 | 6.00 |
| 06/21/06 | C_G | Started to work on Malone Charge. | BCC 6 | 2.00 |
| 06/21/06 | C_G | Attention to questions from Ohio Civil Rights Commission regarding Avey Charge. | BCC 6 | 6.00 |
| 06/27/06 | C_G | Attention to Malone and Avey Charges. | BCC 6 | 8.00 |
| 06/28/06 | C_G | Attention to Avey and Malone Charges. | BCC 6 | 8.00 |

                                        TOTAL HOURS        48.00

# Butzel Long

### A PROFESSIONAL CORPORATION

### ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

July 27, 2006
Invoice No.   8303794

Delphi Automotive Systems
Attn: General Counsel
5725 Delphi Drive
Troy, MI  48098-2815


RE:   GENERAL


PROFESSIONAL SERVICES posted
through  June 30, 2006                                                      250.00


DISBURSEMENTS:

          Copies                                              0.60
          Express Delivery Charges                           80.39
                                                         ----------
                                                                            80.99
                                                         ---------


                              INVOICE TOTAL                330.99
                                                         ==========

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

```
DELPHI AUTOMOTIVE SYSTEMS            July 27, 2006    PAGE    3
ACCOUNT NUMBER: 000115900-0015
INVOICE NO.:     8303794
```

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

PROFESSIONAL SERVICES posted through June 30, 2006

RE:   GENERAL

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/26/06 | MEW | Email from NCB counsel. | BCC19 | .20 |
| 06/26/06 | MEW | Review background. | BCC19 | .50 |
| 06/26/06 | MEW | Email to M. Fortunak with inquiry. | BCC19 | .30 |
| | | | TOTAL HOURS | 1.00 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

July 27, 2006
Invoice No.   8303795

Delphi Automotive Systems
Attn: General Counsel
5725 Delphi Drive
Troy, MI   48098-2815


RE:   TOWER AUTOMOTIVE, INC.


PROFESSIONAL SERVICES posted
through   June 30, 2006                                          1100.00



DISBURSEMENTS:

          Copies                                    6.50
                                               ----------
                                                                  6.50
                                                             ---------

                         INVOICE TOTAL              1106.50
                                                    ==========

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 27, 2006        PAGE        3
ACCOUNT NUMBER: 000115900-0074
INVOICE NO.:    8303795

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

PROFESSIONAL SERVICES posted through June 30, 2006

RE:  TOWER AUTOMOTIVE, INC.

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/13/06 | TBR | Telephone conference with Mark Dinsmore regarding Credit Suisse Agreement. | BCC19 | .30 |
| 06/15/06 | TBR | Reviewed Credit Suisse Agreement. | BCC19 | .30 |
| 06/16/06 | TBR | Review draft Master PUT Agreement, assignment. | BCC19 | 2.00 |
| 06/19/06 | TBR | Telephone conference with M. Densmore regarding Credit Suisse Agreement. | BCC19 | .30 |
| 06/21/06 | TBR | Revised Master PUT Agreement. | BCC19 | .80 |
| 06/21/06 | TBR | E-mail to M. Densmore regarding Master PUT Agreement. | BCC19 | .20 |
| 06/29/06 | TBR | Review revised draft of Master PUT Agreement. | BCC19 | .20 |
| 06/29/06 | TBR | Telephone conference with M. Densmore regarding Master PUT Agreement. | BCC19 | .30 |

TOTAL HOURS                    4.40

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

July 27, 2006
Invoice No.   8303796

Delphi Automotive Systems
Attn: General Counsel
5725 Delphi Drive
Troy, MI  48098-2815


RE:  BROCKWAY PRESSED METALS, INC.


PROFESSIONAL SERVICES posted
through  June 30, 2006                                            150.00



DISBURSEMENTS:

        Copies                                    1.50
        Telecopier Charges                        0.10
                                              ----------
                                                            1.60
                                              ----------

                        INVOICE TOTAL            151.60
                                              ==========

**Butzel Long**

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 27, 2006        PAGE        3
ACCOUNT NUMBER: 000115900-0080
INVOICE NO.:      8303796


[PRIVILEGED AND CONFIDENTIAL INFORMATION]



PROFESSIONAL SERVICES posted through June 30, 2006



RE:  BROCKWAY PRESSED METALS, INC.


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/20/06 | MEW | Attention to case status, case closing issues, email from LaSalle counsel. | BCC19 | .60 |
|  |  | TOTAL HOURS |  | 0.60 |

# Butzel Long

**A PROFESSIONAL CORPORATION**

**ATTORNEYS AND COUNSELORS**

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

July 27, 2006
Invoice No.   8303797

Delphi Automotive Systems
Attn: General Counsel
5725 Delphi Drive
Troy, MI   48098-2815


RE:   PLASCO


PROFESSIONAL SERVICES posted
through   June 30, 2006                                        800.00



DISBURSEMENTS:

    Copies                                        1.50
                                            ----------
                                                            1.50
                                                        ---------

                        INVOICE TOTAL       801.50
                                            ==========

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

| | | |
|---|---|---|
| DELPHI AUTOMOTIVE SYSTEMS | July 27, 2006 | PAGE    3 |
| ACCOUNT NUMBER: 000115900-0097 | | |
| INVOICE NO.:    8303797 | | |

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

PROFESSIONAL SERVICES posted through June 30, 2006

RE:  PLASCO

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/14/06 | TBR | Telephone conferences with C. Archambault regarding Metal Seal. | BCC19 | .40 |
| 06/14/06 | TBR | Review Metal Seal letter agreement. | BCC19 | .30 |
| 06/14/06 | TBR | E-mail to C. Archambault regarding Metal Seal. | BCC19 | .20 |
| 06/15/06 | TBR | E-mails with C. Archambault regarding BBK Trust Agreement. | BCC19 | .40 |
| 06/16/06 | TBR | Review BBK report regarding extended relationship with Plasco. | BCC19 | .50 |
| 06/16/06 | TBR | Conference call with BBK, Delphi Team regarding extended relationship with Plasco. | BCC19 | 1.00 |
| 06/28/06 | TBR | Review D. Wollschlager e-mail regarding extension plan. | BCC19 | .20 |
| 06/30/06 | TBR | Review Archambault e-mail regarding additional loan. | BCC19 | .20 |

                                                    TOTAL HOURS        3.20

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

July 27, 2006
Invoice No.   8303798

Delphi Automotive Systems
Attn: General Counsel
5725 Delphi Drive
Troy, MI   48098-2815

RE:   ENNIS MANUFACTURING

PROFESSIONAL SERVICES posted
through   June 30, 2006                                          422.40

DISBURSEMENTS:

        Copies                                    0.80
        Special Postal Charges                    1.17
        Telecopier Charges                        0.30
                                                ----------
                                                              2.27
                                                          ----------

                        INVOICE TOTAL            424.67
                                                ==========

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900-0098
INVOICE NO.:    8303798

July 27, 2006       PAGE      3

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

PROFESSIONAL SERVICES posted through June 30, 2006

RE:  ENNIS MANUFACTURING

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/08/06 | P H | Attention to case status. | BCC19 | .30 |
| 06/19/06 | P H | Attention to status of Ennis bankruptcy proceedings. | BCC19 | 1.00 |
| 06/19/06 | P H | Correspondence to R. Yaquinto.. | BCC19 | .90 |
| | | TOTAL HOURS | | 2.20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 · 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

                                        July 27, 2006
                                        Invoice No.   8303690

Delphi Automotive Systems
Attn: General Counsel
5725 Delphi Drive
Troy, MI  48098-2815


        RE:   JACOBS INDUSTRIES



PROFESSIONAL SERVICES posted
through   June 30, 2006                                        0.00



DISBURSEMENTS:

        Copies                                    13.80
                                              ----------
                                                          13.80
                                                      ---------

                        INVOICE TOTAL             13.80
                                              ==========

# Butzel Long

**A PROFESSIONAL CORPORATION**

**ATTORNEYS AND COUNSELORS**

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

July 27, 2006
Invoice No.   8303799

Delphi Automotive Systems
Attn: General Counsel
5725 Delphi Drive
Troy, MI  48098-2815


RE:   POST BANKRUPTCY GENERAL



PROFESSIONAL SERVICES posted
through  June 30, 2006                                                675.00



DISBURSEMENTS:

        Copies                                            1.80
                                                    ----------
                                                                      1.80
                                                                 ---------

                            INVOICE TOTAL              676.80
                                                    ==========

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 27, 2006        PAGE        3
ACCOUNT NUMBER: 000115900-0100
INVOICE NO.:    8303799

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

PROFESSIONAL SERVICES posted through June 30, 2006

RE:   POST BANKRUPTCY GENERAL

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/02/06 | TBR | Draft weekly status report. | BCC 4 | .70 |
| 06/09/06 | TBR | Prepare weekly case status report. | BCC 4 | .60 |
| 06/16/06 | TBR | Prepare weekly status report. | BCC 4 | .60 |
| 06/23/06 | TBR | Prepared Weekly Status Report. | BCC 4 | .50 |
| 06/23/06 | TBR | Reviewed Monthly Fee Statement. | BCC 7 | .30 |

TOTAL HOURS              2.70

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

July 27, 2006
Invoice No.   8303800

Delphi Automotive Systems
Attn: General Counsel
5725 Delphi Drive
Troy, MI  48098-2815


RE:  GRIFFIN THERMAL PRODUCTS, INC.


PROFESSIONAL SERVICES posted
through  June 30, 2006                                          1200.00


DISBURSEMENTS:

        Copies                              0.60
                                        ----------
                                                            0.60
                                                         ---------

                    INVOICE TOTAL          1200.60
                                         ==========

**Butzel Long**

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 27, 2006        PAGE        3
ACCOUNT NUMBER: 000115900-0101
INVOICE NO.:    8303800


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


PROFESSIONAL SERVICES posted through June 30, 2006


RE:  GRIFFIN THERMAL PRODUCTS, INC.


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/12/06 | TBR | Drafted objection to Plan and Disclosure Statement. | BCC19 | 2.50 |
| 06/12/06 | TBR | Telephone conferences with A. Bowman regarding objection to Plan and Disclosure Statement. | BCC19 | .50 |
| 06/12/06 | TBR | Telephone conference and e-mail with M. Beal regarding objection to Plan and Disclosure. | BCC19 | .40 |
| 06/20/06 | TBR | E-mail to B. McCarthy regarding confirmation hearing. | BCC19 | .20 |
| 06/22/06 | TBR | Telephone conferences with South Carolina local counsel regarding confirmation hearing, settlement of Delphi's administrative expense claim. | BCC19 | 1.00 |
| 06/22/06 | TBR | Telephone conference with S. Cook, attorney for Euclid, regarding confirmation hearing, settlement of Delphi's administrative expense claim. | BCC19 | .20 |

                                     TOTAL HOURS              4.80

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

July 27, 2006
Invoice No.   8303801

Delphi Automotive Systems
Attn: General Counsel
5725 Delphi Drive
Troy, MI   48098-2815

RE:  MRC INDUSTRIAL GROUP, INC.

PROFESSIONAL SERVICES posted
through   June 30, 2006                                                50.00

DISBURSEMENTS:

                                                            ----------
                                                                 0.00
                                                            ----------

                             INVOICE TOTAL           50.00
                                                     ==========

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 27, 2006        PAGE      3
ACCOUNT NUMBER: 000115900-0102
INVOICE NO.:    8303801


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


PROFESSIONAL SERVICES posted through June 30, 2006


RE:  MRC INDUSTRIAL GROUP, INC.


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/30/06 | MEW | Email from R. Diehl regarding Benteler double payment (alleged). | BCC19 | .20 |

TOTAL HOURS                    0.20

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

July 27, 2006
Invoice No.   8303802

Delphi Automotive Systems
Attn: General Counsel
5725 Delphi Drive
Troy, MI   48098-2815


          RE:  MPC



PROFESSIONAL SERVICES posted
through   June 30, 2006                                              475.00



DISBURSEMENTS:


                                             ----------
                                                   0.00
                                             ---------


                          INVOICE TOTAL         475.00
                                             ==========

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                July 27, 2006        PAGE      3
ACCOUNT NUMBER: 000115900-0107
INVOICE NO.:    8303802

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

PROFESSIONAL SERVICES posted through June 30, 2006

RE:  MPC

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/19/06 | TBR | Review UCC Sale Notice. | BCC19 | .20 |
| 06/19/06 | TBR | E-mails with D. Freedman regarding sale terms. | BCC19 | .40 |
| 06/22/06 | TBR | E-mail to G. Eynon regarding sale, Eynon e-mail. | BCC19 | .50 |
| 06/22/06 | TBR | Review Freedman e-mail regarding sale, Eynon e-mail. | BCC19 | .30 |
| 06/23/06 | TBR | Telephone conference with E. Erman regarding sale. | BCC19 | .30 |
| 06/26/06 | TBR | E-mail to E. Erman, G. Eynon regarding sale. | BCC19 | .20 |

                                        TOTAL HOURS          1.90

05-44481-rdd    Doc 5982-6    Filed 11/30/06    Entered 11/30/06 15:47:42    Exhibit F - Part 1 Invoice June    Pg 63 of 70


# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

July 27, 2006
Invoice No.  8303803

Delphi Automotive Systems
Attn: General Counsel
5725 Delphi Drive
Troy, MI  48098-2815


RE:  J.L. FRENCH AUTOMOTIVE CASTINGS, INC.


PROFESSIONAL SERVICES posted
through  June 30, 2006                                                     0.00


DISBURSEMENTS:

    Telephone Charges                                    33.15
                                          ----------
                                                       33.15
                                                       ---------

                         INVOICE TOTAL                33.15
                                                 ==========

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

July 27, 2006
Invoice No.   8303804

Delphi Automotive Systems
Attn: Don Parshall
M/C 480-410-254
5825 Delphi Drive
Troy, MI   48098-2815

RE:   DELPHI CORPORATION VS. SEGWAY, INC.

PROFESSIONAL SERVICES posted
through   June 30, 2006                                    980.40

DISBURSEMENTS:

                                                      - - - - - - - - - -
                                                            0.00
                                                      - - - - - - - - -

                              INVOICE TOTAL           980.40
                                                      ==========

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 27, 2006       PAGE     3
ACCOUNT NUMBER: 000115900-0112
INVOICE NO.:    8303804


            [PRIVILEGED AND CONFIDENTIAL INFORMATION]


    PROFESSIONAL SERVICES posted through June 30, 2006


        RE:  DELPHI CORPORATION VS. SEGWAY, INC.


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/29/06 | D D | Review and analysis of voluminous documents and file materials and work on litigation strategy. | BCC10 | 3.30 |
| 06/30/06 | D D | Continue review of file and preparation for strategy conference with Jim Derian. | BCC 5 | .60 |
| 06/30/06 | D D | Prepare e-mail to Jim Derian regarding litigation strategy. | BCC 5 | .40 |

                            TOTAL HOURS           4.30

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

July 27, 2006
Invoice No.   8303805

Delphi Automotive Systems
Attn: General Counsel
5725 Delphi Drive
Troy, MI  48098-2815


RE:  NEFF-PERKINS COMPANY


PROFESSIONAL SERVICES posted
through  June 30, 2006                                           3400.00



DISBURSEMENTS:


        Copies                                        5.40
                                              ----------
                                                              5.40
                                                        ---------

                        INVOICE TOTAL              3405.40
                                              ==========

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                      July 27, 2006        PAGE       3
ACCOUNT NUMBER: 000115900-0114
INVOICE NO.:    8303805


[PRIVILEGED AND CONFIDENTIAL INFORMATION]



PROFESSIONAL SERVICES posted through June 30, 2006



RE:  NEFF-PERKINS COMPANY


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/02/06 | TBR | Review Neff counterproposal. | BCC19 | .70 |
| 06/02/06 | TBR | Telephone conferences with A. Bowman, B. Lendzion regarding Neff counterproposal. | BCC19 | .70 |
| 06/02/06 | TBR | E-mail to Delphi team regarding Neff counterproposal. | BCC19 | .20 |
| 06/05/06 | TBR | Review K. Hand analysis regarding Neff counterproposal. | BCC19 | .50 |
| 06/05/06 | TBR | E-mail to D. Neumann, M. Zaverton regarding Delphi proposal. | BCC19 | .80 |
| 06/05/06 | TBR | Conference calls with Delphi team, BBK regarding Neff counterproposal. | BCC19 | .70 |
| 06/06/06 | TBR | E-mail to M. Zaverton regarding response to proposal. | BCC19 | .50 |
| 06/06/06 | TBR | Telephone conferences with A. Bowman regarding tool drawing, Neff counterproposal. | BCC19 | .70 |
| 06/07/06 | TBR | Review Neff response to Delphi proposal. | BCC19 | .20 |
| 06/07/06 | TBR | E-mail to A. Bowman, B. Lendzion regarding Neff response to Delphi proposal. | BCC19 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 27, 2006          PAGE      4
ACCOUNT NUMBER: 000115900-0114
INVOICE NO.:      8303805

| Date | | Description | | |
|---|---|---|---|---|
| 06/07/06 | TBR | Telephone conference with A. Bowman regarding Neff response to Delphi proposal. | BCC19 | .20 |
| 06/07/06 | TBR | Review K. Hand analysis regarding Neff proposal. | BCC19 | .40 |
| 06/07/06 | TBR | Review Lendzion e-mail regarding proposal. | BCC19 | .20 |
| 06/08/06 | TBR | E-mail with Delphi Team regarding Exit Agreement. | BCC19 | .20 |
| 06/08/06 | TBR | E-mails with M. Zaverton regarding Exit Agreement. | BCC19 | .40 |
| 06/12/06 | TBR | Telephone conferences with A. Bowman regarding Exit Agreement. | BCC19 | .50 |
| 06/12/06 | TBR | Telephone conference with M. Zaverton regarding Exit Agreement. | BCC19 | .30 |
| 06/12/06 | TBR | E-mail to A. Bowman, B. Lendzion regarding Exit Agreement. | BCC19 | .20 |
| 06/13/06 | TBR | Telephone conference with M. Everett regarding status. | BCC19 | .20 |
| 06/14/06 | TBR | E-mail to M. Zaverton regarding Exit Agreement. | BCC19 | .20 |
| 06/15/06 | TBR | Revised Exit Agreement. | BCC19 | 2.00 |
| 06/19/06 | TBR | Review Zaverton e-mail regarding Exit Agreement. | BCC19 | .20 |
| 06/19/06 | TBR | Review CMD pricing schedule. | BCC19 | .30 |
| 06/22/06 | TBR | Finalize pricing, bank build schedules. | BCC19 | .60 |
| 06/22/06 | TBR | E-mail to M. Zaverton, D. Neumann regarding Exit Agreement. | BCC19 | .20 |
| 06/22/06 | TBR | E-mails to B. Lendzion regarding bank build schedule. | BCC19 | .40 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                July 27, 2006        PAGE       5
ACCOUNT NUMBER: 000115900-0114
INVOICE NO.:     8303805

| | | | | |
|---|---|---|---|---|
| 06/23/06 | TBR | E-mail to M. Zaverton regarding Exit Agreement. | BCC19 | .20 |
| 06/26/06 | TBR | Telephone conference with B. Lendzion regarding status of Exit Agreement. | BCC19 | .20 |
| 06/26/06 | TBR | Voicemail to M. Zaverton regarding Exit Agreement. | BCC19 | .20 |
| 06/27/06 | TBR | E-mail to Delphi Team regarding status of Exit Agreement. | BCC19 | .20 |
| 06/28/06 | TBR | Telephone conference with B. Lendzion regarding parts bank schedule. | BCC19 | .20 |
| 06/28/06 | TBR | Review Lendzion e-mail regarding parts bank schedule. | BCC19 | .20 |
| 06/28/06 | TBR | E-mail to Neff counsel regarding parts bank schedule. | BCC19 | .20 |
| 06/30/06 | TBR | E-mail to Delphi Team regarding Exit Agreement. | BCC19 | .20 |
| 06/30/06 | TBR | Telephone conference with D. Neumann regarding status of Exit Agreement. | BCC19 | .30 |

                              TOTAL HOURS        13.60

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

July 27, 2006
Invoice No.   8303806

Delphi Automotive Systems
Attn: General Counsel
5725 Delphi Drive
Troy, MI   48098-2815


        RE:   DRAWN METAL


PROFESSIONAL SERVICES posted
through   June 30, 2006                                          0.00


DISBURSEMENTS:

        Telephone Charges                       70.66
                                           ----------
                                                        70.66
                                                     ---------

                        INVOICE TOTAL              70.66
                                                  ==========