# EXHIBIT F

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
butzel.com

August 10, 2006

To:   David Sherbin, Esq., Delphi Corp.
      Mr. John D. Sheehan., Delphi Corp.
      John Wm. Butler, Jr., Esq., Skadden, Arps, Slate, Meagher & Flom, LLP
      Alicia M. Leonhard, Esq., Office of the United States Trustee
      Robert J. Rosenberg, Esq., Latham & Watkins, LLP
      Marissa Wesley, Esq., Simpson Thacher & Bartlett, LLP
      Marlane Melican, Esq., Davis Polk & Wardell
      Ms. Valeria Venable, GE Plastics, Americas

### Summary of Total Billable Hours by Category
### for the Period July 1, 2006 through July 31, 2006

| Matter Description | Hours | Amount |
|---|---|---|
| Case Administration | 1.10 | $275.00 |
| Employee Benefits/Pensions/Labor | 36.00 | $6,768.00 |
| Fee/Employment Applications/Objections | 2.00 | $500.00 |
| Litigation | 3.00 | $684.00 |
| Vendor/Supplier Matters | 217.20 | $53,677.20 |
| Totals: | 259.30 | $61,904.20 |

August 10, 2006
Page 2

## Summary of Disbursements
### for the Period July 1, 2006 through July 31, 2006

| Disbursement | Amount |
|---|---|
| Telephone Charges | $71.45 |
| Express Delivery Charges | $107.80 |
| Digital Reproduction | $61.00 |
| Totals: | $240.25 |

## Summary of Total Billable Hours by Attorneys and Paraprofessionals
### for the Period July 1, 2006 through July 31, 2006

| Name | Position | Admitted | Rate | Hours | Totals |
|---|---|---|---|---|---|
| **Attorneys** | | | | | |
| Thomas B. Radom | Shareholder | 1974 | $250.00 | 104.00 | $26,000.00 |
| Matthew Wilkins | Shareholder | 1983 | $250.00 | 89.50 | $22,375.00 |
| William J. Clemens | Shareholder | 1974 | $240.00 | .50 | $120.00 |
| Daniel J. Dulworth | Shareholder | 1988 | $228.00 | 3.00 | $684.00 |
| David B. Braun | Shareholder | 1993 | $228.00 | 24.90 | $5,677.20 |
| Paula A. Hall | Associate | 2000 | $200.00 | 1.40 | $280.00 |
| Charlotte A. Garry | Associate | 1998 | $188.00 | 36.00 | $6,768.00 |
| Grand Total: | | | | 259.30 | $61,904.20 |

000115900\0015\796251-1

# Butzel Long

**A PROFESSIONAL CORPORATION**

**ATTORNEYS AND COUNSELORS**

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

August 12, 2006
Invoice No.   8306130

Delphi Automotive Systems
Attn: General Counsel
5725 Delphi Drive
Troy, MI   48098-2815


RE:   GENERAL


PROFESSIONAL SERVICES posted
through   July 31, 2006                                                          0.00


DISBURSEMENTS:

      Express Delivery Charges                          107.80
                                                     ----------
                                                                        107.80
                                                                     ---------

                              INVOICE TOTAL             107.80
                                                     ==========

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

August 12, 2006
Invoice No.   8306131

Delphi Automotive Systems
Attn: General Counsel
5725 Delphi Drive
Troy, MI  48098-2815

RE:  TOWER AUTOMOTIVE, INC.

PROFESSIONAL SERVICES posted
through   July 31, 2006                                                                750.00

DISBURSEMENTS:

        Copies                                                    2.10
                                                            ----------
                                                                              2.10
                                                                         ---------

                            INVOICE TOTAL           752.10
                                                    ==========

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                 August 12, 2006   PAGE     3
ACCOUNT NUMBER: 000115900-0074
INVOICE NO.:    8306131


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


PROFESSIONAL SERVICES posted through July 31, 2006


RE:   TOWER AUTOMOTIVE, INC.


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 07/13/06 | TBR | Telephone conference with S. Snell and M. Densmore regarding Master Credit Agreement. | BCC19 | 1.80 |
| 07/14/06 | TBR | Telephone conference with S. Snell and Credit Suisse representative regarding Master PUT Agreement. | BCC19 | .70 |
| 07/14/06 | TBR | E-mails with Snell regarding revised Agreement. | BCC19 | .50 |

TOTAL HOURS                3.00

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

August 12, 2006
Invoice No.   8306132

Delphi Automotive Systems
Attn: General Counsel
5725 Delphi Drive
Troy, MI  48098-2815


RE:   EMPLOYMENT SECONDMENT


PROFESSIONAL SERVICES posted
through   July 31, 2006                                                    6768.00



DISBURSEMENTS:


                                                    ----------
                                                        0.00
                                                    ---------


                        INVOICE TOTAL        6768.00
                                             ==========

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS               August 12, 2006    PAGE     3
ACCOUNT NUMBER: 000115900-0078
INVOICE NO.:    8306132


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


PROFESSIONAL SERVICES posted through July 31, 2006


RE:  EMPLOYMENT SECONDMENT


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 07/12/06 | C_G | Attention Avey Charge. | BCC 6 | 1.00 |
| 07/12/06 | C_G | Attention to Malone Charge. | BCC 6 | 7.00 |
| 07/18/06 | C_G | Attention to Malone Charge. | BCC 6 | 8.00 |
| 07/19/06 | C_G | Finalized and filed Malone Charge. | BCC 6 | 8.00 |
| 07/25/06 | C_G | Attention to Second Charge by Hartfield. | BCC 6 | 7.00 |
| 07/25/06 | C_G | Attention to Stesiak Charge. | BCC 6 | 1.00 |
| 07/26/06 | C_G | Drafted and finalized position statement for Hartfield's second charge. | BCC 6 | 4.00 |

                              TOTAL HOURS           36.00

# Butzel Long

**A PROFESSIONAL CORPORATION**

**ATTORNEYS AND COUNSELORS**

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

August 12, 2006
Invoice No.   8306133

Delphi Automotive Systems
Attn: General Counsel
5725 Delphi Drive
Troy, MI  48098-2815


RE:  DAYTON TOOL


PROFESSIONAL SERVICES posted
through   July 31, 2006                                              125.00



DISBURSEMENTS:


                                              ----------
                                                          0.00
                                              ---------

                      INVOICE TOTAL              125.00
                                              ==========

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     August 12, 2006    PAGE       3
ACCOUNT NUMBER: 000115900-0095
INVOICE NO.:    8306133

                [PRIVILEGED AND CONFIDENTIAL INFORMATION]

        PROFESSIONAL SERVICES posted through July 31, 2006

            RE:  DAYTON TOOL

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 07/11/06 | MEW | Follow-up work on accounts receivable collection. | BCC19 | .50 |
| | | | TOTAL HOURS | 0.50 |

# Butzel Long

**A PROFESSIONAL CORPORATION**

**ATTORNEYS AND COUNSELORS**

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

August 12, 2006
Invoice No.   8306134

Delphi Automotive Systems
Attn: General Counsel
5725 Delphi Drive
Troy, MI  48098-2815


RE:   PLASCO


PROFESSIONAL SERVICES posted
through   July 31, 2006                                        175.00


DISBURSEMENTS:


                                            ----------
                                                 0.00
                                            ---------

                        INVOICE TOTAL          175.00
                                            ==========

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2006    PAGE      3
ACCOUNT NUMBER: 000115900-0097
INVOICE NO.:   8306134

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

PROFESSIONAL SERVICES posted through July 31, 2006

RE:  PLASCO

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 07/11/06 | TBR | Telephone conference with M. Wilkins regarding Dayton Tool receivable. | BCC19 | .20 |
| 07/20/06 | TBR | E-mail to C. Archambault, M. Fortunak regarding BBK Trust Agreement. | BCC19 | .20 |
| 07/27/06 | MEW | Correspondence regarding Charlevoix offer and review counteroffer. | BCC19 | .30 |

TOTAL HOURS                    0.70

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

August 12, 2006
Invoice No.   8306135

Delphi Automotive Systems
Attn: General Counsel
5725 Delphi Drive
Troy, MI  48098-2815

RE:  ENNIS MANUFACTURING

PROFESSIONAL SERVICES posted
through  July 31, 2006                                          280.00

DISBURSEMENTS:

                                               ----------
                                                     0.00
                                               ---------

                      INVOICE TOTAL              280.00
                                               ==========

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2006    PAGE    3
ACCOUNT NUMBER: 000115900-0098
INVOICE NO.:    8306135

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

PROFESSIONAL SERVICES posted through July 31, 2006

RE:  ENNIS MANUFACTURING

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 07/05/06 | P H | Attention to case status. | BCC19 | .30 |
| 07/05/06 | P H | Correspondence from R. Yaquinto. | BCC19 | .20 |
| 07/10/06 | P H | Correspondence to and from R. Yaquinto re: staus of motion for turnover. | BCC19 | .40 |
| 07/26/06 | P H | MRC Conference call and telephone call to D. Wollschlager re: status. | BCC19 | .50 |

TOTAL HOURS                    1.40

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

August 12, 2006
Invoice No.   8306136

Delphi Automotive Systems
Attn: General Counsel
5725 Delphi Drive
Troy, MI  48098-2815

RE:   POST BANKRUPTCY GENERAL

PROFESSIONAL SERVICES posted
through   July 31, 2006                                                  775.00

DISBURSEMENTS:

        Copies                                          1.90
                                                 ----------
                                                             1.90
                                                        ---------

                    INVOICE TOTAL             776.90
                                              ==========

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900· 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2006    PAGE       3
ACCOUNT NUMBER: 000115900-0100
INVOICE NO.:    8306136

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

PROFESSIONAL SERVICES posted through July 31, 2006

RE:  POST BANKRUPTCY GENERAL

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 07/07/06 | TBR | Draft weekly status report. | BCC 4 | .60 |
| 07/21/06 | TBR | Draft weekly status report. | BCC 4 | .50 |
| 07/31/06 | TBR | Prepared Second Interim Fee Application. | BCC 7 | 2.00 |

TOTAL HOURS                3.10

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

August 12, 2006
Invoice No.   8306137

Delphi Automotive Systems
Attn: General Counsel
5725 Delphi Drive
Troy, MI  48098-2815

RE:  MRC INDUSTRIAL GROUP, INC.

PROFESSIONAL SERVICES posted
through  July 31, 2006                                    175.00

DISBURSEMENTS:

                                            ----------
                                                0.00
                                            ---------

                        INVOICE TOTAL          175.00
                                            ==========

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2006    PAGE      3
ACCOUNT NUMBER: 000115900-0102
INVOICE NO.:    8306137


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


PROFESSIONAL SERVICES posted through July 31, 2006


RE:  MRC INDUSTRIAL GROUP, INC.


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 07/25/06 | MEW | Review Benteler correspondence. | BCC19 | .10 |
| 07/28/06 | MEW | Review Customer Group call minutes. | BCC19 | .20 |
| 07/31/06 | MEW | Review proposed motion and order regarding distribution of remaining funds. | BCC19 | .40 |

TOTAL HOURS                    0.70

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

August 12, 2006
Invoice No.   8306138

Delphi Automotive Systems
Attn: General Counsel
5725 Delphi Drive
Troy, MI  48098-2815


RE:  MPC


PROFESSIONAL SERVICES posted
through   July 31, 2006                                                175.00


DISBURSEMENTS:

                                              ----------
                                                   0.00
                                              ---------

                  INVOICE TOTAL                  175.00
                                              ==========

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2006     PAGE      3
ACCOUNT NUMBER: 000115900-0107
INVOICE NO.:    8306138


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


PROFESSIONAL SERVICES posted through July 31, 2006


        RE:  MPC


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 07/17/06 | TBR | Review E. Erman e-mail regarding sale status. | BCC19 | .20 |
| 07/17/06 | TBR | Telephone conference with E. Erman regarding sale status. | BCC19 | .20 |
| 07/25/06 | MEW | Emails regarding "wrap up" status. | BCC19 | .10 |
| 07/27/06 | MEW | Review emails regarding post-closing matters. | BCC19 | .20 |

                                TOTAL HOURS              0.70

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

August 12, 2006
Invoice No.   8306139

Delphi Automotive Systems
Attn: General Counsel
5725 Delphi Drive
Troy, MI   48098-2815

RE:  OLSON INTERNATIONAL CORPORATION

PROFESSIONAL SERVICES posted
through   July 31, 2006                                                   25.00

DISBURSEMENTS:

                                              ----------
                                                         0.00
                                              ---------

                          INVOICE TOTAL              25.00
                                              ==========

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2006    PAGE      3
ACCOUNT NUMBER: 000115900-0108
INVOICE NO.:    8306139


                [PRIVILEGED AND CONFIDENTIAL INFORMATION]



     PROFESSIONAL SERVICES posted through July 31, 2006


          RE:  OLSON INTERNATIONAL CORPORATION


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 07/25/06 | MEW | BBK email regarding status. | BCC19 | .10 |

                                    TOTAL HOURS              0.10

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

August 12, 2006
Invoice No.  8306140

Delphi Automotive Systems
Attn: Don Parshall
M/C 480-410-254
5825 Delphi Drive
Troy,  MI  48098-2815

RE:  DELPHI CORPORATION VS. SEGWAY, INC.

PROFESSIONAL SERVICES posted
through  July 31, 2006                                              684.00

DISBURSEMENTS:

                                                  ----------
                                                        0.00
                                                  ---------

                        INVOICE TOTAL         684.00
                                              ==========

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

```
DELPHI AUTOMOTIVE SYSTEMS              August 12, 2006    PAGE    3
ACCOUNT NUMBER: 000115900-0112
INVOICE NO.:    8306140
```

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

PROFESSIONAL SERVICES posted through July 31, 2006

RE:  DELPHI CORPORATION VS. SEGWAY, INC.

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 07/18/06 | D D | Work on file, including development of theories for complaint. | BCC10 | .80 |
| 07/25/06 | D D | Review and analysis of various documents and work on litigation strategy. | BCC10 | 1.20 |
| 07/25/06 | D D | Telephone conference with Jim Derian regarding litigation strategy. | BCC10 | .30 |
| 07/27/06 | D D | Work on file including contacting Lyle Shuey. | BCC10 | .40 |
| 07/31/06 | D D | Telephone conference with Lyle Shuey's office and prepare e-mail to Jim Derian regarding meeting with Lyle Shuey. | BCC10 | .30 |

TOTAL HOURS                3.00

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

August 12, 2006
Invoice No.   8306141

Delphi Automotive Systems
Attn: General Counsel
5725 Delphi Drive
Troy, MI  48098-2815


RE:  NEFF-PERKINS COMPANY


PROFESSIONAL SERVICES posted
through   July 31, 2006                                              1100.00



DISBURSEMENTS:

      Copies                                         5.60
                                                ----------
                                                                       5.60
                                                                  ---------

                              INVOICE TOTAL        1105.60
                                                ==========

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2006    PAGE      3
ACCOUNT NUMBER: 000115900-0114
INVOICE NO.:    8306141


[PRIVILEGED AND CONFIDENTIAL INFORMATION]



PROFESSIONAL SERVICES posted through July 31, 2006



RE:  NEFF-PERKINS COMPANY


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 07/05/06 | TBR | Review Newmann e-mail regarding Exit Agreement. | BCC19 | .20 |
| 07/05/06 | TBR | Review revised Agreement and exhibit. | BCC19 | .40 |
| 07/05/06 | TBR | E-mail to Delphi Team regarding revised Agreement and exhibit. | BCC19 | .20 |
| 07/05/06 | TBR | E-mail to D. Neumann regarding revised Agreement and exhibit. | BCC19 | .20 |
| 07/05/06 | TBR | Telephone conference with D. Neumann regarding revised Agreement and exhibit. | BCC19 | .30 |
| 07/06/06 | TBR | Telephone conference with D. Neumann regarding Exit Agreement. | BCC19 | .20 |
| 07/07/06 | TBR | Review and reply to D. Neumann e-mail regarding Exit Agreement. | BCC19 | .30 |
| 07/10/06 | TBR | Telephone conference with D. Neumann regarding Exit Agreement. | BCC19 | .30 |
| 07/10/06 | TBR | Telephone conference with C. Clevenger regarding status of Exit Agreement. | BCC19 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2006     PAGE      4
ACCOUNT NUMBER: 000115900-0114
INVOICE NO.:     8306141

| 07/10/06 | TBR | Telephone conference with A. Bowman regarding status of Exit Agreement | BCC19 | .20 |
|---|---|---|---|---|
| 07/11/06 | TBR | Review Bowman e-mail regarding bank build schedule. | BCC19 | .20 |
| 07/11/06 | TBR | Telephone conference with A. Bowman regarding bank build schedule. | BCC19 | .20 |
| 07/17/06 | TBR | Review e-mail from D. Neumann regarding Exit Agreement. | BCC19 | .20 |
| 07/17/06 | TBR | E-mail to A. Bowman regarding Exit Agreement. | BCC19 | .20 |
| 07/18/06 | TBR | Telephone conference with T. Dunn regarding status. | BCC19 | .20 |
| 07/18/06 | TBR | Review Delphi Team e-mails regarding bank build. | BCC19 | .30 |
| 07/19/06 | TBR | E-mail and telephone conference with D. Neumann regarding Exit Agreement. | BCC19 | .40 |
| 07/24/06 | MEW | Status email from A. Bowman. | BCC19 | .10 |
| 07/25/06 | MEW | Attention to Exit Agreement status. | BCC19 | .10 |

                              TOTAL HOURS          4.40

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

August 12, 2006
Invoice No.   8306142

Delphi Automotive Systems
Attn: General Counsel
5725 Delphi Drive
Troy, MI  48098-2815

RE:   CEP PRODUCTS

PROFESSIONAL SERVICES posted
through   July 31, 2006                                    3650.00

DISBURSEMENTS:

        Copies                                    2.40
                                              ----------
                                                      2.40
                                               ---------

                        INVOICE TOTAL        3652.40
                                              ==========

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                 August 12, 2006    PAGE      3
ACCOUNT NUMBER: 000115900-0119
INVOICE NO.:    8306142


[PRIVILEGED AND CONFIDENTIAL INFORMATION]



PROFESSIONAL SERVICES posted through July 31, 2006



        RE:  CEP PRODUCTS


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 07/05/06 | TBR | Telephone conference with J. Bambery regarding packaging. | BCC19 | .30 |
| 07/05/06 | TBR | Review Bambery e-mail regarding packaging. | BCC19 | .20 |
| 07/05/06 | TBR | E-mails with J. Bambery regarding appraisal of Mexican equipment. | BCC19 | .40 |
| 07/10/06 | TBR | Telephone conferences with Delphi Team regarding Toyota tooling. | BCC19 | 1.50 |
| 07/11/06 | TBR | Review and reply to L. Easterday e-mail regarding resourcing issues. | BCC19 | .30 |
| 07/12/06 | TBR | E-mails to Delphi Team regarding CEP Business Plan. | BCC19 | .40 |
| 07/12/06 | TBR | Review Business Plan. | BCC19 | 1.00 |
| 07/12/06 | TBR | Review and respond to D. Baty e-mail regarding Amendment to Access Agreement. | BCC19 | .20 |
| 07/13/06 | TBR | Telephone conference with P. Oakes, J. Fetter regarding tooling issues. | BCC19 | .50 |

# Butzel Long

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

| | | | | |
|---|---|---|---|---|
| DELPHI AUTOMOTIVE SYSTEMS | | August 12, 2006 | PAGE | 4 |
| ACCOUNT NUMBER: 000115900-0119 | | | | |
| INVOICE NO.:   8306142 | | | | |

| | | | | |
|---|---|---|---|---|
| 07/14/06 | TBR | Review and respond to J. Downs e-mail regarding amendment to Accommodation Agreement. | BCC19 | .20 |
| 07/17/06 | TBR | Review and respond to J. Downs' e-mail regarding Amendment to Accommodation Agreement. | BCC19 | .20 |
| 07/18/06 | TBR | Telephone conference with M. Everett, J. Fetter, P. Oakes regarding tooling issues. | BCC19 | .40 |
| 07/20/06 | TBR | Customer call regarding CEP Business Plan. | BCC19 | 1.00 |
| 07/20/06 | TBR | Telephone conference with J. Fischer regarding retention. | BCC19 | .30 |
| 07/20/06 | MEW | Email regarding status and customer call. | BCC19 | .10 |
| 07/21/06 | TBR | Telephone conference with M. Everett regarding Business Plan. | BCC19 | .20 |
| 07/21/06 | TBR | Voicemail to J. Hutchinson regarding Fischer engagement. | BCC19 | .20 |
| 07/21/06 | TBR | Telephone conference with P. Oakes, J. Fetter regarding tooling. | BCC19 | .40 |
| 07/21/06 | MEW | Conference with J. Hutchinson, CEP counsel, regarding overall status. | BCC19 | .50 |
| 07/21/06 | MEW | Review CEP 2006-2007 business plan and supporting financial information. | BCC19 | 1.80 |
| 07/24/06 | MEW | Review Business Plan for Tuesday call. | BCC19 | 1.20 |
| 07/25/06 | MEW | Attention to Business Plan and participate in Customer group status call. | BCC19 | 1.00 |
| 07/25/06 | MEW | Email from CEP and Glass regarding Key Business Plan Component discussion and analysis of same. | BCC19 | .30 |
| 07/25/06 | MEW | Review communications regarding Condumex production. | BCC19 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2006     PAGE      5
ACCOUNT NUMBER: 000115900-0119
INVOICE NO.:    8306142

| | | | | |
|---|---|---|---|---|
| 07/26/06 | MEW | Review file, matter background, current forms of agreements. | BCC19 | 1.00 |
| 07/27/06 | MEW | Email from M. Everett regarding matter status. | BCC19 | .10 |
| 07/27/06 | MEW | Review customer issues regarding response to business plan. | BCC19 | .30 |
| 07/27/06 | MEW | Status email from M. Everett. | BCC19 | .10 |
| 07/31/06 | TBR | Review BBK e-mail regarding Business Plan. | BCC19 | .30 |

                                        TOTAL HOURS        14.60

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

August 12, 2006
Invoice No.   8306143

Delphi Automotive Systems
Attn: General Counsel
5725 Delphi Drive
Troy, MI  48098-2815

RE:  PIXLEY RICHARDS, INC.

PROFESSIONAL SERVICES posted
through   July 31, 2006                                          550.00

DISBURSEMENTS:

       Copies                                      3.00
                                              ----------
                                                              3.00
                                              ---------

                           INVOICE TOTAL          553.00
                                              ==========

## Butzel Long

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

```
DELPHI AUTOMOTIVE SYSTEMS              August 12, 2006   PAGE      3
ACCOUNT NUMBER: 000115900-0120
INVOICE NO.:    8306143
```

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

PROFESSIONAL SERVICES posted through July 31, 2006

RE:  PIXLEY RICHARDS, INC.

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 07/18/06 | TBR | Telephone conference with T. Dunn regarding status of Trade Agreement. | BCC19 | .20 |
| 07/18/06 | TBR | E-mail to B. Smith regarding Trade Agreement. | BCC19 | .20 |
| 07/21/06 | TBR | Review T. Dunn e-mail regarding status of Trade Agreement. | BCC19 | .20 |
| 07/21/06 | TBR | E-mail to B. Smith regarding Trade Agreement. | BCC19 | .20 |
| 07/25/06 | MEW | Email regarding Trade Agreement. | BCC19 | .10 |
| 07/27/06 | MEW | Review marked-up trade agreement. | BCC19 | .30 |
| 07/31/06 | TBR | Review revised Trade Agreement. | BCC19 | .50 |
| 07/31/06 | TBR | Telephone conferences with T. Dunn regarding revised Trade Agreement. | BCC19 | .50 |

```
                                       TOTAL HOURS              2.20
```

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

August 12, 2006
Invoice No.  8306144

Delphi Automotive Systems
Attn: General Counsel
5725 Delphi Drive
Troy, MI  48098-2815

RE:  MILLER INDUSTRIAL PRODUCTS

PROFESSIONAL SERVICES posted
through   July 31, 2006                                          700.00

DISBURSEMENTS:

                                                  ----------
                                                       0.00
                                                  ---------

                        INVOICE TOTAL          700.00
                                               ==========

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                   August 12, 2006     PAGE        3
ACCOUNT NUMBER: 000115900-0121
INVOICE NO.:      8306144


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


PROFESSIONAL SERVICES posted through July 31, 2006


RE:  MILLER INDUSTRIAL PRODUCTS


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 07/10/06 | MEW | Letter from Miller counsel outlining proposal for ongoing relationship and letter to Delphi team enclosing letter with analysis. | BCC19 | .70 |
| 07/19/06 | MEW | Detailed review of Miller cash flow projections and discuss with William Mazzola and Mark Johnson | BCC19 | 1.00 |
| 07/25/06 | MEW | Review file and team status call. | BCC19 | 1.00 |
| 07/25/06 | MEW | Email regarding raw material status. | BCC19 | .10 |

TOTAL HOURS                        2.80

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

August 12, 2006
Invoice No.   8306145

Delphi Automotive Systems
Attn: General Counsel
5725 Delphi Drive
Troy, MI  48098-2815

RE:  INNOVATIVE GROUP GLOBAL, INC.

PROFESSIONAL SERVICES posted
through  July 31, 2006                                          500.00

DISBURSEMENTS:

          Copies                              0.70
                                        ----------
                                                         0.70
                                                      ----------

                          INVOICE TOTAL        500.70
                                             ==========

# Butzel Long

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2006    PAGE     3
ACCOUNT NUMBER: 000115900-0122
INVOICE NO.:    8306145


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


PROFESSIONAL SERVICES posted through July 31, 2006


RE:  INNOVATIVE GROUP GLOBAL, INC.


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 07/05/06 | MEW | Review draft order. | BCC19 | .10 |
| 07/05/06 | MEW | Attend hearing on entry of final order -- order entered. | BCC19 | 1.30 |
| 07/17/06 | MEW | Monitor pleadings filed in case. | BCC19 | .20 |
| 07/18/06 | MEW | Email regarding status from W. Mazzola and review attached cash flow analysis. | BCC19 | .30 |
| 07/21/06 | MEW | Review Notice of Hearing (Ford Motion for Relief from Stay). | BCC19 | .10 |

TOTAL HOURS                    2.00

# Butzel Long

**A PROFESSIONAL CORPORATION**

**ATTORNEYS AND COUNSELORS**

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

August 12, 2006
Invoice No.  8306146

Delphi Automotive Systems
Attn: General Counsel
5725 Delphi Drive
Troy, MI  48098-2815


RE:  STERLING MANUFACTURING COMPANY


PROFESSIONAL SERVICES posted
through  July 31, 2006                                          8469.80



DISBURSEMENTS:

        Copies                                      9.30
                                              ----------
                                                              9.30
                                                          ---------

                          INVOICE TOTAL          8479.10
                                                 ==========

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2006    PAGE    3
ACCOUNT NUMBER: 000115900-0123
INVOICE NO.:    8306146


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


PROFESSIONAL SERVICES posted through July 31, 2006


RE:  STERLING MANUFACTURING COMPANY


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 07/05/06 | TBR | Review Rose e-mail regarding weekend shipment. | BCC19 | .20 |
| 07/07/06 | TBR | Telephone conference with D. Rose regarding patent issue. | BCC19 | .20 |
| 07/17/06 | TBR | Conference call with Delphi Team regarding patent, funding. | BCC19 | .50 |
| 07/19/06 | TBR | Telephone conference with Delphi Team regarding patent issues | BCC19 | 1.00 |
| 07/19/06 | TBR | E-mails with Delphi Team regarding patent issues. | BCC19 | .50 |
| 07/19/06 | TBR | Telephone conference with D. Baty regarding patent issue. | BCC19 | .20 |
| 07/20/06 | TBR | Telephone conferences with Delphi Team regarding patents, funding letter. | BCC19 | .80 |
| 07/20/06 | TBR | Review Wildern e-mail regarding patent strategy. | BCC19 | .20 |
| 07/20/06 | TBR | Draft funding letter. | BCC19 | .60 |
| 07/21/06 | WJC | Review connector PO patent provisions. | BCC19 | .50 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2006      PAGE      4
ACCOUNT NUMBER: 000115900-0123
INVOICE NO.:    8306146

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 07/24/06 | MEW | Email from M. Everett regarding status. | BCC19 | .20 |
| 07/24/06 | MEW | Status email from M. Everett. | BCC19 | .20 |
| 07/24/06 | MEW | Email from R. Chapman regarding terms of agreement. | BCC19 | .10 |
| 07/25/06 | MEW | Attention to patent license issue. | BCC19 | .20 |
| 07/25/06 | MEW | Attention to patent and license issue. | BCC19 | .10 |
| 07/25/06 | MEW | Brief review of Intercustomer Agreement. | BCC19 | .30 |
| 07/25/06 | MEW | Email regarding GM and Lear Fakra business. | BCC19 | .10 |
| 07/25/06 | MEW | Correspondence regarding Delphi strategy going forward. | BCC19 | .30 |
| 07/27/06 | DBB | Extended firm conferences with Mr. Wilkins re: App. | BCC19 | 1.50 |
| 07/27/06 | DBB | Begin to draft Asset Purchase Agreement. | BCC19 | 2.00 |
| 07/27/06 | DBB | Extended conference call with Mr. Rose. | BCC19 | 1.00 |
| 07/28/06 | MEW | Email and team call with BBK regarding status. | BCC19 | .30 |
| 07/28/06 | MEW | Customer call regarding status. | BCC19 | .50 |
| 07/28/06 | MEW | Review current draft Accommodation Agreement, Delphi comments and revise with comments and forward to GM counsel. | BCC19 | 1.20 |
| 07/28/06 | MEW | Review transaction documents. | BCC19 | .80 |
| 07/28/06 | DBB | Conference calls with Mr. Rose. | BCC19 | 1.00 |
| 07/28/06 | DBB | Firm conferences with Mr. Wilkins. | BCC19 | 1.00 |
| 07/28/06 | DBB | Draft, review and redraft Transition Services Agreement and Assignment and Acknowledgement Agreement. | BCC19 | 5.30 |
| 07/28/06 | DBB | Draft, review and redraft Asset Purchase Agreement. | BCC19 | 3.00 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

| | | | | |
|---|---|---|---|---|
| DELPHI AUTOMOTIVE SYSTEMS | | August 12, 2006 | PAGE | 5 |

ACCOUNT NUMBER: 000115900-0123
INVOICE NO.:     8306146

| Date | Init. | Description | Code | Hours |
|---|---|---|---|---|
| 07/30/06 | DBB | Review and revise various transaction documents. | BCC19 | 1.20 |
| 07/30/06 | DBB | Monitor voice mail messages from Mr. Rose re documents. | BCC19 | .30 |
| 07/31/06 | TBR | Telephone conferences with D. Rose regarding Agreements, status of patent issues. | BCC19 | .70 |
| 07/31/06 | TBR | Review revised Agreements. | BCC19 | 1.00 |
| 07/31/06 | TBR | Telephone conferences with D. Braun regarding Agreements. | BCC19 | .40 |
| 07/31/06 | TBR | Worked on further revisions to Agreements. | BCC19 | 1.00 |
| 07/31/06 | MEW | Conference with Thomas Radom regarding status. | BCC19 | .20 |
| 07/31/06 | MEW | Conference with D. Braun regarding status. | BCC19 | .20 |
| 07/31/06 | MEW | Email from GM counsel regarding patent issues. | BCC19 | .10 |
| 07/31/06 | MEW | Review Asset Purchase Agreement, Transition Services Agreement, Patent Assignment and Acknowledgment, Assignment and Cooperation Agreement. | BCC19 | .70 |
| 07/31/06 | MEW | Review Access Agreement and Preliminary Budget. | BCC19 | .50 |
| 07/31/06 | MEW | Review revised Accommodation Agreement. | BCC19 | .30 |
| 07/31/06 | MEW | Email from M. Johnson regarding transaction details. | BCC19 | .10 |
| 07/31/06 | DBB | Revise, redraft and circulate transaction documents. | BCC19 | 3.00 |
| 07/31/06 | DBB | Conference calls with Mr. Rose re documents. | BCC19 | 1.00 |
| 07/31/06 | DBB | Firm conferences with Mr. Wilkins, Mr. Radom regarding documents. | BCC19 | .30 |
| 07/31/06 | DBB | Draft Equipment Sale Agreement. | BCC19 | 1.00 |

# Butzel Long

**A PROFESSIONAL CORPORATION**

**ATTORNEYS AND COUNSELORS**

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2006    PAGE      6
ACCOUNT NUMBER: 000115900-0123
INVOICE NO.:    8306146


                                            TOTAL HOURS          35.80

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

August 12, 2006
Invoice No.   8306147

Delphi Automotive Systems
Attn: General Counsel
5725 Delphi Drive
Troy, MI  48098-2815

RE:  I & W INDUSTRIES, INC.

PROFESSIONAL SERVICES posted
through   July 31, 2006                                          3625.00

DISBURSEMENTS:

           Copies                              9.00
           Telephone Charges                  71.45
                                          ----------
                                                          80.45
                                          ----------

                      INVOICE TOTAL           3705.45
                                          ==========

**Butzel Long**

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     August 12, 2006    PAGE      3
ACCOUNT NUMBER: 000115900-0124
INVOICE NO.:    8306147


[PRIVILEGED AND CONFIDENTIAL INFORMATION]



PROFESSIONAL SERVICES posted through July 31, 2006



        RE:  I & W INDUSTRIES, INC.


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 07/03/06 | TBR | Review revised draft of Accommodation, Access, Subordinated Participation Agreements. | BCC19 | 1.80 |
| 07/05/06 | TBR | Telephone conference with T. Lindahl regarding Agreements. | BCC19 | .30 |
| 07/05/06 | TBR | Review Third Interim Advance Agreement. | BCC19 | .20 |
| 07/05/06 | TBR | E-mail to M. Fortunak regarding Third Interim Advance Agreement. | BCC19 | .20 |
| 07/06/06 | TBR | Revise Accommodation Agreement. | BCC19 | 1.00 |
| 07/06/06 | TBR | Telephone conference with T. Lindahl and S. Grow regarding Agreements. | BCC19 | .30 |
| 07/07/06 | TBR | Revise Access Agreement, Subordinated Participation Agreement. | BCC19 | 1.00 |
| 07/07/06 | TBR | E-mail revised Agreements to I&W, Bank, Mark IV. | BCC19 | .20 |
| 07/07/06 | TBR | Telephone conference with M. Fortunak regarding Agreements. | BCC19 | .30 |
| 07/10/06 | TBR | Conference call with I & W, Bank, Delphi, Mark IV regarding Agreements. | BCC19 | 2.00 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2006      PAGE      4
ACCOUNT NUMBER: 000115900-0124
INVOICE NO.:     8306147

| | | | | |
|---|---|---|---|---|
| 07/10/06 | TBR | Telephone conference with M. Fortunak regarding Agreements. | BCC19 | .30 |
| 07/10/06 | TBR | Conference call with Delphi, Mark IV regarding Agreements. | BCC19 | .40 |
| 07/11/06 | TBR | Telephone conference with T. Lindahl regarding equipment, subrogation issues. | BCC19 | .30 |
| 07/11/06 | TBR | Review revised Agreements. | BCC19 | .50 |
| 07/11/06 | TBR | Conference call with I & W, Bank, Mark IV regarding Agreements. | BCC19 | 1.00 |
| 07/11/06 | TBR | Telephone conference with M. Fortunak regarding status. | BCC19 | .30 |
| 07/12/06 | TBR | Worked to finalize Agreements. | BCC19 | 1.00 |
| 07/12/06 | TBR | Telephone conference with M. Fortunak and M. West regarding budget issues. | BCC19 | .50 |
| 07/12/06 | TBR | Review draft budget. | BCC19 | .50 |
| 07/14/06 | TBR | E-mails with J. Laino regarding Intercustomer Agreement. | BCC19 | .40 |
| 07/14/06 | TBR | E-mail with M. Fortunak regarding Intercustomer Agreement. | BCC19 | .20 |
| 07/14/06 | TBR | Review e-mails regarding signed Agreements. | BCC19 | .40 |
| 07/17/06 | TBR | E-mail to I & W, Bank, Mark IV regarding signed Agreements. | BCC19 | .20 |
| 07/17/06 | TBR | E-mails with Mark IV regarding Intercustomer Agreement. | BCC19 | .40 |
| 07/18/06 | TBR | Telephone conference with M. Fortunak regarding wire transfer. | BCC19 | .20 |
| 07/19/06 | TBR | Review and respond to S. Grow e-mail regarding wire transfer. | BCC19 | .20 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

```
DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2006    PAGE      5
ACCOUNT NUMBER: 000115900-0124
INVOICE NO.:    8306147

07/19/06   TBR   Telephone conference with M. Fortunak      BCC19      .20
                 regarding same.

07/20/06   TBR   Telephone conference with M. Fortunak      BCC19      .20
                 regarding funding.


                                   TOTAL HOURS               14.50
```

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

August 12, 2006
Invoice No.   8306148

Delphi Automotive Systems
Attn: General Counsel
5725 Delphi Drive
Troy, MI  48098-2815

RE:  BING METALS GROUP, INC.

PROFESSIONAL SERVICES posted
through  July 31, 2006                                          1775.00

DISBURSEMENTS:

    Copies                                          1.80
                                              ----------
                                                              1.80
                                                          ---------

                        INVOICE TOTAL             1776.80
                                                  ==========

**Butzel Long**

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2006    PAGE    3
ACCOUNT NUMBER: 000115900-0125
INVOICE NO.:    8306148


[PRIVILEGED AND CONFIDENTIAL INFORMATION]



PROFESSIONAL SERVICES posted through July 31, 2006



RE:  BING METALS GROUP, INC.


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 07/05/06 | TBR | Telephone conferences with J. Fischer regarding Accommodation Agreement. | BCC19 | .60 |
| 07/05/06 | TBR | Telephone conferences with M. Everett regarding changes to Accommodation Agreement. | BCC19 | .50 |
| 07/05/06 | TBR | Review Delphi e-mails regarding changes to Accommodation Agreement. | BCC19 | .20 |
| 07/05/06 | TBR | E-mail to Bing, GM, Ford, Bank regarding changes to Accommodation Agreement. | BCC19 | .50 |
| 07/06/06 | TBR | Draft Joinder in Accommodation Agreement. | BCC19 | 1.00 |
| 07/06/06 | TBR | Telephone conferences with M. Everett regarding Agreement. | BCC19 | .40 |
| 07/06/06 | TBR | Telephone conference with B. Diehl regarding Agreement. | BCC19 | .20 |
| 07/06/06 | TBR | Telephone conference with J. Fischer regarding Agreement. | BCC19 | .20 |
| 07/06/06 | TBR | E-mail Joinder to parties. | BCC19 | .20 |
| 07/06/06 | TBR | Telephone conference with B. Diehl regarding term sheet. | BCC19 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

| | | | | |
|---|---|---|---|---|
| DELPHI AUTOMOTIVE SYSTEMS | | August 12, 2006 | PAGE | 4 |
| ACCOUNT NUMBER: 000115900-0125 | | | | |
| INVOICE NO.:    8306148 | | | | |

| | | | | |
|---|---|---|---|---|
| 07/06/06 | TBR | Review D. Rose e-mail regarding summary of Customer call. | BCC19 | .20 |
| 07/06/06 | TBR | Review C. Rieder e-mail regarding bank build. | BCC19 | .20 |
| 07/07/06 | TBR | Telephone conferences with M. Everett and M. Fortunak regarding joinder. | BCC19 | .40 |
| 07/07/06 | TBR | Telephone conferences with J. Fischer regarding joinder. | BCC19 | .40 |
| 07/07/06 | TBR | Review joinder. | BCC19 | .20 |
| 07/07/06 | TBR | E-mail to Bing, Customers, Banks, Delphi Team regarding revised Joinder. | BCC19 | .20 |
| 07/11/06 | TBR | Telephone conference and e-mail with K. Szymczak regarding Joinder. | BCC19 | .50 |
| 07/11/06 | TBR | E-mail to Bing, Bank, GM, Ford regarding Joinder. | BCC19 | .20 |
| 07/11/06 | TBR | Review J. Fischer e-mail regarding funding. | BCC19 | .20 |
| 07/11/06 | TBR | Telephone conference with M. Fortunak regarding funding. | BCC19 | .20 |
| 07/18/06 | TBR | Telephone conference with M. Fortunak regarding funding. | BCC19 | .20 |
| 07/18/06 | TBR | Review M. Fortunak e-mail regarding funding. | BCC19 | .20 |

TOTAL HOURS          7.10

# Butzel Long

**A PROFESSIONAL CORPORATION**

**ATTORNEYS AND COUNSELORS**

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

August 12, 2006
Invoice No.   8306149

Delphi Automotive Systems
Attn: General Counsel
5725 Delphi Drive
Troy, MI  48098-2815

RE:   TENATRONICS LTD.

PROFESSIONAL SERVICES posted
through   July 31, 2006                                          16850.00

DISBURSEMENTS:

        Copies                                         25.20
                                                  ----------
                                                                25.20
                                                  ---------

                          INVOICE TOTAL          16875.20
                                                  ==========

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2006    PAGE    3
ACCOUNT NUMBER: 000115900-0126
INVOICE NO.:     8306149

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

PROFESSIONAL SERVICES posted through July 31, 2006

RE:  TENATRONICS LTD.

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 07/03/06 | TBR | Telephone conference with C. Rieder and J. Wyco regarding status. | BCC19 | .30 |
| 07/05/06 | TBR | Review and respond to J. Latham e-mail regarding setoff claim. | BCC19 | .50 |
| 07/05/06 | TBR | Telephone conferences with M. Everett regarding bank build, proposed Accommodation Agreement, set off. | BCC19 | 1.00 |
| 07/05/06 | TBR | Telephone conference with J. Latham regarding setoff claim. | BCC19 | .50 |
| 07/05/06 | TBR | Review Latham e-mail regarding term sheet. | BCC19 | .20 |
| 07/05/06 | TBR | Review GM reply to term sheet. | BCC19 | .20 |
| 07/05/06 | TBR | Conference call with Customer Group regarding Accommodation Agreement, financial, bank build issues. | BCC19 | .80 |
| 07/05/06 | TBR | Telephone conference with D. Rose regarding release of Delphi information. | BCC19 | .20 |
| 07/05/06 | TBR | E-mail to J. Latham regarding Delphi information. | BCC19 | .20 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

```
DELPHI AUTOMOTIVE SYSTEMS              August 12, 2006    PAGE      4
ACCOUNT NUMBER: 000115900-0126
INVOICE NO.:     8306149
```

| Date | | Description | | |
|------|-----|-------------|-------|------|
| 07/05/06 | TBR | Telephone conference with C. Rieder regarding bank build, term sheet. | BCC19 | .50 |
| 07/06/06 | TBR | Telephone conferences with M. Everett regarding resourcing, bank builds. | BCC19 | .60 |
| 07/06/06 | TBR | Conference calls with Customers, BBK regarding term sheet, bank builds, financials. | BCC19 | 2.00 |
| 07/07/06 | TBR | Review and revise Accommodation Agreement. | BCC19 | .70 |
| 07/07/06 | TBR | E-mail to parties regarding revised Agreement. | BCC19 | .20 |
| 07/07/06 | TBR | Review Lear revisions to Agreement. | BCC19 | .30 |
| 07/07/06 | TBR | Telephone conference with M. Everett, M. Fischer, B. Weiss regarding GMT 900. | BCC19 | .40 |
| 07/07/06 | TBR | Conference call with Customers, BBK regarding financials, Agreement. | BCC19 | .80 |
| 07/07/06 | TBR | Review further revised Accommodation Agreement. | BCC19 | .40 |
| 07/07/06 | TBR | Telephone conference with B. Weiss and B. Diehl regarding revised Agreement. | BCC19 | .30 |
| 07/07/06 | TBR | E-mail to D. Rose regarding resourcing. | BCC19 | .20 |
| 07/07/06 | TBR | Telephone conference with D. Rose regarding resourcing. | BCC19 | .20 |
| 07/07/06 | TBR | Telephone conference with M. Everett and M. Fortunak regarding resourcing. | BCC19 | .40 |
| 07/10/06 | TBR | Conference calls with Customer Group, Company, Bank regarding Accommodation Agreement. | BCC19 | 2.00 |
| 07/10/06 | TBR | Review Access Agreement. | BCC19 | .60 |
| 07/10/06 | TBR | Telephone conference with D. Rose and C. Rieder regarding Intercustomer issues. | BCC19 | .60 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2006      PAGE      5
ACCOUNT NUMBER: 000115900-0126
INVOICE NO.:    8306149

| | | | | |
|---|---|---|---|---|
| 07/10/06 | TBR | Telephone conference with B. Weiss regarding Intercustomer, Bank issues. | BCC19 | .50 |
| 07/10/06 | TBR | Review e-mails regarding Bank demands. | BCC19 | .20 |
| 07/11/06 | TBR | Telephone conferences with M. Fortunak, C. Rieder, D. Rose regarding Intercustomer issues. | BCC19 | 2.00 |
| 07/11/06 | TBR | Telephone conferences with B. Weiss, M. Fischer, Delphi Team regarding Intercustomer issues. | BCC19 | .80 |
| 07/11/06 | TBR | Conference call with Customer Group regarding Bank, Accommodation Agreement. | BCC19 | 1.00 |
| 07/11/06 | TBR | Conference call with Company, Bank, Customer Group regarding Bank payoff, Accommodation Agreement. | BCC19 | .50 |
| 07/11/06 | TBR | Review M. Fortunak e-mails regarding Intercustomer issues. | BCC19 | .30 |
| 07/11/06 | TBR | Review BBK financials. | BCC19 | .60 |
| 07/12/06 | TBR | Conference calls with Customer Group regarding Intercustomer issues. | BCC19 | 1.00 |
| 07/12/06 | TBR | Review BBK analysis of Customer split. | BCC19 | .30 |
| 07/12/06 | TBR | Telephone conferences with Delphi Team regarding intercustomer issues. | BCC19 | 2.30 |
| 07/12/06 | TBR | Telephone conference with C. Rieder regarding customer split, patent. | BCC19 | .50 |
| 07/13/06 | TBR | Conference call with Customer Group regarding Intercustomer issues. | BCC19 | 1.00 |
| 07/13/06 | TBR | Telephone conferences with Delphi Team regarding Intercustomer issues. | BCC19 | 1.50 |
| 07/14/06 | TBR | Conference call with Customers regarding Intercustomer, funding issues. | BCC19 | .50 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    · August 12, 2006      PAGE      6
ACCOUNT NUMBER: 000115900-0126
INVOICE NO.:    8306149

| Date | | Description | | |
|------|------|-------------|-------|------|
| 07/14/06 | TBR | Telephone conferences with M. Everett regarding Intercustomer issues. | BCC19 | .50 |
| 07/14/06 | TBR | Telephone conferences with C. Rieder regarding Intercustomer issues. | BCC19 | 1.30 |
| 07/14/06 | TBR | Review revised Accommodation Agreement. | BCC19 | .50 |
| 07/17/06 | TBR | Review and revise Intercustomer Agreement. | BCC19 | 1.00 |
| 07/17/06 | TBR | E-mails to Delphi Team regarding Intercustomer Agreement. | BCC19 | .40 |
| 07/17/06 | TBR | Conference calls with Delphi Team regarding Intercustomer Agreement, percentage proposal, Sterling. | BCC19 | 4.00 |
| 07/17/06 | TBR | Conference calls with GM, Lear, BBK and Delphi Team regarding Intercustomer Agreement and issues. | BCC19 | 2.00 |
| 07/17/06 | TBR | Draft and e-mail Customer percentage proposal to Customer Group. | BCC19 | .80 |
| 07/18/06 | TBR | Final revisions to Intercustomer Agreement. | BCC19 | .60 |
| 07/18/06 | TBR | Review GM response to Delphi percentage proposal. | BCC19 | .20 |
| 07/18/06 | TBR | Conference call with Delphi Team, BBK regarding Intercustomer Agreement, Sterling patent. | BCC19 | 4.80 |
| 07/18/06 | TBR | Conference calls with Delphi Team, BBK, GM, Lear regarding Intercustomer Agreement, Sterling patent. | BCC19 | 2.30 |
| 07/19/06 | TBR | Reviewed Intercustomer Agreement. · | BCC19 | 1.00 |
| 07/19/06 | TBR | Telephone conferences with Delphi Team regarding Intercustomer Agreement. | BCC19 | 1.00 |
| 07/19/06 | TBR | Telephone conferences with D. Baty regarding Intercustomer Agreement. | BCC19 | .50 |

## Butzel Long

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

| DELPHI AUTOMOTIVE SYSTEMS | August 12, 2006 | PAGE | 7 |
|---|---|---|---|

ACCOUNT NUMBER: 000115900-0126
INVOICE NO.:   8306149

| | | | | |
|---|---|---|---|---|
| 07/20/06 | TBR | Telephone conferences with Delphi Team regarding Intercustomer Agreement. | BCC19 | 2.00 |
| 07/20/06 | TBR | Review and reply to M. Everett, C. Rieder e-mails regarding Intercustomer Agreement. | BCC19 | .50 |
| 07/20/06 | TBR | Telephone conference with D. Baty regarding Intercustomer Agreement. | BCC19 | .30 |
| 07/21/06 | TBR | E-mails with Customer attorneys regarding Intercustomer Agreement. | BCC19 | .50 |
| 07/21/06 | TBR | Telephone conferences with M. Everett, M. Fortunak regarding Intercustomer Agreement. | BCC19 | .80 |
| 07/21/06 | TBR | Telephone conference with D. Weiss regarding Intercustomer Agreement. | BCC19 | .20 |
| 07/25/06 | MEW | Attention to matter background and prepare for Customer call. | BCC19 | .50 |
| 07/25/06 | MEW | Review background and team call. | BCC19 | 1.00 |
| 07/25/06 | MEW | Customer group call. | BCC19 | 1.00 |
| 07/25/06 | MEW | Review emails relating to patent. | BCC19 | .50 |
| 07/26/06 | MEW | Attention to and revise current status strategy. | BCC19 | .80 |
| 07/26/06 | MEW | Internal team strategy call. | BCC19 | .70 |
| 07/26/06 | MEW | Prepare for and participate in team call. | BCC19 | 1.00 |
| 07/26/06 | MEW | Prepare for and participate in Customer call regarding case direction and resolution. | BCC19 | 1.00 |
| 07/26/06 | MEW | Email from M. Everett regarding Intercustomer Agreement. | BCC19 | .10 |
| 07/26/06 | MEW | Review revised Accommodation Agreement. | BCC19 | .40 |
| 07/27/06 | MEW | Team call regarding status. | BCC19 | .70 |
| 07/27/06 | MEW | Customer Group call regarding status. | BCC19 | .80 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

| | | | | |
|---|---|---|---|---|
| DELPHI AUTOMOTIVE SYSTEMS | | August 12, 2006 | PAGE | 8 |
| ACCOUNT NUMBER: 000115900-0126 | | | | |
| INVOICE NO.: 8306149 | | | | |

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 07/27/06 | MEW | Conference with D. Braun, D. Rose regarding structure and documentation of transaction and outline transaction. | BCC19 | 1.00 |
| 07/27/06 | MEW | Conferences with D. Braun and review Asset Purchase Agreement. | BCC19 | .50 |
| 07/27/06 | MEW | Review Lear comments to Accommodation Agreement. | BCC19 | .20 |
| 07/27/06 | MEW | Email from M. Fortunak regarding Accommodation Agreement. | BCC19 | .10 |
| 07/27/06 | MEW | Email regarding transaction. | BCC19 | .10 |
| 07/27/06 | MEW | Attention to Accommodation and Intercustomer Agreement. | BCC19 | 1.00 |
| 07/28/06 | MEW | Conference with D. Braun regarding and review asset purchase agreement. | BCC19 | .50 |
| 07/28/06 | MEW | Email from M. Everett regarding budget, resourcing impact. | BCC19 | .10 |
| 07/28/06 | MEW | Email from GM counsel regarding patent use acquisition. | BCC19 | .10 |
| 07/29/06 | MEW | Review BBK comments to transaction documents. | BCC19 | .40 |
| 07/29/06 | MEW | Attention to transaction documents. | BCC19 | .30 |
| 07/30/06 | MEW | Review Reider comments to Accommodation Agreement. | BCC19 | .10 |
| 07/30/06 | MEW | Review Accommodation Agreement. | BCC19 | .30 |
| 07/31/06 | TBR | Telephone conference with M. Wilkins regarding status. | BCC19 | .20 |
| 07/31/06 | TBR | Conference call with Customer Group, BBK regarding Accommodation, Intercustomer Agreements. | BCC19 | .50 |
| 07/31/06 | TBR | Telephone conference with D. Rose regarding intercustomer issues. | BCC19 | .40 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2006    PAGE      9
ACCOUNT NUMBER: 000115900-0126
INVOICE NO.:    8306149

| 07/31/06 | TBR | Review revised draft of Accommodation Agreement. | BCC19 | .30 |
|----------|-----|---------------------------------------------------|-------|-----|
| 07/31/06 | TBR | Telephone conference with C. Rieder regarding Accommodation Agreement. | BCC19 | .50 |

                                        TOTAL HOURS            67.40

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

August 12, 2006
Invoice No.   8306150

Delphi Automotive Systems
Attn: General Counsel
5725 Delphi Drive
Troy, MI  48098-2815

RE:   AMERICAN RUBBER MANUFACTURING CORP.

PROFESSIONAL SERVICES posted
through   July 31, 2006                                          13252.40

DISBURSEMENTS:

                                                 ----------
                                                      0.00
                                                 ---------

                    INVOICE TOTAL        13252.40
                                         ==========

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2006    PAGE     3
ACCOUNT NUMBER: 000115900-0127
INVOICE NO.:    8306150


[PRIVILEGED AND CONFIDENTIAL INFORMATION]



PROFESSIONAL SERVICES posted through July 31, 2006



        RE:   AMERICAN RUBBER MANUFACTURING CORP.


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 07/05/06 | MEW | Review background data on supplier's financial position. | BCC19 | 1.00 |
| 07/11/06 | MEW | Conference with A. Bowman regarding operational and bank build status and strategy going forward. | BCC19 | .30 |
| 07/11/06 | MEW | Conference with Marie Nienhuis - lender's counsel - regarding sale status, Delphi bank needs. | BCC19 | .20 |
| 07/11/06 | MEW | Internal team conferences regarding production issues. | BCC19 | .80 |
| 07/11/06 | MEW | Conferences with Wells Fargo counsel regarding continued production. | BCC19 | .70 |
| 07/12/06 | MEW | Attention to production and build status. | BCC19 | .50 |
| 07/12/06 | MEW | Conference with A. Bowman regarding status. | BCC19 | .30 |
| 07/12/06 | MEW | Conference with A. Bowman regarding status. | BCC19 | .20 |
| 07/13/06 | MEW | Attention to overall status, client options continuity of supply. | BCC19 | 2.50 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

```
DELPHI AUTOMOTIVE SYSTEMS            August 12, 2006    PAGE      4
ACCOUNT NUMBER: 000115900-0127
INVOICE NO.:     8306150
```

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|------:|
| 07/13/06 | MEW | Email regarding ongoing production from Wells Fargo counsel. | BCC19 | .20 |
| 07/17/06 | MEW | Draft Accommodation Agreement, Access Agreement, Promissory Note, Bank Acknowledgement of Access Right. | BCC19 | 3.00 |
| 07/17/06 | MEW | Review and revise exit agreements and letter to Delphi enclosing. | BCC19 | 1.50 |
| 07/17/06 | MEW | Telephone to Lender's counsel regarding wind-out at ARP. | BCC19 | .30 |
| 07/17/06 | MEW | Status update to Thomas Radom. | BCC19 | .10 |
| 07/17/06 | MEW | Email status update from Albert Bowman. | BCC19 | .10 |
| 07/17/06 | MEW | Review historical operation information. | BCC19 | .40 |
| 07/18/06 | MEW | Telephone from A. Bowman with status update. | BCC19 | .10 |
| 07/19/06 | MEW | Email regarding status from A. Bowman. | BCC19 | .10 |
| 07/19/06 | MEW | Email from Wells Fargo regarding extension of time to produce at facility. | BCC19 | .10 |
| 07/19/06 | MEW | Emails to and from Wells Fargo regarding production limits, matter status. | BCC19 | .50 |
| 07/20/06 | MEW | Voicemail and conference with A. Bowman regarding status of ARP wind-out. | BCC19 | .40 |
| 07/20/06 | MEW | Team status call and discuss resourcing options. | BCC19 | 1.00 |
| 07/20/06 | MEW | Conference with Wells Fargo counsel regarding bank's forbearance. | BCC19 | .30 |
| 07/20/06 | MEW | Assess current status, Delphi options and strategy. | BCC19 | 2.40 |
| 07/20/06 | MEW | Email report to A. Bowman regarding bank negotiations. | BCC19 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2006    PAGE      5
ACCOUNT NUMBER: 000115900-0127
INVOICE NO.:     8306150

| 07/21/06 | MEW | Emails to and from team members regarding matter status. | BCC19 | .30 |
| 07/24/06 | MEW | Attention to wind-out status, documentation. | BCC19 | 1.00 |
| 07/24/06 | MEW | Team call regarding status. | BCC19 | .50 |
| 07/24/06 | MEW | Conferences with Delphi team members regarding status. | BCC19 | 1.00 |
| 07/24/06 | MEW | Conference with Delphi team regarding status. | BCC19 | .20 |
| 07/24/06 | MEW | Conference with  M. Fortunak regarding status. | BCC19 | .30 |
| 07/24/06 | MEW | Conference with Wells Fargo counsel regarding status. | BCC19 | .20 |
| 07/24/06 | MEW | Review and revise Accommodation Agreement, Promissory Note, Access Agreement to reflect current status. | BCC19 | 1.00 |
| 07/24/06 | MEW | Delphi team status call. | BCC19 | .50 |
| 07/24/06 | MEW | Conference with ARP counsel regarding status, funding. | BCC19 | .40 |
| 07/24/06 | MEW | Revise Accommodation Agreement, Promissory Note, Access Agreement and forward to ARP. | BCC19 | 1.20 |
| 07/24/06 | MEW | Voicemail from M. Fortunak -- Delphi and voicemail to ARP counsel regarding possible asset sale. | BCC19 | .20 |
| 07/24/06 | MEW | Status email from A. Bowman. | BCC19 | .10 |
| 07/24/06 | MEW | Status call with M. Fortunak and status email to A. Bowman. | BCC19 | .40 |
| 07/25/06 | MEW | Attention to current ARP issues. | BCC19 | .50 |
| 07/25/06 | MEW | Team status call and review options. | BCC19 | 1.00 |
| 07/25/06 | MEW | Prepare for and participate in Visteon company call. | BCC19 | 1.00 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2006    PAGE      6
ACCOUNT NUMBER: 000115900-0127
INVOICE NO.:    8306150

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 07/25/06 | MEW | Follow-up discussions with Delphi team, ARP counselor regarding options for wind-out or remaining with new ownership. | BCC19 | 1.00 |
| 07/25/06 | MEW | Conference with Visteon counsel regarding ARP bank build and exact status. | BCC19 | .20 |
| 07/25/06 | MEW | Review and analysis of Unique Fabricating terms regarding acquisition of manufacturing assets. | BCC19 | .20 |
| 07/25/06 | MEW | Email regarding parts formerly manufactured at ARP-LaPorte. | BCC19 | .10 |
| 07/25/06 | MEW | Email to and from ARP counsel regarding Visteon payment of payables. | BCC19 | .10 |
| 07/25/06 | MEW | Email to and from A. Bowman and M. Bauman regarding Best Foam. | BCC19 | .30 |
| 07/25/06 | MEW | Email from ARP regarding terms of raw material consignment. | BCC19 | .10 |
| 07/25/06 | MEW | Telephone from ARP counsel regarding asset sale. | BCC19 | .20 |
| 07/25/06 | MEW | Prepare for and participate in Visteon conference call. | BCC19 | 1.00 |
| 07/26/06 | MEW | Attention to status and internal status strategy call. | BCC19 | 1.00 |
| 07/26/06 | MEW | Review and revise offer letter. | BCC19 | .40 |
| 07/26/06 | DBB | Firm conferences with Mr. Wilkins. | BCC19 | 1.50 |
| 07/26/06 | DBB | Draft and redraft expression of interest letter. | BCC19 | 1.00 |
| 07/27/06 | MEW | Attention to matter and transaction status. | BCC19 | 1.00 |
| 07/27/06 | MEW | Team status call. | BCC19 | .50 |
| 07/27/06 | MEW | Call with Visteon, ARP, consultants regarding status. | BCC19 | .50 |

**Butzel Long**

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2006       PAGE       7
ACCOUNT NUMBER: 000115900-0127
INVOICE NO.:    8306150

| | | | | |
|---|---|---|---|---|
| 07/27/06 | MEW | Continue transaction, documents needed and review sample documents from ARP. | BCC19 | 1.50 |
| 07/27/06 | MEW | Draft UCC Asset Purchase Agreement, Asset Surrender Agreement, Borrower Acknowledgment, Bill of Sale, Transition Services Agreement (for UCC asset purchase). | BCC19 | 4.50 |
| 07/28/06 | MEW | Review and revise documents for acquisition of supplier assets in UCC sale and circulate to counsel. | BCC19 | 2.50 |
| 07/28/06 | MEW | Team status call. | BCC19 | .50 |
| 07/28/06 | MEW | Conferences with ARP counsel regarding structure of transaction, terms of agreements. | BCC19 | .40 |
| 07/28/06 | MEW | Review documents to incorporate ARP comments. | BCC19 | .80 |
| 07/28/06 | MEW | Emails from Wells Fargo counsel regarding timing and structure of transaction, documents needed by Delphi. | BCC19 | .40 |
| 07/28/06 | DBB | Review Transition Services and Lien Transfer Documents. | BCC19 | .80 |
| 07/31/06 | MEW | Review and revise transaction documents to incorporate changes of various parties. | BCC19 | 1.50 |
| 07/31/06 | MEW | Conferences with ARP counsel, Wells Fargo counsel to review and negotiate changes to transaction documents. | BCC19 | 2.50 |
| 07/31/06 | MEW | Conference with Dana Mesler, M. Fortunak regarding status, mechanics of transaction. | BCC19 | .30 |
| 07/31/06 | MEW | Review Consulting Agreement - Mark Dilley. | BCC19 | .20 |
| 07/31/06 | MEW | Discuss documentation issues, payoff with Wells Fargo counsel. | BCC19 | .30 |
| 07/31/06 | MEW | Review Wells Fargo UCC filings and searches, Security Agreement. | BCC19 | .90 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900-0127
INVOICE NO.:      8306150

August 12, 2006    PAGE      8


TOTAL HOURS        53.30

# Butzel Long

**A PROFESSIONAL CORPORATION**

**ATTORNEYS AND COUNSELORS**

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

August 12, 2006
Invoice No.   8306151

Delphi Automotive Systems
Attn: General Counsel
5725 Delphi Drive
Troy, MI  48098-2815

RE:  QC ONICS

PROFESSIONAL SERVICES posted
through  July 31, 2006                                             1500.00

DISBURSEMENTS:

                                                ----------
                                                     0.00
                                                ---------

                          INVOICE TOTAL           1500.00
                                                ==========

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS          August 12, 2006    PAGE    3
ACCOUNT NUMBER: 000115900-0128
INVOICE NO.:    8306151

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

PROFESSIONAL SERVICES posted through July 31, 2006

RE:  QC ONICS

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 07/20/06 | MEW | Review background information concerning requirements for Accommodation Agreement and outline terms. | BCC19 | 1.00 |
| 07/20/06 | MEW | Attention to terms of Accommodation Agreement. | BCC19 | .20 |
| 07/21/06 | MEW | Attention to matter status, preparation of Accommodation Agreement. | BCC19 | .30 |
| 07/21/06 | MEW | Email from M. Everett regarding terms of Accommodation Agreement and review portions of agreement. | BCC19 | .30 |
| 07/25/06 | MEW | Conference with M. Olson regarding Accommodation Agreement status. | BCC19 | .10 |
| 07/26/06 | MEW | Draft Accommodation Agreement and Access and Security Agreement. | BCC19 | 1.50 |
| 07/26/06 | MEW | Review file. | BCC19 | 1.00 |
| 07/28/06 | MEW | Review and revise Accommodation Agreement, Access Agreement and forward to Delphi for review. | BCC19 | 1.50 |
| 07/28/06 | MEW | Email from Delphi regarding Yazaki. | BCC19 | .10 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2006    PAGE    4
ACCOUNT NUMBER: 000115900-0128
INVOICE NO.:    8306151

TOTAL HOURS            6.00