# EXHIBIT F

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
**butzel.com**

September 20, 2006

To:    David Sherbin, Esq., Delphi Corp.
Mr. John D. Sheehan., Delphi Corp.
John Wm. Butler, Jr., Esq., Skadden, Arps, Slate, Meagher & Flom, LLP
Alicia M. Leonhard, Esq., Office of the United States Trustee
Robert J. Rosenberg, Esq., Latham & Watkins, LLP
Marissa Wesley, Esq., Simpson Thacher & Bartlett, LLP
Marlane Melican, Esq., Davis Polk & Wardell
Ms. Valeria Venable, GE Plastics, Americas

**Summary of Total Billable Hours by Category
for the Period August 1, 2006 through August 31, 2006**

| Matter Description | Hours | Amount |
|---|---|---|
| Business Operations | 417.40 | $100,239.20 |
| Employee Benefits/Pensions | 80.00 | $15,040.00 |
| Litigation | 133.90 | $27,786.60 |
| Totals: | 631.30 | $143,065.80 |

Detroit  Bloomfield Hills  Ann Arbor  Lansing  Holland  Boca Raton  Naples  *Alliance Offices*  Beijing  Shanghai  *Member Lex Mundi*

000115900\0015\804050-1

September 20, 2006
Page 2

## Summary of Disbursements
### for the Period August 1, 2006 through August 31, 2006

| Disbursement | Amount |
|---|---|
| Telephone Charges | $48.02 |
| Express Delivery Charges | $166.31 |
| Delivery – Car Messenger | $3.12 |
| Travel Expenses | $5.34 |
| Professional Service – Vendor McNair Law Firm | $19,761.58 |
| Color Copies | $60.90 |
| Copies | $8.00 |
| Digital Reproduction | $159.30 |
| Totals: | $20,212.57 |

## Summary of Total Billable Hours by Attorneys and Paraprofessionals
### for the Period August 1, 2006 through August 31, 2006

| Name | Position | Admitted | Rate | Hours | Totals |
|---|---|---|---|---|---|
| **Attorneys** | | | | | |
| Thomas B. Radom | Shareholder | 1974 | $250.00 | 171.00 | $42,750.00 |
| Matthew Wilkins | Shareholder | 1983 | $250.00 | 155.00 | $38,750.00 |
| Edward M. Kronk | Shareholder | 1971 | $250.00 | 12.80 | $3,200.00 |
| Bruce L. Sendek | Shareholder | 1977 | $250.00 | .40 | $100.00 |
| Daniel J. Dulworth | Shareholder | 1988 | $228.00 | 8.60 | $1,960.80 |
| David B. Braun | Shareholder | 1993 | $228.00 | 1.40 | $319.20 |
| Herbert C. Donovan | Shareholder | 1991 | $233.75 | 68.90 | $16,105.64 |
| Susan L. Johnson | Sr. Attorney | 1984 | $224.00 | 17.50 | $3,920.00 |
| Paula A. Hall | Associate | 2000 | $200.00 | 72.50 | $14,500.00 |
| Charlotte A. Garry | Associate | 1998 | $188.00 | 80.00 | $15,040.00 |
| Timothy J. Lowe | Associate | 2005 | $148.75 | 43.00 | $6,396.36 |

September 20, 2006
Page 3

**Paralegals**

| | | | | |
|---|---|---|---|---|
| Laura E. Clark | Paralegal | $119.00 | .20 | $23.80 |
| Grand Total: | | | 631.30 | $143,065.80 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  GENERAL                                 000115900-0015



DISBURSEMENTS:

        Copies                                    1.60
        Express Delivery Charges                166.31
                                          ----------
                                              167.91

                        TOTAL DISBURSEMENTS        167.91
                                          _____

                        Matter Total              167.91
                                          =============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8311694


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


        RE:  TOWER AUTOMOTIVE, INC.                    000115900-0074


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/01/06 | TBR | Review claims objections. | 03 | .40 |

                    TOTAL BILLABLE HOURS        0.40

                          TOTAL FEES              100.00

                                              - - - - - - - - - -


                    TOTAL FEES                     100.00
                                              _____

                    Matter Total                  100.00
                                              ==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  EMPLOYMENT SECONDMENT                        000115900-0078

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/01/06 | C_G | Attention to Avey Charge including phone calls from Investigator Burns and phone calls to John Coffman and Derek Potter. | 06 | 4.00 |
| 08/01/06 | C_G | Attention to Stesiak Charge including review of paperwork from Cliff Roberts. | 06 | 4.00 |
| 08/02/06 | C_G | Attention to Avey Charge including follow up letter to Investigator Burns regarding claims, follow up phone calls to Investigator Burns, and calls to John Coffman and Derek Potter to arrange conference call with Investigator Burns. | 06 | 7.00 |
| 08/02/06 | C_G | Attention to Stesiak Charge including call to Investigator Robison for an extension and confirming letter. | 06 | 1.00 |
| 08/08/06 | C_G | Attention to Avey civil rights charge including calls to Investigator Burns, and preparation of Supervisor Coffman for conference call with Burns. | 06 | 4.00 |
| 08/08/06 | C_G | Started drafting Stesiak position statement. | 06 | 4.00 |
| 08/09/06 | C_G | Attention to Avey charge including conference call with Investigator Burns, Supervisor Coffman and HR Manager Richardt. | 06 | 1.00 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8311694

| Date | | Description | | |
|---|---|---|---|---|
| 08/09/06 | C_G | Attention to personnel file issue for Frank Kuplicki | 06 | 1.00 |
| 08/09/06 | C_G | Continued drafting Stesiak position statement. | 06 | 6.00 |
| 08/15/06 | C_G | Finalized and filed Stesiak position statement. | 06 | 2.00 |
| 08/15/06 | C_G | Attention Avey charge including call from Investigator Burns and faxing EEO1 Report. | 06 | 1.00 |
| 08/15/06 | C_G | Started research regarding guardian issue and buyout. | 06 | 1.00 |
| 08/15/06 | C_G | Attention to Akers Charge. | 06 | 4.00 |
| 08/16/06 | C_G | Research under Ohio law regarding whether a guardian can sign a buy-out agreement for a ward and e-mail with results to Jeff Peterson. | 06 | 8.00 |
| 08/22/06 | C_G | Attention to Mary Ann Akers Charge. | 06 | 8.00 |
| 08/23/06 | C_G | Attention to Mary Ann Akers Charge. | 06 | 6.00 |
| 08/23/06 | C_G | Attention to Allie's Request for Reconsideration. | 06 | 2.00 |
| 08/29/06 | C_G | Started drafting Mary Ann Akers position statement; call to Mary Gray for additional information for Mary Ann Akers position statement. | 06 | 8.00 |
| 08/30/06 | C_G | Received additional information from Mary Gray for Mary Ann Akers position statement; finalized position statement for filing. | 06 | 8.00 |

TOTAL BILLABLE HOURS       80.00

TOTAL FEES              15040.00

----------

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  DAYTON TOOL                             000115900-0095

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/07/06 | MEW | Attention to Plasco payment of Dayton Tool receivable. | 03 | .20 |

TOTAL BILLABLE HOURS        0.20

TOTAL FEES                    50.00

----------

TOTAL FEES                    50.00

Matter Total                 50.00
==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   PLASCO                                  000115900-0097


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/04/06 | TBR | Review file and draft amendment to Accommodation Agreement, letter agreement regarding additional participations. | 03 | 1.00 |
| 08/04/06 | TBR | E-mail to C. Archambault regarding draft Agreements. | 03 | .20 |
| 08/04/06 | TBR | Review Charlevoix Trade Agreement. | 03 | .30 |
| 08/04/06 | TBR | Telephone conference with C. Archambault regarding draft Agreements, Charlevoix. | 03 | .30 |
| 08/07/06 | TBR | Revised Charlevoix letter and e-mail to C. Archambault regarding same. | 03 | .50 |
| 08/09/06 | TBR | Conference call with C. Archambault, D. Wollschlager regarding Charlevoix, draft Agreements. | 03 | .60 |
| 08/15/06 | TBR | Telephone conference with C. Archambault regarding status. | 03 | .20 |
| 08/25/06 | TBR | Telephone conference with C. Archambault regarding Accommodation Agreement, additional funding. | 03 | .30 |


TOTAL BILLABLE HOURS        3.40

TOTAL FEES                      850.00

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   POST BANKRUPTCY GENERAL              000115900-0100


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/07/06 | TBR | Draft status report to client. | 03 | .60 |
| 08/18/06 | TBR | Draft weekly status report. | 03 | .60 |

TOTAL BILLABLE HOURS        1.20

TOTAL FEES                300.00

----------

TOTAL FEES                300.00

Matter Total            300.00
==============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                      September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  GRIFFIN THERMAL PRODUCTS, INC.        000115900-0101


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/30/06 | TBR | E-mail to S. Corcoran regarding fee discussion. | 03 | .60 |


TOTAL BILLABLE HOURS        0.60

TOTAL FEES              150.00

DISBURSEMENTS:

Professional Service-Other Counsel        19761.58
                                          ----------
                                           19761.58


TOTAL FEES                    150.00

TOTAL DISBURSEMENTS          19761.58

Matter Total                 19911.58
                             ============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                      September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  MRC INDUSTRIAL GROUP, INC.              000115900-0102

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/10/06 | MEW | Email from GM counsel regarding execution of Second Amendment to Intercustomer Agreement. | 03 | .10 |
| 08/14/06 | MEW | Email from and to Delphi regarding extension of Trust Agreement. | 03 | .10 |

TOTAL BILLABLE HOURS        0.20

TOTAL FEES                              50.00

DISBURSEMENTS:

    Copies                                    0.60
                                        ----------
                                              0.60

TOTAL FEES                              50.00

TOTAL DISBURSEMENTS                      0.60
                                  _____
Matter Total                            50.60
                                  ================

# Butzel Long

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8311694


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


        RE:  MPC                              000115900-0107


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/08/06 | TBR | E-mails with A. Masse, N. Lamb-Hale regarding status of asset sale. | 03 | .40 |
| 08/14/06 | TBR | Conference call with N. Lamb-Hale, A. Masse regarding sale proceeds. | 03 | .50 |
| 08/15/06 | TBR | Telephone conference with D. Freidman regarding open items. | 03 | .30 |
| 08/15/06 | TBR | Review Freidman e-mails regarding open items. | 03 | .50 |
| 08/15/06 | TBR | Telephone conferences with N. Lamb-Hale regarding open items. | 03 | .40 |
| 08/23/06 | TBR | Telephone conference with G. Eynon regarding lien claims to sale proceeds. | 03 | .30 |

                    TOTAL BILLABLE HOURS      2.40

                         TOTAL FEES           600.00
                                           ----------

# Butzel Long

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  DELPHI CORPORATION VS. SEGWAY, INC.    000115900-0112


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/09/06 | BLS | Conference with D. Dulworth regarding arbitration issues. | 10 | .40 |
| 08/09/06 | D D | Review and analysis of purchase orders and terms and conditions and conference with partner, Bruce Sendek, regarding AAA procedures and strategy. | 10 | .40 |
| 08/09/06 | D D | E-mail to Jim Derian regarding meeting with Gary Cameron. | 10 | .20 |
| 08/15/06 | D D | Research on background of Segway, Inc. | 10 | .50 |
| 08/15/06 | D D | Telephone conference with Lyle Shuey regarding meeting. | 10 | .30 |
| 08/15/06 | D D | Prepare e-mail to Jim Derian regarding meeting with Lyle Shuey. | 10 | .10 |
| 08/16/06 | D D | Further research regarding media coverage of Delphi and Segway venture. | 10 | .90 |
| 08/21/06 | D D | Review and analysis of file and prepare for meeting with Lyle Shuey. | 10 | 1.00 |
| 08/22/06 | D D | Further review of file and preparation for meeting with Lyle Shuey. | 10 | 2.20 |
| 08/22/06 | D D | Meeting with Lyle Shuey in Brighton, Michigan. | 10 | 3.00 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694


            TOTAL BILLABLE HOURS        9.00

                    TOTAL FEES              2060.80

                                        - - - - - - - - - -


            TOTAL FEES              2060.80
                                    _____

            Matter Total            2060.80
                                    ==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  NEFF-PERKINS COMPANY                    000115900-0114

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/03/06 | TBR | Review e-mails regarding revised bank build and production issues. | 03 | .50 |
| 08/03/06 | TBR | Telephone conferences with D. Neumann regarding bank build, production issues. | 03 | .50 |
| 08/03/06 | TBR | Telephone conferences with A. Bowman regarding Neumann call. | 03 | .40 |
| 08/04/06 | TBR | E-mails with D. Neumann regarding meeting. | 03 | .40 |
| 08/08/06 | TBR | Review D. Neumann e-mail regarding Exit Agreement. | 03 | .20 |
| 08/08/06 | TBR | Telephone conference with A. Bowman regarding Exit Agreement. | 03 | .30 |
| 08/09/06 | TBR | Review Delphi POs. | 03 | .40 |
| 08/09/06 | TBR | Telephone conference with A. Bowman regarding meeting. | 03 | .20 |
| 08/09/06 | TBR | Telephone conference with D. Neumann, A. Goldnar regarding meeting, POs. | 03 | .30 |
| 08/10/06 | TBR | Voicemails with A. Bowman regarding POs, production. | 03 | .30 |
| 08/11/06 | TBR | Telephone conference with A. Goldnar regarding Exit Agreement. | 03 | .20 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694

| | | | | |
|---|---|---|---|---|
| 08/11/06 | TBR | Review Delphi Team e-mails regarding production. | 03 | .30 |
| 08/11/06 | TBR | Telephone conference with A. Bowman regarding Neff meeting. | 03 | .20 |
| 08/11/06 | TBR | Review Neff tooling list. | 03 | .30 |
| 08/14/06 | TBR | Review client e-mails regarding production issues. | 03 | .20 |
| 08/15/06 | TBR | Review e-mails regarding Yoder, E & C. | 03 | .30 |
| 08/15/06 | TBR | Telephone conference with A. Perry regarding funding. | 03 | .20 |
| 08/17/06 | TBR | Telephone conference with A. Bowman regarding meeting. | 03 | .20 |
| 08/17/06 | TBR | Review A. Gardner e-mail regarding accounts payable. | 03 | .20 |
| 08/18/06 | TBR | Telephone conference and e-mails with A. Goldner regarding accounts payable, meeting, production issues. | 03 | 1.00 |
| 08/18/06 | TBR | Telephone conferences with A. Bowman regarding accounts payable, meeting, production issues. | 03 | .50 |
| 08/21/06 | TBR | Review Goldner response to production issues. | 03 | .20 |
| 08/21/06 | TBR | E-mail and telephone conference with A. Bowman regarding Goldner e-mail. | 03 | .60 |
| 08/21/06 | TBR | Draft response e-mail to Goldner regarding production issues. | 03 | .30 |
| 08/21/06 | TBR | Review Goldner reply to e-mail. | 03 | .20 |
| 08/21/06 | TBR | E-mail to A. Bowman regarding Goldner reply. | 03 | .20 |
| 08/23/06 | TBR | Conference call with Delphi Team regarding production, tooling issues. | 03 | 1.00 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                      September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694

| | | | | |
|---|---|---|---|---|
| 08/24/06 | TBR | E-mail to A. Goldner regarding August 29 meeting. | 03 | .20 |
| 08/25/06 | TBR | Review Goldner e-mail regarding August 29 meeting. | 03 | .20 |
| 08/25/06 | TBR | E-mail to A. Bowman regarding August 29 meeting. | 03 | .20 |
| 08/28/06 | TBR | Reviewed Bowman e-mail regarding exit issues. | 03 | .20 |
| 08/28/06 | TBR | Prepared for August 29 meeting with Neff. | 03 | .60 |
| 08/29/06 | TBR | Meeting in Cleveland with A. Bowman, Neff representatives regarding Exit Agreement. | 03 | 10.00 |

TOTAL BILLABLE HOURS      21.00

TOTAL FEES       5250.00

DISBURSEMENTS:

            Copies                                        2.00
                                                    ----------
                                                          2.00

                        TOTAL FEES             5250.00

                        TOTAL DISBURSEMENTS       2.00
                                            ------------
                        Matter Total          5252.00
                                            ============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  CEP PRODUCTS                              000115900-0119

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/01/06 | TBR | Conference call with Customer Group regarding business plan. | 03 | .60 |
| 08/01/06 | TBR | Telephone conference with Delphi Team regarding business plan, proposed resourcing. | 03 | 1.00 |
| 08/01/06 | TBR | Telephone conference with M. Everett regarding meeting with CEP. | 03 | .20 |
| 08/02/06 | TBR | Telephone conference with D. Baty regarding Hutchinson call. | 03 | .30 |
| 08/02/06 | TBR | Telephone conferences with M. Everett regarding August 3 conference call with CEP. | 03 | .50 |
| 08/02/06 | TBR | Review M. Everett e-mail regarding legal issues. | 03 | .30 |
| 08/02/06 | TBR | Review Agreements regarding legal issues. | 03 | .50 |
| 08/02/06 | TBR | Telephone conference with J. Bambery regarding CEP, Delphi call. | 03 | .40 |
| 08/03/06 | TBR | Draft responses to M. Everett bankruptcy questions. | 03 | 1.30 |
| 08/03/06 | TBR | Conference call with Delphi Team regarding bankruptcy issues, strategy. | 03 | 1.00 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

```
DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694
```

| | | | | |
|---|---|---|---|---|
| 08/04/06 | TBR | Review Bambery e-mail regarding financial problems. | 03 | .20 |
| 08/04/06 | TBR | Telephone conference with M. Everett regarding financial problems. | 03 | .20 |
| 08/04/06 | TBR | Telephone conference with J. Fetter regarding resourcing issues. | 03 | .40 |
| 08/04/06 | TBR | Conference call with Delphi Team regarding resourcing issues. | 03 | .50 |
| 08/07/06 | TBR | E-mail to J. Fischer regarding Chapter 11. | 03 | .20 |
| 08/07/06 | TBR | E-mail to J. Fetter regarding status of tooling issue. | 03 | .20 |
| 08/07/06 | TBR | Telephone conference with J. Fischer regarding Plan update. | 03 | .30 |
| 08/08/06 | TBR | Review Everett e-mail regarding strategy. | 03 | .20 |
| 08/08/06 | TBR | Telephone conference with S. Corcoran regarding Mexican counsel. | 03 | .20 |
| 08/08/06 | TBR | Telephone conference with M. Everett and B. Diehl regarding strategy. | 03 | .60 |
| 08/08/06 | TBR | Conference call with Customer Group regarding funding, production. | 03 | 1.00 |
| 08/09/06 | TBR | Conference call with Customer Group regarding funding, production. | 03 | 1.00 |
| 08/09/06 | TBR | Telephone conference with A. Olivas regarding Mexican issues. | 03 | .40 |
| 08/09/06 | TBR | Telephone conferences with Delphi Team regarding Mexican issues, access rights. | 03 | 1.00 |
| 08/09/06 | TBR | Telephone conference with S. Corcoran regarding Mexican counsel. | 03 | .20 |
| 08/10/06 | TBR | Conference calls with Customer Group, BBK regarding liquidity, bank build. | 03 | 1.00 |

### Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

```
DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8311694
```

| Date | | Description | | |
|------|-----|-------------|----|------|
| 08/10/06 | TBR | Conference call with Delphi Team regarding resourcing issues. | 03 | .50 |
| 08/11/06 | TBR | Telephone conference with J. Bambery regarding Trust. | 03 | .20 |
| 08/11/06 | TBR | Review J. Bambery e-mail regarding Trust. | 03 | .20 |
| 08/11/06 | TBR | Telephone conferences with M. Everett regarding Accommodation Agreement, additional participations. | 03 | .50 |
| 08/14/06 | TBR | Conference call with Customer Group regarding funding. | 03 | .70 |
| 08/14/06 | TBR | Review Agreements regarding participations. | 03 | .30 |
| 08/14/06 | TBR | Telephone conference with S. Seewer regarding funding. | 03 | .30 |
| 08/15/06 | TBR | E-mail to A. Olivas regarding Mexican issues. | 03 | .40 |
| 08/15/06 | TBR | Review e-mails regarding change in meeting plans. | 03 | .40 |
| 08/15/06 | TBR | Review draft Second Amendment to Accommodation Agreement. | 03 | .20 |
| 08/15/06 | TBR | Telephone conference with K. Katsma regarding amendment. | 03 | .20 |
| 08/15/06 | TBR | E-mails to M. Everett regarding additional participations. | 03 | .40 |
| 08/15/06 | TBR | Review BBK analysis regarding additional participations. | 03 | .30 |
| 08/16/06 | TBR | Telephone conference with Customer Group regarding additional participations. | 03 | .50 |
| 08/16/06 | TBR | Review draft amendments to Accommodation, Subordinated Participation Agreements. | 03 | .50 |
| 08/16/06 | TBR | Telephone conference with M. Everett regarding Agreements, strategy. | 03 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694

| 08/17/06 | TBR | Telephone conferences with Customer Group regarding amendments to Agreements. | 03 | 1.20 |
|---|---|---|---|---|
| 08/17/06 | TBR | Review draft amendments. | 03 | .60 |
| 08/18/06 | TBR | Review revised amendments to Agreements. | 03 | .60 |
| 08/18/06 | TBR | E-mails and telephone conferences with Customer Group regarding amendments, funding. | 03 | .60 |
| 08/18/06 | TBR | E-mail to Delphi Team regarding amendments. | 03 | .20 |
| 08/18/06 | TBR | Review BBK e-mail regarding funding. | 03 | .20 |
| 08/21/06 | TBR | E-mail to Delphi Team regarding amended agreements, Disbursing Agent Agreement. | 03 | .20 |
| 08/21/06 | TBR | Telephone conferences with M. Everett, J. Bamberry, A. Perry regarding business plan, strategy. | 03 | 2.20 |
| 08/21/06 | TBR | Review business plan. | 03 | 1.00 |
| 08/22/06 | TBR | Meeting with Delphi Team, BBK regarding business plan, strategy. | 03 | 1.50 |
| 08/22/06 | TBR | Meeting with CEP, Customer Group regarding business plan. | 03 | 5.50 |
| 08/23/06 | TBR | E-mail to M. Everett regarding Summary of August 22 professionals meeting. | 03 | .50 |
| 08/23/06 | TBR | Review Bambery e-mail regarding critical funding issues. | 03 | .20 |
| 08/23/06 | TBR | E-mails to Delphi Team regarding amendments, funding. | 03 | .50 |
| 08/23/06 | TBR | Telephone conference with A. Perry regarding execution of amendments. | 03 | .20 |
| 08/23/06 | TBR | Review CEP Term Sheet. | 03 | .50 |
| 08/23/06 | TBR | E-mail to Delphi Team regarding Term Sheet. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694

| | | | | |
|---|---|---|---|---|
| 08/23/06 | TBR | Telephone conferences with J. Fischer regarding bankruptcy disclosure. | 03 | .50 |
| 08/23/06 | TBR | Telephone conference with A. Perry, B. Mazzola regarding bankruptcy disclosure. | 03 | .30 |
| 08/24/06 | TBR | Telephone conferences with M. Everett regarding bankruptcy. | 03 | .60 |
| 08/24/06 | TBR | Telephone conference with J. Bambery regarding setoff. | 03 | .20 |
| 08/24/06 | TBR | Conference calls with Customer Group regarding bankruptcy, DIP. | 03 | 1.50 |
| 08/24/06 | TBR | Telephone conferences with J. Fischer, J. Hutchinson, S. Seewer regarding DIP. | 03 | .50 |
| 08/24/06 | TBR | Analyze risks of customer funding before bankruptcy. | 03 | .20 |
| 08/24/06 | TBR | Review Delphi Team e-mails regarding bankruptcy. | 03 | .40 |
| 08/25/06 | TBR | Review Everett e-mail regarding bankruptcy, cost sharing. | 03 | .20 |
| 08/25/06 | TBR | Conference call with Customer Group regarding bankruptcy, DIP. | 03 | 1.00 |
| 08/25/06 | TBR | Telephone conferences with S. Seewer, M. Hammer, J. Hutchinson regarding DIP. | 03 | .70 |
| 08/25/06 | TBR | Telephone conferences with J. Hutchinson regarding Bank build. | 03 | .50 |
| 08/25/06 | TBR | Telephone conferences with B. Lendzion regarding bank build. | 03 | .60 |
| 08/28/06 | TBR | Conference calls with Customer Group regarding bankruptcy. | 03 | 1.50 |
| 08/28/06 | TBR | Telephone conferences with Delphi Team, BBK regarding bankruptcy issues. | 03 | 2.00 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694

| Date | | Description | | |
|---|---|---|---|---|
| 08/28/06 | TBR | Telephone conferences with J. Hutchinson, J. DiDonato, S. Seewer, M. Hammer regarding bankruptcy, DIP terms. | 03 | .30 |
| 08/28/06 | TBR | E-mail to J. Hutchinson, J. DiDonato regarding DIP terms. | 03 | .20 |
| 08/28/06 | TBR | E-mail to A. Olivas regarding Mexican law. | 03 | .20 |
| 08/28/06 | TBR | E-mail to S. Corcoran regarding Olivas e-mail. | 03 | .20 |
| 08/29/06 | TBR | Telephone conference with J. Bambery regarding bankruptcy. | 03 | .30 |
| 08/29/06 | TBR | Telephone conference with J. Hutchinson regarding bankruptcy. | 03 | .20 |
| 08/29/06 | TBR | Telephone conferences with Delphi Team regarding bankruptcy term sheet. | 03 | 2.00 |
| 08/29/06 | TBR | Telephone conference with D. Ermer regarding resourcing. | 03 | .20 |
| 08/29/06 | TBR | Telephone conference with J. Fetter regarding resourcing. | 03 | .20 |
| 08/30/06 | TBR | Revise tooling demand letters and e-mails to Delphi Team regarding same. | 03 | .70 |
| 08/30/06 | TBR | Conference calls with Customer Group regarding term sheet. | 03 | 3.00 |
| 08/30/06 | TBR | Review revised term sheet. | 03 | 1.00 |
| 08/30/06 | TBR | Telephone conferences with Delphi Team regarding term sheet. | 03 | 1.00 |
| 08/31/06 | TBR | Reviewed revised term sheet. | 03 | .50 |
| 08/31/06 | TBR | Conference calls with Customer Group, CEP, BBK, Glass regarding term sheet. | 03 | 4.00 |
| 08/31/06 | TBR | Telephone conferences with Delphi Team, BBK regarding term sheet, tooling. | 03 | 1.30 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694

08/31/06   TBR   E-mail to J. Hutchinson, J. DiDonato          03          .40
                 regarding tooling.


                        TOTAL BILLABLE HOURS        61.90

                            TOTAL FEES                    15475.00


DISBURSEMENTS:

        Copies                                    36.10
        Messenger Services                         3.12
        Color Copies                              56.00
                                                  ----------
                                                     95.22


                        TOTAL FEES                       15475.00

                        TOTAL DISBURSEMENTS                 95.22
                                                  _____

                        Matter Total                     15570.22
                                                  ================

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                           September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  PIXLEY RICHARDS, INC.                    000115900-0120


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/01/06 | TBR | E-mail to K. Craft regarding Trade Agreement charges. | 03 | .20 |
| 08/01/06 | TBR | Telephone conference with K. Craft regarding Trade Agreement. | 03 | .40 |
| 08/01/06 | TBR | Telephone conferences with T. Dunn regarding Trade Agreement. | 03 | .40 |
| 08/02/06 | TBR | Revised Trade Agreement. | 03 | 1.00 |
| 08/02/06 | TBR | E-mail to B. Smith regarding Trade Agreement. | 03 | .20 |
| 08/07/06 | TBR | Telephone conference with T. Dunn regarding Trade Agreement. | 03 | .30 |
| 08/08/06 | TBR | Telephone conference with T. Dunn regarding Trade Agreement. | 03 | .30 |
| 08/08/06 | TBR | Telephone conference with B. Smith regarding Trade Agreement. | 03 | .40 |
| 08/08/06 | TBR | Review Dunn e-mail regarding Trade Agreement. | 03 | .30 |
| 08/09/06 | TBR | Review supplier Dacor report. | 03 | .30 |
| 08/09/06 | TBR | Telephone conference with T. Dunn regarding status. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694

| Date | | Description | | |
|---|---|---|---|---|
| 08/17/06 | TBR | Telephone conference with J. Ruhm regarding Trade Agreement. | 03 | .30 |
| 08/18/06 | TBR | Telephone conference with T. Dunn regarding Trade Agreement. | 03 | .20 |
| 08/21/06 | TBR | Revise Trade Agreement. | 03 | .60 |
| 08/21/06 | TBR | E-mail to T. Dunn, J. Ruhm regarding same. | 03 | .20 |
| 08/22/06 | TBR | Telephone conference with T. Dunn, J. Ruhm regarding Trade Agreement. | 03 | .40 |
| 08/23/06 | TBR | Telephone conference with J. Ruhm, T. Dunn regarding Trade Agreement. | 03 | .30 |
| 08/24/06 | TBR | Review Ruhm e-mail regarding Trade Agreement. | 03 | .20 |
| 08/24/06 | TBR | Revise and e-mail Trade Agreement to Ruhm, Dunn. | 03 | .50 |

TOTAL BILLABLE HOURS        6.70

TOTAL FEES              1675.00

DISBURSEMENTS:

    Copies                                  7.10
                                      ----------
                                            7.10


TOTAL FEES                          1675.00

TOTAL DISBURSEMENTS                    7.10
                                   -----------
Matter Total                        1682.10
                                   =============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  MILLER INDUSTRIAL PRODUCTS                    000115900-0121

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/01/06 | MEW | Attention to matter status, Miller operations. | 03 | .20 |
| 08/07/06 | MEW | Forecast from C. Archambault. | 03 | .10 |
| 08/08/06 | MEW | Email regarding status from W. Mazzaola. | 03 | .10 |
| 08/08/06 | MEW | Email from C. Archambault with cash forecast. | 03 | .30 |
| 08/15/06 | MEW | Review and revise Accommodation Agreement, Access Agreement and Funding Note. | 03 | 1.10 |
| 08/15/06 | MEW | Review Agreements and forward to Miller counsel. | 03 | .70 |
| 08/16/06 | MEW | Status call with Miller counsel regarding Delphi proposal. | 03 | .20 |
| 08/25/06 | MEW | Email from M. Johnson with changes to agreements. | 03 | .10 |
| 08/30/06 | MEW | Status email from Delphi; voicemail to Miller counsel. | 03 | .10 |
| 08/31/06 | MEW | Conference with C. Archambault regarding operational status at Miller and voicemail to Miller counsel regarding status. | 03 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694

September 12, 2006

TOTAL BILLABLE HOURS        3.20

TOTAL FEES                800.00

- - - - - - - - - -

TOTAL FEES                800.00

Matter Total            800.00
==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:    INNOVATIVE GROUP GLOBAL, INC.          000115900-0122


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/03/06 | MEW | Review motion to extend time to assume and reject contracts. | 03 | .20 |
| 08/24/06 | MEW | Review CNR's on Debtor's motion to extend time to file plan and to assume or reject executory contracts. | 03 | .20 |
| 08/25/06 | MEW | Review Order extending time to assume or reject contracts. | 03 | .20 |
| 08/28/06 | MEW | Review order extending time to file plan. | 03 | .10 |
| 08/28/06 | MEW | Review Amended Order establishing deadlines and procedures. | 03 | .10 |
| 08/31/06 | MEW | Review monthly income and expense statement. | 03 | .30 |


TOTAL BILLABLE HOURS      1.10

TOTAL FEES              275.00

----------

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  STERLING MANUFACTURING COMPANY          000115900-0123


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/01/06 | TBR | Worked on and completed revised Agreements. | 03 | 2.00 |
| 08/01/06 | TBR | E-mail and telephone conferences with D. Rose regarding revised Agreements. | 03 | .60 |
| 08/01/06 | TBR | Telephone conference with M. Everett regarding revised Agreements. | 03 | .20 |
| 08/01/06 | DBB | Revise and redraft Equipment Purchase Agreement. | 03 | 1.40 |
| 08/02/06 | TBR | Telephone conferences with D. Rose regarding funding letter, status of Agreements. | 03 | .60 |
| 08/02/06 | TBR | Draft funding letter and e-mail to Delphi Team regarding same. | 03 | .50 |
| 08/03/06 | TBR | Telephone conferences with D. Rose regarding Agreements. | 03 | .20 |
| 08/03/06 | TBR | Telephone conference with C. Meyer, attorney for Sterling, regarding Agreements. | 03 | .20 |
| 08/03/06 | TBR | E-mail to Delphi Team regarding Agreements. | 03 | .20 |
| 08/04/06 | TBR | E-mails with C. Meyer regarding status of Agreements. | 03 | .40 |
| 08/07/06 | TBR | E-mail to C. Meyer regarding status of Agreements. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8311694

| Date | | Description | | |
|---|---|---|---|---|
| 08/07/06 | TBR | Telephone conference with D. Rose regarding Agreements. | 03 | .20 |
| 08/08/06 | TBR | E-mail to C. Meyer regarding status of Agreements. | 03 | .20 |
| 08/09/06 | TBR | Telephone conference with BBK, Delphi Team regarding status of Agreement, notice to vendors. | 03 | 1.00 |
| 08/09/06 | TBR | Review D. Rose e-mail regarding vendor notice. | 03 | 1.00 |
| 08/10/06 | TBR | Conference calls with Delphi Team regarding status of Agreements. | 03 | .50 |
| 08/10/06 | TBR | Review revised drafts of Agreements. | 03 | .50 |
| 08/11/06 | TBR | Telephone conference with C. Meyer regarding Agreements. | 03 | .40 |
| 08/11/06 | TBR | Worked on changes to Agreements. | 03 | 2.00 |
| 08/11/06 | TBR | Telephone conference with J. Funke regarding license. | 03 | .40 |
| 08/11/06 | TBR | Conference call with Delphi Team regarding Agreements. | 03 | .70 |
| 08/14/06 | TBR | Completed revisions to Agreements. | 03 | .70 |
| 08/14/06 | TBR | E-mail to C. Meyer regarding revised Agreements. | 03 | .20 |
| 08/14/06 | TBR | Telephone conferences with B. Chapman, D. Rose regarding Agreements. | 03 | .40 |
| 08/15/06 | TBR | Telephone conference with D. Rose regarding status of Agreement. | 03 | .20 |
| 08/15/06 | TBR | Telephone conference with B. Chapman regarding status. | 03 | .20 |
| 08/16/06 | TBR | Telephone conference with C. Meyer regarding Agreements. | 03 | 1.00 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694

| | | | | |
|---|---|---|---|---|
| 08/16/06 | TBR | Telephone conference with D. Rose regarding Agreements. | 03 | .30 |
| 08/17/06 | TBR | Revised Agreements. | 03 | 1.00 |
| 08/17/06 | TBR | Review Meyer e-mail regarding assignment. | 03 | .20 |
| 08/17/06 | TBR | Telephone conference with D. Rose regarding equipment, Visteon. | 03 | .30 |
| 08/18/06 | TBR | Completed revisions to Agreements. | 03 | .60 |
| 08/18/06 | TBR | E-mails to C. Meyer regarding Agreements, equipment list. | 03 | .40 |
| 08/18/06 | TBR | E-mail and telephone conferences with D. Rose regarding Agreements, equipment list, Visteon. | 03 | .70 |
| 08/18/06 | TBR | Telephone conference with M. Hammer and J. Hilliard regarding Visteon. | 03 | .30 |
| 08/20/06 | TBR | Worked on Visteon letters. | 03 | .60 |
| 08/21/06 | TBR | Draft Visteon letter. | 03 | 1.00 |
| 08/21/06 | TBR | Telephone conference with D. Rose regarding agreements, Visteon. | 03 | .30 |
| 08/21/06 | TBR | Telephone conference and e-mail with M. Hammer regarding Visteon. | 03 | .40 |
| 08/22/06 | TBR | Telephone conference with C. Meyer regarding Agreements. | 03 | .50 |
| 08/22/06 | TBR | Further revisions to Agreements. | 03 | .50 |
| 08/22/06 | TBR | E-mails with C. Meyer regarding Agreements. | 03 | .40 |
| 08/22/06 | TBR | E-mails with D. Rose regarding Agreements. | 03 | .40 |
| 08/22/06 | TBR | Conference call with Delphi Team regarding Agreements. | 03 | .40 |
| 08/22/06 | TBR | Conference with M. Hammer, J. Hilliard regarding Visteon. | 03 | .30 |

### Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694

| Date | | Description | | |
|------|------|-------------|------|------|
| 08/23/06 | TBR | Final revisions to Agreements. | 03 | .50 |
| 08/23/06 | TBR | E-mail to C. Meyer, Delphi Team regarding Agreements. | 03 | .20 |
| 08/23/06 | TBR | Telephone conference with A. Perry, B. Chapman regarding Agreements, funding. | 03 | .30 |
| 08/23/06 | TBR | Telephone conference with D. Rose regarding Agreements, professional fees. | 03 | .30 |
| 08/23/06 | TBR | Telephone conference with C. Meyer regarding Agreements. | 03 | .30 |
| 08/24/06 | TBR | Telephone conference with A. Perry regarding Agreements. | 03 | .20 |
| 08/24/06 | TBR | Review Chapman e-mail regarding Agreements. | 03 | .20 |
| 08/24/06 | TBR | Telephone conference with D. Rose regarding Agreements, funding. | 03 | .20 |
| 08/24/06 | TBR | Review Rose e-mail regarding professional fees. | 03 | .20 |
| 08/24/06 | TBR | E-mail to C. Meyer regarding Agreements. | 03 | .20 |
| 08/24/06 | TBR | Review revised draft of Visteon letter. | 03 | .20 |
| 08/24/06 | TBR | E-mail to C. Meyer, M. Hammer regarding Visteon letter. | 03 | .20 |
| 08/25/06 | TBR | Telephone conferences with Delphi Team, BBK regarding Agreements, professional fees. | 03 | .50 |
| 08/25/06 | TBR | Telephone conference with C. Meyer regarding Agreements, professional fees, funding. | 03 | .80 |
| 08/25/06 | TBR | E-mail to C. Meyer regarding professional fee settlement. | 03 | .30 |
| 08/25/06 | TBR | Telephone conference with A. Perry regarding funding. | 03 | .20 |
| 08/30/06 | TBR | E-mail to C. Meyer regarding Patent License. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694

| | | | | |
|---|---|---|---|---|
| 08/30/06 | TBR | Review new signature pages to Patent License. | 03 | .20 |
| 08/31/06 | TBR | Review Rose e-mail regarding Judgment. | 03 | .20 |
| 08/31/06 | TBR | E-mails to D. Rose, C. Meyer regarding Judgment. | 03 | .40 |

TOTAL BILLABLE HOURS        30.50

TOTAL FEES              7594.20

DISBURSEMENTS:

    Copies                                              24.90
                                                            ----------
                                                            24.90

TOTAL FEES              7594.20

TOTAL DISBURSEMENTS        24.90

Matter Total              7619.10
==============

# Butzel Long

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  I & W INDUSTRIES, INC.                  000115900-0124


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/15/06 | TBR | Telephone conference with M. West regarding resourcing. | 03 | .30 |
| 08/18/06 | TBR | Telephone conference with A. Perry, M. Fortunak, M. West regarding funding. | 03 | .40 |
| 08/23/06 | TBR | Telephone conference with A. Perry, M. Fortunak, M. West regarding Mark IV cost allocation. | 03 | .40 |
| 08/23/06 | TBR | Voicemail to J. Laino regarding August 24 conference call. | 03 | .20 |
| 08/24/06 | TBR | Telephone conference with Delphi Team regarding Mark IV cost allocation. | 03 | .50 |
| 08/24/06 | TBR | Conference call regarding Delphi Team, Mark IV regarding cost allocation. | 03 | .60 |
| 08/28/06 | TBR | Telephone conferences with A. Perry, M. West regarding Mark IV. | 03 | 1.30 |
| 08/28/06 | TBR | Review Customer allocation spreadsheet. | 03 | .20 |
| 08/28/06 | TBR | Conference call with Delphi Team, Mark IV regarding Customer allocation. | 03 | .60 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694

September 12, 2006

|                        |          |
| ---------------------- | -------- |
| TOTAL BILLABLE HOURS   | 4.50     |
| TOTAL FEES             | 1125.00  |
|                        | ---------- |
| TOTAL FEES             | 1125.00  |
| Matter Total           | 1125.00  |
|                        | ============= |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


        RE:  TENATRONICS LTD.                    000115900-0126


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/01/06 | TBR | Conference call with Customer Group regarding Accommodation Agreement. | 03 | .60 |
| 08/01/06 | TBR | Review Delphi Team e-mails regarding bank builds. | 03 | .50 |
| 08/02/06 | TBR | Conference call with Customer Group regarding Agreements. | 03 | .70 |
| 08/02/06 | TBR | Telephone conferences with Delphi Team regarding Agreements, Sterling patent. | 03 | .70 |
| 08/02/06 | TBR | Review revised Accommodation Agreement. | 03 | .40 |
| 08/03/06 | TBR | Customer call regarding Agreements, receivership. | 03 | .50 |
| 08/03/06 | TBR | Telephone conference with D. Rose regarding Intercustomer Agreement. | 03 | .20 |
| 08/03/06 | TBR | E-mail to J. Sgroi regarding Intercustomer Agreement. | 03 | .20 |
| 08/03/06 | TBR | Telephone conference with C. Rieder regarding Agreements. | 03 | .50 |
| 08/04/06 | TBR | Review revised Intercustomer Agreement. | 03 | .40 |
| 08/04/06 | TBR | E-mail to M. Everett regarding Intercustomer Agreement. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8311694

| 08/04/06 | TBR | Telephone conferences with M. Everett, C. Rieder regarding Intercustomer issues. | 03 | 1.50 |
|---|---|---|---|---|
| 08/04/06 | TBR | Conference call with Customer Group, BBK regarding status of open matters. | 03 | .50 |
| 08/07/06 | TBR | Conference calls with Customer Group regarding Intercustomer, Accommodation Agreements, production, receivership. | 03 | 1.00 |
| 08/07/06 | TBR | Conference calls with Delphi Team regarding Agreements, production, receivership. | 03 | 1.00 |
| 08/08/06 | TBR | Review Rose e-mails regarding hostage payments, parts list. | 03 | .40 |
| 08/08/06 | TBR | Conference call with Customer Group regarding status of issues. | 03 | .80 |
| 08/08/06 | TBR | Telephone conference with B. Weiss regarding license issues. | 03 | .30 |
| 08/08/06 | TBR | Revise Intercustomer Agreement. | 03 | .50 |
| 08/08/06 | TBR | Telephone conference with Delphi Team regarding Intercustomer Agreement, strategy. | 03 | .70 |
| 08/09/06 | TBR | Conference calls with Customer Group regarding Agreement, production. | 03 | 1.30 |
| 08/09/06 | TBR | E-mails and conference calls with Delphi Team regarding Agreements, proposed license. | 03 | 1.50 |
| 08/09/06 | TBR | Telephone conference with B. Weiss regarding license. | 03 | .30 |
| 08/09/06 | TBR | Review revised Intercustomer Agreement. | 03 | .30 |
| 08/09/06 | TBR | Review Lear's comments to Intercustomer Agreement. | 03 | .20 |
| 08/10/06 | TBR | Conference calls with Customer Group, BBK regarding Agreements, receivership, license. | 03 | 1.50 |

# Butzel Long

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8311694

| Date | | Description | | |
|---|---|---|---|---|
| 08/10/06 | TBR | Telephone conferences with Delphi Team regarding Agreements, license. | 03 | 1.30 |
| 08/10/06 | TBR | Telephone conference with B. Weiss, C. Meyer regarding license. | 03 | .40 |
| 08/10/06 | TBR | Review and revise Intercustomer Agreement. | 03 | .80 |
| 08/10/06 | TBR | Telephone conferences with A. Perry, D. Rose regarding setoff. | 03 | .50 |
| 08/10/06 | TBR | Review final Agreements. | 03 | .60 |
| 08/10/06 | TBR | E-mail to Delphi Team regarding final Agreements. | 03 | .20 |
| 08/11/06 | TBR | Conference calls with Customer Group, BBK regarding license, Agreements. | 03 | 1.00 |
| 08/11/06 | TBR | Telephone conferences with B. Weiss, J. Sgroi regarding license. | 03 | .50 |
| 08/11/06 | TBR | Telephone conference with J. Funke regarding license. | 03 | .40 |
| 08/11/06 | TBR | E-mails regarding signed Agreements. | 03 | .50 |
| 08/11/06 | TBR | Telephone conferences with B. Chapman regarding license. | 03 | .50 |
| 08/11/06 | TBR | Telephone conference with M. Everett regarding status. | 03 | .20 |
| 08/11/06 | TBR | Telephone conference with D. Rose regarding setoff. | 03 | .20 |
| 08/14/06 | TBR | Conference call with Customer Group regarding receivership. | 03 | .50 |
| 08/14/06 | TBR | Telephone conference with A. Perry regarding participation. | 03 | .20 |
| 08/14/06 | TBR | Telephone conference with J. Sgroi regarding participations. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694

| 08/15/06 | TBR | Telephone conference with D. Rose regarding subordinated participations. | 03 | .20 |
| 08/16/06 | TBR | Telephone conference with D. Rose regarding Subordinated Participation Agreement. | 03 | .20 |
| 08/17/06 | TBR | Revised Subordinated Participation Agreement. | 03 | 1.50 |
| 08/17/06 | TBR | Telephone conference with D. Rule regarding Agreement. | 03 | .20 |
| 08/18/06 | TBR | Completed revisions to Subordinated Participation Agreement. | 03 | .40 |
| 08/18/06 | TBR | E-mail to Baty, Bakst, regarding Participation Agreement. | 03 | .20 |
| 08/18/06 | TBR | Telephone conference with D. Rose regarding status. | 03 | .20 |
| 08/22/06 | TBR | Conference with D. Baty regarding Subordinated Participation Agreement. | 03 | .20 |
| 08/23/06 | TBR | Conference call with Customer Group, A. Rutman regarding status of receivership. | 03 | 1.00 |
| 08/23/06 | TBR | Revise Subordinated Participation Agreement. | 03 | .50 |
| 08/23/06 | TBR | E-mail to D. Baty, B. Diehl regarding Subordinated Participation Agreement. | 03 | .20 |
| 08/24/06 | TBR | Telephone conference with A. Rutman, Receiver, regarding setoff. | 03 | .30 |
| 08/24/06 | TBR | E-mail to A. Rutman regarding setoff. | 03 | .20 |
| 08/24/06 | TBR | Telephone conference with D. Rose regarding Subordinated Participation Agreement. | 03 | .20 |
| 08/24/06 | TBR | Review Receiver e-mails regarding vendor issues. | 03 | .40 |
| 08/31/06 | TBR | Review Sgroi e-mail regarding Subordinated Participation Agreement. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                        September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694

08/31/06   TBR   E-mail to Delphi Team regarding Subordinated   03        .20
                 Participation Agreement.


                        TOTAL BILLABLE HOURS        31.00

                              TOTAL FEES                    7750.00

DISBURSEMENTS:

        Copies                                  23.70
                                              ----------
                                                    23.70


                        TOTAL FEES                      7750.00

                        TOTAL DISBURSEMENTS                23.70
                                              _____
                        Matter Total                    7773.70
                                              ============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   AMERICAN RUBBER PRODUCTS              000115900-0127


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/01/06 | MEW | Attention to fixed asset list, resolution of leased equipment issue. | 03 | 1.40 |
| 08/01/06 | MEW | Attention to request by ARP professionals for payment for unpaid fees. | 03 | .90 |
| 08/01/06 | MEW | Email from Bank regarding document status. | 03 | .10 |
| 08/01/06 | MEW | Communication with Wells Fargo counsel regarding UCC searches. | 03 | .20 |
| 08/01/06 | MEW | Attention to correct legal entity of purchaser. | 03 | .10 |
| 08/01/06 | MEW | Review and revise Agreement per negotiations and re-circulate to ARP and Wells Fargo counsel (Transition Services Agreement, Second Party Bill of Sale, Article 9 Purchase Agreement, Agreement for Voluntary Surrender of Assets). | 03 | 1.80 |
| 08/01/06 | MEW | Email regarding UCC searches. | 03 | .10 |
| 08/01/06 | MEW | Review Consulting Agreement, as revised. | 03 | .40 |
| 08/01/06 | MEW | Brief review of updated inventory detail. | 03 | .30 |
| 08/01/06 | MEW | Email to and from client regarding payment of professional fees. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694

| | | | | |
|---|---|---|---|---|
| 08/01/06 | MEW | Review 7/31/06 accounts receivable listing and purchase price calculation. | 03 | .40 |
| 08/01/06 | MEW | Attention to UCC information - Well Fargo's security interest - Indiana. | 03 | .40 |
| 08/01/06 | MEW | Attention to BBK Trust Agreement to hold operating funds. | 03 | .30 |
| 08/01/06 | MEW | Attention to blanket UCC filing, effective date of Indiana UCC amendment. | 03 | .80 |
| 08/01/06 | MEW | Further review of UCC filing, extent of coverage. | 03 | .40 |
| 08/01/06 | MEW | Revise and re-circulate all transaction documents. | 03 | 1.80 |
| 08/01/06 | MEW | Additional revisions to transaction documents. | 03 | .30 |
| 08/01/06 | MEW | Focus on two significant equipment items ARP is now saying are leased. | 03 | .80 |
| 08/01/06 | MEW | Review Wells Fargo's signatures. | 03 | .10 |
| 08/01/06 | MEW | Negotiations with ARP counsel regarding treatment of leased equipment. | 03 | .40 |
| 08/01/06 | MEW | Discussions with Dana Mesler regarding leased equipment and hot to resolve issues. | 03 | .50 |
| 08/01/06 | MEW | Emails from ARP counsel regarding leased equipment and review attachments. | 03 | .70 |
| 08/02/06 | MEW | Work with opposing counsel to close and fund asset acquisition. | 03 | 2.50 |
| 08/02/06 | MEW | Work with client, opposing counsel, to close and fund asset acquisition. | 03 | 1.50 |
| 08/02/06 | MEW | Email from Wells Fargo counsel regarding closing status. | 03 | .10 |
| 08/02/06 | MEW | Conference with Dana Mesler regarding transaction status, leased equipment. | 03 | .40 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8311694

| 08/02/06 | MEW | Email regarding payment of purchase price (from Wells Fargo counsel) and payoff amount. | 03 | .20 |
|----------|-----|-----|----|-----|
| 08/02/06 | MEW | Email to and from Wells Fargo regarding accounts receivable collection status, payoff number. | 03 | .20 |
| 08/02/06 | MEW | Attention to leased equipment escrow. | 03 | .30 |
| 08/02/06 | MEW | Attention to resolution of leased equipment issue. | 03 | .40 |
| 08/02/06 | MEW | Attention to wire transfers to close. | 03 | .20 |
| 08/02/06 | MEW | Email regarding accounts receivable collection. | 03 | .10 |
| 08/02/06 | MEW | Revise and re-circulate all documents for execution. | 03 | 2.60 |
| 08/02/06 | MEW | Email from client regarding accounts receivable collection, adjustments to purchase price. | 03 | .20 |
| 08/02/06 | MEW | Revise and re-circulate Article 9 Asset Purchase Agreement and Bill of Sale. | 03 | 1.20 |
| 08/02/06 | MEW | Attention to ARP and Seller signature pages. | 03 | .20 |
| 08/02/06 | MEW | Attention to Delphi signature pages. | 03 | .20 |
| 08/02/06 | MEW | Email from Visteon counsel regarding production contact persons. | 03 | .10 |
| 08/03/06 | TBR | Telephone conferences and e-mails with K. Katsma, attorney for Visteon, regarding stop ship. | 03 | .60 |
| 08/03/06 | TBR | Telephone conferences with A. Bowman and D. Messler regarding Visteon. | 03 | 1.00 |
| 08/03/06 | MEW | Letter from Wells Fargo counsel regarding collection of accounts receivable. | 03 | .10 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 08/04/06 | TBR | Conference call with Delphi Team regarding Visteon deal. | 03 | .50 |
| 08/04/06 | MEW | Attention and emails from and to Thomas Radom regarding relationship with Visteon and ACH. | 03 | .80 |
| 08/04/06 | MEW | Email regarding resolution with Visteon and ACH. | 03 | .20 |
| 08/07/06 | MEW | Conference with Thomas Radom regarding status. | 03 | .10 |
| 08/30/06 | MEW | Email from ARP's counsel regarding payoff of lease on waterjet and press and review review related documents. | 03 | .30 |
| 08/30/06 | MEW | Email from Dana Mesler regarding GM payment and review GM proposed letter agreement. | 03 | .30 |
| 08/31/06 | MEW | Attention to GM payment of $15,000. | 03 | .10 |
| 08/31/06 | MEW | Conference with Mike Olson regarding Accommodation Agreement. | 03 | .30 |

TOTAL BILLABLE HOURS         27.10

TOTAL FEES              6775.00

DISBURSEMENTS:

        Copies                              8.80
        Telephone Charges                  48.02
                                      ----------
                                           56.82


                TOTAL FEES              6775.00

                TOTAL DISBURSEMENTS        56.82
                                      ----------
                Matter Total            6831.82
                                      ==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  QC ONICS                                    000115900-0128


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/07/06 | TBR | Telephone conferences with M. Everett regarding proposed stock purchase, Delphi, options. | 03 | .70 |
| 08/07/06 | TBR | Review e-mails regarding stock purchase. | 03 | .30 |
| 08/07/06 | MEW | Attention to possible sale of QC Onics and conference with Thomas Radom regarding status. | 03 | .30 |
| 08/07/06 | MEW | Review offer letter and Letter of Intent. | 03 | .50 |
| 08/07/06 | MEW | Review elements of and outline subordinated participation agreement. | 03 | .70 |
| 08/07/06 | MEW | Outline intercustomer agreement. | 03 | .40 |
| 08/07/06 | MEW | Email from M. Everett with YNA changes to draft Accommodation and Access Agreements. | 03 | .80 |
| 08/08/06 | MEW | Status email from M. Everett. | 03 | .10 |
| 08/08/06 | MEW | Review correspondence regarding Asaba offer(s). | 03 | .30 |
| 08/08/06 | MEW | Review and analysis of YNA changes to Delphi's proposed Accommodation Agreement and Access Agreement. | 03 | 1.20 |
| 08/09/06 | MEW | Prepare for meeting with M. Everett, Yazaki. | 03 | .50 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694

| Date | Init | Description | | |
|---|---|---|---|---|
| 08/09/06 | MEW | Review Accommodation Agreement and discuss with M. Everett. | 03 | 1.00 |
| 08/09/06 | MEW | Discuss case status with Yazaki, Delphi. | 03 | .50 |
| 08/09/06 | MEW | Attention to revisions of two sets of Access Agreements, Accommodation Agreements. | 03 | 1.00 |
| 08/09/06 | MEW | Conference with Bank counsel regarding case status. | 03 | .40 |
| 08/09/06 | MEW | Review and revise Accommodation and Access Agreements -- versions for use if company sold to Asaba. | 03 | 1.60 |
| 08/09/06 | MEW | Review and revise Accommodation and Access Agreements to reflect Yazaki changes. | 03 | 1.00 |
| 08/09/06 | MEW | Draft Intercustomer Agreement. | 03 | 2.50 |
| 08/09/06 | MEW | Draft Subordinated Participation Agreement. | 03 | 2.00 |
| 08/09/06 | MEW | Review Yazaki proposal for Accommodation Agreement. | 03 | .40 |
| 08/09/06 | P H | Conference with M. E. Wilkins; attention to Participation and Subordination Agreements. | 03 | .50 |
| 08/10/06 | MEW | Review and revise drafts of Accommodation Agreements, Access Agreements, Intercustomer Agreement, Subordinated Participation Agreement. | 03 | 2.40 |
| 08/10/06 | MEW | Prepare for and participate in Customer Group call. | 03 | .80 |
| 08/10/06 | MEW | Review and revise various agreements and circulate to Yazaki, Delphi, BBK. | 03 | 1.10 |
| 08/10/06 | MEW | Conference with BBK regarding background, options going forward. | 03 | .40 |
| 08/10/06 | MEW | Call with Yazaki counsel, potential purchaser, Debtor and lender to review acquisition and funding status. | 03 | .90 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694

| | | | | |
|---|---|---|---|---|
| 08/10/06 | MEW | Status call to M. Everett. | 03 | .30 |
| 08/10/06 | MEW | Prepare for and follow-up strategy call with Customer Group. | 03 | .80 |
| 08/10/06 | MEW | Attention to Accommodation Agreement, Access Agreement, Intercustomer Agreement. | 03 | 1.30 |
| 08/10/06 | P H | Revisions to Intercustomer and Participation Agreements. | 03 | 1.00 |
| 08/10/06 | P H | Conference call with investors and customers. | 03 | 1.00 |
| 08/10/06 | P H | Conference call with Customer group. | 03 | 1.70 |
| 08/11/06 | MEW | Prepare for and participate in Customer call. | 03 | 1.00 |
| 08/11/06 | MEW | Prepare for and participate in call with BBK regarding status. | 03 | .50 |
| 08/11/06 | MEW | Participate in call with Yazaki counsel, QC counsel, management regarding cash needs, investor contribution. | 03 | 1.00 |
| 08/11/06 | MEW | Negotiations and attention to funding of QC operations in near term and review company proposal regarding investor cash infusion. | 03 | 2.80 |
| 08/11/06 | MEW | Conference with QC counsel regarding funding issues. | 03 | .30 |
| 08/11/06 | MEW | Conference with T. Monahan (BBK) regarding strategy for approaching lender. | 03 | .40 |
| 08/11/06 | MEW | Attention to Yazaki changes and comments to Access, Accommodation, Subordinate Participation Agreement. | 03 | .40 |
| 08/11/06 | MEW | Attention to BBK comments to various documents. | 03 | .30 |
| 08/11/06 | P H | Multiple conferences with customer group and debtor. | 03 | 1.20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694

| | | | | |
|---|---|---|---|---|
| 08/11/06 | P H | Attention to financials and shareholders' proposal. | 03 | 1.20 |
| 08/13/06 | MEW | Email from T. Monahan, BBK, regarding willingness of investors to infuse additional capital. | 03 | .10 |
| 08/13/06 | MEW | Review Asaba Letter of Intent and QC 2006-2007 Projected Profit & Loss Statement. | 03 | .40 |
| 08/14/06 | MEW | Prepare for and participate in Customer Group call. | 03 | 1.00 |
| 08/14/06 | MEW | Review Accommodation Agreement. | 03 | 1.10 |
| 08/14/06 | MEW | Conference with D. Wollschlager regarding funding options. | 03 | .20 |
| 08/14/06 | MEW | Customer call and follow-up with BBK and Yazaki. | 03 | 1.20 |
| 08/14/06 | MEW | Telephone to lender counsel and email to set up bank call. | 03 | .40 |
| 08/14/06 | MEW | Prepare for conference call with National City counsel. | 03 | .80 |
| 08/14/06 | MEW | Review and revise Subordinated Participation Agreement. | 03 | 1.20 |
| 08/14/06 | MEW | Prepare for and participate in Customer Group call and follow-up with BBK. | 03 | .90 |
| 08/14/06 | MEW | Review Subordinated Participation Agreement and forward draft to National City counsel. | 03 | .40 |
| 08/14/06 | MEW | Draft and revise Accommodation Agreement, Access Agreement, Intercustomer Agreement, Subordinated Participation Agreement and draft BBK Trust Agreement. | 03 | 2.20 |
| 08/14/06 | MEW | Email from A. Perry regarding payables due QC and forward to T. Monahan. | 03 | .10 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694

| | | | | |
|---|---|---|---|---|
| 08/14/06 | MEW | Email from Bank counsel regarding subordinated participation agreement. | 03 | .10 |
| 08/14/06 | MEW | Email from BBK regarding 1:30 call, agenda. | 03 | .10 |
| 08/14/06 | MEW | Review sample BBK Trust Agreement. | 03 | .40 |
| 08/14/06 | MEW | Email from BBK regarding funding issues. | 03 | .10 |
| 08/14/06 | MEW | Email from T. Monahan regarding delphi payables and conference with T. Monahan regarding funding on emergency basis. | 03 | .30 |
| 08/14/06 | MEW | Review agreements to be revised. | 03 | .70 |
| 08/14/06 | P H | Conference calls with customer group. | 03 | 1.90 |
| 08/15/06 | MEW | Prepare for and participate in Customer call. | 03 | 1.00 |
| 08/15/06 | MEW | Conference with bank counsel regarding Customer funding support. | 03 | .30 |
| 08/15/06 | MEW | Conference with T. Monahan regarding bank position on customer funding. | 03 | .20 |
| 08/15/06 | MEW | Follow-up work with BBK regarding funding of operating shortfall, negotiations with National City. | 03 | 2.50 |
| 08/15/06 | MEW | Prepare for and negotiate funding terms with Bank. | 03 | 1.40 |
| 08/15/06 | MEW | Review and revise Term Sheet for transactions. | 03 | 1.80 |
| 08/15/06 | MEW | Review customer sales numbers and percentage splits. | 03 | .40 |
| 08/15/06 | MEW | Revise Term Sheet for transaction. | 03 | .70 |
| 08/15/06 | MEW | Email from and to M. Everett regarding accommodation timeframe. | 03 | .10 |
| 08/15/06 | MEW | Review short-term cash needs from BBK. | 03 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694

| | | | | |
|---|---|---|---|---|
| 08/15/06 | MEW | Review customer accounts receivable and contra information from BBK. | 03 | .20 |
| 08/15/06 | MEW | Email transaction documents to Yazaki and email from and to counsel regarding matter status. | 03 | .20 |
| 08/15/06 | MEW | Status email from BBK. | 03 | .10 |
| 08/15/06 | MEW | Correspondence regarding Behr participation in customer group. | 03 | .10 |
| 08/15/06 | P H | Attention to updates sales analyses and other correspondence from BBK. | 03 | .50 |
| 08/16/06 | TBR | Telephone conference with M. Wilkins regarding status. | 03 | .50 |
| 08/16/06 | MEW | Attention to term sheet for funding, supplier accommodations, sale of business. | 03 | 1.40 |
| 08/16/06 | MEW | Prepare for and participate in customer status call. | 03 | .60 |
| 08/16/06 | MEW | Prepare for and telephone to National City counsel regarding terms of funding, bank forbearance. | 03 | .40 |
| 08/16/06 | MEW | Work with BBK to refine approach to bank, funding split among customers (Wollschlager and Monahan). | 03 | 2.00 |
| 08/16/06 | MEW | Revise and draft Term sheet for Customer group. | 03 | 1.40 |
| 08/16/06 | MEW | Attention to Behr and other customer involvement in Customer group to share costs. | 03 | .30 |
| 08/16/06 | MEW | Status email from BBK with updated cash flow forecast and review forecast and assumptions. | 03 | .30 |
| 08/16/06 | MEW | Telephone to Gail Eynon regarding matter status, National City corporation. | 03 | .20 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694

| Date | Init | Description | | |
|---|---|---|---|---|
| 08/16/06 | MEW | Telephone from National City counsel regarding default letter and review Notice of Default letter. | 03 | .30 |
| 08/16/06 | MEW | Discuss default letter with BBK's Wollschlager and Monahan. | 03 | .20 |
| 08/16/06 | MEW | Telephone from Yazaki counsel regarding Intercustomer Agreement and review for changes to agreement. | 03 | .40 |
| 08/16/06 | P H | Conference with BBK, M. E. Wilkins, counsel for debtor and Yazaki. | 03 | 1.00 |
| 08/16/06 | P H | Attention to revised customer agreements. | 03 | .60 |
| 08/17/06 | MEW | Attention to term sheet for transaction and review proposed changes by BBK. | 03 | .70 |
| 08/17/06 | MEW | Email from BBK regarding growth in customer accounts receivable. | 03 | .20 |
| 08/17/06 | MEW | Email from T. Monahan regarding term sheet. | 03 | .10 |
| 08/17/06 | MEW | Email from T. Monahan regarding Novalink potential expense. | 03 | .10 |
| 08/17/06 | MEW | Conferences with P. Hall, T. Monahan, D. Wollschlager regarding term sheet, terms of documents. | 03 | .80 |
| 08/17/06 | MEW | Review current revisions of Accommodation and Access Agreements for submission to bank. | 03 | .80 |
| 08/17/06 | MEW | Review term sheet, as revised. | 03 | .30 |
| 08/17/06 | MEW | Conference with National City counsel regarding status, Accommodation and Access Agreement, analysis of issues raised. | 03 | .70 |
| 08/17/06 | MEW | Prepare for and participate in status call with Customer team. | 03 | 1.00 |
| 08/17/06 | P H | Revisions to documents. | 03 | .50 |

## Butzel Long

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8311694

| | | | | |
|---|---|---|---|---|
| 08/17/06 | P H | Correspondence to National City Bank regarding documents. | 03 | .50 |
| 08/17/06 | P H | Correspondence to Behr re: same. | 03 | .50 |
| 08/17/06 | P H | Conference call with Customer Group. | 03 | .50 |
| 08/17/06 | P H | Conference with M. E. Wilkins. | 03 | .50 |
| 08/17/06 | P H | Multiple conferences with BBK. | 03 | .50 |
| 08/17/06 | P H | Correspondence to R. Chapman regarding Trust Agreement. | 03 | .50 |
| 08/18/06 | MEW | Prepare for and conference with D. Wollschlager and T. Monahan in advance of call with lender. | 03 | .50 |
| 08/18/06 | MEW | Prepare for and conduct call with Customer Group, National City. | 03 | 1.50 |
| 08/18/06 | MEW | Prepare for and conduct call with Customer Group. | 03 | 1.00 |
| 08/18/06 | MEW | Email from BBK regarding bank call issues. | 03 | .20 |
| 08/18/06 | MEW | Send Access and Accommodation Agreement to G. Eynon with minor revisions. | 03 | .40 |
| 08/18/06 | MEW | Conferences with lender counsel regarding open issues. | 03 | .40 |
| 08/18/06 | MEW | Review revised term sheet. | 03 | .20 |
| 08/18/06 | MEW | Prepare for and conduct update status call for Customer Group. | 03 | 1.20 |
| 08/18/06 | MEW | Review revised term sheet. | 03 | .10 |
| 08/18/06 | MEW | Review finalized term sheet for Customer Group. | 03 | .20 |
| 08/18/06 | MEW | Summarize status and open issues. | 03 | 1.20 |
| 08/18/06 | P H | Conference call with Customer Group. | 03 | .80 |