# EXHIBIT F

## Butzel Long

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8311694

| 08/18/06 | P H | Revisions to Term Sheet. | 03 | .80 |
|---|---|---|---|---|
| 08/18/06 | P H | Multiple correspondence to and from BBK and M. E. Wilkins regarding status and documents. | 03 | .80 |
| 08/18/06 | P H | Correspondence from D. Wollschlager regarding Term Sheet. | 03 | .80 |
| 08/19/06 | MEW | Review revised cash flow projections, projected Borrowing Base Certificates, Assumptions. | 03 | .40 |
| 08/20/06 | MEW | Email from BBK regarding 8/21 call and agenda. | 03 | .10 |
| 08/21/06 | MEW | Review documents and prepare for and conduct Customer call to review Term sheet, cash flow projection, National City issues, Accommodation, Access Agreements, Subordinated Participation Agreement, mechanics of funding and follow-up summary. | 03 | 1.80 |
| 08/21/06 | MEW | Email from D. Wollschlager regarding status. | 03 | .10 |
| 08/21/06 | MEW | Review Intercustomer and Trust Agreements. | 03 | .40 |
| 08/21/06 | MEW | Conferences with D. Wollschlager, T. Monahan regarding matter status. | 03 | .80 |
| 08/21/06 | MEW | Conference with P. Hall regarding matter status. | 03 | .30 |
| 08/21/06 | MEW | Attention to matter status, open issues, funding needs. | 03 | 1.20 |
| 08/21/06 | P H | Conference with M. E. Wilkins regarding deal status. | 03 | .60 |
| 08/21/06 | P H | Correspondence to R. Chapman and M. Everett regarding Intercustomer Agreement and Trust Agreement. | 03 | .60 |
| 08/21/06 | P H | Telephone call to W. Steury regarding status of documents and related procedural issues. | 03 | .50 |
| 08/21/06 | P H | Review cash flow forecast. | 03 | .50 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694

| Date | Atty | Description | | |
|------|------|-------------|---|---|
| 08/22/06 | MEW | Attention to current status call with BBK regarding status. | 03 | 1.10 |
| 08/22/06 | MEW | Review revised term sheet, forwarded to National City. | 03 | .20 |
| 08/22/06 | MEW | Email from D. Wollschlager regarding overall status. | 03 | .20 |
| 08/22/06 | MEW | Attention to Intercustomer Agreement, Customer percentages and review projected sales during accommodation period. | 03 | .80 |
| 08/22/06 | MEW | Summarize and analysis of current matter status, open issues. | 03 | .30 |
| 08/22/06 | P H | Multiple conferences with M. E. Wilkins. | 03 | .60 |
| 08/22/06 | P H | Conference with G. Eynon regarding setoff issues and status of bank documents. | 03 | .60 |
| 08/22/06 | P H | Correspondence to B. Chapman regarding trust and intercustomer agreements. | 03 | .70 |
| 08/22/06 | P H | Correspondence to G Eynon regarding budget and term sheet. | 03 | .70 |
| 08/22/06 | P H | Telephone call to D. Wollschlager regarding documents. | 03 | .70 |
| 08/22/06 | P H | Correspondence to T. Monohan regarding percentage allocations. | 03 | .60 |
| 08/23/06 | MEW | Email from D. Wollschlager regarding open issues. | 03 | .10 |
| 08/23/06 | MEW | Conference with D. Wollschlager regarding status. | 03 | .30 |
| 08/23/06 | MEW | Conference with P. Hall regarding status, open issues. | 03 | .30 |

## Butzel Long

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8311694

| | | | | |
|---|---|---|---|---|
| 08/23/06 | MEW | Review and analysis of National City substantial revisions to Access Agreement, Accommodation Agreement, Subordinated Participation Agreement. | 03 | 3.50 |
| 08/23/06 | MEW | Review and analysis of proposed DIP financing order. | 03 | 1.00 |
| 08/23/06 | MEW | Attention to Intercustomer Agreement issues. | 03 | .30 |
| 08/23/06 | MEW | Review revised revisions of Term sheet, Intercustomer Agreement and Trust Agreement -- execution form. | 03 | .50 |
| 08/23/06 | MEW | Email from, consideration of issues raised by D. Wollschlager to bank revisions of documents. | 03 | .40 |
| 08/23/06 | MEW | Review red-lined documents from bank counsel. | 03 | 1.00 |
| 08/23/06 | MEW | Email from P. Hall regarding status. | 03 | .10 |
| 08/23/06 | MEW | Email from Delphi regarding prospective purchaser status. | 03 | .10 |
| 08/23/06 | MEW | Email from A. Perry regarding document status. | 03 | .10 |
| 08/23/06 | MEW | Conference with P. Hall regarding status. | 03 | .20 |
| 08/23/06 | MEW | Conference with D. Wollschlager regarding status. | 03 | .20 |
| 08/23/06 | P H | Conference with G. Eynon regarding status of Bank documents. | 03 | .50 |
| 08/23/06 | P H | Conference with M. E. Wilkins. | 03 | .50 |
| 08/23/06 | P H | Correspondence from T. Monahan regarding percentages. | 03 | .50 |
| 08/23/06 | P H | Revisions to Term Sheet, Trust Agreement and Intercustomer Agreement. | 03 | .50 |
| 08/23/06 | P H | Multiple telephone conferences with G. Eynon. | 03 | .50 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS               September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694

| Date | Atty | Description | | Amount |
|------|------|-------------|---|--------|
| 08/23/06 | P H | Review Bank revisions to documents. | 03 | .50 |
| 08/23/06 | P H | Conference with M. E. Wilkins and D. Wollschlager. | 03 | .50 |
| 08/23/06 | P H | Telephone conference with D. Reamer. | 03 | .60 |
| 08/23/06 | P H | Multiple correspondence with G. Eynon. | 03 | .60 |
| 08/23/06 | P H | Telephone call to W. Steury. | 03 | .50 |
| 08/23/06 | P H | Attention to documents. | 03 | .50 |
| 08/24/06 | MEW | Review BBK comments to Accommodation Agreement and analyze. | 03 | .40 |
| 08/24/06 | MEW | Email from and prepare for call with D. Wollschlager, T. Monahan, P. Hall regarding status. | 03 | 1.20 |
| 08/24/06 | MEW | Email to P. Hall regarding negotiations with National City. | 03 | .10 |
| 08/24/06 | MEW | Status emails from and to Yazaki. | 03 | .10 |
| 08/24/06 | MEW | Attention to issue of Delphi offsetting receivables from QC. | 03 | .90 |
| 08/24/06 | MEW | Prepare for and participate in call to discuss all agreements, status of negotiations with bank. | 03 | 1.80 |
| 08/24/06 | MEW | Attention to auction sale timeline. | 03 | .30 |
| 08/24/06 | MEW | Review draft DIP financing order from bank. | 03 | 1.00 |
| 08/24/06 | MEW | Voicemail to and email from S. Hostetler regarding customer request for bank's forbearance. | 03 | .30 |
| 08/24/06 | MEW | Email from BBK regarding agenda for meeting prior to 8/25 National City call and review attached cash flow projection. | 03 | .40 |

## Butzel Long

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694

| | | | | |
|---|---|---|---|---|
| 08/24/06 | MEW | Attention to inventory buy-back obligation and language. | 03 | .20 |
| 08/24/06 | MEW | Draft, revise and send email to S. Hostetler regarding Customers' request (and National City's refusal) to forbear while documents are being negotiated. | 03 | .40 |
| 08/24/06 | MEW | Prepare for calls with Customer Group, followed by National City. | 03 | .80 |
| 08/24/06 | P H | Conference with BBK group and M. E. Wilkins regarding bank's revisions to documents. | 03 | 2.40 |
| 08/24/06 | P H | Multiple conferences with Bank/Customer Group. | 03 | 2.40 |
| 08/24/06 | P H | Multiple conferences with Bank, Customers, BBK and attorneys. | 03 | 2.30 |
| 08/24/06 | P H | Attention to forbearance documents. | 03 | 2.30 |
| 08/25/06 | MEW | Brief review of key aspects of current revisions of all agreements in preparation for Customer Group call. | 03 | 1.00 |
| 08/25/06 | MEW | Telephone to S. Hostetler regarding forbearance issue. | 03 | .10 |
| 08/25/06 | MEW | Email from S. Hostetler regarding forbearance issue. | 03 | .10 |
| 08/25/06 | MEW | Prepare for and participate in Customer Group call regarding strategy with National City. | 03 | .80 |
| 08/25/06 | MEW | Prepare for and participate in all hands call with National City in attempt to address and resolve open issues. | 03 | 1.50 |
| 08/25/06 | MEW | Email from G. Eynon regarding document status. | 03 | .10 |
| 08/25/06 | MEW | Email from Yazaki regarding set-off issues. | 03 | .10 |
| 08/25/06 | MEW | Attention to Intercustomer Agreement status, customer percentages. | 03 | .40 |

# Butzel Long

### A PROFESSIONAL CORPORATION

### ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694

| Date | Initials | Description | | |
|---|---|---|---|---|
| 08/25/06 | MEW | Email regarding Debtor's counsel's discussions with other customers regarding sharing cash shortfall. | 03 | .10 |
| 08/25/06 | MEW | Email to and from P. Hall regarding Customer request that non-participating customers fund pro-rata share of cash shortfall. | 03 | .30 |
| 08/25/06 | MEW | Review and analysis of National City revisions to Accommodation Agreement, Access Agreement, Subordinated Participation Agreement, DIP Financing Order. | 03 | 2.30 |
| 08/25/06 | P H | Prepare for customer call. | 03 | 1.70 |
| 08/25/06 | P H | Conferences with Customer Group, Bank, Delphi and BBK. | 03 | 1.70 |
| 08/25/06 | P H | Telephone conference with and correspondence to L. Eisele and W. Steury. | 03 | 1.60 |
| 08/25/06 | P H | Revisions to documents. | 03 | 1.60 |
| 08/25/06 | P H | Conference with G. Eynon. | 03 | 1.70 |
| 08/25/06 | P H | Review Bank revisions to agreements. | 03 | 1.60 |
| 08/26/06 | P H | Conference with Customer Group regarding Bank edits to documents. | 03 | 1.00 |
| 08/26/06 | P H | Conference with counsel for debtor. | 03 | 1.10 |
| 08/26/06 | P H | Revisions to documents. | 03 | 1.00 |
| 08/26/06 | P H | Correspondence to G. Eynon regarding same. | 03 | 1.00 |
| 08/28/06 | MEW | Attention to matter status and conference with T. Monahan (BBK) regarding status. | 03 | .40 |
| 08/28/06 | MEW | Conference with P. Hall, G. Eynon and D. Wollschlager regarding document status, funding operations. | 03 | 1.10 |
| 08/28/06 | MEW | Conference with G. Eynon regarding document status, funding. | 03 | .30 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694

| 08/28/06 | MEW | Attention to current revisions of documents. | 03 | .40 |
|----------|-----|----------------------------------------------|----|-----|
| 08/28/06 | MEW | Email from D. Wollschlager regarding overall status. | 03 | .10 |
| 08/28/06 | MEW | Email from T. Monahan regarding revisions to budget. | 03 | .10 |
| 08/28/06 | MEW | Attention to Intercustomer Agreement execution. | 03 | .20 |
| 08/28/06 | MEW | Attention to funding needs, Delphi payables due. | 03 | .60 |
| 08/28/06 | MEW | Summarize documentation status, open issues. | 03 | .40 |
| 08/28/06 | P H | Conference with G. Eynon and T. Monahan. | 03 | .60 |
| 08/28/06 | P H | Attention to execution of Trust and Intercustomer Agreements. | 03 | .60 |
| 08/28/06 | P H | Correspondence to and from J. Grasl regarding pleadings. | 03 | .50 |
| 08/28/06 | P H | Correspondence to W. Steury regarding same. | 03 | .50 |
| 08/29/06 | MEW | Review and revise Accommodation Agreement, Access Agreement, Subordinated Participation Agreement. | 03 | 3.80 |
| 08/29/06 | MEW | Conference with T. Monahan regarding funding, document status. | 03 | .20 |
| 08/29/06 | MEW | Conference with D. Wollschlager regarding funding and cash collateral use status. | 03 | .30 |
| 08/29/06 | MEW | Attention to document status, open issues, cash needs. | 03 | 1.50 |
| 08/29/06 | MEW | Attention to execution of Intercustomer Agreement by Delphi and Yazaki. | 03 | .30 |
| 08/29/06 | MEW | Review and analysis of updated cash flow forecast. | 03 | .40 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

```
DELPHI AUTOMOTIVE SYSTEMS              September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694
```

| Date | Atty | Description | | |
|------|------|-------------|---|---|
| 08/29/06 | MEW | Email from BBK/D. Wollschlager regarding documentation status. | 03 | .10 |
| 08/29/06 | MEW | Email from T. Monahan regarding $2.5 million (vs. $2.7) funding request. | 03 | .10 |
| 08/29/06 | MEW | Email regarding cash collateral use status. | 03 | .20 |
| 08/29/06 | MEW | Attention to and conference with Paula Hall, Dawn Reamer revising Trust Agreement. | 03 | .40 |
| 08/29/06 | MEW | Email from G. Eynon regarding bank's "open" questions. | 03 | .10 |
| 08/29/06 | MEW | Summarize current documentation status, open issues. | 03 | .70 |
| 08/29/06 | P H | Correspondence to W. Steury regarding status of motion to use cash collateral. | 03 | 1.30 |
| 08/29/06 | P H | Correspondence to A. Perry regarding Trust Agreement. | 03 | 1.30 |
| 08/29/06 | P H | Attention to executed Intercustomer Agreement. | 03 | 1.30 |
| 08/29/06 | P H | Attention to documents. | 03 | 1.30 |
| 08/29/06 | P H | Multiple conferences with Debtor, Delphi, Bank and other Customers. | 03 | 1.20 |
| 08/29/06 | P H | Correspondence to client regarding Bank edits to documents. | 03 | 1.20 |
| 08/30/06 | MEW | Prepare for and conduct Customer Group status call. | 03 | 1.20 |
| 08/30/06 | MEW | Follow-up work regarding current status and negotiations with National City. | 03 | .90 |
| 08/30/06 | MEW | Follow-up work with various parties regarding cash needs, finalization of documents. | 03 | 1.40 |
| 08/30/06 | MEW | Conferences with BBK, Lender counsel, Paula Hall regarding matter status, revisions to documents, Delphi funding issues. | 03 | 2.50 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

```
DELPHI AUTOMOTIVE SYSTEMS              September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694
```

| | | | | |
|---|---|---|---|---|
| 08/30/06 | MEW | Attention to Delphi advance funding and discuss with Paula Hall. | 03 | .50 |
| 08/30/06 | MEW | Conference with A. Perry and Paula Hall regarding Delphi funding and review current terms of Accommodation Agreement. | 03 | 1.20 |
| 08/30/06 | MEW | Conference with M. Everett regarding funding issues and mechanics. | 03 | .20 |
| 08/30/06 | MEW | Review draft of Agreed Emergency Motion to Use Cash Collateral. | 03 | .20 |
| 08/30/06 | MEW | Email from bank counsel regarding payable amounts and status. | 03 | .10 |
| 08/30/06 | MEW | Email from A. Perry at Delphi regarding Yazaki funding. | 03 | .10 |
| 08/30/06 | MEW | Email from T. Monahan regarding Yazaki and Delphi funding. | 03 | .10 |
| 08/30/06 | MEW | Email from A. Perry regarding trust agreement, other documents. | 03 | .10 |
| 08/30/06 | MEW | Email from R. Chapman regarding material shortages of Mexico plant. | 03 | .10 |
| 08/30/06 | MEW | Email from P. Hall regarding terms of extended cash collateral agreement. | 03 | .10 |
| 08/30/06 | P H | Conference call with Customer Group. | 03 | 1.40 |
| 08/30/06 | P H | Telephone call to W. Steury regarding cash collateral motion. | 03 | 1.40 |
| 08/30/06 | P H | Attention to workout process - conferences with Delphi, W. Steury and BBK. | 03 | 1.40 |
| 08/30/06 | P H | Edits to documents. | 03 | 1.30 |
| 08/30/06 | P H | Correspondence to and telephone conference with Bank. | 03 | 1.40 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694

| Date | Init | Description | | |
|------|------|-------------|---|---|
| 08/31/06 | MEW | Attention to background of National City -- Delphi dispute. | 03 | .20 |
| 08/31/06 | MEW | Email from M. Everett regarding funding structure. | 03 | .20 |
| 08/31/06 | MEW | Conference with P. Hall regarding document status. | 03 | .20 |
| 08/31/06 | MEW | Conference with P. Hall regarding funding mechanism. | 03 | .20 |
| 08/31/06 | MEW | Attention to Delphi and Yazaki payables due, delay in payment. | 03 | .30 |
| 08/31/06 | MEW | Emails from BBK regarding payables issue. | 03 | .30 |
| 08/31/06 | MEW | Prepare for and conference with bank counsel regarding Delphi advance payment (or net immediate) structure. | 03 | .40 |
| 08/31/06 | MEW | Email regarding cash needs status. | 03 | .20 |
| 08/31/06 | MEW | Conference with M. Everett and A. Perry regarding funding mechanism. | 03 | .40 |
| 08/31/06 | MEW | Attention to cash collateral motion, timing of entry. | 03 | .40 |
| 08/31/06 | MEW | Summarize open issues and next steps. | 03 | 1.60 |
| 08/31/06 | P H | Multiple correspondence to and from G. Eynon regarding documents. | 03 | .70 |
| 08/31/06 | P H | Conference with Delphi. | 03 | .70 |
| 08/31/06 | P H | Correspondence to and from Customer Group. | 03 | .60 |
| 08/31/06 | P H | Conference with D. Reamer. | 03 | .60 |
| 08/31/06 | P H | Attention to Cash Collateral Motion. | 03 | .70 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8311694


                    TOTAL BILLABLE HOURS        199.30

                           TOTAL FEES              46200.00

DISBURSEMENTS:

        Copies                                      50.40
                                                 ----------
                                                      50.40


                    TOTAL FEES                      46200.00

                    TOTAL DISBURSEMENTS                50.40
                                               _____
                    Matter Total                    46250.40
                                               ============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                              September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:   GENERAL MOTORS ARBITRATION                    000115900-0129

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 07/06/06 | EMK | Letter from GM attorney regarding scheduling agreement. | 10 | .10 |
| 07/07/06 | EMK | Telephone call to J. Papelian regarding scheduling order. | 10 | .20 |
| 07/07/06 | EMK | Rreview draft order. | 10 | .20 |
| 07/07/06 | EMK | Telephone call from W. Cosnowski. | 10 | .10 |
| 07/07/06 | HCD | Conference with client regarding new matter. | 10 | .40 |
| 07/07/06 | HCD | Review draft Arbitration Agreement and associated correspondence. | 10 | 1.10 |
| 07/07/06 | HCD | Begin review of GM letter regarding claim and attached powerpoint regarding root cause | 10 | .40 |
| 07/07/06 | HCD | Work on preliminary discovery plan. | 10 | .20 |
| 07/07/06 | HCD | Review witness list. | 10 | .10 |
| 07/10/06 | EMK | E-mail from GM's counsel, E. Dwyer, regarding schedule. | 10 | .10 |
| 07/10/06 | HCD | Review 05/05/06 GM letter and attendant powerpoint. | 10 | .80 |
| 07/10/06 | HCD | Review cited regulations. | 10 | .50 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8311694

| Date | Atty | Description | | |
|------|------|-------------|---|---|
| 07/10/06 | HCD | Prepare for and participate in conference with clients regarding Arbitration Agreement. | 10 | .50 |
| 07/10/06 | HCD | Revise and edit Arbitration Agreement, identify main areas of discovery inquiry and assess potential areas of expert testimony. | 10 | .60 |
| 07/10/06 | HCD | Conference with opposing counsel regarding Arbitration Agreement, statement of claim. | 10 | .60 |
| 07/10/06 | HCD | Further revisions of Arbitration Agreement. | 10 | .80 |
| 07/10/06 | TJL | Discuss case strategy with B. Donovan. | 10 | .20 |
| 07/10/06 | TJL | Review correspondence with B. Donovan. | 10 | .20 |
| 07/11/06 | HCD | Revise and edit Arbitration Agreement. | 10 | .60 |
| 07/11/06 | HCD | Follow up with client and opposing counsel regarding Arbitration Agreement. | 10 | .50 |
| 07/11/06 | HCD | Review opposing counsel comments and follow up with client regarding Arbitration Agreement. | 10 | .70 |
| 07/11/06 | HCD | Work on proposed response. | 10 | .30 |
| 07/11/06 | HCD | Begin research regarding application of MI or Federal Arbitration statute. | 10 | .30 |
| 07/11/06 | TJL | Review set-off letter from GM. | 10 | .30 |
| 07/12/06 | HCD | Work on Arbitration Agreement. | 10 | .80 |
| 07/12/06 | HCD | Contact opposing counsel regarding Arbitration Agreement (multiple conferences). | 10 | .90 |
| 07/12/06 | HCD | Conference with client regarding Arbitration Agreement. | 10 | .30 |
| 07/12/06 | HCD | Work on response e-mail to Dwyer questions. | 10 | .40 |
| 07/12/06 | HCD | Research regarding arbitration language. | 10 | 1.10 |
| 07/12/06 | HCD | Review DIP Financing Order. | 10 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8311694

| | | | | |
|---|---|---|---|---|
| 07/13/06 | HCD | Assess application of MI and Federal Arbitration Act to the arbitration requested for Set Off Claims under same. | 10 | .90 |
| 07/13/06 | HCD | Prepare for and participate in conference call with opposing counsel regarding revisions to arbitration agreement and application of federal and state arbitration statutes to proceedings. | 10 | .80 |
| 07/13/06 | HCD | Assess impact of DIP Order on the proceedings. | 10 | .40 |
| 07/13/06 | HCD | Follow up with client regarding assess impact of DIP Order on the proceedings. | 10 | .30 |
| 07/13/06 | HCD | Review DIP Financing Order. | 10 | .20 |
| 07/13/06 | TJL | Review Root Cause Investigation. | 10 | 1.80 |
| 07/13/06 | TJL | Research catalytic converters | 10 | .50 |
| 07/14/06 | TJL | Create outline of issues raised by Demand letter. | 10 | .80 |
| 07/14/06 | TJL | Review draft arbitration agreement. | 10 | .30 |
| 07/17/06 | EMK | Work on arbitration agreement. | 10 | 1.00 |
| 07/17/06 | HCD | Review revised Agreement. | 10 | .30 |
| 07/17/06 | HCD | Assess response. | 10 | .20 |
| 07/17/06 | HCD | Prepare for client meeting. | 10 | .30 |
| 07/17/06 | HCD | Review powerpiont regarding Delphi position. | 10 | .30 |
| 07/17/06 | TJL | Summarize Root Cause Analysis. | 10 | 1.40 |
| 07/18/06 | EMK | Work on Arbitration Agreement. | 10 | .30 |
| 07/18/06 | HCD | Prepare for and attend meeting with client and Manley regarding facts. | 10 | 4.20 |
| 07/18/06 | HCD | Work on Arbitration Agreement. | 10 | 1.00 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                        September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694

| Date | Atty | Description | | |
|------|------|-------------|---|---|
| 07/18/06 | HCD | Contact opposing counsel regarding Arbitration Agreement. | 10 | .30 |
| 07/19/06 | EMK | Work on Arbitration Agreement. | 10 | .10 |
| 07/19/06 | HCD | Work on Arbitration Agreement draft. | 10 | .90 |
| 07/19/06 | HCD | Conference with opposing counsel regarding Arbitration Agreement. | 10 | .30 |
| 07/19/06 | HCD | Further review of client (Manley) supplied documents and overview. | 10 | 1.30 |
| 07/19/06 | HCD | Assess additional materials needed from client. | 10 | .40 |
| 07/19/06 | TJL | Review new documents concerning catalytic converters. | 10 | .30 |
| 07/21/06 | EMK | Work on Arbitration Agreement. | 10 | .10 |
| 07/21/06 | HCD | Follow up with opposing counsel regarding Arbitration Agreement. | 10 | .30 |
| 07/21/06 | HCD | Follow up with client regarding Arbitration Agreement. | 10 | .20 |
| 07/21/06 | TJL | Review Power Point presentation to develop defenses to GM claims. | 10 | 2.40 |
| 07/24/06 | EMK | E-mail from W. Cosnowski regarding revision to Arbitration Agreement. | 10 | .10 |
| 07/24/06 | EMK | Telephone call to W. Cosnowski. | 10 | .10 |
| 07/24/06 | EMK | Revise proposed language. | 10 | .10 |
| 07/24/06 | EMK | E-mail to E. Dwyer. | 10 | .10 |
| 07/24/06 | EMK | E-mail from E. Dwyer. | 10 | .10 |
| 07/24/06 | EMK | E-mail and telephone call to J. Papelian. | 10 | .20 |
| 07/24/06 | EMK | E-mail exchange with E. Dwyer regarding contacting arbitrator. | 10 | .10 |

# Butzel Long

### A PROFESSIONAL CORPORATION
### ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694

| Date | Init | Description | | |
|------|------|-------------|----|-----|
| 07/25/06 | EMK | Telephone call from E. Dwyer. | 10 | .40 |
| 07/25/06 | EMK | Conference call with L. Abramczyk. | 10 | .40 |
| 07/25/06 | EMK | E-mail to L. Abramczyk. | 10 | .10 |
| 07/25/06 | EMK | E-mail from E. Dwyer regarding statement of claim. | 10 | .10 |
| 07/26/06 | HCD | Review supplemental correspondence regarding scheduling and Arbitration Agreement. | 10 | .20 |
| 07/26/06 | HCD | Review statement of claim. | 10 | .40 |
| 07/26/06 | HCD | Review additional client supplied materials. | 10 | .20 |
| 07/27/06 | EMK | E-mail to client. | 10 | .10 |
| 07/27/06 | EMK | E-mail from L. Abramczyk regarding disclosures. | 10 | .10 |
| 07/28/06 | EMK | E-mail exchange with E. Dwyer regarding hearing dates. | 10 | .10 |
| 07/28/06 | EMK | Telephone call to W. Cosnowski. | 10 | .10 |
| 07/28/06 | EMK | E-mail to W. Cosnowski. | 10 | .10 |
| 07/30/06 | EMK | E-mail from E. Dwyer regarding schedule. | 10 | .10 |
| 07/31/06 | EMK | Review statement of claim and brief. | 10 | .10 |
| 07/31/06 | EMK | Work on answer. | 10 | .10 |
| 07/31/06 | HCD | Review Statement of Claims and work on response. | 10 | .50 |
| 08/01/06 | EMK | Work on answer. | 10 | .30 |
| 08/01/06 | HCD | Assess response strategy. | 10 | .30 |
| 08/01/06 | HCD | Follow up with client regarding response strategy and technical issues. | 10 | .30 |
| 08/01/06 | HCD | Review Shaman analyses. | 10 | .60 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384483)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694

| Date | Atty | Description | | |
|---|---|---|---|---|
| 08/01/06 | HCD | Review GM statement of claim. | 10 | .40 |
| 08/02/06 | HCD | Work on response to statement of claim. | 10 | .50 |
| 08/02/06 | HCD | Review Arbitration Agreement and disclosure requirements. | 10 | .30 |
| 08/02/06 | HCD | Prepare for conference with client regarding technical issues. | 10 | .50 |
| 08/03/06 | EMK | Work on answer. | 10 | .50 |
| 08/03/06 | EMK | Telephone conference with client regarding answer. | 10 | 1.20 |
| 08/03/06 | HCD | Work on responses to statement of claim. | 10 | .50 |
| 08/03/06 | HCD | Review associated technical documents. | 10 | .60 |
| 08/03/06 | HCD | Prepare for and participate in conference call with client and engineer regarding the GM statement of claim. | 10 | 1.20 |
| 08/04/06 | HCD | Revise draft answer. | 10 | .30 |
| 08/04/06 | HCD | Review client changes. | 10 | .20 |
| 08/04/06 | HCD | Conference with client regarding answer. | 10 | .20 |
| 08/04/06 | HCD | Further revisions to answer. | 10 | .20 |
| 08/04/06 | HCD | Work on counter-claim. | 10 | .40 |
| 08/06/06 | HCD | Review Shainen analysis and "deck" from Manley. | 10 | 1.00 |
| 08/06/06 | HCD | Edit response to statement of claim. | 10 | .40 |
| 08/06/06 | HCD | Draft, revise and edit counter-claim. | 10 | .50 |
| 08/06/06 | HCD | Further review of client supplied materials regarding facts, investigation and part modifications. | 10 | 1.30 |
| 08/07/06 | EMK | Work on draft answer revisions. | 10 | 1.20 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000


DELPHI AUTOMOTIVE SYSTEMS                        September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694

| Date | Atty | Description | | |
|---|---|---|---|---|
| 08/07/06 | HCD | Revise and edit answer and counter-claim. | 10 | .30 |
| 08/07/06 | HCD | Multiple conferences with client regarding answer and counter-claim. | 10 | .50 |
| 08/07/06 | HCD | Finalize, serve on opposing counsel and arbitration tribunal. | 10 | .80 |
| 08/07/06 | HCD | Work on answer and counter-claim. | 10 | .20 |
| 08/07/06 | TJL | Review final Arbitration Agreement and correspondence. | 10 | 1.50 |
| 08/08/06 | HCD | Follow up regarding filing of response with arbitration. | 10 | .20 |
| 08/08/06 | HCD | Review schedule. | 10 | .10 |
| 08/09/06 | EMK | Began work on discovery plan. | 10 | .20 |
| 08/09/06 | EMK | Review Delphi documents. | 10 | .10 |
| 08/10/06 | EMK | Work on discovery plan. | 10 | .10 |
| 08/10/06 | HCD | Follow up with client re disclosure. | 10 | .10 |
| 08/10/06 | HCD | Review Arbitration Agreement. | 10 | .20 |
| 08/10/06 | HCD | Work on discovery plan. | 10 | .30 |
| 08/10/06 | HCD | Work on disclosure. | 10 | .80 |
| 08/10/06 | TJL | Review Answering Statement to GM claim. | 10 | .70 |
| 08/14/06 | HCD | Work on initial disclosures as required under Arbitration Agreement. | 10 | .90 |
| 08/14/06 | HCD | Conference with client regarding initial disclosure. | 10 | .20 |
| 08/14/06 | HCD | Prepare for meeting and document review. | 10 | .20 |
| 08/14/06 | TJL | Review procedures for disclosure under Abitration Agreement. | 10 | .70 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000


DELPHI AUTOMOTIVE SYSTEMS                        September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694

| Date | Init | Description | | |
|------|------|-------------|---|---|
| 08/15/06 | HCD | Work on proofs outline and identify associated initial disclosure categories and potential witnesses. | 10 | .80 |
| 08/15/06 | TJL | Review W-Car Customer Presentation. | 10 | .90 |
| 08/15/06 | TJL | Review proposed witness list. | 10 | .60 |
| 08/15/06 | TJL | Review Red-X summary. | 10 | .90 |
| 08/15/06 | TJL | Prepare list of potential disclosure documents. | 10 | 2.40 |
| 08/16/06 | HCD | Work on witness list. | 10 | 1.00 |
| 08/16/06 | HCD | Review memo regarding initial disclosure. | 10 | .40 |
| 08/16/06 | HCD | Review voice mail from client regarding document review and follow up regarding same. | 10 | .40 |
| 08/16/06 | TJL | Review discovery schedule with B. Donovan. | 10 | .20 |
| 08/16/06 | TJL | Revise disclosure memo to reflect new documents. | 10 | 1.00 |
| 08/16/06 | TJL | Draft requests to produce documents. | 10 | 1.50 |
| 08/17/06 | HCD | Work on initial disclosures. | 10 | 1.50 |
| 08/17/06 | HCD | Conferences with legal assistant and client re initial disclosures. | 10 | .30 |
| 08/17/06 | HCD | Work on initial requests for production. | 10 | .40 |
| 08/17/06 | TJL | Draft requests to produce. | 10 | 4.30 |
| 08/18/06 | EMK | Work on document review for initial disclosure. | 10 | .80 |
| 08/18/06 | HCD | Review voluminous documents (hard copy and online) and work on initial disclosures. | 10 | 10.10 |
| 08/18/06 | HCD | Assess scope of initial disclosures. | 10 | .50 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694

| Date | Init | Description | | |
|------|------|-------------|---|---|
| 08/18/06 | HCD | Conferences with clients regarding disclosures. | 10 | .10 |
| 08/18/06 | HCD | Gather key documents for further review. | 10 | .10 |
| 08/18/06 | HCD | Work on witness list. | 10 | .10 |
| 08/18/06 | TJL | Review documents to be produced. | 10 | 5.50 |
| 08/18/06 | TJL | Conference with W. Cosnowski. | 10 | .50 |
| 08/18/06 | TJL | Prepare for meeting at Delphi. | 10 | 1.00 |
| 08/18/06 | TJL | Outline structure of documents. | 10 | 3.50 |
| 08/20/06 | HCD | Review client documents and notes from 08/18/06 document review. | 10 | .80 |
| 08/20/06 | HCD | Work on e-mail to client regarding open issues and follow up. | 10 | .60 |
| 08/20/06 | TJL | Review notes on document production. | 10 | .30 |
| 08/21/06 | EMK | Review document review notes. | 10 | .40 |
| 08/21/06 | EMK | Conference call with client regarding status of document review and witness identification. | 10 | .50 |
| 08/21/06 | HCD | Prepare for and participate in client conference call regarding initial disclosures. | 10 | .70 |
| 08/21/06 | HCD | Review associated e-mails and draft documents regarding client conference call and disclosures. | 10 | .60 |
| 08/21/06 | TJL | Conference call with Delphi. | 10 | .50 |
| 08/21/06 | TJL | Revise Witness List. | 10 | .60 |
| 08/21/06 | TJL | Draft enclosure letter for disclosures. | 10 | .80 |
| 08/22/06 | EMK | Work on witness list and document disclosure. | 10 | .20 |
| 08/22/06 | HCD | Client conference call regarding initial disclosures. | 10 | .40 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384483)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8311694

| Date | Init. | Description | | |
|------|-------|-------------|---|---|
| 08/22/06 | HCD | Conference call with opposing counsel regarding initial disclosures. | 10 | .40 |
| 08/22/06 | HCD | Review e-mails associated with conference call and draft witness list and correspondence. | 10 | .20 |
| 08/22/06 | TJL | Conference call with Delphi. | 10 | .50 |
| 08/22/06 | TJL | Revise Witness List. | 10 | .90 |
| 08/23/06 | EMK | Further work on list of individuals with knowledge and document production. | 10 | .80 |
| 08/23/06 | EMK | Letter to E. Dwyer. | 10 | .10 |
| 08/23/06 | EMK | E-mail and phone exchange with W. Cosnowski. | 10 | .10 |
| 08/23/06 | EMK | E-mail from E. Dwyer with initial disclosure. | 10 | .10 |
| 08/23/06 | EMK | E-mail to W. Cosnowski regarding GM disclosure. | 10 | .10 |
| 08/23/06 | HCD | Participate in client conference re initial disclosures. | 10 | .20 |
| 08/23/06 | HCD | Assist in preparing initial disclosures and witness list. | 10 | .60 |
| 08/23/06 | TJL | Conference call with Delphi. | 10 | .50 |
| 08/23/06 | TJL | Revise List of Individuals with Relevant Knowledge. | 10 | .80 |
| 08/23/06 | TJL | Revise enclosure letter. | 10 | .30 |
| 08/24/06 | EMK | E-mail to W. Cosnowski. | 10 | .10 |
| 08/24/06 | EMK | Telephone call to E. Dwyer regarding documents. | 10 | .10 |
| 08/24/06 | EMK | E-mail from Celeste Prudhomm regarding documents. | 10 | .10 |
| 08/24/06 | EMK | Preliminary review of GM documents. | 10 | .50 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694

| Date | Init | Description | | |
|---|---|---|---|---|
| 08/24/06 | TJL | Call from W. Cosnowski. | 10 | .10 |
| 08/24/06 | TJL | Review status of GM document production. | 10 | .20 |
| 08/25/06 | EMK | Telephone call to W. Cosnowski regarding documents. | 10 | .10 |
| 08/25/06 | EMK | Brief review of documents. | 10 | .10 |
| 08/25/06 | EMK | Letter to W. Cosnowski. | 10 | .10 |
| 08/27/06 | HCD | Review correspondence and e-mails regarding document production issues and status. | 10 | .60 |
| 08/28/06 | EMK | Work on document review. | 10 | .20 |
| 08/28/06 | HCD | Review GM supplied documents and assess how to organize and analyze. | 10 | 1.30 |
| 08/28/06 | HCD | Follow up with client regarding GM supplied documents. | 10 | .20 |
| 08/28/06 | TJL | Discuss document review and strategy with B. Donovan. | 10 | .70 |
| 08/29/06 | HCD | Review GM documents. | 10 | 1.60 |
| 08/29/06 | HCD | Assess organization and further review of GM documents. | 10 | 1.50 |
| 08/29/06 | HCD | Arrange hard copies of GM documents. | 10 | .20 |
| 08/29/06 | HCD | Conference with client regarding document issues. | 10 | .10 |
| 08/29/06 | HCD | Work on memo regarding document organization. | 10 | .40 |
| 08/29/06 | HCD | Review initial GM disclosure regarding witnesses. | 10 | .10 |
| 08/29/06 | L C | Contacted a vendor to discuss the preparation of documents for production with respect to our initial disclosures. | 10 | .20 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                      September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694

| | | | | |
|---|---|---|---|---|
| 08/29/06 | TJL | Review GM document production and discuss logistics of complete review with B. Donovan and B. Fitzgibbons. | 10 | 1.00 |
| 08/30/06 | HCD | GM document review and organization. | 10 | .30 |
| 08/30/06 | HCD | Follow up regarding Delphi supplemental document production. | 10 | .20 |
| 08/30/06 | TJL | Review memo on PPAP. | 10 | .20 |
| 08/31/06 | HCD | Review GM documents. | 10 | .50 |
| 08/31/06 | HCD | Organize further copying, review and analysis of GM documents. | 10 | .60 |
| 08/31/06 | HCD | Conference with client regarding Delphi production and supplemental production. | 10 | .30 |
| 08/31/06 | HCD | Review arbitration agreement regarding disclosure requirements and upcoming dates. | 10 | .30 |
| 08/31/06 | TJL | Review documents produced by GM. | 10 | 2.20 |

TOTAL BILLABLE HOURS       124.90

TOTAL FEES          25725.80

DISBURSEMENTS:

     Copies                                           11.20
                                                   ----------
                                                        11.20


TOTAL FEES                    25725.80

TOTAL DISBURSEMENTS              11.20
                              ----------

Matter Total               25737.00
                           ==============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   INTERIOR GROUP SALE                       000115900-0130


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 07/25/06 | SJ | Review due diligence reports from M. Hester re: China and Korea. | 03 | 1.00 |
| 07/25/06 | SJ | Research/review articles on current status of enforcement of environmental laws in China and Korea. | 03 | 1.00 |
| 07/26/06 | SJ | Review data room materials on Adrian facility. | 03 | 2.00 |
| 07/26/06 | SJ | Meeting with M. Hester, Dan Bicknell, Karen Craft re: Project Interior. | 03 | 2.00 |
| 07/27/06 | SJ | Review "SUMMARY EDD MEMORANDUMS  PHASE I ENVIRONMENTAL SITE ASSESSMENT AND COMPLIANCE AUDIT SHANGHAI DELPHI AUTOMOTIVE DOOR SYSTEMS CO., LTD.#401 MIDDLE FUTE ROAD, SHANGHAI, P. R. CHINA"  and draft Sampling and Analysis Plan. | 03 | .50 |
| 08/03/06 | SJ | Attended Project Kick-off meeting. | 03 | 1.50 |
| 08/07/06 | SJ | Review final draft of Worth Phase I and prepare memo to Dan Bicknell. | 03 | .80 |
| 08/09/06 | SJ | Respond to T. Stier and D. Bicknell with preliminary comments re: Worth Germany Phase I issues. | 03 | .30 |
| 08/09/06 | SJ | Review Shainghai Phase I report memo with comments to D. Bicknell and engineer Chu Guo. | 03 | .80 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2584883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694

| Date | | Description | | |
|------|------|-------------|------|------|
| 08/10/06 | SJ | Prepare memo to D. Bicknell on Worth, Germany Phase I. | 03 | .30 |
| 08/10/06 | SJ | Review information from D. Bicknell on Orion. | 03 | .30 |
| 08/15/06 | SJ | Review REC summaries by CRA for Kansas City, Cottondale and Gadsden facilities. | 03 | .30 |
| 08/15/06 | SJ | Review and comment on KDS JV, Korea draft Phase I prepared by ERM. | 03 | .80 |
| 08/16/06 | SJ | Provided preliminary comments to Shanghai Phase I to D. Bicknell. | 03 | .30 |
| 08/21/06 | SJ | Review Memo Phase I ESA CMMP1 and comments from Dan Bicknell. | 03 | .60 |
| 08/22/06 | SJ | Review Adrian Phase I REC Memo and comments from Dan Bicknell. | 03 | .50 |
| 08/25/06 | SJ | Complete review of documents from Legal Department for data room. | 03 | 1.30 |
| 08/25/06 | SJ | Follow up with Meg Briarton regarding data room documents. | 03 | .20 |
| 08/30/06 | SJ | Reviewed Phase I reports for Gadsden, Cottondale and Kansas City and submitted comments to Dan Bicknell. | 03 | 1.00 |
| 08/30/06 | SJ | Reviewed REC summary for Adrian and submitted comments to Dan Bicknell. | 03 | .60 |
| 08/30/06 | SJ | Reviewed REC summary for Columbus and submitted comments to Dan Bicknell. | 03 | .60 |
| 08/31/06 | SJ | Conference call with Dan Bicknell re: draft Interior Group facility Phase I reports and REC summaries. | 03 | .80 |

TOTAL BILLABLE HOURS        17.50

TOTAL FEES                    3920.00

# Butzel Long

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694


DISBURSEMENTS:

      Travel Expenses                              5.34
                                                    ----------
                                                          5.34


                 TOTAL FEES                         3920.00

          TOTAL DISBURSEMENTS                          5.34
                                                 -----------

                 Matter Total                       3925.34
                                                 =============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


        RE:  MONROE PRODUCTS                    000115900-0131


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/08/06 | TBR | Review Everett e-mail regarding new supplier matter. | 03 | .30 |
| 08/08/06 | TBR | Telephone conference with M. Everett, B. Chapman regarding letter agreement on price increases. | 03 | .20 |
| 08/09/06 | TBR | Draft letter agreement regarding price increases. | 03 | .80 |
| 08/09/06 | TBR | E-mails with B. Chapman regarding same. | 03 | .40 |
| 08/14/06 | TBR | Telephone conference with B. Chapman regarding status, customer funding request. | 03 | .40 |
| 08/14/06 | TBR | Telephone conference with J. Plemmons regarding funding request. | 03 | .30 |
| 08/14/06 | TBR | Review budget. | 03 | .40 |
| 08/14/06 | TBR | Review draft Customer response to funding request. | 03 | .20 |
| 08/14/06 | TBR | E-mails with B. Chapman regarding response. | 03 | .40 |
| 08/14/06 | TBR | E-mail to M. Hammer regarding response. | 03 | .20 |
| 08/16/06 | TBR | Review Hammer e-mails regarding status of weekly funding. | 03 | .30 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694

| 08/18/06 | TBR | Telephone conference with M. Hammer regarding status. | 03 | .20 |
|---|---|---|---|---|
| 08/22/06 | TBR | E-mail to M. Hammer regarding A/P proposal. | 03 | .20 |

TOTAL BILLABLE HOURS        4.30

TOTAL FEES              1075.00

- - - - - - - - - - -


TOTAL FEES              1075.00
                        _____

Matter Total            1075.00
                        =============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


        RE:  THE AMERICAN TEAM, INC.                000115900-0132


DISBURSEMENTS:

        Copies                                           5.80
                                                    ----------
                                                          5.80

                    TOTAL DISBURSEMENTS                    5.80
                                                    _____

                        Matter Total                      5.80
                                                    =============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384383)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                        September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


        RE:  OMEGA AUTOMATION                    000115900-0133


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/28/06 | TBR | Telephone conference with M. Wilkins regarding new matter. | 03 | .30 |


                        TOTAL BILLABLE HOURS        0.30

                            TOTAL FEES                  75.00

                                                    ----------


                        TOTAL FEES                      75.00

                            Matter Total                75.00
                                                    ==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     September 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8311694


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  ADMIRAL TOOL & MANUFACTURING COMPANY     000115900-0134


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/25/06 | TBR | Review Delphi e-mails regarding status of supplier. | 03 | .30 |
| 08/29/06 | TBR | Telephone conferences with K. Boussa regarding background, issues. | 03 | .30 |

TOTAL BILLABLE HOURS     0.60

TOTAL FEES     150.00

----------

TOTAL FEES     150.00

Matter Total     150.00
==============