# EXHIBIT F

# BUTZEL LONG
## ATTORNEYS AND COUNSELORS

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000  **F:** 313 225 7080
**butzel.com**

October 25, 2006

To:  David Sherbin, Esq., Delphi Corp.
     Mr. John D. Sheehan., Delphi Corp.
     John Wm. Butler, Jr., Esq., Skadden, Arps, Slate, Meagher & Flom, LLP
     Alicia M. Leonhard, Esq., Office of the United States Trustee
     Robert J. Rosenberg, Esq., Latham & Watkins, LLP
     Marissa Wesely, Esq., Simpson Thacher & Bartlett, LLP
     Donald Bernstein, Esq., Davis Polk & Wardell
     Ms. Valeria Venable, GE Plastics, Americas

### Summary of Total Billable Hours by Category
### for the Period September 1, 2006 through September 30, 2006

| Matter Description | Hours | Amount |
|---|---|---|
| Business Operations | 369.70 | 90,387.20 |
| Employee Benefits/Pensions | 56.00 | 10,528.00 |
| Litigation | 116.20 | 18,504.50 |
| Totals: | 541.90 | $119,419.70 |

Detroit   Bloomfield Hills   Ann Arbor   Lansing   Holland   Boca Raton   Naples   *Alliance Offices*   Beijing   Shanghai   *Member Lex Mundi*

000115900\0015\809755-1

## Summary of Disbursements
### for the Period September 1, 2006 through September 30, 2006

| Disbursement | Amount |
|---|---|
| Special Postage Charges | $3.51 |
| Express Delivery Charges | $34.97 |
| Travel Expenses | $432.61 |
| Document Copy Charges | $63.60 |
| Copies | $46.00 |
| Digital Reproduction | $268.70 |
| Totals: | $849.39 |

## Summary of Total Billable Hours by Attorneys and Paraprofessionals
### for the Period September 1, 2006 through September 30, 2006

| Name | Position | Admitted | Rate | Hours | Totals |
|---|---|---|---|---|---|
| **Attorneys** | | | | | |
| Thomas B. Radom | Shareholder | 1974 | $250.00 | 172.50 | $43,125.00 |
| Matthew Wilkins | Shareholder | 1983 | $250.00 | 159.10 | $39,775.00 |
| Edward M. Kronk | Shareholder | 1971 | $250.00 | 5.90 | $1,475.00 |
| Daniel J. Dulworth | Shareholder | 1988 | $228.00 | 6.20 | $1,413.60 |
| Herbert C. Donovan | Shareholder | 1991 | $233.75 | 20.80 | $4,862.06 |
| Susan L. Johnson | Sr. Attorney | 1984 | $224.00 | 11.70 | $2,620.80 |
| Paula A. Hall | Associate | 2000 | $200.00 | 20.70 | $4,140.00 |
| Charlotte A. Garry | Associate | 1998 | $188.00 | 56.00 | $10,528.00 |
| Timothy J. Lowe | Associate | 2005 | $148.75 | 5.70 | $847.89 |
| John R. Stevenson | Associate | 2002 | $192.00 | 1.70 | $326.40 |
| Michael T. Brennan | Associate | 2006 | $140.25 | 31.60 | $4,431.95 |
| **Paralegals** | | | | | |
| Laura E. Clark | Paralegal | | $119.00 | 46.00 | $5,474.00 |
| Leonor Hendricksen | Paralegal | | $100.00 | 4.00 | $400.00 |
| Grand Total: | | | | 541.90 | $119,419.70 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  INTERMET CORPORATION                    000115900-0068


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 09/29/06 | TBR | Telephone conference with A. Perry regarding extension. | 03 | .20 |


TOTAL BILLABLE HOURS          0.20

TOTAL FEES                50.00

- - - - - - - - - -


TOTAL FEES                50.00
                    ─────────────
Matter Total                50.00
                    =============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                           October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   EMPLOYMENT SECONDMENT                          000115900-0078


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 09/05/06 | C_G | Attention to various charges and position statements. | 06 | 8.00 |
| 09/06/06 | C_G | Attention to various charges and position statements. | 06 | 8.00 |
| 09/12/06 | C_G | Receipt of Caldwell Charge; call to plant regarding Charge; call to Agency for extension; started initial investigation. | 06 | 2.50 |
| 09/12/06 | C_G | Receipt of Fuller Charge; call to plant regarding Charge; e-mail to all people involved in the "Open Door Process" regarding charge; started initial investigation. | 06 | 2.50 |
| 09/12/06 | C_G | Receipt of Smith Charge; call to plant regarding Smith Charge; call to agency for extension; started the initial investigation. | 06 | 3.00 |
| 09/13/06 | C_G | Attention to Caldwell Charge. | 06 | 2.50 |
| 09/13/06 | C_G | Attention to Fuller Charge. | 06 | 2.50 |
| 09/13/06 | C_G | Attention to Smith Charge. | 06 | 3.00 |
| 09/19/06 | C_G | Started drafting Caldwell position statement. | 06 | 4.00 |
| 09/19/06 | C_G | Reviewed medical documents for Smith charge and conducted follow-up investigation regarding buy-out and medical. | 06 | 4.00 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289

| Date | | Description | | |
|---|---|---|---|---|
| 09/20/06 | C_G | Finalized Caldwell position statement for filing. | 06 | 4.00 |
| 09/20/06 | C_G | Conversation with Investigator Robison regarding interviews and additional information and subsequent investigation/scheduling regarding additional information and interviews. | 06 | 1.00 |
| 09/20/06 | C_G | Attention to Fuller charge including follow-up calls to Phillip Suiter, Rosemary Brewer, Mary Beth Maciak and Dave Shade. | 06 | 1.00 |
| 09/20/06 | C_G | Attention to Smith charge including follow-up calls regarding Buy-out and medical and research regarding Buy-out. | 06 | 2.00 |
| 09/27/06 | C_G | Attention to Request for Redetermination on Stesiak. | 06 | 2.00 |
| 09/27/06 | C_G | Attention to Allie Request for Redetermination and hearing. | 06 | 1.00 |
| 09/27/06 | C_G | Wrote first draft of Smith position statement. | 06 | 5.00 |

TOTAL BILLABLE HOURS        56.00

TOTAL FEES              10528.00

----------

TOTAL FEES              10528.00

Matter Total            10528.00
============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                        October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  BROCKWAY PRESSED METALS, INC.          000115900-0080


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 09/29/06 | MEW | Review proposed interim customer distribution, back-up information. | 03 | .30 |

TOTAL BILLABLE HOURS          0.30

TOTAL FEES                            75.00

----------

TOTAL FEES                            75.00

Matter Total                        75.00
=============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   POST BANKRUPTCY GENERAL                000115900-0100


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 09/11/06 | TBR | Review fee and expense proformas. | 03 | .40 |
| 09/12/06 | TBR | Review and reply to K. Craft e-mail regarding GM fee setoff. | 03 | .40 |
| 09/12/06 | TBR | Telephone conference with K. Craft regarding GM. | 03 | .30 |

TOTAL BILLABLE HOURS      1.10

TOTAL FEES           275.00

- - - - - - - - - -


TOTAL FEES              275.00
_____

Matter Total            275.00
==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   GRIFFIN THERMAL PRODUCTS, INC.          000115900-0101


DISBURSEMENTS:

          Copies                                    2.70
                                               ----------
                                                    2.70

               TOTAL DISBURSEMENTS                  2.70
                                               _____

                    Matter Total                   2.70
                                               =============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  MRC INDUSTRIAL GROUP, INC.            000115900-0102


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 09/25/06 | MEW | Review Amended Trust Agreement. | 03 | .20 |
| 09/27/06 | MEW | BBK email regarding Customer call and review Agenda. | 03 | .10 |
| 09/29/06 | MEW | Review updated loan balance summary. | 03 | .20 |

TOTAL BILLABLE HOURS        0.50

TOTAL FEES              125.00

----------

TOTAL FEES              125.00

Matter Total           125.00
=============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8315289


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  STEEL PARTS CORPORATION                    000115900-0103


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 09/19/06 | MEW | Review docket and pleadings. | 03 | .90 |
| 09/19/06 | MEW | Email to and conference with M. Everett regarding Steel Parts bankruptcy filing. | 03 | .30 |
| 09/19/06 | MEW | Review and analysis of SPC's financing motion and order, sale motion and memo to Delphi summarizing and review and summarize existing Accommodation Agreement. | 03 | 2.00 |
| 09/20/06 | MEW | Review, revise and draft memo regarding overview of bankruptcy case. | 03 | 1.00 |
| 09/20/06 | MEW | Email from and memo to Mark Johnson of Delphi regarding committee participation, set off rights. | 03 | 1.50 |

TOTAL BILLABLE HOURS        5.70

TOTAL FEES                 1425.00

DISBURSEMENTS:

        Copies                              2.60
                                      ----------
                                            2.60

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289


            TOTAL FEES                    1425.00

        TOTAL DISBURSEMENTS                   2.60
                                    _____

            Matter Total                 1427.60
                                    ===============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   POST BANKRUPTCY GENERAL LITIGATION        000115900-0105



DISBURSEMENTS:

         Copies                                    26.10
                                                -----------
                                                    26.10

             TOTAL DISBURSEMENTS                    26.10
                                                _____

             Matter Total                           26.10
                                                ==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  MPC                                    000115900-0107


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 09/12/06 | TBR | Telephone conference with M. Everett regarding sale proceeds. | 03 | .20 |
| 09/12/06 | TBR | Review Eynon e-mail regarding assignment. | 03 | .20 |
| 09/20/06 | TBR | Telephone conference with E. Erman regarding fees. | 03 | .20 |
| 09/21/06 | TBR | Review N. Lamb-Hale e-mail regarding sale issues. | 03 | .30 |
| 09/21/06 | TBR | Telephone conference with N. Lamb-Hale, J. Applebaum, D. Freidman regarding sale issues. | 03 | .60 |

TOTAL BILLABLE HOURS      1.50

TOTAL FEES                375.00

- - - - - - - - - -

TOTAL FEES                375.00

Matter Total              375.00

============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  DELPHI CORPORATION VS. SEGWAY, INC.    000115900-0112


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 09/12/06 | D D | Review and analysis of file and work on litigation plan. | 10 | 1.60 |
| 09/12/06 | D D | Legal research regarding causes of action and defenses to same. | 10 | 2.00 |
| 09/13/06 | D D | Continue strategizing causes of action, anticipating Segway's defenses and planning litigation strategy. | 10 | 2.00 |
| 09/19/06 | D D | Telephone conference with Jim Derian regarding litigation strategy. | 10 | .30 |
| 09/21/06 | D D | Conference with Larry Conner of LexisNexis regarding electronic discovery strategies. | 10 | .30 |

                    TOTAL BILLABLE HOURS    6.20

                         TOTAL FEES              1413.60

DISBURSEMENTS:

       Travel Expenses                          42.28
                                             ----------
                                                 42.28

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                              October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289


            TOTAL FEES                    1413.60

        TOTAL DISBURSEMENTS                 42.28
                                    _____

            Matter Total                  1455.88
                                    ===============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  NEFF-PERKINS COMPANY                      000115900-0114


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 09/11/06 | TBR | Review Neff response to bank build. | 03 | .30 |
| 09/13/06 | TBR | Telephone conference with A. Bowman regarding bank build. | 03 | .20 |
| 09/14/06 | TBR | Review A. Bowman voicemail regarding bank build. | 03 | .20 |

TOTAL BILLABLE HOURS      0.70

TOTAL FEES            175.00

DISBURSEMENTS:

Travel Expenses                    173.67
                                   ----------
                                    173.67


TOTAL FEES                 175.00

TOTAL DISBURSEMENTS        173.67
                          ----------
Matter Total               348.67
                          ============

### Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                      October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  CEP PRODUCTS                              000115900-0119


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 09/01/06 | TBR | Review revised term sheet. | 03 | .40 |
| 09/01/06 | TBR | Conference call with Customer Group, CEP, Wachovia regarding term sheet, DIP. | 03 | 1.50 |
| 09/01/06 | TBR | Telephone conference with M. Everett, J. Fetter, A. Perry regarding term sheet. | 03 | .40 |
| 09/05/06 | TBR | Telephone conference with J. Hutchinson, S. Seewer, K. Katsma regarding customer funding, DIP. | 03 | .40 |
| 09/05/06 | TBR | Telephone conferences with Customer Group, BBK regarding DIP, operations, chapter 11. | 03 | 2.00 |
| 09/05/06 | TBR | Telephone conferences with Delphi Team regarding legal options. | 03 | 1.80 |
| 09/06/06 | TBR | Review draft DIP order. | 03 | .70 |
| 09/06/06 | TBR | Conference calls with Customer Group regarding DIP, funding, legal options. | 03 | 2.00 |
| 09/06/06 | TBR | Review draft amendments to Accommodation, Forbearance Agreements. | 03 | .40 |
| 09/06/06 | TBR | E-mail to Delphi Team regarding amendments. | 03 | .30 |
| 09/06/06 | TBR | Review e-mails regarding asset values. | 03 | .40 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289

| | | | | |
|---|---|---|---|---|
| 09/06/06 | TBR | Telephone conferences with M. Everett regarding Mallack presentation. | 03 | .50 |
| 09/07/06 | TBR | Conference calls with Customer Group regarding DIP, setoffs. | 03 | 1.30 |
| 09/07/06 | TBR | Review and reply to Wachovia e-mail regarding funding. | 03 | .40 |
| 09/07/06 | TBR | E-mails with Delphi Team regarding funding, setoffs. | 03 | .60 |
| 09/07/06 | TBR | Telephone conferences with M. Everett, J. Fetter, B. Lendzion regarding DIP, Mexico. | 03 | 1.30 |
| 09/07/06 | TBR | E-mails with S. Onsini regarding September 8 conference call. | 03 | .40 |
| 09/08/06 | TBR | Telephone conferences with M. Everett regarding legal, business options. | 03 | .50 |
| 09/08/06 | TBR | Telephone conferences with Delphi Team regarding DIP, resourcing options, setoff. | 03 | 2.00 |
| 09/08/06 | TBR | Conference calls with Customer Group regarding DIP. | 03 | 1.50 |
| 09/09/06 | TBR | E-mail to M. Everett, A. Perry regarding DIP order. | 03 | .20 |
| 09/09/06 | TBR | Telephone conference with A. Perry, I. Scott regarding DIP order. | 03 | 1.00 |
| 09/09/06 | TBR | Review draft DIP order. | 03 | .60 |
| 09/11/06 | TBR | Conference calls with Customer Group regarding DIP order, funding. | 03 | 2.00 |
| 09/11/06 | TBR | Telephone conferences with Delphi Team regarding DIP Order, funding, setoff. | 03 | 2.00 |
| 09/11/06 | TBR | E-mails to all parties regarding setoff waiver. | 03 | .40 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 09/11/06 | TBR | Revise DIP order and e-mail to Customer Group regarding same. | 03 | 2.50 |
| 09/12/06 | TBR | Conference calls with Customer Group regarding DIP order, funding. | 03 | 1.50 |
| 09/12/06 | TBR | Telephone conferences with Delphi Team regarding DIP order, setoff. | 03 | 2.00 |
| 09/12/06 | TBR | Review Fourth Amendment to Accommodation Agreement. | 03 | .20 |
| 09/12/06 | TBR | Telephone conferences and e-mail with M. Everett regarding Fourth Amendment. | 03 | .40 |
| 09/12/06 | TBR | Telephone conference with J. Downs regarding Fourth Amendment. | 03 | .20 |
| 09/12/06 | TBR | E-mail to all parties regarding Fourth Amendment. | 03 | .20 |
| 09/12/06 | TBR | Telephone conferences with S. Seewer, K. Katsma, D. Baty regarding Wachovia comments to DIP order. | 03 | .50 |
| 09/12/06 | TBR | Review Wachovia drafts. | 03 | 1.50 |
| 09/13/06 | TBR | Conference calls with Customer Group regarding funding, DIP order. | 03 | 2.00 |
| 09/13/06 | TBR | Conference call with professionals regarding DIP order. | 03 | 2.50 |
| 09/13/06 | TBR | Telephone conferences and e-mails with Delphi Team regarding funding, DIP order, extension of Accommodation Agreement, Mexico. | 03 | 3.00 |
| 09/14/06 | TBR | Worked on revised DIP order. | 03 | 6.00 |
| 09/14/06 | TBR | Telephone conferences with M. Hammer, J. Bambery regarding DIP order. | 03 | .40 |
| 09/14/06 | TBR | E-mail to professionals regarding DIP order. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289

| 09/14/06 | TBR | Conference call with professionals regarding DIP order. | 03 | 3.00 |
|---|---|---|---|---|
| 09/14/06 | TBR | Telephone conference and e-mail with A. Perry regarding funding. | 03 | .40 |
| 09/14/06 | TBR | Telephone conference with BBK, J. Smith regarding funding. | 03 | .30 |
| 09/14/06 | TBR | Telephone conferences with M. Everett regarding DIP order, funding. | 03 | .50 |
| 09/14/06 | TBR | E-mail to Delphi Team regarding status of bankruptcy filing, DIP order. | 03 | .40 |
| 09/15/06 | TBR | Conference call with professionals regarding DIP order. | 03 | 2.00 |
| 09/15/06 | TBR | Further revise DIP order. | 03 | 4.00 |
| 09/15/06 | TBR | Telephone conferences with Delphi Team, BBK regarding DIP order, setoffs, funding. | 03 | 1.50 |
| 09/15/06 | TBR | Telephone conference with Customer Group, BBK regarding incentive plan, carveout. | 03 | .50 |
| 09/15/06 | TBR | Further revisions to DIP order and review exhibits to same. | 03 | 4.50 |
| 09/18/06 | TBR | Conference calls with Customer Group, CEP, Wachovia regarding DIP order. | 03 | 3.50 |
| 09/18/06 | TBR | E-mails regarding setoff confirmations. | 03 | .50 |
| 09/18/06 | TBR | Telephone conferences with Delphi Team regarding DIP Order, setoff confirmations. | 03 | 2.50 |
| 09/18/06 | TBR | Further revisions to DIP Order. | 03 | 2.00 |
| 09/19/06 | TBR | Conference calls with Customer Group, CEP, Wachovia regarding DIP Order. | 03 | 2.50 |
| 09/19/06 | TBR | Conference calls with Delphi Team regarding DIP, funding, setoffs, Mexican payables. | 03 | 2.00 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8315289

| Date | Initials | Description | | |
|------|----------|-------------|------|------|
| 09/19/06 | TBR | Telephone conferences with Wachovia regarding Mexican payables. | 03 | .50 |
| 09/20/06 | TBR | Reply e-mail to Wachovia changes to DIP Order. | 03 | .60 |
| 09/20/06 | TBR | Conference calls with CEP, Customer Group, Wachovia regarding DIP Order, Mexican payables. | 03 | 2.80 |
| 09/20/06 | TBR | Telephone conference with M. Everett regarding status of bankruptcy. | 03 | .20 |
| 09/21/06 | TBR | Telephone conference with M. Hammer regarding DIP Order. | 03 | .20 |
| 09/21/06 | TBR | Telephone conference with Customer Group regarding Committee objections to DIP Order. | 03 | .80 |
| 09/21/06 | TBR | Review Committee objection to DIP Order, Motion to Convert. | 03 | 1.50 |
| 09/21/06 | TBR | Telephone conference with S. Seewer regarding change of venue. | 03 | .20 |
| 09/21/06 | TBR | Telephone conference with A. Perry, I. Scott regarding Mexican payables. | 03 | .20 |
| 09/21/06 | TBR | Telephone conference with Delphi Team regarding Mexico. | 03 | .70 |
| 09/21/06 | TBR | Telephone conference with M. Everett regarding bankruptcy filing. | 03 | .20 |
| 09/21/06 | L H | Reviewed docket and pleadings on the bankruptcy case for the Northern District of Ohio and obtained copies of the pleadings; case administration. | 03 | 4.00 |
| 09/22/06 | TBR | Attend First Day Hearings in Akron Bankruptcy Court. | 03 | 12.50 |
| 09/24/06 | TBR | E-mail to Delphi Team regarding September 22 hearing. | 03 | .50 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289

| | | | | |
|---|---|---|---|---|
| 09/24/06 | TBR | Review Downs, Bambery e-mails regarding Mexican payables. | 03 | .40 |
| 09/24/06 | TBR | E-mail to J. Hutchinson regarding funding. | 03 | .20 |
| 09/25/06 | TBR | Telephone conference with M. Hammer regarding DIP. | 03 | .20 |
| 09/25/06 | TBR | Telephone conferences with M. Everett regarding DIP. | 03 | .40 |
| 09/25/06 | TBR | Telephone conferences with I. Smith regarding Mexican payables, funding. | 03 | .50 |
| 09/25/06 | TBR | Review and reply to T. Wearsch e-mails regarding Alabama Power. | 03 | .40 |
| 09/25/06 | TBR | E-mails with Delphi Team regarding Alabama Power. | 03 | .40 |
| 09/25/06 | TBR | Telephone conference with J. Bambery regarding employee, utilities claims. | 03 | .30 |
| 09/25/06 | TBR | Review Baty e-mail regarding employee, utilities claims. | 03 | .20 |
| 09/25/06 | TBR | Review court docket. | 03 | .20 |
| 09/25/06 | TBR | Prepare pro hac vice order. | 03 | .20 |
| 09/25/06 | TBR | Telephone conference with C. Justice regarding resourcing. | 03 | .20 |
| 09/25/06 | TBR | Review Packard resourcing letter. | 03 | .20 |
| 09/26/06 | TBR | Telephone conferences and e-mails with M. Everett regarding Mexican labor costs. | 03 | .50 |
| 09/26/06 | TBR | E-mail to CEP counsel regarding Mexican labor costs. | 03 | .30 |
| 09/26/06 | TBR | Review BBK e-mails regarding Mexico, retention plan, funding. | 03 | .40 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289

| Date | | Description | | |
|---|---|---|---|---|
| 09/26/06 | TBR | E-mails with CEP counsel regarding cash collateral order. | 03 | .40 |
| 09/26/06 | TBR | Review cash collateral order, cash management order. | 03 | .60 |
| 09/26/06 | TBR | E-mail to Delphi Team regarding cash collateral order, cash management order. | 03 | .60 |
| 09/26/06 | TBR | Telephone conferences with T. Wearsch, J. Downs regarding Amendment to Participation Agreement. | 03 | .50 |
| 09/26/06 | TBR | Review Amendment to Participation Agreement. | 03 | .20 |
| 09/26/06 | TBR | E-mail and telephone conference with I. Scott regarding Amendment to Participation Agreement. | 03 | .60 |
| 09/26/06 | TBR | Telephone conference with M. Hammer regarding cash collateral order. | 03 | .20 |
| 09/26/06 | TBR | Telephone conference with J. Downs, S. Isenberg regarding Mexican payables. | 03 | .50 |
| 09/26/06 | TBR | Telephone conference with M. Everett, I. Scott regarding Mexican payables. | 03 | .50 |
| 09/26/06 | TBR | Telephone conference with J. Fetter regarding resourcing. | 03 | .30 |
| 09/27/06 | TBR | Review Postpetition Agreement regarding Mexican payables. | 03 | .60 |
| 09/27/06 | TBR | Telephone conference with J. Downs, S. Isenberg regarding Mexican payables. | 03 | .30 |
| 09/27/06 | TBR | Review e-mails regarding assisting customers. | 03 | .80 |
| 09/27/06 | TBR | Telephone conference with M. Everett, J. Fetter regarding resourcing, equipment. | 03 | .40 |
| 09/27/06 | TBR | Telephone conference with A. Bowman regarding new supplier. | 03 | .20 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289

| | | | | |
|---|---|---|---|---|
| 09/28/06 | TBR | Conference calls with Delphi Team regarding Mexico, funding. | 03 | 2.00 |
| 09/28/06 | TBR | Telephone conference with D. Baty regarding Mexican payables. | 03 | .20 |
| 09/28/06 | TBR | Review Baty e-mail regarding Mexican payables. | 03 | .20 |
| 09/28/06 | TBR | Telephone conference with M. Hammer regarding Mexican payables. | 03 | .20 |
| 09/28/06 | TBR | Telephone conferences with J. Downs and S. Isenberg regarding Mexican payables. | 03 | 1.50 |
| 09/28/06 | TBR | Review e-mails regarding GM resourcing. | 03 | .40 |
| 09/28/06 | TBR | E-mail to Delphi Team regarding resourcing notices. | 03 | .40 |
| 09/28/06 | TBR | Review BBK e-mail regarding status of assisting customers. | 03 | .20 |
| 09/29/06 | TBR | Review case management order. | 03 | .40 |
| 09/29/06 | TBR | Telephone conference and e-mail with T. Wearsch regarding sale procedures motion. | 03 | .50 |
| 09/29/06 | TBR | Telephone conferences with Delphi Team regarding GM, Visteon resourcing notices, Mexico. | 03 | 1.00 |
| 09/29/06 | TBR | Telephone conference with D. Messler regarding Hermosillo. | 03 | .30 |
| 09/29/06 | TBR | Review Hermosillo offer. | 03 | .20 |
| 09/29/06 | TBR | Telephone conferences with BBK regarding GM, Visteon resourcing. | 03 | .50 |
| 09/29/06 | TBR | Telephone conferences with M. Hammer regarding Visteon resourcing. | 03 | .50 |
| 09/29/06 | TBR | E-mails with M. Hammer regarding Visteon resourcing. | 03 | .80 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289

09/29/06   TBR   Telephone conference and e-mails with S.        03        .40
                 Seewer regarding GM resourcing.

                     TOTAL BILLABLE HOURS      124.50

                          TOTAL FEES              30525.00

DISBURSEMENTS:

            Copies                            119.20
            Special Postal Charges              3.51
                                             ----------
                                              122.71


                 TOTAL FEES              30525.00

                 TOTAL DISBURSEMENTS        122.71
                                        _____

                     Matter Total          30647.71
                                        =============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


        RE:  PIXLEY RICHARDS, INC.                000115900-0120


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 09/07/06 | TBR | Telephone conference with T. Dunn regarding Trade Agreement. | 03 | .40 |
| 09/14/06 | TBR | E-mails with J. Ruhm regarding Trade Agreement. | 03 | .30 |
| 09/15/06 | TBR | E-mails to J. Ruhr regarding bank counsel. | 03 | .30 |
| 09/18/06 | TBR | Telephone conference with T. Dunn regarding setoff issue. | 03 | .20 |
| 09/18/06 | TBR | E-mail to K. Craft regarding setoff issue. | 03 | .20 |
| 09/19/06 | TBR | Telephone conference with T. Dunn regarding Trade Agreement. | 03 | .20 |
| 09/19/06 | TBR | E-mail to K. Craft regarding setoff issue. | 03 | .30 |
| 09/19/06 | TBR | Telephone conference with Wachovia attorney regarding setoff. | 03 | .30 |
| 09/22/06 | TBR | Telephone conferences with T. Dunn regarding Trade Agreement. | 03 | .40 |
| 09/25/06 | TBR | Telephone conference with T. Dunn regarding setoff, Trade Agreement. | 03 | .20 |
| 09/25/06 | TBR | Telephone conference with A. Andromalos, attorney for Wachovia, regarding setoff. | 03 | .30 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289

| | | | | |
|---|---|---|---|---|
| 09/25/06 | TBR | Revised Trade Agreement, no setoff letter. | 03 | .70 |
| 09/25/06 | TBR | E-mail to A. Andromalos, B. Smith regarding Agreements. | 03 | .20 |
| 09/26/06 | TBR | Telephone conference with T. Dunn regarding Trade Agreement. | 03 | .20 |
| 09/26/06 | TBR | Reviewed Ruhm e-mail regarding Trade Agreement. | 03 | .20 |
| 09/27/06 | TBR | Telephone conference with T. Dunn regarding Trade Agreement. | 03 | .20 |
| 09/28/06 | TBR | E-mail to B. Smith, A. Andromalos regarding conference call. | 03 | .20 |
| 09/29/06 | TBR | E-mail and telephone conference with T. Dunn regarding Trade Agreement. | 03 | .50 |

TOTAL BILLABLE HOURS        5.30

TOTAL FEES                          1325.00

- - - - - - - - - -

TOTAL FEES                          1325.00

Matter Total                        1325.00

=============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  MILLER INDUSTRIAL PRODUCTS            000115900-0121


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 09/06/06 | MEW | Telephone from Miller counsel regarding documents, price increase request. | 03 | .20 |
| 09/06/06 | MEW | Telephone from Craig Archambault regarding status. | 03 | .20 |
| 09/27/06 | MEW | Email from C. Archambault regarding agreement status, price increases. | 03 | .20 |
| 09/28/06 | MEW | Email regarding matter status from Craig Archambault. | 03 | .10 |

                    TOTAL BILLABLE HOURS       0.70

                          TOTAL FEES              175.00

                                               - - - - - - - - - -


                          TOTAL FEES              175.00
                                               _____

                          Matter Total            175.00
                                               =============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                        October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   STERLING MANUFACTURING COMPANY          000115900-0123


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 09/01/06 | TBR | Review Rose e-mail regarding Visteon. | 03 | .20 |
| 09/01/06 | TBR | Telephone conference with D. Rose regarding Visteon. | 03 | .30 |
| 09/01/06 | TBR | Letter to C. Meyer regarding Agreements. | 03 | .20 |
| 09/06/06 | TBR | Telephone conference with D. Rose regarding Visteon. | 03 | .20 |
| 09/06/06 | TBR | E-mail to C. Meyer regarding Visteon. | 03 | .20 |
| 09/11/06 | TBR | Review e-mails regarding PWC appraisal on patent. | 03 | .20 |
| 09/13/06 | TBR | Telephone conference with C. Meyer regarding Visteon, Promissory Note. | 03 | .30 |
| 09/13/06 | TBR | Telephone conference with D. Rose regarding Visteon. | 03 | .20 |
| 09/13/06 | TBR | E-mail to B. Chapman regarding promissory note. | 03 | .20 |
| 09/20/06 | TBR | Review Promissory Note. | 03 | .20 |
| 09/20/06 | TBR | E-mail to C. Meyer regarding Promissory Note. | 03 | .20 |
| 09/20/06 | TBR | Review and reply to D. Rose e-mail regarding Note, PWC appraisal. | 03 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289

| | | | | |
|---|---|---|---|---|
| 09/25/06 | TBR | Review and reply to D. Rose e-mail regarding Promissory Note. | 03 | .20 |
| 09/25/06 | TBR | Telephone conference with D. Rose regarding status. | 03 | .30 |

TOTAL BILLABLE HOURS       3.20

TOTAL FEES       800.00

DISBURSEMENTS:

| | |
|---|---|
| Copies | 38.00 |
| Express Delivery Charges | 34.97 |
| | ---------- |
| | 72.97 |

TOTAL FEES                         800.00

TOTAL DISBURSEMENTS                 72.97

Matter Total                      872.97
============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  I & W INDUSTRIES, INC.                    000115900-0124


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 09/18/06 | TBR | Telephone conference with A. Perry regarding extension terms. | 03 | .30 |
| 09/18/06 | TBR | Review I&W e-mail regarding bank build. | 03 | .20 |
| 09/19/06 | TBR | Telephone conference with T. Lindahl regarding accommodation extension. | 03 | .30 |
| 09/19/06 | TBR | Telephone conference with Delphi Team regarding accommodation extension. | 03 | .50 |
| 09/20/06 | TBR | Telephone conference with A. Perry regarding Access Agreement. | 03 | .20 |
| 09/20/06 | TBR | Conference call with Delphi Team regarding Access Agreement. | 03 | 1.00 |
| 09/21/06 | TBR | Conference calls with I&W, Delphi Team, Bank regarding extension of Accommodation Agreement. | 03 | 1.00 |
| 09/22/06 | TBR | Telephone conferences with A. Perry regarding extension of Accommodation Agreement. | 03 | .40 |
| 09/22/06 | TBR | Telephone conference with S. Grow regarding extension of Accommodation Agreement. | 03 | .20 |
| 09/25/06 | TBR | Conference call with Delphi Team regarding Access Agreement. | 03 | .70 |

# Butzel Long

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289

| | | | | |
|---|---|---|---|---|
| 09/25/06 | TBR | Conference calls with I&W, Mark IV, Delphi, Bank regarding extension of Agreements. | 03 | 1.00 |
| 09/25/06 | TBR | Review Plante Moran e-mails regarding Bank builds. | 03 | .30 |
| 09/26/06 | TBR | Telephone conference with S. Grow, T. Lindahl regarding extension terms. | 03 | .40 |
| 09/26/06 | TBR | Telephone conference with I. Scott regarding extension terms. | 03 | .20 |
| 09/26/06 | TBR | Review and reply to J. McInerney regarding extension terms. | 03 | .50 |
| 09/26/06 | TBR | E-mail to Mark IV regarding extension terms. | 03 | .30 |
| 09/27/06 | TBR | Drafted Amendments to Agreements. | 03 | 1.00 |
| 09/27/06 | TBR | E-mail draft Amendments to I&W, Mark IV, Bank. | 03 | .20 |
| 09/27/06 | TBR | Telephone conference with S. Grow, T. Lindahl regarding Bank terms to extension. | 03 | .40 |
| 09/27/06 | TBR | E-mails and telephone conference with Delphi Team regarding Bank terms. | 03 | .70 |
| 09/27/06 | TBR | Telephone conference with J. Laino regarding Bank terms. | 03 | .30 |
| 09/28/06 | TBR | Telephone conference with S. Grow regarding extension. | 03 | .40 |
| 09/28/06 | TBR | Telephone conference with T. Lindahl regarding suit. | 03 | .30 |
| 09/28/06 | TBR | Review Laino e-mail regarding extension. | 03 | .20 |
| 09/28/06 | TBR | Telephone conference with Delphi Team regarding extension, equipment offer, Bank build. | 03 | .50 |
| 09/28/06 | TBR | E-mail to S. Grow regarding acceptance of Bank terms. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8315289

| | | | | |
|---|---|---|---|---|
| 09/29/06 | TBR | E-mail to I&W, Bank, Mark IV regarding extension. | 03 | .30 |
| 09/29/06 | TBR | Telephone conference with T. Lindahl regarding extension. | 03 | .20 |
| 09/29/06 | TBR | Telephone conference with S. Grow regarding extension. | 03 | .20 |
| 09/29/06 | TBR | Telephone conference with J. McInerney regarding bank build. | 03 | .20 |
| 09/29/06 | TBR | Telephone conference and e-mails with J. Laino regarding resourcing. | 03 | .60 |
| 09/29/06 | TBR | Review Bank comments to extension. | 03 | .40 |
| 09/29/06 | TBR | Review I&W comments to extension. | 03 | .30 |

TOTAL BILLABLE HOURS        13.90

TOTAL FEES        3475.00

DISBURSEMENTS:

Copies                                        23.80
                                         ----------
                                              23.80

TOTAL FEES                  3475.00

TOTAL DISBURSEMENTS            23.80
                            ----------
Matter Total                3498.80
                            ==============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  BING METALS GROUP, INC.               000115900-0125


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 09/12/06 | TBR | Telephone conference with M. Everett regarding business plan. | 03 | .20 |
| 09/20/06 | TBR | Telephone conference with M. Everett regarding business plan meeting. | 03 | .30 |
| 09/24/06 | TBR | Review and reply to J. Fischer e-mail regarding September 26 meeting. | 03 | .20 |
| 09/25/06 | TBR | Telephone conference with J. Fischer regarding September 27 meeting. | 03 | .20 |
| 09/26/06 | TBR | Telephone conference with J. Fischer regarding cash shortfall, meeting. | 03 | .40 |
| 09/26/06 | TBR | Telephone conference with M. Everett regarding all hands meeting, GM. | 03 | .30 |
| 09/28/06 | TBR | E-mails with GM, Ford counsel regarding additional funding, Accommodation Agreement. | 03 | .40 |
| 09/28/06 | TBR | Telephone conferences with M. Everett, A. Perry regarding funding. | 03 | .50 |
| 09/29/06 | TBR | Telephone conference with J. Fischer regarding funding. | 03 | .30 |
| 09/29/06 | TBR | Review draft Amendment to Accommodation Agreement. | 03 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289

| | | | | |
|---|---|---|---|---|
| 09/29/06 | TBR | Telephone conference with Delphi Team regarding funding. | 03 | .40 |
| 09/29/06 | TBR | E-mail and telephone conference with A. Masse regarding Customer percentages. | 03 | .50 |

TOTAL BILLABLE HOURS        4.00

TOTAL FEES              1000.00

DISBURSEMENTS:

Copies                                    3.60
                                   -----------
                                         3.60

TOTAL FEES              1000.00

TOTAL DISBURSEMENTS          3.60
                            ------------
Matter Total             1003.60
                         =============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8315289


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  TENATRONICS LTD.                          000115900-0126


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 09/01/06 | TBR | Telephone conferences with A. Ruttman regarding Participation Agreement. | 03 | .50 |
| 09/01/06 | TBR | Review Ruttman e-mail regarding Participation Agreement. | 03 | .20 |
| 09/01/06 | TBR | E-mail to Customer Group regarding Sterling license. | 03 | .20 |
| 09/07/06 | TBR | E-mails with A. Perry regarding Subordinated Participation Agreement. | 03 | .40 |
| 09/07/06 | TBR | E-mails to Customer Group, BBK regarding Subordinated Participation Agreement. | 03 | .40 |
| 09/26/06 | TBR | Review e-mails regarding JCI. | 03 | .20 |
| 09/26/06 | TBR | Telephone conference with C. Reider regarding production issues. | 03 | .20 |
| 09/29/06 | TBR | Telephone conference with C. Reider regarding operating problems. | 03 | .30 |
| 09/29/06 | TBR | Review Agreements. | 03 | .30 |
| 09/29/06 | TBR | Conference call with Receiver, Customers regarding status report. | 03 | 1.00 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                         October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8315289


              TOTAL BILLABLE HOURS          3.70

                  TOTAL FEES              925.00


DISBURSEMENTS:

       Copies                                    6.00
                                            ----------
                                                 6.00



              TOTAL FEES                       925.00

              TOTAL DISBURSEMENTS                6.00
                                            _____

                  Matter Total               931.00
                                            ============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  AMERICAN RUBBER PRODUCTS                    000115900-0127


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 09/25/06 | MEW | Attention to disposition of escrowed funds. | 03 | .20 |
| 09/27/06 | MEW | Attention to closing agreement, payment of escrowed funds to ARP. | 03 | .40 |
| 09/29/06 | MEW | Review UCC sale agreement regarding payment for two items of equipment upon demonstration that ARP has obtained title from lessors and authorize payment of escrowed funds. | 03 | .80 |


                TOTAL BILLABLE HOURS        1.40

                    TOTAL FEES              350.00

                                        - - - - - - - - - -


                    TOTAL FEES              350.00

                        Matter Total        350.00
                                        ==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                           October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  QC ONICS                              000115900-0128


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 09/01/06 | MEW | Negotiate and review Accommodation Agreement, Subordinated Participation Agreement and discussions with counsel. | 03 | 2.40 |
| 09/01/06 | MEW | Attention to DIP Financing Order, Access Agreement. | 03 | 1.00 |
| 09/01/06 | MEW | Attention to Court's denial of Cash Collateral Stipulation and outline Delphi options. | 03 | 3.50 |
| 09/01/06 | MEW | Attention to Accommodation Agreement and negotiations with National City. | 03 | .80 |
| 09/01/06 | MEW | Review Access Agreement, as amended by National City. | 03 | .30 |
| 09/01/06 | MEW | Review Subordinated Participation Agreement as revised by National City. | 03 | .40 |
| 09/01/06 | P H | Telephone call to Gail Eynon re: status of documents. | 03 | .90 |
| 09/01/06 | P H | Conference with M. E. Wilkins. | 03 | .90 |
| 09/01/06 | P H | Multiple conferences with BBK, M. E. Wilkins and Customer Group. | 03 | .90 |
| 09/01/06 | P H | Multiple correspondence to BBK and W. Steury. | 03 | .80 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8315289

| 09/01/06 | P H | Review Bank changes to documents. | 03 | .80 |
|---|---|---|---|---|
| 09/02/06 | MEW | Telephone from M. Everett regarding matter status. | 03 | .20 |
| 09/02/06 | MEW | Prepare for and conduct call with Delphi team. | 03 | 1.30 |
| 09/02/06 | MEW | Conferences with R. McDowell regarding matter background, need for National City responsiveness. | 03 | .30 |
| 09/02/06 | MEW | Review National City revisions and outline and draft changes. | 03 | 2.50 |
| 09/02/06 | MEW | Email from M. Everett regarding production issues. | 03 | .10 |
| 09/02/06 | MEW | Email from T. Monahan regarding Accommodation Agreement language. | 03 | .20 |
| 09/02/06 | MEW | Correspondence from T. Monahan regarding Rivercross -- QC relationship. | 03 | .10 |
| 09/02/06 | MEW | Emails and attention to possibility of buying directly from Rivercross in Mexico. | 03 | .30 |
| 09/02/06 | MEW | Review week of 9/05 funding needs. | 03 | .20 |
| 09/03/06 | MEW | Prepare for and conference with Gail Eynon regarding equipment status, open issues. | 03 | .50 |
| 09/03/06 | MEW | Email status to M. Everett. | 03 | .20 |
| 09/03/06 | MEW | Prepare for and participate in Customer Group call. | 03 | .80 |
| 09/03/06 | MEW | Review agreements, draft and circulate changes requested to National City counsel, team. | 03 | 2.50 |
| 09/03/06 | MEW | Email from T. Yoder regarding status, dealing with Judge Grant and emails to T. Yoder regarding supporting Debtor's counsel. | 03 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289

| | | | | |
|---|---|---|---|---|
| 09/04/06 | MEW | Discuss status, court approval of agreements with W. Steury. | 03 | .40 |
| 09/04/06 | MEW | Summarize and review additional comments with Gail Eynon. | 03 | .50 |
| 09/04/06 | MEW | Status conference with G. Eynon and W. Steury. | 03 | .30 |
| 09/04/06 | MEW | Review and assess impact of changes by National City. | 03 | 1.20 |
| 09/04/06 | MEW | Prepare for and participate in Customer call. | 03 | .70 |
| 09/04/06 | MEW | Email from BBK regarding advance formula under Accommodation Agreement. | 03 | .10 |
| 09/04/06 | MEW | Review draft motions prepared by Debtor regarding DIP Financing and other agreements. | 03 | .20 |
| 09/04/06 | MEW | Emails from T. Yoder (Yazaki outside counsel) regarding his thoughts on situation, dealing with Judge Grant. | 03 | .20 |
| 09/05/06 | MEW | Communications with M. Everett regarding provisions of Accommodation Agreement and review current revision of Agreement. | 03 | 1.00 |
| 09/05/06 | MEW | Attention to DIP Financing documents, filing status and status of emergency hearing on DIP financing motion. | 03 | 1.50 |
| 09/05/06 | MEW | Attention to overall matter status. | 03 | 1.00 |
| 09/05/06 | MEW | Conferences with BBK regarding delay in hearing, cash operating needs this week and mechanisms to fund. | 03 | .80 |
| 09/05/06 | MEW | Emails from and conference with National City counsel regarding approval of all agreements. | 03 | .90 |
| 09/05/06 | MEW | Prepare for and participate in counsel -- BBK -- company call regarding cash needs, funding, hearing and DIP financing. | 03 | 1.80 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289

| | | | | |
|---|---|---|---|---|
| 09/05/06 | MEW | Prepare for and participate in Customer Group call to discuss current status, comments to agreements, alternative funding. | 03 | 1.40 |
| 09/05/06 | MEW | Prepare for and participate in attorney -- BBK -- company call regarding current status, alternative funding. | 03 | .90 |
| 09/05/06 | MEW | Outline and email bank counsel with additional changes to Accommodation Agreement. | 03 | .30 |
| 09/05/06 | MEW | Email from T. Yoder, Yazaki counsel, with proposed changes to Interim DIP Financing Order. | 03 | .10 |
| 09/05/06 | MEW | Email regarding hearing, abandonment of assets pursuant to cash collateral order. | 03 | .20 |
| 09/05/06 | MEW | Review revised Trust Agreement, funding need attachment. | 03 | .20 |
| 09/05/06 | MEW | Review inventory and advance information from T. Monahan. | 03 | .20 |
| 09/05/06 | MEW | Attention to overall status and outline contingency plan in the event National City determines not to proceed with plan. | 03 | .60 |
| 09/05/06 | P H | Conference call with Customer Group. | 03 | .90 |
| 09/05/06 | P H | Revisions to and attention to agreements. | 03 | .90 |
| 09/06/06 | MEW | Telephone from T. Monahan regarding financing status, contingency plan. | 03 | .30 |
| 09/06/06 | MEW | Telephone from G. Eynon regarding document finalization. | 03 | .10 |
| 09/06/06 | MEW | Review bank changes to agreements. | 03 | .80 |
| 09/06/06 | MEW | Review Interim DIP Financing Order; email to Wes Steury with change. | 03 | .20 |
| 09/06/06 | MEW | Email to G. Eynon, S. Hostetler regarding advancing against inventory. | 03 | .20 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289

| 09/06/06 | MEW | Prepare for and participate in Customer call. | 03 | 1.20 |
|---|---|---|---|---|
| 09/06/06 | MEW | Prepare for and participate in attorney call regarding DIP financing hearing. | 03 | .70 |
| 09/06/06 | MEW | Conference with Committee counsel P. Primm regarding refinancing order. | 03 | .30 |
| 09/06/06 | MEW | Attention to finalization of Accommodation Agreement, Access Agreement, Subordinated Participation Agreement, DIP Financing Order and discussions and preparation for hearing. | 03 | 3.50 |
| 09/06/06 | MEW | Prepare for hearing on DIP Financing Motion, other documents. | 03 | 2.00 |
| 09/06/06 | P H | Conference call with Customer Group. | 03 | 1.40 |
| 09/06/06 | P H | Revisions to Trust Agreement. | 03 | 1.30 |
| 09/07/06 | MEW | Attention to clean versions of Customer Agreements. | 03 | .20 |
| 09/07/06 | MEW | Attention to Amended Trust Agreement. | 03 | .10 |
| 09/07/06 | MEW | Conference with T. Monahan regarding operational and new materials issues. | 03 | .30 |
| 09/07/06 | MEW | Review updated documents and prepare for hearing on DIP Financing Motion, approval of Accommodation and Access Agreements. | 03 | 2.00 |
| 09/07/06 | MEW | Travel to South Bend for DIP Financing hearing and work with T. Monahan en route to prepare for hearing. | 03 | 6.00 |
| 09/07/06 | MEW | Prepare for and conferences with counsel and attend hearing on DIP Financing Motion. | 03 | 2.50 |
| 09/07/06 | MEW | Follow-up communications regarding DIP Financing, logistics of funding. | 03 | 1.00 |
| 09/07/06 | MEW | Correspondence from National City counsel regarding document status. | 03 | .10 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289

| | | | | |
|---|---|---|---|---|
| 09/07/06 | MEW | Attention to fees for QC professionals. | 03 | .20 |
| 09/07/06 | MEW | Correspondence regarding finalization of agreements for hearing. | 03 | .10 |
| 09/07/06 | MEW | Attention to finalization of documents. | 03 | .10 |
| 09/07/06 | MEW | Review proposed interim financing order. | 03 | .30 |
| 09/07/06 | MEW | Communication regarding agreement not to disgorge professional fees. | 03 | .20 |
| 09/07/06 | MEW | Correspondence to Debtor's counsel regarding professional fees. | 03 | .10 |
| 09/07/06 | MEW | Attention to covering payroll check dishonored by National City. | 03 | .20 |
| 09/07/06 | P H | Telephone conference with D. Wollschlager, M. Wilkins and G. Eynon. | 03 | 1.20 |
| 09/07/06 | P H | Attention to agreements. | 03 | 1.20 |
| 09/07/06 | P H | Correspondence to and from A. Perry. | 03 | 1.20 |
| 09/08/06 | MEW | Attention to and review customer payables estimates as of 9/08. | 03 | .50 |
| 09/08/06 | MEW | Prepare for and participate in Customer call. | 03 | 1.00 |
| 09/08/06 | MEW | Review proposed "Bid Template." | 03 | .30 |
| 09/08/06 | MEW | Analysis of Rivercross situation, risk to customers. | 03 | 1.40 |
| 09/08/06 | MEW | Review email and note regarding execution of new Promissory Note by QC. | 03 | .30 |
| 09/08/06 | MEW | Attention to Yazaki signature pages on agreements. | 03 | .10 |
| 09/08/06 | MEW | Email to Yazaki counsel regarding National City and Rivercross. | 03 | .20 |

## Butzel Long

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289

| | | | | |
|---|---|---|---|---|
| 09/08/06 | MEW | Prepare for and call regarding Kensa and Asaba issues. | 03 | .50 |
| 09/08/06 | MEW | Attention to execution of Subordinated Participation Agreement. | 03 | .10 |
| 09/08/06 | MEW | Review projected customer sales information. | 03 | .30 |
| 09/08/06 | MEW | Attention to funding status, National City. | 03 | .30 |
| 09/08/06 | MEW | Summarize Delphi obligations in Accommodation Agreement and sale milestones. | 03 | 1.50 |
| 09/08/06 | P H | Conference call with Customer Group. | 03 | .80 |
| 09/08/06 | P H | Correspondence to and from Delphi. | 03 | .70 |
| 09/08/06 | P H | Attention to execution of agreement. | 03 | .70 |
| 09/09/06 | MEW | Attention to alleged non-competition agreement purportedly precluding Asaba from purchasing QC's assets. | 03 | .30 |
| 09/11/06 | MEW | Review BBK talking points regarding non-participating customers and review company's summary of other customers. | 03 | .30 |
| 09/11/06 | MEW | Prepare for and participate in call to discuss potential contributions by other customers to operating costs. | 03 | .70 |
| 09/11/06 | MEW | Attention to Rivercross contract and discuss approach with Debtor's counsel. | 03 | .40 |
| 09/11/06 | MEW | Status email to M. Everett, BBK. | 03 | .30 |
| 09/11/06 | MEW | Attention to participation of other customers in funding cash shortfall. | 03 | 1.20 |
| 09/11/06 | MEW | Attention to funding issues, National City problems. | 03 | 2.00 |
| 09/11/06 | MEW | Email to BBK regarding copying counsel on communications to QC. | 03 | .10 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289

| Date | | Description | | |
|---|---|---|---|---|
| 09/11/06 | MEW | Brief review of clean customer documents. | 03 | .40 |
| 09/11/06 | MEW | Attention to Asaba -- prospective purchaser. | 03 | .10 |
| 09/11/06 | MEW | Email from National City regarding funding details. | 03 | .10 |
| 09/11/06 | MEW | Emails regarding National City funding. | 03 | .10 |
| 09/12/06 | MEW | Prepare for and participate in Customer Group call. | 03 | .80 |
| 09/12/06 | MEW | Email to QC counsel regarding sale process, Rivercross. | 03 | .20 |
| 09/12/06 | MEW | Review documents and attention to funding needs and execution of all. | 03 | 1.20 |
| 09/12/06 | MEW | Telephone from BBK and conference call with Wes Steury regarding execution of agreements. | 03 | .30 |
| 09/12/06 | MEW | Attention to funding needs, communications with BBK, Yazaki counsel, QC counsel regarding execution of documents. | 03 | 1.20 |
| 09/12/06 | MEW | Attention to sale status, Asaba prospective purchaser. | 03 | .30 |
| 09/12/06 | MEW | Review two-week sales projections. | 03 | .30 |
| 09/13/06 | MEW | Attention to Debtor's execution of documents and funding needs. | 03 | 1.40 |
| 09/13/06 | MEW | Conference with T. Yoder, Yazaki counsel, regarding execution of documents, funding. | 03 | .20 |
| 09/13/06 | MEW | Attention to funding issues, communications between customer team and National City. | 03 | .90 |
| 09/13/06 | MEW | Review minutes of 9/12 meeting. | 03 | .20 |
| 09/13/06 | MEW | Review Amended Stipulation regarding DIP Financing. | 03 | .80 |
| 09/13/06 | MEW | Review correspondence regarding Asaba offer. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 09/13/06 | MEW | Attention to agenda for 9/14 call and prepare for call. | 03 | .70 |
| 09/13/06 | MEW | Conferences with D. Wollschlager regarding Delphi funding instructions to National City. | 03 | .30 |
| 09/14/06 | MEW | Attention to Rivercross motion status and options. | 03 | .50 |
| 09/14/06 | MEW | Prepare for and participate in Customer Group call. | 03 | 1.00 |
| 09/14/06 | MEW | Attention to National City issues regarding establishment of funding mechanism. | 03 | 2.00 |
| 09/14/06 | MEW | Attention to funding work-around, revised borrowing base certificate in light of National City failure to promptly establish funding system. | 03 | 2.50 |
| 09/14/06 | MEW | Attention to JST request to be critical vendor. | 03 | .10 |
| 09/14/06 | MEW | Attention to operational issues -- implementing material purchase controls and discuss with T. Monahan. | 03 | .30 |
| 09/14/06 | MEW | Email to Yazaki counsel regarding Rivercross motion and strategy. | 03 | .30 |
| 09/14/06 | MEW | Attention to bank build issues, logistics of funding. | 03 | .40 |
| 09/14/06 | P H | Conference call with Customer Group. | 03 | .90 |
| 09/15/06 | MEW | Attention to funding issues, short-term cash needs. | 03 | 2.50 |
| 09/15/06 | MEW | Attention to JST request to be treated as a "critical vendor." | 03 | .50 |
| 09/15/06 | MEW | Attention to National City funding issues. | 03 | .40 |
| 09/15/06 | MEW | Attention to sale issues, bid template. | 03 | .40 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289

| Date | | Description | | |
|---|---|---|---|---|
| 09/15/06 | P H | Correspondence to T. Monahan; telephone call from A. Perry. | 03 | .60 |
| 09/16/06 | MEW | Communications regarding National City and funding issues. | 03 | .30 |
| 09/17/06 | MEW | Email regarding Rivercross status. | 03 | .10 |
| 09/18/06 | MEW | Conference with T. Monahan regarding National City failure to cooperate in setting up funding. | 03 | .20 |
| 09/18/06 | MEW | Voicemail to Gail Eynon, Steve Hostetler regarding funding by bank and email to same regarding National City objections, possible breach of agreements, cash needs. | 03 | 1.00 |
| 09/18/06 | MEW | Telephone from Steve Hostetler regarding funding status. | 03 | .30 |
| 09/18/06 | MEW | Email to T. Monahan, M. Everett regarding funding status. | 03 | .30 |
| 09/18/06 | MEW | Attention to National City failure to set up funding per agreement, possible emergency motion to enforce terms of DIP Financing Order. | 03 | 2.50 |
| 09/18/06 | MEW | Attention to parts bank build needs and mechanics of funding. | 03 | .60 |
| 09/18/06 | MEW | Conference with T. Monahan regarding bank build, funding. | 03 | .30 |
| 09/18/06 | MEW | Review and outline key terms of agreements for client. | 03 | 1.70 |
| 09/18/06 | MEW | Attention to JST request to be critical vendor. | 03 | .10 |
| 09/18/06 | MEW | Email to National City setting up funding mechanism. | 03 | .20 |
| 09/18/06 | MEW | Attention to open issues, review Agenda for Customer call. | 03 | .40 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289

| | | | | |
|---|---|---|---|---|
| 09/18/06 | P H | Attention to National City funding issues. | 03 | .70 |
| 09/19/06 | MEW | Prepare for and participate in Customer status call. | 03 | 1.50 |
| 09/19/06 | MEW | Follow-up work with BBK regarding funding for bank build, raw materials purchase. | 03 | .50 |
| 09/19/06 | MEW | Attention to prospective purchasers, sale process. | 03 | 1.20 |
| 09/19/06 | MEW | Attention to Delphi tooling lists. | 03 | .20 |
| 09/19/06 | MEW | Attention to sale issues. | 03 | .30 |
| 09/19/06 | P H | Conference call with Customer Group. | 03 | 1.20 |
| 09/20/06 | MEW | Attention to bank build funding and operating issues and discuss with BBK, R. Chapman. | 03 | 1.50 |
| 09/20/06 | MEW | Email from and conference with D. Wollschlager regarding assistance with organizing sale process. | 03 | .50 |
| 09/20/06 | MEW | Attention to vendor issues and discuss with T. Monahan. | 03 | .50 |
| 09/20/06 | MEW | Attention to sale issues, ensuring QC provides appropriate due diligence materials. | 03 | .70 |
| 09/20/06 | MEW | Attention to open issues, funding, bank build issues. | 03 | .80 |
| 09/21/06 | MEW | Prepare for and participate in Customer call. | 03 | 1.00 |
| 09/21/06 | MEW | Review correspondence from bank regarding sale process and consideration of means to address concerns. | 03 | 1.10 |
| 09/21/06 | MEW | Prepare for and participate in Customer call and summarize key open issues. | 03 | 1.20 |
| 09/21/06 | MEW | Attention to adding BBK operations capacity to project. | 03 | .30 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8315289

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 09/21/06 | MEW | Prepare for and conduct call with L. Smith, QC counsel regarding operational and funding issues. | 03 | 1.60 |
| 09/21/06 | MEW | Review revised DIP Financing Order. | 03 | .80 |
| 09/21/06 | MEW | Review agenda and email regarding status and customer call and review budget for M&A work. | 03 | .40 |
| 09/22/06 | MEW | Review benefits and process of getting outside assistance regarding sale. | 03 | 1.00 |
| 09/22/06 | MEW | Review operational assistance needs, costs. | 03 | 1.20 |
| 09/22/06 | MEW | Prepare for and conduct status call with Delphi team. | 03 | 1.00 |
| 09/22/06 | MEW | Prepare for and participate in Customer Group call. | 03 | .80 |
| 09/22/06 | MEW | Attention to funding needs, production and bank build issues. | 03 | 1.50 |
| 09/22/06 | MEW | Email regarding and review National City response to Amended DIP Financing stipulation. | 03 | .20 |
| 09/25/06 | MEW | Attention to material procurement and production issues. | 03 | 1.20 |
| 09/25/06 | MEW | Prepare for and participate in Delphi call regarding production and bank build issues. | 03 | 1.50 |
| 09/25/06 | MEW | Prepare for and participate in Delphi call regarding production and bank build issues. | 03 | 1.00 |
| 09/25/06 | MEW | Review Woodward Capital engagement and budget. | 03 | .50 |
| 09/25/06 | MEW | Review Yazaki comments to Woodward engagement agreement. | 03 | .20 |
| 09/25/06 | MEW | Review draft Final DIP order and bank's proposed changes. | 03 | .80 |
| 09/25/06 | MEW | Review Committee comments to DIP order. | 03 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289

| | | | | |
|---|---|---|---|---|
| 09/26/06 | MEW | Prepare for and participate in Customer Group call. | 03 | 1.30 |
| 09/26/06 | MEW | Attention to resolution with National City as to Delphi ability to buy new materials directly for QC parts bank build. | 03 | .80 |
| 09/26/06 | MEW | Prepare for and participate in Delphi call regarding raw material acquisition, bank build. | 03 | 1.20 |
| 09/26/06 | MEW | Review proposed Final DIP Financing Order and proposed edits from National City, Creditor's Committee, Yazaki. | 03 | 1.00 |
| 09/26/06 | MEW | Attention to finalization of DIP Financing Order and conference with Yazaki counsel, Committee counsel. | 03 | .70 |
| 09/27/06 | MEW | Prepare for and participate in Customer Group call. | 03 | .90 |
| 09/27/06 | MEW | Follow-up work regarding raw material procurement. | 03 | .60 |
| 09/27/06 | MEW | Attention to production part and bank build issues -- constraints facing raw material procurement and funding for materials. | 03 | 4.50 |
| 09/27/06 | MEW | Continue work regarding conference with BBK regarding mechanism to fund bank build. | 03 | 1.00 |
| 09/27/06 | MEW | Attention to provision of Delphi tooling lists to National City. | 03 | .50 |
| 09/27/06 | MEW | Forward Delphi tooling lists to Wes Steury for QC's review and forwarding to National City. | 03 | .30 |
| 09/27/06 | MEW | Email from T. Monahan regarding Thursday call, revised forecast. | 03 | .30 |
| 09/27/06 | P H | Conference call with Customer Group. | 03 | 1.00 |
| 09/28/06 | MEW | Prepare for and participate in Customer call. | 03 | .90 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8315289

| Date | Init | Description | | |
|------|------|-------------|---|---|
| 09/28/06 | MEW | Review revised forecast. | 03 | .30 |
| 09/28/06 | MEW | Attention to providing tooling lists to National City and letter to National City counsel enclosing tooling lists. | 03 | .80 |
| 09/28/06 | MEW | Review and analysis of potential risks to production and to removal of tooling due to QC non-payment of Mexican shelter entity. | 03 | 3.50 |
| 09/28/06 | MEW | Analysis of issues relating to production in Mexico. | 03 | 1.70 |
| 09/28/06 | MEW | Telephone to T. Monahan (BBK) regarding matter status, strategy going forward. | 03 | .30 |
| 09/28/06 | MEW | Attention to Customer options in the event of a perceived or threatened shutdown of Reynosa facility by Mexican workers. | 03 | .50 |
| 09/28/06 | MEW | Attention to participation by other customers - including Alcoa. | 03 | .20 |
| 09/28/06 | MEW | Conference with Delphi (L. Gavin) regarding sale prospects, possible need to resource. | 03 | .20 |
| 09/28/06 | MEW | Review BBK minutes and open items going forward. | 03 | .20 |
| 09/28/06 | MEW | Attention to current funding needs, request for funding. | 03 | .10 |
| 09/28/06 | MEW | Review agenda for 9/29 Customer call. | 03 | .10 |
| 09/28/06 | P H | Conference call with Customer Group; attention to materials correspondence. | 03 | .80 |
| 09/28/06 | JRS | Telephone call with F. Gil re QC Onics. | 03 | .20 |
| 09/28/06 | JRS | Telephone call with F. Gill re QC Onics. | 03 | .20 |
| 09/28/06 | JRS | Telephone call with M. Wilkins, T. Yoder re QC Onics. | 03 | .20 |
| 09/28/06 | JRS | Confer with M. Wilkins re QC Onics. | 03 | .10 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289

| | | | | |
|---|---|---|---|---|
| 09/28/06 | JRS | Confer with M. Wilkins re QC Onics. | 03 | .40 |
| 09/28/06 | JRS | Factual research and analysis re QC Onics. | 03 | .60 |
| 09/29/06 | MEW | Conferences with Yazaki counsel regarding strategy for approaching Novalink. | 03 | .80 |
| 09/29/06 | MEW | Prepare for and participate in Customer Group call. | 03 | .60 |
| 09/29/06 | MEW | Attention to risks to production from Mexican employees. | 03 | 1.50 |
| 09/29/06 | MEW | Review Woodward engagement agreement, proposed changes. | 03 | .50 |
| 09/29/06 | MEW | Attention to Mexican production and Novalink issues. | 03 | .70 |
| 09/29/06 | MEW | Attention to DIP financing order status, hearing Monday. | 03 | .40 |
| 09/29/06 | MEW | Review bid procedures motion, proposed asset purchase agreement, for Monday hearing. | 03 | 1.20 |
| 09/29/06 | MEW | Attention to Trust Agreement regarding alternative funding. | 03 | .40 |
| 09/29/06 | MEW | Review revised Woodward budget (from Yazaki). | 03 | .20 |
| 09/29/06 | P H | Conference call with Customer Group. | 03 | .90 |
| 09/30/06 | MEW | Consideration of options for dealing with Novalink pre-petition claim, risks of Mexican production. | 03 | 1.50 |

TOTAL BILLABLE HOURS      172.90

TOTAL FEES           42091.40

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289


DISBURSEMENTS:

        Copies                                        60.00
        Travel Expenses                              216.66
                                                 -----------
                                                     276.66


                    TOTAL FEES                     42091.40

                    TOTAL DISBURSEMENTS              276.66
                                                 -----------
                    Matter Total                   42368.06
                                                 ============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                      October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  GENERAL MOTORS ARBITRATION                 000115900-0129


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 09/01/06 | HCD | Review correspondence re supplemental production. | 10 | .20 |
| 09/01/06 | HCD | Work on review and organization of GM production of documents. | 10 | .40 |
| 09/01/06 | HCD | Work on request for supplemental production of documents. | 10 | .60 |
| 09/01/06 | TJL | Meeting to discuss document review with B. Donovan. | 10 | 1.00 |
| 09/01/06 | MTB | Printed and read over outline of potential document categories provided by Bert Donovan. | 10 | .20 |
| 09/01/06 | MTB | Met with Bert Donovan and Tim Lowe to discuss the document review of the G.M. documents provided in regards to the Catalytic Converter Recall. | 10 | .60 |
| 09/01/06 | MTB | Reviewed general information concerning Catalytic Converters in order to have a better understanding of the documents provided by General Motors. | 10 | .30 |
| 09/05/06 | EMK | Work on document review. | 10 | .10 |
| 09/05/06 | HCD | Review initial GM production and assess categories produced and not produced. | 10 | .80 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289

| | | | | |
|---|---|---|---|---|
| 09/05/06 | HCD | Work on supplemental production. | 10 | .90 |
| 09/05/06 | HCD | Review Arbitration Agreement re request for supplemental production. | 10 | .20 |
| 09/05/06 | MTB | Began reviewing documentation provided by G. M. in regards to the recall of the catalytic converters. | 10 | 2.80 |
| 09/06/06 | EMK | Work on requests for production. | 10 | .50 |
| 09/06/06 | EMK | Conference call with J. Papalian and W. Cosnowski regarding request for production. | 10 | .80 |
| 09/06/06 | EMK | Second call to W. Cosnowski. | 10 | .20 |
| 09/06/06 | EMK | Further work on requests. | 10 | 1.00 |
| 09/06/06 | EMK | E-mail to GM attorney. | 10 | .10 |
| 09/06/06 | HCD | Work on supplemental request for documents. | 10 | .80 |
| 09/06/06 | HCD | Review GM supplied documents. | 10 | .40 |
| 09/06/06 | HCD | Arrange for review of Delphi supplied documents. | 10 | .20 |
| 09/06/06 | HCD | Assess privilege and privilege log issues. | 10 | .30 |
| 09/06/06 | TJL | Revise supplemental requests for production. | 10 | 1.40 |
| 09/06/06 | MTB | Reviewed Delphi Documents provided from G.M. in regards to the recall of the catalytic converter. | 10 | 4.00 |
| 09/07/06 | EMK | Letter to GM attorney regarding request for production. | 10 | .20 |
| 09/07/06 | HCD | Review GM produced documents. | 10 | .80 |
| 09/08/06 | HCD | Review (initial) CDs from client. | 10 | .20 |
| 09/08/06 | HCD | Follow up re supplemental requests for documents. | 10 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289

| 09/11/06 | EMK | Telephone call from A. Sotak regarding extension of time on document requests. | 10 | .10 |
| 09/11/06 | EMK | Work on document review. | 10 | .20 |
| 09/11/06 | EMK | E-mail to W. Cosnowski. | 10 | .10 |
| 09/11/06 | HCD | Review GM documents, and begin analysis of same, identifying key documents. | 10 | 1.00 |
| 09/11/06 | HCD | Review Delphi production of CDs and assess how best to organize same. | 10 | 1.30 |
| 09/11/06 | HCD | Confer with client re open document review and privilege issues via e-mail. | 10 | .30 |
| 09/11/06 | L C | Indexed the data housed on 6 CDs produced by Delphi Automotive Systems. | 10 | 1.70 |
| 09/11/06 | TJL | Review GM produced documents. | 10 | .20 |
| 09/12/06 | EMK | Telephone call from GM attorney regarding extension on discovery. | 10 | .10 |
| 09/12/06 | HCD | Document review, analysis and organization. | 10 | 1.80 |
| 09/12/06 | HCD | Conference with W. Cosnowski re document review and privilege issues. | 10 | .30 |
| 09/12/06 | HCD | Conference with GM counsel re request for supplemental production. | 10 | .20 |
| 09/12/06 | L C | Attempted to load 6 CDs of data produced by Delphi Automotive Systems into Summation. | 10 | .80 |
| 09/12/06 | L C | Conference with vendor regarding loading and copying issues. | 10 | .40 |
| 09/12/06 | TJL | Review and sort GM produced documents. | 10 | 1.20 |
| 09/13/06 | HCD | Organize and review documents produced by GM and Delphi. | 10 | 1.60 |
| 09/13/06 | HCD | Conference with client re documents produced by GM and Delphi. | 10 | .30 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289

| | | | | |
|---|---|---|---|---|
| 09/13/06 | L C | Communications with W. Cosnowski and H. Donovan regarding issues with loading data from 6 CDs into Summation. | 10 | .20 |
| 09/13/06 | L C | Reviewed the data errors. | 10 | .40 |
| 09/13/06 | TJL | Review and sort GM documents. | 10 | .50 |
| 09/14/06 | TJL | Review GM produced documents. | 10 | .20 |
| 09/14/06 | MTB | Read background information concerning the recall of the catalytic converter; these documents included General Motors and Delphi Arbitration Agreement and Procedure; Executive Summaries; Project Summaries; W-Car Converter Plugging warranty; PPAP Overview; Delphi W-Car Customer Presentation; Letter from General Motors Corporation Legal Staff dated May 3, 2006; and Root Cause Investigation. | 10 | 2.00 |
| 09/14/06 | MTB | Reviewed General Motors documents regarding the recall of the catalytic converter. | 10 | 1.70 |
| 09/15/06 | L C | Communications with W. Cosnowski, H. Donovan, and a vendor regarding issues with loading data from 6 CDs into Summation. | 10 | .40 |
| 09/15/06 | L C | Attempted a fix for the dii files. | 10 | 1.00 |
| 09/18/06 | HCD | Review Delphi CDs and assess best ways to organize and analyze. | 10 | .20 |
| 09/18/06 | HCD | Assess privilege issues. | 10 | .20 |
| 09/18/06 | HCD | Review Agreement re privilege log timing and content. | 10 | .20 |
| 09/18/06 | L C | Loaded the DVD of documents Delphi produced into Summation. | 10 | 2.20 |
| 09/18/06 | TJL | Review GM produced documents. | 10 | .30 |
| 09/18/06 | MTB | Marked the beginning and end of each spreadsheet. | 10 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289

| | | | | |
|---|---|---|---|---|
| 09/18/06 | MTB | Sorted through large spreadsheets to discover if any textual documents existed in between spreadsheets provided by General Motors. | 10 | 1.70 |
| 09/19/06 | EMK | Prepare for meeting with W. Cosnowski. | 10 | .10 |
| 09/19/06 | EMK | Meet with W. Cosnowski regarding document data base and privilege log. | 10 | 1.00 |
| 09/19/06 | HCD | Review and organize Delphi production. | 10 | 2.80 |
| 09/19/06 | HCD | Meet with W. Cosnowski re Delphi production and various strategy issues. | 10 | 1.40 |
| 09/19/06 | HCD | Work on memo re Delphi production and various strategy issues. | 10 | .50 |
| 09/19/06 | L C | Updated the document review parameters. | 10 | 1.20 |
| 09/19/06 | MTB | Finished sorting through documents provided by General Motors to discover if any textual documents existed in between spreadsheets and to sort textual documents into manageable sub-groups. | 10 | 3.10 |
| 09/19/06 | MTB | Divided spreadsheets into individual files, while keeping coresponding spreadsheets grouped together. | 10 | .50 |
| 09/19/06 | MTB | Designed excel spreadsheet to keep track of documents related to the Delphi/General Motors arbitration. | 10 | .30 |
| 09/20/06 | HCD | Work on document review and organization. | 10 | .30 |
| 09/20/06 | HCD | Review client memo re document review and organization. | 10 | .20 |
| 09/20/06 | HCD | Review GM documents. | 10 | .30 |
| 09/20/06 | MTB | Document review; reviewed and summarized the textual documents from General Motors - entered the reviewed data summaries into the created excel spreadsheet. | 10 | 6.70 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289

| Date | Init | Description | | |
|------|------|-------------|---|---|
| 09/21/06 | TJL | Record comments on GM document review. | 10 | .90 |
| 09/21/06 | MTB | Finished summarizing textual documents from the General Motors documents. | 10 | 1.30 |
| 09/21/06 | MTB | Work on excel spreadsheet summarizing the General Motors documents. | 10 | .60 |
| 09/21/06 | MTB | Work on document summaries. | 10 | 1.10 |
| 09/21/06 | MTB | Entered the summaries of the textual documents from the General Motors documents into an excel spreadsheet. | 10 | .40 |
| 09/22/06 | HCD | Document review. | 10 | 1.10 |
| 09/22/06 | HCD | Assess privilege issues and schedule. | 10 | .20 |
| 09/22/06 | L C | Categorized images in Summation that were prepared for production pursuant to our initial disclosures (not completed). | 10 | 2.60 |
| 09/25/06 | L C | Continued categorizing images in Summation that were prepared for production pursuant to our initial disclosures (not completed). | 10 | 7.60 |
| 09/26/06 | EMK | Work on document production. | 10 | .10 |
| 09/26/06 | L C | Continued categorizing images in Summation that were prepared for production pursuant to our initial disclosures (not completed). | 10 | 7.80 |
| 09/26/06 | MTB | Reviewed large spreadsheets and summarized the spreadsheets by cataloging their sub-headings. | 10 | 4.00 |
| 09/27/06 | EMK | Review GM document requests. | 10 | .30 |
| 09/27/06 | EMK | Work on privilege log approach. | 10 | .20 |
| 09/27/06 | EMK | E-mail to W. Cosnowski regarding new discovery and privilege log. | 10 | .10 |
| 09/27/06 | EMK | Telephone call from W. Cosnowski regarding privilege log. | 10 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                      October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8315289

| Date | | Description | | |
|---|---|---|---|---|
| 09/27/06 | EMK | Telephone call to A. Sotak (GM attorney) regarding dates. | 10 | .20 |
| 09/27/06 | EMK | E-mail to A. Sotak. | 10 | .20 |
| 09/27/06 | EMK | E-mail from A. Sotak and to W. Cosnowski. | 10 | .10 |
| 09/27/06 | HCD | Review supplemental document requests. | 10 | .30 |
| 09/27/06 | HCD | Assess privilege log issue. | 10 | .20 |
| 09/27/06 | HCD | Meet re document review and organization. | 10 | .10 |
| 09/27/06 | L C | Continued categorizing images in Summation that were prepared for production pursuant to our initial disclosures (not completed). | 10 | 8.10 |
| 09/28/06 | L C | Continued categorizing images in Summation that were prepared for production pursuant to our initial disclosures (not completed). | 10 | 5.40 |
| 09/29/06 | L C | Continued categorizing images in Summation that were prepared for production pursuant to our initial disclosures (not completed). | 10 | 6.20 |

TOTAL BILLABLE HOURS      110.00

TOTAL FEES      17090.90

DISBURSEMENTS:

          Copies                          13.30
          Document Copy Charges           63.60
                                       -----------
                                          76.90

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289


                    TOTAL FEES                  17090.90

                    TOTAL DISBURSEMENTS            76.90
                                              _____

                         Matter Total          17167.80
                                              ==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   INTERIOR GROUP SALE                    000115900-0130


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 09/05/06 | SJ | Review/comment on revised Worth, Germany Phase I report. | 03 | .60 |
| 09/05/06 | SJ | Review/comment on CRA Phase I report for Orion facility. | 03 | .70 |
| 09/06/06 | SJ | Review/comment on Adrian facility draft Phase I site assessment. | 03 | .80 |
| 09/07/06 | SJ | Follow up with Meg Briarton on forwarding of data room documents. | 03 | .20 |
| 09/08/06 | SJ | Review communication and attachment from Dan Bicknell regarding final Orion report. | 03 | .80 |
| 09/18/06 | SJ | Review preliminary SAT report for Portugal facility. | 03 | .80 |
| 09/18/06 | SJ | Receive and review response from Margaret Fakuda to term Sheet comments. | 03 | .40 |
| 09/18/06 | SJ | Review project term sheet and send comments and questions to Margaret Fakuda. | 03 | 1.00 |
| 09/20/06 | SJ | Review revised term sheet from Margaret Fakuda. | 03 | .80 |
| 09/21/06 | SJ | Review draft Mexico Lease and comments from D. Bicknell. | 03 | 1.50 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289

| | | | | |
|---|---|---|---|---|
| 09/22/06 | SJ | Review CIS Term Sheet from Karen Craft. | 03 | .40 |
| 09/25/06 | SJ | Review documents from Paula Bond regarding miscellaneous Mexican Inspections for data room inclusion. | 03 | 1.00 |
| 09/25/06 | SJ | Communication with Mark Hester regarding Term Sheet and environmental liabilities. | 03 | .40 |
| 09/25/06 | SJ | Review revised Term Sheet from Margaret Fakuda. | 03 | .60 |
| 09/26/06 | SJ | Review Phase I ESA & ECA - Ponte de Sor, Portugal. | 03 | .70 |
| 09/26/06 | SJ | Review communications from Marta Bellobi re: Phase II for Portugal facility. | 03 | .30 |
| 09/27/06 | SJ | Call with Dan Bicknell re: Worth and Shanghai reports. | 03 | .30 |
| 09/27/06 | SJ | Review and comment on Shanghai environmental report. | 03 | .40 |

TOTAL BILLABLE HOURS     11.70

TOTAL FEES          2620.80

DISBURSEMENTS:

Copies                                    2.50
                                    ----------
                                          2.50

TOTAL FEES              2620.80

TOTAL DISBURSEMENTS          2.50
                       ------------
Matter Total            2623.30
                       ============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:   THE AMERICAN TEAM, INC.                    000115900-0132

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 09/01/06 | TBR | Review revised Accommodation Agreement. | 03 | .50 |
| 09/01/06 | TBR | Telephone conferences with S. Smith, BBK, regarding eligible supplier status. | 03 | .50 |
| 09/01/06 | TBR | Conference call with Company, Customer Group, Bank regarding Accommodation Agreement. | 03 | .60 |
| 09/05/06 | TBR | Telephone conference with Delphi Team regarding Accommodation Agreement. | 03 | .40 |
| 09/05/06 | TBR | Telephone conferences with A. Silver regarding Accommodation Agreement. | 03 | .50 |
| 09/05/06 | TBR | Review revised Agreements. | 03 | .70 |
| 09/06/06 | TBR | Conference calls with Delphi Team regarding Accommodation Agreement, essential supplier status. | 03 | 1.00 |
| 09/06/06 | TBR | Telephone conferences with A. Silver regarding Accommodation Agreement. | 03 | .50 |
| 09/06/06 | TBR | Revise Accommodation Agreement. | 03 | .50 |
| 09/06/06 | TBR | Telephone conference with B. Trumbauer regarding Accommodation Agreement. | 03 | .40 |
| 09/07/06 | TBR | E-mails with A. Silver regarding Agreements. | 03 | .50 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289

| | | | | |
|---|---|---|---|---|
| 09/07/06 | TBR | Review final drafts of Agreements. | 03 | .30 |
| 09/07/06 | TBR | E-mail to Delphi Team regarding Agreements. | 03 | .20 |
| 09/07/06 | TBR | Review Bowman e-mail regarding signed Agreements. | 03 | .20 |
| 09/14/06 | TBR | Drafted Trade Agreement. | 03 | .70 |
| 09/14/06 | TBR | E-mail to M. Olson regarding same. | 03 | .20 |
| 09/15/06 | TBR | Reply voicemail to B. O'Keefe regarding Trade Agreements. | 03 | .20 |
| 09/18/06 | TBR | Reply e-mail to A. Silver regarding landlord waiver. | 03 | .20 |
| 09/25/06 | TBR | Telephone conference with M. Olson regarding revised Trade Agreement. | 03 | .30 |

                    TOTAL BILLABLE HOURS        8.40

                         TOTAL FEES              2100.00

DISBURSEMENTS:

        Copies                                16.90
                                          -----------
                                              16.90


                    TOTAL FEES                 2100.00

                    TOTAL DISBURSEMENTS          16.90
                                          -----------
                    Matter Total               2116.90
                                          =============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  ADMIRAL TOOL & MANUFACTURING COMPANY       000115900-0134

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 09/01/06 | TBR | Review draft Accommodation Agreement. | 03 | .60 |
| 09/01/06 | TBR | Review and reply to K. Bourassa e-mail regarding Accommodation Agreement. | 03 | .20 |
| 09/05/06 | TBR | Telephone conferences with K. Bourassa regarding Accommodation Agreement, resourcing. | 03 | 1.00 |
| 09/05/06 | TBR | Telephone conference with J. Gallo, P. Thompson, K. Bourassa regarding Accommodation Agreement. | 03 | .80 |
| 09/06/06 | TBR | Worked on revisions to Accommodation Agreement. | 03 | .70 |
| 09/07/06 | TBR | Revised Accommodation Agreement. | 03 | 2.50 |
| 09/07/06 | TBR | Review and reply to K. Bourassa regarding tooling, Agreement. | 03 | .40 |
| 09/07/06 | TBR | Review e-mails regarding Toyota tools. | 03 | .40 |
| 09/11/06 | TBR | Conference call with Delphi Team, Admiral regarding Toyota tooling, Accommodation Agreement. | 03 | .70 |
| 09/12/06 | TBR | Review P. Thompson e-mail regarding Accommodation Agreement. | 03 | .20 |
| 09/19/06 | TBR | Review Admiral Accommodation Agreement. | 03 | .60 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289

| 09/19/06 | TBR | E-mail to K. Bourassa regarding Accommodation Agreement. | 03 | .50 |
| 09/21/06 | TBR | Telephone conference with P. Thompson regarding Accommodation Agreement. | 03 | .70 |
| 09/22/06 | TBR | Telephone conference with K. Bourassa regarding Accommodation Agreement. | 03 | .40 |
| 09/29/06 | TBR | Review and respond to K. Bourassa e-mails regarding paint expense. | 03 | .30 |

                    TOTAL BILLABLE HOURS        10.00

                         TOTAL FEES                 2500.00

                                              - - - - - - - - - -


                         TOTAL FEES                 2500.00

                         Matter Total              2500.00
                                              =============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          October 12, 2006
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8315289

                              Invoice Total          120269.09
                                                  =============