RECEIVED
NOV 27 2006
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

DELPHI CORPORATION, et al.,

Debtors.

LABORSOURCE 2000, INC.,
a Michigan corporation,

Claimant.

Hon. Robert D. Drain
Chapter 11
Case No. 05-44491 (RDD)

(Jointly Administered)

_____/

| | |
|---|---|
| SKADDEN, ARPS, SLATE,<br>MEAGHER & FLOM LLP<br>By: John Wm. Butler, Jr. (JB 4711)<br>    John K. Lyons (JL 4951)<br>    Ron E. Meisler (RM 3026)<br>333 West Wacker Drive, Ste. 2100<br>Chicago, Illinois 60606<br>(312) 407-0700<br>    and<br>SKADDEN, ARPS, SLATE,<br>MEAGHER & FLOM LLP<br>By: Kayalyn A. Marafioti (KM 9632)<br>    Thomas J. Matz (TM 5986)<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>Attorneys for Delphi Corporation, et al.<br>Debtors and Debtors-in Possession | LAW OFFICES OF HARVEY ALTUS, P.C.<br>By: Harvey Altus (P-30846)<br>Attorney for Claimant LaborSource 2000<br>30500 Northwestern Hwy., Ste. 500<br>Farmington Hills, Michigan 48334<br>(248) 626-7211 |

_____/

## PROOF OF SERVICE

STATE OF MICHIGAN)
                :SS
COUNTY OF OAKLAND)

      MILDRED ZIVOV, being duly sworn, deposes and says that on the 21st day of November,

2006, she served a copy of LABORSOURCE 2000, INC.'S RESPONSE TO DEBTORS' THIRD

OMNIBUS OBJECTION TO ITS CLAIM No. 2707, upon Delphi Corporation, Attn. General Counsel, 5725 Delphi Drive, Troy, Michigan 48098; John Wm. Butler, Jr., Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Ste. 2100, Chicago, IL 60606; Kenneth S. Zieman, Simpson Thacher & Bartlett LLP, 425 Lexington Ave., New York, New York 10017; Donald Bernstein and Brian Resnick, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017; Robert J. Rosenberg and Mark A. Broude, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022; Bonnie Steingart, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004; Alicia M. Leonhard, Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004, by placing said documents in well-sealed envelopes, with postage fully prepaid thereon, and then depositing same in a United States Mail Depository in Farmington Hills, Michigan.

/s/ Mildred Zivov
MILDRED ZIVOV

Subscribed and sworn to before me
this 21st day of November, 2006

/s/ Harvey Altus
HARVEY ALTUS
Notary Public, Oakland County, MI
acting in Oakland County, MI
My commission expires: 1/14/2003