BUTZEL LONG, P.C.
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, MI 48304
(248) 258-1616
Thomas B. Radom (P24631)
Matthew E. Wilkins (P56697)

Commercial and Litigation Counsel to
Delphi Corporation, et al., Debtors and
Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
          In re                                             :    Chapter 11
                                                            :
DELPHI CORPORATION, et al.,                                 :    Case No. 05-44481 (RDD)
                                                            :
                    Debtors.                                :    (Jointly Administered)
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned herein certifies that copies of:

- Notice of Third Interim Application of Butzel Long, P.C., Commercial and Litigation Counsel to Debtors and Debtors-in-Possession, for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period June 1, 2006 Through September 30, 2006 Under 11 U.S.C. §§ 330 and 331;

- Third Interim Application of Butzel Long, P.C., Commercial and Litigation Counsel to Debtors and Debtors-in-Possession, for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period From June 1, 2006 Through September 30, 2006 Under 11 U.S.C. §§ 330 and 331; and

- Certificate of Service

was served on November 30, 2006 via Federal Express upon the following:

| | |
|---|---|
| Donald Bernstein, Esq.<br>Davis Polk & Wardell<br>450 Lexington Avenue<br>New York, NY 10017 | Marissa Wesely, Esq.<br>Simpson Thacher & Barlett, LLP<br>425 Lexington Avenue<br>New York, NY 10017 |
| Robert J. Rosenberg, Esq.<br>Latham & Watkins, LLP<br>885 Third Avenue<br>New York, NY 10022-4802 | Alicia M. Leonhard, Esq.<br>Office of the US Trustee<br>for the District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 |
| John Wm. Butler, Jr., Esq.<br>Skadden Arps Slate Meagher & Flom<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, IL 60606 | David Sherbin, Esq.<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098 |
| John D. Sheehan<br>Vice President & Chief Restructuring Officer<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098 | Valeria Venable<br>GE Plastics, Americas<br>Credit Manager<br>9930 Kincey Avenue<br>Huntersville, NC 28078 |

The undersigned herein further certifies that a copy of the Notice of Third Interim Application of Butzel Long, P.C., Commercial and Litigation Counsel to Debtors and Debtors-in-Possession, for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period June 1, 2006 Through September 30, 2006 Under 11 U.S.C. §§ 330 and 331 was

served via electronic mail upon the parties listed on the attached Master Service List and 2002 List.

Dated: Bloomfield Hills, Michigan
       November 30, 2006

By     /s/   Thomas B. Radom
       Thomas B. Radom (P24631)
       Stoneridge West
       41000 Woodward Avenue
       Bloomfield Hills, MI 48304
       Telephone: (248) 258-1416

       Commercial and Litigation Counsel to
       Delphi Corporation, et al., Debtors and
       Debtors-in-Possession