EXHIBIT C

DELPHI CORPORATION, *ET AL*
SUMMARY OF SERVICES RENDERED
BY JAECKLE FLEISCHMANN & MUGEL, LLP
AS INTELLECTUAL PROPERTY COUNSEL TO DEBTORS
JUNE 1, 2006 - SEPTEMBER 30, 2006

| Matter | Name | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Patent Application drafting & Prosecution | Ronald J. Kisicki | $250.00 | 249.6 | $62,400.00 |
| Preparation 2nd Interim Fee Application | Ronald J. Kisicki | $250.00 | 7.9 | $1,975.00 |
| Patent Application drafting & Prosecution | Dennis B. Danella | $195.00 | 267.2 | $52,104.00 |
| Patent Application drafting & Prosecution | Katherine H. McGuire | $210.00 | 75 | $15,750.00 |
| Patent Application drafting & Prosecution | Lee J. Fleckenstein | $180.00 | 22.9 | $4,122.00 |
| Preparation 2nd Interim Fee Application | Joseph W. Allen | $220.00 | 8.7 | $1,914.00 |
| Patent Application drafting & Prosecution | Robert D. Lott | $200.00 | 2 | $400.00 |
| Patent Application drafting & Prosecution | Robert C. Brown | $165.00 | 271.6 | $44,814.00 |
| Patent Application drafting & Prosecution | Margaret I Hults | $85.00 | 12.9 | $1,096.50 |
| Patent Application drafting & Prosecution | Richard L. Parton | $180.00 | 25.5 | $4,590.00 |
| Patent Application drafting & Prosecution | B. Kevin Burke | $175.00 | 1.9 | $332.50 |
| | | | | |
| Intellectual Property Counseling | Ronald J. Kisicki | $250.00 | 63.2 | $15,800.00 |
| Intellectual Property Counseling | Dennis B. Danella | $195.00 | 26.5 | $5,167.50 |
| | | | | |
| | | Total Services Rendered: | 1034.9 | $210,465.50 |