# EXHIBIT D

## DELPHI CORPORATION, *ET AL*
## ACTUAL AND NECESSARY DISBURSEMENTS
## INCURRED BY JAECKLE FLEISCHMANN & MUGEL, LLP
## BY INTELLECTUAL PROPERTY COUNSEL
### June 1, 2006 - Sep 30, 2006

| Expenses | Amount |
|---|---:|
| Filing Fees | $38,110.00 |
| Mailing Charges | $808.52 |
| Patent Searching & File Histories | $800.00 |
| Drawing Fees | $5,205.00 |
| | |
| **TOTAL DISBURSEMENTS** | **$44,923.52** |