IN ACCOUNT WITH

**JAECKLE FLEISCHMANN & MUGEL, LLP**
ATTORNEYS AT LAW

12 FOUNTAIN PLAZA   BUFFALO, NEW YORK   14202-2292
TEL 716.856.0600   FAX 716.856.0432

Tax I.D. 16-0774920

July 28, 2006
I.D. 89190
Invoice # 133409

Delphi Technologies, Inc.
Patrick M. Griffin, Esq.
M/C 480.410.202
5825 Delphi Drive
Troy, NY 48007

For Services Rendered Through June 30, 2006

```
        80% of total amount =              41,037.60
        20% of total amount =              10,259.40
                                           51,297.00

Total Disbursements                         7,336.53

                Total This Invoice    $     58,633.53
                                           ------------------

CLIENT TOTAL AMOUNT DUE               $     58,633.53
                                           ==================
```

ACCOUNTS ARE PAYABLE WITHIN 30 DAYS

IN ACCOUNT WITH

**JAECKLE FLEISCHMANN & MUGEL, LLP**
ATTORNEYS AT LAW

12 FOUNTAIN PLAZA   BUFFALO, NEW YORK   14202-2292
TEL 716.856.0600   FAX 716.856.0432

Tax I.D. 16-0774920

August 28, 2006
I.D. 89190
Invoice # 134204

Delphi Technologies, Inc.
Patrick M. Griffin, Esq.
M/C 480.410.202
5825 Delphi Drive
Troy, NY 48007

For Services Rendered Through July 31, 2006

|  |  |  |
|---|---:|---:|
| 80% of total amount = | 38,883.20 | |
| 20% of total amount = | 9,720.80 | |
|  | 48,604.00 | |
| Total Disbursements | 8,168.81 | |
| Total This Invoice | $ | 56,772.81 |

CLIENT TOTAL AMOUNT DUE                                      $      56,772.81

ACCOUNTS ARE PAYABLE WITHIN 30 DAYS

IN ACCOUNT WITH

# JAECKLE FLEISCHMANN & MUGEL, LLP
### ATTORNEYS AT LAW

12 FOUNTAIN PLAZA  BUFFALO, NEW YORK  14202-2292
TEL 716.856.0600  FAX 716.856.0432

Tax I.D. 16-0774920

September 29, 2006
I.D. 89190
Invoice # 135041

Delphi Technologies
Attn:  Patrick M. Griffin
M/C 480.410.202
5825 Delphi Drive
Troy, Michigan 48007

For Services Rendered Through August 31, 2006

```
        80% of total amount =              40,929.60
        20% of total amount =              10,232.40
                                           51,162.00

Total Disbursements                        15,320.22

              Total This Invoice    $      66,482.22
                                           ------------------
```

| August 2006 | | | | |
|---|---|---|---|---|
| TIMEKEEPER | TITLE | RATE | TOTAL HOURS | FEES INCURRED |
| Robert C. Brown | Patent Agent | $165.00 | 55 | $9,075.00 |
| Dennis B. Danella | Associate | $195.00 | 84.5 | $16,477.50 |
| Margaret I Hults | Legal Assistant | $85.00 | 4.9 | $416.50 |
| Ronald J. Kisicki | Partner | $250.00 | 80.4 | $20,100.00 |
| Katherine H. McGuire | Associate | $210.00 | 19.8 | $4,158.00 |
| Lee J. Fleckenstein | Patent Agent | $180.00 | 0.5 | $90.00 |
| Robert D. Lott | Associate | $200.00 | 2 | $400.00 |
| B. Kevin Burke | Associate | $175.00 | 1 | $175.00 |
| Richard L. Parton | Patent Agent | $180.00 | 1.5 | $270.00 |
| | | $1,640.00 | 249.6 | $51,162.00 |

ACCOUNTS ARE PAYABLE WITHIN 30 DAYS

IN ACCOUNT WITH

**JAECKLE FLEISCHMANN & MUGEL, LLP**
ATTORNEYS AT LAW

12 FOUNTAIN PLAZA  BUFFALO, NEW YORK  14202-2292
TEL 716.856.0600  FAX 716.856.0432

Tax I.D. 16-0774920

October 31, 2006
I.D. 89190
Invoice # 135905

Delphi Technologies
Attn: Patrick M. Griffin
M/C 480.410.202
5825 Delphi Drive
Troy, Michigan 48007


For Services Rendered Through September 30, 2006

|  |  |
|---|---:|
| 80% of total amount = | 47,522.00 |
| 20% of total amount = | 11,880.50 |
|  | 59,402.50 |
| Total Disbursements | 14,097.96 |
| Total This Invoice | $    73,500.46 |

ACCOUNTS ARE PAYABLE WITHIN 30 DAYS