# EXHIBIT A

05-44481-rdd    Doc 5988-2    Filed 11/30/06    Entered 11/30/06 17:09:56    Exhibit A
Pg 1 of 4

SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
Douglas P. Bartner (DB-2301)
Andrew V. Tenzer (AT-2263)

Special Counsel to the Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
: 
: 
**In re:** : **Chapter 11**
: 
**DELPHI CORPORATION, et al.,** : **Case No. 05 – 44481 (RDD)**
: 
**Debtors.** : **(Jointly Administered)**
: 
: 
---------------------------------------------------------------x

**CERTIFICATION UNDER GUIDELINES FOR FEES AND
DISBURSEMENTS FOR PROFESSIONALS IN RESPECT OF THIRD INTERIM
APPLICATION OF SHEARMAN & STERLING LLP FOR ALLOWANCE OF
<u>INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>**

I, Douglas P. Bartner, hereby certify that:

I am a partner with the applicant firm, Shearman & Sterling LLP ("<u>S&S</u>"), with responsibility for the engagement of S&S as special counsel in the chapter 11 cases of Delphi Corporation and its affiliated debtors (collectively, the "<u>Debtors</u>"), in respect of compliance with the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases adopted by the Court on April 19, 1995 (the "<u>Local Guidelines</u>"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the

NYDOCS03/819810.1

1

"UST Guidelines"), and the Order Under 11 U.S.C. § 331 Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals (Docket No. 869) (the "Monthly Compensation Order,") the Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (Docket No. 2147)(the "Supplemental Compensation Order"), the Second Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (Docket No. 2986)(the "Second Supplemental Compensation Order"), the Third Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (Docket No. 3630)(the "Third Supplemental Compensation Order") including the Fee Committee And Fee Procedures Protocol approved by the Court (the "Fee Protocol"), the Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (Docket No. 4545)(the "Fourth Supplemental Compensation Order") and the Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (Docket No. 5310)(the "Fifth Supplemental Compensation Order" collectively with the Local Guidelines, UST Guidelines, Monthly Compensation Order, Supplemental Compensation Order, Second Supplemental Compensation Order, Third Supplemental Compensation Order, Fee Protocol and the Fourth Supplemental Compensation Order, the "Guidelines").

This certification is made in respect of S&S's third interim fee application, dated November 30, 2006 (the "Application"), for approval of interim compensation and reimbursement of expenses for the period commencing June 1, 2006 through and including September 30, 2006 (the "Third Compensation Period") in accordance with the Guidelines.

In respect of Section B.1 of the Local Guidelines, I certify that:

    a.    I have read the Application;

    b.    to the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Local Guidelines;

    c.    the fees and disbursements sought are billed at rates in accordance with practices customarily employed by S&S and generally accepted by S&S's clients; and

    d.    in providing a reimbursable service, S&S does not make a profit on that service, whether the service is performed by S&S in-house or through a third party.

In respect of section B.2 of the Local Guidelines and as required by the Interim Compensation Order, I certify that S&S has complied with the provision requiring it to provide the Debtors, counsel for the Official Committee of Unsecured Creditors appointed in these cases (the "Creditors' Committee"), the attorneys for the committee of equity security holders appointed in these chapter 11 cases (the "Equity Committee"), the attorneys for the Debtors' prepetition lenders (the "Prepetition Lenders"), the attorneys for the Debtors' postpetition lenders (the "DIP Lenders"), the joint fee review committee (the "Fee Review Committee") and the United States Trustee for the Southern District of New York (the "United States Trustee"), on a monthly basis, with a statement of S&S's fees and disbursements accrued during the previous month.

In respect of section B.3 of the Local Guidelines, I certify that the Debtors, the Creditors' Committee and the United States Trustee are each being provided with a copy of the Application.

Dated: New York, New York
       November 30, 2006

                                                    _/s/Douglas P. Bartner_____
                                                    Douglas P. Bartner (DB-2301)