**EXHIBIT B**

June 1, 2006 – September 30, 2006

## TIMEKEEPER SUMMARY

| Name of Professional Person | *Position of the Applicant, Area of Expertise, Date of Initial Employment, Year of Obtaining License to Practice | Hourly Billing Rate♦ (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Bartner, Douglas P. | Partner since 1991, BR 1982 1983 | $870.00 | 6.4 | $5,568.00 |
| Baskin, Stuart | Partner since 1989, LT 1989 1976 | $715.50 | 4.6 | $3,291.30 |
| Fratianni, Constance A. | Partner since 2000, BR 1985 1986 | $774.33 | 1.5 | $1,161.50 |
| Polovoy, Brian H. | Partner since 2003, LT 1992 1993 | $646.07 | 68.7 | $44,385.00 |
| Tenzer, Andrew V. | Partner since 2002, BR 1995 1991 | $727.73 | 7.7 | $5,603.50 |
| Kelly, Lynette Carol | Counsel BR 1995 1988 | $576.00 | 0.5 | $288.00 |
| Ashley, Marc D. | Associate LT 2002 1995 | $460.81 | 59.8 | $27,556.20 |
| Baker, Michael S. | Associate F 1998 1999 | $516.84 | 19.3 | $9,975.00 |
| Chanda, Parthapratim | Associate LT 2004 2005 | $347.20 | 133.0 | $46,178.00 |
| Frizzley, Jill K. | Associate BR 2000 2002 | $535.84 | 10.1 | $5,412.00 |
| Gruber, Alan S. | Associate LT 2003 2004 | $391.50 | 70.4 | $27,561.60 |
| Kaplan, Bryan R. | Associate BR 2004 2002 | $490.91 | 2.2 | $1,080.00 |
| Marckesano, Patricia | Associate BR 2004 2005 | $431.07 | 65.6 | $28,278.50 |
| Nguyen, Henry | Associate BR 2003 2004 | $457.69 | 39.0 | $17,850.00 |
| Spraggs, Cherie L. | Associate BR 2001 2002 | $490.83 | 9.0 | $4,417.50 |

| Luketic, Marian D. | Specialist BR<br>2000<br>1997 | $239.89 | 96.7 | $23,197.00 |
|---|---|---|---|---|
| Bodly, Jill | Legal Assistant LT<br>2005 | $139.69 | 16.4 | $2,290.90 |
| Mentz, Lawrence G. | Legal Assistant LT<br>2005 | $139.50 | 39.0 | $5,440.50 |
| Illyes, Gabriella | Legal Assistant BR<br>2006 | $170.00 | 3.5 | $595.00 |
| Pullen, Nicholas W. | Legal Assistant BR<br>2005 | $166.56 | 8.0 | $1,146.50 |
| Quintos, Jose | Litigation Support<br>2005 | $99.00 | 0.8 | $79.20 |
| Yau, Tommy | Litigation Support<br>2000 | $166.50 | 0.6 | $99.90 |
| Eikenbrod, Thomas | Corporate Research Specialist<br>1995 | $148.50 | 0.7 | $103.95 |
| Tucker, James H. | Research Specialist<br>2001 | $144.00 | 0.4 | $57.60 |
| Molinelli, Maria | Law Clerk Supervisor<br>1988 | $148.50 | 1.6 | $237.60 |
| Feliciano, Luis | Law Clerk<br>1990 | $165.00 | 1.5 | $123.75 |
| Flores, Alfredo | Law Clerk<br>1988 | $157.93 | 1.4 | $221.10 |
| Grand Total Fees: $262,199.10 | | | | |
| Total Hours: 668.4 | | | | |
| Total Professional Hours: 497.8 | | | | |
| Blended Rate for Professionals: $459.23 | | | | |

BR - Bankruptcy & Reorganization
F - Finance
LT - Litigation

*All attorneys are licensed in New York State unless otherwise indicated.

♦Due to changes in billing rates and previously agreed upon rate reductions, where applicable, an Average Hourly Billing Rate has been calculated by dividing total compensation of the professional or paraprofessional by their total hours billed.