**EXHIBIT C**

**SHEARMAN & STERLING LLP**

June 1, 2006 –
September 30, 2006

| DISBURSEMENTS | LITIGATION | BANKRUPTCY | REDUCTIONS |
|---|---|---|---|
| Offsite Client Meals | | $281.14 | |
| Inhouse Photocopies | $1,141.65 | $1,641.70 | -$1,007.75 |
| Conference Room Dining | $303.40 | | |
| Facsimile Transmission | | $37.50 | |
| Federal Express | $204.52 | $746.05 | |
| Lexis Research | $926.34 | | |
| Messengers | $59.00 | $19.00 | |
| Other Information Services | $3,392.71 | | |
| Other Outside Services | $1,088.14 | $44.00 | |
| Overtime Meal | $15.00 | | |
| Overtime Taxis | $198.00 | $32.00 | |
| Postage & Courier | $110.94 | $8.22 | |
| Proofreading | $120.00 | | -$120.00 |
| Telephone Charges | | $13.93 | |
| Travel Meals | $39.39 | | |
| Radio Taxis | $104.55 | $44.73 | |
| Velo Binding | $153.00 | | |
| WestLaw | $9,847.97 | $1,055.85 | |
| **SUBTOTALS:** | **$17,704.61** | **$3,924.12** | |

| | |
|---|---|
| **TOTAL DISBURSEMENTS:** | **$21,628.73** |
| **TOTAL VOLUNTARY REDUCTIONS:** | **- $1,127.75** |
| **TOTAL EXPENSE REIMBURSEMENT REQUESTED:** | **$20,500.98** |