**EXHIBIT D**

## APPLICATION SUMMARY

**SHEARMAN & STERLING LLP**                                             June 1, 2006 -
                                                                        September 30, 2006

**SUMMARY**

| | |
|---|---|
| Total Fees | $262,199.10 |
| Total Disbursements | $21,628.73 |
| Existing Holdback Requested | $52,439.82 |

## PROJECT SUMMARY

**SHEARMAN & STERLING LLP**  
June 1, 2006 –  
September 30, 2006

| PROJECT CATEGORY | HOURS | FEES |
|---|---:|---:|
| Matter 20 – Securities Class Action | 168.2 | $76,342.95 |
| Matter 22 – ERISA Class Action | 225.0 | $78,797.70 |
| Matter 23 – SEC OPEB Investigation | 0.3 | $133.20 |
| Matter 26 – Case Administration | 4.8 | $1,070.00 |
| Matter 28 – DIP Financing | 57.2 | $26,942.50 |
| Matter 31 – Employment Applications & Objections | 3.5 | $1,775.00 |
| Matter 33 – Fee Applications & Objections | 105.0 | $26,770.00 |
| Matter 36 – Litigation | 0.2 | $47.00 |
| Matter 38 – Non-Working Travel | 3.9 | $309.75 |
| Matter 49 – Board Advice | 100.3 | $50,011.00 |
| **TOTAL:** | **668.4** | **$262,199.10** |