**Proposed Hearing Date and Time: March 22, 2007 at 10:00 a.m.**
**Proposed Objection Deadline: March 15, 2007 at 4:00 p.m.**

O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5300
Robert A. Siegel (RS 0922)
Tom A. Jerman (TJ 1129)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                  :

   In re                                    :   Chapter 11
                                              :

DELPHI CORPORATION, et al.,    :   Case No. 05-44481 (RDD)
                                              :

                    Debtors.    :   (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**COVER SHEET PURSUANT TO UNITED STATES TRUSTEE**
**GUIDELINES FOR REVIEWING APPLICATIONS FOR COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES FILED UNDER 11 U.S.C. § 330**

**O'MELVENY & MYERS LLP's THIRD INTERIM APPLICATION FOR ALLOWANCE**
**OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| **NAME OF APPLICANT:** | O'Melveny & Myers LLP |
|---|---|
| **TIME PERIOD:** | June 1, 2006 through September 30, 2006 (4 months) |
| **ROLE IN THE CASE:** | Special Labor Counsel to Debtors |

| | |
|---|---|
| **DATE OF FINAL RETENTION ORDER:** | November 4, 2005 |
| **CURRENT APPLICATION:** | |
| Fees Incurred: | $   958,052.25 |
| Expenses Incurred: | $   552,004.05 |
| **PRIOR APPLICATIONS:** | |
| Fees Previously Requested: | $ 4,441,220.50 |
| Fees Previously Awarded: | $            0.00 |
| Expenses Previously Requested: | $   964,628.36 |
| Expenses Previously Awarded: | $            0.00 |
| | |
| **INTERIM OR FINAL APPLICATION:** | Interim |

**SCHEDULE OF HOURS AND COMPENSATION**

| NAME OF PROFESSIONAL PARTNERS | YEAR ADMITTED | DEPARTMENT | BILLING RATES | HOURS BILLED[1] | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Jeffrey Kohn | 1985 | Adversarial/Labor | $ 795.00 | 199.15 | $      158,324.25 |
| Robert Siegel | 1975 | Adversarial/Labor | $ 735.00 | 50.50 | $        37,117.50 |
| Tom A. Jerman | 1981 | Adversarial/Labor | $ 725.00 | 355.70 | $      257,882.50 |
| Barry H. Goldstein | 1990 | Adversarial | $ 660.00 | 231.00 | $      152,460.00 |
| **Total Partners** | | | | **836.35** | **$ 605,784.25** |

**Blended Hourly Rate = $724.32**

| NAME OF PROFESSIONAL COUNSEL & ASSOCIATES | YEAR ADMITTED | DEPARTMENT | BILLING RATES | HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Rachel S. Janger | 1999 | Adversarial/Labor | $ 495.00 | 194.30 | $        96,178.50 |
| Jessica Kastin | 2002 | Adversarial/Labor | $ 495.00 | 203.50 | $      100,732.50 |
| Kyra Grundeman | 2004 | Adversarial | $ 340.00 | 0.10 | $                34.00 |
| Deepa Ambekar | 2005 | Adversarial/Labor | $ 310.00 | 92.10 | $        28,551.00 |
| Melissa Janiak-Oliver | 2006 | Adversarial/Labor | $ 310.00 | 177.25 | $        54,947.50 |
| Stacy Hauf | 2006 | Adversarial/Labor | $ 280.00 | 70.70 | $        19,796.00 |
| Adam Hellman | 2006 | Adversarial/Labor | $ 280.00 | 52.20 | $        14,616.00 |

---

[1]    Although all professionals record time in increments of one-tenth of an hour, due to O'Melveny's voluntary write-off of one-half of travel time, the total hours billed for certain professionals are expressed in one-hundredths of an hour.

| NAME OF PROFESSIONAL COUNSEL & ASSOCIATES | YEAR ADMITTED | DEPARTMENT | BILLING RATES | HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| **Total Counsel & Associates** | | | | **790.15** | **$ 314,855.50** |

**Blended Hourly Rate = $398.48**

| NAME OF PARA-PROFESSIONAL[2] | DEPARTMENT | BILLING RATES | HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Keith Whitman | Adversarial | $ 275.00 | 2.00 | $ 550.00 |
| Steve Mauriello | Adversarial | $ 230.00 | 1.50 | $ 345.00 |
| Ross Neglia | Adversarial | $ 190.00 | 1.00 | $ 190.00 |
| Michelle Woo | Adversarial | $ 160.00 | 220.40 | $ 35,264.00 |
| Patrick McKegney | Adversarial | $ 160.00 | 4.00 | $ 640.00 |
| Monifa Browne | Adversarial | $ 95.00 | 2.80 | $ 266.00 |
| Michael Montalto | Court Services | $ 35.00 | 3.00 | $ 105.00 |
| Anthony Sierra | Court Services | $ 35.00 | 1.50 | $ 52.50 |
| **Total Paraprofessionals** | | | **236.20** | **$ 37,412.50** |

**Blended Hourly Rate = $158.39**

---

[2] O'Melveny has voluntarily written off $2,592.00 for work performed by a summer associate inadvertently charged to the Debtors in the June 2006 invoice. This write-off is reflected in the paraprofessional total hours and fees as listed in the chart above. Details of the write-off are as follows: Edward Jones, Summer Associate with a rate of $160.00 per hour, billed 16.20 hours on the June 2006 invoice for a total of $2,592.00.