# O'MELVENY & MYERS LLP
400 SOUTH HOPE STREET
15TH FLOOR
LOS ANGELES, CA 90071

OCTOBER 25, 2006

DELPHI CORPORATION  
DAVID SHERBIN, ESQ.  
5725 DELPHI DRIVE  
TROY, MI 48098

INVOICE NUMBER: 667074  
MATTER NUMBER: 0207998-00001

Requesting Attorney: ROBERT A. SIEGEL

Tax Identification No: 95-1066597

## REMITTANCE COPY

RE:    SECTION 1113/1114 ADVICE

| | |
|---|---|
| FEES | $ 109,155.25 |
| TOTAL SUPPORT SERVICES AND CHARGES | $ 64,069.56 |
| TOTAL AMOUNT OF THIS INVOICE | $ 173,224.81 |
| LESS 20% HOLDBACK FEE | $ (21,831.05) |
| **BALANCE DUE** | **$ 151,393.76** |

*Please Remit Payment to:*

By Mail:
   *O'Melveny & Myers LLP –P.O. Box 894436, Los Angeles, CA 90189-4436*
By Wire Transfer:
   *Citibank, N.A., NY, ABA #021000089, Beneficiary: O'Melveny & Myers LLP, #4078-0224*
   *Please include invoice number or matter number in Advice*

For questions please contact Rachel Chan (213) 430-6459

# O'MELVENY & MYERS LLP

400 SOUTH HOPE STREET
15TH FLOOR
LOS ANGELES, CA 90071

October 25, 2006

**DAVID SHERBIN, ESQ.**
WORLD HEADQUARTERS AND CUSTOMER CENTER
DELPHI CORPORATION
5725 DELPHI DRIVE
TROY, MI 48098

INVOICE NUMBER: 667074
MATTER NUMBER: 0207998-00001

Requesting Attorney: ROBERT A. SIEGEL             Tax Identification No: 95-1066597
==============================================================================

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2006

SECTION 1113/1114 ADVICE

| DATE | NAME | DESCRIPTION | HOURS |
|---|---|---|---|
| **Group: Attorney** | | | |
| 09/01/06 | D AMBERKAR | DRAFT AND REVISE DECLARATION FOR C. MCWEE | 2.00 |
| 09/01/06 | R JANGER | COMMUNICATIONS WITH J. KASTIN REGARDING BRIEF | .20 |
| 09/02/06 | JI KOHN | REVIEW COURT ORDER AND OTHER DOCUMENTS | .30 |
| 09/05/06 | B GOLDSTEIN | REVIEW FINANCIAL INFORMATION TO PREPARE REBUTTAL DECLARATIONS | 1.20 |
| 09/05/06 | B GOLDSTEIN | REVIEW MEET AND CONFER REPORT AND PROPOSED 5TH AMENDED SCHEDULING ORDER SUBMITTED TO COURT | .30 |
| 09/05/06 | B GOLDSTEIN | PARTICIPATE ON CONFERENCE CALL WITH TRIAL TEAM TO DISCUSS STATUS OF VARIOUS TRIAL PREPARATION PROJECTS FOR RESUMPTION OF SECTION 1113 HEARING | .80 |
| 09/05/06 | B GOLDSTEIN | REVIEW AND ANALYZE MOTIONS TO APPROVE UNION SETTLEMENTS FROM TOWER SECTION 1113 CASE | 2.70 |

```
Client:   DELPHI CORPORATION                                       OCTOBER 25, 2006
Matter:   SECTION 1113/1114 ADVICE                                 Invoice   667074
File No.: 0207998-00001                                            Page No.       2
================================================================================
```

| DATE | NAME | DESCRIPTION | HOURS |
|---|---|---|---|
| 09/05/06 | D AMBERKAR | DRAFT AND REVISE DECLARATION FOR C. MCWEE | 1.00 |
| 09/05/06 | J KASTIN | CONFERENCE CALL WITH SKADDEN REGARDING TRIAL PREPARATION | .90 |
| 09/05/06 | J KASTIN | CONTINUE OUTLINE OF POST-HEARING BRIEF | .50 |
| 09/05/06 | JI KOHN | ATTEND CONFERENCE CALL WITH TRIAL TEAM REGARDING TRIAL PREPARATION | .80 |
| 09/05/06 | JI KOHN | REVIEW DOCUMENTS REGARDING TRIAL PREPARATION | .40 |
| 09/05/06 | M JANIAK OLIVER | DRAFT SHELL QUICK DECLARATION | 1.60 |
| 09/05/06 | R JANGER | DELPHI CONFERENCE CALL REGARDING TRIAL PREPARATION | .50 |
| 09/05/06 | RA SIEGEL | DTM CONFERENCE CALL MEETING | 3.00 |
| 09/05/06 | TA JERMAN | ATTEND CONFERENCE CALL WITH SKADDEN REGARDING HEARING PREPARATION | 1.00 |
| 09/05/06 | TA JERMAN | TELEPHONE CONFERENCES, E-MAILS WITH SKADDEN, DELPHI, OMM ATTORNEYS REGARDING NEGOTIATIONS, HEARING | .80 |
| 09/05/06 | TA JERMAN | DRAFT / REVISE OUTLINE OF POST-HEARING BRIEF | 2.20 |
| 09/06/06 | B GOLDSTEIN | REVIEW MOTION PAPERS FILED BY TOWER SEEKING APPROVAL OF AMENDMENTS TO UNION COLLECTIVE BARGAINING AGREEMENTS IN CONNECTION WITH SECTION 1113 HEARING | 1.80 |
| 09/06/06 | B GOLDSTEIN | WORK ON CROSS-EXAM OUTLINES FOR IUE AND IUOE WITNESSES | 3.20 |
| 09/06/06 | B GOLDSTEIN | ANALYSIS OF ORDER APPROVING DELTA MOTION TO TERMINATE PILOT'S PENSION PLAN (.3) | .30 |
| 09/06/06 | J KASTIN | REVIEW CORRESPONDENCE AND RESEARCH FOR ARGUMENT IN SUPPORT OF OPPOSITION TO THE IAM/IBEW'S RULE 7052 MOTION | .40 |

```
Client:   DELPHI CORPORATION                                    OCTOBER 25, 2006
Matter:   SECTION 1113/1114 ADVICE                              Invoice  667074
File No.: 0207998-00001                                         Page No.    3
================================================================================
```

| DATE | NAME | DESCRIPTION | HOURS |
|---|---|---|---|
| 09/06/06 | J KASTIN | REVIEW HEARING TRANSCRIPT IN PREPARATION FOR RESUMPTION OF 1113/1114 HEARING; CORRESPONDENCE WITH T. JERMAN AND L. WILSON REGARDING SAME | 1.30 |
| 09/06/06 | J KASTIN | REVIEW MATERIALS IN PREPARATION FOR TRIAL RESUMPTION AND POST HEARING BRIEF; CORRESPONDENCE WITH M. OLIVER JANIAK AND D. AMBEKAR REGARDING REBUTTAL DECLARATIONS | 1.10 |
| 09/06/06 | TA JERMAN | TELEPHONE CONFERENCE WITH SKADDEN, DELPHI FINANCE REGARDING LABOR COST PROJECTIONS | 1.20 |
| 09/06/06 | TA JERMAN | CONFERENCES, TELEPHONE CONFERENCES, E-MAILS WITH SKADDEN, DELPHI, OMM ATTORNEYS REGARDING NEGOTIATIONS, HEARING | 1.50 |
| 09/06/06 | TA JERMAN | DRAFT / REVISE OUTLINE OF POST-HEARING BRIEF | 3.40 |
| 09/06/06 | TA JERMAN | REVIEW / ANALYZE TOWER AUTO MOTION | .70 |
| 09/07/06 | B GOLDSTEIN | REVIEW REVISED DRAFT OF MEMORANDUM REGARDING PENSION | .40 |
| 09/07/06 | B GOLDSTEIN | REVIEW DOCUMENTS TO PREPARE REBUTTAL DECLARATIONS AND CROSS EXAMINATION OUTLINES FOR BARGAINING WITNESSES | 2.70 |
| 09/07/06 | J KASTIN | DRAFT AND REVISE OUTLINE FOR POST-HEARING BRIEF | 1.20 |
| 09/07/06 | JI KOHN | COMMUNICATIONS WITH OMM TEAM; REVIEW DOCUMENTS AND PREPARE FOR TRIAL, INCLUDING REVIEW OF COURT PAPERS AND NEGOTIATING HISTORY | 1.30 |
| 09/07/06 | M JANIAK OLIVER | CALL WITH B. GOLDSTEIN REGARDING DRAFTING QUICK DECLARATION | .20 |
| 09/07/06 | TA JERMAN | REVIEW / ANALYZE GM DEAL ANALYSIS, IUE PRESENTATION, IUE PROPOSALS, UCC PRESENTATION | 2.40 |

```
Client:   DELPHI CORPORATION                                    OCTOBER 25, 2006
Matter:   SECTION 1113/1114 ADVICE                              Invoice   667074
File No.: 0207998-00001                                         Page No.       4
================================================================================
```

| DATE | NAME | DESCRIPTION | HOURS |
|---|---|---|---|
| 09/07/06 | TA JERMAN | CONFERENCES, TELEPHONE CONFERENCES, E-MAILS WITH SKADDEN, DELPHI, OMM ATTORNEYS REGARDING FINANCIAL UPDATES, NEGOTIATIONS, HEARING | 2.30 |
| 09/07/06 | TA JERMAN | REVIEW / ANALYZE LEGAL MEMORANDA REGARDING POST-HEARING BRIEF | 2.80 |
| 09/08/06 | B GOLDSTEIN | WORK ON CROSS EXAMINATION OUTLINES FOR BARGAINING WITNESSES IN CONNECTION WITH SECTION 1113 HEARING | 2.80 |
| 09/08/06 | B GOLDSTEIN | CONTINUED REVIEW AND ANALYSIS OF TOWER SETTLEMENT ISSUES REGARDING SECTION 1113 HEARING | 1.50 |
| 09/08/06 | JI KOHN | TRIAL PREPARATION; REVIEW DEPOSITIONS AND OUTLINES | 1.20 |
| 09/08/06 | R JANGER | REVIEW AND ANALYZE INVOICES | .90 |
| 09/08/06 | TA JERMAN | CONFERENCES, TELEPHONE CONFERENCES, E-MAILS WITH SKADDEN, DELPHI, OMM ATTORNEYS REGARDING HEARING PREP | .50 |
| 09/09/06 | JI KOHN | TRIAL PREPARATION | .30 |
| 09/09/06 | TA JERMAN | DRAFT / REVISE OUTLINE OF POST-HEARING BRIEF | 4.50 |
| 09/10/06 | J KASTIN | CONTINUE DRAFTING POST-HEARING BRIEF OUTLINE | 1.20 |
| 09/10/06 | JI KOHN | HEARING PREPARATION | 3.80 |
| 09/10/06 | M JANIAK OLIVER | REVISE QUICK THIRD SUPPLEMENTAL DECLARATION | .50 |
| 09/10/06 | TA JERMAN | PREPARE FOR HEARING | 4.70 |
| 09/11/06 | B GOLDSTEIN | CONFERENCE CALL WITH TEAM TO DISCUSS TRIAL STRATEGY FOR SECTION 1113 HEARING | .60 |
| 09/11/06 | B GOLDSTEIN | REVIEW AND ANALYZE NEWLY DESIGNATED UNION EXHIBITS IN CONNECTION WITH PREPARING FOR SECTION 1113 HEARING | 3.20 |
| 09/11/06 | J KASTIN | TELECONFERENCE WITH O'MELVENY TEAM REGARDING CASE STATUS AND TRIAL STRATEGY | .50 |

```
Client:   DELPHI CORPORATION                                    OCTOBER 25, 2006
Matter:   SECTION 1113/1114 ADVICE                              Invoice   667074
File No.: 0207998-00001                                         Page No.     5
================================================================================
```

| DATE | NAME | DESCRIPTION | HOURS |
|---|---|---|---|
| 09/11/06 | JI KOHN | INTERNAL CONFERENCE WITH J. KASTIN AND T. JERMAN; REVIEW DOCUMENTS; HEARING PREPARATION | 2.50 |
| 09/11/06 | JI KOHN | TELEPHONE CONFERENCE WITH OMM TRIAL TEAM | .60 |
| 09/11/06 | M JANIAK OLIVER | REVISE QUICK THIRD SUPPLEMENTAL DECLARATION | 1.80 |
| 09/11/06 | M JANIAK OLIVER | REVIEW SUPPLEMENTAL IUE-CWA AND USW DECLARATIONS | .40 |
| 09/11/06 | R JANGER | REVIEW AND ANALYZE DELPHI STATUS | .30 |
| 09/11/06 | R JANGER | O'MELVENY & MYERS CALL REGARDING 1113 STATUS AND PROJECTS, AND FOLLOW UP WITH J. KASTIN | .90 |
| 09/11/06 | RA SIEGEL | DTM CONFERENCE CALL | .50 |
| 09/11/06 | RA SIEGEL | CONFERENCE CALL WITH J. KOHN, B. GOLDSTEIN, R. JANGER, J. KASTIN, T. JERMAN REGARDING CASE ISSUES, STRATEGY AND STATUS | 1.00 |
| 09/11/06 | TA JERMAN | ATTEND DTM MEETING | 4.00 |
| 09/11/06 | TA JERMAN | ATTEND CONFERENCE CALL WITH OMM ATTORNEYS REGARDING HEARING PREP | .50 |
| 09/11/06 | TA JERMAN | TELEPHONE CONFERENCES, E-MAILS WITH B. SAX, SKADDEN, OMM ATTORNEYS REGARDING NEGOTIATIONS, 1113 HEARING | 1.30 |
| 09/11/06 | TA JERMAN | DRAFT / REVISE MEMORANDA TO J. BUTLER, B. SAX REGARDING 1113 ISSUES | 2.30 |
| 09/12/06 | B GOLDSTEIN | REVIEW AND ANALYZE REVISED SECTION 1113 PROPOSAL AND GM PROPOSALS IN CONNECTION WITH PREPARING UPDATED TRIAL CROSS OUTLINES AND SUPPLEMENTAL DECLARATIONS | 4.20 |
| 09/12/06 | B GOLDSTEIN | REVIEW AGENDA FOR MEET AND CONFER CONFERENCE AND ANALYZE UNIONS' COURT PAPERS OBJECTING TO SUPPLEMENTAL KECP MOTION | 1.30 |

```
Client:   DELPHI CORPORATION                                              OCTOBER 25, 2006
Matter:   SECTION 1113/1114 ADVICE                                        Invoice   667074
File No.: 0207998-00001                                                   Page No.       6
================================================================================
```

| DATE | NAME | DESCRIPTION | HOURS |
|---|---|---|---|
| 09/12/06 | J KASTIN | ATTEND MEET AND CONFER AND MEETINGS WITH SKADDEN AND OMM TRIAL TEAMS REGARDING SAME | 2.40 |
| 09/12/06 | J KASTIN | CORRESPONDENCE WITH R. JANGER, B. GOLDSTEIN AND J. KOHN REGARDING CASE STATUS | .60 |
| 09/12/06 | JI KOHN | REVIEW COMMUNICATIONS; ATTEND MEETINGS WITH TRIAL TEAM; ATTEND MEET AND CONFER MEETING | 3.00 |
| 09/12/06 | JI KOHN | HEARING PREPARATION | 1.70 |
| 09/12/06 | M JANIAK OLIVER | REVISE THIRD SUPPLEMENTAL DECLARATION OF BERNARD QUICK | .80 |
| 09/12/06 | M JANIAK OLIVER | DRAFT E-MAIL TO B. GOLDSTEIN, J. KASTIN, R. JANGER REGARDING FINALIZING DECLARATIONS | .30 |
| 09/12/06 | R JANGER | COMMUNICATIONS REGARDING DELPHI HEARING PREPARATIONS WITH J. KASTIN AND TEAM | .40 |
| 09/12/06 | TA JERMAN | REVIEW / ANALYZE MATERIALS FROM DTM MEETING, DRAFT DECLARATIONS | 2.60 |
| 09/12/06 | TA JERMAN | ATTEND MEET-AND-CONFER | 1.50 |
| 09/12/06 | TA JERMAN | ATTEND CONFERENCE CALL WITH SKADDEN, OMM ATTORNEYS REGARDING HEARING PREP | .70 |
| 09/12/06 | TA JERMAN | TELEPHONE CONFERENCES WITH B. SAX REGARDING NEGOTIATIONS, 1113 ISSUES | .80 |
| 09/13/06 | B GOLDSTEIN | REVISE SUPPLEMENTAL DECLARATIONS FOR BARGAINING WITNESSES AND REVIEW BACKGROUND DOCUMENTS REGARDING FOREGOING TO PREPARE FOR SECTION 1113 HEARING | 2.30 |
| 09/13/06 | B GOLDSTEIN | REVIEW EMAIL CORRESPONDENCE REGARDING MEET AND CONFER AND UPDATES REGARDING SECTION 1113 HEARING | .40 |
| 09/13/06 | J KASTIN | TELECONFERENCES WITH SKADDEN REGARDING CASE STATUS; REVIEW AND COMPILE MOST RECENT COLLECTIVE BARGAINING PROPOSALS FOR SUBMISSION TO THE COURT | 1.10 |

```
Client:   DELPHI CORPORATION                                    OCTOBER 25, 2006
Matter:   SECTION 1113/1114 ADVICE                              Invoice  667074
File No.: 0207998-00001                                         Page No.       7
================================================================================
```

| DATE | NAME | DESCRIPTION | HOURS |
|---|---|---|---|
| 09/13/06 | J KASTIN | TELECONFERENCES WITH B. GOLDSTEIN AND R. JANGER REGARDING CASE STATUS | .40 |
| 09/13/06 | JI KOHN | HEARING PREPARATION; INTERNAL COMMUNICATIONS REGARDING MEET AND CONFER | 1.80 |
| 09/13/06 | M JANIAK OLIVER | ANALYZE MATERIALS FOR BINDERS REGARDING ALL PROPOSALS | .20 |
| 09/13/06 | R JANGER | CONFERENCE WITH T. JERMAN REGARDING DELPHI STATUS | .20 |
| 09/13/06 | R JANGER | COMMUNICATIONS WITH J. KOHN REGARDING DELPHI STATUS | .20 |
| 09/13/06 | R JANGER | REVIEW AND ANALYZE DISCOVERY AND DECLARATION ISSUES | .60 |
| 09/13/06 | R JANGER | DRAFT AND REVISE LETTER REGARDING UNION ISSUES AND COMMUNICATIONS WITH T. JERMAN REGARDING SAME | .80 |
| 09/13/06 | TA JERMAN | TELEPHONE CONFERENCES, E-MAILS WITH DELPHI, SKADDEN, OMM ATTORNEYS REGARDING NEGOTIATIONS, 1113 HEARING | 1.80 |
| 09/14/06 | B GOLDSTEIN | REVIEW MEMO REPORT AND EMAIL CORRESPONDENCE REGARDING STATUS OF SECTION 1113 HEARING | .50 |
| 09/14/06 | J KASTIN | TRAVEL TO AND FROM COURT FOR MEET AND CONFER AND STATUS CONFERENCE (BILL AT 50%) | .65 |
| 09/14/06 | J KASTIN | ATTEND 1113/1114 MEET AND CONFER AND STATUS CONFERENCE | 1.70 |
| 09/14/06 | JI KOHN | REVIEW DOCUMENTS; PREPARE FOR CONFERENCE | .80 |
| 09/14/06 | JI KOHN | TRAVEL TO AND FROM COURT FOR MEET AND CONFER, AND COURT HEARING (BILL AT 50%) | .50 |
| 09/14/06 | JI KOHN | ATTEND MEET AND CONFER AND COURT HEARING | 2.40 |
| 09/14/06 | JI KOHN | REVIEW REPORT OF MEET AND CONFER | .20 |
| 09/14/06 | M JANIAK OLIVER | ANALYZE DOCUMENTS FOR BINDERS OF ALL PROPOSALS BY UNION | .20 |

```
Client:   DELPHI CORPORATION                                    OCTOBER 25, 2006
Matter:   SECTION 1113/1114 ADVICE                              Invoice   667074
File No.: 0207998-00001                                         Page No.        8
```
================================================================================

| DATE | NAME | DESCRIPTION | HOURS |
|---|---|---|---|
| 09/14/06 | R JANGER | REVIEW AND ANALYZE STATUS AND ADJOURNMENT AND PLANNING ISSUES | .20 |
| 09/14/06 | TA JERMAN | ATTEND MEET-AND-CONFER, CONFERENCE WITH JUDGE | 1.80 |
| 09/14/06 | TA JERMAN | CONFERENCE WITH R. JANGER REGARDING UNION LETTERS | .30 |
| 09/14/06 | TA JERMAN | TELEPHONE CONFERENCES, E-MAILS WITH DELPHI, SKADDEN, OMM ATTORNEYS REGARDING STATUS CONFERENCE, NEGOTIATIONS, 1113 HEARING | 1.10 |
| 09/15/06 | B GOLDSTEIN | REVIEW INFORMATION REGARDING HIRING OF TEMPORARY WORKERS AT IUE PLANTS | .50 |
| 09/15/06 | JI KOHN | REVIEW DOCUMENTS | .80 |
| 09/15/06 | TA JERMAN | CONFERENCE WITH R. JANGER REGARDING SPLINTER UNION REQUESTS | .30 |
| 09/16/06 | JI KOHN | REVIEW MESABA DECISION | 1.40 |
| 09/18/06 | RA SIEGEL | DTM CONFERENCE CALL | .50 |
| 09/18/06 | TA JERMAN | ATTEND DTM MEETING | 2.70 |
| 09/18/06 | TA JERMAN | REVIEW / ANALYZE RESPONSES TO UNION INFORMATION REQUESTS | .30 |
| 09/19/06 | TA JERMAN | CONFERENCES, E-MAILS WITH DELPHI, OMM REGARDING NEGOTIATIONS, ATTRITION PROGRAM | .70 |
| 09/21/06 | TA JERMAN | CONFERENCES, E-MAILS WITH DELPHI, OMM REGARDING NEGOTIATIONS, GM DISCUSSIONS | .40 |
| 09/22/06 | J KASTIN | TELECONFERENCE WITH L. WILSON REGARDING BENEFITS DATA | .20 |
| 09/22/06 | R JANGER | REVIEW AND ANALYZE DELPHI TASK CODE ISSUES | .20 |
| 09/22/06 | S HAUF | DRAFT AND REVISE COMMUNICATIONS TO TEAM MEMBERS REGARDING NEW USE OF TASK CODES FOR BILLING | .20 |

```
Client:   DELPHI CORPORATION                                OCTOBER 25, 2006
Matter:   SECTION 1113/1114 ADVICE                          Invoice   667074
File No.: 0207998-00001                                     Page No.    9
========================================================================
```

| DATE | NAME | DESCRIPTION | HOURS |
|---|---|---|---|
| 09/22/06 | TA JERMAN | ATTEND CONFERENCE CALLS WITH DELPHI REGARDING OPEB, PENSION PROPOSAL | 2.00 |
| 09/22/06 | TA JERMAN | REVIEW / ANALYZE BENEFIT, PENSION PROPOSAL. FRAMEWORK AGREEMENT SUMMARY | 1.40 |
| 09/22/06 | TA JERMAN | CONFERENCES, E-MAILS WITH DELPHI, SKADDEN, OMM REGARDING NEGOTIATIONS, GM DISCUSSIONS | .50 |
| 09/24/06 | TA JERMAN | ATTEND CONFERENCE CALL WITH J. BUTLER, K. BUTLER, B. SAX REGARDING STATUS OF NEGOTIATIONS | 1.00 |
| 09/25/06 | B GOLDSTEIN | REVIEW REVISED SCHEDULING ORDER AND EMAIL CORRESPONDENCE REGARDING FOREGOING | .50 |
| 09/25/06 | JI KOHN | REVIEW COMMUNICATIONS FROM T. JERMAN REGARDING STATUS; REVIEW OTHER DOCUMENTS | .20 |
| 09/25/06 | TA JERMAN | CORRESPOND WITH OMM ATTORNEYS REGARDING STATUS OF HEARING | .50 |
| 09/25/06 | TA JERMAN | REVIEW / ANALYZE RESPONSES TO UNION INFORMATION REQUESTS | .30 |
| 09/26/06 | JI KOHN | REVIEW DOCUMENTS | .10 |
| 09/27/06 | JI KOHN | REVIEW SCHEDULING ORDER; INTERNAL CONFERENCE WITH J. KASTIN | .20 |
| 09/27/06 | S HAUF | REVIEW AND ANALYZE ELECTRONIC LCC SUBMISSION FOR JULY | .20 |
| 09/28/06 | B GOLDSTEIN | REVIEW AND ANALYZE FINAL PRESENTATION REPORT FOR CHANIN MEETING | .80 |
| 09/28/06 | J KASTIN | TELECONFERENCE WITH J. KOHN, T. JERMAN AND R. JANGER REGARDING CASE STATUS | .20 |
| 09/28/06 | JI KOHN | TRAVEL TO AND FROM COURT (BILL AT 50%) | .50 |
| 09/28/06 | JI KOHN | ATTEND STATUS CONFERENCE | 1.00 |
| 09/28/06 | JI KOHN | TELEPHONE CONFERENCE WITH OMM TEAM REGARDING STATUS CONFERENCE UPDATE | .20 |
| 09/28/06 | R JANGER | CONFERENCE WITH J. KOHN, J. KASTIN AND T. JERMAN REGARDING STATUS CONFERENCE | .10 |

```
Client:   DELPHI CORPORATION                                    OCTOBER 25, 2006
Matter:   SECTION 1113/1114 ADVICE                              Invoice  667074
File No.: 0207998-00001                                         Page No.   10
```

| DATE | NAME | DESCRIPTION | HOURS |
|---|---|---|---|
| 09/28/06 | TA JERMAN | TELEPHONE CONFERENCE WITH J. KOHN REGARDING STATUS CONFERENCE, HEARING | .40 |
| 09/28/06 | TA JERMAN | REVIEW / ANALYZE PRESENTATIONS TO IUE, CHANIN | 1.30 |
| 09/29/06 | JI KOHN | REVIEW DOCUMENTS | .70 |
| 09/29/06 | R JANGER | REVIEW AND ANALYZE BILLING ISSUES | .40 |
| 09/29/06 | S HAUF | REVIEW AND ANALYZE ELECTRONIC LCC SUBMISSION FOR JULY | .10 |
| 09/29/06 | TA JERMAN | TELEPHONE CONFERENCE WITH B. SAX REGARDING NEGOTIATIONS, STATUS OF HEARING | .70 |
| 09/30/06 | JI KOHN | REVIEW DOCUMENTS / PROPOSALS | 1.50 |
| * * Subtotal: | | **ATTORNEY HOURS** | 154.15 |

**Group: Paralegal/Litigation Support**

| DATE | NAME | DESCRIPTION | HOURS |
|---|---|---|---|
| 09/01/06 | M WOO | DEPOSITION CITE CHECK | 2.70 |
| 09/05/06 | M WOO | ORGANIZE CASE DOCUMENTS | 8.50 |
| 09/06/06 | M WOO | UPDATE CASE ADMINISTRATIVE BINDER | .80 |
| 09/06/06 | M WOO | RETRIEVE DOCUMENTS FOR ATTORNEY | .80 |
| 09/06/06 | M WOO | ORGANIZE CASE DOCUMENTS | 6.30 |
| 09/07/06 | M WOO | ORGANIZE CASE DOCUMENTS | 2.00 |
| 09/08/06 | M WOO | ORGANIZE CASE DOCUMENTS | .50 |
| 09/11/06 | M WOO | ORGANIZE CASE COURT DOCUMENTS | 8.00 |
| 09/12/06 | M WOO | UPDATE CASE ADMINISTRATIVE BINDER | .70 |
| 09/12/06 | M WOO | ORGANIZE CASE COURT DOCUMENTS | 3.10 |
| 09/14/06 | M WOO | ORGANIZE AND UPDATE COURT CLIP | 1.20 |
| 09/25/06 | M WOO | UPDATE INDEX FOR COURT CLIP | .80 |

```
Client:   DELPHI CORPORATION                                    OCTOBER 25, 2006
Matter:   SECTION 1113/1114 ADVICE                              Invoice   667074
File No.: 0207998-00001                                         Page No.  11
================================================================================
```

| DATE | NAME | DESCRIPTION | HOURS |
|---|---|---|---|
| | | | ------ |
| * * Subtotal: | | PARALEGAL/LITIGATION SUPPORT HOURS | 35.40 |

**Group: Administrative/Other**

| DATE | NAME | DESCRIPTION | HOURS |
|---|---|---|---|
| 09/06/06 | KR WHITMAN | RESEARCH AND OBTAIN MATERIALS FROM DELTA BANKRUPTCY. | .50 |
| 09/07/06 | M BROWNE | ORGANIZE CASE COURT DOCUMENTS | 2.80 |
| * * Subtotal: | | ADMINISTRATIVE/OTHER HOURS | 3.30 |

```
TOTAL CHARGEABLE HOURS -----------------------------------------     192.85


FEES --------------------------------------------------------------  $109,155.25 *
```

**SUPPORT SERVICES AND CHARGES**

```
    COPYING                                          1,023.35
    TELEPHONE                                             .44
    LOCAL TRAVEL                                        29.58
    EXPENSE REPORT OTHER - INCL. OUT OF TOWN         1,326.90
    EXPERTS                                         61,668.39
    OTHER                                                5.00
    SCANNING SERVICES                                   15.90
                                                    ---------

TOTAL SUPPORT SERVICES AND CHARGES ----------------------------     $64,069.56 *



TOTAL CURRENT INVOICE-----------------------------------------      $173,224.81 *
```

**Outstanding Invoices as of November 15, 2006**

| Invoice | Date | Inv. Amount | Payments | Adj | Balance |
|---|---|---|---|---|---|
| 635645 | 11/30/05 | 87,004.34 | .00 | .00 | 87,004.34 |
| 638272 | 12/20/05 | 540,113.64 | 490,247.62 | .00 | 49,866.02 |
| 638343 | 12/19/05 | 245,585.48 | 222,521.68 | .00 | 23,063.80 |
| 641868 | 01/23/06 | 262,916.97 | 238,645.72 | .00 | 24,271.25 |
| 643162 | 02/24/06 | 364,408.39 | 329,324.32 | .00 | 35,084.07 |

```
Client:   DELPHI CORPORATION                                    OCTOBER 25, 2006
Matter:   SECTION 1113/1114 ADVICE                              Invoice  667074
File No.: 0207998-00001                                         Page No.     12
================================================================================

   Invoice   Date     Inv. Amount    Payments       Adj        Balance
   -------   ----     -----------    --------       ---        -------

   644950  03/20/06    751,524.85    695,639.60     .00        55,885.25
   650879  04/28/06    825,695.35    761,039.43     .00        64,655.92
   652051  05/24/06  1,063,892.71    981,080.81     .00        82,811.90
   654466  06/26/06  1,362,671.17  1,254,161.23     .00       108,509.94
   659929  07/28/06    368,128.04    326,215.59     .00        41,912.45
   660892  08/25/06    429,566.85    382,805.20     .00        46,761.65
   663855  09/25/06    541,728.60    460,104.90     .00        81,623.70
   667074  10/25/06    173,224.81          .00      .00       173,224.81
```

TOTAL PRIOR DUE  ---------------------------------------------------  $874,675.10 *

**TOTAL AMOUNT DUE**  -----------------------------------------------  $1,047,899.91 **

*Please Remit Payment to:*

By Mail:
 *O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436*
By Wire Transfer:
 *Citibank, N.A., NY, ABA #021000089, Beneficiary: O'Melveny & Myers LLP, #4078-0224
 Please include invoice number or matter number in Advice*

*For questions please contact Rachel Chan at (213) 430-6459.*

```
Client:   DELPHI CORPORATION                                OCTOBER 25, 2006
Matter:   SECTION 1113/1114 ADVICE                          Invoice  667074
File No.: 0207998-00001                                     Page No.     13
================================================================================
```

SECTION 1113/1114 ADVICE

THE FOLLOWING IS A SUMMARY OF THE TIME DEDICATED TO THIS MATTER BY THE FIRM'S PROFESSIONAL STAFF:

|  | HOURS | RATE | FEES |
|---|---|---|---|
| **Group: Attorney** | | | |
| DEEPA AMBEKAR | 3.00 | 310.00 | $930.00 |
| BARRY H GOLDSTEIN | 32.00 | 660.00 | $21,120.00 |
| STACY HAUF | .50 | 280.00 | $140.00 |
| RACHEL S JANGER | 5.90 | 495.00 | $2,920.50 |
| MELISSA JANIAK OLIVER | 6.00 | 310.00 | $1,860.00 |
| TOM A. JERMAN | 59.20 | 725.00 | $42,920.00 |
| JESSICA KASTIN | 14.35 | 495.00 | $7,103.25 |
| JEFFREY I. KOHN | 28.20 | 795.00 | $22,419.00 |
| ROBERT A. SIEGEL | 5.00 | 735.00 | $3,675.00 |
| * * Subtotal: | 154.15 | | $103,087.75 |
| **Group: Paralegal/Litigation Support** | | | |
| MICHELLE WOO | 35.40 | 160.00 | $5,664.00 |
| * * Subtotal: | 35.40 | | $5,664.00 |
| **Group: Administrative/Other** | | | |
| MONIFA BROWNE | 2.80 | 95.00 | $266.00 |
| KEITH R WHITMAN | .50 | 275.00 | $137.50 |
| * * Subtotal: | 3.30 | | $403.50 |
| * * GRAND TOTAL: | 192.85 | | $109,155.25 |

```
Client:    DELPHI CORPORATION                                         10/25/06
Matter:    SECTION 1113/1114 ADVICE
File No.:  0207998-00001
================================================================================
DATE        QUANTITY        DESCRIPTION                                AMOUNT


COPYING
09/05/06         8          COPYING (COPITRAK-INTERNAL) NINO  LINDA       0.80
                            Pages: 8
09/05/06         2          Pages: 2                                     0.20
09/05/06         8          Pages: 8                                     0.80
09/05/06         1          SPECIALTY PHOTOCOPYING AND OVERTIME         34.00
                            BILLING   COLOR COPIES-M.OLIVER-JANIAK
09/05/06       110          Pages: 110                                  11.00
09/05/06        86          COPYING (COPITRAK-INTERNAL) JANIAK           8.60
                            OLIVER   MELISSA Pages: 86
09/05/06        51          COPYING (COPITRAK-INTERNAL) JANIAK           5.10
                            OLIVER   MELISSA Pages: 51
09/05/06         1          Pages: 1                                     0.10
09/05/06       109          Pages: 109                                  10.90
09/05/06         1          Pages: 1                                     0.10
09/05/06        14          Pages: 14                                    1.40
09/05/06        11          Pages: 11                                    1.10
09/06/06         2          Pages: 2                                     0.20
09/06/06        54          Pages: 54                                    5.40
09/06/06         3          Pages: 3                                     0.30
09/06/06        90          Pages: 90                                    9.00
09/06/06       157          Pages: 157                                  15.70
09/06/06        49          Pages: 49                                    4.90
09/06/06       107          Pages: 107                                  10.70
09/07/06        84          Pages: 84                                    8.40
09/07/06         1          SPECIALTY PHOTOCOPYING AND OVERTIME         276.25
                            BILLING   T.JERMAN-COLOR COPIES
09/07/06        83          Pages: 83                                    8.30
09/07/06        23          Pages: 23                                    2.30
09/07/06        84          Pages: 84                                    8.40
09/07/06       157          Pages: 157                                  15.70
09/07/06        84          Pages: 84                                    8.40
09/07/06         2          Pages: 2                                     0.20
09/07/06        84          Pages: 84                                    8.40
09/07/06        34          Pages: 34                                    3.40
09/10/06        38          Pages: 38                                    3.80
09/10/06        34          Pages: 34                                    3.40
09/10/06        94          Pages: 94                                    9.40
09/10/06        62          Pages: 62                                    6.20
09/10/06        34          Pages: 34                                    3.40
09/10/06        29          Pages: 29                                    2.90
09/10/06       230          Pages: 230                                  23.00
09/10/06        47          Pages: 47                                    4.70
09/11/06        30          Pages: 30                                    3.00
09/11/06         2          Pages: 2                                     0.20
09/11/06        30          Pages: 30                                    3.00
09/11/06        48          Pages: 48                                    4.80
09/11/06        21          Pages: 21                                    2.10
09/11/06        34          Pages: 34                                    3.40
09/11/06        30          Pages: 30                                    3.00
09/11/06        34          Pages: 34                                    3.40
```

```
Client:    DELPHI CORPORATION                                              10/25/06
Matter:    SECTION 1113/1114 ADVICE
File No.:  0207998-00001
========================================================================
DATE        QUANTITY        DESCRIPTION                                    AMOUNT

09/11/06         29         Pages: 29                                        2.90
09/11/06         28         Pages: 28                                        2.80
09/11/06        157         Pages: 157                                      15.70
09/11/06         34         Pages: 34                                        3.40
09/12/06         85         Pages: 85                                        8.50
09/12/06          4         Pages: 4                                         0.40
09/12/06         13         Pages: 13                                        1.30
09/12/06         42         Pages: 42                                        4.20
09/12/06          3         Pages: 3                                         0.30
09/12/06          3         Pages: 3                                         0.30
09/12/06          5         Pages: 5                                         0.50
09/12/06         11         Pages: 11                                        1.10
09/12/06          7         Pages: 7                                         0.70
09/12/06         10         Pages: 10   LI    EFFIE Pages: 1                 1.00
09/12/06         19         Pages: 19                                        1.90
09/12/06         55         Pages: 55                                        5.50
09/12/06         32         Pages: 32                                        3.20
09/12/06         18         Pages: 18                                        1.80
09/12/06         35         Pages: 35                                        3.50
09/12/06         15         Pages: 15                                        1.50
09/12/06          2         Pages: 2                                         0.20
09/12/06          2         Pages: 2                                         0.20
09/12/06          5         Pages: 5                                         0.50
09/12/06         12         Pages: 12                                        1.20
09/12/06         99         Pages: 99                                        9.90
09/12/06         20         Pages: 20                                        2.00
09/12/06         10         Pages: 10                                        1.00
09/12/06          5         Pages: 5                                         0.50
09/12/06         10         Pages: 10                                        1.00
09/12/06          2         Pages: 2                                         0.20
09/12/06          1         Pages: 1                                         0.10
09/12/06         10         Pages: 10                                        1.00
09/12/06         10         Pages: 10                                        1.00
09/12/06         10         Pages: 10                                        1.00
09/12/06         22         Pages: 22                                        2.20
09/12/06         10         Pages: 10                                        1.00
09/12/06         36         Pages: 36                                        3.60
09/12/06         29         Pages: 29                                        2.90
09/12/06          5         Pages: 5                                         0.50
09/12/06        152         Pages: 152                                      15.20
09/12/06          6         Pages: 6                                         0.60
09/12/06         17         Pages: 17                                        1.70
09/13/06         48         Pages: 48                                        4.80
09/13/06         26         Pages: 26                                        2.60
09/13/06        456         Pages: 456                                      45.60
09/14/06         37         COPYING (COPITRAK-INTERNAL) NINO   LINDA         3.70
                            Pages: 37
09/14/06         66         Pages: 66                                        6.60
09/15/06         54         Pages: 54                                        5.40
09/15/06          9         Pages: 9                                         0.90
09/15/06        107         Pages: 107                                      10.70
09/15/06          9         Pages: 9                                         0.90
```

```
Client:    DELPHI CORPORATION                                          10/25/06
Matter:    SECTION 1113/1114 ADVICE
File No.:  0207998-00001
================================================================================
DATE          QUANTITY        DESCRIPTION                              AMOUNT

09/18/06      256             Pages: 256                                25.60
09/18/06       99             Pages: 99                                  9.90
09/18/06        3             Pages: 3                                   0.30
09/18/06       29             Pages: 29                                  2.90
09/18/06       32             Pages: 32                                  3.20
09/18/06        1             Pages: 1                                   0.10
09/18/06        1             Pages: 1                                   0.10
09/18/06      152             Pages: 152                                15.20
09/18/06       55             Pages: 55                                  5.50
09/18/06       99             Pages: 99                                  9.90
09/18/06       36             Pages: 36                                  3.60
09/18/06       85             Pages: 85                                  8.50
09/18/06       23             COPYING (COPITRAK-INTERNAL) NINO   LINDA   2.30
                              Pages: 23
09/18/06      256             Pages: 256                                25.60
09/18/06       12             COPYING (COPITRAK-INTERNAL) NINO   LINDA   1.20
                              Pages: 12
09/18/06       35             Pages: 35                                  3.50
09/18/06       42             Pages: 42                                  4.20
09/18/06       85             Pages: 85                                  8.50
09/19/06        1             COPYING (COPITRAK-INTERNAL) NINO   LINDA   0.10
                              Pages: 1
09/19/06        1             COPYING (COPITRAK-INTERNAL) NINO   LINDA   0.10
                              Pages: 1
09/20/06        8             Pages: 8                                   0.80
09/20/06        4             Pages: 4                                   0.40
09/21/06      560             COPYING (COPITRAK-INTERNAL)               56.00
                              GOLDSTEIQFZB Pages: 560
09/21/06      150             COPYING (COPITRAK-INTERNAL)               15.00
                              GOLDSTEIQFZB Pages: 150
09/21/06      579             COPYING (COPITRAK-INTERNAL) GOLDSTEIN     57.90
                              BARRY H Pages: 579
09/22/06       28             Pages: 28 FOOTE   KATIE Pages: 1           2.80
09/22/06      242             COPYING (COPITRAK-INTERNAL) GOLDSTEIN     24.20
                              BARRY H Pages: 242
09/26/06        1             Pages: 1                                   0.10
09/27/06       12             Pages: 12                                  1.20
09/28/06       23             Pages: 23                                  2.30
09/28/06        4             Pages: 4                                   0.40
09/28/06       30             Pages: 30                                  3.00
* * SUBTOTAL:  COPYING                                               1,023.35

TELEPHONE
09/11/06        1             EXT: 2169       TEL: 3012665605            0.09
                              WALDORF,   MD
09/13/06        1             EXT: 2169       TEL: 3124070974            0.26
                              CHICGOZN   IL
09/13/06        1             EXT: 2169       TEL: 2488131192   TROY,    0.09
                              MI   MI
* * SUBTOTAL:  TELEPHONE                                                 0.44

LOCAL TRAVEL
```

```
Client:    DELPHI CORPORATION                                              10/25/06
Matter:    SECTION 1113/1114 ADVICE
File No.:  0207998-00001
========================================================================
DATE           QUANTITY         DESCRIPTION                               AMOUNT

09/28/06          1              LOCAL TRAVEL (TAXI)                       29.58
 * * SUBTOTAL:  LOCAL TRAVEL                                               29.58

EXPENSE REPORT OTHER - INCL. OUT OF TRAVEL
09/25/06          1              EXPENSE REPORT OTHER - INCL. OUT OF        4.00
                                 TOWN TRAVEL - - VENDOR: JEFFREY I. KOHN
                                 9/14 SUBWAY FARES TO/FROM CT
09/30/06          1              OUT-OF-TOWN TRAVEL (DIRECT BILL FIRM -  1,293.60
                                 AIRFARE)   B GOLDSTEIN,LGA PIT
                                 LGA,5979,9/25
10/19/06          1              EXPENSE REPORT OTHER - INCL. OUT OF       29.30
                                 TOWN TRAVEL - - VENDOR: RACHEL S.
                                 JANGER   8/9 TAXI
 * * SUBTOTAL:  EXPENSE REPORT OTHER - INCL. OUT OF TOWN TRAVEL         1,326.90

EXPERTS
10/19/06          1              EXPERTS (HOLD) - - VENDOR: PAYCRAFT    61,668.39
                                 CONSULTING, LLC   T JERMAN-PROF SVC REND
                                 RE US LABOR MODELING SUPPORT-GES
                                 BUDGETING,TRAVEL EXP,9/30
 * * SUBTOTAL:  EXPERTS                                                61,668.39

OTHER
09/20/06          2              OTHER (INTERNAL BINDERY)                   2.50
09/22/06          2              OTHER (INTERNAL BINDERY)                   2.50
 * * SUBTOTAL:  OTHER                                                       5.00

SCANNING SERVICES
08/31/06        149              SCANNING SERVICES                         14.90
09/07/06          2              SCANNING SERVICES (ACCUROUTE) Morris,      0.20
                                 Linda           Pages: 5
09/11/06          5              SCANNING SERVICES (ACCUROUTE) Kastin,      0.50
                                 Jessica         Pages: 5
09/20/06          3              SCANNING SERVICES (ACCUROUTE) Ambekar,     0.30
                                 Deepa           Pages: 3
 * * SUBTOTAL:  SCANNING SERVICES                                          15.90

       TOTAL                                                           64,069.56
```