Exhibit "E"

## Summary Chart

*In re: Delphi Corporation, et al.*

**CASE NO. 05-44481 (CHAPTER 11)**

**Name of Applicant:  O'Melveny & Myers LLP**

**Role:  Special Labor Counsel to Debtors**

| | | |
|---|---|---|
| **Current Application:** | **Fees Requested:** | $ 958,052.25 |
| | **Expenses Requested:** | $ 552,004.05 |
| **RETAINER PAID: $300,000.00** | | |

### A. Summary of Timekeepers

| Timekeeper | Year Admitted | Dept. | Rate Hours | Hours[1] | Amount |
|---|---|---|---|---|---|
| **Attorneys** | | | | | |
| Jeffrey Kohn | 1985 | Adversarial/Labor | $ 795.00 | 199.15 | $ 158,324.25 |
| Robert Siegel | 1975 | Adversarial/Labor | $ 735.00 | 50.50 | $ 37,117.50 |
| Tom A. Jerman | 1981 | Adversarial/Labor | $ 725.00 | 355.70 | $ 257,882.50 |
| Barry H. Goldstein | 1990 | Adversarial | $ 660.00 | 231.00 | $ 152,460.00 |
| Rachel S. Janger | 1999 | Adversarial/Labor | $ 495.00 | 194.30 | $ 96,178.50 |
| Jessica Kastin | 2002 | Adversarial/Labor | $ 495.00 | 203.50 | $ 100,732.50 |
| Kyra Grundeman | 2004 | Adversarial | $ 340.00 | 0.10 | $ 34.50 |
| Deepa Ambekar | 2005 | Adversarial/Labor | $ 310.00 | 92.10 | $ 28,551.00 |
| Melissa Janiak-Oliver | 2006 | Adversarial/Labor | $ 310.00 | 177.25 | $ 54,947.50 |
| Stacy Hauf | 2006 | Adversarial | $ 280.00 | 70.70 | $ 19,796.00 |
| Adam Hellman | 2006 | Adversarial/Labor | $ 280.00 | 52.20 | $ 14,616.00 |
| **Attorney Total** | | | | 1,626.50 | $ 920,639.75 |
| **Attorney Blended Rate** | | | | | $ 566.03 |

---

[1]    Although all professionals record time in increments of one-tenth of an hour, due to O'Melveny's voluntary write-off of one-half of travel time, the total hours billed for certain professionals are expressed in one-hundredths of an hour.

| **Paraprofessionals**[2] | | | | | |
|---|---|---|---|---|---|
| Keith Whitman | | Adversarial | $ 275.00 | 2.00 | $ 550.00 |
| Steve Mauriello | | Adversarial | $ 230.00 | 1.50 | $ 345.00 |
| Ross Neglia | | Adversarial | $ 190.00 | 1.00 | $ 190.00 |
| Patrick McKegney | | Adversarial | $ 160.00 | 4.0 | $ 640.00 |
| Michelle Woo | | Adversarial | $ 160.00 | 220.40 | $ 35,264.00 |
| Monifa Browne | | Adversarial | $ 95.00 | 2.80 | $ 266.00 |
| Michael Montalto | | Court Services | $ 35.00 | 3.00 | $ 105.00 |
| Anthony Sierra | | Court Services | $ 35.00 | 1.50 | $ 52.50 |
| | | | | | |
| **Paraprofessional Total** | | | | **236.20** | **$ 37,412.50** |
| **Paraprofessional Blended Rate** | | | | | **$ 158.39** |
| **Attorney and Paraprofessional Total** | | | | **1,862.70** | **$ 958,052.25** |
| **Blended Hourly Rate of Attorneys and Paraprofessionals** | | | | | **$ 514.36** |

---

[2]  O'Melveny has voluntarily written off $2,592.00 for 16.20 hours of work performed by Edward Jones, a summer associate, inadvertently charged to the Debtors in the June 2006 invoice. This write-off is reflected in the paraprofessional total hours and fees as listed in the chart above. Details of the write-off are as follows:

| **Timekeeper** | **Date** | **Rate Hours** | **Hours** | **Amount** |
|---|---|---|---|---|
| | | | | |
| Edward Jones, Summer Associate | 06/01/2006 | $160.00 | 0.50 | $ 80.00 |
| | 06/01/2006 | $160.00 | 2.00 | $ 320.00 |
| | 06/02/2006 | $160.00 | 2.30 | $ 368.00 |
| | 06/06/2006 | $160.00 | 1.40 | $ 224.00 |
| | 06/06/2006 | $160.00 | 3.80 | $ 608.00 |
| | 06/07/2006 | $160.00 | 5.20 | $ 832.00 |
| | 06/13/2006 | $160.00 | 1.00 | $ 160.00 |
| **Total Write-off** | | | **16.20** | **$ 2,592.00** |