Exhibit "F"

## Expenses By Type

| Cost Code | Billed Amount | Category |
|---|---:|---|
| E101E | $ 3,584.10 | Copying (Equitrac - Internal) |
| E101E | $ 310.25 | Specialty Photocopying |
| E105A | $ 72.41 | Telephone (Accounts Payable) |
| E106W | $ 1,778.76 | Online Research (Westlaw) |
| E106L | $ 66.46 | Online Research (Lexis-Nexis) |
| E106M | $ 2.56 | Online Research (Miscellaneous) |
| E107 | $ 619.06 | Delivery Services/Messengers |
| E109TX | $ 2,047.73 | Local Travel (Taxi) |
| E109A | $ 682.60 | Local Travel (Accounts Payable) |
| E110 | $ 40,810.66 | Expense Report Other - Include Out of Town |
| E110EM | $ 3,367.59 | Out of Town Travel (Expense Report-Meals) |
| E110T | $ 2,102.50 | Out of Town Travel (Direct Bill Firm-Airfare) |
| E111A | $ 379.37 | Meals (Business Meeting Meals) |
| E112A | $ 1.00 | Court Fees/Filing Fees |
| E115A | $ 2,874.31 | Deposition Transcripts |
| E116A | $ 11,425.80 | Trial Transcripts |
| E119A | $ 79,539.98 | Experts (Accounts Payable) |
| E119H | $ 174,892.33 | Experts (Hold) |
| E123A | $ 226,038.66 | Other Professionals |
| E124A | $ 1,038.02 | Other (Accounts Payable) |
| E124B1 | $ 30.00 | Other (Internal Bindery) |
| E130S | $ 339.90 | Scanning Services |
| | | |
| Total Third Interim Period Expenses | $ 552,004.05 | |