O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5300
Robert A. Siegel (RS 0922)
Tom A. Jerman (TJ 1129)

Attorneys for Delphi Corporation, <u>et al.</u>,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, <u>et al.</u>, | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

**CERTIFICATE OF SERVICE OF THIRD INTERIM APPLICATION OF
O'MELVENY & MYERS LLP FOR ORDER AUTHORIZING AND APPROVING
<u>COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>**

     I hereby certify that, pursuant to the Order Under 11 U.S.C. § 331 Establishing

Procedures For Interim Compensation and Reimbursement Of Expenses Of Professionals, filed

on November 4, 2005, as supplemented ("Interim Compensation Order"), copies of O'Melveny

& Myers LLP's Third Interim Application For Order Authorizing And Approving Compensation

and Reimbursement Of Expenses was served, on this the 30th day of November 2006, by

overnight delivery, on:

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Attn:  David Sherbin, Esq.
Attn:  John D. Sheehan

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
Attn:  John Wm. Butler, Jr., Esq.

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
Attn:  Alicia M. Leonhard, Esq.

GE Plastics America
9930 Kincey Avenue
Huntersville, NC 28078
Attn:  Valerie Venable

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
Attn:  Bonnie Steingart

Davis Polk & Wardell
450 Lexington Avenue
New York, New York 10017
Attn:  Donald Bernstein, Esq.
Attn:  Brian Resnick, Esq.

Latham & Watkins LLP
885 Third Avenue
New York, New York 10022-4802
Attn:  Robert J. Rosenberg, Esq.

Simpson Thacher & Bartlett LLP
425  Lexington Avenue
New York, New York 10017
Attn:  Kenneth S. Ziman, Esq.
Attn:  Robert H. Trust, Esq.

Legal Cost Control, Inc.
255 Kings Highway East
Haddonfield, NJ 08033
Attn:  John J. Marquess

I further certify that, pursuant to the Interim Compensation Order, notice of the filing of said Application has been provided, via electronic mail, to both the "Master Service List" and the "2002 List," as provided on the database at www.delphidocket.com, as of the date hereof.

DATED:    New York, New York
          November 30, 2006

MELISSA OLIVER-JANIAK (MJ 4771)
O'MELVENY & MYERS LLP


By___/s/ Melissa Oliver-Janiak_____
    Melissa Oliver-Janiak (MJ 4771)
    Attorney for Delphi Corporation,

et al., Debtors and Debtors-in-Possession