Hearing Date: **March 22, 2007**, at 10:00 a.m. (EST)
Objection Deadline: **March 15, 2007**, at 4:00 p.m. (EST)

WILMER CUTLER PICKERING HALE
 AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
(202) 663-6000
Charles Davidow (CD-7297)

Special Regulatory Counsel for the Audit
Committee of Delphi Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- x
                                 :
    In re                        :   Chapter 11
                                 :
DELPHI CORPORATION, et al.,      :   Case No. 05-44481 (RDD)
                                 :
                        Debtors. :   (Jointly Administered)
-------------------------------- x

**NOTICE OF HEARING ON THIRD INTERIM APPLICATION OF
WILMER CUTLER PICKERING HALE AND DORR LLP, SPECIAL
REGULATORY COUNSEL FOR THE AUDIT COMMITTEE OF THE
BOARD OF DIRECTORS OF DELPHI CORPORATION, FOR ALLOWANCE
OF COMPENSATION FOR SERVICES RENDERED AND EXPENSES
INCURRED FROM JUNE 1, 2006 THROUGH SEPTEMBER 30, 2006**

PLEASE TAKE NOTICE that on November 30, 2006, Wilmer Cutler Pickering Hale and Dorr LLP ("WCPHD"), special regulatory counsel for the Audit Committee of the Board of Directors of Delphi Corporation, a debtor in possession in the above-captioned cases, filed its third interim application, pursuant to section 330(a) of title 11 of the United States Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure, for the allowance of compensation for professional services rendered and for reimbursement of expenses incurred by WCPHD in connection with such services for the period from June 1, 2006 through September 30, 2006 (the "Third Interim Application").

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Third Interim Application will be held on March 22, 2007, at 10:00 a.m. (Prevailing Eastern Time) (the "Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Third Interim Application must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing (i) Omnibus Hearing Dates, (ii) Certain Notice, Case Management, And Administrative Procedures, And (iii) Scheduling An Initial Case Conference In Accordance With Local Bankr. R. 1007-2(e) (the "Case Management Order") (Docket No. 245), (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel), (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., Esq.), (iii) counsel for the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Att'n: Marissa Wesley, Esq.), (iv) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450

Lexington Avenue, New York, New York 10017 (Att'n: Marlane Melican, Esq.), (v) counsel for the Official Committee of Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg, Esq.), (vi) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard, Esq.), and (vii) special regulatory counsel to the Audit Committee of Delphi Corp., Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue, NW, Washington, DC 2006 (Att'n: Charles Davidow, Esq.), in each case so as to be **received** no later than **4:00 p.m. (Prevailing Eastern Time) on March 15, 2007** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein and in accordance with the Case Management Order will be considered at the Hearing. If no objections to the Third Interim Application filed by or before the Objection Deadline and served in accordance with the procedures set forth herein and in the Case Management Order, the Bankruptcy Court may enter an order granting the Third Interim Application without further notice.

Dated: Washington, DC
      November 30, 2006

WILMER CUTLER PICKERING HALE
 AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
(202) 663-6000
Charles Davidow (CD-7297)

Special Regulatory Counsel for the Audit
Committee of Delphi Corporation

/s/ Charles Davidow
Charles Davidow (CD-7297)