UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                  :

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

I, Jessamy K. Thomison, certify and say:

I am not a party to the action, am over 18 years of age, am employed by Covington & Burling LLP, and reside in New York, New York.

On November 30, 2006, I caused to be served true and correct copies of the Third Interim Application of Covington & Burling LLP, Foreign Trade and Special Corporate Committee Legal Counsel to the Debtors and Debtors-in-Possession, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2006 Through September 30, 2006, upon the following via overnight mail:

(i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098; (ii) counsel to the debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606; (iii) Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036; (iv) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004, Att'n: Alicia M. Leonhard; (v) counsel for the official committee of unsecured creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York, 10022-4802; (vi) fee and expense analyst to the fee committee, Legal Cost Control, Inc,. 255 Kings Highway East, Haddonfield, New Jersey 08033; and (vii) Chambers of the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

On November 30, 2006, I caused to be served true and correct copies of the Third Interim Application of Covington & Burling LLP, Foreign Trade and Special Corporate Committee Legal Counsel to the Debtors and Debtors-in-Possession, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2006 Through September 30, 2006, with the confidential and sensitive time records redacted, upon the following via overnight mail: (i) counsel for the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York, 10017; (ii) counsel for the agent under the Debtors' postpetition credit facility, Davis Polk & Wardell, 450 Lexington Avenue, New York, New York, 10017; and (iii) counsel to the committee of equity security holders, Fried, Frank, Harris, Shriver & Jacobson, One New York Plaza, New York, New York 10004.

On November 30, 2006, I caused to be served true and correct electronic copies of the Third Interim Application of Covington & Burling LLP, Foreign Trade and Special Corporate Committee Legal Counsel to the Debtors and Debtors-in-Possession, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2006 Through September 30, 2006, upon the following members of the fee committee via overnight mail: (i), GE Plastics, 9930 Kincey Avenue, Huntersville, NC 28078; (ii) David M. Sherbin Vice President & General Counsel, Delphi Corporation, 5725 Delphi Drive, Troy, MI 48098; (iii) John D. Sheehan, Vice President & Chief Restructuring Officer, Delphi Corporation, 5725 Delphi Drive, Troy, MI 48098, and (iv) Alicia M. Leonhard, 33 Whitehall Street, Suite 2100, New York, New York 10004.


_____/s/ Jessamy K. Thomison_____
Jessamy K. Thomison