**Hearing Date and Time:  March 22, 2007 10:00 a.m.**
                                  **Fee Committee Objection Deadline:  March 15, 2006 4:00 p.m.**

**COVINGTON & BURLING LLP**
1330 Avenue of the Americas
New York, NY 10019-5400
(212) 841-1000
Aaron R. Marcu (AM-6309)
Susan Power Johnston (SJ-9386)

Foreign Trade and Special Corporate Committee
Counsel to the Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF HEARING ON THIRD INTERIM APPLICATION
OF COVINGTON & BURLING LLP,
FOREIGN TRADE AND SPECIAL CORPORATE COMMITTEE LEGAL COUNSEL
TO THE DEBTORS AND DEBTORS-IN-POSSESSION,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD FROM JUNE 1, 2006 THROUGH SEPTEMBER 30, 2006**

       **PLEASE TAKE NOTICE** that on March 22, 2007 at 10:00 a.m., Covington &

Burling LLP, as foreign trade and special corporate committee legal counsel to the above-

captioned debtors and debtors-in-possession, will move before the Honorable Robert D. Drain,

United States Bankruptcy Judge for the Southern District of New York, in Courtroom 610 of the

United States Bankruptcy Court, One Bowling Green, New York, New York 10004, for entry of

an order approving its third interim application for allowance of compensation for professional services rendered and reimbursement of expenses incurred from June 1, 2006, through September 30, 2006 (the "**Compensation Period**") totaling $499,681.75, and for reimbursement of its actual and necessary expenses incurred during the Compensation Period totaling $22,535.33.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the proposed order must be made in writing and delivered to Judge Drain's chambers and the undersigned so as to be received not later than 4:00 p.m. on March 15, 2007. If no objections are received by that time, the order may be entered.

Dated: November 30**,** 2006

                                 **COVINGTON & BURLING LLP**

                                 By:   /s/ Susan Power Johnston
                                     Aaron R. Marcu  (AM-6309)
                                     Susan Power Johnston  (SJ-9386)

                                 1330 Avenue of the Americas
                                 New York, NY  10019-5400
                                 (212) 841-1000

                                 **Foreign Trade and Special Corporate**
                                 **Committee Counsel to the Debtors and**
                                 **Debtors-in-Possession**