# Exhibit B

## EXHIBIT B

## SUMMARY SHEET

*In re: Delphi Corporation*

**CASE NO. 05-44481 (RDD) (CHAPTER 11)**

**Name of Applicant: Dickinson Wright PLLC**

**Role: A Key Ordinary Course Counsel to the Debtors**

| **Current Application:** | **Fees Requested:** | **$82,167.50** |
| | **Expenses Requested:** | **$3,154.89** |

**RETAINER PAID: $0**

    **A.**    **Summary of Timekeepers**

| Timekeeper | Year Admitted | Dept. | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **Attorneys** | | | | | |
| Patrick R. Anderson | | Intellectual Property | $105 | 96.8 | $14,574.00 |
| James P. Bonnamy | | Intellectual Property | $85 | 52.0 | $4,420.00 |
| Roger H. Cummings | 1974 | Corporate | $385 | .20 | $77.00 |
| Paul T. Fitzpatrick | 1984 | Environmental | $325 | .30 | $97.50 |
| Stacey A. Fluhart | | Intellectual Property | $85 | 130.0 | $11,050.00 |
| Jeffrey Gendzwill | | Intellectual Property | $105 | 103.0 | $10,815.00 |
| Edgar C. Howbert | 1966 | Bankruptcy | $425 | 13.6 | $5,780.00 |
| Steven Hurles | | Intellectual Property | $85 | 52.0 | $4,420.00 |
| Kristi A. Katsma | 1995 | Bankruptcy | $275 | 1.60 | $440.00 |
| Christopher C. Maeso | 1994 | Corporate | $220 | 30.0 | $6,600.00 |
| Raymond C. Meiers Jr. | 2000 | Intellectual Property | $235 | 6.5 | $1,527.50 |
| Harold W. Milton | 1964 | Intellectual Property | $250 | 13.0 | $3,250.00 |
| Thomas J. Munzenberger | | Intellectual Property | $140 | 2.30 | $322.00 |
| James H. Novis | 1979 | Tax | $325 | 11.4 | $3,705.00 |
| Matteo D. Pedini | | Intellectual Property | $85 | 55.0 | $4,675.00 |

| Seial Rathod | | Intellectual Property | $85 | 52.0 | $4,420.00 |
| --- | --- | --- | --- | --- | --- |
| Robert L. Stearns | 1991 | Intellectual Property | $335 | 4.7 | $1,574.50 |
| Rachael Wechter | | Intellectual Property | $85 | 52.0 | $4,420.00 |
| **Total Hours** | | | | **676.4** | |
| **Attorney Totals** | | | | | **$82,167.50** |
| **Attorney Blended Rate** | | | | | **$273.30** |
| | | | | | |

## COSTS

| | |
|---|---|
| Copying | $470.50 |
| Long Distance Phone Calls | $137.62 |
| Delivery | $100.36 |
| Miscellaneous | $1201.41 |
| Filing Fees | $1245.00 |
| TOTAL: | $3154.89 |

DETROIT 25980-99 966504v1