# Exhibit C

**EXHIBIT C**

**INDEX OF INVOICES BY MATTER NUMBER**

1. General Commercial Contracts 25980-96
2. Property Tax – Coopersville 25980-98
3. Retention and Fee Application Work 25980-99
4. US Patent Application Thermosiphon with Thermoelectrically Enhanced Spreader Plate 604080-3
5. US Patent Application Vapor Compression AC System with Evaporative Cooler Assisted Evaporator 604080-15
6. US Patent Application Low Profile Air Inlet and Conical Moving Filter-Valve Assembly 604080-17
7. US Patent Application Engine Cooling Fan Assembly with Up-Stream Motor Strators & Conformal Tip Treatment 604080-22
8. US Patent Application Air Cooled Computer Chip 604080-25
9. US Patent Application Integrally Molded Blower Motor Plastic Isolation System 604080-26
10. US Patent Application Internal Heat Exchanger Integrated with Gas Cooler 604080-27
11. US Patent Application High Efficiency Evaporatively Cooled Condenser 604080-28
12. US Patent Application High Efficiency Water Desalination Unit 604080-29
13. US Patent Application Hermetic Refrigernat Fitting 604080-32
14. US Patent Application Method and Apparatus for Controlling a Braking System 604080-33
15. US Patent Application Cooling Assembly with Successively Contracting and Expanding Coolant Flow 604080-34
16. US Patent Application Dual Flow Fan Heat Sink Application 604080-37
17. US Patent Application Operating Algorithm for Refrigerant Safety System 604080-39
18. General IP Matters 604080-999
19. Loan Restructuring 25980-81
20. General Commercial Contracts 25980-96
21. Single Business Tax 25980-97
22. Property Tax-Coopersville 25980-98
23. Retention and fee application work 25980-99
24. US Patent Application Liquid Cooled Thermosiphon with Flexible Partition 604080-21
25. US Patent Application Integrally Molded Blower Motor Plastic Isolation System 604080-26
26. US Patent Application High Efficiency Evaporatively Cooled Condenser 604080-28
27. US Patent Application High Efficiency Water Desalination Unit 604080-29
28. US Patent Application Method and Apparatus for Controlling a Braking System 604080-33
29. US Patent Application Evaporatively Cooled Condensor 604080-36
30. US Patent Application Dual Flow Fan Heat Sink Application 604080-37
31. US Patent Application Self-Pumped Cooling Device 604080-38
32. US Patent Application Operating Algorithm for Refrigerant Safety System 604080-39
33. US Patent Application Orientation Insensitive Multi Chamber Thermosiphon 604080-43
34. US Patent Application Bend Relief Spacer 604080-46
35. US Patent Application Metering Schemes for Reducing Thermal Spread in Battery Pack 604080-47
36. General IP Matters 604080-999
37. General Commercial Contracts 25980-96
38. Retention and Fee Application Work 25980-99

39. US Patent Application Inserted Sheet Metal Distributor Tube 604080-14
40. US Patent Application Low Pressure Drop Liquid Cooling Unit with Selectively Metered Coolant Flow 604080-20
41. US Patent Application Method and Apparatus for Controlling a Braking System 604080-33
42. US Patent Application Cooling Assembly with Successively Contracting and Expanding Coolant Flow 604080-34
43. US Patent Application Evaporatively Cooled Condensor 604080-36
44. US Patent Application Self-Pumped Cooling Device 604080-38
45. US Patent Application High Performance Compact Thermosiphon with Integrated Boiler Plate 604080-40
46. General Commercial Contracts 25980-96
47. Retention and Fee Application Work 25980-99
48. US Patent Application Method and Apparatus for Controlling a Braking System 604080-33
49. US Patent Application Mode Mechanization System with Integrated Heater Outlet 604080-41
50. US Patent Application Traverse Motion HVAC Valve System 604080-42
51. US Patent Application Integrated Liquid Cooling Unit for Laptop Computers 604080-44
52. US Patent Application Cooling Assembly with Successively Contracting and Expanding Coolant Flow 604080-49
53. US Patent Application Method of Cutting Folded Tube 604080-50

DETROIT 25980-99 966505v1