Joseph D. Frank (JF-6085)
Jeremy C. Kleinman (JK-0080)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60610
(312) 276-1400 – telephone
(312) 276-0035 – facsimile

Counsel for Jones Lang LaSalle Americas, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, *et al.*, | ) | Case No. 05-44481 (RDD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## JONES LANG LASALLE AMERICAS, INC.'S THIRD
## INTERIM APPLICATION FOR ALLOWANCE AND
## PAYMENT OF COMPENSATION AND REIMBURSEMENT
## OF EXPENSES PURSUANT TO 11 U.S.C. §§ 328, 330 AND 331

TO THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE:

Jones Lang LaSalle Americas, Inc. ("JLL") submits this Third Interim Application (the

"Third Interim Application"), pursuant to 11 U.S.C. §§ 328, 330 and 331 and the First, Second,

Third, Fourth and Fifth Orders Under 11 U.S.C. § 331 Establishing Procedures for Interim

Compensation and Reimbursement of Expenses of Professionals (the "Compensation Orders"),

requesting:  (i) allowance of compensation in the amount of $241,213.58 for professional

services performed as the real estate administrative and transaction services provider to Delphi

Corporation and its related Debtor entities (collectively, the "Debtors") during the period of June

1, 2006 through September 30, 2006 (the "Application Period") and reimbursement of expenses

in the amount of $12,936.12 incurred in connection therewith; and (ii) payment of the amount of

$162,352.20 remaining after application of all monthly interim compensation and expense reimbursement received to date.

1.          This Court has jurisdiction over this Third Interim Application pursuant to 28 U.S.C. § 1334.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (B) and (M).

2.          Venue of these cases and this Third Interim Application is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3.          The statutory predicates for the relief sought herein are 11 U.S.C. §§ 105(a), 328 330 and 331 and Fed. R. Bankr. P. 2016.

## BACKGROUND

4.          On October 8, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code (11 U.S.C. §§ 101 *et seq.*) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York.

5.          The Debtors continue to manage their property and operate their businesses as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

6.          On November 9, 2005, the Debtors filed the Application for Order under 11 U.S.C. §§ 327(a) and 328 and Fed. R. Bankr. P. 2014(a) Authorizing Employment and Retention of Jones Lang LaSalle Americas, Inc. as Real Estate Administrative and Transaction Services Provider to Debtors (Docket No. 996) (the "JLL Retention Application").  In the JLL Retention Application, the Debtors sought authority to retain JLL, a global integrated real estate services provider specializing in facility services, transactional services and lease administration, to perform professional services related to the Debtors' current real estate and real property lease portfolios and potential future real estate and real property lease opportunities.

7.      The specific terms of the Debtors' engagement of JLL were set forth in the Real
Estate Services Agreement between Delphi Automotive Systems LLC and Jones Lang LaSalle
Americas, Inc., dated September 2, 2005, as amended by that certain First Amendment to Real
Estate Services Agreement dated November 9, 2005 (the "Engagement Agreement"), which was
attached to the JLL Retention Application.  JLL had previously advised the Debtors regarding
real estate matters prior to the Petition Date and, pursuant to the Engagement Agreement, JLL
has subsequently expanded the range of administrative and transaction services it provides to the
Debtors.  JLL's prior experience working with the Debtors provided JLL greater familiarity with
the Debtors' real estate portfolio and interests and rendered JLL uniquely well-qualified to assist
the Debtors with the more than 400 parcels of real property that the Debtors own or lease in
nearly 40 countries worldwide.

8.      On December 1, 2005, this Court entered an Order granting the JLL Retention
Application (Docket No. 1385) (the "JLL Order"), retroactive to November 3, 2005.

9.      The Debtors have retained JLL upon terms consistent with JLL's general billing
practices.  In the ordinary course of JLL's business and in similar engagements both inside and
outside of bankruptcy, JLL charges its clients a set monthly fee for each professional providing
services to JLL's client.  JLL does not charge its clients on an hourly basis for the particular
tasks its professionals perform, and JLL does not require its professionals to record the specific
tasks performed or the amount of time spent on those tasks each day.  These billing practices are
normal in JLL's industry and have been employed throughout the prior Application Periods.  As
set forth in the Engagement Agreement, JLL is to be compensated for the services of these
professionals according to the following formula:

Jones Lang LaSalle will be entitled to a fee for Administrative Services in an amount equal to the sum of: (i) the cost of salary of all Administrative Services Account Personnel working exclusively on the Delphi account (excluding bonuses, benefit expenses and payroll taxes) in accordance with a salary schedule acceptable to Delphi . . . and (ii) an overheard allocation and profit factor equal to seventy-five (75%) percent for Administrative Services Account Personnel of (i) above.

and

Jones Lang LaSalle will be entitled to a fee for Transaction Services Account Personnel in an amount equal to the sum of: (i) the cost of salary of all Transaction Services Account Personnel working exclusively on the Delphi account (excluding bonuses, benefit expenses and payroll taxes) in accordance with a salary schedule acceptable to Delphi . . . and (ii) an overheard allocation and profit factor equal to fifty-five (55%) percent for Transaction Services Account Personnel of (i) above.

Engagement Agreement ¶¶ IA, IIA.

10.     In addition to the compensation structure outlined above, as set forth in Section 6.4(B) of the Engagement Agreement, the parties have agreed that JLL will be entitled to additional compensation related to maintenance of the Delphi+ Lease Administration System, a proprietary lease administration database that permits JLL to manage the Debtors' worldwide owned and leased real property portfolio.  As set forth in Section 6.4(B), the fee for the Delphi+ Lease Administration System is eighteen thousand Dollars ($18,000) per annum (the "Lease Administration Fee").  Although the Engagement Agreement does not specify the timing of such payment, for ease of administration during the Third Application Period, as in prior Application Periods, JLL has invoiced the Debtors as part of its request for payment of monthly compensation at a rate $1,500 per month (1/12th of $18,000), and, as part of this Third Interim Application, JLL seeks allowance and payment of the Lease Administration Fees for June, July, August and September of 2006 totaling $6,000.00.

## RELIEF REQUESTED

11.    By this Third Interim Application, JLL requests that the Court allow, on an interim basis, compensation of $241,213.58 (including the $6,000.00 Lease Administration Fees described above) for professional services rendered by JLL to the Debtors during the Application Period and reimbursement of expenses totaling $12,936.12 in connection therewith.

12.    As contemplated by the Engagement Agreement, JLL has provided administrative and transaction management services relating to the Debtors' substantial real estate and lease portfolios in the United States and throughout the world.  During the Application Period, JLL has supplied seven professionals who have dedicated their time to providing the Debtors with comprehensive services concerning the Debtors' domestic and international leases and real property.

13.    The professional services provided by JLL's professionals to the Debtors during the Application Period generally fall within two categories:  (i) the analysis and administration of the Debtors' leases; and (ii) the investigation, analysis and management of the Debtors' potential new real estate sale, purchase and lease transactions.  Services rendered by JLL's professionals in each category have been essential to the Debtors' administration of their bankruptcy estates.

**Lease Administration Services**

14.    During the Application Period, JLL has assisted the Debtors in tracking, analyzing and managing the Debtors' active lease portfolio.  Specifically, JLL's services related to the Debtors' real property leases have included abstracting and interpreting commercial lease documents,  processing payments in satisfaction of the Debtors' various lease obligations, billing and collecting on account of third-party tenant obligations to the Debtors, communicating with various landlords and tenants on the Debtors' behalf; assisting with the resolution of outstanding rent issues and other administrative landlord/tenant issues arising in the Debtors' bankruptcy

cases, reviewing annual landlord reconciliation statements and calculations to ensure accuracy and lease compliance, and entry and management of data concerning lease documents and accounts.

15.    During the Application Period, Janice Lannoo and Lois Jankow performed the above-described lease administration services on behalf of JLL.  Each rendered services exclusively to the Debtors throughout the Application Period, and each is located at the Debtors' Troy, Michigan headquarters on a full-time basis.

Janice Lannoo serves as a Lease Analyst at the Debtors' headquarters in Troy, Michigan. Ms. Lannoo is a graduate of the Detroit Business Institute and has 11 years of experience in the field of commercial real estate lease administration and analysis.  Ms. Lannoo previously worked in the real estate department of a large trucking company, and has expertise in areas of abstracting, auditing, accounts payable, utilities and property tax obligations, generating rent payments and performing annual landlord reconciliations.  Ms. Lanoo performed similar lease administration services for the Debtors prior to their bankruptcy filing and has provided lease administrative services to the Debtors throughout the Debtors' bankruptcy cases.

Lois Jankow also serves as a Lease Analyst at the Debtors' headquarters in Troy, Michigan.  Ms. Jankow is a Senior Lease Administrator with a degree in Accounting from Oakland University.  Ms. Jankow has over 13 years in the field of real estate lease administration.  Prior to joining JLL, Ms. Jankow served as an Assistant Controller- Real Estate Department, for Central Transport, Inc. and was Supervisor of Accounts Payable- Real Estate Accounting, at Kmart Corporation.   Ms. Jankow has provided lease analysis services to the Debtors both prior to the Debtors' bankruptcy filing and throughout the time the Debtors' bankruptcy cases have been pending.

**Transaction Management Services**

16.      JLL also provided extensive real estate transaction management services to the

Debtors during the Application Period, dedicating five professionals on four continents to

investigate, identify and, to the extent advisable, pursue advantageous sale, purchase and leasing

opportunities for the Debtors both domestically and throughout the world.  Specifically, JLL's

professionals have undertaken the following tasks:  leading the site selection process for new

leased and owned facilities; leading the negotiation process for new lease and purchase

transactions with landlords; collaborating with the Debtors' in-house and outside legal counsel to

draft and revise legal documentation for the real estate transactions into which the Debtors have

sought to enter; finding and managing third-party real estate brokers; managing the entry into

new license agreements, easements, and other real estate related matters, as well as renewals of

the same; and coordinating the Debtors' portfolio management efforts with personnel in the

Debtors' Facilities Services Group (FSG), environmental services, and business divisions.

17.      Throughout the Application Period, the following JLL professionals provided

transaction management services to the Debtors:  Brian Collins (Debtors' Troy, Michigan

Headquarters);[1] Jas Lozinski (Debtors' offices in Luton, Bedfordshire, United Kingdom); Kim

Robinson (Debtors' offices in Luton, Bedfordshire, United Kingdom) Monica Lee (Debtors'

offices in Sao Paulo, Brazil) and Eric Zhang (Debtors' offices in Shanghai, China).[2]  A

description of the respective experience and areas of expertise of the JLL professionals follows:

Brian Collins serves as a Transaction Manager at the Debtors' headquarters in Troy,

Michigan.  Mr. Collins graduated with a Bachelor of Science degree in Architecture and a

---

[1] Mr. Collins began working with the Debtors' on July 1, 2006.
[2] Due to the scope of the services required by the Debtors in the South American region, JLL has agreed, as a
financial accommodation to the Debtors, to provide the professional services of Monica Lee on a non-exclusive
basis for a flat monthly fee of $3,000.

Bachelor of Arts degree in Economics from the University of Michigan and has considerable

experience planning and implementing transactions related to large corporate facilities and

related real estate holdings.  As a Transaction Manager for JLL, Mr. Collins previously provided

transaction management and consulting services to General Motors with respect to its 600

million square-foot global real estate portfolio.  Prior to joining JLL in 2002, Mr. Collins served

for ten years as a Senior Planning Consultant for the Hysen Group.

Jas Lozinski serves as the European Real Estate Manager for the Debtors at their Luton,

Bedfordshire, England location, assisting the Debtors with respect to real estate transactions

throughout Europe.  With more than 19 years of experience, his credentials extend to

consolidation, site selection and consultancy throughout Europe, with special expertise in

automotive and manufacturing projects.  Mr. Lozinski earned his degree in Valuation and Estate

Management at Bristol University, Bristol, England.

Eric Zhang serves as the Transaction Manager to the Debtors for real estate transactions

throughout Asia and Australia.  Mr. Zhang is headquartered in Shanghai, China.  Mr. Zhang

holds a Bachelors Degree in Engineering and a Masters Degree in Land Economy.  He has more

than six years of experience in the field of real estate within the Asian-Pacific market.  His

experience includes real estate market analysis, research reports, development, feasibility,

valuation and investment studies, undertaking real estate selection, acquisition and disposition,

financial review of real estate transactions and real estate transaction contract negotiations.

Kim Robinson was retained by JLL on May 1, 2006 to serve as Transaction Coordinator

to assist the European Real Estate Manager, Jas Lozinski, in providing services to the Debtors

with respect to the Debtors' many pending and potential real estate transactions throughout

Europe.  Ms. Robinson has 15 years experience in IT software managing relationships in various sales and marketing roles and works with the Debtors' European Facilities Group.

Monica Lee was retained by JLL on April 1, 2006 to serve as a Transaction Manager for the Debtors at their Sao Paulo, Brazil location, providing professional advisory and transactional services to the Debtors with respect to transactions throughout South America.  Prior to joining JLL, Ms. Lee worked in a similar capacity for Colliers International.  Ms. Lee is a registered Real Estate Broker (CRECI).  In addition, Ms. Lee is assisted in her duties by Ms. Sueli Nagata.  Pursuant to the terms of the Engagement Agreement, JLL does not seek additional compensation for the services rendered by Ms. Nagata at this time.  Nevertheless, JLL does seek reimbursement of certain expenses incurred by Ms. Nagata at the joint direction of the Debtors and Monica Lee.

For the convenience of the Court and parties in interest, a summary of the professionals rendering services to the Debtors throughout the Application Period for which JLL seeks compensation follows:

| PROFESSIONAL | POSITION | LOCATION | EXPERIENCE | MONTHLY COMPENSATION | TOTAL COMPENSATION (APPLICATION PERIOD) |
|---|---|---|---|---|---|
| Brian Collins | Transaction Manager | Troy, Michigan | 13 years experience; Bachelor of Science Degree in Architecture; Bachelor of Arts Degree in Economics | $11,625.00 | $34,875.00 |
| Jas Lozinski | Transaction Manager | Luton, Bedfordshire, United Kingdom | 19 years experience; Valuation & Estate Management Degree | 22,419.17 | 89,676.68 |
| Eric Zhang | Transaction Manager | Shanghai, China | 6 years experience; Bachelor Degree in Engineering; Masters Degree in Land Economy | 6,491.91 | 25,967.64 |

| PROFESSIONAL | POSITION | LOCATION | EXPERIENCE | MONTHLY COMPENSATION | TOTAL COMPENSATION (APPLICATION PERIOD) |
|---|---|---|---|---|---|
| Monica Lee | Transaction Manager | Sao Paulo, Brazil | 10 years experience in the real estate market; Degree in Architecture and Urban Design | 3,000.00 | 12,000.00 |
| Kim Robinson | Transaction Coordinator | Luton, Bedfordshire, United Kingdom | 15 years experience in various sales and marketing roles | 3,332.18[3] | 13,194.26 |
| Lois Jankow | Lease Analyst | Troy, Michigan | 11 years experience | 8,750.00 | 35,000.00 |
| Janice Lannoo | Lease Analyst | Troy, Michigan | 13 years experience; Bachelor of Science Degree in Accounting | 6,125.00 | 24,500.00 |
|  |  |  |  | **TOTAL:** | **$235,213.58** |

18.     In connection with JLL's engagement by the Debtors, a number of other JLL

professionals have dedicated time and provided professional services to the Debtors during the

Application Period.  However, based on the terms of the Engagement Agreement, JLL is not

seeking any additional compensation for services rendered by these JLL professionals.

19.     In connection with the professional services JLL has provided to the Debtors, JLL

has incurred travel-related expenses totaling $6,196.67 for which JLL seeks reimbursement.

20.     In connection with the professional services rendered to the Debtors in the South

American region, JLL has also incurred telephone expenses totaling $234.73 and real estate

research and support charges totaling $1,812.69 for which JLL now seeks reimbursement.  The

research and support charges arise under the Contracto de Prestação de Serviços between JLL

---

[3] During the months of June, July and August 2006, JLL sought monthly compensation on account of Ms. Robinson in the amount of $3,287.36 instead of the amount of $3,332.18.  JLL has determined that it will not seek the additional $44.80 for these months.

and Suporte Pesquisa E Esudos LTDA, into which JLL entered on the Debtors' behalf and with

the Debtors' approval.  This contract specifically contemplates the real estate research and

support services to be rendered by JLL's third-party contract provider and the payment of

R$3,900.00 (Brazil Reais) for these services.[4]

21.    Invoices for the expenses incurred by JLL professionals are attached hereto as

**Group Exhibit E.**  A summary description of the expenses incurred by each professional and the

amount of each of the expense categories is provided below.

| SUMMARY OF EXPENSE STATEMENTS[5] | | | |
|---|---|---|---|
| **PROFESSIONAL** | **DATE** | **TYPE OF EXPENSE** | **AMOUNT** |
| Jas Lozinski | 4/1/06-4/25/06 | Airfare | $1,163.56 |
| Jas Lozinski | 4/1/06-4/25/06 | Local Transportation/Parking | 416.04 |
| Jas Lozinski | 4/1/06-4/25/06 | Hotel Accommodations | 392.29 |
| Jas Lozinski | 4/26/06-5/05/06 | Airfare | 203.31 |
| Jas Lozinski | 4/26/06-5/05/06 | Hotel Accommodations/Meals | 465.08 |
| Jas Lozinski | 4/26/06-5/05/06 | Local Transportation | 51.28 |
| Jas Lozinski | 05/22/06-06/12/06 | Airfare | 1,358.55 |
| Jas Lozinski | 05/22/06-06/12/06 | Hotel Accommodations/Meals | 1,379.31 |
| Jas Lozinski | 05/22/06-06/12/06 | Local Transportation | 52.40 |
| Sueli Nagata | 07/13/06 | Local Transportation | 714.85 |
| Monica Lee | 07/03/06 | Real Estate Research and Support Services | 1,812.69 |
| Monica Lee | 06/01/06-07/31/06 | Telephone Charges | 234.72 |

---

[4] This amount was assessed as R$3,900.00 BRL (Brazil Reais).  At the then-current conversion rate of R$2.15 BRL to $1.00 USD at the time the expense was incurred, the total expense incurred (R$3,900.00 BRL) equals $1,812.69 USD.

[5] Each of these expenses was incurred directly by the indicated JLL Professional.  Although certain expenses were first incurred by JLL Professionals prior to the present Application Period, due to the fact that each expense was incurred outside of the United States, JLL provided reimbursement for such expenses during the current Application Period.

| SUMMARY OF EXPENSE STATEMENTS[5] | | | |
|---|---|---|---|
| **PROFESSIONAL** | **DATE** | **TYPE OF EXPENSE** | **AMOUNT** |
| | | **TOTAL:** | **$8,244.08** |

22.    In connection with the discharge of its duties to the Debtors, and in order to comply with the disclosure, reporting and application requirements imposed upon JLL in this case by the Bankruptcy Code, the JLL Order and the Compensation Orders, JLL has retained Joseph Frank, Jeremy Kleinman and the law firm of Frank/Gecker LLP ("F/G") as its counsel. In connection with this engagement, F/G rendered services to JLL during the Application Period that included: preparing monthly statements of interim compensation and reimbursement of expenses; preparing JLL's Second Interim Application for compensation; advising JLL regarding the protection of confidential information relating to the services rendered and expenses incurred in connection therewith; communicating with the Debtors' attorneys and/or the Court-appointed Fee Review Committee (the "FRC") and the preparation of a quarterly budget for intended submission to the FRC.  These services were primarily rendered by attorneys Joseph Frank and Jeremy Kleinman and paralegal Christina Carpenter.  Mr. Frank is a partner at F/G and has 13 years of experience in the field of bankruptcy law.  His customary billing rate is $500.00 per hour.  Jeremy Kleinman is an associate at F/G with six years of experience in the field of bankruptcy law.  Mr. Kleinman's customary billing rate is $300.00 per hour.  Ms. Carpenter's customary billing rate is $145.00.  Detailed invoices demonstrating the services rendered to JLL in order to assist JLL in the discharge of its duties are attached hereto as **Group Exhibit F**.

23.    A chart demonstrating the time spent by each F/G attorney rendering services to JLL through September 30, 2006 is as follows:

| SUMMARY OF INCIDENTAL LEGAL EXPENSES THROUGH SEPTEMBER 30, 2006 | | | |
|---|---|---|---|
| **Professional** | **Billing Rate** | **Total Hours** | **Total Amount** |
| Joseph D. Frank | $500.00 | 1.70 | $850.00 |
| Jeremy C. Kleinman | $300.00 | 25.30 | 7,590.00 |
| Christina Carpenter | $145.00 | 4.20 | 609.00 |
| **TOTAL** | | 31.20 | **$9,049.009,0 49.00** |

24.    In addition, JLL reimbursed F/G for the following expenses:

| SUMMARY OF EXPENSE STATEMENTS | |
|---|---|
| **TYPE OF EXPENSE** | **AMOUNT** |
| Postage | $10.35 |
| Overnight Delivery | 364.73 |
| **TOTAL** | **$375.08** |

JLL has paid F/G not less than $9,424.08 for bankruptcy counsel services rendered during the Application Period and related expenses that have been incidental to JLL's obligations as the real estate administrative and transaction services provider to the Debtors. As an accommodation, JLL has agreed to seek reimbursement of only one-half, or $4,712.04, of this amount.

25.    This Third Interim Application has been prepared in accordance with the Compensation Orders, this Court's Administrative Orders, dated June 24, 1991 and April 21, 1995, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330, dated January 30, 1996.

26.    All services for which JLL requests compensation were performed for the Debtors and not on behalf of any other person or entity.

27.    The professional services and related expenses for which JLL requests interim allowance of compensation and reimbursement were rendered in connection with the case and

such services and expenses have been necessary and beneficial to the Debtors, their estates,

creditors and other parties in interest.

28.    In connection with the transaction management services provided by JLL to the

Debtors, JLL has earned success fees and commissions from certain third parties with whom the

Debtors have entered into real estate leases in the United States and Mexico, to be paid over

time.  These fees and commissions total $247,941.30 of which $49,540.84 shall be paid to the

Debtors pursuant to the "Revenue Sharing" provisions set forth in Section II G of Exhibit B to

the Engagement Agreement.

29.    JLL has received no payment and no promise of payment from any source for the

services of the professionals referenced above in connection with this case, except as disclosed

herein.  In addition, other than as permitted under section 504(b)(1) of the Bankruptcy Code,

there is no agreement or understanding between JLL and any other person or entity for the

sharing of compensation to be received for services rendered in these cases.

30.    Prior to the filing of this Third Interim Application, JLL served four statements of

monthly interim compensation and expenses covering the time period of June 1, 2006 through

September 30, 2006.  Detailed descriptions of these statements follow.

31.    On July 28, 2006, JLL served its Statement of Monthly Compensation and

Expenses for professional services rendered to the Debtors during the time period of June 1,

2006 through June 30, 2006 (the "June Statement"), reflecting total fees due in the amount of

$51,573.44.  A copy of the June Statement is attached hereto as **Exhibit A**.

32.    On August 31, 2006, JLL served its Statement of Monthly Compensation and

Expenses for professional services rendered to the Debtors during the time period of July 1, 2006

through July 31, 2006 (the "July Statement"), reflecting total fees in the amount of $63,198.44.

A copy of the July Statement is attached hereto as **Exhibit B**.

      33.    On September 29, 2006, JLL served its Statement of Monthly Compensation and

Expenses for the time period August 1, 2006 through August 31, 2006 (the "August Statement")

requesting fees in the amount of $63,198.44.  A copy of the August Statement is attached hereto

as **Exhibit C**.

      34.    On October 31, 2006, JLL served its Statement of Monthly Compensation and

Expenses for the time period of September 1, 2006 through September 30, 2006 (the "September

Statement") requesting fees in the amount of $63,243.26.  A copy of the September Statement is

attached hereto as **Exhibit D.**

      35.    Therefore, JLL has previously requested and received the following amounts on

account of services rendered during the Application Period:

| SUMMARY OF FEE STATEMENTS | | | | | |
| --- | --- | --- | --- | --- | --- |
| | | REQUESTED | | PAID | |
| Date Served | Period Covered | Fees | Expenses | Fees | Expenses |
| 07/28/06 | 06/01/06 – 06/30/06 | $51,573.44 | $0.00 | $41,258.75 | $0.00 |
| 08/31/06 | 07/01/06 – 07/31/06 | $63,198.44 | $0.00 | 50,558.75 | $0.00 |
| 09/29/06 | 08/01/06 – 08/31/06 | $63,198.44 | $0.00 | 0.00 | 0.00 |
| 10/31/06 | 09/01/06 – 09/30/06 | $63,243.26 | $0.00 | 0.00 | 0.00 |
| TOTAL: | | $241,213.58 | $  0.00 | $91,817.50[6] | $  0.00 |

36.     The above-referenced payments were made pursuant to this Court's Compensation Orders and remain subject to this Court's review in connection with the present Application and any final application filed by JLL.

37.     JLL has today served this Third Interim Application upon all parties referenced in the Compensation Orders.  The services for which JLL now seeks compensation have been essential to the administration of the Debtors' estates and have provided substantial benefits to the Debtors and their creditors.

---

[6] As of the date hereof, JLL has not received any amounts due as interim monthly compensation for the periods from August 1, 2006 through August 30, 2006 and from September 1, 2006 through September 30, 2006.  No party has objected to the allowance of such fees.  Therefore, JLL anticipates that it will receive additional monthly compensation in the amounts of $50,558.75 and $50,594.61, respectively.

WHEREFORE, for all of the foregoing reasons, JLL respectfully requests that the Court enter an order (i) allowing JLL the sum of $241,213.58 in fees and expenses of $12,936.12 for the period of June 1, 2006 through September 30, 2006; (ii) authorizing and directing the Debtors to pay to JLL the sum of $162,352.20 representing the amounts remaining due after application of payments received to date; and (iii) granting such other and further relief as this Court deems just and proper.

Dated: November 30, 2006

JONES LANG LASALLE AMERICAS, INC.

By:    _____/s/ Joseph D. Frank_____

Joseph D. Frank (JF-6085)
Jeremy C. Kleinman (JK 0080)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60610
(312) 276-1400 – telephone
(312) 276-0035 – facsimile
Counsel to Jones Lang LaSalle Americas, Inc.