**Hearing Date and Time: March 22, 2007 at 10:00 a.m.**
**Objection Deadline: March 15, 2007 at 4:00 p.m. Eastern**

Joseph D. Frank (JF-6085)
Jeremy C. Kleinman (JK-0080)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60610
(312) 276-1400 – telephone
(312) 276-0035 – facsimile

Counsel for Jones Lang LaSalle Americas, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, *et al.*, | ) | Case No. 05-44481 (RDD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## SUMMARY SHEET FOR
## JONES LANG LASALLE AMERICAS, INC.'S THIRD INTERIM
## APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND
## REIMBURSEMENT OF EXPENSES PURSUANT TO 11 U.S.C. §§ 328, 330 AND 331

| | |
|---|---|
| Name of Applicant: | Jones Lang LaSalle Americas, Inc. |
| Authorized to Provide Professional Services to: | Delphi Corporation, *et al.* |
| Date of Retention: | December 1, 2006 (retroactive to November 3, 2005) |
| Period for which compensation and expense reimbursement is sought: | June 1, 2006 through September 30, 2006 |
| Amount of Compensation requested: | $241,213.58 |
| Amount of Expense Reimbursement requested: | $12,936.12 |

This is an:    X    interim _____ monthly application _____ final application.

Jones Lang LaSalle Americas, Inc. ("JLL") has filed two prior fee applications in this case. As of the date hereof, JLL has received total interim payments for the First Application Period and Second Application Period of $270,018.39. JLL has also received interim monthly compensation payments totaling $91,817.50 for services rendered during the present Interim Application Period.