# EXHIBIT E



**JONES LANG LASALLE**

*Jones Lang LaSalle Americas, Inc.*
*Attn: Emily Houghton*
*33845 Treasury Center*
*Chicago, IL 60694-1700*
*(312) 228-2838*

- Delphi Corporation
  5725 Delphi Drive
  Troy, MI 48098
- Attention: Mark Kamischke

Date: November 17, 2006

Invoice No: 17116

Travel Expenses for Jas Lozinski:

April 1 – April 25, 2006

| | |
|---|---|
| Flights | $1,163.56 |
| Hotels | $386.40 |
| Parking/Taxi | $169.54 |
| Mileage | $246.50 |
| Meals | $5.89 |
| **SUBTOTAL** | **$1,971.89** |

April 26 – May 5, 2006

| | |
|---|---|
| Flights | $203.31 |
| Hotels | $437.72 |
| Parking | $31.42 |
| Taxi/Train Fare | $19.86 |
| Meals | $27.36 |
| **SUBTOTAL** | **$719.67** |

May 22 – June 12, 2006

| | |
|---|---|
| Flights | $1,358.55 |
| Hotels | $1,379.31 |
| Transportation | $52.40 |
| **SUBTOTAL** | **$2,790.26** |

Amount currently due and payable: **$5,481.82**

Please return remittance to:

Jones Lang LaSalle Americas, Inc.
33845 Treasury Center
Chicago, IL 60694-1700
**Tax ID # 36-416-0760**

*Chicago • London • Los Angeles • Mexico City • New York • Washington, D.C.*



# JONES LANG LASALLE.

Jones Lang LaSalle Americas, Inc.
Attn: Emily Houghton
33845 Treasury Center
Chicago, IL 60694-1700
(312) 228-2838

- Delphi Corporation
  5725 Delphi Drive
  Troy, MI 48098
- Attention: Mark Kamischke

Date: November 17, 2006

Invoice No: 17113

Travel Expenses for Monica Lee – June to July 2006

| | |
|---|---|
| Taxi & Rental Car for Ground Trip | $714.85 |
| Telephone expenses | $234.72 |
| Real Estate Research and Support-contract and e-mail approvals attached | $1,812.69 |
| **SUBTOTAL** | **$2,762.26** |

| | |
|---|---|
| Amount currently due and payable: | **$2,762.26** |

Please return remittance to:

Jones Lang LaSalle Americas, Inc.
33845 Treasury Center
Chicago, IL 60694-1700
**Tax ID # 36-416-0760**

*Chicago • London • Los Angeles • Mexico City • New York • Washington, D.C.*