# EXHIBIT F

**FRANK/GECKER LLP**
325 N. LaSalle Street, Suite 625
CHICAGO, ILLINOIS 60610
(312) 276-1400 • www.fgllp.com

July 15, 2006

David Brian Montgomery
Jones Lang LaSalle Americas, Inc.
200 East Randolph Street
45th Floor
Chicago IL 60601

FEIN 20-1952153

**Regarding:**   Delphi

For Professional Services Rendered Through June 30, 2006

Invoice #:   1867

Per Attached Description:

| | |
|---|---:|
| Fees | $960.00 |
| Disbursements | $0.00 |
| **Total New Charges** | **$960.00** |

David Brian Montgomery

Invoice Dated: July 15, 2006

Page 2

**Regarding:    Delphi**

For Professional Services Rendered Through June 30, 2006  
Per Attached Description:

Invoice #:  1867

| Date | Description | Hours | Amount |
|---|---|---|---|
| 6/5/2006 | Telephone conference with Venera Ziegler regarding past-due invoices for Jones Lang LaSalle for monthly interim compensation.<br>Jeremy C. Kleinman | 0.30 | $90.00 |
| 6/12/2006 | Telephone conference with Venera Ziegler to follow up on delinquent interim payments.<br>Jeremy C. Kleinman | 0.20 | $60.00 |
| 6/18/2006 | Review email from Venera Ziegler and investigate payment discrepancies.<br>Jeremy C. Kleinman | 0.30 | $90.00 |
| 6/19/2006 | Draft email to J. Jjingo regarding overpayment of January 2006 interim compensation and underpayment of February 2006 interim compensation and telephone conference with J. Jjingo regarding same.<br>Jeremy C. Kleinman | 0.40 | $120.00 |
| 6/23/2006 | Telephone conference with Annette Baird regarding monthly statement, interim application and compensation issues.<br>Jeremy C. Kleinman | 0.30 | $90.00 |
| 6/26/2006 | Begin drafting monthly statement for May, 2006.<br>Jeremy C. Kleinman | 0.30 | $90.00 |
| 6/27/2006 | Telephone conference with K. Franklin regarding payments received for monthly interim compensation.<br>Jeremy C. Kleinman | 0.20 | $60.00 |
| | Draft email to J. Jjingo regarding payment for April 2006 services rendered.<br>Jeremy C. Kleinman | 0.10 | $30.00 |
| | Revise statement for monthly compensation for May 2006.<br>Jeremy C. Kleinman | 0.40 | $120.00 |
| 6/28/2006 | Review Fee Review Committee's guidelines and protocols relating to interim applications and monthly statements.<br>Jeremy C. Kleinman | 0.30 | $90.00 |
| 6/29/2006 | Telephone conference with Joseph Sykes regarding filing of interim fee applications; prepare May 2006 monthly statement.<br>Jeremy C. Kleinman | 0.40 | $120.00 |

$960.00

**FRANK/GECKER LLP**
325 N. LaSalle Street, Suite 625
CHICAGO, ILLINOIS 60610
(312) 276-1400 • www.fgllp.com

August 24, 2006

David Brian Montgomery
Jones Lang LaSalle Americas, Inc.
200 East Randolph Street
45th Floor
Chicago IL 60601

FEIN 20-1952153

Regarding:   Delphi

For Professional Services Rendered Through July 31, 2006

Invoice #:   1912

Per Attached Description:

| | |
|---|---|
| Fees | $5,576.50 |
| Disbursements | $216.09 |
| **Total New Charges** | **$5,792.59** |

David Brian Montgomery                                                                                       Page    2

Invoice Dated:  August 24, 2006

---

Regarding:    Delphi

For Professional Services Rendered Through July 31, 2006                         Invoice #:  1912
Per Attached Description:

|  |  | Hours | Amount |
|---|---|---|---|
| 7/11/2006 | Lengthy telephone conference with Jim Sykes regarding submission of monthly fee statements and interim fee applications, hearing on first interim fee applications, confidentiality of services provided by Jones Lang LaSalle to Delphi, and structure of engagement agreement; compile and send copies of monthly statements for January 2006 through May 2006 to Jim Sykes.<br>Jeremy C. Kleinman | 0.70 | $210.00 |
| 7/12/2006 | Telephone conference with K. Franklin regarding payments due and received for Delphi engagement.<br>Jeremy C. Kleinman | 0.20 | $60.00 |
| 7/14/2006 | Telephone conference with K. Franklin regarding May 2006 invoice; telephone conference with Jim Sykes regarding electronic submission of monthly statements for compensation.<br>Jeremy C. Kleinman | 0.40 | $120.00 |
| 7/17/2006 | Review email from J. Jingo and Fourth Interim Procedures Order; prepare calculation of holdback amount to be paid pursuant to Fourth Interim Procedures Order.<br>Jeremy C. Kleinman | 0.40 | $120.00 |
| 7/21/2006 | Begin drafting monthly fee statement for June 2006.<br>Jeremy C. Kleinman | 0.30 | $90.00 |
| 7/25/2006 | Telephone conference with Eric Steffe regarding claims bar date and payment of holdback; telephone conference with J. Jingo regarding deadline for filing second fee application and review compensation order regarding same.<br>Jeremy C. Kleinman | 0.70 | $210.00 |
|  | Draft Affidavit for Second Interim Fee Application.<br>Christina Carpenter | 0.40 | $58.00 |
| 7/26/2006 | Telephone conference with K. Franklin regarding payments received by Jones Lang LaSalle to date; draft and revise Affidavit of James C. Becker in support of Second Interim Fee Application.<br>Jeremy C. Kleinman | 0.40 | $120.00 |
|  | Draft/revise Second Interim Application for Compensation.<br>Jeremy C. Kleinman | 1.10 | $330.00 |
|  | Telephone conference with K. Franklin regarding payments received by Jones Lang LaSalle to date; draft and revise Affidavit of James C. Becker in support of Second Interim Fee Application.<br>Jeremy C. Kleinman | 0.40 | $120.00 |

David Brian Montgomery

Invoice Dated:  August 24, 2006

Page    3

---

**Regarding:    Delphi**

For Professional Services Rendered Through July 31, 2006  
Per Attached Description:

Invoice #:   1912

| | Hours | Amount |
|---|---|---|
| 7/26/2006  Telephone conference with K. Franklin regarding payments received by Jones Lang LaSalle to date; draft and revise Affidavit of James C. Becker in support of Second Interim Fee Application.<br>Jeremy C. Kleinman | 0.40 | $120.00 |
| Telephone conference with K. Franklin regarding payments received by Jones Lang LaSalle to date; draft and revise Affidavit of James C. Becker in support of Second Interim Fee Application.<br>Jeremy C. Kleinman | 0.40 | $120.00 |
| Draft Second Interim Fee Application.<br>Christina Carpenter | 1.10 | $159.50 |
| 7/28/2006  Revise Second Interim Fee Application.<br>Jeremy C. Kleinman | 1.60 | $480.00 |
| Research right to recover attorneys' fees as an expense.<br>Jeremy C. Kleinman | 0.50 | $150.00 |
| Telephone conference with Emily Houghton regarding collection of expenses.<br>Jeremy C. Kleinman | 0.30 | $90.00 |
| Telephone conference with Catherine Danz regarding recovery of bankruptcy counsel's fees as an expense.<br>Jeremy C. Kleinman | 0.30 | $90.00 |
| Lengthy telephone conference with Eric Steffe regarding information needed to complete Second Interim Application.<br>Jeremy C. Kleinman | 0.60 | $180.00 |
| 7/30/2006  Draft Notice, Certificate of Service, Summary Sheet and proposed Order with Schedules A and B for Second Interim Fee Application; download most recent service lists and update email distribution lists and mailing labels.<br>Christina Carpenter | 1.30 | $188.50 |
| Revise Second Interim Fee Application to include additional expenses and additional information.<br>Jeremy C. Kleinman | 2.30 | $690.00 |
| 7/31/2006  Revise Second Interim Application for Compensation; office conference with Joseph Frank regarding inclusion of attorneys' fees as expense; several telephone conferences with Eric Steffe regarding revisions to Second Interim Application; revise order and exhibits to Second Interim Application.<br>Jeremy C. Kleinman | 4.30 | $1,290.00 |

David Brian Montgomery

Page 4

Invoice Dated: August 24, 2006

**Regarding:** Delphi

For Professional Services Rendered Through July 31, 2006
Per Attached Description:

Invoice #: 1912

| | Hours | Amount |
|---|---|---|
| 7/31/2006 Work on Second Interim Fee Application.<br>Joseph D. Frank | 0.90 | $450.00 |
| Prepared Second Interim Fee Application, exhibits and notice for filing and electronically filed same with U.S. Bankruptcy Court for the Southern District of New York; served Master List, Special Interest List and 2002 List via Federal Express, U.S. mail or email; prepared letter to Judge Drain enclosing proposed order on diskette.<br>Christina Carpenter | 0.90 | $130.50 |
| | | $5,576.50 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Joseph D. Frank | 0.90 | 500.00 | $450.00 |
| Jeremy C. Kleinman | 15.30 | 300.00 | $4,590.00 |
| Christina Carpenter | 3.70 | 145.00 | $536.50 |
| | **19.90** | | **$5,576.50** |

Disbursements:

| | | |
|---|---|---|
| 6/30/2006 | Federal Express delivery on 6/30/06. | 30.51 |
| | Federal Express delivery on 6/30/06. | 8.87 |
| 7/28/2006 | Federal Express deliveries to Marissa Wesley (Simpson Thacher), Robert Rosenberg (Latham & Watkins) and Marlane Milican (Davis Polk & Wardell) on 7/28/06. | 57.78 |
| | Federal Express delivery to John Butler (Skadden Arps) on 7/28/06. | 14.30 |
| 7/31/2006 | Postage | 10.35 |
| | Federal Express deliveries to Marissa Wesley (Simpson Thacher), Robert Rosenberg (Latham & Watkins) and Marlane Milican (Davis Polk & Wardell) on 7/31/06. | 52.62 |
| | Federal Express delivery to Judge Drain on 7/31/06. | 29.34 |
| | Federal Express delivery to John Butler (Skadden Arps) on 7/31/06. | 12.32 |
| | Total Expenses | $216.09 |

**FRANK/GECKER LLP**
325 N. LaSalle Street, Suite 625
CHICAGO, ILLINOIS 60610
(312) 276-1400 • www.fgllp.com

September 26, 2006

Kathryn T. Ditmars                                          FEIN 20-1952153
Gordon G. Repp
Jones Lang LaSalle Americas, Inc.
200 East Randolph Drive, 46th Floor
Chicago IL 60601

---

**Regarding:    Delphi**

For Professional Services Rendered Through August 31, 2006

Invoice #:    1961

Per Attached Description:

| | |
|---|---:|
| Fees | $570.00 |
| Disbursements | $158.99 |
| **Total New Charges** | **$728.99** |

Kathryn T. Ditmars  Page 2

Invoice Dated: September 26, 2006

---

**Regarding:    Delphi**

For Professional Services Rendered Through August 31, 2006  Invoice #: 1961
Per Attached Description:

| Date | Description | Hours | Amount |
|---|---|---|---|
| 8/18/2006 | Email exchange with A. Zsoldos regarding interim statement for fees and expenses incurred during June 2006 and payment of half of prior holdback amounts.<br>Jeremy C. Kleinman | 0.20 | $60.00 |
| 8/22/2006 | Reconcile holdback amounts and revise statement for monthly interim compensation for July 2006.<br>Jeremy C. Kleinman | 0.30 | $90.00 |
| 8/24/2006 | Continue preparation of monthly statements for July 2006 professional services.<br>Jeremy C. Kleinman | 0.30 | $90.00 |
| 8/28/2006 | Teleconference with E. Houghton regarding expenses to be included in statement for July services and cost; revise monthly statement.<br>Jeremy C. Kleinman | 0.40 | $120.00 |
| 8/31/2006 | Teleconference with E. Houghton regarding expenses; revise and serve monthly statement.<br>Jeremy C. Kleinman | 0.70 | $210.00 |

$570.00

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jeremy C. Kleinman | 1.90 | 300.00 | $570.00 |
|  | **1.90** |  | **$570.00** |

Disbursements:

| Date | Description | Amount |
|---|---|---|
| 8/2/2006 | | 0.63 |
| 8/15/2006 | | 2.22 |
| 8/31/2006 | Federal Express delivery to Robert J. Rosenberg. | 18.19 |
| | Federal Express delivery to John. Wm. Butler, Jr. | 13.50 |
| | Federal Express delivery to Marissa Wesley. | 18.19 |
| | Federal Express delivery to Marlane Milican. | 18.19 |
| | Federal Express delivery to Marina Milican. | 28.19 |
| | Federal Express delivery to Robert J. Rosenberg. | 28.19 |
| | Federal Express delivery to John Wm. Butler Jr. | 13.50 |
| | Federal Express delivery to Marissa Wesley. | 18.19 |
| | Total Expenses | $158.99 |

**FRANK/GECKER LLP**
325 N. LaSalle Street, Suite 625
CHICAGO, ILLINOIS 60610
(312) 276-1400 • www.fgllp.com

October 20, 2006

Gordon G. Repp
Kathryn T. Ditmars
Jones Lang LaSalle Americas, Inc.
200 East Randolph Drive, 46th Floor
Chicago IL 60601

FEIN 20-1952153

**Regarding:    Delphi**

For Professional Services Rendered Through September 30, 2006

Invoice #:    2018

Per Attached Description:

| | |
|---|---|
| Fees | $1,942.50 |
| Disbursements | $0.00 |
| **Total New Charges** | **$1,942.50** |

Gordon G. Repp

Page 2

Invoice Dated: October 20, 2006

---

**Regarding:   Delphi**

For Professional Services Rendered Through September 30, 2006  
Per Attached Description:

Invoice #:  2018

| Date | Description | Hours | Amount |
|---|---|---|---|
| 9/11/2006 | Draft budget for fourth quarter, 2006; draft monthly statement for services rendered during August 2006.<br>Jeremy C. Kleinman | 1.10 | $330.00 |
| 9/18/2006 | Revise budget and monthly statement; email exchange with A. Zsoldos regarding July fee statement.<br>Jeremy C. Kleinman | 0.60 | $180.00 |
| 9/22/2006 | Revise proposed budget.<br>Jeremy C. Kleinman | 0.50 | $150.00 |
| 9/25/2006 | Revised proposed budget (1.5); draft email to E. Steffe regarding same (0.2).<br>Jeremy C. Kleinman | 1.70 | $510.00 |
| 9/28/2006 | Review and revise proposed quarterly budget report.<br>Joseph D. Frank | 0.80 | $400.00 |
| | Teleconference with E. Steffe regarding proposed budget and revisions; teleconference with K. Franklin regarding August invoices and July payments.<br>Jeremy C. Kleinman | 0.70 | $210.00 |
| 9/29/2006 | Telephone conference with Joe Stykes (Legal Cost Control) regarding SIMS system procedures and deadlines; revised Budget to add required project codes.<br>Christina Carpenter | 0.50 | $72.50 |
| | Meet with Christina Carpenter regarding budget service requirements serve monthly statement.<br>Jeremy C. Kleinman | 0.30 | $90.00 |

$1,942.50

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Joseph D. Frank | 0.80 | 500.00 | $400.00 |
| Jeremy C. Kleinman | 4.90 | 300.00 | $1,470.00 |
| Christina Carpenter | 0.50 | 145.00 | $72.50 |
| | **6.20** | | **$1,942.50** |