Joseph D. Frank (JF-6085)
Jeremy C. Kleinman (JK-0080)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60610
(312) 276-1400 – telephone
(312) 276-0035 – facsimile

Counsel for Jones Lang LaSalle Americas, Inc.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, *et al.*, | ) | Case No. 05-44481 (RDD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, Joseph D. Frank, an attorney, hereby certify that on November 30, 2006, I caused copies of **Jones Lang LaSalle Americas, Inc.'s Third Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 328, 330 and 331** (the "Third Interim Application"), attached hereto, to be served upon each of the parties listed below in the manner indicated, with a copy to chambers via Federal Express.

I further certify that on November 30, 2006, pursuant to the Interim Compensation Orders, notice of the filing of Third Interim Application was provided via electronic mail or by first-class U.S. mail, postage prepaid (when no email address has been provided) to parties listed on the "2002 List," as provided at www.delphidocket.com.

| *Via Electronic Mail* | *Via Federal Express* |
|---|---|
| David M. Sherbin | Kathleen Bambach |
| Vice President and General Counsel | Michele Piscitelli |
| Delphi Corporation | Delphi Corporation |
| 5725 Delphi Drive | 5725 Delphi Drive |
| Troy, Michigan 48098 | Troy, Michigan 48098 |
| david.sherbin@delphi.com | |

{ JLL / 004 / 00008769.DOC /}

- 2 -

|  |  |
|---|---|
| ***Via Electronic Mail*** <br> John D. Sheehan <br> Vice President & CRO Officer <br> Delphi Corporation <br> 5725 Delphi Drive <br> Troy, Michigan  48098 <br> john.sheehan@delphi.com | ***Via Electronic Mail*** <br> Bonnie Steingard <br> Fried, Frank, Harris, Shriver & Jacobson LLP <br> One New York Plaza <br> New York, New York  10004 <br> steinbo@friedfrank.com |
| ***Via Electronic Mail*** <br> Office of the United States Trustee <br> for the Southern District of New York <br> 33 Whitehall Street, Suite 2100 <br> New York, New York  10004 <br> Att'n:  Alicia M. Leonhard <br> alicia.m.leonhard@usdoj.gov | ***Via Federal Express*** <br> Latham & Watkins LLP <br> 885 Third Avenue <br> New York, New York  10017 <br> Att'n:  Robert J. Rosenberg |
| ***Via Federal Express*** <br> Simpson Thacher & Bartlett LLP <br> 425 Lexington Avenue <br> New York, New York  10017 <br> Att'n:  Marissa Wesley | ***Via Federal Express*** <br> Davis Polk & Wardwell <br> 450 Lexington Avenue <br> New York, New York  10017 <br> Att'n:  Marlane Milican |
| ***Via Electronic Mail*** <br> Valerie Venable, Credit Manager <br> GE Plastics, Americas <br> 9930 Kincey Avenue <br> Huntersville, North Carolina  28078 <br> valerie.venable@ge.com | ***Via Electronic Mail*** <br> Skadden, Arps, Meagher & Flom LLP <br> 333 West Wacker Drive, Suite 2100 <br> Chicago, Illinois  60606 <br> Att'n:  John Wm. Butler, Jr. <br> jbutler@skadden.com |

Dated: November 30, 2006          By:      */s/ Joseph D. Frank*

Joseph D. Frank (JF-6085)
Jeremy C. Kleinman (JK 0080)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60610
(312) 276-1400 – telephone
(312) 276-0035 – facsimile

Counsel to Jones Lang LaSalle Americas, Inc.