SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Meals | 06/11/06 | Shivakumar D | 8.67 |
| Out-of-Town Meals | 06/11/06 | Shivakumar D | 129.04 |
| Out-of-Town Meals | 06/11/06 | Shivakumar D | 16.07 |
| Out-of-Town Meals | 06/12/06 | Shivakumar D | 7.22 |
| Out-of-Town Meals | 06/12/06 | Hogan III AL | 42.87 |
| Out-of-Town Meals | 06/12/06 | VanLonkhuyzen CE | 16.78 |
| Out-of-Town Meals | 06/12/06 | VanLonkhuyzen CE | 3.41 |
| Out-of-Town Meals | 06/13/06 | Hogan III AL | 45.00 |
| Out-of-Town Meals | 06/14/06 | Hogan III AL | 5.42 |
| Out-of-Town Meals | 06/14/06 | Butler, Jr. J | 28.00 |
| Out-of-Town Meals | 06/15/06 | Hogan III AL | 5.42 |
| Out-of-Town Meals | 06/15/06 | Hogan III AL | 107.93 |
| Out-of-Town Meals | 06/19/06 | Butler, Jr. J | 9.50 |
| Out-of-Town Meals | 06/25/06 | Butler, Jr. J | 13.50 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$3,145.00** |
| Court Reporting | 06/12/06 | Elisa Dreier Reporting Corp. | 3,457.75 |
| Court Reporting | 06/13/06 | Elisa Dreier Reporting Corp. | 3,403.11 |
| Court Reporting | 06/14/06 | Elisa Dreier Reporting Corp. | 4,405.14 |
| | | **TOTAL COURT REPORTING** | **$11,266.00** |
| Outside Re-search/Internet Services | 05/31/06 | LiveNote, Inc. | 70.05 |
| Outside Re-search/Internet Services | 06/06/06 | Qiu SX | 12.01 |
| Outside Re-search/Internet Services | 06/21/06 | Qiu SX | 6.92 |
| Outside Re-search/Internet Services | 06/30/06 | LiveNote, Inc. | 140.10 |
| Outside Re-search/Internet Services | 06/30/06 | LiveNote, Inc. | 140.10 |
| Outside Re-search/Internet Services | 06/30/06 | Global Securities | 31.82 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$401.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Media Duplication | 05/25/06 | Mead I | 48.00 |
| Media Duplication | 05/31/06 | Mead I | 32.00 |
| Media Duplication | 05/31/06 | Romero E | 120.00 |
| | | **TOTAL MEDIA DUPLICATION** | **$200.00** |
| Printing to paper from TIF | 05/25/06 | Poon MY | 195.89 |
| Printing to paper from TIF | 05/26/06 | Lopez N | 235.64 |
| Printing to paper from TIF | 06/01/06 | Mead I | 23.84 |
| Printing to paper from TIF | 06/07/06 | Mead I | 34.23 |
| Printing to paper from TIF | 06/08/06 | Mead I | 912.40 |
| | | **TOTAL PRINTING TO PAPER FROM TIF** | **$1,402.00** |
| Contracted Catering-NY | 05/30/06 | Guzzardo J | 282.22 |
| Contracted Catering-NY | 05/30/06 | Butler, Jr. J | 1,678.74 |
| Contracted Catering-NY | 05/30/06 | Butler, Jr. J | 215.96 |
| Contracted Catering-NY | 05/30/06 | Butler, Jr. J | 431.91 |
| Contracted Catering-NY | 05/31/06 | Guzzardo J | 494.33 |
| Contracted Catering-NY | 05/31/06 | Butler, Jr. J | 1,619.15 |
| Contracted Catering-NY | 05/31/06 | Butler, Jr. J | 215.96 |
| Contracted Catering-NY | 05/31/06 | Butler, Jr. J | 431.91 |
| Contracted Catering-NY | 06/01/06 | Butler, Jr. J | 1,544.13 |
| Contracted Catering-NY | 06/01/06 | Butler, Jr. J | 215.94 |
| Contracted Catering-NY | 06/01/06 | Butler, Jr. J | 431.91 |
| Contracted Catering-NY | 06/02/06 | Butler, Jr. J | 233.35 |
| Contracted Catering-NY | 06/02/06 | Butler, Jr. J | 1,081.83 |
| Contracted Catering-NY | 06/02/06 | Butler, Jr. J | 215.96 |
| Contracted Catering-NY | 06/02/06 | Butler, Jr. J | 431.91 |
| Contracted Catering-NY | 06/05/06 | Butler, Jr. J | 1,081.83 |
| Contracted Catering-NY | 06/05/06 | Butler, Jr. J | 203.73 |
| Contracted Catering-NY | 06/05/06 | Butler, Jr. J | 407.46 |
| Contracted Catering-NY | 06/06/06 | Butler, Jr. J | 179.28 |
| Contracted Catering-NY | 06/09/06 | Guzzardo J | 425.05 |
| Contracted Catering-NY | 06/28/06 | Butler, Jr. J | 214.54 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Contracted Catering-NY | 06/28/06 | Butler, Jr. J | 1,562.25 |
| Contracted Catering-NY | 06/29/06 | Butler, Jr. J | 357.65 |
| | | **TOTAL CONTRACTED CATERING-NY** | **$13,957.00** |
| CLR/Disclosure | 06/30/06 | Office Admin, D | 234.00 |
| | | **TOTAL CLR/DISCLOSURE** | **$234.00** |
| | | **TOTAL MATTER** | **$126,624.00** |

B43E

**Delphi Corporation (DIP)**
**Customer Matters (GM)**

**Bill Date: 08/31/06**
**Bill Number: 1122597**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 07/10/06 | 0.40 | BEGIN TO PREPARE FOR JULY 12TH SENIOR LEADERSHIP SESSION BETWEEN DELPHI AND GENERAL MOTORS IN TROY INCLUDING EMAILS FROM B. DELLINGER, D. RESNICK AND J. BERTRAND (0.4). |
| BUTLER, JR. J | 07/12/06 | 2.50 | PREPARE FOR (0.4) AND ATTEND (1.2) SENIOR LEADERSHIP SESSION BETWEEN DELPHI AND GENERAL MOTORS IN TROY; RECEIVE AND EVALUATE STN DEMAND BY CREDITORS' COMMITTEE (0.6); CONFERENCES WITH J. SHEEHAN AND D. SHERBIN RE SAME (0.3). |
| BUTLER, JR. J | 07/14/06 | 1.80 | EMAILS FROM/TO M. KESSLER RE GM CLAIMS FILING STIPULATION (0.2); REVIEW AND COMMENT ON DRAFT OMNIBUS REPLY (0.6); REVIEW AND CONSIDER RESEARCH MATERIALS AND ANALYSIS RE STN DEMAND BY CREDITORS COMMITTEE (1.6). |
| BUTLER, JR. J | 07/15/06 | 1.30 | REVIEW MATERIALS RE GM LOSS CONTRACT MOTION (0.3); FURTHER EMAILS FROM/TO M. KESSLER RE GM CLAIMS FILING STIPULATION (0.2); CONTINUE TO REVIEW AND CONSIDER STN DEMAND BY CREDITORS COMMITTEE (0.8). |
| BUTLER, JR. J | 07/17/06 | 0.80 | FURTHER EMAILS FROM/TO M. KESSLER RE GM CLAIMS FILING STIPULATION (0.2); CONTINUE TO REVIEW AND CONSIDER STN DEMAND BY CREDITORS COMMITTEE (0.6). |
| BUTLER, JR. J | 07/18/06 | 0.60 | EMAILS FROM/TO D. RESNICK RE JULY 19TH DELPHI/GM LEADERSHIP MEETING IN TROY AND CLAIMS BIFURCATION APPROACH (0.2); REVIEW GM CLAIMS FILING STIPULATION AND EMAIL FROM M. KESSLER RE SAME (0.2); EMAILS FROM/TO B. DELLINGER RE GM SPECIAL ATTRITION REIMBURSEMENT PAYMENTS (0.2). |
| BUTLER, JR. J | 07/19/06 | 1.70 | CONTINUE TO PREPARE FOR JULY 19TH DELPHI/GM LEADERSHIP MEETING IN TROY INCLUDING CONSIDERATION OF CLAIMS BIFURCATION APPROACH (0.4); CONTINUE TO REVIEW CREDITORS' COMMITTEE STN DEMAND AND RELATED RESEARCH AND ANALYSIS (0.8); EMAILS FROM/TO F. EATON RE EXTENSION OF AD HOC COMMITTEE TIME TO FILE OBJECTION TO GM CONTRACT REJECTION MOTION (0.2); REVIEW STATUS MEMO RE TRIAL PREPARATION ON SAME (0.3). |

B43E

BUTLER, JR. J   07/20/06    2.10  PREPARE FOR (0.2) AND PARTICIPATE IN
(1.0) MEETING WITH D. DAIGLE, R.
ROSENBERG AND J. SHEEHAN RE STN MATTERS;
EMAILS FROM/TO AND TELECONFERENCES WITH
R. O'NEAL RE GM DISCUSSIONS (0.4);
CONTINUE TO PREPARE FOR JULY 21ST
MEETING WITH DELPHI/GM LEADERSHIP
INCLUDING REVIEW AND RESPOND TO
MATERIALS FROM B. DELLINGER (0.5).

BUTLER, JR. J   07/21/06    1.20  PREPARE FOR (0.2) AND PARTICIPATE IN
(1.0) PREPARATION MEETING WITH DELPHI
LEADERSHIP TEAM AT COMPANY IN TROY.

BUTLER, JR. J   07/25/06    2.00  REVIEW AND REVISE JOINT INTEREST
AGREEMENT AND MOTION PAPERS WITH EQUITY
COMMITTEE RE: GM CLAIMS AND DEFENSES
(0.6); CONTINUE TO PREPARE FOR JULY 27TH
MEETING WITH GM REPRESENTATIVES RE:
CLAIMS MATTERS (0.5); EMAILS FROM/TO
WORKING GROUP RE GM CLAIMS MATTERS AND
ANALYSIS OF CERTAIN CLAIMS AT CREDITOR
AND EQUITY LEVEL (0.6); TELECONFERENCE
WITH J. SHEEHAN RE: WEEKLY UCC CHAIR
UPDATE CALL INCLUDING UPDATE ON UCC'S
PLANNED STN CLAIMS AND DEFENSES MOTION
(0.3).

BUTLER, JR. J   07/27/06    3.70  PREPARE FOR (0.3) AND PARTICIPATE IN
(2.0) MEETING WITH GM PROFESSIONALS
(GREENHILL AND WEIL) IN NEW YORK CITY;
PREPARE FOR (0.2) AND PARTICIPATE IN
(0.9) SENIOR STRATEGY CALL WITH S.
MILLER, R. O'NEAL, D. SHERBIN, D.
RESNICK AND OTHERS; REVIEW CREDITORS'
COMMITTEE SEAL MOTION AND ORDER RE STN
MOTION (0.3).

BUTLER, JR. J   07/28/06    1.40  RECEIVE AND BEGIN TO ANALYZE CREDITORS'
COMMITTEE STN MOTION (0.6); FOLLOW-UP
ON JULY 27TH MEETING WITH GM IN NEW YORK
CITY WITH S. MILLER, R. O'NEAL, D.
SHERBIN AND D. RESNICK (0.6); EMAILS
FROM/TO F. EATON, M. BIENENSTOCK AND J.
TANENBAUM RE SAME(0.3).

BUTLER, JR. J   07/29/06    1.70  CONTINUE TO REVIEW CREDITORS' COMMITTEE
STN MOTION AND REVISED COMPLAINT (0.7);
REVIEW PRELIMINARY OBJECTION (0.3);
FURTHER EMAILS FROM/TO D. SHERBIN, F.
EATON AND T. LAURIA, M. BIENENSTOCK AND
J. TANENBAUM RE SAME (0.4); EMAILS
TO/FROM B. ROSENBERG, R. O'NEAL AND D.
SHERBIN RE UCC PARTICIPATION IN GM
CLAIMS NEGOTIATIONS (0.3).

BUTLER, JR. J   07/30/06    0.90  CONTINUE TO REVIEW CREDITORS' COMMITTEE
STN MOTION AND OUTLINE OBJECTIONS
ISSUES AND DISCOVERY MATTERS (0.4);
BEGIN TO REVIEW AND COMMENT ON DRAFT
PRELIMINARY  OBJECTION TO STN MOTION
(0.4); EMAILS FROM/TO F. EATON RE
FURTHER ADJOURNMENT OF AD HOC COMMITTEE
DEADLINE TO FILE OBJECTION TO GM LOSS
CONTRACTS REJECTIONMOTION (0.1).

B43E

BUTLER, JR. J    07/31/06    1.20   REVIEW AND REVISE PRELIMINARY OBJECTION
                                    TO CREDITORS' COMMITTEE STN MOTION
                                    (1.2).

                             **23.30**

COCHRAN EL       07/26/06    3.40   REVIEW MATERIAL RE: GM CLAIMS IN
                                    PREPARATION OF MEETING WITH GM (1.8);
                                    REVIEWED COMMENTS FROM J. BERTRAND RE:
                                    TERM SHEET (1.6).

COCHRAN EL       07/27/06    3.80   MEETING WITH GM REPRESENTATIVES
                                    (MILLER, BIERUSTACK, TESSLER,
                                    TANNENBAUM) AND DELPHI REPS (BUTLER,
                                    RESNICK, MARAFIOTI, HOGAN, SHAW) RE: GM
                                    CLAIMS (2.2); TELECONFERENCE WITH
                                    SENIOR DELPHI TEAM RE: GM MEETING (1.6).

                             **7.20**

HOGAN III AL     07/14/06    1.50   REVIEW AND COMMENT ON MEMORANDA RE:
                                    STANDING OF STATUTORY COMMITTEES TO
                                    ASSERT CLAIMS (1.5).

HOGAN III AL     07/19/06    0.90   TELECONFERENCE WITH GM CONTRACT
                                    REJECTION MOTION TEAM RE: POTENTIAL
                                    UPDATES TO FINANCIAL ANALYSIS, AND
                                    PREPARATION FOR GM REJECTION HEARING
                                    (0.9).

HOGAN III AL     07/20/06    0.60   REVIEW UCC REQUEST FOR PARTICIPATION IN
                                    GM REJECTION MOTION MEET AND CONFER
                                    PROCESS (0.1); CONFERENCE WITH GM
                                    REJECTION TEAM RE: PREPARATION FOR
                                    HEARING (0.5).

HOGAN III AL     07/21/06    3.60   ASSESS POTENTIAL MOTION BY UCC
                                    CONCERNING CERTAIN GM-RELATED CLAIMS
                                    MATTERS, AND POTENTIAL RESPONSES TO
                                    SAME, INCLUDING REVIEW OF RELEVANT CASE
                                    LAW IN CONNECTION WITH SAME (2.4);
                                    REVIEW BOARD PRESENTATION MATERIALS IN
                                    PREPARATION FOR RESPONSE TO UCC CLAIMS
                                    ASSERTION MOTION (1.2).

HOGAN III AL     07/24/06    9.20   CONTINUED ANALYSIS OF RESPONSE TO
                                    POTENTIAL MOTION BY UCC CONCERNING
                                    ASSERTION OF CERTAIN CLAIMS AGAINST GM,
                                    AND CONFERENCES WITH LITIGATION TEAM IN
                                    CONNECTION WITH SAME (4.6); OUTLINE
                                    HEARING PREPARATION PLAN, AND DISCUSS
                                    MAJOR TASKS TO BE ACCOMPLISHED WITH GM
                                    REJECTION MOTION TEAM (3.4);
                                    TELECONFERENCE WITH CLIENT CONCERNING
                                    UPDATED FINANCIAL ANALYSIS, AND
                                    POTENTIAL EFFECT ON PLANT-LEVEL
                                    ANALYSIS (1.2).

HOGAN III AL     07/25/06    5.60   REVIEW STATUS OF GM REJECTION MOTION IN
                                    LIGHT OF FURTHER FINANCIAL REPORTING
                                    PERIODS AND IMPLEMENTATION OF ATTRITION
                                    PLANS, AND COORDINATE NECESSARY
                                    ANALYSIS TO PREPARE FOR REJECTION
                                    HEARING (5.6).

HOGAN III AL    07/26/06    6.70   REVIEW LEGAL MEMORANDUM AND BOARD OF DIRECTORS PRESENTATION CONCERNING UCC'S LIKELY STN DEMAND, AND ANALYZE RESPONSES TO SAME (2.9); PARTICIPATE IN CONFERENCES CONCERNING COMPANY UPDATES TO FINANCIAL MODELS, AND POTENTIAL EFFECT ON GM CONTRACT REJECTION MOTION (2.2); REVIEW STATUS OF HEARING PREPARATION, AND DISCUSS CROSS EXAM PREPARATION IN CONNECTION WITH GM EXPERT (1.6).

HOGAN III AL    07/27/06    7.20   PREPARE FOR AND PARTICIPATE IN CONFERENCE WITH COUNSEL FOR GM CONCERNING CERTAIN CLAIMS ISSUES, AND POTENTIAL STRUCTURING OF RESOLUTION OF CLAIMS ISSUES (2.7); CONTINUE REVIEW AND ANALYSIS OF UCC'S STN DEMAND, INCLUDING APPLICABLE CASE LAW, AND OUTLINE PRELIMINARY OBJECTION CONCEPTS IN CONNECTION WITH SAME (4.5).

HOGAN III AL    07/28/06    5.40   CONTINUE REVIEW OF POTENTIAL EFFECT OF NEW FINANCIAL CIRCUMSTANCES ON CONTRACT REJECTION MOTION (2.6); REVIEW BALIBAN DEPOSITION TRANSCRIPT IN PREPARATION FOR HEARING CROSS EXAM (1.4); REVIEW APPALOOSA PRELIMINARY OBJECTION, AND PLAN FOR REPLY IN CONNECTION WITH SAME (1.4).

HOGAN III AL    07/29/06    2.20   PARTICIPATE IN WORKING GROUP CALL, AND IN PARTICULAR DISCUSSION OF UCC'S STN DEMAND (0.8); REVIEW PRELIMINARY OBJECTION AND DISCOVERY REQUESTS IN CONNECTION WITH UCC'S STN DEMAND (1.4).

HOGAN III AL    07/31/06    8.10   REVIEW AND ANALYZE DEMONSTRATIVE EXHIBIT CONCEPTS IN PREPARATION FOR GM REJECTION TRIAL (3.3); DRAFT MEET AND CONFER PLANNING MEMO (0.5); ANALYZE BALIBAN CROSS EXAM CONCEPTS (1.2); REVIEW AND ANALYZE COMPANY FINANCIAL INFORMATION IN CONNECTION WITH UPDATED FINANCIAL RESULTS AND FORECASTS, AND ANALYZE POTENTIAL EFFECTS ON GM MOTION (1.5); REVIEW AND ANALYZE PRELIMINARY OBJECTION TO UCC MOTION CONCERNING CERTAIN GM CLAIMS (1.6).

                        **51.00**

MARAFIOTI KA    07/12/06    0.80   CONFERENCE WITH S. CORCORAN RE: GM LEGACY AGREEMENTS (0.2); FOLLOWUP CORRESPONDENCE (0.2); CORRESPONDENCE RE: CREDITORS' COMMITTEE DEMANDS WITH RESPECT TO ESTATE CLAIMS (0.4).

MARAFIOTI KA    07/13/06    0.60   REVIEWED CREDITORS' COMMITTEE CORRESPONDENCE RE: REQUEST TO TAKE OVER GM CLAIMS FROM DEBTORS AND PROPOSED STIPULATION RE: SAME (0.6).

MARAFIOTI KA    07/14/06    0.40   BEGAN REVIEW OF MEMO RE: COMMITTEE STANDING (0.4).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MARAFIOTI KA        07/21/06        0.70   ANALYZE GM ISSUES (0.7).

MARAFIOTI KA        07/25/06        1.20   WORK ON UPDATE TO EISENBERG DECLARATION
                                           IN CONNECTION WITH SECTION 365 MOTION
                                           AND ANALYZE RELATED ISSUES (1.0);
                                           CORRESPONDENCE  RE: CREDITORS'
                                           COMMITTEE DEMAND FOR RIGHT TO SUE (0.2).

MARAFIOTI KA        07/26/06        3.60   REVIEWED TALKING POINTS FOR GM (0.3);
                                           ANALYZE GM CLAIMS AND PROPOSED
                                           COMMITTEE STANDING TO PURSUE SAME
                                           (1.2); REVIEWED RESEARCH MEMOS (0.5);
                                           COMMITTEE DEMAND LETTERS (0.3); D.C.
                                           CAPITAL DEMAND LETTER (0.2) ; BEGAN
                                           REVIEW OF BOARD MATERIALS RE: SAME
                                           (1.1).

MARAFIOTI KA        07/27/06        4.60   MEETING WITH W. GOTSHAL, GREENHILL,
                                           ROTHSCHILD RE: GM ISSUES (2.0);
                                           FOLLOWUP CONFERENCE AND CALL WITH D.
                                           RESNICK (0.6); FOLLOWUP ANALYSIS OF GM
                                           ISSUES (0.8); TELECONFERENCE WITH
                                           ROTHSCHILD RE: GM DEVELOPMENTS (1.2).

MARAFIOTI KA        07/28/06        0.10   TELECONFERENCE WITH C. COMERFORD RE: GM
                                           RECALL SETOFF CLAIM (0.1).

MARAFIOTI KA        07/30/06        1.00   REVIEWED AND REVISED DEBTORS'
                                           PRELIMINARY OBJECTION TO MOTION FOR
                                           ORDER AUTHORIZING CREDITORS' COMMITTEE
                                           TO SUE GM (1.0).

                                   13.00

PANAGAKIS GN        07/13/06        1.00   REVIEW CASES AND MEMO RE: COMMITTEE
                                           STANDING (1.0).

PANAGAKIS GN        07/14/06        1.00   ADDITIONAL REVIEW OF CASES RE:
                                           COMMITTEE STN STANDING AND RELATED
                                           MATTERS (1.0).

PANAGAKIS GN        07/23/06        1.20   TELECONFERENCE WITH WORKING GROUP RE:
                                           UCC DEMAND LETTER (1.2).

PANAGAKIS GN        07/26/06        0.80   TELECONFERENCES RE: COMMITTEE DEMAND
                                           LETTER AND POTENTIAL MOTION SEEKING
                                           AUTHORITY TO PURSUE CLAIMS (0.8).

PANAGAKIS GN        07/28/06        1.60   REVIEW COMMITTEE MOTION RE: AUTHORITY
                                           TO PURSUE CLAIMS AND CONSIDER RESPONSE
                                           TO SAME (1.6).

PANAGAKIS GN        07/30/06        0.60   REVIEW CORRESPONDENCE RE: COMMITTEE
                                           MOTION TO PROSECUTE CLAIMS (0.6).

PANAGAKIS GN        07/31/06        1.40   REVIEW AND COMMENT ON COMMITTEE MOTION
                                           FOR AUTHORITY TO PURSUE CLAIMS,
                                           OBJECTION AND DISCOVERY REQUEST (1.4).

                                    7.60

**Total Partner**                 102.10

B43E

| GARNER LP | 07/23/06 | 1.20 | TELECONFERENCE WITH WORKING GROUP RE: OPPOSITION TO CREDITORS' COMMITTEE MOTION FOR STANDING TO PURSUE DEBTORS' CLAIMS (1.2). |
|---|---|---|---|
| GARNER LP | 07/24/06 | 2.00 | BEGIN WORK ON OPPOSITION TO COMMITTEE MOTION FOR STANDING TO ASSERT DEBTORS' CLAIMS (2.0). |
| GARNER LP | 07/25/06 | 2.00 | WORK ON OPPOSITION TO CREDITORS' COMMITTEE REQUEST FOR STANDING TO PROSECUTE DEBTORS' CAUSES OF ACTION (2.0). |
| GARNER LP | 07/26/06 | 7.60 | LEGAL RESEARCH RE: CREDITORS' COMMITTEE STANDING TO PURSUE DEBTORS' CLAIMS (5.2); REVIEW AND EDIT OPPOSITION BRIEF TO COMMITTEE STANDING (2.4). |
| GARNER LP | 07/27/06 | 10.20 | REVIEW EX PARTE FILINGS BY CREDITORS' COMMITTEE (0.5); PREPARE PRELIMINARY OBJECTION TO EXPECTED MOTION FOR STANDING (7.7); REVIEW AND EDIT DRAFT OPPOSITION TO CREDITORS' COMMITTEE'S MOTION FOR STANDING TO PROSECUTE DEBTORS' CAUSES OF ACTION (2.0). |
| GARNER LP | 07/28/06 | 8.70 | REVIEW AND EDIT DISCOVERY REQUESTS FOR CREDITORS' COMMITTEE MOTION (1.5); REVIEW CREDITORS' COMMITTEE MOTION FOR STANDING (1.7); PREPARE PRELIMINARY OBJECTION (5.5). |
| GARNER LP | 07/31/06 | 6.30 | REVIEW AND EDIT PRELIMINARY OBJECTION TO CREDITORS' COMMITTEE MOTION (6.3). |
| | | **38.00** | |
| SHIVAKUMAR D | 07/06/06 | 4.00 | ANALYZE DEPOSITION TRANSCRIPTS OF K. BUTLER, J. SHEEHAN AND D. RESNICK IN PREPARATION FOR POTENTIAL RESUMPTION OF LABOR AND GM LITIGATION (3.4); STRATEGY DISCUSSIONS WITH WORKING GROUP RE: FINANCIAL PROJECTIONS (0.6). |
| SHIVAKUMAR D | 07/07/06 | 7.80 | ANALYZE FINANCIAL DATA AND PROJECTIONS, PRIOR FINANCIAL DECLARATIONS, AND RELEVANT PRIOR TESTIMONY IN PREPARATION FOR DEPOSITION IN 1113/1114 PROCEEDINGS (7.8). |
| SHIVAKUMAR D | 07/10/06 | 7.20 | CONFERENCE CALLS TO DISCUSS GM INFORMATION REQUEST RE: BOARD RESOLUTION (0.7); DRAFT LETTER TO GM RE: INFORMATION REQUEST (0.5); REVIEW OF ALL BOARD MATERIALS RELATING TO CONTRACT REJECTION MOTION (1.4); TELECONFERENCES WITH WORKING GROUP TO ANALYZE ATTRITION PLAN RESULTS (1.3); ANALYZE DECLARATIONS AND PRIOR TESTIMONY IN PREPARATION FOR DEPOSITION OF R. EISENBERG (3.3). |

B43E

| | | | |
|---|---|---|---|
| SHIVAKUMAR D | 07/11/06 | 7.90 | ANALYZE PRIOR DECLARATIONS, DEPOSITION TRANSCRIPTS, AND PRIOR TESTIMONY IN PREPARATION FOR R. EISENBERG DEPOSITION (5.6); TELECONFERENCE WITH WORKING GROUP TO ANALYZE ATTRITION PROGRAM RESULTS (1.0); ANALYZE OBJECTIONS AND DECLARATIONS RELATING TO KCEP MOTION (1.3). |
| SHIVAKUMAR D | 07/12/06 | 5.80 | REVIEW FINANCIAL DOCUMENTS IN ANTICIPATION OF R. EISENBERTG DEPOSITION (5.8). |
| SHIVAKUMAR D | 07/13/06 | 8.30 | MEETING WITH R. EISENBERG AND WORKING GROUP TO PREPARE FOR R. EISENBERG DEPOSITION (4.8); ATTEND DEPOSITION OF R. EISENBERG (3.5). |
| SHIVAKUMAR D | 07/14/06 | 2.30 | TELECONFERENCE WITH WORKING GROUP RE: GENERAL CASE STRATEGY (0.5); REVISE PRESENTATION SLIDES RELATING TO GM LITIGATION AND RELATED ISSUES (0.7); STRATEGY DISCUSSIONS WITH WORKING GROUP RE: PLANNING/PREPARATION FOR POSSIBLE RESUMPTION OF HEARINGS ON LOSS CONTRACT REJECTION MOTION (1.1). |
| SHIVAKUMAR D | 07/15/06 | 2.70 | FINALIZE MEMORANDUM AND RELATED CHART RE: LITIGATION STRATEGY/ NEXT STEPS IN ANTICIPATION OF POSSIBLE HEARING ON LOSS CONTRACT REJECTION MOTION (2.7). |
| SHIVAKUMAR D | 07/17/06 | 5.50 | REVIEW/REDACT MATERIALS TO BE PRODUCED TO GM IN RESPONSE TO INFORMATION REQUEST (0.8); ANALYSIS OF DEPOSITION TRANSCRIPTS RELATING TO GM LOSS CONTRACT MOTION (4.7). |
| SHIVAKUMAR D | 07/18/06 | 7.70 | ANALYZE RECORD ON LOSS CONTRACT MOTION IN PREPARATION FOR POTENTIAL HEARINGS (5.5); COMMUNICATIONS WITH FTI AND WORKING GROUP RE: NEXT STEPS IN PREPARATION FOR POSSIBLE HEARING ON LOSS CONTRACT MOTION (2.2). |
| SHIVAKUMAR D | 07/19/06 | 7.50 | TELECONFERENCE WITH WORKING GROUP TO ANALYZE NEXT STEPS IN PREPARATION FOR POTENTIAL RESUMPTION OF 1113/1114 HEARINGS (0.6); ANALYZE RECORD ON LOSS CONTRACT MOTION IN PREPARATION FOR POTENTIAL HEARING ON LOSS CONTRACT MOTION (4.2); CONFERENCE CALL WITH FTI TO DISCUSS LOSS PLANT DATA (1.2); ANALYZE POTENTIAL ARGUMENTS IN RESPONSE TO POSSIBLE FILING OF SUPPLEMENTAL OBJECTION BY APPALOOSA GROUP AND DISCUSS SAME WITH WORKING GROUP (1.5). |
| SHIVAKUMAR D | 07/20/06 | 3.70 | STRATEGY DISCUSSIONS WITH WORKING GROUP RE: PREPARATION FOR POTENTIAL HEARINGS ON GM LOSS CONTRACT MOTION (1.0); ANALYZE DEPOSITION TRANSCRIPTS IN PREPARATION FOR POTENTIAL GM LOSS CONTRACT HEARING (2.7). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

SHIVAKUMAR D        07/21/06      7.80   TELECONFERENCE WITH WORKING GROUP TO
                                         ASSESS AND UPDATE OVERALL CASE STRATEGY
                                         (1.3); ANALYSIS OF FINANCIAL DATA AND
                                         PRIOR TESTIMONY RE: FINANCIAL ISSUES IN
                                         PREPARATION FOR DRAFTING POTENTIAL
                                         1113/1114 REBUTTAL DECLARATIONS (3.8);
                                         REVIEW PRODUCTION OF DOCUMENTS TO GM
                                         (0.3); COMMUNICATIONS WITH DELPHI
                                         PERSONNEL RE: GM INFORMATION REQUESTS
                                         (0.3); COMMUNICATIONS WITH GM'S COUNSEL
                                         IN RESPONSE TO LETTER REQUESTS (0.2);
                                         STRATEGY SESSIONS WITH WORKING GROUP
                                         MEMBERS TO PREPARE FOR POTENTIAL
                                         HEARING ON LOSS CONTRACT MOTION (1.9).

SHIVAKUMAR D        07/24/06      8.70   PREPARATION FOR POTENTIAL HEARING ON GM
                                         LOSS CONTRACT REJECTION MOTION AND
                                         STRATEGY SESSIONS WITH WORKING GROUP
                                         MEMBERS RE: SAME (7.4); REVIEW OF PRIOR
                                         DECLARATIONS AND ATTRITION PROGRAM
                                         DOCUMENTS SHARED WITH UNION IN
                                         PREPARATION FOR DRAFTING POTENTIAL
                                         1113/1114 REBUTTAL DECLARATIONS (1.3).

SHIVAKUMAR D        07/25/06      7.30   ANALYSIS OF FINANCIAL DATA SHARED WITH
                                         UNIONS (1.0); TELECONFERENCES WITH
                                         WORKING GROUP TO ANALYZE ATTRITION
                                         PROGRAMS AND FINANCIAL DOCUMENTS AND
                                         DEVELOP LITIGATION STRATEGY FOR
                                         POTENTIAL RESUMPTION OF 1113/1114
                                         HEARINGS (2.3); PREPARATION FOR
                                         POTENTIAL HEARING ON GM LOSS CONTRACT
                                         MOTION (3.6); CONFERENCE CALL WITH S.
                                         DANIELS TO DISCUSS PREPARATION FOR
                                         POTENTIAL HEARING ON GM LOSS CONTRACT
                                         MOTION (0.4).

SHIVAKUMAR D        07/26/06      8.60   RESPOND TO LETTER FROM GM'S COUNSEL RE:
                                         SCOPE OF HEARING EXHIBITS (1.3);
                                         TELECONFERENCES WITH WORKING GROUP
                                         MEMBERS TO ANALYZE ASSUMPTIONS
                                         UNDERLYING UPDATED FINANCIAL
                                         PROJECTIONS (1.8); ANALYZE AND REVISE
                                         PROPOSED PROTECTIVE ORDER GOVERNING GM
                                         DOCUMENTS PRODUCED IN RESPONSE TO UCC'S
                                         RULE 2004 REQUEST (1.4); ANALYSIS OF
                                         ATTRITION PROGRAMS AND PRIOR TESTIMONY
                                         RELATING TO OPEB COSTS (1.3);
                                         PREPARATION FOR POTENTIAL HEARING ON GM
                                         LOSS CONTRACT MOTION (2.8).

SHIVAKUMAR D        07/27/06     10.00   DRAFT POTENTIAL REBUTTAL DECLARATIONS
                                         FOR 1113/1114 MOTION (6.5); PREPARATION
                                         FOR POTENTIAL HEARING ON GM LOSS
                                         CONTRACT MOTION (2.5); CONFERENCE CALL
                                         WITH FTI TO ANALYZE DATA RELATING TO
                                         LOSS PLANTS (1.0).

B43E

SHIVAKUMAR D       07/28/06       3.60   TELECONFERENCE WITH WORKING GROUP TO
                                         COVER OVERALL CASE STRATEGY AND
                                         DEVELOPMENTS (0.4); PREPARATION FOR
                                         POTENTIAL HEARING ON GM LOSS CONTRACT
                                         REJECTION MOTION AND MEETINGS WITH
                                         WORKING GROUP MEMBERS TO ASSESS
                                         PROGRESS RE: SAME (E.G., POTENTIAL
                                         EXHIBITS, TRIAL STRATEGY, ETC.) (3.2).

SHIVAKUMAR D       07/30/06       0.80   ANALYZE UPDATED FINANCIAL PROJECTIONS
                                         IN LIGHT OF POTENTIAL HEARINGS ON
                                         1113/1114 AND 365 MOTIONS (0.8).

SHIVAKUMAR D       07/31/06       9.60   PREPARATION FOR POTENTIAL HEARING ON GM
                                         LOSS CONTRACT REJECTION MOTION (6.3);
                                         VIDEO-CONFERENCE FOR LABOR WORKING
                                         GROUP TO ANALYZE STRATEGY FOR
                                         PREPARATION FOR RESUMPTION OF HEARINGS
                                         ON 1113/1114 MOTION (3.3).

                                126.80

**Total Counsel**                164.80

CAMPANARIO ND      07/24/06       7.50   REVIEW AD HOC EQUITY COMMITTEE'S
                                         SUPPLEMENTAL LIMITED OBJECTION TO GM
                                         CONTRACT REJECTION MOTION NO. 1 AND
                                         PREPARE CHECKLIST OF ARGUMENTS RAISED
                                         IN SAME (2.5); REVIEW TRANSCRIPTS OF
                                         DEPOSITIONS TAKEN IN CONNECTION WITH GM
                                         CONTRACT REJECTION MOTION NO. 1 (5.0).

CAMPANARIO ND      07/25/06       5.70   LEGAL RESEARCH RE: RESPONSE TO AD HOC
                                         EQUITY COMMITTEE'S SUPPLEMENTAL
                                         LIMITED OBJECTION TO GM CONTRACT
                                         REJECTION MOTION NO. 1 (2.3); BEGIN
                                         DRAFTING SAME (3.4).

CAMPANARIO ND      07/27/06      10.10   CONTINUE DRAFTING RESPONSE TO AD HOC
                                         EQUITY COMMITTEE'S SUPPLEMENTAL
                                         LIMITED OBJECTION TO GM CONTRACT
                                         REJECTION MOTION NO. 1 (10.1).

CAMPANARIO ND      07/28/06       6.30   COMPLETE DRAFT OF RESPONSE TO AD HOC
                                         EQUITY COMMITTEE'S SUPPLEMENTAL
                                         LIMITED OBJECTION TO GM CONTRACT
                                         REJECTION MOTION NO. 1 (6.3).

                                 29.60

B43E

| GUZZARDO J | 07/24/06 | 3.30 | PREPARATION FOR HEARING RE: GM CONTRACT REJECTION (3.3). |
|---|---|---|---|
| GUZZARDO J | 07/26/06 | 4.00 | LEGAL RESEARCH AND TRIAL PREPARATION FOR GM REJECTION MOTION (4.0). |
| GUZZARDO J | 07/27/06 | 3.70 | LEGAL RESEARCH AND PREPARATION FOR HEARING RE: GM REJECTION MOTION (3.7). |
| GUZZARDO J | 07/28/06 | 8.00 | DRAFTING OF DEPOSITION ABSTRACTS IN PREPARATION FOR HEARING (8.0). |
| GUZZARDO J | 07/31/06 | 3.00 | COMPLETED DEPOSITION ABSTRACTS IN PREPARATION FOR HEARING (0.7); REVIEWED DRAFT 10Q (2.3). |

                                22.00

| HARDIN AS | 07/05/06 | 3.00 | INITIAL REVIEW OF EMPLOYEE MATTERS AGREEMENT (2.5); CONFERENCE WITH T. MATZ RE: SPIN-OFF AGREEMENTS (0.5). |
|---|---|---|---|
| HARDIN AS | 07/06/06 | 3.00 | REVIEW EMPLOYEE MATTERS AGREEMENT (1.5); BEGIN DRAFTING SUMMARIES OF SPIN-OFF DOCUMENTS (1.5). |
| HARDIN AS | 07/07/06 | 0.50 | CONFERENCE WITH T. MATZ RE: SUMMARIES OF LEGACY AGREEMENTS (0.5). |
| HARDIN AS | 07/10/06 | 9.50 | REVIEW BACKGROUND MEMOS CONCERNING VARIOUS ISSUES RELATED TO LEGACY AGREEMENTS (9.5). |
| HARDIN AS | 07/11/06 | 9.30 | CORRESPONDENCE WITH WORKING GROUP RE: DEOC PENSION ISSUE (3.1); SEARCH FOR MISSING LEGACY AGREEMENTS (0.5); BEGIN PRELIMINARY REVIEW OF LEGACY AGREEMENTS (5.7). |
| HARDIN AS | 07/12/06 | 9.40 | FOLLOW-UP WORK RE: DEOC PENSION ISSUE (2.1); CONTINUE REVIEW OF LEGACY AGREEMENTS (7.3). |
| HARDIN AS | 07/13/06 | 10.50 | REVIEW MASTER SEPARATION AGREEMENT AND BEGIN PREPARING SUMMARY TEMPLATE (10.5). |
| HARDIN AS | 07/14/06 | 8.90 | PREPARE MEMO RE: MASTER SEPARATION AGREEMENT (8.9). |
| HARDIN AS | 07/18/06 | 6.20 | CONTINUE RESEARCH AND ANALYSIS OF AGREEMENTS WITH GENERAL MOTORS CORPORATION (6.2). |
| HARDIN AS | 07/19/06 | 4.40 | CONTINUE RESEARCH AND ANALYSIS OF AGREEMENTS WITH GENERAL MOTORS CORPORATION (4.4). |
| HARDIN AS | 07/20/06 | 8.60 | CONTINUE RESEARCH AND ANALYSIS OF AGREEMENTS WITH GENERAL MOTORS CORPORATION (8.6). |
| HARDIN AS | 07/21/06 | 8.10 | CONTINUE REVIEW AND ANALYSIS OF SPIN-OFF AGREEMENTS AND DRAFTING MATERIALS RE: SAME (8.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HARDIN AS | 07/24/06 | 7.90 | CONTINUE RESEARCH AND ANALYSIS OF AGREEMENTS WITH GENERAL MOTORS CORPORATION (7.9). |
| HARDIN AS | 07/25/06 | 8.40 | CONTINUE RESEARCH AND ANALYSIS OF AGREEMENTS WITH GENERAL MOTORS CORPORATION (8.4). |
| HARDIN AS | 07/26/06 | 11.10 | CONTINUE RESEARCH AND ANALYSIS OF AGREEMENTS WITH GENERAL MOTORS CORPORATION (8.5); TELECONFERENCE WITH DELPHI MANAGEMENT RE: COMPREHENSIVE TERM SHEET (1.3); REVISE COMPREHENSIVE TERM SHEET (1.3). |
| HARDIN AS | 07/27/06 | 7.50 | CONTINUE RESEARCH AND ANALYSIS OF AGREEMENTS WITH GENERAL MOTORS CORPORATION (7.5). |
| HARDIN AS | 07/28/06 | 9.40 | CONTINUE RESEARCH AND ANALYSIS OF AGREEMENTS WITH GENERAL MOTORS CORPORATION (8.9); REVIEW CREDITORS COMMITTEE MOTION RE: GM CLAIMS (0.5). |
| HARDIN AS | 07/31/06 | 10.20 | CONTINUE RESEARCH AND ANALYSIS OF AGREEMENTS WITH GENERAL MOTORS CORPORATION (10.2). |
| | | **135.90** | |
| JJINGO MJ | 07/12/06 | 4.70 | RESEARCH CREDITORS' COMMITTEE STANDING ISSUE (4.7). |
| JJINGO MJ | 07/13/06 | 6.40 | CONTINUE TO RESEARCH CREDITORS' COMMITTEE STANDING ISSUE AND PREPARE BRIEF MEMO STATING CONCLUSIONS ON THE SAME (6.4). |
| JJINGO MJ | 07/14/06 | 0.60 | REVIEW MEMO PREPARED ON CC STANDING ISSUE AND STRATEGIZE RE: THE SAME (0.6). |
| | | **11.70** | |
| MEISLER RE | 07/24/06 | 6.40 | CONFERENCE WITH WORKING GROUP RE: PRESENTATION TO BOARD RE: POTENTIAL UCC MOTION (0.9); DRAFT CHRONOLOGY OF EVENTS LEADING TO UCC MOTION (4.4); REVIEW AND COMMENT ON PRESENTATION TO THE BOARD OF DIRECTORS RE: SAME (1.0); DRAFT CORRESPONDENCE TO M. BROUDE (0.1); RE: 2004 STIPULATION WITH DELPHI. |
| MEISLER RE | 07/25/06 | 0.40 | TELECONFERENCE WITH M. GREY RE: DOCUMENTS PRODUCED PURSUANT TO GM-UCC 2004 STIPULATION (0.1); FOLLOW UP RE: SAME (0.2); DRAFT CORRESPONDENCE TO M. GREY RE: SAME (0.1). |
| MEISLER RE | 07/26/06 | 0.80 | REVIEW AND COMMENT ON GM PROTECTIVE ORDER (0.8). |
| MEISLER RE | 07/28/06 | 1.30 | BEGIN TO PREPARE PRESENTATION AND ANALYSIS RE: CLAIMS AND PROPOSALS (1.2); FOLLOW UP RE: SAME (0.1). |

B43E

| | | | |
|---|---|---|---|
| MEISLER RE | 07/29/06 | 1.40 | REVIEW AND FINALIZE PRESENTATION RE: CLAIMS AND PROPOSALS (1.4). |
| | | **10.30** | |
| STUART NL | 07/06/06 | 0.90 | REVIEW CONTRACT REJECTION MATTERS (LIST OF CONTRACTS TO BE REJECTED) (0.9). |
| STUART NL | 07/07/06 | 3.20 | REVIEW ATTRITION PLAN IN CONNECTION WITH REJECTION MOTION (1.4); REVIEW DEPOSITION TRANSCRIPTS (1.8). |
| STUART NL | 07/10/06 | 0.90 | CONTRACT REJECTION MEETING PREPARATION (0.9). |
| STUART NL | 07/12/06 | 2.60 | DRAFT SLIDES ON GM FOR UCC PRESENTATION (1.1); REVIEW SPS TECHNOLOGIES OBJECTION TO GM CONTRACT REJECTION MOTION (0.3); TELECONFERENCE WITH SPS TECHNOLOGIES COUNSEL (0.2); REVISE GM SLIDES FOR PRESENTATION (1.0). |
| STUART NL | 07/14/06 | 7.90 | DRAFT MEMO RE: STATUS AND OPEN ISSUES FOR GM CONTRACT REJECTION MOTION (2.1); REVIEW ATTRITION PLAN DOCUMENTS IN CONNECTION WITH GM REJECTION MOTION (2.2); CONTINUE TO DRAFT AND REVISE STATUS MEMO AND ATTRITION PLAN OVERLAY (3.6). |
| STUART NL | 07/17/06 | 8.90 | REVIEW FINANCIALS FROM MOST RECENT 10-K (1.9); REVIEW BOARD PRESENTATION (0.3); REVIEW CONTRACT REJECTION PLEADINGS AND EXHIBITS, AND BEGIN TO OUTLINE AREAS FOR REBUTTAL WITNESSES AND DECLARATIONS (6.7). |
| STUART NL | 07/18/06 | 6.30 | CONTINUE TO REVIEW TRANSCRIPTS IN PREPARATION FOR REBUTTAL WITNESSES (2.4); CONTINUE TO EXAMINE FINANCIALS OF PLANTS WITH ATTRITION PLAN OVERLAY (3.9). |
| STUART NL | 07/19/06 | 5.90 | TELECONFERENCE ON PREPARATION FOR HEARING ON CONTRACT REJECTION MOTION (0.7); REVIEW CONTRACT REJECTION MOTION AND SUPPORTING DECLARATION, GM'S OBJECTION AND SUPPORTING DECLARATION IN CONNECTION WITH FINANCIAL IMPACT ARGUMENTS (5.2). |
| STUART NL | 07/20/06 | 3.10 | CONTINUE TO REVIEW GM CONTRACT REJECTION MATERIALS IN PREPARATION FOR UPCOMING HEARING (1.2); BEGIN TO ASSEMBLE POTENTIAL EXHIBITS (1.9). |
| STUART NL | 07/21/06 | 4.30 | REVIEW RECENT CASES ON EXECUTORY CONTRACT REJECTION FROM THE 5TH AND 3RD CIRCUITS, AND CONDUCT FOLLOW UP RESEARCH ON SAME (4.3). |
| STUART NL | 07/24/06 | 1.30 | INTERNAL STRATEGY MEETING WITH WORKING GROUP RE: HEARING ON LOSS CONTRACTS (0.4); REVIEW EXHIBIT A (0.9). |

B43E

| STUART NL | 07/25/06 | 4.30 | EVALUATE EXHIBITS FOR CONTRACT REJECTION HEARING (0.3); REVIEW BACKGROUND CONTRACT REJECTION MATERIALS (0.9); REVIEW AND REDACT BOARD MINUTES FOR JUNE 7 BOARD MEETING (0.6); CONTINUE TO REVIEW POTENTIAL DOCUMENTS FOR EXHIBIT BINDER (2.5). |
| --- | --- | --- | --- |
| STUART NL | 07/26/06 | 8.10 | REVIEW ATTRITION PLAN OVERLAY ON GM LOSS CONTRACT PLANTS (3.8); CONTINUE TO REVIEW BACKGROUND MATERIALS IN PREPARATION FOR HEARING ON LOSS CONTRACTS (4.3). |
| STUART NL | 07/27/06 | 8.30 | REVIEW DOCUMENTS FOR JOINT EXHIBIT BINDER (3.6); CONTINUE PREPARATION RE: DEP ABSTRACTS (0.8); REVIEW OPIE DEPOSITION IN PREPARATION OF HEARING ON LOSS CONTRACTS (3.2); TELECONFERENCE WITH COMPANY AND FINANCIAL ADVISOR RE: HEARING ON LOSS CONTRACTS (0.7). |
| STUART NL | 07/28/06 | 4.90 | REVIEW DEPOSITION TRANSCRIPTS AND BACKGROUND MATERIALS, AND BEGIN DRAFTING DIRECT/REDIRECT OUTLINES IN PREPARATION OF HEARING ON GM LOSS CONTRACTS (4.9). |
| STUART NL | 07/29/06 | 4.70 | REVIEW BACKGROUND MATERIALS FOR HEARING ON GM LOSS CONTRACTS (4.7). |
| STUART NL | 07/30/06 | 1.30 | REVIEW BACKGROUND MATERIALS FOR HEARING ON GM LOSS CONTRACTS (1.3). |
| STUART NL | 07/31/06 | 11.10 | PREPARE LIST OF POTENTIAL DEMONSTRATIVE EXHIBITS (7.2); INTERNAL MEETING RE: EXHIBITS (1.8); REVISE POTENTIAL DEMONSTRATIVES (2.1). |
| | | **88.00** | |
| VANLONKHUYZEN CE | 07/17/06 | 2.20 | REVIEW AND ANALYZE POTENTIALLY RESPONSIVE DOCUMENTS TO DETERMINE RESPONSIVENESS AND PRIVILEGE (2.2). |
| VANLONKHUYZEN CE | 07/18/06 | 5.10 | ANALYZE GM CONTRACT REJECTION PLEADINGS (5.1). |
| VANLONKHUYZEN CE | 07/19/06 | 3.30 | REVIEW AND ANALYZE VARIOUS DOCUMENTS FOR GM CONTRACT HEARING PREPARATION (3.3). |
| VANLONKHUYZEN CE | 07/20/06 | 1.10 | REVIEW AND ANALYZE VARIOUS DOCUMENTS FOR GM CONTRACT HEARING PREPARATION (1.1). |
| VANLONKHUYZEN CE | 07/24/06 | 4.30 | STRATEGY CONFERENCE RE: GM CONTRACT REJECTION HEARING PREPARATION (0.5); BEGIN TO ANALYZE AND COMPILE JOINT EXHIBITS FOR GM CONTRACT REJECTION HEARING (3.2); REVIEW AND ANALYZE VARIOUS EXPERT TESTIMONY IN PREPARATION FOR GM CONTRACT REJECTION HEARING (0.6). |

162

B43E

VANLONKHUYZEN CE  07/25/06      9.50  CONTINUE TO ANALYZE AND COMPILE JOINT
                                      EXHIBITS FOR GM CONTRACT REJECTION
                                      HEARING (3.5); REVIEW AND ANALYZE
                                      VARIOUS EXPERT TESTIMONY AND RELATED
                                      DOCUMENTS IN PREPARATION FOR GM
                                      CONTRACT REJECTION HEARING (6.0).

VANLONKHUYZEN CE  07/26/06     11.50  CONTINUE TO ANALYZE AND COMPILE JOINT
                                      EXHIBITS FOR GM CONTRACT REJECTION
                                      HEARING (3.3); CONTINUE TO REVIEW AND
                                      ANALYZE VARIOUS EXPERT TESTIMONY AND
                                      RELATED DOCUMENTS IN PREPARATION FOR GM
                                      CONTRACT REJECTION HEARING (8.2).

VANLONKHUYZEN CE  07/27/06      9.40  CONTINUE TO ANALYZE AND COMPILE JOINT
                                      EXHIBITS FOR GM CONTRACT REJECTION
                                      HEARING (4.5); CONTINUE TO REVIEW AND
                                      ANALYZE VARIOUS EXPERT TESTIMONY AND
                                      RELATED DOCUMENTS IN PREPARATION FOR GM
                                      CONTRACT REJECTION HEARING (4.9).

VANLONKHUYZEN CE  07/31/06      8.80  CONTINUE TO REVIEW AND ANALYZE VARIOUS
                                      EXPERT TESTIMONY AND RELATED DOCUMENTS
                                      IN PREPARATION FOR GM CONTRACT
                                      REJECTION HEARING (8.4); STRATEGY
                                      CONFERENCE WITH OUR EXPERTS RE: HEARING
                                      (0.4).

                               55.20

**Total Associate**           352.70

DEMMA J           07/31/06      1.20  PREPARE MATERIALS FOR ATTORNEY REVIEW
                                      (0.6); PREPARE SERVICE LIST FOR
                                      PRELIMINARY OBJECTION AUTHORIZING THE
                                      UCC TO PROSECUTE CLAIMS AGAINST GENERAL
                                      MOTORS (0.6).

                                1.20

GILCHRIST JM      07/25/06      8.20  ASSEMBLE COURT DOCUMENTS FOR JOINT
                                      INDEX OF EXHIBITS RELATING TO MOTION FOR
                                      ORDER UNDER 11 USC 365 AND FED. R. BANKR.
                                      P. 6006 (8.2).

GILCHRIST JM      07/26/06      8.30  ASSIST WITH ASSEMBLING JOINT INDEX OF
                                      EXHIBITS FOR MOTION FOR ORDER
                                      AUTHORIZING REJECTION OF CERTAIN
                                      EXECUTORY CONTRACTS WITH GENERAL MOTORS
                                      CORPORATION (8.3).

                               16.50

JACOBSON SJ       07/05/06      1.50  ASSIST WITH ASSEMBLY OF DOCUMENT
                                      PRODUCTION (1.5).

JACOBSON SJ       07/10/06     10.00  ASSIST WITH ASSEMBLY OF DOCUMENT
                                      PRODUCTION (2.5); ASSEMBLE BINDERS OF
                                      MATERIALS FOR UPCOMING HEARING (7.5).

JACOBSON SJ       07/11/06      3.50  ASSIST WITH ASSEMBLY OF DOCUMENT
                                      PRODUCTION (3.5).

JACOBSON SJ       07/13/06      5.00  ASSIST WITH ASSEMBLY OF DOCUMENT
                                      PRODUCTION (5.0).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

JACOBSON SJ      07/17/06      4.50   DOCUMENT PRODUCTION (4.5).

JACOBSON SJ      07/20/06      4.00   ASSIST WITH ASSEMBLY OF DOCUMENT
                                      PRODUCTION (4.0).

JACOBSON SJ      07/21/06      2.50   ASSIST WITH ASSEMBLY OF DOCUMENT
                                      PRODUCTION (2.5).

JACOBSON SJ      07/28/06      4.00   ASSIST WITH ASSEMBLY OF DOCUMENT
                                      PRODUCTION (4.0).

                               35.00

KLIMEK MV        07/10/06      1.60   UPDATE RECORD OF CORRESPONDENCE (1.1);
                                      CONTINUE TO CODING IN DELPHI PRODUCTION
                                      IN CONCORDANCE DATABASE (0.5).

KLIMEK MV        07/11/06      1.00   CONTINUE DELPHI PRODUCTION MATTER
                                      CONCORDANCE DATABASE CODING (1.0).

KLIMEK MV        07/13/06      2.70   RESEARCH DOCUMENT PRODUCTION TO
                                      APPALOOSA FOR BOD MINUTES (1.5);
                                      CONTINUE CODING IN DELPHI PRODUCTION
                                      DATABASE (1.2).

KLIMEK MV        07/14/06      1.60   CONTINUE TO UPDATE RECORD OF
                                      CORRESPONDENCE (0.1); ORGANIZE WORKING
                                      PRODUCTION FROM GM (0.9); COMPILE
                                      INVENTORY OF TRANSCRIPTS AND RELATED
                                      DOCUMENTS (0.1); CONTINUE TO CODE
                                      DELPHI PRODUCTION DATABASE (0.5).

KLIMEK MV        07/18/06      0.90   BEGIN TO COMPILE INVENTORY OF DELPHI
                                      DOCUMENTS (0.9).

KLIMEK MV        07/21/06      0.40   ASSIST WITH SUPPLEMENTAL DOCUMENT
                                      PRODUCTION (0.2); COMPILE RECORD OF
                                      SAME (0.2).

KLIMEK MV        07/25/06      6.90   BEGIN TO COMPILE EXHIBITS FOR JOINT
                                      EXHIBIT HEARING BINDER (6.6); RESEARCH
                                      RUSELOWSKI TRANSCRIPT TO IDENTIFY
                                      MARKED EXHIBITS (0.3).

KLIMEK MV        07/26/06     12.10   CONTINUE TO COMPILE EXHIBITS FOR JOINT
                                      EXHIBIT HEARING BINDER (6.4); CREATE
                                      AND UPDATE INDEX FOR SAME (5.7).

KLIMEK MV        07/27/06      6.00   UPDATE INDEX (5.4); ASSIST WITH
                                      SUPPLEMENTAL PRODUCTION OF BOD MINUTES
                                      (0.4); UPDATE PRODUCTION LOG (0.2).

KLIMEK MV        07/28/06      1.60   EMAILS WITH N. STUART RE: PRIVILEGE LOG
                                      AND GM PRODUCTION LOG (0.3); UPDATE
                                      PRIVILEGE LOG (0.4); ORGANIZE/COMPILE
                                      SUPPLEMENTAL PRODUCTION (0.4); ASSIST
                                      WITH REDACTIONS OF BOD MINUTES (0.3);
                                      UPDATE INDEX TO GENERAL PREP BINDER
                                      (0.1); COMPILE RECORD OF CORRESPONDENCE
                                      (0.1).

KLIMEK MV        07/31/06      1.80   TELECONFERENCES WITH C. VANLONKHUYZEN
                                      RE: RESEARCH PROJECT INVOLVING CONTACT
                                      INFORMATION FOR ATTORNEYS IN CONNECTION
                                      WITH OUR EXPERT WITNESS (0.3); RESEARCH
                                      SAME (1.5).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

|  |  |  |  |
|---|---|---|---|
|  |  | 36.60 |  |
| NOWICKI JA | 07/25/06 | 6.90 | UPDATING THE JOINT INDEX OF EXHIBITS FOR THE GM CONTRACT REJECTION MOTION NO.1 (6.9). |
| NOWICKI JA | 07/26/06 | 8.80 | UPDATING THE JOINT INDEX OF EXHIBITS FOR THE GM CONTRACT REJECTION MOTION NO.1 (8.8). |
|  |  | 15.70 |  |
| ~~ROSEN R~~ | ~~07/28/06~~ | ~~0.90~~ | ~~INVESTIGATION, RESEARCH, COMPILE AND FORWARD SERVICE PARTY INFORMATION FOR UPCOMING DEPOSITION SERVICE (0.9).~~ |
| ~~ROSEN R~~ | ~~07/31/06~~ | ~~1.30~~ | ~~INVESTIGATION, RESEARCH, COMPILE AND PREPARE SPECIAL PARTIES LIST RE: SERVICE OF DEBTORS' OBJECTION TO CREDITORS' COMMITTEE'S MOTION TO PROSECUTE DEBTORS' CLAIMS AGAINST GM AND/OR DEPOSITIONS (1.3).~~ |
|  |  | ~~2.20~~ |  |
| ~~SALAZAR AG~~ | ~~07/31/06~~ | ~~1.90~~ | ~~BEGIN TO ASSEMBLE GM HEARIN G BINDER (1.3); CONTACT KCC AND COORDINATE SERVICE OF PLEADING (0.6).~~ |
|  |  | ~~1.90~~ |  |
| ~~ZSOLDOS AF~~ | ~~07/25/06~~ | ~~1.20~~ | ~~SEARCH GM CASE ROOM FOR RUSELOWSKI DEPOSITION BINDER (1.2).~~ |
|  |  | ~~1.20~~ |  |

**Total Legal Assistant**    110.30

**TOTAL TIME**            <u>729.90</u>

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Customer Matters (GM)**

**Bill Date: 08/31/06**
**Bill Number: 1122597**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 07/12/06 | Shivakumar D | 910.00 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$910.00** |
| In-house Reproduction | 07/04/06 | Copy Center, D | 107.73 |
| In-house Reproduction | 07/14/06 | Copy Center, D | 30.01 |
| In-house Reproduction | 07/18/06 | Copy Center, D | 59.01 |
| In-house Reproduction | 07/18/06 | Copy Center, D | 41.21 |
| In-house Reproduction | 07/18/06 | Copy Center, D | 170.34 |
| In-house Reproduction | 07/21/06 | Copy Center, D | 78.22 |
| In-house Reproduction | 07/21/06 | Copy Center, D | 4.40 |
| In-house Reproduction | 07/21/06 | Copy Center, D | 0.20 |
| In-house Reproduction | 07/21/06 | Copy Center, D | 4.40 |
| In-house Reproduction | 07/25/06 | Copy Center, D | 33.41 |
| In-house Reproduction | 07/25/06 | Copy Center, D | 77.62 |
| In-house Reproduction | 07/25/06 | Copy Center, D | 21.10 |
| In-house Reproduction | 07/28/06 | Copy Center, D | 88.72 |
| In-house Reproduction | 07/28/06 | Copy Center, D | 0.90 |
| In-house Reproduction | 07/28/06 | Copy Center, D | 130.73 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$848.00** |
| Telephone Expense | 07/28/06 | Telecommunications, D | 5.00 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 7.16 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.87 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.65 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 5.57 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 8.05 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.98 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.72 |
| | | **TOTAL TELEPHONE EXPENSE** | **$29.00** |
| Non-standard/Outside Reproduction | 07/17/06 | Landmark Document Services | 1,526.71 |
| Non-standard/Outside Reproduction | 07/31/06 | Landmark Document Services | 276.29 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | **TOTAL NON-STANDARD/OUTSIDE REPRODUCTION** | **$1,803.00** |
| Lexis/Nexis | 07/13/06 | Hardin AS | 190.45 |
| Lexis/Nexis | 07/13/06 | Hardin AS | -19.00 |
| Lexis/Nexis | 07/24/06 | Hardin AS | 308.37 |
| Lexis/Nexis | 07/24/06 | Hardin AS | -30.66 |
| Lexis/Nexis | 07/26/06 | Hardin AS | 161.79 |
| Lexis/Nexis | 07/26/06 | Werner LA | 268.50 |
| Lexis/Nexis | 07/26/06 | Hardin AS | -16.10 |
| Lexis/Nexis | 07/26/06 | Werner LA | -26.84 |
| Lexis/Nexis | 07/27/06 | Werner LA | 297.21 |
| Lexis/Nexis | 07/27/06 | Werner LA | -29.72 |
| | | **TOTAL LEXIS/NEXIS** | **$1,104.00** |
| Westlaw | 07/17/06 | Kumar J | 177.80 |
| Westlaw | 07/18/06 | Kumar J | 13.23 |
| Westlaw | 07/19/06 | Kumar J | 64.11 |
| Westlaw | 07/24/06 | Kumar J | 147.65 |
| Westlaw | 07/25/06 | Kumar J | 13.23 |
| Westlaw | 07/26/06 | Kumar J | 94.71 |
| Westlaw | 07/27/06 | Kumar J | 52.11 |
| Westlaw | 07/31/06 | Stuart NL | 9.16 |
| | | **TOTAL WESTLAW** | **$572.00** |
| Vendor Hosted Telecon-ferencing | 07/31/06 | Teleconferencing Services, LLC | 9.12 |
| Vendor Hosted Telecon-ferencing | 07/31/06 | Teleconferencing Services, LLC | 12.76 |
| Vendor Hosted Telecon-ferencing | 07/31/06 | Teleconferencing Services, LLC | 0.13 |
| Vendor Hosted Telecon-ferencing | 07/31/06 | Teleconferencing Services, LLC | 16.73 |
| Vendor Hosted Telecon-ferencing | 07/31/06 | Teleconferencing Services, LLC | 27.26 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$66.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Air/Rail Travel (external) | 07/12/06 | Butler, Jr. J | 262.21 |
| Air/Rail Travel (external) | 07/26/06 | Butler, Jr. J | 251.79 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$514.00** |
| Out-of-Town Travel | 07/12/06 | Butler, Jr. J | 10.50 |
| Out-of-Town Travel | 07/12/06 | Butler, Jr. J | 56.38 |
| Out-of-Town Travel | 07/12/06 | Shivakumar D | 548.24 |
| Out-of-Town Travel | 07/20/06 | Butler, Jr. J | 33.00 |
| Out-of-Town Travel | 07/20/06 | Butler, Jr. J | 17.00 |
| Out-of-Town Travel | 07/20/06 | Butler, Jr. J | 226.85 |
| Out-of-Town Travel | 07/20/06 | Butler, Jr. J | 337.10 |
| Out-of-Town Travel | 07/26/06 | Butler, Jr. J | 155.96 |
| Out-of-Town Travel | 07/26/06 | Hogan III AL | 30.02 |
| Out-of-Town Travel | 07/26/06 | Butler, Jr. J | 21.34 |
| Out-of-Town Travel | 07/26/06 | Butler, Jr. J | 7.34 |
| Out-of-Town Travel | 07/26/06 | Butler, Jr. J | 8.67 |
| Out-of-Town Travel | 07/27/06 | Hogan III AL | 64.01 |
| Out-of-Town Travel | 07/27/06 | Hogan III AL | 798.46 |
| Out-of-Town Travel | 07/28/06 | David Neil Goldsweig | 998.13 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$3,313.00** |
| Messengers/ Courier | 07/02/06 | Arrow Messenger Svc | 24.86 |
| Messengers/ Courier | 07/02/06 | Comet Messenger Service | 11.89 |
| Messengers/ Courier | 07/02/06 | Comet Messenger Service | 44.60 |
| Messengers/ Courier | 07/02/06 | Arrow Messenger Svc | 24.86 |
| Messengers/ Courier | 07/02/06 | Arrow Messenger Svc | 24.86 |
| Messengers/ Courier | 07/13/06 | Dist Serv/Mail/Page, D | 8.52 |
| Messengers/ Courier | 07/26/06 | Dist Serv/Mail/Page, D | 9.44 |
| Messengers/ Courier | 07/30/06 | United Parcel Service | 278.36 |
| Messengers/ Courier | 07/30/06 | Arrow Messenger Svc | 25.94 |
| Messengers/ Courier | 07/30/06 | Comet Messenger Service | 36.67 |
| | | **TOTAL MESSENGERS/ COURIER** | **$490.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---:|
| Out-of-Town Meals | 07/12/06 | Shivakumar D | 36.51 |
| Out-of-Town Meals | 07/13/06 | Shivakumar D | 14.08 |
| Out-of-Town Meals | 07/20/06 | Butler, Jr. J | 32.68 |
| Out-of-Town Meals | 07/20/06 | Butler, Jr. J | 18.99 |
| Out-of-Town Meals | 07/25/06 | Hogan III AL | 5.42 |
| Out-of-Town Meals | 07/26/06 | Hogan III AL | 44.98 |
| Out-of-Town Meals | 07/26/06 | Butler, Jr. J | 10.34 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$163.00** |
| Court Reporting | 07/07/06 | Ellen Grauer Court Reporting | 1,874.83 |
| Court Reporting | 07/10/06 | Ellen Grauer Court Reporting | 3,386.91 |
| Court Reporting | 07/10/06 | Ellen Grauer Court Reporting | 2,248.90 |
| Court Reporting | 07/12/06 | Ellen Grauer Court Reporting | 2,535.36 |
| | | **TOTAL COURT REPORTING** | **$10,046.00** |
| Outside Re-search/Internet Services | 07/06/06 | Pacer Service Center | 3.28 |
| Outside Re-search/Internet Services | 07/06/06 | Pacer Service Center | 17.06 |
| Outside Re-search/Internet Services | 07/27/06 | ChoicePoint Inc. | 236.66 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$257.00** |
| Contracted Catering-NY | 07/27/06 | Butler, Jr. J | 253.00 |
| | | **TOTAL CONTRACTED CATERING-NY** | **$253.00** |
| | | **TOTAL MATTER** | **$20,368.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Customer Matters (GM)**

**Bill Date: 09/30/06**
**Bill Number: 1128097**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 08/01/06 | 1.20 | CONTINUE TO REVIEW AND FINALIZE PRELIMINARY OBJECTION TO CREDITORS' COMMITTEE STN MOTION (0.6); REVIEW BLACKLINED GM PROOF OF CLAIM (0.3); PREPARE FOR AUGUST 2ND MEET AND CONFER ON SECTION 365 MOTION(0.3). |
| BUTLER, JR. J | 08/02/06 | 2.60 | PREPARE FOR (0.4) AND PARTICIPATE IN (1.7) SETTLEMENT CONFERENCE WITH GM REPRESENTATIVES AT WEIL IN NEW YORK CITY; CONTINUE TO REVIEW AND MARK-UP STN MOTION RESPONSE (0.5). |
| BUTLER, JR. J | 08/03/06 | 0.40 | CONFERENCE WITH LATHAM IN NEW YORK CITY RE: DEFERRAL REQUEST FOR STN MOTION (0.1); EMAILS FROM/TO T. LAURIA RE: FURTHER AD HOC ADJOURNMENT TO FILE SUPPLEMENTAL OBJECTION TO GM CONTRACT REJECTION MOTION (0.3). |
| BUTLER, JR. J | 08/04/06 | 3.60 | EMAILS WITH R. ROSENBERG AND D. DAIGLE RE: DEBTORS' DEFERRAL REQUEST FOR STN MOTION (0.2); REVIEW AND FINALIZE PRELIMINARY OBJECTION TO STN MOTION AND RELATED DISCOVERY REQUESTS (2.4); REVIEW AND COMMENT ON STIPULATION RE: GM/UNION DISCLOSURES (0.3); REVIEW GM ILLUSTRATIVE "WHAT IF" FINANCIAL PRESENTATION (0.3); REVIEW DRAFT DISCOVERY NOTICES ETC. RE: STN MOTION (0.4). |
| BUTLER, JR. J | 08/06/06 | 0.30 | REVIEW AND CONSIDER EMAIL FROM B. CONNELLY RE: STN DISCOVERY (0.3). |
| BUTLER, JR. J | 08/07/06 | 3.10 | PREPARE FOR (WITH S. MILLER, R. O'NEAL AND SENIOR MANAGEMENT TEAM) (1.3) AND PARTICIPATE IN (1.8) MEETING WITH GM AND DELPHI SENIOR LEADERSHIP TEAMS IN DETROIT. |
| BUTLER, JR. J | 08/08/06 | 1.10 | EMAILS FROM/TO M. BIENENSTOCK RE: STN MOTION MATTERS INCLUDING CHAMBERS LETTER (0.2); REVIEW AND EVALUATE SAME (0.3); REVIEW AD HOC SUPPLEMENTAL OBJECTION TO GM LOSS CONTRACT MOTION (0.3); EMAILS TO/FROM T. LAURIA RE: SAME (0.3). |
| BUTLER, JR. J | 08/10/06 | 0.40 | REVIEW DRAFT GM SCHEDULING ORDER RE: LOSS CONTRACT HEARING (0.4). |
| BUTLER, JR. J | 08/11/06 | 1.20 | EMAILS FROM/TO R. O'NEAL RE: GM MATTERS AND NEXT STEPS (0.4); REVIEW DRAFT GM TERMSHEET (0.8). |

B43E

BUTLER, JR. J    08/13/06    1.80   CONTINUE TO WORK ON CONSENSUAL GM
PARTICIPATION IN DELPHI'S
TRANSFORMATION PLAN (INCLUDING
ADVISORS TELECONFERENCES AND RELATED
FOLLOW-UP (1.1); BEGIN TO REVIEW
RESPONSE TO APPALOOSA SUPPLEMENTAL
OBJECTION TO GM LOSS CONTRACT REJECTION
MOTION (0.3); REVIEW ENVIRONMENTAL MEMO
FROM WORKING GROUP RE: GM ISSUES (0.4).

BUTLER, JR. J    08/14/06    1.50   PREPARE FOR AUGUST 15TH SECTION 365
CHAMBERS CONFERENCE (0.4); PREPARE FOR
AND ATTEND TELECONFERENCE MEETING WITH
TM AND DELPI SENIOR LEADERSHIP TEAMS
(1.1).

BUTLER, JR. J    08/15/06    1.80   PREPARE FOR (0.9) AND ATTEND (0.5)
SECTION 365 CHAMBERS CONFERENCE;
FOLLOW-UP ON SCHEDULING ORDER AND
RELATED MATTERS (0.2); REVIEW LETTER
FROM M. BIENENSTOCK (0.2).

BUTLER, JR. J    08/18/06    0.40   CONSIDER SCHEDULING AND DISCOVERY
MATTERS RE: STN AND SECTION 365 LOSS
CONTRACT CONTESTED HEARINGS (0.4).

BUTLER, JR. J    08/21/06    0.70   CONTINUE TO REVIEW SCHEDULING AND
DISCOVERY MATTERS RE: STN AND SECTION
365 LOSS CONTRACT CONTESTED HEARINGS
(0.2); REVIEW REVISED SCHEDULING ORDER
(0.3); REVIEW LETTER FROM G. TICOLL AT
WEIL REQUESTING UNREDACTED STN
COMPLAINT (0.2).

BUTLER, JR. J    08/22/06    0.50   EMAILS FROM/TO J. PAPELIAN RE: GM
DISCLOSURE LETTER AND PROPOSED RESPONSE
(0.2); FURTHER EMAILS FROM/TO G. TICOLL
AND M. BIENENSTOCK RE: STN MATTERS
(0.3).

BUTLER, JR. J    08/23/06    2.70   PREPARE FOR (0.4) AND PARTICIPATE IN
(1.7) SENIOR LEADERSHIP MEETING BETWEEN
DELPHI AND GM REPRESENTATIVES IN TROY;
PARTICIPATE IN POST-MEETING SENIOR
MANAGEMENT WORKING GROUP MEETING WITH
S. MILLER, R. O'NEAL AND OTHERS AT
COMPANY IN TROY (0.6).

BUTLER, JR. J    08/26/06    0.40   REVIEW AND COMMENT ON FIRST AMENDED
PRETRIAL ORDER (0.2); BEGIN TO PREPARE
FOR AUGUST 28TH MEETING WITH DELPHI AND
GM SENIOR LEADERSHIP IN DETROIT (0.2).

BUTLER, JR. J    08/27/06    0.80   PREPARE FOR AUGUST 28TH MEETING WITH
DELPHI AND GM SENIOR LEADERSHIP IN
DETROIT (0.8).

BUTLER, JR. J    08/28/06    2.70   PREPARE FOR (0.8) AND ATTEND (1.9)
MEETING WITH DELPHI AND GM SENIOR
LEADERSHIP IN DETROIT.

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BUTLER, JR. J      08/29/06      0.80   EMAILS FROM/TO GM ADVISORS RE:
                                        TRANSMITTAL OF EQUITY COMMITTEE
                                        MATERIALS (WITH EC APPROVAL) (0.2);
                                        PREPARE FOR AUGUST 30TH TELECONFERENCE
                                        MEETING WITH D. SHERBIN, S. CORCORAN AND
                                        J. PAPELIAN RE: SAME (0.2); REVIEW AND
                                        FINALIZE AMENDED PRETRIAL AND
                                        SCHEDULING ORDER RE: GM SECTION 365
                                        MOTION (0.2); EMAIL FROM J. SHEEHAN RE:
                                        GM SET OFF FOR LEGAL SERVICES
                                        REIMBURSEMENT AND NEXT STEPS (0.2).

                                **28.00**

COCHRAN EL         08/31/06      2.50   REVIEW OF ISSUES RELATING TO GM TERM
                                        SHEET COMPARISON (2.5).

                                **2.50**

HOGAN III AL       08/01/06      9.00   REVIEW REJECTION MOTION PLEADINGS IN
                                        PREPARATION FOR HEARING (1.4);
                                        CONFERENCE WITH REJECTION MOTION
                                        LITIGATION TEAM TO DISCUSS HEARING
                                        PREPARATION TASKS (0.4); PREPARE FOR
                                        AND CONDUCT MEETING WITH CONSULTING
                                        EXPERTS TO DEVELOP DEMONSTRATIVE AND
                                        OTHER ANALYTIC THEMES FOR HEARING
                                        PREPARATION (1.4); MULTIPLE
                                        COMMUNICATIONS WITH COUNSEL FOR
                                        OBJECTING PARTIES TO ESTABLISH MEET AND
                                        CONFER CONFERENCE (0.8); DRAFT MEET AND
                                        CONFER CONFERENCE AGENDA (1.2);
                                        PARTICIPATE IN STRATEGY CONFERENCE RE:
                                        PREPARATIONS FOR 1113 HEARING, AS WELL
                                        AS INTERPLAY WITH CONTRACT REJECTION
                                        HEARING (0.8); TELECONFERENCE WITH
                                        COUNSEL FOR SPS TECHNOLOGIES IN AN
                                        ATTEMPT TO UNDERSTAND AND RESOLVE
                                        OBJECTION TO CONTRACT REJECTION MOTION
                                        (0.4); REVIEW AND EDIT LATEST DRAFT OF
                                        PRELIMINARY OBJECTION TO UCC'S STN
                                        DEMAND, AND ASSOCIATED DISCOVERY
                                        REQUESTS, AND DISCUSS COMMENTS TO SAME
                                        WITH S. CORCORAN (2.6).

HOGAN III AL       08/02/06      9.70   CONTINUE PREPARATION FOR AND CONDUCT
                                        MEET AND CONFER CONFERENCE RE: CONTRACT
                                        REJECTION MOTION (3.5); REVIEW WITNESS
                                        ABSTRACTS, AND FORMULATE DIRECTION ON
                                        WITNESS LIST AND COUNTER DESIGNATION
                                        STRATEGY FOR REJECTION MOTION (4.7);
                                        DISCUSS CROSS EXAMINATION APPROACH FOR
                                        REJECTION HEARING AND ANALYZE THEMES
                                        FOR SAME (1.2); CONFERENCE WITH
                                        CONTRACT REJECTION TEAM RE: STATUS OF
                                        EXHIBIT PREPARATION (0.3).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

HOGAN III AL      08/03/06      9.40   ANALYZE HEARING MAIN THEMES, AND
                                       DRAFT/EDIT OBJECTION SUMMARY CHART IN
                                       CONNECTION WITH SAME (3.4); COMPILE
                                       HEARING PREPARATION MATERIALS LIST AND
                                       DISCUSS WITH LITIGATION TEAM (1.2);
                                       CONFERENCE RE: STATUS OF 5+7 ANALYSIS,
                                       AND POTENTIAL EFFECTS ON REJECTION
                                       MOTION STATISTICS (2.8); STRATEGY
                                       CONFERENCE CONCERNING PROGRESS OF
                                       STAKEHOLDER DISCUSSIONS, AND EFFECT ON
                                       TIMING OF PREPARATIONS (2.0).

HOGAN III AL      08/04/06      8.60   CONTINUE WORK ON HEARING SUMMARY THEMES
                                       AND OBJECTION SUMMARY (1.4); PREPARE
                                       FOR AND CONDUCT CONFERENCE WITH
                                       CONSULTING EXPERT RE: CROSS EXAMINATION
                                       AN DREUBTTAL POINTS ON EXPERT TESTIMONY
                                       FOR REJECTION HEARING (3.4); REVIEW
                                       DANIELS DRAFT DECLARATION AND EDIT SAME
                                       (0.8); FINALIZE PRELIMINARY OBJECTION
                                       AND DISCOVERY REQUESTS IN CONNECTION
                                       WITH UCC'S STN DEMAND MOTION (2.7);
                                       COMMUNICATE WITH COUNSEL FOR UCC
                                       CONCERNING PRELIMINARY OBJECTION AND
                                       DISCOVERY REQUEST IN CONNECTION WITH
                                       SAME (0.3).

HOGAN III AL      08/06/06      5.50   WORK ON WITNESS EXAM PREPARATION FOR
                                       CONTRACT REJECTION MOTION HEARING
                                       (4.8); REVIEW DRAFT DEMONSTRATIVE
                                       EXHIBITS FOR HEARING PREP (0.7).

HOGAN III AL      08/07/06      7.40   DRAFT LETTER TO GM COUNSEL RE: FAILURE
                                       TO COMPLY WITH SCHEDULING ORDER
                                       PRETRIAL STEPS (1.4); CONTINUE REVIEW
                                       OF DEMONSTRATIVE EXHIBITS IN
                                       PREPARATION FOR TEAM CONFERENCE (2.0);
                                       CONTINUE ANALYSIS OF UPDATED FINANCIAL
                                       RESULTS AND POTENTIAL EFFECT ON
                                       REJECTION MOTION (1.3); CONTINUE WORK
                                       ON WITNESS EXAM PREPARATION FOR
                                       REJECTION MOTION HEARING (1.7); PREPARE
                                       FOR AND CONDUCT MEET AND CONFER
                                       CONFERENCE WITH UCC COUNSEL CONCERNING
                                       STN MOTION AN DISCOVERY IN CONNECTION
                                       WITH SAME (0.7); FORMULATE STRATEGY
                                       CONCERNING PREPARATION FOR STN HEARING
                                       (0.3).

B43E

HOGAN III AL      08/08/06      6.70   TELECONFERENCE WITH CONSULTING EXPERTS
                                       RE: DEMONSTRATIVE EXHIBIT DEVELOPMENT,
                                       AND UPDATED FINANCIAL ANALYSIS IN
                                       SUPPORT OF CONTRACT REJECTION MOTION
                                       (1.2); CONTINUE REVIEW OF WITNESS
                                       PREPARATION MATERIALS, AND IN
                                       PARTICULAR OPIE AND DANIELS DRAFT
                                       DECLARATIONS TO DETERMINE WITNESS
                                       LINE-UP FOR HEARING (1.9); PREPARE FOR
                                       AND CONDUCT CONFERENCE WITH S. CORCORAN
                                       RE: STATUS OF HEARING PREPARATIONS, AND
                                       OPEN QUESTIONS WITH RESPECT TO
                                       WITNESSES AND FINANCIAL UPDATES (2.9);
                                       MULTIPLE COMMUNICATIONS WITH COUNSEL
                                       FOR UCC CONCERNING DISCOVERY IN
                                       CONNECTION WITH STN MOTION, AND
                                       ULTIMATELY AGREEMENT TO ADJOURN SAME
                                       (0.7).

HOGAN III AL      08/09/06      6.60   REVIEW AD HOC EQUITY COMMITTEE
                                       OBJECTION TO REJECTION MOTION, AND
                                       OUTLINE POINTS TO MAKE IN RESPONSE TO
                                       SAME (3.4); REVIEW PROPOSED TRIAL
                                       EXHIBITS TO ELIMINATE EXTRANEOUS
                                       DOCUMENTS, AND ADD RELEVANT DOCUMENTS.
                                       (2.4); CONFERENCE WITH S. DANIELS AND
                                       CONTRACT REJECTION TEAM RE: DRAFT
                                       DECLARATION AND PREPARATION FOR
                                       REJECTION HEARING (0.8).

HOGAN III AL      08/10/06      9.30   REVIEW DRAFT OF RESPONSE TO AD HOC
                                       EQUITY COMMITTEE OBJECTION AND EDIT
                                       SAME (5.7); EDIT LETTER TO GM COUNSEL
                                       RE: SCHEDULING OF REJECTION PRETRIAL
                                       ACTIVITIES (0.4); CONTINUE ANALYSIS OF
                                       TRIAL EXHIBITS (0.7); ANALYZE NEW
                                       ATTRITION PLAN TAKE RATE INFORMATION
                                       AND POTENTIAL EFFECTS ON REJECTION
                                       MOTION STATISTICS (1.7); CONTINUE CROSS
                                       EXAM PREPARATION (0.8).

HOGAN III AL      08/11/06      8.40   CONTINUE TO REVIEW AND EDIT RESPONSE TO
                                       AD HOC EQUITY COMMITTEE OBJECTION TO GM
                                       REJECTION MOTION (2.2); CONTINUE TO
                                       WORK ON GM CONTRACT REJECTION HEARING
                                       PREPARATION, WITH PARTICULAR FOCUS ON
                                       DEMONSTRATIVE EXHIBITS AND OTHER
                                       EXHIBITS, AND UPDATED FINANCIAL MODELS
                                       (6.2).

HOGAN III AL      08/14/06      9.40   CONTINUE EDITING OF RESPONSE TO AD HOC
                                       EQUITY COMMITTEE'S OBJECTION TO GM
                                       CONTRACT REJECTION MOTION, AND FACTUAL
                                       RESEARCH IN CONNECTION WITH SAME (2.6);
                                       CONTINUE GM REJECTION HEARING
                                       PREPARATION WORK WITH RESPECT TO
                                       WITNESS OUTLINES, AND REVIEW OF
                                       DEPOSITION ABSTRACTS IN CONNECTION WITH
                                       SAME (5.6); MULTIPLE COMMUNICATIONS
                                       WITH OPPOSING COUNSEL CONCERNING
                                       SCHEDULING OF HEARING, AND STATUS
                                       CONFERENCE WITH THE COURT (1.2).

185                                              B43E

HOGAN III AL      08/15/06      9.70   PREPARE FOR AND ATTEND STATUS
                                       CONFERENCE CONCERNING SCHEDULING OF GM
                                       CONTRACT REJECTION MOTION (4.5); REVIEW
                                       AND EDIT DRAFT SCHEDULING ORDER IN
                                       CONNECTION WITH SAME (0.8); EDIT REPLY
                                       TO AD HOC OBJECTION (2.8);
                                       TELECONFERENCE WITH COUNSEL FOR AD HOC
                                       COMMITTEE CONCERNING ADJUSTMENTS TO
                                       SCHEDULE FOR FILING REPLY (0.4); REVIEW
                                       STATUS OF OMNIBUS HEARING PREPARATION
                                       MATERIALS (0.8); REVIEW CORRESPONDENCE
                                       FROM GM COUNSEL CONCERNING PRIOR ORDERS
                                       OF COURT, AND OUTLINE RESPONSE TO SAME
                                       (0.4).

HOGAN III AL      08/16/06      2.80   FOLLOW-UP WORK ON DRAFT SCHEDULING
                                       ORDER IN CONNECTION WITH GM CONTRACT
                                       REJECTION HEARING (0.3); CONTINUE WORK
                                       ON WITNESS PREPARATION ISSUES IN
                                       CONNECTION WITH HEARING (2.2); FINALIZE
                                       RESPONSE TO GM COUNSEL RE: PRIOR ORDERS
                                       OF COURT GRANTING AUTHORITY TO REJECT
                                       CONTRACTS (0.3).

HOGAN III AL      08/17/06      2.60   MULTIPLE DISCUSSIONS WITH COUNSEL FOR
                                       GM RE: POTENTIAL SCHEDULING ORDER ON
                                       CONTRACT REJECTION MOTION (0.4); REVIEW
                                       FINANCIAL ANALYSIS IN CONNECTION WIT
                                       NECESSARY UPDATE TO HEARING
                                       DECLARATIONS (2.2).

HOGAN III AL      08/18/06      2.60   MULTIPLE CONFERENCES WITH GM COUNSEL TO
                                       NEGOTIATE SCHEDULING ORDER AND OTHER
                                       PRE-HEARING MATTERS (2.6).

HOGAN III AL      08/21/06      4.80   REVIEW STATUS OF HEARING PREPARATION
                                       WITH LITIGATION TEAM, AND PLAN FOR
                                       COMPLETION OF TASKS NECESSARY FOR
                                       EXCHANGE IN SEPTEMBER (0.6); REVIEW
                                       BALIBAN CROSS EXAM, AND EDIT SAME (2.2);
                                       REVIEW SHEEHAN AND EISENBERG DEPOSITION
                                       ABSTRACTS AND DRAFT DECLARATIONS (1.8);
                                       COMMUNICATION WITH GM COUNSEL RE:
                                       STATUS OF PROPOSED SCHEDULING ORDER
                                       (0.2).

HOGAN III AL      08/30/06      1.50   DRAFT CORRESPONDENCE TO CHAMBERS IN
                                       CONNECTION WITH GM CONTRACT REJECTION
                                       MOTION SCHEDULING ORDER (0.2);
                                       TELECONFERENCE WITH T. MATZ, AND T.
                                       TSEKERIDES (GM COUNSEL) RE: SAME (0.2);
                                       REVIEW EXHIBIT LIST FOR CONTRACT
                                       REJECTION HEARING (0.4); ANALYZE
                                       NECESSARY FINANCIAL UPDATES IN LIGHT OF
                                       NEW ATTRITION PLAN ACCEPTANCE
                                       INFORMATION (0.7).

HOGAN III AL      08/31/06      0.70   REVIEW COMMUNICATION FROM GM TO
                                       CHAMBERS (0.2); REVIEW STATUS OF
                                       CONTRACT REJECTION HEARING PREPARATION
                                       WITH LITIGATION TEAM (0.5).

                                114.70

MARAFIOTI KA      08/01/06      0.10   WORK ON OBJECTION TO STN MOTION (0.1).

186                                                            B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MARAFIOTI KA | 08/02/06 | 1.90 | REVIEW STIPULATION TO PERMIT REVIEW OF REDACTED CREDITORS' COMMITTEE GM COMPLAINT BY EQUITY AND AD HOC COMMITTEES AND UNIONS (1.4); MEETING WITH GM AND ADVISORS RE: FRAMEWORK ISSUE (0.5). |
| MARAFIOTI KA | 08/03/06 | 0.70 | CORRESPONDENCE AND CALL WITH SEAN CORCORAN, CIARA COMERFORD RE: PROOF OF CLAIM (0.2); DEVELOP STRATEGY RE: SECTION 365 MOTION   (0.5). |
| MARAFIOTI KA | 08/08/06 | 0.80 | TELECONFERENCE WITH ROTHSCHILD RE: GM ISSUES (0.8). |
| MARAFIOTI KA | 08/09/06 | 0.40 | RESEARCH POSTPETITION SET OFF ISSUES (0.4). |
| MARAFIOTI KA | 08/10/06 | 0.50 | REVIEW AND REVISE GM/COMMITTEE PROTECTIVE ORDER AND CONFERRED WITH S. CORCORAN AND D. SHERBIN RE: SAME (0.5). |
| MARAFIOTI KA | 08/11/06 | 2.80 | TELECONFERENCES WITH COMPANY, ROTHSCHILD, GM, FTI RE: TERM SHEET (0.6); FOLLOWUP CALL WITH COMPANY, ROTHSCHILD, FTI RE: SAME (0.7); TELECONFERENCE WITH J. TANNENBAUM RE: TERM SHEET (0.2) AND WORK ON TERM SHEET REVISIONS (0.6); ANALYZE ISSUES RAISED BY TERM SHEET (0.7). |
| MARAFIOTI KA | 08/12/06 | 0.80 | CONFER WITH S. CORCORN RE: TERM SHEET (0.4); RELATED CORRESPONDENCE (0.4). |
| MARAFIOTI KA | 08/13/06 | 2.30 | TELECONFERENCE WITH A. PASRICHA, D. RESNICK RE: GM TERM SHEET (1.5); WORK ON REVISIONS TO SAME (0.5); CORRESPONDENCE RE: SAME (0.3). |
| MARAFIOTI KA | 08/14/06 | 9.00 | TELECONFERENCE WITH COMPANY, ROTHSCHILD, AND FTI RE: GM TERM SHEET (2.0); CORRESPONDENCE RE: SAME (0.4); TELECONFERENCES WITH GRAHAM STEIGLITZ RE: GM HEARING (0.1); REVIEW AND REVISE CHARTS COMPARING GM AND DELPHI POSITIONS (1.4); PREPARE FOR AND ATTEND MEETING WITH M. KESSLER, J. TANNENBAUM, AND R. LEMONS RE: TERM SHEET INCLUDING FOLLOWUP CONFERENCES (1.4); WORK ON REVISIONS TO TERM SHEET (1.4); TELECONFERENCE WITH T. TSEKERIDES (0.2) AND WORK ON ISSUE RE: GM REJECTION MOTION (0.5); CONTINUE TO WORK ON REVISIONS TO TERM SHEET (1.6). |
| MARAFIOTI KA | 08/15/06 | 1.80 | MEETING WITH CLIENT RE: TERM SHEET (0.8); MEETING IN COURT WITH CLIENT, OPPOSING COUNSEL, AND COMMITTEE COUNSEL (0.5); ATTEND STATUS CONFERENCE RE: GM LOSS CONTRACTS MOTION (0.5). |
| MARAFIOTI KA | 08/16/06 | 0.50 | REVIEW CORRESPONDENCE TO EQUITY COMMITTEE RE: JOINT INTEREST MOTION (0.1) AND REVISE ORDER ACCORDINGLY (0.3); ADDITIONAL CORRESPONDENCE RE: SAME (0.1). |

B43E

MARAFIOTI KA        08/17/06        2.00   CONFER WITH CLIENT RE: GM TERM SHEET
(0.5); SUBSEQUENT CONFERENCE WITH D.
RESNICK, R. EISENBERG, AND J. SHEEHAN
RE: GM TERM SHEET (1.3); CORRESPONDENCE
RE: SAME (0.2).

MARAFIOTI KA        08/18/06        2.40   REVIEW REVISIONS TO TERM SHEET (1.1);
CORRESPONDENCE FROM MELWANTI RE:
DOCUMENT PRODUCTION (0.1); WORK ON
DOCUMENT PRODUCTION (1.2).

MARAFIOTI KA        08/19/06        3.70   CORRESPONDENCE WITH FTI RE: PRODUCTION
OF INFORMATION TO EQUITY COMMITTEE
(1.0); TELECONFERENCE WITH R. EISENBERG
RE: SAME (0.1); WORK ON EQUITY COMMITTEE
DOCUMENT PRODUCTION (2.6).

MARAFIOTI KA        08/21/06        5.40   REVIEW MEMO RE: GM POSTPETITION SET OFF
(0.6) AND ANALYZE SAME (0.4);
TELECONFERENCE WITH COMPANY RE: GM
COMMENTS TO TERM SHEET (1.6); REVIEWED
GM PROOF OF CLAIM (1.4) AND ANALYZE
ISSUES RE: SAME (0.4); WORK ON EQUITY
COMMITTEE DOCUMENT PRODUCTION (0.4);
REVIEW EQUITY COMMITTEE JOINT INTEREST
AGREEMENT AND ORDER (0.3);
CORRESPONDENCE RE: EQUITY COMMITTEE
DOCUMENT PRODUCTION (0.3).

MARAFIOTI KA        08/22/06        3.00   TELECONFERENCES WITH S. CORCORAN, J.
SHEEHAN, J. BERTRAND RE: GM TERM SHEET
(1.5); FURTHER ANALYSIS OF GM
POSTPETITION SET OFF ISSUES (0.6);
TELECONFERENCE WITH J. PAPELIAN RE:
EQUITY COMMITTEE DOCUMENT PRODUCTION
(0.2); ASSESS EQUITY COMMITTEE
INFORMATION SHARING ISSUES (0.7).

MARAFIOTI KA        08/23/06        0.10   TELECONFERENCE WITH J. PAPELIAN RE:
DOCUMENT PRODUCTION FOR EQUITY
COMMITTEE (0.1).

MARAFIOTI KA        08/24/06        1.80   CORRESPONDENCE FROM EQUITY COMMITTEE
(0.1); TELECONFERENCES FROM AND TO B.
FRANTANGELO RE: EQUITY COMMITTEE
DOCUMENT PRODUCTION (0.2);
CORRESPONDENCE WITH J. PAPELIAN RE:
SAME (0.2); ADDITIONAL CORRESPONDENCE
RE: PRODUCTION (0.2); WORK ON DOCUMENT
PRODUCTION FOR EQUITY COMMITTEE (0.9);
ANALYZE GM TERM SHEET ISSUES (0.2).

MARAFIOTI KA        08/25/06        2.30   PREPARE FOR TELECONFERENCE WITH COMPANY
(0.6); TELECONFERENCE WITH COMPANY AND
ROTHSCHILD RE: TERM SHEET (1.4);
FOLLOWUP CORRESPONDENCE (0.3).

MARAFIOTI KA        08/29/06        0.40   ANALYZE GM SET OFF ISSUES (0.4).

MARAFIOTI KA        08/30/06        0.60   REVIEW AND REVISE CORRESPONDENCE RE: GM
SET OFF OF ATTORNEYS' FEES (0.6).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MARAFIOTI KA | 08/31/06 | 5.30 | TELECONFERENCE WITH COMPANY, GM, ROTHSCHILD, GRENHILL, AND WEIL GOTSHAL RE: COMPARATIVE CHART ILLUSTRATING POSITIONS OF GM AND DELPHI RE: FRAMEWORK TERM SHEET (2.5); FOLLOWUP CONFERENCES (0.4); WORK ON CORRESPONDENCE RE: GM ATTORNEYS' FEES POSTPETITION SET OFF PER S. CORCORAN COMMENTS (0.6); EXCHANGE OF CORRESPONDENCE WITH COMPANY AND ROTHSCHILD RE: CALL WITH GM (0.8); FURTHER WORK  RE: GM CHART COMPARING POSITION OF GM AND COMPANY ON TERM SHEET (1.0). |
| | | **48.60** | |
| PANAGAKIS GN | 08/01/06 | 1.00 | REVIEW AND COMMENT ON STN RESPONSE (1.0). |
| | | **1.00** | |
| **Total Partner** | | **194.80** | |
| GARNER LP | 08/01/06 | 4.90 | REVIEW AND EDIT OPPOSITION TO UCC MOTION TO PROSECUTE GM CLAIMS (3.7); REVIEW AND EDIT DISCOVERY REQUESTS RELATED TO OPPOSITION TO UCC/GM MOTION (1.2). |
| GARNER LP | 08/02/06 | 1.80 | REVIEW AND EDIT OPPOSITION AND DISCOVERY REQUESTS RE: UCC MOTION TO PROSECUTE CLAIMS AGAINST GM (1.8). |
| GARNER LP | 08/03/06 | 3.90 | TELECONFERENCE AMONG DEBTORS' PROFESSIONALS RE: STRATEGY AND STATUS WITH RESPECT TO UCC MOTION (1.3); REVIEW AND ANALYZE DOCUMENTS SUPPORTING UCC CLAIMS AGAINST GM (2.6). |
| GARNER LP | 08/04/06 | 4.30 | REVIEW, EDIT AND FINALIZE OPPOSITION TO UCC MOTION TO PROSECUTE GM CLAIMS (2.8); REVIEW AND EDIT DISCOVERY REQUESTS RE: UCC/GM MOTION (1.5). |
| GARNER LP | 08/07/06 | 4.30 | REVIEW DOCUMENTS SUPPORTING UCC MOTION TO PROSECUTE GM CLAIMS (2.2); DISCOVERY CONFERENCE WITH UCC COUNSEL (0.7); WORK ON DISCOVERY PLAN (1.0); REVIEW CORRESPONDENCE RE: POSSIBLE ADJOURNMENT OF UCC MOTION (0.4). |
| GARNER LP | 08/08/06 | 0.50 | REVIEW CORRESPONDENCE RE: ADJOURNMENT OF UCC MOTION TO PROSECUTE GM CLAIMS (0.5). |
| | | **19.70** | |

B43E

| MATZ TJ | 08/02/06 | 3.20 | CORRESPONDENCE WITH J. FURST OF LATHAM RE: GM STIPULATION (0.2); TELECONFERENCES WITH J. FURST RE: SAME (0.1); REVIEW AND COMMENT ON GM STIPULATION (0.4); CORRESPONDENCE WITH T. LAURIA RE: SAME (0.2); CORRESPONDENCE WITH B. STEINGART RE: GM STIPULATION (0.1); CORRESPONDENCE WITH M. ROBBINS RE: SAME (0.1); FURTHER REVIEW AND REVISIONS TO GM STIPULATION (0.6); ARRANGE FOR EXECUTION OF GM STIPULATION BY ALL PARTIES (UCC, EC, IUOE & IAM/IBEW) (0.3); PARTICIPATE IN GM LOSS CONTRACTS MEET & CONFER RE: PREPARATION FOR CONDUCT OF GM LOSS CONTRACTS HEARING (0.9); PREPARE MATERIALS FOR GM MEETING (0.3). |
|---|---|---|---|
| MATZ TJ | 08/03/06 | 0.60 | FORWARDING 8/1 PRESENTATION MATERIALS AND TALKING POINTS TO GM LOSS CONTRACT WORKING GROUP (0.3); FURTHER REVIEW RE: UCC STN MOTION, POSSIBLE RESPONSE, ADJOURNMENT (0.3). |
| MATZ TJ | 08/08/06 | 1.40 | TELECONFERENCE WITH CHAMBERS RE: STN MOTION ADJOURNMENT (0.1); TELECONFERENCES WITH A. HOGAN RE: SAME (0.2); TELECONFERENCES WITH CHAMBERS RE: WEIL REQUEST FOR UCC COMPLAINT (0.3); FOLLOW UP RE: SAME (0.2); REVIEW GM LETTER TO JUDGE TO JUDGE DRAIN RE: UCC STN MOTION, GM COMPLAINT (0.2); FURTHER CORRESPONDENCE WITH M. ROBBINS, B. MEHLSACK, R. MARINOVIC, J. FURST RE: GM REDACTED COMPLAINT (0.2); CONSIDERATION OF SAME (0.2). |
| MATZ TJ | 08/14/06 | 2.40 | CORRESPONDENCE WITH J. FURST RE: STIPULATION AND GM REDACTED COMPLAINT (0.2); TELECONFERENCE WITH L. PETERSON RE: SAME (0.2); TELECONFERENCE FROM CHAMBERS RE: GM LOSS CONTRACTS MOTION STATUS CONFERENCE (0.2); FOLLOW UP RE: SAME (0.1); TELECONFERENCE TO CHAMBERS RE: GM LOSS CONTRACTS MOTION STATUS CONFERENCE (0.1); TELECONFERENCE WITH T. TSEKERIDES RE: SAME (0.1); WORKING ON SCHEDULING RE: GM LOSS CONTRACTS MOTION (0.8); TWO TELECONFERENCES WITH T. TSEKERIDES RE: SCHEDULING (0.4); TELECONFERENCE WITH CHAMBERS RE: POTENTIAL SCHEDULING (0.3). |
| MATZ TJ | 08/15/06 | 2.90 | REVIEW POTENTIAL GM LOSS CONTRACTS MOTION SCHEDULING PRE-CONFERENCE (0.3); ATTEND COURT ON GM LOSS CONTRACTS SCHEDULING STATUS CONFERENCE (1.1); TELECONFERENCE WITH D. BAUMSTEIN RE: GM LOSS CONTRACT MOTION SCHEDULING (0.3); TELECONFERENCE WITH B. STEINGART RE: SAME (0.2) PREPARE AND REVISE SCHEDULING ORDER RE: SAME (0.7); REVIEW AND PREPARE SCRIPT RE: EQUITY COMMITTEE JOINT INTEREST ARGUMENTS FOR 8/17 HEARINGS (0.3). |

B43E

| MATZ TJ | 08/17/06 | 0.90 | REVIEW MARK UP OF GM TERM SHEET (0.6); TELECONFERENCE WITH A. HOGAN RE: GM LOSS CONTRACTS SCHEDULING (0.3). |
|---------|----------|------|------|

MATZ TJ    08/18/06    1.10   CORRESPONDENCE WITH R. EISENBERG, J. GUGLIELMO AND R. FLETEMEYER RE: GM CLAIMS MATERIALS FOR EQUITY COMMITTEE (0.2); TELECONFERENCE WITH J. GUGLIELMO RE: SAME (0.3); TELECONFERENCE WITH R. FLETEMEYER RE: SAME (0.2); REVIEW AND FORWARD FTI EQUITY COMMITTEE JOINT INTEREST ORDER (0.2); FOLLOW UP WITH J. GUGLIELMO RE: SAME (0.2).

MATZ TJ    08/19/06    5.00   CORRESPONDENCE WITH R. FLETEMEYER RE: JOINT INTEREST ORDER PRODUCTION (0.7); REVIEW 12 FILES RE: JOINT INTEREST ORDER PRODUCTION (1.2); CORRESPONDENCE WITH J. GUGLIELMO RE: SAME (0.4); CORRESPONDENCE WITH R. ISSENBERG RE: SAME (0.3); FURTHER CORRESPONDENCE WITH R. FLETEMEYER RE: SAME (0.2); REVIEW REVISED INDEX OF DOCUMENTS FOR EQUITY COMMITTEE (1.3); REVIEW JOINT INTEREST ORDER (0.3); FORWARD TO B. STEINGART, V. MELWANI GM CLAIMS INFORMATION FROM FTI (0.3); CREATE DISCLOSURE LOG OF SAME (0.3).

MATZ TJ    08/21/06    3.20   ANALYZE AND ORGANIZE DOCUMENT REQUEST FOR PRODUCTION TO THE EQUITY COMMITTEE (2.1); TELECONFERENCE WITH J. PAPELIAN RE: SAME (0.2); CORRESPONDENCE WITH J. PAPELIAN RE: GM MATERIALS (0.1); FURTHER CORRESPONDENCE WITH F. FRANK RE: DOCUMENT PRODUCTION RE: GM COMPLAINT (0.4); CORRESPONDENCE WITH WEIL RE: GM LOSS CONTRACTS SCHEDULING ORDER (0.2); ANALYZE SAME (0.2).

MATZ TJ    08/22/06    2.20   CORRESPONDENCE WITH V. MELWANI RE: AUTHORIZED REPRESENTATIVE OF EQUITY COMMITTEE, DOCUMENT RETENTION (0.2); ANALYSIS OF SAME (0.2); REVIEW ADDITIONAL MATERIAL FOR EQUITY COMMITTEE UNDER JOINT INTEREST AGREEMENT (0.5); ANALYZE ADDITIONAL DOCUMENT PRODUCTION FOR EQUITY COMMITTEE (0.3); TELECONFERENCE WITH J. PAPELIAN RE: SAME (0.2); REVIEW PRODUCTION LOG AND CORRESPONDENCE WITH FTI AND ROTHSCHILD RE: SAME (0.3); FOLLOW UP RE: SUBMISSION OF GM LOSS CONTRACTS SCHEDULING ORDER TO CHAMBERS (0.2); REVIEW CORRESPONDENCE FROM W. GOTSHAL RE: SAME (0.1); REVIEW 8/17 TRANSCRIPTS RE: GM COMPLAINT MATTERS (0.2).

MATZ TJ          08/23/06     1.20  REVIEW MEMORANDUM RE: GM SET OFF RIGHTS
                                    AND COMMENTING ON SAME (0.7); REVIEW
                                    CORRESPONDENCE FROM B. STEINGART RE:
                                    DISCLOSURE OF INFORMATION TO EQUITY
                                    COMMITTEE (0.1); REVIEW CORRESPONDENCE
                                    FROM J. PAPELIAN RE: SAME (0.2);
                                    RESPONDING RE: J. PAPELIAN INQUIRY
                                    (0.2).

MATZ TJ          08/24/06     0.40  CORRESPONDENCE FROM COMPANY RE: EQUITY
                                    COMMITTEE DOCUMENTS PRODUCTION RE: GM
                                    CLAIMS (0.2); WORKING ON SAME (0.2).

MATZ TJ          08/25/06     0.60  REVIEW AND COMMENT ON GM SET OFF
                                    MEMORANDUM RE: LEGAL FEES (0.6).

MATZ TJ          08/29/06     0.60  TELECONFERENCE WITH J. NOLAN RE: GM SET
                                    OFF MATTER (0.2); TELECONFERENCE WITH
                                    S. CORCORAN RE: SAME (0.2); REVIEW
                                    CORRESPONDENCE FROM J. NOLAN (0.1);
                                    CORRESPONDENCE WITH S. CORCORAN RE:
                                    SAME (0.1).

MATZ TJ          08/30/06     1.80  REVIEW AND PREPARATION RE: GM CONTRACT
                                    REJECTION MOTION SCHEDULING ORDER
                                    (0.8); FORWARDING SAME TO CHAMBERS WITH
                                    COVER NOTE RE: GM DISPUTE (0.3);
                                    CORRESPONDENCE WITH S. CORCORAN RE: GM
                                    SET OFF MATTERS (0.2); FURTHER ANALYSIS
                                    OF SAME (0.2); FURTHER REVIEW AND
                                    ANALYSIS OF DISCLOSURE TO EQUITY
                                    COMMITTEE (0.3).

MATZ TJ          08/31/06     0.90  REVIEW STATUS OF GM LOSS CONTRACT
                                    SCHEDULING ORDER (0.5); FINAL REVIEW
                                    (0.2); FORWARDING SAME TO CHAMBERS
                                    (0.2).

                             28.40

SHIVAKUMAR D     08/01/06     7.50  STRATEGY MEETINGS WITH WORKING GROUP
                                    MEMBERS TO PREPARE FOR MEET AND CONFER
                                    AND HEARING ON SECTION 365 MOTION (1.1);
                                    ANALYZE DEPOSITION TRANSCRIPTS OF KEY
                                    WITNESSES (4.7); REVIEW DRAFT
                                    DISCLOSURES (10-Q) RELATING TO GM
                                    LITIGATION (0.3); ANALYZE JUNE MOR IN
                                    CONNECTION WITH POTENTIAL 365 HEARING
                                    (0.3); REVIEW CORRESPONDENCE WITH
                                    COUNSEL FOR OBJECTOR SPS TECHNOLOGIES
                                    (0.2); ANALYSIS OF ISSUES RELATING TO
                                    UCC'S 2004 REQUESTS TO GM (0.6);
                                    COMMUNICATIONS WITH GM COUNSEL RELATING
                                    TO PROTECTIVE ORDER AND UCC'S 2004
                                    REQUESTS (0.3).

SHIVAKUMAR D     08/02/06     9.30  ANALYZE DEPOSITION TESTIMONY IN
                                    PREPARATION FOR 365 HEARING (5.1);
                                    PARTICIPATE IN MEET & CONFER CONFERENCE
                                    CALL WITH OBJECTORS' COUNSEL AND
                                    PREPARATION FOR SAME (1.0); REVIEW
                                    POTENTIAL TRIAL EXHIBITS (3.2).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

SHIVAKUMAR D        08/03/06        7.20    STRATEGY CONFERENCE WITH FTI RE: WAYS TO
                                            UPDATE FINANCIAL ANALYSIS IN
                                            PREPARATION FOR HEARING ON GM CONTRACT
                                            REJECTION MOTION (0.6); STRATEGY
                                            DISCUSSIONS WITH WORKING GROUP IN
                                            PREPARATION FOR HEARING ON GM CONTRACT
                                            REJECTION MOTION (1.2); ANALYSIS AND
                                            REVIEW OF DRAFT EXHIBIT LIST AND
                                            EXHIBITS IN PREPARATION FOR HEARING ON
                                            GM CONTRACT REJECTION MOTION (1.5);
                                            ANALYSIS OF DECLARATIONS AND TESTIMONY
                                            OF J. SHEEHAN AND S. DANIELS IN
                                            PREPARATION FOR HEARING ON GM CONTRACT
                                            REJECTION MOTION (3.9).

SHIVAKUMAR D        08/04/06        4.00    REVIEW AND REVISE CONTENTS OF BINDER OF
                                            RELEVANT TESTIMONY, EXHIBITS, AND OTHER
                                            MATERIALS FOR DISTRIBUTION TO WORKING
                                            GROUP IN PREPARATION FOR HEARING ON GM
                                            CONTRACT REJECTION MOTION (3.7);
                                            COMMUNICATIONS WITH FTI RE: FINANCIAL
                                            ANALYSIS OF GM-FOCUSED PLANTS (0.3).

SHIVAKUMAR D        08/05/06        2.30    ANALYZE DEPOSITION SUMMARIES PREPARED
                                            BY WORKING GROUP IN PREPARATION FOR
                                            HEARING ON GM CONTRACT REJECTION MOTION
                                            (2.3).

SHIVAKUMAR D        08/06/06        2.10    ANALYZE AND REVISE DRAFT DEMONSTRATIVE
                                            EXHIBITS IN PREPARATION FOR HEARING ON
                                            GM CONTRACT REJECTION MOTION (0.7);
                                            REVIEW AND REVISE OUTLINES OF POTENTIAL
                                            TRIAL QUESTIONS IN PREPARATION FOR
                                            HEARING ON GM CONTRACT REJECTION MOTION
                                            (1.1); DISCUSSIONS WITH WORKING GROUP
                                            RE: RESPONSE TO GM'S COUNSEL RE:
                                            PRE-TRIAL SCHEDULING ISSUES (0.3).

SHIVAKUMAR D        08/07/06        5.20    REVIEW AND REVISE DRAFT DECLARATIONS,
                                            WITNESS OUTLINES, AND PROPOSED EXHIBITS
                                            IN PREPARATION FOR HEARING ON GM
                                            CONTRACT REJECTION MOTION (5.2).

SHIVAKUMAR D        08/08/06        6.00    ANALYZE DECLARATIONS AND DEPOSITION
                                            TESTIMONY OF GM WITNESSES AND GM EXPERT
                                            IN PREPARATION FOR HEARING ON GM
                                            CONTRACT REJECTION MOTION (5.6);
                                            TELECONFERENCES WITH FTI MEMBERS RE:
                                            UPDATED FINANCIAL ANALYSES IN
                                            PREPARATION FOR HEARING ON GM CONTRACT
                                            REJECTION MOTION (0.4).

SHIVAKUMAR D        08/09/06        7.20    TELECONFERENCES TO REFINE TRIAL
                                            STRATEGY IN CONNECTION WITH THE GM
                                            CONTRACT REJECTION MOTION (1.1); REVIEW
                                            POTENTIAL EXHIBITS FOR SAME (2.8);
                                            PROVIDE REVISIONS/COMMENTS TO WORKING
                                            GROUP MEMBERS RE: DRAFT SUPPLEMENTAL
                                            DECLARATIONS IN CONNECTION WITH THE GM
                                            CONTRACT REJECTION MOTION (2.2);
                                            CONFERENCE CALL WITH POTENTIAL TRIAL
                                            WITNESS/DECLARANT (0.5); DRAFT
                                            RESPONSE LETTER TO GM'S COUNSEL RE:
                                            PRETRIAL SCHEDULING ISSUES (0.6).

B43E