SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-2
EMPLOYEE MATTERS (LABOR UNIONS)
2,752.5 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                    **Bill Date: 07/31/06**
**Employee Matters (Labor Unions)**                             **Bill Number: 1128095**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BERKE JS | 06/01/06 | 13.30 | PREPARING IN THE EARLY MORNING FOR TRIAL PREP MEETINGS (1.7), PARTICIPATING IN MORNING TRIAL PREP MEETINGS (4.2), PARTICIPATING IN AFTERNOON TRIAL PREP MEETINGS (4.4), PARTICIPATING IN EVENING TRIAL PREP MEETINGS (3.0). |
| BERKE JS | 06/02/06 | 9.80 | PREPARING FOR TRIAL SESSION (1.0), APPEARING AT TRIAL IN MORNING SESSION (3.8), PARTICIPATING IN WORKING LUNCH (1.0), PARTICIPATING IN AFTERNOON SESSION OF TRIAL (4.0). |
| BERKE JS | 06/03/06 | 1.60 | PARTICIPATE IN WEEKEND CONFERENCE CALL (1.1), SUBSEQUENT TELECONFERENCE WITH B. MEHLSACK (0.5). |
| BERKE JS | 06/05/06 | 2.70 | PARTICIPATING IN DELPHI TRIAL (2.0), CONSIDERATION OF POTENTIAL ARGUMENTS BY SPLINTER UNIONS ON MOTIONS TO DISMISS (0.7). |
| BERKE JS | 06/06/06 | 2.80 | RECEIVE TELECONFERENCE FROM B. MEHLSACK (0.5), EMAILS AND DISCUSSION WITH TEAM OF MEHLSACK CALL (0.4), PARTICIPATION IN EVENING TEAM CONFERENCE CALL (1.9). |
| BERKE JS | 06/07/06 | 3.80 | WORK ON ISSUES RELATING TO DISCOVERY, EXHIBITS AND POTENTIAL TRIAL RECESS (2.8); PARTICIPATION IN TELECONFERENCE RE: THESE SAME ISSUES (1.0). |
| BERKE JS | 06/08/06 | 6.10 | PREPARATION FOR MEET AND CONFER (2.9), PARTICIPATION IN MEET AND CONFER (3.2). |
| BERKE JS | 06/09/06 | 1.00 | PARTICIPATE IN TEAM CONFERENCE CALL (1.0). |
| BERKE JS | 06/15/06 | 3.80 | WORK ON ISSUES RELATING TO EISENBERG DEPOSITION BY APPALOOSA (3.8). |
| BERKE JS | 06/19/06 | 0.50 | SCHEDULING OF EISENBERG DEPO (0.5). |
| BERKE JS | 06/23/06 | 2.50 | PARTICIPATION IN SENIOR TEAM CONFERENCE CALL (1.0); REVIEW DECLARATIONS FOR ATTRITION MOTION (1.5). |
| BERKE JS | 06/26/06 | 0.90 | REVIEW RESULTS OF SPECIAL ATTRITION PROGRAM AND CONSIDER IMPACT (0.9). |
| BERKE JS | 06/29/06 | 2.40 | REVIEW OF DECLARATIONS FOR KCEP MOTION (1.0); ADDITIONAL COMMUNICATIONS RE: SCHEDULING OF EISENBERG DEPOSITION (0.4); ADDITIONAL REVIEW OF ADDITIONAL KCEP DECLARATION (1.0). |
| BERKE JS | 06/30/06 | 1.00 | PARTICIPATION IN SENIOR TEAM CONFERENCE CALL (1.0). |

**52.20**

B43E

BUTLER, JR. J    06/01/06    4.30    CONTINUE TO PREPARE FOR RESUMPTION OF
SECTION 1113/1114 CONTESTED HEARING ON
JUNE 2ND BEFORE JUDGE DRAIN IN NEW YORK
BANKRUPTCY COURT INCLUDING WORK ON
OUTLINE FOR REDIRECT OF REMAINING
WITNESSES AND WITNESS PREPARATION
(2.2); CONTINUE TO EVALUATE SETTLEMENT
DISCUSSIONS AND NEXT STEPS (1.3);
REVIEW IUOE EXHIBITS (0.3); REVIEW
BENCH MEMO AND EVIDENTIARY OBJECTION
CHART (0.5).

BUTLER, JR. J    06/02/06    7.70    PREPARE FOR (2.2) AND ATTEND (4.7)
(INCLUDING RECESSES) SECTION 1113/1114
CONTESTED HEARING BEFORE JUDGE DRAIN IN
NEW YORK BANKRUPTCY COURT; PARTICIPATE
IN POST-HEARING WORKING GROUP MEETING
RE: RECAP AND PREPARATION FOR JUNE 5TH
CONTINUATION OF HEARING (0.6); EMAILS
FROM/TO B. MEHLSACK RE GERLING
SUMMARIES (0.2).

BUTLER, JR. J    06/03/06    3.90    REVIEW AND REVISE EXPANDED SPECIAL
ATTRITION PROGRAM AGREEMENT FOR UAW
(0.9); REVIEW AND REVISE PROPOSED
SPECIAL ATTRITION PROGRAM PATTERN
AGREEMENT FOR IUE-CWA AND USW (1.9);
REVIEW OPEB FINANCIAL ANALYSIS RE
SPECIAL ATTRITION PROGRAM FROM COMPANY
(0.4); REVIEW ROUGH TRANSCRIPT OF JUNE
2ND HEARING (0.4); FOLLOW-UP ON GERLING
SUMMARIES AND PRODUCTION TO B. MEHLSACK
INCLUDING EMAILS FROM/TO B. SAX AND
LABOR WORKING GROUP (0.3).

BUTLER, JR. J    06/04/06    3.90    REVIEW AND REVISE EXPANDED SPECIAL
ATTRITION PROGRAM AGREEMENT FOR UAW
(0.2); REVIEW AND REVISE PROPOSED
SPECIAL ATTRITION PROGRAM PATTERN
AGREEMENT FOR IUE-CWA AND USW (1.6);
PREPARE FOR AND PARTICIPATE IN
LABOR-SIDE DRAFTING SESSIONS (0.4);
CONTINUE TO PREPARE FOR JUNE 5TH
CONTINUATION OF HEARING INCLUDING
DISCOVERY MATTERS AND RULE 7052 MATTERS
(0.9); CONSIDER IUOE PRODUCTION ISSUES
RE PRIVILEGE MATTERS INCLUDING EMAILS
FROM J. KASTIN (0.3); REVIEW NEW
IBEW/IAM EXHIBIT (0.1); EMAIL FROM M.
ROBINS RE IAM/IBEW RULE 7052 MOTION
(0.1); REVIEW DRAFT RESPONSE TO
SPLINTER MOTIONS (0.3).

BUTLER, JR. J    06/05/06    3.00    PREPARE FOR (0.7) AND ATTEND (0.8)
SECTION 1113/1114 CONTESTED HEARING
BEFORE JUDGE DRAIN IN NEW YORK
BANKRUPTCY COURT; REVIEW NEW APPALOOSE
EXHIBITS (0.2); PARTICIPATE IN
POST-HEARING WORKING GROUP MEETING RE
RECAP AND NEXT STEPS (0.4); CONTINUE TO
WORK ON SPECIAL ATTRITION PROGRAM
FOLLOW-UP (0.9).

BUTLER, JR. J    06/06/06    1.00    WORK ON CALENDAR SUSPENSION RE: HENRY
                                     REICHARD'S PASSING INCLUDING
                                     ARRANGEMENT FOR CANCELLATION OF JUNE
                                     9TH HEARING AND NUMEROUS CONFERENCES
                                     WITH DELPHI SENIOR MANAGEMENT AT
                                     COMPANY IN TROY AND UNION COUNSEL (0.8);
                                     FOLLOW-UP ON IUOE DISCUSSIONS AND B.
                                     MEHLSACK'S TELEPHONE CALLS RE SAME
                                     (0.2).

BUTLER, JR. J    06/07/06    0.60   PREPARE FOR JUNE 8TH MEET AND CONFER
                                     WITH SECTIONS 1113/1114 PARTIES RE
                                     SUMMER RECESS AND FORM OF ADJOURNMENT
                                     ORDER (0.4); REVIEW DRAFT ORDER (0.2).

BUTLER, JR. J    06/08/06    4.40   PREPARE FOR (0.4) ANF PARTICIPATE IN
                                     (1.2) MEET AND CONFER WITH SECTIONS
                                     1113/1114 PARTIES RE: SUMER RECESS AND
                                     FORM OF ADJOURNMENT ORDER; REVIEW AND
                                     DRAFT SAME (2.8).

BUTLER, JR. J    06/09/06    4.40   CONSIDER COMMENTS FROM OBJECTORS AND
                                     RESPONDENTS FOR FORM OF OF ADJOURNMENT
                                     ORDER (1.6); REVIEW AND DRAFT SAME
                                     (2.8).

BUTLER, JR. J    06/11/06    0.40   CONTINUE TO WORK ON FORM OF SECTIONS
                                     1113/1114 ADJOURNMENT ORDER INCLUDING
                                     EMAILS FROM/TO J. TANENBAUM, B. SAX AND
                                     T. JERMAN (0.4).

BUTLER, JR. J    06/12/06    1.40   CONTINUE TO REVIEW AND REVISE
                                     ADJOURNMENT ORDER AND RELATED CHAMBERS
                                     PACKAGE (1.2); CONFERENCE WITH K.
                                     BUTLER AND OTHERS AT COMPANY IN TROY RE:
                                     TIMETABLE FOR NEGOTIATION AND FILING OF
                                     IUE AND USW SPECIAL ATTRITION PROGRAMS
                                     (0.2).

BUTLER, JR. J    06/13/06    1.10   REVIEW ENTERED ADJOURNMENT ORDER (0.1);
                                     TELECONFERENCES WITH S. MILLER AND K.
                                     BUTLER RE: HOURLY COMPENSATION MATTERS
                                     (0.3, 0.2); REVIEW TIMETABLE AND NEXT
                                     STEPS RE: BARGAINING OF IUE AND USW
                                     SPECIAL ATTRITION PROGRAMS (0.3); WORK
                                     ON SPECIAL ATTRITION PLEADINGS AND NEXT
                                     STEPS (0.2).

BUTLER, JR. J    06/14/06    1.30   REVIEW OPEB ANALYSIS FROM J. SHEEHAN
                                     (0.3); BEGIN TO REVIEW SPECIAL
                                     ATTRITION MOTION PLEADINGS (0.8);
                                     EMAILS FROM/TO D. SHERBIN, S. CORCORAN,
                                     J. SHEEHAN AND B. SAX RE SPLINTER UNION
                                     AGREEMENTS (0.2).

BUTLER, JR. J    06/15/06    1.80   BEGIN TO REVIEW AND COMMENT ON SPECIAL
                                     ATTRITION PROGRAM MOTION AND RELATED
                                     PLEADINGS (0.6); PREPARE FOR (0.3) AND
                                     PARTICIPATE IN (0.9) WORKING GROUP
                                     TELECONFERENCE RE: SAME.

B43E

BUTLER, JR. J   06/16/06   1.40   TELECONFERENCE WITH K. BUTLER RE: IUE
NEGOTIATIONS (0.4); TELECONFERENCE
WITH B. SAX RE: IUE DOCUMENTATION
MATTERS (0.2); REVIEW AND COMMENT ON
SPECIAL ATTRITION PROGRAM MOTION AND
RELATED PLEADINGS (0.6);
TELECONFERENCE WITH J. TANNENBAUM AT
WEIL RE: EQUITY COMMITTEE INFORMATION
REQUEST (0.2).

BUTLER, JR. J   06/17/06   2.20   CONTINUE TO WORK ON TIMING AND SUBSTANCE
OF UAW/IUE SPECIAL ATTRITION MOTION
INCLUDING REVIEW OF DRAFT PLEADINGS
(2.2).

BUTLER, JR. J   06/18/06   3.30   TELECONFERENCES WITH K. BUTLER AND B.
SAX RE: TIMING AND SUBSTANCE OF UAW/IUE
SPECIAL ATTRITION MOTION (0.4); REVIEW
AND EVALUATE GM COMMENTS TO SPECIAL
ATTRITION PLEADINGS (0.8); EMAILS
TO/FROM WEIL RE: SAME (0.3); EMAILS
TO/FROM T. KENNEDY, B. SIMON AND J.
TANENBAUM RE: SUBSTANCE AND TIMING OF
FILING OF PLEADINGS AND TIMING OF
HEARING (0.2); CONTINUE TO REVIEW AND
COMMENT ON SPECIAL ATTRITION PROGRAM
MOTION AND RELATED PLEADINGS (1.6).

BUTLER, JR. J   06/19/06   4.90   CONTINUE TO REVIEW AND EVALUATE GM,
IUE-CWA AND UAW COMMENTS TO SPECIAL
ATTRITION PLEADINGS (1.2); EMAILS
TO/FROM COUNSEL TO GM, IUE-CWA AND UAW
RE: SAME (0.7); TELECONFERENCES WITH
DELPHI MANAGEMENT (J. BERTRAND, B.
DELLINGER, J. SHEEHAN, S. CORCORAN, K.
BUTLER, B. SAX) RE: COMMENTS (0.8);
REVIEW AND FINALIZE SPECIAL ATTRITION
PROGRAM MOTION AND RELATED PLEADINGS
(2.2).

BUTLER, JR. J   06/20/06   1.30   BEGIN TO PREPARE FOR JUNE 29TH HEARING
BEFORE JUDGE DRAIN IN NEW YORK
BANKRUPTCY COURT RE: SPECIAL ATTRITION
MOTION NO. 2 INCLUDING REVIEW OF
EXPEDITED DISCOVERY FROM AD HOC EQUITY
GROUP AND EMAILS FROM/TO COUNSEL RE:
SAME (0.8); REVIEW AD HOC COMMITTEE
OBJECTION TO SAME (0.2); CONSIDER
SUPPLEMENTAL DECLARATIONS AND RELATED
CONTESTED HEARING PREPARATION (0.3).

BUTLER, JR. J   06/21/06   1.10   CONTINUE TO PREPARE FOR JUNE 29TH
HEARING BEFORE JUDGE DRAIN IN NEW YORK
BANKRUPTCY COURT RE SPECIAL ATTRITION
MOTION NO. 2 INCLUDING WORK ON EXPEDITED
DISCOVERY FROM AD HOC EQUITY GROUP AND
E MAILS FROM/TO T. LAURIA AND D. SHERBIN
RE SAME (0.6); REVIEW SUPPLEMENTAL
DECLARATIONS (0.5).

B43E

BUTLER, JR. J     06/22/06     1.60    CONTINUE TO PREPARE FOR JUNE 29TH
                                       HEARING BEFORE JUDGE DRAIN IN NEW YORK
                                       BANKRUPTCY COURT RE: SPECIAL ATTRITION
                                       MOTION NO. 2 INCLUDING WORK ON EXPEDITED
                                       DISCOVERY FROM AD HOC EQUITY GROUP AND
                                       OUTLINE DELPHI DECLARATIONS (1.4);
                                       CONFERENCE WITH B. ROSENBERG AND I. LEE
                                       RE: SPECIAL ATTRITION MATTERS (0.2).

BUTLER, JR. J     06/23/06     1.60    CONTINUE TO PREPARE FOR JUNE 29TH
                                       HEARING BEFORE JUDGE DRAIN IN NEW YORK
                                       BANKRUPTCY COURT RE: SPECIAL ATTRITION
                                       MOTION NO. 2 INCLUDING REVIEW OF DELPHI
                                       DECLARATIONS (0.9); TELECONFERENCE
                                       WITH D. RESNICK AND B. SHAW RE: HEARING
                                       PREPARATION (0.2); REVIEW WILMINGTON
                                       TRUST PRELIMINARY OBJECTION (0.3);
                                       REVIEW EMAIL FROM J. TANENBAUM RE:
                                       PROSPECTIVE GM OBJECTION (0.1); EMAIL
                                       TO WORKING GROUP RE: SAME (0.1).

BUTLER, JR. J     06/24/06     2.60    CONTINUE TO PREPARE FOR JUNE 29TH
                                       HEARING BEFORE JUDGE DRAIN IN NEW YORK
                                       BANKRUPTCY COURT RE: SPECIAL ATTRITION
                                       MOTION NO. 2 INCLUDING REVIEW OF DELPHI
                                       DECLARATIONS (1.6); REVIEW DISCOVERY
                                       MATTERS RE: SAME (0.4); REVIEW EMAILS
                                       FROM WORKING GROUP RE: GM MATTERS AND
                                       PREPARE EMAIL RESPONSE TO J. TANENBAUM
                                       RE: PROSPECTIVE GM OBJECTION (0.6).

BUTLER, JR. J     06/25/06     0.40    CONTINUE TO PREPARE FOR JUNE 29TH
                                       HEARING BEFORE JUDGE DRAIN IN NEW YORK
                                       BANKRUTPCY COURT RE SPECIALL ATTRITION
                                       MOTION NO. 2 INCLUDING REVIEW OF EMAILS
                                       FROM D. RESNICK AND R. EISENBERG RE
                                       SETTLEMENT CONCEPTS (0.4).

BUTLER, JR. J     06/26/06     2.20    CONTINUE TO PREPARE FOR JUNE 29TH
                                       HEARING BEFORE JUDGE DRAIN IN NEW YORK
                                       BANKRUPTCY COURT RE: SPECIAL ATTRITION
                                       MOTION NO. 2 INCLUDING DEPOSITION
                                       PREPARATION AT COMPANY IN TROY (0.5),
                                       CONSIDER AND FOLLOW-UP ON APPALOOSA
                                       ADJOURNMENT REQUEST (0.3); FOLLOW-UP ON
                                       CONTINUED GM ISSUES WITH FORM OF ORDER
                                       AND RELATED MATTERS INCLUDING EMAILS
                                       TO/FROM J. TANENBAUM AND D. RESNICK
                                       (0.6); REVIEW GM PROPOSED CHANGES TO USW
                                       MEMORANDUM OF UNDERSTANDING (0.4);
                                       CONSIDER AND WORK ON WILMINGTON TRUST
                                       DISCOVERY RE ATTRITION PROGRAM (0.4).

B43E

BUTLER, JR. J    06/27/06    2.70  CONTINUE TO PREPARE FOR JUNE 29TH
                                   CHAMBERS CONFERENCE BEFORE JUDGE DRAIN
                                   IN NEW YORK BANKRUPTCY COURT RE: SECTION
                                   1113/1114 NEGOTIATIONS (0.3); CONTINUE
                                   TO PREPARE FOR JUNE 29TH HEARING BEFORE
                                   JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT
                                   RE: SPECIAL ATTRITION MOTION NO. 2
                                   INCLUDING MEET AND CONFER
                                   TELECONFERENCE WITH E. FOX RE:
                                   WILMINGTON TRUST DISCOVERY MATTERS
                                   (0.4), TELECONFERENCE WITH M. SEIDER
                                   RE: POTENTIAL CREDITORS' COMMITTEE
                                   OBJECTION AND DUE DILIGENCE MATTERS
                                   (0.4); REVIEW FILED OBJECTIONS OF
                                   WILMINGTON TRUST, EQUITY COMMITTEE AND
                                   CREDITORS COMMITTEE (0.6);
                                   TELECONFERENCE WITH B. SIMON RE: JUNE
                                   29TH HEARING (0.2); FOLLOW-UP ON
                                   APPALOOSA ADJOURNMENT REQUEST AND
                                   EXTENSION OF OBJECTION DEADLINE (0.2);
                                   MEETING WITH K. BUTLER AT COMPANY IN
                                   TROY RE: ATTRITION PROGRAM MATTERS AND
                                   LABOR NEGOTIATIONS UPDATE (0.3);
                                   TELECONFERENCES WITH R. O'NEAL RE: SAME
                                   (0.3).

BUTLER, JR. J    06/28/06    6.60  CONTINUE TO PREPARE FOR JUNE 29TH
                                   CHAMBERS CONFERENCE BEFORE JUDGE DRAIN
                                   IN NEW YORK BANKRUPTCY COURT RE: SECTION
                                   1113/1114 NEGOTIATIONS (0.4); CONTINUE
                                   TO PREPARE FOR JUNE 29TH HEARING BEFORE
                                   JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT
                                   RE: SPECIAL ATTRITION MOTION NO. 2
                                   INCLUDING REVIEW AND REVISION OF
                                   OMNIBUS REPLY (5.4); REVIEW AND
                                   FOLLOW-UP ON EMAIL AND MATERIALS FROM B.
                                   SAX RE SPLINTER UNION ATTRITION MATTERS
                                   INCLUDING PROPOSALS PROVIDED TO IAM,
                                   IBEW AN D IUOE (0.4); REVIEW LETTER FROM
                                   B. MEHLSACK REQUESTING TRIPARTE
                                   NEGOTIATIONS WITH DELPHI AND GM (0.2);
                                   REVIEW USW CLAIMS LANGUAGE AND EMAIL
                                   FROM B. SAX (0.2).

BUTLER, JR. J    06/29/06    7.10  PREPARE FOR (0.2) AND ATTEND (0.4)
                                   CHAMBERS CONFERENCE BEFORE JUDGE DRAIN
                                   IN NEW YORK BANKRUPTCY COURT RE: SECTION
                                   1113/1114 NEGOTIATIONS; PREPARE FOR
                                   (1.7) AND ATTEND (4.2) HEARING BEFORE
                                   JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT
                                   RE: SPECIAL ATTRITION MOTION NO. 2;
                                   REVIEW GM COMMENTS TO DRAFT USW
                                   ATTRITION PROGRAM (0.4); CONFERENCES
                                   WITH M. KESSLER (0.1) AND B. SAX (0.1)
                                   RE: SAME.

BUTLER, JR. J    06/30/06    1.10  CONTINUE TO REVIEW GM COMMENTS TO DRAFT
                                   USW ATTRITION PROGRAM (0.2);
                                   TELECONFERENCE WITH M. KESSLER (0.2);
                                   EMAILS FROM/TO B. SAX RE: SAME (0.3);
                                   REVIEW USW MATERIALS (0.4).

                             **79.30**

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| FURFARO JP | 06/01/06 | 7.10 | PREPARATION OF FINANCIAL WITNESSES FOR 1113/1114 HEARING/REVIEW DECLARATIONS AND EXHIBITS (4.8); CONFERENCE WITH J. BUTLER AND WORKING GROUP RE: STATUS (0.3); REVIEW OF ADDITIONAL EXHIBIT DESIGNATIONS (1.1); REVIEW OF OBJECTIONS MEMO AND RESPONSE (0.9). |
| --- | --- | --- | --- |
| FURFARO JP | 06/02/06 | 9.00 | ATTEND 1113/1114 HEARING/CONFERENCES (6.0); REVIEW OF DRAFT MOTION RE: PENSION TERMINATION ISSUES (1.1); REVIEW OF CROSS-EXAMINATION OUTLINES (1.9). |
| FURFARO JP | 06/03/06 | 3.20 | REVIEW OF EXHIBITS AND DECLARATIONS FOR CROSS EXAMINATION OF UNION WITNESSES (3.2). |
| FURFARO JP | 06/04/06 | 2.80 | REVIEW OF CROSS-EXAMINATION MATERIALS (1.7); CONFERENCE WITH J. KASTIN RE: DISCOVERY ISSUE (0.3); CONFERENCE WITH WORKING GROUP RE: PREPARATION FOR HEARING/DISCOVERY ISSUES (0.6); UPDATE TO DISCOVERY ISSUE (0.2). |
| FURFARO JP | 06/05/06 | 3.30 | ATTEND 1113/1114 HEARING/CONFERENCES (3.0); REVIEW OF NEW EXHIBITS (0.3). |
| FURFARO JP | 06/06/06 | 1.00 | REVIEW OF REVISED SCHEDULING ORDER (0.2); REVIEW OF DOCUMENTS/MATERIALS FOR DATABASE (0.8). |
| FURFARO JP | 06/07/06 | 0.50 | REVIEW/REVISE DRAFT SCHEDULING ORDER (0.3); REVIEW OF MEET AND CONFER RESPONSE (0.2). |
| FURFARO JP | 06/08/06 | 2.80 | REVIEW OF DRAFT MEET AND CONFER REPORT/REVISIONS (0.5); MEETING WITH OBJECTORS/INTERESTED PARTIES RE: 1113/1114 MOTION (1.4); ANALYZE ISSUES FOR ADJOURNMENT AND RESUMPTION OF HEARING (0.9). |
| FURFARO JP | 06/09/06 | 2.50 | REVIEW OF DRAFT MEET AND CONFER/REVISIONS (0.8); REVIEW OF COMMENTS TO DRAFT (0.6); CONFERENCE WITH WORKING GROUP RE: STATUS (0.5); REVIEW OF TRANSCRIPT (0.6). |
| FURFARO JP | 06/12/06 | 2.60 | REVIEW/REVISE DRAFT OF COURT ORDERS/OPEN ITEMS RE: OBJECTIONS (1.6); REVIEW OF ATTRITION PROGRAM UPDATE (0.2); REVIEW OF PRIOR ORDER FOR DRAFT APPROVALS (0.8). |
| FURFARO JP | 06/13/06 | 1.50 | REVIEW OF DRAFT MOTION RE: ATTRITION PROGRAMS (1.5). |
| FURFARO JP | 06/14/06 | 4.10 | REVIEW OF COURT ORDERS RE: GM AND 1113 (0.3); REVIEW OF ATTRITION PROGRAMS FOR TELECONFERENCE WITH EQUITY COMMITTEE (1.3); REVIEW OF DRAFT MOTIONS FOR APPROVAL OF PROGRAMS/REVISIONS (1.1); PARTICIPATE IN TELECONFERENCE WITH EQUITY COMMITTEE (1.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

FURFARO JP        06/15/06      2.20   REVIEW OF REVISED MOTION (1.5);
                                       CONFERENCE WITH R. KOHUT, J. BUTLER, B.
                                       FERN RE: COURT PAPERS (0.7).

FURFARO JP        06/16/06      0.80   REVIEW OF DRAFT COURT PAPERS (0.7);
                                       CONFERENCE WITH R. KOHUT RE: SAME (0.1).

FURFARO JP        06/19/06      2.60   REVIEW OF ATTRITION PROGRAMS (0.8);
                                       REVIEW OF DRAFTS OF MOTION FOR APPROVAL
                                       OF PROGRAMS (1.8).

FURFARO JP        06/20/06      2.20   REVIEW/REVISE 10K (1.1); REVIEW OF
                                       ATTRITION PROGRAMS (0.8); ADVICE RE:
                                       NEW BRUNSWICK PROGRAM (0.3).

FURFARO JP        06/21/06      4.50   REVIEW OF DRAFT ATTRITION PROGRAMS FOR
                                       SPLINTER UNIONS (1.8); REVIEW OF
                                       DECLARATIONS/COURT DOCUMENTS FOR
                                       APPROVAL OF UAW ATTRITION PROGRAMS
                                       (1.7); REVIEW OF REQUESTS FOR
                                       DOCUMENTS/INFORMATION RELATING TO
                                       PENDING MOTION FOR APPROVAL OF NEW
                                       ATTRITION PROGRAMS (1.0).

FURFARO JP        06/22/06      2.50   REVIEW OF DECLARATIONS/COURT PAPERS FOR
                                       UPCOMING ATTRITION MOTION (1.7); REVIEW
                                       FINANCIAL MATERIAL/DISCUSSIONS OF
                                       ANALYSIS (0.8).

FURFARO JP        06/23/06      3.90   CONFERENCE WITH WORKING GROUP RE: CASE
                                       ADMINISTRATION (0.8); CONFERENCE WITH
                                       REPRESENTATIVES OF THE EQUITY COMMITTEE
                                       (FRIED FRANK), K. MARAFIOTI, A. HOGAN,
                                       B. SAX, S. GEBBIA RE: ATTRITION PROGRAMS
                                       (0.7); FOLLOWUP WITH K. MARAFIOTI AND A.
                                       HOGAN (0.4); REVIEW OF DRAFT
                                       DECLARATIONS IN SUPPORT OF ATTRITION
                                       PROGRAMS/REVISIONS (2.0).

FURFARO JP        06/26/06      1.40   REVIEW OF SCHEDULE RE: UPCOMING
                                       PROCEEDING FOR 1113/1114 MOTION (0.1);
                                       REVIEW OF OUTSTANDING DISCOVERY ITEMS
                                       (0.3); REVIEW EXHIBITS/CROSS OUTLINES
                                       FOR FURTHER REVISIONS (1.0).

FURFARO JP        06/27/06      1.60   REVIEW OF FINAL DECLARATIONS (1.0);
                                       CONFERENCE WITH T. MATZ AND WORKING
                                       GROUP RE: RESPONSE TO OBJECTIONS (0.2);
                                       ITEMS FOR SCHEDULING DISCUSSION (0.4).

FURFARO JP        06/28/06      4.80   REVIEW OF OBJECTIONS TO ATTRITION
                                       MOTION SEEKING APPROVAL OF UAW
                                       SUPPLEMENT AND IUE PROGRAM (1.9);
                                       REVIEW/REVISE DRAFT OF REPLY PAPERS IN
                                       SUPPORT OF MOTION (2.1); REVIEW OF FINAL
                                       DOCUMENTS/HEARING ITEMS (0.8).

FURFARO JP        06/29/06      2.70   REVIEW OF DRAFT OF COURT PAPERS RE:
                                       KECP/REVISIONS (2.2); CONFERENCES WITH
                                       N. CAMPANARIO, J. BERKE RE: DRAFT FILING
                                       (0.5).

FURFARO JP        06/30/06      0.70   REVIEW OF DRAFT ATTRITION
                                       PROGRAM/REVISIONS (0.7).

                                  **70.30**

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

HOGAN III AL    06/06/06    2.20    CONFERENCE WITH R. MEISLER CONCERNING
                                    CERTAIN WTC APPEAL AND OBJECTION
                                    ISSUES, AND REVIEW OF BACKGROUND
                                    MATERIALS IN CONNECTION WITH SAME
                                    (2.2).

HOGAN III AL    06/07/06    4.40    REVIEW WTC APPEAL MATERIALS, AND
                                    CONSIDER NECESSARY SUPPLEMENTATION OF
                                    RECORD ON APPEAL (1.6); REVIEW APOLLOSA
                                    APPEAL AND ANALYZE PROCEDURAL
                                    OBJECTIONS TO SAME (0.4); CONFERENCE
                                    WITH R. MEISLER CONCERNING WTC APPEAL,
                                    AND WTC OBJECTION TO JCI TRANSACTION,
                                    AND ANALYSIS OF STRATEGY WITH RESPECT TO
                                    SAME (2.4).

HOGAN III AL    06/20/06    4.50    REVIEW APPALOOSA INFORMATION
                                    CONCERNING POTENTIAL OBJECTION TO
                                    ATTRITION PLAN MOTION, AND REVIEW
                                    BACKGROUND MATERIALS IN CONNECTION WITH
                                    SAME (4.5).

HOGAN III AL    06/21/06    6.80    REVIEW PLEADINGS CONCERNING ATTRITION
                                    PLAN FILING, AND PRIOR DISCOVERY AND
                                    DEPOSITIONS IN CONNECTION WITH
                                    ATTRITION PLAN CONTESTED HEARING,
                                    FORMULATE STRATEGY CONCERNING
                                    OBJECTION TO LATEST PLAN FILING (6.2);
                                    TELECONFERENCE WITH J. SHEEHAN RE:
                                    ATTRITION PLAN MOTION AND OBJECTIONS
                                    WITH RESPECT TO SAME (0.4);
                                    TELECONFERENCE WITH B. SAX CONCERNING
                                    PREPARATION OF RESPONSES TO ATTRITION
                                    PLAN OBJECTION (0.2).

HOGAN III AL    06/22/06    11.70   MULTIPLE CONFERENCES WITH S. SALRIN AND
                                    STAFF CONCERNING ATTRITION PLAN
                                    ANALYSIS AND DOCUMENTATION (2.7);
                                    DEVELOP STRATEGY CONCERNING RESPONSE TO
                                    OBJECTIONS TO ATTRITION PLAN, AND DRAFT
                                    AND EDIT PLEADINGS IN CONNECTION WITH
                                    SAME (7.0); MULTIPLE CONFERENCES WITH
                                    COUNSEL FOR APPALOOSA CONCERNING
                                    EXPEDITED DOCUMENT AND DEPOSITION
                                    REQUESTS, AND FOLLOW-UP CONFERENCES
                                    WITH CLIENTS IN CONNECTION WITH SAME
                                    (2.0).

HOGAN III AL    06/23/06    12.40   MULTIPLE TELECONFERENCES WITH DELPHI
                                    LABOR AND FINANCIAL STAFF AND ANALYSIS
                                    OF INFORMATION IN CONNECTING WITH
                                    ATTRITION PLAN MOTION (3.6); CONTINUED
                                    REVIEW AND EDITING OF DRAFT
                                    DECLARATIONS IN CONNECTION WITH
                                    ATTRITION PLAN MOTION, AND CONFERENCES
                                    WITH K. BUTLER AND J. SHEEHAN IN
                                    CONNECTION WITH SAME (4.8); CONTINUE
                                    DRAFTING RESNICK DECLARATION, AND
                                    CONFERENCES WITH W. SHAW AND D. RESNICK
                                    RE: SAME (2.2); MULTIPLE TELEPHONE
                                    CONFERENCES WITH COUNSEL FOR APPALOOSA
                                    RE: EXPEDITED DISCOVERY REQUESTS, AND
                                    PLANNING FOR DEPOSITIONS (1.8).

B43E

HOGAN III AL    06/24/06    8.00    CONTINUE WORK ON DECLARATIONS IN
                                    SUPPORT OF ATTRITION PLAN MOTION, AND
                                    MULTIPLE TELECONFERENCES WITH
                                    DECLARANTS AND COUNSEL IN CONNECTION
                                    WITH SAME (5.5); REVIEW PRODUCED
                                    DOCUMENTS, AND ANALYZE ISSUES IN
                                    PREPARATION FOR DEPOSITIONS ON
                                    ATTRITION PLAN MOTION (2.2);
                                    COMMUNICATIONS WITH COUNSEL FOR
                                    APPALOOSA CONCERNING EXPEDITED
                                    DISCOVERY AND DEPOSITIONS (0.3).

HOGAN III AL    06/25/06    8.20    PREPARE FOR AND MEET WITH K. BUTLER AND
                                    J. SHEEHAN IN PREPARATION FOR
                                    DEPOSITION IN CONNECTION WITH ATTRITION
                                    PLAN MOTION (6.0); ANALYZE AND EDIT
                                    DISCOVERY REQUESTS DIRECTED TO WTC IN
                                    CONNECTION WITH OBJECTION STO ATTRITION
                                    PLAN MOTION (2.2).

HOGAN III AL    06/26/06    15.70   CONTINUE PREPARATION FOR, AND DEFEND J.
                                    SHEEHAN AND K. BUTLER DEPOSITIONS IN
                                    CONNECTION WITH OBJECTION TO SPECIAL
                                    ATTRITION MOTION (15.3);
                                    TELECONFERENCE WITH COUNSEL FOR WTC IN
                                    CONNECTION WITH DISCOVERY RELATING TO
                                    OBJECTION TO ATTRITION MOTION (0.4).

HOGAN III AL    06/27/06    17.40   CONDUCT MEET AND CONFER CONFERENCES
                                    WITH WTC COUNSEL RE: DISCOVERY AND TRIAL
                                    SUBPOENA ISSUES, AND DRAFT
                                    COMMUNICATIONS TO COUNSEL IN CONNECTION
                                    WITH SAME (2.8); PREPARE FOR WTC
                                    DISCOVERY (2.4); PREPARE FOR ATTRITION
                                    PLAN HEARING, INCLUDING COLLECTION OF
                                    EXHIBITS, AND REVIEW OF STATUTORY
                                    COMMITTEE OBJECTIONS, AND OUTLINE
                                    ARGUMENTS AND RESPONSES TO SAME (12.2).

HOGAN III AL    06/28/06    17.50   CONTINUE PREPARATIONS FOR ATTRITION
                                    PLAN HEARING, INCLUDING REVIEW OF
                                    OBJECTIONS, REVIEW AND COMMENT ON REPLY
                                    MEMORANDUM, REVIEW OF EXHIBITS, MEET
                                    AND CONFER CONFERENCES WITH COUNSEL,
                                    REVIEW HEARINGS BINDER, AND COORDINATE
                                    HEARING PREPARATION (14.0); PREPARE FOR
                                    AND DEPOSE WTC REPRESENTATIVE, AND
                                    DRAFT RESPONSE TO MOTION TO QUASH
                                    SUBPOENA (3.5).

HOGAN III AL    06/29/06    9.70    CONTINUE PREPARATION FOR, AND ATTEND
                                    ATTRITION PLAN HEARING (9.7).

                           118.50

MARAFIOTI KA    05/25/06    2.50    PARTICIPATE IN WITNESS PREPARATION FOR
                                    1113 CONTINUED HEARING (0.5); ANALYZE
                                    WILMINGTON TRUST OBJECTIONS AND DEVELOP
                                    STRATEGY RE: SAME (1.2); PREPARE FOR
                                    CONTINUED HEARING (0.8).

MARAFIOTI KA    06/01/06    1.10    LABOR STRATEGY MEETING WITH O'MELVENY,
                                    FTI, ROTHSCHILD, AND COMPANY (0.9);
                                    PREPARE FOR HEARING (0.2).

MARAFIOTI KA    06/02/06    6.00  ATTENDED CONTINUED 1113/1114 HEARING
(5.5); FOLLOWUP MEETING IN COURT WITH
CLIENT (0.5).

MARAFIOTI KA    06/04/06    2.00  TELECONFERENCE WITH O'MELVENY AND
ROTHSCHILD RE: 1113/1114 TRIAL (1.6);
REVIEW CORRESPONDENCE (0.2); PREPARE
FOR RULE 52 ARGUMENT (0.2).

MARAFIOTI KA    06/05/06    3.00  PREPARE FOR CONTINUED 1113/1114 HEARING
AND RULE 52 MOTION (1.3); ATTEND COURT
HEARING AND PARTICIPATE IN CONFERENCES
IN COURT WITH VARIOUS PARTIES IN
INTEREST (1.7).

MARAFIOTI KA    06/08/06    0.60  TELECONFERENCE FROM M. KESSLER RE:
WILMINGTON TRUST AND APPALOOSA APPEALS
FROM ATTRITION ORDER AND FOLLOWUP RE:
SAME (0.1); ATTEND MEET-AND-CONFER RE:
1113 WITH COUNSEL TO UNIONS AND
O'MELVENY (0.5).

MARAFIOTI KA    06/09/06    1.00  REVIEW WILMINGTON TRUST NOTICE OF
APPEAL FROM ATTRITION ORDER AND
APPALOOSA NOTICE OF APPEAL FROM
ATTRITION ORDER (0.2); WORK ON APPEAL
DESIGNATIONS (0.2); CORRESPONDENCE RE:
1113 SCHEDULING ORDER (0.6).

MARAFIOTI KA    06/12/06    0.70  REVIEW AND REVISE CORRESPONDENE TO
COURT AND PROPOSED SCHEDULING ORDER
(0.7).

MARAFIOTI KA    06/15/06    0.20  REVIEW STIPULATION OF DISMISSAL OF
ATTRITION APPEAL BY AD HOC EQUITY
COMMITTEE (0.2).

MARAFIOTI KA    06/21/06    0.10  WORK ON ISSUES RE: ATTRITION PROGRAM
(0.1).

MARAFIOTI KA    06/22/06    0.20  CORRESPONDENCE RE: ATTRITION PLAN AND
DOCUMENT DISCOVERY (0.2).

MARAFIOTI KA    06/23/06    1.80  REVIEW DECLARATIONS OF SHEEHAN (0.6);
RESNICK (0.6), K. BUTLER (0.6) IN
SUPPORT OF HOURLY ATTRITION PROGRAM.

MARAFIOTI KA    06/25/06    0.80  ANALYZE ISSUES RE: WILMINGTON TRUST
30(B)(6) TRIAL SUBPOENA IN CONNECTION
WITH ATTRITION PROGRAM (0.3); REVIEW
UAW SUPPLEMENTAL ATTRITION PLAN AND IUE
SUPPLEMENTAL ATTRITION PLAN (0.5).

MARAFIOTI KA    06/27/06    2.80  WORK ON SCHEDULING ISSUES (0.1);
PREPARE FOR HEARING (0.9);
COMMUNICATIONS WITH BABETTE CECCOTTI
RE: ATTRITION PLAN DEPOSITIONS (0.1);
REVIEW AND REVISE USW ATTRITION PLAN
MOTION (1.2) AND ORDER (0.5).

| | | | |
|---|---|---|---|
| MARAFIOTI KA | 06/28/06 | 4.10 | PREPARE FOR ATTRITION HEARING (0.5); WORK ON REPLY TO OBJECTIONS (1.1); REVIEW OBJECTIONS OF CREDITORS' COMMITTEE (0.6), EQUITY COMMITTEE (0.6); APPALOOSA (0.6); CONFERRED WITH BETH SAX RE: PLEADINGS (0.4); CONFERRED WITH SAX RE: KECP (0.3). |
| MARAFIOTI KA | 06/29/06 | 6.70 | PREPARE FOR HEARING ON ATTRITION PLANS (1.4); ATTEND HEARING (4.3); CONFERENCES WITH COUNSEL IN COURT (0.3); CONFERENCES AFTER HEARING (0.5); ATTEND STATUS CONFERENCE RE: GM & LABOR DEVELOPMENTS (0.2). |

**33.60**

| | | | |
|---|---|---|---|
| PANAGAKIS GN | 06/01/06 | 8.00 | PREPARE FOR (1.5) AND PARTICIPATE IN (4.0) WITNESS PREPARATIONS OF SHAW, GOOGLIANO AND EISENBERG; REVIEW RUBIN DECLARATION (0.8); PARTICIPATE IN TEAM MEETINGS RE: SAME (0.8, 0.9). |
| PANAGAKIS GN | 06/02/06 | 6.00 | ATTEND 1113 HEARING (6.0). |
| PANAGAKIS GN | 06/03/06 | 1.80 | REVIEW WITNESS SUMMARIES AND CONTINUED PREPARATIONS FOR NEXT WEEK HEARING, INCLUDING TEAM CALLS RE: SAME (1.8). |
| PANAGAKIS GN | 06/04/06 | 3.20 | PARTICIPATE ON TELECONFERENCES RE: TERMS OF POTENTIAL ATTRITION PROGRAMS (1.4); PARTICIPATE ON TELECONFERENCE RE: PREPARATION FOR MILLSTEIN CROSS EXAMINATION (1.2); REVIEW HELPER AND VOOS CROSS EXAMINATION OUTLINES (0.6). |
| PANAGAKIS GN | 06/05/06 | 5.00 | PARTICIPATE IN VARIOUS MEETINGS RE: POTENTIAL ATTRITION PROGRAMS, HEARING ADJOURNMENT AND RELATED MATTERS (5.0). |
| PANAGAKIS GN | 06/12/06 | 0.50 | WORK ON ATTRITION MOTION AND ORDER (0.5). |
| PANAGAKIS GN | 06/28/06 | 3.00 | REVIEW OBJECTIONS AND RELATED MATERIALS TO SUPPLEMENTAL ATTRITION PROGRAM (1.5); PARTICIPATE IN DRAFTING OF RESPONSE TO SAME (1.5). |
| PANAGAKIS GN | 06/29/06 | 1.80 | CONTINUE ATTENTION TO SUPPLEMENTAL ATTRITION PROGRAM MATTERS (1.8). |

**29.30**

**Total Partner**          **383.20**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MATZ TJ        06/01/06     4.70   TELECONFERENCE FROM CHAMBERS RE:
                                   CONTINUATION OF 1113/1114 HEARING
                                   (0.2); REVIEW, ANALYZE AND REVISE CHART
                                   RE: OBJECTIONS TO EXHIBITS (1.4);
                                   REVIEW AND REVISE GROOM LAW GROUP ERISA
                                   MEMORANDUM (0.6); PARTICIPATE IN
                                   STRATEGY MEETING WITH CLIENT AND
                                   O'MELVENY RE: 1113/1114 PROCESS (1.0);
                                   TELECONFERENCE WITH CHAMBERS RE: COURT
                                   ACCESS, TIMING OF HEARING (0.2);
                                   CONTINUE PREPARATION FOR 6/2 1113/1114
                                   HEARING (0.4); FURTHER REVIEW AND
                                   ANALYSIS RE: BENCH MEMORANDUM RE:
                                   ADMISSIBILITY OF EXHIBITS (0.3);
                                   TELECONFERENCE WITH J. KASTIN RE: 6/2
                                   1113/1114 HEARING (0.2); REVIEW AND
                                   REVISE JOINT EXHIBIT INDEX AND
                                   ADDITIONAL EXHIBITS FOR SAME (0.4).

MATZ TJ        06/02/06     6.90   SET UP AND FINAL PREPARATION FOR
                                   CONTINUATION OF 1113/1114 HEARING
                                   (1.8); ATTEND IN COURT 1113/1114
                                   HEARING (4.4); PARTICIPATE IN POST
                                   HEARING DEBRIEFING WITH CLIENT,
                                   O'MELVENY, ROTHSCHILD AND FTI (0.7).

MATZ TJ        06/04/06     4.20   REVIEW CORRESPONDENCE FROM M. ROBBINS
                                   RE: POSSIBLE 7052 MOTION (0.1); REVIEW
                                   ADDITIONAL HEARING EXHIBITS FROM UNION
                                   (0.2); PREPARE FOR 6/5 CONTINUATION OF
                                   1113/1114 HEARING (0.4); REVIEW
                                   CORRESPONDENCE FROM M. ROBBINS RE: RULE
                                   7052 MOTION (0.1); REVIEW AND ANALYZE
                                   MATERIAL RE: SAME (1.2); REVIEW
                                   CORRESPONDENCE FROM T. JERMAN RE: RULE
                                   7052 MOTION (0.2); REVIEW AND ANALYZE
                                   POTENTIAL RULE 7052 MOTIONS BY IAM/IBEW
                                   AND IUOE (2.0).

MATZ TJ        06/05/06     7.40   CONTINUE REVIEW AND ANALYSIS OF RULE
                                   7052 MOTIONS BY IAM/IBEW AND IUOE (1.3);
                                   MEET WITH J. KASTIN RE: SAME (0.7);
                                   PREPARATION AND REVIEW WITH J. KASTIN
                                   SPEAKING POINTS IN RESPONSE TO POSSIBLE
                                   RULE 7052 MOTIONS (0.3); SET UP AND
                                   PREPARATION FOR CONTINUATION OF
                                   1113/1114 HEARINGS (0.7); ATTEND
                                   1113/1114 HEARING (0.8); PARTICIPATE IN
                                   FOLLOW UP DISCUSSIONS WITH CLIENT RE:
                                   SAME (0.4); DISCUSSION WITH B.
                                   STEINGART RE: SAME (0.3); PARTICIPATE
                                   IN MEETING WITH LABOR SUBCOMMITTEE OF
                                   UCC (2.5); ANALYSIS AND DRAFT OF
                                   1113/1114 REVISED SCHEDULING ORDER
                                   (0.4).

B43E

| MATZ TJ | 06/06/06 | 3.90 | TELECONFERENCE WITH CHAMBERS RE: JUNE 9 HEARING (0.2); FOLLOW UP TELECONFERENCE WITH B. PICKERING RE: SAME (0.2); TELECONFERENCE WITH B. SAX RE: JUNE 9 HEARING (0.2); FOLLOW UP RE: EQUITY COMMITTEE STIPULATION AND PROTECTIVE ORDER RE: 1113/1114 HEARINGS (0.4); REVIEW STIPULATION AND PROTECTIVE ORDER (0.2); FORWARD SAME TO CHAMBERS (0.1); TELECONFERENCE FROM CHAMBERS RE: SAME (0.2); TELECONFERENCE WITH J. KASTIN RE: 1113/1114 HEARING DATES (0.2); DRAFT AND REVISE POSSIBLE SCHEDULING ORDER RE: CONTINUATION OF 1113/1114 HEARINGS, DISCOVERY AND PRODUCTION (1.6); TELECONFERENCE FROM E. SCHULTENOVER OF MESIROW RE: STATUS OF 1113/1114 HEARINGS (0.2); FOLLOW UP RE: SAME (0.2); TELECONFERENCE FROM CHAMBERS RE: NEXT HEARING DATE (0.2). |
|---------|----------|------|-----|
| MATZ TJ | 06/07/06 | 3.70 | REVIEW AND REVISE PROPOSED AMENDED SCHEDULING ORDER RE: RESUMPTION OF 1113/1114 HEARINGS (1.4); TELECONFERENCE WITH J. KASTIN OF O'MELVENY RE: 1113 TIMELINE (0.3); 3 TELECONFERENCES WITH CHAMBERS RE: 1113/1114 HEARING AND OMNIBUS HEARING DATE SCHEDULING (0.8); FOLLOW UP WORK RE: SAME (0.6); REVIEW CORRESPONDENCE FROM B. MEHLSACK RE: RULE 52 MOTION (0.1); FOLLOW UP RE: SAME (0.1); PREPARATION FOR 6/8 1113/1114 MEET AND CONFER (0.4). |
| MATZ TJ | 06/08/06 | 2.20 | ATTEND 1113/1114 MEET AND CONFER WITH UNION'S COUNSEL, O'MELVENY, WHITE & CASE (1.1); ATTEND FOLLOW UP STRATEGY SESSION RE: SENIOR LABOR TRIAL NEGOTIATIONS, ORDER RE: 60 DAY HIATUS IN 1113/1114, AND GM LOSS CONTRACT MOTIONS (1.1). |
| MATZ TJ | 06/09/06 | 5.40 | TELECONFERENCE FROM CHAMBERS RE: STATUS OF HEARINGS (0.1); TELECONFERENCE TO CHAMBERS RE: SAME (0.3); REVIEW AND ANALYZE RESPONSES FROM UNIONS TO 1113/1114 SCHEDULING ORDER (0.9); REVIEW AND ANALYZE COMMENTS FROM APPALOOSA, UCC, UAW, IUE/CWA, USW, IUOE AND IAM/IBEW TO PROPOSED ORDER ADJOURNING 1113/1114 HEARING TO 8/11 (1.3); PREPARE CHART OF OBJECTIONS TO PROPOSED ORDER (0.7); PREPARE SUMMARY OF OBJECTIONS (0.5); REVISE PROPOSED ORDER TO REFLECT ACCEPTED COMMENTS (0.5); PREPARE LETTER TO CHAMBERS RE: ENCLOSED CLEAN AND BLACK-LINED ORDER AND OBJECTIONS CHART (0.7); REVISIONS TO LETTER RE: SAME (0.4). |

B43E

| MATZ TJ | 06/12/06 | 3.40 | CORRESPONDENCE FROM APPALOOSA RE: REVISIONS TO 1113/1114 FOURTH AMENDED SCHEDULING ORDER (0.2); FURTHER REVISION TO DRAFT SCHEDULING ORDER (0.6); LETTER TO CHAMBERS RE: PROPOSED CHANGES IN RESPECT OF ORDER (0.1); PREPARE CHART OF PROPOSED CHANGES IN RESPECT OF ORDER (0.8); FURTHER REVISIONS TO DRAFT ORDER (0.3); PREPARE CHART REFLECTING NOT ACCEPTED PROPOSED CHANGES TO ORDER (0.7); FORWARD SAME TO CHAMBERS (0.3); FOLLOW UP TELECONFERENCE WITH CHAMBERS RE: SAME (0.2); FORWARD TO T. LAURIA PARTICULARS OF UAW-GM-DELPHI ATTRITION PROGRAM (0.2). |
|---|---|---|---|
| MATZ TJ | 06/13/06 | 0.80 | TELECONFERENCE WITH CHAMBERS RE: OUTSTANDING SCHEDULING ORDERS (0.2); REVIEW DOCKETED 1113/1114 SCHEDULING ORDER (0.2); AND DISTRIBUTION OF SAME (0.2); REVIEW 1113/1114 EQUITY COMMITTEE STIPULATION (0.1); CORRESPONDENCE WITH S. CORCORAN RE: SAME (0.1). |
| MATZ TJ | 06/18/06 | 2.50 | REVIEW AND COMMENT ON UAW AND IUE-CAW DRAFT APPROVAL PLEADINGS (MOTION AND ORDER TO SHORTEN TIME, MOTION AND ORDER TO APPROVE UAW SUPPLEMENT AND IUE-UAW SPECIAL ATTRITION PROGRAMS) (2.5). |
| MATZ TJ | 06/19/06 | 3.00 | REVIEW AND REVISE UAW SUPPLEMENTAL AND IUE-CWA SPECIAL ATTRITION PROGRAM MOTION, ORDER AND ORDER TO SHORTEN TIME HEARING (2.7); FINALIZE SAME FOR FILING (0.3). |
| MATZ TJ | 06/20/06 | 2.20 | TELECONFERENCES WITH CHAMBERS RE: MOTION TO SHORTEN TIME RE: 6/29 HEARING AND ORDER (0.4); FOLLOW UP RE: SAME (0.2); REVIEW AND REVISE SETTLEMENT, LIFT STAY PROCEDURES ORDERS AND NOTES IN RESPECT THEREOF (1.0); FOLLOW UP WORK IN RESPECT THEREOF (0.3); TELECONFERENCE WITH CHAMBERS RE: TRANSCRIPT AND JUNE 19 ORDERS (0.3). |
| MATZ TJ | 06/21/06 | 1.20 | CORRESPONDENCE WITH B. SAX RE: SCHEDULING CONFERENCES (0.2); FOLLOW UP RE: SAME (0.2); REVIEW MATERIALS FOR DISCOVERY REQUEST OF APPALOOSA RE: SPECIAL ATTRITION PROGRAM MOTION NUMBER 2 (0.4); FOLLOW UP WORK RE: SAME, SCHEDULING (0.4). |
| MATZ TJ | 06/22/06 | 0.30 | CORRESPONDENCE WITH B. SAX RE: CAMERA STATUS CONFERENCES (0.3). |
| MATZ TJ | 06/25/06 | 0.90 | 3 TELECONFERENCES WITH C. VANLONKHUYZEN RE: POTENTIAL WITNESS, 30(B)(6) AND TRIAL SUBPOENA (0.6); FOLLOW UP PREPARATION RE: SAME (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MATZ TJ | 06/26/06 | 0.80 | INVOLVEMENT IN PREPARATION OF DRAFT OMNIBUS RE: OBJECTIONS TO SPECIAL ATTRITION PROGRAM NO. 2 (0.6); FOLLOW UP RE: POSSIBLE REQUEST RE: ADJOURNMENT OF MOTION (0.2). |
| MATZ TJ | 06/27/06 | 7.50 | TELECONFERENCE FROM CHAMBERS RE: 6/29 HEARING AGENDA (0.2); CORRESPONDENCE WITH CHAMBERS RE: SAME (0.1); PREPARATION RE: POSSIBLE CHAMBERS CONFERENCES (0.2); FURTHER REVIEW RE: OBJECTIONS TO SPECIAL ATTRITION PROGRAM MOTION NO. 2 (0.2); TELECONFERENCE WITH CHAMBERS RE: SAME (0.1); TELECONFERENCE WITH CHAMBERS RE: AD HOC COMMITTEE OBJECTIONS DEADLINE EXTENSION (0.2); RETURN CALL FROM CHAMBERS RE: SAME (0.1); FOLLOW UP CORRESPONDENCE WITH A. HOGAN RE: EXTENSION (0.1); TELECONFERENCE WITH CHAMBERS RE: UCC OBJECTION DEADLINE (0.1); CORRESPONDENCE WITH M. SEIDER RE: SAME (0.1); CONTINUE PREPARATION FOR DEPOSITIONS ON 6/28 MATERIALS, EXHIBITS FOR 6/29 HEARING (0.8); CONTINUE PREPARATION RE: OMNIBUS REPLY (0.4); CONTINUE PREPARATION OF REPLY PLEADINGS RE: UAW (0.2); CONTINUE PREPARATION OF REPLY PLEADINGS RE: IUE (0.1); CONTINUE PREPARATION OF REPLY PLEADINGS RE: EQUITY COMMITTEE (0.2); REVIEW AND ANALYZE OBJECTIONS TO SPECIAL ATTRITION PROGRAM MOTION NO. 2 FILED BY WILMINGTON TRUST, THE EQUITY COMMITTEE AND THE UNSECURED CREDITORS' COMMITTEE (2.3); REVIEW AND COMMENT ON DEBTORS' DRAFT REPLY IN RESPECT THEREOF (1.4); ANALYZE LEGAL ISSUES FROM OBJECTIONS FOR REPLY (0.7). |
| MATZ TJ | 06/28/06 | 13.70 | REVIEW AND REVISE DEBTORS' OMNIBUS REPLY TO OBJECTIONS TO SPECIAL ATTRITION PROGRAM MOTION NO. 2 (2.3); REVIEW APPALOOSA GROUP OBJECTION (0.6); REVIEW AND ANALYZE LEGAL ARGUMENTS FROM UCC AND APPALOOSA OBJECTIONS RE: RULE 9019, UCC TAKING OVER CLAIMS AND DEFENSES, AND 502(D) AND 502(3) ARGUMENTS (2.5); FINAL REVISIONS TO OMNIBUS REPLY FOR FILING AND SERVICE OF SAME (1.5); REVIEW DEBTORS' OMNIBUS REPLY RE: SPECIAL ATTRITION PROGRAM MOTION NO. 2 WITH B. SAX AND K. BUTLER AND STRATEGY FOR 6/29 HEARING RE: SAME (2.2); PREPARE SCRIPT FOR 6/29 HEARING BINDER (1.3); FINAL PREPARATION OF HEARING BINDERS, JOINT EXHIBITS, CASE LAW FOR 6/29 SPECIAL ATTRITION PROGRAM MOTION NO. 2 (3.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MATZ TJ          06/29/06     7.40  REVIEW AND ANALYZE WILMINGTON TRUST
                                    MOTION TO QUASH SUBPOENA AND DEBTORS'
                                    REPLY (0.6); PREPARATION FOR HEARING ON
                                    ATTRITION PROGRAM MOTION NO. 2. (0.9);
                                    ATTEND IN COURT ON HEARING OF MOTION
                                    (4.6); STRATEGY CONFERENCE WITH CLIENT
                                    RE: ATTRITION PROGRAM ORDER (0.3);
                                    ATTEND IN COURT ON 1113/1114 6/29 STATUS
                                    CONFERENCE (0.4); STRATEGY CONFERENCE
                                    WITH CLIENT FOLLOWING SAME (0.4);
                                    FINALIZE ATTRITION ORDER FOR CHAMBERS
                                    (0.2).

MATZ TJ          06/30/06     2.20  TWO TELECONFERENCES FROM CHAMBERS RE:
                                    ATTRITION PROGRAM ORDER, TRANSCRIPTS
                                    (0.5); CONSIDERING EXHIBIT CORRECTION
                                    FROM ATTRITION PROGRAM HEARING (0.2);
                                    TELECONFERENCE TO CHAMBER RE: SAME
                                    (0.2); TWO TELECONFERENCES WITH
                                    CHAMBERS RE: TRANSCRIPTS, ATTRITION
                                    ORDER (EXHIBITS AND DOCKETING) (0.5)
                                    FOLLOW UP RE: SAME (0.2); FOLLOW UP RE:
                                    ATTRITION HEARING JOINT EXHIBITS AND
                                    COMPLETION OF SAME (0.4);
                                    TELECONFERENCE WITH CHAMBERS RE: SAME
                                    (0.2).

                             84.30

SHIVAKUMAR D     06/20/06     3.40  REVIEW EXPEDITED DISCOVERY REQUESTS RE:
                                    ATTRITION MOTION #2 (0.4);
                                    TELECONFERENCES WITH WORKING GROUP RE:
                                    RESPOPNSE TO DISCOVERY REQUESTS
                                    RELATING TO ATTRITION MOTION #2 (0.4);
                                    REVIEW ATTRITION MOTION PAPERS IN
                                    PREPARATION FOR LITIGATION RELATING TO
                                    ATTRITION MOTION #2 (2.6).

SHIVAKUMAR D     06/21/06     5.80  ANALYZE ATTRITION PLAN DOCUMENTS (3.5);
                                    DRAFT DECLARATIONS IN SUPPORT OF
                                    ATTRITION MOTION #2 (2.3).

SHIVAKUMAR D     06/22/06    11.00  TELECONFERENCES WITH WORKING GROUP TO
                                    ANALYZE LITIGATION STRATEGY IN SUPPORT
                                    OF ATTRITION MOTION #2 (2.4); REVIEW
                                    FINANCIAL DOCUMENTS RELATING TO
                                    ATTRITION PLANS (1.3); DRAFT
                                    DECLARATIONS IN SUPPORT OF ATRITION
                                    MOTION #2 (4.3); ANALYZE DEPOSITION AND
                                    TRIAL TESTIMONY IN CONNECTION WITH
                                    ATTRITION MOTION #1 IN SUPPORT OF
                                    LITIGATION STRATEGY FOR ATTRITION
                                    MOTION #2 (3.0).

SHIVAKUMAR D     06/23/06    11.30  REVISE DRAFT DECLARATIONS IN SUPPORT OF
                                    ATTRITION MOTION #2 IN LIGHT OF WORKING
                                    GROUP COMMENTS (5.3); REVIEW AND
                                    ANALYZE FINANCIAL DOCUMENTS AND BOARD
                                    MATERIALS IN RESPONSE TO APPALOOSA
                                    DISCOVERY REQUESTS AND IN PREPARATION
                                    FOR SHEEHAN/BUTLER DEPOSITIONS (4.8);
                                    TELECONFERENCES WITH WORKING GROUP RE:
                                    ARGUMENTS IN SUPPORT OF ATTRITION
                                    MOTION #2 (1.2).

B43E

SHIVAKUMAR D      06/24/06      8.40   TELECONFERENCES WITH WORKING GROUP TO
                                       DISCUSS DECLARATIONS IN SUPPORT OF
                                       ATTRITION MOTION #2 (2.6); FINALIZE
                                       DRAFTS OF DECLARATIONS IN SUPPORT OF
                                       ATTRITION MOTION #2 (1.7); ANALYZE KEY
                                       DOCUMENTS AND PRIOR TESTIMONY IN
                                       PREPARATION FOR DEPOSITIONS RELATING TO
                                       (4.1).

SHIVAKUMAR D      06/25/06      7.90   FINALIZE DECLARATIONS IN SUPPORT OF
                                       ATTRTION MOTION #2 (2.4); ANALYZE
                                       DOCUMENTS IN PREPARATION FOR
                                       DEPOSITIONS OF SHEEHAN/BUTLER (1.3);
                                       PREPARE OUTLINE OF REPLY TO OBJECTIONS
                                       TO ATTRITION MOTION #2 (1.5); MEETING
                                       WITH K. BUTLER AND WORKING GROUP TO
                                       PREPARE FOR 30(B)(6) DEPOSITION AND
                                       PREPARATION FOR SAME (2.7).

SHIVAKUMAR D      06/26/06     11.10   FOLLOW-UP DOCUMENT COLLECTION EFFORTS
                                       IN RESPONSE TO APPALOOSA'S DOCUMENT
                                       REQUESTS IN CONNECTION WITH ATTRITION
                                       MOTION #2 (1.4); ANALYZE DOCUMENTS
                                       PRODUCED TO APPALOOSA TO DATE WITH
                                       RESPECT TO IDENTIFYING POTENTIAL
                                       EXHIBITS (2.2); MEETINGS WITH J.
                                       SHEEHAN TO PREPARE FOR 30(B)(6)
                                       DEPOSITION (2.2); ATTEND DEPSOITION OF
                                       J. SHEEHAN (5.3).

SHIVAKUMAR D      06/27/06     20.40   ANALYZE OBJECTIONS TO ATTRITION MOTION
                                       #2 (2.7); DRAFT OMNIBUS RESPONSE TO
                                       OBJECTIONS TO ATTRITION MOTION #2 AND
                                       EXHIBIT 1 THERETO (17.7).

SHIVAKUMAR D      06/28/06     14.00   DEFEND DEPOSITION OF D. RESNICK (2.1);
                                       ANALYZE APPALOOSA GROUP'S SUPPLEMENTAL
                                       OBJECTION TO ATTRITION MOTION #2 (0.7);
                                       FINALIZE DRAFT OF OMNIBUS RESPONSE TO
                                       ATTRITION MOTION #2 (8.8); STRATEGY
                                       MEETING TO DISCUSS TRIAL PREPARATION
                                       AND TRIAL BINDERS (1.3); REVIEW JOINT
                                       EXHIBIT BINDERS (1.1).

                               93.30

**Total Counsel**             177.60

CAMPANARIO ND     06/01/06      6.90   PREPARE EXHIBITS FOR SECTION 1113/1114
                                       HEARING AND REVISE JOINT INDEX OF
                                       EXHIBITS (4.8); PREPARE FOR FIFTH DAY OF
                                       SECTION 1113/1114 HEARING (2.1).

CAMPANARIO ND     06/02/06      8.90   PREPARE FOR FIFTH DAY OF SECTION
                                       1113/1114 HEARING (4.5); ATTEND SAME
                                       (4.4).

CAMPANARIO ND     06/04/06      1.50   PREPARE FOR SIXTH DAY OF SECTION
                                       1113/1114 HEARING (1.5).

CAMPANARIO ND     06/05/06      4.30   PREPARE FOR SIXTH DAY OF SECTION
                                       1113/1114 HEARING (4.0); ATTEND SAME
                                       (0.3).

                               21.60

B43E

| FERN BM | 06/01/06 | 1.20 | REVIEW KEY LABOR-RELATED DOCUMENTS (0.7); REVIEW NEW BRUNSWICK ATTRITION PLAN (0.5). |
|---------|----------|------|------|
| FERN BM | 06/02/06 | 0.40 | UPDATED ATTRITION PLAN MOTION (0.4). |
| FERN BM | 06/05/06 | 3.50 | REVIEW RECENT VERSION OF ATTRITION PROGRAM AND COMPARED TO UAW PLAN (0.4); DRAFT PRESENTATION SLIDES RE: ATTRITION PROGRAMS (3.1). |
| FERN BM | 06/06/06 | 1.20 | DRAFT SPECIAL ATTRITION PROGRAM MOTION (0.8); CONTINUE TO REVISE ATTRITION MATERIALS (0.4). |
| FERN BM | 06/07/06 | 1.00 | CONSIDER ISSUES RE: APPEAL OF ATTRITION PLAN ORDER (0.5); UPDATE DRAFT 10-K RE: APPEAL OF ATTRITION PLAN ORDER (0.5). |
| FERN BM | 06/08/06 | 0.40 | EVALUATE ISSUES RE: WTC'S APPEAL OF ATTRITION PROGRAM MOTION (0.4). |
| FERN BM | 06/09/06 | 9.60 | REVIEW DESIGNATION OF EVIDENCE RE: APPEAL OF ATTRITION PROGRAM ORDER (0.4); DRAFT ATTRITION PROGRAM MOTION (3.8); CONTINUE DRAFTING SAME (3.0); ADDITIONAL DRAFTING RE: SAME (2.4). |
| FERN BM | 06/11/06 | 2.10 | UPDATE ATTRITION PROGRAM MOTION AND ORDER (2.1). |
| FERN BM | 06/12/06 | 2.70 | CONSIDER ISSUES RE: ATTRITION PROGRAM MOTION (1.9); REVISE SPECIAL ATTRITION PROGRAM MOTION (0.8). |
| FERN BM | 06/13/06 | 2.60 | REVIEW AND REVISE SPECIAL ATTRITION PROGRAM MOTION (1.3); DRAFT LANGUAGE FOR 10-K RE: EMPLOYEE MATTERS IN CHAPTER 11 CASES (0.7); REVIEW AND REVISED SPECIAL ATTRITION PROGRAM MOTION (0.6). |
| FERN BM | 06/15/06 | 0.90 | PARTICIPATE IN STRATEGY CALL RE: ATTRITION PROGRAM (0.9). |
| FERN BM | 06/20/06 | 0.50 | REVIEW AND COMMENT ON MEMO RE: 1113 DAMAGES (0.5). |
| FERN BM | 06/21/06 | 1.00 | REVIEW DISCOVERY RE: ATTRITION PROGRAM (0.3); FORMULATE STRATEGY RE: MEMO ON 1113 DAMAGES (0.7). |
| FERN BM | 06/28/06 | 1.00 | REVIEW UCC'S OBJECTION TO ATTRITION MOTION (0.3) AND FORMULATE STRATEGY RE: SAME (0.4); REVIEW DOCUMENTS RE: BENEFIT GUARANTEES (0.3). |
| | | **28.10** | |
| GUZZARDO J | 06/22/06 | 0.50 | COORDINATED FOR DEPOSITIONS IN TROY. (0.5). |
| GUZZARDO J | 06/27/06 | 14.30 | LEGAL RESEARCH AND DRAFTING FOR ATTRITION MOTION #2 REPLY BRIEF (14.3). |
| GUZZARDO J | 06/28/06 | 19.70 | LEGAL RESEARCH AND DRAFTING FOR REPLY BRIEF AND HEARING MOTIONS (19.7). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GUZZARDO J        06/29/06        1.80    LEGAL RESEARCH, DRAFTING AND
                                          COORDINATION RE: ATTRITION MOTION #2
                                          HEARING (1.8).

GUZZARDO J        06/30/06        2.50    FOLLOW UP FOR ATTRITION MOTION HEARING,
                                          INCLUDING REVIEW OF TRANSCRIPT (2.5).

                                 38.80

HARDIN AS         06/28/06        4.50    PREPARE RESPONSE TO OBJECTIONS TO
                                          MOTION FOR APPROVAL OF SPCIAL ATTRITION
                                          PROGRAMS (4.5).

                                  4.50

HERRIOTT AV       06/06/06        0.10    RESPOND TO QUESTION RE: UAW HOURLY
                                          ATTRITION PROGRAM APPEAL (0.1).

HERRIOTT AV       06/14/06        0.30    RESPOND TO QUESTIONS RE: THE SERVICE OF
                                          THE HOURLY ATTRITION PLAN MOTIONS
                                          (0.3).

HERRIOTT AV       06/20/06        0.50    RESPOND TO QUESTION ABOUT HOURLY
                                          ATTRITION PROGRAMS (0.2); COMPARE IUE
                                          NATIONAL ATTRITION PLAN TO JCI IUE
                                          ATTRITION PLAN (0.3).

HERRIOTT AV       06/21/06        1.00    ASSIST WITH ASSEMBLING MATERIALS RE:
                                          DEFENSE OF IUE-CWA ATTRITION MOTION
                                          (1.0).

HERRIOTT AV       06/22/06        1.30    REVIEW DRAFT SPLINTER AGREEMENTS (0.1);
                                          ASSIST WITH ASSEMBLING DISCOVERY
                                          MATERIALS FOR OBJECTIONS TO IUE-CWA
                                          ATTRITION PLAN (1.2).

HERRIOTT AV       06/26/06        2.30    BEGIN DRAFTING HOURLY ATTRITION PROGRAM
                                          MOTION AND ORDER FOR USW (0.9); ANALYZE
                                          PROPOSED HOURLY ATTRITION PROGRAMS FOR
                                          SPLINTER UNIONS (0.8); ASSIST WITH
                                          DISCOVERY ISSUES FOR IUE-CWA HOURLY
                                          ATTRITION PROGRAM (0.6).

HERRIOTT AV       06/27/06        3.00    CONTINUE TO DRAFT MOTION AND ORDER RE:
                                          USW SPECIAL ATTRITION PROGRAM (2.5);
                                          ASSIST WITH IUE-CWA HOURLY ATTRITION
                                          PROGRAM DISCOVERY (0.4); REVIEW
                                          SPLINTER HOURLY ATTRITION PROGRAM
                                          (0.1).

HERRIOTT AV       06/28/06        5.70    ASSIST WITH RESPONSE TO OBJECTIONS TO
                                          IUE-CWA ATTRITION PLAN MOTION (4.8);
                                          DISCOVERY RE: SAME (0.2); CONTINUE
                                          REVIEWING AND REVISING USW ATTRITION
                                          PLAN MOTION AND ORDER (0.7).

                                 14.20

HOUSTON BM        06/15/06        6.40    REVIEW ATTRITION MTN (0.8); DRAFT
                                          MOTION SHORTENING TIME (4.6); DRAFT
                                          ORDER RE: SAME (1.0).

                                  6.40

KOHUT RD          06/12/06        6.80    SPECIAL ATTRITION PLANS MOTION AND
                                          ORDER DRAFTING (6.8).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

KOHUT RD        06/13/06      7.50   SPECIAL ATTRITION PLANS MOTION AND
                                     ORDER DRAFTING (7.5).

KOHUT RD        06/14/06      4.50   SPECIAL ATTRITION PLANS MOTION AND
                                     ORDER DRAFTING (4.5).

KOHUT RD        06/15/06     11.30   SPECIAL ATTRITION PLANS MOTION AND
                                     ORDER DRAFTING (11.3).

KOHUT RD        06/16/06     11.00   SPECIAL ATTRITION PLANS MOTION AND
                                     ORDER DRAFTING (11.0).

KOHUT RD        06/17/06      6.00   SPECIAL ATTRITION PLANS MOTION AND
                                     ORDER DRAFTING (6.0).

KOHUT RD        06/18/06      7.50   SPECIAL ATTRITION PLANS MOTION AND
                                     ORDER DRAFTING (7.5).

KOHUT RD        06/19/06     11.80   SPECIAL ATTRITION PLANS MOTION AND
                                     ORDER DRAFTING (11.8).

KOHUT RD        06/20/06      7.00   PREPARATORY WORK FOR DRAFTING
                                     DECLARATIONS IN SUPPORT OF MOTION TO
                                     APPROVE UAW SUPPLEMENT AND IUE-CWA
                                     ATTRITION PROGRAM, INCLUDING DOCUMENT
                                     REVIEW, EMAIL CORRESPONDENCE AND
                                     CONFERENCE CALLS (7.0).

KOHUT RD        06/21/06      4.00   PREPARATORY WORK FOR DRAFTING
                                     DECLARATIONS IN SUPPORT OF MOTION TO
                                     APPROVE UAW SUPPLEMENT AND IUE-CWA
                                     ATTRITION PROGRAM, INCLUDING DOCUMENT
                                     REVIEW, EMAIL CORRESPONDENCE AND
                                     CONFERENCE CALLS (4.0).

KOHUT RD        06/22/06      3.60   PREPARATORY WORK FOR DRAFTING
                                     DECLARATIONS IN SUPPORT OF MOTION TO
                                     APPROVE UAW SUPPLEMENT AND IUE-CWA
                                     ATTRITION PROGRAM, INCLUDING DOCUMENT
                                     REVIEW AND CONFERENCE CALLS (3.6).

KOHUT RD        06/23/06      2.50   REVIEW OF DEPOSITIONS FROM MOTION TO
                                     APPROVE UAW PROGRAM (2.5).

KOHUT RD        06/26/06      2.40   REVIEW OF DECLARATIONS (1.2) AND
                                     PROVIDING INFO FOR USW MOTION (0.4),
                                     CONFERENCE CALL (0.8).

KOHUT RD        06/27/06      1.50   REPLY WORK ON ATTRITION PROGRAMS MOTION
                                     2 (1.5).

KOHUT RD        06/28/06      9.70   DRAFTING OF REPLY FOR SPECIAL ATTRITION
                                     PROGRAM MOTION 2 (9.7).

KOHUT RD        06/30/06      2.60   REVIEW AND COMPARISON ON USW ATTRITION
                                     AGREEMENTS AGAINST IUE-CWA AGREEMENT
                                     (2.6).

                            99.70

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MACDONALD N | 06/01/06 | 10.30 | ATTEND CLIENT MEETING (1.1); REVISE BENCH MEMO AND TRIAL EXHIBIT OBJECTION CHART (2.3); REVIEW NEWLY-FILED EXHIBITS (1.7); CONTINUE REVIEW OF HEARING TRANSCRIPTS (3.5); LEGAL RESEARCH RE: THE ADMISSIBILITY OF BUSINESS RECORDS (1.7). |
| MACDONALD N | 06/02/06 | 14.00 | REVISE TRIAL USE EXHIBIT OBJECTION TABLE (2.3); ATTEND HEARING (11.7). |
| MACDONALD N | 06/05/06 | 7.90 | UPDATE TRIAL EXHIBITS OBJECTION CHARTS AND TABLES (1.7); REVIEW 6/2 TRANSCRIPT (1.3); ATTEND HEARING (2.8); ORGANIZE AND UPDATE EXHIBITS AND BINDERS (2.1). |
| MACDONALD N | 06/07/06 | 8.80 | REVIEW PLEADINGS RELATED TO ATTRITION PLAN APPEAL (8.2); LEGAL RESEARCH RELATED TO SAME (0.6). |
| MACDONALD N | 06/08/06 | 8.10 | REVIEW TRANSCRIPTS RELATED TO ATTRITION PLAN APPEAL (5.6); REVIEW DOCUMENTS RELATED TO CASE STATUS (0.7); LEGAL RESEARCH RELATED TO RECORD ON APPEAL (0.6); TELECONFERENCE MEET AND CONFER WITH COUNSEL RE: MATTERS RELATED TO 1113/1114 CASE STATUS (1.2). |
| MACDONALD N | 06/09/06 | 8.00 | CONTINUE REVIEW OF HEARING TRANSCRIPTS (2.2); REVIEW DOCUMENTS AND DEPOSITION TRANSCRIPTS RELATED TO SAME (4.7); DRAFT SUPPLEMENTAL RECORD DESIGNATION NOTIFICATION (1.1). |
| | | **57.10** | |
| MEISLER RE | 06/05/06 | 0.10 | TELECONFERENCE WITH B. SHAW RE: ATTRITION PLAN (0.1). |
| MEISLER RE | 06/06/06 | 1.40 | TELECONFERENCE WITH B. SHAW RE: STATUS OF ATTRITION PLAN WITH IUE-CWA AND USW (0.1); REVIEW OF SAME (0.3); REVIEW WILMINGTON TRUST APPEAL OF UAW ATTRITION PLAN (0.3); RESEARCH SAME (0.5); REVIEW APPALOOSA APPEAL RE: SAME (0.2). |
| MEISLER RE | 06/07/06 | 0.20 | CONFERENCE WITH A. HOGAN RE: ATTRITION PLAN APPEAL (0.2). |
| MEISLER RE | 06/09/06 | 0.20 | REVIEW DESIGNATION OF ITEMS AND COUNTER DESIGNATION RE: WTC APPEAL OF UAW ATTRITION PLAN (0.2). |
| MEISLER RE | 06/10/06 | 0.80 | REVIEW AND COMMENT ON MOTION TO DISMISS APPALOOSA APPEAL (0.8). |
| MEISLER RE | 06/12/06 | 2.40 | REVIEW MOTION TO APPROVE IUE-CWA ATTRITION PLAN AND UAW SUPPLEMENT (2.4). |
| MEISLER RE | 06/13/06 | 1.10 | CONTINUE TO REVIEW AND ANALYZE IUE-CWA ATTRITION PLAN (1.1). |
| MEISLER RE | 06/14/06 | 0.70 | CONTINUE TO REVIEW IUE-CWA ATTRITION PLAN (0.5) AND UAW SUPPLEMENT (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MEISLER RE | 06/21/06 | 1.00 | ATTENTION TO SUPPORT FOR MOTION TO APPROVE ATTRITION PLAN (0.5) AND ATTENTION TO IMPACT ON NEW BRUNSWICK EMPLOYEES (0.5). |
| MEISLER RE | 06/22/06 | 0.50 | TELECONFERENCE WITH B. SAX RE: AGREEMENTS WITH SPLINTERS (0.2); REVIEW SAME (0.3). |
| MEISLER RE | 06/26/06 | 1.10 | REVIEW ACCEPTANCE RATES OF UAW ATTRITION PLAN (0.2); REVIEW PROPOSAL RE: OLATHE MOU (0.3): REVIEW STATUS OF DEFENSE RE: IUE-CWA ATTRITION PLAN (0.5); RESPOND TO INQUIRY RE: INDENTURE TRUSTEE (0.1). |
| MEISLER RE | 06/27/06 | 0.70 | REVIEW DRAFT ATTRITION PLAN RE: STEELWORKERS (0.7). |
| MEISLER RE | 06/28/06 | 5.40 | REVIEW AND ANALYZE UCC OBJECTION TO ATTRITION PLAN (1.5); REVIEW AD HOC EQUITY COMMITTEE OBJECTION (0.7); DRAFT RESPONSE TO SECTION 502 (E) ASSERTIONS (1.2); REVIEW CASE LAW RE UCC'S RIGHT TO ASSERT DEFENSES AND ACTIONS ON BEHALF OF THE DEBTOR ESTATE (1.4) REVIEW RESPONSE RE: SAME (0.4) ASSIST WITH HEARING PREPARATIONS (0.2). |
| MEISLER RE | 06/29/06 | 0.40 | REVIEW STEELWORKERS ATTRITION PLAN (0.2); TELECONFERENCE WITH M. ROBBINS RE: 1113 STATUS CALL (0.2). |
| | | **16.00** | |
| REESE RG | 06/07/06 | 0.90 | REVIEW AND RESPOND TO ISSUES RE: WILMINGTON TRUST APPEAL OF UAW SPECIAL ATTRITION PROGRAM ORDER (0.9). |
| REESE RG | 06/08/06 | 0.60 | RESPOND TO INQUIRIES RE: UAW SPECIAL ATTRITION PROGRAM RE: WILMINGTON TRUST APPEAL (0.6). |
| REESE RG | 06/14/06 | 4.20 | REVIEW AND REVISE DRAFT ATTRITION PROGRAM PLEADINGS (2.9); REVIEW DOCUMENTS RE: SAME (1.3). |
| REESE RG | 06/18/06 | 1.80 | REVIEW DOCUMENTS RE: SPECIAL ATTRITION PROGRAMS (1.8). |
| | | **7.50** | |
| STUART NL | 06/21/06 | 11.70 | BEGIN RESPONSE TO ATTRITION MOTION DISCOVERY (6.4); REVIEW ATTRITION MOTION PLEADINGS (3.2); BEGIN DRAFTING DECLARATIONS IN SUPPORT OF ATTRITION MOTION (2.1). |
| STUART NL | 06/22/06 | 14.40 | STRATEGIZE ON ATTRITION MOTION OBJECTIONS (0.6); TELECONFERENCE WITH ADVISORS ON ATTRITION MOTION (1.2); REVISE BUTLER DECLARATION (5.2); REVISE SHEEHAN DECLARATION (4.1); BEGIN DRAFTING RESNICK DECLARATION (1.2); RESEARCH FOR DECLARATIONS (2.1). |

B43E

| | | | |
|---|---|---|---|
| STUART NL | 06/23/06 | 11.60 | REVISE BUTLER DECLARATION (2.2); TELECONFERENCE WITH K. BUTLER AND B. SAX (0.7); REVIEW AND REVISE DECLARATION (7.1); REVIEW DOCUMENTS RESPONSIVE TO APPALOOSA'S DISCOVERY REQUEST (1.6). |
| | | **37.70** | |
| VANLONKHUYZEN CE | 06/22/06 | 15.70 | REVIEW AND ANALYZE HOURLY ATTRITION MOTION NO. 2 MATERIALS (1.1); DRAFT DOCUMENT SEARCH MEMO FOR APPALOOSA REQUEST (1.8); DRAFT PROTECTIVE ORDER FOR APPALOOSA PRODUCTION (1.3); REVIEW AND ANALYZE POTENTIALLY RESPONSIVE DOCUMENTS TO APPALOOSA'S EXPEDITED DOCUMENT REQUEST (10.0); STRATEGY CONFERENCE WITH COMPANY AND LEGAL TEAM RELATED TO HOURLY ATTRITION MOTION NO. 2 (1.5). |
| VANLONKHUYZEN CE | 06/23/06 | 13.50 | REVIEW AND ANALYZE POTENTIALLY RESPONSE DOCUMENTS TO APPALOOSA'S EXPEDITED DISCOVERY REQUEST AND PRODUCE RESPONSIVE DOCUMENTS (13.5). |
| VANLONKHUYZEN CE | 06/24/06 | 14.70 | ANALYZE DRAFT DECLARATIONS AND HOURLY ATTRITION MOTION NO. 2 (2.3); ANALYZE AND REVIEW POTENTIALLY RESPONSIVE DOCUMENTS TO APALOOSA'S EXPEDITED DISCOVERY REQUEST AND PRODUCE RESPONSIVE DOCUMENTS (11.9); STRATEGY CONFERENCE WITH LEGAL TEAM RE: VARIOUS ASPECTS OF DOCUMENT PRODUCTION, DEPOSITIONS AND HEARING (0.5). |
| VANLONKHUYZEN CE | 06/25/06 | 15.30 | REVIEW AND ANALYZE POTENTIALLY RESPONSIVE DOCUMENTS TO APPALOOSA'S EXPEDITED DISCOVERY REQUEST, INCLUDING PRODUCTION OF RESPONSIVE DOCUMENTS (7.0); DRAFT 30(B)(6) NOTICE, TRIAL SUBPOENA, AND DOCUMENT REQUESTS RELATED TO CERTAIN OBJECTOR (7.2); REVISE DECLARATIONS TO SUPPORT HOURLY ATTRITION MOTION NO. 2 (1.1). |
| VANLONKHUYZEN CE | 06/26/06 | 14.40 | BEGIN TO DRAFT OF RESPONSE TO OBJECTIONS TO HOURLY ATTRITION MOTION NO. 2 (3.5); BEGIN TO REVIEW AND ANALYZE POTENTIAL EXHIBITS FOR HEARING ON HOURLY ATTRITION MOTION NO. 2 (3.5); REVIEW AND ANALYZE POTENTIALLY RESPONSIVE DOCUMENTS TO APPALOOSA'S EXPEDITED DISCOVERY REQUEST (2.5); BEGIN TO REVIEW AND ANALYZE POTENTIAL EXHIBITS FOR 30(B)(6) DEPOSITION OF OBJECTOR WITNESS (4.9). |
| VANLONKHUYZEN CE | 06/27/06 | 13.80 | CONTINUE TO REVIEW AND ANALYZE POTENTIAL EXHIBITS FOR HEARING ON HOURLY ATTRITION MOTION NO. 2 (7.8); CONTINUE TO REVIEW AND ANALYZE POTENTIAL EXHIBITS FOR 30(B)(6) DEPOSITION OF OBJECTOR WITNESS (6.0). |

B43E

VANLONKHUYZEN CE   06/28/06      20.70   PREPARATION RELATED TO HEARING ON
                                         HOURLY ATTRITION MOTION NO. 2,
                                         INCLUDING FINALZING ALL JOINT EXHIBITS
                                         WITH PARTIES (15.2); DEPOSITION OF
                                         30(B)(6) OBJECTOR WITNESS AND RELATED
                                         TASKS (5.5).

VANLONKHUYZEN CE   06/29/06      11.20   HEARING ON HOURLY ATTRITION MOTION NO.
                                         2 AND RELATED TASKS (8.1); ANALYZE AND
                                         REVISE VARIOUS EXHIBITS FOR CORRECTION
                                         RELATED TO HEARING ON HOURLY ATTRITION
                                         MOTION NO. 2 (3.1).

                                **119.30**

WHARTON JN         06/06/06       2.80   DRAFT MOTION TO AUTHORIZE SPECIAL
                                         ATTRITION PLANS (2.8).

                                **2.80**

WILSON LD          06/01/06       6.00   PREPARE FOR HEARING (6.0).

WILSON LD          06/02/06       6.40   PREPARE FOR HEARING (1.5); ATTEND
                                         HEARING (4.5); DISCUSS ISSUES RE:
                                         SPLINTER MOTION (0.4).

WILSON LD          06/04/06       2.30   CONFERENCE CALL ON HEARING ISSUES
                                         (1.3); MAKE ARRANGEMENTS FOR MOTION
                                         (1.0).

WILSON LD          06/05/06       5.80   PREPARE ARGUMENTS ON MOTION (3.0);
                                         PREPARE FOR HEARING (1.0); ATTEND
                                         HEARING (1.0); REVIEW CLIPS UPDATES
                                         (0.8).

WILSON LD          06/06/06       3.70   MAKE ARRANGEMENTS FOR DATA ROOM OF
                                         MATERIALS FOR 1113 CASE (1.0); CONTACT
                                         ATTORNEYS ON DEATH OF IUE NEGOTIATOR AND
                                         POSTPONEMENT OF HEARING (0.5); REVIEW
                                         DRAFT TRANSCRIPTS (0.5); CONFER MATZ ON
                                         SCHEDULING ORDER ISSUES (0.4); REVIEW
                                         AND REVISE SAME (1.3).

WILSON LD          06/07/06       2.70   CONFER WITH WORKING GROUP ON SCHEDULING
                                         ORDER (0.3); REVISE SAME (1.0); REVISE
                                         AND CIRCULATE SCHEDULING ORDER (0.4);
                                         COORDINATE DATA BASE CREATION OF 1113
                                         HEARING MATERIALS (1.0).

WILSON LD          06/08/06      12.30   REVIEW MATERIAL FOR ADDITION TO DATA
                                         BASE (4.3); REVIEW TRIAL TRANSCRIPTS
                                         FOR ISSUES TO DISCUSS AT MEET AND CONFER
                                         (1.3); RESEARCH ISSUE FOR 52(C) MOTION
                                         (2.2); REVIEW DRAFT ORDER (0.3);
                                         PARTICIPATE IN MEET AND CONFER (1.0);
                                         REVIEW AND REVISE DRAFT ORDER (1.2);
                                         ASSIST IN FINALIZING DRAFT AND
                                         CIRCULATING SAME (2.0).

B43E

| WILSON LD | 06/09/06 | 9.00 | REVIEW DRAFT ORDER (0.4); INCORPORATE CHANGES AND COMMENTS TO SAME (1.7); PARTICIPATE ON STATEGY CALL (0.8); ASSIST WITH PREP AND REVISION OF GM AND 1113 ORDERS, COMMENT CHARTS AND LETTERS TO CHAMBERS (5.2); REVIEW TRANSCIPT FOR EXHBIT INFORMATION (0.4); CONFER ON USE OF DECS BY DEBTORS (0.5). |
|---|---|---|---|
| WILSON LD | 06/10/06 | 1.70 | REVIEW MATERIALS IN PREP FOR POTENTIAL CALL (1.4); RESPOND TO COMMENTS (0.3). |
| WILSON LD | 06/12/06 | 7.70 | REVIEW AND REVISE MATERIALS FOR SUBMISSION TO COURT (1.4); RESPOND TO COMMENTS AND ISSUES RAISED ON DEBTORS DIRECT CASE CONTINUATION (0.4); LOCATE MATERIALS RELEVANT TO APPALOOSA REQUEST (0.5); REVISE AND SUBMIT MATERIALS TO COURT (0.8); COORDINATE ON ATTRITION MATER DRAFT AND GATHERING MATERIALS FOR SAME (1.2); REVIEW PRECEDENTS AND BACKGROUND MATERIALS ON ATTRITION MOTION (2.8); CIRCULATE FILED MATERIALS (0.2); REVIEW CLIPS FOR UPDATES TO LABOR ISSUES (0.4). |
| WILSON LD | 06/13/06 | 5.50 | REVIEW MATERIALS RELATING TO ATTRITION PLAN PROGRAMS AND TRANSCRIPT FROM LAST HEARING (2.4); REVIEW DRAFT (2.0); COORDINATE ON UPDATE DATABASE WITH FTI AND DONNELLY (0.4); REVIEW MATERIALS UPLOADED TO DATA BASE (0.7). |
| WILSON LD | 06/26/06 | 1.70 | REVIEW FINAL ATTRITION MOTION (1.7). |
| WILSON LD | 06/27/06 | 2.00 | REVIEW OBJECTIONS AND RESPONSES FILED IN CONNECTION WITH ATTRITION MOTION (2.0). |
| WILSON LD | 06/28/06 | 7.20 | REVIEW AND COMMENT ON DRAFT OMNI REPLY FOR ATTRITION MOTION AND SUMMARY CHART (2.3); CONFER ON RESEARCH ISSUES (0.5); ASSIST IN FINALIZING AND FILING REPLY (4.4). |
| WILSON LD | 06/29/06 | 7.90 | REVIEW MATERIALS IN PREP FOR HEARING (1.0); ATTEND HEARING ON ATTRITION MOTION AND 1113 UPDATE (5.4); UPDATE ORDERS (0.7); COORDINATE ON ADDITIONAL ORDERS (0.8). |
| WILSON LD | 06/30/06 | 2.60 | PARTICIPATE ON STATUS CALL (0.8); REVIEW NORTHWEST DECISION (0.8); REVIEW TERM SHEETS FOR POTENTIAL USW AGREEMENT (1.0). |
| | | **84.50** | |
| ZAMBRANO K | 06/07/06 | 1.90 | BEGIN RESEARCHING ISSUES RE: LATE FILED NOTICE OF APPEAL RE: APPALOOSA'S NOTICE OF APPEAL (1.9). |
| ZAMBRANO K | 06/08/06 | 4.90 | CONTINUE RESEARCHING CASE LAW RE: UNTIMELY APPEALS (1.3) AND DRAFT DISMISSAL RE: SAME (3.6). |

ZAMBRANO K          06/09/06          0.70  ADDRESS ISSUES RE: UNTIMELY NOTICE OF
                                            APPEAL (0.7).

ZAMBRANO K          06/10/06          0.30  REVIEW ISSUES RE: UNTIMELY NOTICE OF
                                            APPEAL (0.3).

                                      7.80

**Total Associate**                 546.00

TERRY WC            06/01/06          2.40  ASSIST CASE TEAM WITH PROJECT
                                            MANAGEMENT RE 1113/1114 LITIGATION
                                            (2.4).

TERRY WC            06/19/06          1.40  ASSIST CASE TEAM WITH PROJECT
                                            MANAGEMENT RE ATTRITION PROGRAM
                                            LITIGATION (1.4).

TERRY WC            06/20/06          0.70  ASSIST CASE TEAM WITH PROJECT
                                            MANAGEMENT RE ATTRITION PROGRAM
                                            LITIGATION (0.7).

TERRY WC            06/21/06          0.40  ASSIST CASE TEAM WITH PROJECT
                                            MANAGEMENT RE ATTRITION PROGRAM
                                            LITIGATION (0.4).

TERRY WC            06/22/06          1.90  ASSIST CASE TEAM WITH PROJECT
                                            MANAGEMENT RE ATTRITION PROGRAM
                                            LITIGATION (1.9).

TERRY WC            06/23/06          1.80  ASSIST CASE TEAM WITH PROJECT
                                            MANAGEMENT RE ATTRITION PROGRAM
                                            LITIGATION (1.8).

                                      8.60

**Total Client Specialist**           8.60

DEMMA J             06/16/06          2.10  PREPARE EXHIBIT MATERIALS FOR HOURLY
                                            ATTITION PLAN FOR JUNE 19, 2006 OMNIBUS
                                            HEARING (2.1).

DEMMA J             06/21/06          0.60  PREPARE MATERIALS RE: ATTRITION PLAN
                                            FOR REVIEW (0.6).

DEMMA J             06/27/06          1.10  PREPARE MATERIALS FOR ATTORNEY REVIEW
                                            (1.1).

DEMMA J             06/28/06          1.70  PREPARE ATTRITION SERVICE LIST (0.6);
                                            PREPARE MATERIALS FOR ATTORNEY REVIEW
                                            (1.1).

                                      5.50

DONNELLY NP         06/01/06         12.50  ASSIST WITH HEARING PREPARATION RE:
                                            UPDATING ALL EXHIBIT BINDERS AND
                                            DATABASES WITH REVISIONS TO JOINT
                                            EXHIBITS (5.5); DIGEST DEPOSITION OF
                                            HELPER AND KOCHAN (3.5); ASSIST TO
                                            REVISE DRAFT OF DEBTORS' BENCH
                                            MEMORANDUM CONCERNING RECEIPT IN
                                            EVIDENCE OF THE DEBTORS' DEMONSTRATIVE
                                            EXHIBITS (1.5); ASSIST TO REVISE DRAFT
                                            OF MEMORANDUM OF LAW CONCERNING DEFINED
                                            BENEFIT PENSION PLAN TERMINATION (1.0);
                                            MAINTAIN IMAGEBASE (1.0).

125                                              B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| DONNELLY NP | 06/02/06 | 6.60 | ASSIST AT HEARING OF SECTION 1113/1114 MOTIONS (4.6); ASSEMBLE FOR ATTORNEY REVIEW THE EXHIBITS INTRODUCED IN COURT ON 6/2/06 (2.0). |
| DONNELLY NP | 06/03/06 | 1.60 | ASSIST WITH HEARING PREPARATION RE: 1113/1114 EXHIBIT BINDERS (1.6). |
| DONNELLY NP | 06/05/06 | 3.50 | ASSIST AT HEARING OF 1113/1114 MOTIONS (3.5). |
| DONNELLY NP | 06/06/06 | 4.30 | COORDINATE/ATTEND MEETING RE: LABOR DEPARTMENT DELPHI DOCUMENT ROOM AND DATABASES (1.0); REVIEW/REVISE DELPHI CBA BINDERS FOR COMPLETENESS (1.4); COORDINATE/ATTEND MEETING RE: DELPHI WEEKLY TEAM MEETING (0.5); MAINTAIN FILES FOR DELPHI/EMPLOYEE MATERIALS (1.4). |
| DONNELLY NP | 06/08/06 | 9.00 | FINALIZE AND SEND LETTER/MEMO RE: GUIDELINES AND FRAMEWORK OF DELPHI CBA DATABASE (1.5); ASSEMBLE FOR ATTORNEY REVIEW THE DOCUMENTS FOR MEET AND CONFER TELECONFERENCE (2.7); ANALYZE PLEADINGS AND CORRESPONDENCE DATABASE (3.8); ASSEMBLE FOR ATTORNEY REVIEW THE UPDATED LIVENOTE DATABASE OF 1113/1114 HEARING TRANSCRIPTS WITH 6/2 AND 6/5 HEARING TRANSCRIPTS (1.0). |
| DONNELLY NP | 06/09/06 | 2.30 | ASSEMBLE FOR ATTORNEY REVIEW INFORMATION IN OBJECTION INDEX (1.8); MAINTAIN IMAGEBASE (0.5). |
| DONNELLY NP | 06/11/06 | 1.50 | REVIEW/REVISE CODING DISCREPANCIES ON DELPHI JOINT EXHIBIT DATABASE (1.5). |
| DONNELLY NP | 06/12/06 | 2.00 | REVIEW/REVISE TRANSCRIPT INDEX FILES ON LIVENOTE TRANSCRIPT DATABASE (2.0). |
| DONNELLY NP | 06/13/06 | 0.70 | REVIEW/REVISE DELPHI DATAROOM DOCUMENTS FOR EVENTUAL LOAD INTO DATABASE (0.7). |
| DONNELLY NP | 06/19/06 | 1.90 | REVIEW/REVISE CODING IN THE DELPHI DATAROOM DATABASE (1.9). |
| DONNELLY NP | 06/20/06 | 1.50 | REVIEW/REVISE TRANSCRIPT INDEX CODING IN THE DELPHI LIVENOTE DATABASE (1.5). |

47.40

| | | | |
|---|---|---|---|
| ~~GILCHRIST JM~~ | ~~06/22/06~~ | ~~1.80~~ | ~~ASSIST IN PREPARING DISCOVERY PRODUCTION OF BOARD MATERIALS RELATED TO SECOND MOTION FOR ATTRITION PROGRAM (1.8).~~ |

1.80

| | | | |
|---|---|---|---|
| JACOBSON SJ | 06/08/06 | 2.00 | INDEX/CHRON CORRESPONDENCE (2.0). |
| JACOBSON SJ | 06/27/06 | 15.00 | ASSEMBLE BINDERS OF DEPOSITION MATERIALS RE ATTRITION PROGRAM (15.0). |

17.00

B43E

| KLIMEK MV | 06/22/06 | 0.70 | COMPILE VARIOUS PRESENTATIONS (0.7). |
|---|---|---|---|
| KLIMEK MV | 06/23/06 | 5.60 | COORDINATE PRINT OUT OF BATCH EMAIL ATTACHMENTS FOR PRODUCTION OF SAME (0.3); COMPILE AND REVIEW PLEADINGS RELATED TO RULE 30(B)(6) DEPOSITION (0.7); ASSIST WITH PRODUCTION OF DOCUMENTS TO APPALOOSA (4.6). |
| KLIMEK MV | 06/26/06 | 11.80 | COORDINATE COMPILATION OF ADDITIONAL DOCUMENTS FOR POTENTIAL PRODUCTION (2.3); BEGIN ASSEMBLING DOCUMENTS FOR DEPOSITION BINDER AND HEARING BINDER (3.6); RESEARCH RE: WTC OBJECTIONS (1.9); BEGIN DRAFTING INDEX TO SAME (1.6); DRAFT PROTECTIVE ORDERS FOR IUE, UAW, WTC, AND CREDITORS COMMITTEE (2.4). |
| KLIMEK MV | 06/27/06 | 4.90 | CONTINUE TO ASSEMBLE EXHIBITS FOR HEARING BINDER FOR HOURLY ATTRITION MOTION NO. 2 HEARING (4.5); COMPILE AND FORWARD ALL DEPOSITION EXHIBIT PDFS (0.4). |
| KLIMEK MV | 06/28/06 | 2.20 | REVIEW EMAILS RE: ADDITIONAL PLEADINGS AND DOCUMENTS TO BE ADDED TO THE HEARING AND JOINT EXHIBIT BINDERS (0.6); COMPILE PDFS OF ALL DOCUMENTS TO BE INCLUDED IN SAME (0.9); UPDATE JOINT EXHIBIT LIST CHECKLIST (0.7). |
| KLIMEK MV | 06/29/06 | 1.00 | EMAILS RE: WTC PROSPECTUS EXHIBITS (0.3); RESEARCH RE: SAME (0.7). |
| | | 26.20 | |
| NOWICKI JA | 06/22/06 | 11.00 | ASSIST WITH PRODUCING SPECIAL ATTRITION PROGRAM DISCOVERY DOCUMENTS (11.0). |
| NOWICKI JA | 06/27/06 | 8.80 | ASSIST WITH REVIEWING DOCUMENTS FOR PRIVILEGE (8.8). |
| | | 19.80 | |
| ROSEN R | 06/13/06 | 1.40 | INVESTIGATION, RESEARCH, COMPILE AND REVIEW 3/22 ATTRITION PLAN SERVICE LIST IN CONNECTION WITH UPCOMING SPECIAL ATTRITION PLAN FILING (0.9); REVIEW WITH TEAM ATTORNEY AND REVISE, UPDATE SAME (0.5). |
| ROSEN R | 06/14/06 | 1.40 | FURTHER COMPILE, UPDATE SERVICE LIST FOR UPCOMING SPECIAL ATTRITION MOTION FILING (0.9); FORWARD AND REVIEW SAME WITH KCC (0.5). |
| ROSEN R | 06/15/06 | 1.20 | REVIEW, REVISE, UPDATE SPECIAL PARTIES LIST RE: UPCOMING SPECIAL ATTRITION PROGRAM MOTION FILING (0.9); FORWARD AND REVIEW SAME WITH KCC (0.3). |

B43E

| ROSEN R | 06/19/06 | 2.90 | REVIEW WITH TEAM ATTORNEY, REVISE, UPDATE AND FINALIZE SPECIAL ATTRITION PLAN MOTION SPECIAL PARTIES SERVICE LISTS (1.3); FORWARD AND REVIEW, SERVICE WITH KCC (0.7); PREPARE ARRANGEMENTS FOR POTENTIAL LATE FILING, SERVICE OF SAME (0.9). |
| ROSEN R | 06/21/06 | 0.30 | REVIEW SPECIAL ATTRITION MOTION AFFIDAVIT OF SERVICE SPECIAL PARTIES SERVICE LIST FOR COMPLETENESS (0.3). |
| | | **7.20** | |
| SALAZAR AG | 06/02/06 | 5.00 | PREPARE COURTROOM FOR HEARING (2.0); ATTEND HEARING (3.0). |
| SALAZAR AG | 06/05/06 | 5.30 | ARRIVE AT COURT TO SET UP FOR HEARING (2.5); ATTEND COURT HEARING (2.5); ORGANIZE HEARING MATERIALS AND POST HEARING MATTERS (0.3). |
| SALAZAR AG | 06/09/06 | 0.30 | PULL PREVIOUS ATTRITION ORDERS AS REQUESTED (0.3). |
| SALAZAR AG | 06/28/06 | 12.00 | FILE DECLARATIONS IN SUPPORT OF ATTRITION MOTION AND DISTRIBUTE (0.6); SEND REQUESTED DOCUMENTS TO CHAMBERS (0.9); PREPARE ALL MATERIALS FOR HEARING (4.0); AMEND INDEX FOR JOINT EXHIBITS (1.0); ASSEMBLE JOINT EXHIBIT BINDER (4.0); PREPARE AND ELECTRONICALLY FILE AND SERVE A RESPONSE TO MOTION TO QUASH (0.5); PREPARE HEARING BINDER (1.0). |
| SALAZAR AG | 06/29/06 | 16.30 | PREPARE OUTSTANDING ITEMS REQUESTED FOR HEARING (0.5); REQUEST CASE LAW BINDER AND ASSIST IN PRODUCTION (1.4); ATTEND HEARING (5.0); CONFIRM VERSION OF ORDER SUBMITTED WITH CHAMBERS FOR ENTRY (0.4); MANUALLY BLACKLINE ORDER SUBMITTED VERSUS PROPOSED FOR COURT CHANGES AND DISTRIBUTE (1.0); DISCUSS SERVICE REQUIREMENTS WITH KCC (1.0); SUBMIT REVISED ATTRITION ORDER TO CHAMBERS FOR ENTRY (0.6); COORDINATE TO PREPARE AND ELECTRONICALLY FILE NOTICES AND MOTION (1.6); PREPARE FOR FILING AND SERVICE OF SUPPLEMENT TO KECP MOTION (3.8); COORDINATE NECESSARY REVISIONS TO JOINT EXHIBIT BINDERS WITH ASSOCIATE (1.0). |
| SALAZAR AG | 06/30/06 | 0.50 | DISCUSS UPDATES TO JOINT EXHIBIT BINDERS (0.5). |
| | | **39.40** | |
| YOELI ME | 06/01/06 | 8.20 | PREPARE PREPARE FOR 6/2/06 SECTION 1113/1114 HEARING, INCLUDING ASSEMBLING TRIAL EXHIBITS AND DOCUMENTS REQUESTED BY CLIENT, ARRANGING FOR TRANSPORT TO/FROM COURT, DUPLICATION OF DOCUMENTS, MANAGING CASE ROOM (8.2). |

B43E

| YOELI ME | 06/02/06 | 9.50 | ATTEND HEARING FOR SECTION 1113/1114 (9.5). |
|----------|----------|------|---------------------------------------------|
| YOELI ME | 06/03/06 | 0.30 | PREPARE EXHIBITS (0.3). |
| YOELI ME | 06/05/06 | 6.50 | ATTEND HEARING FOR SECTION 1113/1114 (6.5). |
| YOELI ME | 06/08/06 | 2.90 | ASSEMBLE FOR ATTORNEY REVIEW THE BOUND COPIES OF SECTION 1113/1114 HEARING TRANSCRIPTS (2.0); ASSEMBLE FOR ATTORNEY REVIEW THE DEPOSITION TRANSCRIPTS, TRIAL EXHIBITS, ORDERS (0.9). |
| YOELI ME | 06/09/06 | 6.40 | ASSIST WITH DRAFT OF LETTERS TO JUDGE DRAIN WITH SECTION 1113/1114 AND GM CONTRACT REJECTION MOTION ORDERS AND SUPPORTING MATERIALS (6.0); MAINTAIN DATABASE FOR SECTION 1113/1114 JOINT EXHIBITS (0.4). |
| YOELI ME | 06/12/06 | 5.40 | PREPARE PROPOSED ORDERS AND SUPPORTING DOCUMENTS RELATING TO SECTION 1113/1114 (5.4). |
| YOELI ME | 06/13/06 | 0.70 | DISTRIBUTE/MAIL UPDATED ITEMS FROM DOCKET TO CASE TEAM (0.4); OBTAIN/ORDER CORPORATE DOCUMENTS FOR INCORPORATION INTO ELECTRONIC DATABASES (0.3). |
| YOELI ME | 06/14/06 | 1.50 | COORDINATE/ ATTEND MEETING RE: TRANSFER OF DOCUMENTS FROM FTI TO SKADDEN FOR INTERNAL DATABASES (1.2); ASSEMBLE COURT/MOTION PAPERS FOR ATTRITION PLAN (0.3). |
| YOELI ME | 06/15/06 | 2.40 | ASSEMBLE EXCERPTS OF DEPOSITION TRANSCRIPT RELATING TO PARTICULAR WITNESS TESTIMONY FOR ATTORNEY TO REVIEW IN CONJUNCTION WITH COURT ORDER (0.3); MAINTAIN DATABASE FOR COLLECTIVE BARGAINING AGREEMENTS AND RELATED DOCUMENTS (1.5); ASSEMBLE FOR ATTORNEY REVIEW THE SECTION 1113/1114 JOINT EXHIBITS (0.3); COORDINATE/ ATTEND MEETING RE: FTI DOCUMENT UPLOAD (0.3). |
| YOELI ME | 06/16/06 | 3.10 | MAINTAIN DATABASE FOR DELPHI COLLECTIVE BARGAINING AGREEMENTS (2.7); ASSEMBLE FOR ATTORNEY REVIEW THE JOINT EXHIBIT BINDERS (0.4). |
| YOELI ME | 06/19/06 | 1.00 | ASSEMBLE FOR ATTORNEY REVIEW THE JOINT EXHIBIT BINDERS (1.0). |
| YOELI ME | 06/27/06 | 0.70 | ASSEMBLE FOR ATTORNEY REVIEW THE STATUS CHART OF 1113/1114 FOURTH AMENDED SCHEDULING ORDER (0.7). |
| YOELI ME | 06/28/06 | 1.90 | ASSIST WITH DRAFT OF DEBTORS' REPLY TO OBJECTIONS TO MOTION FOR ORDER APPROVING (I) SUPPLEMENT TO UAW SPECIAL ATTRITION PROGRAM AND (II) IUE-CWA SPECIAL ATTRITION PROGRAM (1.9). |

B43E

| YOELI ME | 06/30/06 | 0.30 | ASSEMBLE FOR ATTORNEY REVIEW THE HEARING TRANSCRIPTS (0.3). |
|---|---|---|---|

**50.80**

| ZSOLDOS AF | 06/01/06 | 5.70 | PREPARE DOCUMENTS TO BE DELIVERED TO WHITE & CASE (0.7); CONTACT WITH VERITEXT RE: OUTSTANDING TRANSCRIPTS (0.3); ORDER NEW TRANSCRIPTS FOR UPCOMING HEARINGS (0.4); UPDATE EXHIBIT BINDERS, DELIVER MATERIALS TO COURT, AND SET UP IN PREPARATION FOR 6/2 HEARING (2.6); COORDINATE FOR HEARING ON 6/2 (0.9); PREPARE SETS OF 1113/1114 HEARING TRANSCRIPTS FOR USE AT HEARING (0.8). |
|---|---|---|---|
| ZSOLDOS AF | 06/02/06 | 10.20 | PREPARE FOR, ATTEND, ASSIST AT, AND CLEAN UP FROM SECTION 1113/1114 HEARING (10.2). |
| ZSOLDOS AF | 06/05/06 | 6.70 | PREPARE FOR, SET-UP, ASSIST AT 1113/1114 HEARING (6.7). |
| ZSOLDOS AF | 06/06/06 | 0.50 | INTERNAL DISTRIBUTION OF HEARING TRANSCRIPTS (0.5). |
| ZSOLDOS AF | 06/20/06 | 0.70 | SEARCH 1113/1114 HEARING TRANSCRIPTS FOR DISCUSSION OF KECP AND OTHER SPECIFICS (0.7). |
| ZSOLDOS AF | 06/21/06 | 1.10 | CHECK SHEEHAN AND BUTLER CONFIDENTIAL DECLARATIONS RE: ATTRITION PROGRAM (1.1). |
| ZSOLDOS AF | 06/26/06 | 1.50 | CONTINUE TO ORGANIZE 1113/1114 MATERIALS FOR REVIEW BY ATTORNEYS (1.5). |
| ZSOLDOS AF | 06/27/06 | 2.00 | ORGANIZE 1113/1114 MATERIALS (1.2); PREPARE HEARING BINDER FOR SPECIAL IUE-CWA ATTRITION MOTION HEARING (0.8). |
| ZSOLDOS AF | 06/28/06 | 11.40 | REVIEW REPLY TO OBJECTIONS TO SECOND ATTRITION MOTION AND OTHER MISCELLANEOUS TASKS IN PREPARATION FOR FILING (2.1); PULL DOCUMENTS FOR DEBTORS' RESPONSE BOX (1.6); COORDINATE TRIAL LOGISTICS (0.8); REVISE SCRIPTS AND BLACKLINES (1.7); UPDATE AND CONTINUE TO UPDATE JOINT EXHIBIT BINDERS (5.2). |
| ZSOLDOS AF | 06/29/06 | 10.70 | CONTINUE TO PREPARE FOR HEARING, INCLUDING UPDATING BINDERS (2.8); ATTEND AND ASSIST AT HEARING (6.1); MAKE CHANGES IN JOINT EXHIBIT BINDERS AND PREPARE FOR DISTRIBUTION (1.8). |

B43E

ZSOLDOS AF          06/30/06       1.70  UPDATE IUE-CWA ATTRITION JOINT EXHIBIT
                                         BINDERS (1.7).

                                   52.20

**Total Legal Assistant**         267.30

**TOTAL TIME**                  <u>1,382.70</u>

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                          **Bill Date: 07/31/06**
**Employee Matters (Labor Unions)**                   **Bill Number: 1128095**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 04/05/06 | Meisler RE | -346.02 |
| Air/Rail Travel - vendor feed | 04/07/06 | Meisler RE | -221.36 |
| Air/Rail Travel - vendor feed | 05/26/06 | Panagakis GN | -613.87 |
| Air/Rail Travel - vendor feed | 05/26/06 | Panagakis GN | -572.05 |
| Air/Rail Travel - vendor feed | 05/31/06 | Panagakis GN | 1,291.33 |
| Air/Rail Travel - vendor feed | 05/31/06 | Panagakis GN | 744.27 |
| Air/Rail Travel - vendor feed | 05/31/06 | Campanario ND | 147.41 |
| Air/Rail Travel - vendor feed | 06/02/06 | Panagakis GN | 668.17 |
| Air/Rail Travel - vendor feed | 06/02/06 | Panagakis GN | 391.00 |
| Air/Rail Travel - vendor feed | 06/02/06 | MacDonald N | 391.02 |
| Air/Rail Travel - vendor feed | 06/02/06 | MacDonald N | -346.02 |
| Air/Rail Travel - vendor feed | 06/04/06 | Panagakis GN | 1,291.33 |
| Air/Rail Travel - vendor feed | 06/05/06 | MacDonald N | 349.63 |
| Air/Rail Travel - vendor feed | 06/05/06 | MacDonald N | 391.02 |
| Air/Rail Travel - vendor feed | 06/06/06 | MacDonald N | 678.60 |
| Air/Rail Travel - vendor feed | 06/06/06 | MacDonald N | -678.60 |
| Air/Rail Travel - vendor feed | 06/18/06 | Hogan III AL | 744.27 |
| Air/Rail Travel - vendor feed | 06/25/06 | Shivakumar D | 407.20 |
| Air/Rail Travel - vendor feed | 06/25/06 | Shivakumar D | 45.00 |
| Air/Rail Travel - vendor feed | 06/26/06 | Meisler RE | 118.80 |
| Air/Rail Travel - vendor feed | 06/26/06 | Shivakumar D | 452.20 |