| BUTLER, JR. J | 08/27/06 | 0.20 | REVIEW RULE 7052 REPLY BRIEF (0.2). |
|---|---|---|---|
| BUTLER, JR. J | 08/30/06 | 0.80 | PREPARE FOR (0.2) AND PARTICIPATE IN (0.6) WORKING GROUP TELECONFERENCE RE: REVISIONS TO FIFTH AMENDED SCHEDULING ORDER AND AUGUST 17TH MEET AND CONFER REPORT. |
| | | 22.30 | |
| FURFARO JP | 08/01/06 | 1.30 | REVIEW OF ISSUES FOR DISCUSSION ON 8/4 (0.8); REVIEW OF DRAFT SECURITIES FILING/REVISIONS (0.3); REVIEW OF UPDATE TO NEGOTIATIONS (0.2). |
| FURFARO JP | 08/02/06 | 1.40 | REVIEW OF DRAFT AGENDA, EXHIBITS AND RELATED DOCUMENTS FOR MEET AND CONFER (1.4). |
| FURFARO JP | 08/03/06 | 2.30 | PREPARATION FOR RESUMED HEARING AND MEET/CONF. (1.2); REVIEW OF UPDATED EXHIBITS (0.8); REVIEW OF CLAIMS QUESTION (0.3). |
| FURFARO JP | 08/04/06 | 5.00 | REVIEW OF TRIAL EXHIBITS (1.6); REVIEW OF AGENDA ITEMS/ATTACHMENTS FOR 1113 MEETING (0.7); ATTEND MEET AND CONFER WITH OBJECTIONS (2.0); REVIEW NOTICE OF MEETING (0.4); REVIEW OF SUPPLEMENTAL DECLARATIONS (0.3). |
| FURFARO JP | 08/06/06 | 1.80 | REVIEW OF MILLSTEIN DECLARATION/DISCUSSION WITH J. BUTLER, R. ISENBERG, B. SHAW, S. SABRIN, T. JERMAN AND WORKING GROUP (1.8). |
| FURFARO JP | 08/07/06 | 2.30 | REVIEW/REVISE DRAFT MEET AND CONFER REPORTS/NOTES OF MEETING (1.2); REVIEW OF UPDATED RESEARCH (1.1). |
| FURFARO JP | 08/08/06 | 2.20 | REVIEW OF REVISED MEET AND CONFER REPORT (0.8); UPDATE TO 1113 HEARING ITEMS (0.4); CONFERENCE WITH WORKING GROUP RE: MILLSTEIN DECLARATION/RESPONSE (1.0). |
| FURFARO JP | 08/09/06 | 1.20 | REVIEW OF RESEARCH MEMO RE: 1113 ANALYSIS (1.0); UPDATE WITH WORKING GROUP (0.2). |
| FURFARO JP | 08/13/06 | 3.50 | PREPARATION FOR RESUMPTION OF 1113/1114 HEARING (3.5). |
| FURFARO JP | 08/14/06 | 3.00 | REVIEW OF UPDATED DECLARATIONS (1.6); STATUS CONFERENCE WITH B. SAX AND WORKING GROUP RE: 1113 HEARING (1.4). |
| FURFARO JP | 08/15/06 | 5.10 | REVIEW OF 52C MOTION AND RESPONSE (1.9); REVIEW OF ISSUE RE: MODIFICATION OF BENEFITS UNDER EXISTING CBAS (1.7); REVIEW OF POCS (0.8); REVIEW OF COMMITTEE PRESENTATION (0.7). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

FURFARO JP       08/16/06      13.00   REVIEW OF DRAFT FINANCIAL WITNESS
                                       DECLARATIONS/SUPPORTING MATERIAL
                                       (1.8); REVIEW OF
                                       DECLARATION/SUPPORTING MATERIAL OF
                                       RUBIN (1.0); REVIEW OF NEW AND EXISTING
                                       EXHIBITS FOR 1113 HEARING (1.0); REVIEW
                                       OF MOTION RE: PENSION TERMINATION ISSUE
                                       (0.8); PREPARATION OF RESPONSE TO
                                       7052(C) MOTION (6.8); REVIEW OF
                                       DOCUMENTS/EXHIBITS RELATING TO MOTION
                                       (1.6).

FURFARO JP       08/17/06       4.60   REVIEW OF MATERIALS/ISSUES FOR MEET AND
                                       CONFER (1.0); REVIEW OF DOCUMENT
                                       REQUEST/RESPONSE (0.6); ATTEND MEET AND
                                       CONFER AND COURT CONFERENCES RE: 1113
                                       MATTER (2.5); REVIEW OF RESEARCH RE:
                                       1113 ISSUES (0.5).

FURFARO JP       08/21/06       2.90   REVIEW OF DRAFT ORDER/REVISIONS (0.7);
                                       REVIEW OF NOTES OF MEETING/COURT
                                       CONFERENCE (0.2); REVIEW OF DRAFT MEET
                                       AND CONFER REPORT/REVISIONS (0.8);
                                       REVIEW OF DOCUMENT REQUEST/RESPONSES
                                       (0.3); REVIEW MATERIALS FOR
                                       POST-HEARING BRIEF (0.9).

FURFARO JP       08/22/06       1.40   REVIEW OF MATERIALS RE: POST-HEARING
                                       BRIEF (0.4); MEETING WITH WORKING GROUP
                                       TO DISCUSS BRIEF
                                       PREPARATION/CONFERENCE WITH J. KOHN
                                       (1.0).

FURFARO JP       08/23/06       0.50   CONFERENCES WITH WORKING GROUP RE: POST
                                       HEARING BRIEF (0.5).

FURFARO JP       08/24/06       1.40   REVIEW OF DRAFT OUTLINE RE: POST HEARING
                                       BRIEF/REVISIONS (1.4).

FURFARO JP       08/28/06       3.00   REVIEW OF IAM/IBEW REPLY BRIEF/RESEARCH
                                       (1.1); REVIEW OF PRIOR POST HEARING
                                       BRIEF (0.9); UPDATE TO DRAFT ORDER/MEET
                                       AND CONFER (0.2); REVIEW OF
                                       EXHIBITS/RESPONSE TO DOCUMENT REQUEST
                                       (0.8).

FURFARO JP       08/29/06       1.70   REVIEW OF REVISED MEET AND
                                       CONFER/SCHEDULING ORDER TO FINALIZE
                                       (0.8); REVIEW MATERIAL FOR POST HEARING
                                       BRIEF (0.9).

FURFARO JP       08/30/06       2.10   FINALIZE MEET AND CONFER/SCHEDULING
                                       ORDER (1.6); REVIEW OF MATERIAL FOR CALL
                                       RE: BRIEFING (0.5).

FURFARO JP       08/31/06       0.60   REVIEW OF PLAN FOR POST-HEARING BRIEF
                                       WITH WORKING GROUP (0.5); REVIEW OF OPEN
                                       ITEMS MEMO (0.1).

                                60.30

MARAFIOTI KA     08/02/06       0.20   CORRESPONDENCE RE: CONTINUED SECTION
                                       1113 HEARING (0.2).

MARAFIOTI KA     08/03/06       0.80   PREPARATION FOR CONTINUED SECTION 1113
                                       HEARING (0.8).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MARAFIOTI KA | 08/04/06 | 1.80 | ATTEND LABOR MEET AND CONFER WITH UNIONS, GM, STATUTORY AND AD HOC COMMITTEES (1.8). |
| MARAFIOTI KA | 08/07/06 | 0.50 | REVIEW AND REVISE COUNTER-DESIGNATION ON WILMINGTON TRUST APPEAL OF SPECIAL ATTRITION ORDER (0 .4) AND RELATED CORRESPONDENCE (0.1). |
| MARAFIOTI KA | 08/08/06 | 1.80 | PREPARE FOR CONTINUED SECTION 1113 HEARING (0.8); REVIEW CORRESPONDENCE RE: SAME (0.2); REVIEW AND REVISE AUGUST 4 MEET AND CONFER REPORT (0.7); CORRESPONDENCE RE: SAME (0.1). |
| MARAFIOTI KA | 08/09/06 | 2.40 | ATTEND CHAMBERS CONFERENCE RE: SECTIONS 1113/114 (1.0); REVIEW AND REVISE SUMMARY OF CONFERENCE FOR CLIENT (1.4). |
| MARAFIOTI KA | 08/10/06 | 3.40 | TELECONFERENCE WITH K. BUTLER RE: NEGOTIATIONS WITH KEY CONSTITUENCIES (0.1); PREPARE FOR CONTINUED SECTION 1113 HEARING (2.5); COMMUNICATIONS WITH STAKEHOLDERS AND UNIONS RE: ADJOURNMENT OF SECTIONS 1113/1114 HEARINGS (0.8). |
| MARAFIOTI KA | 08/11/06 | 1.00 | CONTINUE COMMUNICATIONS WITH KEY PARTIES RE: SECTIONS 1113/1114 ADJOURNMENT (1.0). |
| MARAFIOTI KA | 08/14/06 | 1.40 | TELECONFERENCE WITH O'MELVENY AND COMPANY RE: SECTION 1113 ISSUES (1.0) AND FOLLOWUP CONFERENCES (0.4). |
| MARAFIOTI KA | 08/16/06 | 1.10 | REVIEW AND REVISE BRIEF RE: RULE 7052 (1.1). |
| MARAFIOTI KA | 08/17/06 | 3.20 | CORRESPONDENCE TO SECTION 1113 PARTIES RE: REQUEST FOR ADJOURNMENT, AND CALLS TO LOWELL PETERSON, T. KENNEDY, B. MEHLSACK, MARIANNE ROBBINS RE: SAME (1.4); PARTICIPATE IN MEET-AND-CONFER RE: SECTION 1113 MATTERS (0.8); FOLLOWUP RE: SAME (0.4); ATTEND CHAMBERS CONFERENCE RE: SECTION 1113 (0.2); DISCUSSIONS IN COURT WITH UNION COUNSEL (0.2); WORK ON NOTICE OF ADJOURNED SECTION 1113 HEARING (0.2). |
| MARAFIOTI KA | 08/24/06 | 0.10 | CORRESPONDENCE B. MEHLSACK RE: SCHEDULING (0.1). |
| MARAFIOTI KA | 08/28/06 | 0.40 | WORK ON ISSUES RE: SCHEDULING ORDER (0.2); REVISE DRAFT CORRESPONDENCE TO COMMITTEES RE: COOPERSVILLE FACILITY (0.2). |
| MARAFIOTI KA | 08/30/06 | 0.30 | CONSIDER ISSUES RE: SCHEDULING ORDER AND MEET AND CONFER REPORT (0.3). |
| MARAFIOTI KA | 08/31/06 | 0.10 | CORRESPONDENCE RE: SCHEDULING ORDER (0.1). |

**18.50**

B43E

| PANAGAKIS GN | 08/02/06 | 1.40 | REVIEW 1113 "TO DO" LIST AND ATTENTION TO NEXT STEPS RE: RESUMPTION OF TRIAL (1.0); REVIEW 5+7 FORECAST ISSUES (0.4). |
| PANAGAKIS GN | 08/04/06 | 0.80 | ATTENTION TO ISSUE RE: RESUMPTION OF 1113 HEARING (0.8). |
| PANAGAKIS GN | 08/07/06 | 1.20 | PREPARE FOR RESUMPTION OF 1113 HEARING, INCLUDING CALLS AND CORRESPONDENCE WITH TRIAL TEAM RE: SAME (0.8); REVIEW 5+7 FORECAST (0.4). |
| PANAGAKIS GN | 08/08/06 | 2.50 | PARTICIPATE ON TEAM CALL RE: REBUTTAL EXPERT AFFIDAVITS (1.2); REVIEW ANALYSIS FROM ROTHSCHILD AND COMPANY (0.8); REVIEW 5+& ANALYSIS (0.5). |
| PANAGAKIS GN | 08/09/06 | 1.30 | REVIEW CORRESPONDENCE RE: PREPARATIONS FOR 1113 HEARING (0.8); PARTICIPATE ON CALLS RE: SAME (0.5). |
| PANAGAKIS GN | 08/10/06 | 2.00 | REVIEW SUPPLEMENTAL UNION AFFIDAVITS (1.0); ATTENTION TO REBUTTAL AFFIDAVITS (1.0). |
| PANAGAKIS GN | 08/11/06 | 2.30 | REVIEW REBUTTAL AFFIDAVITS (0.9); ATTENTION TO POTENTIAL SETTLEMENT ALTERNATIVES (0.9); TELECONFERENCE WITH TRIAL TEAM (0.5). |
| PANAGAKIS GN | 08/14/06 | 3.00 | REVIEW AND COMMENT ON REBUTTAL AFFIDAVITS (1.5); REVIEW ADDITIONAL UNION SUBMISSIONS AND RELATED DOCUMENTS (1.5). |
| PANAGAKIS GN | 08/15/06 | 3.90 | MEETINGS WITH LABOR TEAM RE: RESUMPTION OF 1113 HEARING (1.4); REVIEW DOCUMENTS RE: SAME (1.0); CONSIDERATION TO POTENTIAL SETTLEMENT ALTERNATIVES (1.5). |
| PANAGAKIS GN | 08/16/06 | 4.50 | REVIEW AFFIDAVITS AND POTENTIAL CROSS EXAMINATION MATTERS (1.5); MEETING AND CALLS WITH LITIGATION TEAM RE: RESUMPTION OF 1113 HEARING (1.2); CONSIDERATION TO VARIOUS SETTLEMENT ISSUES (1.8). |
| PANAGAKIS GN | 08/23/06 | 1.30 | REVIEW DRAFT OUTLINE RE: BRIEF (1.3). |
| PANAGAKIS GN | 08/24/06 | 1.60 | PARTICIPATE ON CALL RE: PREPARATION FOR RECOMMENCEMENT OF 1113 HEARING (1.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| PANAGAKIS GN | 08/27/06 | 0.90 | REVIEW PRECEDENT BRIEF RE: 1113 HEARING (0.9). |
| PANAGAKIS GN | 08/28/06 | 0.30 | REVIEW CORRESPONDENCE RE: PREPARATION FOR RECOMMENCEMENT OF 1113 HEARING (0.3). |
| PANAGAKIS GN | 08/29/06 | 1.50 | REVIEW PRECEDENT BRIEF IN CONNECTION FOR UPCOMING LABOR CALL (1.5). |
| PANAGAKIS GN | 08/31/06 | 1.00 | ATTENTION TO ISSUES RE: 1113 CLOSING BRIEF AND RELATED MATTERS IN CONNECTION WITH RESUMPTION OF HEARING (1.0). |
| | | 29.50 | |
| **Total Partner** | | **170.60** | |
| MATZ TJ | 08/02/06 | 2.10 | REVIEWING AND COMMENTING ON 8/4 MEET AND CONFER AGENDA AND "TO-DO" PREPARATION LIST (0.8); CORRESPONDENCE WITH J. KASTIN RE: SAME (0.3); FURTHER PREPARATION RE: 8/4 MEET AND CONFER (0.4); PREPARATION FOR RESUMPTION OF 1113/1114 HEARING (0.6). |
| MATZ TJ | 08/03/06 | 4.40 | CONFERENCE CALL WITH S. SALRIN OF DELPHI, B. SHAW OF ROTHSCHILD, T. JERMAN, J. KASTIN OF O'MELVENY AND J. GUGLIELMO, R. FLETMEYER OF FTI RE: 517 UPDATE (1.9); PREPARATION FOR AUGUST 4 1113/ 1114 MEET AND CONFER (1.8); REVIEWING REQUEST FROM IUOE AND IAM/IBEW FOR REDACTED GM COMPLAINT AND RESPONSE THERETO (0.4); REVISING DRAFT STIPULATION (0.3). |
| MATZ TJ | 08/04/06 | 7.00 | PREPARATION FOR 1113/1114 MEET AND CONFER (0.5); TELECONFERENCE WITH CHAMBERS RE: TIMING OF 8/9 STATUS CONFERENCE (0.2); ATTENDING 1113/1114 MEET AND CONFER WITH UNIONS, APPALOOSA, GM, UCC (1.8); REVIEW OF UNION STIPULATION RE: GM COMPLAINT (0.2); CORRESPONDENCE WITH B. MEHLSHCK, M. ROBBINS, R. MARINWICH, J. FIRST RE: GM COMPLAINT & UNION DISCLOSURE (0.2); TELECONFERENCE FROM CHAMBERS RE: 8/9 STATUS CONFERENCE (0.2); CORRESPONDENCE WITH HARBINGER RE: INFORMATION, DISCLOSURE (0.1); WORKING ON INFORMATION DISCLOSURE (0.3); CORRESPONDENCE WITH B. SHAW, N. TORACCO RE: SAME (0.2); TELECONFERENCE WITH HARBINGER RE: DOCUMENTS (0.3); REVIEW PROPOSED DEMONSTRATIVES (0.4); CONFERENCE CALL WITH FTI RE: DEMONSTRATIVES (1.0); FOLLOW UP REVIEW RE: SAME AND EXHIBITS (0.7); FURTHER PREPARATION AND REVIEW OF MATERIALS FOR 8/14 MEET AND CONFER (0.9). |

B43E

MATZ TJ          08/05/06     2.00   REVIEWING MILLSTEIN DECLARATION (0.4);
                                     REVIEWING AMENDED JOINT TRIAL EXHIBIT
                                     LIST, DRAFT MEET AND CONFER REPORT
                                     (1.6).

MATZ TJ          08/07/06     5.50   CORRESPONDENCE WITH J. FURST, M.
                                     ROBBINS RE: REDACTED COMPLAINT
                                     STIPULATION (0.3); REVIEWING REVISED
                                     VERSION OF STIPULATION FOR UNIONS
                                     (0.1); CORRESPONDENCE WITH J. FURST, M.
                                     ROBBINS & B. MEHLSACK RE: SAME (0.1);
                                     FOLLOW UP RE: LABOR TIMETABLES AND
                                     HEARING RESUMPTION MEETINGS (0.4);
                                     REVIEWING AND COMMENTING ON 8/14 MEET
                                     AND CONFER REPORT (1.2); TELECONFERENCE
                                     FROM CHAMBERS RE: STATUS CONFERENCE,
                                     DIAL IN (0.2); MAKING ARRANGEMENTS RE:
                                     SAME (0.2); FURTHER COMMENT ON 8/14 MEET
                                     AND CONFER REPORT (0.6); CORRESPONDENCE
                                     WITH R. ROSENBERG RE: STIPULATION
                                     REDACTED COMPLAINT (0.1); FURTHER
                                     CORRESPONDENCE WITH M. ROBBINS RE: SAME
                                     (0.2); CORRESPONDENCE WITH M. ROBBINS
                                     RE: STATUS CONFERENCE (0.1);
                                     CORRESPONDENCE WITH CHAMBERS RE: SAME
                                     (0.1); CALL FROM CHAMBERS RE: 8/16
                                     HEARING DATE, OMNIBUS HEARING DATE
                                     (0.2); FOLLOW UP REVIEW RE: WILMINGTON
                                     TRUST APPEAL COUNTER DESIGNATIONS AND
                                     CONSOLIDATION OF APPEALS (0.6); FURTHER
                                     REVIEW OF DECLARATIONS AND EXHIBITS
                                     FROM UNIONS FOR 1113/1114 HEARING
                                     (0.6); REVIEWING OUTSTANDING MATTERS
                                     FOR RESUMPTION OF 1113/1114 HEARING
                                     (0.5).

MATZ TJ          08/08/06     3.90   CORRESPONDENCE WITH M. BRONDE RE: UNION
                                     STIPULATION AND GM COMPLAINT (0.1);
                                     CORRESPONDENCE WITH R. MARINOVICH RE:
                                     SAME (0.1); CORRESPONDENCE WITH M.
                                     ROBBINS RE: SAME (0.1); REVIEW, REVISE
                                     AND CIRCULATE REVISED STIPULATION
                                     (0.7); REVIEW FAX FROM M. ROBBINS RE:
                                     SAME (0.1); E-MAIL FROM M. BRONDI RE:
                                     SAME (0.1); TELECONFERENCES WITH
                                     CHAMBERS RE: STATUS CONFERENCE (0.2);
                                     CORRESPONDENCE WITH CHAMBERS RE: SAME
                                     (0.3); TELECONFERENCE WITH M. ROBBINS,
                                     D. HOCK RE: SAME (0.5); FURTHER
                                     CORRESPONDENCE WITH J. FURST, M.
                                     ROBBINS, B. MEHLSACK, R. MARINOVIC RE:
                                     UNION, GM STIPULATION (0.2); REVIEW
                                     REVISED STIPULATION (0.2); FINAL
                                     PREPARATION FOR 8/9 STATUS CONFERENCE
                                     (0.4); REVIEWING ADDITIONAL UNION
                                     SUPPLEMENTAL DECLARATIONS (0.5);
                                     REVISIONS TO JOINT EXHIBIT INDEX (0.4).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| MATZ TJ | 08/09/06 | 7.30 | ATTENDING IN COURT FOR 8/9 1113/1114 STATUS CONFERENCE (1.2); FOLLOW UP DISCUSSIONS WITH CLIENT RE: SAME (0.5); ASSISTING WITH PREPARATION OF REPORT ON STATUS CONFERENCE (1.3); REVIEWING AND FINALIZING REPORT ON STATUS CONFERENCE (0.6); PREPARATION FOR RESUMPTION OF 1113/1114 HEARING FOR COURT (0.9); TELECONFERENCE WITH CHAMBERS RE: SAME (0.2); WORKING ON ASSEMBLING MOST RECENT PROPOSALS TO UNIONS AND COUNTER PROPOSALS FROM UNIONS (1.8); UPDATING AND COMPILING FURTHER TRIAL EXHIBITS (0.8). |
| MATZ TJ | 08/10/06 | 8.90 | ATTENDING TO EXHIBIT AND TRIAL PREPARATION FOR RESUMPTION OF 1113/1114 HEARING ON 8/11 (5.5); TELECONFERENCES WITH CHAMBERS RE: HEARING LOGISTICS AND RESUMPTION (0.8); ADVISING CHAMBERS OF REQUEST FOR ADJOURNMENT (0.2); CORRESPONDENCE TO ALL INTERESTED PARTIES RE: REQUESTED ADJOURNMENT OF 1113/1114 HEARING TO 8/17 (0.8); TELECONFERENCE WITH B. CECCOTTI RE: SAME (0.2); TELECONFERENCE WITH B. SIMON RE: SAME (0.1); TELECONFERENCE WITH T. KENNEDY RE: SAME (0.2); L. PETERSON RE: SAME (0.1); B. MEHLSACK RE: SAME (0.4); TELECONFERENCE WITH M. ROBBINS RE: SAME (0.3); TELECONFERENCE WITH J. KOHN RE: ADJOURNMENT AND SCHEDULING (0.3). |
| MATZ TJ | 08/11/06 | 2.70 | TWO TELECONFERENCES WITH CHAMBERS RE: ADJOURNMENT OF 1113/1114 AUGUST 11 HEARING (0.5); PREPARE NOTICE OF ADJOURNED HEARING (0.2); TELECONFERENCES TO R. TRUST RE: ADJOURNMENT (0.2); TELECONFERENCES TO B. RESNICK RE: ADJOURNMENT (0.2); TELECONFERENCES TO U.S. TRUSTEE RE: ADJOURNMENT (0.2); TELECONFERENCE FROM L. PETERSEN RE: ADJOURNMENT (0.2); TELECONFERENCES WITH M. ROBBINS RE: ADJOURNMENT (0.5); TELECONFERENCE WITH B. MEHLSACK RE: SAME (0.2); TELECONFERENCE WITH CHAMBERS RE: 1113/1114 HEARING (0.2); MAKING FURTHER PREPARATIONS RE: SAME (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MATZ TJ | 08/14/06 | 5.80 | TELECONFERENCE FROM CHAMBERS RE: 1113/1114 HEARING (0.3); FOLLOW UP RE: TRIAL EXHIBITS (0.2); CORRESPONDENCE WITH M. ROBBINS RE: HEARING SCHEDULE (0.2); CONTINUING PREPARATION RE: 1113/1114 HEARING (0.9); CORRESPONDENCE WITH B. SAX RE: BINGHAM DEPOSITION (0.1); FOLLOW UP WITH J. KASTIN RE: IBEW, IAM RULE 7052(C), RESPONSE (0.3); STRATEGY PREPARATION FOR UPDATING, STRATEGY CALL (0.9); CONFERENCE CALL WITH T. JERMAN, J. KOHN, R. JANGER, J. KASTIN OF O'MELVENY AND B. SAX, L. HASSEL RE: DEPOSITIONS AND TRIAL PREPARATION (1.3); FOLLOW UP PREPARATION IN RESPECT THEREOF (0.8); REVIEWING PENSION TERMINATION BRIEF (0.5); REVIEWING AND ANALYZING IBEW/IAM 52(C) MOTION FOR REPLY (0.3). |
|---|---|---|---|
| MATZ TJ | 08/15/06 | 5.20 | ANALYSIS AND REVIEW OF GM BENEFIT GUARANTEE AND ISSUES, BARGAINING RELATED THERETO (1.4); REVIEWING AND COMMENTING ON DRAFT RESPONSE RE: R-52(C) MOTION (2.4); ANALYSIS RE: RESPONSE TO R52(C) MOTION (0.8); 2 TELECONFERENCES WITH J. KASTIN RE: SAME (0.4); FOLLOW UP CORRESPONDENCE WITH J. KASTIN RE: SAME (0.2). |
| MATZ TJ | 08/16/06 | 15.60 | REVIEWING, REVISING AND FINALIZING FOR FILING RESPONSE TO IAM/IBEW MOTION (11.8); DISCUSSIONS WITH J. KASTION OF O'MELVENY RE: RESPONSE TO IAM/IBEW MOTION FOR JUDGEMENT (1.6); DISCUSSIONS WITH WORKING GROUP RE: POSSIBLE ADJOURNMENT OF 1113/1114 HEARING, MEET AND CONFER AND CHAMBERS CONFERENCE (0.8); PREPARING NOTICE RE: SAME FOR FILING (0.6); TELECONFERENCES TO WILMINGTON TRUST RE: ADJOURNMENT (0.1); TELECONFERENCES TO SIX UNIONS RE: ADJOURNMENT (0.3); TELECONFERENCES TO EQUITY COMMITTEE RE: ADJOURNMENT, MEET AND CONFER AND CHAMBERS CONFERENCES (0.2); TELECONFERENCE TO CREDITORS COMMITTEE RE: SAME (0.1) CALLS TO UNSECURED CREDITORS COMMITTEE RE: SAME (0.1). |
| MATZ TJ | 08/17/06 | 2.40 | PREPARING FOR MEET AND CONFER (0.3); ATTENDING MEET AND CONFER (0.8); ATTENDING CHAMBERS CONFERENCE BOTH AMONG DELPHI AND ALL RESPONDENTS (UNIONS, EQUITY COMMITTEE, WILMINGTON TRUST) RE: 1113/1114 PROCEEDINGS AND SCHEDULING RE: SAME (0.3); DISCUSSIONS WITH M. ROBBINS, B. MEHLSACK RE: JOINT EXHIBITS, SCHEDULING MATTERS (0.4); CORRESPONDENCE WITH M. ROBBINS RE: SAME (0.1); REVIEWING AND REVISING NOTICE OF CHANGE OF 1113/114 HEARING DATE (0.3); TELECONFERENCE WITH CHAMBERS RE: SAME (0.2). |

B43E

| MATZ TJ | 08/18/06 | 7.00 | DRAFTING, REVIEWING AND REVISING PROPOSED FIFTH AMENDED 1113/1114 SCHEDULING ORDER (1.8); REVIEW AND REVISE 8/17 MEET AND CONFER REPORT (3.2); REVIEW OUTSTANDING DEPOSITION, DECLARATION CALENDAR (0.3); ORGANIZATION OF FILES, COURT DOCUMENTS FOR ADJOURNMENT (1.3); TELECONFERENCE FROM M. ROBBINS RE: ADJOURNMENT (0.2); TELECONFERENCE FROM R. TRUST RE: ADJOURNMENT TO 9/18 (0.2). |
|---|---|---|---|
| MATZ TJ | 08/21/06 | 2.00 | ANALYZE AND PREPARE OUTLINE OF RESPONSE TO UNION'S CASE, POST-HEARING BRIEF (1.1); PREPARE MATERIALS RE: SAME (0.9). |
| MATZ TJ | 08/22/06 | 7.40 | PREPARE NOTES FOR 1113/1114 POST-HEARING BRIEF AND ROUGH OUTLINE (1.6); TELECONFERENCE WITH J. KOHN RE: SAME AND LOGISTICS OF PREPARATION OF POST-HEARING BRIEF (0.4); FOLLOW UP RE: STATUS OF 8/17 MEET AND CONFER REPORT AND 1113/1114 SCHEDULING ORDER (0.2); ANALYZE AND PREPARE OUTLINE FOR 1113/1114 POST-HEARING BRIEF AND PREPARE BACKGROUND FACTUAL CHRONOLOGY (5.2). |
| MATZ TJ | 08/23/06 | 7.00 | REVIEW, REVISE AND COMPLETE DISCUSSION WITH T. JERMAN, R. JANGER, J. KOHN, J KASTIN 1113/1114 POST-HEARING BRIEF OUTLINE AND BRIEF SUBSTANCE POINTS (4.6); REVIEW JUDGE'S QUESTIONS FROM TRANSCRIPT RE: SAME (1.7); FURTHER REVISIONS TO POST-HEARING BRIEF OUTLINE (0.7). |
| MATZ TJ | 08/24/06 | 4.20 | TELECONFERENCE WITH B. MEHLSACK RE: 1113/1114 HEARING DATES (0.2); FURTHER TELECONFERENCE WITH B. MEHLSACK RE: SAME (0.4); TELECONFERENCE FROM CHAMBERS RE: SAME (0.3); FURTHER TELECONFERENCE WITH CHAMBERS RE: 1113/1114 SCHEDULING, ORDER (0.2); REVIEW REPLY AND COURT SUMMARIES FOR CALL RE: POST HEARING BRIEF (0.6); TELECONFERENCE WITH T. JERMAN, J. KOHN, R. JANGER AND J. KASTIN OF O'MELVENY RE: POST-HEARING BRIEF, OUTLINE - DISCUSSION (1.8); FOLLOW UP REVIEW OF IMPACT ISSUES AS PER CALL (0.7). |
| MATZ TJ | 08/25/06 | 2.30 | TELECONFERENCE FROM CHAMBERS RE: 1113/1114 SCHEDULING (0.3); CORRESPONDENCE WITH B. SAX RE: GADSDEN ALABAMA AGREEMENT RATIFICATION (0.2); CORRESPONDENCE FROM J. KASTIN RE: POST-HEARING BRIEF REVIEW AND ANALYSIS (1.3); INITIAL PREPARATION OF MOTION TO APPROVE GADSDEN COLLECTIVE BARGAINING AGREEMENT MODIFICATIONS (0.5). |

94                                                                          B43E

MATZ TJ          08/28/06      1.20   REVIEW DRAFT MOTION RE: GADSDEN (0.4);
                                      TELECONFERENCE WITH J. KASTIN RE:
                                      POST-HEARING BRIEF (0.3);
                                      TELECONFERENCE WITH B. MELSACK RE:
                                      1113/1114 SCHEDULING (0.3);
                                      TELECONFERENCE WITH CHAMBERS RE: SAME
                                      (0.2).

MATZ TJ          08/29/06      2.20   REVIEW AND COMMENT ON PROPOSED
                                      REVISIONS TO 8/17 MEET AND CONFER REPORT
                                      (0.3); DISCUSSION WITH O'MELVENY RE:
                                      POST HEARING BRIEF (0.5); WORK ON
                                      1113/1114 POST-HEARING BRIEF, OUTLINE,
                                      MATTERS (1.4).

MATZ TJ          08/30/06      4.30   REVIEW MATERIALS RE: 1113/1114
                                      POST-HEARING BRIEF (1.3); REVIEW DRAFT
                                      8/17 MEET AND CONFER REVISIONS FROM
                                      O'MELVENY (0.2); REVIEW AND FURTHER
                                      REVISIONS TO 8/17 MEET AND CONFER REPORT
                                      AND ADDITIONAL REVISIONS TO PROPOSED
                                      1113/1114 FIFTH AMENDED SCHEDULING
                                      ORDER (2.1); REVIEW 7052(C) MOTION
                                      REPLY FILED BY IAM/IBEW (0.3);
                                      TELECONFERENCE WITH L. PETERSEN RE:
                                      1113/1114 ORDER (0.2); CORRESPONDENCE
                                      WITH L. PETERSEN RE: MEET AND CONFER
                                      (0.2).

MATZ TJ          08/31/06      5.30   FURTHER REVISIONS TO FIFTH AMENDED
                                      SCHEDULING ORDER (0.6); REVISIONS AND
                                      COMMENTS TO 8/17 MEET AND CONFER REPORT
                                      (0.8); FINAL REVIEW OF FIFTH AMENDED
                                      SCHEDULING ORDER (0.3); FORWARDING
                                      ORDER TO CHAMBERS (0.2); TELECONFERENCE
                                      FROM CHAMBERS RE: FIFTH AMENDED
                                      SCHEDULING ORDER (0.2); REVIEW DOCKETED
                                      FIFTH AMENDED SCHEDULING ORDER,
                                      DISTRIBUTING ORDER TO O'MELVENY, B.
                                      SAX, ET AL. (0.2); REVIEW DOCKETED FIFTH
                                      AMENDED SCHEDULING ORDER (0.2);
                                      TELECONFERENCE WITH J. KASTIN RE: MEET
                                      AND CONFER MATTERS (0.3); FINAL REVIEW
                                      AND EDITS TO 8/17 MEET AND CONFER REPORT
                                      (0.8); FORWARDING SAME TO CHAMBERS
                                      (0.1); TELECONFERENCE FROM L. PETERSEN
                                      RE: 1113/1114 SCHEDULING ORDER (0.2);
                                      TELECONFERENCE WITH O'MELVENY RE:
                                      1113/1114 HEARING STATUS (0.8);
                                      PREPARATION AND POST-HEARING BRIEF
                                      DISCUSSION (0.6).

                              115.70

SHIVAKUMAR D     08/02/06      1.10   REVIEW WORK PRODUCT PREPARED BY WORKING
                                      GROUP IN PREPARATION FOR 1113/1114
                                      HEARING (IN ANTICIPATION OF DRAFTING
                                      SUPPLEMENTAL DECLARATIONS) (0.7);
                                      REVIEW DRAFT 5+7 ANALYSIS IN
                                      PREPARATION FOR STRATEGY DISCUSSION RE:
                                      IMPACT OF SAME (0.4).

SHIVAKUMAR D      08/03/06      3.30   ANALYZE MATERIALS DRAFTED IN
                                       PREPARATION FOR MEET & CONFER (0.3);
                                       TELECONFERENCE WITH FINANCE TEAM AND
                                       WORKING GROUP TO ANALYZE UPDATED "5+7"
                                       FINANCIAL ANALYSES (1.5);
                                       TELECONFERENCE WITH WORKING GROUP TO
                                       ANALYZE STRATEGY FOR ADDITIONAL
                                       DECLARATIONS AND POTENTIAL RESUMPTION
                                       OF 1113/1114 HEARINGS (1.5).

SHIVAKUMAR D      08/04/06      4.70   ANALYZE 1113/1114 DECLARATIONS AND
                                       TRIAL AND DEPOSITION TRANSCRIPTS IN
                                       PREPARATION FOR DRAFTING REBUTTAL
                                       FINANCIAL DECLARATIONS (4.7).

SHIVAKUMAR D      08/07/06      3.60   ANALYZE PRIOR TESTIMONY AND FINANCIAL
                                       EXHIBITS IN ANTICIPATION OF DRAFTING
                                       REBUTTAL FINANCIAL DECLARATIONS (3.2);
                                       REVIEW DRAFT OF AUG. 4 MEET AND CONFER
                                       REPORT (0.4).

SHIVAKUMAR D      08/08/06      3.60   STRATEGY DISCUSSIONS WITH WORKING GROUP
                                       MEMBERS RE: 5+7 ANALYSIS AND POTENTIAL
                                       REBUTTAL DECLARATIONS IN PREPARATION
                                       FOR HEARING ON THE 1113/1114 MOTION
                                       (2.4); ANALYZE PROPOSED EXHIBITS FOR
                                       HEARING ON SAME (1.2).

SHIVAKUMAR D      08/09/06      4.00   ANALYZE DECLARATIONS SUBMITTED TO DATE
                                       BY J. MILLSTEIN IN PREPARATION FOR
                                       DRAFTING POTENTIAL REBUTTAL
                                       DECLARATIONS RELATING TO THE 5+7
                                       FINANCIAL ANALYSIS (1.3); ANALYZE
                                       ATTRITION PROGRAM DATA IN PREPARATION
                                       FOR DRAFTING POTENTIAL REBUTTAL
                                       DECLARATIONS RELATING TO THE 5+7
                                       FINANCIAL ANALYSIS (0.5);
                                       TELECONFERENCES WITH WORKING GROUP TO
                                       STRATEGIZE CROSS EXAMINATION AND
                                       REBUTTAL DECLARATIONS RESPONSIVE TO
                                       UNION EXPERTS (2.2).

SHIVAKUMAR D      08/10/06      6.00   BEGIN DRAFTING REBUTTAL DECLARATION OF
                                       J. SHEEHAN (2.9); DISCUSSIONS RE:
                                       ASSUMPTIONS AND FINDINGS OF REVISED 5+7
                                       ANALYSIS (0.4); REVIEW LEGAL MEMORANDA
                                       DRAFTED BY CO-COUNSEL IN PREPARATION
                                       FOR DRAFTING REBUTTAL DECLARATIONS
                                       (0.8); TELECONFERENCES WITH WORKING
                                       GROUP TO ANALYZE ASSUMPTION UNDERLYING
                                       MILLSTEIN DECLARATION IN PREPARATION
                                       FOR DRAFTING REBUTTAL DECLARATIONS
                                       (1.9).

SHIVAKUMAR D      08/11/06      2.60   REVIEW SUPPLEMENTAL DECLARATION OF M.
                                       RUBIN IN PREPARATION FOR DRAFTING
                                       REBUTTAL DECLARATIONS (0.3); REVIEW
                                       ATTRITION PLAN DATA AND FINANCIAL
                                       PROJECTIONS IN PREPARATION FOR DRAFTING
                                       REBUTTAL DECLARATIONS (0.7); CONTINUE
                                       DRAFTING REBUTTAL DECLARATION OF J.
                                       SHEEHAN (1.6).

SHIVAKUMAR D      08/12/06      6.60   CONTINUE DRAFTING POTENTIAL REBUTTAL
                                       DECLARATION OF J. SHEEHAN (6.6).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

SHIVAKUMAR D       08/13/06     6.10   COMPLETE FIRST DRAFT OF POTENTIAL
                                       REBUTTAL DECLARATION OF J. SHEEHAN IN
                                       CONNECTION WITH 1113/1114 HEARING
                                       (6.1).

SHIVAKUMAR D       08/14/06     5.90   DISCUSSIONS WITH WORKING GROUP RE:
                                       DRAFT REBUTTAL DECLARATIONS, RECENT
                                       ATTRITION PROGRAM DATA, AND   RELATED
                                       STRATEGY (2.7); REVISE DRAFT REBUTTAL
                                       DECLARATION OF J. SHEEHAN IN LIGHT OF
                                       STRATEGY DISCUSSIONS (3.2).

SHIVAKUMAR D       08/15/06     1.10   TELECONFERENCE TO DISCUSS STRATEGY AND
                                       REBUTTAL DECLARATIONS IN LIGHT OF
                                       POSTPONEMENT OF 1113/1114 HEARING DATES
                                       (0.7);   INCORPORATE TEAM COMMENTS ON
                                       DRAFT REBUTTAL DECLARATION (0.4).

SHIVAKUMAR D       08/28/06     1.20   REVIEW AUGUST 17 MEET & CONFER REPORT
                                       (0.4); REVIEW DOCUMENTS RELATING TO
                                       STATUS OF ONGOING NEGOTIATIONS AND
                                       RELATED TALKING POINTS (0.8).

SHIVAKUMAR D       08/29/06     1.00   REVIEW DRAFT REBUTTAL DECLARATIONS AND
                                       ATTRITION PROGRAM DATA AND ASSESS
                                       IMPACT OF ATTRITION PROGRAM DATA ON
                                       FINANCIAL ASSUMPTIONS (1.0).

SHIVAKUMAR D       08/30/06     0.70   REVIEW DRAFT SCHEDULING ORDER AND MEET
                                       & CONFER REPORT IN ANTICIPATION OF
                                       FILING (0.7).

                                51.50

**Total Counsel**             167.20

CAMPANARIO ND      08/01/06     2.50   REVIEW DRAFT DELPHI CORPORATION FORMS
                                       10-Q FOR FIRST AND SECOND QUARTER OF
                                       2006 (2.5).

CAMPANARIO ND      08/03/06     1.90   DISCUSS 5+7 UPDATE TO THE STEADY STATE
                                       SCENARIO (1.9).

CAMPANARIO ND      08/04/06     3.30   REVIEW ADDITIONAL DESIGNATIONS OF
                                       RECORD FOR WILMINGTON TRUST COMPANY'S
                                       APPEAL OF ATTRITION ORDERS (0.3);
                                       ATTEND MEET AND CONFER RE: SECTION 1113
                                       AND 1114 MOTION (1.8); FORMULATE
                                       STRATEGY RE: DEMONSTRATIVE EXHIBITS
                                       (1.2).

CAMPANARIO ND      08/05/06     0.60   PREPARE LISTING OF R. EISENBERG'S
                                       PUBLICATIONS, COMPENSATION, AND EXPERT
                                       TESTIMONY (0.6).

CAMPANARIO ND      08/07/06     1.00   REVIEW DRAFT OF AUG. 4 MEET AND CONFER
                                       REPORT (0.5); REVIEW PRESENTATION TO
                                       STATUTORY COMMITTEES AND AD HOC EQUITY
                                       COMMITTEE ON TRANSFORMATION PLAN AND GM
                                       (0.5).

CAMPANARIO ND      08/08/06     3.50   FORMULATE STRATEGY RE: FINANCIAL
                                       REBUTTAL DECLARATIONS IN SUPPORT OF
                                       SECTION 1113 AND 1114 MOTION (2.1);
                                       PREPARE EXHIBITS FOR HEARING ON SAME
                                       (1.4).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| CAMPANARIO ND | 08/09/06 | 2.30 | DISCUSS REBUTTAL TO SUPPLEMENTAL DECLARATION OF J. MILLSTEIN IN CONNECTION WITH SECTION 1113 AND 1114 MOTION (2.3). |
|---|---|---|---|
| CAMPANARIO ND | 08/10/06 | 4.20 | BEGIN DRAFTING REBUTTAL TO SECOND SUPPLEMENTAL DECLARATION OF J. MILLSTEIN IN CONNECTION WITH SECTION 1113 AND 1114 MOTION (1.8); PREPARE FOR HEARING RE: SAME (2.4). |
| CAMPANARIO ND | 08/11/06 | 0.40 | REVIEW SUPPLEMENTAL DECLARATION OF M. RUBIN IN CONNECTION WITH SECTION 1113 AND 1114 MOTION (0.4). |
| CAMPANARIO ND | 08/12/06 | 4.40 | CONTINUE DRAFTING REBUTTAL TO SECOND SUPPLEMENTAL DECLARATION OF J. MILLSTEIN IN CONNECTION WITH SECTION 1113 AND 1114 MOTION (4.4). |
| CAMPANARIO ND | 08/13/06 | 5.60 | COMPLETE DRAFTING REBUTTAL TO SECOND SUPPLEMENTAL DECLARATION OF J. MILLSTEIN IN CONNECTION WITH SECTION 1113 AND 1114 MOTION (4.8); PREPARE EXHIBITS FOR HEARING RE: SAME (0.8). |
| CAMPANARIO ND | 08/14/06 | 5.20 | ATTEND CONFERENCE RE: LABOR NEGOTIATIONS AND SECTION 1113/1114 HEARING (1.3); EDIT REBUTTAL DECLARATION IN SUPPORT OF SECTION 1113 AND 1114 MOTION (3.9). |
| CAMPANARIO ND | 08/16/06 | 7.10 | PREPARE FOR HEARING ON SECTION 1113/1114 HEARING (1.4); EDIT RESPONSE TO IAM'S AND IBEW'S RULE 7052(C) MOTION (5.7). |
| CAMPANARIO ND | 08/21/06 | 0.50 | REVIEW TRANSCRIPT OF AUG. 17, 2006, OMNIBUS HEARING (0.5). |
| CAMPANARIO ND | 08/24/06 | 1.60 | FORMULATE STRATEGY RE: POST-HEARING BRIEF IN SUPPORT OF THE SECTION 1113 AND 1114 MOTION (1.6). |
| CAMPANARIO ND | 08/29/06 | 0.90 | REVIEW AND EVALUATE IAM'S AND IBEW'S REPLY BRIEF IN SUPPORT OF THEIR RULE 7052(C) MOTION (0.9). |
| CAMPANARIO ND | 08/30/06 | 0.50 | REVIEW PROPOSED FIFTH AMENDED SCHEDULING ORDER AND AUG. 17 MEET AND CONFER REPORT RE: SECTION 1113 AND 1114 MOTION (0.5). |
| | | **45.50** | |
| FERN BM | 08/07/06 | 0.40 | FORMULATE STRATEGY RE: 1113 DECLARATIONS (0.4). |
| FERN BM | 08/14/06 | 0.70 | REVIEWED UAW'S PROOF OF CLAIM (0.2); REVIEWED AND ANALYZED OUTLINE RE: DELPHI LABOR ISSUES (0.5). |
| FERN BM | 08/18/06 | 0.70 | ANALYZED ISSUES RE: ATTRITION PROGRAM (0.3); REVIEWED RESPONSE TO MOTION TO DISMISS (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| FERN BM | 08/21/06 | 1.00 | RESEARCH RE: APPELLATE PROCEDURE (0.5); FORMULATE STRATEGY RE: ATTRITION APPEALS (0.3); UPDATED TASK LIST RE: ATTRITION APPEALS (0.2). |
| FERN BM | 08/28/06 | 0.40 | REVIEW IBEW REPLY TO DEBTORS' OBJECTION (0.4). |
| FERN BM | 08/31/06 | 1.20 | ORGANIZE AND PRIORITIZE MATERIALS RE: 1113/1114 HEARING (1.2). |
| | | **4.40** | |
| ~~JJINGO MJ~~ | ~~08/07/06~~ | ~~1.70~~ | ~~RESEARCH CONSOLIDATION OF APPEAL ISSUE (1.7).~~ |
| | | ~~1.70~~ | |
| MEISLER RE | 08/01/06 | 0.40 | REVIEW ATTRITION RATES (0.2); ATTENTION TO WILMINGTON TRUST APPEAL RE: ATTRITION PLAN (0.2). |
| MEISLER RE | 08/02/06 | 0.10 | REVIEW J. MATZELLE REPORT (0.1). |
| MEISLER RE | 08/03/06 | 0.50 | REVIEW CLAIMS FILED BY UNIONS (0.5). |
| MEISLER RE | 08/04/06 | 0.30 | REVIEW COUNTER DESIGNATION RE: WTC APPEAL OF ATTRITION PLAN #2 (0.3). |
| MEISLER RE | 08/07/06 | 0.40 | CONTINUE REVIEW OF COUNTER DESIGNATION RE: WTC APPEAL (0.4). |
| MEISLER RE | 08/09/06 | 0.20 | CONTINUE REVIEW OF UNION CLAIMS (0.2). |
| MEISLER RE | 08/10/06 | 0.20 | CONTINUE REVIEW OF CLAIMS ASSERTED BY UNIONS (0.2). |
| MEISLER RE | 08/11/06 | 0.20 | CONTINUE REVIEW OF LABOR CLAIMS (0.2). |
| MEISLER RE | 08/14/06 | 0.20 | REVIEW CLAIMS ASSERTED BY UAW (0.2). |
| MEISLER RE | 08/18/06 | 0.70 | CONTINUE TO REVIEW PROOFS OF CLAIM FILED BY UNIONS (0.3); DRAFT CORRESPONDENCE TO B. SAX RE: SAME (0.1); DRAFT INTERNAL CORRESPONDENCE RE: WTC APPEALS OF ATTRITION PLANS (0.1); REVIEW RESULTS OF ATTRITION PLAN (0.2). |
| MEISLER RE | 08/19/06 | 0.80 | DRAFT INTERNAL CORRESPONDENCE RE: WTC APPEAL (0.3, 0.1); REVIEW 1113 SCHEDULING ORDER (0.2); DRAFT CORRESPONDENCE RE: WTC APPEALS (0.2). |
| MEISLER RE | 08/25/06 | 0.30 | ATTENTION TO POTENTIAL IUE GADSDEN AGREEMENT (0.3). |
| MEISLER RE | 08/26/06 | 0.40 | REVIEW STATUS OF WTC APPEAL AND DRAFT INTERNAL CORRESPONDENCE RE: SAME (0.4). |
| MEISLER RE | 08/29/06 | 0.30 | REVIEW IUE ATTRITION PLAN RESULTS (0.3). |
| | | **5.00** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| ROHNER WM | 08/03/06 | 1.10 | REVIEW MATERIALS IN CONNECTION WITH PREPARING COUNTER DESIGNATION OF RECORD ITEMS FOR APPEAL FROM SECOND ATTRITION PROGRAM ORDER (0.5); CONFERENCE RE: COUNTER DESIGNATION OF RECORD ITEMS FOR APPEAL FROM SECOND ATTRITION PROGRAM ORDER (0.3); DRAFT COUNTER DESIGNATION OF RECORD ITEMS FOR APPEAL FROM SECOND ATTRITION PROGRAM ORDER (0.3). |
|---|---|---|---|
| ROHNER WM | 08/04/06 | 1.10 | REVIEW ADDITIONAL MATERIALS RELATING TO COUNTER DESIGNATION OF RECORD ITEMS ON APPEAL FROM SECOND ATTRITION PROGRAM ORDER (0.4); DRAFT AND REVISE COUNTER DESIGNATION OF RECORD ITEMS ON APPEAL FROM SECOND ATTRITION PROGRAM ORDER (0.4); CONFERENCE RE: COUNTER DESIGNATION OF RECORD ITEMS ON APPEAL FROM SECOND ATTRITION PROGRAM ORDER (0.3). |
| ROHNER WM | 08/07/06 | 2.90 | REVIEW RECORD MATERIALS RELATING TO ADDITIONAL DESIGNATION OF RECORD ITEMS ON APPEAL FROM SECOND ATTRITION PROGRAM ORDER (0.7); DRAFT, REVIEW, AND REVISE ADDITIONAL DESIGNATION OF RECORD ITEMS ON APPEAL FROM SECOND ATTRITION PROGRAM ORDER (1.4); CONFERENCE RE: ADDITIONAL DESIGNATION OF RECORD ITEMS ON APPEAL FROM SECOND ATTRITION PROGRAM ORDER (0.5); COORDINATE FILING AND SERVICE OF ADDITIONAL DESIGNATION OF RECORD ITEMS ON APPEAL FROM SECOND ATTRITION PROGRAM ORDER (0.3). |
| ROHNER WM | 08/17/06 | 0.60 | CONFERENCE RE: MATTERS RELATING TO RECORD ON APPEALS FROM ATTRITION PROGRAM ORDERS (0.6). |
| ROHNER WM | 08/21/06 | 1.10 | CONFERENCE AND CONDUCT LEGAL RESEARCH RE: ISSUE RELATING TO APPEALS FROM ATTRITION PROGRAM ORDERS (1.1). |
| | | **6.80** | |
| STUART NL | 08/25/06 | 5.20 | CONDUCT ELECTRONIC RESEARCH RE: ISSUES RELATED TO AMENDMENT OF CBAS AND DEBTORS' GADSDEN, AL FACILITY (5.2). |
| STUART NL | 08/26/06 | 6.80 | CONDUCT RESEARCH RE: AMENDMENT OF LOCAL CBA (1.6); READ CASES RE: SAME (2.8); BEGIN DRAFTING MOTION RE: SAME (2.4). |
| STUART NL | 08/27/06 | 5.10 | CONTINUE DRAFTING MOTION FOR DEBTORS' GADSDEN, AL FACILITY (5.1). |
| | | **17.10** | |
| WILSON LD | 08/01/06 | 2.30 | COORDINATE ON 5+7 UPDATE ISSUES AND NEW EXHIBITS (1.7); CONFER OMM ON AGENDA AND MEET AND CONFER DETAILS (0.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| WILSON LD | 08/02/06 | 13.30 | CONFER WITH CLIENT ADVISORS ON 5+7 AND REVIEW UPDATE OF SAME (1.4); COORDINATE UPDATE OF HEARING EXHIBITS (3.4); REVIEW AND REVISE TO DO LIST FROM STRATEGY CALL (1.7); PREPARE ASSORTED MATERIALS FOR MEET AND CONFER (4.4); REVIEW AND REVISE BASED ON COMMENTS ON SAME (1.2); MAKE ARRANGEMENTS FOR MEET AND CONFER (0.4); REVIEW AND UPDATE OBJECTION MATERIALS (0.8). |
| WILSON LD | 08/03/06 | 12.80 | PREPARE FOR CALL WITH FINANCIAL ADVISORS (0.6); CALL TO REVIEW 5+7 (1.1); CONFER ON STRATEGY FOR EXHIBITS AND OBJECTIONS (0.8); COORDINATE IDENTIFICATION AND PREP OF EXHIBITS FOR RESUMPTION OF 1113 HEARING (5.8); PREPARE AND REVISE MATERIALS IN PREP FOR MEET AND CONFER (3.3); REVIEW RECENT 1113 PRECEDENTS (0.5); CALL TO REVIEW DEMONSTRATIVES (0.7). |
| WILSON LD | 08/04/06 | 8.80 | PREPARE FOR MEET AND CONFER (1.7); PARTICIPATE IN MEET AND CONFER DISCUSSIONS (2.2); COORDINATE CALL ON DEMONSTRATIVES (0.8); REVIEW MATERIALS FOR ADDITION TO EXHIBITS (0.8); COORDINATE CREATION AND CIRCULATION OF ELECTRONIC VERSIONS OF EXHIBITS (2.1); REVIEW NOTES FROM MEETING FOR DRAFTING REPORT (1.2). |
| WILSON LD | 08/05/06 | 5.30 | DRAFT AND CIRCULATE MEET AND CONFER REPORT (5.3). |
| WILSON LD | 08/07/06 | 7.80 | REVISE AND INCORP COMMENTS TO MEET AND CONFER (2.1); COORDINATE OMM COMMENTS TO MEET AND CONFER (0.6); REVISE AND CIRCULATE MEET AND CONFER (1.3); PREPARE DEPOSITION NOTICES RE: 1113 BARGAINING WITNESSES (0.8); REVIEW AND UPDATE EXHIBITS LIST (0.8); REVIEW AND CIRCULATE DECLARATIONS REC'D FROM UNIONS (1.8); COORDINATE PREP FOR RESUMPTION OF HEARING (0.4). |
| WILSON LD | 08/08/06 | 9.40 | CONFERENCE CALL ON FINANCIAL ISSUES AND DECS (0.8); REVIEW MATERIALS RELATED TO SAME (1.3); REVISE MEET AND CONFER WITH ASSORTED COMMENTS (2.0); COORDINATE SUBMISSION OF MEET AND CONFER (0.8); PREPARE FOR STATUS CONFERENCE (1.4); CONFERENCE CALL ON 5+7 (0.8); UPDATE EXHIBITS AND DEMONSTRATIVES (1.3); REVIEW AND UPDATE UCC PRESENTATION (1.0). |

B43E

WILSON LD          08/09/06     13.20   PREPARE FOR STATUS CONFERENCE (1.4);
                                        PARTICIPATE IN CHAMBERS CONFERENCE ON
                                        STATUS OF 1113 NEGOTIATIONS (1.2);
                                        COORDINATE AND COLLECTION MATERIALS
                                        WITH OMM AND CLIENT ON PROPOSALS AND
                                        MATERIALS REQUESTED BY COURT (3.7);
                                        PREPARE AND REVISE SUMMARY OF STATUS
                                        CONFERENCE WITH WORKING GROUP (1.8);
                                        UPDATE AND REVISE EXHIBITS FOR
                                        RESUMPTION OF HEARING (2.2); CONFERENCE
                                        ON STATUS OF NEGOTIATIONS (0.6);
                                        PREPARE ASSORTED  MATERIALS FOR
                                        RESUMPTION OF 1113 HEARING (2.3).

WILSON LD          08/10/06     11.80   TELECONFERENCE WITH RJ AND CLIENT TO
                                        UPDATE PROPOSALS AS EXHIBITS PER JUDGE
                                        DRAIN REQUEST (2.0); PREPARE AND UPDATE
                                        JOINT HEARING EXHIBITS (2.4); CONTACT
                                        UNIONS ON WITNESS ORDER (0.4); REVIEW
                                        AND REVISE MATERIALS IN PREP FOR HEARING
                                        (3.6); CONFERENCE WITH WORKING GROUP TO
                                        PREPARE FOR HEARING (0.8); REVIEW,
                                        UPDATE AND CIRCULATE GROOM MEMO ON
                                        PENSION ISSUES (1.2); MAKE ARRANGEMENTS
                                        FOR ADJOURNMENT AND CONTACT OPPOSING
                                        COUNSEL ON SAME (1.4).

WILSON LD          08/11/06      2.50   CONFER ON PENSION AND SCORECARD ISSUES
                                        (0.4); REVIEW MATERIAL RELATED TO SAME
                                        (0.4); COORDINATE CALL ON SCHEDULING
                                        AND ADJOURNMENT (0.4); TELECONFERENCE
                                        WITH OMM TO DISCUSS SCHEDULING OF
                                        DEPOSITIONS AND OTHER ADJOURNMENT
                                        MATTERS (0.4); COORDINATE DOCUMENT PREP
                                        FOR HEARING (0.5); COORDINATE WITH OMM
                                        AND CLIENT ON USW ARRANGEMENTS (0.4).

WILSON LD          08/14/06     10.90   REVIEW AND PREPARE MATERIALS FOR
                                        RESUMPTION OF 1113 HEARING (4.8);
                                        COORDINATE SCHEDULING OF OPEN DEPOS
                                        (1.2); CONFERENCE CALL TO DISCUSS 1113
                                        ISSUES (1.3); CONFER WITH WORKING GROUP
                                        (0.4); PREPARE AND CIRCULATE DEPO
                                        NOTICES (0.7); PULL AND REVIEW
                                        MATERIALS RELATED TO 7052 MOTION (1.3);
                                        REVIEW DRAFT REBUTTAL DECS (1.2).

WILSON LD          08/15/06      8.90   REVIEW 7052 MOTION AND CASES CITED IN
                                        SAME (2.4); CONFERENCE WITH WORKING
                                        GROUP ON PENSION ISSUE (0.8); REVIEW AND
                                        COMMENT ON DRAFT MOTION RESPONSE (2.3);
                                        CONFERENCE WITH OMM ON STATUS (0.3);
                                        COORDINATE DEPO PLANS (0.2); REVIEW
                                        MATERIALS IN PREP FOR HEARING (2.5);
                                        REVIEW 5500S FROM GROOM (0.4).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| WILSON LD | 08/16/06 | 14.20 | REVIEW AND UPDATE EXHIBITS (2.5); COORDINATE WITH COMMITTEES ON DEPOSITIONS (0.8); REVIEW LABOR AGREEMENTS ON PENSION ISSUES RAISED BY GP (1.2); REVIEW CASES CITED IN 7052 MOTION (1.7); WORK WITH WORKING GREW TO REVIEW AND REVISE DRAFTS OF 7052 RESPONSE (6.3); COORDINATE SERVICE OF SAME (0.5); MAKE ARRANGEMENTS FOR ADJOURNMENT (1.2). |
| WILSON LD | 08/17/06 | 6.80 | CLARIFY SCHEDULE WITH ADVERSARIES (0.3); PREPARE FOR HEARING CONFERENCES (3.2); PREARRANGE MATERIALS TO COURT (0.5); PARTICIPATE IN MEET AND CONFER AND STATUS CONFERENCE (1.6); COORDINATE STATEMENTS FOR DOCKET (0.4); REVIEW EXHIBIT UPDATE MATERIALS (0.8). |
| WILSON LD | 08/18/06 | 5.70 | REVIEW NOTES ON DOCUMENTS TO BE DRAFTED (0.9); COORDINATE ON MATERIALS FOR EQUITY COMMITTEE (0.8); DRAFT ORDER AND REPORT FROM CONFERENCES (3.6); COORDINATE ON ORGANIZING HEARING MATERIALS (0.4). |
| WILSON LD | 08/21/06 | 1.70 | GATHER COMMENTS TO DRAFT ORDER AND REPORT (1.3); MAKE ARRANGEMENTS ON RE-SCHEDULING OF 1113 DEPOS (0.4). |
| WILSON LD | 08/22/06 | 2.40 | REVIEW PRECEDENT MATERIALS IN PREP FOR CALL WITH OMM ON POST-HEARING BRIEF (2.4). |
| WILSON LD | 08/23/06 | 7.60 | DRAFT AND REVISE OUTLINE FOR CLOSING BRIEF (6.4); REVISE AND CIRCULATE OUTLINE (0.8); COORDINATE WITH OMM ON CALL FOR OUTLINE (0.4). |
| WILSON LD | 08/24/06 | 3.20 | PREPARE FOR CALL TO DISCUSS FORM OF BRIEF (1.3); REVIEW ISSUES WITH REPORT (0.4); TELECONFERENCE WITH OMM TO DISCUSS ORGANIZATION OF BRIEF (1.2); REVIEW MATERIALS DISCUSSED ON CALL (0.3). |
| WILSON LD | 08/25/06 | 0.60 | REVIEW MATERIALS CIRCULATED BY OMM (0.6). |
| WILSON LD | 08/28/06 | 2.00 | CONFER WITH WORKING GROUP ON SPIN OFF AGREEMENT ISSUES (1.6); REVIEW DRAFTS CIRCULATED FROM CONFERENCES AT COURT (0.4). |
| WILSON LD | 08/29/06 | 1.20 | REVIEW CLOSING BRIEF PRECEDENTS (1.2). |
| WILSON LD | 08/30/06 | 4.40 | RESEARCH DEVELOPMENTS IN TOWER 1113 CASE (1.0): TELECONFERENCE TO DISCUSS REPORT AND ORDER (0.8); REVISE AND CIRCULATE DRAFTS OF ORDER AND REPORT (1.4); REVIEW PRECEDENTS FOR CALL TO DISCUSS RESUMPTION OF 1113 MOTION AND BRIEF RELATED TO SAME (1.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WILSON LD        08/31/06        4.40   REVIEW MATERIALS IN PREP FOR CALL ON
                                        1113 ISSUES (2.3); COORDINATE
                                        FINALIZATION AND SUBMISSION OF
                                        SCHEDULING ORDER AND REPORT ON 1113
                                        (1.2); CALL ON BRIEFING ISSUES (0.5);
                                        PREPARE MATERIALS FOR CLIENT ON GM
                                        AGREEMENTS FOR EMPLOYEES (0.4).

                                 161.20

**Total Associate**              241.70

DONNELLY NP      08/07/06        4.80   PREPARE DISTRIBUTION OF VARIOUS NEWLY
                                        RECEIVED SUPPLEMENTAL DECLARATIONS AND
                                        JOINT EXHIBITS (4.0); ASSEMBLE FOR
                                        ATTORNEY REVIEW THE GM SEPARATION
                                        AGREEMENT (0.8).

DONNELLY NP      08/08/06        2.20   REVIEW/REVISE ALL 1113/1114 JOINT
                                        EXHIBIT FILES AND COURTROOM BINDERS
                                        (2.2).

DONNELLY NP      08/09/06        4.40   REVIEW/REVISE ALL 1113/1114 JOINT
                                        EXHIBIT FILES AND COURTROOM BINDERS
                                        (3.5); ASSIST WITH TRIAL PREPARATION
                                        (0.9).

DONNELLY NP      08/10/06        5.10   REVIEW/REVISE ALL 1113/1114 JOINT
                                        EXHIBIT FILES AND COURTROOM BINDERS
                                        (5.1).

DONNELLY NP      08/11/06        2.80   REVIEW/REVISE ALL 1113/1114 JOINT
                                        EXHIBIT FILES AND COURTROOM BINDERS
                                        (2.8).

DONNELLY NP      08/14/06        8.20   REVIEW/REVISE DOCUMENTS ADDED TO
                                        SECTION 1113/1114 JOINT EXHIBIT LIST
                                        (3.8); ASSIST WITH TRIAL PREPARATION
                                        (3.4); ASSEMBLE FOR ATTORNEY REVIEW THE
                                        CASES CITED IN THE MOTION FOR JUDGEMENT
                                        ON PARTIAL FINDINGS DISMISSING THE IBEW
                                        AND IAM PURSUANT TO RULE 7052(C) (1.0).

DONNELLY NP      08/15/06        6.30   REVIEW/REVISE ALL BINDER SETS OF JOINT
                                        EXHIBITS WITH NEWLY ADDED EXHIBITS
                                        (4.8); ASSEMBLE FOR ATTORNEY REVIEW THE
                                        MATERIALS FOR 1113/1114 HEARINGS SENT
                                        FROM GROOM LAW GROUP (1.5).

DONNELLY NP      08/16/06        1.20   REVIEW/REVISE ALL 1113/1114 JOINT
                                        EXHIBIT BINDERS (1.2).

DONNELLY NP      08/17/06        3.00   ASSIST WITH HEARING PREPARATION RE:
                                        SECTION 1113/1114 STATUS CONFERENCE
                                        (3.0).

DONNELLY NP      08/21/06        2.80   PREPARE DISTRIBUTION OF MATERIALS RE:
                                        SECTION 1113 AND 1114 MATTERS (2.8).

DONNELLY NP      08/22/06        4.20   MAINTAIN IMAGEBASE (4.2).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

DONNELLY NP        08/23/06        6.90   REVIEW/REVISE UPDATED SECTION
                                          1113/1114 TRANSCRIPT DATABASE (2.3);
                                          ASSIST TO REVISE DRAFT OF OUTLINE OF
                                          BRIEF TO BE FILED AT THE END OF THE
                                          1113/1114 HEARING (1.9); INDEX SECTION
                                          1113/1114 MATERIALS STORED IN ROOM
                                          29-119 (1.9); SEARCH LLC AGREEMENT
                                          BETWEEN DELPHI AUTOMOTIVE SYSTEMS
                                          TENNESSEE, INC. AND PBR TENNESSEE, INC.
                                          (0.8).

DONNELLY NP        08/26/06        2.40   REVIEW/REVISE BINDERS OF 1113/1114
                                          JOINT EXHIBITS IN CASEROOM (2.4).

DONNELLY NP        08/28/06        1.20   ASSEMBLE FOR ATTORNEY REVIEW THE
                                          COMPARISON OF VARIOUS AGREEMENTS FROM
                                          JOINT EXHIBIT BINDERS (1.2).

DONNELLY NP        08/29/06        2.90   ASSEMBLE FOR ATTORNEY REVIEW THE BOUND
                                          VOLUME OF REQUESTED MATERIALS FROM
                                          DELPHI DOCKET AND OMM RELATING TO THE
                                          POST-HEARING BRIEF (2.9).

DONNELLY NP        08/30/06        2.30   PREPARE EXHIBITS (2.3).

DONNELLY NP        08/31/06        0.40   PREPARE DISTRIBUTION OF REQUESTED
                                          1113/1114 EXHIBITS TO CLIENT (0.4).

                                  61.10

DRISCOLL BC        08/02/06        3.20   ASSEMBLE FOR ATTORNEY REVIEW THE
                                          OBJECTIONS BINDER AND ADDITIONAL
                                          DOCUMENTS TO BE ADDED TO BINDER (3.2).

DRISCOLL BC        08/03/06        7.20   PREPARE DISTRIBUTION OF JOINT EXHIBITS
                                          LIST AND OBJECTIONS LIST FOR CLIENT MEET
                                          AND CONFER (7.2).

DRISCOLL BC        08/04/06        6.80   PREPARE WITNESS BINDERS (4.6); PREPARE
                                          DISTRIBUTION OF ELECTRONIC VERSIONS OF
                                          JOINT EXHIBIT ATTACHMENTS TO BE SENT VIA
                                          EMAIL (2.2).

DRISCOLL BC        08/07/06        2.00   PREPARE WITNESS BINDERS (2.0).

DRISCOLL BC        08/08/06        4.40   PREPARE WITNESS BINDERS (4.4).

DRISCOLL BC        08/09/06        4.50   PREPARE WITNESS BINDERS (4.5).

DRISCOLL BC        08/10/06       10.00   PREPARE WITNESS BINDERS (10.0).

DRISCOLL BC        08/11/06        5.60   PREPARE WITNESS BINDERS (5.6).

DRISCOLL BC        08/14/06        2.60   PREPARE WITNESS BINDERS (2.6).

DRISCOLL BC        08/15/06        1.00   PREPARE WITNESS BINDERS (1.0).

DRISCOLL BC        08/16/06        2.60   PREPARE WITNESS BINDERS (2.6).

DRISCOLL BC        08/17/06        4.30   PREPARE WITNESS BINDERS (4.3).

DRISCOLL BC        08/21/06        0.70   ASSEMBLE FOR ATTORNEY REVIEW THE 1113
                                          AND 1114 EXHIBITS (0.7).

DRISCOLL BC        08/22/06        0.50   PREPARE WITNESS BINDERS (0.5).

DRISCOLL BC        08/24/06        2.30   PREPARE WITNESS BINDERS (2.3).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| DRISCOLL BC | 08/28/06 | 2.40 | PREPARE WITNESS BINDERS (2.4). |
|---|---|---|---|
| DRISCOLL BC | 08/29/06 | 2.00 | ASSEMBLE FOR ATTORNEY REVIEW THE LEGAL DOCUMENTS RE: DELPHI SDNY BANKRUPTCY (2.0). |
| | | **62.10** | |
| ZSOLDOS AF | 08/03/06 | 7.40 | UPDATE 1113/1114 BINDERS (7.4). |
| ZSOLDOS AF | 08/04/06 | 1.80 | UPDATE 1113/1114 BINDERS (1.8). |
| ZSOLDOS AF | 08/09/06 | 2.00 | MEETING RE: 1113/1114 HEARING PREPARATION (0.7); UPDATE JOINT EXHIBIT BINDERS (1.3). |
| ZSOLDOS AF | 08/10/06 | 4.20 | UPDATE 1113/1114 JOINT EXHIBIT BINDERS (2.9); UPDATE ALL DOCS BOX AND HEARING BINDERS (1.3). |
| ZSOLDOS AF | 08/11/06 | 1.20 | SEARCH FOR PRECEDENT IN DELPHI FOR NOTICE OF ADJOURNMENT OF HEARING (1.2). |
| ZSOLDOS AF | 08/17/06 | 3.20 | PREPARE MATERIALS FOR ATTORNEY REVIEW BEFORE STATUS CONFERENCE AND MEET AND CONFER (1.8); ATTEND STATUS CONFERENCE AND MEET AND CONFER (1.4). |
| ZSOLDOS AF | 08/18/06 | 0.90 | CHECK 4TH SCHEDULING ORDER WITH ORDER SENT BY ATTORNEY FOR CHANGES MADE (0.9). |
| ZSOLDOS AF | 08/30/06 | 0.80 | PULL SETTLEMENT MOTION AND ORDER IN TOWER AUTO FOR ATTORNEY REVIEW (0.3); TELECONFERENCE WITH COURT RE: HEARING (0.2); COORDINATE ATTENDANCE AT HEARING (0.3). |
| | | **21.50** | |

**Total Legal Assistant**   **144.70**

**TOTAL TIME**              **724.20**

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                            **Bill Date: 09/30/06**
**Employee Matters (Labor Unions)**                     **Bill Number: 1128097**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 08/10/06 | Campanario ND | 359.01 |
| Air/Rail Travel - vendor feed | 08/11/06 | Campanario ND | 395.65 |
| Air/Rail Travel - vendor feed | 08/11/06 | Campanario ND | -350.66 |
| Air/Rail Travel - vendor feed | 08/11/06 | Campanario ND | 616.99 |
| Air/Rail Travel - vendor feed | 08/13/06 | Campanario ND | 404.00 |
| Air/Rail Travel - vendor feed | 08/13/06 | Campanario ND | -359.01 |
| Air/Rail Travel - vendor feed | 08/16/06 | Campanario ND | 359.01 |
| Air/Rail Travel - vendor feed | 08/17/06 | Campanario ND | 359.01 |
| Air/Rail Travel - vendor feed | 08/18/06 | Campanario ND | 350.66 |
| Air/Rail Travel - vendor feed | 08/18/06 | Campanario ND | -350.66 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$1,784.00** |
| In-house Reproduction | 08/01/06 | Copy Center, D | 0.50 |
| In-house Reproduction | 08/01/06 | Copy Center, D | 301.82 |
| In-house Reproduction | 08/04/06 | Copy Center, D | 6.80 |
| In-house Reproduction | 08/04/06 | Copy Center, D | 43.50 |
| In-house Reproduction | 08/04/06 | Copy Center, D | 38.90 |
| In-house Reproduction | 08/08/06 | Copy Center, D | 2.90 |
| In-house Reproduction | 08/08/06 | Copy Center, D | 5,736.29 |
| In-house Reproduction | 08/11/06 | Copy Center, D | 853.84 |
| In-house Reproduction | 08/11/06 | Copy Center, D | 9.60 |
| In-house Reproduction | 08/11/06 | Copy Center, D | 1.00 |
| In-house Reproduction | 08/15/06 | Copy Center, D | 1,196.07 |
| In-house Reproduction | 08/16/06 | Copy Center, D | 864.04 |
| In-house Reproduction | 08/18/06 | Copy Center, D | 497.93 |
| In-house Reproduction | 08/18/06 | Copy Center, D | 1.70 |
| In-house Reproduction | 08/22/06 | Copy Center, D | 3.70 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 08/22/06 | Copy Center, D | 5.10 |
| In-house Reproduction | 08/25/06 | Copy Center, D | 30.00 |
| In-house Reproduction | 08/25/06 | Copy Center, D | 264.21 |
| In-house Reproduction | 08/29/06 | Copy Center, D | 11.10 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$9,869.00** |
| Telephone Expense | 08/31/06 | Telecommunications, D | 26.62 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 19.33 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 2.22 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 0.13 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 4.32 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 3.02 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 0.35 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 0.01 |
| | | **TOTAL TELEPHONE EXPENSE** | **$56.00** |
| Lexis/Nexis | 08/02/06 | Springer DE | 93.51 |
| Lexis/Nexis | 08/02/06 | Springer DE | -9.35 |
| Lexis/Nexis | 08/07/06 | Jjingo MJ | 40.20 |
| Lexis/Nexis | 08/07/06 | Jjingo MJ | -4.00 |
| Lexis/Nexis | 08/09/06 | Jjingo MJ | 40.21 |
| Lexis/Nexis | 08/09/06 | Jjingo MJ | -4.00 |
| Lexis/Nexis | 08/10/06 | Jjingo MJ | -17.10 |
| Lexis/Nexis | 08/10/06 | Jjingo MJ | 171.82 |
| Lexis/Nexis | 08/15/06 | Jjingo MJ | 567.32 |
| Lexis/Nexis | 08/15/06 | Jjingo MJ | -56.61 |
| | | **TOTAL LEXIS/NEXIS** | **$822.00** |
| Westlaw | 08/01/06 | Campanario ND | 12.38 |
| Westlaw | 08/02/06 | Wilson LD | 13.43 |
| Westlaw | 08/02/06 | Kumar J | 14.74 |
| Westlaw | 08/02/06 | Reed GF | 164.37 |
| Westlaw | 08/03/06 | Diaz LB | 401.83 |
| Westlaw | 08/03/06 | Rohner WM | 57.40 |
| Westlaw | 08/03/06 | Kumar J | 21.52 |
| Westlaw | 08/04/06 | Diaz LB | 74.63 |
| Westlaw | 08/07/06 | Diaz LB | 31.72 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 08/07/06 | Rohner WM | 4.07 |
| Westlaw | 08/07/06 | Reed GF | 603.25 |
| Westlaw | 08/09/06 | Rohner WM | 8.14 |
| Westlaw | 08/14/06 | Driscoll BC | 75.96 |
| Westlaw | 08/15/06 | Wilson LD | 8.47 |
| Westlaw | 08/15/06 | Kumar J | 158.75 |
| Westlaw | 08/16/06 | Donnelly NP | 4.15 |
| Westlaw | 08/16/06 | Kumar J | 58.02 |
| Westlaw | 08/17/06 | Kumar J | 182.00 |
| Westlaw | 08/18/06 | Kumar J | 217.50 |
| Westlaw | 08/21/06 | Donnelly NP | 9.33 |
| Westlaw | 08/25/06 | Stuart NL | 111.78 |
| Westlaw | 08/26/06 | Stuart NL | 27.47 |
| Westlaw | 08/30/06 | Campanario ND | 120.09 |
| | | **TOTAL WESTLAW** | **$2,381.00** |
| Reproduction - color | 08/08/06 | Copy Center, D | 556.50 |
| Reproduction - color | 08/15/06 | Copy Center, D | 3,068.50 |
| Reproduction - color | 08/22/06 | Copy Center, D | 11.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$3,636.00** |
| Vendor Hosted Telecon-ferencing | 08/31/06 | Teleconferencing Services, LLC | 18.25 |
| Vendor Hosted Telecon-ferencing | 08/31/06 | Teleconferencing Services, LLC | 4.94 |
| Vendor Hosted Telecon-ferencing | 08/31/06 | Teleconferencing Services, LLC | 89.95 |
| Vendor Hosted Telecon-ferencing | 08/31/06 | Teleconferencing Services, LLC | 42.34 |
| Vendor Hosted Telecon-ferencing | 08/31/06 | Teleconferencing Services, LLC | 28.77 |
| Vendor Hosted Telecon-ferencing | 08/31/06 | Teleconferencing Services, LLC | 9.75 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$194.00** |
| Air/Rail Travel (external) | 08/01/06 | Butler, Jr. J | 345.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$345.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Travel | 08/01/06 | Butler, Jr. J | 23.48 |
| Out-of-Town Travel | 08/01/06 | Butler, Jr. J | 956.72 |
| Out-of-Town Travel | 08/01/06 | Butler, Jr. J | 15.50 |
| Out-of-Town Travel | 08/10/06 | Campanario ND | 35.00 |
| Out-of-Town Travel | 08/11/06 | Campanario ND | 40.00 |
| Out-of-Town Travel | 08/11/06 | Campanario ND | 353.79 |
| Out-of-Town Travel | 08/16/06 | Campanario ND | 40.00 |
| Out-of-Town Travel | 08/17/06 | Campanario ND | 512.51 |
| Out-of-Town Travel | 08/17/06 | Campanario ND | 35.00 |
| Out-of-Town Travel | 08/17/06 | Campanario ND | 35.00 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$2,047.00** |
| Messengers/ Courier | 08/07/06 | Dist Serv/Mail/Page, D | 11.75 |
| Messengers/ Courier | 08/09/06 | Dist Serv/Mail/Page, D | 37.18 |
| Messengers/ Courier | 08/11/06 | Dist Serv/Mail/Page, D | 18.62 |
| Messengers/ Courier | 08/14/06 | Dist Serv/Mail/Page, D | 12.42 |
| Messengers/ Courier | 08/14/06 | Dist Serv/Mail/Page, D | 12.42 |
| Messengers/ Courier | 08/14/06 | Dist Serv/Mail/Page, D | 12.42 |
| Messengers/ Courier | 08/14/06 | Dist Serv/Mail/Page, D | 18.63 |
| Messengers/ Courier | 08/14/06 | Dist Serv/Mail/Page, D | 21.87 |
| Messengers/ Courier | 08/14/06 | Dist Serv/Mail/Page, D | 12.42 |
| Messengers/ Courier | 08/14/06 | Dist Serv/Mail/Page, D | 12.42 |
| Messengers/ Courier | 08/14/06 | Dist Serv/Mail/Page, D | 32.81 |
| Messengers/ Courier | 08/14/06 | Dist Serv/Mail/Page, D | 21.87 |
| Messengers/ Courier | 08/15/06 | Dist Serv/Mail/Page, D | 21.87 |
| Messengers/ Courier | 08/15/06 | Dist Serv/Mail/Page, D | 21.87 |
| Messengers/ Courier | 08/24/06 | Dist Serv/Mail/Page, D | 29.72 |
| Messengers/ Courier | 08/31/06 | Dist Serv/Mail/Page, D | 20.71 |
| | | **TOTAL MESSENGERS/ COURIER** | **$319.00** |
| Out-of-Town Meals | 08/01/06 | Butler, Jr. J | 17.13 |
| Out-of-Town Meals | 08/10/06 | Campanario ND | 16.94 |
| Out-of-Town Meals | 08/16/06 | Campanario ND | 16.93 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$51.00** |
| Court Reporting | 08/03/06 | Ellen Grauer Court Reporting | 2,334.04 |
| Court Reporting | 08/03/06 | Ellen Grauer Court Reporting | 969.96 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | **TOTAL COURT REPORTING** | **$3,304.00** |
| Printing to paper from TIF | 08/02/06 | Copy Center, D | 602.08 |
| Printing to paper from TIF | 08/03/06 | Copy Center, D | 557.68 |
| Printing to paper from TIF | 08/08/06 | Copy Center, D | 690.09 |
| Printing to paper from TIF | 08/08/06 | Copy Center, D | 430.06 |
| Printing to paper from TIF | 08/14/06 | Copy Center, D | 448.06 |
| Printing to paper from TIF | 08/14/06 | Copy Center, D | 206.03 |
| | | **TOTAL PRINTING TO PAPER FROM TIF** | **$2,934.00** |
| Contracted Catering-NY | 08/09/06 | Matz TJ | 340.73 |
| Contracted Catering-NY | 08/10/06 | Matz TJ | 340.73 |
| Contracted Catering-NY | 08/14/06 | Matz TJ | 184.88 |
| Contracted Catering-NY | 08/15/06 | Matz TJ | 170.37 |
| Contracted Catering-NY | 08/16/06 | Matz TJ | 170.37 |
| Contracted Catering-NY | 08/17/06 | Matz TJ | 170.37 |
| Contracted Catering-NY | 08/18/06 | Matz TJ | 170.36 |
| Contracted Catering-NY | 08/21/06 | Matz TJ | 112.19 |
| | | **TOTAL CONTRACTED CATERING-NY** | **$1,660.00** |
| | | **TOTAL MATTER** | **$29,402.00** |

B43E

Delphi Corporation (DIP)                                    Bill Date: 10/31/06
Employee Matters (Labor Unions)                            Bill Number: 1127729

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BERKE JS | 09/12/06 | 3.20 | PREPARE FOR MEET AND CONFER (0.8); ATTEND MEET AND CONFER (1.8); ATTEND SUBSEQUENT MEETING WITH 1113 TEAM TO DISCUSS STRATEGY IN LIGHT OF MEET AND CONFER (0.6). |
| BERKE JS | 09/13/06 | 1.40 | REVIEW ISSUES FOR MEET AND CONFER AND COURT CONFERENCE (1.4). |
| BERKE JS | 09/14/06 | 5.00 | ATTEND MEET AND CONFER AND SUBSEQUENT CONFERENCE WITH COURT (5.0). |
| BERKE JS | 09/15/06 | 1.10 | ATTEND WEEKLY SENIOR MANAGEMENT CONFERENCE CALL (1.1). |
| BERKE JS | 09/22/06 | 1.10 | WORK ON ISSUES OF BENEFITS RE: SALARIED V. HOURLY EMPLOYEES AND POTENTIAL IMPACT ON 1114 (0.6); PARTICIPATE IN WEEKLY CONFERENCE CALL (0.5). |
| BERKE JS | 09/25/06 | 0.50 | CONSIDERING ISSUES OF 1113 NOTICE (0.5). |
| BERKE JS | 09/28/06 | 2.00 | ATTENDANCE AT COURT STATUS CONFERENCE (2.0). |
| | | 14.30 | |
| BUTLER, JR. J | 09/12/06 | 1.20 | PREPARE FOR (0.3) AND CONDUCT (0.9) MEET AND CONFER CONFERENCE IN NEW YORK CITY WITH RESPONDENTS TO SECTION 1113/1114 MOTION. |
| BUTLER, JR. J | 09/13/06 | 0.80 | PREPARE FOR SEPTEMBER 14TH MEET AND CONFER CONFERENCE AND CHAMBERS CONFERENCE AT BANKRUPTCY COURT WITH RESPONDENTS TO SECTION 1113/1114 MOTION (0.8). |
| BUTLER, JR. J | 09/14/06 | 2.00 | PREPARE FOR (0.4) AND PARTICIPATE (1.6) IN MEET AND CONFER CONFERENCE AND CHAMBERS CONFERENCE AT BANKRUPTCY COURT WITH RESPONDENTS TO SECTION 1113/1114 MOTION. |
| BUTLER, JR. J | 09/15/06 | 0.20 | EMAIL FROM M. ROBINS AND EMAILS TO K. BUTLER AND B. SAX RE: IBEW/IAM BARGAINING MATTERS (0.2). |
| BUTLER, JR. J | 09/16/06 | 0.50 | REVIEW AND COMMENT ON REVISED SIXTH SCHEDULING ORDER (0.2) AND REVISED MEET AND CONFER REPORT (0.3). |
| BUTLER, JR. J | 09/23/06 | 0.30 | TELECONFERENCE WITH B. SAX RE: SECTION 1113/1114 LABOR MOTIONS AND COLLECTIVE BARGAINING MATTERS AND SEPTEMBER 24TH TELECONFERENCE (0.1); REVIEW MATERIALS (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BUTLER, JR. J      09/24/06      2.10   PREPARE FOR (0.4) AND PARTICIPATE IN
                                        (1.2) TELECONFERENCE WITH K. BUTLER AND
                                        B. SAX RE: SECTION 1113/1114 LABOR
                                        MOTIONS AND COLLECTIVE BARGAINING
                                        MATTERS; REVIEW DRAFT BENEFIT GUARANTY
                                        TRIGGERING AGREEMENT (0.3); REVIEW AND
                                        COMMENT ON DRAFT LABOR/EMERGENCE
                                        TIMELINE (0.2).

BUTLER, JR. J      09/25/06      0.90   DRAFT AND REVISE STAKEHOLDER NOTICE RE:
                                        SEPTEMBER 28TH CHAMBERS CONFERENCE
                                        BEFORE JUDGE DRAIN IN NEW YORK
                                        BANKRUPTCY COURT RE: SECTION 1113/1114
                                        LABOR MOTIONS (0.3); TELECONFERENCE
                                        WITH S. CORCORAN RE: SAME (0.1);
                                        FOLLOW-UP ON EMAIL FROM B. MEHLSACK RE:
                                        IUOE NEGOTIATIONS (0.2);
                                        TELECONFERENCES WITH B. SAX RE: IAM,
                                        IBEW AND IUOE NEGOTIATIONS AND NEXT
                                        STEPS (0.2, 0.1).

BUTLER, JR. J      09/26/06      0.20   CONTINUE TO FOLLOW-UP ON IUOE
                                        BARGAINING ISSUES INCLUDING EMAILS
                                        FROM/TO C. MCWEE (0.2).

BUTLER, JR. J      09/27/06      1.70   PREPARE FOR SEPTEMBER 28TH CHAMBERS
                                        CONFERENCE BEFORE JUDGE DRAIN IN NEW
                                        YORK BANKRUPTCY COURT RE: SECTION
                                        1113/1114 LABOR MOTIONS (0.4); REVIEW
                                        AND REVISE SCHEDULING ORDER (0.2);
                                        PREPARE FOR (0.2) AND TELECONFERENCE
                                        WITH (0.4) K. BUTLER AND B. SAX RE:
                                        IUE-CWA MATTERS; TELECONFERENCES WITH
                                        B. SAX RE: VARIOUS UNION ISSUES (0.2,
                                        0.1); EMAILS FROM/TO J. BERTRAND AND K.
                                        BUTLER RE: GM TRIGGER AGREEMENT (0.2).

BUTLER, JR. J      09/28/06      0.50   PREPARE FOR (0.2) AND ATTEND (0.3)
                                        CHAMBERS CONFERENCE BEFORE JUDGE DRAIN
                                        IN NEW YORK BANKRUPTCY COURT RE: SECTION
                                        1113/1114 LABOR MOTIONS.

                                10.40

FURFARO JP         09/05/06      2.00   REVIEW OF OPEN ITEMS WITH T. JERMAN, J.
                                        KOHN, L. HASSEL AND WORKING GROUP (0.7);
                                        REVIEW OF NEW CASES RE: 1113/1114 (1.1);
                                        REVIEW OF SCHEDULING ORDER RE: UPCOMING
                                        DATES (0.2).

FURFARO JP         09/06/06      1.10   REVIEW OF 1113 RESEARCH FOR
                                        POST-HEARING BRIEF/RULE 7052 MOTION
                                        (0.9); REVIEW OF TRANSCRIPTS RE: STATUS
                                        OF BUTLER TESTIMONY (0.2).

FURFARO JP         09/07/06      2.20   REVIEW OF CLAIMS RESEARCH (1.6); REVIEW
                                        OF ITEMS RE: MEET AND CONFER (0.6).

FURFARO JP         09/08/06      3.50   REVIEW OF BENCH MEMO RE: PENSION ISSUE
                                        (0.8); REVIEW OF HEARING
                                        TRANSCRIPTS/DECLARATIONS FOR RESUMED
                                        1113/1114 PROCEEDING (2.0); CONFERENCE
                                        WITH PARTNERS RE: CASE
                                        ADMINISTRATION/REVIEW MEMO (0.7).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| FURFARO JP | 09/11/06 | 3.90 | PREP/REVIEW MATERIALS FOR MEET AND CONFER (1.3); SCHEDULING ITEMS RE: EXHIBITS/UPDATED DECLARATIONS (1.0); REVIEW OF FINANCIAL DRAFT DECLARATIONS/UPDATES (1.6). |
|---|---|---|---|
| FURFARO JP | 09/12/06 | 3.20 | REVIEW AGENDA ITEMS (0.2); REVIEW DOCUMENTS FOR MEET AND CONFER (0.3); ATTEND MEET AND CONFER/PRE-MEETING (2.0); CONFERENCE WITH WORKING GROUP RE: PREPARATIONS (0.7). |
| FURFARO JP | 09/13/06 | 2.20 | REVIEW/REVISE MEET AND CONFER REPORT (0.9); REVIEW OF PROPOSALS AND UPDATES (1.3). |
| FURFARO JP | 09/14/06 | 4.20 | ATTEND MEET AND CONFER AT COURT HOUSE AND SCHEDULING CONFERENCE WITH JUDGE DRAIN (3.4); REVIEW OF DRAFT MEET AND CONFER REPORT/SCHEDULING ORDERS (0.8). |
| FURFARO JP | 09/15/06 | 1.50 | REVISIONS TO MEET AND CONFER/SCHEDULING ORDER (0.9); REVIEW OF STATUS MEMO/CONFERENCE WITH PARTNERS RE: CASE ADMINISTRATION (0.6). |
| FURFARO JP | 09/18/06 | 2.50 | REVIEW OF RECENT DECISIONS RE: 1113/1114 (1.3); REVIEW MEET AND CONFER/SCHEDULING ORDER (0.2); REVIEW OF RESEARCH RE: CONTINUATION OF PROCEEDING (1.0). |
| FURFARO JP | 09/22/06 | 1.40 | REVIEW OF UPDATE MEMO/PARTICIPATE IN WORKING GROUP CALL (0.5); REVIEW OF DRAFT BENEFITS AGREEMENT (0.9). |
| FURFARO JP | 09/25/06 | 0.40 | REVIEW OF STATUS RE: 9/28 MEET AND CONFER (0.3); REVIEW OF ATTRITION ANALYSIS (0.1). |
| FURFARO JP | 09/27/06 | 0.90 | REVIEW OF DRAFT MEET AND CONFER AND SCHEDULING ORDER (0.6); REVIEW OF SALARIED EMPLOYEE INFORMATION ITEMS (0.3). |
| | | **29.00** | |
| MARAFIOTI KA | 09/05/06 | 0.50 | PREPARATION FOR CONTINUED TRIAL (0.5). |
| MARAFIOTI KA | 09/11/06 | 0.20 | PREPARE FOR MEET-AND-CONFER (0.2). |
| MARAFIOTI KA | 09/12/06 | 0.80 | OBTAIN UPDATE RE: LABOR NEGOTIATIONS (0.8). |
| MARAFIOTI KA | 09/14/06 | 0.80 | PARTICIPATE IN MEET-AND-CONFER IN COURT (0.8). |
| MARAFIOTI KA | 09/15/06 | 0.30 | REVIEW REPORT RE: MEET-AND-CONFER (0.2) AND RELATED CORRESPONDENCE (0.1). |
| MARAFIOTI KA | 09/20/06 | 1.60 | RESEARCH SECTION 1113 ISSUES IN CONNECTION WITH POSSIBLE RECOMMENCEMENT OF TRIAL (1.6). |
| MARAFIOTI KA | 09/21/06 | 0.10 | REVIEW CORRESPONDENCE RE: LABOR POSITION ON FRAMEWORK AGREEMENT (0.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MARAFIOTI KA | 09/22/06 | 0.90 | CONSIDER PENSION AND OPEB ISSUES IN CONNECTION WITH SECTION 1114 (0.7); BEGIN TO REVIEW OF GM DRAFT BENEFIT GUARANTEE TRIGGERING AGREEMENT AND ACCOMPANYING CORRESPONDENCE (0.2). |
| --- | --- | --- | --- |
| MARAFIOTI KA | 09/25/06 | 0.40 | DEVELOP LABOR STRATEGY (0.3); CORRESPONDENCE EXCHANGE RE: UPDATE FOR LABOR UNIONS (0.1). |
| MARAFIOTI KA | 09/27/06 | 0.30 | REVIEW AND REVISE NEW 1113/1114 PRETRIAL SCHEDULING ORDER (0.3). |
| MARAFIOTI KA | 09/28/06 | 1.00 | CONFERRED WITH B. MEHLSACK RE: NEGOTIATION ISSUES (0.3); ATTEND CHAMBERS CONFERENCE RE: LAB OR AND GM ISSUES (0.3); POST-CONFERENCE CONFERENCES WITH VARIOUS CONSTITUENCIES IN COURT (0.4). |

|  |  | **6.90** |  |
| --- | --- | --- | --- |
| **Total Partner** |  | **60.60** |  |

| MATZ TJ | 09/01/06 | 1.30 | PREPARATION RE: POST-HEARING BRIEF CONFERENCE CALL (0.4); WORKING ON POST-HEARING BRIEF (0.9). |
| --- | --- | --- | --- |
| MATZ TJ | 09/05/06 | 3.80 | FURTHER WORK ON POST-HEARING BRIEF PRECEDENTS AND "TO DO" LIST FOR CALL WITH O'MELVENY (1.1); TELECONFERENCE WITH T. JERMAN, B. GOLDSTEIN AND J. KASTIN RE: PREPARATIONS FOR RECOMMENCEMENT OF 1113/1114 HEARINGS ON 9/18; PREPARATION OF UPDATING PROPOSAL EXHIBITS (1.3); FOLLOW UP WORK RE: SAME (0.6); REVIEW TRANSCRIPTS RE: JUDGE'S COMMENTS (0.4); UPDATE OBJECTION MATERIALS (0.4). |
| MATZ TJ | 09/07/06 | 0.30 | FURTHER REVIEW OF 1113/1114 POST-HEARING BRIEF MATTERS (0.3). |
| MATZ TJ | 09/08/06 | 1.10 | UPDATE OUTSTANDING MATTERS FOR 9/12 MEET AND CONFER RESUMPTION OF HEARING (0.6); TELECONFERENCE WITH CHAMBERS RE: SAME (0.3); CORRESPONDENCE WITH J. KASTIN RE: ADDITIONAL EXHIBITS (0.2). |

B43E

MATZ TJ          09/11/06     6.00   FORWARD REMINDER TO ALL PARTIES TO
                                     1113/1114 HEARING RE: 9/12 MEET AND
                                     CONFER (0.4); CORRESPONDENCE FROM M.
                                     ROBBINS RE: 8/17 MEET AND CONFER REPORT
                                     AND 9/18 RESUMPTION OF HEARING (0.2);
                                     CORRESPONDENCE WITH T. JERMAN RE:
                                     BUTLER TESTIMONY AND REVIEW
                                     SUPPLEMENTAL DECLARATION (1.1);
                                     PREPARING FOR 9/12 MEET AND CONFER,
                                     ROOMS AND STATUS (0.5); CORRESPONDENCE
                                     WITH B. SAX RE: 9/12 MEET AND CONFER
                                     (0.2); TELECONFERENCE AND
                                     CORRESPONDENCE WITH S. JENNIK RE: RUBIN
                                     DECLARATION (0.4); CORRESPONDENCE WITH
                                     T. JERMAN RE: SAME (0.2); REVIEW RE:
                                     SAME (0.2); FURTHER ARRANGEMENTS AND
                                     PREPARATIONS RE: 9/14 MEET AND CONFER
                                     (1.4); CORRESPONDENCE WITH B. MEHLSACK
                                     RE: MEET AND CONFER (0.2);
                                     CORRESPONDENCE WITH P. O'HEARN RE: MEET
                                     AND CONFER (0.2); CORRESPONDENCE WITH
                                     J. KASTIN RE: CLARK DEPOSITION (0.2);
                                     REVIEW SAME (0.3); TELECONFERENCE WITH
                                     J. KOHN RE: MEET AND CONFER, PRE-MEETING
                                     (0.3); FOLLOW UP ARRANGEMENTS RE: SAME
                                     (0.2).

MATZ TJ          09/12/06     4.80   FINAL PREPARATION FOR 9/12 MEET AND
                                     CONFER (0.3); TELEPHONIC MEETING WITH
                                     J. KOHN, J. KASTIN, T. JERMAN TO PREPARE
                                     FOR 9/12 MEET AND CONFER (0.8); ATTEND
                                     1113/1114 MEET AND CONFER WITH UNION
                                     REPRESENTATIVES (N. GANATRA, M.
                                     ROBBINS, B. MEHLSACK, B. LEVINE, L.
                                     PETERSON, E. PILECKI) AND J. TANENBAUM,
                                     E. FAX, D. BAUMSTEIN, S. CORCORAN, J.
                                     KOHN, J. KASTIN, T. JERMAN & L. HASSELL
                                     (0.9); FOLLOW UP DISCUSSIONS WITH T.
                                     JERMAN, J. KOHN, J. KASTIN RE: 1113/1114
                                     AND REPORT (0.4); DISCUSSIONS WITH S.
                                     MILLER, R. O'NEAL, J. SHEEHAN, R.
                                     DELLINGER, J. BETRANT, D. RESNICK, B.
                                     SHAW, R. EISENBERG, S. CORCORAN RE:
                                     1113/1114 STRATEGY AND COURT OF ACTION
                                     (1.6); TELECONFERENCE WITH CHAMBERS TO
                                     ARRANGE 9/14 MEET AND CONFER AND
                                     IN-CAMERA STATUS CONFERENCE (0.3);
                                     REVIEW AND ORGANIZE NOTES FOR MEET AND
                                     CONFER (0.3); TELECONFERENCE FROM
                                     CHAMBERS RE: 9/14 STATUS CONFERENCE
                                     (0.2).

MATZ TJ          09/13/06     1.90   PREPARATION RE: 1113/1114 MEET AND
                                     CONFER AND STATUS CONFERENCE (0.4);
                                     TELECONFERENCE WITH CHAMBERS RE: SAME
                                     (0.2); TELECONFERENCE FROM B. MEHLSACK
                                     RE: MEET AND CONFER (0.2);
                                     TELECONFERENCE FROM M. ROBBINS RE: SAME
                                     (0.1); FURTHER PREPARATION, REVIEW OF
                                     9/12 1113/1114 MEET AND CONFER REPORT
                                     (0.8); TELECONFERENCE WITH CHAMBERS TO
                                     FINALIZE 9/14 1113/1114 MEET AND CONFER
                                     AND STATUS CONFERENCE ARRANGEMENTS
                                     (0.2).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MATZ TJ          09/14/06      4.40   PREPARATION FOR MEET AND CONFER AT
                                      COURTHOUSE (0.4); ATTENDING 1113/1114
                                      MEET AND CONFER AT COURT HOUSE (0.5);
                                      FOLLOW UP DISCUSSIONS WITH VARIOUS
                                      PARTIES TO MEET AND CONFER PENDING
                                      STATUS CONFERENCE (0.8); PREPARE,
                                      REVIEW AND REVISE 1113/1114 SCHEDULING
                                      ORDER (1.3); PREPARE, REVIEW AND REVISE
                                      1113/1114 SIXTH AMENDED MEET AND CONFER
                                      REPORT (1.3); TELECONFERENCE FROM
                                      CHAMBERS RE: SCHEDULING ORDER (0.1).

MATZ TJ          09/15/06      0.70   REVIEW REVISIONS TO DRAFT 9/14 MEET AND
                                      CONFER REPORT AND 1113/1114 SCHEDULING
                                      ORDER (0.7).

MATZ TJ          09/21/06      0.20   TELECONFERENCE FROM CHAMBERS RE:
                                      1113/1114 STATUS HEARING, SCHEDULE
                                      (0.2).

MATZ TJ          09/22/06      1.40   REVIEW AND ANALYZE SALARIES, PENSION,
                                      OPEB CONCESSIONS, AND CHART OF SAME
                                      (1.4).

MATZ TJ          09/26/06      0.40   TELECONFERENCE WITH B. SAX, F. KUPLICKI
                                      RE: SALARIED PENSION AND OPEB MATTERS
                                      (0.4).

MATZ TJ          09/27/06      2.80   TELECONFERENCE M. ROBBINS RE: 1113/1114
                                      STATUS CONFERENCE (0.2);
                                      TELECONFERENCES FROM C. BARTEK RE: SAME
                                      (0.2); CORRESPONDENCE WITH P. O'HEARN
                                      RE: SAME (0.2); TWO TELECONFERENCES
                                      WITH CHAMBERS RE: STATUS CONFERENCE
                                      (0.4); CORRESPONDENCE WITH DIAL-IN
                                      PARTIES IN STATUS CONFERENCE (0.3);
                                      AMEND AND FINALIZE FOR DISTRIBUTION
                                      SIXITH AMENDED 1113/1114 SCHEDULING
                                      ORDER (1.1); TELECONFERENCE WITH K.
                                      BUTLER RE: 1113/1114 STATUS CONFERENCE
                                      (0.4).

MATZ TJ          09/28/06      1.70   REVISIONS TO 1113/1114 SIXTH AMENDED
                                      SCHEDULING ORDER (0.2); PREPARE FOR
                                      STATUS CONFERENCE (0.3); ATTEND
                                      CHAMBERS STATUS CONFERENCE (0.3);
                                      FOLLOW UP DISCUSSIONS WITH B. LEVINE RE:
                                      1113/1114 MATTERS (0.3); DISCUSSION
                                      WITH B. MEHLSACK RE: SAME (0.3);
                                      TELECONFERENCE WITH B. SAX CHART RE:
                                      SUMMARY OF SALARIED CONCESSIONS (0.3).

                               30.80

SHIVAKUMAR D     09/05/06      2.30   ANALYSIS OF ATTRITION DATA (0.3);
                                      REVISIONS TO DRAFT SUPPLEMENTAL
                                      DECLARATIONS RE: UPDATED FINANCIAL
                                      FORECASTS (1.2); TELECONFERENCE WITH
                                      WORKING GROUP TO DISCUSS TRIAL
                                      PREPARATION AND STRATEGY (0.8).

B43E

SHIVAKUMAR D        09/08/06        0.80   REVIEW RESEARCH MEMO RE: PENSION
                                          TERMINATION ISSUES (0.3); REVISE
                                          FINANCIAL DECLARATIONS (0.5).

                                    3.10

**Total Counsel**                   33.90

CAMPANARIO ND       09/05/06        2.80   DISCUSS PREPARATION FOR HEARING ON
                                          SECTION 1113 AND 1114 MOTION (0.8);
                                          LEGAL RESEARCH RE: GOOD FAITH (2.0).

CAMPANARIO ND       09/06/06        0.50   TELECONFERENCE RE: FINANCIAL IMPACT OF
                                          SPECIAL ATTRITION PROGRAMS (0.5).

CAMPANARIO ND       09/12/06        1.20   ATTEND MEET AND CONFER RE: SECTION 1113
                                          AND 1114 MOTION (1.2).

CAMPANARIO ND       09/13/06        0.80   REVISE SEPT. 12, 2006, MEET AND CONFER
                                          REPORT (0.8).

CAMPANARIO ND       09/14/06        4.70   REVIEW COURT FILINGS RE: SPECIAL
                                          ATTRITION PROGRAMS (4.7).

CAMPANARIO ND       09/15/06        0.40   EDIT SEPT. 12 AND 14, 2006, MEET AND
                                          CONFER REPORT AND FIFTH AMENDED
                                          SCHEDULING ORDER RE: SECTION 1113 AND
                                          1114 MOTION (0.4).

                                   10.40

FERN BM             09/01/06        0.40   REVIEW DOCUMENTS AND PROCEDURES RE:
                                          WILMINGTON TRUST'S APPEAL OF ATTRITION
                                          ORDERS (0.4).

FERN BM             09/05/06        0.30   ATTENTION TO ISSUES RE: STATUS OF USW
                                          ATTRITION PROGRAM (0.3).

FERN BM             09/19/06        1.20   REVIEW RESEARCH RE: SECTION 1113
                                          REJECTION (1.2).

                                    1.90

WILSON LD           09/01/06        2.90   REVIEW MATERIALS IN PREP FOR CLOSING
                                          BRIEF (2.3); COORDINATE CONFERENCE ON
                                          1113/1114 (0.3); REVIEW TOWER PRECEDENT
                                          (0.3).

WILSON LD           09/05/06        4.90   REVIEW MATERIALS IN PREP FOR CALL ON
                                          SCHEDULING MATTERS (0.5); PREPARE FOR
                                          CALL ON BRIEF (1.4); REVIEW DANA CORP
                                          MATERIALS FOR ISSUES RELATED TO UNION
                                          ARGUMENTS (0.8); PARTICIPATE ON CALL TO
                                          REVIEW POST-HEARING BRIEF STATUS (1.0);
                                          COORDINATE CREATION OF TOWER PRECEDENT
                                          VOLUME OF MATERIALS (0.8); RESEARCH
                                          DELTA DECISIONS (0.4).

WILSON LD           09/06/06        5.10   RESEARCH TOWER RULINGS RE: 1113 AND
                                          CIRCULATE FINDINGS (2.4); REVIEW
                                          PRECEDENTS AND OUTLINE ARGUMENTS FOR
                                          CLOSING BRIEF (0.8); CONFER FURFARO AND
                                          MATZ ON SAME (0.4); SEARCH FOR
                                          REFERENCES IN TRIAL TRANSCRIPT RELATED
                                          TO USE OF DECLARATIONS (1.5).

| WILSON LD | 09/12/06 | 7.70 | PREPARE AGENDA FOR MEET AND CONFER (0.5); PREPARE FOR MEET AND CONFER (1.2); PARTICIPATE IN MEET AND CONFER (1.0); CONFER OMM ON HEARING ISSUES (0.8); REVIEW AND PREPARE MATERIALS FOR USE AS EXHIBITS (1.6); REVIEW NOTES AND PREPARE INITIAL DRAFT OF MEET AND CONFER REPORT (2.3); COORDINATE WITH CLIENT AND OMM ON LATEST PROPOSALS (0.3). |
|---|---|---|---|
| WILSON LD | 09/13/06 | 8.30 | REVISE AND CIRCULATE MEET AND CONFER REPORT (2.4); UPDATE WITH COMMENTS (0.8); CONTACT OMM ON K. BUTLER AFF ISSUES (0.3); COORDINATE PARTICIPANTS IN CONFERENCE BY PHONE (0.6); COORDINATE GATHERING AND UPDATING OF EXHIBITS (3.2); REVIEW DRAFT AGENDA (0.2); MAKE ARRANGEMENTS FOR MATERIALS AT CONFERENCES (0.8). |
| WILSON LD | 09/14/06 | 7.20 | PREPARE FOR MEET AND CONFER (1.5); PARTICIPATE IN MEET AND CONFER (0.5); CONFERENCE PENDING STATUS CONFERENCE (0.8); ATTEND STATUS CONFERENCE (0.4); UPDATE ATTORNEYS WORKING ON 1113 ON DEVELOPMENTS (0.4); PREPARE REVISED MEET AND CONFER AND ORDER (3.4); CIRCULATE SAME (0.2). |
| WILSON LD | 09/15/06 | 3.20 | PARTICIPATE ON WEEKLY CALL (1.0); REVIEW AND REVISE ORDERS AND MEET AND CONFER REPORTS (1.8); COORDINATE ON SAME (0.2); CIRCULATE SAME (0.2). |
| WILSON LD | 09/18/06 | 1.50 | REVIEW NEW CASES DECIDED UNDER 1113 (1.1); COORDINATE COMMENTS WITH MATZ (0.1); REVIEW PREP MATERIALS FOR WEEKLY CALL (0.3). |
| WILSON LD | 09/20/06 | 1.30 | REVIEW DRAFT ORDER AND REPORT (0.4); CONTACT MATZ (0.1); REVIEW RECENT 1113 PRECEDENT (0.8). |
| WILSON LD | 09/21/06 | 0.40 | REVIEW MATERIALS RELATED TO SAME (0.4). |
| WILSON LD | 09/22/06 | 3.80 | PARTICIPATE ON WEEKLY CALL TO DISCUSS LABOR MATTERS (0.8); CONFERENCE ON 1114 ISSUES WITH J. BERKE ET AL (0.4); CONFERENCES WITH OUTSIDE COUNSEL ON 1114 ISSUES (0.5); CONTACT CLIENT ON 1114 ISSUES (0.4); REVIEW FILINGS ON 1114 ISSUES (1.7). |
| WILSON LD | 09/25/06 | 2.90 | CONFERENCES ON NOTICE TO PARTIES TO 1113 (0.4); COORDINATE REVISION AND CIRCULATION OF MESSAGE TO PARTIES ON STATUS CONFERENCE AND DEBTORS INTENT ON 1113 (1.3); REVIEW MATERIALS RELATED TO 1114 UPDATE (0.7); REVIEW RECENT 1113 PRECEDENT (0.5). |
| WILSON LD | 09/26/06 | 2.10 | TELECONFERENCE WITH CLIENT ON PENSION AND OPEB QUESTIONS (0.5); PREPARE AND CIRCULATE MATERIALS RELATED TO SAME (1.3); UPDATE FURFARO AND BERKE (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| WILSON LD | 09/27/06 | 3.10 | CONFER ON LANGUAGE FOR REVISIONS TO ORDERS (0.6); REVIEW UPDATED VERSION OF SAME (0.4); COORDINATE CIRCULATION OF DETAILS FOR CONFERENCE AND REVISED ORDER (1.2); REVISE AND MAKE ARRANGEMENTS FOR NEW 1113 ORDER TO COURT (0.7); REVIEW PRESS RELEASE ON ATTRITION (0.2). |
|---|---|---|---|
| WILSON LD | 09/28/06 | 3.60 | PREPARE FOR 1113 STATUS CONFERENCE (0.8); PARTICIPATE IN STATUS CONFERENCE (0.4); BRIEF J. FURFARO ON SAME (0.4); REVIEW UPDATED MATERIALS FROM CLIENT ON SALARIED RETIREE ISSUES COMPARED TO UNION (0.8); REVIEW NEWS ISSUES RELATING TO IUE (0.8); CONFER ON UPDATING 1114 CHART AND REVIEW SAME (0.4). |
| WILSON LD | 09/29/06 | 1.30 | PARTICIPATE ON WEEKLY CALL TO DISCUSS LABOR ISSUES (0.8); MAKE ARRANGEMENTS RELATING TO REQUESTED 1113/1114 INFORMATION (0.5). |

                                    59.30

**Total Associate**              71.60

| DONNELLY NP | 09/05/06 | 5.80 | ASSEMBLE FOR ATTORNEY REVIEW THE TOWER SETTLEMENT DOCUMENTS INTO BOUND VOLUME (3.5); ASSEMBLE FOR ATTORNEY REVIEW THE REQUESTED DOCUMENTS FROM DELTA BANKRUPTCY FOR ATTORNEY REFERENCE (2.3). |
|---|---|---|---|
| DONNELLY NP | 09/09/06 | 4.40 | MAINTAIN IMAGEBASE (4.4). |
| DONNELLY NP | 09/11/06 | 2.70 | ASSEMBLE FOR ATTORNEY REVIEW THE REQUESTED MATERIALS TO BE USED AT 9/12/06 MEET AND CONFER (2.7). |
| DONNELLY NP | 09/12/06 | 3.30 | INDEX/CHRON PLEADINGS (3.3). |
| DONNELLY NP | 09/13/06 | 2.10 | ASSIST WITH HEARING PREPARATION RE: SECTION 1113/1114 MEET AND CONFER (2.1). |
| DONNELLY NP | 09/18/06 | 5.50 | ASSEMBLE FOR ATTORNEY REVIEW THE REQUESTED CASES AND ARTICLES RE: RECENT BANKRUPTCY DECISIONS (3.2); ASSEMBLE FOR ATTORNEY REVIEW THE JUDGE'S ORDER RE: INJUNCTION TO PREVENT A STRIKE IN THE NORTHWEST MATTER (1.5). |
| DONNELLY NP | 09/21/06 | 1.80 | ORGANIZE/DISTRIBUTE PLEADINGS AND CORRESPONDENCE (1.8). |

                                    25.60

| ROSEN R | 09/18/06 | 0.90 | REVIEW EACH WILMINGTON TRUST DISTRICT COURT CASE DOCKET RE: RECENT FILINGS, STATUS OF ORDER SETTING 10/27/06 DEADLINE FOR WILMINGTON TRUST TO FILE BRIEF (0.6); COMPILE, FORWARD ORDERS TO TEAM ATTORNEY FOR INCLUSION IN DATAROOM PLEADINGS (0.3). |
|---|---|---|---|

B43E

| ROSEN R | 09/28/06 | 0.80 | MONITOR CASE DOCKET, COMPILE, REVIEW 1113/1114 SCHEDULING ORDER AND UPDATE TASK LIST RE: SAME (0.7); REVIEW SERVICE WITH E. GERSHBEIN OF KCC RE: SAME (0.1). |
| | | **1.70** | |
| SALAZAR AG | 09/12/06 | 1.00 | SET UP CONFERENCE CALL FOR MEET AND CONFER (1.0). |
| SALAZAR AG | 09/13/06 | 1.40 | AMEND CONFERENCE CALL REQUEST (1.4). |
| | | **2.40** | |
| ZSOLDOS AF | 09/05/06 | 1.30 | ASSIST WITH DOCKET NUMBERS FOR VARIOUS TOWER AUTOMOTIVE PLEADINGS FILED FOR BINDERS (0.8); RESEARCH RE: DELTA CUTTING PENSIONS (0.5). |
| ZSOLDOS AF | 09/14/06 | 1.50 | ASSIST AT STATUS CONFERENCE (1.5). |
| | | **2.80** | |
| **Total Legal Assistant** | | **32.50** | |
| **TOTAL TIME** | | **198.60** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Employee Matters (Labor Unions)**

**Bill Date: 10/31/06**
**Bill Number: 1127729**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 09/01/06 | Copy Center, D | 300.57 |
| In-house Reproduction | 09/08/06 | Copy Center, D | 248.08 |
| In-house Reproduction | 09/12/06 | Copy Center, D | 26.70 |
| In-house Reproduction | 09/15/06 | Copy Center, D | 10.40 |
| In-house Reproduction | 09/19/06 | Copy Center, D | 2.10 |
| In-house Reproduction | 09/26/06 | Copy Center, D | 0.50 |
| In-house Reproduction | 09/28/06 | Copy Center, D | 18.00 |
| In-house Reproduction | 09/29/06 | Copy Center, D | 326.86 |
| In-house Reproduction | 09/29/06 | Copy Center, D | 128.79 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1,062.00** |
| Telephone Expense | 09/29/06 | Telecommunications, D | 6.13 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 5.05 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.75 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 1.07 |
| | | **TOTAL TELEPHONE EXPENSE** | **$13.00** |
| Westlaw | 09/05/06 | Campanario ND | 22.00 |
| | | **TOTAL WESTLAW** | **$22.00** |
| Vendor Hosted Telecon-ferencing | 09/30/06 | Teleconferencing Services, LLC | 19.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$19.00** |
| Air/Rail Travel (external) | 09/11/06 | Butler, Jr. J | 190.79 |
| Air/Rail Travel (external) | 09/13/06 | Butler, Jr. J | 254.39 |
| Air/Rail Travel (external) | 09/28/06 | Butler, Jr. J | 225.82 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$671.00** |
| Out-of-Town Travel | 09/11/06 | Butler, Jr. J | 330.31 |
| Out-of-Town Travel | 09/11/06 | Butler, Jr. J | 22.50 |
| Out-of-Town Travel | 09/11/06 | Butler, Jr. J | 10.50 |
| Out-of-Town Travel | 09/13/06 | Butler, Jr. J | 6.33 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Travel | 09/13/06 | Butler, Jr. J | 243.89 |
| Out-of-Town Travel | 09/13/06 | Butler, Jr. J | 6.00 |
| Out-of-Town Travel | 09/13/06 | Butler, Jr. J | 46.01 |
| Out-of-Town Travel | 09/28/06 | Butler, Jr. J | 9.00 |
| Out-of-Town Travel | 09/28/06 | Butler, Jr. J | 284.96 |
| Out-of-Town Travel | 09/28/06 | Butler, Jr. J | 5.50 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$965.00** |
| Messengers/ Courier | 09/05/06 | Dist Serv/Mail/Page, D | 11.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$11.00** |
| Out-of-Town Meals | 09/11/06 | Butler, Jr. J | 13.11 |
| Out-of-Town Meals | 09/13/06 | Butler, Jr. J | 7.06 |
| Out-of-Town Meals | 09/26/06 | Butler, Jr. J | 19.75 |
| Out-of-Town Meals | 09/28/06 | Butler, Jr. J | 10.08 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$50.00** |
| | | **TOTAL MATTER** | **$2,813.00** |